Form 27 - GENERAL PURPOSE                                                         TM

                **JON L NORINSBERG ESQ**  **JON L NORINSBERG ESQ**
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
-----------------------------------------------------
**ADRIAN SCHOOLCRAFT**                                        index No. 10 CIV 6005
                                                       PLAINTIFF    Date Filed
                      - vs -

**THE CITY OF NEW YORK, ETAL**                                Office No.
                                                     DEFENDANT    Court Date.
-----------------------------------------------------
         STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DEBBIE CRUZ** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **17TH** day of **AUGUST, 2010 10:42 AM** at
               **8900 VAN WYCK EXPRESSWAY WEST**
               **JAMAICA NY 11411**
I served a true copy of the **SUMMONS AND COMPLAINT,CIVIL COVER SHEET,ELECTRONIC FILING INSTRUCTION**
upon **JAMAICA HOSPITAL MEDICAL CENTER**
the **DEFENDANT** therein named by delivering to, and leaving personally with
**GEORGE STANCO, RISK MANAGEMENT CLERK**
a true copy of each thereof.
         Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

               SEX: **MALE**   COLOR: **WHITE** HAIR: **BLACK**
               APP.AGE: **37** APP. HT: **5/8** APP. WT: **160**
               OTHER IDENTIFYING FEATURES

COMMENTS:

Sworn to before me this
24TH day of AUGUST, 2010

SAMSON NEWMAN
Notary Public, NEW YORK COUNTY
  01NE4783767                                DEBBIE CRUZ  282011
Qualified in NEW YORK COUNTY                  AETNA JUDICIAL SERVICE INC
Commission Expires 11/03/2013                 225 BROADWAY, SUITE 1802
                                          NEW YORK, NY, 10007
                                          Reference No: 3-JLN-95726