Form 2 - SUITABLE WITH MILITARY                                                                TM

**JON L NORINSBERG ESQ** JON L NORINSBERG ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
---------------------------------------------------------------
                                                             index No. **10 CIV 6005**
ADRIAN SCHOOLCRAFT                                           Date Filed
                                          PLAINTIFF
                           - vs -

THE CITY OF NEW YORK, ETAL
                                          DEFENDANT          Office No.
                                                             Court Date.
---------------------------------------------------------------
              STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DEBBIE CRUZ** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on the **17TH** day of **AUGUST, 2010 1:26
PM** at
              **%115TH PCT. 92-15 NORTHERN BLVD
              JACKSON HEIGHTS NY 11372**
I served the **SUMMONS AND COMPLAINT,CIVIL COVER SHEET,ELECTRONIC FILING INSTRUCTION**
upon **LIEUTENANT CHRISTOPHER BROSCHART, TAX ID 915354**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the
aforementioned documents with **P.O. (JOHN) ALVAREZ, BADGE #1505, CO-WORKER**
a person of suitable age and discretion.
              Deponent describes the person served as aforesaid to the best of
deponent's ability at the time and circumstances of the service as follows.

              SEX: **MALE**   COLOR: **BROWN** HAIR: **BLACK**
              APP.AGE: **27** APP. HT: **5/9** APP. WT: **170**
              OTHER IDENTIFYING FEATURES


On **08/24/2010** I deposited in the United States mail another true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside
thereof by return address or otherwise that said notice is from an attorney or concerns an
action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the
DEFENDANT was in the military service of the United States Government, or of the State of
New York, and received a negative reply. Upon information and belief based upon the
conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military
service, and is not dependent on anyone in the military service of the United States
Government or the State of New York, as that term is defined in statutes of the State of New
York, or of the Federal Soldiers and Sailors Civilian Relief Act.


Sworn to before me this
24TH day of AUGUST, 2010

SAMSON NEWMAN
Notary Public, NEW YORK COUNTY           DEBBIE CRUZ 1282011
01NE4783767                              AETNA JUDICIAL SERVICE INC
Qualified in NEW YORK COUNTY             225 BROADWAY, SUITE 1802
Commission Expires 11/03/2013            NEW YORK, NY, 10007
                                         Reference No: 3-JLN-95715