Form 1 - PERSONAL WITH MILITARY                                                                    TM

        JON L NORINSBERG ESQ JON L NORINSBERG ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
------------------------------------------------------
ADRIAN SCHOOLCRAFT                                                         index No. **10 CIV 6005**
                                              PLAINTIFF     Date Filed
                        - vs -
THE CITY OF NEW YORK, ETAL
                                                                 Office No.
                                              DEFENDANT     Court Date.
------------------------------------------------------
        STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DEBBIE CRUZ** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **17TH** day of **AUGUST, 2010 10:56 AM** at
        **%JAMAICA HOSP. .%SOCIAL WORKER UNIT 8900 VAN WYCK EXPY WEST JAMAICA NY 11411**
I served the **SUMMONS AND COMPLAINT,CIVIL COVER SHEET,ELECTRONIC FILING INSTRUCTION** upon **DR.LILIAN ALDANA-BERNIER**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **DR.LILIAN ALDANA-BERNIER**
said **DEFENDANT** personally.
        Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

        SEX: **FEMALE** COLOR: **WHITE** HAIR: **BLACK**
        APP.AGE: **44** APP. HT: **5/4** APP. WT: **150**
        OTHER IDENTIFYING FEATURES
        **GLASSES**

That at the time of service, as aforesaid, I asked the **DEFENDANT** whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.


Sworn to before me this
24TH day of AUGUST, 2010

SAMSON NEWMAN
Notary Public, NEW YORK COUNTY
01NE4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2013

DEBBIE CRUZ 1282011
AETNA JUDICIAL SERVICE INC
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-JLN-95730