Form 1 - PERSONAL WITH MILITARY                                                          TM

JON L NORINSBERG ESQ  JON L NORINSBERG ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
------------------------------------------------------------
ADRIAN SCHOOLCRAFT

                                            PLAINTIFF        index No. **10 CIV 6005**
                          - vs -                             Date Filed

THE CITY OF NEW YORK, ETAL
                                            DEFENDANT        Office No.
                                                             Court Date.
------------------------------------------------------------
              STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DEBBIE CRUZ** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **17TH** day of **AUGUST, 2010 11:06 AM** at
         %JAMAICA HOSP. %MENTAL HEALTH CLINIC 8900 VAN WYCK EXPY WEST
         JAMAICA NY 11411
I served the **SUMMONS AND COMPLAINT,CIVIL COVER SHEET,ELECTRONIC FILING INSTRUCTION**
upon **DR.ISAK ISAKOV**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **DR.ISAK ISAKOV**
said **DEFENDANT** personally.
             Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

                SEX: **MALE**   COLOR: **WHITE** HAIR: **WHITE**
                APP.AGE: **62** APP. HT: **5/7** APP. WT: **190**
                OTHER IDENTIFYING FEATURES
                **GLASSES**


That at the time of service, as aforesaid, I asked the **DEFENDANT** whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.


Sworn to before me this
24TH day of AUGUST, 2010

SAMSON NEWMAN
Notary Public, NEW YORK COUNTY
01NE4783767                                    DEBBIE CRUZ 1282011
Qualified in NEW YORK COUNTY                   AETNA JUDICIAL SERVICE INC
Commission Expires 11/03/2013                  225 BROADWAY, SUITE 1802
                                               NEW YORK, NY, 10007
                                               Reference No: 3-JLN-95729