Form 2 - SUITABLE WITH MILITARY                                                                                  K

JON L NORINSBERG ESQ   JON L NORINSBERG ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
-----------------------------------------------------------
ADRIAN SCHOOLCRAFT                                          index No. **10 CIV 6005**
                                              PLAINTIFF     Date Filed
                         - vs -

THE CITY OF NEW YORK, ETAL                                  Office No.
                                              DEFENDANT     Court Date.
-----------------------------------------------------------
              STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**GERALD K. MURRAY** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23RD** day of **AUGUST, 2010**
**10:45 AM** at
              **179 WILSON AVE**
              **BROOKLYN NY 11237**
I served the **SUMMONS AND COMPLAINT,CIVIL COVER SHEET,ELECTRONIC FILING INSTRUCTION**
upon **ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON TAX ID 912370**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the
aforementioned documents with **SGT. MARTIRE, CO-WORKER WHO REFUSED TRUE FIRST NAME**
a person of suitable age and discretion.
                Deponent describes the person served as aforesaid to the best of
deponent's ability at the time and circumstances of the service as follows.

              SEX: **MALE**   COLOR: **WHITE**  HAIR: **BROWN**
              APP.AGE: **36**  APP. HT: **5/9**  APP. WT: **170**
              OTHER IDENTIFYING FEATURES


On **08/25/2010** I deposited in the United States mail another true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside
thereof by return address or otherwise that said notice is from an attorney or concerns an
action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the
**DEFENDANT** was in the military service of the United States Government, or of the State of
New York, and received a negative reply. Upon information and belief based upon the
conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military
service, and is not dependent on anyone in the military service of the United States
Government or the State of New York, as that term is defined in statutes of the State of New
York, or of the Federal Soldiers and Sailors Civilian Relief Act.


Sworn to before me this
25TH day of AUGUST, 2010


SAMSON NEWMAN
Notary Public, NEW YORK COUNTY          GERALD K. MURRAY 0872285
01NE4783767                              AETNA JUDICIAL SERVICE INC
Qualified in NEW YORK COUNTY             225 BROADWAY, SUITE 1802
Commission Expires 11/03/2013            NEW YORK, NY, 10007
                                         Reference No: 3-JLN-95706