UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ADRIAN SCHOOLCRAFT,

                              Plaintiff,

             -against-

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity, CAPTAIN THEODORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOFF, Tax Id. 894025, Individually and in his Official Capacity, SGT. FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, and P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants"), JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILLIAN ALDANA-BERNIER, Individually and in her Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOES" # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                              Defendants.

------------------------------------------------------------------------ x

NOTICE OF **APPEARANCE**

10 Civ. 6005 (RWS)

        **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the City of New York in the above-referenced action. Accordingly, I respectfully

request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:   New York, New York
         August 30, 2010

                                    Respectfully Submitted,

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel
                                      of the City of New York
                                    Attorney for Defendant City of New York
                                    100 Church Street, Room 2-124
                                    New York, New York 10007
                                    (212) 788-8703
                                    dcanfiel@law.nyc.gov

                                    By:        /s/
                                          Donna A. Canfield
                                          Assistant Corporation Counsel


TO:   Jon L. Norinsberg (by ECF)
      Cohen & Fitch, LLP (by ECF)
      Attorneys for Plaintiff

10 Civ. 1825 (RWS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN SCHOOLCRAFT,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

**NOTICE OF APPEARANCE**

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*100 Church Street; Room 2-124*
*New York, N.Y.  10007*

*Of Counsel:  Donna A. Canfield*
*Tel:  (212)788-8703*

*Due and timely service is hereby admitted.*

*New York, N.Y.........................................................................................., 20...*

*................................................................................................................... Esq.*

*Attorney for...............................................................................................*