## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       )
COUNTY OF NEW YORK     )

**Diana Alvarez**, being duly sworn, deposes and says that she is not a party to this action, is over 18 years of age and is an employee in the office of MARTIN CLEARWATER & BELL LLP, attorneys for the defendant JAMAICA HOSPITAL MEDICAL CENTER.

That on September 7, 2010 she served the within **VERIFIED ANSWER,** upon the following attorneys by depositing a true copy of the same securely enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at 220 East 42nd Street, New York, NY 10017 directed to said attorneys at:

COHEN & FITCH, LLP
Attorneys for Plaintiffs
225 Broadway, Suite 2700
New York, New York 10007

LAW OFFICES OF JON L. NORINSBERG
Attorney for Plaintiff
225 Broadway, Suite 2700
New York, New York 10007

that being the address within the State designated by them for the purpose of service upon them of the preceding papers in this action, or the place where they then kept an office for regular communication by mail.

_____
Diana Alvarez

Sworn to before me on this
____ day of September 2010

_____
Notary Public

DANIELA CASSAR
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01CA6012689
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES AUGUST 31, 2014