Form 27 - GENERAL PURPOSE                                                                                           E

**JON L NORINSBERG ESQ**   JON L NORINSBERG ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
------------------------------------------------------------

| | | |
|---|---|---|
| ADRIAN SCHOOLCRAFT | PLAINTIFF | index No. 10 CIV 6005<br>Date Filed |
| - vs - | | |
| THE CITY OF NEW YORK, ETAL | DEFENDANT | Office No.<br>Court Date. |

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**BRETT GOLUB** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **13TH** day of **AUGUST, 2010** **1:17PM** at
   **100 CHURCH ST 4TH FL.**
   **NEW YORK NY**
I served a true copy of the **SUMMONS AND COMPLAINT,CIVIL COVER SHEET,ELECTRONIC FILING INSTRUCTION**
upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named by delivering to, and leaving personally with
**DMITRIY ARONOV, CLERK AUTHORIZED TO ACCEPT**
a true copy of each thereof.
   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

   SEX: **MALE**   COLOR: **WHITE** HAIR: **GR/BALD**
   APP.AGE: **55** APP. HT: **5/8** APP. WT: **170**
   OTHER IDENTIFYING FEATURES
   **GLASSES**

COMMENTS:

Sworn to before me this
16TH day of AUGUST, 2010

JOEL GOLUB
Notary Public, NASSAU COUNTY
 01G04751186
Qualified in NASSAU COUNTY
Commission Expires 12/31/2013

BRETT GOLUB 1239212
AETNA JUDICIAL SERVICE INC
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-JLN-95704