


JUDGE SWEET CHAMBERS

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

DONNA A. CANFIELD
phone: (212) 788-8703
fax: (212) 788-8877
mobile: (917) 573-3480
email: dcanfiel@law.nyc.gov

September 1, 2010

**BY FACSIMILE: 212-805-7925**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/10

Re: Schoolcraft v. The City of New York, et al.
Civil Action Number: 10 CV 6005
City Number: 2010-033074

Dear Judge Sweet:

I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the City of New York and the New York City Police Department ("NYPD") (collectively the "City defendants") in the above-referenced matter. I write, with the consent of plaintiff's counsel, to request a sixty-day (60) extension of time to answer or otherwise respond to plaintiff's Complaint from September 3, 2010 to November 2, 2010. The City defendants were served with the Complaint on August 13, 2010. Accordingly, the City defendant's response is currently due September 3, 2010.

Plaintiff, a former police officer with the NYPD, brings this action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1988 for violations of his First, Fourth, and Fourteenth Amendments, and under New York State tort law against the City defendants, ten (10) individually-named members of the NYPD, Jamaica Hospital, and two (2) individually named Jamaica Hospital defendants. The City defendants are requesting this extension on behalf of the City of New York, the NYPD, and the individually-named members of the NYPD in order to afford this office the opportunity to properly investigate the allegations contained in the Complaint, determine the scope of our representation, and prepare an appropriate response. This is the City defendant's first request for an extension of time.

*[signature]*
*USDJ*
*9-4-10*

For these reasons, the City defendants respectfully request an extension of time to answer or otherwise respond to plaintiff's Complaint until November 2, 2010.

I thank the Court for its consideration of this request.

Respectfully submitted,

Donna A. Canfield
Assistant Corporation Counsel
dcanfiel@law.nyc.gov

cc: Jon L. Norinsberg
*Attorney for Plaintiff*
225 Broadway, Suite 2700
New York, New York 10007
(By Email: Norinsberg@aol.com)

Cohen & Fitch, LLP
Gerald Cohen
Joshua Fitch
*Attorneys for Plaintiff*
225 Broadway, Suite 2700
New York, New York 10007
(By Email: gcohen@cohenfitch.com; jfitch@cohenfitch.com)