OUR FILE NO.: 090.155440

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ADRIAN SCHOOLCRAFT, 6005

                  Plaintiff,

- against –

THE CITY OF NEW YOR, DEPUTY CHIEF MICHAEL
MARINO, Tax ID 873220, Individually and in his
Official Capacity, ASSISTANT CHIEF PATROL
BOROUGH BROOKLYN NORTH GERALD NELSON,
Tax ID 912370, Individually and in his Official Capacity,
DEPUTY INSPECTOR STEVEN MAURIELLO, Tax ID
895117, Individually and in his Official Capacity,
CAPTAIN THEODORE LAUTERBORN, Tax ID 897840,
Individually and in his Official Capacity, LIEUTENANT
JOSEPH GOFF, Tax ID 894025, Individually and in his
Official Capacity, SGT. FREDERICK SAWYER, Shield
No. 2576, Individually and in his Official Capacity,
SERGEANT KURT DUNCAN. Shield No. 2483,
Individually and in his Official Capacity, LIEUTENANT
CHRISTOPHER BROSCHART, Tax ID 915354,
Individually and in his Official Capacity, LIEUTENANT
TIMOTHY CAUGHEY, Tax ID 885374, Individually
and in his Official Capacity, SERGEANT SHANTEL
JAMES, Shield No. 3004, and P.O.'s "JOHN DOE"
#1-50, Individually and in their Official Capacity
(the name John Doe being fictitious, as the true
names are presently unknown) (collectively referred
to as "NYPD defendants"), JAMAICA HOSPITAL
MEDICAL CENTER, DR. ISAK ISAKOV, Individually
And in his Official Capacity, DR. LILIAN
ALDANA-BERNIER, Individually and in her Official
Capacity and JAMAICA HOSPITAL MEDICAL
CENTER EMPLOYEE'S "JOHN DOE" # 1-50,
Individually and in their Official Capacity (the name
John Doe being fictitious, as the true names are
Presently unknown),

                  Defendants.
------------------------------------------------------------------X

Index No.: 10-CIV-6005

STIPULATION
EXTENDING TIME
TO ANSWER



**IT IS HEREBY STIPULATED** and agreed that the time for the defendant, DR. LILIAN ALDANA-BERNIER, to serve an answer to the Complaint, or to make any motion in lieu of answer, is extended to and including the day of October 4, 2010.

A fully executed faxed copy of this Stipulation may be submitted to the Court.

Dated: New York, New York
September 2, 2010

_____
By: BRUCE M. BRADY, ESQ. ((BMB4816)
Callan Koster Brady & Brennan, LLP
Attorneys for Defendant
LILIAN ALDANA-BERNIER, M.D.
One Whitehall Street, 10th Floor
New York, New York 10004
(212) 248-8800
bbrady@ckbblaw.com

_____
By: JOSHUA FITCH, ESQ. (JF2813)
Cohen & Fitch, LLP
Attorneys for Plaintiff
225 Broadway, Suite 2700
New York, New York 10007
(212) 374-9115
jfitch@cohenfitch.com

SO ORDERED:

_____
Honorable
United States District Judge
9-14-10