GJR/da
667-82153

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ADRIAN SCHOOLCRAFT,

                Plaintiff,

-against-

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity CAPTAIN THEODORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOFF, Tax Id. 894025, Individually and in his Official Capacity, SGT. FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, AND P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants"), JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in her Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE" # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                Defendants.

**DECLARATION**

10 CIV 6005 (RWS)

------------------------------------------------------------------X

      **GREGORY J. RADOMISLI**, declares the following pursuant to 28 USC §1746, under penalty of perjury:

1514257_1.DOC                1

1. I am a Member of Martin Clearwater & Bell LLP, attorneys of record for defendant JAMAICA HOSPITAL MEDICAL CENTER and am fully familiar with the facts and circumstances of this action by virtue of a review of the file in my office.

2. This Declaration is respectfully submitted in support of the motion by JAMAICA HOSPITAL MEDICAL CENTER to dismiss the Complaint:

    a) Pursuant to Rules 8(a)(2), 12(b)(1), 12(b)(6) and 12(c) of the Federal Rules of Civil Procedure because plaintiff cannot state a claim against JAMAICA HOSPITAL MEDICAL CENTER based upon the alleged constitutional violations of its employees;

    b) Pursuant to Rules 8(a)(2), 12(b)(1), 12(b)(6) and 12(c) of the Federal Rules of Civil Procedure because the moving defendant was not a state actor acting under color of law; and

    c) Granting such other and further relief as this Court deems just and proper.

3. Attached hereto are true copies of the following Exhibits:

    a. Exhibit A- Plaintiff's Summons and Complaint

    b. Exhibit B- Verified Answer on behalf of JAMAICA HOSPITAL MEDICAL CENTER

    c. Exhibit C- Plaintiff's Amended Summons and Complaint

    d. Exhibit D- Verified Answer on behalf of JAMAICA HOSPITAL MEDICAL CENTER to plaintiff's Amended Complaint

**WHEREFORE**, it is respectfully requested that this Court grant defendant's motion in its entirety, together with such other and further relief as this Court deems just and proper.

Dated:      New York, New York
            October 12, 2010

> Yours, etc.,
>
> MARTIN CLEARWATER & BELL LLP
>
> By _____
> Gregory J. Radomisli (GJR 2670)
> Attorneys for Defendant
> JAMAICA HOSPITAL MEDICAL CENTER
> 220 East 42nd Street
> New York, NY 10017
> 212-697-3122