UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ADRIAN SCHOOLCRAFT,

        Plaintiff,

- against -

CITY OF NEW YORK, et al.,

        Defendants.

------------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/10

**Sweet, D.J.**

    Defendant Jamaica Hospital Medical Center's motion to dismiss, dated October 12, 2010, will be heard at noon on Wednesday, November 10, 2010, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
October 14, 2010

                              ROBERT W. SWEET
                                  U.S.D.J.