# JON L. NORINSBERG
ATTORNEY AT LAW
TRANSPORTATION BUILDING
225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007

BRONX OFFICE
5626 POST ROAD
BRONX, NEW YORK 10471
TEL (718) 432-3018
FAX (718) 432-0070

TEL (212) 791-5396
(212) 791-5397
FAX (212) 406-6890
E-MAIL: NORINSBERG@AOL.COM

October 18, 2010

**VIA FACSIMILE: 212-805-7925**
Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

RECEIVED
OCT 18 2010
JUDGE SWEET CHAMBERS

Re:   *Schoolcraft v. City of New York, et al*
      *10 CV 6005 (RWS)*

Your Honor:

I represent plaintiff Adrian Schoolcraft in the above-referenced civil rights action brought pursuant to 42 U.S.C. § 1983. I write to respectfully request an extension of the deadline to respond to defendant's motion to dismiss, which is currently set for October 26, 2010, until November 19, 2010. This is plaintiff's first request for an adjournment. Counsel for defendant, Gregory J. Radomisli, consents to this request.

Based on the foregoing, plaintiff respectfully requests that the Court grant additional time to respond to defendant's motion to dismiss, and adopt the following briefing schedule:

Plaintiff's Opposition:      November 19, 2010
Defendant's Reply:           December 10, 2010
Oral Argument:               December 15, 2010

I thank Your Honor for your consideration of this request.

Very truly yours,

/S

Jon L. Norinsberg



So ordered
Sweet USDJ
10-18-10

JLN/ks
Enclosure

cc:   Gregory J. Radomisli
      (212) 949-7054

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-19-10

TOTAL P.01