Form 27 - GENERAL PURPOSE

JON L NORINSBERG ESQ   JON L NORINSBERG ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
--------------------------------------------------------

ADRIAN SCHOOLCRAFT

PLAINTIFF

- vs -

THE CITY OF NEW YORK, ETAL

DEFENDANT

--------------------------------------------------------

index No. 10CV06005
Date Filed

Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**BRETT GOLUB** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **15TH** day of **SEPTEMBER, 2010 1:59PM** at
**100 CHURCH ST, 4TH FL.**
**NEW YORK NY 10007**
I served a true copy of the **AMENDED SUMMONS AND AMENDED COMPLAINT**,
upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named by delivering to, and leaving personally with
**AMANDA GONZALES, CLERK AUTHORIZED TO ACCEPT**
a true copy of each thereof.
        Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **FEMALE** COLOR: **BROWN** HAIR: **BROWN**
APP.AGE: **24** APP. HT: **5/7** APP. WT: **120**
OTHER IDENTIFYING FEATURES


COMMENTS:


Sworn to before me this
16TH day of SEPTEMBER, 2010

SAMSON NEWMAN
Notary Public, NEW YORK COUNTY
  01NE4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2013

BRETT GOLUB 1239212
AETNA JUDICIAL SERVICE INC
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-JLN-102271