Form 2 - SUITABLE WITH MILITARY

JON L NORINSBERG ESQ  JON L NORINSBERG ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
------------------------------------------------------
ADRIAN SCHOOLCRAFT                                        index No. **10CV06005**
                                              PLAINTIFF   Date Filed
                         - vs -

THE CITY OF NEW YORK, ETAL
                                              DEFENDANT   Office No.
                                                          Court Date.
------------------------------------------------------
        STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DEBBIE CRUZ** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **22ND** day of **SEPTEMBER, 2010 2:00 PM** at
         **%115TH PRECINCT, 92-15 NORTHERN BLVD.**
         **JACKSON HEIGHTS NY 11372**
I served the **AMENDED SUMMONS AND AMENDED COMPLAINT,**
upon **LIEUTENANT CHRISTOPHER BROSCHART, TAX ID. 915354**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **ELIZABETH CORRIGAN, PRINCIPAL & CO-WORKER AUTHORIZED TO ACCEPT** a person of suitable age and discretion.
         Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

                SEX: **FEMALE** COLOR: **WHITE** HAIR: **WHITE**
                APP.AGE: **50** APP. HT: **5/4** APP. WT: **250**
                OTHER IDENTIFYING FEATURES
                **GLASSES**

On **09/27/2010** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.


Sworn to before me this
27TH day of SEPTEMBER, 2010

BRETT GOLUB
Notary Public, NASSAU COUNTY
01G06129491
Qualified in NASSAU COUNTY
Commission Expires 06/27/2013

DEBBIE CRUZ 1262011
AETNA JUDICIAL SERVICE INC
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-JLN-102286