Form 2 - SUITABLE WITH MILITARY                                                                      1K

**JON L NORINSBERG ESQ** JON L NORINSBERG ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
--------------------------------------------------------
ADRIAN SCHOOLCRAFT
                                                                    index No. **10CV06005**
                                              PLAINTIFF             Date Filed
                           - vs -

THE CITY OF NEW YORK, ETAL
                                                                    Office No.
                                              DEFENDANT             Court Date.
--------------------------------------------------------
             STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**GERALD K. MURRAY** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **18TH** day of **SEPTEMBER, 2010**
**3:00 PM** at
                    **%81ST PRECINCT, 30 RALPH AVE**
                    **BROOKLYN NY 11221**
I served the **AMENDED SUMMONS AND AMENDED COMPLAINT,**
upon **SERGEANT SHANTEL JAMES, SHIELD # 3004**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the
aforementioned documents with **P.O. GOMEZ, CO-WORKER WHO REFUSED TRUE FIRST NAME**
a person of suitable age and discretion.
             Deponent describes the person served as aforesaid to the best of
deponent's ability at the time and circumstances of the service as follows.

                    SEX: **FEMALE** COLOR: **BROWN** HAIR: **BROWN**
                    APP.AGE: **30** APP. HT: **5/4** APP. WT: **130**
                    OTHER IDENTIFYING FEATURES


On **09/23/2010** I deposited in the United States mail another true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside
thereof by return address or otherwise that said notice is from an attorney or concerns an
action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the
DEFENDANT was in the military service of the United States Government, or of the State of
New York, and received a negative reply. Upon information and belief based upon the
conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military
service, and is not dependent on anyone in the military service of the United States
Government or the State of New York, as that term is defined in statutes of the State of New
York, or of the Federal Soldiers and Sailors Civilian Relief Act.



Sworn to before me this
23RD day of SEPTEMBER, 2010


BRETT GOLUB
Notary Public, NASSAU COUNTY                   _____
01G06129491                                    GERALD K. MURRAY 087285
Qualified in NASSAU COUNTY                     AETNA JUDICIAL SERVICE INC
Commission Expires 06/27/2013                  225 BROADWAY, SUITE 1802
                                               NEW YORK, NY, 10007
                                               Reference No: 3-JLN-102288