Form 1 - PERSONAL WITH MILITARY

K

JON L NORINSBERG ESQ   JON L NORINSBERG ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

---

ADRIAN SCHOOLCRAFT

PLAINTIFF

- vs -

THE CITY OF NEW YORK, ETAL

DEFENDANT

---

index No. **10CV06005**
Date Filed

Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**HOWARD HERTZFELD** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **16TH** day of **SEPTEMBER, 2010 9:50 AM** at
  %**JAMAICA HOSP, MEDICAL CENTER, 89 VAN WYCK EXPRESSWAY WEST JAMAICA NY 11411**
I served the **AMENDED SUMMONS AND AMENDED COMPLAINT**,
upon **DR. ISAK ISAKOV**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **DR. ISAK ISAKOV**
said **DEFENDANT** personally.
  Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **MALE**   COLOR: **WHITE**  HAIR: **GRAY**
APP.AGE: **58**  APP. HT: **5/8**  APP. WT: **170**
OTHER IDENTIFYING FEATURES

That at the time of service, as aforesaid, I asked the **DEFENDANT** whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
17TH day of SEPTEMBER, 2010

SAMSON NEWMAN
Notary Public, NEW YORK COUNTY
01NE4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2013

HOWARD HERTZFELD
AETNA JUDICIAL SERVICE INC
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-JLN-102290