Form 1 - PERSONAL WITH MILITARY                                                                                         K

JON L NORINSBERG ESQ  JON L NORINSBERG ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
------------------------------------------------------
ADRIAN SCHOOLCRAFT                                              index No. 10CV06005
                                                    PLAINTIFF   Date Filed
                          - vs -

THE CITY OF NEW YORK, ETAL
                                                    DEFENDANT   Office No.
                                                                Court Date.
------------------------------------------------------
            STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**HOWARD HERTZFELD** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **16TH** day of **SEPTEMBER, 2010 9:35 AM** at
            **%JAMAICA HOSP, MEDICAL CENTER, 89 VAN WYCK EXPRESSWAY WEST**
            **JAMAICA NY 11411**
I served the **AMENDED SUMMONS AND AMENDED COMPLAINT**,
upon **DR. LILIAN ALDANA-BERNIER**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the
aforementioned documents with **DR. LILIAN ALDANA-BERNIER**
said **DEFENDANT** personally.
            Deponent describes the person served as aforesaid to the best of
deponent's ability at the time and circumstances of the service as follows.

            SEX: **FEMALE** COLOR: **ASIAN** HAIR: **BLACK**
            APP.AGE: **51** APP. HT: **5/3** APP. WT: **135**
            OTHER IDENTIFYING FEATURES
            **GLASSES**


That at the time of service, as aforesaid, I asked the **DEFENDANT** whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.


Sworn to before me this
17TH day of SEPTEMBER, 2010

SAMSON NEWMAN
Notary Public, NEW YORK COUNTY                  _____
01NE4783767                                     HOWARD HERTZFELD 778037
Qualified in NEW YORK COUNTY                    AETNA JUDICIAL SERVICE INC
Commission Expires 11/03/2013                   225 BROADWAY, SUITE 1802
                                                NEW YORK, NY, 10007
                                                Reference No: 3-JLN-102291