Form 27 - GENERAL PURPOSE

K

JON L NORINSBERG ESQ   JON B NORINSBERG ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
-------------------------------------------------

ADRIAN SCHOOLCRAFT

index No. 10CV06005
Date Filed

— vs —

PLAINTIFF

THE CITY OF NEW YORK, ETAL

DEFENDANT

Office No.
Court Date.
-------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**HOWARD HERTZFELD** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **16TH** day of **SEPTEMBER, 2010** **9:20 AM** at
   **89 VAN WYCK EXPRESSWAY WEST**
   **JAMAICA NY 11411**
I served a true copy of the **AMENDED SUMMONS AND AMENDED COMPLAINT**,
upon **JAMAICA HOSPITAL MEDICAL CENTER**,
the **DEFENDANT** therein named by delivering to, and leaving personally with
**GEORGE STANCO, RISK MANAGEMENT AUTHORIZED TO ACCEPT**
a true copy of each thereof.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **MALE**   COLOR: **WHITE**   HAIR: **BLACK**
APP.AGE: **45** APP. HT: **5/11** APP. WT: **170**
OTHER IDENTIFYING FEATURES

COMMENTS:

Sworn to before me this
17TH day of SEPTEMBER, 2010

SAMSON NEWMAN
Notary Public, NEW YORK COUNTY
   01NE4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2013

HOWARD HERTZFELD  #078037
AETNA JUDICIAL SERVICE INC
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-JLN-102321