


MICHAEL A. CARDOZO
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DONNA A. CANFIELD
*Assistant Corporation Counsel*
phone: (212) 788-8703
fax: (212) 788-8877*
mobile: (917) 573-3480
email: dcanfiel@law.nyc.gov

October 29, 2010

**BY FACSIMILE: 212-805-7925**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    Schoolcraft v. The City of New York, et al.
                Civil Action Number: 10 CV 6005
                LM #: 2010-033074

Dear Judge Sweet:

        I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the City of New York and the New York City Police Department ("NYPD") (collectively the "City defendants") in the above-referenced matter. I write, with the consent of plaintiff's counsel, to request an additional thirty (30) day extension of time to answer or otherwise respond to plaintiff's Amended Complaint, from November 2, 2010 to December 2, 2010. This is City defendants' second request for an enlargement of time to respond to the Amended Complaint.

        Plaintiff, a former police officer with the NYPD, brings this action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1988 for violations of his First, Fourth, and Fourteenth Amendment rights, and under New York State tort law against the City defendants, ten (10) individually-named members of the NYPD, and fifty (50) individual members of the NYPD identified only as "John Doe." Although City defendants are actively investigating plaintiff's claims alleged in the Amended Complaint, it has been determined that an additional thirty (30) days are necessary to complete our investigation/interviews of all members of the NYPD named in the Amended Complaint, determine the scope of representation, and prepare an appropriate response to the Amended Complaint.

For these reasons, City defendants respectfully request a further extension of time to answer or otherwise respond to plaintiff's Complaint until December 2, 2010.

I thank the Court for its consideration of this request.

                                                Respectfully submitted,

                                                /s/

                                                Donna A. Canfield
                                               Assistant Corporation Counsel
                                               dcanfiel@law.nyc.gov

cc:     Jon L. Norinsberg
        *Attorney for Plaintiff*
        225 Broadway, Suite 2700
        New York, New York 10007
        (by email: Norinsberg@aol.com)

        Cohen & Fitch, LLP
        Gerald Cohen
        Joshua Fitch
        *Attorneys for Plaintiff*
        225 Broadway, Suite 2700
        New York, New York 10007
        (by email: gcohen@cihenfitch.com; jfitch@cohenfitch.com)

        Gregory John Radomisli
        Martin Clearwater & Bell LLP (NYC)
        *Attorneys for Jamaica Hospital*
        220 East 42nd Street
        13th Floor
        New York, NY 10017
        (by email: radomg@mcblaw.com)

        Brian E Lee
        Law Office of J. David O'Brien
        *Attorneys for Dr. Isak Isakov*
        20 Vesey Street
        Suite 1210
        New York, NY 10007
        (by email: blee@idjlaw.com)

        Bruce Morgan Brady
        Wilson Elser Moskowitz Edelman & Dicker LLP
        *Attorneys for Dr. Lillian Aldana-Bernier*
        150 East 42nd Street

New York, NY 10017
(by email: bbrady@ckbblaw.com)

Fax 2127888877                Oct 29 2010 04:03pm  P004/004