OUR FILE NO.: 090.155440

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X   Index No.: 10-CIV-6005
ADRIAN SCHOOLCRAFT,

                        Plaintiff,

- against -

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL
MARINO, Tax Id. 873220, Individually and in his Official
Capacity, ASSISTANT CHIEF PATROL BOROUGH
BROOKLYN NORTH GERALD NELSON, Tax Id. 912370,
Individually and in his Official Capacity, DEPUTY
INSPECTOR STEVEN MAURIELLO, Tax Id. 895117,
Individually and in his Official Capacity, CAPTAIN
THEODORE LAUTERBORN, Tax Id. 897840, Individually
and in his Official Capacity, LIEUTENANT JOSEPH GOFF,
Tax Id. 894025, Individually and in his Official Capacity,
stg. Frederick sawyer, Shield No. 2576, Individually and in
his Official Capacity, SERGEANT KURT DUNCAN, Shield
No. 2483, Individually and in his Official Capacity,
LIEUTENANT CHRISTOPHER BROSCHART, Tax Id.
915354, Individually and in his Official Capacity,
LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374,
Individually and in his Official Capacity, SERGEANT
SHANTEL JAMES, Shield No. 3004, and P.O.'s "JOHN
DOE" #1-50, Individually and in their Official Capacity (the
name John Doe being fictitious, as the true names are
presently unknown) (collectively referred to as "NYPD
defendants"), JAMAICA HOSPITAL MEDICAL CENTER,
DR. ISAK ISAKOV, Individually and inhis Official Capacity,
DR. LILIAN ALDANA-BERNIER, Individually and in her
Official Capacity and JAMAICA HOSPITAL MEDICAL
CENTER EMPLOYEE'S "JOHN DOE" # 1-50, Individually
and in their Official Capacity (the name Joh doe being
fictitious, as the true names are presently unknown),

**FEDERAL RULES OF
CIVIL PROCEDURE
7.1 STATEMENT**

                        Defendants.
-------------------------------------------------------------------------X

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant certifies that the following are corporate

parents, subsidiaries, or affiliates of that party:

    NONE

Dated:    New York, New York
November 11, 2010

        Yours, etc.,
        CALLAN, KOSTER, BRADY & BRENNAN, LLP

        _____
        By: BRUCE M. BRADY, ESQ. (BMB4816)
        A Member of the Firm
        Attorneys for Defendant
        DR. LILIAN ALDANA-BERNIER
        One Whitehall Street, 10th Floor
        New York, New York 10004
        (212) 248-8800
        bbrady@ckbblaw.com

TO:    JON L. NORINSBERG, ESQ. (JN2133)
Attorney for Plaintiff
225 Broadway, Suite 2700
New York, New York 10007
(212) 791-5396
norinsberg@aol.com

COHEN & FITCH, LLP
GERALD COHEN (GC0414)
JOSHUA FITCH (JF2813)
Attorneys for Plaintiff
225 Broadway, Suite 2700
New York, New York 10007
(212) 374-9115
gcohen@cohenfitch.com
Jfitch@cohenfitch.com

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         : SS.:
COUNTY OF NEW YORK       )

CAMILLE D. PALMER, being duly sworn, deposes and says:

I am not a party to the action, I am over 18 years of age and I reside in Queens County, State of New York.

On November __11__, 2010, I served a true copy of the annexed **FEDERAL RULES OF CIVIL PROCEDURE 7.1 STATEMENT** by mailing same in a sealed envelope with postage prepaid in an official depository of the U.S. Postal Service within the State of New York addressed to:

JON L. NORINSBERG, ESQ. (JN2133)
Attorney for Plaintiff
225 Broadway, Suite 2700
New York, New York 10007
(212) 791-5396
norinsberg@aol.com

COHEN & FITCH, LLP
GERALD COHEN (GC0414)
JOSHUA FITCH (JF2813)
Attorneys for Plaintiff
225 Broadway, Suite 2700
New York, New York 10007
(212) 374-9115
gcohen@cohenfitch.com
Jfitch@cohenfitch.com

_____
CAMILLE D. PALMER

Sworn to before me this
____11____ day of November, 2010

_____
NOTARY PUBLIC

Arlene Savarese
NOTARY PUBLIC, State of New York
No. 01SA6146568
Qualified in Richmond County
Term Expires: May 22, 20__14__