UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ADRIAN SCHOOLCRAFT,

                Plaintiff,

    -against-

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity, CAPTAIN THEODORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOFF, Tax Id. 894025, Individually and in his Official Capacity, SGT FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, and P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown)(collectively referred to as "NYPD defendants"), JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in her Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                Defendants.
------------------------------------------x

Docket No.
10-CV-6005 (RWS)

FEDERAL RULES OF
CIVIL PROCEDURE
RULE 7.1 STATEMENT

    PLEASE TAKE NOTICE, pursuant to Rule 7.1 OF the Federal Rules

of Civil Procedure, And to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the defendant Isak Isakov, M.D. certifies that the following are corporate parents, subsidiaries, or affiliates of Isak Isakov, M.D.:

　　None.

Dated:　　Lake Success, New York
　　　　　November 11, 2010

Yours, etc.,

*/s/ Brian E. Lee*

BRIAN E. LEE (BL9495)
IVONE, DEVINE & JENSEN, LLP
Attorneys for Defendant
　ISAK ISAKOV, M.D.
2001 Marcus Avenue, Suite N100
Lake Success, New York  11042
(516) 326-2400

To:　BY ECF FILING

JON L. NORINSBERG (JN2133)
Attorney for Plaintiff
225 Broadway, Suite 2700
New York, NY 10007
(212) 791-5396
Norinsberg@aol.com

COHEN & FITCH LLP
Gerald Cohen (GC0414)
Joshua Fitch (JF2813)
Attorney for Plaintiff
225 Broadway, Suite 2700
New York, NY 10007
(212) 374-9115
gcohen@cohenfitch.com
jfitch@cohenfitch.com

MICHAEL A. CARDOZO,
Corporation Counsel of the City of New York
Attorney for Defendant CITY OF NEW YORK
100 Church Street, Room 2-124
New York, NY 10007
(212) 788-8703
dcanfiel@law.nyc.gov
Attn: Donna A. Canfield
Assistant Corporation Counsel

CALLAN, KOSTER, BRADY & BRENNAN, LLP
Bruce M. Brady, Esq.
Attorneys for Defendant
DR. LILIAN ALDANA-BERNIER
1 Whitehall Street
New York, NY 10004-2140
(212) 248-0115
bbrady@ckbblaw.com

MARTIN, CLEARWATER & BELL, LLP
Gregory John Radomisli, Esq.
Attorneys for Defendant
JAMAICA HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, NY 10017
(212) 697-3122
radomg@mcblaw.com