Form 2 - SUITABLE WITH MILITARY                                                                NI

JON L NORINSBERG ESQ  JON L NORINSBERG ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
-------------------------------------------------------
                                                              index No. **10CV06005**
ADRIAN SCHOOLCRAFT                                            Date Filed
                                              PLAINTIFF
                        - vs -

THE CITY OF NEW YORK, ETAL                                    Office No.
                                              DEFENDANT       Court Date.
-------------------------------------------------------
            STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**GERALD K. MURRAY** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **09TH** day of **DECEMBER, 2010** **5:46PM** at
            **%PATROL BROOKLYN NORTH 90TH PCT. 211 UNION AVE. 2ND FL.**
            **BROOKLYN NY 11211**
I served the **AMENDED SUMMONS AND AMENDED COMPLAINT,**
upon **SERGEANT KURT DUNCAN, SHIELD # 2483**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **P.O. (JOHN) LOPEZ, CO-WORKER WHO REFUSED FIRST NAME**
a person of suitable age and discretion.
            Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

            SEX: **MALE**    COLOR: **TAN**    HAIR: **BROWN**
            APP.AGE: **30** APP. HT: **5/9** APP. WT: **180**
            OTHER IDENTIFYING FEATURES


On **12/10/2010** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.


Sworn to before me this
10TH day of DECEMBER, 2010

SAMSON NEWMAN
Notary Public, NEW YORK COUNTY
01NE4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2013

GERALD K. MURRAY 0872285
AETNA JUDICIAL SERVICE INC
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-JLN-102277