UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

ADRIAN SCHOOLCRAFT,

               Plaintiff,

   - against -

CITY OF NEW YORK, et al.,

               Defendants.

---------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

**Sweet, D.J.**


     Defendant Jamaica Hospital Medical Center's letter, dated February 10, 2011, will be treated as a motion to stay discovery and will be heard on submission, without oral argument, on Wednesday, March 2, 2011.


     It is so ordered.


**New York, NY**
**February /4 , 2011**



ROBERT W. SWEET
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-11