UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ADRIAN SCHOOLCRAFT,

                    Plaintiff,

                                              10 Civ. 6005 (RWS)
        - against -
                                              O R D E R

CITY OF NEW YORK, ET AL.,

                    Defendants.

------------------------------------------X

**Sweet, D.J.**

        Plaintiff's letter, dated September 13, 2011, will be
treated as a motion to compel and will be heard at noon on
Wednesday, September 28, 2011, in courtroom 18C.


        It is so ordered.


**New York, NY**
**September /6 , 2011**

                              ROBERT W. SWEET
                                  U.S.D.J.