UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
ADRIAN SCHOOLCRAFT,                                            10CV6005(RWS)

                                        Plaintiff,            **Rule 26(f)(3)**
                    -against-                                 **Amended Discovery Plan**
THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL
MARINO, Tax Id. 873220, Individually and in his Official
Capacity, ASSISTANT CHIEF PATROL BOROUGH
BROOKLYN NORTH GERALD NELSON, Tax Id. 912370,
Individually and in his Official Capacity, DEPUTY INSPECTOR
STEVEN MAURIELLO, Tax Id. 895117, Individually and in his
Official Capacity, CAPTAIN THEODORE LAUTERBORN, Tax
Id. 897840, Individually and in his Official Capacity,
LIEUTENANT JOSEPH GOFF, Tax Id. 894025, Individually and
in his Official Capacity, SGT FREDERICK SAWYER, Shield No.
2576, Individually and in his Official Capacity, SERGEANT
KURT DUNCAN, Shield No. 2483, Individually and in his
Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART,
Tax Id. 915354, Individually and in his Official Capacity,
LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374,
Individually and in his Official Capacity, SERGEANT SHANTEL
JAMES, Shield No. 3004, and P.O.'s "JOHN DOE" #1-50,
Individually and in their Official Capacity (the name John Doe
being fictitious, as the true names are presently unknown)
(collectively referred to as "NYPD defendants"), JAMAICA
HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV,
Individually and in his Official Capacity, DR. LILIAN ALDANA-
BERNIER, Individually and in her Official Capacity and
JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S
"JOHN DOE # 1-50, Individually and in their Official Capacity
(the name John Doe being fictitious, as the true names are
presently unknown),

                                        Defendants.

-------------------------------------------------------------------------------x

        The parties submit the following Amended Discovery Plan, pursuant to Federal Rules

of Civil Procedure Rule 26(f)(3).

        1.      All automatic pursuant to Rule 26(a), to the extent not already disclosed,  shall

be served by each party no later than October 7, 2011.

2.      Plaintiff shall respond to the Interrogatories and Requests for the Production of Documents heretofore served by the defendants by August 15, 2011.  Plaintiffs shall respond to Interrogatories and Requests for the Production of Documents served hereafter by any defendant within twenty days of service thereof, unless otherwise agreed.  Plaintiff shall also provide copies of all audio recordings by August 15, 2011.

3.      Defendants Jamaica, Bernier and Isakov ("medical defendants") shall respond to the Interrogatories and Requests for Production of Documents served by plaintiff by August 15, 2011.  Defendant City of New York shall respond to the Interrogatories and Requests for Production of Documents served by plaintiff by producing non-privileged documents, subject to the confidentiality stipulation and protective order, by October 7, 2011. Defendant City of New York shall respond to the Requests for Admission by October 28, 2011, and will provide a list of documents claimed to be privileged by that date.

4.      Defendant City of New York shall produce NYPD's Internal Affairs Bureau ("IAB") and Brooklyn North Investigations Unit ("BNIU") files, subject to the confidentiality stipulation and protective order, by November 28, 2011.  If it appears that the City of New York will need additional time to prepare and serve those documents, the City of New York will provide notification of that by October 28, 2011.

5.      Plaintiff will move for disclosure of any documents withheld by the City of New York under the claim of privilege by December 15, 2011.

6.      The deposition of the plaintiff will be held beginning thirty days after the production of any documents (claimed to be privileged) ordered by the court (measured from

the date the City actually mails those documents to the parties). If no additional documents are ordered to be produced, the deposition will be held within 45 days after the date of that order. The plaintiff will be produced for two consecutive seven hour days (one for the City defendants and one for the medical-hospital defendants) for that deposition, subject to a request by any party for additional time.

7.      The depositions of the defendants will be held beginning two weeks after the deposition of the plaintiff is completed pursuant to a schedule to be agreed upon after the plaintiff's deposition is completed.

8.      Plaintiff will produce Larry Schoolcraft for deposition to be held before the fact discovery cut-off deadline. The deposition will be limited to seven hours. For good cause shown, the defendants may apply to the Court for additional time for this deposition.

9.      Documents that are deemed to be confidential and/or privileged will be handled pursuant to a stipulation and protective order, to be agreed to by and between counsel, or by a Court order if necessary.

10.     Local Rule 33.3(c) interrogatories seeking the claims and contentions of the opposing parties shall be served after the depositions of the parties are completed. Plaintiff will respond thereto within twenty days and defendants will respond within twenty days after the plaintiff's response.

