UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Schoolcraft,

    -v.-                                                           10 Civ 6005 (RWS)

City of N.Y.
------------------------------------------------------------X

Please be advised that the conference scheduled
for __12/7/11__ has been rescheduled to
__2/8/12__ at __4:30 p.m.__ in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated:  New York, New York
        12/7/11

                                                    _____
                                                    ROBERT W. SWEET
                                                    United States District Judge