UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ADRIAN SCHOOLCRAFT,

                                        Plaintiff,            **NOTICE OF**
                                                             **APPEARANCE**

                        -against-                            10 Civ. 6005 (RWS)

THE CITY OF NEW YORK, et al.,

                                        Defendants.

------------------------------------------------------------------- x


      **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, DEPUTY CHIEF MICHAEL MARINO, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, DEPUTY INSPECTOR STEVEN MAURIELLO, CAPTAIN THEODORE LAUTERBORN,   LIEUTENANT JOSEPH GOFF, SGT. FREDERICK SAWYER, SERGEANT KURT DUNCAN, LIEUTENANT CHRISTOPHER BROSCHART, LIEUTENANT TIMOTHY CAUGHEY, and SERGEANT SHANTEL JAMES (collectively,

"NYPD Defendants") in the above-referenced action.  Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:          New York, New York
                February 7, 2012

                                        Respectfully Submitted,

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                          of the City of New York
                                        Attorney for NYPD Defendants
                                        100 Church Street, Room 2-143
                                        New York, New York 10007
                                        (212) 788-0407
                                        mleighto@law.nyc.gov

                                By:     _____
                                        Maxwell D. Leighton
                                        Assistant Corporation Counsel

TO:     Jon L. Norinsberg (by ECF)
        Cohen & Fitch, LLP (by ECF)
        *Attorneys for Plaintiff*

        Gregory John Radomisli (by ECF)
        Martin Clearwater & Bell LLP
        *Attorneys for Jamaica Hospital*

        Brian E Lee (by ECF)
        Law Office of J. David O'Brien
        *Attorneys for Dr. Isak Isakov*

        Bruce Morgan Brady (by ECF)
        Wilson Elser Moskowitz Edelman & Dicker LLP
        *Attorneys for Dr. Lillian Aldana-Bernier*