UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ADRIAN SCHOOLCRAFT,

                                              Plaintiff,

                                         **NOTICE OF**
                                         **APPEARANCE**

                 -against-

                                         10 Civ. 6005 (RWS)

THE CITY OF NEW YORK, et al.,

                                              Defendants.

------------------------------------------------------------------------ x

          **PLEASE TAKE NOTICE** that **Suzanna H. Publicker**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, DEPUTY CHIEF MICHAEL MARINO, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, DEPUTY INSPECTOR STEVEN MAURIELLO, CAPTAIN THEODORE LAUTERBORN, LIEUTENANT JOSEPH GOFF, SGT. FREDERICK SAWYER, SERGEANT KURT DUNCAN, LIEUTENANT CHRISTOPHER BROSCHART, LIEUTENANT TIMOTHY CAUGHEY, and SERGEANT SHANTEL JAMES (collectively, "NYPD Defendants") in the above-referenced action, having replaced Assistant Corporation Counsels Donna A. Canfield and Maxwell D. Leighton, effective immediately.

Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:  New York, New York
March 7, 2012

Respectfully Submitted,

MICHAEL A. CARDOZO
Corporation Counsel
  of the City of New York
Attorney for NYPD Defendants
100 Church Street, Room 3-200
New York, New York 10007
(212) 788-1103
spublick@law.nyc.gov

By:  _____/s/_____
Suzanna H. Publicker
Assistant Corporation Counsel

TO: Jon L. Norinsberg (by ECF)
Cohen & Fitch, LLP (by ECF)
*Attorneys for Plaintiff*

Gregory John Radomisli (by ECF)
Martin Clearwater & Bell LLP
*Attorneys for Jamaica Hospital*

Brian E Lee (by ECF)
Law Office of J. David O'Brien
*Attorneys for Dr. Isak Isakov*

Bruce Morgan Brady (by ECF)
Wilson Elser Moskowitz Edelman & Dicker LLP
*Attorneys for Dr. Lillian Aldana-Bernier*

2