UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

SCHOOLCRAFT,

                Plaintiff,

    - against -

THE CITY OF NEW YORK,

                Defendant.

------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

**Sweet, D.J.**

    The Defendant's letter dated March 12 will be treated as a motion and heard at noon on Wednesday, March 28, 2012 in courtroom 18C.

    It is so ordered.

New York, NY
March 14, 2012

                                      ROBERT W. SWEET
                                      U.S.D.J.