UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

SCHOOLCRAFT,

              Plaintiff,

  - against -

THE CITY OF NEW YORK,

              Defendant.

------------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

**Sweet, D.J.**

      The New York Times Company's letter dated March 21, 2012 will be treated as a motion and heard at noon on Wednesday, April 4, 2012 in courtroom 18C.

      It is so ordered.

New York, NY
March 26, 2012

                                      ROBERT W. SWEET
                                          U.S.D.J.