UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

SCHOOLCRAFT,

                  Plaintiff,

  - against -

THE CITY OF NEW YORK, ET AL.,

                  Defendants.

-------------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/12

**Sweet, D.J.**

        The Plaintiff's letter dated April 25 will be treated as a motion and heard at noon on Wednesday, May 9, 2012 in courtroom 18C.

        It is so ordered.

New York, NY
April 26, 2012

                                          ROBERT W. SWEET
                                              U.S.D.J.