UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

ADRIAN SCHOOLCRAFT,

                              Plaintiff,

              -against-

CITY OF NEW YORK; et al.,

                         Defendants.

-------------------------------------------------------------------- x

**NOTICE OF**
**APPEARANCE**

10 Civ. 6005 (RWS)

**PLEASE TAKE NOTICE** that Assistant Corporation Counsel William S.J. Fraenkel of the Office of the Corporation Counsel of the City of New York, attorney for the City of New York, the New York City Police Department ("NYPD"), and individual defendants Deputy Chief Michael Marino, Assistant Chief Patrol Borough Brooklyn North Gerald Nelson, Captain Theordore Lauterborn, Lieutenant Joseph Goff, Sergeant Frederick Sawyer, Sergeant Kurt Duncan, Lieutenant Christopher Broschart, and Sergeant Shantel James (collectively the "City Defendants") in the above-referenced matter., shall now appear in this matter for City Defendants.

Dated:     New York, New York
           May 8, 2012

                                     Respectfully Submitted,

                                     MICHAEL A. CARDOZO
                                     Corporation Counsel of the City of New York
                                     Attorney for the City Defendants
                                     100 Church Street, Room 2-105
                                     New York, New York  10007
                                     (212) 788-1247

                    By:    **ECF**:              /s/
                               WILLIAM S.J. FRAENKEL
                               Assistant Corporation Counsel

TO:    All Counsel of Record via ECF