UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

SCHOOLCRAFT,

                Plaintiff,

  - against -                       10 Civ. 6005 (RWS)

                                     O R D E R

THE CITY OF NEW YORK, ET AL.,

                Defendants.

-------------------------------------------X

**Sweet, D.J.**

        The Defendants' letter dated May 11 will be treated as a motion and heard at noon on Wednesday, May 23, 2012 in courtroom 18C.

        It is so ordered.

**New York, NY**
**May 14, 2012**

                                              ROBERT W. SWEET
                                                 U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-12