UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

SCHOOLCRAFT,

                Plaintiff,

   - against -

THE CITY OF NEW YORK, ET AL.,

                Defendants.

------------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 6/26/12*

Sweet, D.J.

        The Plaintiff's letter dated June 20 will be treated as a motion to reconsider and heard on submission on July 11, 2012. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

New York, NY
June 2✔, 2012

                                        ROBERT W. SWEET
                                           U.S.D.J.