UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

SCHOOLCRAFT,

                Plaintiff,

  - against -

THE CITY OF NEW YORK, ET AL.,

                Defendants.

------------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/12

Sweet, D.J.

        The Plaintiff's letter dated August 1 will be treated as a motion to amend and heard on submission, without oral argument, on August 22, 2012.  All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

New York, NY
August 7, 2012

                                            ROBERT W. SWEET
                                                U.S.D.J.