## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    DIANA ALVAREZ, being duly sworn, deposes and says that she is not a party to this action, is over 18 years of age and is an employee in the office of MARTIN CLEARWATER & BELL LLP, attorneys for the defendant JAMAICA HOSPITAL MEDICAL CENTER.

    That on the 15th day of October, 2012, she served the within **VERIFIED ANSWER TO SECOND AMENDED COMPLAINT** upon the following attorneys by depositing a true copy of the same securely enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at 220 East 42nd Street, New York, New York 10017 directed to said attorneys at:

COHEN & FITCH, LLP
Attorneys for Plaintiff
233 Broadway, Suite 1800
New York, New York 10279

LAW OFFICES OF JON L. NORINSBERG
Attorney for Plaintiff
225 Broadway, Suite 2700
New York, New York 10007

CALLAN KOSTER BRADY &
BRENNAN, LLP
One Whitehall Street, 10th Floor
New York, New York 10004

IVONE, DEVINE & JENSEN, LLP
Attorneys for Defendant
ISAK ISAKOV
2001 Marcus Avenue, Suite N100
Lake Success, New York 11042

MICHAEL A. CARDOZO
CORPORATION COUNSEL
Attorneys for Defendants
Law Department of the City of New York
100 Church Street Room 2-124
New York, New York 10007
Attn: Suzanne Publicker, Esq.

SEIFF KRETZ & ABERCHROMBIE
Attorneys for Defendants
DEPUTY INSPECTOR STEVEN MAURIELLO
444 Madison Avenue, 30th Floor
New York, New York 10022

    that being the address within the State designated by them for the purpose of service upon them of the preceding papers in this action, or the place where they then kept an office for regular communication by mail.

_____
DIANA ALVAREZ

Sworn to before me, this
        day of October, 2012

_____
Notary Public

MILLICET YELISSA SANCHEZ
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01SA6139553
COMM. EXP. _____