Form 5 - SUITABLE WITH MAILING                                    NI

*P235528*

JON L NORINSBERG ESQ    JON L NORINSBERG ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
----------------------------------------------------
ADRIAN SCHOOLCRAFT                                     index No. 10CV06005
                                         PLAINTIFF    Date Filed
                          - vs -

CITY OF NEW YORK, ETAL
                                         DEFENDANT    Office No.
                                                      Court Date.
----------------------------------------------------
             STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **11TH** day of **OCTOBER, 2012 01:09 PM** at
             **FDNY, BUREAU OF LEGAL AFFAIRS 9 METROTECH CENTER, 4TH FL.**
             **BROOKLYN NY 11201**
I served the **AMENDED,SUMMONS,SECOND AMENDED COMPLAINT**
upon **LIEUTENANT ELISE HANLON,**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **WILLIAM WALLACE, LEGAL CLERK AND CO-WORKER**
a person of suitable age and discretion.
             Deponent describes the person served as aforesaid to the best of
deponent's ability at the time and circumstances of the service as follows.

             SEX: **MALE**    COLOR: **BROWN** HAIR: **BK/BALD**
             APP.AGE: **58** APP. HT: **5/7** APP. WT: **210**
             OTHER IDENTIFYING FEATURES
             **MUSTACHE**


On 10/15/2012 I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:


Sworn to before me this
15TH day of OCTOBER, 2012


KENNETH WISSNER
Notary Public, NEW YORK
  01WI4714130
Qualified in NEW YORK
Commission Expires 03/30/2014

SHAWN D. FORBES 1002608
Empire Lawyers Service, LLC
d/b/a Aetna Judicial Service
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7-JLN-235240