```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

SCHOOLCRAFT,

                  Plaintiff,
                                            10 Civ. 6005 (RWS)
       - against -
                                            O R D E R

CITY OF NEW YORK, ET AL.,

                  Defendants.
-------------------------------------X
```

**Sweet, D.J.**

      Defendant Mauriello's letter dated October 15, 2012, will be treated a motion to compel and heard at noon on Wednesday, October 24, 2012, in courtroom 18C. Any responses should be filed by October 21, 2012.

      It is so ordered.

New York, NY
October ___, 2012

                                              ROBERT W. SWEET
                                                 U.S.D.J.

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/18/12]