UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X

SCHOOLCRAFT,

                      Plaintiff,

       - against -                              10 Civ. 6005 (RWS)

                                                O R D E R

CITY OF NEW YORK, ET AL.,

                      Defendants.

-------------------------------------------X

**Sweet, D.J.**

          Plaintiff's letter dated October 18, 2012, will be treated a motion and heard at noon on Wednesday, October 31, 2012, in courtroom 18C.  Any opposition should be filed by October 26, 2012, and any reply should be filed by October 29, 2012.


          It is so ordered.

**New York, NY**
**October 22, 2012**

                                    ROBERT W. SWEET
                                        U.S.D.J.