# JON L. NORINSBERG
### ATTORNEY AT LAW

TRANSPORTATION BUILDING
225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007
www.norinsberglaw.com

BRONX OFFICE
5938 FIELDSTON ROAD
BRONX, NEW YORK 10471

JON L. NORINSBERG

ALEX UMANSKY

TEL (212) 791-5396
FAX (212) 406-6890
E-MAIL: norinsberg@aol.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/12

RECEIVED
NOV 15 2012
JUDGE SWEET CHAMBERS

November 15, 2012

Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

      Re:   *Schoolcraft v. City of New York, et al*
             *10 CV 6005 (RWS)*

Your Honor:

      We write now to inform the Court that we have been relieved as counsel for plaintiff Adrian Schoolcraft. At the moment, no new counsel has been appointed, and we are not certain whether or not plaintiff intends to retain new counsel, or instead, proceed *pro se*.

      In the interim, plaintiff has requested that we provide him with all of his files relating to this civil action. Under normal circumstances, we would readily comply with such a request. However, in light of the Attorneys Eyes Only protective order, we seek guidance from the Court as to whether or not we may provide plaintiff with records which have previously been designated "Attorneys Eyes Only." It will be recalled that during our last conference, on November 7, 2012, the Court had directed the parties to explore the possibility of allowing plaintiff to have access to certain records which had previously been designated as "Attorneys Eyes Only." However, since we were relieved as counsel for plaintiff, no such agreement was ever reached.

      Based on the foregoing, we respectfully request that the Court issue an Order authorizing us to send plaintiff Adrian Schoolcraft all of his files or, in the alternative, designating which records may be sent to plaintiff at this time.

*[Handwritten order:]* Counsel is relieved and may provide plaintiff with all records other than those designated "Attorneys Eyes Only" which will be retained pending further proceedings. So ordered.
                                                    /s/ RWS
                                                    11-15-12

We thank the Court for consideration of this request.

Respectfully submitted,

Jon L. Norinsberg, Esq.

/s/

Cohen & Fitch, LLP.

cc:
Scoppetta Seiff Kretz & Abercrombie
444 Madison Avenue
30th Floor
New York, N.Y. 10022-1010
Attn: Walter A Kretz, Jr., Esq.

Corporation Counsel
100 Church Street
Room 3-200
New York, New York 10007
Attn: Suzanna H. Publicker, Esq.

Martin, Clearwater & Bell, LLP
220 East 42nd Street
New York, New York 10017
Gregory J. Radomisli, Esq.

Callan Koster Brady & Brennan, LLP
One Whitehall Street
10th Floor
New York, New York 10004
Attn: Bruce Brady, Esq.

Ivone, Devine & Jensen, LLP
2001 Marcus Avenue
Suite N100
Lake Success, New York 11042
Attn: Brian Lee