AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ADRIAN SCHOOLCRAFT )<br>*Plaintiff* )<br>v. )<br>THE CITY OF NEW YORK, et al. )<br>*Defendant* ) | Case No. 10 CV 06005 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, ADRIAN SCHOOLCRAFT

Date: 12/14/2012

*Attorney's signature*

Richard A. Gilbert 9293
*Printed name and bar number*

115 Christopher Street, 2nd Floor
New York, NY 10014

*Address*

rgilbert@levineandgilbert.com
*E-mail address*

(212) 645-1990
*Telephone number*

(212) 633-1977
*FAX number*