AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| ADRIAN SCHOOLCRAFT<br>*Plaintiff*<br>v.<br>THE CITY OF NEW YORK<br>*Defendant* | ) ) ) ) ) | Case No.   10-CV-6005 (RWS) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Adrian Schoolcraft

Date: 02/28/2013

*Attorney's signature*

PETER J. GLEASON (PG-7106)
*Printed name and bar number*

53 N. Moore Street
Suite 3C
New York, New York 10013
*Address*

PJGleason@aol.com
*E-mail address*

(212) 431-5030
*Telephone number*

(212) 431-3378
*FAX number*