AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| ADRIAN SCHOOLCRAFT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 10-cv-6005 (RWS) |
| THE CITY OF NEW YORK, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Adrian Schoolcraft

Date: 02/28/2013

*/s/ Nathaniel B. Smith*
*Attorney's signature*

Nathaniel B. Smith
*Printed name and bar number*

111 Broadway - Suite 1305
New York, NY 10006

*Address*

natbsmith@gmail.com
*E-mail address*

(212) 227-7062
*Telephone number*

(212) 346-4665
*FAX number*