AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-cv-6005 (RWS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Timothy Trainor__
was received by me on *(date)* __2/27/13__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ served the summons on *(name of individual)* __Krista Ashbery__, who is
designated by law to accept service of process on behalf of *(name of organization)* __N.Y.P.D.__
on *(date)* __2/28/13__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __hr rate__ for travel and $ __expenses__ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __2/28/13__

_____
Server's signature

__Peter Gleason, esq.__
Printed name and title

Peter J. Gleason PC
Attorney at Law
53 N. Moore Street
Suite 3C
Server's address New York, NY 10013

Additional information regarding attempted service, etc:

(212) 431-5030