Civil Action No. 10-cv-6005 (RWS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joseph Gough
was received by me on *(date)* 2/27/13.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Krista Ashbery, who is designated by law to accept service of process on behalf of *(name of organization)* N.Y.P.D. on *(date)* 2/28/13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ hr. rate for travel and $ expenses for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2/28/13

_____
Server's signature

Peter Gleason, esq.
Printed name and title

Peter J. Gleason PC
Attorney at Law
53 N. Moore Street
Suite 3C
New York, NY 10013
Server's address

Additional information regarding attempted service, etc: (212) 431-5030