UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

SCHOOLCRAFT,

                Plaintiff,

  - against -

                                          10 Civ. 6005 (RWS)

                                          O R D E R

CITY OF NEW YORK, ET AL.,

                Defendants.

------------------------------------------X

**Sweet, D.J.**

       The City's letter dated March 1, 2013, will be treated as a motion and heard at noon on Wednesday, April 3, 2013, in courtroom 18C. All papers to be served in accordance with Local Rule 6.1.

       It is so ordered.

**New York, NY**
**March** 8, 2013

                                             ROBERT W. SWEET
                                                U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/13