UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| ADRIAN SCHOOLCRAFT, | NOTICE OF MOTION |
| Plaintiff, | |
| -against- | 10-CV-6005 (RWS) |
| THE CITY OF NEW YORK, et al., | |
| Defendants. | |

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law dated March 14, 2013, Queens District Attorney Richard Brown ("Queens DA") will move this Court before the Honorable Robert W. Sweet, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, at a date and time to be determined, for an Order quashing plaintiff's subpoena seeking the deposition testimony of the Queens DA and further seeking documents relating to the "[a]ll documents pertaining to the investigation of criminal behavior concerning the entry into and removal of Adrian Schoolcraft from his home on October 31, 2009, as reflected in the attached Statement by District Attorney Richard A. Brown, dated December 4, 2012," pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure. The Queens DA further seeks a Protective Order under Federal Rules of Civil Procedure 26(c), precluding the deposition of the Queens District Attorney Richard Brown on the grounds that the Queens DA has no relevant information and plaintiff has not demonstrated that he has unique information that cannot be obtained from another source.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1, plaintiff's response if any, is due no later than March 21, 2013, the Queens DA's reply, if any, is due no later than March 25, 2013.

Dated: New York, New York
March 14, 2013

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the
                                City of New York
                                *Attorney for City Defendants*
                                100 Church Street, Room 3-200
                                New York, New York 10007
                                (212) 788-1103

By: _/s/ Suzanna Publicker_
      SUZANNA PUBLICKER
      Assistant Corporation Counsel
      Special Federal Litigation Division

cc: Nathaniel Smith (By ECF & First-Class Mail)
Richard Gilbert (By ECF)
Peter J. Gleason (By ECF)
*Attorneys for Plaintiff*

Gregory John Radomisli (By ECF & First-Class Mail)
MARTIN CLEARWATER & BELL LLP
*Attorneys for Jamaica Hospital Medical Center*

Brian Lee (By ECF & First-Class Mail)
IVONE, DEVINE & JENSEN, LLP
*Attorneys for Dr. Isak Isakov*

Bruce M. Brady (By ECF & First-Class Mail)
CALLAN, KOSTER, BRADY & BRENNAN, LLP
*Attorneys for Lillian Aldana-Bernier*

Walter Aoysius Kretz, Jr. (By ECF & First-Class Mail)
SEIFF KRETZ & ABERCROMBIE
*Attorney for Defendant Mauriello*

| |
|---|
| Docket No 10-CV-6005 (RWS) |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| ADRIAN SCHOOLCRAFT,<br><br>                                                            Plaintiff,<br><br>                            -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                                                        Defendants. |
| **NOTICE OF MOTION** |
| ***MICHAEL A. CARDOZO***<br>*Corporation Counsel of the City of New York*<br>*         Attorney for City Defendants and Non-Party*<br>*         Queens District Attorney Richard Brown*<br>*         100 Church Street, Room 3-200*<br>*         New York, New York  10007*<br><br>*         Of Counsel: Suzanna Publicker*<br>*         Tel:  (212) 788-1103* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y........................................................, 2013*<br><br>*................................................................................ Esq.*<br><br>*Attorney for.......................................................................* |