UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ADRIAN SCHOOLCRAFT,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

------------------------------------------------------------------X

**DECLARATION OF
SUZANNA PUBLICKER**

10-CV-6005 (RWS)

**SUZANNA PUBLICKER**, an attorney duly admitted to practice in the Courts of New York, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true:

1. I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney Queens District Attorney Richard Brown ("Queens DA"). As such, I am familiar with the facts and circumstances stated herein and submit this declaration to place the relevant documents in the record in support of the Queens DA's motion to quash plaintiff's subpoenas pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure. In support of its motion, the Queens DA submits the exhibits described below.

2. Annexed as Exhibit "A" is a copy of the Subpoena dated February 28, 2013, which was served upon the Queens DA by plaintiff on March 1, 2013. The subpoena demands the appearance of the Queens DA for a deposition beginning on Monday, March 18, 2013. The subpoena also demands the production of "[a]ll documents pertaining to the investigation of criminal behavior concerning the entry into and removal of Adrian Schoolcraft from his home on

October 31, 2009, as reflected in the attached Statement by District Attorney Richard A. Brown, dated December 4, 2012."

3.  Annexed as Exhibit "B" is a copy of plaintiff's Second Amended Complaint dated October 3, 2012, filed with the United States District Court, Southern District of New York.

4.  Annexed as Exhibit "C" is a copy of Graham Rayman's article published in the Village Voice on March 1, 2013 titled *Lawyers for Whistleblower Cop Slap Queens District Attorney Richard Brown With A Subpoena.*

5.  Annexed as Exhibit "D" is a copy of the correspondence from the undersigned to plaintiff on March 4, 2013 regarding plaintiff's March 1, 2013 subpoena.

Dated: New York, New York
       March 14, 2013

                    MICHAEL A. CARDOZO
                    Corporation Counsel of the
                       City of New York
                    *Attorney for City Defendants and Non-Party*
                    *Queens District Attorney Richard Brown*
                    100 Church Street, Room 3-200
                    New York, New York 10007
                    (212) 788-1103

                    By: _____
                          Suzanna Publicker
                          Assistant Corporation Counsel
                          Special Federal Litigation Division

cc: Nathaniel Smith (By ECF & First-Class Mail)
    Richard Gilbert (By ECF)
    Peter J. Gleason (By ECF)
    *Attorneys for Plaintiff*

    Gregory John Radomisli (By ECF & First-Class Mail)
    MARTIN CLEARWATER & BELL LLP
    *Attorneys for Jamaica Hospital Medical Center*

Brian Lee (By ECF & First-Class Mail)
IVONE, DEVINE & JENSEN, LLP
*Attorneys for Dr. Isak Isakov*

Bruce M. Brady (By ECF & First-Class Mail)
CALLAN, KOSTER, BRADY & BRENNAN, LLP
*Attorneys for Lillian Aldana-Bernier*

Walter Aoysius Kretz , Jr. (By ECF & First-Class Mail)
SEIFF KRETZ & ABERCROMBIE
*Attorney for Defendant Mauriello*