LAW OFFICE OF
## NATHANIEL B. SMITH

ATTORNEY AT LAW
111 BROADWAY
NEW YORK, NEW YORK 10006

NATHANIEL B. SMITH

TEL: (212) 227-7062
FAX: (212) 346-4665



March 14, 2013

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

*Schoolcraft v. The City of New York, et al.,*
*10-cv-6005 (RWS)*

Dear Judge Sweet:

As one of the attorneys for the plaintiff in the above-referenced action, I am writing to the Court to request additional time in which to file papers in response to the March 1, 2013 letter by Suzanna Publicker, counsel for the City of New York. Based on the Court's March 8, 2013 Order, the letter was treated as a motion to be heard on Wednesday April 3, 2013. (*See* Dkt. # 133.) In addition, based on a March 13, 2013 endorsement by the Court, the letter was also to be treated as a motion returnable March 20, 2013. (*See* Dkt. # 134.)

I am writing to request that the motion be heard on April 3, 2013 and that plaintiff be granted leave to file a response by March 27, 2013. This is the first request for this relief and the reason for the request is that I have only within the past three weeks become involved in this action as lead counsel and the action has a substantial record. Counsel for the City has informed me that she does not take a

So ordered

Sweet USDJ
3-15-13

LAW OFFICE OF
NATHANIEL B. SMITH

position on this request. Counsel for the hospital defendant has informed me that he would not have had any objection but believes that the request in moot. Both counsel for the two doctor defendants have informed me that they have no objection to my request. I have not heard any response to my request from counsel for Defendant Mauriello.

Under these circumstances, I request that the motion be placed on the Court's calendar for April 3, 2013 and that plaintiff be permitted to file a response by March 27, 2013.

Respectfully submitted,

Nathaniel B. Smith

Via Telecopier
212-805-7925

cc by email to:
All Counsel