UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

SCHOOLCRAFT,

                Plaintiff,

   - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

----------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: 3-18-13

**Sweet, D.J.**

      Non-Party Queens District Attorney's motion to quash will be heard at noon on Wednesday, April 10, 2013, in courtroom 18C. All papers shall be served in accordance with Local Rule 6.1.

      It is so ordered.

New York, NY
March 15, 2013

                                      ROBERT W. SWEET
                                          U.S.D.J.