LAW OFFICE OF
NATHANIEL B. SMITH
ATTORNEY AT LAW
111 BROADWAY
NEW YORK, NEW YORK 10006

NATHANIEL B. SMITH

TEL: (212) 227-7062
FAX: (212) 346-4665

*RECEIVED MAR 2013 JUDGE SWEET CHAMBERS*

March 20, 2013

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

So ordered
Sweet
3·21·13

Schoolcraft v. The City of New York, et al.,
10-cv-6005 (RWS)

Dear Judge Sweet:

    With the consent of all parties, I am writing to the Court to request that the two motions in this action to compel discovery and to quash a subpoena, which are returnable on April 3, 2013 and April 10, 2013, be consolidated with an April 10, 2013 return date and with opposition papers due March 27, 2013 and any reply due April 4, 2013. The reason for the request is that the consolidation of the motions will save time and expense.

Respectfully submitted,

Nathaniel B. Smith

By Telecopier
(212) 805-7925



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 3/21/13

LAW OFFICE OF
NATHANIEL B. SMITH

cc:

Suzanna Publicker
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street, Room 3-200
New York, NY 10007
Fax (212) 788-9776
Attorney for City Defendants

Richard A. Gilbert
Levine & Gilbert
115 Christopher Street
New York, NY 10014
Fax (212) 633-1977
Attorney for Plaintiff

Gregory John Radomisli
Martin Clearwater & Bell LLP
220 East 42nd Street, 13th Floor
New York, NY 10017
Fax (212) 949-7054
Attorneys for Jamaica Hospital Medical Center

Brian E. Lee
Ivone, Devine & Jensen, LLP
2001 Marcus Avenue, Suite N100
Lake Success, NY 11042
Fax (516) 352-4952
Attorneys for Dr. Isak Isakov

Bruce M. Brady
Callan, Koster, Brady & Brennan, LLP
One Whitehall Street
New York, NY 10004
Fax (212) 248-6815
Attorneys for Lillian Aldana-Bernier