UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ADRIAN SCHOOLCRAFT,

                                    Plaintiff,
    -against-

THE CITY OF NEW YORK, et al,

                                Defendants.
-------------------------------------------------------------------x

10–cv-6005 (RWS)

*DECLARATION OF*
*ADRIAN SCHOOLCRAFT*

      ADRIAN SCHOOLCRAFT hereby declares under the penalties of perjury under the laws of the United States that the following is true and correct;

      1. I am the plaintiff in this action and am submitting this declaration in opposition to the motion to quash the Subpoena served on the Queens District Attorney.

      2. On October 31, 2009 and as set forth in greater detail in my Second Amended Complaint at ¶¶ 139-207 (Court Docket # 103), individuals working for the New York City Police Department committed criminal acts against me by illegally entering my home in Queens, assaulting me, abducting me by force, and taking me to Jamaica Hospital against my will were I was detained without basis or justification for six days in the psychiatric ward.

      3. After I was released from Jamaica Hospital, I sought from several public officers an investigation into these crimes committed against me.

4. In about late 2009 or early 2010, among other things, I contacted Ms. Michelle Court from the Queens District Attorney's office about the events that occurred on October 31, 2009. Ms. Court specifically and the Queens District Attorney's Office as a whole, however, failed to express much interest in the matter, and on a perfunctory basis, obtain a limited amount of information about the matter, including a copy of the tape recording of the events of October 31, 2009 and my medical file from Jamaica Hospital. Thereafter, for at least a year, I had little or no contact with anyone from the Queens District Attorney's office about my complaints of criminal conduct by senior NYPD personnel.

5. In the summer of 2011, however, after this action had been filed and after several new stories appeared in the local press about my case, I meet with Mr. James Liander and with another unidentified individual from the Queens District Attorney's Office at the offices of my then-attorney, Jon L. Norinsberg. So far as I am aware, no further action of any kind was taken on this matter by anyone from the Queens District Attorney's office.

6. Then, on about December 4, 2012, well over a year after my last contact with the Queens District Attorney's office, I learned that District Attorney Brown issued a press release regarding my case. In his public "statement," Mr. Brown states that after a "comprehensive" investigation his office found no basis to bring any charges against any police personnel or any medical personnel involved in the assault, abduction

or kidnapping of me on October 31, 2009. A copy of Mr. Brown's statement is attached to the Subpoena, which is Exhibit A to the City Defendants' motion to quash.

7. At no time either before or after this "statement" was issued by Mr. Brown did he or anyone else from his office inform me of the "results" of the investigation. Nor did anyone from that office inform me that the Queens District Attorney was going to be issuing a public statement exonerating the defendants in this action.

8. I declare pursuant to 28 U.S.C. § 1746 under the laws of the United States of America that the foregoing is true and correct.

Dated: March 26, 2013

Adrian Schoolcraft