

Nat Smith <natbsmith@gmail.com>

## RE: Notice to Produce
1 message

**Publicker, Suzanna (Law)** <spublick@law.nyc.gov>   Sun, Mar 24, 2013 at 12:44 PM
To: "Gregory J. Radomisli" <radomg@mcblaw.com>, Nat Smith <natbsmith@gmail.com>, "Bruce M. Brady" <bbrady@ckbblaw.com>
Cc: "brianelee@idjlaw.com" <brianelee@idjlaw.com>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Walter Kretz <wakretz@seiffkretz.com>, "Seligman, Rachel A. (Law)" <rseligma@law.nyc.gov>, "Smith-Williams, Qiana (Law)" <qwilliam@law.nyc.gov>

Similarly, please be advised the the City Defendants also do not accept service by e-mail.

Thank you,
Suzanna Publicker
Assistant Corporation Counsel
Special Federal Litigation Division

New York City Law Department

(212) 788-1103 (telephone)

(212) 788-9776 (fax)

---

**From:** Gregory J. Radomisli [mailto:radomg@mcblaw.com]
**Sent:** Sunday, March 24, 2013 12:43 PM
**To:** 'Nat Smith'; Publicker, Suzanna (Law); 'Bruce M. Brady'
**Cc:** brianelee@idjlaw.com; mborg@ckbblaw.com; 'Walter Kretz'; Seligman, Rachel A. (Law); Smith-Williams, Qiana (Law)
**Subject:** RE: Notice to Produce

Please be advised that we do not accept service by e-mail

Gregory J. Radomisli
Partner
Martin Clearwater & Bell LLP
220 East 42nd Street
New York, New York 10017
Direct:   (212) 916-0923
Fax:     (212) 949-7054
E-mail:  radomg@mcblaw.com
www.mcblaw.com

---

**From:** Nat Smith [mailto:natbsmith@gmail.com]
**Sent:** Friday, March 22, 2013 6:32 PM
**To:** 'Publicker, Suzanna (Law)'; 'Bruce M. Brady'
**Cc:** Gregory J. Radomisli; brianelee@idjlaw.com; mborg@ckbblaw.com; 'Walter Kretz'; 'Seligman, Rachel A. (Law)'; 'Smith-Williams, Qiana (Law)'