```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

SCHOOLCRAFT,

                    Plaintiff,
                                              10 Civ. 6005 (RWS)
     - against -
                                              O R D E R

CITY OF NEW YORK, ET AL.,

                    Defendants.

------------------------------------------X
```

**Sweet, D.J.**

The letter of defendants Jamaica Hospital Medical Center, Lilian Aldana-Bernier, M.D., and Isak Isakov, M.D., dated March 28, 2013, will be treated as a motion and heard at noon on Wednesday, April 10, 2013, in courtroom 18C. Any opposition papers are due on April 5, 2013, and any reply papers are due on April 9, 2013.

It is so ordered.

New York, NY
March 4, 2013

ROBERT W. SWEET
U.S.D.J.