UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,

                                                                                                         10-cv-6005 (RWS)

                      Plaintiff,

     -against-                                                              Appearance of Counsel

THE CITY OF NEW YORK, et al,

                      Defendants.
----------------------------------------------------------------x

To the clerk of court and all parties of record:

I am admitted and otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Adrian Schoolcraft.

Date:  April 10, 2013

                                                                                     s/ John D Lenoir

                                                                                     John D. Lenoir

                                                                                     829 Third Street Northeast
                                                                                     Washington, DC 20002

                                                                                     John.Lenoir@gmail.com

                                                                                     202.492.3739

                                                                                     646.417.7245 (fax)