USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6 6 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,

Plaintiff,

-against-

ORDER

10-CV-6005
(RWS)

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax
Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF
PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id.
912370, Individually and in his Official Capacity, DEPUTY INSPECTOR
STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official
Capacity, CAPTAIN THEORDORE LAUTERBORN, Tax Id. 897840,
Individually and in his Official Capacity, LIEUTENANT JOSEPH GOUGH,
Tax Id. 919124, Individually and in his Official Capacity, SGT. FREDERICK
SAWYER, Shield No. 2576, Individually and in his Official Capacity,
SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his
Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id.
915354, Individually and in his Official Capacity, LT. TIMOTHY
CAUGHEY, Tax Id. No. 885374, Individually and in his Official Capacity,
SERGEANT SHANTEL JAMES, Shield No. 3004, Individually and in her
Official Capacity, SERGEANT RICHARD WALL, Shield No. 3099,
Individually and in his Official Capacity, SERGEANT ROBERT W.
O'HARE, Tax Id. 916960, Individually and in his Official Capacity,
SERGEANT SONDRA WILSON, Shield No. 5172, Individually and in her
Official Capacity, LIEUTENANT THOMAS HANLEY, Tax Id. 879761,
Individually and in his Official Capacity, CAPTAIN TIMOTHY TRAINOR
Tax Id. 899922, Individually and in his Official Capacity, and P.O.'s "JOHN
DOE" #1-50, Individually and in their Official Capacity (the name John Doe
being fictitious, as the true names are presently unknown) (collectively
referred to as "City Defendants"), FDNY LIEUTENANT ELISE HANLON,
individually and in her official capacity as a lieutenant with the New York
City Fire Department, JAMAICA HOSPITAL MEDICAL CENTER, DR.
ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN
ALDANA-BERNIER, Individually and in his Official Capacity and
JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE"
# 1-50, Individually and in their Official Capacity (the name John Doe being
fictitious, as the true names are presently unknown),

Defendants.

-----------------------------------------------------------------x

Sweet, D.J.,

City Defendants, having moved this Court for an Order to compel plaintiff

to provide certain discovery to City Defendants,

NOW, on motion of Suzanna Publicker, Esq., Assistant Corporation Counsel of the City of New York and attorney for the City Defendants,

**IT IS HEREBY ORDERED:**

1.  Plaintiff shall in writing to City Defendants indicate that he has no evidence regarding Frank Pallestro;

2.  Plaintiff shall in writing indicate that he has no evidence regarding Adhyl Polanco, beyond what which was presented at trial in the *Floyd v. City of New York*, 08 CV 1034 (SAS) trial that began on March 18, 2013;

3.  Plaintiff shall review his October 11, 2012 deposition transcript. Where plaintiff responded to questions by stating that he could not answer without listening to his recordings, or referred to recordings but did not provide a specific recording or date, plaintiff shall identify to which recording(s) he was referring and/or which recording(s) were responsive to the question asked by no later than June 19, 2013.

Date: 6 · 6 · 13

SO ORDERED:

Honorable Robert W. Sweet

2