```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                                  10 Civ. 6005 (RWS)

                Plaintiff,                  **ORDER TO SHOW CAUSE**

   -against-

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------X

Upon the accompanying memorandum of law, dated, June 10, 2013, the attached exhibits, the second amended complaint, and the prior proceedings in this action, it is hereby

ORDERED that the above-named defendants or their attorneys show cause before this Court, Room 18C, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on June 19, 2013, at ___ ~~o'clock in the~~ __ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued staying all further proceedings by the City of New York and the New York City Police Department against plaintiff in the City of New York's administrative proceedings before the New York City Police Department's Department of Trials pending a final judgment in this action; and it is further

1

until June 21, 2013

ORDERED that pending the determination of this application all further proceedings by the City of New York and the New York City Police Department against the plaintiff in the administrative proceedings brought against the plaintiff, including the administrative trial scheduled to begin June 17, 2013, are hereby stayed, and it is further

ORDERED that service of a copy of this order and the accompanying documents upon the defendants' counsel by email on or before June 10, 2013 shall be deemed good and sufficient service.

Dated: New York, New York

Issued: June 10, 2013 at 10:30 AM

_____
Sweet
UNITED STATES DISTRICT JUDGE