# EXHIBIT A

Case 1:10-cv-06005-RWS   Document 154-1   Filed 06/17/13   Page 1 of 7



**The City of New York**

POLICE DEPARTMENT
Department Advocate's Office
One Police Plaza
New York, N.Y. 10038

April 8, 2013

Peter J. Gleason, Esq.
53 N. Moore Street, Suite 3C
New York, NY 10013

                Re:  Adrian Schoolcraft
                    Disciplinary Case # 2010-1181 (86109/10) &
                        2010-1207 (86044/10)

Dear Mr. Gleason,

      This letter is being sent in response to your letter dated January 28, 2013. It appears that you are requesting that Adrian Schoolcraft be reinstated, as you ask that he be placed on "modified duty status" and maintain telephone contact with the Department's Internal Affairs Bureau. You propose that he not be required to come to work at a Department facility, or perform any job duties customary with the position of police officer. What you propose is not modified assignment, and it is not an option for an individual seeking reinstatement.

      As you are aware, Adrian Schoolcraft was served with charges and specifications on January 15, 2010, regarding case 2010-1207, and on February 4, 2010, regarding case 2010-1181. On June 9, 2010, Adrian Schoolcraft was served with amended charges and specifications regarding both cases.

      Specifically, in case 2010-1207, Adrian Schoolcraft was charged with failing to appear at the Department Advocate's Office, being absent without leave, failing to make himself available to be examined by a Department Surgeon, failing to report to his resident Precinct, failure to appear at the Department Advocate's Office for restoration to duty, failing to notify the Department of his current residence, and impeding Department investigators. In case 2010-1181, Adrian Schoolcraft was charged with failing to comply with orders, being absent without leave, failing to safeguard Department property, impeding an investigation, and failing to surrender a rifle in his possession. Mr. Larry Schoolcraft, Adrian Schoolcraft's father, acknowledged receipt of these charges and specifications on June 17, 2010. Copies of the charges and specifications served upon Adrian Schoolcraft are enclosed.

      As stated in a letter dated April 5, 2011, which was sent to Adrian Schoolcraft, the employment status of your client is considered Absent Without Leave (AWOL) from the NYPD since January 6, 2010. Charges and specifications will be drafted to encompass all periods of time for which Adrian Schoolcraft is considered AWOL.



COURTESY  •  PROFESSIONALISM  •  RESPECT
Website: http://nyc.gov/nypd

Pursuant to NYC Administrative Code §14-126, any member of the service who has been absent without leave for five consecutive days will be dismissed from the Department without notice. However, the Department prefers not to take any employment action regarding Adrian Schoolcraft without a full hearing regarding all pending charges.

In order to resolve the disciplinary matters pending against your client, the cases will be placed on the conference calendar of the Deputy Commissioner of Trials on April 18, 2013, to schedule a future date for trial. If you have any questions or wish to discuss the matter further, please contact me at (646) 610-6311 or Agency Attorney Lisa Bland, (646) 610-6356.

*[signature]*
Louis W. Luciani
Inspector

```
-----------------------------------------------X
POLICE DEPARTMENT - CITY OF NEW YORK            :
          - Petitioner -                        :        NOTICE OF AMENDMENT
                                                :           OF CHARGES
         - against -                            :
   POM ADRIAN SCHOOLCRAFT                       :        DISCIPLINARY CASE
                                                :            2010-1181
     Tax Registry No: 931186                    :
         - Respondent -                         :
-----------------------------------------------X
```

PLEASE TAKE NOTICE that Counsel for the Petitioner has amended the Charges and Specifications dated February 02, 2010, as follows:

Specification No. 1 will remain the same and read:

1  Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, inside of the 81st Precinct Stationhouse, in Kings County, having been directed by New York City Police Sergeant Rasheena Huffman to standby during an investigation, did fail and neglect to comply with said order.

    PG 203-03 Pg. 1 Para. 2        Compliance with Orders

Specification No. 2 will remain the same and read:

2  Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, within the confines of the 104th Precinct, in Queens County, having been directed by New York City Police Captain Theodore Lauterborn to return back to the 81st Precinct Stationhouse for an investigation, did fail and neglect to comply with said order.

    Pg 203-03 Pg. 1 Para. 2        Compliance with Orders

Specification No. 3 will remain the same and read:

3  Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, scheduled to perform his regular tour of duty was absent without leave.

    PG 203-05 Pg. 1 Para. 1 & 2        Performance On Duty - General
    PG 205-18 Pg. 1&2        Absent Without Leave - Personnel Matters

Specification No. 4 is dismissed:

4  Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, engaged in conduct prejudicial to the good order, efficiency or discipline of the Department in that said Officer failed to properly safeguard Department property.

