LAW OFFICE OF
# NATHANIEL B. SMITH
ATTORNEY AT LAW
111 BROADWAY
NEW YORK, NEW YORK 10006

NATHANIEL B. SMITH

TEL: (212) 227-7062
FAX: (212) 346-4665

June 18, 2013

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

*Schoolcraft v. The City of New York, et al.,*
*10-cv-6005 (RWS)*

Dear Judge Sweet:

I am writing to Your Honor to request an extension on the deadline for complying with the Court's June 6, 2013 discovery order. Opposing counsel has consented to my request for an additional ten days, which would extend the deadline from June 19, 2013 to July 1, 2013. The reason for the request is that the Order requires the review of an extensive number of tape recordings.

Respectfully submitted,

/s/ Nathaniel B. Smith

Nathaniel B. Smith

By Fax
(212) 805-7925
cc:
All Counsel (w/o encl.)
Via Email

So ordered.

/s/ Robert W. Sweet  USDJ
6-18-13