UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                               Plaintiff,      :  NOTICE OF APPEARANCE

   -against-                                 :  10-CV-06005 (RWS)

THE CITY OF NEW YORK, et al.,

                              Defendants.
------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that the undersigned hereby appear as attorneys of record for defendant Deputy Inspector Steven Mauriello, individually and in his official capacity.

Dated: New York, New York
         May 24, 2012

                                SCOPPETTA SEIFF KRETZ & ABERCROMBIE
                                Attorneys for Defendant STEVEN MAURIELLO

                                By: _____
                                   Walter A. Kretz, Jr., (WK-4645)
                                444 Madison Avenue, 30th Floor
                                New York, NY  10022
                                wakretz@seiffkretz.com
                                212-371-4500