

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Suzanna P. Mettham
*Assistant Corporation Counsel*
phone: (212) 356-2372
fax: (212) 788-9776
smettham@law.nyc.gov

September 12, 2013

**BY ECF**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Schoolcraft v. The City of New York, et al.
10-CV-6005 (RWS)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing City defendants in the above-referenced matter. I write to inform the Court that my name has changed from "Suzanna Hallie Publicker" to "Suzanna Publicker Mettham."

Thank you for your consideration herein.

Respectfully submitted,

/s/

Suzanna Publicker Mettham
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Nathaniel Smith (By ECF)
*Attorney for Plaintiff*

Gregory John Radomisli (By ECF)
*Attorney for Jamaica Hospital Medical Center*

Brian Lee (By Fax ECF)
*Attorney for Dr. Isak Isakov*

Bruce M. Brady (By ECF)
*Attorney for Lillian Aldana-Bernier*

Walter A. Kretz , Jr.  (By ECF)
*Attorney for Defendant Mauriello*