UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

ADRIAN SCHOOLCRAFT,

                    Plaintiff,

      - against -                              10 Civ. 6005 (RWS)

                                               O R D E R

CITY OF NEW YORK, ET AL.,

                    Defendants.

-----------------------------------------X


**Sweet, D.J.**


        The City Defendants' letter dated August 21, 2013 will

be treated as a motion and heard at noon on Wednesday, September

25, 2013, in courtroom 18C.   Any opposition papers shall be

served by September 18, 2013, and any reply papers shall be

served by September 23, 2013.


        It is so ordered.


New York, NY
September 10 , 2013

                              ROBERT W. SWEET
                                 U.S.D.J.