```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

ADRIAN SCHOOLCRAFT,

                Plaintiff,
                                          10 Civ. 6005 (RWS)
     - against -
                                          O R D E R
CITY OF NEW YORK, ET AL.,

                Defendants.

-------------------------------------X
```

**Sweet, D.J.**

The Plaintiff's letter dated September 9, 2013 will be treated as a motion and heard at noon on Wednesday, September 25, 2013, in courtroom 18C. Any opposition papers shall be served by September 18, 2013, and any reply papers shall be served by September 23, 2013.

It is so ordered.

**New York, NY**
**September /12/2013**

　　　　　　　　　　　　　　　　　　　ROBERT W. SWEET
　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.