

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

SUZANNA PUBLICKER
*Assistant Corporation Counsel*
E-mail: spublick@law.nyc.gov
Phone: (212) 788-1103
Fax: (212) 788-9776

October 9, 2012

**VIA HAND DELIVERY**
Jon L. Norinsberg, Esq.
*Attorney for Plaintiff*
225 Broadway, Suite 2700
New York, New York 10007

Cohen & Fitch, LLP
*Attorneys for Plaintiff*
233 Broadway, Suite 1800
New York, New York 10279

    Re:   <u>Schoolcraft v. The City of New York, et al.</u>
           10 CV 6005 (RWS)

Counsel:

    In accordance with defendants' continuing obligation under F.R.C.P. 26(e), enclosed please find additional documents responsive to Plaintiff's First and Second Sets of Requests for Production of Documents, bearing Bates Nos. NYC 3789 through NYC 7496. Please note that documents bearing Bates Nos. NYC 3789 through NYC 3823; NYC 00004587 through NYC 00006112; NYC 7492 through NYC 7493; and NYC 7495 through NYC 7496 are being produced subject to the attorney's eyes only stipulation and protective order, endorsed by the Court on October 5, 2012. Documents bearing Bates Nos. NYC 00003824 through NYC 00004586 and NYC 7450 through NYC 7491 are being produced subject to the confidentiality stipulation and protective order, endorsed by the Court on October 5, 2012.

| Document Description | Bates Stamp No. | Confidentiality |
|---|---|---|
| 1. IAB CD titled 101A PO Mohabir | NYC 3789 | AEO |
| 2. IAB CD titled 102A PO Gaspari | NYC 3790 | AEO |
| 3. IAB CD titled 103A PO Nowacki | NYC 3791 | AEO |
| 4. IAB CD titled 104A PO Visconi | NYC 3792 | AEO |
| 5. IAB CD titled 105A PO Drakakis | NYC 3793 | AEO |
| 6. IAB CD titled 106A PO Reyes | NYC 3794 | AEO |
| 7. IAB CD titled 108A Lt. Crawford | NYC 3795 | AEO |

| # | Description | Bates | Designation |
|---|---|---|---|
| 8. | IAB CD titled 109A Sgt. Scanlar | NYC 3796 | AEO |
| 9. | IAB CD titled 110B Sgt. Duncan | NYC 3797 | AEO |
| 10. | IAB CD titled 111A PO Gough | NYC 3798 | AEO |
| 11. | IAB CD titled 113A Det. Barbara | NYC 3799 | AEO |
| 12. | IAB CD titled 114A Sgt. Hawkin | NYC 3800 | AEO |
| 13. | IAB CD titled 128A Captain Lauterborn | NYC 3801 | AEO |
| 14. | IAB CD titled 131A (Side A)Chief Marino | NYC 3802 | AEO |
| 15. | IAB CD titled 131A (Side B)Chief Marino | NYC 3803 | AEO |
| 16. | IAB CD titled 146A DI Green | NYC 3804 | AEO |
| 17. | IAB CD titled 147B PO Deck | NYC 3805 | AEO |
| 18. | IAB CD titled 148A AC Nelson | NYC 3806 | AEO |
| 19. | IAB CD titled 150B Lt. Caughey (Side A) | NYC 3807 | AEO |
| 20. | IAB CD titled 150B Lt. Caughey (Side B) | NYC 3808 | AEO |
| 21. | IAB CD titled 168A EMT Villaverde | NYC 3809 | AEO |
| 22. | IAB CD titled 196A Sgt. Conwell | NYC 3810 | AEO |
| 23. | IAB CD titled 197A PO Hurly | NYC 3811 | AEO |
| 24. | IAB CD titled 198A Sgt. James | NYC 3812 | AEO |
| 25. | IAB CD titled 199A PO Delafuente | NYC 3813 | AEO |
| 26. | IAB CD titled 206A Det. Yeager | NYC 3814 | AEO |
| 27. | IAB CD titled 207A Det. Salazar | NYC 3815 | AEO |
| 28. | IAB CD titled 208A PAA Boston | NYC 3816 | AEO |
| 29. | IAB CD titled 209A Sgt. Glaudino ESU | NYC 3817 | AEO |
| 30. | IAB CD titled 217A PO Sadowski | NYC 3818 | AEO |
| 31. | IAB CD titled 242A PAA Thompson | NYC 3819 | AEO |
| 32. | IAB CD titled 243A Sgt. Weber | NYC 3820 | AEO |
| 33. | IAB CD titled 244A PO Lewis | NYC 3821 | AEO |
| 34. | IAB CD titled 278A PO Reyes | NYC 3822 | AEO |
| 35. | IAB CD titled 279A Sgt. Gonzalez | NYC 3823 | AEO |
| 36. | CD Containing Confidential Documents from IAB Investigation M09-1973 | NYC00003824-NYC00004586 | Confidential |
| 37. | CD Containing AEO Confidential Documents from IAB Investigation M09-1973 | NYC00004587-NYC00006112 | AEO |
| 38. | IAB CD titled 151A/152A Astor/Santana | NYC7492 | AEO |
| 39. | IAB CD titled 156A Misty Schoolcraft | NYC7493 | AEO |
| 40. | IAB CD titled 46A Schoolcraft Recordings | NYC7494 | Not Confidential |
| 41. | IAB CD titled 157A Ewart Marshall | NYC7495 | AEO |
| 42. | IAB CD titled 189A,B - P.O. Louis; 166A,B - P.O. Miller; 170A-D - P.O. Itwaru; 163A - P.O. Porter; 165A - Sgt. Gallina; 169A - Sgt. Rogers; 186A,B - PBBN IU 14 PGs | NYC7496 | AEO |

