UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ADRIAN SCHOOLCRAFT,

                                              10–cv-6005 (RWS)

                      Plaintiff,

    -against-                                 **Notice of Production**

THE CITY OF NEW YORK, et al,

                      Defendants.
------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that pursuant to Rule 34 of the Federal Rules of Civil Procedure the plaintiff demands that the defendants produce for inspection on or before May 8, 2013 the following tangible things at the office of the undersigned or such other place as mutually agreed upon:

      1. The original recording devises (an Olympus D.V.R. WS-331M and an Olympus D.V.R. DS-50) that any of the defendants obtained, directly or indirectly, from the plaintiff, including all documents reflecting the chain of custody of such devises while in the possession of the City of New York, including without limitation, all vouchers thereof.

      2. The plaintiff's original memo books, and all copies of them or portions thereof, that employees or agents of the City of New York obtained from the plaintiff, directly or indirectly, including all documents reflecting the chain of custody of such memo books or portions thereof while in the possession of the City of New York, including without limitation, all vouchers thereof.

3. The originals of all documents, papers, files, folders, and things that any of the defendants obtained, directly or indirectly, from the plaintiff's apartment on October 31, 2009 or on any date thereafter, including all documents reflecting the chain of custody of such documents, papers or things while in the possession of the City of New York, including without limitation, all vouchers thereof.

4. The originals of all keys and key ring attachments that any of the defendants obtained, directly or indirectly, from the plaintiff, including without limitation, all documents reflecting the chain of custody of such keys and/or attachments while in the possession of the City of New York, including without limitation, all vouchers thereof.

Dated:  April 4, 2013

*s/NBS*

Nathaniel B. Smith
111 Broadway – Suite 1305
New York, New York 10006
212-227-7062

TO:

Suzanna Publicker
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street, Room 3-200
New York, NY 10007
Fax (212) 788-9776
Attorney for City Defendants

Gregory John Radomisli
Martin Clearwater & Bell LLP
220 East 42nd Street, 13th Floor
New York, NY 10017
Fax (212) 949-7054
Attorneys for Jamaica Hospital Medical Center

Brian E. Lee
Ivone, Devine & Jensen, LLP
2001 Marcus Avenue, Suite N100
Lake Success, NY 11042
Fax (516) 352-4952
Attorneys for Dr. Isak Isakov

Bruce M. Brady
Callan, Koster, Brady & Brennan, LLP
One Whitehall Street
New York, NY 10004
Fax (212) 248-6815
Attorneys for Lillian Aldana-Bernier

Walter Aoysius Kretz, Jr.
Seiff Kretz & Abercrombie
444 Madison Avenue, 30th Floor
New York, NY 10022
Fax (212) 371-6883
Attorney for Defendant Mauriello