

# THE NYPD TAPES

### A SHOCKING STORY OF COPS, COVER-UPS, AND COURAGE

## GRAHAM A. RAYMAN



THE NYPD TAPES
Copyright © Graham A. Rayman, 2013.

All rights reserved.

First published in 2013
by PALGRAVE MACMILLAN®
in the United States— a division of St. Martin's Press LLC,
175 Fifth Avenue, New York, NY 10010.

Where this book is distributed in the UK, Europe, and the rest of the world, this is by Palgrave Macmillan, a division of Macmillan Publishers Limited, registered in England, company number 785998, of Houndmills, Basingstoke, Hampshire RG21 6XS.

Palgrave Macmillan is the global academic imprint of the above companies and has companies and representatives throughout the world.

Palgrave® and Macmillan® are registered trademarks in the United States, the United Kingdom, Europe, and other countries.

ISBN 978-0-230-34227-9

Library of Congress Cataloging-in-Publication Data

Rayman, Graham A.
    The NYPD tapes / by Graham A. Rayman.
      pages cm
     1. Schoolcraft, Adrian. 2. Police corruption—New York (State)—New York—Case studies. 3. Police—New York (State)—New York—Case studies. I. Title.

HV8148.N5R39 2013
363.209747'1—dc23                                    2013009901

A catalogue record of the book is available from the British Library.

Design by Newgen KnowledgeWorks

First edition: August 2013

10  9  8  7  6  5  4  3  2  1

Printed in the United States of America.