UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

ADRIAN SCHOOLCRAFT,

                Plaintiff,

   - against -

CITY OF NEW YORK, et al.,

               Defendants.

----------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

**Sweet, D.J.**



      Plaintiff's motion for leave to file an amended answer with counterclaims will be heard at noon on Wednesday, October 16, 2013.  All papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**September 25, 2013**

                                        ROBERT W. SWEET
                                           U.S.D.J.