UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ADRIAN SCHOOLCRAFT,

           Plaintiff,

  - against -

CITY OF NEW YORK, ET AL.,

           Defendants.

------------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

**Sweet, D.J.**

      Defendants' letter, dated October 9, 2013, will be treated as a motion and heard at noon on Wednesday, October 16, 2013, in Courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**October 9, 2013**

                                  ROBERT W. SWEET
                                    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-10-13