UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,                                   10-cv-6005 (RWS)

                                                      **NOTICE OF**
                                                      **CROSS-MOTION**
                        Plaintiff,

        -against-


THE CITY OF NEW YORK, et al.,

                        Defendants.
----------------------------------------------------------------x

   PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated October 15, 2013, and the attached exhibits, Plaintiff, Police Officer Adrian Schoolcraft, will cross-move this Court, the Honorable Robert W. Sweet, 500 Pearl Street, New York, New York for an order pursuant to Rule 12(f) and 37(a)(5)(A) of the Federal Rules of Civil Procedure striking irrelevant and inflammatory allegations from the proposed counterclaims filed by Defendant Steven Mauriello (Docket # 174-1), directing the City Defendants to pay costs and expenses, including attorney's fees, incurred on a discovery motion, and for such

further relief as the Court deem just and proper.

Dated:   October 15, 2013
              New York, New York

                                        LAW OFFICE OF
                                        NATHANIEL B. SMITH

                                            *s/NBS*

                                        By:_____
                                          Nathaniel B. Smith
                                        111 Broadway -- 13th Floor
                                        New York, New York 10006
                                        212-227-7062
                                        Attorney for Plaintiff

                                        Of Counsel,
                                        John D. Lenoir