# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ADRIAN SCHOOLCRAFT ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 10-CV-6005 |
| THE CITY OF NEW YORK, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Adrian Schoolcraft

Date:  10/15/2013

*Attorney's signature*

HOWARD A. SUCKLE, (HS 9446)
*Printed name and bar number*

SUCKLE SCHLESINGER PLLC
224 West 35th Street, Suite 1200
New York, New York 10001

*Address*

lawyers@suckleschlesinger.com
*E-mail address*

(212) 226-4200
*Telephone number*

(212) 226-4226
*FAX number*