# EXHIBIT A



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

SUZANNA P. METTHAM
*Assistant Corporation Counsel*
E-mail: spublick@law.nyc.gov
Phone: (212) 356-2372
Fax: (212) 788-9776

September 18, 2013

**BY FIRST-CLASS MAIL & E-MAIL**
Nathaniel Smith
*Attorney for Plaintiff*
111 Broadway, Suite 1305
New York, New York 10006

      Re:  Schoolcraft v. The City of New York, et al.
           10 CV 6005 (RWS)

Dear Counsel:

      It has come to my attention that, upon information and belief, the three lockers previously assigned to Adrian Schoolcraft within the 81st Precinct Stationhouse have been reassigned to other police officers currently assigned to the 81st Precinct. As you are aware, those lockers were supposed to have been secured pending the return of Adrian Schoolcraft to duty. Upon information and belief, an Internal Affairs Bureau Investigation has been launched to determine who opened those lockers, when, and for what reason. City Defendants will produce the results of that investigation when it has concluded.

      Sincerely yours,

      */s/ S. Mettham*

      Suzanna Publicker Mettham
      *Assistant Corporation Counsel*
      Special Federal Litigation Division

cc:

Gregory John Radomisli (By First-Class Mail and E-Mail)
MARTIN CLEARWATER & BELL LLP
*Attorneys for Jamaica Hospital Medical Center*
220 East 42nd Street 13th Floor
New York, NY 10017

Brian Lee  (By First-Class Mail and E-Mail)
IVONE, DEVINE & JENSEN, LLP
*Attorneys for Dr. Isak Isakov*
2001 Marcus Avenue, Suite N100
Lake Success, New York 11042

Bruce M. Brady  (By First-Class Mail and E-Mail)
CALLAN, KOSTER, BRADY & BRENNAN, LLP
*Attorneys for Lillian Aldana-Bernier*
1 Whitehall Street
New York, New York 10004

Walter A. Kretz , Jr.  (By First-Class Mail and E-Mail)
SEIFF KRETZ & ABERCROMBIE
*Attorney for Defendant Mauriello*
444 Madison Avenue, 30th Floor
New York, NY 10022