LAW OFFICE OF
NATHANIEL B. SMITH
ATTORNEY AT LAW
111 BROADWAY
NEW YORK, NEW YORK 10006

NATHANIEL B. SMITH



TEL: (212) 227-7062
FAX: (212) 346-4665

October 23, 2013

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

          *Schoolcraft v. The City of New York, et al.,*
          *10-cv-6005 (RWS)*

Dear Judge Sweet:

    In connection with the pending motion to amend by Defendant Steven Mauriello and the plaintiff's cross-motion to strike, I write to request, with the consent of Mauriello's counsel, that the Court set these motions down for oral argument on November 13, 2013 at noon.

                                     Respectfully submitted,

                                       Nathaniel B. Smith

[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 10/25/13]

So ordered
/s/ Sweet USDJ
10.24.13

By Fax (212) 805.7925
cc:
All Counsel (w/o encl.)