UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ADRIAN SCHOOLCRAFT,

                                Plaintiff,

-against-

THE CITY OF NEW YORK, et al,

                                Defendants.
-----------------------------------------------------------------x

10 –cv-6005 (RWS)

**Notice of Depositions**

**Please take notice** that the pursuant to Rule 30 of the Federal Rules of Civil Procedure the plaintiff will be taking the depositions of the parties and witnesses in this action by stenographic, video and tape-recorded means. You are invited to attend and cross-examine. The deposition shall proceed from day to day until completed.

Nathaniel B. Smith
111 Broadway – Suite 1305
New York, New York 10006
212-227-7062

Dated:     New York, New York
            October 23, 2013

TO:

See attached Service List

Service List

Suzanna Mettham
NYC Law Department
100 Church Street, Rm. 5-203
New York, NY 10007
(212)-788-1103
Fax: (212)-788-9776
Email: smettham@law.nyc.gov

Gregory John Radomisli
Martin Clearwater & Bell LLP (NYC)
220 East 42nd Street
13th Floor
New York, NY 10017
(212)-916-0923
Fax: (212)-949-7054
Email: radomg@mcblaw.com

Brian E. Lee
Law Office of J. David O'Brien
20 Vesey Street
Suite 1210
New York, NY 10007
(516)-326-2400
Fax: (516)-352-4952
Email: brianelee@idjlaw.com

Bruce Morgan Brady
Callan, Koster, Brady & Brennan LLP
One Whitehall Street
New York, NY 10004
(212)-248-8800
Fax: (212)-248-6815
Email: bbrady@ckbblaw.com

Walter Kretz, Jr.
Scoppetta Seiff
444 Madison Avenue, 30th Floor
New York, New York
Email: wakretz@seiffkretz.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ADRIAN SCHOOLCRAFT,

                                        10 –cv-6005 (RWS)

                      Plaintiff,
    -against-                                  **Notice of**
                                        **Depositions**

THE CITY OF NEW YORK, et al,

                    Defendants.
-------------------------------------------------------------x

**Please take notice** that the pursuant to the Court's Order and Rule 30 of the Federal Rules of Civil Procedure the plaintiff will be taking the deposition of Dr. Lilian Aldana-Bernier by stenographic, video and/or tape-recorded means at 10:00 a.m., on November 15, 2013, at the offices of the undersigned. You are invited to attend and cross-examine. The deposition shall proceed from day to day until completed.

                                                     Nathaniel B. Smith
                                                     111 Broadway – Suite 1305
                                                     New York, New York 10006
                                                     212-227-7062

Dated:       New York, New York
                October 23, 2013

TO:

See attached Service List

# Service List





Gregory John Radomisli
Martin Clearwater & Bell LLP (NYC)
220 East 42nd Street
13th Floor
New York, NY 10017
(212) 916-0923
Fax: (212)-949-7054
Email: radomg@mcblaw.com



Brian E. Lee
Law Office of J. David O'Brien
20 Vesey Street
Suite 1210
New York, NY 10007
(516) 326-2400
Fax: (516)-352-4952
Email: brianelee@idjlaw.com



Bruce Morgan Brady
Callan, Koster, Brady & Brennan LLP
One Whitehall Street
New York, NY 10004
(212) 248-8800
Fax: (212)-248-6815
Email: bbrady@ckbblaw.com

