AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Adrian Schoolcraft | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 10-CV-6005 (RWS) |
| The City of New York, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lilian Aldana-Bernier, M.D.

Date:   11/12/2013

*Paul F. Callan* (signature)
*Attorney's signature*

Paul F. Callan (2005)
*Printed name and bar number*

One Whitehall Street, 10th Floor
New York, New York 10004
*Address*

pcallan@ckbblaw.com
*E-mail address*

(212) 248-8800
*Telephone number*

(212) 248-6815
*FAX number*