AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Adrian Schoolcraft | ) | |
| Plaintiff | ) | |
| v. | ) | Case No.   10-CV-6005 (RWS) |
| The City of New York, et. al. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lilian Aldana-Bernier, M.D.

Date:   11/12/2013

*Attorney's signature*

Matthew J. Koster (3080)
*Printed name and bar number*

One Whitehall Street, 10th Floor
New York, New York 10004
*Address*

mkoster@ckbblaw.com
*E-mail address*

(212) 248-8800
*Telephone number*

(212) 248-6815
*FAX number*