UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Adrian Schoolcraft          Plaintiff,          Case No. 10-CV-6005(RWS)

         -against-

The City of New York, et. al.,    Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Matthew J. Koster**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __3080__          My State Bar Number is __4361796__

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Gordon & Rees, LLP
              FIRM ADDRESS: 90 Broad Street, 23rd Floor, New York, NY 10004
              FIRM TELEPHONE NUMBER: 212-269-5500
              FIRM FAX NUMBER: 212-269-5505

NEW FIRM:     FIRM NAME: Callan, Koster, Brady & Brennan, LLP
              FIRM ADDRESS: 1 Whitehall Street, 10th Floor New York, NY 10004
              FIRM TELEPHONE NUMBER: 212-248-8800
              FIRM FAX NUMBER: 212-248-6815

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: November 13, 2013

_____
ATTORNEY'S SIGNATURE