AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Adrian Schoolcraft,  )
*Plaintiff*          )
v.                   )   Case No.  10 CV 6005
The City of New York, et al.,  )
*Defendant*          )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Isak Isakov, M.D.

Date: 11/12/2013

*Attorney's signature*

W. ROBERT DEVINE (7415)
*Printed name and bar number*
Ivone, Devine & Jensen, LLP
2001 Marcus Avenue, Suite N100
Lake Success, New York 11042

*Address*

rdevine@idjlaw.com
*E-mail address*

(516) 326-2400
*Telephone number*

(516) 352-4952
*FAX number*