UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                              Plaintiff,          NOTICE OF MOTION

     -against-

                                                     10-CV-06005 (RWS)

THE CITY OF NEW YORK, et al.,

                            Defendants.
------------------------------------------------------------X

        PLEASE TAKE NOTICE, that upon the annexed Memorandum in support of his motion for reconsideration of his motion for leave to amend his answer to assert state-law counterclaims, dated November 25, 2013, and upon his original motion papers, defendant Deputy Inspector Steven Mauriello, by his attorneys Scoppetta Seiff Kretz & Abercrombie, pursuant to Rule 60 of the Federal Rules of Civil Procedure and Local Civil Rule 6.3, will move this Court on the 18th day of December, 2013, at 12:00 noon, for an order reconsidering and granting defendant Mauriello's motion for leave to amend his Answer to assert his proposed counterclaims, and granting such other relief as the Court deems just.

        PLEASE TAKE FURTHER NOTICE, pursuant to Rule 6 of the Federal Rules of Civil Procedure, Local Civil Rule 6.1(b), and this Court's Individual Practices, that answering memoranda, if any, shall be served within fourteen days after service of these moving papers, and any reply memoranda shall be served within seven days after service of the answering papers.

Dated: New York, New York
       November 25, 2013

SCOPPETTA SEIFF KRETZ & ABERCROMBIE
Attorneys for Defendant STEVEN MAURIELLO

By: _____
    Walter A. Kretz, Jr., (WK-4645)
444 Madison Avenue, 30th Floor
New York, NY  10022
wakretz@seiffkretz.com
212-371-4500