UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ADRIAN SCHOOLCRAFT,

               Plaintiff,

  - against -

                                 10 Civ. 6005 (RWS)

CITY OF NEW YORK, ET AL.,        O R D E R

               Defendants.

------------------------------------------X

**Sweet, D.J.**

       Defendant Mauriello's motion for reconsideration will be heard on submission on December 18, 2013. All papers shall be served in accordance with the Local Rules.

       It is so ordered.

**New York, NY**
**December 3, 2013**

                                        ROBERT W. SWEET
                                           U.S.D.J.