UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ADRIAN SCHOOLCRAFT,

                                                Plaintiff,

                                 **NOTICE OF APPEARANCE**

                -against-

                                 10 Civ. 6005 (RWS)

THE CITY OF NEW YORK, et al.,

                                                Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **RYAN G. SHAFFER**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, DEPUTY CHIEF MICHAEL MARINO, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, CAPTAIN THEODORE LAUTERBORN, LIEUTENANT JOSEPH GOFF, SGT. FREDERICK SAWYER, SERGEANT KURT DUNCAN, LIEUTENANT CHRISTOPHER BROSCHART, LIEUTENANT TIMOTHY CAUGHEY, SERGEANT SHANTEL JAMES, LIEUTENANT WILLIAM GOUGH, LIEUTENANT THOMAS HANLEY, CAPTAIN TIMOTHY TRAINER, SERGEANT SONDRA WILSON, SERGEANT ROBERT W. O'HARE, SERGEANT RICHARD WALL, F.D.N.Y. LIEUTENANT ELISE HANLON (collectively, "NYPD Defendants") in the above-referenced action, effective immediately.

- 2 -

Dated:      New York, New York
            December 10, 2013

                                              Respectfully Submitted,

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for NYPD Defendants
100 Church Street, Room 3-212
New York, New York 10007
(212) 356-2386
rshaffer@law.nyc.gov

By:    _____/s/_____
       Ryan G. Shaffer
       Assistant Corporation Counsel

TO:   Nathaniel Smith (By ECF)
      *Attorney for Plaintiff*
      111 Broadway, Suite 1305
      New York, New York 10006

      Gregory John Radomisli (By ECF)
      Martin Clearwater & Bell LLP
      *Attorneys for Jamaica Hospital Medical Center*
      220 East 42nd Street 13th Floor
      New York, NY 10017

      Brian Lee  (By ECF)
      IVONE, DEVINE & JENSEN, LLP
      *Attorneys for Dr. Isak Isakov*
      2001 Marcus Avenue, Suite N100
      Lake Success, New York 11042

      Bruce M. Brady  (By ECF)
      CALLAN, KOSTER, BRADY & BRENNAN, LLP
      *Attorneys for Lillian Aldana-Bernier*
      1 Whitehall Street
      New York, New York 10004

      Walter A. Kretz , Jr.  (By First-Class Mail and E-Mail)
      Seiff Kretz & Abercrombie
      *Attorney for Defendant Mauriello*
      444 Madison Avenue, 30th Floor
      New York, NY 10022