# EXHIBIT F



### Welcome

The Law Office of Jon L. Norinsberg and Cohen & Fitch, LLP recently filed a lawsuit against the City of New York and high ranking members of the NYPD on behalf of Police Officer Adrian Schoolcraft. This lawsuit details PO Schoolcraft's harrowing experience at the hands of NYPD chiefs and commanders, who plotted a coordinated and concentrated scheme to silence, intimidate, threaten, and retaliate against him for his documentation and disclosure of corruption within the NYPD. Specifically, the NYPD established an illegal quota policy for the issuance of summonses and arrests and instructed police officers to lie on police reports in order to distort COMPSTAT statistics.

*Officer Schoolcraft*

Like many police officers, PO Schoolcraft joined the NYPD to help people and serve communities plagued by real crime; instead he was faced with enormous pressure to harass law abiding people in order to fudge statistics. Morally opposed to these policies, PO Schoolcraft refused to follow these unlawful orders and was met with retaliation from the highest levels of the NYPD. This ultimately culminated in an attempt to forcibly silence and discredit him; on October 31, 2009, several high ranking NYPD officials illegally entered PO Schoolcraft's home, forcibly removed him in handcuffs, seized his personal effects, including evidence he had gathered documenting NYPD corruption, and had him admitted to Jamaica Hospital Center against his will, under the false pretense that he was "emotionally disturbed."

**Click the play button to listen to the "home invasion"**

For more see Schoolcraft Complaint… ()

*The purpose of this website is to allow police officers to share similar stories or comments.*

Are you an NYPD police officer?

Have you been punished for not meeting a quota or attempting to disclose NYPD corruption?

Have you been instructed to issue summonses or make arrests for offenses you did not observe?

WE WANT TO HEAR YOUR STORY.
*Post anonymously or contact us directly.*

Name: _____ *Optional
Email: _____ *Optional
Phone: _____ *Optional
Comments:

---

The Law Office of **JON L. NORINSBERG**, Esq.

225 Broadway, Suite 2700
New York, New York 10007
Tel: **212.791.5396**
Fax: 212.406.6890
www.norinsberglaw.com
Email: norinsberg@aol.com

**COHEN & FITCH** LLP Attorneys at Law

The Woolworth Building
233 Broadway, Suite 1800
New York, New York 10279
Tel: **212.374.9115**
Fax: 212.406.2313
www.cohenfitch.com
Email: gcohen@cohenfitch.com

The information contained on this website is for general information purposes only. Nothing on this or associated pages, documents, comments, answers, emails, or other communications should be taken as legal advice for any individual case or situation. This information on this website is not intended to create, and receipt or viewing of this information does not constitute, an attorney-client relationship. This is attorney advertising. Past performance does not guarantee future results.

© Copyright 2010 Cohen & Fitch LLP
Graphic & Website Design by Off the Page Creations