UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

                                                           Case No.
                        Plaintiff,

    -against-

                        Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐  I have cases pending   ☐  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,
    ☐  An attorney
    ☐  A Government Agency attorney
    ☐  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:  FIRM NAME:_____
            FIRM ADDRESS:_____
            FIRM TELEPHONE NUMBER:_____
            FIRM FAX NUMBER:_____

NEW FIRM:  FIRM NAME:_____
            FIRM ADDRESS:_____
           FIRM TELEPHONE NUMBER:_____
           FIRM FAX NUMBER:_____

    ☐  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

*S. Mettham*

Dated:  _____
                       ATTORNEY'S SIGNATURE