UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

ADRIAN SCHOOLCRAFT,

              Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

              Defendants.

-----------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-13-14

**Sweet, D.J.**

       City Defendant's letter, ECF No. 206, will be treated as a motion and heard at noon on Wednesday, January 15, 2014. All papers shall be served in accordance with Local Civil Rule 6.1.


       It is so ordered.


**New York, NY**
**January 9 , 2014**

_____
ROBERT W. SWEET
U.S.D.J.