UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

ADRIAN SCHOOLCRAFT,

              Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

              Defendants.
----------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

**Sweet, D.J.**

       City Defendant's letter will be treated as a motion and heard at noon on Tuesday, February 11, 2014. All papers shall be served in accordance with Local Civil Rule 6.1.

       It is so ordered.

**New York, NY**
~~January~~ 2/4/14 , 2014

_____
ROBERT W. SWEET
U.S.D.J.