LAW OFFICE OF
# NATHANIEL B. SMITH
ATTORNEY AT LAW
111 BROADWAY
NEW YORK, NEW YORK 10006

NATHANIEL B. SMITH

Tel: (212) 227-7062
Fax: (212) 346-4665



RECEIVED FEB 05 2014 JUDGE SWEET CHAMBERS

February 5, 2014

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

        *Schoolcraft v. The City of New York, et al.,*
        *10-cv-6005 (RWS)*

Dear Judge Sweet:

    With the consent of all parties, I am writing to the Court to request that the City Defendants' motion on the Court's calendar for February 11, 2014 be adjourned one week to February 18, 2014.

Respectfully submitted,

Nathaniel B. Smith

So ordered
Sweet
USDJ
2-6-14

By Telecopier
(212) 805-7925
cc:
All Counsel (w/o encl.)
Via Email