

ZACHARY W. CARTER
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

RYAN G. SHAFFER
*Assistant Corporation Counsel*
E-mail: rshaffer@law.nyc.gov
Phone: (212) 356-2386
Fax: (212) 788-9776

February 10, 2014

**BY ECF**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: Schoolcraft v. The City of New York, et al.
      10 CV 6005 (RWS)

Your Honor:

  I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the City Defendants in the above-referenced matter. City Defendants write to respectfully request that the City's letter motion dated January 30, 2014, which sought to preclude plaintiff from relying, in any way whatsoever, on documents and witnesses which he was ordered to identify no later than January 22, 2014, be deemed fully briefed and unopposed.

  As the Court may recall, defendant City served its letter motion on plaintiff and the Court on January 30, 2014. (See Docket Entry No. 214.) Pursuant to this Court's Order opposition papers, if any, were to be served in accordance with Local Civil Rule 6.1. (See Docket Entry No. 215.) According to Local Civil Rule 6.1, an opposition is to be served within seven days after service of the moving papers, and thus, plaintiff's opposition, if any, should have been served upon the undersigned on or before February 6, 2014. As of this writing, however, no opposition has been served on City Defendants, nor has plaintiff sought an extension of time to oppose the City Defendants' motion. As no opposition has been served, there is no need for a reply brief. Therefore, City Defendants respectfully request that the motion be deemed fully briefed and unopposed and that the Court so-order the City Defendants' previously requested Proposed Order.

            Sincerely yours,

            /s
            Ryan G. Shaffer
            *Assistant Corporation Counsel*
            Special Federal Litigation Division

cc:   Nathaniel Smith (By ECF)
*Attorney for Plaintiff*
111 Broadway, Suite 1305
New York, New York 10006

Gregory John Radomisli (By ECF)
MARTIN CLEARWATER & BELL LLP
*Attorneys for Jamaica Hospital Medical Center*
220 East 42nd Street 13th Floor
New York, NY 10017

Brian Lee  (By ECF)
IVONE, DEVINE & JENSEN, LLP
*Attorneys for Dr. Isak Isakov*
2001 Marcus Avenue, Suite N100
Lake Success, New York 11042

Bruce M. Brady  (By ECF)
CALLAN, KOSTER, BRADY & BRENNAN, LLP
*Attorneys for Lillian Aldana-Bernier*
1 Whitehall Street
New York, New York 10004

Walter A. Kretz , Jr.  (By ECF)
SCOPPETTA SEIFF KRETZ & ABERCROMBIE
*Attorney for Defendant Mauriello*
444 Madison Avenue, 30th Floor
New York, NY 10022