LAW OFFICE OF
## NATHANIEL B. SMITH
ATTORNEY AT LAW
111 BROADWAY
NEW YORK, NEW YORK 10006



NATHANIEL B. SMITH

TEL: (212) 227-7062
FAX: (212) 346-4665

February 10, 2014

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007



*Schoolcraft v. The City of New York, et al.,*
*10-cv-6005 (RWS)*

Dear Judge Sweet:

Based on my discussion today with Your Honor's Chambers, it is my understanding that the City Defendant's recent letter-motion is on the Court's calendar for February 18, 2014 (for submission) and that the plaintiff's opposition to that letter-motion can be served and file one week before that date, (i.e. February 11, 2014). Accordingly, I request that this schedule be so-ordered and that the City Defendants' request for a default, dated February 10, 2014, be denied.

Respectfully submitted,

Nathaniel B. Smith

So ordered
Sweet
USDJ
2-11-14

By Fax (212) 805-7925
cc:
All Counsel
(by email)