UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

ADRIAN SCHOOLCRAFT,

                Plaintiff,

  - against -

                                      10 Civ. 6005 (RWS)

                                      O R D E R

CITY OF NEW YORK, et al.,

                Defendants.

-----------------------------------------X

Sweet, D.J.

        Defendant City of New York ("City" or "City Defendants") and Plaintiff Adrian Schoolcraft ("Plaintiff" or "Schoolcraft") have submitted letters on January 30, February 10, February 12 and February 14, 2014, relating to the use of documents with individuals whose names and contact information are redacted as Attorneys' Eyes Only and witnesses identified within the documents bearing Bates Nos. AS10059-AS10144 and documents produced on October 24, 2012 in response to City Defendants' Second Set of Document Requests, Document Request No. 2 as well as the scheduling of depositions and objections to interrogatories.

Plaintiffs and City Defendants shall meet and confer and prepare a list of disputed issues to be heard by the court at 2 p.m. on Thursday, March 13, 2014, in Courtroom 18C.

It is so ordered.

New York, NY
March 3, 2014

ROBERT W. SWEET
U.S.D.J.