UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ADRIAN SCHOOLCRAFT,                                    **NOTICE OF MOTION**

                              Plaintiff,

                                                10-CV-6005 (RWS)
      -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law dated March 5, 2014, City Defendants will move this Court before the Honorable Robert W. Sweet, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, at a date and time to be determined, to compel the production of documents from Graham Rayman, and for such other and further relief as the Court deems just and proper.

Dated:        New York, New York
                March 5, 2013

                                                ZACHARY W. CARTER
                                                Corporation Counsel of the
                                                City of New York
                                                *Attorney for City Defendants*
                                                100 Church Street, Room 3-200
                                                New York, New York 10007
                                                (212) 356-2372

                                        By:      /s/ Mettham
                                                SUZANNA PUBLICKER METTHAM
                                                Assistant Corporation Counsel
                                                Special Federal Litigation Division

TO:    David S. Korzenik (BY HAND DELIVERY)
Miller Korzenik Sommers LLP
*Attorney for Graham Rayman*
488 Madison Avenue
New York, NY 10022

Nathaniel Smith (By ECF)
*Attorney for Plaintiff*
111 Broadway, Suite 1305
New York, New York 10006

Gregory John Radomisli (By ECF)
MARTIN CLEARWATER & BELL LLP
*Attorneys for Jamaica Hospital Medical Center*
220 East 42nd Street 13th Floor
New York, NY 10017

Brian Lee (By ECF)
IVONE, DEVINE & JENSEN, LLP
*Attorneys for Dr. Isak Isakov*
2001 Marcus Avenue, Suite N100
Lake Success, New York 11042

Bruce M. Brady (By ECF)
CALLAN, KOSTER, BRADY & BRENNAN, LLP
*Attorneys for Lillian Aldana-Bernier*
1 Whitehall Street
New York, New York 10004

Walter A. Kretz , Jr. (By ECF)
SCOPPETTA SEIFF KRETZ & ABERCROMBIE
*Attorney for Defendant Mauriello*
444 Madison Avenue, 30th Floor
New York, NY 10022

Docket No 10-CV-6005 (RWS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN SCHOOLCRAFT,

                                                 Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                                               Defendants.

**NOTICE OF MOTION**

***ZACHARY W. CARTER***
*Corporation Counsel of the City of New York*
*Attorney for City Defendants*
*100 Church Street, Room 3-200*
*New York, New York  10007*

*Of Counsel: Suzanna Publicker Mettham*
*Tel:  (212) 356-2372*

*Due and timely service is hereby admitted.*

*New York, N.Y......................................................, 2014*

*.................................................................. Esq.*

*Attorney for.......................................................*