# EXHIBIT B

THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Index No.: 10 CV 60005 (RWS)  
Filed On:

**ADRIAN SCHOOLCRAFT**

-against-

**THE CITY OF NEW YORK ET AL**

**Affidavit of Service**  
**PERSONAL**

STATE OF NEW YORK, COUNTY OF NEW YORK: ROBERT MOORE, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 12/7/2013 at 9:54 AM at 16 MORNINGSIDE AVENUE , APT. 1S, NEW YORK, NY 10026, your deponent served the Subpoena bearing Index # 10 CV 60005 (RWS) upon GRAHAM RAYMAN, personally. Your deponent knew the person so served to be the person described in the said documents.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender:   Male  
Skin Color:   White  
Hair Color:   Brown  
Approximate Age:   53  
Approximate Height:   Over 6ft  
Approximate Weight:   Over 200 lbs

That at the time of service as aforesaid, your deponent asked person so served whether he/she was currently enrolled in military service of the United States of America or dependent on someone in the military service of the United States of America and received a negative reply. Upon such information, I aver that the named recipient is not actively enrolled in nor dependent on someone in the military service of the United States of America.

Your deponent tendered to the recipient $40.00 as witness, traveling, or other statutory fee.

Sworn to before me on 12/9/2013:

**DENISE LOWE**  
Notary Public, State of New York  
No. 01LO6168083  
Qualified in NEW YORK County  
Commission Expires 6/4/2015

**ROBERT MOORE**  
NYC License # - 1066544

The New York City Law Department  Suzanna Mettham  
100 Church Street  
New York, NY 10007  
Phone: 212-788-0369  
File No. NW12051312

RETURN TO: Nationwide Court Services, Inc.  
761 Koehler Avenue, Suite A  
Ronkonkoma, NY 11779  
DCA Lic#:1037536 Ph: 631-981-4400  
(NCS321127) LK  366314