# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

THE CITY OF NEW YORK,

        Petitioner,

v.

LARRY SCHOOLCRAFT,

        Respondent.

Civil Action No.
6:13-MC-0063 (DNH/DEP)

---

ADRIAN SCHOOLCRAFT,

        Plaintiff,

v.

THE CITY OF NEW YORK, *et al.*,

        Defendants.

Civil Action No.
1:10-CV-6005 (RWS)

---

## ORDER

On November 13, 2013, at the request of petitioner City of New York, one of the defendants in an action brought by plaintiff Adrian Schoolcraft in the Southern District of New York, the court issued an order requiring plaintiff's father, respondent Larry Schoolcraft, who is not a party to the

underlying action, to appear for deposition in Kingston, New York, on November 20, 2013. Dkt. No. 6. The court has now been advised that the parties and respondent Larry Schoolcraft have reached an agreement whereby the deposition referenced in the order dated November 13, 2013 has been adjourned, and will now be conducted on December 11, 2013, in Albany, New York.

Based upon the parties' agreement, in which respondent Larry Schoolcraft joins, and upon due deliberation, it hereby

ORDERED as follows:

(1) Petitioner City of New York is directed to prepare a subpoena for respondent Larry Schoolcraft's deposition, which will be held at the offices of O'Connor, O' Connor, Bresee & First PC, 20 Corporate Woods Blvd., Albany, New York 12211, on December 11, 2013, at 10:00 a.m.

(2) The subpoena to be issued may also direct that respondent Larry Schoolcraft produce documents specified in the subpoena for inspection and use in connection with the deposition.

(3) Respondent Larry Schoolcraft may object, in writing, to the portion of the subpoena requesting the production of documents. In the event of such an objection, the respondent may move for a protective order,

2

and petitioner City of New York may move for an order compelling discovery. It should be noted, however, in the event respondent Larry Schoolcraft objects to the document production portion of the subpoena, that objection will <u>NOT</u> excuse him from appearing for deposition, although it may necessitate that he appear for a second deposition once any motions associated with the document portion of the subpoena are decided.

(4) Petitioner City of New York is directed to arrange for personal service of this order, the subpoena to be issued, and all applicable witness and mileage fees, in t he event they have not already been advanced, upon respondent Larry Schoolcraft on or before December 6, 2013.

(5) In the event that respondent Larry Schoolcraft fails to appear for deposition as required, after being duly served, petitioner City of New York is hereby granted permission to apply to this court for an order finding him in contempt and awarding any other sanctions deemed appropriate.

Dated:   November 21, 2013
         Syracuse, New York

*David E. Peebles*
David E. Peebles
U.S. Magistrate Judge

3