UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

ADRIAN SCHOOLCRAFT,

              Plaintiff,

   - against -

CITY OF NEW YORK, ET AL.,

              Defendants.

---------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

**Sweet, D.J.**

    City Defendants' motion to compel shall be heard on Wednesday, April 9, 2014 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with the Local Rules.

    It is so ordered.

**New York, NY**
**March /4, 2014**

                                            ROBERT W. SWEET
                                                U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/14