# MILLER KORZENIK SOMMERS LLP
488 MADISON AVENUE NEW YORK, NEW YORK 10022-5702
TEL.212-752-9200 • FAX 212-688-3996 • WWW.MKSLEX.COM

March 12, 2014

**DELIVERY BY FAX**
The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: **Schoolcraft v. The City of New York, et. al., 10-cv-6005**

Dear Judge Sweet:

I represent Graham Rayman, a reporter who is not a party to this action but who has been served with a subpoena by the City seeking documents and other material it claims is relevant to this case. Mr. Rayman asserted a reporter's privilege in objecting to the subpoena.

On March 5, the City filed a Motion to Compel Mr. Rayman to comply with the subpoena. Under Local Rule 6.1, the date for a party to respond to a discovery motion would be March 12. I write to request that Mr. Rayman's time to respond to the motion be extended to Friday, March 28, and that the City's time to reply be extended accordingly, to Friday, April 4. This is Mr. Rayman's first request for an extension on this motion. I have spoken to counsel for the City, who consents to the extension and joins in this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-17-14

Very truly yours,

David S. Korzenik
Attorney for Graham Rayman

dkorzenik@mkslex.com

So ordered
Sweet USDJ
3.13.14

cc: Suzanna Publicker Mettham,
    Assistant Corporation Counsel