AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Adrian Schoolcraft | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| The City of New York, et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Graham Rayman, subject of third-party subpoena                          .

Date:    03/28/2014

*Attorney's signature*

David S. Korzenik
*Printed name and bar number*
Miller Korzenik Sommers LLP
488 Madison Ave, Ste. 1120
New York, NY

*Address*

dkorzenik@mkslex.com
*E-mail address*

(212) 752-9200
*Telephone number*

(212) 688-3996
*FAX number*