UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,    10-cv-6005 (RWS)

**NOTICE OF MOTION**

                    Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.,

                    Defendants.
----------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated April 7, 2014 and the attached exhibits, Plaintiff, Police Officer Adrian Schoolcraft, will move this Court, the Honorable Robert W. Sweet, 500 Pearl Street, New York, New York for an order pursuant to Rule 12(f) of the Federal Rules of Civil Procedure striking irrelevant and inflammatory allegations in the counterclaims filed by Defendant Steven Mauriello (Docket # 231) on March 18, 2014, and for such further relief as the Court deems just and proper.

Dated: April 7, 2014
       New York, New York

                               LAW OFFICE OF
                               NATHANIEL B. SMITH

                                   *s/NBS*

                              By:_____
                                 Nathaniel B. Smith
                                 111 Broadway – Suite 1305
                                 New York, New York 10006
                                 (212) 227-7062
                                 Attorney for Plaintiff

                                 Of Counsel,
                                 John D. Lenoir