UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ADRIAN SCHOOLCRAFT,

               Plaintiff,

  - against -

CITY OF NEW YORK, ET AL.,

               Defendants.

------------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

**Sweet, D.J.**

    Defendant Jamaica Hospital Medical Center's letter, dated April 15, 2014, will be treated as a motion and heard at noon on Wednesday, April 30, 2014 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**April 17, 2014**

                              ROBERT W. SWEET
                                 U.S.D.J.