```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ADRIAN SCHOOLCRAFT,

                Plaintiff,
                                          10 Civ. 6005 (RWS)
     - against -
                                          O R D E R
CITY OF NEW YORK, ET AL.,

                Defendants.
-------------------------------------X
```

**Sweet, D.J.**

Plaintiff's motion to strike shall be heard at noon on Wednesday, April 30, 2014 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

**New York, NY**
**April 17, 2014**

ROBERT W. SWEET
U.S.D.J.