UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

ADRIAN SCHOOLCRAFT,

              Plaintiff,

    - against -

CITY OF NEW YORK, et al.,

              Defendants.
-------------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

5/20/14

**Sweet, D.J.**

    City Defendant's letter dated May 16, 2014 shall be treated as a motion and heard at noon on Wednesday, May 28, 2014 in Courtroom 18C, United States Courthouse, 500 Pearl Street.

    It is so ordered.

**New York, NY**
**May 19, 2014**

_____
ROBERT W. SWEET
U.S.D.J.