```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ADRIAN SCHOOLCRAFT,

                    Plaintiff,
                                                10 Civ. 6005 (RWS)
     - against -
                                                O R D E R

CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------X
```

**Sweet, D.J.**

City Defendant's letter dated June 12, 2014 shall be treated as a motion and heard on submission on Wednesday, July 2, 2014.

It is so ordered.

New York, NY
June 27, 2014

ROBERT W. SWEET
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/14