LAW OFFICE OF
## NATHANIEL B. SMITH

ATTORNEY AT LAW
111 BROADWAY
NEW YORK, NEW YORK 10006

NATHANIEL B. SMITH

TEL: (212) 227-7062
FAX: (212) 346-4665

July 22, 2014

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/14

*Schoolcraft v. The City of New York, et al.,*
*10-cv-6005 (RWS)*

Dear Judge Sweet:

As plaintiff's counsel in the above-referenced action, I am submitting this letter about the discovery schedule. Over the course of the last two weeks there have been several unavoidable delays in scheduling depositions before the July 18, 2014 fact discovery deadline. As a result, the parties have scheduled two depositions for later this week. In addition, the parties have discussed and agreed that the current discovery schedule should be adjusted one week so that all the deadlines for discovery and motions set forth in the current Scheduling Order be moved back one week.

Accordingly, I am requesting, with the consent of all parties, that the discovery and motion deadlines set forth in the current Scheduling Order be each adjourned one week.

Respectfully submitted,

Nathaniel B. Smith

So ordered
Sweet TVSDJ
7-25-14

By Fax
212.805.7925
cc: All Counsel