UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ADRIAN SCHOOLCRAFT,

        Plaintiff,

  - against -

CITY OF NEW YORK, ET AL.,

        Defendants.

------------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

Sweet, D.J.

    Plaintiff's letter dated July 25, 2014 will be treated as a motion and heard on submission August 13, 2014.

    It is so ordered.

New York, NY
August 6, 2014

ROBERT W. SWEET
U.S.D.J.