# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ADRIAN SCHOOLCRAFT,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, et al,

                              Defendants.
------------------------------------------------------------x

10 –cv-6005 (RWS)

**Plaintiff's Expert Disclosures**

**Please take notice** that pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Court's Scheduling Order the plaintiff submits the following reports together with the accompanying attachments as his expert disclosures: (1) the report of Roy Lubit, M.D., Ph.D.; (2) the report of Dr. Dan Halpren-Ruder, M.D., Ph. D., and (3) the report of Eli B. Silverman, Ph.D. and John A. Eterno, Ph.D.

                                                        s/NBS

                                                    _____

                                                    Nathaniel B. Smith
                                                    111 Broadway – Suite 1305
                                                    New York, New York 10006
                                                    212-227-7062

Dated: August 11, 2014
To: All Counsel