# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ADRIAN SCHOOLCRAFT,

                                                    10 –cv-6005 (RWS)

                        Plaintiff,
     -against-                                             **Plaintiff's Supplemental Expert Disclosures**

THE CITY OF NEW YORK, et al,

                        Defendants.
------------------------------------------------------------x

**Please take notice** that pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Court's Scheduling Order the plaintiff on August 11, 2014 served the following reports together with the accompanying attachments as his expert disclosures: (1) the report of Roy Lubit, M.D., Ph.D.; (2) the report of Dr. Dan Halpren-Ruder, M.D., Ph. D., and (3) the report of Eli B. Silverman, Ph.D. and John A. Eterno, Ph.D.

**Please take further notice** such disclosures are supplemented to disclose that the compensation rates for these experts are as follows: (1) Dr. Lubit charges $500 per hour for non-testifying work and $3,500 for each one-half day of testifying in court or by deposition; (2) Dr. Halpren-Ruder charges $200 an hour for out-of-court work and $300 an hour for appearances for deposition or in court; and (3) that Drs. Silverman and Eterno each charge $200 an hour for out-of-court work and $300 an hour for appearances for deposition or in court.

**Please take further notice** that Dr. Halpren-Ruder reviewed or had the following

in preparing his report: (1) Plaintiff's Exhibit 69, the Jamaica Hospital chart on the plaintiff; and (2) and a discussion with the plaintiff.

                                                          s/NBS

                                     _____
                                     Nathaniel B. Smith
                                     111 Broadway – Suite 1305
                                     New York, New York 10006
                                     212-227-7062

Dated: August 13, 2014
To: All Counsel