# EXHIBIT G

**Cases that Roy Lubit MD has provided testimony in for four years preceding July 2014**

- Arruda deposition, personal injury 2014
- Braden, ADA 2013
- Campbell Custody Case September 2012
- Carvajal v Mehalic: 07-CV-00170 (PAC). Personal Injury Suit, August 20, Sept 17, Nov 7, 2010: deposition
- Carvajal v Mehalic: 07-CV-00170 (PAC). Personal Injury Suit, trial testimony 2010
- Cotton v Peate et al: Personal Injury Case, US District Court Missouri, Feb 22, 2011; Cause No. 07-4052-CV-C-NKL
- Deleon, deposition personal injury July 8, 2014
- Diaz Torres custody case July 28 and August 1, 2011
- Evans September 26, 2012 Deposition by video
- Friedman, Steven v ACS et al Federal Court Eastern District, trial, Oct 28, 2010
- Gjonlekic January 2010: mental health case, release after being found NGRI, Indictment No 3985/88 Queens Supreme Court: trial
- Grimeh v Grimeh index no: 8902/05: Child Custody Case Westchester Supreme Court 2010: trial
- Hansen v Rite Aide, Deposition and Trial Testimony; personal injury case 2013
- Hunter Rivera custody case Oct 26, 2011 Bronx Family Court
- Isaacs: Child Custody Case Ohio May 13, 2008: trial
- Ivan v Ivan Custody Case, Bronx Family Court December 18, 2012
- Kaiser Custody Case May 15, 2012, CT
- Kelly v State of Louisiana No. 2009-14162 April 14, 2014
- Kulikowski personal injury suit, deposition December 27, 2011
- Lane: Article 10 May 2009: trial, Brooklyn Supreme Court, Index No sp54/2006
- Mann personal injury suit June 28, 2012 deposition
- Arruda v Maryknoll sexual abuse 2013
- Mendez December 14, 2011 court testimony, criminal case
- Monaco v Hogan: class action mental health suit, 98-CV-3386 (E.D.N.Y.) deposition December 17, 2012
- Okezie v Prince George's County, personal injury case Feb 28, 2014
- Portmann Custody Case, Wisconsin, June 7, 2012
- Quon Housing case February 2012
- Rotell personal injury Jan 16, 2014
- Rudin v Rudin child custody case, Rockland County February 2014
- Swinson Brewington Custody Case, Brooklyn Family Court spring 2012 and Jan. 2013
- Tigani vs School District, Personal Injury Suit, March 2012
- Wallack, physician's license  2013
- Wang vs IBM employment, December 19, 2012, deposition
- Ward v Winfield Deposition May 16

- Whitfield Guardianship, Queens Supreme, November 2012
- Whitten personal injury Nov 12 and Dec 20, 2013
- Zuckley v Zuckley A-06-09-61708-C19 Child Custody Case July 12 and Aug 23, 2010, Doylstown Pennsylvania
- Laster Bennacer, custody case, trial testimony May 17, 2013
- US Army v Ortega, criminal case April 1, 2013 trial testimony
- Monaco Hogan, civil rights and malpractice depo: February 28, 2012, April 3, 2012 Dec 17, 2012; July 11, 2013, August 21, 2013, September 17, 2013
- Several sealed cases done for law firm of Einsenberg and Baum

9

"Talking Crime Rates with a Tough Crowd," Law Enforcement News, January 31, 1996, Vol. XXII, No. 438.

"Community Policing: The Implementation Gap," in Peter C. Kratcowski and Duane Dukes (Eds.) Issues in Community Policing, Cincinnati, OH: Anderson, 1995.

"Community Policing: Implementation Lessons," Proceedings of the Conference on the International Perspectives on Crime, Drugs and Public Disorder, New York: John Jay College, 1995).

"Community Policing Training: Just How Real is it Anyway" Law Enforcement News, Vol. 20. No. 40. November 31, 1994.

"Community Policing Training: How to Realize an Elusive Concept," Law Enforcement News, Volume 20, No. 411, November 15, 1994.

*Additional criminal justice publications available on request.*

## CRIMINAL JUSTICE CONSULTANCY, TRAINING AND EXPERT WITNESS

Witness, Floyd v. City of New York, 2013

Expert Witness, Stimson v. City of New York, 2014

Special Assistant, Office of Assistant Attorney General for Administration, Department of Justice, Washington, D.C.

Maryland State Police, consultant for revisions in policies, training and operations in patrol and traffic stops

Expert Witness, Nunavet, Canada, crime analysis regarding domestic violence and homicide

Expert Witness, New York State Public Employment Review Board regarding police morale and salaries

Expert Witness, regarding New Jersey county treatment of correctional employee

New York City Police Department--design and participation in Executive Development Program Productivity Training Program, trainer in police leadership program. Leadership Training

New York State Division of Parole and New York State Department of Corrections--Trainer and Facilitator in Executive Development and Management

10

New York City Health and Hospital Corporation, trainer in management and supervision.

Consultant, New York Bankers Association, preventing bank robberies

Program Evaluation, Proposal for Criminal Justice Masters Program, Molloy College, March 23, 2007

Program Evaluation, Graduate Program in Criminal Justice, Monmouth University, May 26, 2007.


