UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ADRIAN SCHOOLCRAFT,

                    Plaintiff,

                                              10 Civ. 6005 (RWS)
        - against -
                                              O R D E R

CITY OF NEW YORK, ET AL.,

                    Defendants.
------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9 15 14
```

**Sweet, D.J.**

            City Defendants' letter, dated September 4, 2014, shall
be heard at noon on Wednesday, September 17, 2014 in Courtroom
18C, United States Courthouse, 500 Pearl Street.  All papers shall
be served in accordance with the Local Civil Rules.


            It is so ordered.


**New York, NY**
**September /𝓥, 2014**
                                              _____
                                              **ROBERT W. SWEET**
                                              **U.S.D.J.**