

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

SUZANNA PUBLICKER METTHAM
*Senior Counsel*
phone: (212) 356-2372
fax: (212) 788-9776
smettham@law.nyc.gov

RECEIVED
SEP 22 2014
JUDGE SWEET CHAMBERS

September 22, 2014

**BY HAND DELIVERY & FAX**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-23-14

Re: Schoolcraft v. The City of New York, et al.
10-CV-6005 (RWS)

Your Honor:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent City Defendants in the above-referenced matter. I write to respectfully request that the Court grant City Defendants twenty-five additional pages for their impending summary judgment motion, which is due on October 24, 2014. Such a request is necessitated by the fact that plaintiff has interposed 18 causes of action against 16 separate City Defendants, not including 8 separate theories of *Monell* liability, and has plead a 397 paragraph Second Amended Complaint.

City Defendants attempted to confer with plaintiff to streamline the motion practice to only those claims truly at dispute in this matter, but plaintiff is unwilling to withdraw *any* causes of action or remove *any* defendants. Due to the substantial nature of the motion practice, City Defendants have already begun the process of drafting their papers, and have come to the unenviable conclusion that they need twenty-five additional pages to address adequately the allegations in plaintiff's prolix complaint. City Defendants note that even with this extension to fifty pages total, each claim would be afforded less than three double-spaced pages to counter plaintiff's allegations. Accordingly, City Defendants ask that the Court permit them twenty-five additional pages for their motion for summary judgment.

I thank the Court for its time and consideration of this request.

So ordered
Sweet USDJ
9-23-14

Respectfully submitted,

Q. Mettham

Suzanna Publicker Mettham
Senior Counsel
Special Federal Litigation Division

cc:  Nathaniel Smith (By Fax)
     *Attorney for Plaintiff*

     Gregory John Radomisli (By Fax)
     MARTIN CLEARWATER & BELL LLP
     *Attorneys for Jamaica Hospital Medical Center*

     Brian Lee (By Fax)
     IVONE, DEVINE & JENSEN, LLP
     *Attorneys for Dr. Isak Isakov*

     Bruce M. Brady (By Fax)
     CALLAN, KOSTER, BRADY & BRENNAN, LLP
     *Attorneys for Lillian Aldana-Bernier*

     Walter A. Kretz, Jr.   (By Fax)
     SCOPPETTA SEIFF KRETZ & ABERCROMBIE
     *Attorney for Defendant Mauriello*