UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ADRIAN SCHOOLCRAFT,

                Plaintiff,

  - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

------------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

**Sweet, D.J.**

      Defendant Jamaica Hospital Medical Center's letter to the Court dated October 6, 2014; Defendant Dr. Isak Isakov's letter to the Court dated October 14, 2014; and Plaintiff's letters to the Court dated October 7, 2014 and October 16, 2014 will be treated as motions and shall be heard at noon on Wednesday, October 29, 2014 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**October 21, 2014**

                                    ROBERT W. SWEET
                                        U.S.D.J.