**IVONE, DEVINE & JENSEN, LLP**
ATTORNEYS AT LAW
2001 MARCUS AVENUE · SUITE N100
LAKE SUCCESS, NEW YORK 11042

(516) 326-2400
TELECOPIER (516) 328-0661
E-MAIL BRIANELEE@IDJLAW.COM

BRIAN E. LEE
PARTNER

October 14, 2014

**BY E-MAIL AND FAX**
The Hon. Robert W. Sweet
United States District Judge
500 Pearl Street
New York, New York 10007



Re:  Schoolcraft v The City of New York, et al.
     Docket No. 10 CV 6005(RWS)

Honorable Sir:

We represent the defendant Isak Isakov, M.D. in this matter. This letter seeks to obtain Court approval of the briefing schedule for the dispositive motions in this case. When we last met in Court, the date for the submission of dispositive motions was set as January 21, 2015. On that date after the appearance, I told all parties that I would use the schedule previously set for the motions when the motions were to be returnable on November 5 (Motions made by October 17, opposition by October 31, Reply and submission November 5), and back that time schedule out. I also indicated that after I sent that out, we could all discuss whether any proposed alterations to that schedule would be appropriate.

I did so and thus proposed motions by January 2, 2015, opposition by January 16, 2015 and replies by the submission date of January 21, 2015. Plaintiff objected to this schedule and requested more time to respond to the motions now that time was not as pressed. All parties agreed.

We proposed in response that motions would be made by December 23, 2014, opposition papers would be due by January 14, 2015 and any replies due by the submission date of January 21, 2015.

In response, plaintiff thought the motion should be made sooner to give him even more time to oppose the motions.

On behalf of the defendants, we ask that the Court so-order the briefing schedule to be that motions will be made by December 23, 2014, opposition papers will be due by January 14, 2015 and any replies will be due by the submission date of January 21, 2015.

Thank you for your consideration of this matter.



Very truly yours,

/s/ Brian E. Lee

BRIAN E. LEE (BL9495)

BEL/mps

cc: All parties via email