

LAW OFFICE OF
## NATHANIEL B. SMITH
ATTORNEY AT LAW
111 BROADWAY
NEW YORK, NEW YORK 10006

NATHANIEL B. SMITH

TEL: (212) 227-7062
FAX: (212) 346-4665

November 4, 2014

Honorable Robert R. Sweet
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/14
```

*Schoolcraft v. The City of New York, et al.,*
*10-cv-6005 (RWS)(DCF)*

Dear Judge Sweet:

As one of Plaintiff's counsel, I am writing in response to Mr. Osterman's letter today about the length of the summary judgment briefs. Plaintiff has no objection to the request for 50-page briefs, but also requests that the Court permit the plaintiff the benefit of the expanded page limit for his memoranda of law in support of, or in opposition to, any motions of summary judgment.

Respectfully submitted,

Nathaniel B. Smith

So ordered
/Sweet/ USDJ
11-5-14

By Fax (212) 805-7925
cc:
All Counsel
(by email)