# MARTIN CLEARWATER & BELL LLP

COUNSELORS AT LAW

220 EAST 42ND STREET, NEW YORK, NY 10017-5842
TELEPHONE (212) 697-3122 FACSIMILE (212) 949-7054
www.mcblaw.com

**BRIAN OSTERMAN**
ASSOCIATE

DIRECT DIAL: (646) 637-9320
E-MAIL: ostorb@mcblaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/14

November 4, 2014

RECEIVED
NOV [illegible] 2014
JUDGE SWEET CHAMBERS

**BY FAX (212-805-7925)**
Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: **Schoolcraft v. Jamaica Hospital Medical Center**
Civil Action No. 10 CV 6005 (RWS)
MCB File No. 82-82153

Dear Judge Sweet:

We represent the defendant Jamaica Hospital Medical Center ("JHMC") in the above-referenced matter. I write to respectfully request that the Court grant defendant JHMC twenty-five additional pages for its impending summary judgment motion, which is due on December 22, 2014.

As was previously indicated in the City Defendants' September 22, 2014 request for an enlargement of the page limit for its summary judgment motion, which was granted by the Court on September 23, 2014, plaintiff has interposed a significant number of causes of action and has plead a 397 paragraph Second Amended Complaint. Accordingly, I ask that the Court permit defendant JHMC an additional twenty-five additional pages for its motion for summary judgment, as was afforded to the City Defendants.

Thank you for Your Honor's attention to this matter.

So ordered
Sweet USDJ
11.4.14

Respectfully submitted,

MARTIN CLEARWATER & BELL LLP

Brian Osterman (BSO 5881)

BSO/RYL
2419380_1

WESTCHESTER COUNTY OFFICE
245 MAIN STREET
WHITE PLAINS, NY 10601
TELEPHONE (914) 328-2969
FACSIMILE (914) 328-4058

NASSAU COUNTY OFFICE
90 MERRICK AVENUE - SUITE 401
EAST MEADOW, NY 11554-1578
TELEPHONE (516) 222-8500
FACSIMILE (516) 222-8513

NEW JERSEY OFFICE
744 BROAD STREET
NEWARK, NJ 07102
TELEPHONE (973) 735-0578
FACSIMILE (973) 735-0584

November 4, 2014
Page 2

cc: **BY E-MAIL**

    Attorneys for all parties

2419380_1