```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

ADRIAN SCHOOLCRAFT,

                               Plaintiff,

                             -against-

CITY OF NEW YORK, ET AL.,

                               Defendants.

-------------------------------------------------------------- x

**UNSEALING ORDER**

10 Civ. 6005 (RWS)

        **WHEREAS**, plaintiff moved to compel the production of certain videos from City Defendants;

        **WHEREAS**, City Defendants opposed production of said videos on the basis that such contained discussions protected by law enforcement privilege and New York Criminal Procedure Law ("CPL") §§ 160.50 and 160.55, and further, contained information irrelevant to this action;

        **WHEREAS**, on or about October 29, 2014, this Court ordered City Defendants to produce certain CompStat and TrafficStat videos;

        **WHEREAS**, City Defendants maintain that portions of the videos contain sensitive information concerning non-parties to this action, including arrest and prosecution information which may be subject to CPL §§ 160.50 and 160.55, that cannot be produced without an unsealing order;

        **IT IS HEREBY ORDERED** that the City of New York, including the Office of Corporation Counsel and the New York City Police Department, shall not be bound by the statutory sealing requirements of CPL §§ 160.50 and 160.55, as it relates to the videos at issue;

        **IT IS FURTHER ORDERED** that City Defendants produce non-party information subject to CPL §§ 160.50 and 160.55, contained on the subject videos, to plaintiff;

        **IT IS FURTHER ORDERED** that the use of the above-referenced records is restricted to use in the above-entitled civil rights action and shall be protected by plaintiff's counsel as "Attorneys'

Eyes Only," such that plaintiff's counsel may not disclose the non-party information on the videos to anyone other than employees of their firms, relevant deponents (and any court reporter/videographer at the deposition), and the Court.

Dated: New York, New York
       November 5, 2014

/s/ Sweet
HON. ROBERT W. SWEET, U.S.D.J.