UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                             Plaintiff,         10-CV-6005 (RWS)

        -against-

                                                    **NOTICE OF MOTION**

THE CITY OF NEW YORK, *et al.*,

                             Defendants.

------------------------------------------------------------X

       PLEASE TAKE NOTICE that upon the Memorandum of Law, dated December 4, 2014, the exhibits attached thereto, and the papers and proceedings heretofore had herein, the Plaintiff will move this Court, on the 19th day of December, 2014, at 12:00 p.m. noon of that day, or as soon thereafter as counsel can be heard, or such other place and time as designated by the Court, for an order pursuant to Rule 15 of the Federal Rules of Civil Procedure amending the Second Amended Complaint and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Local Rules answering papers, if any, are due on December 18, 2014.

Dated: December 4, 2014
      New York, New York

                          LAW OFFICE OF
                          NATHANIEL B. SMITH

                          _____
                          Nathaniel B. Smith
                          111 Broadway, Suite 1305
                          New York, New York 10006
                          (212) 227-7062
                          Attorney for Defendants