**EXHIBIT 9**

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
 4    ADRIAN SCHOOLCRAFT,
 5                          Plaintiff,
 6
                                         Case No:
 7         - against -                   10 CV 06005
 8
      THE CITY OF NEW YORK, ET AL.,
 9
10                          Defendants.
11    ------------------------------------------X
12                    220 East 42nd Street
                      New York, New York
13
                      July 7, 2014
14                    10:06 a.m.
15
16
17    DEPOSITION OF VINOD DHAR, M.D., pursuant to
18    Notice, taken at the above place, date and
19    time, before DENISE ZIVKU, a Notary Public
20    within and for the State of New York.
21
22
23
24
25
```

```
                                          Page 132
 1                 VINOD DHAR, M.D.
 2         Q.      Pursuant to the policy?
 3         A.      Substantial risk is to prevent
 4   the potential risk.
 5         Q.      My question is if you have a
 6   risk, but it's only a potential risk, is
 7   that sufficient to qualify as a substantial
 8   risk under the policy?
 9         A.      Under the policy, yes.
10         Q.      So any risk is a substantial
11   risk under the policy?
12         A.      Under the policy for 9.39, yes.
13         Q.      Why is that?
14         A.      Safety.
15         Q.      The safety of whom?
16         A.      The person.
17         Q.      What does the term substantial
18   risk mean to you, Doctor?
19         A.      It's a very undefined term that
20   is used by different agencies by different
21   professionals.  There's a patient in the
22   nursing home, there is a patient coming from
23   -- patient living in the home by himself, he
24   is -- has no food, has no heat, and if the
25   neighbors complain that he's smelling.  So
```

```
                                              Page 133
 1                VINOD DHAR, M.D.
 2   somebody will go there and make an
 3   assessment and if what they find there is
 4   potentially a dangerous situation, they will
 5   remove the patient and bring to the
 6   emergency room.  So there is a substantial,
 7   as well as, potential.
 8       Q.     Isn't there a difference in your
 9   mind between any risk and substantial risk?
10            MR. RADOMISLI:  I'm going to
11       object to the extent you're asking for
12       his mind.  If you want to ask whether
13       it's a policy --
14            MR. SMITH:  Okay.  Fine.  I will
15       ask what the policy is and see if he
16       thinks there's any distinction either
17       because we are mincing words here.
18       Q.    Under the Jamaica Hospital
19   policy, is there any difference between a
20   potential or any potential risk of
21   dangerousness and a substantial risk of
22   dangerousness?
23       A.    Again, it's a clinical judgment.
24   I don't think it's defined in the policy.
25       Q.    In your opinion, is there a
```

```
                                            Page 134
 1              VINOD DHAR, M.D.
 2   difference between any potential risk and a
 3   substantial risk of dangerousness?
 4            MR. RADOMISLI:  He is here as a
 5       30(b)(6) witness.
 6       Q.    Okay.  You can answer the
 7   question.
 8            MR. RADOMISLI:  No, he can't.
 9            MR. SMITH:  You're instructing
10       him not to answer that question?
11            MR. RADOMISLI:  It's not proper
12       of a 30(b)(6) witness.  You know that.
13            MR. SMITH:  No, I don't.
14            MR. RADOMISLI:  I cited a case.
15       Don't answer that question.  It's not
16       proper.
17       Q.    Does the term substantial risk,
18   as defined in the Jamaica Hospital policy,
19   include any risk of harm?
20       A.    Yes.
21       Q.    So under Jamaica's policy, any
22   possible risk is a sufficient basis in which
23   to involuntary admit somebody, because of
24   the conclusion that they are dangerous to
25   themselves or others; is that correct?
```

Page 135

1        VINOD DHAR, M.D.
2            MR. RADOMISLI: Objection to the
3      form.
4      A.   Yes.
5      Q.   Is part of Jamaica's policy in
6  making this assessment about risk of
7  dangerousness to seek out to protect the
8  community, as well as, the patient?
9      A.   Both.
10     Q.   I'm sorry?
11     A.   Both patient, as well as, the
12 community.
13     Q.   Why is the hospital involved in
14 seeking out to make the community safe?
15           MR. RADOMISLI: Objection to
16     form.
17     A.   Because article 9.39 is safety
18 for patient and others.
19     Q.   So Jamaica Hospital views one of
20 its roles under 9.39 is to make the
21 community safe?
22           MR. RADOMISLI: Objection to
23     form.
24     A.   I don't think it's question of
25 making the community safe. It's making --