UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

ADRIAN SCHOOLCRAFT,

                    Plaintiff,

          - against -                              10 Civ. 6005 (RWS)

                                                   O R D E R

CITY OF NEW YORK, ET AL.,

                    Defendants.
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/14
```

**Sweet, D.J.**

          Plaintiff's  motion  to  amend  the  operative  complaint

dated  December  4,  2014  shall  be  heard  on  submission  on

Wednesday,  December  31,  2014.   All  papers  shall  be  served  in

accordance with Local Civil Rule 6.1.


          It is so ordered.


**New York, NY**
**December 10 , 2014**

                                        ROBERT W. SWEET
                                             U.S.D.J.