UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                                                  Plaintiff,

-against-

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity, CAPTAIN THEORDORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOUGH, Tax Id. 919124, Individually and in his Official Capacity, SGT. FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LT. TIMOTHY CAUGHEY, Tax Id. No. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, Individually and in her Official Capacity, SERGEANT RICHARD WALL, Shield No. 3099, Individually and in his Official Capacity, SERGEANT ROBERT W. O'HARE, Tax Id. 916960, Individually and in his Official Capacity, SERGEANT SONDRA WILSON, Shield No. 5172, Individually and in her Official Capacity, LIEUTENANT THOMAS HANLEY, Tax Id. 879761, Individually and in his Official Capacity, CAPTAIN TIMOTHY TRAINOR Tax Id. 899922, Individually and in his Official Capacity, and P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "City Defendants"), FDNY LIEUTENANT ELISE HANLON, individually and in her official capacity as a lieutenant with the New York City Fire Department, JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in his Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE" # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                                                  Defendants.
------------------------------------------------------------------------------------X

**DECLARATION OF SUZANNA PUBLICKER METTHAM**

10-CV-6005 (RWS)

**SUZANNA PUBLICKER METTHAM**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants the City of New York, Deputy Chief Michael Marino, Assistant Chief Gerald Nelson, Captain Theodore Lauterborn, Lieutenant William Gough, Sergeant Frederick Sawyer, Sergeant Kurt Duncan, Lieutenant Christopher Broschart, Lieutenant Timothy Caughey, Lieutenant Shantel James, Sergeant Richard Wall, Sergeant Robert W. O'Hare, Sergeant Sondra Wilson, Lieutenant Thomas Hanley, Captain Timothy Trainor, and FDNY Lieutenant Elise Hanlon (collectively "City Defendants"). As such, I am familiar with the facts stated below and submit this declaration to place on the record the relevant documents in support of said City Defendants' Opposition to Plaintiff's Motion to Amend the Complaint a Third Time.

1. Attached as Exhibit "A" is a true and accurate copy of plaintiff Adrian Schoolcraft's Complaint in the instant action, dated August 10, 2010. (Docket Entry No. 1.) Plaintiff's Complaint references Rafael Mascol and Steven Weiss by name multiple times. Neither Mascol nor Weiss are listed in the caption as defendants.

2. Attached as Exhibit "B" is a true and accurate copy of plaintiff Adrian Schoolcraft's First Amended Complaint dated September 13, 2010. (Docket Entry No. 21.) Plaintiff's First Amended Complaint references Rafael Mascol and Steven Weiss by name multiple times. Neither Mascol nor Weiss are listed in the caption as defendants.

3. Attached as Exhibit "C" is a true and accurate copy of Plaintiff's four Notices of Claim dated January 27, 2010. The Notices of Claim do not mention Rafael Mascol or Steven Weiss by name.

4. Attached as Exhibit "D" is a true and accurate copy of the Civil Docket Sheet in this matter, as retrieved from the PACER system on December 17, 2014. Rafael Mascol and Steven Weiss are not listed as defendants in the Civil Docket Sheet. The Civil Docket Sheet does not indicate that any summonses were issued to or returned executed on Mascol or Weiss.

5. Attached as Exhibit "E" is a true and accurate copy of the Plaintiff's Letter to the Court dated December 9, 2014. In his letter, plaintiff indicates that Rafael Mascol and Steven Weiss "are not 'new defendants' -- they were expressly identified as defendants in the Second Amended Complaint."

Dated: New York, New York
December 18, 2014

                                       ZACHARY W. CARTER
                                       Corporation Counsel of the
                                       City of New York
                                       *Attorney for City Defendants*
                                       100 Church Street, Room 3-200
                                       New York, New York 10007
                                       (212) 356-2372

By: _/s/ S. Mettham_
      Suzanna Publicker Mettham
      Senior Counsel
      Special Federal Litigation Division

cc: Nathaniel Smith (By ECF)
     *Attorneys for Plaintiff*

     Gregory John Radomisli (By ECF)
     MARTIN CLEARWATER & BELL LLP
     *Attorneys for Jamaica Hospital Medical Center*

     Brian Lee (By ECF)
     IVONE, DEVINE & JENSEN, LLP
     *Attorneys for Dr. Isak Isakov*

     Paul Callan (By ECF)
     CALLAN, KOSTER, BRADY & BRENNAN, LLP
     *Attorneys for Lillian Aldana-Bernier*

     Walter Kretz (By ECF)
     SCOPPETTA SEIFF KRETZ & ABERCROMBIE
     *Attorney for Defendant Mauriello*

| |
|---|
| Docket No 10-CV-6005 (RWS) |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| ADRIAN SCHOOLCRAFT,<br><br>                                                         Plaintiff,<br><br>                    -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                                                         Defendants. |
| **DECLARATION OF<br>SUZANNA PUBLICKER METTHAM** |
| *ZACHARY W. CARTER*<br>*Corporation Counsel of the City of New York*<br>*Attorney for City Defendants*<br>*100 Church Street, Room 3-200*<br>*New York, New York  10007*<br><br>*Of Counsel: Suzanna Publicker Mettham*<br>*Tel:  (212) 356-2372* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y......................................................, 2014*<br><br>*................................................................................ Esq.*<br><br>*Attorney for......................................................................* |