# EXHIBIT D

ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:10-cv-06005-RWS

| | |
|---|---|
| Schoolcraft v. The City Of New York et al | Date Filed: 08/10/2010 |
| Assigned to: Judge Robert W. Sweet | Jury Demand: Both |
| Related Case: 1:10-cv-04228-RWS | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Adrian Schoolcraft**                    represented by **Jon Louis Norinsberg**
Law Offices of Jon L. Norinsberg
225 Broadway , Suite 2700
New York, NY 10007
212-791-5396
Fax: 212-406-6890
Email: norinsberg@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Paul Fitch**
Cohen & Fitch LLP
225 Broadway
Suite 2700
New York, NY 10007
(212) 374-9115
Fax: (212) 406-6890
Email: jfitch@cohenfitch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathaniel B. Smith**
Law Office of Nathaniel B. Smith
111 Broadway - Suite 1305
New York, NY 10006
212 227 7062
Fax: 212 346 4665
Email: natbsmith@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald M. Cohen**
Cohen & Fitch LLP
225 Broadway
Suite 2700
New York, NY 10007

(212) 374-9115
Fax: (212) 406-6890
Email: gcohen@cohenfitch.com
*ATTORNEY TO BE NOTICED*

**Howard Andrew Suckle**
Suckle Schlesinger PLLC
224 West 35th Street, Suite 1200
New York, NY 10001
(212)-226-4200
Fax: (212)-226-4226
Email: lawyers@suckleschlesinger.com
*ATTORNEY TO BE NOTICED*

**John David Lenoir**
John Lenoir - Attorney
829 Third St Ne
Washington, DC 20002
(202)-492-3739
Fax: (646)-417-7245
Email: john.lenoir@gmail.com
*ATTORNEY TO BE NOTICED*

**Peter Joseph Gleason**
Levine & Gilbert
115 Christopher Street
New York, NY 10014
(212) 645-1990
Fax: (212) 633-1977
Email: pjgleason@aol.com
*ATTORNEY TO BE NOTICED*

**Richard A. Gilbert**
Levine & Gilbert
115 Christopher Street
New York, NY 10014
(212)-645-1990
Fax: (212)-633-1977
Email: rgilbert@levineandgilbert.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The City Of New York**                    represented by **Maxwell Douglas Leighton**
New York City Law Department
100 Church Street
New York, NY 10007
(212)-788-0407
Fax: (212)-788-0877

Email: mleighto@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanna Publicker Mettham**
NYC Law Department
100 Church Street, RM2-171
New York, NY 10007
212-356-2372
Fax: 212-788-9776
Email: smettham@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna Anne Canfield**
New York City Law Dept.
100 Church Street
New York, NY 10007
212-356-2461
Fax: 212-356-2438
Email: dcanfiel@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
New York City Law Department
100 Church Street
New York, NY 10007
(212)-788-1041
Fax: (212)-788-9776
Email: rshaffer@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**William Solomon Jacob Fraenkel**
NYC Law Department, Office of the
Corporation Counsel (NYC)
100 Church Street
New York, NY 10007
212-788-0303
Fax: 212-788-0940
Email: wfraenke@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deputy Chief Michael Marino**
*Tax Id. 873220 Individually*

represented by **Donna Anne Canfield**
(See above for address)
*TERMINATED: 11/07/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell Douglas Leighton**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Solomon Jacob Fraenkel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deputy Chief Michael Marino**
*Tax Id. 873220 in his official capacity*

represented by   **Donna Anne Canfield**
(See above for address)
*TERMINATED: 11/07/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell Douglas Leighton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Solomon Jacob Fraenkel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gerald Nelson**
*Assistant Chief Patrol Borough Brooklyn
North, Tax Id. 912370, Individually*

represented by   **Donna Anne Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell Douglas Leighton**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Solomon Jacob Fraenkel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gerald Nelson**                             represented by   **Donna Anne Canfield**
*Assistant Chief Patrol Borough Brooklyn*                     (See above for address)
*North, Tax Id. 912370 in his official*                       *LEAD ATTORNEY*
*capacity*                                                    *ATTORNEY TO BE NOTICED*

**Maxwell Douglas Leighton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Solomon Jacob Fraenkel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deputy Inspector Steven Mauriello**        represented by   **Donna Anne Canfield**
*Tax Id. 895117, Individually*                                (See above for address)
                                                              *TERMINATED: 11/07/2012*
                                                              *LEAD ATTORNEY*

**Maxwell Douglas Leighton**
(See above for address)
*TERMINATED: 11/07/2012*
*LEAD ATTORNEY*

**Suzanna Publicker Mettham**
(See above for address)
*TERMINATED: 11/07/2012*
*LEAD ATTORNEY*

**Walter Aoysius Kretz , Jr.**
Seiff Kretz & Abercrombie
444 Madison Avenue, 30th Floor
New York, NY 10022
(212)-371-4500
Fax: (212)-371-6883
Email: wakretz@seiffkretz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deputy Inspector Steven Mauriello**            represented by **Donna Anne Canfield**
*Tax Id. 895117 in his official capacity*                                    (See above for address)
                                                                            *TERMINATED: 11/07/2012*
                                                                            *LEAD ATTORNEY*

                                                                            **Maxwell Douglas Leighton**
                                                                            (See above for address)
                                                                            *TERMINATED: 11/07/2012*
                                                                            *LEAD ATTORNEY*

                                                                            **Suzanna Publicker Mettham**
                                                                            (See above for address)
                                                                            *TERMINATED: 11/07/2012*
                                                                            *LEAD ATTORNEY*

                                                                            **Walter Aoysius Kretz , Jr.**
                                                                            (See above for address)
                                                                            *LEAD ATTORNEY*
                                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Captain Theodore Lauterborn**            represented by **Donna Anne Canfield**
*Tax Id. 897840, Individually*                                    (See above for address)
                                                                            *LEAD ATTORNEY*
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Maxwell Douglas Leighton**
                                                                            (See above for address)
                                                                            *LEAD ATTORNEY*
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Suzanna Publicker Mettham**
                                                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Solomon Jacob Fraenkel**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Captain Theodore Lauterborn**          represented by **Donna Anne Canfield**
*Tax Id. 897840 in his official capacity*                    (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Maxwell Douglas Leighton**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Suzanna Publicker Mettham**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ryan Glenn Shaffer**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **William Solomon Jacob Fraenkel**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Lieutenant Joseph Goff**               represented by **Donna Anne Canfield**
*Tax Id. 894025 Individually*                                (See above for address)
*TERMINATED: 10/01/2012*                                     *LEAD ATTORNEY*

                                                             **Maxwell Douglas Leighton**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **Suzanna Publicker Mettham**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **William Solomon Jacob Fraenkel**
                                                             (See above for address)

**Defendant**

**Lieutenant Joseph Goff**
*Tax Id. 894025 in his official capacity*
*TERMINATED: 10/01/2012*

represented by **Donna Anne Canfield**
(See above for address)
*LEAD ATTORNEY*

**Maxwell Douglas Leighton**
(See above for address)
*LEAD ATTORNEY*

**Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*

**William Solomon Jacob Fraenkel**
(See above for address)

**Defendant**

**Sgt. Frederick Sawyer**
*Shield No. 2576, Individually*

represented by **Donna Anne Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell Douglas Leighton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Solomon Jacob Fraenkel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sgt. Frederick Sawyer**
*Shield No. 2576 in his official capacity*

represented by **Donna Anne Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell Douglas Leighton**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Solomon Jacob Fraenkel**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Sergeant Kurt Duncan**                    represented by  **Donna Anne Canfield**
*Shield No. 2483, Individually*                              (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Maxwell Douglas Leighton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Solomon Jacob Fraenkel**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Sergeant Kurt Duncan**                    represented by  **Donna Anne Canfield**
*Shield No. 2483 in his official capacity*                   (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Maxwell Douglas Leighton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Solomon Jacob Fraenkel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lieutenant Christopher Broschart**          represented by   **Donna Anne Canfield**
*Tax Id. 915354 Individually*                                 (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Maxwell Douglas Leighton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Solomon Jacob Fraenkel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lieutenant Christopher Broschart**          represented by   **Donna Anne Canfield**
*Tax Id. 915354 in his official capacity*                     (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Maxwell Douglas Leighton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanna Publicker Mettham**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Solomon Jacob Fraenkel**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Lieutenant Timothy Caughey**                 represented by **Donna Anne Canfield**
*Tax Id. 885374 Individually*                                (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Maxwell Douglas Leighton**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Suzanna Publicker Mettham**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ryan Glenn Shaffer**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Lieutenant Timothy Caughey**                 represented by **Donna Anne Canfield**
*Tax Id. 885374 in his official capacity*                    (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Maxwell Douglas Leighton**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Suzanna Publicker Mettham**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ryan Glenn Shaffer**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Sergeant Shantel James**                          represented by **Donna Anne Canfield**
*Shield No. 3004 Individually*                                      (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Maxwell Douglas Leighton**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Suzanna Publicker Mettham**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Ryan Glenn Shaffer**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **William Solomon Jacob Fraenkel**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Sergeant Shantel James**                          represented by **Donna Anne Canfield**
*Shield No. 3004 in his official capacity*                          (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Maxwell Douglas Leighton**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Suzanna Publicker Mettham**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Ryan Glenn Shaffer**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **William Solomon Jacob Fraenkel**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**P.O.'s John Doe # 1-50**
*Individually*

<u>**Defendant**</u>

**P.O.'s John Doe # 1-50**
*in their Official Capacities (the name*
*John Doe being fictitious, as the true*
*names are presently unknown)*
*(collectively referred to as "NYPD*
*defendants")*

<u>**Defendant**</u>

**Jamaica Hospital Medical Center**                 represented by **Gregory John Radomisli**
Martin Clearwater & Bell LLP (NYC)
220 East 42nd Street
13th Floor
New York, NY 10017
(212) 916-0923
Fax: (212)-949-7054
Email: radomg@mcblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Scott Osterman**
Martin Clearwater & Bell LLP (NYC)
220 East 42nd Street
13th Floor
New York, NY 10017
(646)-637-9320
Email: osterb@mcblaw.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Dr. Isak Isakov**                 represented by **Brian E Lee**
*Individually and in his official Capacity*        Ivone, Devine and Jensen, LLP
2001 Marcus Avenue
Lake Success, NY 11042
(516)-326-2400
Fax: (516)-352-4952
Email: brianelee@idjlaw.com
*ATTORNEY TO BE NOTICED*

**William Robert Devine**
Ivone, Devine & Jensen, LLP
2001 Marcus Avenue, Suite N100
Lake Success, NY 11042
516-326-2400
Fax: (516)-352-4952
Email: rdevine@idjlaw.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Lillian Aldana-Bernier**
*Individually and in her official capacity*

represented by **Bruce Morgan Brady**
Callan, Koster Brady & Brennan, LLP
One Whitehall Street
New York, NY 10004
(212) 248-8800
Fax: (212) 248-6815
Email: bbrady@ckbblaw.com
*ATTORNEY TO BE NOTICED*

**Matthew Joseph Koster**
Callan, Koster Brady & Brennan, LLP
One Whitehall Street
New York, NY 10004
(212)-248-8800
Fax: (212) 248-6815
Email: mkoster@ckbblaw.com
*ATTORNEY TO BE NOTICED*

**Paul F. Callan**
Callan, Koster, Brady & Brennan LLP
One Whitehall Street
New York, NY 10004
(212)-248-8800
Fax: (212)-248-6815
Email: pcallan@ckbblaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jamaica Hospital Medical Center
Employee's "John Doe" # 1-50**
*Individually*

**Defendant**

**Jamaica Hospital Medical Center
Employee's "John Doe" #1-50**
*in their official capacity ( the name John
Doe being fictitious as the true names are
presently unknown)*

**Defendant**

**New York City Police Department**
*TERMINATED: 10/01/2012*

represented by **Donna Anne Canfield**
(See above for address)
*LEAD ATTORNEY*

**Maxwell Douglas Leighton**
(See above for address)
*LEAD ATTORNEY*

**Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*

**William Solomon Jacob Fraenkel**
(See above for address)

**Defendant**

**Lieutenant William Gough**                represented by **Suzanna Publicker Mettham**
*Tax Id. 919124, Individually*                              (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lieutenant William Gough**                represented by **Suzanna Publicker Mettham**
*Tax Id. 919124, in his Official Capacity*                   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lieutenant Thomas Hanley**                represented by **Suzanna Publicker Mettham**
*Tax Id. 879761, Individually*                              (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lieutenant Thomas Hanley**                represented by **Suzanna Publicker Mettham**
*Tax Id. 879761, in his Official Capacity*                   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Captain Timothy Trainer**
*Tax Id. 899922, Individually*

represented by **Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Captain Timothy Trainer**
*Tax Id. 899922, in his Official Capacity*

represented by **Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sergeant Sondra Wilson**
*Shield No. 5172, Individually*

represented by **Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sergeant Sondra Wilson**
*Shield No. 5172, in her Official Capacity*

represented by **Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sergeant Robert W. O'Hare**
*Tax Id. 916960, Individually*

represented by **Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sergeant Robert W. O'Hare**
*Tax Id. 916960, in his Official Capacity*

represented by **Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sergeant Richard Wall**
*Shield No. 3099*

represented by **Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FDNY Lieutenant Elise Hanlon**
*individually*

represented by **Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FDNY Lieutenant Elise Hanlon**
*in her official capacity as a lieutenant*
*with the New York City Fire Department*

represented by **Suzanna Publicker Mettham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Glenn Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Graham Rayman**

represented by **David S. Korzenik**
Miller Korzenik Sommers LLP
488 Madison Avenue Suite 1120
New York, NY 10022
(212)752-9200
Fax: (212)-688-3996
Email: dkorzenik@mkslex.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Deputy Inspector Steven Mauriello**          represented by   **Donna Anne Canfield**
*Tax Id. 895117, Individually*                                 (See above for address)
                                                               *TERMINATED: 11/07/2012*
                                                               *LEAD ATTORNEY*

                                                               **Maxwell Douglas Leighton**
                                                               (See above for address)
                                                               *TERMINATED: 11/07/2012*
                                                               *LEAD ATTORNEY*

                                                               **Suzanna Publicker Mettham**
                                                               (See above for address)
                                                               *TERMINATED: 11/07/2012*
                                                               *LEAD ATTORNEY*

                                                               **Walter Aoysius Kretz , Jr.**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Deputy Inspector Steven Mauriello**          represented by   **Donna Anne Canfield**
*Tax Id. 895117 in his official capacity*                      (See above for address)
                                                               *TERMINATED: 11/07/2012*
                                                               *LEAD ATTORNEY*

                                                               **Maxwell Douglas Leighton**
                                                               (See above for address)
                                                               *TERMINATED: 11/07/2012*
                                                               *LEAD ATTORNEY*

                                                               **Suzanna Publicker Mettham**
                                                               (See above for address)
                                                               *TERMINATED: 11/07/2012*
                                                               *LEAD ATTORNEY*

