<u>Hertzel K. Sure M.D. , LLC</u>
Diplomat American Board of Internal Medicine
94-25 60th Avenue
Elmhurst, N.Y. 11373
Tel: (718)760-0797 Fax: (718) 760-0797

Dear Sir or Madam:

     Patient <u>Schoolcraft Adrian</u> . was seen in my office today <u>04-06-09</u> . Please excuse from Work/ School.  He/She may return to work on <u>04-14-09</u> .  If you have any question please feel free to contact me at the above number.

Thank you

**Hertzel Sure, M.D.**

Hertzel k. Sure M.D.

*Hertzel K. Sure, M.D. LLC*
94-25 60th Avenue
Rego Park, New York 11373
Tel: 718-760-0797

NYC2326

**Hertzel Sure, M.D.**

94-25 60th Avenue
Elmurst, New York 11373

**PROGRESS NOTES**

Date: 4-6-09

Patient: School craft, Adrian

**Chief Complaint/HPI:** 34 y/o 0 → here for fellow up.
Pt c/o of blisters on his foot.

**Patient History**   ☑ Revised and reviewed by me personally from chart

---

| **Medications** | ☐ Revised and reviewed by me personally from chart |
|---|---|

**Review of Systems**

| | |
|---|---|
| CONSTITUTIONAL | Neg ☐ Fever, Chills, Weight Change, Polydipsia, Respiratory Failure |
| SKIN | Neg ☐ Rash, Hives, Lesions, Abrasions, Lacerations |
| HEMATOLOGIC | Neg ☐ Bleeding, Bruising, Clotting Problem |
| EYES | Neg ☐ Visual Problem/ Change, Discharge, Redness, Pain |
| ENT | Neg ☐ Earache, Hearing Change, Epistaxis, Congestion, Sorethroat, Ear/Nose/Jaw Pain |
| RESPIRATORY | Neg ☐ SOB, Wheezing, Cough, Sputum, Hemoptysis, Pleuritic CP |
| CARDIOVASCULAR | Neg ☐ CP, Palpitations, Syncope, Orthopnea, PND, Edema, Claudication |
| URINARY | Neg ☐ Dysuria, Frequency, Urgency, Hematuria, Nocturia, Polyuria |
| GASTROINTESTINAL | Neg ☐ Abdominal Pain, N/V/D, Constipation, Bleeding, Hemorroids |
| GENITAL | Neg ☐ Discharge, Bleeding, Pain |
| MUSCULOSKELETAL | Neg ☐ Arthritis, Limited Motion, Redness, Swelling, Neck/Back Pain |
| NEUROLOGIC | Neg ☐ Weakness, Numbness, Incoordination, HA, Seizures, LOC |
| PSYCHOSOCIAL | Neg ☐ Anxiety, Depression, Suicidal, Homicidal, Hallucinations |

EGD_____
Colonoscopy_____
Mammogram_____
PAP_____

**Physical Examination**

Vitals: B.P. 120/80   T   97.8   R   Weight_____   HT_____

Skin: ☐ Warm to touch. No lesions/rashes  Good color. Good turgor.
Head: ☐ Normal Cephalic/ Atraumantic   Eyes: ☐ PERRLA, EOMI, Sclera clear, conjunctiva non-injected
Ears: ☐ Canals clear, no discharge, TM pearly grey, cone of light reflex and landmarks present
Nose: ☐ Patent. Moist mucosa .No septal dev.
Neck: ☐ SUPPLE  No goiters. Trachea midline. No Lymph enlargement.
Throat: ☐ Moist pink mucosa. No lesions/ulcers. Uvula midline. No tonsillar enlarg. ment. No exudates on phargynx.
Breast: ☐ No skin changes. No bloody discharge  No masses/lumps. No nipple inversion. B/L.
Heart: ☐ S1 & S2 + RRR No murmurs or gallops.
Lungs: ☐ Clear to Auscultaton B/L  No wheezing/rales/rhonchi
Abdomen: ☐ + Bowel Sounds, Nontender, Nondistented  No organomegaly.
Extremities: ☐ 2+ pulses, Warm to touch no cyanosis. No pedal edema. No calf tenderness B/L
Neuro: ☐ A&O x3  Coordinated steady gait. Good muscle tone and good vibratory sensations.
Psych: ☐ Memory norm. No Delusions, Appropriate Mood/Affect, Speech norm, No S/H Ideations, Judgement norm, Serial 7 Norm
Genitalia N/A ☐ External: ☐ No erythema  No lesions, Vagina: ☐ Mucosa pink without lesions Cervix: ☐ No CMT
Uterus: ☐ nontender, mobile, Adnexa: ☐ No masses, nontender B/L.
Rectal: ☐ No lesions  No hemorrhoids, Good sphincter tone   Guaiac: + / -

**Diagnosis:**

**Assessment/Plan:**

UhCG_____
pH 5
SpGr 1.010
Blood
Protein
Nitrites
Ketones
Glucose
Leuk

**Patient Education was given on**

| | | | |
|---|---|---|---|
| ☐ Smoking Cessation | ☐ Alcohol Cessation | ☐ Cancer Prevention | ☐ Low Cholesterol |
| ☐ Weight Loss | ☐ HTN | ☐ Diabetes | ☐ Exercise |
| ☐ Stress Reduction | ☐ Low Back Pain | ☐ Self Breast Exam | ☐ Fall Prevention |
| ☐ Safe Sex Practices | ☐ Diet | ☐ Medication Compliance | |

NYC2350