```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    ------------------------------------------
 5    ADRIAN SCHOOLCRAFT,
 6                                    Plaintiff,
 7              -against-
 8
 9    THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL
10    MARINO, Tax ID. 873220, Individually and in
11    his Official Capacity, ASSISTANT CHIEF
12    PATROL BOROUGH BROOKLYN NORTH GERALD
13    NELSON, Tax Id. 912370, Individually and in
14    his Official Capacity, DEPUTY INSPECTOR
15    STEVEN MAURIELLO, Tax Id. 895117,
16    Individually and in his Official Capacity,
17    CAPTAIN THEODORE LAUTERBORN, Tax Id.
18    897840, Individually and in his Official
19    Capacity, LIEUTENANT WILLIAM GOUGH, Tax Id.
20    919124, Individually and in his Official
21    Capacity, ST. FREDERICK SAWYER, Shield No.
22    2567, Individually and in his Official
23    Capacity, SERGEANT KURT DUNCAN Shield No.
24    2583, Individually and in his Official
25    Capacity, LIEUTENANT CHRISTOPHER BROSCHART,
```

```
 1
 2    Tax Id. 915354, Individually and in his
 3    Official Capacity, LIEUTENANT TIMOTHY
 4    CAUGHEY, Tax Id. 885374, Individually and
 5    in his Official Capacity, SERGEANT SHANTEL
 6    JAMES, Shield No. 3004, Individually and in
 7    his Official Capacity, and P.O.'s"JOHN DOE"
 8    #1-50, Individually and in their Official
 9    Capacity, (the name John Doe being
10    fictitious, as the true names are presently
11    unknown) (collectively referred to as "NYPD
12    Defendants"), JAMAICA HOSPITAL MEDICAL
13    CENTER, DR. ISAK ISAKOV, Individually and
14    in his Official Capacity, DR. LILLIAN
15    ALDANA-BERNIER, Individually and in her
16    Official Capacity, and JAMAICA HOSPITAL
17    MEDICAL CENTER EMPLOYEE'S"JOHN DOE" #1-50,
18    Individually and in their Official
19    Capacity, (the name John Doe being
20    fictitious, as the true names are presently
21    unknown),
22                            Defendants.
23    ------------------------------------------
24           111 Broadway
25           New York, New York
```

1
2          November 7, 2013
3            10:10 A.M.
4
5     VIDEO DEPOSITION of THEODORE
6  LAUTERBORN, the Defendant in the
7  above-entitled action, held at the above
8  time and place, taken before Dawn Miller, a
9  Notary Public of the State of New York,
10 pursuant to court order and stipulations
11 between Counsel.
12             *    *    *
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1              A P P E A R A N C E S
 2    LAW OFFICES OF NATHANIEL B. SMITH
 3       Attorneys for Plaintiff
 4          111 Broadway
 5          New York, New York 10006
 6    BY:   NATHANIEL B. SMITH, ESQ.
 7
 8    ALSO PRESENT: JOHN LENOIR, ESQ.
 9                 MAGDALENA BAUZA, VIDEOGRAPHER
10
11
12
13
14    MICHAEL CARDOZO, ESQ. - CORPORATION COUNSEL
15    NEW YORK CITY LAW DEPARTMENT
16       Attorneys for Defendants THEODORE
17       LAUTERBORN and ALL CITY DEFENDANTS
18          100 Church Street
19          New York, New York 10007
20    BY:   SUZANNA PUBLICKER METTHAM, ASST.
21          CORPORATION COUNSEL
22          RYAN G. SHAFFER, ASST. CORPORATION
23          COUNSEL
24    FILE NO.: 2010-033074/CONTROL # SSS08994
25
```

```
 1            A P P E A R A N C E S
 2   MARTIN, CLEARWATER & BELL, LLP
 3       Attorneys for Defendant JAMAICA HOSPITAL
 4       MEDICAL CENTER
 5            220 East 42nd Street
 6            New York, New York 10017
 7   BY:    BRIAN OSTERMAN, ESQ.
 8
 9
10
11
12   IVONE, DEVINE & JENSEN, LLP
13       Attorneys for Defendant DR. ISAK ISAKOV
14            2001 Marcus Avenue
15            Lake Success, New York 11042
16   BY:    BRIAN E. LEE, ESQ.
17
18
19
20   CALLAN, KOSTER, BRADY & BRENNAN, LLP
21       Attorneys for Defendant LILLIAN
22       ALDANA-BERNIER
23            One Whitehall Street
24            New York, New York 10004
25   BY:    MATTHEW J. KOSTER, ESQ.
```

