```
                                                      Page 1
 1    UNITED STATES DISTRICT COURT.
      SOUTHERN DISTRICT OF NEW YORK
 2    ------------------------------------------------X
 3    ADRIAN SCHOOLCRAFT,
 4                        Plaintiff,
 5
                                        Case No:
 6          - against -                 10 CV 06005
 7
      THE CITY OF NEW YORK, ET AL.,
 8
 9                        Defendants.
10    ------------------------------------------------X
11                  111 Broadway
                    New York, New York
12
                    June 18, 2014
13                  10:28 a.m.
14
15
16    DEPOSITION OF CHRISTOPHER BROSCHART, pursuant
17    to Notice, taken at the above place, date and
18    time, before DENISE ZIVKU, a Notary Public
19    within and for the State of New York.
20
21
22
23
24
25
```

1  A P P E A R A N C E S:
2
3  NATHANIEL B. SMITH, ESQ.
       Attorneys for Plaintiff
4      111 Broadway
       New York, New York 10006
5
6
   JOHN LENOIR, ESQ.
7  Attorneys for Plaintiff
       829 Third Street NE
8      Washington, D.C. 20002
9
10 NEW YORK CITY LAW DEPARTMENT
   OFFICE OF CORPORATION COUNSEL
11 Attorneys for Defendant
   THE CITY OF NEW YORK
12     100 Church Street
       New York, New York 10007
13 BY:  SUZANNA PUBLICKER METTHAM, ESQ.
14
15 SCOPPETTA SEIFF KRETZ & ABERCROMBIE
   Attorneys for Defendant
16 STEVEN MAURIELLO
       444 Madison Avenue
17     New York, New York 10022
   BY:  WALTER A. KRETZ, JR., ESQ.
18
19
   IVONE, DEVINE & JENSEN, LLP
20 Attorneys for Defendant
   DR. ISAK ISAKOV
21     2001 Marcus Avenue
       Lake Success, New York 11042
22 BY:  BRIAN LEE, ESQ.
23
           (Continued.)
24
25

```
 1              (Continued.)
 2
       CALLAN, KOSTER, BRADY & BRENNAN, LLP
 3     Attorneys for Defendant
       DR. LILIAN ALDANA-BERNIER
 4           One Whitehall Street
             New York, New York 10004
 5     BY:   PAUL F. CALLAN, ESQ.
 6
 7     MARTIN CLEARWATER & BELL, LLP
       Attorneys for Defendant
 8     JAMAICA HOSPITAL MEDICAL CENTER
             220 East 42nd Street
 9           New York, New York 10017
       BY:   GREGORY J. RADOMISLI, ESQ.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    S T I P U L A T I O N S:
2              IT IS HEREBY STIPULATED AND AGREED by
3    and between the attorneys for the respective
4    parties hereto, that this examination may be
5    sworn to before any Notary Public.
6
7              IT IS FURTHER STIPULATED AND AGREED
8    that the filing and certification of the said
9    examination shall be waived.
10
11             IT IS FURTHER STIPULATED AND AGREED
12   that all objections to questions, except as to
13   the form of the question, shall be reserved
14   for the time of trial.
15
16
17
18
19
20
21
22
23
24
25

1
2          MR. SMITH: Going on the record.
3     It is 10:28 and this is the deposition
4     of Lieutenant Broschart.
5          That's how you pronounce it.
6          THE WITNESS: Yes, Broschart.
7          MR. SMITH: And Mr. Callan has
8     called my office and said that it's
9     okay to proceed without him and would
10    you mind swearing in the witness.
11 C H R I S T O P H E R   B R O S C H A R T, a
12 Defendant herein, having been first duly
13 sworn by a Notary Public within and for the
14 State of New York, was examined and
15 testified as follows:
16
17 EXAMINATION BY
18 MR. SMITH:
19
20    Q.     Will you state your name and
21 address for the record, please.
22    A.     Christopher Broschart,
23 B-r-o-s-c-h-a-r-t.
24         MS. PUBLICKER METTHAM: Work
25    address.

1          CHRISTOPHER BROSCHART
2  there to the time I left with Schoolcraft in
3  the ambulance.
4      Q.    I understand that, but after
5  Lauterborn told you to sit tight and see if
6  Schoolcraft comes back, how long did you
7  just sit there and nothing happened?
8          MS. PUBLICKER METTHAM:
9      Objection.
10     A.    About four hours.
11     Q.    So is it fair to say for about
12 four hours you were waiting in front of
13 Schoolcraft's residence?
14     A.    A couple of times we went back
15 and knocked on the door to see if anyone was
16 there.
17     Q.    There was still again, no
18 response, right?
19     A.    No response and I talked to the
20 landlord later on too.
21     Q.    What did you talk to the
22 landlord about?
23     A.    One of the times went back, the
24 landlord thought he might be in the
25 apartment 'cause he heard springs, he

Page 106

```
1                CHRISTOPHER BROSCHART
2  did anything else happen?
3              MS. PUBLICKER METTHAM:
4       Objection.
5       A.    Well, during that period I
6  learned he didn't have -- he was restricted
7  and didn't have any guns.
8       Q.    How did you learn that?
9       A.    From the captain.
10      Q.    Captain Lauterborn told you
11 that?
12      A.    Yes.
13      Q.    Why did Captain Lauterborn tell
14 you that?
15             MS. PUBLICKER METTHAM:
16      Objection.
17      A.    That's unknown.  Just he didn't
18 have his guns.  We didn't know why he didn't
19 have them.
20      Q.    What was the context in which
21 you were having this discussion where
22 Lauterborn told you Schoolcraft didn't have
23 any guns --
24             MS. PUBLICKER METTHAM:
25      Objection.
```