```
 1
 2   UNITED STATES DISTRICT COURT
 3   EASTERN DISTRICT OF NEW YORK
 4   - - - - - - - - - - - - - - - - - -
 5   ADRIAN SCHOOLCRAFT,
 6                        Plaintiff,
 7          -against- Index No.
                     10CIV-6005 (RWS)
 8
     THE CITY OF NEW YORK, DEPUTY CHIEF
 9   MICHAEL MARINO, Tax Id. 873220,
     Individually and in his Official
10   Capacity, ASSISTANT CHIEF PATROL
     BOROUGH BROOKLYN NORTH GERALD NELSON,
11   Tax Id. 912370, Individually and in his
     Official Capacity, DEPUTY INSPECTOR
12   STEVEN MAURIELLO, Tax Id. 895117,
     Individually and in his Official
13   Capacity, CAPTAIN THEODORE LAUTERBORN,
     Tax Id. 897840, Individually and in his
14   Official Capacity, LIEUTENANT JOSEPH
     GOFF, Tax Id. 894025, Individually and
15   in his Official Capacity, stg. Frederick
     Sawyer, Shield No. 2576, Individually
16   and in his Official Capacity, SERGEANT
     KURT DUNCAN, Shield No. 2483,
17   Individually and in his Official
     Capacity, LIEUTENANT TIMOTHY CAUGHEY,
18   Tax Id. 885374, Individually and in his
     Official Capacity, SERGEANT SHANTEL
19   JAMES, Shield No. 3004, and P.O.'s "JOHN
     DOE" 1-50, Individually and in their
20   Official Capacity (the name John Doe
     being fictitious, as the true names are
21   presently unknown)(collectively referred
     to as "NYPD defendants"), JAMAICA
22   HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV,
     Individually and in his Official
23   Capacity, DR. LILIAN ALDANA-BERNIER,
     Individually and in her Official Capacity
24   and JAMAICA HOSPITAL MEDICAL CENTER
     EMPLOYEES "JOHN DOE" # 1-50, Individually
25
     (Continued)
```

1
2    and in their Official Capacity (the name
     John Doe being fictitious, as the true
3    names are presently unknown),
4
     Defendants.
5
          - - - - - - - - - - - - - - - - - -x
6
                          444 Madison Avenue
7                         New York, New York
8                         December 20, 2013
                          10:16 a.m.
9
10        VIDEOTAPED DEPOSITION of DEPUTY
11   INSPECTOR STEVEN MAURIELLO, one of the
12   Defendants in the above-entitled action,
13   held at the above time and place, taken
14   before Margaret Scully-Ayers, a Shorthand
15   Reporter and Notary Public of the State
16   of New York, pursuant to the Federal
17   Rules of Civil Procedure.
18
19               *       *       *
20
21
22
23
24
25

Page 3

```
 1
 2     APPEARANCES:
 3

       NATHANIEL SMITH, ESQ.
 4     Attorney for Plaintiff
           111 Broadway
 5         New York, New York 10006
 6
 7     JOHN LENOIR, ESQ.
       Attorney for Plaintiff
 8         829 Third Street NE
           Washington, DC 20002

 9
10
       SUCKLE SCHLESINGER PLLC
11     Attorneys for Plaintiff
           224 West 35th Street
12         Suite 1200
           New York, New York 10001
13
       BY:  NOT PRESENT, ESQ.
14
15
       MICHAEL A. CARDOZO, ESQ.
16     Corporation Counsel
       Attorneys for Defendant
17     THE CITY OF NEW YORK
           100 Church Street
18         New York, New York  10007
19     BY:  SUZANNA PUBLICKER METTHAM, ESQ.
20
21
22
23     (Appearances continued on next page.)
24
25
```

Page 4

```
 1
 2    APPEARANCES CONTINUED
 3
      SCOPPETTA, SEIFF, KRETZ & ABERCROMBIE,
 4    ESQS.
      Attorneys for Defendant
 5    STEVEN MAURIELLO
          444 Madison Avenue
 6        30th Floor
          New York, New York 10022
 7
      BY:  WALTER A. KRETZ, JR., ESQ.
 8
 9
10    MARTIN, CLEARWATER & BELL, LLP
      Attorneys for Defendant
11    JAMAICA HOSPITAL MEDICAL CENTER
          220 42nd Street
12        13th Floor
          New York, New York  10017
13
      BY:  BRIAN OSTERMAN, ESQ.
14    File # 667-82153
15
16
      IVONE, DEVINE & JENSEN, LLP
17    Attorneys for Defendant
      DR. ISAK ISAKOV
18        2001 Marcus Avenue
          Suite N100
19        Lake Success, New York 11042
20    BY:  BRIAN E. LEE, ESQ.
21
22    (Appearances continued on next page.)
23
24
25
```

Page 5

1

2     APPEARANCES CONTINUED

3

4     CALLAN, KOSTER, BRADY & BRENNAN, LLP
      Attorneys for Defendant

5     LILIAN ALDANA-BERNIER
          One Whitehall Street

6         New York, New York 10004

7     BY:  MATTHEW KOSTER, ESQ.
      File # 090.155440

8

9

10

      ALSO PRESENT:  MAGDALENA BAUZA

11

12

13

14

15

16

17

18
                    *        *        *

19

20

21

22

23

24

25

Page 6

1

2                    STIPULATIONS

3        IT IS HEREBY STIPULATED AND AGREED, by

4     and among counsel for the respective

5     parties hereto, that the filing, sealing

6     and certification of the within

7     deposition shall be and the same are

8     hereby waived;

9        IT IS FURTHER STIPULATED AND AGREED

10    that all objections, except as to form of

11    the question, shall be reserved to the

12    time of the trial;

13       IT IS FURTHER STIPULATED AND AGREED

14    that the within deposition may be signed

15    before any Notary Public with the same

16    force and effect as if signed and sworn

17    to before the Court.

18                    *        *        *

19

20

21

22

23

24

25

Page 7

1

2    S T E V E N    M A U R I E L L O, the

3    Witness herein, having first been duly

4    sworn by the Notary Public, was examined

5    and testified as follows:

6    EXAMINATION BY MR. SMITH:

7        Q.    What is your name?

8        A.    Steven Mauriello.

9        Q.    Where do you reside?

10       A.    One Police Plaza, New York, New

11   York 10038.

12            MR. SMITH:  We are going on the

13        record.  The Witness has been sworn.

14        I put the recording of the video on.

15            And do we have any

16        preliminaries?

17            MR. KRETZ:  I have one comment:

18        While Inspector Mauriello is in

19        uniform today, I just want you to know

20        he is not carrying a weapon of any

21        kind so no need to be concerned about

22        its location or any access of use of

23        it.

24            MR. SMITH:  Okay.  Thanks for

25        that heads-up.

```
 1                    S. MAURIELLO
 2   Nelson and that led me to some questions
 3   about when you first learned about
 4   certain things so I will follow up with
 5   that.
 6              When was the first time that
 7   you learned that Officer Schoolcraft had
 8   his gun removed?
 9        A.    I think when he came back to
10   work, the first day.
11        Q.    When was that?
12        A.    March 6, April he knocked on my
13   door, he came in, "Hi, Adrian, how are
14   you feeling.  He said to me, "I don't
15   know why they took my gun and shield.
16   Could you can find out for me?"  I said,
17   "No problem."  He left.
18              I called medical division.
19   They told me there was a medical reason
20   why they took it.  They couldn't tell me.
21   That was it.
22        Q.    That was the first that you
23   learned that he had his gun removed?
24        A.    Yes, it is.
25        Q.    When you first learned about
```