Patient Name SCHOOLCRAFT, ADRIAN Ja[illegible] Hospital Medical Center Medical Record 1298984

Agency Name: JHMC

**ePCR** 5581845

| Agency ID | Branch # | Shift # | Today's Date | 1st Resp. Agency | Call # |
|---|---|---|---|---|---|
| 7311 | | 3 | 10/31/09 | | |

## CALL INFORMATION

**Call Times (24hr)**

| Time Call Received | Patient Contact Time |
|---|---|
| | 2140 |
| Dispatched | Left Scene |
| 2106 | 2214 |
| En Route | At Destination |
| 2106 | 2225 |
| On Scene | In Service |
| 2115 | |

**Mileage (odometer)**: Start; On Scene; At Destination 4.0

**Crew Member ID** — Driver To Scene / Hosp. — Documenter

1. 65777
2. 7621
3.
4.
5.

**Vehicle Unit #**: 50E3 — Other Vehicle

**Requested By**: [x] 911 [ ] Private — Requested By Code

Factors Affecting Delivery: Traffic; Weather; Crowd; Staff Delay; Vehicle; Distance; Extrication; Diversion; Hazmat; Unsafe Scene; UIO; Veh. Problem; Lang. Barrier; Clean Up; Documentation; ED Crowded; Other — To Scene; To Patient; To Hospital; 2nd Hospital

**Run Disposition**: [x] Treated / Transported; [ ] Treated / Transferred Care; [ ] Treated / No Transport; [ ] Transported / Refused Care; [ ] Cancelled; [ ] Pronounced Dead; [ ] Treat/Transport Private Veh; [ ] No Transport/Refused Care; [ ] Other; [ ] No Patient Found

**Dispatch Reason**: EMD Code — Type (01-99); Priority (A-C); Desc (1-9)

**Run Type**: [x] Emergency (Immediate); [ ] Non-Emergency; [ ] Mutual Aid; [ ] Interfacility; [ ] Stand-By; [ ] Intercept; [ ] Scheduled — Response Code

Lights/Siren — Upgraded — Downgraded: To Scene; To Destination

**Destination Determination**: [x] Nearest Facility; [ ] Weather / Supervisor; [ ] Law Enforcement; [ ] Hospital Diversion; [ ] Medical Protocol; [ ] Online Physician; [ ] Mass Casualty; [ ] Special Resources; [ ] Patient / Family Choice; [ ] Managed Care; [ ] Patient Physician; [ ] Other — Diverted From Code — Nearest Facility Passed; Est. Miles Beyond; Diverted Time

**Transport From Code**: [x] 1 Home / Residence; 2 [ ] Residential, Custodial Facility; 3 Scene of Accident or Acute Event: [ ] Educational Inst.; [ ] Street/Hwy; [ ] Farm; [ ] Other; [ ] Industrial Place; [ ] Unspecified; [ ] Mine / Quarry; [ ] Public Building; [ ] Recreation/Sport; 4 [ ] Site of Transfer (Between Ambulances)

-- Or Use -- Transport From Code (i.e. Hosp, SNF)

Transport To Code: 34

\# of Patients Transported: 1 — # of Patients at Scene: 1

## PATIENT INFO

Incident Address ([ ] Check the Box if same as Transport From Code): 82 60 88 PL — Apt. Number: 2

Glendale — County Code: 81 — State/Prov.: NY — Zip Code: 11385

First Name: Adrian — MI — Last Name: Schoolcraft

Street Address ([ ] Check the Box if same as Incident Address): 82 60 88 PL — Apt. Number — County Code: 81 — Age: 34 — [ ] Days [ ] Months [x] Years

City: Glendale — State/Prov.: NY — Zip Code: 11385 — Gender: [x] M [ ] F — Weight: 250 (lbs)

Home Phone — Social Security Number — Date of Birth: 06-21-1975

Medicare # — Medicaid # — Ethnicity: [ ] Unknown; [ ] Asian; [ ] Black; [ ] White; [ ] Black, Hispanic; [ ] Native American; [ ] Pacific Islander; [ ] White, Hispanic

Insurance Company Name — Payer ID — [x] Auto Ins; [ ] Private Ins; [ ] Supplemental; [ ] Workers Comp; [ ] Self Pay

Policy Number — Group Number

Policy Holder First Name — Policy Holder Last Name — Same As Patient Address — Phone

Guarantor First Name (Needed if under 18 or Disabled) — Guarantor Last Name — Same As Patient Address — Phone

## ASSESSMENT

**Airway**: [x] Patent; Partially Obstructed: [ ] Stridor; [ ] Choking; [ ] Drooling; [ ] Grunting; [ ] Difficulty Swallowing; [ ] Nasal Flaring; [ ] Intercostal Retraction; [ ] Other; [ ] Completely Obstructed

