Page 1

```
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2    ---------------------------------------------X
 3    ADRIAN SCHOOLCRAFT,
 4                        Plaintiff,
 5
                                         Case No:
 6          - against -                  10 CV 06005
 7
      THE CITY OF NEW YORK, ET AL.,
 8
 9                        Defendants.
10    ---------------------------------------------X
11                  111 Broadway
                    New York, New York
12
                    May 12, 2014
13                  10:11 a.m.
14
15
16    DEPOSITION OF SHANTEL JAMES, pursuant to
17    Notice, taken at the above place, date and
18    time, before DENISE ZIVKU, a Notary Public
19    within and for the State of New York.
20
21
22
23
24
25
```

|   |   |   |
|---|---|---|
| 1 |   | SHANTEL JAMES |
| 2 | A. | No. |
| 3 | Q. | Have you ever discussed Adrian Schoolcraft with a Lieutenant Caughey from the 81st Precinct? |
| 6 | A. | No. |
| 7 | Q. | Have you ever discussed Adrian Schoolcraft with a Sergeant Weiss of the 81st Precinct? |
| 10 | A. | No, I have not. |
| 11 | Q. | Do you know who Weiss is? |
| 12 | A. | No. |
| 13 | Q. | Do you know who Caughey is? |
| 14 | A. | No. |
| 15 | Q. | Did you ever discuss Adrian Schoolcraft with Deputy Chief Marino? |
| 17 | A. | No. |
| 18 | Q. | Since you don't know who Lauterborn is, I'm assuming that you don't have any recollection of any conversations you had with him about Schoolcraft, right? |
| 22 |   | MS. PUBLICKER METTHAM: Objection. You could answer. |
| 24 | A. | No. |
| 25 | Q. | Have you ever, since this case |