1

1

2 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3 ----------------------------------------x

4 DAVID FLOYD, LALIT CLARKSON, DEON DENNIS,
and DAVID OURLICHT, individually and on

5 behalf of a class of all other similarly
situated,

6                              Plaintiffs,    Index No

7                  -against-                  08 CIV 01034

8 THE CITY OF NEW YORK, NEW YORK CITY POLICE
COMMISSIONER RAYMOND KELLY, in his

9 individual and official capacity, et al,

10                              Defendants.

11 ----------------------------------------x

12                              March 29, 2010

13                              11:00 a.m.

14

15              DEPOSITION of ADHYL POLANCO, taken

16 by the Plaintiffs, held at the law offices of

17 Covington & Burling LLP, The New York Times

18 Building, 620 Eighth Avenue, New York, New York,

19 10018-1405, before Eleanor Greenhouse a Shorthand

20 Reporter and Notary Public by and for the State

21 of New York.

22

23

                      GREENHOUSE REPORTING, INC.

24              875 Sixth Avenue - Suite 1716

                   New York, New York  10001

25                     (212) 279-5108

2

```
1
2    A P P E A R A N C E S:
3
4    CENTER FOR CONSTITUTIONAL RIGHTS
5    Attorneys for the Plaintiffs
6         666 Broadway
7         New York, New York 10012
8    BY:   DARIUS CHARNEY, ESQ.
9
10
11   NEW YORK CITY LAW DEPARTMENT
12   OFFICE OF CORPORATION COUNSEL
13   Attorneys for the City of New York
14         100 Church Street
15         New York, New York 10007
16   BY:   JOHN ROHACK, ESQ.
17         DAVID HAZAN, ESQ.
18         LINDA DONOHUE, ESQ.
19
20   LAURIANO GUZMAN
21   Attorney for the Witness
22         2565 Frisby Avenue
23         Bronx, New York  10461
24
25
```

15

1                     A. Polanco

2    performance monitoring.

3          Q.    I want to talk about that situation

4    later, but other than this current situation

5    which you're speaking of, have you ever been

6    mistreated in other situations by any supervisors

7    or co-workers in the NYPD because of your race or

8    ethnicity?

9          A.    No.

10         Q.    Have you ever been mistreated by any

11   supervisors or co-workers for any other reason

12   since you've been a member of the Police

13   Department?

14         A.    Yes.

15         Q.    What are the other situations where

16   you've been mistreated?

17         A.    I reported corruption.

18         Q.    When was that?

19         A.    Back in October.

20         Q.    October of 2009?

21         A.    2009.

22         Q.    What kind of corruption?  First of

23   all, who did you report it to?

24         A.    I reported it to Internal Affairs

25   because I grew up in Washington Heights.  I know

16

```
 1                    A. Polanco
 2    what it's like to sit in the park or -- I was
 3    seeing an awful lot of people, kids, getting
 4    arrested for no other reason than being a number
 5    for CompStat.
 6            Q.     So you reported this situation of
 7    kids being arrested for no reason, you reported
 8    it to Internal Affairs in October of '09.
 9            A.     Yes, I did.
10            Q.     You said you were mistreated because
11    of it.  What kind of mistreatment or adverse
12    employment action was taken because of that,
13    reporting that to the IAB?
14            A.     It's going to be a long answer.
15            Q.     Let me see if I can shorten it.
16    Other than the stuff you just talked about, the
17    suspension and the psychological hold and the
18    modified duty, are there other forms of
19    mistreatment that you suffered as a result of
20    reporting this situation to the IAB?
21            A.     I was seen as the enemy after that,
22    a Police Department enemy.  They hurt -- I became
23    a cop because I believed in helping people, I
24    believe in doing the right thing for people, not
25    throwing cuffs on them for no reason.  So they
```

41

```
 1                    A. Polanco
 2   The guy was mentally -- schizophrenic.  The
 3   lieutenant had already set up a checkpoint for us
 4   to get, but I was at the missing so I couldn't
 5   leave.  He wanted me to leave but I couldn't
 6   because I was a patrol officer assigned to that.
 7   And by the time I finished with the missing a
 8   couple of hours later, and I located him in the
 9   hospital, and the person was admitted, the
10   lieutenant couldn't -- no longer could have done
11   the checkpoint that day, so the next day, the
12   minute my partner and I walked out of roll call,
13   they told us "You're going to a checkpoint today
14   because the prior day you didn't."
15        Q.    Earlier you said that it took you a
16   lot of courage to finally speak up to IAB about
17   this issue.  What were you afraid or what are you
18   afraid would happen to you as a result of
19   speaking to IAB?
20        A.    It did happen.  I was retaliated
21   against, and basically, they were waiting for a
22   perfect chance to do me, how we call it, to get
23   rid of me or get me in trouble.
24            In my situation, we were patrolling
25   a checkpoint, my partner and I, with two other
```

42

1                A. Polanco

2    officers.

3         Q.    When was this?

4         A.    This was December 12, 2009.  My

5    partner started getting chest pains in the middle

6    of the checkpoint.  Ambulance was called.

7    Everybody came in.  I mean, the ambulance with my

8    partner, the person I have been working since the

9    46, almost five years.  I was ordered by

10   Lieutenant Valanzano not to go with my partner,

11   to step out of the ambulance, and when I stepped

12   out of the ambulance, ten minutes later, my

13   partner started turning blue with an oxygen mask

14   on.  I told the lieutenant that I'm going with my

15   partner.  At that time, he suspended me on the

16   spot.

17        Q.    And you believed that this was in

18   retaliation for you going to IAB about the

19   quotas?

20        A.    Yes, absolutely.

21        Q.    Why do you believe that it was in

22   retaliation?

23        A.    Because Sergeant Rodriguez told me

24   that day that they were looking to get me in

25   trouble, they were looking to, and also it's