1

```
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------------------------X
     ADRIAN SCHOOLCRAFT,
3
                                         PLAINTIFF,
4
              -against-              Case No:
5                                    10 Civ. 6005
                                     (RWS)
6
     THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO,
7    Tax Id. 873220, Individually and in his Official
     Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN
8    NORTH GERALD NELSON, Tax Id. 912370, Individually
     and in his Official Capacity, DEPUTY INSPECTOR
9    STEVEN MAURIELLO, Tax Id. 895117, Individually and
     in his Official Capacity, CAPTAIN THEODORE
10   LAUTERBORN, Tax Id. 897840, Individually and in his
     Official Capacity, LIEUTENANT WILLIAM GOUGH, Tax Id.
11   919124, Individually and in his Official Capacity,
     SGT. FREDERICK SAWYER, Shield No. 2576, Individually
12   and in his Official Capacity, SERGEANT KURT DUNCAN,
     Shield No. 2483, Individually and in his Official
13   Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id.
     915354, Individually and in his Official Capacity,
14   LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374,
     Individually and in his Official Capacity, SERGEANT
15   SHANTEL JAMES, Shield No. 3004 and P.O.'s "JOHN DOE"
     #1-50, Individually and in their Official Capacity
16   (the name John Doe being fictitious, as the true
     names are presently unknown) (collectively referred
17   to as "NYPD defendants"), JAMAICA HOSPITAL MEDICAL
     CENTER, DR. ISAK ISAKOV, Individually and in his
18   Official Capacity, DR. LILIAN ALDANA-BERNIER,
     Individually and in her Official Capacity and
19   JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEES "JOHN
     DOE" #1-50, Individually and in their Official
20   Capacity (the name John Doe being fictitious, as
     the true names are presently unknown),
21
                                         DEFENDANTS.
22   ------------------------------------------------X
                      DATE:  October 17, 2014
23                    TIME:  10:20 A.M.

24
          (Deposition of JOHN ETERNO, PhD)
25
```

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com

1

```
 1
 2                    DATE:  October 17, 2014
 3                    TIME:  10:20 A.M.
 4
 5
 6
 7        DEPOSITION of an Expert Witness,
 8   JOHN ETERNO, PhD, taken by the Respective Parties,
 9   Pursuant to a Notice and to the Federal Rules of
10   Civil Procedure, held at the offices of the New
11   York City Law Department, 100 Church Street,
12   New York, New York 10007, before Nathan MacCormack,
13   a Notary Public of the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25
```

J. ETERNO

1  A.  I would say about a week.

2  Q.  It took you about a week?

3  A.  Yeah.

4  Q.  Are all of the opinions in your report based on
5  generally accepted policing practices in the policing
6  field?

7  A.  I believe so.

8  Q.  Does being generally accepted mean that they are
9  generally adopted?

10  A.  I believe so.  I believe that the New York City
11  Police Department is a model department and its practices
12  are within the standards of police departments throughout
13  the United States, and certainly New York State.

14  Q.  Are any generally accepted practices found in
15  recognized authoritative treatises?

16  A.  What do you mean by "treatises"?

17  Q.  Are there any documents, for example, books that
18  would contain generally accepted practices for the policing
19  field?

20       MR. SMITH:  Objection to the form.

21  A.  Of course.

22  Q.  And what are those?

23  A.  We have the I.A.C.P. Model Policies, for example,
24  that's the International Association of Chiefs of Police;
25  certainly organizations like P.E.R.P., the Police Executive