

POLICE DEPARTMENT
Commanding Officer, Brooklyn North Investigations Unit
211 Union Ave
Brooklyn, New York 11211
(718) 963-5333

December 9, 2009

Mr. Adrian Schoolcraft
█████████████████████

RE: Suspension from Duty and Notification to Appear while on Suspension

Dear Mr. Schoolcraft:

The purpose of this correspondence is to inform you that effective 1300 hours on December 7, 2009, you have been suspended from duty from the New York City Police Department. Effective immediately you are further directed to comply with Patrol Guide Procedure 206-08 and report in person to the Desk Officer at the 50th Precinct Station House at 0900 hours every Monday, Wednesday and Friday.

If while on suspension, you elect to return to your permanent residence located at ███ ████████████████████████ you are directed to report in person to the Desk Officer at the 104 Precinct Station House at 0900 hours every Monday, Wednesday and Friday.

The address of the 50th Precinct Station House is as follows:
3450 Kingsbridge Avenue, Bronx, New York, 10463.

The address of the 104th Precinct Station House is as follows:
64-02 Catalpa Avenue, Ridgewood, New York, 11385.

If you fail to appear as directed by both competent authority and via this correspondence you will be subject to further disciplinary action.

If you have any questions or require additional information or clarification, please contact the Department Advocate's Office at 646-610-5140.

Sincerely,

Timothy J. Trainor
Captain



COURTESY   •   PROFESSIONALISM   •   RESPECT

D001764