## TRAINOR, TIMOTHY

**From:** TRAINOR, TIMOTHY
**Sent:** Tuesday, January 12, 2010 10:14 PM
**To:** Luciani, Louis
**Cc:** Berger, Mark; THOTAM, LIJU
**Subject:** PO Schoolcraft

IAB# 10-931

Lou,
My Staff went upstate today (January 12, 2010) in an attempt to notify PO Schoolcraft to report to the Advocates' Office – They believe he was home but refused to come to the door – I am sending another team at 0400 hours on Jan 13 to try again. Hopefully they can notify him if he comes out of the apartment. Ill keep you all posted.

Talk to you soon,

Tim

1/12/2010

D001736