## TRAINOR, TIMOTHY

**From:**      TRAINOR, TIMOTHY
**Sent:**      Monday, January 18, 2010 1:28 PM
**To:**        Luciani, Louis; THOTAM, LIJU; Berger, Mark
**Subject:**   PO Schoolcraft

Lou,
My staff made a fourth attempt yesterday (sunday) and was unsuccessful- they surveilled
the residence for 8 hours and PO schoolcraft did not leave the residence....in addition,
on friday my lieutenant spoke with Larry Schoolcraft through the door and he wouldn't
cooperate with our efforts to notify PO schoolcraft to return to duty.

Tim

JR 37

1

D001616