**OHARE, ROBERT**

| | | |
|---|---|---|
| **From:** | TRAINOR, TIMOTHY | **Sent:** Wed 1/20/2010 1:37 PM |
| **To:** | Luciani, Louis; THOTAM, LIJU; Berger, Mark | |
| **Cc:** | OHARE, ROBERT | |
| **Subject:** | PO Schoolcraft | |
| **Attachments:** | | |

Supervisors assigned to the PBBN Investigations Unit made a 5th unsucessful attempt at notifying PO schoolcraft to report to duty. They performed observations in Johnstown NY for 5 hours before knocking on his residence door. In addition, we have already consulted with TARU regarding their ability to mask/alter caller I'd info and they have the capability to do so- our next attempt will be to try and call his cell phone from a masked number (to be determined) in the hopes that he will pick up the phone. If sucessful, however it will probably only be a one-shot deal

Tim