

POLICE DEPARTMENT
Commanding Officer, Brooklyn North Investigations Unit
211 Union Avenue
Brooklyn, New York 11211
(718) 963-5333

January 31, 2010

Mr. Adrian Schoolcraft

RE: NOTIFICATION TO APPEAR FOR RESTORATION TO DUTY

Dear Mr. Schoolcraft:

You are hereby directed to appear on Monday, February 1, 2010 at 0900 hours, at the Department Advocate's Office of the New York City Police Department for restoration to Active Duty. This office is located on the 4th Floor, One Police Plaza, New York, N.Y., 10038. You are advised that this is an ordered appearance and your failure to appear as directed will result in disciplinary action up to and including re-Suspension from the Department.

If you have any questions or require additional information or clarification, please contact the Department Advocate's Office at 646-610-5140.

Sincerely,

Timothy J. Trainor
Captain



COURTESY • PROFESSIONALISM • RESPECT

D001602