**OHARE, ROBERT**

| | | | |
|---|---|---|---|
| **From:** | TRAINOR, TIMOTHY | **Sent:** | Mon 2/1/2010 3:08 AM |
| **To:** | Luciani, Louis | | |
| **Cc:** | THOTAM, LIJU; Berger, Mark | | |
| **Subject:** | PO Schoolcraft | | |
| **Attachments:** | | | |

Hello,

Members of the Brooklyn North Investigations' Unit responded again to the Johnstown NY residence of PO Schoolcraft on Sunday, January 31, 2010 in an attempt to serve him with a notice to appear for restoration to active duty. While surveilling the residence, he was observed on at least three occasions looking from a window from his residence. Members approached the door after PO Schoolcraft never emanated from the residence. From outside the door PO schoolcraft was heard speaking with another male (presumably Mr. larry Schoolcraft). Upon knocking on the door and requesting to communicate either in person or through the door the conversation ceased and no further sound was overheard.

Tim