

POLICE DEPARTMENT
Commanding Officer, Brooklyn North Investigations Unit
211 Union Ave
Brooklyn, New York 11211
(718) 963-5333

February 3, 2010

Mr. Adrian Schoolcraft

RE: NOTIFICATION TO APPEAR FOR RESTORATION TO DUTY

Dear Mr. Schoolcraft:

You are hereby directed to appear on Thursday, February 4, 2010 at 0900 hours at the Department Advocates' Office of the New York City Police Department for restoration to Active Duty. This office is located on the 4th floor, One Police Plaza NY, NY 10038. You are advised that this is an ordered appearance, and your failure to appear as directed will result in disciplinary action, up to including Suspension from Duty.

If you have any questions or require additional information or clarification, please contact the Department Advocate's Office at 646-610-5140.

Sincerely,

Lt. Thomas Hanf for
Timothy J. Traisor
Captain