# SEALED EXHIBIT FF