# SEALED EXHIBIT GG