# SEALED EXHIBIT HH