# SEALED EXHIBIT II