# SEALED EXHIBIT JJ