# SEALED EXHIBIT KK