# SEALED EXHIBIT LL