# SEALED EXHIBIT MM