# SEALED EXHIBIT NN