NYC10458

| | | |
|---|---|---|
| 2 | PO Schoolcraft: | 81st Precinct, Officer Schoolcraft, how may I help you? |
| 3 | Lt. Brill | Officer Schoolcraft -- just the man I wanted to speak to. This is Lieutenant Mike Brill. I work with the Quality Assurance Division. |
| 6 | PO Schoolcraft: | Uh-huh. |
| 7 | Lt. Brill: | How are you? |
| 8 | PO Schoolcraft: | Good. |
| 9 | Lt. Brill: | I'm calling on behalf of a -- a -- a communication that we received from Internal Affairs that has to deal with the -- you know, some of the claims you made with respect to a crime reporting in the command. I'm sorry to get in touch with you at work. I tried to a couple times on a -- another number that came that came up. I wasn't able to get in touch with you. That's why I thought I would give -- gave you a call at work. |
| 16 | PO Schoolcraft: | Okay. |
| 17 | Lt. Brill: | Basically, not -- not really -- really gonna get into too much detail now. I don't think it's -- you know, be prudent to talk to you now, you know, being that you are at work, but what I would like to do, if possible at some point, is to, you know, have you come down and then if -- the communication that I got said that you had some examples of, you know, some of the improper reporting or reports that weren't being entered, things that, you know, that -- that are along those lines. And what I'd like to do is, if you could call me at a later time and dis-- we could discuss some of those things so |

|   |   |   |
|---|---|---|
| 1 |  | we know what to look for and how to proceed with our end of the |
| 2 |  | investigation. You know, anytime -- anytime IAB makes a -- an-- |
| 3 |  | anyone makes an allegation with respect to this type of -- re-- |
| 4 |  | regarding crime reporting, it's referred to the Quality Assurance |
| 5 |  | Division. And the team that I head up is the confidential |
| 6 |  | investigation team of the Quality Assurance Division. We deal -- |
| 7 |  | we handle those types of cases -- IAB refers it to us. So we got |
| 8 |  | that a ref-- as a referral so, you know, before we, you know, |
| 9 |  | proceed with the investigation I wanna really, you know, know |
| 10 |  | what to look for type of thing, you know. What categories we |
| 11 |  | should be looking at, so basically what I would like to do is have |
| 12 |  | you give me a call and ideally if you could come in and if you do |
| 13 |  | have anything to provide us with, you know, we'll -- we'll take it, |
| 14 |  | and, you know, proceed with the investigation. Would you be able |
| 15 |  | to call me back and/or come in, you know, to discuss, you know, |
| 16 |  | some of those issues regarding the crime reporting? |
| 17 | PO Schoolcraft: | Sure, you want to set up a day? |
| 18 | Lt. Brill: | Yeah, yeah. Now, from what I understand you have what |
| 19 |  | Thursday, Friday off? |
| 20 | PO Schoolcraft: | Yep. |
| 21 | Lt. Brill: | Would it be possible for you to come in one of those two days? |
| 22 | PO Schoolcraft: | No. I got -- I got a sick father. |
| 23 | Lt. Brill: | Okay. One of the options, I really don't wanna do it, is -- is to -- |
| 24 |  | to, you know, have you appear. I could send, you know, a |
| 25 |  | notification for you to come down to the Quality Assurance |

| | | |
|---|---|---|
| 1 | | Division, you know, as a witness, you know. We -- we routinely |
| 2 | | do GO-15s because we get cases similar to this. But -- |
| 3 | PO Schoolcraft: | It -- it's all right. I've already notified the command officer. He's |
| 4 | | -- he -- he's in on it. |
| 5 | Lt. Brill: | Okay. |
| 6 | PO Schoolcraft: | He's part of the whole deal. |
| 7 | Lt. Brill: | Yeah. I mean, if -- if -- I mean, I don't, like -- |
| 8 | PO Schoolcraft: | He's -- he's the one instigating me. He's the one -- it's coming |
| 9 | | down from him. I mean, I'm sure it's coming from somewhere |
| 10 | | above him also, but -- |
| 11 | Lt. Brill: | Right. |
| 12 | PO Schoolcraft: | -- it's -- he -- he's showing up at these 30, 31s, 32s himself and |
| 13 | | telling the officers that -- and then talking to the victim right on the |
| 14 | | scene. Talking them out of, you know, not making a report. |
| 15 | Lt. Brill: | Uh-huh. Okay. Yeah, I mean, initially that wasn't my -- I don't |
| 16 | | want to, you know, breach the confidentiality, you know, and -- |
| 17 | | and -- have you come down 'cause, you know, in all likihood, after |
| 18 | | you -- |
| 19 | PO Schoolcraft: | It's no -- there's no -- |
| 20 | Lt. Brill: | -- it's not a problem? |
| 21 | PO Schoolcraft: | -- there's no confidentiality, there's no -- I'm -- I'm not being |
| 22 | | anonymous at all. |
| 23 | Lt. Brill: | Right. |
| 24 | PO Schoolcraft: | It has to be dealt -- it's not just the 81. |
| 25 | Lt. Brill: | Yeah, I know -- I'm -- |

