

| CHARGES AND SPECIFICATIONS PD 468-121 (Rev. 1-02)-Pent | **SUSPENDED** | Date February 02, 2010 |
|---|---|---|
| Command | Serial No. | I.A.B. Log No. | I.A.B. Member Notified | Department Advocate's Office Serial Number 86109/10 |

81 PRECINCT

TO THE POLICE COMMISSIONER:

| | Rank-Title | Surname | First Name | Initial | Shield No. | Tax Reg. No. |
|---|---|---|---|---|---|---|
| hereby CHARGE | PO | SCHOOLCRAFT | ADRIAN | | 12943 | 931186 |
| Squad or Chart No. | | Command 81 PRECINCT | | | Date Entered Dept 07/01/02 | |

with VIOLATION OF DEPARTMENT REGULATIONS

### SPECIFICATIONS

in that:

1. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, inside of the 81st Precinct Stationhouse, in Kings County, having been directed by New York City Police Sergeant Rasheena Huffman to standby during an investigation, did fail and neglect to comply with said order.

PG 203-03  Pg. #1 para. #2                    **COMPLIANCE WITH ORDERS**                    CODE 21

2. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, within the confines of the 104th Precinct, in Queens County, having been directed by New York City Police Captain Theodore Lauterborn to return back to the 81st Precinct Stationhouse for an investigation, did fail and neglect to comply with said order.

PG 203-03  Pg. #1 para. #2                    **COMPLIANCE WITH ORDERS**                    CODE 21

3. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, scheduled to perform his regular tour of duty was absent without leave.

PG 203-05  Pg. 1 para. 1 & 2            **PERFORMANCE ON DUTY - GENERAL**
PG 205-18  Pg. 1 & 2                    **ABSENT WITHOUT LEAVE-PERSONNEL MATTERS**                    CODE 01

4. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, engaged in conduct prejudicial to the good order, efficiency or discipline of the Department in that said Officer failed to properly safeguard Department property.

PG 203-10  Pg. #1 para. #5                    **GENERAL REGULATIONS**                    CODE 26

DEPARTMENT ADVOCATE'S
OFFICE
RECOMMEND APPROVAL
DATE  2/11/10

APPROVED

Steven Mauriello
Deputy Inspector

Instructions. After all specifications are entered, list witnesses for the department. (If witness is civilian, enter name and address on Official

## 1ST ENDORSEMENT

Commanding Officer, Patrol Borough Brooklyn North _____ to the POLICE COMMISSIONER, __February 3,__ __2010__. I concur with the issuance of charges and specifications.

Gerald Nelson
Assistant Chief

---

## INSTRUCTIONS FOR SERVICE OF CHARGES AND SPECIFICATIONS

1. Respondent will sign and complete where appropriate:

    a. original charges and specifications
    b. vacation and military leave form
    c. two (2) copies of instructions and receipt of charges and specifications
    d. agreement to accept service of notice form (when requested in suspension cases only).

2. Respondent will receive:

    a. one (1) copy of charges and specifications
    b. one (1) copy of instructions and receipt of charges and specifications form

---

## ACKNOWLEDGEMENT OF SERVICE

I acknowledge due personal service on me of the within Charges and Specifications and notice of Hearing, this _____ day of _____, 20 ____ at _____ AM/PM.

WITNESS                                    RESPONDENT

_____  _____     _____  _____
(Rank-Title)        (Signature)            (Rank Title)        (Signature)

### DATE STAMP

| D.A.O. (Out) | CMD PREFER C&S (In)  (Out) | HIGHER COMMAND (In)  (Out) | D.A.O. (In) |

CONFIDENTIAL

NYC00003934

| CHARGES AND SPECIFICATIONS PD 468-121 (Rev. 1-02)-Pent | RE-SUSPENSION | Date December 17, 2009 |
|---|---|---|
| Command: **81 PRECINCT** | Serial No. | I.A.B. Log No. | I.A.B. Member Notified | Department Advocate's Office Serial Number 86044/1 |

## TO THE POLICE COMMISSIONER:

I hereby CHARGE

| Rank-Title | Surname | First Name | Initial | Shield No. | Tax Reg. No. |
|---|---|---|---|---|---|
| PO | SCHOOLCRAFT | ADRIAN | | 12943 | 931186 |

| Squad or Chart No. | Command | | Date Entered |
|---|---|---|---|
| | 81 PRECINCT | | 07/01/02 |

with VIOLATION OF DEPARTMENT REGULATIONS

### SPECIFICATIONS

in that:

1. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on suspension, on or about December 3, 2009, after being previously notified that said Officer was to report to the Department Advocate's Office to be restored to Modified Assignment, did fail to appear at the Department Advocate's Office and was absent without leave.

