# SEALED EXHIBIT RR