# SCOPPETTA SEIFF KRETZ & ABERCROMBIE

ERIC A. SEIFF
WALTER A. KRETZ, JR.
CHARLES D. ABERCROMBIE*

MARIANA OLENKO

* ALSO ADMITTED IN CT

444 MADISON AVENUE
30TH FLOOR
NEW YORK, NY 10022-1010
(212) 371-4500
FAX (212) 371-6883

ROLAND R. ACEVEDO
NICHOLAS SCOPPETTA
OF COUNSEL

December 16, 2014

By Fax
Honorable Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



RECEIVED DEC 16 2014 JUDGE SWEET CHAMBERS

Re: Schoolcraft v. The City of New York, et al., 10-CV-6005 (RWS)

Dear Judge Sweet:

    On behalf of defendant Steven Mauriello, we intend to submit a motion for summary judgment seeking to dismiss the claims asserted against him. I write to respectfully request that the page limitation for the supporting memorandum of law be enlarged from 25 to 50 pages, as approved for the other moving defendants.

    Thank you for your consideration.

Respectfully submitted,

Walter A. Kretz, Jr.

cc: All Counsel, By E-Mail

*So ordered.*
*Sweet USDJ*
*12.18.14*