SM Exhibit A

06/22/2010 15:21  Received: 7185742277   Jun 22 2010 03:21pm 81 ICO OFFICE   PAGE 07/12

Online Evaluation   Page 1 of 4



## Online Performance Evaluation System
### Police Officer - Detective Specialist

View By: THEODORE LAUTERBORN TaxID: 897840 Date: 4/20/2009 7:48:01 AM

### RATEE

| SURNAME | FIRST | M.I. | Appt Date |
|---|---|---|---|
| SCHOOLCRAFT | ADRIAN | P | 7/1/2002 |

| RATEE TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| 931186 | PO | 081 | 11/15/2005 |

| TIMES SICK | DAYS LOST | PURPOSE | RECOMMENDATION |
|---|---|---|---|
| NLOD: 1  LOD: 0 | NLOD: 2-5  LOD: 0 | ANNUAL | TRANSFER |

Not chronic   Date of Primary Assignment: 7/1/2003   IF COMPLETED POLICE CADET PROGRAM

Primary Assignment: Patrol

Rating Period From: 12/15/2007   To: 12/15/2008

### RATER

| SURNAME | FIRST | M.I. |
|---|---|---|
| STUKES | RAYMOND | C |

| RATER TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| 923223 | SERGEANT | 081 | 3/28/2008 |

### PERFORMANCE AREAS

| Area | Rating |
|---|---|
| 1 Community Interaction | 4 |
| 2 Apprehension/Intervention | 3 |
| 3 Victim/Prisoner Interaction | 4 |
| 4 Processing Arrests | 4 |
| 5 Vehicular Offenses/Accidents | 4 |
| 6 Handling Specific Offenses | 4 |
| 7 Police Interaction/Notification | 4 |
| 8 Vehicle Operation/Maintenance | 4 |
| 9 Review and Maintenance | 3 |
| 10 Handling Special Cases | 3 |
| 11 Vouchering | 4 |
| 12 Report/Clerical Duties | 4 |

### BEHAVIORAL DIMENSIONS

| Dimension | Rating |
|---|---|
| 13 Police Ethics / Integrity | 4 |
| 14 Comprehension Skills | 4 |
| 15 Communication Skills | 4 |
| 16 Reasoning Ability | 4 |
| 17 Information Ordering | 3 |
| 18 Problem Recognition | 4 |
| 19 Visualization | 3 |
| 20 Spatial Orientation | 4 |
| 21 Memorization | 4 |
| 22 Judgement | 3 |
| 23 Innovativeness | 3 |
| 24 Adaptability | 2 |
| 25 Drive/Initiative | 1 |
| 26 Interpersonal Skills | 3 |
| 27 Appearance/Professional Image | 3 |
| 28 Physical Fitness/Physical Activities | 3 |

**Overall Evaluation : 2.5**

https://finestnet/perfeval/ViewCommandEvaluationData.aspx?EvalID=130285   4/20/2009

NYC00003316

### 1. Community Interaction
P. O. SCHOOLCRAFT SHOWS GOOD COMMUNITY INTERACTION BY ELICITING INFORMATION FROM WITNESSES AND VICTIMS. HE ALSO MEDIATES PROBLEMS BETWEEN DISPUTING INDIVIDUALS AND PROVIDES COUNSELING WHEN FAMILIES HAVE CONFLICTS.

### 2. Apprehension/Intervention
P. O. SCHOOLCRAFT NEEDS IMPROVEMENT IN THE ABILITY TO RECOGNIZE, SEEK OUT AND APPREHEND THOSE ENGAGED IN ILLEGAL ACTIVITIES.

### 4. Processing Arrests
P.O. SCHOOLCRAFT IS ABLE TO COMPLETE ARREST FORMS ACURATELY AND COMPLETELY IS ABLE TO FINGERPRINT, PHOTOGRAPH AND PROCESS ALL ARREST RELATED PAPERWORK

### 25. Drive/Initiative
P O. SCHOOLCRAFT'S POOR ACTIVITY IS A DIRECT RESULT OF HIS LACK OF INNOVATIVENESS TO PERFORM HIS ASSIGNMENT AS A PATROL OFFICER. P.O SCHOOLCRAFT NEEDS CONSTANT SUPERVISION. HE PERFORMS HIS TASKS IDLY UNLESS SPECIFICALLY DIRECTED TO WORK.

