SM Exhibit C

1
2  UNITED STATES DISTRICT COURT
3  EASTERN DISTRICT OF NEW YORK
4  - - - - - - - - - - - - - - - - - -
5  ADRIAN SCHOOLCRAFT,
6                      Plaintiff,
7            -against- Index No.
                  10CIV-6005 (RWS)
8
   THE CITY OF NEW YORK, DEPUTY CHIEF
9  MICHAEL MARINO, Tax Id. 873220,
   Individually and in his Official
10 Capacity, ASSISTANT CHIEF PATROL
   BOROUGH BROOKLYN NORTH GERALD NELSON,
11 Tax Id. 912370, Individually and in his
   Official Capacity, DEPUTY INSPECTOR
12 STEVEN MAURIELLO, Tax Id. 895117,
   Individually and in his Official
13 Capacity, CAPTAIN THEODORE LAUTERBORN,
   Tax Id. 897840, Individually and in his
14 Official Capacity, LIEUTENANT JOSEPH
   GOFF, Tax Id. 894025, Individually and
15 in his Official Capacity, stg. Frederick
   Sawyer, Shield No. 2576, Individually
16 and in his Official Capacity, SERGEANT
   KURT DUNCAN, Shield No. 2483,
17 Individually and in his Official
   Capacity, LIEUTENANT TIMOTHY CAUGHEY,
18 Tax Id. 885374, Individually and in his
   Official Capacity, SERGEANT SHANTEL
19 JAMES, Shield No. 3004, and P.O.'s "JOHN
   DOE" 1-50, Individually and in their
20 Official Capacity (the name John Doe
   being fictitious, as the true names are
21 presently unknown)(collectively referred
   to as "NYPD defendants"), JAMAICA
22 HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV,
   Individually and in his Official
23 Capacity, DR. LILIAN ALDANA-BERNIER,
   Individually and in her Official Capacity
24 and JAMAICA HOSPITAL MEDICAL CENTER
   EMPLOYEES "JOHN DOE" # 1-50, Individually
25
   (Continued)

Page 2

1
2  and in their Official Capacity (the name
   John Doe being fictitious, as the true
3  names are presently unknown),
4
   Defendants.
5
        - - - - - - - - - - - - - - - - - -x
6
                        444 Madison Avenue
7                       New York, New York
8                       December 20, 2013
                        10:16 a.m.
9
10     VIDEOTAPED DEPOSITION of DEPUTY
11  INSPECTOR STEVEN MAURIELLO, one of the
12  Defendants in the above-entitled action,
13  held at the above time and place, taken
14  before Margaret Scully-Ayers, a Shorthand
15  Reporter and Notary Public of the State
16  of New York, pursuant to the Federal
17  Rules of Civil Procedure.
18
19           *         *         *
20
21
22
23
24
25

```
1                 S. MAURIELLO
2    quarterly reports.  I looked.  It's
3    documented.
4              I talked to the lieutenant, and
5    the lieutenants said, "Listen I tried.  I
6    sat down with him.  He doesn't want to
7    work.  There is something wrong.  He's
8    either lazy or he doesn't care."  Then I
9    talked the admin lieutenant.
10              THE REPORTER:  Who?
11        A.    Admin.  And then we had the
12    appeal.  In the appeal, you know, they
13    came out, and they talked to him.  His
14    own delegate, the cop, if you listen to
15    the tape even said to him, "Everybody is
16    here to try to help you.  No one is here
17    looking to hurt you."
18              He brings up five years -- this
19    is the first I ever heard, and you hear
20    me on the tape saying "I didn't know
21    that."
22              I didn't know that when he
23    first came on the job, he was in the
24    seven five, then he came to the eight
25    one.  He was active.  They put him in a
```

Page 132

1              S. MAURIELLO
2   conditions unit.  I said, "Really, you
3   were in a conditions unit?  I didn't know
4   that."
5              I didn't know that he had
6   issues, he took a leave of absence.  I
7   never knew that.  I didn't know about --
8   he start saying about FBI, IAB, civil
9   rights.  I don't know anything about this
10  stuff.
11             You hear me on the tape.  I
12  said, "We are all trying to help you."
13             And I kind of give a speech,
14  "When life knocks you down, you have to
15  get back up."
16       Q.    The FBI, what are you referring
17  to when you say "the FBI"?
18       A.    That's what Officer Schoolcraft
19  was staying on the tape.  He's being
20  investigated by the FBI, the civil rights
21  something.  We didn't know.  I never
22  heard of this stuff.
23             And Lieutenant Delafuente says
24  to him, "I asked you numerous times
25  during the year, did you have anything

Page 305

S. MAURIELLO

1
2       Q.      Did you sign the log when you
3   came in?
4       A.      I believe so.
5       Q.      That would be a regular
6   practice of yours?
7       A.      Yes.
8       Q.      And what happened when you
9   entered the precinct?
10      A.      I entered the precinct, and
11  when I entered in, Officer Schoolcraft
12  was going down to the locker room.  I
13  said, "Hello, Adrian.  How are you?"  He
14  went down to the locker room.  I went
15  behind the desk.  I signed in.  I dropped
16  everything in my office, the candy and
17  everything.
18              When I came back out, Sergeant
19  Hoffman told me, "Officer Schoolcraft
20  left.  He said he was sick.  He dropped a
21  28 on my desk, and he said he is
22  leaving."
23      Q.      So when you walked into the
24  precinct that day, you saw Officer
25  Schoolcraft and you said hello to him?

