SM Exhibit D

SM EXHIBIT D -- SCHOOLCRAFT RECORDING OF
FEBRUARY 25, 2009, MEETING REGARDING HIS 2008
EVALUATION AND HIS APPEAL