SM Exhibit E

SM EXHIBIT E -- SCHOOLCRAFT RECORDING OF MARCH 16, 2009, CONVERSATION WITH CAPTAIN LAUTERBORN