SM Exhibit I

**CONSULTATION REFERRAL**
**MEDICAL DIVISION**
PD(429-180) (Rev. 8-00) Pent

SOCIAL SECURITY #:
DATE:
MED. DIST. #: 17
CLINIC #: 159
RANK: P.O.
NAME (LAST, FIRST, M.I.): Schoolcraft, Adrian
COMMAND: 081
TAX REGISTRY #:
COMMAND PHONE #: (718) 574-0441
ON SICK REPORT: ☒ YES ☐ NO
LINE OF DUTY: ☐ YES ☒ NO
DATE OF LINE OF DUTY:
CONSULTATION SPECIALTY: Psychological Evaluations
DOCTOR TO WHOM REFERRED: Sush
APPOINTMENT DATE & TIME:
NOTIFIED BY:

REASON FOR REQUEST / SPCIFIC QUESTIONS TO BE ANSWERED: (IF OTHER THAN THOSE LISTED BELOW)

[handwritten: Need eval 2° stress on job, meds available]

NAME OF REQUESTING SURGEON (Printed):
SURGEON'S SIGNATURE:

**CONSULTANT'S REPORT** — PRINT OR TYPE ANSWERS TO ALL QUESTIONS CHECKED, IF ADDITIONAL SPACE IS REQUIRED, USE REVERSE SIDE.

☐ **DIAGNOSIS:** stress/anxiety

☐ **TREATMENT RECOMMENDED:** Psychotherapy — recommended CBT to improve coping skills + reduce physical symptoms of stress

☐ **PROGNOSIS:** Good, with treatment

☐ **DUTY CAPABILITY:** (INDICATE ACTIVITIES TO BE EXCLUDED)
☐ CONTINUE ON SICK REPORT   ☐ LIMITED CAPABILITY   ☒ RESTRICTED DUTY   ☐ FULL DUTY

4/13/09 reappt to Psych — U2

☐ APPROX. RETURN TO DUTY: TBD
☐ DO YOU WISH TO SEE THIS PATIENT AGAIN?   ☒ YES   ☐ NO   If so, when? TBD

DATE:
CONSULTANT'S NAME (PRINTED):
SIGNATURE:

DISTRIBUTION: ORIGINAL - DISTRICT SURGEON   DUPLICATE - CONSULTANT   TRIPLICATE - DISTRICT SURGEON VIA MEMBER OF THE SERVICE