SM Exhibit J

– Face to face
T/C Tphone contact

4/13/09 – F/F C [illegible] Adrian Schoolcraft

on job since 02,
M/33,

– [illegible]

Chest pain for (≈1yr) Started in [illegible] like heat, [illegible]. Chest tightness. EKG's normal, a few weeks ago, on 4/3/09, was off duty at home, felt bad, Fast [illegible], chest tightness Cold feet heart (Never had never [illegible])

[illegible] pumping, not rapid heart beat. Feel like heart [illegible] when don't sleep well → ER in [illegible]. gave injection of Lorazepam [illegible] up [illegible] 1 tab [illegible] 2 nights [illegible] sleep.

Last few months started getting blisters on feet (More [illegible] now?) yes. Since Nov. B+ [illegible] on foot [illegible] RMP, [illegible] People smoke in car, at command. [illegible] Navy before [illegible] hit [illegible] blisters [illegible]. Would rather [illegible]

Lorazepam
Valium
injection

Stomach probs ~6 months, [illegible] [illegible] [illegible] for it. ~2 mth ago (PCP) [illegible] Seroquel, [illegible] (for sleep [illegible]?) for sleeping I think.

Doesn't [illegible] meds until recently [illegible] since got out of mil, [illegible]

Trouble sleeping ~3 months, (?) [illegible] 4x12 (?) [illegible] bed ~5 am. (b/c can't sleep?) Depends on how [illegible] [illegible] [illegible] [illegible] TVs, gets up ~1pm, n2[illegible]

(wake up during night?) No,
(Fall asleep at 5 or get in bed at 5?) sleep at 5,
(to 8 hrs) Pt (?) [illegible] 3 1x/2-3 days.
off [illegible] to [illegible], gets up at 9-10 am to get it done. So 4-5 hours. — 4-5
(?) 8 hrs on RDO's;

During work week, 3 out of 5 days gets 4-5 hours,
Feels run down, [illegible] when it [illegible]
[illegible] with regular hours. B & others seem to handle it well.

"I eat crap" when at work. [illegible]
Wants to [illegible] eating meat for ethical reasons but keeps putting it off, b/c doesn't cook & hard to carry food around on foot Post.
got referral to see nutritionist & psychiatrist.
Wants a better lifestyle.

Drinks too much soda (not diet)
Sometimes walks to 7-11 at 3AM for junk foods

(Work problems?) Has been told [illegible] [illegible]
[illegible] got eval saying "2.5", below standards, [illegible]
He appealed it, Next day had sign on locker saying (if you don't like your job get another one)
[illegible] delegates don't even know how to go about doing an appeal. He hired a labor atty (cost 5000 retainer)
labor att. [illegible]

Cont of 4/13/09 F/F c̄ PO Adrian Schoolcraft

Union won't [illegible] + delegates [illegible] to do.
[illegible] says he's been retrained + counseled, but he never was no warnings NO Warnings

2/25/07, MOS / delegate - 8/9 [illegible] in a room, [illegible] ICO, Asst ICO, [illegible] Lt
They said he has low activity, [illegible] other write [illegible] summons [illegible] won't do anything about it, They want [illegible] "more" for [illegible] ticket + [illegible]

They want [illegible] 250's (stop, question + frisk report)
No [illegible] Would like more time c̄ [illegible], etc others go, but MOS hasn't been [illegible] incidents
MOS thinks it lowers the status of PO's when police that way
Spends too much time [illegible] of how they "should be"
[illegible] NYPD Employee Support Program + he planned to submit recommendations to them
MOS is from TX + his father was a PO in TX
No [illegible] last [illegible] (Any change in [illegible]) not sure. Summons probably lower than before, but still very active cop, just [illegible] #5. Boss told him that he "used to be a hammer" but MOS doesn't recall ever being "a hammer."
(other [illegible]?) [illegible]
a few years behind in tax returns [illegible] to do it but didn't, just gave stuff to H&R Block to do it for him, got it on hand, not [illegible], no $ problems.

