SM Exhibit K

 

DATE 4/14/09

## RESTRICTED DUTY

THIS DESIGNATION TO BE RE-EVALUATED IN ACCORDANCE WITH
MEMBER'S MEDICAL DISABILITY

Tax # ▓▓▓▓

INSTRUCTIONS: District Surgeon will prepare this report in duplicate and the member concerned shall deliver both copies to the Medical Section, Restricted Duty Office, #346 Broadway, 9th Floor, on the date he is assigned to restricted duty.

| Adrian Schoolcraft | PO | 12943 | 8/Pct |
|---|---|---|---|
| NAME | RANK | SHIELD | COMMAND |

ADDRESS _____   RESIDENT PCT. _____

DATE REPORTED SICK         DATE OF DISABILITY         DIAGNOSIS

TIME: _____ DATE: _____   TIME: _____ DATE: _____

FIREARMS REMOVED:   YES ✓   NO ____        LINE OF DUTY _____

DATE REMOVED 4/13/09                         NON LINE OF DUTY _____

APPROVED TO OPERATE DEPT. VEHICLE:            YES ____ NO ____

### INDICATE RECOMMENDED RESTRICTIONS

LIMITED USE OF   EYES ____ ARMS ____ LEGS ____ BACK ____

LIMITED AMOUNT OF   STANDING ____ WALKING ____ LABORIOUS WORK ____ STAIR CLIMBING ____

OTHER RESTRICTIONS: (IF OTHER THAN ALL TOURS) - REASON _____

DATE TO BE RE-EVALUATED AT THE MEDICAL SECTION: _____

REMARKS: _____

_____ PsyD
Reporting Surgeon's Signature & District-Date

PD 429-082 (10-79)
(Formerly Misc 504 A)

D000296

POLICE DEPARTMENT
CITY OF NEW YORK

4/14/09
(Date)

From   Catherine Lamstein, Psy D. , Psychological Evaluation Section

To:    Firearms Removal/Restoration Desk, Medical Division

Subject:   REMOVAL OF FIREARMS FROM A MEMBER OF THE DEPARTMENT

1. I hereby request the removal of firearms from:

   Title: P O
   Name: Adrian Schoolcraft
   Shield: 12943   Tax: ▮▮▮▮
   Command: 81 Pct

for the purpose of psychological evaluation. This person will be placed on Restricted Duty assignment pending the results of this evaluation.

2. For your information.

Catherine Lamstein, Psy.D.
Psychologist – Level I
Psychological Evaluation Section

Shield/ID Card Removal Log #_____

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

4/14/09
Date

From: Supervisor, Medical Division

To: Supervisor, Shield/ID Card Unit

Subject: **REMOVAL OF SHIELD, FULL DUTY IDENTIFICATION CARD AND FIREARMS**

1. The following member of the service was placed in a NO FIREARMS STATUS on 4/13/09. Please issue P.o. Adrian Schoolcraft
   Date                                                 Rank/Name

▮▮▮▮▮ a No Firearms identification card. The member's Shield and Full
Tax #

Duty identification card were removed and will be forwarded for safekeeping.

2. It is requested that upon issuing the No Firearms identification card, the Supervisor, Shield/ID Card Unit complete the endorsement below and fax it to the Firearms Removal Desk at 718-760-7621.

_____
Supervisor's Rank/Name/Tax #

### 1ST ENDORSEMENT

Supervisor, Shield/ID Card Unit to Commanding Officer, Medical Division. On _____
                                                                                     Date
the above member was issued a No Firearms identification card.

Supervisor
Shield/ID Card Unit

"B"            Shield/ID Card Restoration Log #_____