SM Exhibit M

SM EXHIBIT M -- SCHOOLCRAFT RECORDING OF HIS JULY 27, 2009, MEETING WITH DR. LAMSTEIN