SM Exhibit N

SM EXHIBIT N -- SCHOOLCRAFT RECORDING OF HIS OCTOBER 27, 2009, MEETING WITH DR. LAMSTEIN