SM Exhibit O

POLICE DEPARTMENT
CITY OF NEW YORK

### INVESTIGATING OFFICER'S REPORT

M # 09-1973
Log# 09-41517
SIU# 01-148-09

**From:** Sergeant Alroy Scott, Special Investigations Unit

**Date/Time:** September 7, 2009 / 1400 hrs.

**Allegation:** DRV-Other

**Subject:** Additional Log under SIU # 01-148-09

---

(KD) 08/24/09 @ 1500 HRS***DRV-OTHER***Dt McGonagle, Group 1, forwarded the following complaint to the C/C by fax, letter reads as follows: PO Schoolcraft, Tax # 931186, 81 pct, reports that an unidentified person from DI Mauriello's, C.O. 81 Pct, Administrative Staff, has reported that S/O's Sgt Weiss, Tax # _____, 81 pct and Lt Caughey, Tax # _____ 81 pct, broke in and entered, without permission or authority, a locked office containing sensitive department files, and removed documents pertaining to Civilian Complaints that were inside of Sgt Weiss's Department Personnel Folder. The source states that the files would have been an obstacle to the evaluation and promotion of Sgt Weiss to NYPD lieutenant. Sgt Weiss has since been promoted to lieutenant. DI Grossi recommends OG back to Group 1. (KD)

---

1. On the above date and approximate time, the undersigned investigating officer is noting that an addition log is associated with the aforementioned case; IA # 09-42646. In this log, it is reported that the C/V, PO Schoolcraft, tax # _____ is allegedly a victim of retaliation in the work place broadly concerning his vacation and productivity by his supervisors, S/O, Lt. Weiss, tax # _____ and Deputy Inspector Steven Mauriello, tax # _____. This information was reported to the command center by Captain Brandon Delpozo, tax # _____. Captain Delpozo was informed of the information by retired MOS, Lt. David B Durk, tax # _____.

2. Subsequently, the C/V was interviewed by investigators assigned to Group # 31. In and substance the C/V reported to the investigators that he thinks his evaluations are not a true reflection of his performance. He stated that he believes that he got a poor evaluation because he doesn't believe in summons and arrest quotas. The C/V also reported to the investigators that his firearms were removed from him with out any being given an explanation. During this interview the C/V stated that he doesn't feel he is being retaliated against from the MOS of his command and has no problems with his supervisors and peers.

3. The undersigned will retrieve the above interview / callout worksheet / folder and incorporate it into this case at a later time and date.

4. For your information.

| TIME SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: 30 min | Dept Auto# N/A | N/A |
| Observation: N/A | Pvt Auto #: N/A | |
| Interview: N/A | | |

Sgt. Alroy Scott
**Case Investigator**

Lt. Alexander Adeshchenko
**Team Leader / Case Supervisor**

D.I. David A. Grossi
**Commanding Officer**

W/S # 7
ATT#: A

CONFIDENTIAL

NYC00004492