SM Exhibit Q

SM EXHIBIT Q -- SCHOOLCRAFT RECORDING OF HIS ENTIRE OCTOBER 31, 2009, DAY TOUR