SM Exhibit R

SM EXHIBIT R -- SCHOOLCRAFT RECORDINGS IN HIS APARTMENT ON OCTOBER 31, 2009, INCLUDING CONVERSATIONS WITH HIS FATHER AND A VOICEMAIL MESSAGE FROM DR. LAMSTEIN