SM Exhibit S

SM EXHIBIT S -- SCHOOLCRAFT RECORDING OF THE
TWO OCTOBER 31, 2009, ENTRIES INTO HIS APARTMENT