SM Exhibit T

SM EXHIBIT T – NYPD RECORDING OF OCTOBER 31, 2009, INTERVIEW OF SERGEANT HUFFMAN