SM Exhibit U

SM EXHIBIT U – NYPD RECORDING OF OCTOBER 31, 2009, INTERVIEW OF P.O. RODRIGUEZ