SM Exhibit V

SM EXHIBIT V – LARRY SCHOOLCRAFT RECORDING OF OCTOBER 31, 2009, TELEPHONE CONVERSATION WITH CAPTAIN LAUTERBORN