SM Exhibit W

SM Exhibit W – Dr. Lubit Deposition Excerpt to be Submitted upon Production