SM Exhibit X

Case 1:10-cv-06005-RWS   Document 304-24   Filed 12/23/14   Page 1 of 2

SM EXHIBIT X – NYPD RECORDING OF LIEUTENANT CAUGHEY IAB INTERVIEW