SM Exhibit AB

# PATROL BORO BROOKLYN NORTH

| PATROL BORO BKLYN. NORTH | SUN 25-Oct | MON 26-Oct | TUE 27-Oct | WED 28-Oct | THUR 29-Oct | FRI 30-Oct | SAT 31-Oct | SUN 1-Nov |
|---|---|---|---|---|---|---|---|---|
| D.I. WRIGHT C.O. 73 PCT | RDO | 14X22 | RDO | DUTY 7X15 | 12X20 | 12X20 | 18X02 | RDO |
| CAPT BRESLIN X.O., 73 PCT | RDO | RDO | 12X21 | 12X21 | MEETING 14X23 | DD 6X15 | IVD | RDO |
| CAPT IGLESIAS IMPACT CAPT X.O. 73 PCT | RDO | RDO | 14X23 | DD 6X15 | MEETING 14X23 | 12X21 | 10X19 Det... 19X04 RDO | 19X04 RDO |
| INSP MADDREY C.O. 75 PCT | RDO | 14x23 | 14x23 | 13X21 RDO 3HRS VAC | 10X18 | DUTY 15X23 | 18X02 ✓ | RDO |
| CAPT HENDERSON IMPACT X.O. 75 PCT | | RDO | VAC | VAC | VAC | EXE DEV | VAC | RDO |
| CAPT PEREZ IMPACT CAPT X.O. 75 PCT | RDO | RDO | 16X24 | 16X24 | ED 15X23 | ED 15X23 ✓ | 10X18 | RDO |
| CAPT MARESCA IMPACT CAPT X.O. 75PCT | VAC DAY | 9X18 | 9X18 | ED 14X23 | 9X18 | RDO | RDO | ND 22X07 |
| D.I. COSGROVE C.O. 77 PCT | RDO | 18X02 | 12X20 | RDO | 6X14 | DUTY 7X15 | 18X02 | RDO |
| CAPT MYRIE X.O., 77 PCT | DD 7X15 | ED 15X23 | RDO | 10X18 | V D 15X23 | RDO | 10X18 | RDO |
| DI LYONS C.O. 79 PCT | RDO | VAC | VAC | VAC | VAC | VAC | RDO | RDO |
| CAPT ESPOSITO IMPACT CAPT 79 PCT | RDO | 12X21 | 10X19 | 12X21 | 9X18 | 12X21 | 17X02 | RDO |
| IMPACT CAPT X.O. 79 PCT | | | | | | | | |
| DI MAURIELLO C.O. 81 PCT | RDO | 10X18 | 11X19 | 11X19 | RDO | 12X20 | 18X02 | RDO |
| CAPT LAUTERBORN X.O. 81 PCT | ND 22X07 | 6X15 | 6X15 | RDO | RDO | CRV 5X14 | DD 6X15 | ED 14X23 Impact |
| D.I. CAPASSO C.O. 83 PCT | RDO | DUTY 7X15 | 12X20 | 13X21 | RDO | 12X20 | 18X02 | RDO |
| CAPT MIFSUD X.O. 83 PCT | ED 14X23 | RANGE | RDO | RDO | 10X19 | CRV 13X21 | 10X55 19X5D 18X15 | 19X5D 20X55D RDO |
| CAPT DIPAOLO C.O. 84 PCT | RDO | RDO | DD 7X15 | 11X19 | 11X19 | 12X20 | 18X02 | RDO |
| X.O. 84 PCT | | | | | | | | |
| CAPT TASSO C.O. 86 PCT | RDO | RDO | ED. 15X23 | 15X23 10X18 | DD 7X15 | 12X20 | 18X02 | RDO |
| CAPT KIGHT X.O. 88 PCT | RDO | DD 7X16 | LIT 10X18 | RDO | 13X22 | IMPACT 15X23 RDO 20X4 | 10X19 | DD 7X16 |
| D.I. KEMPER C.O. 90 PCT | RDO | RDO | 10X18 | 10X18 | DUTY 7X15 | 12X20 | 18X02 | DETAIL 7X15 |
| X.O. 90 PCT | | | | | | | | |
| DI FULTON C.O. 94 PCT | RDO | 12X00 10X18 | 10X18 | 10X16 15X23 | 16X24 | 12X20 | 18X02 | DETAIL 7X15 |
| X.O. 94 PCT | | | | | | | | |
| CAPT KOMAR PBBN | | | RANGE | SUPV | EXE DEV | EXE DEV PATROL IVD | | |
| CAPT VAN HOUTEN GANG | | ND 23X07 | | | | | | |
| CAPT TIGHE OMAP | | | ND 23X07 | | | | | |
| CAPT BOLLER NARC | | | | ND 23X07 | | | | |
| CAPT RIGGIO COUNTER-TERR | | | | | ND 23X07 | | | |
| CAPT RYAN WARR | | | | | | ND 23X07 | | |
| CAPT LIPETRI NARC | | | | | | | ND 23X07 | |
| | | | | | | | | |
| | | | | | | | | |

