SM Exhibit AC

```
                                                          Page 1

  1
  2    UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
  3    ------------------------------------------X
  4    ADRIAN SCHOOLCRAFT,
  5                            Plaintiff,
  6
                                              Case No:
  7         - against -                       10 CV 06005
  8
       THE CITY OF NEW YORK, ET AL.,
  9
 10                            Defendants.
 11    ------------------------------------------X
 12                    111 Broadway
                       New York, New York
 13
                       April 11, 2014
 14                    10:21 a.m.
 15    CONFIDENTIAL EXCERPT
 16
 17    DEPOSITION OF WILLIAM GOUGH, pursuant to
 18    Notice, taken at the above place, date and
 19    time, before DENISE ZIVKU, a Notary Public
 20    within and for the State of New York.
 21
 22
 23
 24
 25
```

1        CONFIDENTIAL - WILLIAM GOUGH
2   recorder.
3        Q.    Did you interact with anybody at
4   the 90th Precinct when you got there?
5        A.    I'm not sure.
6        Q.    What did you do next?
7              MS. PUBLICKER METTHAM:
8   Objection. You could answer.
9        A.    I put on my firearm and my
10  shield.
11       Q.    Then what did you do?
12       A.    Got in the department auto and
13  proceeded to the 81st Precinct.
14       Q.    Did you go by yourself?
15       A.    Not sure.
16       Q.    What kind of vehicle did you
17  drive to the 81st --
18       A.    I believe it was a Hyundai.
19       Q.    What did you do when you got to
20  the 81st Precinct?
21       A.    Spoke with Captain Lauterborn.
22       Q.    Had you previously met Captain
23  Lauterborn?
24       A.    Yes.
25       Q.    How well did you know him at the

1        CONFIDENTIAL - WILLIAM GOUGH
2        Q.        Did Lauterborn say anything
3   else?
4              MS. PUBLICKER METTHAM:
5        Objection.  You could answer.
6        A.        I don't -- I don't specifically
7   recall.
8        Q.        Can you explain to me why you're
9   saying that Schoolcraft was still in the
10  apartment or it was a belief that he was
11  still in the apartment would be a response
12  to Chief Marino's question about why
13  operations hadn't been notified previously?
14             MS. PUBLICKER METTHAM:
15       Objection.
16       A.        When you're unsure or uncertain
17  of a location of a member of the service and
18  they're unaccounted for, you start -- it's a
19  fairly exhaustive search, operations,
20  communications. Basically, for lack of a
21  better term, from the understanding of most
22  people, it's like an all points bulletin.
23  Every, you know, nook and cranny is
24  overturned.  At that point Captain
25  Lauterborn, along with myself, we didn't

Page 114

1  CONFIDENTIAL - WILLIAM GOUGH
2  feel that -- we weren't certain that he
3  wasn't in his residence and this was just --
4  the preliminary step is to always check the
5  residence first.  By checking the residence
6  first, I've heard of AWOL searches where a
7  police officer doesn't come to work and they
8  wind up taking that police officer's door
9  because they're uncertain as to whether
10 they're home or not because prior to this
11 widely exhaustive search a complete and
12 thorough search of a residence will be
13 conducted, along with the canvass of
14 neighbors and contacts of members of the
15 family.
16      Q.      So is it your understanding that
17 when a member of service goes AWOL,
18 operations is notified only after this
19 initial search --
20      A.      Residence check.
21      Q.      -- residence check is conducted;
22 is that correct?
23          MS. PUBLICKER METTHAM:
24      Objection.  You could answer.
25      A.      Yes.

```
                                                         Page 1

 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2    ------------------------------------------X
 3    ADRIAN SCHOOLCRAFT,
 4                           Plaintiff,
 5
                                        Case No:
 6          - against -                 10 CV 06005
 7
      THE CITY OF NEW YORK, ET AL.,
 8
 9                       Defendants.
10    ------------------------------------------X
11                   111 Broadway
                     New York, New York
12
                     April 11, 2014
13                   10:21 a.m.
14
15
16    DEPOSITION OF WILLIAM GOUGH, pursuant to
17    Notice, taken at the above place, date and
18    time, before DENISE ZIVKU, a Notary Public
19    within and for the State of New York.
20
21
22
23
24
25
```

Page 140

WILLIAM GOUGH

```
 1                 WILLIAM GOUGH
 2      Q.      Who -- describe how that
 3   happened?
 4              MS. PUBLICKER METTHAM:
 5      Objection.  You could answer.
 6      A.      ESU came down the stairs and
 7   they said he's up there, meaning Officer
 8   Schoolcraft.  I proceeded into the apartment
 9   with Sergeant Duncan.
10      Q.      Was any EMS in the apartment
11   when you got there?
12      A.      Yes.
13      Q.      Who else was in the apartment?
14      A.      Captain Lauterborn.
15      Q.      Anybody else?
16      A.      Chief Marino.
17      Q.      Anybody else?
18      A.      Inspector Mauriello.
19      Q.      Anybody else?
20      A.      Those are the three that I
21   specifically remember.
22      Q.      So when the two ESU officers
23   came down the stairs and they told you he's
24   up there, right?
25      A.      Yes.
```