SM Exhibit AE

```
                                                          Page 1

 1      UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
 2      ------------------------------------------------X
 3      ADRIAN SCHOOLCRAFT,
 4                          Plaintiff,
 5
                                              Case No:
 6              - against -                   10 CV 06005
 7
        THE CITY OF NEW YORK, ET AL.,
 8
 9                          Defendants.
10      ------------------------------------------------X
11                      111 Broadway
                        New York, New York
12
                        April 28, 2014
13                      10:27 a.m.
14
15
16
17
18
19      DEPOSITION OF KURT DUNCAN, pursuant to Notice,
20
21      taken at the above place, date and time,
22
23      before DENISE ZIVKU, a Notary Public within
24
25      and for the State of New York.
```

1                    KURT DUNCAN
2        A.     As we were leaving Chief Marino
3    was showed up at the precinct.
4        Q.     Where did you see him when you
5    first saw him?
6        A.     In the parking lot.
7        Q.     What happened there?
8        A.     We explained to him what we were
9    doing.  In other words, responding to a
10   situation where an officer left the precinct
11   and we were heading to the home now.
12       Q.     What did he say?
13       A.     He cautioned us to be careful
14   and that we should have emergency service
15   accompany us.
16       Q.     Did Marino say anything else to
17   you?
18       A.     Not that I recall.  Just be
19   careful and that we should have ESU also
20   respond.  We were going to an officer's
21   home.
22       Q.     Did he indicate to you what it
23   was that you should be careful about?
24       A.     Well, in my tenure with the
25   investigations unit, oftentimes officers

Page 100

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------------------X
3  ADRIAN SCHOOLCRAFT,
4                          Plaintiff,
5
                                    Case No:
6       - against -               10 CV 06005
7
   THE CITY OF NEW YORK, ET AL.,
8
9                       Defendants.
10 ------------------------------------------X
11              111 Broadway
                New York, New York
12
                April 28, 2014
13              10:27 a.m.
14 (CONFIDENTIAL EXCERPT)
15
16 DEPOSITION OF KURT DUNCAN, pursuant to Notice,
17 taken at the above place, date and time,
18 before DENISE ZIVKU, a Notary Public within
19 and for the State of New York.
20
21
22
23
24
25

Page 156

1        CONFIDENTIAL - KURT DUNCAN
2   you with me?
3       A.      Yeah.
4       Q.      What was the next thing that
5   happened after EMS took Schoolcraft's blood
6   pressure?
7       A.      They indicated to him that his
8   pressure was unusually high and for that
9   reason alone he should be -- he should take
10  a trip to the hospital to be checked out.
11      Q.      What happened next?
12      A.      At that point he agreed and
13  decided he was going to go.
14      Q.      Then what happened?
15      A.      Somewhere along from upstairs,
16  the apartment, to getting to the ambulance,
17  I don't remember whether he made the call or
18  a call came in, but he was on the phone with
19  someone.  At that point he mentioned -- he
20  indicated that he was going to the EMS --
21  going to the hospital.  At that point, he
22  turned around and rushed kind of like a
23  raced walk and went back upstairs.
24      Q.      So you say you saw him race
25  walk?