SM Exhibit AF

081 PRECINCT    Fax:7185740822    Sep 21 2010 12:10pm   P009/012

Saturday October 31, 2009

| | | |
|---|---|---|
| 74 | Rops | The Rpt Pct Assn Abs Pethe Daily Van Shut |
| 74 | OT | PO Martine Rgr 1:00 OT Cash   PO Kim Rgr 1:00 OT© |
| | | Det Petersen Rgr 1:00 O/T①   PO Vasca Rgr 20m OT③ |
| | | PO Stern Rgr 20m OT① |
| 17 | LT | PO Nicoletti Gould 2:30 Lt |
| | ARVC | RIC Fox 2x2 platoon UC Anonymous Accord Fin |
| | C/T | Sec ti000, Lenovos $100 cash (81 = MW RNG K9T-59-P) |
| | PIL | Rep 1365 Assigned to SA Statean PO Bonyt B Stern |
| | Checks | The An Check of desk |
| 10 | LT | PO Cena Gould 3:35 Lt   PO Friends Gould 8:35 Lt |

AO PO Freeley Stanuel   TAX# 934484   CMD 081
DEFT. Cort. Gregory   SEX M   RACE WK   AGE 52   DOB
DEFT. ADDRESS 219 Bowery St Brooklyn NY
ARREST LOCATION P/O 219 Bowery   TIME 1945
CHARGE(S) Open Contain   ROW   ROW   Y   N
UNCARED FOR DEPENDENTS Y N? NAMES   None
PHYSICAL CONDITION Normal   DEBRIEFED BY
NOTIFICATIONS
FUNDS $1.00   AMT. RET. $1.00   AMT. INVOICED   INVOICE #
(NOTICE TO PERSONS) ISSUED?   Y   N   REFUSED
(PINK INVOICE) COPY GIVEN TO DEFT. ?   Y   N   REFUSED

LT _____ V.s.N
DC _____ PBBX recpt.

AO Thurman   TAX# 931603   CMD 081
DEFT. Kenly (Thurs) SEX M RACE B AGE 23 DOB
DEFT. ADDRESS 558 Penryn
ARREST LOCATION 168 Decatur St   TIME 2080
CHARGE SPM   ROW   Y   N
UNCARED FOR DEPENDENTS Y ⊘ NAMES
PHYSICAL CONDITION normal   DEBRIEFED BY
NOTIFICATIONS
FUNDS $5.25   AMT. RET. $5.25   AMT. INVOICED   INVOICE #
(NOTICE TO PERSONS) ISSUED?   Y   N   REFUSED
(PINK INVOICE) COPY GIVEN TO DEFT. ?   Y   N   REFUSED

NYC00003567