SM Exhibit AG

SM EXHIBIT AG – NYPD RECORDING OF LIEUTENANT GOUGH IAB INTERVIEW