SM Exhibit AH

Page 1

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------------------X
3  ADRIAN SCHOOLCRAFT,
4                    Plaintiff,
5
                                     Case No:
6          - against -                10 CV 06005
7
   THE CITY OF NEW YORK, ET AL.,
8
9                    Defendants.
10 ------------------------------------------X
11              111 Broadway
                New York, New York
12
                January 13, 2014
13              10:19 a.m.
14
15
16
17 DEPOSITION OF ELISE HANLON, pursuant to Subpoena,
18 taken at the above place, date and time, before
19 DENISE ZIVKU, a Notary Public within and for the
20 State of New York.
21
22
23
24
25

Page 105

ELISE HANLON

1
2  that the lieutenant was looking at was
3  the first page of Exhibit 65.
4      Q.    Can you point me to what you
5  were referring to, Lieutenant?
6      A.    Says on scene at 21:15, which is
7  the time that the crew got on scene and the
8  crew documented that they had patient
9  contact at 21:40.
10     Q.    Is this a document that is used
11 regularly -- oh, it's not a fire department
12 document.  Okay.  All right.
13           Is this the kind of document
14 that you regularly rely upon in performing
15 your duties as a lieutenant in the fire
16 department?
17     A.    Yes.
18     Q.    The NYPD representative, the
19 white shirt, the white male that you spoke
20 with at the scene before the entry into the
21 apartment, did that white shirt, white male
22 also enter into the apartment?
23     A.    I don't know.  I think almost
24 everybody entered the apartment.  I don't
25 know.  There were a lot of people all over