SM Exhibit AK

Case 1:10-cv-06005-RWS   Document 304-37   Filed 12/23/14   Page 1 of 2

## POLICE DEPARTMENT
## CITY OF NEW YORK

| | | |
|---|---|---|
| M # 09-1973 | Log# 09-41517 | SIU# 01-148-09 |

**From:** Sergeant Alroy Scott, Special Investigations Unit

**Date/Time:** October 4, 2010 / 1145 hrs.

**Allegation:** DRV-Other

**Subject:** Copy of Command Log Pages for 10/31/09

---

(KD) 08/24/09 @ 1500 HRS***DRV-OTHER***Dt McGonagle, Group 1, forwarded the following complaint to the C/C by fax, letter reads as follows: PO Schoolcraft, Tax # 931186, 81 pct, reports that an unidentified person from DI Mauriello's, C.O. 81 Pct, Administrative Staff, has reported that S/O's Sgt Weiss, Tax # ____, 81 pct and Lt Caughey, Tax # ____, 81 pct, broke in and entered, without permission or authority, a locked office containing sensitive department files, and removed documents pertaining to Civilian Complaints that were inside of Sgt Weiss's Department Personnel Folder. The source states that the files would have been an obstacle to the evaluation and promotion of Sgt Weiss to NYPD lieutenant. Sgt Weiss has since been promoted to lieutenant. DI Grossi recommends OG back to Group 1. (KD)

---

1. On the above date and approximate time, the undersigned Investigating Officer is documenting receipt of copies of the 81 Precincts Command Log pages 83-93 revealing command activity for 10/31/09. The following information was extracted from the aforementioned pages concerning this case:

- 0600 hrs. Captain Lauterborn PFD (Pg. 84)
- 0700 hrs. Sergeant Huffman on desk (Pg. 85)
- 1420 hrs. DI Mauriello EOT (Pg. 88)
- 1430 hrs. "PO Schoolcraft, Tax # 931186 comes to desk w/ a sick report worksheet filled out stating he sick and he's leaving, and then walks away. Sgt Huffman sent male officer PO Rudy to male locker to get him. He comes to Desk and I explain that if he's sick a supervisor has to approve and if he don't feel well did he need a bus or lost time. He says I know, but I'm not going to the hospital I'm going home and walks away out of Pct. I say Schoolcraft you can't just leave like that –he keeps walking and ignores me." (Word for word out of Command Log Pg. 88)
- 1500 hrs. Sergeant Huffman off desk (Pg. 88)
- 2000 hrs. An unidentified Lt. from PBIU visited Precinct
- 2035 hrs. Chief Marino visited the Precinct
- 2335 hrs. Sergeant Huffman EOT
- 2340 hrs. Sergeant James and PO Sadowski out to Jamaica Hospital RMP # 1568

2. For your INFORMATION.

Sgt. Alroy Scott
Case Investigator

Lt. John Crisalli
Team Leader / Case Supervisor

Inspector David A. Grossi
Commanding Officer

W/S# 190
ATT: A-L

CONFIDENTIAL

NYC00004544