SM Exhibit AM

Page 1

1    UNITED STATES DISTRICT COURT

     SOUTHERN DISTRICT OF NEW YORK

2    ------------------------------------------X

3    ADRIAN SCHOOLCRAFT,

4                         Plaintiff,

5

                                   Case No:

6        - against -              10 CV 06005

7

     THE CITY OF NEW YORK, ET AL.,

8

9                    Defendants.

10   ------------------------------------------X

11                    111 Broadway

                      New York, New York

12

                      May 14, 2014

13                    10:24 a.m.

14

15

16   DEPOSITION OF JESSICA MARQUEZ, pursuant to

17   Notice, taken at the above place, date and

18   time, before DENISE ZIVKU, a Notary Public

19   within and for the State of New York.

20

21

22

23

24

25

Page 167

```
 1                    JESSICA MARQUEZ

 2   tender.  No.  His stomach was soft.

 3        Q.      Which is fine, meaning good?

 4        A.      Yeah, that means he was okay.

 5        Q.      And his breathing?

 6        A.      Was normal, lung sounds were

 7   clear.

 8        Q.      Am I correct that after

 9   Lieutenant Hanlon said take him to Jamaica,

10   that's when Schoolcraft said I'm leaving or

11   I'm not going with you and I'm refusing

12   medical attention?

13        A.      That's correct.

14        Q.      Did he say anything else?

15        A.      He just told me he did not want

16   to go to Jamaica Hospital and that he

17   wasn't.

18        Q.      He wasn't going to go?

19        A.      Correct.

20        Q.      And then he voluntarily got

21   up --

22        A.      He got up.

23        Q.      -- from the?

24        A.      From the stretcher.

25        Q.      The stretcher, which was in the
```