SM Exhibit AT

Case 1:10-cv-06005-RWS   Document 304-46   Filed 12/23/14   Page 1 of 2

POLICE DEPARTMENT
CITY OF NEW YORK

**M # 09-1973**        **Log# 09-41517**        **SIU# 01-148-09**

**From:** Sergeant Alroy Scott, Special Investigations Unit

**Date/Time:** November 23, 2009 / 1800 hrs.

**Allegation:** DRV-Other

**Subject:** Downloaded File Folders to Disk from PO Schoolcraft's Digital Recorder

---

(KD) 08/24/09 @ 1500 HRS***DRV-OTHER***Dt McGonagle, Group 1, forwarded the following complaint to the C/C by fax, letter reads as follows: PO Schoolcraft, Tax # 931186, 81 pct, reports that an unidentified person from DI Mauriello's, C.O. 81 Pct, Administrative Staff, has reported that S/O's Sgt Weiss, Tax # _____, 81 pct and Lt Caughey, Tax # _____ 81 pct, broke in and entered, without permission or authority, a locked office containing sensitive department files, and removed documents pertaining to Civilian Complaints that were inside of Sgt Weiss's Department Personnel Folder. The source states that the files would have been an obstacle to the evaluation and promotion of Sgt Weiss to NYPD lieutenant. Sgt Weiss has since been promoted to lieutenant. DI Grossi recommends OG back to Group 1. (KD)

---

1.  On the above date and approximate time, the undersigned investigating officer is noting that file folders A-D, from PO Schoolcraft's digital recorder, was downloaded to disk in an attempt to preserve the integrity of the recordings by PO Schoolcraft. PO Schoolcraft gave the aforesaid digital recorder to the undersigned as an aid for the investigation of the alleged incident that occurred on October 31, 2009. RE: added log # 09-55058, RE: WS # 42. After review of the of file folder "D", the undersigned discovered that the C/V was in possession of a High Point firearm, model # 995, which was subsequently removed by members of SIU on November 9th, 2009, RE: WS # 44. The undersigned will submit the digital recorder to Group # 7 for "clarity and enhancement" at a later time and date.

2.  For your information.

Sgt. Alroy Scott
**Case Investigator**

Lt. Nicholas McAteer
**Team Leader / Case Supervisor**

D.I. David A. Grossi
**Commanding Officer**

W/S# 46
ATT: A

CONFIDENTIAL
NYC00004457