SM Exhibit AX



POLICE DEPARTMENT

Commanding Officer, Brooklyn North Investigations Unit
211 Union Ave
Brooklyn, New York 11211
(718) 963-5333

January 13, 2010

Mr. Adrian Schoolcraft

RE: NOTIFICATION TO APPEAR FOR RESTORATION TO DUTY

Dear Mr. Schoolcraft:

You are hereby directed to appear on Thursday, January 14, 2010 at 0900 hours at the Department Advocates' Office of the New York City Police Department for restoration to Active Duty. This office is located on the 4th floor, One Police Plaza NY, NY 10038. You are advised that this is an ordered appearance, and your failure to appear as directed will result in disciplinary action, up to and including Suspension from Duty.

If you have any questions or require additional information or clarification, please contact the Department Advocate's Office at 646-610-5140.

Sincerely,

Timothy J. Trainor
Captain

$E \times 88$
4/10/14
(Trainor)

R·1



POLICE DEPARTMENT
Commanding Officer, Brooklyn North Investigations Unit
211 Union Ave
Brooklyn, New York 11211
(718) 963-5333

January 19, 2010

Mr. Adrian Schoolcraft

RE:  NOTIFICATION TO APPEAR FOR RESTORATION TO DUTY

Dear Mr. Schoolcraft:

You are hereby directed to appear on Thursday, January 21, 2010 at 0900 hours at the Department Advocates' Office of the New York City Police Department for restoration to Active Duty. This office is located on the 4th floor, One Police Plaza NY, NY 10038. You are advised that this is an ordered appearance, and your failure to appear as directed will result in disciplinary action, up to and including Suspension from Duty.

If you have any questions or require additional information or clarification, please contact the Department Advocate's Office at 646-610-5140.

Sincerely,

Timothy J. Trainor
Captain

COURTESY  •  PROFESSIONALISM  •  RESPECT

D001610

ℛ. 40

 POLICE DEPARTMENT
Commanding Officer, Brooklyn North Investigations Unit
211 Union Ave
Brooklyn, New York 11211
(718) 963-5333

January 20, 2010

Mr. Adrian Schoolcraft
16 Northeast Avenue, Apartment #J58
Johnstown, New York 12095-1932

RE: NOTIFICATION TO APPEAR FOR RESTORATION TO DUTY

Dear Mr. Schoolcraft:

　　You are hereby directed to appear on Thursday, January 21, 2010 at 0900 hours at the Department Advocates' Office of the New York City Police Department for restoration to Active Duty. This office is located on the 4th floor, One Police Plaza NY, NY 10038. You are advised that this is an ordered appearance, and your failure to appear as directed will result in disciplinary action, up to and including Suspension from Duty.

　　If you have any questions or require additional information or clarification, please contact the Department Advocate's Office at 646-610-5140.

Sincerely,

Timothy J. Trainor
Captain

COURTESY　•　PROFESSIONALISM　•　RESPECT
Website: http://nyc.gov/nypd



POLICE DEPARTMENT
Commanding Officer, Brooklyn North Investigations Unit
211 Union Avenue
Brooklyn, New York 11211
(718) 963-5333

January 31, 2010

Mr. Adrian Schoolcraft

RE: NOTIFICATION TO APPEAR FOR RESTORATION TO DUTY

Dear Mr. Schoolcraft:

You are hereby directed to appear on Monday, February 1, 2010 at 0900 hours, at the Department Advocate's Office of the New York City Police Department for restoration to Active Duty. This office is located on the 4th Floor, One Police Plaza, New York, N.Y., 10038. You are advised that this is an ordered appearance and your failure to appear as directed will result in disciplinary action up to and including re-Suspension from the Department.

If you have any questions or require additional information or clarification, please contact the Department Advocate's Office at 646-610-5140.

Sincerely,

Timothy J. Trainor
Captain



COURTESY  •  PROFESSIONALISM  •  RESPECT

D001602



POLICE DEPARTMENT

Commanding Officer, Brooklyn North Investigations Unit
211 Union Ave
Brooklyn, New York 11211
(718) 963-5333

February 3, 2010

Mr. Adrian Schoolcraft

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

RE:  NOTIFICATION TO APPEAR FOR RESTORATION TO DUTY

Dear Mr. Schoolcraft:

You are hereby directed to appear on Thursday, February 4, 2010 at 0900 hours at the Department Advocates' Office of the New York City Police Department for restoration to Active Duty. This office is located on the 4th floor, One Police Plaza NY, NY 10038. You are advised that this is an ordered appearance, and your failure to appear as directed will result in disciplinary action, up to and including Suspension from Duty.

