# SM EXHIBIT BB



## INVESTIGATING OFFICER'S REPORT
PD 313-153 (REV. 2-87)-31

**From:** Sgt. Wilson      **Command:** BNIU

**Case Number:** _____ **Complaint Number:** _____ **Other:** _____

**Accompanying Investigator(s):** NA

**Case Investigator:** Sergeant Wilson      **Command:** PBN-IU

**Subject:** RECEIPT OF CERTIFIED MAIL

**Time:** 1330      **Date:** 06-17-10

On Thursday June 17, 2010, Sergeant Sondra Wilson received a receipt from the U.S Postal Service confirming that Police Officer Schoolcraft received the certified letter containing Charges and Specifications.

The certified receipt was signed by PO Schoolcraft on June 12, 2010. The U.S Postal, Certified Receipt will be placed in the case folder for review.

Invest. Off. Rank & Sign. _Sgt. S. Wilson_      Supr. _Lt. T. Hanley_

WORK SHEET # 9 0
PAGE # 1 of 1

Rev 8-9-93 (dwg)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MR. ADRIAN SCHOOLCRAFT

2. Article Number (Transfer from servic_ 7001 0360 0001 2288 1591

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) _Schoolcraft_  C. Date of Delivery 6/12/10

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

E 101
4/10/14
(Trainor)

D001806