SM EXHIBIT BC

POLICE DEPARTMENT
CITY OF NEW YORK

M # 09-1973        Log# 09-41517        SIU# 01-148-09

**From:** Sergeant Alroy Scott, Special Investigations Unit

**Date/Time:** February 03, 2010 / 1600 hrs.

**Allegation:** DRV-Other

**Subject:** Daily News Articles

---

(KD) 08/24/09 @ 1500 HRS***DRV-OTHER***Dt McGonagle, Group 1, forwarded the following complaint to the C/C by fax, letter reads as follows: PO Schoolcraft, Tax # 931186, 81 pct, reports that an unidentified person from DI Mauriello's, C.O. 81 Pct, Administrative Staff, has reported that S/O's Sgt Weiss, Tax #        , 81 pct and Lt Caughey, Tax #        , 81 pct, broke in and entered, without permission or authority, a locked office containing sensitive department files, and removed documents pertaining to Civilian Complaints that were inside of Sgt Weiss's Department Personnel Folder. The source states that the files would have been an obstacle to the evaluation and promotion of Sgt Weiss to NYPD lieutenant. Sgt Weiss has since been promoted to lieutenant. DI Grossi recommends OG back to Group 1. (KD)

---

1.      On the above date and approximate time, the undersigned investigating officer is noting that that several news articles appeared in the New York Daily News in reference to the C/V. On February 2, 2010, an article titled "Precinct Probed for Fudging Stats" reported allegations of manipulating crime stats and mentioned that "Whisleblower", (C/V) evidence of this to IAB and QUAD for investigation. The C/V reported to the Daily News of fourteen (14) crime victims who stats were changed. The cases that appeared in the article were not any of the three (3) 61's / arrests that QUAD referred to the undersigned to investigate. The article continued to report that the C/V was currently suspended from the department and gave mention to him being admitted to Jamaica Hospital for psychiatric evaluation. In another article dated February 3, 2010, also from the New York Daily News, titled "Fudged Crime Stats Report Deserves Hearing, Sez Pol", gave mention that the News had found at least five crime victims who backed up the C/V's allegations. The article was based on City Counselman Peter Vallone Jr., calling for hearings to ascertain if NYPD precincts are fudging crime statistics. This case will remain open.

2.      For your information.

_____
Sgt Alroy Scott
**Case Investigator**

_____
Lt. John Crisalli
**Team Leader / Case Supervisor**

_____
D.I. David A. Grossi
**Commanding Officer**

W/S# 61
ATT: A, B

Confidential - Attorneys' Eyes Only                                                                                                  NYC00005442