SM EXHIBIT BE

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

M # 09-1973          Log# 09-41517          SIU# 01-148-09

**From:**     Sergeant Alroy Scott, Special Investigations Unit

**Date/Time:**  June 7, 2010 / 1500 hrs.

**Allegation:**  DRV-Other

**Subject:**    **Receipt of News Article**

---

(KD) 08/24/09 @ 1500 HRS***DRV-OTHER***Dt McGonagle, Group 1, forwarded the following complaint to the C/C by fax, letter reads as follows: PO Schoolcraft, Tax # 931186, 81 pct, reports that an unidentified person from DI Mauriello's, C.O. 81 Pct, Administrative Staff, has reported that S/O's Sgt Weiss, Tax # _____ , 81 pct and Lt Caughey, Tax # _____, 81 pct, broke in and entered, without permission or authority, a locked office containing sensitive department files, and removed documents pertaining to Civilian Complaints that were inside of Sgt Weiss's Department Personnel Folder. The source states that the files would have been an obstacle to the evaluation and promotion of Sgt Weiss to NYPD lieutenant. Sgt Weiss has since been promoted to lieutenant. DI Grossi recommends OG back to Group 1. (KD)

---

1.          On the above date and approximate time, the undersigned investigating officer is noting receipt of a copy of a news article that appeared in the NY Times on June 3, 2010 titled Councilman and City Police Leader Clash. This article is in reference to Councilman Albert Vann and a letter non-public letter allegedly written by elected officials, clergy members and community leader on May 25th 2010. The letter allegedly referenced the "secret tapings" cited in the The Voice which allegedly the C/V had given to them. The Daily News reported that the C/V whom The Voice identified as the source of the tapes, had come forward claiming that crime reporting was manipulated to improve the precincts statistics. The aforesaid article has been added as an attachment. This case will remain open.

2.          For your information.


Sgt. Alroy Scott
**Case Investigator**

Lt. John Crisalli          7/28/10
**Team Leader / Case Supervisor**

D.I. David A. Grossi
**Commanding Officer**

                                        **W/S# 82**
                                        ATT: A-D

Confidential - Attorneys' Eyes Only

NYC00005654