SM EXHIBIT BH

SM Exhibit BH – Excerpt of Deposition of John Eterno wil be submitted upon Delivery