SM Exhibit BI



**PLAINTIFF'S EXHIBIT 45** 12/9/13

CITY OF NEW YORK
POLICE DEPARTMENT          A 663084

Name P.O. Schoolcraft          Tax Reg No. 931186

Date Opened 8/11/09   Supervisory Officer ___

Date Closed ___   Supervisory Officer ___

PD 112-145 (3-88)-12

NYC00008614

6. Bring any inconsistencies or inaccuracies in paperwork or in prior testimony to the attention of the Assistant District Attorney.

THE COURT APPEARANCE:

9/13/09 (Sunday)
Sgt. Gallina
CUD: Green
RD: 11/17/09
Ass: T/S 2 w/Newkirk
Training:

Sgt Neff  9/14/09 (Monday)
CUD: Orange
RD. 11/17/09
Ass: T/S w/Newkirk
Training: None
PO Iturday Present "Sign the training log"

9/15/09 (Tuesday)
Sgt. Neff
CUD Green
RD.
Ass: T/S
Training:

approx 1500  Finnell w/ PO Itwaru brought in 3 B/M's, one of them ▓▓▓▓▓▓
Further, B/M's were unhandcuffed and released from the desk when they were brought in. Lt. from PDU was telling desk (t imes) who Mr. Hill was. Capt. Laughrenborn was present at desk also.

NYC00008628

9/16/09 (Wednesday)
Sgt. Caswell
COD: Yellow
RD: 11/18/09
Ass: T/S
Training: IMEI # by Sgt. Caswell

0800 Capt. Lauterborn requested Det. Peterson in CO's office re: chronic lateness. Det. Peterson assigned to Hosp. prisoner.

0858 "She's a mess" Lt. Mascol referring to Det. Peterson, to Lt. Jones at Desk.

*Sawyer responded to 53 mins Pct./loitering*

9/26/09 Saturday
Sgt. Sawyer #2576
COD: Orange
RD: 12/1/09
Ass: T/S
Training: "I'm not the training Sgt" Sgt. Sawyer

9/27/09 Sunday
Sgt. Giallina
COD: Green
RD: 2 Dec 2009 (12/2/09)
Ass: T/S
Training: Quarters Points & Gun Retention by Sgt. Giallina

0801 Lt. Jones talking about D.I. downgrading Assault on P.O. Peters to Assault 3 from Assault 2

→ Color of the Day: Green
Return Date:
Assignment: T/S w/ PO Newkirk
Training:
0705 Present for duty @ 81st S/H
Roll Call Sup:
Color of the Day:
Return
Assignment:

NYC00008630

10/4/09 unmarked RMP #8717 Plate# EKD1564
0900 Not at command
0911 Lt. Janes stated he'll find it.

1267 "Does anybody have over 16"
Lt. June re: Activity reports
that Sgt. Galling was reading
at 81 desk.

1219 "All I want is one collar a month"
— Sgt. Galling → P.O. Rias

10/5/09 (Monday)
Sgt. Galling
COD: White
RD: 12/9/09
Assi: T/S
Training: None, P.O. Hurley
present

10/5/09
0855 Lt. Brill called wants
notify me to come to 3400 Gates St.
on Monday (10/12/09).

10/5/09
1030 Lt. Brill called wants to meet
Wednesday (10/7/09) instead
of Monday (10/12/09).

---

Monday 10/5/09    7x3
0705/ Present for duty @ 81    S/H
Roll Call Junv: Sgt. Galling
Color of the Day: White
Return Date: 12/9/09
Assignment: T/S
Training: None, P.O. Hurley present
152° Ent...    NYC00008641
...  2943