# PLAINTIFF'S MOTION
# EXHIBIT 1

# CITY OF NEW YORK
# POLICE DEPARTMENT

**FORM OF OATH – Required to be filed with the City Clerk under the provisions of Section 62 of the Civil Service Law.**

*I do solemnly swear (or affirm) that I will support the Constitution of the United States and the Constitution of the State of New York, and that I will faithfully discharge the duties of the office of <u>POLICE OFFICER</u> in the Police Department of the City of New York, according to the best of my ability.*

Sworn to before me, this _____ day

of _____, 20 _____

_____
Notary Public / Commissioner of Deeds

Stamp or Seal below:

ROBERT ARIOLA
NOTARY PUBLIC
STATE OF NEW YORK
COUNTY OF RICHMOND
REG. NO. 01AR6033256
COMM. EXP. NOV. 15, 20___

_____
Signature

Adrian P. Schoolcraft
Printed Name.

_____
Social Security Number

_____
Date

_____
Tax Number

City Clerk
NYPD Personnel Records Unit

26

D000001



SS# - 10

# Online Performance Evaluation System COMPLETED
## Police Officer - Detective Specialist

## RATEE

| SURNAME | FIRST | | M.I. | Appt Date |
|---------|-------|---|------|-----------|
| SCHOOLCRAFT | ADRIAN | | P | 7/1/2002 |

| RATEE TAX NUMBER | RANK | | COMMAND | DATE ASSIGNED TO COMMAND: |
|------------------|------|---|---------|---------------------------|
| | PO | | 081 | 11/15/2005 |

| TIMES SICK | DAYS LOST | PURPOSE | RECOMMENDATION |
|------------|-----------|---------|----------------|
| NLOD: 0 | NLOD: 0 | ANNUAL | CONTINUE IN |
| LOD: 0 | LOD: 0 | | PRESENT |
| | | | ASSIGNMENT |

| Not chronic | Date of Primary Assignment: 11/15/2005 | ☐ IF COMPLETED POLICE CADET PROGRAM | |
|-------------|----------------------------------------|-------------------------------------|---|
| Primary Assignment: PATROL | | Rating Period From: 12/16/2004 | To: 12/15/2005 |

## RATER

| SURNAME | FIRST | M.I. | |
|---------|-------|------|---|
| MEYER | WILLIAM | F | |

| RATER TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|------------------|------|---------|---------------------------|
| | SERGEANT | 081 | 3/28/2003 |

## PERFORMANCE AREAS

| Area | Rating |
|------|--------|
| 1 Community Interaction | 3 |
| 2 Apprehension/Intervention | 3 |
| 3 Victim/Prisoner Interaction | 3 |
| 4 Processing Arrests | 3 |
| 5 Vehicular Offenses/Accidents | 4 |
| 6 Handling Specific Offenses | 4 |
| 7 Police Interaction/Notification | 4 |
| 8 Vehicle Operation/Maintenance | 4 |
| 9 Review and Maintenance | 4 |
| 10 Handling Special Cases | 4 |
| 11 Vouchering | 4 |
| 12 Report/Clerical Duties | 4 |

## BEHAVIORAL DIMENSIONS

| Dimension | Rating |
|-----------|--------|
| 13 Police Ethics / Integrity | 5 |
| 14 Comprehension Skills | 4 |
| 15 Communication Skills | 4 |
| 16 Reasoning Ability | 3 |
| 17 Information Ordering | 3 |
| 18 Problem Recognition | 4 |
| 19 Visualization | 3 |
| 20 Spatial Orientation | 4 |
| 21 Memorization | 4 |
| 22 Judgement | 4 |
| 23 Innovativeness | 4 |
| 24 Adaptability | 4 |
| 25 Drive/Initiative | 4 |
| 26 Interpersonal Skills | 4 |
| 27 Appearance/Professional Image | 4 |
| 28 Physical Fitness/Physical Activities | 5 |

https://finestnet/perfeval/ViewEvaluationData.aspx?EvalID=6154                1/7/2006

D000005

**Overall Evaluation : 3.5**

**Annual Total of Quarterly Point: 48**

### 13. Police Ethics / Integrity

PO SCHOOLCRAFT IS ALWAYS ON TIME AND PUCTUAL. PO SCHOOLCRAFT ALWAYS SUPPORTS DEPARTMENT POLICY. PO SCHOOLCRAFT'S DEPORTMENT AND PERFORMANCE ALWAYS REFLECTS A HIGH LEVEL OF INTEGRITY.

### 15. Communication Skills

PO SCHOOLCRAFT'S ABILITY TO COMMUNICATE IS VERY GOOD IN THAT HE COMMANDS THE ATTENTION OF ALL LISTENERS. PO SHCOOLCRAFT SPEAKS WITH FORCEFULNESS AND CLARITY AND HAS NEAR PERFECT ENUNCIATION.

### 27. Appearance/Professional Image

PO SCHOOLCRAFT ALWAYS DRESSES APPROPRIATELY FOR ASSIGNMENTS. PO SCHOOLCRAFT'S APPEARANCE IS ALWAYS IN HARMONY WITH HIS PROFESSIONAL CAPACITY. PO SCHOOLCRAFT IS REFLECTIVE OF A POSITIVE SLEF-IMAGE AND PROFESSIONAL PRIDE.

### Overall Rater's Comments:

ALTHOUGH PO SCHOOLCRAFT HAS BEEN OUT LONG-TERM LEAVE FOR MOST OF THIS RATING PERIOD HE HAS PROVEN HIMSELF TO BE A FINE OFFICER WITH GREAT POTENTIAL. PO SCHOOLCRAFT ALWAYS REPSENTS THE DEPARTMENT IN A VERY FAVORABLE MANNER. PO SCHOOLCRAFT ALWAYS SHOWS COURTESY AND RESPECT TO THE PUBLIC, HIS PEERS AS WELL AS HIS SUPERVISORS.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| REVIEWER | | | |
|---|---|---|---|
| SURNAME | FIRST | M.I. | |
| MYRIE | LEIGHTON | A | |
| REVIEWER'S TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
| | LIEUTENANT | 081 | 2/2/2005 |

### Overall Reviewer Comments:

PO Schoolcraft is a competent member of the 81 pct. His disposition is consistently courteous and respectful. We expect great things from PO Schoolcraft in the future.

☑ ACCURATE AND COMPLETE, CONCUR

☐ SEE SEPARATE REVIEWER'S EVALUATION

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.

☐ I WISH TO APPEAL THIS EVALUATION

RATEE
SIGNATURE                                    Date 1/7/06

D000006

RATER
SIGNATURE _____   Date _____

REVIEWER
SIGNATURE _____   Date _____



# POLICE OFFICER - DETECTIVE SPECIALIST

PD439-157 (Rev. 01-02) (Ref. AG. 303-19)

• USE NO. 2 PENCIL ONLY
• EXAMPLE: ⑤ ④ ● ② ①
• ERASE COMPLETELY TO CHANGE

| RATEE | SURNAME | FIRST | M.I. |
|---|---|---|---|
| | Schoolcraft, Adrian | | |

RATEE'S TAX NUMBER MUST BE ACCURATE

SOCIAL SECURITY NO.

**RANK**: ● PPO ○ PO ○ PO S/A ○ Det. Sp. ○ OTHER ____

**COMMAND**: 0 8 1 (SEE APPENDIX A)

**BOROUGH** (DARKEN ONLY ONE BOX): ○ MANHATTAN SOUTH ○ MANHATTAN NORTH ○ BRONX ○ QUEENS SOUTH ○ QUEENS NORTH ○ BROOKLYN SOUTH ● BROOKLYN NORTH ○ STATEN ISLAND ○ CITYWIDE / OTHER

IF COMPLETED POLICE CADET PROGRAM ○ — DARKEN BOX

| TIMES SICK NLOD | | TIMES SICK LOD | DAYS LOST NLOD | | DAYS LOST LOD |
|---|---|---|---|---|---|
| ● | 0 | ● | ● | 0 | ● |
| ○ | 1 | ○ | ○ | 1 | ○ |
| ○ | 2 | ○ | ○ | 2-5 | ○ |
| ○ | 3 | ○ | ○ | 6-10 | ○ |
| ○ | 3+ | ○ | ○ | >10 | ○ |

DARKEN ONE BOX PER COLUMN

○ CHRONIC A ○ CHRONIC B ● NOT CHRONIC — DARKEN ONLY ONE BOX

**PURPOSE** (DARKEN ONLY ONE BOX): ○ 4 MONTHS PROB. ○ 10 MONTHS PROB. ○ 16 MONTHS PROB. ○ 22 MONTHS PROB. ○ TRANSFER ○ INTERIM ● ANNUAL ○ OTHER ____

**EDUCATION** (DARKEN ONLY ONE BOX): ○ HS ● A.A. or 64 CR+ ○ B.A. or 128 CR+ ○ M.A. or 160 CR+ ○ JD ○ PhD

**RECOMMENDATION** (DARKEN ONLY ONE BOX):
- ● CONTINUE IN PRESENT ASSIGNMENT
- ○ RE-ASSIGNMENT (SPECIFY ON FRONT)
- ○ ADDITIONAL TRAINING (SPECIFY ON FRONT)
- ○ PERFORMANCE MONITORING FOR SPECIFIED TIME (SPECIFY ON FRONT)
- ○ OTHER (SPECIFY ON FRONT)

THIS PERFORMANCE EVALUATION TAKES INTO ACCOUNT THE EMPLOYEE'S COMPLIANCE WITH DEPARTMENT'S EEO GUIDELINES AND FEDERAL TITLE VII STATUTES AND WHETHER THE EMPLOYEE WAS DISCIPLINED AS A RESULT OF SAME.

EACH AREA/DIMENSION REQUIRES A RESPONSE

| PERFORMANCE AREAS | EXTREMELY COMPETENT | HIGHLY COMPETENT | COMPETENT | LOW | VERY LOW | NOT RATED |
|---|---|---|---|---|---|---|
| 1. Community Interaction | | ● | | | | |
| 2. Apprehension/Intervention | | ● | | | | |
| 3. Victim/Prisoner Interaction | | | ● | | | |
| 4. Processing Arrests | | ● | | | | |
| 5. Vehicular Offenses/Accidents | | ● | | | | |
| 6. Handling Specific Offenses | | ● | | | | |
| 7. Police Interaction/Notification | | | ● | | | |
| 8. Vehicle Operation/Maintenance | | | ● | | | |
| 9. Review and Maintenance | | ● | | | | |
| 10. Handling Special Cases | | | ● | | | |
| 11. Vouchering | | | ● | | | |
| 12. Report/Clerical Duties | | | ● | | | |

| BEHAVIORAL DIMENSIONS | EXTREMELY COMPETENT | HIGHLY COMPETENT | COMPETENT | LOW | VERY LOW |
|---|---|---|---|---|---|
| 13. Police Ethics / Integrity | ● | | | | |
| 14. Comprehension Skills | | ● | | | |
| 15. Communication Skills | | ● | | | |
| 16. Reasoning Ability | | ● | | | |
| 17. Information Ordering | | | ● | | |
| 18. Problem Recognition | | | ● | | |
| 19. Visualization | | ● | | | |
| 20. Spatial Orientation | | | ● | | |
| 21. Memorization | | | ● | | |
| 22. Judgement | | ● | | | |
| 23. Innovativeness | | ● | | | |
| 24. Adaptability | | ● | | | |
| 25. Drive/Initiative | ● | | | | |
| 26. Interpersonal Skills | | ● | | | |
| 27. Appearance/Professional Image | | ● | | | |
| 28. Physical Fitness/Physical Activities | | ● | | | |

