# PLAINTIFF'S MOTION EXHIBIT 2

| PERFORMANCE EVALUATION CAPTAIN THROUGH DEPUTY CHIEF PD 439-1517 (Rev. 11-98)-Pent **THIS FORM MUST BE TYPED** |     |
|---|---|

| 1. SURNAME | FIRST | M.I. | RANK | COMMAND/ASSIGNMENT |
|---|---|---|---|---|
| Mauriello | Steven | J | Captain | 081 Precinct/X.O. |
| SOCIAL SECURITY NUMBER | EMPLOYEE TAX NUMBER | | | DATE ASSIGNED TO COMMAND 09/22/2006 |

PRESENT ASSIGNMENT (Brief Description of Duties)
Executive Officer-Monitor crime reduction strategies, traffic stat program, assistance to Commanding Officer regarding the overall Command Operations.

**2. REASON FOR SUBMITTING:**
(X) ANNUAL ( ) INTERIM ( ) PROBATION ( ) TRANSFER ( ) OTHER_____ SPECIFY

Date Prepared: July 29, 2007   Covers Rating Period From July 01, 2006 to: July 30, 2007

**3. OVERALL EVALUATION: MUST REFER TO THE ACCOMPANYING GUIDEBOOK FOR DEFINITIONS.**

WELL ABOVE STANDARDS [5]   ABOVE STANDARDS [X]   MEETS STANDARDS [3]   BELOW STANDARDS [2]   WELL BELOW STANDARDS [1]

LENGTH OF TIME RATER HAS SUPERVISED RATEE: YR. X   MO. Ten (10)

**4. RATER'S COMMENTS**: Rater to discuss the basis for the OVERALL EVALUATION which should be based on the attainment of performance expectations and performance factors listed in this report.

During this rating period Captain Mauriello was assigned as the Executive Officer of the 81st Precinct. He has demonstrated his abilities in his assigned areas. As the traffic Stat coordinator, the traffic program has excelled by posting a 10.4% reduction in accidents. In addition, the summons productivity has vastly improved in hazardous summonses, bus stops, and double parking summonses. He also supervised the Special Operations Unit in the command. The Anti-Crime Unit has sparked a major increase in gun arrests for the command, surpassing the overall 2005 number in 2006 by 1.4% (139 vs. 137). In 2007 gun arrests are up 45% (87 vs. 60). Overall, productivity has increased in PSB Arrests, seven major arrests and DWI Arrests. He has maintained a strong relationship in the community which has led to a 26% decrease in Civilian Complaints. Captain Mauriello is a hard working and dedicated member of this command who is dedicated to the values and the mission of this command and the NYC Police Department. I highly recommend Captain Mauriello for a position as a Commanding Officer.

This Performance Evaluation takes into account the employee's compliance with the Department's EEO Guidelines and Federal Title VII statutes and whether the employee was disciplined as a result of same. The Ratee's rights and responsibilities regarding EEO issues were discussed.

Rater's Initials: _RB_

**5. EDUCATION:** Check Highest level Achieved  ☐ HIGH SCHOOL  ☐ SOME COLLEGE  (No. of Credits)____
☐ ASSOCIATE DEG.  ☒ BACHELOR'S DEG.  ☐ MASTER'S DEG.  ☐ DOCTORATE  ☐ JURIS DOCTORATE
HAS MEMBER INCREASED ACHIEVEMENT/CREDIT LEVEL DURING RATING PERIOD?  ☐ Yes  ☐ No

| 6. Number of times reported sick in past 12 months: | Number of work days on sick report in past 12 months: | Number of times Line of Duty in past 12 months: | Total work days lost: Reg. sick days __0__ Line of Duty __0__ |
|---|---|---|---|
| # 0 | # 0 | # 0 | Total # 0 |

| 7. Rater's Name | Rank/Title | Command | Date Assigned to Command |
|---|---|---|---|
| Robert J. Brower | Deputy Inspector | 081 | 08/02/2002 |
| SIGNATURE _RB_ | | Social Security Number | Tax Number |

| 8. Reviewer's Name | Rank/Title | Command | Date Assigned to Command |
|---|---|---|---|
| Thomas J. Moran | Inspector | PBBN | 10/02/2002 |
| SIGNATURE | | Social Security Number | Tax Number |

**9. Reviewer: Comments and Recommendations**

RATEE'S
RANK/NAME __Captain Steven J. Mauriello__ TAX NO._____ ASSIGN./COMMAND __081__

RATER'S
RANK/NAME __Deputy Inspector Robert J. Brower__ TAX NO._____ ASSIGN./COMMAND __081__

