# PLAINTIFF'S MOTION
# EXHIBIT 6

Page 98

STEVEN WEISS

1

2      Q.      When did you mention these

3   entries to Lauterborn?

4      A.      At some point after this there

5   was an incident where, he, Officer

6   Schoolcraft asked the duty captain to

7   respond directly to his post and sometime

8   between the period that that happened and

9   the period that the captain spoke to him

10  about that bizarre request, it came up, from

11  my recollection, in a conversation.

12     Q.      When you had this discussion

13  with Lauterborn you were a sergeant at the

14  81st Precinct, right?

15     A.      Yes.

16     Q.      So this conversation with

17  Lauterborn happened sometime before

18  April 2009, correct?

19     A.      Yes.

20     Q.      And the discussions that you had

21  with -- hold on right there -- what do you

22  recall telling Lauterborn about the unusual

23  entries?

24     A.      Just that there was bizarre

25  stuff written in his memo book.  That there

Page 99

1                   STEVEN WEISS
2    wasn't stuff you would generally see in a
3    cop's activity log.
4         Q.    Did you show copies of the
5    unusual entries to Lauterborn?
6         A.    I don't think so, no.
7         Q.    Did you have copies of the
8    unusual entries?
9         A.    I don't think I ever made
10   copies.
11        Q.    Why not?
12              MR. SHAFFER:  Objection.
13        A.    It just -- I don't know.
14        Q.    What is the early intervention
15   unit?
16        A.    The unit that when officers are
17   having issues, sometimes work related,
18   sometimes outside of work, they provide
19   counseling is my best understanding of it.
20        Q.    Who did you speak to at early
21   intervention?
22        A.    A police officer.  I don't
23   recall his name.
24        Q.    This was a police officer who
25   worked in the early injury invention unit of

Page 100

1              STEVEN WEISS
2    NYPD?
3         A.      Yeah.   That's what I believe it
4    was.   The early invention unit.
5         Q.      Where is the early invention
6    unit located?
7         A.      Somewhere in headquarters.
8         Q.      What did you tell the police
9    officer from the early invention unit about
10   Schoolcraft?
11        A.      That I was worried about his --
12   worried about him, because he -- I had
13   discovered that at some point while he was
14   on that -- apparently, while he was on that
15   leave at some point, that there had been
16   some kind of incident with his father
17   upstate, where his father was hospitalized
18   and that there was a burglary in his
19   father's residence and there was an urn that
20   had Officer Schoolcraft's deceased mother or
21   brother's ashes in it that had been stolen
22   and that he was trying to locate the people
23   that did that and it was causing him some
24   type of mental distress and that kind of
25   coupled with this weird stuff here, I was

Page 101

STEVEN WEISS

1
2    concerned for his wellbeing, how he was
3    handling the situation.  So I wanted some
4    advice as to what to do.
5         Q.    When you're referring to this
6    stuff here in your prior answer, were you
7    referring to -- what were you referring to?
8         A.    I mean, the bizarre entries in
9    the memo book and just his behavior calling
10   the duty captain to his foot post.  Kind of
11   arguing with me about being off post.
12        Q.    Hadn't he already received a
13   failing evaluation by this time, as well?
14        A.    You see that's the thing, I
15   would imagine that that evaluation was
16   prepared before that.  I don't remember
17   dates when I spoke to this guy at early
18   invention.  It was while he still had his
19   gun and shield, but at real short -- within
20   the time I spoke to him, his firearm and his
21   shield were removed within like a week.  So
22   it was somewhere -- you figure out the
23   timeframe for me.
24        Q.    So it was about a week between
25   the time that you spoke to the police

Page 102

STEVEN WEISS

1
2   officer from early intervention and when
3   Schoolcraft had his gun and shield removed?
4        A.       It was a week or two 'cause I
5   remember him coming back to the precinct and
6   that's one of the meetings I had spoken
7   about earlier and he wouldn't really
8   elaborate on what had happened, other than
9   he wasn't modified, but he didn't have his
10  firearm anymore.
11       Q.       Did you provide any other
12  information to the early intervention unit
13  about Schoolcraft?
14       A.       Yeah, I faxed them a copy of a
15  newspaper article that I found on the
16  internet regarding this incident with his
17  father and the missing ashes.
18       Q.       Did you send him anything else?
19       A.       I don't think so.
20       Q.       Was -- it was a him?
21       A.       Yes, it was definitely a him.
22       Q.       Did you fill out any forms or
23  follow any patrol guide procedures with
24  respect this interaction you had with the
25  early intervention unit?

