# PLAINTIFF'S MOTION
# EXHIBIT 7

Page 255

1              M. Marino
2          MS. PUBLICKER METTHAM:
3       Objection.
4              You can answer.
5       A.    That's one of the procedures
6   that might allow you, yes.
7       Q.    Well, at the time that you
8   made that plan for that course of
9   action that you've already testified
10  about, did you understand that you had
11  the authority to do that based on the
12  patrol guide governing emotionally
13  disturbed people?
14      A.    I wasn't thinking about the
15  patrol guide.  I was thinking about
16  Schoolcraft's safety.
17      Q.    So when you testified about
18  the patrol guide procedure for
19  emotionally disturbed people for
20  warrantless entry for exigent
21  circumstances and to protect life,
22  those were considerations that came
23  into your mind after the event; is that
24  fair to say?
25          MS. PUBLICKER METTHAM:

```
 1                    M. Marino
 2        Objection.
 3               You can answer.
 4        A.     That's only an answer to your
 5   question as to what authority I can go
 6   into an apartment like that.
 7               At that time, none of that
 8   was on my mind.
 9        Q.     At the time that you entered
10   into that plan, did you believe that
11   Schoolcraft was an EDP?
12        A.     Yes, I did.  I believe it was
13   a possibility of it.  And I believe it
14   was a possibility that he may have
15   already harmed himself.
16        Q.     What is an EDP?
17        A.     An emotionally disturbed
18   person.
19        Q.     And how is an emotionally
20   disturbed person defined in your mind?
21   How do you know you've got one?
22               MS. PUBLICKER METTHAM:
23        Objection.
24               You can answer.
25        A.     By my experience are you
```

1                M. Marino

2    asking, sir?

3        Q.    Yes.

4        A.    By a person who is acting

5    irrational to the point where they may

6    cause damage to themselves or someone

7    else?

8        Q.    And in what way did you

9    believe that Schoolcraft was an EDP

10   while you were on the landing outside

11   of his apartment?

12       A.    Based upon what I had been

13   told in the lot.  The previous

14   psychological history.  Based upon the

15   way he left the precinct against

16   orders, which would be an irrational

17   act, based upon the fact that he was

18   answering his phone and refused to

19   answer.  Based upon the fact that there

20   were police officers all around his

21   house and on his stairs knocking, and

22   there had been no movement heard in the

23   last hour.

24       Q.    Anything else?

25       A.    No.

1                    M. Marino

2       Q.     What made you think that he

3    was a danger to himself or others?

4       A.     From what I just told you.

5       Q.     Did you have any information

6    that he had threatened to hurt himself?

7       A.     No.

8       Q.     Did you have information that

9    he threatened to hurt anybody else?

10      A.     No.

11      Q.     What information about his

12   previous psychological history did you

13   have?

14      A.     None, just that he had been

15   to -- sent to psych services and that

16   apparently he had some type of problem.

17      Q.     Who told you he was sent to

18   psych services?

19      A.     One of the gentleman in the

20   house.

21      Q.     Did you they tell you when he

22   was sent to psych services?

23      A.     No, just that it had been

24   previous to this.

25      Q.     Did anybody tell you that