# PLAINTIFF'S MOTION
# EXHIBIT 9



| | SUPERVISOR'S COMPLAINT REPORT/ | Command Ser. No. 2009-081-0017 |
|---|---|---|
| | COMMAND DISCIPLINE ELECTION REPORT | Schedule: [x] A [ ] B |
| | PD 468-123 (Rev. 04-06) | |

From: Integrity Control Officer, 081 Precinct

To: Commanding Officer, 081 Precinct

Subject: REPORT OF VIOLATION OF THE RULES AND PROCEDURES

EXHIBIT
168
9/19/14

| Member Complained Of: | Rank | Full Name | Tax No. | | Command |
|---|---|---|---|---|---|
| | po | Schoolcraft, Adrian | ▆▆▆ | | 81 |
| Location where violation occurred | | | Time | Date | Day of Week |
| BN AAB | | | 1517 | 02/03/09 | Tuesday |
| Complainant (if any): | Name and Address | | | | Telephone Number |

Details of Violation:
Subject Officer arrived at BN AAB at 1517 hours, 47 minutes after proper arrival time. Officer was dressed improperly, arriving in court wearing jeans and sneakers.

The Member was [ ] was not [ ] warned and admonished, and

was [ ] was not [ ] instructed in the proper performance of duty and/or procedure.

| Signature of Supervisor Preparing Report | Rank | Signature | Tax Number | Command | Date |
|---|---|---|---|---|---|
| | LT | ⎯ T ⎯ 8837 | ▆▆▆ | 81 | 02/05/09 |

FOLLOW-UP

[ ] Unsubstantiated  [ ] Command Discipline Accepted

[ ] Charge and Specifications Precinct Ser. No. _____  [ ] Command Discipline Review Panel

Final Disposition:

| Rank | Signature of Commanding Officer | Tax Number | Command | Date |
|---|---|---|---|---|
| | | | | |

Instructions:
Commanding Officers must investigate and report disposition under FOLLOW-UP.
If a schedule "B" violation is substantiated, send a completed copy of this report (Front and Rear), to the Department Advocate's Office.

D000083



## COMMAND DISCIPLINE REPORT/ELECTION

Command Ser. No.  2008-081-0017

| Member's Name | Rank | Tax Number | Command /Assignment |
|---|---|---|---|
| Schoolcraft, Adrian | PO | ▮ | C-1 |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action; or accept the finding but appeal the proposed disciplinary action to the Command Discipline Review Panel for final determination; or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a Trail Commissioner. You must complete and return this form to the undersigned within three working days.

**Summary of Investigation and Disposition of Complaint:**

| Finding | | Disciplinary Action Recommended | | |
|---|---|---|---|---|
| Rank | Signature of Commanding Officer | Tax Number | Command | Date |

### TO BE COMPLETED BY MEMBER CHARGED:

I understand that I do not have to accept the finding and the disciplinary action recommended by my commanding officer or unit head. My right to have this matter reviewed as to the proposed disciplinary action only, by the Command Discipline Review Panel, and my right to a statutory hearing before a Trail Commissioner have been explained to me and I Hereby voluntarily:

[ ]   Accept the finding and the proposed disciplinary action.

[ ]   Accept the finding but elect to have the disciplinary action reviewed by the Command Discipline Review Panel.

[ ]   Decline to accept any disciplinary action without a statutory hearing.

Any decision arrived at relative to this case is apart from and does not preclude further exercise of management prerogative such as reduction in grade, transfer, reassignment, etc.

| Officer's Signature | Date | Witnessed By: (Name, Rank, Shield) |
|---|---|---|

If a schedule "B" violation is substantiated, send a completed copy of this report (Front and Rear) to the Department Advocate's Office.

D000084



SUPERVISOR'S COMPLAINT REPORT/
COMMAND DISCIPLINE ELECTION REPORT
PD 468-123 (Rev. 04-06)

Command Ser. No. _____ 2009-081-028
Schedule: [X] A   [ ] B

From: Assistant Integrity Control Officer, 81st Precinct

To: Commanding Officer, 81st Precinct

Subject: **REPORT OF VIOLATION OF THE RULES AND PROCEDURES**

| Member Complained Of: | Rank | Full Name | Tax No. | | Command |
|---|---|---|---|---|---|
| | PO | Schoolcraft, Adrian | ▮▮▮▮ | | 081 |
| Location where violation occurred | | | Time | Date | Day of Week |
| 120 Chauncey Street, Brooklyn, NY 11233 | | | 1900 to 1930 hrs | 03/15/09 | Sunday |
| Complainant (If any): | Name and Address | | | | Telephone Number |
| | New York City Police Department | | | | N/A |

