# PLAINTIFF'S MOTION EXHIBIT 10

```
 2      A.    I told him that based on the
 3  scenario of those kids violating laws,
 4  sitting on the front of that person's step
 5  and that further inquiries should be made.
 6      Q.    You listened to that recording
 7  within the past month, right?
 8      A.    Yes, yes.
 9      Q.    Did you also review a transcript
10  of that recording?
11      A.    I don't remember.
12      Q.    The conversation that you had
13  with Schoolcraft in March of 2009, the one
14  that was recorded, the one we were just
15  talking about, that came about because
16  Schoolcraft got on the radio and asked for
17  a Duty Captain; is that right?
18      A.    Correct.
19      Q.    Who was the Duty Captain that
20  day?
21      A.    I was.
22      Q.    Who assigned you the function of
23  being Duty Captain for that day?
24      A.    There was a girl Police Officer
25  who makes the schedule for Captains and
```

LAUTERBORN

Page 183

1
2  writing, fax, email, some other way?
3       A.    They were given orally, then they
4  were written down on a formatted page and,
5  you know, they went to the appropriate
6  people.   I don't know how they got
7  distributed.
8       Q.    That format page was for the day?
9       A.    For the week.
10      Q.    For the week?
11      A.    Yeah.
12            MR. SMITH:   I call for the
13      production of the formatted pages for
14      the weeks that are contained within
15      March of 2009 and October of 2009.
16            MS. METTHAM: Put the request
17      in writing, we will take it under
18      advisement.
19      Q.    So on the day that Schoolcraft
20 was complaining to you about Caughey's,
21 from his perspective, retaliation against
22 him, you were the Duty Captain that day?
23      A.    From what I remember, yes.
24      Q.    How did you become aware of the
25 fact that Schoolcraft was requesting the

1
2    Duty Captain to come to his footpost?
3        A.    I was listening to my radio, the
4    police radio, not paying full attention to
5    it but I thought that I heard that request
6    but I wasn't one hundred percent sure that
7    I was hearing what I was hearing.  And then
8    I don't know how much time goes by, the
9    Desk Officer, at the time, comes in to me
10   and stated that somebody is calling for the
11   Duty Captain over the air, which I thought
12   was kind of unusual.  And then later I
13   found out that it was Adrian Schoolcraft.
14       Q.    Why was it unusual for an officer
15   to be calling for the Duty Captain on the
16   radio?
17       A.    Usually, you know, you go through
18   the rank before Captain got called
19   structurally, you know, Supervisor, a
20   Sergeant, a Lieutenant, if they deemed it
21   necessary for a Duty Captain to come to the
22   scene, they would be the ones to make that
23   decision and to make that call.
24       Q.    It's almost like Schoolcraft was
25   going outside the chain of command by

```
 1
 2    calling for the Duty Captain; is that
 3    right?
 4         A.    Yeah.  A little bit, yeah.
 5         Q.    The other Duty Captain candidates
 6    for March of 2009, can you identify any of
 7    them for me, who the other guys were that
 8    you shared this function with?
 9         A.    I can't.  I don't remember who
10    was there at that time.  If they were even
11    in a Duty Chart.
12         Q.    Were any your colleagues at the
13    81 in the Duty Chart in March 2009?
14         A.    It would only be Captains in that
15    chart.
16         Q.    So that's just you?
17         A.    Just me in the 81, yeah.
18         Q.    So the other ten to fourteen
19    Captains came from any one of the various
20    precincts in Brooklyn Patrol North, right?
21         A.    Yes.
22         Q.    After you heard and understood
23    that somebody out on footpost was calling
24    for the Duty Captain, what did you do?
25         A.    When I found out who it was, I
```

LAUTERBORN

Page 186

1
2  had -- I talked to the Supervisor and had
3  them bring in Schoolcraft to see what the
4  problem was.
5      Q.   Who did you speak to; what
6  Supervisor?
7      A.   I'm not one hundred percent.  It
8  might have been Sergeant Stukes.
9      Q.   Why didn't you go out to the
10 footpost?
11          MS. METTHAM: Objection.
12     A.   Just by choice I had him come in.
13     Q.   What are the duties of a Duty
14 Captain?
15          MS. METTHAM: Objection.
16     A.   Basically they would provide a
17 supervision in the rank of Captain to those
18 commands that don't have a Captain working,
19 Captain or above, I should say,
20 essentially, if there was a precinct that
21 was without a Captain, whether he may be
22 off for that night or on vacation and that
23 particular precinct may need a Captain to
24 respond. That would be my role -- my role
25 as well as a whole varied other supervisory

