# PLAINTIFF'S MOTION EXHIBIT 11

