# PLAINTIFF'S MOTION
# EXHIBIT 12

Page 105

1              C. LAMSTEIN-REISS, M.D.

2         A.      The day that I completed this

3    form, which was April 15, 2009.

4         Q.      How do you know that you

5    completed this form April 15, 2009.

6         A.      'Cause that's the date I wrote

7    on it.

8         Q.      Where are you referring to?

9         A.      The bottom left part of the

10   page.  To the left of my name and signature.

11        Q.      Is that the date that you also

12   wrote the diagnosis, stress anxiety?

13              MS. PUBLICKER METTHAM:

14        Objection.

15        A.      Yes.

16        Q.      And is that your handwriting

17   under the words treatment recommended?

18        A.      Yes.  Everything below --

19   everything below where it says consultant's

20   a report is my handwriting except for the

21   4/13/09 assigned to psych AK.

22        Q.      Could you please read slowly

23   into the record what your handwriting is

24   under the entry treatment recommended?

25        A.      Yes.  That's actually clear

```
 1              C. LAMSTEIN-REISS, M.D.
 2   handwriting this time.  Okay, but I'm happy
 3   to.  Psychotherapy recommended CBT, which
 4   stands for cognitive behavioral therapy to
 5   improve coping skills and reduce physical
 6   symptoms of stress.
 7        Q.     What's the entry below that
 8   under the prognosis?
 9        A.     Good with treatment.
10        Q.     What was the treatment that you
11   were recommending?
12        A.     As stated above that, I
13   recommended cognitive behavioral therapy.
14        Q.     Is that talk therapy
15   essentially?
16              MS. PUBLICKER METTHAM:
17        Objection.
18        A.     It is more specific than that.
19   It works on your thoughts, your behaviors,
20   your physical reactions and how those things
21   all affect each other, and in this case, I
22   was recommending stress management training
23   to learn the ways of reducing physical
24   manifestations of stress, as well as the
25   psychological manifestations of stress.
```

Page 107

```
 1              C. LAMSTEIN-REISS, M.D.
 2    It's actually teaching specific skills
 3    that's not as simple as just, it's not like
 4    just go talk about what's bothering you.
 5         Q.      When you wrote this entry, how
 6    much treatment did you anticipate would be
 7    required?
 8              MS. PUBLICKER METTHAM:
 9         Objection.
10         A.      That would be between him and
11    the treatment provider.  We don't mandate
12    treatment.  We never mandate.  We recommend
13    it.
14         Q.      Okay, well, when you recommended
15    treatment, how long a course of treatment
16    were you recommending?
17              MS. PUBLICKER METTHAM:
18         Objection.
19         A.      I was recommending providers who
20    do a certain type of therapy.  I thought
21    that would be most helpful to him and that
22    would be between him and the provider.
23    Typically, CBT tends to be a shorter course
24    of treatment compared to other things.
25         Q.      How long is the CBT course of
```

Page 113

1          C. LAMSTEIN-REISS, M.D.
2    necessarily fitness for duty issues.  That
3    for his own sake would be good to discuss
4    with a therapist should he want too.
5          I also recommended he see a
6    psychiatrist for an evaluation 'cause two
7    different doctors had prescribed psychiatric
8    medication to him.  One he finished taking
9    and one he hadn't started and it wasn't
10   clear to me why one of those was prescribed
11   and, I just, as a matter of course always
12   think it's better if someone sees a
13   psychiatrist for psychiatric medication
14   instead of their primary doctor.
15        Q.     Did you tell Schoolcraft that he
16   didn't need medication?
17             MS. PUBLICKER METTHAM:
18        Objection.
19        A.     I told him that after he told me
20   -- not at the first appointment.  I told him
21   that at the second and third appointment
22   when he told me he no longer had no
23   symptoms.
24        Q.     So you did tell him that he
25   didn't medication, right?

```
                                    Page 114
 1              C. LAMSTEIN-REISS, M.D.
 2              MS. PUBLICKER METTHAM:
 3        Objection.
 4        A.     I told him that at the point
 5   where he told me the symptoms had already
 6   resolved.  That's not what I told him the
 7   first time --
 8        Q.     No, I wasn't asking you about a
 9   particular time.  I was saying ultimately
10   you did tell him that he didn't need
11   medication in your opinion; is that right?
12              MS. PUBLICKER METTHAM:
13        Objection.
14        A.     I told him both at different
15   times.
16        Q.     On one occasion you told him he
17   didn't need medication; is that right?
18        A.     That's correct.
19        Q.     What was the date of that
20   occasion?
21        A.     At some point in July '09 and
22   late October of 2010.
23        Q.     So, you told him on two
24   occasions that you didn't think he needed
25   medication, right?
```

