# PLAINTIFF'S MOTION
# EXHIBIT 14

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

2 September, 2009

FROM:   Police Officer Adrian P. Schoolcraft, Shield No. 12943,
Tax No. 931186, 81st Precinct

TO:   Deputy Inspector Steven Mauriello, Commanding Officer,
81st Precinct, 30 Ralph Ave., Brooklyn, NY 11221
Via. U.S.P.S. Certified Mail# 7007 0220 0003 9153 7981

SUBJECT:   **REQUEST TO APPEAL 2008 ANNUAL EVALUATION TO**
**PBBN ADJUTANT.**

1.      After conferring with the Patrol Borough Brooklyn North Adjutant,
my PBA counsel Stuart London has advised me to request that you forward the
**Appeal** of my 2008 Annual Evaluation to the Patrol Borough Brooklyn North
Adjutant, Inspector Thomas Moran, as soon as possible.

2.      For Your Information and Compliance.

Adrian Schoolcraft
Police Officer

PLAINTIFF'S
EXHIBIT