# PLAINTIFF'S MOTION
# EXHIBIT 15

## POLICE DEPARTMENT
## CITY OF NEW YORK



PLAINTIFF'S
EXHIBIT
4()
2/?'/ .. /

20 August, 2009

FROM:   Police Officer Adrian P. Schoolcraft, Shield# 12943, 81st Precinct

TO:   Chief Charles V. Campisi, Internal Affairs Bureau
New York City Police Department
315 Hudson St, New York, NY 10013
via. U.S.P.S. Certified Mail No. 7007 3020 0002 2368 8402

SUBJECT:   **CORRUPTION INVOLVING THE INTEGRITY CONTROL PROGRAM OF THE 81st PRECINCT**

1.      I, Police Officer, Adrian P. Schoolcraft, Shield No. 12943, Tax No. 931186, have become the recipient, unfortunately, of information detailing criminal conduct so blatant it leaves me no other option than to report this corruption. A reliable source, from within Deputy Inspector Mauriello's (Commanding Officer, 81st Precinct) Administrative Staff, informed me of a **Break-In** at the 81st Precinct which took place in recent history involving two New York City Police Supervisor(s) assigned to the 81st Precinct as **Integrity Control Officers**.

2.      The source states that a Sergeant Steven Weiss (Assistant Integrity Control Officer, 81st Precinct) assisted by his supervisor, a Lieutenant Timothy Caughey (Integrity Control Officer, 81st Precinct) did intentionally enter ,without permission or authority, a locked office containing sensitive department files, and removed document(s) pertaining to **Civilian Complaints** that were inside Sgt. Weiss's Department Personnel Folder. The source also states said documents were a potential obstacle with regards to Sgt. Weiss's future Evaluation and

NYC00008739

Promotion to New York City Police Lieutenant. Sgt.Weiss has since been promoted to New York City Police Lieutenant and is no longer assigned to the 81ˢᵗ precinct.

    3.      It would appear Sgt.Weiss has benefited greatly from his action(s). Again, I wish there was an option with less consequences but the source of the information, I recently received, is so reliable that it must be investigated. If this information proves to be accurate, as I believe it to be, these two supervisors assigned as **Integrity Control Officers,** with the approval of the Internal Affairs Bureau, brought it on themselves by engaging in corrupt conduct unbecoming a New York City Police Sergeant and Lieutenant, especially. Such conduct will ultimately bring shame on the entire New York City Police Department.

    4.      STATE OF NEW YORK  )
                  COUNTY OF QUEENS  )  SS:

I, Adrian P. Schoolcraft, being duly sworn deposes and states that I am the petitioner above-named, and that I have read the above charge consisting of this and 1 additional page, and am familiar with the facts alleged herein, which I know to be true, except as to those matters alleged upon information and belief, which matters I believe to be true.

Adrian P. Schoolcraft

Sworn to before me on the
20ᵗʰ Day of August, 2009

Notary Public

ANTHONY J. GUARINO
Notary Public, State of New York
No. 02GU4706756
Qualified in Queens County
Commission Expires July 31, 2009  2013

NYC00008740