# PLAINTIFF'S MOTION
# EXHIBIT 17

C.D. 81 PDF. 6

POLICE DEPARTMENT
CITY OF NEW YORK

October 19, 2009

From:     Integrity Control Officer, 081 Precinct

To:       All Roll Call Personnel

Subject:  **REQUESTS FOR INFORMATION.**

1.  **Effective immediately, the following procedure will be followed by all Roll Call Personnel when an Outside Unit requests information.**

    When Roll Call personnel are requested by the District Attorneys Office to supply information related to Members of the Service assigned to the 081 Precinct, they will refer the call, if necessary, to the Administrative Lieutenants Office, 1-718-574-0416, 0437, 0436.

    When Roll Call personnel are requested by Internal Affairs Bureau to supply information related to members of the Service assigned to the 081 Precinct, they will refer the call to the Integrity Control Lieutenants Office, 1-718-574-0430.

    Roll Call personnel are reminded to furnish the caller with the name and number of office they are transferring call to. If a request for information is urgent, Roll Call personnel will immediately request guidance from an available supervisor.

2.  For your immediate compliance.

Timothy J. Caughey
Lieutenant