# PLAINTIFF'S MOTION
# EXHIBIT 20

Page 14

1              DOMINICK VALENTI
2    could be a whole of things.  So it may even
3    have started as a sick leave abuse and then
4    you found additional misconduct.
5        Q.    So if somebody sort falsifies a
6    sick report, and ends up playing golf or not
7    being sick at all or not being where they're
8    supposed to be, that would not constitute an
9    absence without leave in terms of charges or
10   disciplinary charges?
11       A.    It's really dependant on the
12   advocate, the attorneys in the department
13   advocate's office.  How they want to write
14   up a specific charge.  I may request five
15   different charges.  They would have to then
16   figure out if there's enough to support each
17   of those charges.  Then they would look at
18   the case law and figure out what they wanted
19   to charge specifically.
20       Q.    With regard to sick leave,
21   specifically, how does a uniformed member of
22   the service go sick?
23       A.    Well, you're going to call your
24   place of employment, your command, let's
25   say, the guides states that it should be

Page 15

1                    DOMINICK VALENTI
2    done two hours before the start of your tour
3    of duty and then in addition at the tail end
4    of 2010 it changed to where you'd also have
5    to call the sick desk and also report that
6    you had reported sick.
7          Q.     But in 2009, specifically --
8          A.     Right.
9          Q.     What --
10         A.     2009, you would just call your
11   command, speak to your supervisor and say I
12   am reporting sick and then the command would
13   be responsible to call the medical division.
14         Q.     So the member going sick would
15   not be required to call the sick desk?
16         A.     Not at that time, not in 2009.
17   Their only obligation was to call the
18   command.
19         Q.     And what is the response of the
20   command; does the command have like an
21   opportunity to say no, deny sick even though
22   somebody says I'm sick, I don't feel well;
23   or is it almost automatic, where they say
24   okay, then they fill out paperwork?
25                MR. KRETZ:  Objection.  You can

Page 16

1                    DOMINICK VALENTI

2       answer.

3       A.      You can't deny someone to go

4  sick.  The desk officer has the ability to

5  decide whether or not you would be granted

6  administrative sick or regular sick.

7  Administrative sick is a one-day sick event,

8  and you're not required to see a doctor, you

9  don't have to provide any records.  And

10 regular sick you're required to see our

11 police department surgeon.  The desk officer

12 has the ability to make a determination

13 which one of those you would be granted.

14      Q.      Administrative sick versus

15 regular sick?

16      A.      Correct.  You could have line of

17 duty sick, but that would be a workplace

18 accident.  You would already be at work for

19 that.  Then the administrative sick, you

20 could call in for day two.  So you could

21 actually get two days out sick, day one

22 administrative, day two administrative and

23 that doesn't require a doctor's visit,

24 doesn't require any medical documentation.

25      Q.      What is the -- so if the member