11.     Fact discovery shall be completed by June 29, 2012.

12.     Any expert disclosure not previously made, and the depositions of experts, shall be scheduled for the three months after the fact discovery is completed. Plaintiff's expert disclosure shall be made by July 13, 2012 and defendants' expert disclosure shall be made by August 17, 2012. Depositions of plaintiff's expert(s) shall be completed by September 7, 2012

and depositions of defendants' experts shall be completed by October 5, 2012.

13.    Expert discovery shall be completed by October 31, 2012.

14.    Any dispositive motions shall be served by December 14, 2012.

15.    All dates in this discovery plan are subject to modification.

16.    This document may be executed in counterparts, and signatures transmitted by facsimile or other electronic means shall have the same force and effect as if signed in the original.

Dated:        New York, New York
              September 28, 2011

JON L. NORINSBERG (JN2133)
Attorney for Plaintiff
225 Broadway, Suite 2700
New York, NY 10007
(212) 791-5396
Norinsberg@aol.com

COHEN & FITCH LLP
Gerald Cohen (GC0414)
Joshua Fitch (JF2813)
Attorneys for Plaintiff
225 Broadway, Suite 2700
New York, NY 10007
(212) 374-9115
gcohen@cohenfitch.com
jfitch@cohenfitch.com

*see attached*

Donna A. Canfield (DC       )
Assistant Corporation Counsel
MICHAEL A. CARDOZO,
Corporation Counsel of the City of New York
Attorney for Defendant CITY OF NEW YORK
100 Church Street, Room 2-124
New York, NY 10007
(212) 788-8703
dcanfiel@law.nyc.gov

Bruce M. Brady (BMB4816)
CALLAN, KOSTER, BRADY & BRENNAN, LLP
Attorneys for Defendant
DR. LILIAN ALDANA-BERNIER
1 Whitehall Street
New York, NY 10004-2140
(212) 248-8800

*see attached*

Gregory J. Radomisli (GJR2670)
MARTIN, CLEARWATER & BELL, LLP
Attorneys for Defendant
JAMAICA HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, NY 10017
(212) 697-3122

Brian E. Lee (BL9495)
IVONE, DEVINE & JENSEN, LLP
Attorneys for Defendant
ISAK ISAKOV, M.D.
2001 Marcus Avenue, Suite N100
Lake Success, New York 11042
(516) 326-2400
brianelee@idjlaw.com

and depositions of defendants' experts shall be completed by October 5, 2012.

13.     Expert discovery shall be completed by October 31, 2012.

14.     Any dispositive motions shall be served by December 14, 2012.

15.     All dates in this discovery plan are subject to modification.

16.     This document may be executed in counterparts, and signatures transmitted by

facsimile or other electronic means shall have the same force and effect as if signed in the

original.

Dated:       New York, New York
             September 28, 2011

JON L. NORINSBERG (JN2133)
Attorney for Plaintiff
225 Broadway, Suite 2700
New York, NY 10007
(212) 791-5396
Norinsberg@aol.com

COHEN & FITCH LLP
Gerald Cohen (GC0414)
Joshua Fitch (JF2813)
Attorneys for Plaintiff
225 Broadway, Suite 2700
New York, NY 10007
(212) 374-9115
gcohen@cohenfitch.com
jfitch@cohenfitch.com

Donna A. Canfield (DC      )
Assistant Corporation Counsel
MICHAEL A. CARDOZO,
Corporation Counsel of the City of New York
Attorney for Defendant CITY OF NEW YORK
100 Church Street, Room 2-124
New York, NY 10007
(212) 788-8703
dcanfiel@law.nyc.gov

Bruce M. Brady (BMB4816)
CALLAN, KOSTER, BRADY & BRENNAN, LLP
Attorneys for Defendant
DR. LILIAN ALDANA-BERNIER
1 Whitehall Street
New York, NY 10004-2140
(212) 248-0115

Gregory J. Radomisli (GJR2670)
MARTIN, CLEARWATER & BELL, LLP
Attorneys for Defendant
JAMAICA HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, NY 10017
(212) 697-3122

Brian E. Lee (BL9495)
IVONE, DEVINE & JENSEN, LLP
Attorneys for Defendant
ISAK ISAKOV, M.D.
2001 Marcus Avenue, Suite N100
Lake Success, New York 11042
(516) 326-2400
brianelee@idjlaw.com