    PG 203-10 Pg. 1 Para. 5        Prohibited Conduct - General Regulations

Specification No. 5 is added as follows:

5. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, on October 31, 2009 at or about 2140 hours, at a location known to the Department, in Queens County, did wrongfully engage in conduct prejudicial to the good order, efficiency and discipline of the Department, to wit, Said Police Officer Schoolcraft, knowing that Department investigators were outside his residence and attempting to gain entrance in order to conduct an investigation, did impede said investigation when he refused to open said residence door and cooperate with Department personnel.

PG 203-10 Pg 1 Para 5      Prohibited Conduct - General Regulations

Specification No. 6 is added as follows:

6. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, on or about and between April 14, 2009 and November 9, 2009, failed to comply with an order to surrender all firearms, to wit, Said Police Officer Schoolcraft failed to surrender a Hi-Point 9mm Rifle, Model # 995, Serial # H43323, in his possession.

PG 203-03 Pg 1 Para 7      Compliance With Order
PG 205-47 Pg 1             Temporary Removal Of Firearms In Non Disciplinary
                           Cases

Dated June 07, 2010
New York, New York

HIRAM LOPEZ, AGENCY ATTORNEY
Department Advocate's Office
One Police Plaza, Room 402
New York, New York 10038

POM ADRIAN SCHOOLCRAFT

___/___/___                _____
DATE                       TIME AM/PM

                                   ___/___/___
_____                DATE
WITNESS

```
---------------------------------------X
POLICE DEPARTMENT - CITY OF NEW YORK
              - Petitioner -
                                              NOTICE OF AMENDMENT
              - against -                         OF CHARGES
       POM ADRIAN SCHOOLCRAFT
                                               DISCIPLINARY CASE
        Tax Registry No: 931185                     2010-1207
              - Respondent -
---------------------------------------X
```

PLEASE TAKE NOTICE that Counsel for the Petitioner has amended the Charges and Specifications dated December 17, 2009, as follows:

Specification No. 1 will remain the same and read:

1. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on sick report, on or about December 3, 2009, after being previously notified that said Officer was to report to the Department Advocate's Office to be restored to duty Modified assignment, did fail to appear at the Department Advocate's Office and was absent without leave.

    PG 203-05 Pg. 1 Para. 1 & 2    Performance on Duty - General
    PG 205-18 Pg. 1 &2    Absent Without Leave

Specification No. 2 is amended as follows:

2. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on suspension, on or about December 3, 2009, did engage in conduct prejudicial to the good order, efficiency or discipline of the Department, to wit: said Police Officer Schoolcraft, after being informed by the Commanding Officer, Department Advocate's Office, that a Department Surgeon would examine said Officer at said Officer's temporary residence in Fulton County, did prevent said attempt to examine when he refused Department personnel entry.

    PG 203-10 PAGE 1 PARA 5    GENERAL REGULATIONS

Specification No. 3 is amended as follows:

3. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on suspension, on or about December 14, 2009 and every Monday, Wednesday and Friday thereafter through February 5, 2010, did fail to report to said Officer's resident precinct.

    PG 206-08 PAGE 1 PARA 13    SUSPENSION FROM DUTY, UNIFORMED MEMBER
    PG 203-03 Page 1 Para 2    OF THE SERVICE DISCIPLINARY MATTERS

Specification No. 4 is added as follows:

4. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on suspension, on or about December 4, 2009 and December 7, 2009, having been previously notified and directed by competent authority, to report to the Department Advocate's Office to be restored to duty, did fail to appear at the Department Advocate's Office.

    PG 203-05 Pg. 1 Para 2    Performance on Duty

Specification No. 5 is added as follows:

5. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, [illegible] on or about and between December 11, 2009 and March 8, 2010, failed to reside within the City of New York [illegible] Westchester, Rockland, Orange, Putnam, Nassau [illegible] and failed to notify the Department of his current residence and telephone number [illegible] Said [illegible] Fulton County, New York.

PG 203-18 Pg. 1 Para. 2 & 3 — Emergency Notification Procedures - Residence Requirements

Specification No. 6 is added as follows:

6. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on suspension, on or about January 31, 2010, at a location known to the Department, in Fulton County, New York, did wrongfully engage in conduct prejudicial to the good order, efficiency and discipline of the Department, to wit: Said Police Officer Schoolcraft did impede Department investigators who were attempting to notify Police Officer Schoolcraft of his order to be restored to duty, when he refused to open his residence door and allow said investigators entry.

PG 203-10 Pg. 1 Para. 5 — Prohibited Conduct - General Regulations

Dated June 07, 2010
New York, New York

[signature]

HIRAM LOPEZ, AGENCY ATTORNEY
Department Advocate's Office
One Police Plaza, Room 402
New York, New York 10038

POM ADRIAN SCHOOLCRAFT

DATE / / TIME AM/PM

WITNESS DATE / /