In accordance with both so-ordered stipulations and the Federal Rules of Civil Procedure, enclosed please also find a privilege log, identifying documents from the IAB case file that have been withheld on the basis of privilege.[1] Please note that for the documents provided under the assorted confidentiality designations, incidents reflecting charges of misconduct that predate the incident by more than ten years, and incidents that do not involve allegations of a similar nature to the allegations against the individual defendant officers in the complaint (Excessive Force, Unlawful Search and Seizure, Failure to Intervene, False Arrest, Malicious Abuse of Process, and Involuntary Commitment) or false statements have been redacted. All disciplinary and personnel files relating to non-party police officers have also been redacted. Additionally, pedigree information of defendants and non-parties have been redacted throughout.

Please note that City Defendants supplement their Responses and Objections to Plaintiff's Second Set of Document Requests, Document Requests Nos. 26 and 28 pertaining to IAB Case No. 558/10 regarding Defendant Marino and IAB Case No. 09-55089 regarding Defendant Lauterborn, to state, upon information and belief, that these investigations were consolidated into the larger IAB investigation into allegations regarding plaintiff Adrian Schoolcraft. Therefore, documents responsive to these requests can be found in the annexed documents. Further, in response to Document Requests Nos. 27, 30, and 36, also set forth in plaintiff's second set of discovery demands, City Defendants state, upon information and belief, that requested IAB Case Nos. 08-32052, 07-34586, and 08-15216 do not involve allegations of a similar nature to those alleged herein or false statements, and will therefore not be produced.

City Defendants had previously responded that they were continuing to search for information responsive to plaintiff's Document Requests Nos. 42-43 relating to Audio Recordings, Interview Memos, and/or DD5s from the Quality Assurance Division "investigation into downgrading and not reporting crimes as reported by Adrian Schoolcraft." Based upon a review of the relevant documentation, City Defendants maintain their objections set forth in their responses, including, but not limited to, the fact that the requests are overbroad, seek information not relevant to the subject matter of this lawsuit, is outside the scope of the complaint in this action, and seek information that is not reasonably calculated to lead to the discovery of admissible evidence. City Defendants further object to the extent that this request is unduly burdensome and seeks private and/or confidential information pertaining to non-parties to this action. As the final report from QAD has already been produced, City Defendants will not be producing the underlying investigative files.