## OTHER SELECTED PUBLICATIONS

"A New Integrated Financial System," in Thomas Lynch (ed.) Contemporary Public Budgeting (Transaction, 1981)

"Budgetary Processes and Financial Administration," Chapter in Jae T. Kim (ed.) Handbook of Public Administration, (Dubuque, Iowa: Kendall-Hunt, 1980.

"PPB on the State Level: The Case of Pennsylvania," The Bureaucrat, Vol. 4, No. 2, July 1975.

"Legislative Budgetary Oversight in New York State," State Government, Spring 1975.


"Productivity in Government: A Note of Caution," The American Review of Public Administration, Volume 7, No. 3, July 1973.


Book Review, Governors, Legislatures and Budgets: Diversity across the American States, edited by Edward J. Clench and Thomas P. Lauth, Publius, The Journal of Federalism, volume 22, Number 2, Spring 1992.

"Public Budgeting and Public Administration: Enter the Legislature," in Albert C. Hyde and Jay M. Shafritz (Eds.) Government Budgeting: Theory, Process and Politics (Chicago: Moore, 1978).

"New York City Revenues: The Federal and State Role," in The Fiscal Crisis of American Cities: Essays on the Political Economy of Urban America with Special Emphasis on New York, Roger Alcaly and David Mermelstein (eds.), New York: Vintage Books (Random House), 1977.

"Taxation as a Policy Issue," Policy Studies Journal, Winter 1974, l. 3, No. 2.

International Police Executive Symposium.

| | |
|---|---|
| 10/2011 –present | **Board of Directors**, American Academy of Law Enforcement Professionals, Long Island |
| 2010 | **Peer reviewer** *Investigative Sciences Journal* |
| 1/2000 – present | **Peer reviewer** *Police Practice and Research: An International Journal*. |
| 2005-2007 | **Peer reviewer** *Journal of Criminal Justice and Popular Culture*. |
| 2001 - 2002 | **Peer Reviewer** for Office of Community Oriented Policing Services (COPS), National Institute of Justice.  Peer review materials for publication. |

## **Consulting/Expert Witness/Testimony**:

| | |
|---|---|
| 2014 | **Expert Witness** in *Schoolcraft v. City of New York* |
| 2014 | **Expert Witness** in *Stinson v. City of New York* |
| 2013 | Delegate to the United Nations for the International Police Executive Symposium |
| 2012 | **Assessed** Nassau Community College's Criminal Justice program with the assistance of Dr. Barbara Morrell of St. Joseph's College. This included interviews, site visit, and preparation of detailed written report including future recommendations for the program. Completed May 24, 2012. |
| 2012 | **Invited participant** to New York State Assembly's Standing Committee on Codes, Standing Committee on Corrections, and New York State Black, Puerto Rican, Hispanic, and Asical Legislative Caucus Roundtable on "An examination of stop and frisk policy and practice" May 18, 2012 |
| 2008 | **Expert Witness** for Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP to provide expert opinions in the case of Keenan M. Scott, Thomas Logan, John Loomis, Robert Davison, and Michael C. DeMartino, Plaintiffs v. City of New York and The New York City Police Department, Defendants – United States Southern District of New York 02 Civ. 9530 (SAS-THK).  Provide expertise and testimony on police culture and management with emphasis on |

*J.A. Eterno,CV 5*

NYPD.   Expert Report prepared and delivered on June 21, 2008.
Deposed, August 22, 2008.  Testified and recognized by court as
expert on police management and policing on November 13, 2008.

2005-2007      **Research Consultant** for United States Department of Justice.
Consult on problem-solving and assessment of Public Housing
Safety Initiative in 75 and 101 Precincts.  This involves assisting
various criminal justice agencies on how to adopt effective
strategies for improving the quality of life in specific areas,
measuring the effectiveness of the innovations, and then using the
assessments to re-organize the strategies.  Prepared, "Public
Housing Safety Initiative – Final Report."  Submitted to United
States Attorney's Office, Eastern District of New York -
November, 2007.

1999 – 2003      **Research Consultant** with National Development and Research
Institutes (NDRI).  Consult on survey development, questionnaire
design, question wording, research methods, and other policing
related criteria for Policing Supplement to Arrestee Drug Abuse
Monitoring Program (ADAM) survey.

2002      **Deposition as representative for NYPD** at civil lawsuit on
November 19, 2002 regarding stop and frisk practices of the
Department.  My testimony was on research and work I conducted
creating and analyzing a large database consisting of all Stop and
Frisk Reports prepared by sworn officers since 1994.  I also
testified regarding my policy recommendations and assistance I
gave in writing press releases on stop and frisk.

1994-1996      **Testified and represented the NYPD** at the New York State
Municipal Police Training Council (MPTC) from 3/94 to 8/96.
Testified on the research I conducted supporting a physical
standard for the NYPD's police officer candidates.  The MPTC
sets the minimum training standards for most police agencies in
New York State.

1994      **Testified and represented the NYPD** before New York State
Civil Rights Commission regarding the research I conducted to
support raising age of police recruits from 20 to 22 in 1994.

## Peer Reviewed Journal Publications:

**Eterno, John A.,** Arvind Verma & Eli B. Silverman 2014. "Police Performance
Management: Do Managerial Pressures Influence Police Manipulation of Crime