                                                               **Walter Aoysius Kretz , Jr.**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Adrian Schoolcraft**                          represented by   **Jon Louis Norinsberg**
                                                               (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Paul Fitch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathaniel B. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald M. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard Andrew Suckle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John David Lenoir**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Joseph Gleason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Gilbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2010 | 1 | COMPLAINT against Lillian Aldana-Bernier, Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), Joseph Goff(Tax Id. 894025 Individually), Joseph Goff(Tax Id. 894025 in his official capacity), Isak Isakov, Jamaica Hospital Medical Center, Jamaica Hospital Medical Center Employee's "John Doe" # 1-50, Jamaica Hospital Medical Center Employee's "John Doe" #1-50, Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), John Doe # 1-50(Individually), John Doe # 1-50(in their Official Capacities (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants")), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, |

| | | |
|---|---|---|
| | | Michael Marino, Steven Mauriello(Tax Id. 895117 in his official capacity), Steven Mauriello(Tax Id. 895117, Individually), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York. (Filing Fee $ 350.00, Receipt Number 911672)Document filed by Adrian Schoolcraft. (ama) (ama). (Entered: 08/12/2010) |
| 08/10/2010 | | SUMMONS ISSUED as to Lillian Aldana-Bernier, Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), Joseph Goff(Tax Id. 894025 Individually), Joseph Goff(Tax Id. 894025 in his official capacity), Isak Isakov, Jamaica Hospital Medical Center, Jamaica Hospital Medical Center Employee's "John Doe" # 1-50, Jamaica Hospital Medical Center Employee's "John Doe" #1-50, Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), John Doe # 1-50(Individually), John Doe # 1-50(in their Official Capacities (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants")), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Steven Mauriello(Tax Id. 895117 in his official capacity), Steven Mauriello(Tax Id. 895117, Individually), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York. (ama) (Entered: 08/12/2010) |
| 08/10/2010 | | CASE REFERRED TO Judge Robert W. Sweet as possibly related to 1:10-cv-4228. (ama) (Entered: 08/12/2010) |
| 08/10/2010 | | Case Designated ECF. (ama) (Entered: 08/12/2010) |
| 08/12/2010 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - PDF ERROR. Note to Attorney Jon Louis Norinsberg to RE-FILE Document 1 Complaint (pdf in error cannot be opened) (ama) (Entered: 08/12/2010) |
| 08/19/2010 | 2 | SUMMONS RETURNED EXECUTED. Frederick Sawyer(Shield No. 2576 in his official capacity) served on 8/13/2010, answer due 9/3/2010. Service was accepted by A.P. Annette Williams, Co-Worker. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 08/19/2010) |
| 08/19/2010 | | CASE ACCEPTED AS RELATED. Create association to 1:10-cv-04228-RWS. Notice of Assignment to follow. (laq) (Entered: 08/20/2010) |
| 08/19/2010 | 3 | NOTICE OF CASE ASSIGNMENT to Judge Robert W. Sweet. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 08/20/2010) |
| 08/19/2010 | | Magistrate Judge Debra C. Freeman is so designated. (laq) (Entered: 08/20/2010) |
| 08/30/2010 | 4 | SUMMONS RETURNED EXECUTED. Jamaica Hospital Medical Center served |

| | | |
|---|---|---|
| | | on 8/17/2010, answer due 9/7/2010. Service was accepted by George Stanco, Risk Mangement Clerk. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 08/30/2010) |
| 08/30/2010 | 5 | SUMMONS RETURNED EXECUTED. Steven Mauriello(Tax Id. 895117 in his official capacity) served on 8/13/2010, answer due 9/3/2010. Service was accepted by P.O. Rijos, BDG# 31513, Co-Worker. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 08/30/2010) |
| 08/30/2010 | 6 | SUMMONS RETURNED EXECUTED. Christopher Broschart(Tax Id. 915354 Individually) served on 8/17/2010, answer due 9/7/2010. Service was accepted by P.O. (John) Alvarez, Badge #1505, Co-Worker. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 08/30/2010) |
| 08/30/2010 | 7 | SUMMONS RETURNED EXECUTED. Timothy Caughey(Tax Id. 885374 Individually) served on 8/23/2010, answer due 9/13/2010. Service was accepted by Joyce Martin, Co-Worker. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 08/30/2010) |
| 08/30/2010 | 8 | SUMMONS RETURNED EXECUTED. Michael Marino served on 8/23/2010, answer due 9/13/2010. Service was accepted by Sgt. Martire, Co-Worker who refused true first name. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 08/30/2010) |
| 08/30/2010 | 9 | SUMMONS RETURNED EXECUTED. Shantel James(Shield No. 3004 in his official capacity) served on 8/23/2010, answer due 9/13/2010. Service was accepted by Joyce Martin, Co-Worker. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 08/30/2010) |
| 08/30/2010 | 10 | SUMMONS RETURNED EXECUTED. Theodore Lauterborn(Tax Id. 897840 in his official capacity) served on 8/18/2010, answer due 9/8/2010. Service was accepted by Det. Hellmer, Co-Worker authorized to accept who refused true first name. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 08/30/2010) |
| 08/30/2010 | 11 | SUMMONS RETURNED EXECUTED. Lillian Aldana-Bernier served on 8/17/2010, answer due 9/7/2010. Service was accepted by Dr. Lilian Aldana-Bernier. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 08/30/2010) |
| 08/30/2010 | 12 | SUMMONS RETURNED EXECUTED. Isak Isakov served on 8/17/2010, answer due 9/7/2010. Service was accepted by Dr. Isak Isakov. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 08/30/2010) |
| 08/30/2010 | 13 | SUMMONS RETURNED EXECUTED. Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity) served on 8/23/2010, answer due 9/13/2010. Service was accepted by Sgt. Martire, Co-Worker who refused true first name. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 08/30/2010) |
| 08/30/2010 | 14 | NOTICE OF APPEARANCE by Donna Anne Canfield on behalf of The City Of New York (Canfield, Donna) (Entered: 08/30/2010) |
| 09/07/2010 | 15 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. |

| | | Document filed by Jamaica Hospital Medical Center.(Radomisli, Gregory) (Entered: 09/07/2010) |
|---|---|---|
| 09/07/2010 | 16 | ANSWER to Complaint with JURY DEMAND. Document filed by Jamaica Hospital Medical Center.(Radomisli, Gregory) (Entered: 09/07/2010) |
| 09/07/2010 | 17 | AFFIDAVIT OF SERVICE of Answer served on Plaintiff's Counsel on 9/7/10. Service was made by Mail. Document filed by Jamaica Hospital Medical Center. (Radomisli, Gregory) (Entered: 09/07/2010) |
| 09/07/2010 | 18 | ANSWER to Complaint with JURY DEMAND. Document filed by Isak Isakov. (Lee, Brian) (Entered: 09/07/2010) |
| 09/10/2010 | 19 | SUMMONS RETURNED EXECUTED. The City Of New York served on 8/13/2010, answer due 9/3/2010. Service was accepted by Dmitriy Aronov, Clerk Authorized to Accept. Document filed by Adrian Schoolcraft. (Fitch, Joshua) (Entered: 09/10/2010) |
| 09/10/2010 | 20 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Donna A. Canfield dated 9/1/2010 re: Requesting a sixty day (60) extension of time to answer or otherwise respond to plaintiff's complaint until November 2, 2010. ENDORSEMENT: So Ordered. (Signed by Judge Robert W. Sweet on 9/4/2010) (jpo) (Entered: 09/10/2010) |
| 09/13/2010 | 21 | AMENDED COMPLAINT amending 1 Complaint against Lillian Aldana-Bernier, Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), Joseph Goff(Tax Id. 894025 Individually), Joseph Goff(Tax Id. 894025 in his official capacity), Isak Isakov, Jamaica Hospital Medical Center, Jamaica Hospital Medical Center Employee's "John Doe" # 1-50, Jamaica Hospital Medical Center Employee's "John Doe" #1-50, Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), John Doe # 1-50(Individually), John Doe # 1-50(in their Official Capacities (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants")), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Steven Mauriello(Tax Id. 895117 in his official capacity), Steven Mauriello(Tax Id. 895117, Individually), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York with JURY DEMAND.Document filed by Adrian Schoolcraft. Related document: 1 Complaint,,,,,, filed by Adrian Schoolcraft.(mro) (Entered: 09/13/2010) |
| 09/13/2010 | | SUMMONS ISSUED as to Lillian Aldana-Bernier, Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), Joseph |

| | | |
|---|---|---|
| | | Goff(Tax Id. 894025 Individually), Joseph Goff(Tax Id. 894025 in his official capacity), Isak Isakov, Jamaica Hospital Medical Center, Jamaica Hospital Medical Center Employee's "John Doe" # 1-50, Jamaica Hospital Medical Center Employee's "John Doe" #1-50, Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), John Doe # 1-50(Individually), John Doe # 1-50(in their Official Capacities (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants")), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Steven Mauriello(Tax Id. 895117 in his official capacity), Steven Mauriello(Tax Id. 895117, Individually), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York. (mro) (Entered: 09/13/2010) |
| 09/15/2010 | 22 | STIPULATION EXTENDING TIME TO ANSWER: It is hereby stipulated and agreed that the time for the defendant, DR. Lilian Aldana-Bernier, to serve an answer to the complaint, or to make any motion in lieu of answer, is extended to and including the day of October 4, 2010. So Ordered (Signed by Judge Robert W. Sweet on 9/14/2010) (js) (Entered: 09/15/2010) |
| 09/16/2010 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Gerald M. Cohen for noncompliance with Section (14.3) of the S.D.N.Y. Electronic Case Filing Rules & Instructions. E-MAIL the PDF for Document 21 Amended Complaint to: case_openings@nysd.uscourts.gov. (mro) (Entered: 09/16/2010) |
| 09/30/2010 | 23 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Lillian Aldana-Bernier.(Brady, Bruce) (Entered: 09/30/2010) |
| 09/30/2010 | 24 | ANSWER to Complaint with JURY DEMAND. Document filed by Lillian Aldana-Bernier.(Brady, Bruce) (Entered: 09/30/2010) |
| 10/06/2010 | 25 | ANSWER to Amended Complaint with JURY DEMAND. Document filed by Jamaica Hospital Medical Center. Related document: 21 Amended Complaint,,,,,, filed by Adrian Schoolcraft.(Radomisli, Gregory) (Entered: 10/06/2010) |
| 10/12/2010 | 26 | MOTION to Dismiss. Document filed by Jamaica Hospital Medical Center. Return Date set for 11/17/2010 at 12:00 PM.(Radomisli, Gregory) (Entered: 10/12/2010) |
| 10/12/2010 | 27 | MEMORANDUM OF LAW in Support re: 26 MOTION to Dismiss.. Document filed by Jamaica Hospital Medical Center. (Radomisli, Gregory) (Entered: 10/12/2010) |
| 10/12/2010 | 28 | DECLARATION of Gregory J. Radomisli in Support re: 26 MOTION to Dismiss.. Document filed by Jamaica Hospital Medical Center. (Attachments: # 1 Exhibit "A," Part One, # 2 Exhibit "A," Part Two, # 3 Exhibit "A," Part Three, # 4 Exhibit "B", # 5 Exhibit "C," Part One, # 6 Exhibit "C," Part Two, # 7 Exhibit "D")(Radomisli, Gregory) (Entered: 10/12/2010) |
| 10/15/2010 | 29 | ORDER Set Deadlines/Hearing as to 26 MOTION to Dismiss. All motion papers |

| | | |
|---|---|---|
| | | shall be served in accordance with Local Civil Rule 6.1. ( Motion Hearing set for 11/10/2010 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 10/14/10) (cd) (Entered: 10/15/2010) |
| 10/19/2010 | 30 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Jon L. Norinsberg dated 10/18/2010 re: Requesting that the Court grant additional time to respond to defendant's motion to dismiss, and adopt the following briefing schedule: Plaintiff's opposition due November 19, 2010; Defendant's reply due December 10, 2010 and Oral argument to be held December 15, 2010. ENDORSEMENT: So Ordered. (Signed by Judge Robert W. Sweet on 10/18/2010) (jpo) (Entered: 10/19/2010) |
| 10/27/2010 | 31 | SUMMONS RETURNED EXECUTED Summons and Amended Complaint,,,,,, served. The City Of New York served on 9/16/2010, answer due 10/7/2010. Service was accepted by Amanda Gonzalez. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 10/27/2010) |
| 10/27/2010 | 32 | SUMMONS RETURNED EXECUTED. Theodore Lauterborn(Tax Id. 897840, Individually) served on 9/17/2010, answer due 10/8/2010. Service was accepted by Det. John Lenis. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 10/27/2010) |
| 10/27/2010 | 33 | SUMMONS RETURNED EXECUTED. Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually) served on 10/8/2010, answer due 10/29/2010. Service was accepted by PO Celestin. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 10/27/2010) |
| 10/27/2010 | 34 | SUMMONS RETURNED EXECUTED. Michael Marino served on 10/18/2010, answer due 11/8/2010. Service was accepted by PO Celestin. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 10/27/2010) |
| 10/27/2010 | 35 | SUMMONS RETURNED EXECUTED. Christopher Broschart(Tax Id. 915354 Individually) served on 9/27/2010, answer due 10/18/2010. Service was accepted by Elizabeth Corrigan. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 10/27/2010) |
| 10/27/2010 | 36 | SUMMONS RETURNED EXECUTED. Steven Mauriello(Tax Id. 895117, Individually) served on 9/22/2010, answer due 10/13/2010. Service was accepted by PO (Jane) Lebron. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 10/27/2010) |
| 10/27/2010 | 37 | SUMMONS RETURNED EXECUTED. Shantel James(Shield No. 3004 Individually) served on 9/23/2010, answer due 10/14/2010. Service was accepted by PO Gomez. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 10/27/2010) |
| 10/27/2010 | 38 | SUMMONS RETURNED EXECUTED. Timothy Caughey(Tax Id. 885374 in his official capacity) served on 9/23/2010, answer due 10/14/2010. Service was accepted by PO Gomez. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 10/27/2010) |
| 10/27/2010 | 39 | ANSWER to Amended Complaint with JURY DEMAND. Document filed by Isak Isakov.(Lee, Brian) (Entered: 10/27/2010) |

| 10/27/2010 | 40 | SUMMONS RETURNED EXECUTED. Frederick Sawyer(Shield No. 2576, Individually) served on 9/20/2010, answer due 10/12/2010. Service was accepted by S.P.A.A. (John) Pinto. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 10/27/2010) |
|---|---|---|
| 10/27/2010 | 41 | SUMMONS RETURNED EXECUTED. Isak Isakov served on 9/16/2010, answer due 10/7/2010. Service was accepted by Dr. Isak Isakov. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 10/27/2010) |
| 10/27/2010 | 42 | SUMMONS RETURNED EXECUTED. Lillian Aldana-Bernier served on 9/16/2010, answer due 10/7/2010. Service was accepted by Dr. Lillian Aldana-Bernier. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 10/27/2010) |
| 10/27/2010 | 43 | SUMMONS RETURNED EXECUTED. Jamaica Hospital Medical Center served on 9/16/2010, answer due 10/7/2010. Service was accepted by George Stanco, Rick Management. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 10/27/2010) |
| 11/01/2010 | 44 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Donna Canfield dated 10/29/10 re: Request to extend time to 12/2/10 for City defendants to answer the Amended Complaint. ENDORSEMENT: So Ordered. The City Of New York answer due 12/2/2010; New York City Police Department answer due 12/2/2010. (Signed by Judge Robert W. Sweet on 11/1/10) (cd) (Entered: 11/01/2010) |
| 11/05/2010 | 45 | STIPULATION EXTENDING TIME TO ANSWER AMENDED COMPLAINT: It is hereby stipulated and agreed by and between the parties that the time for the defendant, Dr. Lilian Aldana-Bernier, to serve an answer to the Amended Complaint, or make any motion in lieu of answer, is extended to and including the day of November 19, 2010. (Signed by Judge Robert W. Sweet on 11/4/2010) (jpo) (Entered: 11/05/2010) |
| 11/08/2010 | 46 | REQUEST for Production of Documents.Document filed by Isak Isakov.(Lee, Brian) (Entered: 11/08/2010) |
| 11/08/2010 | 47 | INTERROGATORIES to plaintiff.Document filed by Isak Isakov.(Lee, Brian) (Entered: 11/08/2010) |
| 11/08/2010 | 48 | NOTICE to Take Deposition of plaintiff Adrian Schoolcraft on February 28, 2011 at 10:00 a.m..Document filed by Isak Isakov.(Lee, Brian) (Entered: 11/08/2010) |
| 11/09/2010 | 49 | ENDORSED LETTER: addressed to Judge Robert W. Sweet from Jon L. Norinsberg dated 11/8/2010 re: Counsel for plaintiff requests an extension of the deadline to respond to defendant Jamaica Hospital's motion to dismiss, which is currently scheduled for November 19, 2010, until December 17, 2010. Based on the foregoing, plaintiff respectfully requests that Your Honor grant additional time to respond to defendant's motion to dismiss, and adopt the following briefing schedule: Plaintiff's Opposition: 12/17/2010. Defendant's Reply: 1/21/2011. Oral Argument: 1/26/2011. ENDORSEMENT: So Ordered. (Signed by Judge Robert W. Sweet on 11/8/2010) (js) (Entered: 11/09/2010) |
| 11/11/2010 | 50 | SECOND RULE 7.1 CORPORATE DISCLOSURE STATEMENT. NO |