```
 1              A P P E A R A N C E S
 2    SCOPPETTA, SEIFF, KRETZ & ABERCROMBIE,
 3    ESQS.
 4        Attorneys for Defendant DEPUTY INSPECTOR
 5        STEVEN MAURIELLO
 6           444 Madison Avenue
 7           New York, New York 10022
 8    BY:    WALTER A. KRETZ, ESQ.
 9    FILE NO.: 2010-033074
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1        S T I P U L A T I O N S
2
3
4     IT IS HEREBY STIPULATED AND AGREED, by
5  and among the Attorneys for the respective
6  parties hereto that filing and sealing be
7  and the same are hereby waived.
8        IT IS FURTHER STIPULATED AND AGREED
9  that all objections except as to form of
10 the question, shall be reserved to the time
11 of trial.
12         IT IS FURTHER STIPULATED AND AGREED
13 that the within examination may be signed
14 and sworn to before any notary public with
15 the same force and effect as though signed
16 and sworn to before this Court.
17
18 T H E O D O R E   L A U T E R B O R N,
19 having been first duly sworn by Dawn
20 Miller, a Notary Public within and for the
21 State of New York, was examined and
22 testified as follows:
23             MR. SMITH:  On the record, it
24      is 10:10.  It is November 7th 2013.
25      We are at my offices at 111 Broadway,

```
 2         answer.  Are we staying in the
 3         Attorneys' Eyes Only?  Are we going
 4         back to the non-confidential?
 5              MR. SMITH:  This is not a
 6         confidential document.  I don't see
 7         any reason to go to the confidential
 8         section.
 9         Q.    These charges and specifications,
10    Paragraph Number 2, says that Schoolcraft
11    is being charged with, among other things,
12    failing to return to duty after being
13    directed to do so by you; do you see that?
14         A.    Yes.
15         Q.    Am I correct; that when you went
16    into Schoolcraft's home, you told him that
17    he had to come back to the 81st Precinct?
18         A.    Yes, from what I remember.
19         Q.    Was that direct order by you
20    directing him to return to the 81st
21    Precinct?
22         A.    Yes.
23         Q.    Why did you order him to return
24    to the precinct?
25         A.    Because he failed to comply with
```

1
2  patrol guide procedures on going sick and
3  we needed to answer those out.  He left his
4  employment without permission.
5      Q.    Because he left his employment
6  without permission, you thought you had the
7  authority to go into his house and order
8  him back to the 81st Precinct?
9              MS. METTHAM: Objection.
10             MR. KRETZ:  Objection.
11     A.    Yes.
12     Q.    Can you identify for me any
13 protocols, procedure, patrol guide rules
14 that gave you the authority to do that?
15             MS. METTHAM:  Objection.
16     A.    I cannot cite any right now but
17 he left his employment without authority,
18 authorization and he needed to come back
19 and answer those out.
20     Q.    What do you mean by, "Answer
21 those out?"
22     A.    Why he would disregard following
23 procedures of going sick.
24     Q.    Didn't he tell you that he was
25 sick and he wasn't feeling well?

```
 1
 2    Schoolcraft left the precinct on October
 3    31st?
 4        A.    Exactly when it was, about 1:30,
 5    2:00, sometime later in the afternoon,
 6    around there.
 7        Q.    How did you find out that he
 8    left?
 9        A.    The Sergeant came in and told me.
10        Q.    What Sergeant?
11        A.    I think her name was Huffman,
12    Sergeant Huffman.
13        Q.    Was anybody else present for that
14    conversation?
15        A.    I don't think so.  She come into
16    my office and I was alone.  It was just me
17    and her.
18        Q.    Where was Inspector Mauriello at
19    that time?
20        A.    I don't know, he wasn't in.
21        Q.    What did she tell you?
22        A.    Basically that Adrian Schoolcraft
23    just got up from his assignment and wanted
24    to leave because he was sick, he proceeded
25    downstairs.
```

```
 1
 2   right?
 3       A.      Yes.
 4       Q.      What happened next?
 5       A.      I was waiting for Broschart to
 6   get to his house to see the results of
 7   that.
 8       Q.      You were waiting at the 81?
 9       A.      Yes.
10       Q.      Did Broschart eventually report
11   back to you?
12       A.      Yes, he did.
13       Q.      When did he do that?
14       A.      I don't know the exact time but
15   there was a point where he either -- he
16   reached out to me or I called him.  From
17   what I could remember, he said he tried
18   knocking on the door, yelling Adrian's
19   name, there was no answer.  He interviewed
20   the landlord who said that he had come
21   home.  I don't know if he said he saw him
22   come home or he heard him upstairs, and
23   Lieutenant Broschart thought that he saw
24   movement through the front window, he lived
25   on the second floor, but he couldn't be one
```

hundred percent sure.  And I had asked him to go upstairs and knock again because I think Lieutenant Broschart felt good about saying he was upstairs.