**Breathing**: Rate: [x] Normal; [ ] Slow; [ ] Rapid; [ ] Apneic — Quality: [x] Unlabored; [ ] Labored; [ ] Shallow; [ ] Irregular — Lung Sounds (L / R): [x] Clear [x]; Wet; Wheeze; Diminished; Absent

**Circulation (Skin)**: Color: [x] Normal; Cyanotic; Pale; Flush — Temp.: [x] Normal; Hot; Cool; Cold — Cond.: [x] Normal; Diaphoretic; Moist; Dry — Hives; Itchy; Rash; Swollen; Erythema — Cap. Refill: <2Sec; >2Sec; Absent — Edema: [x] Normal; 1+; 2+; 3+; Pitting

**Pupils** (L / R): [x] Reacts [x]; Sluggish; Unresolve; Dilated; Constricted

Rhythm: [x] A; V; P; U — NSR; PVC's >6; S. Tach; Bi / Trigem; S. Brady; AV Block; PAC's; Junctional; SVT; V. Tach; A. Flutter; V. Fib; Atrial Fib.; P. E. A; PVC's; Asystole; Paced

**Glasgow**: 2145 2155

Eyes: [x] 4 Spontaneous; 3 To Speech; 2 To Pain; 1 Not at all

Verbal: [x] 5 Oriented; 4 Confused; 3 Inappr. Words; 2 Inappr. Sounds; 1 None

Motor: [x] 6 Obeys Command; 5 Localized Pain; 4 Withdraws to Pain; 3 Flexes to Pain; 2 Extends to Pain; 1 None

Totals (3 to 15): 15

**Provider Impression**: [x] Abdominal Pain; [ ] GI -Blood; [ ] GI -Constipation; [ ] GI -Diarrhea; [ ] Vomiting; [ ] Vomiting Blood; [ ] Nausea; [ ] Dehydration Synd.; [ ] Urinary Bleeding; [ ] Urination Problem; [ ] Anxiety; [ ] Cardiac Arrest; [ ] Asthma Symptoms; [ ] Hyperventilation; [ ] Dyspnea-SOB; [ ] Apnea; [ ] Cough W/Blood; [ ] Airway Obstruction; [ ] Pulmonary Edema; [ ] Pneumonia Symptoms; [ ] Respiratory Failure; [ ] Respiratory Arrest; [ ] Carbon Mon. Poison; [ ] Obvious Death; [ ] Hemorrhage-(severe medical); [ ] Shock; [ ] Trauma Injury (matrix); [ ] Post-Op Complication; [ ] Eye Symp.(no trauma); [ ] Restraints Required; [ ] Monitoring Required; [x] Seclusion Required; Mental Health [illegible]

**Mechanism of Injury**: [ ] Alcohol Intox. Suspect; [ ] Alcohol Intox Severe; [ ] Animal Bite; [ ] Assault Firearms; [ ] Assault Sexual; [ ] Assault Stabbing; [ ] Bicycle Accident; [ ] Blunt Trauma; [ ] Fall 2X Height; [ ] Fall > 20 ft; [ ] Fall; [ ] Fight / Brawl; [ ] Fire; [ ] Hazardous Materials; [ ] Machinery; [ ] Med. Device Failure; [ ] MVA / Bicycle

**Injury**: Major; Internal Injuries?; Head; Face; Eye; Neck — Amputation; Penetrating; Bleeding; Breathing; Burn; Dislocation; Fracture; Pain; Laceration; Paralysis / Weakness; Swelling; Soft Tissue Injury

[Handwritten medical/EMS report form, inverted on page. Patient: SCHOOLCRAFT, ADRIAN. Medical Record 1298984. Barcode: 5581845]

Narrative (handwritten, partial reading):
31 y/o male is found ambulatory chief on dock arrival at states he has dizzy spells, nausea and dizziness of states he has back pain. denies taking any other meds upon other c/o 10/10/09. evening. Pt denies meds upon arrival to ESU NYPD. Vitals Pt has ↓ BP ... Pt denies any resistant to NYPD. DOEs and OS13 Pt was agitated and resistant to NYPD. Placed in custody onto stretcher for TXP. Pt Protocol orders P. Received patient arousable 50s HR low in am abd soft, non tender (Monks) × 15 clear lungs ... IV 18g. Normal saline 300 cc bolus min 400 cc + XR fluids IX3 No X-ray abd O2 via NC continuing DOS questions. Rides in ESU prior to arrival (Before pt has delivered to) walked down up to XL-NF Pt tried to refuse C547. And NYPD as of approach pt refused stated would not need hospital walked calmly to stretcher did not require ... Pt is an officer w/ 18/07.