| | | |
|---|---|---|
| 1 | PO Schoolcraft: | I know at -- you know, when I'm at -- when I was at CRV, I -- we would -- guys would joke around about the stuff they do at their precincts and it's the same thing everywhere. |
| 4 | Lt. Brill: | Yeah, I know. I'm doing this to –(unclear) -- |
| 5 | PO Schoolcraft: | It's a systemic problem. |
| 6 | Lt. Brill: | -- over eight years it is, I had some cases where, you know, things have been substantiated, you know, and individuals have -- you know. |
| 9 | PO Schoolcraft: | No, I have -- well, I mean, I have officers, I don't know if they're going to help, if they're gonna participate but supervisors will show up to their jobs and belittle them because they called them over and now they're involved.  And they'll belittle the officer right in front of the victim, telling them, you know, "Why did you call me to this? Why did you do this?" Blah blah blah -- |
| 15 | Lt. Brill: | Right. |
| 16 | PO Schoolcraft: | And then, you know, the officer crawls back into his car and the crime solved. |
| 18 | Lt. Brill: | Uh-huh. Yeah, no, so if you don't have a problem -- |
| 19 | PO Schoolcraft: | No. |
| 20 | Lt. Brill: | -- then what would be a good day? I mean, if you can't do it a day this week -- |
| 22 | PO Schoolcraft: | Well, I don't have, like, everything in order. Everything is kind of -- I kinda gotta put stuff in some kind of an order to present it. |
| 24 | Lt. Brill: | Okay, yeah, that looks -- |
| 25 | PO Schoolcraft: | Maybe a couple weeks from now, just notify me? |

| | | |
|---|---|---|
| 1 | Lt. Brill: | Well -- well -- yeah. We can do that, but it's -- in the meantime if |
| 2 | | you could give me a call back at some point and -- and just give |
| 3 | | me an idea of what we should be looking at, 'cause might go ahead |
| 4 | | and start looking at some reports prior to that. |
| 5 | PO Schoolcraft: | Okay. |
| 6 | Lt. Brill: | Because there is a statute of limitations involved sometimes and, |
| 7 | | it's a year and a half, so if we're going back into 2008 I wanna |
| 8 | | start to look at these reports before it starts to, you know -- these |
| 9 | | investigations aren't, you know, completed overnight. It takes |
| 10 | | months sometimes, you know, when -- when you're looking at |
| 11 | | thousands of reports, which may -- we may have to do on this case |
| 12 | | -- |
| 13 | PO Schoolcraft: | Uh-huh. |
| 14 | Lt. Brill: | -- this, you know, to -- to, you know, call complainants back to |
| 15 | | find out, you know, what happened to them. You know, interview |
| 16 | | all -- |
| 17 | PO Schoolcraft: | Well, definitely December 2008 was a big -- it was -- that was a |
| 18 | | big month for -- I don't know if there was something with the |
| 19 | | ending of that month being a big deal but that was a -- December |
| 20 | | 2008 they were shit-canning the reports like you wouldn't believe. |
| 21 | Lt. Brill: | The information that I got was that you had indicated that grand |
| 22 | | larcenies were being changed to lost property and petit larceny was |
| 23 | | also being changed to lost property. |
| 24 | PO Schoolcraft: | Robberies to lost property. But the thing is, reports not -- the thing |
| 25 | | is -- a lot of these reports are not even being taken. Supervisors |