PG 203-05 Pg. #1 para. #1 & #2        PERFORMANCE ON DUTY - GENERAL            CODE 01
PG 205-18 Pg. #1 & #2                 ABSENT WITHOUT LEAVE - PERSONNEL

2. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on suspension, on or about December 3, 2009, did engage in conduct prejudicial to the good order, efficiency or discipline of the Department in that said Officer, after being informed by the Commanding Officer, Department Advocate's Office, that a Department Surgeon would examine said Officer at said Officer's temporary residence, did fail to make himself available for examination by said Department Surgeon.

PG 203-10 Pg. #1 para. #5             GENERAL REGULATIONS                       CODE 15

3. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on suspension, on or about December 14, 2009 and December 16, 2009, did fail to report to said Officer's resident precinct.

PG 206-08 Pg. #1 para. #3             SUSPENSION FROM DUTY, UNIFORMED MEMBER    CODE 15
                                      OF THE SERVICE - DISCIPLINARY MATTERS

DEPARTMENT ADVOCATE'S OFFICE
RECOMMEND APPROVAL
DATE _____

APPROVED
DATE _____

Steven Mauriello
Deputy Inspector

Instructions: After all specifications are entered, list witnesses for the department. (If witness is civilian, enter name and address on Official Letterhead PD 158-151). If member of the force, give rank, name, shield number and command. Also indicate scheduled vacation (if any), chart, squad no., or working schedule of complainant, respondent and witnesses (if member of the department).

CONFIDENTIAL                                                                    NYC00003935



**CHARGES AND SPECIFICATIONS**
PD 468-121 (Rev. 1-02)-Pent

**SUSPENDED**

Date: November 04, 2009

| Command | Serial No. | I.A.B. Log No. | I.A.B. Member Notified | Department Advocate's Office Serial Number |
|---|---|---|---|---|
| 81 PRECINCT | | | | |

TO THE POLICE COMMISSIONER:

hereby CHARGE

| Rank-Title | Surname | First Name | Initial | Shield No. | Tax Reg. No. |
|---|---|---|---|---|---|
| PO | SCHOOLCRAFT | ADRIAN | | 12943 | 931186 |

| Squad or Chart No. | Command | Date Entered Dept |
|---|---|---|
| | 81 PRECINCT | 07/01/02 |

with VIOLATION OF DEPARTMENT REGULATIONS

**SPECIFICATIONS**

that:

1. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, inside of the 81st Precinct Stationhouse, in Kings County, having been directed by New York City Police Sergeant Rasheena Huffman to standby during an investigation, did fail and neglect to comply with said order.

PG 203-03 Pg. #1 para. #2         **COMPLIANCE WITH ORDERS**                                    CODE 21

2. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, within the confines of the 104th Precinct, in Queens County, having been directed by New York City Police Captain Theodore Lauterborn to return back to the 81st Precinct Stationhouse for an investigation, did fail and neglect to comply with said order.

PG 203-03 Pg. #1 para. #2         **COMPLIANCE WITH ORDERS**                                    CODE 21

3. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, scheduled to perform his regular tour of duty was absent without leave.

PG 203-05 Pg. 1 para. 1 & 2       **PERFORMANCE ON DUTY - GENERAL**
PG 205-18 Pg. 1 & 2               **ABSENT WITHOUT LEAVE-PERSONNEL MATTERS**                    CODE 01

4. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, engaged in conduct prejudicial to the good order, efficiency or discipline of the Department in that said Officer failed to properly safeguard Department property.