### 24. Adaptability
P.O. SCHOOCRAFT IS UNWILLING TO CHANGE HIS APPROACH TO MEETING THE PERFORMANCE STANDARDS OF A NEW YORK CITY POLICE OFFICER. THE OFFICER HAS BEEN RETRAINED, COUNSELED AND GIVEN DIRECTION ON NUMEROUS OCCASSION'S BY VAROUS SUPERVISORS WITH NO CHANGE.

### 25. Drive/Initiative
P.O. SCHOOLCRAFT'S POOR ACTIVITY IS A DIRECT RESULT OF HIS LACK OF INNOVATIVENESS TO PERFORM HIS ASSIGNMENT AS A PATROL OFFICER. P.O SCHOOLCRAFT NEEDS CONSTANT SUPERVISION. HE PERFORMS HIS TASKS IDLY UNLESS SPECIFICALLY DIRECTED TO WORK.

### 24. Adaptability
P.O. SCHOOCRAFT IS UNWILLING TO CHANGE HIS APPROACH TO MEETING THE PERFORMANCE STANDARDS OF A NEW YORK CITY POLICE OFFICER. THE OFFICER HAS BEEN RETRAINED, COUNSELED AND GIVEN DIRECTION ON NUMEROUS OCCASSION'S BY VAROUS SUPERVISORS WITH NO CHANGE.

### Overall Rater's Comments:
THE PERFORMANCE EXHIBITED BY P.O. SCHOOLCRAFT IS WELL BELOW STANDARD. THERE IS A LIMITED ABILITY TO PERFORM THE APPROPRIATE TASKS FOR A GIVEN ASSIGNMENT WITHOUT SUPERVISION. THE OFFICER FREQUENTLY DISREGARDS PERFORMING RESPONSIBILITIES OR ADHERENCE TO ACTIVITY STANDARDS OF A NEW YORK CITY POLICE OFFICER. HE OCCASIONALLY EXERCISES SOUND JUDGEMENT AND GENERALLY WILLING TO DO THE JOB BUT WILL DO SO WHEN INSTRUCTION AND DIRECTIONS

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| REVIEWER | | | |
|---|---|---|---|
| SURNAME | FIRST | M.I. | |
| MAURIELLO | STEVEN | M | |
| REVIEWER'S TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
| 895117 | DEPUTY INSPECTOR | 081 | 10/30/2006 |

### Overall Reviewer Comments:
Police Officer Schoolcraft has been counseled by both his Squad Supervisor and his Platoon Commander about his lack of drive. He has yet to show any improvement. I concur with the above evaluation.

✓ ACCURATE AND COMPLETE, CONCUR

Online Evaluation                                                                Page 3 of 3

### Overall Reviewer Comments:

Police Officer Schoolcraft has been counseled by both his Squad Supervisor and his Platoon Commander about his lack of drive. He has yet to show any improvement. I concur with the above evaluation.

☑ ACCURATE AND COMPLETE. CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.

☑ I WISH TO APPEAL THIS EVALUATION

| | | |
|---|---|---|
| RATEE SIGNATURE | #12943 | Date 4/27/09 |
| RATER SIGNATURE | | Date 04/27/09 |
| REVIEWER SIGNATURE | DI MJ | Date 4/27/09 |

All SUPERVISORS ARE REMINDED TO ENSURE THAT THE ORIGINAL SIGNED EVALUATION IS FILED IN THE PERSONNEL FOLDER AT THE MEMBER'S PERMANENT COMMAND.

View By: THEODORE LAUTERBORN TaxID: 897840 Date: 4/20/2009 7:48:01 AM

https://finestnet/perfeval/ViewCommandEvaluationData.aspx?EvalID=130285                    4/20/2009