Page 308

1              S. MAURIELLO

2      Q.      She was the desk sergeant at

3  the time, right?

4      A.      Yes.

5      Q.      Where did that conversation

6  between you and Hoffman take place?

7      A.      I believe behind the desk.

8      Q.      Was anybody else a party to

9  that conversation?

10     A.      I don't know.

11     Q.      What did you do as a result of

12  getting this information from Hoffman?

13     A.      I said, "Does Captain

14  Lauterborn know about this?"  She said,

15  "Yeah."  I said, "Okay.  Is he handling

16  it?"  She said, "Yeah."  I said, "Do me a

17  favor, try to call him on the phone.

18  Have him come back to the precinct."

19          Then I said, "If you can't get

20  in touch with him later on, call the 104

21  and have a supervisor go to his command.

22  Make sure he is all right."

23     Q.      Was that one conversation that

24  you had with Hoffman or a series of

25  conversations?

```
1                    S. MAURIELLO
2   sure he was all right?"
3           She said she was calling and
4   calling.  No one picked up the phone.
5       Q.    That was all the same
6   conversation a few minutes after you
7   entered the precinct, right?
8           MR. KRETZ:  Objection.
9       A.    Like five to ten minutes after.
10      Q.    During that discussion that you
11  had with Hoffman, did she say anything
12  else to you?
13      A.    She said that he dropped a
14  stack of papers.  He said he wasn't
15  feeling good with a 28, "I'm going sick."
16  She said, "You can't go sick."  She
17  wanted to call an ambulance.  He came
18  back up.  She started telling him "You
19  can't go sick" --
20          THE REPORTER:  You have to slow
21      down.
22      A.    -- "I'm calling an ambulance.
23  You have to stay here.  He said he didn't
24  want to stay.  She said, "You have to
25  properly fill out the paperwork.  With
```

1              S. MAURIELLO
2    what I was doing.  That's the official
3    one 'cause the borough lined it off.
4         Q.    After the second conversation
5    that you had with Chief Nelson on October
6    31st, what did you do next?
7         A.    I was in the office and then
8    Chief Marino showed up sometime later.
9         Q.    How much time later after the
10   second conversation with Nelson did
11   Marino show up?
12        A.    Fifteen, 25 minutes.
13        Q.    Did you have any discussion
14   with Chief Marino?
15        A.    He came into my office.
16        Q.    Did he say anything to you, did
17   you say anything to him?
18        A.    He said, "I heard one of your
19   officers left the command, went AWOL.
20   They think that he was home.  They have
21   got information he was home.  They hear
22   somebody walking upstairs.  Let's take a
23   ride over there."
24        Q.    What was your understanding of
25   the source of Marino's information?

Page 337

S. MAURIELLO

1

2    A.    I don't know who talked to him.

3    Q.    He didn't tell you?

4    A.    Nope.

5    Q.    Did you believe that he had

6  been sent over to the eight one by

7  Nelson?

8    A.    I don't know.

9    Q.    I know you don't know that

10  because Nelson didn't tell you that.  My

11  question is different.

12        Did you believe that Marino was

13  at the eight one because Nelson told him

14  to go there?

15        MS. PUBLICKER METTHAM:

16    Objection.

17    A.    I don't know why Marino showed

18  up to the eight one.  I don't know who

19  told him to come.  I don't know if he

20  came on his own.

21    Q.    At that time your direct

22  supervisor was Marino in the chain of

23  command?

24    A.    I dealt with Chief Nelson.  He

25  is the head of the borough so usually if

Page 338

1                    S. MAURIELLO

2    you have a problem going on at the

3    precinct, a shooting or a cop -- a

4    community arrest, he was going to get the

5    phone call right away from the PC so I

6    deal with the chief.

7         Q.    And Marino reports directly to

8    the chief, right?

9         A.    Yes.

10        Q.    So did you believe that the

11   reason why Marino was at the eight one

12   was because Nelson sent him there?

13             MS. PUBLICKER METTHAM:

14        Objection.

15        A.    I said I don't know.

16        Q.    I know you didn't know.  Do you

17   believe that was the reason?

18             MS. PUBLICKER METTHAM:

19        Objection.

20             THE WITNESS:  Isn't I don't know

21        an answer?

22             MR. KRETZ:  Did you have that

23        belief when he walked into your

24        office, he was sent there by Nelson?

25             THE WITNESS:  I didn't know.

Page 339

1                    S. MAURIELLO

2        Maybe yes, maybe no.  I don't know.

3        Q.    Did you discuss anything else

4    with Marino?

5        A.    No.  I said, "Let's go."

6        Q.    What did you do next?

7        A.    Went outside, I saw Lieutenant

8    Crawford.  I don't know where the 104 is.

9    I never worked in Queens.  He used to be

10   a sergeant there.  Lieutenant Crawford

11   drove me in my car.