*[left margin:]* [illegible]

doesn't
at court [illegible] 54 yo, probably [illegible] County [illegible] trust white PO's
[illegible] badly, not a racist thing; [illegible] for [illegible]
white [illegible] was Lower Middle Class, Both parents [illegible]
No [illegible] blacks [illegible] in Navy, Black cops are [illegible]
on the county, [illegible] where he is assigned, others [illegible]
[illegible] how people in community talk to each other + treat each other,
his [illegible] lawsuit [illegible]
"No hallucinations" [illegible] people very [illegible], not any
[illegible] but wonder if they [illegible]
Was [illegible] Medic [illegible] Navy in 97 [illegible]
[illegible] been to dentist since out of Navy
[illegible] parents [illegible]
Mother died of [illegible] 54 yo. The [illegible]
[illegible] out of me + my father. Father [illegible] painkillers, [illegible]
Father [illegible] / painkillers
Father is 53 [illegible] 2/07, Father [illegible]
body [illegible] off itself, [illegible] like [illegible] strokes
[illegible] found out [illegible] + [illegible] mos Found large
bottle of [illegible] cocaine [illegible] sobriety [illegible]
Father got [illegible] for VA, [illegible] 31 [illegible]
[illegible] MP. [illegible]
[illegible]
Coffee [illegible] was only "[illegible]" [illegible]
VA put Father on [illegible], 3 months later [illegible]
lost use of left foot [illegible] [illegible]
Left foot [illegible]

Not Paranoid

Jammed [illegible]

Cont of F/F c Po Adrian Schoolcraft on 4/13/09

[illegible] [illegible] to see if really has it, Father sd had [illegible] [illegible] [illegible] assume c the [illegible] SNAKE [illegible]

Father had 16 cats & 5 dogs,

MOS had to find homes for all. MOS took Mother's cats [illegible] [illegible]. Found [illegible] rescue groups for rest of cats. [illegible] all got placed in homes.

Dogs all went to a kennel. I went "kennel crazy" [illegible] [illegible] [illegible] sleep. Trying to find homes for rest. All were misfit rescues; Dad [illegible] [illegible] anyone b/c [illegible] [illegible] nursing home. Father had been depressed [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] to [illegible] for [illegible], [illegible] [illegible] [illegible]. She [illegible] [illegible] [illegible] [illegible] [illegible]. Age 48, MOS had RDO that day but was [illegible] to [illegible] OT in the Pct. Was supposed to take Mother to [illegible] [illegible] day. Command [illegible] [illegible] [illegible] [illegible] didn't know where MOS was. MOS [illegible] [illegible] [illegible] that.

He stroke [illegible]

The spring [illegible] that he & father are "[illegible] out [illegible] [illegible]" [illegible] [illegible] was in hosp, [illegible] [illegible] [illegible], Took all [illegible] [illegible] [illegible] [illegible] [illegible] after. Put [illegible] [illegible] [illegible]. Mother's [illegible] [illegible], [illegible] [illegible] [illegible] in [illegible]. Photos [illegible] [illegible] [illegible] [illegible]

[illegible] of [illegible] [illegible] [illegible] [illegible] 3AM [illegible] on a [illegible] [illegible] [illegible]

[Margin notes: "[illegible]"; "whole and Dad [illegible] MOS [illegible]"]

---

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible], [illegible] & [illegible]. [illegible] [illegible] MOS, [illegible] badly, [illegible] [illegible] sd [illegible] [illegible]. [illegible], [illegible] [illegible].

< Supervision by T/C c Lt. [illegible] > — Called Dr. [illegible]

Plan: Temp removal of F/A pending full [illegible] decision from Dr. Propper. Dr. Propper.

Feedback given to MOS,
Provided MOS c psychoeducation on mind-body connection & urged him to see a psychologist who specializes in that. He agreed, also recommended a med. eval c a psychiatrist instead of his PCP but he declined, preferring to avoid meds if possible. Don't want meds.