**NYC00011797**

# PATROL BORO BROOKLYN NORTH

| PATROL BORO BKLYN. NORTH | SUN 25-Oct | MON 26-Oct | TUE 27-Oct | WED 28-Oct | THUR 29-Oct | FRI 30-Oct | SAT 31-Oct | SUN 1-Nov |
|---|---|---|---|---|---|---|---|---|
| A.C. NELSON — C.O.,PBBN | RDO | 10X18 | 10X18 | 10X18 | 10X18 | 10X18 | RDO | RDO |
| D.C. MARINO — X.O.,PBBN | RDO | 15X23 | 12X20 | 12X20 | 15X23 | 12X20 | RDO | RDO |
| D.C. SILKS — X.O.,PBBN | RDO | 11X19 | 11X19 | 11X19 | 11X19 | 11X19 | RDO | RDO |
| INSP MORAN — ADJUTANT | RDO | DUTY 15X23 | 12X20 | DUTY 15X23 | 12X20 | 12X20 | RDO | RDO |
| INSP ESSIG — SPECIAL PROJECTS | RDO | 12X20 | 12X20 | 12X20 | 12X20 | 12X20 | RDO | DETAIL |
| INSP DEFRANCO — ADMINSTRATOR | RDO | 7X15 | 12X20 | 15X23 | 7X15 | 7X15 | RDO | |
| INSP CAMPBELL — COUNTER TERR.COORD. | RDO | L/T | DUTY 7X15 | 9X17 | RANGE | L/T | RDO | DETAIL 7X15 |
| CAPT SHARKEY — BORO CRIME | RDO | RDO | 12X21 | 21X06 | 1730X0230 | 1730X0230 | IMPACT 1730X0230 | RDO |
| CAPT PATTI — IRT | RDO | 17X01 | 17X01 | | 17X01 | IMPACT 17X01 | RDO | RDO |
| CAPT TRAINOR — INSPECTIONS | INSPECTION | INSPECTION | INSPECTION | INSPECTION | INSPECTION | INSPECTION | INSPECTION | INSPECTION |
| CAPT GARDNER — BNTF | RDO | SICK | SICK | SICK | SICK | SICK | RDO | RDO |
| DI PEGUES — PBBS | DUTY 23X07 | | | | | | | |
| DI CANGIARELLI — PBBS | DUTY 7X15 | | | | | | | |
| INSP JOHNSEN — PBBS | DUTY 15X23 | | | | | | | |
| DI HURSON — OMAP | | DUTY 23X07 | | | | | | |
| DI HAYNES — HB | | | DUTY 23X07 | | | | | |
| INSP GALATIOLO — PBBS | | | DUTY 15X23 | | | | | |
| DI LEHR — TB#30 | | | | DUTY 23X07 | | | | |
| INSP FITZPATRICK — WARR | | | | | DUTY 23X07 | | | |
| INSP DIRUSSO — PBBS | | | | | DUTY 15X23 | | | |
| DI GOMULA — NARC | | | | | | DUTY 23X07 | | |
| DI MCANDREWS — DETS | | | | | | | DUTY 23X07 | |
| DI DEBLASIO — PBBS | | | | | | | DUTY 7X15 | |
| INSP JOHNSEN — PBBS | | | | | | | DUTY 15X23 | |

NYC00011798

**SUPERVISORY COVERAGE**
**PATROL BOROUGH BROOKLYN NORTH**

| PATROL BORO | | SUN | MON | TUE | WED | THUR | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|---|---|
| BKLYN NORTH | | 25-Oct | 26-Oct | 27-Oct | 27-Oct | 28-Oct | 29-Oct | 30-Oct | 1-Nov |
| CAPT TRAINOR | BNIU | RDO | 12X20 | 9X17 | 9X17 | 12X20 | 20X04 | RDO | RDO |
| CAPT KOMAR | PBBN | RDO | RDO | RANGE | 22X06 | EXE DEV | 22X06 | 22X06 | RDO |

T

NYC00011799