If you have any questions or require additional information or clarification, please contact the Department Advocate's Office at 646-610-5140.

Sincerely,

Timothy J. Trainor
Captain



**The City of New York**

POLICE DEPARTMENT
Commanding Officer, Brooklyn North Investigations Unit
211 Union Ave
Brooklyn, New York 11211
(718) 963-5333

December 9, 2009

Mr. Adrian Schoolcraft
█████████████████████████████

RE: Suspension from Duty and Notification to Appear while on Suspension

Dear Mr. Schoolcraft:

The purpose of this correspondence is to inform you that effective 1300 hours on December 7, 2009, you have been suspended from duty from the New York City Police Department. Effective immediately you are further directed to comply with Patrol Guide Procedure 206-08 and report in person to the Desk Officer at the 50th Precinct Station House at 0900 hours every Monday, Wednesday and Friday.

If while on suspension, you elect to return to your permanent residence located at ████████ ████████████████████████████████ you are directed to report in person to the Desk Officer at the 104 Precinct Station House at 0900 hours every Monday, Wednesday and Friday.

The address of the 50th Precinct Station House is as follows:
3450 Kingsbridge Avenue, Bronx, New York, 10463.

The address of the 104th Precinct Station House is as follows:
64-02 Catalpa Avenue, Ridgewood, New York, 11385.

If you fail to appear as directed by both competent authority and via this correspondence you will be subject to further disciplinary action.

If you have any questions or require additional information or clarification, please contact the Department Advocate's Office at 646-610-5140.

Sincerely,

Timothy J. Trainor
Captain

COURTESY  •  PROFESSIONALISM  •  RESPECT

The City of New York

POLICE DEPARTMENT

NEW YORK, N.Y. 10038

Commanding Officer, P.B.B.N.I.U.
211 Union Avenue, Room 210
Brooklyn, New York 11211-7417

FOR POLICE EMERGENCY ONLY

DIAL 911

Mr. Adrian P. Schoolcraft

D001765



**PATROL GUIDE**

| Section: Disciplinary Matters | | Procedure No: 206-08 |
|---|---|---|

### SUSPENSION FROM DUTY
### UNIFORMED MEMBER OF THE SERVICE

| DATE ISSUED: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 01/01/2000 | 01/01/2000 | | 1 of 2 |

**PURPOSE**

To temporarily prohibit a uniformed member of the service from performing assigned duties.

**PROCEDURE**

When a uniformed member of the service is suspended:

**RANKING OFFICER IN CHARGE**

1. Inform member concerned of suspension from duty and the reason.
2. Direct member to surrender all Department property and all revolvers or pistols owned or possessed.
3. Direct member to report in person, if not on sick report, each Monday, Wednesday and Friday to residence precinct. (Captain and above will report to residence borough command.)
4. Inform suspended member that he may request waiver of reporting requirement by submitting form **AGREEMENT TO ACCEPT SERVICE OF NOTICE (PD468-126)** at residence precinct or Department Advocate's Office.

**NOTE**

*If suspended member prepares form in residence precinct, the precinct commander will forward a copy of the form to the Department Advocate's Office. If the form is prepared in the Department Advocate's Office, Department Advocate personnel will notify the desk officer, precinct of residence that the suspended member no longer has to report.*

**UNIFORMED MEMBER OF THE SERVICE**

5. Surrender, promptly, all Department property and all pistols or revolvers owned or possessed.
6. Do not wear uniform while suspended.