**OVERALL EVALUATION**: EXTREMELY COMPETENT ⑤ | HIGHLY COMPETENT ④ ● ③ | COMPETENT ③ ③ | LOW ② ② | VERY LOW ① — SEE GUIDE

Annual Total of Quarterly Points*
*See Interim Order 105, s '95

| No. | 4 | ⓪ ① ② ③ ● ⑤ ⑥ |
|---|---|---|
| No. | 2 | ⓪ ① ● ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ |

D000043

# POLICE OFFICER - DETECTIVE SPECIALIST

PD439-157 (Rev. 01-02)   (Ref. AG. 303-19)

- Do Not Fold or Staple This Computer Form
- Use #2 Pencil or black ball point pen
- Follow Guidebook Instructions

| RATEE | SURNAME | FIRST | M.I. | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|---|---|---|
| | Schoolcraft, Adrian | | | PPO | 081 | 7-03 |

| SOCIAL SECURITY | TAX REGISTRY | PRIMARY ASSIGNMENT: Crime Reduction Unit | DATE OF PRIMARY ASSIGNMENT: 4-1-04 |
|---|---|---|---|
| | | RATING PERIOD: FROM 12-16-03 | TO 12-15-04 |

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.
RATEE'S SIGNATURE

I WISH TO APPEAL THIS EVALUATION:
◯ (IF APPEALED, INITIAL AND DARKEN BOX)
RATEE'S INITIALS

| RATER | RATER'S NAME | RANK | COMMAND | DATE ASSIGNED TO COMMAND: | RATER'S TAX NUMBER |
|---|---|---|---|---|---|
| | Miller, Michael | Sgt. | 081 | 8-03 | |

SIGNATURE

DATE: 11-03-04

- RATER MUST COMMENT ON THREE OF THE RATING AREAS/DIMENSIONS ON BACK.
- RATER MUST COMMENT ON "LOW" OR "VERY LOW" RATINGS BEFORE HIGHER RATINGS.
- INDICATE AREA/DIMENSION BY DARKENING BOX.

EXAMPLE: No.   0 ⬛①②③④⑤⑥⑦⑧⑨   4 ⓪①②③④⬛⑥⑦⑧⑨

## AREAS/DIMENSIONS

No. 2/3   ⓪①⬛③④⑤⑥⑦⑧⑨ / ⓪①②⬛④⑤⑥⑦⑧⑨
PO SCHOOLCRAFT IS VERY RESOURCEFUL WHEN CONFRONTED WITH OBSTACLES AND IS ABLE TO OVERCOME THEM. HE IS ABLE TO FORMULATE A CREATIVE SOLUTION.

No. 0/1   ⓪①②③④⑤⑥⑦⑧⑨ / ⓪⬛②③④⑤⑥⑦⑧⑨
PO SCHOOLCRAFT QUICKLY LEARNS AND RETAINS ALL NEW INFORMATION CONCERNING HIS POST OR SECTOR.

No. 2/5   ⓪①②⬛④⑤⑥⑦⑧⑨ / ⓪①②③④⬛⑥⑦⑧⑨
PO SCHOOLCRAFT ALWAYS MAKES AN EFFORT TO MEET DEADLINES. HE IS NEVER COMPLACENT REGARDING WORK.

**Overall Rater's Comments:**   PO SCHOOLCRAFT PRESENTS HIMSELF AS A WELL ROUNDED OFFICER CAPABLE OF FULFILLING ANY TASK GIVEN TO HIM. HE DISPLAYS AN ABILITY TO LEARN AND IMPROVE HIS WORK WITH LITTLE SUPERVISION. HE IS AN ASSET TO THE DEPARTMENT.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

## REVIEWER

COMMENTS:
After review and consideration of the officer's performance areas, behavioral dimensions, sick record, EEO guideline compliance, and general enforcement activity during the rating period, the undersigned concurs with the above rating. *CCRB record has been noted: Officer and direct supervisor guided on same.

⬛ ACCURATE AND COMPLETE, CONCUR
◯ SEE SEPARATE REVIEWER'S EVALUATION
(NOTE: IN *PURPOSE* CAPTION, "OTHER" BUBBLE MUST ALSO BE DARKENED)

| REVIEWER'S NAME | Raganella, Anthony | RANK Lt. | COMMAND 081 | DATE ASSIGNED TO COMMAND: 12/2003 |
|---|---|---|---|---|
| TAX REGISTRY NO. | SIGNATURE Lt. A. Raganella | | | DATE: 12/01/04 |

- ORIGINAL MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION (EVEN IF APPEALED)
- COPY COMMAND FILE
- MEMBER COPY

COPYRIGHT 2000, NEW YORK CITY POLICE DEPARTMENT

**SCANTRON**
FORM NO. F-4175-NYCPD
© SCANTRON CORPORATION 1999
ALL RIGHTS RESERVED.

M12 0102 235 12 11 10 9 8 7 6 5 4

D000044

# POLICE OFFICER - DETECTIVE SPECIALIST

PD439-157 (Rev. 01-02)   (Ref. AG. 303-19)



**RATEE** — SURNAME: SChoolcraft   FIRST: Adrian   M.I.

RATEE'S TAX NUMBER MUST BE ACCURATE

SOCIAL SECURITY NO.

**RANK**
- ⬤ PPO
- ◯ PO
- ◯ PO S/A
- ◯ Det. Sp.
- ◯ OTHER _____

**COMMAND** — 0 8 1

IF COMPLETED POLICE CADET PROGRAM — DARKEN BOX

**BOROUGH**
- ◯ MANHATTAN SOUTH
- ◯ MANHATTAN NORTH
- ◯ BRONX
- ◯ QUEENS SOUTH
- ◯ QUEENS NORTH
- ◯ BROOKLYN SOUTH
- ◯ BROOKLYN NORTH
- ◯ STATEN ISLAND
- ◯ CITYWIDE / OTHER

DARKEN ONLY ONE BOX

SEE APPENDIX A

**TIMES SICK** — NLOD / LOD
- 0 / ⬤
- ⬤ 1 / ◯
- ◯ 2 / ◯
- ◯ 3 / ◯
- ◯ 3+ / ◯

**DAYS LOST** — NLOD / LOD
- 0 / ◯
- ◯ 1 / ◯
- ⬤ 2-5 / ◯
- ◯ 6-10 / ◯
- ◯ >10 / ◯

DARKEN ONE BOX PER COLUMN
- ◯ CHRONIC A    ◯ CHRONIC B
- ⬤ NOT CHRONIC

DARKEN ONLY ONE BOX

**PURPOSE**
- ◯ 4 MONTHS PROB.
- ◯ 10 MONTHS PROB.
- ◯ 16 MONTHS PROB.
- ⬤ 22 MONTHS PROB.
- ◯ TRANSFER
- ◯ INTERIM
- ◯ ANNUAL
- ◯ OTHER _____

DARKEN ONLY ONE BOX

**EDUCATION**
- ◯ HS
- ◯ A.A. or 64 CR+
- ◯ B.A. or 128 CR+
- ◯ M.A. or 160 CR+
- ◯ JD
- ◯ PhD

DARKEN ONLY ONE BOX

**RECOMMENDATION**
- CONTINUE IN PRESENT ASSIGNMENT
- RE-ASSIGNMENT (SPECIFY ON FRONT) ◯
- ADDITIONAL TRAINING (SPECIFY ON FRONT) ◯
- PERFORMANCE MONITORING FOR SPECIFIED TIME (SPECIFY ON FRONT) ◯
- OTHER (SPECIFY ON FRONT) ◯

DARKEN ONLY ONE BOX

THIS PERFORMANCE EVALUATION TAKES INTO ACCOUNT THE EMPLOYEE'S COMPLIANCE WITH DEPARTMENT'S EEO GUIDELINES AND FEDERAL TITLE VII STATUTES AND WHETHER THE EMPLOYEE WAS DISCIPLINED AS A RESULT OF SAME.

EACH AREA/DIMENSION REQUIRES A RESPONSE

| PERFORMANCE AREAS | EXTREMELY COMPETENT | HIGHLY COMPETENT | COMPETENT | LOW | VERY LOW | NOT RATED |
|---|---|---|---|---|---|---|
| 1. Community Interaction | ⑤ | ④ | ③ | ② | ① | ⓪ |
| 2. Apprehension/Intervention | ⑤ | ④ | ③ | ② | ① | ⓪ |
| 3. Victim/Prisoner Interaction | ⑤ | ④ | ③ | ② | ① | ⓪ |
| 4. Processing Arrests | ⑤ | ④ | ③ | ② | ① | ⓪ |
| 5. Vehicular Offenses/Accidents | ⑤ | ④ | ③ | ② | ① | ⓪ |
| 6. Handling Specific Offenses | ⑤ | ④ | ③ | ② | ① | ⓪ |
| 7. Police Interaction/Notification | ⑤ | ④ | ③ | ② | ① | ⓪ |
| 8. Vehicle Operation/Maintenance | ⑤ | ④ | ③ | ② | ① | ⓪ |
| 9. Review and Maintenance | ⑤ | ④ | ③ | ② | ① | ⓪ |
| 10. Handling Special Cases | ⑤ | ④ | ③ | ② | ① | ⓪ |
| 11. Vouchering | ⑤ | ④ | ③ | ② | ① | ⓪ |
| 12. Report/Clerical Duties | ⑤ | ④ | ③ | ② | ① | ⓪ |

| BEHAVIORAL DIMENSIONS | EXTREMELY COMPETENT | HIGHLY COMPETENT | COMPETENT | LOW | VERY LOW |
|---|---|---|---|---|---|
| 13. Police Ethics / Integrity | ⑤ | ④ | ③ | ② | ① |
| 14. Comprehension Skills | ⑤ | ④ | ③ | ② | ① |
| 15. Communication Skills | ⑤ | ④ | ③ | ② | ① |
| 16. Reasoning Ability | ⑤ | ④ | ③ | ② | ① |
| 17. Information Ordering | ⑤ | ④ | ③ | ② | ① |
| 18. Problem Recognition | ⑤ | ④ | ③ | ② | ① |
| 19. Visualization | ⑤ | ④ | ③ | ② | ① |
| 20. Spatial Orientation | ⑤ | ④ | ③ | ② | ① |
| 21. Memorization | ⑤ | ④ | ③ | ② | ① |
| 22. Judgement | ⑤ | ④ | ③ | ② | ① |
| 23. Innovativeness | ⑤ | ④ | ③ | ② | ① |
| 24. Adaptability | ⑤ | ④ | ③ | ② | ① |
| 25. Drive/Initiative | ⑤ | ④ | ③ | ② | ① |
| 26. Interpersonal Skills | ⑤ | ④ | ③ | ② | ① |
| 27. Appearance/Professional Image | ⑤ | ④ | ③ | ② | ① |
| 28. Physical Fitness/Physical Activities | ⑤ | ④ | ③ | ② | ① |

**OVERALL EVALUATION**

EXTREMELY COMPETENT / HIGHLY COMPETENT / COMPETENT / LOW / VERY LOW

SEE GUIDE

**Annual Total of Quarterly Points***
*See Interim Order 105, 1995

No. ⓪ ① ② ③ ④ ⑤ ⑥
No. ⓪ ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨

D000045

# POLICE OFFICER - DETECTIVE SPECIALIST

PD439-157 (Rev. 01-02)   (Ref. AG. 303-19)

- Do Not Fold or Staple This Computer Form
- Use #2 Pencil or black ball point pen
- Follow Guidebook Instructions

| RATEE | SURNAME | FIRST | M.I. | RANK | COMMAND | DATE ASSIGNED TO COMMAND |
|---|---|---|---|---|---|---|
| | Schoolcraft | adrian | | PPO | 081 | 7-03 |

| SOCIAL SECURITY | TAX REGISTRY | PRIMARY ASSIGNMENT: Target | DATE OF PRIMARY ASSIGNMENT: 1-01-04 |
|---|---|---|---|
| | | RATING PERIOD: FROM 11-01-03 | TO 4-30-04 |

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.
RATEE'S SIGNATURE

I WISH TO APPEAL THIS EVALUATION:
⬤ (IF APPEALED, INITIAL AND DARKEN BOX)
RATEE'S INITIALS

| RATER | RATER'S NAME | RANK | COMMAND | DATE ASSIGNED TO COMMAND: | RATER'S TAX NUMBER |
|---|---|---|---|---|---|
| | Miller, Michael | Sgt. | 081 | 8-03 | |

SIGNATURE

DATE: 5-01-04

- RATER MUST COMMENT ON THREE OF THE RATING AREAS/DIMENSIONS ON BACK.
- RATER MUST COMMENT ON "LOW" OR "VERY LOW" RATINGS BEFORE HIGHER RATINGS.
- INDICATE AREA/DIMENSION BY DARKENING BOX.