**NOTE: A PHOTOCOPY OF THIS COMPLETED PAGE MUST BE FORWARDED TO THE EMPLOYEE MANAGEMENT DIVISION AT THE BEGINNING OF THE RATING PERIOD**

## KEY RESULT AREAS and PERFORMANCE EXPECTATIONS
### (To Be Completed and Discussed With the Ratee At the Beginning of the Evaluation Period)

The Rater and Ratee will list each of the ratee's Key Result Areas (KRA's), in order of importance, in the captions listed below. KRA's are those functions and work responsibilities which represent the fundamental reasons why the ratee's position exists. They are the most important areas in which the ratee is expected to perform. Each Key Result Area will include a description of the responsibility. Adjacent to each responsibility the rater will indicate, in the caption provided, what will be expected of the ratee in order to perform the KRA adequately. This will be a statement describing what conditions will prevail if the KRA is met. A performance expectation is that which the rater will examine to determine if the ratee met the listed Key Result Area.

RATING PERIOD: FROM (Mo.) July (Day) 01 (Year) 2006  To (Mo.) July (Day) 30 (Year) 2007

DATE of DISCUSSION: _____  Ratee's Initials _____  Rater's Initials _____

| KEY RESULT AREAS | PERFORMANCE EXPECTATIONS |
| --- | --- |
| Listed in order of importance | Indicate Level of Performance Expected to Fulfill KRA |
| 1. CRIME REDUCTION | Monitor Complaint Reports to identify trends, coordinate efforts with Crime Analysis and Precinct personnel to reduce crime in targeted areas. |
| 2. INCREASE COMMAND PRODUCTIVITY | Achieve arrest activity and gather information using targeted enforcement at violence prone locations. Develop information sources within the community to identify targeted offenders. |
| 3. CHRONIC SICK | Monitor MOS on sick, confer with any MOS who are nearing chronic designation in an effort to reduce MOS on chronic sick. |
| 4. OVERTIME | Identify high overtime earners. Review O/T reports to ensure that the O/T submitted is reasonable for the type of assignment. |
| 5. CIVILIAN COMPLAINTS | Create and monitor programs to reduce civilian complaints. Address community leaders and encourage community participation. |

**THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD (attach second sheet if necessary):**
List any other factors which specifically affected performance in the above KRA's. Indicate by number which KRA was affected and explain below. Also indicate reason for departure from originally established Key Result Areas. (Cite accomplishments, deficiencies or failures, conditions which influenced attainment of specific performance expectations and other performance-related factors which occurred during the rating period):

| RATEE'S RANK/NAME | CAPT STEVEN MAURIELLO | TAX NO. ▮▮▮ | ASSIGN./COMMAND | CO/BNACU |
|---|---|---|---|---|
| RATER'S RANK/NAME | INSPECTOR MORAN | TAX NO. ▮▮▮ | ASSIGN./COMMAND | ADJ/PBBN |

**NOTE:** A **PHOTOCOPY** OF THIS COMPLETED PAGE **MUST** BE FORWARDED TO THE **EMPLOYEE MANAGEMENT DIVISION** AT THE **BEGINNING** OF THE RATING PERIOD

## KEY RESULT AREAS AND PERFORMANCE EXPECTATIONS
### (To Be Completed and Discussed With the Ratee At the Beginning of the Evaluation Period)

The Rater and Ratee will list each of the ratee's Key Result Areas (KRA's), in order of importance, in the captions listed below. KRA's are those functions and work responsibilities which represent the fundamental reasons why the ratee's position exists. They are the most important areas in which the ratee is expected to perform. Each Key Result Area will include a description of the responsibility. Adjacent to each responsibility the rater will indicate, in the caption provided, what will be expected of the ratee in order to perform the KRA adequately. This will be a statement describing what conditions will prevail if the KRA is met. A performance expectation is that which the rater will examine to determine if the ratee met the listed Key Result Area.

RATING PERIOD: FROM (Mo.) 8/17/06 (Day) ___ (Year) 2006   6   To (Mo.) ___ (Day) 30 (Year) 2007