Page 103

                    STEVEN WEISS

1

2       A.      No, that I remember, I don't.

3               (Plaintiff's Exhibit 126,

4       document, was marked for identification

5       as of this date by Mr. Smith.)

6       Q.      Showing you what's marked as

7   126.  It's a two-page document Bates Stamp

8   Numbers 2844 through 45.  Is this the

9   article that you were just referring to?

10      A.      Yes.

11      Q.      Is that your handwriting on the

12  first page?

13      A.      Yes, it is.  In relation to the

14  September '07 and January '08 this thing on

15  the bottom --

16      Q.      Yeah, you anticipated my next

17  question.  The handwriting on the right-hand

18  column on the first page, your handwriting?

19      A.      Yes.

20      Q.      What about the handwriting phone

21  number 646-610-4509; is that your

22  handwriting?

23      A.      Yes.

24      Q.      What's that a number to?

25      A.      It's a headquarters number, but

Page 104

```
 1              STEVEN WEISS
 2  I don't know what it's to.
 3       Q.     One Police Plaza?
 4       A.     Yes.
 5       Q.     Is this the phone number of the
 6  early intervention?
 7       A.     You have to call.  I don't know.
 8       Q.     You sent this article to the
 9  early intervention unit at the time that you
10  were a sergeant at the 81st Precinct; is
11  that right?
12       A.     Right.
13       Q.     Did you send the early invention
14  unit any other information about this
15  article?
16       A.     I don't know.  I don't remember
17  what else I sent them.  Says there's a 12
18  page to the fax.  So obviously I sent
19  something else.  What was sent with it, what
20  it was, I don't remember.
21       Q.     You're saying that it was 12
22  pages --
23       A.     It says at the top.
24       Q.     But that's for the fax --
25       A.     Right.
```

Page 105

1                    STEVEN WEISS

2        Q.      -- line dated January 12, 2010,

3    right?

4        A.      Correct.

5        Q.      You were not at the ICO -- you

6    were not at the 81st Precinct on January 12,

7    2010?

8        A.      No, I wasn't.  So this wouldn't

9    be the fax.  I don't know if I sent them

10   anything else.

11       Q.      You got to --

12       A.      I said I don't know if I sent

13   them anything else.

14            MR. SMITH:  I am going to call

15        for the production of the file in the

16        early invention unit file pertaining to

17        Officer Schoolcraft including, but not

18        limited to the copy of the article that

19        the witness has identified as being

20        sent to that unit.

21            MR. SHAFFER:  You have the

22        article.  You just handed it to him.

23            MR. SMITH:  No, I know.  I want

24        their copy of the article and ideally

25        all of the information reflecting when

Page 106

STEVEN WEISS

1
2 it was transmitted.  This copy does not
3 provide that information, but if the
4 witness faxed, as he said, a copy of
5 this newspaper article to that unit,
6 then there may be information in their
7 files about when it was faxed.  There
8 may be also information about what else
9 was sent to the unit and what action,
10 if anything, the unit took with respect
11 to Schoolcraft.  So I am making a
12 request for the entire file.
13   MR. SHAFFER:  Put it in writing.
14 We will take under advisement.
15  Q. You found this article,
16 Exhibit 126, on the internet?
17  A. Yes.
18  Q. Why were searching on the
19 internet for Schoolcraft?
20  A. It was -- I was -- like I said,
21 I was worried about the guy a little bit.
22 Why specifically I did it, I don't recall.
23 I imagine I was looking for anything he may
24 have posted that was on there.  I don't
25 know.  I don't really remember what led me

1               STEVEN WEISS

2    to do it.