Details of Violation: **Violation of: PG 203-05 (2), PG 203-05 (2)(a), 212-08 (1)(c)(3), PG 206-03 (11)**

On March 15, 2009 between the hours of 1900 and 1930 Police Officer Schoolcraft was observed off his assigned post inside of a building located at 120 Chauncey Street, Brooklyn. Officer Schoolcraft was not relived from his post, nor was there a condition that required police attention at the time of the incident that required him to leave his post. He was observed engaging in unnecessary conversation with Police Officer Jackson Chan during that time period. At the time of occurrence the post of Police Officer Schoolcraft was Reid Avenue, Between Bainbridge Street and Chauncey Street. The address '20 Chauncey Street is not included on that post.

.thermore, an inspection of the Activity Log of Officer Schoolcraft reveals that no entry was made in regards to him leaving his post.

---

The Member was [X]   was not [ ]   warned and admonished, and

was [X]   was not [ ]   instructed in the proper performance of duty and/or procedure.

| Signature of Supervisor Preparing Report | Rank | Signature | Tax Number | Command | Date |
|---|---|---|---|---|---|
| | SGT | *(signed)* | 924615 | 081 | 03/15/2009 |

**FOLLOW-UP**

[ ] Unsubstantiated             [ ] Command Discipline Accepted

[ ] Charge and Specifications   [ ] Command Discipline Review Panel
    Precinct Ser. No._____

Final Disposition:

| Rank | Signature of Commanding Officer | Tax Number | Command | Date |
|---|---|---|---|---|
| | | | | |

istructions:
Commanding Officers must investigate and report disposition under FOLLOW-UP.
If a schedule "B" violation is substantiated, send a completed copy of this report (Front and Rear), to the Department Advocate's Office.

D000081



# COMMAND DISCIPLINE REPORT/ELECTION

Command Ser. No. 2009-081-028

| Member's Name | Rank | Tax Number | Command /Assignment |
|---|---|---|---|
| Schoolcraft, Adrian | Police Officer | ▮▮▮▮ | 081 |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action; or accept the finding but appeal the proposed disciplinary action to the Command Discipline Review Panel for final determination; or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a Trail Commissioner. You must complete and return this form to the undersigned within three working days.

**Summary of Investigation and Disposition of Complaint:**

| Finding | | Disciplinary Action Recommended | | |
|---|---|---|---|---|
| Rank | Signature of Commanding Officer | Tax Number | Command | Date |

## TO BE COMPLETED BY MEMBER CHARGED:

I understand that I do not have to accept the finding and the disciplinary action recommended by my commanding officer or unit head. My right to have this matter reviewed as to the proposed disciplinary action only, by the Command Discipline Review Panel, and my right to a statutory hearing before a Trail Commissioner have been explained to me and I Hereby voluntarily:

☐ Accept the finding and the proposed disciplinary action.

☐ Accept the finding but elect to have the disciplinary action reviewed by the Command Discipline Review Panel.

☐ Decline to accept any disciplinary action without a statutory hearing.

Any decision arrived at relative to this case is apart from and does not preclude further exercise of management prerogative such as reduction in grade, transfer, reassignment, etc.

| Officer's Signature | Date | Witnessed By: (Name, Rank, Shield) |
|---|---|---|

If a schedule "B" violation is substantiated, send a completed copy of this report (Front and Rear) to the Department Advocate's Office.

D000082

01/13/2010 16:43  #8574  #4  81 TDO OFFICE  #D  PAGE 02/20

**SUPERVISOR'S COMPLAINT REPORT/**
**COMMAND DISCIPLINE ELECTION REPORT**
PD 468-123 (Rev 04-06)

Command Ser. No. 2010 - 081 -002-℀
Schedule: [x] A   [ ] B

From: Lt. Rafael Mascol

To: Commanding Officer, 81st Precinct

Subject: REPORT OF VIOLATION OF THE RULES AND PROCEDURES

| Member Complained Of: | Rank | Full Name | Tax No. | Command |
|---|---|---|---|---|
| | P. O. | Adrian Schoolcraft | ▮ | 081 |

| Location where violation occurred | Time | Date | Day of Week |
|---|---|---|---|
| 081 Precinct Station House (T. S.) | 0755 | 09/09/09 | Wednesday |

| Complainant (If any): | Name and Address | Telephone Number |
|---|---|---|
| | N/A | N/A |