1
2  refers to?
3           MS. METTHAM: Objection. You
4     can answer.
5     A.    I don't think so.
6     Q.    Did you ever witness any
7  downgrading or improper classifications
8  going on at the 81?
9           MS. METTHAM: Objection. You
10    can answer.
11    A.    No.
12    Q.    Were there any numerical quotas
13 imposed on the Police Officers at the 81?
14          MS. METTHAM: Objection. You
15    can answer.
16    A.    No.
17    Q.    Can you tell me the first time
18 that you learned or suspected that there
19 was a Quad Investigation of the 81?
20          MS. METTHAM: Objection. Asked
21    and answered. You can answer again.
22          MR. KRETZ: Objection.
23    A.    I can't say what time or what
24 date I learned of it.
25    Q.    Can you tell me when you first

```
 1
 2    suspected that there was a Quad
 3    Investigation going on?
 4              MS. METTHAM: Objection.
 5         A.    Sometime in the summer of 2009.
 6         Q.    What triggered that suspicion on
 7    your part?
 8         A.    The request for a couple hundred
 9    Complaint Reports.
10         Q.    Who made that request?
11         A.    I don't know who it was.
12         Q.    How did you learn about the
13    request?
14         A.    Through conversations with
15    Inspector Mauriello.
16         Q.    He told you or you told him?
17         A.    He brought it up.  He knew that
18    it was from -- what I could remember, he
19    knew they were pulled.
20         Q.    When did you first learn that
21    Schoolcraft was recording members of the
22    service?
23         A.    Well, I had some idea on the
24    night of October 31st when we saw the
25    recording device.
```

```
 1
 2      Q.      Did you have any idea that he was
 3   recording members of the service before
 4   that?
 5      A.      No.
 6      Q.      Did you ever have any discussion
 7   with anybody about the fact that
 8   Schoolcraft was recording members of the
 9   services before October 31, 2009?
10      A.      Again, it was overheard in
11   conversations that there was speculation of
12   people recording.
13      Q.      I want to know about speculations
14   about Schoolcraft recording, when were
15   those speculations going on?
16      A.      I can't say, specifically, when
17   but it was just throughout the year.
18      Q.      Throughout 2009?
19      A.      Throughout 2009.
20      Q.      Did anybody ever confront him
21   about that?
22      A.      I don't know.
23              MS. METTHAM: Objection. You
24        can answer.
25      Q.      When did you first learn that
```

```
 1
 2    second entry in the apartment."
 3              There came a time when Chief
 4    Marino said that Schoolcraft was an EDP,
 5    right?
 6         A.   Yes, at a certain point.
 7         Q.   That was the determination by
 8    Chief Marino without the input of anybody
 9    from EMT; is that correct?
10         A.   He used the input of the EMT's.
11         Q.   Were they there when he made that
12    decision?
13         A.   They were there.
14         Q.   They concurred with that
15    decision?
16              MS. METTHAM: Objection.
17         A.   I don't know.
18         Q.   It appeared to you that they
19    acquiesced that decision?
20              MS. METTHAM: Objection.
21         A.   I didn't hear anything from them
22    saying otherwise.
23         Q.   There came a time when
24    Schoolcraft was, physically, restrained and
25    cuffed, right?
```

LAUTERBORN

Page 323

1
2     A.   Yes.
3     Q.   You aided Brooklyn North
4 Investigators in doing that, correct?
5     A.   Yes.
6     Q.   You got on your knees and put
7 your hands on his legs and held him down,
8 correct?
9     A.   Correct.
10    Q.   Who were the individuals that
11 grabbed Schoolcraft and put him on the
12 floor?
13          MS. METTHAM: Objection.
14    A.   There was some members of
15 Brooklyn North Investigation. I don't know
16 exactly what part they played in either
17 grabbing Schoolcraft or putting him on the
18 floor.
19    Q.   Who were the individuals from
20 Brooklyn North Investigation?
21    A.   Their names, I can only remember
22 Hawkins, Gough, I can't remember the other.
23    Q.   Did you know them? Is this the
24 first time you ever --
25    A.   I knew them.