Page 115

```
 1                 C. LAMSTEIN-REISS, M.D.
 2        A.       Yes, based on his self-report to
 3   me.
 4        Q.       And after we broke for lunch you
 5   just clarified that you made three
 6   recommendations to him and that's what you
 7   just did; is that right?
 8        A.       Correct.
 9        Q.       Did I ask you before the break
10   to tell me what recommendations you gave
11   him?
12        A.       I thought you did.
13        Q.       And you thought that this was
14   clarifying a question that I had asked you
15   and you had answered?
16        A.       Yes.  Because you had -- what I
17   recall is you asking me how long I thought
18   this treatment would last and in my
19   answering that I was referring to the
20   treatment specifically for the physical
21   symptoms of stress, which is different from
22   my recommendation that he, should he want
23   to, continue longer to discuss other things
24   in his life.  That would be something that
25   ideally would be longer term. So that's why
```

```
 1                C. LAMSTEIN-REISS, M.D.
 2    medication.  It's sometimes prescribed for
 3    other reasons, such as bipolar disorder.
 4    Sometimes it's given in addition to
 5    antidepressants, could be other off label
 6    uses.  Typically, not the only medication
 7    prescribed unless that's -- other
 8    medications have tried and failed or given
 9    for psychosis or bipolar disorder.
10        Q.    As April 15, 2009, did
11    Schoolcraft present to you as somebody who
12    was suffering from some sort of psychosis?
13               MS. PUBLICKER METTHAM:
14        Objection.
15        A.    I did not observe any psychotic
16    symptoms.  So it did not appear to me that
17    he was psychotic.
18        Q.    Did it appear to you at any time
19    that he was psychotic?
20        A.    Later on in the case I began to
21    wonder if that was the case and I was not
22    sure.  That's one of the theories I have
23    looking back on it.
24        Q.    When did you start wondering
25    about whether or not he was psychotic?
```

Page 172

                    C. LAMSTEIN-REISS, M.D.

1

2       Q.      Is that correct?

3       A.      That is correct.  Because he

4   knows what he told me.  So if he really

5   believes that, that would be a little odd

6   and a reason to question it.

7       Q.      Right.  But he did tell you that

8   he believed that the supervisors at the 81

9   were putting improper to pressure on him to

10  keep the numbers up?

11              MS. PUBLICKER METTHAM:

12      Objection.

13              MR. KRETZ:  Objection.

14      A.      He told me that's what he

15  believed, yes.

16      Q.      He told you that's what he

17  believed.  In fact, in your opinion, he was

18  suffering from a physical manifestation of

19  stress, right?

20      A.      Yes.

21      Q.      And your opinion was those

22  physical manifestations of stress were

23  derived from stress he was receiving on the

24  job, right?

25              MS. PUBLICKER METTHAM:

Page 173

```
 1              C. LAMSTEIN-REISS, M.D.
 2        Objection.
 3              MR. KRETZ:  Objection.
 4        A.       On and off the job.
 5        Q.       But nevertheless, one of the
 6   stress factors that, in your opinion, he was
 7   having the fact that he was in his mind
 8   reporting misconduct by his supervisors;
 9   isn't that right?
10              MS. PUBLICKER METTHAM:
11        Objection.
12              MR. KRETZ:  Objection.
13        A.       No.
14        Q.       Let me ask you a question did
15   Schoolcraft tell you that he was getting
16   pressure to issue summonses improperly at
17   the 81?
18              MR. KRETZ:  Objection.
19              MS. PUBLICKER METTHAM:
20        Objection.
21        A.       He told me he was getting
22   pressure to increase his activity in ways
23   that he thought was not proper.  He did not
24   tell me that he had made any kind of
25   complaints about that.  He told me he only
```