Also enclosed herein are additional documents responsive to plaintiff's subpoena upon Councilman Peter Vallone, bearing Bates Nos. NYC 7450 through NYC 7491. Please note that because of sensitive information regarding non-party identities, these documents are being produced subject to the confidentiality stipulation and protective order, endorsed by the Court on October 5, 2012.

---

[1] Due to the size of the Internal Affairs Bureau case file, and the manner in which the documents therein were stored, logged, and categorized by City Defendants, documents withheld from the IAB Case File on the basis of relevance have also been identified in the annexed log. This in no way constitutes a commitment by City Defendants to provide a relevance log on either a retroactive or proactive basis in this litigation.

- 3 -

Finally, after a review of previously produced documents, City Defendants have removed the confidentiality designations of the following documents:

| Document Description | Bates Stamp No. | Confidentiality |
|---|---|---|
| Property Clerk Invoices | D000500-D000501 | Not Confidential |
| NYSPIN Response Screen | D000502-504 | Not Confidential |
| Memobook Entries for Defendant Broschart | D000505-D000507 | Not Confidential |
| CD: Sprint Reports/Radio Transmissions from 10/31/09 104 Pct. Loc: 82-60 88 Plc. | D002275 | Not Confidential |
| CD: Sprint Reports/Radio Transmissions from 10/31/09 104 Pct. Zone 31 Radio | D002276 | Not Confidential |
| CD: Sprint Reports/Radio Transmissions from 11/01/09 104 Pct. Zone 31 Radio | D002277 | Not Confidential |
| CD #1: Service Attempts | D002278 | Not Confidential |
| CD #2: Service Attempts | D002279 | Not Confidential |
| Patrol Guide Procedures | PG000001-PG000703 | Not Confidential |

Sincerely yours,

Suzanna Publicker
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: Gregory John Radomisli (By Hand Delivery)
MARTIN CLEARWATER & BELL LLP
*Attorneys for Jamaica Hospital Medical Center*
220 East 42nd Street 13th Floor
New York, NY 10017

Brian Lee  (By First-Class Mail)
IVONE, DEVINE & JENSEN, LLP
*Attorneys for Dr. Isak Isakov*
2001 Marcus Avenue, Suite N100
Lake Success, New York 11042

Bruce M. Brady  (By Hand Delivery)
CALLAN, KOSTER, BRADY & BRENNAN, LLP
*Attorneys for Lillian Aldana-Bernier*
1 Whitehall Street
New York, New York 10004

Walter Aoysius Kretz , Jr.   (By Hand Delivery)
SEIFF KRETZ & ABERCROMBIE
*Attorney for Defendant Mauriello*
444 Madison Avenue, 30th Floor
New York, NY 10022

SUPREME COURT FO THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------------------- x

|  |  |
|---|---|
| SCHOOLCRAFT<br><br>V.<br><br>CITY OF NEW YORK, ET AL | **AFFIDAVIT OF SERVICE**<br><br>Docket No.: 10 CV 6005<br><br>Law Dept: 2010-033074 |

-----------------------------------------------------------------

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

LUIGGY GOMEZ, being duly sworn deposes and says that:

    1. The deponent is not a party to the action and is 18 years of age or older.

    2. On 10/09/12, the deponent served the annexed Confidential Disclosures upon the following person or persons:

    Gerald Cohen; Cohen & Fitch, LLP., Attorney for the Plaintiff
    233 Broadway, Suite 1800  NYC  NY 10279

    Jon Norinsberg, Attorney for the Plaintiff
    225 Broadway, Suite 2700  NYC  NY 10007

    3. The number of copies served on each of said persons was 1.

The method of service on each of said persons was:

Pursuant to CPLR 2103(b)(3), where the person served is an attorney, where a person is in charge of the office, by leaving the paper(s) with such person.

MOSES S. WILLIAMS
Commissioner of Deeds
City of New York No. 2-12722
Certificate Filed in New York County
Commission Expires July 1, 20__

LUIGGY GOMEZ

Sworn to before me this
9th day of October, 2012.