| | | |
|---|---|---|
| | | Corporate Parent. Document filed by Lillian Aldana-Bernier.(Brady, Bruce) (Entered: 11/11/2010) |
| 11/11/2010 | 51 | ANSWER to Amended Complaint with JURY DEMAND. Document filed by Lillian Aldana-Bernier. Related document: 21 Amended Complaint,,,,,, filed by Adrian Schoolcraft.(Brady, Bruce) (Entered: 11/11/2010) |
| 11/11/2010 | 52 | FIRST SET OF INTERROGATORIES to Adrian Schoolcraft.Document filed by Lillian Aldana-Bernier.(Brady, Bruce) (Entered: 11/11/2010) |
| 11/11/2010 | 53 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Isak Isakov.(Lee, Brian) (Entered: 11/11/2010) |
| 12/02/2010 | 54 | ANSWER to Amended Complaint. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), Joseph Goff(Tax Id. 894025 Individually), Joseph Goff(Tax Id. 894025 in his official capacity), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Steven Mauriello(Tax Id. 895117 in his official capacity), Steven Mauriello(Tax Id. 895117, Individually), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), New York City Police Department, Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York. Related document: 21 Amended Complaint,,,,,, filed by Adrian Schoolcraft.(Canfield, Donna) (Entered: 12/02/2010) |
| 12/07/2010 | 55 | MEMORANDUM OF LAW in Opposition re: 26 MOTION to Dismiss.. Document filed by Adrian Schoolcraft. (Fitch, Joshua) (Entered: 12/07/2010) |
| 12/15/2010 | 56 | AFFIDAVIT OF SERVICE. Joseph Goff(Tax Id. 894025 in his official capacity) served on 12/10/2010, answer due 1/3/2011. Service was accepted by Sgt. Pisani. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 12/15/2010) |
| 12/15/2010 | 57 | AFFIDAVIT OF SERVICE. Kurt Duncan(Shield No. 2483 in his official capacity) served on 12/10/2010, answer due 1/3/2011. Service was accepted by PO Lopez. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 12/15/2010) |
| 01/20/2011 | 58 | REPLY MEMORANDUM OF LAW in Support re: 26 MOTION to Dismiss.. Document filed by Jamaica Hospital Medical Center. (Radomisli, Gregory) (Entered: 01/20/2011) |
| 02/14/2011 | 59 | ORDER: Defendant Jamaica Hospital Medical Center's letter, dated February 10, 2011, will be treated as a motion to stay discovery and will be heard on submission, without oral argument, on Wednesday, March 2, 2011. (Signed by Judge Robert W. Sweet on 2/14/2011) (jar) (Entered: 02/14/2011) |

| 05/06/2011 | 60 | OPINION: #100312 For the following reasons, Defendant's motion to dismiss is granted in part and denied in part, and Defendant's motion to stay discovery is denied. For the foregoing reasons, plaintiff's § 1983 claims against JHMC are dismissed without prejudice, but the Court shall exercise supplemental jurisdiction to retain Plaintiff's state law claims against JHMC. JHMC's motion to stay discovery is denied. (Signed by Judge Robert W. Sweet on 5/5/2011) (jfe) Modified on 5/12/2011 (ajc). (Entered: 05/06/2011) |
|---|---|---|
| 06/23/2011 | 61 | ANSWER to Interrogatories.Document filed by Isak Isakov.(Lee, Brian) (Entered: 06/23/2011) |
| 06/23/2011 | 62 | RESPONSE to Discovery Request from plaintiff.Document filed by Isak Isakov. (Lee, Brian) (Entered: 06/23/2011) |
| 06/23/2011 | 63 | REQUEST for Production of Documents.Document filed by Isak Isakov.(Lee, Brian) (Entered: 06/23/2011) |
| 07/08/2011 | 64 | PRETRIAL ORDER: Counsel are directed to appear in Courtroom 18C on 10/5/11 at 4:30 p.m. for a pretrial conference.( Pretrial Conference set for 10/5/2011 at 04:30 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 7/8/2011) (mro) (Entered: 07/08/2011) |
| 08/15/2011 | 65 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by Isak Isakov.(Lee, Brian) (Entered: 08/15/2011) |
| 09/20/2011 | 66 | ORDER: Plaintiff's letter, dated September 13, 2011, will be treated as a motion to compel and will be heard at noon on Wednesday, September 28, 2011. It is so ordered. ( Motion Hearing set for 9/28/2011 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 9/16/2011) (ja) (Entered: 09/20/2011) |
| 10/05/2011 | 67 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by Isak Isakov.(Lee, Brian) (Entered: 10/05/2011) |
| 10/12/2011 | 68 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - MOTION to Approve to "so order" stipulation and protective order. Document filed by Isak Isakov.(Lee, Brian) Modified on 10/13/2011 (db). (Entered: 10/12/2011) |
| 10/12/2011 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 68 HAS BEEN REJECTED. Note to Attorney Brian E Lee : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. The attached Stipulation may be emailed to judgments@nysd.uscourts.gov. (db) (Entered: 10/13/2011) |
| 10/17/2011 | 69 | PRETRIAL ORDER:Counsel are directed to appear in courtroom 18C on December 7, 2011 at 4: 30 pm for a pretrial conference for the purpose of resolving any outstanding discovery or other issues, and setting a time for trial. Plaintiff(s)' counsel ARE REQUIRED TO NOTIFY COUNSEL FOR ALL PARTIES OF THIS CONFERENCE. Prior to the appearance at the pretrial conference, all counsel appearing in the action shall have discussed any open issues. ( Pre-Trial Conference set for 12/7/2011 at 04:30 PM in Courtroom 18C, |

| | | |
|---|---|---|
| | | 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 10/17/2011) (ama) Modified on 10/26/2011 (ama). (Entered: 10/17/2011) |
| 12/07/2011 | 70 | ORDER: Please be advised that the conference scheduled for 12/7/11 has been rescheduled to 2/8/12 at 4:30 p.m. in Courtroom 18C. Please notify opposing counsel of the change. ( Pretrial Conference set for 2/8/2012 at 04:30 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 12/7/2011) (lmb) (Entered: 12/07/2011) |
| 02/07/2012 | 71 | NOTICE OF APPEARANCE by Maxwell Douglas Leighton on behalf of Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), Joseph Goff(Tax Id. 894025 Individually), Joseph Goff(Tax Id. 894025 in his official capacity), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Steven Mauriello(Tax Id. 895117 in his official capacity), Steven Mauriello(Tax Id. 895117, Individually), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), New York City Police Department, Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York (Leighton, Maxwell) (Entered: 02/07/2012) |
| 02/08/2012 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Interim Pretrial Conference held on 2/8/2012. (js) (Entered: 02/16/2012) |
| 02/09/2012 | 72 | ORDER: All motions are to be made returnable at 12:00 noon on Wednesday and in compliance with the rules of this Court. Expert Discovery due by 11/7/2012, Fact Discovery due by 9/12/2012, Joint Proposed Pretrial Order due by 12/5/2012, Final Pretrial Conference set for 12/5/2012 at 04:30 PM before Judge Robert W. Sweet. (Signed by Judge Robert W. Sweet on 2/8/2012) (djc) Modified on 2/14/2012 (djc). (Entered: 02/14/2012) |
| 03/07/2012 | 73 | NOTICE OF APPEARANCE by Suzanna Hallie Publicker on behalf of Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), Joseph Goff(Tax Id. 894025 Individually), Joseph Goff(Tax Id. 894025 in his official capacity), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Steven Mauriello(Tax Id. 895117 in his official capacity), Steven Mauriello(Tax Id. 895117, Individually), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, |

|  |  | Tax Id. 912370, Individually), New York City Police Department, Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York (Publicker, Suzanna) (Entered: 03/07/2012) |
|---|---|---|
| 03/12/2012 | 74 | STIPULATION AND PROTECTIVE ORDER AS TO DOCUMENTS PRODUCED BY CITY DEFENDANTS...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Robert W. Sweet, on 3/12/2012) (jfe) Modified on 3/15/2012 (jfe). (Entered: 03/12/2012) |
| 03/14/2012 | 75 | ORDER: The Defendant's letter dated March 12 will be treated as a motion and heard at noon on Wednesday, March 28, 2012 in courtroom 18C. ( Motion Hearing set for 3/28/2012 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 3/14/2012) (mro) (Entered: 03/14/2012) |
| 03/26/2012 | 76 | ORDER. The New York Times Company's letter dated March 21, 2012 will be treated as a motion and heard at noon on Wednesday, April 4, 2012 in courtroom 18C. It is so ordered. (Oral Argument set for 4/4/2012 at 12:00 PM in Courtroom 18C, U.S. Courthouse, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 3/26/2012) (rjm) (Entered: 03/27/2012) |
| 03/28/2012 |  | Minute Entry Motion hearing on motion for discovery held. (Landers, Rigoberto) (Entered: 04/18/2012) |
| 04/04/2012 |  | Minute Entry for proceedings held before Judge Robert W. Sweet: Motion Hearing on motion to intervene heard based on New York Times Company's letter dated March 21, 2012 held on 4/4/2012. (Landers, Rigoberto) (Entered: 04/24/2012) |
| 04/27/2012 | 77 | ORDER: The Plaintiff's letter dated April 25 will be treated as a motion and heard at noon on Wednesday, May 9, 2012 in courtroom 18C., ( Oral Argument set for 5/9/2012 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 4/26/2012) (lmb) (Entered: 04/27/2012) |
| 05/08/2012 | 78 | NOTICE OF APPEARANCE by William Solomon Jacob Fraenkel on behalf of Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), Joseph Goff(Tax Id. 894025 Individually), Joseph Goff(Tax Id. 894025 in his official capacity), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), New York City Police Department, Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York (Fraenkel, William) (Entered: 05/08/2012) |
| 05/09/2012 |  | Minute Entry: Motion hearing held on Motion to amend. (djc) (Entered: |

| | | |
|---|---|---|
| | | 05/11/2012) |
| 05/14/2012 | 79 | TRANSCRIPT of Proceedings re: CONFERNCE held on 4/4/2012 before Judge Robert W. Sweet. Court Reporter/Transcriber: Denise Richards, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/7/2012. Redacted Transcript Deadline set for 6/18/2012. Release of Transcript Restriction set for 8/16/2012.(McGuirk, Kelly) (Entered: 05/14/2012) |
| 05/14/2012 | 80 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 4/4/12 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 05/14/2012) |
| 05/15/2012 | 81 | ORDER. The Defendants' letter dated May 11 will be treated as a motion and heard at noon on Wednesday, May 23, 2012 in Courtroom 18C. It is so ordered. (Signed by Judge Robert W. Sweet on 5/14/2012) (rjm) (Entered: 05/16/2012) |
| 05/15/2012 | | Set/Reset Hearings: Oral Argument set for 5/23/2012 at 12:00 PM in Courtroom 18C, U.S. Courthouse, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet. (rjm) (Entered: 05/16/2012) |
| 05/23/2012 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Motion Hearing held on 5/23/2012 re: Motion to Quash. (ft) (Entered: 06/06/2012) |
| 05/24/2012 | 82 | NOTICE OF APPEARANCE by Walter Aoysius Kretz, Jr on behalf of Steven Mauriello(Tax Id. 895117 in his official capacity), Steven Mauriello(Tax Id. 895117, Individually) (Kretz, Walter) (Entered: 05/24/2012) |
| 06/14/2012 | 83 | OPINION: #101947 For the reasons set forth above, Plaintiff's motion to amend his complaint is granted in part and denied in part, and non-party Councilman Vallone's motion to quash is denied. IT IS SO ORDERED. (Signed by Judge Robert W. Sweet on 6/13/2012) (ama) Modified on 6/20/2012 (jab). (Entered: 06/14/2012) |
| 06/26/2012 | 84 | ORDER: The Plaintiff's letter dated June 20 will be treated as a motion to reconsider and heard on submission on July 11, 2012. All motion papers shall be served in accordance with Local Civil Rule 6.1. (Signed by Judge Robert W. Sweet on 6/22/2012) (ft) (Entered: 06/26/2012) |
| 07/12/2012 | 85 | Letter (Treated as a Motion returnable 5-8) addressed to Judge Robert W. Sweet from Joshua P. Fitch dated 4/25/12 re: Counsel for the plaintiff requests that Your Honor issue and Order permitting plaintiff to amend the complaint. Document filed by Adrian Schoolcraft. ***Accepted as a docket and file by Chambers. (mro) Modified on 7/13/2012 (mro). (mro). (Entered: 07/13/2012) |
| 07/12/2012 | 86 | Letter addressed to Judge Robert W. Sweet from William S. J. Fraenkel dated 5/8/12 re: Counsel for the City defendants requests that plaintiff's motion to amend the complaint be denied. ***Accepted as a docket and file by Chambers. (mro) (mro). (Entered: 07/13/2012) |

| 07/12/2012 | 87 | Letter addressed to Judge Robert W. Sweet from Joshua P. Fitch dated 5/10/12 re: Counsel for the plaintiff writes to bring to the Court's attention recent supplemental authority relevant to plaintiff's motion to amend the complaint. Document filed by Adrian Schoolcraft. ***Accepted as a docket and file by Chambers. (mro) (mro). (Entered: 07/13/2012) |
|---|---|---|
| 07/12/2012 | 88 | Letter addressed to Judge Robert W. Sweet from William S. J. Fraenkel dated 5/11/12 re: Counsel for the City defendants requests that plaintiff's motion to amend the complaint be denied. ***Accepted as a docket and file by Chambers. (mro) (mro). (Entered: 07/13/2012) |
| 07/12/2012 | 89 | Letter (Treated as a Motion returnable 5/23) addressed to Judge Robert W. Sweet from Suzanna Publicker dated 5/11/12 re: Counsel writes on behalf of non-party councilman Peter Vallone, Jr. to request that the Court quash the subpoena served upon him by plaintiff seeking among other things (1) records of complaints regarding the alleged downgrading of crime reports, and (2) documents reflecting the alleged failure of the NYPD to report crime reports. ***Accepted as a docket and file by Chambers. (mro) (mro). (Entered: 07/13/2012) |
| 07/12/2012 | 90 | Letter addressed to Judge Robert W. Sweet from Jon L. Norinsberg dated 5/17/12 re: Counsel for the plaintiff requests that the Court deny defendants' motion to quash. Document filed by Adrian Schoolcraft. ***Accepted as a docket and file by Chambers. (mro) (mro). (Entered: 07/13/2012) |
| 07/12/2012 | 91 | Letter addressed to Judge Robert W. Sweet from Gerald M. Cohen dated 5/24/12 re: Counsel for the plaintiff encloses news articles cited in plaintiff's opposition to councilman Vallone's motion to quash the subpoena plaintiff served on him. Document filed by Adrian Schoolcraft. ***Accepted as a docket and file by Chambers. (mro) (mro). (Entered: 07/13/2012) |
| 07/12/2012 | 92 | Letter addressed to Judge Robert W. Sweet from Joshua P. Fitch dated 6/20/12 re: Counsel for the plaintiff requests that the Court reconsider the portion of its ruling on the First Amendment Claim relating to the prior restraint imposed on plaintiff's speech following plaintiff's suspension on 10/31/99. Document filed by Adrian Schoolcraft. ***Accepted as a docket and file by Chambers. (mro) (mro). (Entered: 07/13/2012) |
| 07/13/2012 | 93 | Letter (Treated as a Motion returnable 4-4) addressed to Judge Robert W. Sweet from David E. McCraw dated 3/21/12 re: Counsel writes on behalf of the New York Times Company to request that the Court permit The Times to intervene in the above-referenced action for the limited purpose of seeking a modification of the parties Stipulated Protective order and modify the Protective Order to require a showing of "good cause" for sealing and remove the confidentiality designations from already-produced discovery materials, except to the extent the materials disclose personal medical information or identify crime victims or confidential witnesses and thereby satisfy the "good cause" standard. (mro) (Entered: 07/13/2012) |
| 07/13/2012 | 94 | Letter addressed to Judge Robert W. Sweet from Suzanna Publicker dated 3/26/12 re: Counsel for the City defendants writes in opposition to The New York Times' letter dated 3/21/12. Counsel requests that Your Honor deny their application. (mro) (Entered: 07/13/2012) |