Q. Meaning that Broschart was confident that Schoolcraft was there?

A. He wasn't confident but he felt good that he might be upstairs in his apartment.

Q. This report back by Broschart, this happened as the 4 to 12 tour was coming in, right?

A. No, when the 4 to 12 tour comes in usually about 3, 3:15, that's when I approached Lieutenant Broschart, so it took time for him to get dressed and do his roll call duties and make his way to the house. So the time frame for that, I couldn't really put one on.

Q. What was your tour that day?

A. I started at 6:00 in the morning.

Q. When was your tour scheduled to end?

A. 3:00 in the afternoon.

```
 1
 2      Q.    At that time that you were
 3  heading over to Schoolcraft's residence,
 4  were you operating under your own
 5  initiative or had somebody given you that
 6  order?
 7              MS. METTHAM: Objection.
 8      A.    No, I was operating under my own
 9  initiative.
10      Q.    What happened when you got to
11  Schoolcraft's residence?
12      A.    I made an attempt on knocking on
13  the door, yelling for Adrian to come out
14  and talk to me, which there wasn't any
15  response.  I spoke, briefly, I think with
16  the landlord and then I waited the arrival
17  of Inspector Mauriello and Chief Marino.
18      Q.    How did you know Marino was
19  coming?
20              MS. METTHAM: Objection. You
21     can answer.
22      A.    He told me that he was following
23  me there.
24      Q.    When you got to the street where
25  Schoolcraft's residence was, who else was
```

1
2   at the scene?
3       A.    From what I could remember, there
4   was the Patrol Sergeant from the 104
5   Precinct.  He had his driver, myself,
6   Inspector Mauriello, Chief Marino and then
7   I don't know when they started to arrive,
8   Emergency Service was there, the EMT's were
9   there.
10      Q.    I'm talking about the time that
11  you arrived.  By the time you got to the
12  street where Schoolcraft's residence was,
13  who else was there at that time?
14      A.    Right when I got there, it was
15  Lieutenant Broschart, the Patrol Supervisor
16  from the 104 Precinct, his driver.  He may
17  have had another sector car there with two
18  other officers around, I'm not one hundred
19  percent sure.
20      Q.    You said you spoke to the
21  landlord?
22      A.    Briefly.
23      Q.    Male or female?
24      A.    Male.  Although I assume that his
25  wife was there, also.

```
1
2      Q.     Who gave you the key?
3      A.     The landlord.
4      Q.     Which one; the man or the woman?
5      A.     I don't know, I don't know.
6      Q.     Did they put it --
7             MS. METTHAM: The witness did
8      not finish.
9      A.     I don't even know if they exactly
10   gave it to me or the Lieutenant.
11     Q.     So when you got to the residence,
12   you went to the door. When you say, "You
13   went up to the door," you went upstairs to
14   the second floor, right?
15     A.     Yes.
16     Q.     How did you get past the first
17   door on the street level?
18     A.     It was opened already.
19     Q.     After you knocked on the door,
20   what did you do?
21     A.     That's when I think I went down
22   to the see the landlord. At that point, I
23   don't know the sequence of the events;
24   whether I met the landlord first, then I
25   went upstairs and knocked, then he came
```

LAUTERBORN

Page 307

```
 1
 2      A.      Not that I recall.
 3      Q.      Do you recall how the key was
 4  obtained to his door?
 5              MS. METTHAM: Objection. Asked
 6      and answered.  You can answer again.
 7      A.      Got it from the landlord.
 8      Q.      I know that but do you remember
 9  who actually got it in hand from the
10  landlord?
11      A.      Yeah, I don't remember.
12      Q.      Then what happened after you got
13  -- "We got the key from the landlord,"
14  what happened?
15              MS. METTHAM: Objection.
16      A.      I don't know the order of events,
17  how we came together and made the decision
18  that we were going to make entry into his
19  house using the key.  It was decided that
20  the Emergency Service guys would go in
21  first utilizing his key.
22      Q.      How were they dressed, the EMS
23  guys, Emergency ESU guys?
24              MS. METTHAM: Objection.  Asked
25      and answer.  You can answer again.
```

```
 1
 2      A.     That I could see no physical
 3   injuries on him.
 4      Q.     Were disciplinary concerns the
 5   only reason you entered Adrian Schoolcraft
 6   apartment on October 31st 2009?
 7      A.     No, they weren't.
 8              MR. SMITH:   Objection.
 9      Q.     What other reason led you and the
10   other officers to enter his apartment on
11   October 31st 2009?
12              MR. SMITH:   Objection.
13        Leading.
14              MS. METTHAM: How is that
15        leading?
16              MR. SMITH:   You're suggesting
17        the answer to him.
18      A.     To be sure that Adrian
19   Schoolcraft was physically okay and that he
20   had not hurt himself.
21              MS. METTHAM:   Mr. Smith, if
22        you want to take another five minutes.
23              MR. SMITH:   I thought you told
24        me I was done.
25              MS. METTHAM: You have already
```