[Checkbox sections for Treatment Position, Moved to Ambulance By, Medication/Treatment Abbreviations including: Chair, Scoop Stretcher, Walked with Assist, Met at Ambulance, Sitting, Supine, Left Lateral Recumbent, On-Scene, N/A, On-Line, Shock, Semi/Full Fowlers, Protocol, Written Orders, Physician, On-Line]

[Checkbox section for conditions: Airway, Chronic Renal Failure, Chronic Respiratory Failure, Cardiac, Cancer, CVA/Stroke, Diabetes, Dialysis, HIV/AIDS, Psychiatric Problems, Substance Abuse, Seizure Disorder, Hypertension, Emphysema, Tracheostomy, Tuberculosis, Other]
[Checkbox section: Medically Necessary, Bed Confined, Restricted Stretcher, Unconscious, Needs Restraining, Bone Pain, Non-Ambulatory, Vessel Bleeding]

Date: 10/13/09

[Grid of empty checkboxes and data boxes]

[Medication/vital signs grid with handwritten entries including readings like 9:15, 8/20, 9/80, 13/80, 9/45/18, 0/30, 130/80, 140/90]

[Administered meds notes: 1 gm - 4 mcg 7 Narcan 10 mcg/kg/min ... 2 mg - 6 mg 8 Atropine 11 mg ... 3 mg - 5 mg 9 Lidocaine 12 J/lbs 15 JCD IV I.M. ETT RECT IO SC NEB INH PO Auto Truflomatic]

Patient Name: SCHOOLCRAFT, ADRIAN    J4    J Hospital Medical Center    Medical Record    1298984

**Patient Name** SCHOOLCRAFT, ADRIAN **Jamaica Hospital Medical Center** **Medical Record No.** 1298984

**FLOW CHART**

☐ Medically Necessary ☐ Bed Confined ☐ Required Stretcher ☐ Unconscious ☐ Severe Pain ☐ Needed Restraining ☐ Visible Bleeding ☐ Non-Ambulatory

Date: 10 / 31 / 09

☐ Asthma ☐ Chronic Renal Failure ☐ Amputee ☐ Chronic Respiratory Failure ☐ Cancer ☐ Cardiac ☐ CVA / Stroke ☐ Diabetes ☐ Dialysis ☐ Emphysema ☐ HIV / AIDS ☐ Hypertension ☐ Psychiatric Problems ☐ Seizure Disorder ☐ Substance Abuse ☐ Tracheostomy ☐ Tuberculosis ☐ Other

No

denies

34 y/o male found ambulatory alert and oriented pt states he has abd pain, nausea and dizziness, pt states he took Nyquil this evening, pt denies taking any other meds, upon obtaining vitals pt has ↑BP pt denies med hx, upon entry of ESU, NYPD BOE3 and C513 pt was aggitated and resistant, pt was [illegible] SH placed in custody and assisted onto stretcher for Tsp Capt Broschart accom pt. pe reveals patent airway, neg SOB, neg cyanosis, L's clear (=) bilat neg chest pain, abd soft x4 quads, pos nausea x1 day, neg vomiting, pos distal pulses motor sensory x4 [illegible]. pt txp'd to [illegible] 34 WOI. (Before pt was detained pt walked down w/ [illegible] and NYPD, as pt approached bus he turned around stated he did not need help and walked away, pt was then detained and transported, pt is an officer w/ 81 PCT)

**Moved to Ambulance By:** ☒ Chair ☐ Stretcher ☐ Scoop Stretcher ☐ Carried ☐ Walked with Assist ☐ Met at Ambulance

**Transport Position:** ☐ Supine ☐ Sitting ☐ Shock ☐ Prone ☒ Semi / Full Fowlers ☐ Left Lateral Recumbent

**Medication / Treatment Authorization:** ☒ Protocol ☐ On-Line ☐ Written Orders ☐ NA ☐ On-Scene On-Line Physician On-Line Med. Facility

| Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

Agency Definable 1 2

**Authorization for Billing / Release of Patient Information / Assumption of Financial Responsibility:** I request that payment of authorized Medicare/Medicaid and/or other insurance benefits be made to the pre-hospital care provider ("Provider") for any services furnished to me. I authorize any holder of hospital or medical information about me to be released to the Provider, Centers for Medicare and Medicaid Services, and/or my insurance carriers and their agents, including any other information needed to determine these benefits or other benefits payable for related services. I permit a copy of this authorization to be used in place of the original. I understand this authorization may be used by the Provider for all services furnished in the future until such time as I revoke this authorization in writing. I agree to assume full financial responsibility for payment of all charges not covered by my insurance carrier as well as any collection costs and/or attorney's fees as allowed by law. Patient: ☐ Unable to Sign ☐ Refused to Sign ☐ PCS Collected ☐ Other Insurance Collected

Authorization Signature: Date: Guarantor Signature:

**Privacy Notice:** I hereby acknowledge that I have been provided with a copy of the Provider's Notice of Privacy Practices explaining how my personal health information is used and understand my individual rights related to this information.