| | | |
|---|---|---|
| 1 | | will show up at the job -- |
| 2 | Lt. Brill: | Right. |
| 3 | PO Schoolcraft: | -- and then, like I said, not only belittle the officer, but not -- not |
| 4 | | for a shooting or a rape -- you know, where there is a rape victim, |
| 5 | | you can't hide that. But -- but the other stuff where the -- when I |
| 6 | | have robberies, the -- the victim was bleeding and officers come to |
| 7 | | me and tell me this stuff and they -- they were told by the |
| 8 | | supervisor to -- to make it a lost property and also write in the |
| 9 | | story, "Victim states he was not a victim of a crime." |
| 10 | Lt. Brill: | Right. |
| 11 | PO Schoolcraft: | Into the summary. |
| 12 | Lt. Brill: | You know, I mean, it's -- if -- if we could speak to those officers, |
| 13 | | do we have names of individuals that need to be interviewed? I |
| 14 | | think we should interview and we'll -- we'll interv-- interview |
| 15 | | them with respect to any jobs they went to and we'll -- we'll look |
| 16 | | at the -- the SPRINT jobs and see how they came over and, you |
| 17 | | know, we'll look at the, you know, complainant indexes. You |
| 18 | | know, if the reports aren't being made in, you know, we -- we may |
| 19 | | -- we could very well find that out. It could be -- maybe it's an |
| 20 | | involved investigation. We gotta call complainants back again, |
| 21 | | look at reports, we gotta interview officers involved, yourself |
| 22 | | included, obviously. So, you know, it -- it -- I mean, now is not the |
| 23 | | time to -- to really go over this, you know, being where you are, |
| 24 | | you know, but if you can give me a call. I -- I'll give you my |
| 25 | | number, if nothing else, just to -- to, you know -- so you have it so |

| | | |
|---|---|---|
| 1 | | that when you're available and you have, you know, the |
| 2 | | information you want to get together -- |
| 3 | PO Schoolcraft: | Uh-huh. |
| 4 | Lt. Brill: | -- ready you can give me a call and then we'll -- shortly thereafter |
| 5 | | set up a -- you know, send you a notification to roll call to have |
| 6 | | you appear at the Quality Assurance Division and, you know, just |
| 7 | | sit down and -- and go over whatever information you do have, |
| 8 | | whatever reports you can bring us -- names, etcetera. |
| 9 | PO Schoolcraft: | Uh-huh. |
| 10 | Lt. Brill: | This way we could start the investigation because, like I said, there |
| 11 | | is a statute of limitations, you know, with some of the -- with -- |
| 12 | | with this stuff and this does take some time to investigate. Let me |
| 13 | | give my -- my -- my name and number again. It's Lieutenant Mike |
| 14 | | Brill, B as in boy, R-I-L-L and my direct line here at the Quality |
| 15 | | Assurance Division is 718-330-3314. Again, that's my personal |
| 16 | | line. If -- if I'm not physically at my desk you'll get a voice mail |
| 17 | | and you can leave a message. And the main number of Quality |
| 18 | | Assurance is 330-4431. Is there a number that I can reach you at, a |
| 19 | | cell phone number or a -- |
| 20 | PO Schoolcraft: | Yup. 718 -- |
| 21 | Lt. Brill: | Uh-huh. |
| 22 | PO Schoolcraft: | -- 570 -- |
| 23 | Lt. Brill: | -- 570 -- |
| 24 | PO Schoolcraft: | -- 6224. |
| 25 | Lt. Brill: | -- 6224. |

| | | |
|---|---|---|
| 1 | PO Schoolcraft: | I just changed my home phone over to cable so I don't -- it's 4040 |
| 2 | | so I don't remember the first three right now. |
| 3 | Lt. Brill: | Alright. Yeah. No, this -- if I have to get in touch with you I have |
| 4 | | the cell phone number. Yeah, I -- I mean, so from what I |
| 5 | | understand it'll take you a couple weeks to get together the |
| 6 | | information that you want to gather for us and that's fine, but my |
| 7 | | boss is -- we may wanna, you know, start to work on it, you know, |
| 8 | | before that. So, I may give you a call and -- |
| 9 | PO Schoolcraft: | As far as the statute of limita-- of limitations is concerned, what |
| 10 | | does that mean? |
| 11 | Lt. Brill: | Well, that -- that -- that's the -- |
| 12 | PO Schoolcraft: | Does it prevent you from investigating? |
| 13 | Lt. Brill: | -- no, it prevents -- if someone's -- if we find misconduct -- |
| 14 | PO Schoolcraft: | Right. |
| 15 | Lt. Brill: | -- and for argument's sake there's an 18 -- an 18 months is the |
| 16 | | statute of limitations. You know, the report should have been |
| 17 | | taken, let's say, you know, 18 months ago, and we would do the |
| 18 | | investigation into the officers and they would say "yeah we were |
| 19 | | pressured to", you know, "We should have taken a report," or |
| 20 | | "This report was thrown out. I handed it in and now it's missing." |
| 21 | | You know, we find somebody culpable for that. If it's over 18 |
| 22 | | months, the statute of limitations is expired, so nothing can be |
| 23 | | done disciplinary action wise. |
| 24 | PO Schoolcraft: | Right, but it -- can it still be determined if it did happen? |
| 25 | Lt. Brill: | Oh, yes. |