PG 203-10 Pg. #1 para. #5         **GENERAL REGULATIONS**                                        CODE 26

DEPARTMENT ADVOCATE'S OFFICE
RECOMMEND APPROVAL
DATE  KMK  11/5/09

APPROVED
DATE _____

Capt Alex Perey
for Steven Mauriello
Deputy Inspector

Instructions: After all specifications are entered, list witnesses for the department. (If witness is civilian, enter name and address on Official Letterhead PD 158-151). If member of the force, give rank, name, shield number and command. Also indicate scheduled vacation (if any), chart,

CONFIDENTIAL                                                                                       NYC00003936

**1ST ENDORSEMENT**

Commanding Officer
Patrol Borough Brooklyn North _____ to the POLICE COMMISSIONER, December 10 _____ 20 09 . I concur with the issuance of charges and specifications.

Gerald Nelson
Assistant Chief

---

## INSTRUCTIONS FOR SERVICE OF CHARGES AND SPECIFICATIONS

1. Respondent will sign and complete where appropriate:

    a. original charges and specifications
    b. vacation and military leave form
    c. two (2) copies of instructions and receipt of charges and specifications
    d. agreement to accept service of notice form (when requested in suspension cases only).

2. Respondent will receive:

    a. one (1) copy of charges and specifications
    b. one (1) copy of instructions and receipt of charges and specifications form

---

## ACKNOWLEDGEMENT OF SERVICE

I acknowledge due personal service on me of the within Charges and Specifications and notice of Hearing, this _____ day of _____, 20 ____ at _____ AM/PM.

NESS                                                      RESPONDENT

_____        |     _____
(nk-Title)        (Signature)                    (Rank Title)        (Signature)

### DATE STAMP

| D.A.O. (Out) | CMD PREFER C&S (In)   (Out) | HIGHER COMMAND (In)   (Out) | D.A.O. (In) |

04/27/2010 10:37   Received: 6466106328   DAO   Apr 27 2010 09:34am   PAGE 01/02

## CHARGES AND SPECIFICATIONS
PD 468-121 (Rev. 1-02)-Pent

**SUSPENDED**

Date: **February 02, 2010**
Department Advocate's Office
Serial Number: 86109/10

| Command | Serial No. | I.A.B. Log No. | I.A.B. Member Notified |
|---|---|---|---|
| 81 PRECINCT | | | |

**TO THE POLICE COMMISSIONER:**

I hereby CHARGE

| Rank-Title | Surname | First Name | Initial | Shield No. | Tax Reg. No. |
|---|---|---|---|---|---|
| PO | SCHOOLCRAFT | ADRIAN | | 12943 | 931186 |

Squad or Chart No. | Command: **81 PRECINCT**
Date Entered: 07/01/02

with VIOLATION OF DEPARTMENT REGULATIONS

### SPECIFICATIONS

in that:

1. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, inside of the 81st Precinct Stationhouse, in Kings County, having been directed by New York City Police Sergeant Rasheena Huffman to standby during an investigation, did fail and neglect to comply with said order.

PG 203-03 Pg. #1 para. #2    **COMPLIANCE WITH ORDERS**    CODE 21

2. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, within the confines of the 104th Precinct, in Queens County, having been directed by New York City Police Captain Theodore Lauterborn to return back to the 81st Precinct Stationhouse for an investigation, did fail and neglect to comply with said order.

PG 203-03 Pg. #1 para. #2    **COMPLIANCE WITH ORDERS**    CODE 21

3. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, scheduled to perform his regular tour of duty was absent without leave.

PG 203-05 Pg. 1 para. 1 & 2    **PERFORMANCE ON DUTY - GENERAL**
PG 205-18 Pg. 1 & 2              **ABSENT WITHOUT LEAVE-PERSONNEL MATTERS**    CODE 01

4. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, engaged in conduct prejudicial to the good order, efficiency or discipline of the Department in that said Officer failed to properly safeguard Department property.