12       Q.    What kind of car is that?

13       A.    I believe a gray truck.

14       Q.    Is that a department car?

15       A.    Yes, sir.

16       Q.    A gray truck?

17       A.    Yes, a truck like I forget.  I

18   had a couple of cars.  I forget.

19       Q.    How long did it take you to get

20   to Officer Schoolcraft's apartment?

21       A.    About 15 minutes.

22       Q.    And Crawford drove you?

23       A.    Yes, sir.

24       Q.    When you got there, did you get

25   out of the car?

Page 340

                    S. MAURIELLO

1

2    A.    Yes, sir.

3    Q.    Did Crawford also get out of

4  the car?

5    A.    Yes.

6    Q.    Who was at the scene when you

7  got there?

8    A.    When I got there, Chief Marino

9  was following us in his car.  We walked

10  up, it was Captain Lauterborn was on the

11  sidewalk with Brooklyn North

12  investigations, ESU, EMS personnel were

13  there, Lieutenant Brosschart was there,

14  sergeant from the 104 was there with a

15  couple of cops and the CO of 104 was

16  there, Deputy Inspector Green.

17    Q.    Who from Brooklyn North was

18  there?

19    A.    I think Hawkins [phonetic],

20  Gough, and I forget the other one there.

21         MS. PUBLICKER METTHAM:

22    G-O-U-G-H.

23    Q.    Did you know the Brooklyn North

24  investigations officers who were there?

25    A.    Yes.

Page 341

1                S. MAURIELLO
2        Q.    What happened next?
3        A.    We were outside Chief Marino
4   comes up, huddles everybody up, gets an
5   update.  At the time the landlord the
6   husband and wife were there talking.
7   They gave a key I think to Captain
8   Lauterborn and discussing what was going
9   on.  They were pretty adamant that
10  Officer Schoolcraft was home.
11       Q.    Who was adamant?
12       A.    The landlord.
13       Q.    Did you have any discussions
14  with either the landlord or the landlady?
15       A.    No.
16       Q.    Were you present when anybody
17  else had any discussions with either the
18  landlord or the landlady?
19       A.    After they gave the key to
20  Captain Lauterborn, they stepped back.
21  Chief Marino was handling the scene.  He
22  was the highest ranking.
23       Q.    Were you present when
24  Lauterborn was discussing getting the key
25  from the landlord?

1                   S. MAURIELLO

2              MS. PUBLICKER METTHAM:

3      Objection.

4              MR. KRETZ:   Objection.

5      A.      I believe we were walking up,

6  we were walking up out of the car, they

7  were talking.

8      Q.      So when you got to the scene,

9  you saw Lauterborn discussing or talking

10 with the landlord and the landlady?

11     A.      The husband and the wife.

12     Q.      Let's call them the husband and

13 wife.  Did you see them hand the key to

14 him?

15     A.      No.

16     Q.      Did he already have the key by

17 then?

18     A.      They probably already gave him

19 the key, yes.

20     Q.      Did either the husband or the

21 wife, the landlady and the landlord, say

22 anything to you?

23     A.      No.

24     Q.      Did they say anything in your

25 presence that you heard?

Page 343

```
 1              S. MAURIELLO
 2      A.    No.
 3      Q.    What happened next?
 4      A.    Chief Marino huddled everybody
 5  up to find out what's going on.  We have
 6  the key.  He decided to have ESU go
 7  upstairs with him and the rest of us to
 8  knock on the door to see if Adrian would
 9  open the door if he was all right.
10            We were worried about his
11  safety, you know.  God forbid he hurt
12  himself.
13      Q.    So Marino was in control at the
14  scene?
15      A.    Yes.
16      Q.    He made a decision to go
17  upstairs with ESU leading?
18      A.    Yes.
19      Q.    Were you in uniform?
20      A.    Yes.
21      Q.    Was Marino in uniform?
22      A.    Yes.
23      Q.    How was ESU attired?
24      A.    They were in uniform, but they
25  had no helmets on, no hat, no protective
```

Page 344

1              S. MAURIELLO

2  gear, just like they got out of the car,

3  regular uniform.

4      Q.    Were you armed?

5      A.    Yes.

6      Q.    What were you armed with?

7      A.    My 9 mm.

8      Q.    Anything else?

9      A.    No.

10     Q.    What about anybody else, was

11 anybody else armed?

12     A.    Yes.

13     Q.    Who?

14     A.    Everyone was working:  Chief

15 Marino, Captain Lauterborn, Lieutenant

16 Brosschart was armed, investigations were

17 armed.

18     Q.    Was Brooklyn investigations,

19 were they in uniform?

20     A.    No.

21     Q.    They were in plainclothes?

22     A.    Yes, sir.

23     Q.    Lauterborn was in uniform?

24     A.    Yes, sir.

25     Q.    Where was your 9 mm?

Page 345

1                    S. MAURIELLO

2        A.      My gun holster.   I had my duty

3    belt on.