F/A removal coordinated by Lt. [illegible] & carried out by Sgt [illegible] of Absence Control & PO [illegible] of Med. [illegible]. Sgt [illegible] ran the F/A check, 2 F/A, 2 [illegible] shield vouchered at Med Div / Shield was in locker, 2 guns were at home & ID card was on his person. MOS cooperative, but doesn't want R/D. — C. [illegible] Psych

4/14/09 – Supervision c Dr. Propper, – Placed on R/D
4/14/09 – T/C c Lt. [illegible] Dr. [illegible] of Med Section [illegible] restoring [illegible] to F/D. — C. [illegible] Psych
4/14/09 – Informed MOS about R/D decision – C.C.
4/15/09 – T/C c MOS. Explained duty status decision. [illegible] He is upset about it & does not understand reason for it. He repeatedly said "Why, b/c of me entertaining the idea of seeing a psychologist?", even though I repeatedly explained that his physical (sx) of stress are in need of tx. He asked what the "charges" are. I explained (again) that R/D is not a disciplinary action. We want to monitor him & encourage tx so he can get better & get back to F/D. He verbally rescinded [illegible]'s signed on 4/13/09. He will follow up c that in writing — C. [illegible] Psych

Tx ref - treatment

C 121/(10/86)

FITNESS FOR DUTY INTERVIEW FORM

INTERVIEWER Dr Lamstein DATE 4/13/09

NAME PO Adrian Schoolcraft

CURRENTLY LIVES WITH Self

FAMILY OF ORIGIN
(parents, siblings)

Parents marital status [illegible handwriting]

Deaths

Problems (e.g. serious illness) See notes

Number of siblings 2 [illegible]
Past and current relationship with family [illegible handwriting]

MARITAL STATUS Married Single Divorced Single

Children

Dating pattern (if married)

Describe relationship (length, quality)

Resolution of conflicts

FRIENDS (close)

Number 4-5 [illegible]

On or off job both, [illegible]

Years known oldest friend
Sees how often

ALCOHOL USAGE

Alcohol in week [illegible handwriting]

Drank more [illegible]

How often has too much to drink [illegible handwriting]

Trouble after drinking [illegible handwriting]

Blackouts 2x, in Navy [illegible handwriting]

PHYSICAL FIGHTS SINCE APPOINTMENT TO P.D. (not line of duty) [illegible]

ARRESTS

Number Low activity (see Note)

Type

Why so few or many

NECESSARY FORCE USED

Type of force phys[illegible]

Circumstances

Reaction
"nurses" "cards", Not sure how many substantiated

PHYSICAL STATUS
(Employee's report of)

General health

Sick time on job — See Notes [illegible]

Hospitalizations — [illegible]

Current medication(s)
None, Took Lorazepam for 2 days

⊖ F/A, N/S
⊕ M2 [illegible], Currently on 3rd [illegible] [illegible] empty [illegible] [illegible], [illegible] [illegible] [illegible] [illegible] replaced, used 3-4x, 1 [illegible] [illegible] Dept [illegible] [illegible] [illegible] [illegible] [illegible]
Some [illegible] of racism, [illegible], not [illegible], [illegible] [illegible] [illegible] can't be in [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] says [illegible] [illegible] [illegible], not [illegible] [illegible], [illegible] placed on [illegible] monitoring, But [illegible] [illegible] [illegible] he's on some kind of "secret pct-level problem" ? Few [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] "[illegible] [illegible]" & MOS. Since [illegible] [illegible] [illegible]
260 (2+) [illegible] [illegible] [illegible] [illegible] on [illegible] not [illegible] [illegible] & Duty Capt [illegible] [illegible] & [illegible] [illegible] [illegible] [illegible] [illegible] closely, (when?) ~3 [illegible]

HISTORY OF PSYCHOLOGICAL PROBLEMS
(Whether or not received treatment)
[illegible], Took Lorazepam for 2 days recently
No other [illegible] of [illegible],
No [illegible], no [illegible] [illegible] until [illegible] '08, [illegible]

ARRESTS/NON-TRAFFIC SUMMONSES (times employee was ~~arrested~~)

⊖

MENTAL STATUS (Appearance, attitude, behavior, mood, thinking, speech, etc.
Appearance WNL, Reports physical [illegible] of stress & fully [illegible] [illegible] variety of situations, but is resistant to accepting that there is any kind of anxiety problem or stress problem, Does not want to be placed on R/D, minimizes, not [illegible]

WHY P.D.?