**RANKING OFFICER IN CHARGE**

7. Enter facts concerning suspension in Command Log.
8. Notify supervisor on duty at Operations Unit, member's command, and member's residence precinct, if below rank of captain, or residence borough command if captain or above.
   a. Notify Internal Affairs Bureau Command Center.
9. Follow procedure for removal of property as outlined in *P.G. 206-17, "Removal And Restoration Of Firearms."*
   a. Property other than firearms, shield and **IDENTIFICATION CARD (PD416-091)** will be retained at member's command.
10. Immediately forward report (DIRECT) to First Deputy Commissioner, Deputy Commissioner - Trials, Chief of Department, Chief of Personnel, Department Advocate and member's commanding officer. Forward an additional copy of report to First Deputy Commissioner (THROUGH CHANNELS).

**SUPERVISOR ON DUTY, OPERATIONS UNIT**

11. Inform ranking officer in charge that **CHARGES AND SPECIFICATIONS (PD468-121)** must be forwarded within forty-eight (48) hours of the suspension.

**MEMBER'S COMMANDING OFFICER**

12. Have **CHARGES AND SPECIFICATIONS** prepared.

### NEW • YORK • CITY • POLICE • DEPARTMENT

# PATROL GUIDE

| PROCEDURE NUMBER | DATE EFFECTIVE | REVISION NUMBER | PAGE |
|---|---|---|---|
| 206-08 | 01/01/2000 | | 2 of 2 |

## IF SUSPENDED MEMBER ELECTS NOT TO SUBMIT WAIVER (AGREEMENT TO ACCEPT SERVICE OF NOTICE)

**UNIFORMED MEMBER CONCERNED**
13. Report to residence precinct each Monday, Wednesday and Friday.

**DESK OFFICER, RESIDENCE PRECINCT**
14. Direct member to prepare **REPORT OF SUSPENDED MEMBER'S VISIT (PD408-061)** in your presence.
15. Complete appropriate captions under section entitled "Witnessed By."
16. Make entry in Command Log and deliver REPORT to integrity control officer.

**INTEGRITY CONTROL OFFICER**
17. Maintain a list of uniformed members of the service who are suspended and are required to report to the residence precinct.
18. Check Telephone Record and FINEST messages each day to ensure that uniformed members who are required to report are added to the list as required.

**NOTE**
*If doubt exists regarding reporting by uniformed members of the service, contact Department Advocate's Office, Trial Calendar Unit.*

19. Monitor appearances of suspended uniformed members of the service.
20. Inform commanding officer when suspended member fails to report as required.

**COMMANDING OFFICER, RESIDENCE PRECINCT**
21. Prepare **SUPERVISOR'S COMPLAINT REPORT/COMMAND DISCIPLINE ELECTION REPORT (PD468-123)**, if member fails to report as required.
22. Forward **SUPERVISOR'S COMPLAINT REPORT/COMMAND DISCIPLINE ELECTION REPORT** to member's commanding officer for further disciplinary action, if required.

**ADDITIONAL DATA**
*A uniformed or civilian member of the service under suspension who desires to be restored to duty or a uniformed member under suspension who desires to be placed on modified assignment will submit a request to the First Deputy Commissioner through the Department Advocate's Office.*

*When a uniformed member of the service, in the rank of sergeant and above, is being suspended the following provisions shall be applied. The member shall be suspended with pay until the following Sunday. Commencing at 0001 hours on that Sunday, the member shall be on suspension without pay. The suspension without pay will continue in full week (Sunday to Saturday) increments. The minimum suspension without pay shall be for one (1) full week. The maximum time shall be four (4) full weeks. The member shall always be returned to duty on a Sunday at 0001 hours.*

**RELATED PROCEDURES**
*Preparation Of Charges And Specifications (P.G. 206-05)*
*Cause For Suspension Or Modified Assignment (P.G. 206-07)*
*Modified Assignment (P.G. 206-10)*
*Removal And Restoration Of Firearms (P.G. 206-17)*
*Suspension Of Civilian Employee (A.G. 319-18)*
*Residence Reports (A.G. 320-02)*

**FORMS AND REPORTS**
*AGREEMENT TO ACCEPT SERVICE OF NOTICE (PD468-126)*
*CHARGES AND SPECIFICATIONS (PD468-121)*
*REPORT OF SUSPENDED MEMBER'S VISIT (PD408-061)*
*SUPERVISOR'S COMPLAINT REPORT/COMMAND DISCIPLINE ELECTION REPORT (PD468-123)*

### NEW • YORK • CITY • POLICE • DEPARTMENT

D001767