EXAMPLE:   No.
0 ⬤①②③④⑤⑥⑦⑧⑨
4 ⓪①②③⬤⑤⑥⑦⑧⑨

**AREAS/DIMENSIONS**

No. 1 ⓪⬤②③④⑤⑥⑦⑧⑨
No. 6 ⓪①②③④⑤⬤⑦⑧⑨
Complis with written orspoken orders with minimal explanation.

No. 1 ⓪⬤②③④⑤⑥⑦⑧⑨
No. 4 ⓪①②③⬤⑤⑥⑦⑧⑨
Although some clarification is occasionally necessary, main ideas are clearly understood.

No. 2 ⓪①②⬤④⑤⑥⑦⑧⑨
No. 3 ⓪①②⬤④⑤⑥⑦⑧⑨
When faced with a problem, has the ability to formulate a creative solution.

Overall Rater's Comments: P.O. Schoolcraft is motivated and maintains a very positive attitude. He embraces new challenges and will prosper in this department.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| REVIEWER | COMMENTS: |
|---|---|

After review and consideration of the officer's performance areas, behavioral dimensions, sick record, CCRB record, EEO guideline compliance, and general enforcement activity during the rating period, the undersigned concurs with the above rating.

⬤ ACCURATE AND COMPLETE, CONCUR
◯ SEE SEPARATE REVIEWER'S EVALUATION
(NOTE: IN PURPOSE CAPTION, "OTHER" BUBBLE MUST ALSO BE DARKENED)

| REVIEWER'S NAME | Raganella, Anthony | RANK Lt. | COMMAND 081 | DATE ASSIGNED TO COMMAND: 12/2003 |
|---|---|---|---|---|
| TAX REGISTRY NO. | SIGNATURE | | | DATE: 05/03/04 |

- ORIGINAL MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION (EVEN IF APPEALED)
- COPY COMMAND FILE
- MEMBER COPY

COPYRIGHT 2000, NEW YORK CITY POLICE DEPARTMENT

SCANTRON
FORM NO. F-4175-NYCPD
© SCANTRON CORPORATION 1999
ALL RIGHTS RESERVED.

M12 0102 235 12 11 10 9 8 7 6 5 4

D000046



# Online Performance Evaluation System
## Police Officer - Detective Specialist

View By: ALEX PEREZ TaxID: ▓▓▓ Date: 2/11/2010 1:48:56 PM

## RATEE

| SURNAME | FIRST | M.I. | Appt Date |
|---|---|---|---|
| SCHOOLCRAFT | ADRIAN | P | 7/1/2002 |

| RATEE TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| ▓▓▓ | PO | 081 | 11/15/2005 |

| TIMES SICK | DAYS LOST | PURPOSE | RECOMMENDATION |
|---|---|---|---|
| NLOD: 0 LOD: 0 | NLOD: 0 LOD: 0 | INTERIM | CONTINUE IN PRESENT ASSIGNMENT |

Not chronic    Date of Primary Assignment: 5/10/2004

Primary Assignment: PATROL

Rating Period From: 1/1/2007    To: 9/29/2007

## RATER

| SURNAME | FIRST | M.I. |
|---|---|---|
| MEYER | WILLIAM | F |

| RATER TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| 916221 | SERGEANT | 081 | 3/28/2003 |

## PERFORMANCE AREAS

| Area | Rating |
|---|---|
| 1 Community Interaction | 3 |
| 2 Apprehension/Intervention | 4 |
| 3 Victim/Prisoner Interaction | 4 |
| 4 Processing Arrests | 3 |
| 5 Vehicular Offenses/Accidents | 3 |
| 6 Handling Specific Offenses | 3 |
| 7 Police Interaction/Notification | 3 |
| 8 Vehicle Operation/Maintenance | 3 |
| 9 Review and Maintenance | 3 |
| 10 Handling Special Cases | 3 |
| 11 Vouchering | 3 |
| 12 Report/Clerical Duties | 3 |

## BEHAVIORAL DIMENSIONS

| Dimension | Rating |
|---|---|
| 13 Police Ethics / Integrity | 3 |
| 14 Comprehension Skills | 3 |
| 15 Communication Skills | 3 |
| 16 Reasoning Ability | 3 |
| 17 Information Ordering | 3 |
| 18 Problem Recognition | 2 |
| 19 Visualization | 3 |
| 20 Spatial Orientation | 3 |
| 21 Memorization | 3 |
| 22 Judgement | 3 |
| 23 Innovativeness | 3 |
| 24 Adaptability | 3 |
| 25 Drive/Initiative | 2 |
| 26 Interpersonal Skills | 3 |
| 27 Appearance/Professional Image | 3 |
| 28 Physical Fitness/Physical Activities | 4 |

**Overall Evaluation : 3**

**Does not qualify Quarterly Point**

D000065

### 18. Problem Recognition

PO Schoolcraft usually understands the nature of a problem. Po Schoolcraft at times needs extra clarification to solve a problem. When given direction PO Schoolcraft generally recognizes the problem and its elements.

### 25. Drive/Initiative

PO School craft at times needs direction or prompting to resolve problems. PO Schoolcraft at times needs extra guidance to meet goals and deadlines. PO Schoolcraft usually checks records or files to assist in his problem resolution.

### 27. Appearance/Professional Image

PO Schoolcraft always dresses appropriately for his assignments. PO Schoolcraft's appearance is always in harmony with his professional capacity. PO Schoolcraft's uniforms and equipment utilized are always clean and serviceable. PO Schoolcraft is always physically fit

**Overall Rater's Comments:**

Although PO Schoolcraft's arrest activity has been fair, with 2 felony and 3 misdemeanor arrests since January of 2007, PO Schoolcraft's activity goals have not been met in other areas. This rating supervisor has discussed these goals with PO Schoolcraft and he understands what is expected of him.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| REVIEWER | | | |
|---|---|---|---|
| SURNAME | FIRST | M.I. | |
| DELAFUENTE | JEAN | P | |
| REVIEWER'S TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|  | LIEUTENANT | 081 | 12/15/2003 |

**Overall Reviewer Comments:**

I concure with the above evaluation.

ACCURATE AND COMPLETE, CONCUR

SEE SEPARATE REVIEWER'S EVALUATION

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.

I WISH TO APPEAL THIS EVALUATION

RATEE
SIGNATURE _____ Date _____

RATER
SIGNATURE _____ Date _____

REVIEWER
SIGNATURE _____ Date _____

All SUPERVISORS ARE REMINDED TO ENSURE THAT THE ORIGINAL SIGNED EVALUATION IS FILED IN THE PERSONNEL FOLDER AT THE MEMBER'S PERMANENT COMMAND.

View By: ALEX PEREZ TaxID: [redacted] Date: 2/11/2010 1:48:56 PM

D000066



# Online Performance Evaluation System
# Police Officer - Detective Specialist

**View By: TIMOTHY CAUGHEY TaxID:** ▮▮▮  **Date: 3/17/2009 4:26:14 PM**

## RATEE

| SURNAME | FIRST | M.I. | Appt Date |
|---|---|---|---|
| SCHOOLCRAFT | ADRIAN | P | 7/1/2002 |

| RATEE TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| ▮▮▮ | PO | 081 | 11/15/2005 |

| TIMES SICK | DAYS LOST | PURPOSE | RECOMMENDATION |
|---|---|---|---|
| NLOD: 0 LOD: 0 | NLOD: 0 LOD: 0 | ANNUAL | CONTINUE IN PRESENT ASSIGNMENT |

Not chronic

Date of Primary Assignment: 7/11/2003

[ ] COMPLETED POLICE CADET PROGRAM

Primary Assignment: partrol

| Rating Period From: | To: |
|---|---|
| 12/16/2006 | 12/15/2007 |

## RATER

| SURNAME | FIRST | M.I. |
|---|---|---|
| MEYER | WILLIAM | F |

| RATER TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| 916221 | SERGEANT | 081 | 3/28/2003 |

## PERFORMANCE AREAS

| Area | Rating |
|---|---|
| 1 Community Interaction | 3 |
| 2 Apprehension/Intervention | 3 |
| 3 Victim/Prisoner Interaction | 3 |
| 4 Processing Arrests | 3 |
| 5 Vehicular Offenses/Accidents | 3 |
| 6 Handling Specific Offenses | 3 |
| 7 Police Interaction/Notification | 3 |
| 8 Vehicle Operation/Maintenance | 3 |
| 9 Review and Maintenance | 3 |
| 10 Handling Special Cases | 3 |
| 11 Vouchering | 3 |
| 12 Report/Clerical Duties | 3 |

## BEHAVIORAL DIMENSIONS

| Dimension | Rating |
|---|---|
| 13 Police Ethics / Integrity | 4 |
| 14 Comprehension Skills | 3 |
| 15 Communication Skills | 3 |
| 16 Reasoning Ability | 3 |
| 17 Information Ordering | 3 |
| 18 Problem Recognition | 3 |
| 19 Visualization | 3 |
| 20 Spatial Orientation | 4 |
| 21 Memorization | 3 |
| 22 Judgement | 3 |
| 23 Innovativeness | 3 |
| 24 Adaptability | 3 |
| 25 Drive/Initiative | 2 |
| 26 Interpersonal Skills | 4 |
| 27 Appearance/Professional Image | 4 |

| 28 Physical Fitness/Physical Activities | 4 |
|---|---|

**Overall Evaluation : 3**
**Annual Total of Quarterly Point: 43**

**18. Problem Recognition**
PO Schoolcraft usually understands the nature of a problem. PO Schoolcraft at times needs extra clarification to solve a problem. When given direction PO Schoolcraft generally recognizes the problem and its elements.

**25. Drive/Initiative**
PO Schoolcraft sometimes needs direction or prompting to resolve problems. PO Schoolcraft sometimes meets deadlines and goals set. PO Schoolcraft checks records or files to assist in his problem resolution. PO School makes notifications on time.

**27. Appearance/Professional Image**
PO Schoolcraft always dresses appropriately for his assignments. PO Schoolcraft's appearance is always in harmony with a professional capacity. PO Schoolcraft's uniform articles and his equipment utilized are always clean and serviceable. PO Schoolcraft is always physically fit.