DATE OF DISCUSSION: ___   Ratee's Initials: _SM_   Rater's Initials: _R_

| KEY RESULT AREAS (Listed in order of Importance) | PERFORMANCE EXPECTATIONS (Indicate Level of Performance Expected to Fulfill KRA) |
|---|---|
| 1. CRIME REDUCTION | MONITOR COMPLAINT REPORTS TO IDENTIFY TRENDS, COORDINATED EFFORTS WITH CRIME ANALYSIS AND PRECINCT PERSONNEL TO REDUCE CRIME IN TARGETED AREAS |
| 2. INCREASE COMMAND PRODUCTIVITY | ACHIEVE ARREST ACTIVITY AND GATHER INFORMATION USING TARGETED ENFORCEMENT AT VIOLENCE PRONE LOCATIONS. DEVELOP INFORMATION SOURCES WITHIN THE COMMUNITY TO IDENTIFY TARGETED OFFENDERS |
| 3. CHRONIC SICK | MONITOR MOS ON SICK, CONFER WITH ANY MOS WHO ARE NEARING CHRONIC SICK DESIGNATION IN AN EFFORT TO REDUCE MOS ON CHRONIC SICK. |
| 4. OVERTIME | IDENTIFY HIGH OVERTIME EARNERS. REVIEW OT REPORTS OF HIGH OT EARNERS TO ENSURE OT SUBMITTED IS REASONABLE FOR TYPE OF ASSIGNMENT. |
| 5. CIVILIAN COMPLAINTS | CREATE AND MONITOR PROGRAMS TO REDUCE CIVILIAN COMPLAINTS. ADDRESS COMMUNITY LEADERS AND ENCOURAGE COMMUNITY PARTICIPATION. |

**THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD (attach second sheet if necessary):** List any other factors which specifically affected performance in the above KRA's. Indicate by number which KRA was affected and explain below. Also indicate reason for departure from originally established Key Result Areas. (Cite accomplishments, deficiencies or failures, conditions which influenced attainment of specific performance expectations and other performance-related factors which occurred during the rating period):

**PERFORMANCE ASSESSMENT**
(To be Completed and Discussed with the Ratee at
the End of the Evaluation Period)

In the captions provided below, the rater will assign a rating for each Key Result Area by checking the appropriate box under the column **Individual Assessment of Each KRA.** Before doing this, however, the rater and the ratee must together complete the **Performance Achievements** column. From this discussion the rater will provide, in the **Performance Achievements** column, a detailed account of the ACTUAL accomplishments achieved during the rating period. Hence, if the original **Performance Expectations** listed three criteria for performance in a KRA, the **Performance Achievements** must address the ACTUAL RESULTS in each of the three criteria. The ratings for performance in each KRA, namely the **Individual Assessment of Each KRA,** must therefore be justified in light of these actual **Performance Achievements.** Remember, these individual ratings will help to form the basis for the **Overall Evaluation** which will be assigned to the ratee.

| PERFORMANCE ACHIEVEMENTS<br>Indicate Actual Achievements Fulfilling KRA | INDIVIDUAL ASSESSMENT OF EACH KRA |
|---|---|
| CRIME REDUCTION | [ ] WELL ABOVE STANDARDS  [X] ABOVE STANDARDS  [ ] MEETS STANDARDS  [ ] BELOW STANDARDS  [ ] WELL BELOW STANDARDS<br>Comments:<br>Analyzed crime trends and developed plans during the period to address perodic spikes in robbery and shooting incidents. |
| INCREASE COMMAND PRODUCTIVITY | [X] WELL ABOVE STANDARDS  [ ] ABOVE  [ ] MEETS  [ ] BELOW  [ ] WELL BELOW<br>Comments:<br>Sizable increases in hazardous summonses, seat-belt summonses and double parking summonses as well and increase in Criminal Court summonses. PSB, DWI, 7 Majors and Gun arrests have increase |
| CHRONIC SICK | [ ]  [X] ABOVE STANDARDS  [ ]  [ ]  [ ]<br>Comments:<br>3.4% (6 members) of this command are designated chronic sick. Captain Mauriello has conferred with MOS who are nearing chronic designation in effort to reduce members becoming chronic. |
| OVERTIME | [ ]  [X] ABOVE STANDARDS  [ ]  [ ]  [ ]<br>Comments:<br>Captain Mauriello has identified high overtime earners, reviewed overtime reports and ensured that overtime submitted is reasonable for the type of assignment indicated. |
| CIVILIAN COMPLAINTS | [X] WELL ABOVE STANDARDS  [ ]  [ ]  [ ]  [ ]<br>Comments:<br>Captain Mauriello has maintained a Civilian Complaint reduction program by counseling MOS receiving complaints and maintaining a relationship with community leaders to ensure professionalism by Officers at all times. A 26% reduction |

**RECOMMENDATIONS (if relevant):**   is noted during this rating period.

**VERIFICATION**   (To be Completed at the End of the Evaluation Period)
"I have shown this Performance Evaluation to the ratee and have fully discussed its contents."

_D.I._ [signature]   7/31/07
Rater's Signature   Date

"I have read this Performance Evaluation and I have received a copy of it."

Capt Steven Ma[signature]   7/31/07
Ratee's Signature   Date

"I wish to appeal this Evaluation." (A.G. 303-20)

_____   _____
Ratee's Signature   Date

SM00343

Page 3