3        Q.      He was not within your line of

4    supervision at that time, was he?

5        A.      As the ICO, everybody is in my

6    line of supervision.

7        Q.      Did Mauriello ask you to do a

8    search for information about Schoolcraft on

9    the internet?

10       A.      No.

11       Q.      Did Lauterborn ask you to do a

12   search on Schoolcraft?

13       A.      No.

14       Q.      Did Caughey ask you to do a

15   search on the internet for Schoolcraft?

16       A.      No.

17       Q.      So you did this on your own

18   initiative?

19       A.      My best recollection, yeah.

20       Q.      Do you recall speaking with

21   Caughey about speaking to the early

22   intervention unit?

23       A.      I don't recall specific

24   conversation we had about it, no.

25       Q.      Do you recall generally talking

Page 108

1              STEVEN WEISS
2    about Officer Schoolcraft with Caughey?
3         A.      We spoke about Officer
4    Schoolcraft, yes.
5         Q.      What did you speak with Caughey
6    about Officer Schoolcraft?
7         A.      Everything from the memo book to
8    the CD I gave him, to this, he appealed his
9    evaluation.
10        Q.      When you say referring to this
11   --
12        A.      To the article.
13        Q.      I mean the Leader Herald
14   article?
15        A.      Correct.  He appealed his
16   evaluation, he all of sudden had no gun and
17   we couldn't find out why, what his
18   assignment would be after he came back to
19   the precinct with no gun.  It came up in
20   conversation.
21        Q.      Did it come up in conversation
22   contacting the early intervention unit?
23             MR. SHAFFER:  Objection.
24        A.      I don't have a specific
25   recollection of speaking to about it.  It

Page 109

1                    STEVEN WEISS
2     like I said, it may or may not.  I don't
3     know.  We spoke about a lot of things.
4          Q.      What do you recall occurring at
5     the appeal meeting that you attended?
6          A.      His performance was discussed.
7     There was some discussion about how somebody
8     working in a place as busy crime wise as the
9     81st Precinct could go weeks and months on
10    end without having been involved in stopping
11    anybody in regards to robberies that
12    occurred or grand larceny -- it would be
13    impossible to not see any kind of action
14    that would necessitate the police to take
15    criminal enforcement action.  He made some
16    statements about the law and he mentioned
17    the FBI at some point and/or the feds or
18    something like that.  We talked about when
19    it was proper to stop somebody and we talked
20    about rights, violation, he mention the
21    animal thing again.  I believe I told him to
22    send into the employee suggestion that we
23    have an cruelty unit or that there was an
24    ASPCA police department that was probably
25    looking for guys.  That's pretty much my

Page 111

STEVEN WEISS

1
2     A.     I don't recall, no.
3     Q.     Do you recall Schoolcraft asking
4  about whether or not there were any
5  performance goals or quotas?
6     A.     I don't remember that.
7     Q.     Do you recall asking Schoolcraft
8  whether or not he was recording the
9  conversation?
10    A.     I think I did ask him that
11 actually.
12    Q.     Why did you ask him that?
13    A.     Just out of curiosity.  See if
14 he was recording.
15    Q.     What made you think that he was
16 recording it?
17    A.     He just -- he just was odd.  I
18 don't know how else to describe it.  It was
19 something that I could see him doing based
20 on the activity logs.  This almost obsessive
21 documentation that every single thing that
22 was going on.  It just seemed like a natural
23 progression in my thought processes that he
24 could be recording everything.  I don't know
25 how else to...