Details of Violation:
On the above date and time memembers of the Quality Assurance Division assigned to the CPR Testing and Monitoring Unit telephoned the 081 Precinct's T. S.
1) Inadequate preformance on T. S.
2) Officer did not list the assignment on the Telephone Dispatch Log.
3) A call for service was not addressed

The Member was [X] was not [ ] warned and admonished, and

was [X] was not [ ] instructed in the proper performance of duty and/or procedure.

| Signature of Supervisor Preparing Report | Rank | Signature | Tax Number | Command | Date |
|---|---|---|---|---|---|
| | Lt | Rafael Mascol | ▮ | 81 | 1/09//2010 |

**FOLLOW UP**

[ ] Unsubstantiated        [ ] Command Discipline Accepted

[ ] Charge and Specifications Precinct Ser. No. ___        [ ] Command Discipline Review Panel

Final Disposition:

| Rank | Signature of Commanding Officer | Tax Number | Command | Date |
|---|---|---|---|---|
| | | | | |

Instructions:
Commanding Officers must investigate and report disposition under FOLLOW-UP.
If a schedule "B" violation is substantiated, send a completed copy of this report (Front and Rear), to the Department Advocate's Office

JC)b

D001692

21/13/2010  18:43   718574  ···4              BI IOD OFFICE  PD              PAGE  02/03

## COMMAND DISCIPLINE REPORT/ELECTION

Command Ser. No. __2010 - 091 - 003__

| Member's Name | Rank | Tax Number | Command /Assignment |
|---|---|---|---|
| Adrian Schoolcraft | P. O. | ███ | 81 |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action, or accept the finding but appeal the proposed disciplinary action to the Command Discipline Review Panel for final determination, or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a Trial Commissioner. You must complete and return this form to the undersigned within three working days.

**Summary of Investigation and Disposition of Complaint:**

| Finding | | Disciplinary Action Recommended | | |
|---|---|---|---|---|
| Rank | Signature of Commanding Officer | Tax Number | Command | Date |

**TO BE COMPLETED BY MEMBER CHARGED:**

I understand that I do not have to accept the finding and the disciplinary action recommended by my commanding officer or unit head. My right to have this matter reviewed as to the proposed disciplinary action only, by the Command Discipline Review Panel, and my right to a statutory hearing before a Trial Commissioner have been explained to me and I hereby voluntarily:

[  ]  Accept the finding and the proposed disciplinary action.

[  ]  Accept the finding but elect to have the disciplinary action reviewed by the Command Discipline Review Panel.

[  ]  Decline to accept any disciplinary action without a statutory hearing.

Any decision arrived at relative to this case is apart from and does not preclude further exercise of management prerogative such as reduction in grade, transfer, reassignment, etc.

| Officer's Signature | Date | Witnessed By: (Name, Rank, Shield) |
|---|---|---|

If schedule "B" violation is substantiated, send a completed copy of this report (Front and Rear) to the Department Advocate's Office.

D001693

Received:
01/14/2010  13:29    7185742??64        Jan 14 2010 01:27pm
                                        81 ICD OFFICE NYPD              PAGE  01/14

**SUPERVISOR'S COMPLAINT REPORT/**
**COMMAND DISCIPLINE ELECTION REPORT**
PD 468-123 (Rev. 04-06)

Command Ser. No. __98__
Schedule: ☒ A   ☐ B

From: Sgt MEYER
To: C.O Elect

Subject: REPORT OF VIOLATION OF THE RULES AND PROCEDURES

| Member Complained Of: | Rank | Full Name | Tax Number | Command |
|---|---|---|---|---|
| | PO | Schoolcraft, ADRIAN | 931186 | 081 |

| Location Where Violation Occurred | Time | Date | Day of Week |
|---|---|---|---|
| 30 Ralph Av. | 1510 | 10-24-09 | SAT |

Complainant (if any): Name and Address | Telephone Number

Details of Violation:
At TPO PO Schoolcraft was Instructed to make A re notification to the Brooklyn Child Abuse Squad In RE: To A Dir + UF61 That He Filled out. PO Schoolcraft Failed to make The Notification Before Going EOT.

The Member was ☐ was not ☒ warned and admonished, and
was ☒ was not ☐ instructed in the proper performance of duty and/or procedure.

| Signature of Supervisor Preparing Report: | Rank | Signature | Tax Number | Command | Date |
|---|---|---|---|---|---|
| | Sgt | MEYER, William | 916721 | 081 | 10-24-09 |

**FOLLOW-UP**

☐ Unsubstantiated                    ☐ Command Discipline Accepted

☐ Charge and Specifications          ☐ Command Discipline Review Panel

Precinct Ser. No. _____

Final Disposition:

| Rank | Signature of Commanding Officer | Tax Number | Command | Date |
|---|---|---|---|---|
| | | | | |

Instructions:
Commanding Officers must investigate and report disposition under FOLLOW-UP.
If a schedule "B" violation is substantiated, send a completed copy of this report (front and rear), to the Department Advocate's Office.