Page 174

1                    C. LAMSTEIN-REISS, M.D.
2      made a complaint contesting his annual
3      performance evaluation and a complaint about
4      them taking his memo book.
5           Q.      He did not complain to you about
6      what he perceived as retaliation by his
7      supervisors at the 81 Precinct?
8                    MR. KRETZ:   Objection.
9                    MS. PUBLICKER METTHAM:
10          Objection.
11          A.       He did not tell me that he made
12     any kind of formal complaint about that.
13     That he made any kind of complaint --
14          Q.       Did he tell you that he was
15     getting retaliated against by supervisors?
16                   MS. PUBLICKER METTHAM:
17          Objection.
18          A.       Yes.
19          Q.       When did he tell you that?
20          A.       The first time I saw him.
21          Q.       April 13, 2009?
22          A.       Right.   That he thought they
23     were mad at him for contesting his
24     evaluation.
25          Q.       All right, can you turn to the

Page 285

```
 1            C. LAMSTEIN-REISS, M.D.
 2    just know what our procedures are.
 3         Q.     So, Schoolcraft's gun was not
 4    removed because he had indicated to you or
 5    anybody else in your department any
 6    dangerous propensities, right?
 7              MS. PUBLICKER METTHAM:
 8         Objection.
 9         A.     Correct.
10         Q.     He didn't articulate to you any
11    ideation of hurting himself or others,
12    right?
13         A.     Right.
14         Q.     And he didn't present to you any
15    ideas of hurting others, right?
16         A.     Right.
17         Q.     And the restrictions that were
18    placed on him were what?
19              MS. PUBLICKER METTHAM:
20         Objection.
21         A.     No firearms, no outside duties,
22    no patrol duties or any kind of outside
23    enforcement duties.
24         Q.     How long was that status imposed
25    on Schoolcraft?
```

1             C. LAMSTEIN-REISS, M.D.

2   you had evaluated and met with Schoolcraft?

3         A.      Yes.

4         Q.      And told him that during the

5   conversation that you had with him on

6   October 31st?

7         A.      Yes.

8         Q.      What else did you tell Captain

9   Lauterborn?

10        A.      He was asking me if there was

11  any reason to be concerned about the fact

12  that he went AWOL and that he seemed to be

13  upset and said he had stomach pains and

14  should they be concerned, do they need to go

15  look for him, make sure he's okay.

16  Typically, in that situation they do.  He

17  said he wasn't sure they wanted to suspend

18  him, because they thought this was more of a

19  psychological problem as opposed to a

20  disciplinary one and so he wanted to consult

21  with me.

22              I told him that as of the last

23  time I saw him, which was a few days

24  earlier, I had no reason to think he was a

25  danger to himself or others.  Never

Page 327

                    C. LAMSTEIN-REISS, M.D.
1
2    desk?
3         A.    Correct.
4         Q.    All right, please continue.
5         A.    It will be more clear as I'm
6    reading through the notes, but it's possible
7    that the part about possibly not suspending
8    him because they thought it might be more of
9    a psych problem, that may have come
10   secondhand through Sergeant Kloos.  If it
11   came directly, it would be the rest the
12   notes.
13              Telephone contact with Captain
14   Lauterborn.  MOS doing a 7 to 3 day tour
15   today at TS all day, meaning telephone
16   switchboard all day.  All was fine.  He
17   typically keeps to self and doesn't converse
18   much with other officer and did same today.
19   Nothing seemed out of ordinary.  2:00 p.m.,
20   he went down to locker room, changed and
21   then put a sick report on sergeant's desk
22   and said going sick.  He wrote that he had
23   stomach pain.  Sergeant tried to stop him,
24   but he left anyway.  Underlying issues.  MOS
25   has made allegations against others.

Page 328

```
 1              C. LAMSTEIN-REISS, M.D.
 2    Department's investigation of these
 3    allegations picked up this week and it
 4    snowballed from there.  This week about four
 5    P.O.'s and two civilian people were called
 6    down for questioning.  MOS goes up to them
 7    and asked about it.  Notifications are in
 8    telephone message log, so he knows who is
 9    going.  When they return, he tries to
10    intercept them and get information from them
11    about what he was asked -- about -- it
12    should have been what they were asked.  Or
13    that thought the person was a he.  Anyway,
14    that's what it says what he was asked.
15    Today was first tour back after RDOs.  Not
16    sure what happened today that triggered him
17    to leave like that.
18               Delegates, peers, sergeants and
19    Captain Lauterborn all left him messages and
20    asked him to go back to command.  A
21    lieutenant is at him home.  His car is
22    there.  Landlord said MOS may have been
23    there earlier.  Can usually hear MOS's
24    footsteps when home.  MOS not home.
25               Next entry, I left a message on
```