| 07/20/2012 | 95 | OPINION: #102095 For the reasons set forth above, Plaintiff's motion to reconsider the June 14 Opinion is denied. (Signed by Judge Robert W. Sweet on 7/18/2012) (lmb) Modified on 7/25/2012 (jab). (Entered: 07/20/2012) |
|---|---|---|
| 08/07/2012 | 96 | ORDER: The Plaintiff's letter dated August 1 will be treated as a motion to amend and heard on submission, without oral argument, on August 22, 2012. All motion papers shall be served in accordance with Local Civil Rule 6.1. (Signed by Judge Robert W. Sweet on 8/2/2012) (lmb) (Entered: 08/07/2012) |
| 08/15/2012 | 97 | Letter addressed to Judge Robert W. Sweet from Joshua P. Fitch dated 8/1/2012 re: Counsel for plaintiff writes to requests that Your Honor grant plaintiff leave to amend the complaint to add a First Amendment Claim under 42 U.S.C. section 1983. Document filed by Adrian Schoolcraft.(pl) (Entered: 08/15/2012) |
| 08/17/2012 | 98 | Letter addressed to Judge Robert W. Sweet from Joshua P. Fitch dated 8/1/2012 re: Counsel respectfully request that Your Honor grant plaintiff leave to amend the complaint to add a First Amendment claim under 42 U.S.C. § 1983 relating to the prior restraint imposed on plaintiffs speech following plaintiffs suspension on October 31, 2009 and the actions taken against plaintiff in retaliation for plaintiff's speech in refusing to comply with the illegal and unconstitutional orders of this supervisors. (jfe) (Entered: 08/17/2012) |
| 09/10/2012 | 99 | OPINION: #102325 For the reasons set forth above, Plaintiff's motionto amend is granted with respect to the First Amendment priorrestraint claim and denied with respect to the First Amended retaliation claim. It Is SO ORDERED. (Signed by Judge Robert W. Sweet on 9/07/2012) (ama) Modified on 9/11/2012 (jab). (Entered: 09/10/2012) |
| 09/18/2012 | 100 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Jon L. Norinsberg dated 9/11/2012 re: plaintiff respectfully requests that the Court extend the current discovery deadline for 120 days, from September 12, 2012 to January 12, 2013. ENDORSEMENT: SO ORDERED., ( Discovery due by 1/12/2013.) (Signed by Judge Robert W. Sweet on 9/14/2012) (ama) (Entered: 09/18/2012) |
| 09/21/2012 | 101 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Joshua P. Fitch dated 9/18/2012 re: I write now to respectfully request that Your Honor grant plaintiff leave to amend the complaint to add an additional defendant Lieutenant Elise Hanlon based on the discovery that has been, produced thus far. This request is made with the consent of all medical defendants and the City defendants take no position at all regarding this request. ENDORSEMENT: So ordered. (Signed by Judge Robert W. Sweet on 9/18/2012) (lmb) (Entered: 09/21/2012) |
| 09/21/2012 | 102 | ORDER: ( Motions due by 1/30/2013., Fact Discovery due by 1/12/2013., Final Pretrial Conference set for 1/30/2013 at 04:30 PM before Judge Robert W. Sweet., Proposed Pretrial Order due by 1/30/2013.) (Signed by Judge Robert W. Sweet on 9/18/2012) (lmb) (Entered: 09/21/2012) |
| 10/01/2012 | 103 | SECOND AMENDED COMPLAINT amending 21 Amended Complaint against Lillian Aldana-Bernier, Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), Isak Isakov, Jamaica Hospital |

| | | |
|---|---|---|
| | | Medical Center, Jamaica Hospital Medical Center Employee's "John Doe" # 1-50, Jamaica Hospital Medical Center Employee's "John Doe" #1-50, Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), John Doe # 1-50(Individually), John Doe # 1-50(in their Official Capacities (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants")), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Steven Mauriello(Tax Id. 895117 in his official capacity), Steven Mauriello(Tax Id. 895117, Individually), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York, William Gough, William Gough, Thomas Hanley, Thomas Hanley, Timothy Trainer, Timothy Trainer, Sondra Wilson, Sondra Wilson, Robert W. O'Hare, Robert W. O'Hare, Richard Wall, Elise Hanlon, Elise Hanlon with JURY DEMAND.Document filed by Adrian Schoolcraft. Related document: 21 Amended Complaint, filed by Adrian Schoolcraft.(lmb) Modified on 10/3/2012 (lmb). (lmb). (Entered: 10/03/2012) |
| 10/01/2012 | | SUMMONS ISSUED as to Lillian Aldana-Bernier, Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually), Isak Isakov, Jamaica Hospital Medical Center, Jamaica Hospital Medical Center Employee's "John Doe" # 1-50, Jamaica Hospital Medical Center Employee's "John Doe" #1-50, Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), John Doe # 1-50(Individually), John Doe # 1-50(in their Official Capacities (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants")), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Robert W. O'Hare(Tax Id. 916960, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York, Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually), Richard Wall, Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually). (lmb) Modified on 10/3/2012 (lmb). Modified on 10/3/2012 (lmb). (Entered: 10/03/2012) |
| 10/04/2012 | 104 | STIPULATION AND PROTECTIVE ORDER FOR ATTORNEYS EYES |

| | | |
|---|---|---|
| | | ONLY...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Robert W. Sweet on 10/3/2012) (jfe) (Entered: 10/05/2012) |
| 10/05/2012 | 105 | STIPULATION AND PROTECTIVE ORDER AS TO DOCUMENTS PRODUCED BY CITY DEFENDANTS: regarding procedures to be followed that shall govern the handling of confidential material. SO ORDERED. (Signed by Judge Robert W. Sweet on 10/04/2012) (ama) (Entered: 10/05/2012) |
| 10/15/2012 | 106 | ANSWER to 103 Amended Complaint,,,,,,, with JURY DEMAND. Document filed by Jamaica Hospital Medical Center.(Radomisli, Gregory) (Entered: 10/15/2012) |
| 10/15/2012 | 107 | AFFIDAVIT OF SERVICE of Answer to Second Amended Complaint served on ALL on 10/15/12. Service was made by Mail. Document filed by Jamaica Hospital Medical Center. (Radomisli, Gregory) (Entered: 10/15/2012) |
| 10/17/2012 | 108 | SUMMONS RETURNED EXECUTED. Elise Hanlon(individually) served on 10/11/2012, answer due 11/1/2012. Service was accepted by William Wallace, Legal Clerk and Co-Worker. Document filed by Adrian Schoolcraft. (Norinsberg, Jon) (Entered: 10/17/2012) |
| 10/17/2012 | 109 | ANSWER to 103 Amended Complaint,,,,,,, with JURY DEMAND. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually).(Publicker, Suzanna) (Entered: 10/17/2012) |
| 10/18/2012 | 110 | AMENDED ANSWER to 103 Amended Complaint,,,,,,, with JURY DEMAND. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), The City Of New York. (Publicker, Suzanna) (Entered: 10/18/2012) |
| 10/18/2012 | 111 | ORDER: that, Defendant Mauriello's letter dated October 15, 2012, will be treated a motion to compel and heard at noon on Wednesday, October 24, 2012, in courtroom 18C. Any responses should be filed by October 21, 2012. (Set Deadlines/Hearing as to ( Responses due by 10/21/2012, Motion Hearing set for |

| | | |
|---|---|---|
| | | 10/24/2012 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.), ( Responses due by 10/21/2012) (Signed by Judge Robert W. Sweet on 10/17/2012) (pl) (Entered: 10/18/2012) |
| 10/19/2012 | 112 | ANSWER to 103 Amended Complaint,,,,,,, with JURY DEMAND. Document filed by Isak Isakov.(Lee, Brian) (Entered: 10/19/2012) |
| 10/22/2012 | 113 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Suzanna Publicker dated 10/19/2012 re: This office respectfully requests that Your Honor sua sponte grant defendant Hanlon an enlargement of time until December 3, 2012, to answer or otherwise respond to the Second Amended Complaint. ENDORSEMENT: So ordered., Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department) answer due 12/3/2012; Elise Hanlon(individually) answer due 12/3/2012. (Signed by Judge Robert W. Sweet on 10/19/2012) (lmb) (Entered: 10/22/2012) |
| 10/22/2012 | 114 | ANSWER to 103 Amended Complaint,,,,,,, with JURY DEMAND. Document filed by Lillian Aldana-Bernier.(Brady, Bruce) (Entered: 10/22/2012) |
| 10/22/2012 | 115 | ORDER: Plaintiff's letter dated October 18, 2012, will be treated as a motion and heard at noon on Wednesday, October 31, 2012, in courtroom 18C. Any opposition should be filed by October 26, 2012, and any reply should be filed by October 29, 2012., ( Oral Argument set for 10/31/2012 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.), ( Responses due by 10/26/2012, Replies due by 10/29/2012.) (Signed by Judge Robert W. Sweet on 10/22/2012) (lmb) (Entered: 10/22/2012) |
| 10/24/2012 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Status Conference held on 10/24/2012. Motion Hearing held on 10/24/2012. Motion to compel heard. Parties are directed to return on 11/7/2012 @ 12 p.m (oral argument). ( Oral Argument set for 11/7/2012 at 12:00 PM before Judge Robert W. Sweet.). (ja) (Entered: 11/13/2012) |
| 10/25/2012 | 116 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Walter A. Kretz, Jr. dated 10/15/2012 re: I write to the Court to respectfully request that plaintiff be directed to appear for a deposition session of no greater than seven hours, during which I will have an opportunity to examine him on behalf of defendant Steven Mauriello. ENDORSEMENT: Treat as motion returnable 10/24.The deposition will be held. Counsel will meet and confer on a date and time.(Signed by Judge Robert W. Sweet on 10/24/2012) (djc) (Entered: 10/26/2012) |
| 10/25/2012 | 117 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Walter A. Kretz, Jr dated 10/15/2012 re: respectfuuly requesting that plaintiff be directed to appear for a deposition session of no greater than seven hours. ENDORSEMENT: Treat as motion returnable. The deposition will be held. Counsel will meet and confer on a date and time. So Ordered. (Signed by Judge Robert W. Sweet on 10/24/2012) (lb) (Entered: 11/01/2012) |
| 11/07/2012 | 118 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Suzanna Publicker dated 10/23/2012 re: Based on the foregoing, this office requests to be relieved as counsel for defendant Mauriello. ENDORSEMENT: So Ordered. (Signed by Judge Robert W. Sweet on 10/23/2012) (rdz) (Entered: 11/07/2012) |

| 11/07/2012 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Oral Argument held on 11/7/2012. Motion for Discovery Heard. (rjm) (Entered: 11/28/2012) |
|---|---|---|
| 11/16/2012 | 119 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Jon L. Norinsberg dated 11/15/2012 re: We respectfully request that the Court issue an Order authorizing us to send plaintiff Adrian Schoolcraft all of his files or. ENDORSEMENT: Counsel is relieved and may provide plaintiff with all records other than those designated "Attorneys Eyes Only" from which will be retained pending further proceedings. (Signed by Judge Robert W. Sweet on 11/15/2012) (cd) (Entered: 11/19/2012) |
| 12/03/2012 | 120 | ANSWER to 103 Amended Complaint,,,,,,, with JURY DEMAND. Document filed by Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually).(Publicker, Suzanna) (Entered: 12/03/2012) |
| 12/14/2012 | 121 | NOTICE OF APPEARANCE by Richard A. Gilbert on behalf of Adrian Schoolcraft (Gilbert, Richard) (Entered: 12/14/2012) |
| 12/28/2012 | 122 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Suzanna Publicker dated 12/21/12 re: Counsel requests that Your Honor sua sponte grant defendant Wall an enlargement of time until 1/30/13 to answer or otherwise respond to the second amended complaint. ENDORSEMENT: So ordered. Richard Wall answer due 1/30/2013. (Signed by Judge Robert W. Sweet on 12/26/2012) (mro) (Entered: 12/28/2012) |
| 01/10/2013 | 123 | ANSWER to 103 Amended Complaint,,,,,,, with JURY DEMAND. Document filed by Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity).(Kretz, Walter) (Entered: 01/10/2013) |
| 01/29/2013 | 124 | ANSWER to 103 Amended Complaint,,,,,,, with JURY DEMAND. Document filed by Richard Wall.(Publicker, Suzanna) (Entered: 01/29/2013) |
| 01/30/2013 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Pretrial Conference held on 1/30/2013. Parties are to submit a new schedule to the Court. (mro) (Entered: 02/01/2013) |
| 02/28/2013 | 125 | NOTICE OF APPEARANCE by Peter Joseph Gleason on behalf of Adrian Schoolcraft (Gleason, Peter) (Entered: 02/28/2013) |
| 02/28/2013 | 126 | NOTICE OF APPEARANCE by Peter Joseph Gleason on behalf of Adrian Schoolcraft (Gleason, Peter) (Entered: 02/28/2013) |
| 02/28/2013 | 127 | NOTICE OF APPEARANCE by Nathaniel B. Smith on behalf of Adrian Schoolcraft (Smith, Nathaniel) (Entered: 02/28/2013) |
| 03/01/2013 | 128 | AFFIDAVIT OF SERVICE. Timothy Trainer(Tax Id. 899922, Individually) served on 2/27/2013, answer due 3/20/2013. Service was accepted by Krista Ashbery NYPD. Document filed by Adrian Schoolcraft. (Smith, Nathaniel) (Entered: 03/01/2013) |
| 03/01/2013 | 129 | AFFIDAVIT OF SERVICE. Thomas Hanley(Tax Id. 879761, in his Official Capacity) served on 2/27/2013, answer due 3/20/2013. Service was accepted by Krista Ashbery NYPD. Document filed by Adrian Schoolcraft. (Smith, Nathaniel) (Entered: 03/01/2013) |

| 03/01/2013 | 130 | AFFIDAVIT OF SERVICE. Robert W. O'Hare(Tax Id. 916960, Individually) served on 2/27/2013, answer due 3/20/2013. Service was accepted by Krista Ashbery NYPD. Document filed by Adrian Schoolcraft. (Smith, Nathaniel) (Entered: 03/01/2013) |
|---|---|---|
| 03/01/2013 | 131 | AFFIDAVIT OF SERVICE. William Gough(Tax Id. 919124, in his Official Capacity) served on 2/27/2013, answer due 3/20/2013. Service was accepted by Krista Ashbery NYPD. Document filed by Adrian Schoolcraft. (Smith, Nathaniel) (Entered: 03/01/2013) |
| 03/01/2013 | 132 | AFFIDAVIT OF SERVICE. Sondra Wilson(Shield No. 5172, in her Official Capacity) served on 2/27/2013, answer due 3/20/2013. Service was accepted by Eileen Flaherty NYPD. Document filed by Adrian Schoolcraft. (Smith, Nathaniel) (Entered: 03/01/2013) |
| 03/08/2013 | 133 | ORDER: The City's letter dated March 1, 2013, will be treated as a motion and heard at noon on Wednesday, April 3, 2013, in courtroom 18C. All papers to be served in accordance with Local Rule 6.1. (Signed by Judge Robert W. Sweet on 3/8/2013) (ft) (Entered: 03/08/2013) |
| 03/13/2013 | 134 | Letter addressed to Judge Robert W. Sweet from Suzanna Publicker dated 3/1/2013 re: City defendants request that the Court order plaintiff to provide the documents and information listed above by a date certain. Document filed by The City Of New York et al. Treat as motion returnable 3/20.(cd) (Entered: 03/13/2013) |
| 03/14/2013 | 135 | MOTION to Quash Subpoena on Queens DA Richard Brown of Queens District Attorney Richard Brown. Document filed by The City Of New York.(Publicker, Suzanna) (Entered: 03/14/2013) |
| 03/14/2013 | 136 | MEMORANDUM OF LAW in Support re: 135 MOTION to Quash Subpoena on Queens DA Richard Brown of Queens District Attorney Richard Brown.. Document filed by The City Of New York. (Publicker, Suzanna) (Entered: 03/14/2013) |
| 03/14/2013 | 137 | DECLARATION of Suzanna Publicker in Support re: 135 MOTION to Quash Subpoena on Queens DA Richard Brown of Queens District Attorney Richard Brown.. Document filed by The City Of New York. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Publicker, Suzanna) (Entered: 03/14/2013) |
| 03/15/2013 | 138 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Nathaniel B. Smith dated 3/14/2013 re: Request that the motion (see Dkt. #133) be placed on the Court's calendar for 4/3/2013 and that plaintiff be permitted to file a response by 3/27/2013. ENDORSEMENT: So Ordered. ( Response due by 3/27/2013) (Signed by Judge Robert W. Sweet on 3/15/2013) (cd) (Entered: 03/15/2013) |
| 03/18/2013 | 139 | ORDER: Non Party Queens District Attorney's motion to quash will be heard at noon on Wednesday, April 10, 2013, in courtroom 18C. All papers shall be served in accordance with Local Rule 6.1. Set Deadlines/Hearing as to 135 MOTION to Quash Subpoena on Queens DA Richard Brown of Queens District Attorney Richard Brown. ( Motion Hearing set for 4/10/2013 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 3/15/2013) (cd) (Entered: 03/18/2013) |