Privacy Notice Signature: Date:

Patient's Physician Name (please print): Receiving RN / MD Signature: [signature] Technician Signature: Jessica Marquez

I Refuse Treatment / Transportation and understand the consequences of my refusal: Witness Signature to Refusal: On-Line Medical Control Signature:

SH6001 (2 of 2), Rev 10, 02/06 Copyright 2001-2006 ScanHealth, Inc. (Page 2)

☐ Medically Necessary ☐ Required Stretcher ☐ Severe Pain ☐ Unable Standing
☐ Bed Confined ☐ Unconscious ☐ Needed Restraining ☐ Non-Ambulatory

10/31/09

☐ Asthma ☐ Chronic Renal Failure ☐ Cancer ☐ CVA / Stroke ☐ Dialysis ☐ HIV / AIDS ☐ Psychiatric Problems ☐ Substance Abuse ☐ Tuberculosis
☐ Allergies ☐ Chronic Respiratory Failure ☐ Cardiac ☐ Diabetes ☐ Emphysema ☐ Hypertension ☐ Seizure Disorder ☐ Tracheostomy ☐ Other

Med: CC

denies

[illegible] y/o male found ambulatory alert and oriented ~~pt~~ states he has abd pain, nausea and dizziness, ~~pt states~~ he took Nyquil this evening, pt ~~denies~~ taking any other meds. Upon obtaining vitals pt has ↑BP, pt denies med hx. upon [illegible] of ESU NYPD 5023 and C513 pt was aggitated and resistant pt was ~~[illegible]~~ placed in custody and assisted onto stretcher for [illegible] Capt Braschart accom pt. pe reveals patent airway, neg SOB, neg cyanosis, LS clear ⊖ bilat neg chest pain, abd soft x4 quads, pos nausea x1 day, neg vomiting, pos distal pulses motor sensory x4 ext. pt txpd to hosp 3rd WOI. (Before pt was detained pt walked down w/ ESU and NYPD, as pt approached bus he turned around stated he did not need help and walked away pt was then detained and transported. Pt is an officer w/ 81 PCT)

Moved to Ambulance By: ☐ Chair ☐ Scoop Stretcher ☐ Walked with Assist ☐ Stretcher ☐ Carried ☐ Staff at Ambulance

Transport Position: ☐ Supine ☐ Shock ☐ Semi / Full Fowlers ☐ Sitting ☐ Prone ☐ Left Lateral Recumbent

Medication / Treatment Authorization: ☐ Standing Order ☐ Written Orders ☐ Online ☐ NA ☐ On Scene

On Line Physician / Med Control

| Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Agency Definable

**Authorization for Billing / Release of Patient Information / Assumption of Financial Responsibility:** I request that payment of authorized Medicare/Medicaid and/or other insurance benefits be made to the pre-hospital care provider ("Provider") for any services furnished to me. I authorize any holder of medical or other information about me to be released to the Provider, Centers for Medicare and Medicaid Services, and/or any insurance carriers or their agents, including any detail or information needed to determine these benefits or other benefits payable for related services. I permit a copy of this authorization to be used in place of the original. I understand this authorization may be used by the Provider for all services furnished in the future until such time as I revoke this authorization in writing. I agree to assume full financial responsibility for payment of all charges not covered by my insurance carrier as well as any collection costs and/or attorney's fees as allowed by law. Patient: ☐ Unable to Sign ☐ Refused to Sign ☐ PCR Collected ☐ Other Insurance Collected

Authorization Signature: Date: Guarantor Signature:

Privacy Notice: I hereby acknowledge that I have been provided with a copy of the Provider's Notice of Privacy Practices explaining how my personal health information is used and understand my individual rights related to this information. Privacy Notice Signature: Date:

Patient's Physician Name (please print): Receiving RN/MD Name: [signature] Personnel Signature: Jessica Marquez

Patient Treatment / Transportation and understand the consequences: Witness Signature: On Line Medical Control Signature:

SH6001 (2 of 2), Rev 10, 02/06 Copyright 2001-2006 SmartHealth, Inc. (Page 2)