| | | |
|---|---|---|
| 1 | PO Schoolcraft: | Oh, okay. |
| 2 | Lt. Brill: | Yeah. You know, so, I mean -- I'm not -- I'm not worried about it |
| 3 | | right now -- |
| 4 | PO Schoolcraft: | Uh-huh. |
| 5 | Lt. Brill: | -- you know, but it -- it -- it indicated some big problems at the end |
| 6 | | of December, you know, from what you're -- you're telling me so |
| 7 | | there is a lot of time still left but sometimes these can, you know, |
| 8 | | in my experience, these investigations can take some time. A lot |
| 9 | | of people do need to be interviewed, you know -- |
| 10 | PO Schoolcraft: | Uh-huh. |
| 11 | Lt. Brill: | -- in most cases, and it takes time, the scheduling and everything, |
| 12 | | so I just wanted to, you know, not sit on it for any length of time, |
| 13 | | basically. |
| 14 | PO Schoolcraft: | Oh, okay. |
| 15 | Lt. Brill: | So, I mean, if you can call me back at some point later on today |
| 16 | | and let me -- let us know a little bit more specific what categories |
| 17 | | we may wanna be looking at, you know, you know, if – you know, |
| 18 | | if somebody's -- if basically from what you're telling, it looks like |
| 19 | | lost property's -- is a category that -- that we need to look at. |
| 20 | PO Schoolcraft: | The -- the GLAs that come over the radio. This is one thing -- is |
| 21 | | that the GLAs that come over the radio, you will not see the reports |
| 22 | | matching. And in fact the -- the CO himself is giving the |
| 23 | | complainants that comes here to get the complaint number -- |
| 24 | Lt. Brill: | Yeah. |
| 25 | PO Schoolcraft: | -- complaint numbers from different GLAs just so they leave. |

| | | |
|---|---|---|
| 1 | Lt. Brill: | So, are those reports not actually being taken or are they being |
| 2 | | changed and -- |
| 3 | PO Schoolcraft: | It would appear they are not being taken and they're being, you |
| 4 | | know, they're being altered to, like, unlawful use or -- |
| 5 | Lt. Brill: | Unauthorized use. |
| 6 | PO Schoolcraft: | -- right. |
| 7 | Lt. Brill: | Okay. You know, that's something we'll look at, you know. |
| 8 | PO Schoolcraft: | That's one -- that's -- that's gonna be a big one right there. That's- |
| 9 | Lt. Brill: | Going back to '08 as well? |
| 10 | PO Schoolcraft: | There's something about GLAs that they cannot take. |
| 11 | Lt. Brill: | Okay. That's going back into 2008 as well? |
| 12 | PO Schoolcraft: | Up to now. |
| 13 | Lt. Brill: | That's still -- still going on? |
| 14 | PO Schoolcraft: | Oh, yeah. |
| 15 | Lt. Brill: | Alright, you mentioned the lost properties. You know, that's a -- |
| 16 | | that's a big category. There's a lot of lost properties. So that's -- |
| 17 | | that's gonna take some time to look through, the number of lost |
| 18 | | properties. |
| 19 | PO Schoolcraft: | Right, right. |
| 20 | Lt. Brill: | Well, what -- we will probably, you know, be in the command |
| 21 | | within the next week or so to start looking at these reports. Like I |
| 22 | | said, you know, if you don't mind, you know, reaching out to me |
| 23 | | in the next few days with any additional information you have and |
| 24 | | I may do the same to you as well just to maybe get some more |
| 25 | | information. |

| | | |
|---|---|---|
| 1 | PO Schoolcraft: | Okay. |
| 2 | Lt. Brill: | Alright, Adrian? |
| 3 | PO Schoolcraft: | Alright, Lieutenant.  Thank you. |
| 4 | Lt. Brill: | Alrighty, I'll be in touch. |
| 5 | PO Schoolcraft: | Bye. |
| 6 | | **END OF TELEPHONE CALL** |