PG 203-10 Pg. #1 para. #5    **GENERAL REGULATIONS**    CODE 26

DEPARTMENT ADVOCATE'S OFFICE
RECOMMEND APPROVAL
DATE 2/11/10

APPROVED

Steven Mauriello
Deputy Inspector

Instructions: After all specifications are entered, list witnesses for the department. (If witness is civilian, enter name and address on Official Letterhead PD 158-151). If member of the force, give rank, name, shield number and command. Also indicate scheduled vacation (if any), chart squad no., or working schedule of complainant, respondent and witnesses (if member of the department).

**CHARGES AND SPECIFICATIONS**
PD 468-121 (Rev. 1-02)-Pent

Date: **February 02, 2010**

| Command | Serial No. | I.A.B. Log No. | I.A.B. Member Notified | Department Advocate's Office Serial Number |
|---|---|---|---|---|
| 81 PRECINCT | | | | |

## TO THE POLICE COMMISSIONER:

| | Rank-Title | Surname | First Name | Initial | Shield No. | Tax Reg. No. |
|---|---|---|---|---|---|---|
| I hereby CHARGE | PO | SCHOOLCRAFT | ADRIAN | | 12943 | 931186 |

| Squad or Chart No. | Command | Date Entered |
|---|---|---|
| | 81 PRECINCT | 07/01/02 |

with **VIOLATION OF DEPARTMENT REGULATIONS**

### SPECIFICATIONS

in that:  1.  Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, inside of the 81st Precinct Stationhouse, in Kings County, having been directed by New York City Police Sergeant Rasheena Huffman to standby during an investigation, did fail and neglect to comply with said order.

PG 203-03  Pg. #1 para. #2           **COMPLIANCE WITH ORDERS**                    CODE 21

2.  Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, within the confines of the 104th Precinct, in Queens County, having been directed by New York City Police Captain Theodore Lauterborn to return back to the 81st Precinct Stationhouse for an investigation, did fail and neglect to comply with said order.

PG 203-03  Pg. #1 para. #2           **COMPLIANCE WITH ORDERS**                    CODE 21

3.  Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, scheduled to perform his regular tour of duty was absent without leave.

PG 203-05  Pg. 1 para. 1 & 2        **PERFORMANCE ON DUTY - GENERAL**
PG 205-18  Pg. 1 &2                 **ABSENT WITHOUT LEAVE-PERSONNEL MATTERS**    CODE 01

4.  Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on-duty, on or about October 31, 2009, engaged in conduct prejudicial to the good order, efficiency or discipline of the Department in that said Officer failed to properly safeguard Department property.

PG 203-10  Pg. #1 para. #5           **GENERAL REGULATIONS**                       CODE 26

**Steven Mauriello**
**Deputy Inspector**

Instructions: After all specifications are entered, list witnesses for the department. (If witness is civilian, enter name and address on Official Letterhead PD 158-151). If member of the force, give rank, name, shield number and command. Also indicate scheduled vacation (if any), chart, squad no., or working schedule of complainant, respondent and witnesses (if member of the department).

Fax: Feb 10 2010 11:18am       Feb 10 2010 12:19pm  P001/001     Received:

CONFIDENTIAL                                                                                              NYC00003939

04/27/2010 10:37  Received: 6466106328  DAO  Apr 27 2010 09:34am  PAGE 02/02

# CHARGES AND SPECIFICATIONS
PD 468-121 (Rev. 1-02)-Pent

**RE-SUSPENSION**

Date: **December 17, 2009**

Department Advocate's Office Serial Number

| Command | Serial No. | I.A.B. Log No. | I.A.B. Member Notified |
|---|---|---|---|
| 81 PRECINCT | | | |

## TO THE POLICE COMMISSIONER:

I hereby CHARGE

| Rank-Title | Surname | First Name | Initial | Shield No. | Tax Reg. No. |
|---|---|---|---|---|---|
| PO | SCHOOLCRAFT | ADRIAN | | 12943 | 931186 |

| Squad or Chart No. | Command |
|---|---|
| | 81 PRECINCT |

Date Entered: 07/01/02

with VIOLATION OF DEPARTMENT REGULATIONS

### SPECIFICATIONS

In that:

1. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on suspension, on or about December 3, 2009, after being previously notified that said Officer was to report to the Department Advocate's Office to be restored to Modified Assignment, did fail to appear at the Department Advocate's Office and was absent without leave.