4        Q.      And Lauterborn had a gun in his

5    holster?

6        A.      Yes.

7        Q.      And Lauterborn had a gun is his

8    holster?

9        A.      Yes, we were all in uniform.

10        Q.      And Brosschart, he had a gun on

11   his holster or his belt too?

12        A.      I believe on his belt, yes.

13                MS. PUBLICKER METTHAM:

14        Objection.

15        Q.      And ESU had guns on their belts

16   as well?

17        A.      Yes.

18        Q.      How many ESU people were there?

19        A.      Off the top of my head, I don't

20   remember.   At least three.

21        Q.      Am I correct that a group of

22   you then went upstairs to the second

23   floor of the house?

24        A.      Yes.

25        Q.      And ESU was in front; is that

1              S. MAURIELLO

2    correct?

3        A.    Yes, sir.

4        Q.    Who was directly behind them?

5        A.    Chief Marino.

6        Q.    Who was behind Marino?

7        A.    Myself and Captain Lauterborn.

8        Q.    What happened next?

9        A.    ESU knocked on the door,

10   "Adrian, are you home?  Adrian, are you

11   home?"  No response.

12              They hear the TV going.  They

13   use the key and opened it up like 6

14   inches and peeked in.  They can see him

15   sitting down in the bed.  They opened the

16   door.  They said, "Adrian, we are worried

17   about you.  What's going on?  Don't you

18   hear us knocking on the door?"  And

19   everybody walked in the apartment.

20       Q.    At any time before they open

21   the door, did anybody draw their gun?

22       A.    No.

23       Q.    So everybody who had a gun, as

24   far as you know, had their gun in their

25   holster, right?

Page 352

```
 1                S. MAURIELLO
 2  might have hurt himself.  Nobody was
 3  going in there defensive, he was going to
 4  hurt us.  We were there to help him.
 5       Q.    I understand what you were
 6  thinking --
 7            MR. KRETZ:  Let him continue,
 8       please.
 9            MR. SMITH:  Yes.
10       A.    Were in there to help him and
11  not hurt him.  At no time did anybody
12  have his gun out.  At no time were we
13  going in there and roust him off his bed.
14  I was in there.  You can hear the tape.
15  I come off concerned.  I was.  We all
16  were.
17       Q.    Inspector, you said he came at
18  you twice, right?
19       A.    He walked toward me twice.
20       Q.    He came up to your face twice,
21  right?
22       A.    Yes, sir.
23       Q.    Did you feel at all concerned
24  on either occasion that Officer
25  Schoolcraft was going to strike you?
```

Page 353

S. MAURIELLO

2    A.    Got close to my face, I took a
3  step back.  I don't know if he's
4  disorientated.  I don't know what is
5  going on.  He took another step towards
6  me again.  I talked to him and I said,
7  "Teddy, handle it."  I excused myself
8  from the situation.
9    Q.    Inspector, you are not
10  answering my question.  I want to know
11  whether or not when Officer Schoolcraft
12  got in your face the first time or the
13  second time, did you feel he was acting
14  in a threatening manner towards you?
15    A.    Yes.
16    Q.    Did anybody in the room take
17  any action in response to that?
18    A.    No.
19    Q.    You just stepped back and
20  exited from the circumstance; is that
21  right?
22    A.    Yes.
23    Q.    Did you tell Officer
24  Schoolcraft, well, you are going to come
25  back to the precinct with us?

Page 354

1                S. MAURIELLO

2    A.    I don't recall saying that.

3    Q.    You don't remember saying that?

4    A.    No.

5          MS. PUBLICKER METTHAM:  Are you

6    going to mark a CD as an exhibit?

7          MR. SMITH:  I'm not going to

8    mark the CD.  It's a CD we all know

9    very well.

10         MR. KRETZ:  You better mark it.

11         MR. SMITH:  There is no CD.

12   It's in here.

13         MS. PUBLICKER METTHAM:  Which CD

14   does it comes from?

15         MR. SMITH:  I will do that at a

16   later date.

17         MS. PUBLICKER METTHAM:  I really

18   prefer you do that today.

19         MR. SMITH:  I can't do it now.

20   You're going to have to suffer through

21   with me.

22         MS. PUBLICKER METTHAM:  That's

23   not acceptable for you to play a

24   recording and not be able to tell us

25   where it's from.

Page 355

1              S. MAURIELLO

2          MR. KRETZ:  Why don't I go get

3      the disc and you tell me which one.

4          MR. SMITH:  You guys are going

5      to stick me with the seven hours.  I'm

6      not going to waste a lot of time.  You

7      are interpreting my examination.  I'm

8      playing a recording produced in this

9      case.

10          MS. PUBLICKER METTHAM:  By whom?

11          MR. SMITH:  By --

12          MS. PUBLICKER METTHAM:  By

13      defendant or plaintiff?

14          MR. SMITH:  By the Plaintiff.

15          Labeled S-D, dash, 50,

16      underscore, 31, October 2009,

17      underscore, home invasion, dot, WMA.

18          I'm going to be playing an

19      excerpt of that from two minutes to

20      two minutes and 48 seconds.