View of their job in the Department
Likes police work in general, but does not like neighborhood where he works & does not want to write a lot of summonses, 250's, Disagrees with [illegible] [illegible] [illegible] [illegible] #'s, [illegible] [illegible] [illegible] [illegible] to contest his poor annual evaluation

Re: PO Adrian Schoolcraft

7/27/09 – F/F c MOS

The stress [illegible] any. sleeping [illegible]. Not being [illegible] at work since on R/P. They [illegible] leave him alone. Calls, [illegible], taking complaint reports etc.

Dr [illegible]
G. Proppe PhD

re: PO A. Schoolcraft

10/13/09

TC from P.C. office, Sgt Bonilla
646-610-5410

PO Schoolcraft's father called "City Hall," and spoke to Dep Mayor Skyler's assistant. The father said that his son was never told why he is on RID. Sgt Bonilla reached out to PO Schoolcraft who said he was never told why he is on RID.

I told Sgt Bonilla that Dr Lamstein was away, so could not report on an exact conversation, but I read some notes which confirm she "gave feedback," and more. I told that our policy is to make sure MOS' know why they are being placed in RID (even if they may disagree). We also try to direct MOS to places they can get help, as Dr. Lamstein clearly did.

I told Sgt that Dr Lamstein would call in PO Schoolcraft as soon as she returns, and answer any questions he may have. Sgt Bonilla said that was fine – it could wait for Dr Lamstein's return.

NYC00002947

Re: PO Adrian Schoolcraft

10/27/09 - F/F c MOS

I explained to MOS that I called him in immediately upon my return from a 2 wk vacation b/c I received msg that his father made a complaint downtown that I never told MOS the reason why he is on R/D. Since we had discussed that in detail at his initial & subsequent visits, I empathetically expressed an understanding of how he may not have wanted to tell his father the reason why he was on R/D. To make sure that he has a clear understanding of why he is on R/D, I again explained in detail that he is on R/D b/c he had significant physical manifestations of stress that were causing much discomfort & would benefit from treatment & further monitoring.

MOS said he no longer has these physical s/sx of stress even though he is still facing the same stressors as before. While on R/D, he is at front desk of PCT dealing with complaints all day long - not stressful to him, but not any less stressful (in his opinion) as regular F/D work.

I again recommended stress mgt & relaxation training so the next time he is faced with new increased stressors, he won't have a recurrence of the chest pain, headaches, [illegible] upset stomach, etc. that he had for several months when he 1st came to PES. He said he bought both books I recommended & started reading them, but not that helpful since not much he didn't know before. He thought the Burns book was kind of corny & preferred the Ellis book. He brought both books to today's appt & had bookmarks in them, but not very far into them (so hasn't read much of them). He said he called a few people I recommended but none take aetna (+ Aetna f/f how they are providing CBT (?)) & one wanted $400/hour. I told him I could help him find an Aetna therapist & I'm sure they must cover CBT for physical sx of stress. He said he would call later c his provider # & name of his exact HMO plan so I can make sure the providers are in-network. MOS expressed an appreciation for the assistance.

E. Zordich (?) Psy.D

10/27/09 - MOS called with his health insurance info.
——— c [illegible] Psy.

10/27/09 - T/C c̄ MOS
I informed MOS that I found a number of psychologists in Forest Hills (his preferred location) who accept Aetna HMO & specialize in CBT, Anx, & stress Mgt. He does not have a private fax machine so I offered to mail it to him. I also gave him the Aetnabehavioralhealth.com website for further referrals as well as educ. & self-assessment tools. ——— c [illegible] Psy.D

* Andrew Kane, Ph.D.
108-28 68th Drive
Forest Hills, NY 11375
718-997-8072

Thomas Pabon, Ph.D.
110-21 73rd Rd, Suite 6
Forest Hills
718-207-2153

Gwen Alter, Ph.D.
110-45 Queens Blvd
Forest Hills
718-575-0110

* Gus Papapetrou, Ph.D.
115-10 Queens Blvd.
Forest Hills, NY
718-544-8454

Let me know if you need any further assistance.

Cathy [signature], PsyD
718-760-7695