**Overall Rater's Comments:**
PO Schoolcraft is always respectful and courteous to his peers, his supervisors and the community he serves. PO Schoolcraft does handle jobs within his sector with little or no supervision, but at times PO Schoolcraft does need extra motivation to perform his assignments and meet performance goals set by his supervisor.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| **REVIEWER** | | | |
|---|---|---|---|
| **SURNAME** | **FIRST** | **M.I.** | |
| DELAFUENTE | JEAN | P | |
| **REVIEWER'S TAX NUMBER** | **RANK** | **COMMAND** | **DATE ASSIGNED TO COMMAND:** |
| ▮▮▮▮ | LIEUTENANT | 081 | 12/15/2003 |

**Overall Reviewer Comments:**
The above evaluation is accurate and complete, I concur.

☑ ACCURATE AND COMPLETE, CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.

☐ I WISH TO APPEAL THIS EVALUATION

RATEE
SIGNATURE ———————————————————————————— Date ——————————

D000068

Online Evaluation                                                                    Page 3 of 3


RATER
SIGNATURE _____ Date _____


REVIEWER
SIGNATURE _____ Date _____

**View By: TIMOTHY CAUGHEY TaxID:** ▇▇▇▇ **Date: 3/17/2009 4:26:14 PM**

D000069
3/17/2009





## Online Performance Evaluation System
## Police Officer - Detective Specialist

View By: THEODORE LAUTERBORN TaxID: ⬛ Date: 4/20/2009 7:48:01 AM

### RATEE

| SURNAME | FIRST | M.I. | Appt. Date |
|---|---|---|---|
| SCHOOLCRAFT | ADRIAN | P | 7/1/2002 |

| RATEE TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| ⬛ | PO | 081 | 11/15/2005 |

| TIMES SICK | DAYS LOST | PURPOSE | RECOMMENDATION |
|---|---|---|---|
| NLOD: 1 LOD: 0 | NLOD: 2-5 LOD: 0 | ANNUAL | TRANSFER |

Not chronic          Date of Primary Assignment: 7/1/2003

| Primary Assignment: Patrol | Rating Period From: 12/15/2007 | To: 12/15/2008 |
|---|---|---|

### RATER

| SURNAME | FIRST | M.I. | |
|---|---|---|---|
| STUKES | RAYMOND | C | |

| RATER TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| 923223 | SERGEANT | 081 | 3/28/2008 |

### PERFORMANCE AREAS / BEHAVIORAL DIMENSIONS

| Area | Rating | Dimension | Rating |
|---|---|---|---|
| 1 Community Interaction | 4 | 13 Police Ethics / Integrity | 4 |
| 2 Apprehension/Intervention | 3 | 14 Comprehension Skills | 4 |
| 3 Victim/Prisoner Interaction | 4 | 15 Communication Skills | 4 |
| 4 Processing Arrests | 4 | 16 Reasoning Ability | 4 |
| 5 Vehicular Offenses/Accidents | 4 | 17 Information Ordering | 3 |
| 6 Handling Specific Offenses | 4 | 18 Problem Recognition | 4 |
| 7 Police Interaction/Notification | 4 | 19 Visualization | 3 |
| 8 Vehicle Operation/Maintenance | 4 | 20 Spatial Orientation | 4 |
| 9 Review and Maintenance | 3 | 21 Memorization | 4 |
| 10 Handling Special Cases | 3 | 22 Judgement | 3 |
| 11 Vouchering | 4 | 23 Innovativeness | 3 |
| 12 Report/Clerical Duties | 4 | 24 Adaptability | 2 |
| | | 25 Drive/Initiative | 1 |
| | | 26 Interpersonal Skills | 3 |
| | | 27 Appearance/Professional Image | 3 |
| | | 28 Physical Fitness/Physical Activities | 3 |

**PLAINTIFF'S EXHIBIT**
51
12/21/12   TJSA

**Overall Evaluation : 2.5**

### 1. Community Interaction

P. O. SCHOOLCRAFT SHOWS GOOD COMMUNITY INTERACTION BY ELICITING INFORMATION FROM WITNESSES AND VICTIMS. HE ALSO MEDIATES PROBLEMS BETWEEN DISPUTING INDIVIDUALS AND PROVIDES COUNSELING WHEN FAMILIES HAVE CONFLICTS.

### 2. Apprehension/Intervention

P. O. SCHOOLCRAFT NEEDS IMPROVEMENT IN THE ABILITY TO RECOGNIZE, SEEK OUT AND APPREHEND THOSE ENGAGED IN ILLEGAL ACTIVITIES.

### 4. Processing Arrests

P.O. SCHOOLCRAFT IS ABLE TO COMPLETE ARREST FORMS ACURATELY AND COMPLETELY IS ABLE TO FINGERPRINT, PHOTOGRAPH AND PROCESS ALL ARREST RELATED PAPERWORK

### 25. Drive/Initiative

P.O. SCHOOLCRAFT'S POOR ACTIVITY IS A DIRECT RESULT OF HIS LACK OF INNOVATIVENESS TO PERFORM HIS ASSIGNMENT AS A PATROL OFFICER. P.O SCHOOLCRAFT NEEDS CONSTANT SUPERVISION. HE PERFORMS HIS TASKS IDLY UNLESS SPECIFICALLY DIRECTED TO WORK.

### 24. Adaptability

P.O. SCHOOCRAFT IS UNWILLING TO CHANGE HIS APPROACH TO MEETING THE PERFORMANCE STANDARDS OF A NEW YORK CITY POLICE OFFICER. THE OFFICER HAS BEEN RETRAINED, COUNSELED AND GIVEN DIRECTION ON NUMEROUS OCCASSION'S BY VAROUS SUPERVISORS WITH NO CHANGE.

### 25. Drive/Initiative

P.O. SCHOOLCRAFT'S POOR ACTIVITY IS A DIRECT RESULT OF HIS LACK OF INNOVATIVENESS TO PERFORM HIS ASSIGNMENT AS A PATROL OFFICER. P.O SCHOOLCRAFT NEEDS CONSTANT SUPERVISION. HE PERFORMS HIS TASKS IDLY UNLESS SPECIFICALLY DIRECTED TO WORK.

### 24. Adaptability

P.O. SCHOOCRAFT IS UNWILLING TO CHANGE HIS APPROACH TO MEETING THE PERFORMANCE STANDARDS OF A NEW YORK CITY POLICE OFFICER. THE OFFICER HAS BEEN RETRAINED, COUNSELED AND GIVEN DIRECTION ON NUMEROUS OCCASSION'S BY VAROUS SUPERVISORS WITH NO CHANGE.

### Overall Rater's Comments:

THE PERFORMANCE EXHIBITED BY P.O. SCHOOLCRAFT IS WELL BELOW STANDARD. THERE IS A LIMITED ABILITY TO PERFORM THE APPROPRIATE TASKS FOR A GIVEN ASSIGNMENT WITHOUT SUPERVISION. THE OFFICER FREQUENTLY DISREGARDS PERFORMING RESPONSIBILITIES OR ADHERENCE TO ACTIVITY STANDARDS OF A NEW YORK CITY POLICE OFFICER. HE OCCASIONALLY EXERCISES SOUND JUDGEMENT AND GENERALLY WILLING TO DO THE JOB BUT WILL DO SO WHEN INSTRUCTION AND DIRECTIONS

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| REVIEWER | | | |
|---|---|---|---|
| SURNAME | FIRST | M.I. | |
| MAURIELLO | STEVEN | M | |
| REVIEWER'S TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
| ██████ | DEPUTY INSPECTOR | 081 | 10/30/2006 |

### Overall Reviewer Comments:

Police Officer Schoolcraft has been counseled by both his Squad Supervisor and his Platoon Commander about his lack of drive. He has yet to show any improvement. I concur with the above evaluation.

D000071

Online Evaluation                                                                                           Page 3 of 3

## Overall Reviewer Comments:

Police Officer Schoolcraft has been counseled by both his Squad Supervisor and his Platoon Commander about his lack of drive. He has yet to show any improvement. I concur with the above evaluation.

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.

| | | |
|---|---|---|
| RATEE SIGNATURE | | Date 4/27/09 |
| RATER SIGNATURE | | Date |
| REVIEWER SIGNATURE | | Date 4/27/09 |

All SUPERVISORS ARE REMINDED TO ENSURE THAT THE ORIGINAL SIGNED EVALUATION IS FILED IN THE PERSONNEL FOLDER AT THE MEMBER'S PERMANENT COMMAND.

**View By: THEODORE LAUTERBORN TaxID:** ███ **Date: 4/20/2009 7:48:01 AM**



# Online Performance Evaluation System
## Police Officer - Detective Specialist

View By: ALEX PEREZ TaxID: ▇▇▇   Date: 2/11/2010 1:49:32 PM

## RATEE

| SURNAME | FIRST | M.I. | Appt Date |
|---|---|---|---|
| SCHOOLCRAFT | ADRIAN | P | 7/1/2002 |

| RATEE TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| ▇▇▇ | PO | 081 | 11/15/2005 |

| TIMES SICK | DAYS LOST | PURPOSE | RECOMMENDATION |
|---|---|---|---|
| NLOD: 0 LOD: 0 | NLOD: 0 LOD: 0 | ANNUAL | CONTINUE IN PRESENT ASSIGNMENT |

| Not chronic | Date of Primary Assignment: 11/15/2005 | | |
|---|---|---|---|

| Primary Assignment: PATROL | Rating Period From: 12/16/2004 | To: 12/15/2005 |
|---|---|---|

## RATER

| SURNAME | FIRST | M.I. | |
|---|---|---|---|
| MEYER | WILLIAM | F | |

| RATER TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| ▇▇▇ | SERGEANT | 081 | 3/28/2003 |

## PERFORMANCE AREAS

| Area | Rating |
|---|---|
| 1 Community Interaction | 3 |
| 2 Apprehension/Intervention | 3 |
| 3 Victim/Prisoner Interaction | 3 |
| 4 Processing Arrests | 3 |
| 5 Vehicular Offenses/Accidents | 4 |
| 6 Handling Specific Offenses | 4 |
| 7 Police Interaction/Notification | 4 |
| 8 Vehicle Operation/Maintenance | 4 |
| 9 Review and Maintenance | 4 |
| 10 Handling Special Cases | 4 |
| 11 Vouchering | 4 |
| 12 Report/Clerical Duties | 4 |

## BEHAVIORAL DIMENSIONS

| Dimension | Rating |
|---|---|
| 13 Police Ethics / Integrity | 5 |
| 14 Comprehension Skills | 4 |
| 15 Communication Skills | 4 |
| 16 Reasoning Ability | 3 |
| 17 Information Ordering | 3 |
| 18 Problem Recognition | 4 |
| 19 Visualization | 3 |
| 20 Spatial Orientation | 4 |
| 21 Memorization | 4 |
| 22 Judgement | 4 |
| 23 Innovativeness | 4 |
| 24 Adaptability | 4 |
| 25 Drive/Initiative | 4 |
| 26 Interpersonal Skills | 4 |
| 27 Appearance/Professional Image | 4 |
| 28 Physical Fitness/Physical Activities | 5 |

**Overall Evaluation : 3.5**
**Annual Total of Quarterly Point: 48**

D000087

### 13. Police Ethics / Integrity

PO SCHOOLCRAFT IS ALWAYS ON TIME AND PUCTUAL. PO SCHOOLCRAFT ALWAYS SUPPORTS DEPARTMENT POLICY. PO SCHOOLCRAFT'S DEPORTMENT AND PERFORMANCE ALWAYS REFLECTS A HIGH LEVEL OF INTEGRITY.