STEVEN WEISS

1
2     Q.     Was that the first time that you
3  believed that he was recording?
4     A.     I don't know when the first time
5  I -- it occurred to me that he might be.
6     Q.     On how many occasions did it
7  occur to you that he might be recording?
8     A.     I don't know.
9     Q.     Did you ever discuss the
10 possibility that Schoolcraft was recording
11 conversations with anybody at the 81st
12 Precinct?
13          MR. SHAFFER:   Objection.
14     A.     Ever.
15     Q.     Ever?
16     A.     The possibility that he was,
17 other than meeting, no, I don't believe so.
18     Q.     So at the meeting you asked
19 Schoolcraft, are you recording this?
20     A.     I believe I did.
21     Q.     And he told you what?
22     A.     Best of my recollection was he
23 said no.
24     Q.     Did you ever have any
25 conversations with anybody after that

Page 113

1                  STEVEN WEISS

2     exchange where the possibility of

3     Schoolcraft tape recording anything was

4     discussed?

5          A.     I don't believe so.

6          Q.     So you never had any discussions

7     with Caughey about whether or not

8     Schoolcraft was tape recording?

9          A.     I don't have any specific

10    recollection of having a conversation about

11    it.

12         Q.     You have a general recollection

13    of discussing it --

14         A.     No, I don't have any

15    recollection of it.

16         Q.     Let me just ask the whole

17    question, so the reporter has a whole

18    question and you get a whole answer instead

19    of piecemeal.

20         A.     All right.

21         Q.     All right.  So do you have any

22    recollection of having any discussion with

23    Caughey about Schoolcraft regarding

24    recording conversations?

25         A.     I don't have any recollection of

Page 114

1                    STEVEN WEISS
2    having a conversation with Caughey regarding
3    Schoolcraft recording.
4         Q.     Do you any have recollection of
5    having any discussions with Mauriello about
6    Schoolcraft taping conversations?
7         A.     No.
8         Q.     Do you have any recollection of
9    discussions that you had with Lauterborn
10   about Schoolcraft taping?
11        A.     I don't have any recollection,
12   no.
13             MR. SMITH:  I think this is a
14        good time to break for lunch.  It is
15        12:53.  If we can keep it under
16        45 minutes, I can try and wrap up this
17        up by midafternoon.
18             MR. SHAFFER:  Sounds good to us.
19        We will be back at 1:40.
20             MR. SMITH:  Yeah, that sounds
21        good.  12:53.
22             (Whereupon, a recess was taken.)
23             MR. SMITH:  We are going back on
24        the record, it's 1:58.
25        Q.     Before we broke for lunch we

Page 120

1                    STEVEN WEISS
2         A.       Sure.
3         Q.       Is this the patrol guide
4    procedure for EDPs?
5         A.       It is a patrol guide for EDPs.
6         Q.       Did you ever look at a patrol
7    guide procedure like this or this one in
8    particular with reference to determining
9    whether or not Schoolcraft was an
10   emotionally disturbed person?
11        A.       At one point it was -- I looked
12   over the procedure dealing with removal of
13   firearms and there is a procedure referring
14   or ordering an officer to psych services for
15   evaluation.  I don't know the procedure
16   number.  It's somewhere in the personnel
17   section, I believe, of the guide, but
18   there's a separate procedure dealing with
19   members of the service, uniformed members of
20   the service that need psychological
21   evaluation.
22        Q.       When did you look at that patrol
23   guide procedure?
24        A.       The same day that he -- he,
25   meaning Schoolcraft, requested the duty

Page 121

```
1                    STEVEN WEISS
2   captain to respond to his foot post.
3        Q.      How did you first become aware
4   that Schoolcraft had requested a duty
5   captain to respond to his post?
6        A.      I heard it on the radio.
7        Q.      What radio did you hear it on?
8        A.      My department radio.
9        Q.      And just so the record is clear,
10  the department is a radio frequency that all
11  people listening to that frequency would
12  hear; is that correct?
13              MR. SHAFFER:   Objection.
14       A.      It's a -- yes.
15       Q.      And is that radio frequency that
16  you heard this request by Schoolcraft for a
17  duty captain to come to his post, is that a
18  radio frequency that could be heard beyond
19  the confines of the 81st Precinct?
20       A.      Yes.
21       Q.      Am I correct in saying that
22  Schoolcraft's request on the radio on that
23  day for a duty captain was something that
24  emanated throughout the patrol borough
25  Brooklyn North jurisdiction?
```