JR 26

```
01/14/2010  13:29    Received.              Jan 14 2010 01:28pm
                     718574? ?64            01 ICU OFFICE   PD         PAGE  04/14
```

## COMMAND DISCIPLINE REPORT / ELECTION

Command Ser. No. _____

| Member's Name | Rank | Tax Number | Command/Assignment |
|---|---|---|---|
| Schoolcraft, ADRIAN | PO | 931186 | 081 / TIS |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action; or accept the finding but appeal the proposed disciplinary action to the Command Discipline Review Panel for final determination; or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a Trial Commissioner. You must complete and return this form to the undersigned within three working days.

**Summary of Investigation and Disposition of Complaint:**

| Finding | | | Disciplinary Action Recommended | | |
|---|---|---|---|---|---|
| Rank | Signature of Commanding Officer | | Tax No. | Command | Date |

**TO BE COMPLETED BY MEMBER CHARGED**

I understand that I do not have to accept the finding and the disciplinary action recommended by my commanding officer or unit head. My right to have this matter reviewed as to the proposed disciplinary action only, by the Command Discipline Review Panel, and my right to a statutory hearing before a Trial Commissioner have been explained to me and I hereby voluntarily:

☐ Accept the finding and the proposed disciplinary action.

☐ Accept the finding but elect to have the disciplinary action reviewed by the Command Discipline Review Panel.

☐ Decline to accept any disciplinary action without a statutory hearing.

Any decision arrived at relative to this case is apart from and does not preclude further exercise of management prerogative such as reduction in grade, transfer, reassignment, etc.

| Officer's Signature | Date | Witnessed By: (Rank, Name, Shield) |
|---|---|---|

If a Schedule "B" violation is substantiated, send a completed copy of this report (front and rear), to the Department Advocate's Office.

NYC00002854

```
                    Received:                          Jan 14 2010 01:27pm
01/14/2010  13:29   718574^^^64       81 ICO OFFICE    PD              PAGE   02/14
```



SUPERVISOR'S COMPLAINT REPORT/　　　　　Command Ser. No. 2009-081-0104
COMMAND DISCIPLINE ELECTION REPORT　　　　　　Schedule: [ ] A    [ ] B
PD 468-123 (Rev 04-06)

From: Integrity Control Officer, 081 Precinct

To: Commanding Officer, 081 Precinct

Subject: **REPORT OF VIOLATION OF THE RULES AND PROCEDURES**

| Member Complained Of | Rank | Full Name | Tax No | | Command |
|---|---|---|---|---|---|
| | PO | Schoolcraft, Adrian | 931186 | | 81 |
| Location where violation occurred | | | Time | Date | Day of Week |
| PBBN BOROUGH | | | 1445 | 10/28/2009 | WED |
| Complainant (If any): | Name and Address | | | | Telephone Number |

Details of Violation:

At t/p/o subject officer was observed off post, f/o PBBN. Subject Officer had a scheduled meeting at PBBN at 1100 hours, and was dismissed at 1130 hours. Officer was observed at PBBN at 1445 hours. Officer failed to return to the 081 Precinct in a timely manner.
Officer failed to make proper Activity Log entries, in that he failed to document the time he left PBBN to return to the 081 Precinct.

The Member was [ ] was not [ ] warned and admonished, and

was [ ] was not [ ] instructed in the proper performance of duty and/or procedure.

| Signature of Supervisor Preparing Report | Rank | Signature | Tax Number | Command | Date |
|---|---|---|---|---|---|
| | LT | | 885374 | 81 | 11/05/2009 |

FOLLOW-UP

[ ] Unsubstantiated                [ ] Command Discipline Accepted

[ ] Charge and Specifications      [ ] Command Discipline Review Panel
    Precinct Ser. No.___

Final Disposition:

| Rank | Signature of Commanding Officer | Tax Number | Command | Date |
|---|---|---|---|---|
| | | | | |

Instructions:
Commanding Officers must investigate and report disposition under FOLLOW-UP.
If a schedule "B" violation is substantiated, send a completed copy of this report (Front and Rear), to the Department Advocate's Office.