| | | |
|---|---|---|
| 03/20/2013 | 140 | ANSWER to 103 Amended Complaint,,,,,,, with JURY DEMAND. Document filed by William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Robert W. O'Hare(Tax Id. 916960, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually), Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually).(Publicker, Suzanna) (Entered: 03/20/2013) |
| 03/21/2013 | 141 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Nathaniel B. Smith dated 3/20/2013 re: I am writing to the Court to request that the two motions in this action to compel discovery and to quash a subpoena, which are returnable on April 3, 2013 and April 10, 2013, be consolidated with an April 10, 2013 return date and with opposition papers due March 27,2013 and any reply due April 4, 2013. ENDORSEMENT: So Ordered. (Responses due by 3/27/2013. Replies due by 4/4/2013.) (Signed by Judge Robert W. Sweet on 3/21/2013) (cd) (Entered: 03/21/2013) |
| 03/27/2013 | 142 | DECLARATION of Adrian Schoolcraft in Opposition re: 135 MOTION to Quash Subpoena on Queens DA Richard Brown of Queens District Attorney Richard Brown.. Document filed by Adrian Schoolcraft. (Smith, Nathaniel) (Entered: 03/27/2013) |
| 03/27/2013 | 143 | MEMORANDUM OF LAW in Opposition re: 135 MOTION to Quash Subpoena on Queens DA Richard Brown of Queens District Attorney Richard Brown.. Document filed by Adrian Schoolcraft. (Attachments: # 1 Exhibit News Article, # 2 Exhibit News Article)(Smith, Nathaniel) (Entered: 03/27/2013) |
| 03/28/2013 | 144 | SUPPLEMENTAL MEMORANDUM OF LAW in Opposition re: 135 MOTION to Quash Subpoena on Queens DA Richard Brown of Queens District Attorney Richard Brown.. Document filed by Adrian Schoolcraft. (Attachments: # 1 Exhibit Email)(Smith, Nathaniel) (Entered: 03/28/2013) |
| 04/02/2013 | 145 | ORDER: The letter of defendants Jamaica Hospital Medical Center, Lillian Aldana-Bernier, M.D., and Isak Isakov, M.D., dated March 28, 2013, will be treated as a motion and heard at noon on Wednesday, April 10, 2013, in courtroom 18C. Any opposition papers are due on April 5, 2013, and any reply papers are due on April 9, 2013. ( Responses due by 4/5/2013, Replies due by 4/9/2013. Motion Hearing set for 4/10/2013 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 4/1/2013) (cd) (Entered: 04/02/2013) |
| 04/04/2013 | 146 | REPLY MEMORANDUM OF LAW in Support re: 135 MOTION to Quash Subpoena on Queens DA Richard Brown of Queens District Attorney Richard Brown. *and City Defendants' Motion to Compel Discovery*. Document filed by The City Of New York. (Publicker, Suzanna) (Entered: 04/04/2013) |
| 04/04/2013 | 147 | DECLARATION of Suzanna Publicker in Support re: 135 MOTION to Quash Subpoena on Queens DA Richard Brown of Queens District Attorney Richard Brown.. Document filed by The City Of New York. (Publicker, Suzanna) (Entered: 04/04/2013) |

| 04/05/2013 | 148 | MEMORANDUM OF LAW in Opposition re: 135 MOTION to Quash Subpoena on Queens DA Richard Brown of Queens District Attorney Richard Brown.. Document filed by Adrian Schoolcraft. (Attachments: # 1 Exhibit Letter, # 2 Exhibit Letter)(Smith, Nathaniel) (Entered: 04/05/2013) |
|---|---|---|
| 04/08/2013 | 149 | JOINT REPLY MEMORANDUM OF LAW in Support re: 135 MOTION to Quash Subpoena on Queens DA Richard Brown of Queens District Attorney Richard Brown. *Reply MOL for letter-motion to limit contact with the media.* Document filed by Lillian Aldana-Bernier, Isak Isakov, Jamaica Hospital Medical Center. (Radomisli, Gregory) (Entered: 04/08/2013) |
| 04/10/2013 | 150 | NOTICE OF APPEARANCE by John David Lenoir on behalf of Adrian Schoolcraft (Lenoir, John) (Entered: 04/10/2013) |
| 04/10/2013 | | Memorandum to Docket Clerk. Oral Argument Held on Motion to compel, quash and protective order on 4/10/2013. (djc) (Entered: 04/19/2013) |
| 06/05/2013 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Oral Argument held on 6/5/2013 re Motion to Compel. (cd) (Entered: 06/07/2013) |
| 06/06/2013 | 151 | ORDER re 135 Motion to Quash. IT IS HEREBY ORDERED: 1. Plaintiff shall in writing to City Defendants indicate that he has no evidence regarding Frank Polanco; Plaintiff shall in, writing indicate that he has no evidence regarding Adhyl Polanco, beyond what which was presented at trial in the Floyd v. City of New York, 08 CV 1034 (SAS) trial that began on March 18, 2013; 3. Plaintiff shall review his October 11, 2012 deposition transcript. Where plaintiff responded to questions by stating that he could not answer without listening to his recordings, or referred to recordings but did not provide a specific recording or date, plaintiff shall identify to which recording(s) he was referring and/or which recording(s) were responsive to the question asked by no later than June 19, 2013. (Signed by Judge Robert W. Sweet on 6/6/2013) (cd) (Entered: 06/06/2013) |
| 06/10/2013 | 152 | ORDER TO SHOW CAUSE filed by Adrian Schoolcraft. Defendants shall show cause as to why an order should not be issued staying all further proceedings, on 6/19/2013 (no time indicated) by the City of New York and the New York City Police Department against plaintiff in the City of New York's administrative proceedings before the New York City Police Department's Department of Trials pending a final judgment in this action, and as further set forth in this document. (Signed by Judge Robert W. Sweet on 6/10/2013) (cd) Modified on 6/12/2013 (cd). (Entered: 06/10/2013) |
| 06/10/2013 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Pretrial Conference held on 6/10/2013. (cd) (Entered: 06/11/2013) |
| 06/17/2013 | 153 | MEMORANDUM OF LAW in Opposition re: 152 Order to Show Cause,,. Document filed by The City Of New York. (Seligman, Rachel) (Entered: 06/17/2013) |
| 06/17/2013 | 154 | DECLARATION of Rachel Seligman Weiss in Opposition re: 153 Memorandum of Law in Opposition. Document filed by The City Of New York. (Attachments: # 1 Exhibit A)(Seligman, Rachel) (Entered: 06/17/2013) |
| 06/19/2013 | 155 | AFFIDAVIT., REPLY MEMORANDUM OF LAW. Document filed by Adrian Schoolcraft. (Smith, Nathaniel) (Entered: 06/19/2013) |

| 06/24/2013 | 156 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Nathaniel B. Smith dated 6/18/2013 re: I am writing to Your Honor to request an extension on the deadline for complying with the Court's June 6, 2013 discovery order. Opposing counsel has consented to my request for an additional ten days, which would extend the deadline from June 19, 2013 to July 1, 2013. ENDORSEMENT: So ordered. (Signed by Judge Robert W. Sweet on 6/18/2013) (ft) (Entered: 06/24/2013) |
|---|---|---|
| 06/28/2013 | 157 | OPINION: As set forth above, if the Hearing were to be conducted, there is a possibility that findings will be made that would have a preclusive effect upon the instant action, and therefore interfere with the Courts ability to fully adjudicate the issues before it. In addition, Younger abstention is inapplicable here, and Plaintiff has demonstrated that a preliminary injunction is warranted. Accordingly, upon the conclusions set forth above, Plaintiffs motion for a preliminary injunction is granted. The City of New York and their agents, servants, employees, and any parties acting on their behalf are preliminary enjoined from pursuing all further administrative proceedings against Plaintiff Adrian Schoolcraft, pending the resolution of this action or a determination by the City that its departmental proceeding will not have a preclusive effect on the issues raised in this action. (Signed by Judge Robert W. Sweet on 6/28/2013) (ft) (Entered: 06/28/2013) |
| 08/07/2013 | 158 | RULE 26(f)(3) AMENDED DISCOVERY PLAN: Deposition due by 3/5/2014. Fact Discovery due by 12/6/2013. Any dispositive motions shall be served by 4/5/2014. (Signed by Judge Robert W. Sweet on 8/5/2013) (lmb) Modified on 8/12/2013 (lmb). (Entered: 08/08/2013) |
| 08/17/2013 | 161 | MEMO ENDORSED ON SUBPOENA IN A CIVIL CASE: ENDORSEMENT: So Ordered (Signed by Judge Robert W. Sweet on 8/17/2013) (js) (Entered: 08/29/2013) |
| 08/19/2013 | 159 | NOTICE OF APPEARANCE by Walter Aoysius Kretz, Jr on behalf of Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity). (Kretz, Walter) (Entered: 08/19/2013) |
| 08/21/2013 | | ***DELETED DOCUMENT. Deleted document number 160 RULE 26(f)(3) AMENDED DISCOVERY PLAN. The document was incorrectly filed in this case. (lmb) (Entered: 08/23/2013) |
| 08/27/2013 | 160 | OPINION: # 103569 Based upon the conclusions set forth above, the Medical Defendants' motion is denied with respect to their request for a gag order order, and granted with respect to their request for a protective order, pursuant to the provisions set forth above. So Ordered (Signed by Judge Robert W. Sweet on 8/24/2013) (js) Modified on 9/13/2013 (ca). (Entered: 08/27/2013) |
| 09/05/2013 | 162 | Rule 26(f)(3) AMENDED DISCOVERY PLAN: The parties submit the following Amended Discovery Plan, pursuant to Federal Rules of Civil Procedure Rule 26(f)(3). (Deposition due by 3/5/2014., Fact Discovery due by 1/10/2014., Motions due by 4/7/2014.) (Signed by Judge Robert W. Sweet on 8/30/2013) (rsh) (Entered: 09/05/2013) |
| 09/09/2013 | 163 | LETTER MOTION for Local Rule 37.2 Conference *Reply to City Defendants' 08.21.13 Motion for Relief* addressed to Judge Robert W. Sweet from Suzanna |

|  |  |  |
|---|---|---|
|  |  | Mettham dated September 9, 2013. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), New York City Police Department, Robert W. O'Hare(Tax Id. 916960, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York, Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually), Richard Wall, Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually).(Publicker, Suzanna) (Entered: 09/09/2013) |
| 09/10/2013 | 164 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Robert W. Sweet from Nathaniel B. Smith dated 9-9-13. Document filed by Adrian Schoolcraft. (Attachments: # 1 Exhibit A-F)(Smith, Nathaniel) (Entered: 09/10/2013) |
| 09/12/2013 | 165 | NOTICE of Attorney Change of Name. Document filed by The City Of New York. (Publicker, Suzanna) (Entered: 09/12/2013) |
| 09/12/2013 | 166 | ORDER: The City Defendants' letter dated August 21, 2013 will be treated as a motion and heard at noon on Wednesday, September 25, 2013, courtroom 18C. Any opposition shall be served by September 18, 2013, and any reply papers shall be served by September 23, 2013. ( Motion Hearing set for 9/25/2013 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 9/10/2013) (cd) (Entered: 09/12/2013) |
| 09/12/2013 | 167 | ORDER: The Plaintiff's letter dated September 9, 2013 will be treated as a motion and heard at noon on Wednesday, September 25, 2013, in courtroom 18C. Any opposition papers shall be served by September 18, 2013, and any reply papers shall be served by September 23, 2013. (Motion Hearing set for 9/25/2013 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 9/12/2013) (rsh) (Entered: 09/12/2013) |
| 09/12/2013 |  | ***DELETED DOCUMENT pursuant to instructions from Chambers on 9/13/2013. Deleted document number 168 ORDER. The document was incorrectly filed in this case. (tro) (Entered: 09/13/2013) |

| 09/18/2013 | 168 | LETTER MOTION for Local Rule 37.2 Conference *Opposition to Plaintiff's 09.09.13 Letter Motion* addressed to Judge Robert W. Sweet from Suzanna Mettham dated September 18, 2013. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Robert W. O'Hare(Tax Id. 916960, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York, Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually), Richard Wall, Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Publicker, Suzanna) (Entered: 09/18/2013) |
| 09/18/2013 | 169 | LETTER RESPONSE to Motion addressed to Judge Robert W. Sweet from Nathaniel B. Smith dated September 18, 2013 re: 163 LETTER MOTION for Local Rule 37.2 Conference *Reply to City Defendants' 08.21.13 Motion for Relief* addressed to Judge Robert W. Sweet from Suzanna Mettham dated September 9, 2013.. Document filed by Adrian Schoolcraft. (Smith, Nathaniel) (Entered: 09/18/2013) |
| 09/23/2013 | 170 | LETTER REPLY to Response to Motion addressed to Judge Robert W. Sweet from Nathaniel B. Smith dated September 23, 2013 re: 164 LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Robert W. Sweet from Nathaniel B. Smith dated 9-9-13.. Document filed by Adrian Schoolcraft. (Smith, Nathaniel) (Entered: 09/23/2013) |
| 09/24/2013 | 171 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Leave to File Amended Answer. Document filed by Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity). Return Date set for 10/16/2013 at 12:00 PM. (Attachments: # 1 Declaration, # 2 Exhibit A - Proposed Amended Answer, # 3 Exhibit B - NYPD Tapes)(Kretz, Walter) Modified on 9/25/2013 (db). (Entered: 09/24/2013) |
| 09/24/2013 | 172 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** MOTION for Leave to File Amended Answer *Memorandum of Law in Support*. Document filed by Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity). Return Date set for 10/16/2013 at 12:00 PM.(Kretz, Walter) Modified on 9/25/2013 (db). (Entered: 09/24/2013) |

| 09/25/2013 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Walter Aoysius Kretz to RE-FILE Document 171 MOTION for Leave to File Amended Answer. ERROR(S): Supporting Documents are filed sepoarately, each receiving their own document #. Declaration in Support of Motion is found under the Event Type - Replies, Opposition and Supporting Documents. (db) (Entered: 09/25/2013) |
|---|---|---|
| 09/25/2013 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Note to Attorney Walter Aoysius Kretz to RE-FILE Document 172 MOTION for Leave to File Amended Answer *Memorandum of Law in Support*. Use the event type Memorandum in Support of Motion found under the event list Replies, Opposition and Supporting Documents. (db) (Entered: 09/25/2013) |
| 09/25/2013 | 173 | MOTION for Leave to File *Answer Amended with Counterclaims*. Document filed by Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity). Return Date set for 10/16/2013 at 12:00 PM. (Kretz, Walter) (Entered: 09/25/2013) |
| 09/25/2013 | 174 | DECLARATION of Walter Kretz in Support re: 173 MOTION for Leave to File *Answer Amended with Counterclaims*.. Document filed by Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity). (Attachments: # 1 Exhibit Proposed Amended Answer, # 2 Exhibit NYPD Tapes cover)(Kretz, Walter) (Entered: 09/25/2013) |
| 09/25/2013 | 175 | MEMORANDUM OF LAW in Support re: 173 MOTION for Leave to File *Answer Amended with Counterclaims*.. Document filed by Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity). (Kretz, Walter) (Entered: 09/25/2013) |
| 09/25/2013 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Oral Argument held on 9/25/2013 re: 66 Order, Set Motion(to compel)and R&R Deadlines/Hearings. (sc) (Entered: 09/30/2013) |
| 09/26/2013 | 176 | ORDER: Plaintiff's motion for leave to file an amended answer with counterclaims will be heard at noon on Wednesday, 10/16/2013. All papers shall be served in accordance with Local Civil rule 6.1. Set Deadlines/Hearing as to 173 MOTION for Leave to File *Answer Amended with Counterclaims*. ( Motion Hearing set for 10/16/2013 at 12:00 PM before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 9/25/2013) (cd) (Entered: 09/26/2013) |
| 10/01/2013 | 177 | LETTER MOTION for Local Rule 37.2 Conference *In Opp. to Plaintiff's 09/27/13 Letter Motion re AEO Designations* addressed to Judge Robert W. Sweet from Suzanna Mettham dated October 1, 2013. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Elise Hanlon(in her official |

| | | |
|---|---|---|
| | | capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Robert W. O'Hare(Tax Id. 916960, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York, Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually), Richard Wall, Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually).(Mettham, Suzanna) (Entered: 10/01/2013) |
| 10/09/2013 | 178 | SECOND LETTER MOTION for Local Rule 37.2 Conference *Opposing Plaintiff's Demand for the Return of Certain Property by the NYPD* addressed to Judge Robert W. Sweet from Suzanna Mettham dated October 9, 2013. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Robert W. O'Hare(Tax Id. 916960, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York, Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually), Richard Wall, Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually). (Attachments: # 1 Exhibit A)(Mettham, Suzanna) (Entered: 10/09/2013) |
| 10/10/2013 | 179 | ORDER: Defendants' letter, dated October 9, 2013, will be treated as a motion and heard at noon on Wednesday, October 16, 2013, in Courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1. Set Deadlines/Hearing as to 163 LETTER MOTION for Local Rule 37.2 Conference *Reply to City Defendants' 08.21.13 Motion for Relief* addressed to Judge Robert W. Sweet from Suzanna Mettham dated September 9, 2013. 164 LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Robert W. Sweet from Nathaniel B. Smith dated 9-9-13. ( Motion Hearing set for 10/16/2013 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 10/9/2013) (cd) |