PG 203-05 Pg. #1 para. #1 & #2
PG 205-18 Pg. #1 & #2

PERFORMANCE ON DUTY - GENERAL
ABSENT WITHOUT LEAVE - PERSONNEL

CODE 01

2. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on suspension, on or about December 3, 2009, did engage in conduct prejudicial to the good order, efficiency or discipline of the Department in that said Officer, after being informed by the Commanding Officer, Department Advocate's Office, that a Department Surgeon would examine said Officer at said Officer's temporary residence, did fail to make himself available for examination by said Department Surgeon.

PG 203-10 Pg. #1 para. #5

GENERAL REGULATIONS

CODE 15

3. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on suspension, on or about December 14, 2009 and December 16, 2009, did fail to report to said Officer's resident precinct.

PG 206-08 Pg. #1 para. #3

SUSPENSION FROM DUTY, UNIFORMED MEMBER
OF THE SERVICE - DISCIPLINARY MATTERS

CODE 1

DEPARTMENT ADVOCATE'S OFFICE
RECOMMEND APPROVAL
DATE_____

Steven Mauriello
Deputy Inspector

APPROVED

DATE_____

Instructions: After all specifications are entered, list witnesses for the department. (If witness is civilian, enter name and address on Off Letterhead PD 158-151). If member of the force, give rank, name, shield number and command. Also indicate scheduled vacation (if any), c squad no., or working schedule of complainant, respondent and witnesses (if member of the department).

CONFIDENTIAL  NYC00003940

## CHARGES AND SPECIFICATIONS
PD 468-121 (Rev. 1-02)-Pent

| Date |
|---|
| December 17, 2009 |

| Command | Serial No. | I.A.B. Log No. | I.A.B. Member Notified | Department Advocate's Office Serial Number |
|---|---|---|---|---|
| 81 PRECINCT | | | | |

### TO THE POLICE COMMISSIONER:

| | Rank-Title | Surname | First Name | Initial | Shield No. | Tax Reg. No. |
|---|---|---|---|---|---|---|
| I hereby CHARGE | PO | SCHOOLCRAFT | ADRIAN | | 12943 | 931186 |

| Squad or Chart No. | Command | Date Entered Dept. |
|---|---|---|
| | 81 PRECINCT | 07/01/02 |

with VIOLATION OF DEPARTMENT REGULATIONS

**SPECIFICATIONS**

In that:

1. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on suspension, on or about December 3, 2009, after being previously notified that said Officer was to report to the Department Advocate's Office to be restored to Modified Assignment, did fail to appear at the Department Advocate's Office and was absent without leave.

| PG 203-05 Pg. #1 para. #1 & #2 | PERFORMANCE ON DUTY - GENERAL | CODE 01 |
| PG 205-18 Pg. #1 & #2 | ABSENT WITHOUT LEAVE - PERSONNEL | |

2. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on suspension, on or about December 3, 2009, did engage in conduct prejudicial to the good order, efficiency or discipline of the Department in that said Officer, after being informed by the Commanding Officer, Department Advocate's Office, that a Department Surgeon would examine said Officer at said Officer's temporary residence, did fail to make himself available for examination by said Department Surgeon.

| PG 203-10 Pg. #1 para. #5 | GENERAL REGULATIONS | CODE 15 |

3. Said Police Officer Adrian Schoolcraft, assigned to the 81st Precinct, while on suspension, on or about December 14, 2009 and December 16, 2009, did fail to report to said Officer's resident precinct.

| PG 206-08 Pg. #1 para. #3 | SUSPENSION FROM DUTY, UNIFORMED MEMBER OF THE SERVICE - DISCIPLINARY MATTERS | CODE 15 |

Steven Mauriello
Deputy Inspector

---

Instructions: After all specifications are entered, list witnesses for the department. (If witness is civilian, enter name and address on Official Letterhead PD 158-151). If member of the force, give rank, name, shield number and command. Also indicate scheduled vacation (if any), chart, squad no., or working schedule of complainant, respondent and witnesses (if member of the department).

CONFIDENTIAL                                                        NYC00003941