21          [Whereupon, a recording is

22      playing.]

23          MR. SMITH:  I'm stopping this

24      recording at two minutes and 43

25      seconds.

Page 356

```
 1              S. MAURIELLO

 2      Q.    Is that your voice, Inspector

 3  Mauriello, saying that the last you saw

 4  Officer Schoolcraft was back at the

 5  precinct and you were worried about him?

 6      A.    Yes, we were all worried about

 7  your safety and wellbeing.

 8            MR. KRETZ:  That's your voice?

 9      Q.    That's your voice, right?

10      A.    Yes.

11            MR. SMITH:  I'm going to play

12      the recording at 2.48.

13            [Whereupon, a recording is

14      playing.]

15      Q.    Did you just hear that part of

16  the tape which says, "Well, you're gonna

17  come back to the precinct with us"?

18      A.    Yes.

19      Q.    Was that your voice?

20      A.    Sounded like me, yes.

21      Q.    Do you have any reason to think

22  that wasn't you?

23      A.    Who knows if he spliced tapes,

24  I don't know.

25      Q.    You can speculate about a lot
```

Page 357

1              S. MAURIELLO
2   of things.
3              Sitting here today, I'm asking
4   you whether you have any reason to
5   believe that wasn't your voice?
6        A.    That's my voice.
7        Q.    So you did tell Officer
8   Schoolcraft, "Well, you're going to come
9   back to the precinct with us"; isn't that
10  right?
11       A.    Yes.
12       Q.    So playing that piece of the
13  recording refreshes your recollection
14  about that; is that fair to say?
15       A.    Yes, it does, sir.
16       Q.    Why did you tell Officer
17  Schoolcraft that he was going to come
18  back to the precinct with you?
19       A.    Because he left the precinct.
20  It was discussed with Chief Marino he was
21  there and he was AWOL.  We were making
22  sure he didn't hurt himself.  He left the
23  precinct without permission so....
24       Q.    Is there some provision in the
25  patrol guide that authorized you to go

Page 358

```
 1              S. MAURIELLO
 2   into Officer Schoolcraft's home and order
 3   him to return to the precinct because he
 4   was absent without leave?
 5              MR. KRETZ:  Objection.
 6              MS. PUBLICKER METTHAM:
 7        Objection.
 8        A.   First of all, we went to the
 9   house to make sure he didn't hurt
10   himself.  You hear me saying that on the
11   tape.  So that was the reason.  We're
12   making sure he was all right.  We're
13   worrying he had his gun and shield taken.
14   We don't know what's the reason for.  He
15   don't answer the phone.  He doesn't
16   answer anybody's phone calls.  He was not
17   answering the door when they're knocking
18   on the door.  He's not answering the
19   door.  All right, God forbid if he hung
20   himself, took pills, carbon monoxide, who
21   knows.  We are going there for his well
22   being.
23              Now, his well being is all
24   right, now, he's got to answer why you
25   left the precinct.
```

Page 359

1              S. MAURIELLO

2      Q.      So when you entered the

3  apartment and you saw he was watching

4  television?

5      A.      The television was on.

6      Q.      Physically, he was fine, right?

7              MR. KRETZ:   Objection.

8              MS. PUBLICKER METTHAM:

9      Objection.

10     A.      His hair was sticking up, his

11  eyes were beat red like a possum.

12     Q.      Didn't you just testify you

13  were concerned about his well being and

14  now you can see he was okay and now

15  you're moving onto whether or not he's

16  going to have to answer for leaving?

17             MR. KRETZ:   Now you're trying to

18        get him to make a statement about his

19        health condition.   You're asking too

20        much.

21             MR. SMITH:   I want his opinion.

22     I appreciate you don't interrupt.

23     A.      I went in there.   I said that.

24  He got confrontational in my face.   I

25  removed myself from the situation, and

1                    S. MAURIELLO
2    that's it.
3        Q.    You are not answering my
4    question, Inspector.  You're not
5    answering any of the questions that I
6    have been asking you on this subject so I
7    will start again.
8              MR. KRETZ:  Objection to your
9         characterization.  That's really
10        uncalled for and inaccurate.
11             MR. SMITH:  Fine.  I will
12        rephrase the question.
13             MR. KRETZ:  Withdraw the
14        comment, that would be better.
15             MR. SMITH:  I will restate my
16        question.
17       Q.    Is there anything in the patrol
18   guide or the administrative guide or
19   anything else that you can point me to
20   that gave you the authority to go into
21   his apartment and order him back to the
22   precinct?
23             MR. KRETZ:   Objection.
24             MS. PUBLICKER METTHAM:
25        Objection.

1            S. MAURIELLO

2       A.    We went to make sure he was all

3  right.  The patrol guide, yes.  He went

4  AWOL.  Now it's an unusual situation,

5  very bizarre.  He had no gun and shield

6  for a reason.

7            We find out when I get to the

8  scene that Captain Lauterborn said he

9  talked to Dr. Lanstein [phonetic], and he

10 has anger and resentment for the job and

11 to the precinct so now we're worrying God

12 forbid he hurt himself.  So if we don't

13 knock on the door if cops didn't stay

14 there for four or five hours to make sure

15 that he didn't hurt himself, then what?