### 15. Communication Skills

PO SCHOOLCRAFT'S ABILITY TO COMMUNICATE IS VERY GOOD IN THAT HE COMMANDS THE ATTENTION OF ALL LISTENERS. PO SHCOOLCRAFT SPEAKS WITH FORCEFULNESS AND CLARITY AND HAS NEAR PERFECT ENUNCIATION.

### 27. Appearance/Professional Image

PO SCHOOLCRAFT ALWAYS DRESSES APPROPRIATELY FOR ASSIGNMENTS. PO SCHOOLCRAFT'S APPEARANCE IS ALWAYS IN HARMONY WITH HIS PROFESSIONAL CAPACITY. PO SCHOOLCRAFT IS REFLECTIVE OF A POSITIVE SLEF-IMAGE AND PROFESSIONAL PRIDE.

### Overall Rater's Comments:

ALTHOUGH PO SCHOOLCRAFT HAS BEEN OUT LONG-TERM LEAVE FOR MOST OF THIS RATING PERIOD HE HAS PROVEN HIMSELF TO BE A FINE OFFICER WITH GREAT POTENTIAL. PO SCHOOLCRAFT ALWAYS REPSENTS THE DEPARTMENT IN A VERY FAVORABLE MANNER. PO SCHOOLCRAFT ALWAYS SHOWS COURTESY AND RESPECT TO THE PUBLIC, HIS PEERS AS WELL AS HIS SUPERVISORS.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| REVIEWER | | | |
|---|---|---|---|
| SURNAME | FIRST | M.I. | |
| MYRIE | LEIGHTON | A | |
| REVIEWER'S TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|  | LIEUTENANT | 081 | 2/2/2005 |

### Overall Reviewer Comments:

PO Schoolcraft is a competent member of the 81 pct. His disposition is consistently courteous and respectful. We expect great things from PO Schoolcraft in the future.

ACCURATE AND COMPLETE, CONCUR

SEE SEPARATE REVIEWER'S EVALUATION

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.

I WISH TO APPEAL THIS EVALUATION

| RATEE SIGNATURE | _____ | Date _____ |
|---|---|---|
| RATER SIGNATURE | _____ | Date _____ |
| REVIEWER SIGNATURE | _____ | Date _____ |

D000088



## Online Performance Evaluation System
## Police Officer - Detective Specialist

### RATEE

| SURNAME | FIRST | | M.I. | Appt Date |
|---|---|---|---|---|
| SCHOOLCRAFT | ADRIAN | | P | 7/1/2002 |

| RATEE TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| ▓ | PO | 081 | 11/15/2005 |

| TIMES SICK | DAYS LOST | PURPOSE | RECOMMENDATION |
|---|---|---|---|
| NLOD: 0 | NLOD: 0 | ANNUAL | CONTINUE IN |
| LOD: 0 | LOD: 0 | | PRESENT ASSIGNMENT |

| Not chronic | Date of Primary Assignment: 11/15/2005 | | |
|---|---|---|---|

| Primary Assignment: PATROL | Rating Period From: 12/16/2004 | To: 12/15/2005 |
|---|---|---|

### RATER

| SURNAME | FIRST | | M.I. | |
|---|---|---|---|---|
| MEYER | WILLIAM | | F | |

| RATER TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| ▓ | SERGEANT | 081 | 3/28/2003 |

### PERFORMANCE AREAS

| Area | Rating |
|---|---|
| 1 Community Interaction | 3 |
| 2 Apprehension/Intervention | 3 |
| 3 Victim/Prisoner Interaction | 3 |
| 4 Processing Arrests | 3 |
| 5 Vehicular Offenses/Accidents | 4 |
| 6 Handling Specific Offenses | 4 |
| 7 Police Interaction/Notification | 4 |
| 8 Vehicle Operation/Maintenance | 4 |
| 9 Review and Maintenance | 4 |
| 10 Handling Special Cases | 4 |
| 11 Vouchering | 4 |
| 12 Report/Clerical Duties | 4 |

### BEHAVIORAL DIMENSIONS

| Dimension | Rating |
|---|---|
| 13 Police Ethics / Integrity | 5 |
| 14 Comprehension Skills | 4 |
| 15 Communication Skills | 4 |
| 16 Reasoning Ability | 3 |
| 17 Information Ordering | 3 |
| 18 Problem Recognition | 4 |
| 19 Visualization | 3 |
| 20 Spatial Orientation | 4 |
| 21 Memorization | 4 |
| 22 Judgement | 4 |
| 23 Innovativeness | 4 |
| 24 Adaptability | 4 |
| 25 Drive/Initiative | 4 |
| 26 Interpersonal Skills | 4 |
| 27 Appearance/Professional Image | 4 |
| 28 Physical Fitness/Physical Activities | 5 |

D000089

**Overall Evaluation : 3.5**
**Annual Total of Quarterly Point: 48**

**13. Police Ethics / Integrity**
PO SCHOOLCRAFT IS ALWAYS ON TIME AND PUCTUAL. PO SCHOOLCRAFT ALWAYS SUPPORTS
DEPARTMENT POLICY. PO SCHOOLCRAFT'S DEPORTMENT AND PERFORMANCE ALWAYS
REFLECTS A HIGH LEVEL OF INTEGRITY.

**15. Communication Skills**
PO SCHOOLCRAFT'S ABILITY TO COMMUNICATE IS VERY GOOD IN THAT HE COMMANDS THE
ATTENTION OF ALL LISTENERS. PO SHCOOLCRAFT SPEAKS WITH FORCEFULNESS AND CLARITY
AND HAS NEAR PERFECT ENUNCIATION.

**27. Appearance/Professional Image**
PO SCHOOLCRAFT ALWAYS DRESSES APPROPRIATELY FOR ASSIGNMENTS. PO SCHOOLCRAFT'S
APPEARANCE IS ALWAYS IN HARMONY WITH HIS PROFESSIONAL CAPACITY. PO SCHOOLCRAFT
IS REFLECTIVE OF A POSITIVE SLEF-IMAGE AND PROFESSIONAL PRIDE.

**Overall Rater's Comments:**
ALTHOUGH PO SCHOOLCRAFT HAS BEEN OUT LONG-TERM LEAVE FOR MOST OF THIS RATING
PERIOD HE HAS PROVEN HIMSELF TO BE A FINE OFFICER WITH GREAT POTENTIAL. PO
SCHOOLCRAFT ALWAYS REPSENTS THE DEPARTMENT IN A VERY FAVORABLE MANNER. PO
SCHOOLCRAFT ALWAYS SHOWS COURTESY AND RESPECT TO THE PUBLIC, HIS PEERS AS WELL
AS HIS SUPERVISORS.

BY SIGNING THIS FORM. THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE
APPRAISAL. THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI. DEPARTMENT RECOGNITION. CCRB.
PERFORMANCE MONITORING RECORDS. EEO COMPLIANCE. AND ALL OTHER RECORDS OF PERFORMANCE
DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE
NOTED.

| REVIEWER | | | |
|---|---|---|---|
| **SURNAME** | **FIRST** | **M.I.** | |
| MYRIE | LEIGHTON | A | |
| **REVIEWER'S TAX NUMBER** | **RANK** | **COMMAND** | **DATE ASSIGNED TO COMMAND:** |
| █████ | LIEUTENANT | 081 | 2/2/2005 |

**Overall Reviewer Comments:**
PO Schoolcraft is a competent member of the 81 pct. His disposition is consistently courteous and respectful. We
expect great things from PO Schoolcraft in the future.

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS. INCLUDING MY RIGHTS
AND RESPONSIBILITIES REGARDING EEO ISSUES.

RATEE
SIGNATURE    *[signature]*                    Date  1/7/06

D000090

RATER
SIGNATURE  _____ Date _____

REVIEWER
SIGNATURE  _____ Date _1/10/06_

D000091

# PERFORMANCE EVALUATION
# POLICE OFFICER - DETECTIVE SPECIALIST
PD439-157 (Rev. 01-02)   (Ref. No. 303-10)

**IMPORTANT**
USE NO. 2 PENCIL ONLY
5  4  ■  2  1
ERASE COMPLETELY TO CHANGE

**RATEE**   SURNAME: Schoolcraft, Adrian   FIRST   M.I.

**RATEE'S TAX NUMBER MUST BE ACCURATE**

**SOCIAL SECURITY NO.**

**RANK**
- ⬤ PPO
- ○ PO
- ○ PO S.A
- ○ Det. Sp
- ○ OTHER

IF COMPLETED POLICE CADET PROGRAM
○
**DARKEN BOX**

**COMMAND**
| 0 | 8 | 1 |
| 0 | 0 | 0 |
| 1 | 1 | 1 |
| 2 | 2 | 2 |
| 3 | 3 | 3 |
| 4 | 4 | 4 |
| 5 | 5 | 5 |
| 6 | 6 | 6 |
| 7 | 7 | 7 |
| 8 | 8 | 8 |
| 9 | 9 | 9 |
SEE APPENDIX A

**BOROUGH**
- ○ MANHATTAN SOUTH
- ○ MANHATTAN NORTH
- ○ BRONX
- ○ QUEENS SOUTH
- ○ QUEENS NORTH
- ○ BROOKLYN SOUTH
- ⬤ BROOKLYN NORTH
- ○ STATEN ISLAND
- ○ CITYWIDE/OTHER
**DARKEN ONLY ONE BOX**

**TIMES SICK**
NO/D    TDB
**DAYS LOST**
NV/D    TDL

**DARKEN ONE BOX PER COLUMN**
- ○ CHRONIC A
- ○ CHRONIC B
- ⬤ NOT CHRONIC
**DARKEN ONLY ONE BOX**

**PURPOSE**
- ○ 4 MONTHS PROB.
- ○ 10 MONTHS PROB.
- ○ 16 MONTHS PROB.
- ○ 22 MONTHS PROB.
- ○ TRANSFER
- ○ INTERIM
- ⬤ ANNUAL
- ○ OTHER
**DARKEN ONLY ONE BOX**

**EDUCATION**
- ○ HS
- ⬤ A.A. or 64 CR+
- ○ B.A. or 128 CR+
- ○ M.A. or 160 CR+
- ○ HD
- ○ PhD
**DARKEN ONLY ONE BOX**

**RECOMMENDATION**
- CONTINUE IN PRESENT ASSIGNMENT ⬤
- RE-ASSIGNMENT (SPECIFY ON FRONT) ○
- ADDITIONAL TRAINING (SPECIFY ON FRONT) ○
- PERFORMANCE MONITORING FOR SPECIFIED TIME SPECIFY ON FRONT ○
- OTHER (SPECIFY ON FRONT) ○
**DARKEN ONLY ONE BOX**

THIS PERFORMANCE EVALUATION TAKES INTO ACCOUNT THE EMPLOYER'S COMPLIANCE WITH DEPARTMENTAL PROCEDURES AND FEDERAL TITLE VII STATUTES AND WHETHER THE EMPLOYEE WAS DISCIPLINED AS A RESULT OF SAME