NYC0000285

01/14/2010  13:29    Received: 718574764            Jan 14 2010 01:28pm
                                                      81 ICO OFFICE    PD                    PAGE  03/14

## COMMAND DISCIPLINE REPORT/ELECTION

Command Ser. No  2009-081-0104

| Member's Name | Rank | Tax Number | Command /Assignment |
|---|---|---|---|
| Schoolcraft, Adrian | PO | 931186 | 081 TS |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action; or accept the finding but appeal the proposed disciplinary action to the Command Discipline Review Panel for final determination; or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a Trail Commissioner. You must complete and return this form to the undersigned within three working days.

**Summary of Investigation and Disposition of Complaint:**

| Finding | | Disciplinary Action Recommended | | |
|---|---|---|---|---|
| Rank | Signature of Commanding Officer | Tax Number | Command | Date |

### TO BE COMPLETED BY MEMBER CHARGED:

I understand that I do not have to accept the finding and the disciplinary action recommended by my commanding officer or unit head. My right to have this matter reviewed as to the proposed disciplinary action only, by the Command Discipline Review Panel, and my right to a statutory hearing before a Trail Commissioner have been explained to me and I Hereby voluntarily.

[ ]  Accept the finding and the proposed disciplinary action.

[ ]  Accept the finding but elect to have the disciplinary action reviewed by the Command Discipline Review Panel.

[ ]  Decline to accept any disciplinary action without a statutory hearing

Any decision arrived at relative to this case is apart from and does not preclude further exercise of management prerogative such as reduction in grade, transfer, reassignment, etc.

| Officer's Signature | Date | Witnessed By: (Name, Rank  Shield) |
|---|---|---|

If a schedule "B" violation is substantiated, send a completed copy of this report (Front and Rear) to the Department Advocate's Office.

JAN-06-2010 15:37 Received       Jan 6 '10 02:50pm

P.02/02



**SUPERVISOR'S COMPLAINT REPORT/ COMMAND DISCIPLINE ELECTION REPORT**
PD 468-123 (Rev 04-06)

Command Ser. No. 2010-081-02
Schedule: ☒ A  ☐ B

From: Integrity Control Officer, 050 Precinct
To: Commanding Officer, 081 Precinct

Subject: REPORT OF VIOLATION OF THE RULES AND PROCEDURES

| Member Complained Of: | Rank | Full Name | Tax Number | Command |
|---|---|---|---|---|
| | PO | Schoolcraft, Adrian | 931186 | 081 |

| Location Where Violation Occurred | Time | Date | Day of Week |
|---|---|---|---|
| 3450 Kingsbridge Avenue | | | |

| Complainant (if any): | Name and Address | Telephone Number |
|---|---|---|
| | | |

**Details of Violation:**

On Monday December 14, 16, 18, 21, 23, 25, 28, 30 of 2009 until Wednesday January 6, 2010, PO Schoolcraft did failed to report to the 50th Precinct as directed by LT. Rudnell, Brooklyn North Investigations Unit for a suspended member's visit. IAB notified. IAB log # 2010-00885 was assigned.

The Member was ☐ was not ☒ warned and admonished, and
was ☐ was not ☒ instructed in the proper performance of duty and/or procedure.

| Signature of Supervisor Preparing Report: | Rank | Signature | Tax Number | Command | Date |
|---|---|---|---|---|---|
| | LT | | 906153 | 050 | 01/06/10 |

**FOLLOW-UP**

☐ Unsubstantiated                    ☐ Command Discipline Accepted
☐ Charge and Specifications          ☐ Command Discipline Review Panel

Precinct Ser. No. _____

Final Disposition:

| Rank | Signature of Commanding Officer | Tax Number | Command | Date |
|---|---|---|---|---|
| | | | | |

**Instructions:**
Commanding Officers must investigate and report disposition under FOLLOW-UP.
If a schedule "B" violation is substantiated, send a completed copy of this report (front and rear), to the Department Advocate's Office.

TOTAL P.02

Attachment "A"

JAN-06-2010 16:37 Received. Jan 6 ... 02:50pm P.01/02

50th Precinct
3450 Kingsbridge Ave.
Bronx, N.Y. 10463
Phone # 718-543-5738
Fax # 718-543-5771

**50th Precinct –
Integrity Control Officer**

# Fax

To: Sgt Newman    From: 50th Precinct Integrity Control Officer
Fax:                Pages: 2
Phone: 718-543-5738    Date: 01/06/10
Re:                 CC:

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

• Comments:

– PO Schoolcraft CD

Any questions please call
(718) 543-5738.

Thanks;
Lt Dcorek.

IR-10

NYC00002812