| | | |
|---|---|---|
| | | (Entered: 10/10/2013) |
| 10/15/2013 | 180 | MOTION to Strike Document No. [174-1]. Document filed by Adrian Schoolcraft.(Smith, Nathaniel) (Entered: 10/15/2013) |
| 10/15/2013 | 181 | MEMORANDUM OF LAW in Support. Document filed by Adrian Schoolcraft. (Attachments: # 1 Exhibit Village Voice Article, # 2 Exhibit Trial Testimony) (Smith, Nathaniel) (Entered: 10/15/2013) |
| 10/15/2013 | 182 | NOTICE OF APPEARANCE by Howard Andrew Suckle on behalf of Adrian Schoolcraft. (Suckle, Howard) (Entered: 10/15/2013) |
| 10/15/2013 | 183 | NOTICE OF APPEARANCE by Howard Andrew Suckle on behalf of Adrian Schoolcraft. (Suckle, Howard) (Entered: 10/15/2013) |
| 10/16/2013 | 184 | LETTER MOTION for Local Rule 37.2 Conference *Reply to Pl. Opp. Dated 10/15/13 (Dkt. No. 181)* addressed to Judge Robert W. Sweet from Suzanna Mettham dated October 16, 2013. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York, Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually), Richard Wall, Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually). Return Date set for 10/16/2013 at 12:00 PM. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Mettham, Suzanna) (Entered: 10/16/2013) |
| 10/16/2013 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Oral Argument held on 10/16/2013.re: #178 Motion to Resolve the Stay(letter motion) and #180 Motion to Strike. (sc) Modified on 10/21/2013 (sc). (Entered: 10/21/2013) |
| 10/22/2013 | 185 | DECLARATION of Walter Kretz in Support. Document filed by Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity). (Attachments: # 1 Exhibit Exhibit 1)(Kretz, Walter) (Entered: 10/22/2013) |
| 10/22/2013 | 186 | REPLY MEMORANDUM OF LAW in Support. Document filed by Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity). (Kretz, Walter) (Entered: 10/22/2013) |

| 10/25/2013 | 187 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Nathaniel B. Smith dated 10/23/2013 re: Request that the pending motions be set down for oral argument on 11/13/2013 at noon. ENDORSEMENT: So Ordered. ( Oral Argument set for 11/13/2013 at 12:00 PM before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 10/24/2013) (cd) (Entered: 10/25/2013) |
|---|---|---|
| 10/28/2013 | 188 | **FILING ERROR - ELECTRONIC FILING OF NON-ECF DOCUMENT -** JOINT MOTION for Protective Order *by medical defendants.* Document filed by Isak Isakov. Return Date set for 11/13/2013 at 12:00 PM. (Attachments: # 1 Exhibit Exhibit A)(Lee, Brian) Modified on 10/29/2013 (db). (Entered: 10/28/2013) |
| 10/29/2013 | | **\*\*\*NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Brian E Lee. Document No. 188 Letter. This document is not filed via ECF. The Court permits the filing of letters including certain types of letter motions, a Motion for a Protective Order must be formally filed. (db)** (Entered: 10/29/2013) |
| 10/31/2013 | 189 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/16/2013 before Judge Robert W. Sweet. Court Reporter/Transcriber: Paula Speer, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/25/2013. Redacted Transcript Deadline set for 12/5/2013. Release of Transcript Restriction set for 2/1/2014.(Rodriguez, Somari) (Entered: 10/31/2013) |
| 10/31/2013 | 190 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/16/13 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 10/31/2013) |
| 11/01/2013 | 191 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Brian E. Lee dated 10/30/2013 re: We respectfully request that the following application be added to the calendar for November 13, 2013, when other motions will also be heard in this case. My ECF filing of this was rejected, as a motion for a protective order must be a formal motion. ENDORSEMENT: SO ORDERED. (Signed by Judge Robert W. Sweet on 10/31/2013) (ama) (Entered: 11/04/2013) |
| 11/11/2013 | 192 | LETTER RESPONSE to Motion addressed to Judge Robert W. Sweet from Nathaniel B. Smith dated 11-11-13 re: 184 LETTER MOTION for Local Rule 37.2 Conference *Reply to Pl. Opp. Dated 10/15/13 (Dkt. No. 181)* addressed to Judge Robert W. Sweet from Suzanna Mettham dated October 16, 2013. LETTER MOTION for Local Rule 37.2 Conference *Reply to Pl. Opp. Dated 10/15/13 (Dkt. No. 181)* addressed to Judge Robert W. Sweet from Suzanna Mettham dated October 16, 2013. LETTER MOTION for Local Rule 37.2 Conference *Reply to Pl. Opp. Dated 10/15/13 (Dkt. No. 181)* addressed to Judge Robert W. Sweet from Suzanna Mettham dated October 16, 2013. LETTER MOTION for Local Rule 37.2 Conference *Reply to Pl. Opp. Dated 10/15/13 (Dkt. No. 181)* addressed to Judge Robert W. Sweet from Suzanna Mettham dated October 16, 2013. LETTER |

| | | MOTION for Local Rule 37.2 Conference *Reply to Pl. Opp. Dated 10/15/13 (Dkt. No. 181)* addressed to Judge Robert W. Sweet from Suzanna Mettham dated October 16, 2013. LETTER MOTION for Local Rule 37.2 Conference *Reply to Pl. Opp. Dated 10/15/13 (Dkt. No. 181)* addressed to Judge Robert W. Sweet from Suzanna Mettham dated October 16, 2013. LETTER MOTION for Local Rule 37.2 Conference *Reply to Pl. Opp. Dated 10/15/13 (Dkt. No. 181)* addressed to Judge Robert W. Sweet from Suzanna Mettham dated October 16, 2013. LETTER MOTION for Local Rule 37.2 Conference *Reply to Pl. Opp. Dated 10/15/13 (Dkt. No. 181)* addressed to Judge Robert W. Sweet from Suzanna Mettham dated October 16, 2013.. Document filed by Adrian Schoolcraft. (Smith, Nathaniel) (Entered: 11/11/2013) |
|---|---|---|
| 11/12/2013 | 193 | NOTICE OF APPEARANCE by Paul F. Callan on behalf of Lillian Aldana-Bernier. (Callan, Paul) (Entered: 11/12/2013) |
| 11/12/2013 | 194 | NOTICE OF APPEARANCE by Matthew Joseph Koster on behalf of Lillian Aldana-Bernier. (Koster, Matthew) (Entered: 11/12/2013) |
| 11/13/2013 | 195 | NOTICE OF CHANGE OF ADDRESS by Matthew Joseph Koster on behalf of Lillian Aldana-Bernier. New Address: Callan Koster Brady & Brennan, LLP, One Whitehall Street 10th Floor, New York, New York, USA 10004, 212.248.8800. (Koster, Matthew) (Entered: 11/13/2013) |
| 11/13/2013 | 196 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** LETTER REPLY to Response to Motion addressed to Judge Robert W. Sweet from Matthew J. Koster dated November 13, 2013 re: 188 JOINT MOTION for Protective Order *by medical defendants*.. Document filed by Lillian Aldana-Bernier. (Koster, Matthew) Modified on 11/14/2013 (db). (Entered: 11/13/2013) |
| 11/13/2013 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Oral Argument held on 11/13/2013 re: 173 MOTION for Leave to File *Answer Amended with Counterclaims. filed by Steven Mauriello.* (sc) (Entered: 11/15/2013) |
| 11/14/2013 | | **\*\*\*NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Matthew Joseph Koster to RE-FILE Document 196 Reply to Response to Motion. ERROR(S): Document linked to filing error. (db)** (Entered: 11/14/2013) |
| 11/14/2013 | 197 | NOTICE OF APPEARANCE by William Robert Devine on behalf of Isak Isakov. (Devine, William) (Entered: 11/14/2013) |
| 11/14/2013 | 198 | LETTER addressed to Judge Robert W. Sweet from Matthew J. Koster dated November 13, 2013 re: Further support of defendants motion for a protective order. Document filed by Lillian Aldana-Bernier.(Koster, Matthew) (Entered: 11/14/2013) |
| 11/21/2013 | 199 | OPINION: #103768 For the reasons set forth below, City Defendants' motion is denied, Defendant Mauriello's motion is denied and Medical Defendants' motion is denied in part. Plaintiff's motions are denied. As noted above, because of Plaintiff's failure to serve a proper Rule 30 notice of fines or sanctions will be imposed. It is so ordered. (Signed by Judge Robert W. Sweet on 11/20/2013) (rsh) Modified on 11/25/2013 (ca). (Entered: 11/21/2013) |
| 11/25/2013 | 200 | MOTION for Reconsideration re; 175 Memorandum of Law in Support of |

| | | Motion, 174 Declaration in Support of Motion,. Document filed by Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity). Return Date set for 12/18/2013 at 12:00 PM.(Kretz, Walter) (Entered: 11/25/2013) |
|---|---|---|
| 11/25/2013 | 201 | MEMORANDUM OF LAW in Support re: 200 MOTION for Reconsideration re; 175 Memorandum of Law in Support of Motion, 174 Declaration in Support of Motion,. MOTION for Reconsideration re; 175 Memorandum of Law in Support of Motion, 174 Declaration in Support of Motion,.. Document filed by Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity). (Kretz, Walter) (Entered: 11/25/2013) |
| 12/04/2013 | 202 | ORDER: Defendat Mauriello's motion for reconsideration will be heard on submission on December 18, 2013. All papers shall be served in accordance with the Local Rules. IT IS SO ORDERED. (Signed by Judge Robert W. Sweet on 12/03/2013) (ama) (Entered: 12/04/2013) |
| 12/09/2013 | 203 | MEMORANDUM OF LAW in Opposition re: 200 MOTION for Reconsideration re; 175 Memorandum of Law in Support of Motion, 174 Declaration in Support of Motion,. MOTION for Reconsideration re; 175 Memorandum of Law in Support of Motion, 174 Declaration in Support of Motion,.. Document filed by Adrian Schoolcraft. (Smith, Nathaniel) (Entered: 12/09/2013) |
| 12/10/2013 | 204 | NOTICE OF APPEARANCE by Ryan Glenn Shaffer on behalf of Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Robert W. O'Hare(Tax Id. 916960, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York, Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually), Richard Wall, Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually). (Shaffer, Ryan) (Entered: 12/10/2013) |
| 12/16/2013 | 205 | REPLY to Response to Motion re: 200 MOTION for Reconsideration re; 175 Memorandum of Law in Support of Motion, 174 Declaration in Support of Motion,. MOTION for Reconsideration re; 175 Memorandum of Law in Support of Motion, 174 Declaration in Support of Motion,.. Document filed by Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity). (Kretz, Walter) (Entered: 12/16/2013) |

| 12/18/2013 | 206 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Robert W. Sweet from Suzanna Publicker Mettham dated December 18, 2013. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Robert W. O'Hare(Tax Id. 916960, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York, Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually), Richard Wall, Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually). (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)(Mettham, Suzanna) (Entered: 12/18/2013) |
| 01/02/2014 | 207 | NOTICE OF CHANGE OF ADDRESS by Suzanna Publicker Mettham on behalf of Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), Joseph Goff(Tax Id. 894025 Individually), Joseph Goff(Tax Id. 894025 in his official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), New York City Police Department, Robert W. O'Hare(Tax Id. 916960, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York, Timothy Trainer(Tax Id. 899922, in his Official |

| | | |
|---|---|---|
| | | Capacity), Timothy Trainer(Tax Id. 899922, Individually), Richard Wall, Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually). New Address: New York City Law Department, 100 Church Street, Rm 3-200, New York, New York, United States 10007, 212-356-2372. (Mettham, Suzanna) (Entered: 01/02/2014) |
| 01/13/2014 | 208 | TRANSCRIPT of Proceedings re: MOTIONS held on 9/25/2013 before Judge Robert W. Sweet. Court Reporter/Transcriber: Jerry Harrison, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/6/2014. Redacted Transcript Deadline set for 2/18/2014. Release of Transcript Restriction set for 4/17/2014.(Rodriguez, Somari) (Entered: 01/13/2014) |
| 01/13/2014 | 209 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTIONS proceeding held on 9/25/13 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 01/13/2014) |
| 01/13/2014 | 210 | RULE 26(f)(3) AMENDED DISCOVERY PLAN: The depositions of the defendants not previously deposed shall be held as set forth herein. Depositions of Non-Party witnesses (identified to date; does not preclude additional non-party depositions) by subpoenas served or to be served as set forth in this Order. The handling of confidential and attorneys' eyes only confidential and/or privileged information continues to be controlled by the Stipulation and Protective Order... Local Rule 33.3(c) interrogatories seeking the claims and contentions of the opposing parties shall be served after the depositions of the parties are completed... Fact discovery shall be completed by March 14, 2014....Plaintiff's expert disclosure shall be made by March 7, 2014 and defendants' expert disclosure shall be made by April 4, 2014. Depositions of plaintiff's expert(s) shall be completed by April 18, 2014 and depositions of defendants' experts shall be completed by May 2, 2014. Any dispositive motions shall be served by June 6, 2014. All dates in this discovery plan are subject to modification. It is expressly understood that the dates for expert discovery are preliminary and may change. The parties have conferred on this Schedule and Agree on the provisions hereof, except as noted above, and submit same to Judge Sweet for his approval. It is so Ordered. (Deposition due by 5/2/2014. Fact Discovery due by 3/14/2014.) (Signed by Judge Robert W. Sweet on 1/9/2014) (ja) (Entered: 01/14/2014) |
| 01/13/2014 | 211 | ORDER re: 206 LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Robert W. Sweet from Suzanna Publicker Mettham dated December 18, 2013, filed by Kurt Duncan, Gerald Nelson, Timothy Caughey, Thomas Hanley, Elise Hanlon, Robert W. O'Hare, Shantel James, Christopher Broschart, Sondra Wilson, Richard Wall, Theodore Lauterborn, William Gough, Frederick Sawyer, Timothy Trainer, Steven Mauriello, The City Of New York, Michael Marino. City Defendant's letter, ECF No. 206, will be treated as a motion and heard at noon on Wednesday, January 15, 2014. All papers shall be served in accordance with |

| | | |
|---|---|---|
| | | Local Civil Rule 6.1. (Motion Hearing set for 1/15/2014 at 12:00 PM before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 1/9/2014) (ja) (Entered: 01/14/2014) |
| 01/15/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Oral Argument held on 1/15/2014 re: 206 LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Robert W. Sweet from Suzanna Publicker Mettham dated December 18, 2013. filed by Kurt Duncan, Gerald Nelson, Timothy Caughey, Thomas Hanley, Elise Hanlon, Robert W. O'Hare, Shantel James, Christopher Broschart, Sondra Wilson, Richard Wall, Theodore Lauterborn, William Gough, Frederick Sawyer, Timothy Trainer, Steven Mauriello, The City Of New York, Michael Marino. (sc) (Entered: 01/22/2014) |
| 01/22/2014 | 212 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/15/2014 before Judge Robert W. Sweet. Court Reporter/Transcriber: Bridget Lombardozzi, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/18/2014. Redacted Transcript Deadline set for 2/27/2014. Release of Transcript Restriction set for 4/25/2014.(Rodriguez, Somari) (Entered: 01/22/2014) |
| 01/22/2014 | 213 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/15/14 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 01/22/2014) |
| 01/30/2014 | 214 | **FILING ERROR - ELECTRONIC FILING OF NON-ECF DOCUMENT -** LETTER MOTION for Local Rule 37.2 Conference *and request to preclude plaintiff from relying upon information which he has failed to provide pursuant to the Court's January 15, 2014 Order* addressed to Judge Robert W. Sweet from Ryan G. Shaffer dated January 30, 2014. Document filed by The City Of New York.(Shaffer, Ryan) Modified on 1/31/2014 (db). (Entered: 01/30/2014) |
| 01/31/2014 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Ryan Glenn Shaffer. Document No. 214 Letter. This document is not filed via ECF. The Court permits the filing of letters including certain types of letter motions, a Motion to Preclude must be formally filed. (db)** (Entered: 01/31/2014) |
| 02/04/2014 | 215 | ORDER: City Defendant's letter will be treated as a motion and heard at noon on Tuesday, February 11, 2014. All papers shall be served in accordance with Local Civil Rule 6.1., ( Motion Hearing set for 2/11/2014 at 12:00 PM before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 2/4/2014) (lmb) (Entered: 02/04/2014) |
| 02/07/2014 | 216 | ENDORSED LETTER addressed to Judge Robert W. Sweet, from Nathaniel B. Smith, dated 2/5/2014, re: request that the City Defendants' motion on the Court's calendar for February 11, 2014 be adjourned one week to February 18, 2014. ENDORSEMENT: So ordered. (Signed by Judge Robert W. Sweet on 2/6/2014) |