16      Q.    Is that your answer to my

17 question?

18      A.    Yes.

19      Q.    Did the patrol guide procedure

20 on being absent without leave authorize

21 you to go into his apartment?

22            MS. PUBLICKER METTHAM:

23      Objection.

24      A.    I was not the senior commanding

25 officer on that scene.

Page 362

1                S. MAURIELLO

2        Q.      That's not an answer.

3        A.      Chief Marino was handling the

4    decisions.   That's it.

5        Q.      Earlier that day you looked at

6    the AWOL patrol guide procedure, didn't

7    you?

8        A.      I could correct you now because

9    AWOL procedure is usually when you don't

10   show up to work not when you leave work.

11   See he left work.   Now that procedure is

12   different.   Usually, the person doesn't

13   come it the first four hours you're

14   looking around at time records, did he

15   put a 28 in, call this, call that.   He

16   left work without permission.   He just

17   left, gone.

18       Q.      I'll restate the question

19   again:   Is there anything in the

20   administrative guide, the patrol guide,

21   or anyplace else that you can point me to

22   which gives you the authority or anybody

23   else at the scene the authority to go

24   into his apartment and order him back to

25   the 81st Precinct?

Page 363

1            S. MAURIELLO

2         MS. PUBLICKER METTHAM:

3     Objection.

4        A.    At the time he was not only

5    AWOL, it was emotional status.  If you

6    want to look at that, it could be

7    emotionally disturbed.  You are

8    emotionally disturbed, you are allowed to

9    go in with a key, the landlord/tenant

10   opens the door for you.

11       Q.    When you are saying you are

12   allowed to go in, what you referring to?

13       A.    If someone -- this is

14   considered a barricade situation if

15   you're not answering the door here four

16   hours, five hours; meanwhile, he is on

17   tape with his father setting this whole

18   thing up.

19       Q.    Did you conclude had that

20   Officer Schoolcraft was an EDP?

21       A.    I didn't say that.  I don't

22   know what happened.  You're asking me why

23   do we have cops out there four, five

24   hours to make sure he's all right.

25       Q.    I'm asking you a different

Page 370

1           S. MAURIELLO
2   discussion about what you are going to do
3   as a group if Officer Schoolcraft was
4   inside the apartment and he was
5   physically seeming fine, right?
6       A.    Yes.
7       Q.    Who said what about that?
8       A.    Chief Marino.
9       Q.    What did Chief Marino say?
10      A.    We were here to make sure he
11  didn't hurt himself, God forbid he hurt
12  himself.  If we go in there and we
13  realize he didn't hurt himself, he was
14  playing a game, he left work, then he has
15  to go back to the precinct and conduct an
16  investigation with GOs.
17      Q.    What did you mean by GOs?
18      A.    Getting interviewed on the tape
19  under oath.  They get the department
20  lawyer to come and sit there with you.
21  They interview you:  Why did you leave?
22  Why this?  It's an investigation.
23      Q.    Is it your understanding that
24  the police department has the authority
25  to compel an officer to go forward with

Page 371

1                    S. MAURIELLO
2    that type of investigation on the spot
3    against that person's will?
4              MS. PUBLICKER METTHAM:
5       Objection.
6       A.    I wasn't in the apartment.   I
7    don't know happened afterward.   I'm
8    telling you we went there to make sure he
9    was all right.
10      Q.    Had you ever before directed an
11   officer to return to the precinct or the
12   command for an investigation?
13      A.    Yes.
14      Q.    How many times did that happen?
15      A.    Numerous times:   Off-duty
16   incidents, an allegation a wife said
17   something MOS did, the husband.   You
18   bring both parties in and you find out,
19   especially, when there is a weapon
20   related to it.
21      Q.    On any of those occasions, did
22   any of members of service refuse to go?
23      A.    No.
24      Q.    Am I correct this is the first
25   time that an officer was ordered to go

Page 372

1          S. MAURIELLO

2    back to the precinct to conduct an

3    investigation and when ordered, refused

4    to go?

5          MS. PUBLICKER METTHAM:

6        Objection.

7          MR. KRETZ:  Objection.

8        A.    I was in the middle of street.

9    He walked on his own on the phone.  He

10   willingly went.

11       Q.    You don't remember Officer

12   Schoolcraft saying, "I will go but it's

13   against my will"?

14       A.    He said that but he was not

15   saying it to me, only he was saying it to

16   the chief, ESU, and everybody else in the

17   apartment.  He was making a record.  He

18   had a phone open.  His father was

19   listening to the whole conversation on

20   the phone.

21       Q.    Putting aside whatever you

22   subscribe as his motivation to what he

23   was saying, the fact is he told you he

24   didn't want to go back to the 81st

25   Precinct; isn't that right?

Page 373

1               S. MAURIELLO

2       A.      Right.  I excused myself from

3  the situation right after.

4       Q.      And he made it clear he didn't

5  want to go back; isn't that true?

6       A.      And I excused myself right

7  after that.