**EACH AREA/DIMENSION REQUIRES A RESPONSE**

| PERFORMANCE AREAS | EXTREMELY COMPETENT | HIGHLY COMPETENT | COMPETENT | LOW | VERY LOW | NOT RATED |
|---|---|---|---|---|---|---|
| 1. Community Interaction | 5 | 4 | 3 | 2 | 1 | 0 |
| 2. Apprehension/Intervention | 5 | 4 | 3 | 2 | 1 | 0 |
| 3. Victim/Prisoner Interaction | 5 | 4 | 3 | 2 | 1 | 0 |
| 4. Processing Arrests | 5 | 4 | 3 | 2 | 1 | 0 |
| 5. Vehicular Offenses/Accidents | 5 | 4 | 3 | 2 | 1 | 0 |
| 6. Handling Specific Offenses | 5 | 4 | 3 | 2 | 1 | 0 |
| 7. Police Interaction/Notification | 5 | 4 | 3 | 2 | 1 | 0 |
| 8. Vehicle Operation/Maintenance | 5 | 4 | 3 | 2 | 1 | 0 |
| 9. Review and Maintenance | 5 | 4 | 3 | 2 | 1 | 0 |
| 10. Handling Special Cases | 5 | 4 | 3 | 2 | 1 | 0 |
| 11. Vouchering | 5 | 4 | 3 | 2 | 1 | 0 |
| 12. Report/Clerical Duties | 5 | 4 | 3 | 2 | 1 | 0 |

| BEHAVIORAL DIMENSIONS | EXTREMELY COMPETENT | HIGHLY COMPETENT | COMPETENT | LOW | VERY LOW |
|---|---|---|---|---|---|
| 13. Police Ethics / Integrity | 5 | 4 | 3 | 2 | 1 |
| 14. Comprehension Skills | 5 | 4 | 3 | 2 | 1 |
| 15. Communication Skills | 5 | 4 | 3 | 2 | 1 |
| 16. Reasoning Ability | 5 | 4 | 3 | 2 | 1 |
| 17. Information Ordering | 5 | 4 | 3 | 2 | 1 |
| 18. Problem Recognition | 5 | 4 | 3 | 2 | 1 |
| 19. Visualization | 5 | 4 | 3 | 2 | 1 |
| 20. Spatial Orientation | 5 | 4 | 3 | 2 | 1 |
| 21. Memorization | 5 | 4 | 3 | 2 | 1 |
| 22. Judgement | 5 | 4 | 3 | 2 | 1 |
| 23. Innovativeness | 5 | 4 | 3 | 2 | 1 |
| 24. Adaptability | 5 | 4 | 3 | 2 | 1 |
| 25. Drive/Initiative | 5 | 4 | 3 | 2 | 1 |
| 26. Interpersonal Skills | 5 | 4 | 3 | 2 | 1 |
| 27. Appearance/Professional Image | 5 | 4 | 3 | 2 | 1 |
| 28. Physical Fitness/Physical Activities | 5 | 4 | 3 | 2 | 1 |

**OVERALL EVALUATION**

| EXTREMELY COMPETENT | HIGHLY COMPETENT | COMPETENT | LOW | VERY LOW |
|---|---|---|---|---|
| 5 | 4.5 | 4 | 3.5 | 3 | 2.5 | 2 | 1.5 | 1 |
**SEE GUIDE**

**Annual Total of Quarterly Points**
*See Interim Order 103, s '95
| No. | 4 | 0 1 2 3 4 5 6 |
| No. | 2 | 0 1 2 3 4 5 6 7 8 9 |

D000171

# PERFORMANCE EVALUATION
## POLICE OFFICER - DETECTIVE SPECIALIST

PD439-157 (Rev. 01-03)    REV. 7-5, 4-13-99

FRONT OF FORM

**IMPORTANT**
- Type for pencils is Only
- D., No. 2 or to State This Computer Form
- Use #2 Pencil or black ball point pen
- Follow Conditions Instructions

| RATEE | SURNAME Schoolcraft, Adrian | | SEX | RANK PPO | COMMAND 081 | DATE ASSIGNED TO COMMAND: 7-03 |
|---|---|---|---|---|---|---|

| SOCIAL SECURITY | TAX REGISTRY | PRIMARY ASSIGNMENT Crime Reduction Unit | DATE OF PRIMARY ASSIGNMENT: 4-1-04 |
|---|---|---|---|

PERIOD OF REPORT FROM 12-16-03 TO 12-15-04

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING ITS ISSUANCE.
RATEE'S SIGNATURE *[signature]*

I WISH TO APPEAL THIS EVALUATION:
◯ (IF APPEALED, INITIAL AND DARKEN BOX)
RATEE'S INITIALS

| RATER | RATER'S NAME Miller, Michael | RANK Sgt. | COMMAND 081 | DATE ASSIGNED TO COMMAND: 8-03 | RATER'S TAX NUMBER |
|---|---|---|---|---|---|

SIGNATURE *[signature]*    DATE: 11-03-04

- RATER MUST COMMENT ON THREE OF THE RATING AREAS/DIMENSIONS (2-3)
- RATER MUST COMMENT ON LOW OR HIGH (1-3 or 7-9) RATINGS BEFORE HIGHER RATINGS
- INDICATE AREA/DIMENSION BY EXPRESSING BOX

0 1 2 3 4 5 6 7 8 9
0 1 2 3 4 5 6 7 8 9

**AREAS/DIMENSIONS**

No. 2
0 1 **2** 3 4 5 6 7 8 9
No. 3
0 1 2 **3** 4 5 6 7 8 9

PO SCHOOLCRAFT IS VERY RESOURCEFUL WHEN CONFRONTED WITH OBSTACLES AND IS ABLE TO OVERCOME THEM. HE IS ABLE TO FORMULATE A CREATIVE SOLUTION.

No. 0
0 1 **2** 3 4 5 6 7 8 9
No. 1
0 **1** 2 3 4 5 6 7 8 9

PO SCHOOLCRAFT QUICKLY LEARNS AND RETAINS ALL NEW INFORMATION CONCERNING HIS POST OR SECTOR.

No. 2
0 1 **2** 3 4 5 6 7 8 9
No. 5
0 1 2 3 4 **5** 6 7 8 9

PO SCHOOLCRAFT ALWAYS MAKES AN EFFORT TO MEET DEADLINES. HE IS NEVER COMPLACENT REGARDING WORK.

Overall Rater's Comments: PO SCHOOLCRAFT PRESENTS HIMSELF AS A WELL ROUNDED OFFICER CAPABLE OF FULFILLING ANY TASK GIVEN TO HIM. HE DISPLAYS AN ABILITY TO LEARN AND IMPROVE HIS WORK WITH LITTLE SUPERVISION. HE IS AN ASSET TO THE DEPARTMENT.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

**REVIEWER** COMMENTS:
After review and consideration of the officer's performance areas, behavioral dimensions, sick record, EEO guideline compliance, and general enforcement activity during the rating period, the undersigned concurs with the above rating. *CCRB record has been noted: Officer and direct supervisor guided on same.

⬛ ACCURATE AND COMPLETE, CONCUR
◯ SEE SEPARATE REVIEWER'S EVALUATION
(NOTE: IN PURPOSE CAPTION, "OTHER" BUBBLE MUST ALSO BE DARKENED)

| REVIEWER'S NAME Raganella, Anthony | RANK Lt. | COMMAND 081 | DATE ASSIGNED TO COMMAND: 12/2003 |
|---|---|---|---|

| TAX REGISTRY NO. | SIGNATURE *[signature]* | DATE: 12/01/04 |
|---|---|---|

- ORIGINAL MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION (EVEN IF APPEALED)
- COPY COMMAND FILE
- MEMBER COPY

FORM NO. P-4175-NYCPD

COPYRIGHT 2000 NEW YORK CITY POLICE DEPARTMENT

D000172



# Online Performance Evaluation System
## Police Officer - Detective Specialist

## RATEE

| SURNAME | FIRST | | M.I. | Appt Date |
|---|---|---|---|---|
| SCHOOLCRAFT | ADRIAN | | P | 7/1/2002 |

| RATEE TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| | PO | 081 | 11/15/2005 |

| TIMES SICK | DAYS LOST | PURPOSE | RECOMMENDATION |
|---|---|---|---|
| NLOD: 1 LOD: 0 | NLOD: 2-5 LOD: 0 | ANNUAL | TRANSFER |

| Not chronic | Date of Primary Assignment: 7/1/2003 | IF COMPLETED POLICE CADET PROGRAM |
|---|---|---|

| Primary Assignment: Patrol | Rating Period From: 12/15/2007 | To: 12/15/2008 |
|---|---|---|

## RATER

| SURNAME | FIRST | M.I. |
|---|---|---|
| STUKES | RAYMOND | C |

| RATER TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| | SERGEANT | 081 | 3/28/2008 |

## PERFORMANCE AREAS

| Area | Rating |
|---|---|
| 1 Community Interaction | 4 |
| 2 Apprehension/Intervention | 3 |
| 3 Victim/Prisoner Interaction | 4 |
| 4 Processing Arrests | 4 |
| 5 Vehicular Offenses/Accidents | 4 |
| 6 Handling Specific Offenses | 4 |
| 7 Police Interaction/Notification | 4 |
| 8 Vehicle Operation/Maintenance | 4 |
| 9 Review and Maintenance | 3 |
| 10 Handling Special Cases | 3 |
| 11 Vouchering | 4 |
| 12 Report/Clerical Duties | 4 |

## BEHAVIORAL DIMENSIONS

| Dimension | Rating |
|---|---|
| 13 Police Ethics / Integrity | 4 |
| 14 Comprehension Skills | 4 |
| 15 Communication Skills | 4 |
| 16 Reasoning Ability | 4 |
| 17 Information Ordering | 3 |
| 18 Problem Recognition | 4 |
| 19 Visualization | 3 |
| 20 Spatial Orientation | 4 |
| 21 Memorization | 4 |
| 22 Judgement | 3 |
| 23 Innovativeness | 3 |
| 24 Adaptability | 2 |
| 25 Drive/Initiative | 1 |
| 26 Interpersonal Skills | 3 |
| 27 Appearance/Professional Image | 3 |
| 28 Physical Fitness/Physical Activities | 3 |

**Overall Evaluation : 2.5**
**Does not qualify Quarterly Point**

**1. Community Interaction**
P. O. SCHOOLCRAFT SHOWS GOOD COMMUNITY INTERACTION BY ELICITING
INFORMATION FROM WITNESSES AND VICTIMS. HE ALSO MEDIATES PROBLEMS
BETWEEN DISPUTING INDIVIDUALS AND PROVIDES COUNSELING WHEN FAMILIES
HAVE CONFLICTS.

**2. Apprehension/Intervention**
P. O. SCHOOLCRAFT NEEDS IMPROVEMENT IN THE ABILITY TO RECOGNIZE, SEEK OUT
AND APPREHEND THOSE ENGAGED IN ILLEGAL ACTIVITIES.

**4. Processing Arrests**
P.O. SCHOOLCRAFT IS ABLE TO COMPLETE ARREST FORMS ACURATELY AND
COMPLETELY IS ABLE TO FINGERPRINT, PHOTOGRAPH AND PROCESS ALL ARREST
RELATED PAPERWORK

**25. Drive/Initiative**
P.O. SCHOOLCRAFT'S POOR ACTIVITY IS A DIRECT RESULT OF HIS LACK OF
INNOVATIVENESS TO PERFORM HIS ASSIGNMENT AS A PATROL OFFICER. P.O
SCHOOLCRAFT NEEDS CONSTANT SUPERVISION. HE PERFORMS HIS TASKS IDLY
UNLESS SPECIFICALLY DIRECTED TO WORK.