| | | (ja) (Entered: 02/07/2014) |
|---|---|---|
| 02/10/2014 | 217 | LETTER addressed to Judge Robert W. Sweet from Ryan G. Shaffer dated February 10, 2014 re: Defendants' January 30, 2014 Letter Motion. Document filed by The City Of New York.(Shaffer, Ryan) (Entered: 02/10/2014) |
| 02/12/2014 | 218 | LETTER RESPONSE to Motion addressed to Judge Robert W. Sweet from Nathaniel B. Smith dated February 12, 2014 re: 214 LETTER MOTION for Local Rule 37.2 Conference *and request to preclude plaintiff from relying upon information which he has failed to provide pursuant to the Court's January 15, 2014 Order* addressed to Judge Robert W. Sweet from Ryan G. Shaf. Document filed by Adrian Schoolcraft. (Smith, Nathaniel) (Entered: 02/12/2014) |
| 02/14/2014 | 219 | **FILING ERROR - ELECTRONIC FILING OF NON-ECF DOCUMENT -** LETTER MOTION for Local Rule 37.2 Conference *Reply to January 30, 2014 Letter Motion* addressed to Judge Robert W. Sweet from Suzanna Publicker Mettham dated February 14, 2014. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Robert W. O'Hare(Tax Id. 916960, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York, Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually), Richard Wall, Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually). Return Date set for 2/11/2014 at 12:00 PM. (Attachments: # 1 Exhibit A - Transcript of January 15, 2014 Conference)(Mettham, Suzanna) Modified on 2/18/2014 (db). (Entered: 02/14/2014) |
| 02/18/2014 | | **\*\*\*NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Suzanna Publicker Mettham. Document No. 219 Letter. This document is not filed via ECF. The Court permits the filing of letters including certain types of letter motions, a Motion for Sanctions must be formally filed. (db)** (Entered: 02/18/2014) |
| 02/18/2014 | 220 | **FILING ERROR - ELECTRONIC FILING OF NON-ECF DOCUMENT -** LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Robert W. Sweet from Ryan G. Shaffer dated February 18, 2014. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 |

|  |  | Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), Joseph Goff(Tax Id. 894025 Individually), Joseph Goff(Tax Id. 894025 in his official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually). (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Shaffer, Ryan) Modified on 2/19/2014 (db). (Entered: 02/18/2014) |
| 02/18/2014 | 221 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Nathaniel B. Smith dated 2/10/2014 re: Accordingly, I request that this schedule be so-ordered and that the City Defendants' request for a default, dated February 10, 2014, be denied. ENDORSEMENT: SO ORDERED. (Signed by Judge Robert W. Sweet on 2/11/2014) (ama) (Entered: 02/18/2014) |
| 02/19/2014 |  | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Ryan Glenn Shaffer. Document No. 220 Letter. This document is not filed via ECF. The Court permits the filing of letters including certain types of letter motions, a Motion for a Protective Order must be formally filed. (db) (Entered: 02/19/2014) |
| 03/03/2014 | 222 | ORDER re: 217 Letter filed by The City Of New York, 218 Response to Motion, filed by Adrian Schoolcraft, 214 LETTER MOTION for Local Rule 37.2 Conference *and request to preclude plaintiff from relying upon information which he has failed to provide pursuant to the Court's January 15, 2014 Order* addressed to Judge Robert W. Sweet from Ryan G. Shaf filed by The City Of New York, 219 LETTER MOTION for Local Rule 37.2 Conference *Reply to January 30, 2014 Letter Motion* addressed to Judge Robert W. Sweet from Suzanna Publicker Mettham dated February 14, 2014 filed by Kurt Duncan, Gerald Nelson, Timothy Caughey, Thomas Hanley, Elise Hanlon, Robert W. O'Hare, Shantel James, Christopher Broschart, Sondra Wilson, Richard Wall, Theodore Lauterborn, William Gough, Frederick Sawyer, Timothy Trainer, The City Of New York, Michael Marino: Plaintiffs and City defendants shall meet and confer and prepare a list of disputed issues to be heard by the court at 2 p.m. on Thursday, 3/13/2014, in Courtroom 18C. (Status Conference set for 3/13/2014 at 02:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 3/3/2014) (tn) (Entered: 03/03/2014) |
| 03/05/2014 | 223 | MOTION to Compel Graham Rayman to Produce Documents. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his |

| | | |
|---|---|---|
| | | official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Robert W. O'Hare(Tax Id. 916960, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York, Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually), Richard Wall, Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually).(Mettham, Suzanna) (Entered: 03/05/2014) |
| 03/05/2014 | 224 | MEMORANDUM OF LAW in Support re: 223 MOTION to Compel Graham Rayman to Produce Documents.. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Robert W. O'Hare(Tax Id. 916960, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York, Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually), Richard Wall, Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually). (Mettham, Suzanna) (Entered: 03/05/2014) |
| 03/05/2014 | 225 | DECLARATION of Suzanna Publicker Mettham in Support re: 223 MOTION to Compel Graham Rayman to Produce Documents.. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Elise Hanlon(in her official |

| | | |
|---|---|---|
| | | capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Robert W. O'Hare(Tax Id. 916960, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually), Richard Wall, Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)(Mettham, Suzanna) (Entered: 03/05/2014) |
| 03/05/2014 | 226 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Suzanna Publicker Mettham dated 3/3/2014 re: Request for extension of reply deadline until 3/7/2014. ENDORSEMENT: Extension to reply to March 7 granted. Motion to be heard March 13. So ordered. (Replies due by 3/7/2014.) (Signed by Judge Robert W. Sweet on 3/4/2014) (rjm) (Entered: 03/06/2014) |
| 03/13/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Scheduling Conference held on 3/13/2014. (sc) (Entered: 03/18/2014) |
| 03/14/2014 | 227 | ENDORSED LETTER addressed to Judge Robert W. Sweet from David S. Korzenik dated 3/12/2014 re: I write to request that Mr. Rayman's time to respond to the motion be extended to Friday, March 28, and that the City's time to reply be extended accordingly, to Friday, April 4. ENDORSEMENT: So ordered., ( Responses due by 3/28/2014., Replies due by 4/4/2014.) (Signed by Judge Robert W. Sweet on 3/13/2014) (lmb) (Entered: 03/14/2014) |
| 03/14/2014 | 228 | OPINION #104065 re: 200 MOTION for Reconsideration re; 175 Memorandum of Law in Support of Motion, 174 Declaration in Support of Motion,. MOTION for Reconsideration re; 175 Memorandum of Law in Support of Motion, 174 Declaration in Support of Motion. filed by Steven Mauriello. Given the reasoning above, Defendant Mauriello's motion for reconsideration is granted. Defendant has leave to file an answer amended with counterclaims. (Signed by Judge Robert W. Sweet on 3/13/2014) (lmb) Modified on 3/17/2014 (ca). (Entered: 03/14/2014) |
| 03/17/2014 | 229 | ORDER: City Defendants' motion to compel shall be heard on Wednesday, April 9, 2014 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with the Local Rules. (Signed by Judge Robert W. Sweet on 3/14/2014) (lmb) (Entered: 03/17/2014) |
| 03/17/2014 | 230 | ENDORSED LETTER addressed to Judge Robert W. Sweet from David S. Korzenik dated 3/12/2014 re: I write to request that Mr. Rayman's time to respond to the motion be extended to Friday, March 28, and that the City's time to reply be extended accordingly, to Friday, April 4. ENDORSEMENT: So ordered., ( Responses due by 3/28/2014., Replies due by 4/4/2014.) (Signed by Judge Robert W. Sweet on 3/13/2014) (lmb) (Entered: 03/17/2014) |

| 03/18/2014 | 231 | COUNTERCLAIM against Adrian Schoolcraft.Document filed by Steven Mauriello(Tax Id. 895117, Individually), Steven Mauriello(Tax Id. 895117 in his official capacity).(Kretz, Walter) (Entered: 03/18/2014) |
|---|---|---|
| 03/26/2014 | 232 | TRANSCRIPT of Proceedings re: CONFERENCE held on 3/13/2014 before Judge Robert W. Sweet. Court Reporter/Transcriber: Vincent Bologna, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/21/2014. Redacted Transcript Deadline set for 5/1/2014. Release of Transcript Restriction set for 6/27/2014.(Rodriguez, Somari) (Entered: 03/26/2014) |
| 03/26/2014 | 233 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 3/13/14 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 03/26/2014) |
| 03/26/2014 | 234 | RULE 26(F)(3) AMENDED DISCOVERY PLAN: ( Deposition due by 9/12/2014., Fact Discovery due by 6/14/2014., Motions due by 8/25/2014., Pretrial Order due by 10/1/2014. Responses due by 9/22/2014., Replies due by 9/30/2014.) Trial 10/13. (Signed by Judge Robert W. Sweet on 3/25/2014) (lmb) (Entered: 03/26/2014) |
| 03/26/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Status Conference was held on 3/26/2014. Discovery issue was heard by the court. Decision is reserved. (sc) (Entered: 03/31/2014) |
| 03/28/2014 | 235 | NOTICE OF APPEARANCE by David S. Korzenik on behalf of Graham Rayman. (Korzenik, David) (Entered: 03/28/2014) |
| 03/28/2014 | 236 | MEMORANDUM OF LAW in Opposition re: 223 MOTION to Compel Graham Rayman to Produce Documents.. Document filed by Graham Rayman. (Korzenik, David) (Entered: 03/28/2014) |
| 03/28/2014 | 237 | DECLARATION of Graham Rayman in Opposition re: 223 MOTION to Compel Graham Rayman to Produce Documents.. Document filed by Graham Rayman. (Korzenik, David) (Entered: 03/28/2014) |
| 04/04/2014 | 238 | REPLY MEMORANDUM OF LAW in Support re: 223 MOTION to Compel Graham Rayman to Produce Documents.. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department), Elise |

| | | |
|---|---|---|
| | | Hanlon(individually), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Robert W. O'Hare(Tax Id. 916960, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York, Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually), Richard Wall, Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually). (Mettham, Suzanna) (Entered: 04/04/2014) |
| 04/07/2014 | 239 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Debra C. Freeman. (Signed by Judge Robert W. Sweet on 4/7/2014) (lmb) (Entered: 04/07/2014) |
| 04/07/2014 | 240 | ANSWER to 231 Counterclaim. Document filed by Adrian Schoolcraft.(Smith, Nathaniel) (Entered: 04/07/2014) |
| 04/07/2014 | 241 | MEMORANDUM OF LAW in Support re: 223 MOTION to Compel Graham Rayman to Produce Documents.. Document filed by Adrian Schoolcraft. (Attachments: # 1 Exhibit A)(Smith, Nathaniel) (Entered: 04/07/2014) |
| 04/09/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Oral Argument held on 4/9/2014 re: 223 MOTION to Compel Graham Rayman to Produce Documents. filed by Kurt Duncan, Gerald Nelson, Timothy Caughey, Thomas Hanley, Elise Hanlon, Robert W. O'Hare, Shantel James, Christopher Broschart, Sondra Wilson, Richard Wall, Theodore Lauterborn, William Gough, Frederick Sawyer, Timothy Trainer, The City Of New York, Michael Marino. (sc) (Entered: 04/11/2014) |
| 04/10/2014 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Settlement Conference held via telephone on 4/10/2014. Telephone conference scheduled for 4/28/14 at 4:00 p.m. Tentative settlement conference scheduled for 5/8/14 at 2:00 p.m. (aba) (Entered: 04/10/2014) |
| 04/11/2014 | 242 | MOTION to Strike Document No. [10-cv-6005 (RWS)]. Document filed by Adrian Schoolcraft.(Smith, Nathaniel) (Entered: 04/11/2014) |
| 04/11/2014 | 243 | MEMORANDUM OF LAW in Support. Document filed by Adrian Schoolcraft. (Attachments: # 1 Exhibit A)(Smith, Nathaniel) (Entered: 04/11/2014) |
| 04/15/2014 | 244 | LETTER MOTION for Conference addressed to Judge Robert W. Sweet from Gregory J. Radomisli dated April 15, 2014. Document filed by Jamaica Hospital Medical Center. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Radomisli, Gregory) (Entered: 04/15/2014) |
| 04/17/2014 | 245 | ORDER: Set Deadlines/Hearing as to 244 LETTER MOTION for Conference addressed to Judge Robert W. Sweet from Gregory J. Radomisli dated April 15, 2014. Defendant Jamaica Hospital Medical Center's letter, dated April 15, 2014, |

| | | |
|---|---|---|
| | | will be treated as a motion and heard at noon on Wednesday, April 30, 2014 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1. (Motion Hearing set for 4/30/2014 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 4/17/2014) (ajs) (Entered: 04/17/2014) |
| 04/17/2014 | 246 | ORDER: Plaintiff's motion to strike shall be heard at noon on Wednesday, April 30, 2014 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1. Set Deadlines/Hearing as to (Motion Hearing set for 4/30/2014 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 4/17/2014) (ajs) (Entered: 04/17/2014) |
| 04/22/2014 | 247 | OPINION 104239 re: 223 MOTION to Compel Graham Rayman to Produce Documents filed by Kurt Duncan, Gerald Nelson, Timothy Caughey, Thomas Hanley, Elise Hanlon, Robert W. O'Hare, Shantel James, Christopher Broschart, Sondra Wilson, Richard Wall, Theodore Lauterborn, William Gough, Frederick Sawyer, Timothy Trainer, The City Of New York, Michael Marino. Upon the conclusions set forth above, City Defendants' motion to compel is granted with respect to Subpoena Requests Nos. 3, 5, 8, and 10. The City's motion is denied with respect to all other Subpoena Requests. It is so ordered. (Signed by Judge Robert W. Sweet on 4/18/2014) (ajs) Modified on 4/24/2014 (nt). (Entered: 04/22/2014) |
| 04/24/2014 | 248 | DECLARATION of Walter Kretz in Opposition. Document filed by Steven Mauriello(Tax Id. 895117 in his official capacity), Steven Mauriello(Tax Id. 895117, Individually). (Kretz, Walter) (Entered: 04/24/2014) |
| 04/24/2014 | 249 | MEMORANDUM OF LAW in Opposition *to plaintiff's motion to strike*. Document filed by Steven Mauriello(Tax Id. 895117 in his official capacity), Steven Mauriello(Tax Id. 895117, Individually). (Kretz, Walter) (Entered: 04/24/2014) |
| 04/28/2014 | 250 | LETTER RESPONSE in Support of Motion addressed to Judge Robert W. Sweet from Gregory J Radomisli dated April 28, 2014 re: 244 LETTER MOTION for Conference addressed to Judge Robert W. Sweet from Gregory J. Radomisli dated April 15, 2014. . Document filed by Jamaica Hospital Medical Center. (Attachments: # 1 Exhibit 1)(Radomisli, Gregory) (Entered: 04/28/2014) |
| 04/28/2014 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Settlement Conference held via telephone on 4/28/2014. Canceled in person settlement conference. Telephone conference scheduled for 5/8/14 at 12 noon. (aba) (Entered: 04/30/2014) |
| 04/29/2014 | 251 | REPLY MEMORANDUM OF LAW in Support re: 242 MOTION to Strike Document No. [10-cv-6005 (RWS)]. . Document filed by Adrian Schoolcraft. (Smith, Nathaniel) (Entered: 04/29/2014) |
| 04/30/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Oral Argument held on 4/30/2014 re: 244 LETTER MOTION for Conference addressed to Judge Robert W. Sweet from Gregory J. Radomisli dated April 15, 2014. filed by |