8       Q.      Is it correct that Officer

9  Schoolcraft made it clear to you he

10  didn't want to back to the 81st --

11       A.      He said, "I'll go" but I guess

12  it's against my will.  He said "I'll go."

13  He didn't say I'm not going.  He said,

14  "I'll go."

15               MR. SMITH:  I'm going to

16       continue the recording at 2.50.

17               [Whereupon, a recording is

18       playing.]

19               MR. SMITH:  All right.  I'm

20       going to stop the recording right now

21       at 3.34 and whatever the measurement

22       system is for this recording.

23       Q.      After a period of time you left

24  the apartment; is that right?

25       A.      After I talked, right away he

1              S. MAURIELLO

2   stepped to my face again, and I stepped

3   out.  I said, "Teddy, you handle this."

4   I removed myself from the situation.

5        Q.     So once you said, Teddy --

6        A.     I'm gone.

7        Q.     -- and you went down to the

8   street.

9              THE REPORTER:  Slow down.

10       Q.     Now we have listened to the

11  rest of the excerpt of the tape from 2:50

12  to 3:34, do you agree with me that

13  Officer Schoolcraft made it clear to you

14  that he didn't want to go back to the

15  eight one?

16             MR. KRETZ:  Objection.

17       A.     He said those words.  Yes,

18  that's what he said.

19       Q.     And when you went back down to

20  the street, what did you do?

21       A.     I stood in the middle of the

22  street.  Lieutenant Crawford was out

23  there and Deputy Inspector Green.

24       Q.     Did you speak with anybody?

25       A.     I talked to Lieutenant Crawford

Page 375

```
 1              S. MAURIELLO
 2  and Deputy Inspector Green.
 3      Q.    What does Deputy Inspector
 4  Green look like?
 5      A.    He had a beard.  He was in
 6  plainclothes.
 7      Q.    How was he dressed?
 8      A.    He had a windbreaker on and
 9  jeans, the NYPD windbreaker, and the
10  shield on this neck.
11      Q.    Dark blue NYPD windbreaker --
12      A.    Yes.
13      Q.    -- or the light blue one?
14      A.    The dark one.
15      Q.    With the word "NYPD" in gold or
16  silver on the back?
17      A.    Yeah.  Yes.
18      Q.    How old is Green?
19      A.    Forty.
20      Q.    While male?
21      A.    Yes.
22      Q.    What does Crawford look like?
23      A.    Tommy; male white, late 30s,
24  brown hair, clean shaven.
25      Q.    Was he in uniform?
```

Page 376

1               S. MAURIELLO

2        A.     I don't think he was in uniform

3   that night.

4        Q.     How was he dressed?

5        A.     Gray jacket on, shield,

6   covering anticrime that night.

7        Q.     You were wearing a white shirt

8   that night?

9        A.     Yes, sir.

10       Q.     And Marino was wearing a white

11  shirt?

12       A.     Yes, sir.

13       Q.     And Captain Lauterborn was

14  wearing a white shirt?

15       A.     Yes.

16       Q.     How was the Brooklyn North's

17  investigations personnel dressed?

18       A.     I don't remember.

19  Plainclothes.  That's all I remember.

20       Q.     What about Brosschart, how was

21  he dressed?

22       A.     Uniform.

23       Q.     White shirt?

24       A.     I think so.

25       Q.     What happened next?

Page 377

1           S. MAURIELLO

2      A.      Standing out there ten to 15

3   minutes later, Officer Schoolcraft, I

4   should say, Adrian Schoolcraft, is

5   walking down the stairs.  He was on the

6   phone.  He walked down.  He made a left.

7   He went towards the EMS truck.  Everybody

8   else was coming out the apartment down

9   the stairs behind him.

10          He got by the truck and all of

11  a sudden made a U-turn, and he started

12  running fast and he ran into the

13  building.

14     Q.      Did you see him make this

15  U-turn?

16     A.      I was watching him, I seen him

17  go down to the EMS truck.  All of a

18  sudden, I see him make a U-turn, he

19  turned.  The next thing I know he was

20  running up the stairs.

21     Q.      Did you overhear anyone say

22  anything either while he was walking

23  towards the truck or when he made the

24  U-turn?

25     A.      No.

Page 378

1          S. MAURIELLO

2      Q.    Did you hear anybody say

3   anything as he started heading back

4   towards the apartment?

5      A.    I don't think so.

6      Q.    Did you tell Lauterborn words

7   to the effect, Teddy, go get him?

8      A.    Absolutely not.

9      Q.    You believed that he actually

10  ran back to the --

11     A.    Walking fast and started

12  running up the stairs.

13     Q.    So he walked fast --

14     A.    First he --

15          THE REPORTER:  You're

16      interrupting him before he finishes.

17     Q.    Did he start walking quickly to

18  his apartment; is that what you are

19  saying?

20     A.    He U-turned, started walking,

21  then he put a quick pace, like a jog.

22     Q.    Up the steps?

23     A.    Like 10 feet before coming up

24  the steps.  He went up the steps fast.