**24. Adaptability**
P.O. SCHOOCRAFT IS UNWILLING TO CHANGE HIS APPROACH TO MEETING THE
PERFORMANCE STANDARDS OF A NEW YORK CITY POLICE OFFICER. THE OFFICER HAS
BEEN RETRAINED, COUNSELED AND GIVEN DIRECTION ON NUMEROUS OCCASSION'S
BY VAROUS SUPERVISORS WITH NO CHANGE.

**Overall Rater's Comments:**
THE PERFORMANCE EXHIBITED BY P.O. SCHOOLCRAFT IS WELL BELOW STANDARD.
THERE IS A LIMITED ABILITY TO PERFORM THE APPROPRIATE TASKS FOR A GIVEN
ASSIGNMENT WITHOUT SUPERVISION. THE OFFICER FREQUENTLY DISREGARDS
PERFORMING RESPONSIBILITIES OR ADHERENCE TO ACTIVITY STANDARDS OF A NEW
YORK CITY POLICE OFFICER. HE OCCASIONALLY EXERCISES SOUND JUDGEMENT AND
GENERALLY WILLING TO DO THE JOB BUT WILL DO SO WHEN INSTRUCTION AND
DIRECTIONS

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS
PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT
RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER
RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD.
POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| **REVIEWER** | | | |
|---|---|---|---|
| **SURNAME** | **FIRST** | **M.I.** | |
| MAURIELLO | STEVEN | M | |
| **REVIEWER'S TAX NUMBER** | **RANK** | **COMMAND** | **DATE ASSIGNED TO COMMAND:** |
| ▮ | DEPUTY INSPECTOR | 081 | 10/30/2006 |

**Overall Reviewer Comments:**

Police Officer Schoolcraft has been counseled by both his Squad Supervisor and his Platoon Commander about his lack of drive. He has yet to show any improvement. I concur with the above evaluation.

☑ ACCURATE AND COMPLETE, CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION

D0001575



# Online Performance Evaluation System
## Police Officer - Detective Specialist

**View By: TIMOTHY CAUGHEY TaxID:** ███ **Date: 3/17/2009 4:25:49 PM**

## RATEE

| SURNAME | FIRST | | M.I. | Appt Date |
|---|---|---|---|---|
| SCHOOLCRAFT | ADRIAN | | P | 7/1/2002 |

| RATEE TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| ███ | PO | 081 | 11/15/2005 |

| TIMES SICK | DAYS LOST | PURPOSE | RECOMMENDATION |
|---|---|---|---|
| NLOD: 0 LOD: 0 | NLOD: 0 LOD: 0 | ANNUAL | CONTINUE IN PRESENT ASSIGNMENT |

Not chronic | Date of Primary Assignment: 11/15/2005 | IF COMPLETED POLICE CADET PROGRAM

Primary Assignment: PATROL | Rating Period From: 12/16/2004 | To: 12/15/2005

## RATER

| SURNAME | FIRST | M.I. |
|---|---|---|
| MEYER | WILLIAM | F |

| RATER TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| ███ | SERGEANT | 081 | 3/28/2003 |

## PERFORMANCE AREAS

| Area | Rating |
|---|---|
| 1 Community Interaction | 3 |
| 2 Apprehension/Intervention | 3 |
| 3 Victim/Prisoner Interaction | 3 |
| 4 Processing Arrests | 3 |
| 5 Vehicular Offenses/Accidents | 4 |
| 6 Handling Specific Offenses | 4 |
| 7 Police Interaction/Notification | 4 |
| 8 Vehicle Operation/Maintenance | 4 |
| 9 Review and Maintenance | 4 |
| 10 Handling Special Cases | 4 |
| 11 Vouchering | 4 |
| 12 Report/Clerical Duties | 4 |

## BEHAVIORAL DIMENSIONS

| Dimension | Rating |
|---|---|
| 13 Police Ethics / Integrity | 5 |
| 14 Comprehension Skills | 4 |
| 15 Communication Skills | 4 |
| 16 Reasoning Ability | 3 |
| 17 Information Ordering | 3 |
| 18 Problem Recognition | 4 |
| 19 Visualization | 3 |
| 20 Spatial Orientation | 4 |
| 21 Memorization | 4 |
| 22 Judgement | 4 |
| 23 Innovativeness | 4 |
| 24 Adaptability | 4 |
| 25 Drive/Initiative | 4 |
| 26 Interpersonal Skills | 4 |
| 27 Appearance/Professional Image | 4 |

D000176
3/17/2009

| 28 Physical Fitness/Physical Activities | 5 |
| --- | --- |

**Overall Evaluation : 3.5**
**Annual Total of Quarterly Point: 48**

**13. Police Ethics / Integrity**
PO SCHOOLCRAFT IS ALWAYS ON TIME AND PUCTUAL. PO SCHOOLCRAFT ALWAYS
SUPPORTS DEPARTMENT POLICY. PO SCHOOLCRAFT'S DEPORTMENT AND
PERFORMANCE ALWAYS REFLECTS A HIGH LEVEL OF INTEGRITY.

**15. Communication Skills**
PO SCHOOLCRAFT'S ABILITY TO COMMUNICATE IS VERY GOOD IN THAT HE
COMMANDS THE ATTENTION OF ALL LISTENERS. PO SHCOOLCRAFT SPEAKS WITH
FORCEFULNESS AND CLARITY AND HAS NEAR PERFECT ENUNCIATION.

**27. Appearance/Professional Image**
PO SCHOOLCRAFT ALWAYS DRESSES APPROPRIATELY FOR ASSIGNMENTS. PO
SCHOOLCRAFT'S APPEARANCE IS ALWAYS IN HARMONY WITH HIS PROFESSIONAL
CAPACITY. PO SCHOOLCRAFT IS REFLECTIVE OF A POSITIVE SLEF-IMAGE AND
PROFESSIONAL PRIDE.

**Overall Rater's Comments:**
ALTHOUGH PO SCHOOLCRAFT HAS BEEN OUT LONG-TERM LEAVE FOR MOST OF THIS
RATING PERIOD HE HAS PROVEN HIMSELF TO BE A FINE OFFICER WITH GREAT
POTENTIAL. PO SCHOOLCRAFT ALWAYS REPSENTS THE DEPARTMENT IN A VERY
FAVORABLE MANNER. PO SCHOOLCRAFT ALWAYS SHOWS COURTESY AND RESPECT
TO THE PUBLIC, HIS PEERS AS WELL AS HIS SUPERVISORS.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS
PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT
RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER
RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD.
POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| **REVIEWER** | | | |
| --- | --- | --- | --- |
| **SURNAME** | **FIRST** | **M.I.** | |
| MYRIE | LEIGHTON | A | |
| **REVIEWER'S TAX NUMBER** | **RANK** | **COMMAND** | **DATE ASSIGNED TO COMMAND:** |
| ▇ | LIEUTENANT | 081 | 2/2/2005 |

**Overall Reviewer Comments:**
PO Schoolcraft is a competent member of the 81 pct. His disposition is consistently courteous and
respectful. We expect great things from PO Schoolcraft in the future.

☑ ACCURATE AND COMPLETE. CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING
MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.
☐ I WISH TO APPEAL THIS EVALUATION

D000177
3/17/2009

RATEE
SIGNATURE ———————————————————————————— Date _____

RATER
SIGNATURE ———————————————————————————— Date _____

REVIEWER
SIGNATURE ———————————————————————————— Date _____

**View By: TIMOTHY CAUGHEY TaxID:** ███████ **Date: 3/17/2009 4:25:49 PM**



# Online Performance Evaluation System
## Police Officer - Detective Specialist

**View By: TIMOTHY CAUGHEY TaxID:** [redacted] **Date: 3/17/2009 4:25:58 PM**

### RATEE

| SURNAME | FIRST | | M.I. | Appt Date |
|---|---|---|---|---|
| SCHOOLCRAFT | ADRIAN | | P | 7/1/2002 |

| RATEE TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| [redacted] | PO | 081 | 11/15/2005 |

| TIMES SICK | DAYS LOST | PURPOSE | RECOMMENDATION |
|---|---|---|---|
| NLOD: 1 LOD: 0 | NLOD: 2-5 LOD: 0 | ANNUAL | CONTINUE IN PRESENT ASSIGNMENT |

| Not chronic | Date of Primary Assignment: 11/15/2005 | ...E COMPLETED POLICE CADET PROGRAM |
|---|---|---|

| Primary Assignment: PATROL | Rating Period From: 12/16/2005 | To: 12/15/2006 |
|---|---|---|

### RATER

| SURNAME | FIRST | M.I. |
|---|---|---|
| MEYER | WILLIAM | F |

| RATER TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| [redacted] | SERGEANT | 081 | 3/28/2003 |

### PERFORMANCE AREAS

| Area | Rating |
|---|---|
| 1 Community Interaction | 3 |
| 2 Apprehension/Intervention | 3 |
| 3 Victim/Prisoner Interaction | 3 |
| 4 Processing Arrests | 3 |
| 5 Vehicular Offenses/Accidents | 3 |
| 6 Handling Specific Offenses | 3 |
| 7 Police Interaction/Notification | 4 |
| 8 Vehicle Operation/Maintenance | 3 |
| 9 Review and Maintenance | 4 |
| 10 Handling Special Cases | 3 |
| 11 Vouchering | 3 |
| 12 Report/Clerical Duties | 3 |

### BEHAVIORAL DIMENSIONS

| Dimension | Rating |
|---|---|
| 13 Police Ethics / Integrity | 3 |
| 14 Comprehension Skills | 3 |
| 15 Communication Skills | 5 |
| 16 Reasoning Ability | 3 |
| 17 Information Ordering | 3 |
| 18 Problem Recognition | 3 |
| 19 Visualization | 3 |
| 20 Spatial Orientation | 3 |
| 21 Memorization | 3 |
| 22 Judgement | 3 |
| 23 Innovativeness | 3 |
| 24 Adaptability | 3 |
| 25 Drive/Initiative | 3 |
| 26 Interpersonal Skills | 3 |
| 27 Appearance/Professional Image | 5 |

| 28 Physical Fitness/Physical Activities | 4 |

**Overall Evaluation : 3.5**
**Annual Total of Quarterly Point: 45**

### 13. Police Ethics / Integrity

PO SCHOOLCRAFT IS ALWAYS ON TIME AND PUCTUAL. PO SCHOOLCRAFT ALWASY SUPPORTS DEPARTMENT POLICY. PO SCHOOLCRAFT'S DEPORTMENT AND PERFORMANCE ALWAYS REFLECTS A HIGH LEVEL OF INTERGRITY.

### 15. Communication Skills

PO SCHOOLCRAFT'S ABILITY TO COMMUNICATE IS VERY GOOD IN THAT HE COMMANDS THE ATTENTION OF ALL LISTENERS. PO SCHOOLCRAFT SPEAKS WITH FORCEFULNESS AND CLARITY AND HAS NEAR PERFECT ENUCIATION.

### 27. Appearance/Professional Image

PO SCHOOLCRAFT ALWAYS DRESSES APPROPRIATELY FOR HIS ASSIGNMENTS. PO SCHOLLCRAFT'S APPEARANCE IS ALWAYS IN HARMONY WITH HIS PSOFESIONAL CAPACITY. PO SCHOLLCRAFT IS REFLECTIVE OF A POSITVE SELF-IMAGE AND PROFESIONAL PRIDE.