| | | |
|---|---|---|
| | | Jamaica Hospital Medical Center, 242 MOTION to Strike Document No. [10-cv-6005 (RWS)]. filed by Adrian Schoolcraft. (sc) (Entered: 05/05/2014) |
| 05/08/2014 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Settlement Conference held via telephone on 5/8/2014. Telephone conference scheduled for 5/20/14 at 11:30 a.m. (aba) (Entered: 05/08/2014) |
| 05/08/2014 | 252 | OPINION 104315 re: 242 MOTION to Strike Document No. [10-cv-6005 (RWS)] filed by Adrian Schoolcraft. Based on the foregoing above, Plaintiff's motion for strike is denied. (Signed by Judge Robert W. Sweet on 5/7/2014) (tro) Modified on 5/9/2014 (nt). (Entered: 05/08/2014) |
| 05/09/2014 | 253 | TRANSCRIPT of Proceedings re: MOTION held on 4/9/2014 before Judge Robert W. Sweet. Court Reporter/Transcriber: Bridget Lombardozzi, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/2/2014. Redacted Transcript Deadline set for 6/12/2014. Release of Transcript Restriction set for 8/11/2014.(Rodriguez, Somari) (Entered: 05/09/2014) |
| 05/09/2014 | 254 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTION proceeding held on 4/9/14 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 05/09/2014) |
| 05/20/2014 | 255 | ORDER. City Defendant's letter dated May 16, 2014 shall be treated as a motion and heard at noon on Wednesday, May 28, 2014 in Courtroom 18C, United States Courthouse, 500 Pearl Street. It is so ordered. (Oral Argument set for 5/28/2014 at 12:00 PM in Courtroom 18C, U.S. Courthouse, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 5/19/2014) (rjm) (Entered: 05/20/2014) |
| 05/20/2014 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Settlement Conference held via telephone on 5/20/2014. (aba) (Entered: 05/21/2014) |
| 05/22/2014 | 256 | TRANSCRIPT of Proceedings re: MOTION held on 4/30/2014 before Judge Robert W. Sweet. Court Reporter/Transcriber: Karen Gorlaski, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/16/2014. Redacted Transcript Deadline set for 6/26/2014. Release of Transcript Restriction set for 8/25/2014.(Rodriguez, Somari) (Entered: 05/22/2014) |
| 05/22/2014 | 257 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTION proceeding held on 4/30/14 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request |

| | | Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 05/22/2014) |
|---|---|---|
| 05/23/2014 | 258 | LETTER addressed to Judge Robert W. Sweet from Gregory J Radomisli dated May 23, 2014 re: Response to plaintiff's counsel's letter. Document filed by Jamaica Hospital Medical Center. (Attachments: # 1 Exhibit A)(Radomisli, Gregory) (Entered: 05/23/2014) |
| 05/28/2014 | 259 | REPLY . Document filed by Adrian Schoolcraft. (Smith, Nathaniel) (Entered: 05/28/2014) |
| 05/28/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Oral Argument on motion for protective order held on 5/28/2014 re: 255 Order, Set Hearings, 258 Letter filed by Jamaica Hospital Medical Center. (sc) (Entered: 06/06/2014) |
| 06/10/2014 | 260 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/28/2014 before Judge Robert W. Sweet. Court Reporter/Transcriber: Alena Lynch, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/7/2014. Redacted Transcript Deadline set for 7/14/2014. Release of Transcript Restriction set for 9/11/2014.(Rodriguez, Somari) (Entered: 06/10/2014) |
| 06/10/2014 | 261 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/28/14 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 06/10/2014) |
| 06/18/2014 | 262 | RULE 26 (f)(3) AMENDED DISCOVERY PLAN: ( Deposition due by 10/9/2014., Fact Discovery due by 7/18/2014.) (Signed by Judge Robert W. Sweet on 6/12/2014) (lmb) (Entered: 06/18/2014) |
| 06/20/2014 | 263 | BRIEF . Document filed by Adrian Schoolcraft.(Smith, Nathaniel) (Entered: 06/20/2014) |
| 07/01/2014 | 264 | ORDER. City Defendant's letter dated June 12, 2014 shall be treated as a motion and heard on submission on Wednesday, July 2, 2014. It is so ordered. (Signed by Judge Robert W. Sweet on 6/27/2014) (rjm) (Entered: 07/02/2014) |
| 07/30/2014 | 265 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Nathaniel B. Smith dated 7/22/2014 re: Accordingly, I am requesting, with the consent of all parties, that the discovery and motion deadlines set forth in the current Scheduling Order be each adjourned one week. ENDORSEMENT: SO ORDERED. (Signed by Judge Robert W. Sweet on 7/25/2014) (ama) (Entered: 07/30/2014) |
| 08/06/2014 | 266 | ORDER. Plaintiff's letter dated July 25, 2014 will be treated as a motion and heard on submission August 13, 2014. It is so ordered. (Signed by Judge Robert W. Sweet on 8/6/2014) (rjm) (Entered: 08/06/2014) |

| 08/12/2014 | 267 | OPINION #104610. Based on the reasoning set forth in this Opinion, Defendant's motion for reconsideration is denied. It is so ordered. (Signed by Judge Robert W. Sweet on 7/30/2014) (rjm) Modified on 8/14/2014 (ca). (Entered: 08/12/2014) |
|---|---|---|
| 08/29/2014 | 268 | OPINION #104659: Discovery disputes have plagued this highly controversial action, perhaps understandably. The letters submitted by Plaintiff Adrian Schoolcraft ("Schoolcraft" or the "Plaintiff") on July 23, July 25, August 5, and August 12, 2014, defendant the City of New York (the "City") on July 29 and August 12, 2014, defendant Dr. Isak Isakov ("Dr. Isakov") on August 5, 2014, defendant Jamaica Hospital Medical Center ("JHMC") on July 24, 2014, and non-party witness Dr. Indira Patel ("Dr. Patel") on July 31, August 14, and August 15, 2014 are being treated as motions to compel discovery and oppositions to such motions, as set forth within. The following documents shall be produced by the City to Plaintiff (See Order). Plaintiff shall update his discovery responses pertaining to his financial and physical/emotional damages within two weeks of the filing of this Order. Given the aforementioned ruling on Dr. Patel's deposition, the motion of Dr. Isakov is denied as moot. It is so ordered. (See Order). (Signed by Judge Robert W. Sweet on 8/27/2014) (ajs) Modified on 9/2/2014 (ca). (Entered: 08/29/2014) |
| 09/04/2014 | 269 | **FILING ERROR - ELECTRONIC FILING OF NON-ECF DOCUMENT -** LETTER MOTION for Local Rule 37.2 Conference *Motion to Compel Plaintiff's Expert Discovery* addressed to Judge Robert W. Sweet from Suzanna Publicker Mettham dated September 4, 2014. Document filed by Christopher Broschart(Tax Id. 915354 in his official capacity), Christopher Broschart(Tax Id. 915354 Individually), Timothy Caughey(Tax Id. 885374 Individually), Timothy Caughey(Tax Id. 885374 in his official capacity), Kurt Duncan(Shield No. 2483, Individually), Kurt Duncan(Shield No. 2483 in his official capacity), William Gough(Tax Id. 919124, Individually), William Gough(Tax Id. 919124, in his Official Capacity), Thomas Hanley(Tax Id. 879761, in his Official Capacity), Thomas Hanley(Tax Id. 879761, Individually), Elise Hanlon(in her official capacity as a lieutenant with the New York City Fire Department), Elise Hanlon(individually), Shantel James(Shield No. 3004 in his official capacity), Shantel James(Shield No. 3004 Individually), Theodore Lauterborn(Tax Id. 897840 in his official capacity), Theodore Lauterborn(Tax Id. 897840, Individually), Michael Marino, Michael Marino, Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370 in his official capacity), Gerald Nelson(Assistant Chief Patrol Borough Brooklyn North, Tax Id. 912370, Individually), Robert W. O'Hare(Tax Id. 916960, Individually), Robert W. O'Hare(Tax Id. 916960, in his Official Capacity), Frederick Sawyer(Shield No. 2576 in his official capacity), Frederick Sawyer(Shield No. 2576, Individually), The City Of New York, Timothy Trainer(Tax Id. 899922, in his Official Capacity), Timothy Trainer(Tax Id. 899922, Individually), Richard Wall, Sondra Wilson(Shield No. 5172, in her Official Capacity), Sondra Wilson(Shield No. 5172, Individually). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Mettham, Suzanna) Modified on 9/5/2014 (db). (Entered: 09/04/2014) |
| 09/05/2014 | | **\*\*\*NOTE TO ATTORNEY TO RE-FILE DOCU. Document No. 269 Letter. This document is not filed via ECF. The Court permits the filing of letters including certain types of letter motions, a Motion to Compel must be** |

| | | formally filed. (db) (Entered: 09/05/2014) |
|---|---|---|
| 09/15/2014 | 270 | ORDER: City Defendants' letter, dated September 4, 2014, shall be heard at noon on Wednesday, September 17, 2014 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with the Local Civil Rules. It is so ordered. Set Deadlines/Hearing: Motion Hearing set for 9/17/2014 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet. (Signed by Judge Robert W. Sweet on 9/12/2014) (ajs) (Entered: 09/15/2014) |
| 09/17/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Oral Argument held on 9/17/2014 re: 269 LETTER MOTION for Local Rule 37.2 Conference *Motion to Compel Plaintiff's Expert Discovery addressed to Judge Robert W. Sweet from Suzanna Publicker Mettham dated September 4, 2014. filed by Kurt Duncan, Gerald Nelson, Timothy Caughey, Thomas Hanley, Elise Hanlon, Robert W. O'Hare, Shantel James, Christopher Broschart, Sondra Wilson, Richard Wall, Theodore Lauterborn, William Gough, Frederick Sawyer, Timothy Trainer, The City Of New York, Michael Marino. (sc)* (Entered: 09/24/2014) |
| 09/23/2014 | 271 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Ryan G. Shaffer dated 9/18/2014 re: 1) Plaintiff's failure to comply with the Court's 8/29/14 Order and 2) Plaintiff's untimely disclosure of no less than seventeen individuals whom he claims, for the very first time, "may have information relevant to this action". ENDORSEMENT: Treat as motion to compel and to bar not previously disclosed witnesses returnable 9-24. So ordered. (Signed by Judge Robert W. Sweet on 9/19/2014) (ajs) (Entered: 09/23/2014) |
| 09/23/2014 | 272 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Suzanna Publicker Mettham dated 9/22/2014 re: Defendants request to file twenty-five additional pages for their impending summary judgment motion. ENDORSEMENT: So ordered. (Signed by Judge Robert W. Sweet on 9/23/2014) (ajs) (Entered: 09/23/2014) |
| 10/07/2014 | 273 | TRANSCRIPT of Proceedings re: conference held on 9/17/2014 before Judge Robert W. Sweet. Court Reporter/Transcriber: Rose Prater, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/31/2014. Redacted Transcript Deadline set for 11/10/2014. Release of Transcript Restriction set for 1/8/2015.(McGuirk, Kelly) (Entered: 10/07/2014) |
| 10/07/2014 | 274 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 9/17/14 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 10/07/2014) |
| 10/09/2014 | 275 | STIPULATED AND PROTECTIVE ORDER: Regarding procedures to be followed that shall govern the handling of confidential material. SO ORDERED. (Signed by Judge Robert W. Sweet on 10/1/2014) (ajs) (Entered: 10/09/2014) |

| 10/17/2014 | 276 | TRANSCRIPT of Proceedings re: conference held on 10/1/2014 before Judge Robert W. Sweet. Court Reporter/Transcriber: Karen Gorlaski, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/10/2014. Redacted Transcript Deadline set for 11/20/2014. Release of Transcript Restriction set for 1/18/2015.(McGuirk, Kelly) (Entered: 10/17/2014) |
|---|---|---|
| 10/17/2014 | 277 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 10/1/2014 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 10/17/2014) |
| 10/21/2014 | 278 | ORDER: Defendant Jamaica Hospital Medical Center's letter to the Court dated October 6, 2014; Defendant Dr. Isak Isakov's letter to the Court dated October 14, 2014; and Plaintiff's letters to the Court dated October 7, 2014 and October 16, 2014 will be treated as motions and shall be heard at noon on Wednesday, October 29, 2014 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1. It is so ordered. Set Deadlines/Hearing: Motion Hearing set for 10/29/2014 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet. (Signed by Judge Robert W. Sweet on 10/21/2014) (ajs) (Entered: 10/21/2014) |
| 10/21/2014 | 279 | NOTICE OF APPEARANCE by Brian Scott Osterman on behalf of Jamaica Hospital Medical Center. (Osterman, Brian) (Entered: 10/21/2014) |
| 10/23/2014 | 280 | NOTICE OF APPEARANCE by Brian Scott Osterman on behalf of Jamaica Hospital Medical Center. (Osterman, Brian) (Entered: 10/23/2014) |
| 10/29/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Oral Argument held on 10/29/2014 re: 281 Letter, 282 Letter, 284 Letter, 283 Letter. (Court Reporter Kristen Carannante) (Chan, Tsz) (Entered: 11/04/2014) |
| 11/03/2014 | 281 | LETTER addressed to Judge Robert W. Sweet from Nathaniel B. Smith dated 10/7/2014 re: Conference request. (ajs) (Entered: 11/03/2014) |
| 11/03/2014 | 282 | LETTER addressed to Honorable Sir from Brian E. Lee dated 10/14/2014 re: Approval of the briefing schedule for the dispositive motions in this case. (ajs) (Entered: 11/03/2014) |
| 11/03/2014 | 283 | LETTER addressed to Judge Robert W. Sweet from Nathaniel B. Smith dated 10/16/2014 re: Response to letter submitted by City Defendants, dated October 14, 2014. (ajs) (Entered: 11/03/2014) |
| 11/03/2014 | 284 | LETTER addressed to Judge Robert W. Sweet from Gregory J. Radomisli dated 10/6/2014 re: Request to adjourn trial date. (ajs) (Entered: 11/03/2014) |
| 11/05/2014 | 285 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Nathaniel B. |

| | | |
|---|---|---|
| | | Smith dated 11/4/2014 re: Enlargement of page limitations. ENDORSEMENT: So ordered. (Signed by Judge Robert W. Sweet on 11/5/2014) (ajs) (Entered: 11/05/2014) |
| 11/05/2014 | 286 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Brian Osterman dated 11/4/2014 re: Enlargement of page limitations. ENDORSEMENT: So ordered. (Signed by Judge Robert W. Sweet on 11/4/2014) (ajs) (Entered: 11/05/2014) |
| 11/06/2014 | 287 | UNSEALING ORDER: that the City of New York, including the Office of Corporation Counsel and the New York City Police Department, shall not be bound by the statutory sealing requirements of CPL §§ 160.50 and 160.55, as it relates to the videos at issue. The City Defendant shall produce non-party information subject to CPL §§ 160.50 and 160.55, contained on the subject videos, to plaintiff. The use of the above-referenced records is restricted to use in the above-entitled civil rights actions and shall be protected by plaintiff's counsel as "Attorneys' Eye Only," such that plaintiff's counsel may not disclose the non-party information on the videos to anyone other than employees of their firms, relevant deponents (and any court reporter/videographer at the deposition), and the Court. (Signed by Judge Robert W. Sweet on 11/5/2014) (tro) (Entered: 11/06/2014) |
| 11/17/2014 | 288 | TRANSCRIPT of Proceedings re: ARGUMENT held on 10/29/2014 before Judge Laura Taylor Swain. Court Reporter/Transcriber: Kristen Carannante, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/11/2014. Redacted Transcript Deadline set for 12/22/2014. Release of Transcript Restriction set for 2/20/2015.(McGuirk, Kelly) (Entered: 11/17/2014) |
| 11/17/2014 | 289 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 10/29/2014 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 11/17/2014) |
| 12/04/2014 | 290 | MOTION to Amend/Correct . Document filed by Adrian Schoolcraft.(Smith, Nathaniel) (Entered: 12/04/2014) |
| 12/04/2014 | 291 | MEMORANDUM OF LAW in Support re: 290 MOTION to Amend/Correct . . Document filed by Adrian Schoolcraft. (Attachments: # 1 Exhibit Proposed Third Amended Complaint, # 2 Exhibit Second Amended Complaint, # 3 Exhibit Tracked Changes of Third Amended Complaint, # 4 Exhibit City Defendants Letter, # 5 Exhibit Plaintiff's Exhibit 171, # 6 Exhibit Plaintiff's Exhibit 70, # 7 Exhibit Bernier Transcript, # 8 Exhibit Isakov Transcript, # 9 Exhibit Dhar Transcript)(Smith, Nathaniel) (Entered: 12/04/2014) |
| 12/12/2014 | 292 | ORDER: Plaintiff's motion to amend the operative complaint dated December 4, 2014 shall be heard on submission on Wednesday, December 31, 2014. All papers |

shall be served in accordance with Local Civil Rule 6.1. It is so ordered. (Signed by Judge Robert W. Sweet on 12/10/2014) (ajs) (Entered: 12/12/2014)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/17/2014 13:32:45 | | | |
| PACER Login: | ny0608:3539950:3934903 | Client Code: | 1103068 |
| Description: | Docket Report | Search Criteria: | 1:10-cv-06005-RWS |
| Billable Pages: | 30 | Cost: | 3.00 |