25     Q.    Then what happened?

Page 379

1                  S. MAURIELLO
2       A.     Saw everybody followed him up
3    in the building.  Everybody disappeared.
4       Q.     Who followed him in the
5    building first?
6       A.     Brooklyn North investigation
7    maybe and Captain Lauterborn and Chief
8    Marino.
9       Q.     Why didn't you go upstairs?
10      A.     First time I was involved in a
11   situation, get out of my face, agitated
12   the situation.  I'm not going to get back
13   involved again.
14      Q.     Did anybody tell you to stay
15   out on the street?
16      A.     No.
17      Q.     You made that decision on your
18   own?
19      A.     Yes, I did.
20      Q.     What happened next?
21      A.     Fifteen, 20 minutes later I see
22   EMS coming down the stairs, Schoolcraft
23   is sitting down on a chair, like,
24   restrained in an orange chair looking
25   around staring around at everybody.

Page 380

                    S. MAURIELLO

1
2      Q.     Who else was on the street at
3  the time?
4      A.     I believe Lieutenant Crawford
5  was there with me.
6      Q.     Were there any civilians on the
7  street?
8      A.     There was a bunch of people in
9  the houses on the street.  There was
10 people on the street.
11     Q.     When you say "a bunch of
12 people," how many?
13     A.     People living next door, the
14 landlady, the super on the street away
15 from everything, the people next door
16 were there, some cops.
17     Q.     Is it fair to say there were
18 probably five to ten, maybe more,
19 civilians on the street looking at the
20 scene?
21     A.     Yeah, away from it, but they
22 are still in the street.
23     Q.     What happened next?
24     A.     What happened next, EMS took
25 him to the ambulance.  Captain Lauterborn

```
1              S. MAURIELLO
2    told Lieutenant Brosschart to go with him
3    in the ambulance.
4        Q.    Did Officer Schoolcraft say
5    anything that you heard?
6        A.    No.
7        Q.    Did anybody say anything to
8    him?
9        A.    Not that I know of.
10       Q.    What happened next?
11       A.    Everybody came out.  We got in
12   the car, went back to the precinct to
13   start the investigation.
14       Q.    Am I correct that it was back
15   at the precinct, it was Brooklyn North
16   investigations, those three officers; is
17   that correct?
18       A.    Yes.
19       Q.    And Chief Marino?
20       A.    Yes.
21       Q.    And Captain [sic] Brosschart?
22       A.    No.  Captain Lauterborn.
23       Q.    Captain Lauterborn was there?
24       A.    Yes.
25       Q.    Is that correct?
```

1                    S. MAURIELLO
2        A.     Yes.
3        Q.     And who else?
4        A.     Myself.
5        Q.     And was Crawford also at the GO
6    or the PG afterwards?
7        A.     No.
8        Q.     Who else was at the
9    investigation at the precinct?
10       A.     I think they interviewed two
11   people:   Sergeant Hoffman or Officer
12   Rodriguez or Reyes.
13       Q.     Was anybody else interviewed?
14       A.     Not that I know of.
15       Q.     It was at that meeting there
16   was a discussion about the fact that
17   Officer Schoolcraft had a tape recorder;
18   is that correct?
19       A.     Yes.
20       Q.     Who mentioned that?
21       A.     Brooklyn investigations might
22   have mentioned it.
23       Q.     That was the first time that
24   you heard anybody discuss the fact that
25   Officer Schoolcraft had a tape recorder?

# CERTIFIED TRANSCRIPT

Page 402

1    UNITED STATES DISTRICT COURT.

     SOUTHERN DISTRICT OF NEW YORK

2    ------------------------------------------------X

3    ADRIAN SCHOOLCRAFT,

4                        Plaintiff,

5
                                      Case No:

6    - against -            10 CV 06005

7

     THE CITY OF NEW YORK, ET AL.,

8

9                    Defendants.

10   ------------------------------------------------X

11                 444 Madison Avenue
                   New York, New York

12
                   July 1, 2014

13                 10:24 a.m.

14

15

16

17

18

19   CONTINUED DEPOSITION OF STEVEN MAURIELLO,

20

21   pursuant to Notice, taken at the above place,

22

23   date and time, before DENISE ZIVKU, a Notary

24

25   Public within and for the State of New York.

Page 609

```
 1          CONTINUED- STEVEN MAURIELLO

 2   audiotape.  I want to know --

 3          A.      It was quick.

 4          Q.      -- since you were there, how

 5   long you say you were in his apartment and

 6   you're telling me now it was three minutes?

 7          A.      Five to three minutes about.

 8          Q.      The next paragraph of your

 9   counterclaim, in the second sentence of

10   paragraph 12, it says here "instead they

11   acted on a desire to prevent plaintiff from

12   doing harm to himself and others."  You see

13   that reference?

14          A.      Yes, sir.

15          Q.      I know that you told me that you

16   were acting out of a concern for yourself

17   that Schoolcraft may do harm to himself.

18   You said that in your first deposition,

19   right?

20          A.      Yes.

21          Q.      You remember that?

22          A.      Yes, sir.

23          Q.      What's the basis for the

24   statement that anybody was concerned about

25   Schoolcraft harming others?
```