### Overall Rater's Comments:

PO SCHOOLCRAFT IS A WELL ROUNDED OFFICER WHO ALWAYS PRACTICES CPR. PO SCHOOLCRAFT'S WORK ETHIS AND INTERGRITY ARE VERY SUPPORTING OF DEPARTMENT POLICIES. PO SCHOOLCRAFT IS ALWAYS COURTEUS AND RECPECTFUL OF HI PEERS, HIS SUPERVISORS AND THE CMMUNITY HE SERVES. PO SCHOOLCRAFT ALWAYS REPRESENTS THE DEPARTMENT IN A FAVORABLE MANNER. FOR THIS RATING PERIOD PO SCHOOLCRAFT HAS NOT HAD AN OEEO OR A CCRB PROBLEM.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| **REVIEWER** | | | |
|---|---|---|---|
| **SURNAME** | **FIRST** | **M.I.** | |
| MYRIE | LEIGHTON | A | |
| **REVIEWER'S TAX NUMBER** | **RANK** | **COMMAND** | **DATE ASSIGNED TO COMMAND:** |
| ▉ | LIEUTENANT | 081 | 2/2/2005 |

### Overall Reviewer Comments:

PO Schoolcraft is a steady and reliable performer on the platoon. He can always be counted to handle complex assignments without difficulty and is always professional and polite in his demeanor.

☐ ACCURATE AND COMPLETE, CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.

☐ I WISH TO APPEAL THIS EVALUATION

D000180

**RATEE**
**SIGNATURE** ——————————————————————————————— Date _____

**RATER**
**SIGNATURE** ——————————————————————————————— Date _____

**REVIEWER**
**SIGNATURE** ——————————————————————————————— Date _____

**View By: TIMOTHY CAUGHEY TaxID:** ▮▮▮▮▮ **Date: 3/17/2009 4:25:58 PM**



## Online Performance Evaluation System
## Police Officer - Detective Specialist

**View By: TIMOTHY CAUGHEY TaxID:** ▓▓▓   **Date: 3/17/2009 4:26:07 PM**

### RATEE

| SURNAME | FIRST | M.I. | Appt Date |
|---|---|---|---|
| SCHOOLCRAFT | ADRIAN | P | 7/1/2002 |

| RATEE TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| ▓▓▓ | PO | 081 | 11/15/2005 |

| TIMES SICK | DAYS LOST | PURPOSE | RECOMMENDATION |
|---|---|---|---|
| NLOD: 0 LOD: 0 | NLOD: 0 LOD: 0 | INTERIM | CONTINUE IN PRESENT ASSIGNMENT |

| Not chronic | Date of Primary Assignment: 5/10/2004 | # COMPLETED POLICE CADET PROGRAM |
|---|---|---|

| Primary Assignment: PATROL | Rating Period From: 1/1/2007 | To: 9/29/2007 |
|---|---|---|

### RATER

| SURNAME | FIRST | M.I. |
|---|---|---|
| MEYER | WILLIAM | F |

| RATER TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| ▓▓▓ | SERGEANT | 081 | 3/28/2003 |

### PERFORMANCE AREAS

| Area | Rating |
|---|---|
| 1 Community Interaction | 3 |
| 2 Apprehension/Intervention | 4 |
| 3 Victim/Prisoner Interaction | 4 |
| 4 Processing Arrests | 3 |
| 5 Vehicular Offenses/Accidents | 3 |
| 6 Handling Specific Offenses | 3 |
| 7 Police Interaction/Notification | 3 |
| 8 Vehicle Operation/Maintenance | 3 |
| 9 Review and Maintenance | 3 |
| 10 Handling Special Cases | 3 |
| 11 Vouchering | 3 |
| 12 Report/Clerical Duties | 3 |

### BEHAVIORAL DIMENSIONS

| Dimension | Rating |
|---|---|
| 13 Police Ethics / Integrity | 3 |
| 14 Comprehension Skills | 3 |
| 15 Communication Skills | 3 |
| 16 Reasoning Ability | 3 |
| 17 Information Ordering | 3 |
| 18 Problem Recognition | 2 |
| 19 Visualization | 3 |
| 20 Spatial Orientation | 3 |
| 21 Memorization | 3 |
| 22 Judgement | 3 |
| 23 Innovativeness | 3 |
| 24 Adaptability | 3 |
| 25 Drive/Initiative | 2 |
| 26 Interpersonal Skills | 3 |
| 27 Appearance/Professional Image | 3 |

D0001 80

| 28 Physical Fitness/Physical Activities | 4 |

**Overall Evaluation : 3**
**Does not qualify Quarterly Point**

**18. Problem Recognition**

PO Schoolcraft usually understands the nature of a problem. Po Schoolcraft at times needs extra clarification to solve a problem. When given direction PO Schoolcraft generally recognizes the problem and its elements.

**25. Drive/Initiative**

PO School craft at times needs direction or prompting to resolve problems. PO Schoolcraft at times needs extra guidance to meet goals and deadlines. PO Schoolcraft usually checks records or files to assist in his problem resolution.

**27. Appearance/Professional Image**

PO Schoolcraft always dresses appropriately for his assignments. PO Schoolcraft's appearance is always in harmony with his professional capacity. PO Schoolcraft's uniforms and equipment utilized are always clean and serviceable. PO Schoolcraft is always physically fit

**Overall Rater's Comments:**

Although PO Schoolcraft's arrest activity has been fair, with 2 felony and 3 misdemeanor arrests since January of 2007, PO Schoolcraft's activity goals have not been met in other areas. This rating supervisor has discussed these goals with PO Schoolcraft and he understands what is expected of him.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| **REVIEWER** | | | |
|---|---|---|---|
| **SURNAME** | **FIRST** | **M.I.** | |
| DELAFUENTE | JEAN | P | |
| **REVIEWER'S TAX NUMBER** | **RANK** | **COMMAND** | **DATE ASSIGNED TO COMMAND:** |
| ▮ | LIEUTENANT | 081 | 12/15/2003 |

**Overall Reviewer Comments:**

I concur with the above evaluation.

☑ ACCURATE AND COMPLETE, CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.

☐ I WISH TO APPEAL THIS EVALUATION

RATEE
SIGNATURE ———————————————————————— Date ——————————


RATER

SIGNATURE _____ Date _____

REVIEWER
SIGNATURE _____ Date _____

**View By: TIMOTHY CAUGHEY TaxID:** ███████ **Date: 3/17/2009 4:26:07 PM**

0230 Released from Forced OT
End of Tour
Adam Schoolcraft #12943
Monday 2/23/09 RDO
Tuesday 2/24/09 RDO
Wednesday 2/25/09 4x12
1500 Present for duty @ CEF
1520 Meeting W/Dl. Mauriello
→ in re: the appeal of annual
→ evaluation. Those present
→ at meeting; Capt. Laughtburn,
→ Lt. Delafuente, Lt. Mascal,
→ Sgt. Stukes, Sgt. Weiss
→ 4 Cox, and P.O. Gonzalez
1520 Sgt. Stukes Instructing
P.O. Schoolcraft on' the proper
Procedure's to PG 205-58
Appeal of Evaluation ~ OMU, S
1520 Lt. Delafuente
1630 10-62 (admin) / Sgt. Stukes
1915 Assigned to D/E/Off W/P.O.
→ Sitzman, via RMP #2361
→ BSCI: O
1920 10-34 @ Howard & Halsey
→ Approached by B/M stating
→ he only wants an Ambulance,
→ doesn't want to talk to police.
1940 10-90Y, re: 34
→ 10-61, Serve Papers to 930 Jeff.

No Meal

D000191

Louis No                    591

11/03/2004                  NEW YORK CITY POLICE DEPARTMENT                  PAGE:   1
TERM: PERK                     CENTRAL PERSONNEL INDEX

                                   PROMOTION

TAX NUMBER: ███████    RANK:  POM NAME: ADRIAN    SCHOOLCRAFT      COMMAND: 01

BACKGROUND CHECK            APPTED
DATE    : 07/01/2002
CONTROL #: 001
SERIAL  #: XXX

       NUMBER OF EVENT RECORDS:    1

D000398

```
DATE: 11/02/2004    NEW YORK CITY POLICE DEPARTMENT        PAGE:    3
TERM: PERK                 PERSONNEL PROFILE REPORT
                              TAX NUMBER :  ███████

MOS NAME   : SCHOOLCRAFT,ADRIAN,P
RANK/TITLE: POLICE OFFICER MALE                  SHIELD  : 12943
COMMAND   : 081 081 PRECINCT                     FIREARMS: YES

DUTY AVAIL : NO RESTRICTIONS               ON SICK REPT: NOT-SICK
DUTY STATUS: ACTIVE                        CHRONIC     : NO
STATUS DATE: 00/00/0000

                    *** EDUCATION  SUMMARY ***

EDUCATION : ASSOCIATE


                    *** SKILLS SUMMARY ***

CODE   SKILL

4050   RMP OPERATOR

TOTAL SKILL RECORDS FOUND   :   1


                 *** DEPARTMENT RECOGNITION SUMMARY ***

MEDALS AWARDED:

EXCELLENT POLICE DUTY  : 000
MERITORIOUS POLICE DUTY: 000
COMMENDATION           : 000
EXCEPTIONAL MERIT      : 000
HONORABLE MENTION      : 000
MEDAL FOR MERIT/VALOR  : 000
COMBAT CROSS           : 000
MEDAL OF HONOR         : 000


                 *** EVALUATIONS SUMMARY ***

LAST THREE EVALUATIONS RECORDED:

YEAR: 2003     OVERALL: 3.5
YEAR: 2002     OVERALL: 3
YEAR:          OVERALL:
```

D000399

DATE: 11/02/2004                TAX NUMBER :  ████         PAGE:   2
TERM: PERK

### *** MONITORING SUMMARY ***

FORCE/DISCIPLINARY MONITORING:

```
LEVEL II FORCE       : NO
LEVEL II DISCIPLINE  : NO
LEVEL II PERFORMANCE : NO
LEVEL III DP         : NO
LEVEL III SMS        : NO
```

### *** ARREST ACTIVITY SUMMARY ***

ARREST INFORMATION FROM 1982:

ARRESTS:  _40_    FELONIES  :  10    MISDEMEANORS:  22
                  VIOLATIONS:   9    INFRACTIONS :   0    OTHER:   0

                  RESISTING :  12

### *** PERSONNEL HISTORY ***

| EFF   DATE   | AUTHORITY | COMMAND  | STATUS | RANK/TITLE           |
|--------------|-----------|----------|--------|----------------------|
| 07/01/2002   | 219 02    | P A T U  | ACTIVE | POLICE OFFICER MALE  |
| 11/15/2002   | 000 00    | P A T U  | ACTIVE | POLICE OFFICER MALE  |
| 01/22/2003   | 019 03    | 075 PCT  | ACTIVE | POLICE OFFICER MALE  |
| 07/16/2003   | 213 03    | 081 PCT  | ACTIVE | POLICE OFFICER MALE  |

TOTAL HISTORY RECORDS FOUND :  4

### *** MEDICAL HISTORY REPORT ***

| SICK DATE | TIME | RETURN DATE | TIME | CHR | LOD | OLD LOD | TOUR PLAT |
|-----------|------|-------------|------|-----|-----|---------|-----------|
| 09/19/2002 | 0650 | 09/19/2002 | 1535 |     |     |         | 2-3 |
| 08/28/2003 | 0200 | 10/13/2003 | 0200 |     | Y   |         | 2-2 |
| 05/05/2004 | 1528 | 05/06/2004 | 0205 |     |     |         | 1-3 |
| 05/06/2004 | 1026 | 05/07/2004 | 0235 |     |     |         | 2-3 |

TOTAL TIMES SICK          :  4

D000400