# PLAINTIFF'S MOTION
# EXHIBIT 21

Page 87

1              CHRISTOPHER BROSCHART
2              MS. PUBLICKER METTHAM:
3      Objection.
4      A.      I was in a car and I was on
5   patrol.
6      Q.      According to go your memo book
7   at 1620, you were sent to Schoolcraft's
8   residence, right?
9      A.      At 1620 I left for Schoolcraft's
10  residence.
11     Q.      Were you given an order to do
12  that?
13     A.      Yes, sir.
14     Q.      By home?
15     A.      Captain Lauterborn.
16     Q.      What did he tell you?
17     A.      That Schoolcraft had left
18  earlier without permission and he sent me to
19  go bring him back to the precinct.
20     Q.      Did he say anything else to you?
21            MS. PUBLICKER METTHAM:
22     Objection.  You could answer.
23     A.      Can you rephrase that?  I can't.
24     Q.      No, I can't actually.  You know
25  what I could do is -- where were you when

Page 88

1              CHRISTOPHER BROSCHART
2    you got this assignment, were you on patrol
3    or were you in the precinct?
4         A.     I was in the stationhouse.
5         Q.     Was anybody else present when
6    you got this assignment from Lauterborn?
7         A.     Inspector Mauriello.
8         Q.     Did you get this assignment
9    while you were in the CO's office?
10        A.     Yes.
11        Q.     Who else was present, other than
12   Mauriello?
13        A.     Lauterborn.
14        Q.     Nobody else?
15               MS. PUBLICKER METTHAM:
16        Objection.
17        A.     I don't recall.
18        Q.     Did Mauriello say anything
19   during this exchange?
20        A.     I don't recall.
21        Q.     Were you directed to come to the
22   precinct while you were on the patrol to get
23   this assignment?
24               MS. PUBLICKER METTHAM:
25        Objection.

Page 100

```
 1                   CHRISTOPHER BROSCHART
 2        A.      In uniform.
 3        Q.      Did he have a gun?
 4        A.      Yes.
 5        Q.      Blue shirt?
 6        A.      Blue shirt.
 7        Q.      Do you recall when you got to
 8   the scene anything that the anticrime
 9   sergeant told you?
10                   MS. PUBLICKER METTHAM:
11        Objection.
12        A.      Just what I put in my notes
13   that --
14        Q.      Which was what?
15        A.      That he got there a couple of
16   minutes earlier and talked to the landlord
17   and knocked on the door.  There was no
18   answer.  The landlord thought that he heard
19   Schoolcraft come down the stairs and exit
20   the apartment.  That he wasn't home.
21        Q.      Do you recall anything that you
22   discussed with the landlord?
23        A.      I believe hearing the same story
24   from him talking to him.
25        Q.      After you got to the scene, what
```

 1                 CHRISTOPHER BROSCHART
 2   did you do next?
 3        A.      I believe I went upstairs and I
 4   knocked on the door and there was no answer.
 5        Q.      How did you get access to the
 6   house?
 7        A.      Through the landlord.
 8        Q.      Where did you park your car?
 9        A.      Originally I believe on his side
10   -- Schoolcraft's side of the street.
11        Q.      Where on the street?
12                MS. PUBLICKER METTHAM:
13        Objection.
14        A.      Don't know exactly.  Just close
15   by.
16        Q.      Did you block the street off at
17   any time?
18        A.      I never blocked the street off
19   at any time.
20        Q.      Did you ever give any order for
21   anybody to block off the street?
22        A.      No.
23        Q.      Did Officer Cruz remain in the
24   vehicle or did he get out too?
25        A.      He got out.

Page 102

1              CHRISTOPHER BROSCHART

2        Q.      So the four of you had a

3   conversation, you, Cruz, the anticrime

4   sergeant and the landlord?

5        A.      I don't know if Cruz was next to

6   me when we had the conversation.  So I don't

7   know what he heard or.

8        Q.      How did you know that you were

9   knocking on Schoolcraft's door when you went

10  upstairs and knocked on the door.

11       A.      The landlord told me -- they

12  told me which apartment.

13       Q.      Did you hear anything emanating

14  from Schoolcraft's apartment?

15       A.      Not at the time.

16       Q.      At any time did you ever hear

17  anything emanating from his apartment?

18       A.      No.

19       Q.      Did you ever see anything that

20  indicated that Schoolcraft was in the

21  apartment?

22       A.      Yes.

23       Q.      What did you see?

24       A.      I saw what appeared from his

25  window, which was closed with blinds, the

Page 103

1              CHRISTOPHER BROSCHART
2    light from the TV when it got dusk.
3         Q.    Sorry?
4         A.    I saw the light of the TV when
5    it got dusk.  That bluish light.
6         Q.    After you knocked on the door
7    you didn't get an answer, right?
8         A.    No.
9         Q.    What did you do next?
10        A.    I went downstairs and called the
11   command.
12        Q.    Who did you call?
13        A.    Captain Lauterborn.
14        Q.    What did you tell him?
15        A.    That he was not home and what
16   the landlord told me that he might have left
17   the building before we got there.
18        Q.    What did Lauterborn tell you?
19        A.    Lauterborn told me stay in the
20   area on the block and see if he came back.
21        Q.    Did you do that?
22        A.    Yes, I did.
23        Q.    How long did you stay in the
24   area to see if Schoolcraft came back?
25        A.    I remained from the time I got

Page 104

1              CHRISTOPHER BROSCHART
2   there to the time I left with Schoolcraft in
3   the ambulance.
4        Q.    I understand that, but after
5   Lauterborn told you to sit tight and see if
6   Schoolcraft comes back, how long did you
7   just sit there and nothing happened?
8              MS. PUBLICKER METTHAM:
9        Objection.
10       A.    About four hours.
11       Q.    So is it fair to say for about
12  four hours you were waiting in front of
13  Schoolcraft's residence?
14       A.    A couple of times we went back
15  and knocked on the door to see if anyone was
16  there.
17       Q.    There was still again, no
18  response, right?
19       A.    No response and I talked to the
20  landlord later on too.
21       Q.    What did you talk to the
22  landlord about?
23       A.    One of the times went back, the
24  landlord thought he might be in the
25  apartment 'cause he heard springs, he

Page 167

1              CHRISTOPHER BROSCHART
2         A.     I can't remember if Marino
3    stepped out of the bedroom at the time or
4    he's in there.  I think he stepped out, but
5    I can't be sure.
6         Q.     How long did Schoolcraft resist
7    being cuffed?
8         A.     Probably a minute or so, if I
9    remember right.
10        Q.     Did you hear Schoolcraft
11   complaining about being in pain?
12        A.     That, I can't recall.
13        Q.     Do you recall Schoolcraft
14   complaining about his chest?
15        A.     No, I don't recall that.
16        Q.     Did you put your hands on
17   Schoolcraft at any time?
18        A.     Yes.
19        Q.     When?
20        A.     In the bedroom.
21        Q.     Why did you put your hands on
22   him?
23        A.     I was just holding him in place.
24        Q.     While he was being cuffed?
25        A.     No, I was not there when he was

Page 168

1                CHRISTOPHER BROSCHART

2    being cuffed.  While he was getting patted

3    down by Sergeant Duncan.

4         Q.     Was Schoolcraft standing up

5    while he was being patted down?

6         A.     At the time he was on his side.

7         Q.     He was lying on the ground?

8         A.     Yes.

9         Q.     And you put both your hands or

10   one of your hands on him?

11        A.     I can't recall if it was one or

12   two at this time.

13        Q.     Why were you putting your hands

14   on him?

15        A.     Just to steady him.  Keep him in

16   one place.

17        Q.     Was he moving?

18        A.     I can't recall.

19        Q.     What part of his body were you

20   touching?

21        A.     If I remember, his shoulder or

22   arm.

23        Q.     Right arm or right shoulder or

24   left arm or left shoulder?

25        A.     I can't recall.

1          CHRISTOPHER BROSCHART

2     Q.     How long did you have your hands

3  on him?

4     A.     Not long.

5     Q.     Less than a minute?

6     A.     Probably a minute or two at the

7  most.

8     Q.     Is that the only occasion you

9  put your hands on Schoolcraft?

10    A.     I can't remember if I -- can

11  remember we cuffed him to a hospital bed,

12  but I can't remember if I touched him or who

13  re-cuffed him, it was me or Cruz in the

14  gurney in the hospital or even when we were

15  carrying him or I can't remember if I was

16  carrying him or somebody else was helping

17  carry him in the chair.

18    Q.     Let's go to the hospital.  Do

19  you remember re-cuffing Schoolcraft to the

20  hospital gurney?

21    A.     I can't remember if it was

22  exactly me or Officer Cruz, but he was

23  cuffed to one hand to the gurney.

24    Q.     Why was Schoolcraft cuffed while

25  he was in the hospital?

Page 177

```
1              CHRISTOPHER BROSCHART
2              MS. PUBLICKER METTHAM:
3        Objection.
4        A.      I have never filled out that
5   form for -- that's the only time I ever
6   filled out that form and I've never seen it
7   filled out for anything else except for that
8   kind of thing.
9        Q.      When you say that kind of thing
10  you mean drunk --
11       A.      Or when a duty captain responds
12  to an incident whether it be an off-duty
13  incident, where somebody is fighting with
14  their wife or something like that.  That's
15  more affluent when they're going to fill it
16  out to make sure.
17       Q.      Did Schoolcraft exhibit any
18  signs of pain after he was handcuffed?
19              MS. PUBLICKER METTHAM:
20       Objection.  You could answer.
21       A.      That, I can't remember.
22       Q.      What happened after you and the
23  others took him out of the apartment in the
24  chair?
25       A.      He went into the bus and I
```

Page 178

1              CHRISTOPHER BROSCHART

2    escorted him to the hospital.  It took about

3    15 minutes or so to get to Jamaica.  He was

4    brought in, went to the triage, where I

5    guess they took his vitals and stuff like

6    that.  Then they put him in the ER.  I don't

7    know how they assign a bed or whatever at

8    the time.

9         Q.    So you went into the bus with

10   him?

11        A.    Accompanied him in the bus.

12        Q.    Did you see anybody taking his

13   blood pressure when he was in the bus?

14        A.    I believe so, but I can't

15   certify that.

16        Q.    Who took his blood pressure?

17        A.    EMS.

18        Q.    Who were the two EMS people?

19        A.    I have no idea who they are.

20        Q.    Two were two EMS people?

21        A.    Yes.  I believe one driver and

22   person in the back.

23        Q.    Did you see either of them ever

24   take Schoolcraft's blood pressure at any

25   time?

Page 182

1                    CHRISTOPHER BROSCHART
2    occasion?
3         A.     I know it was taken in the
4    apartment.  I don't know if it was taken in
5    the bus, because I never saw him the first
6    time in the bus.
7         Q.     When Schoolcraft got into the
8    bus, was he still in the chair or was he
9    restrained in some way?
10                  MS. PUBLICKER METTHAM:
11        Objection.
12        A.     He was still handcuffed.  I
13   can't remember if he stayed in the chair or
14   was put in the gurney.  I can't remember.
15        Q.     While he was being taken to the
16   hospital, was he handcuffed?
17        A.     Yes.
18        Q.     From behind?
19        A.     Yes.
20        Q.     So was he sitting or lying on
21   his hands?
22                  MS. PUBLICKER METTHAM:
23        Objection.
24        A.     He was sitting on an incline, if
25   I remember and every once in a while he

Page 183

```
 1              CHRISTOPHER BROSCHART
 2    would look up, look out the window.
 3         Q.     But he was cuffed from behind?
 4         A.     Behind, if I remember.
 5         Q.     Hands were behind him?
 6         A.     Hmm-mm.
 7         Q.     You have to say yes.
 8         A.     Yes.
 9         Q.     What do you recall happening in
10    the ride over to the hospital?
11              MS. PUBLICKER METTHAM:
12         Objection.  You can answer.
13         A.     I answered before, but EMS asked
14    him pedigree questions and every once in a
15    while when they weren't getting the answers,
16    I would ask Adrian the same question again
17    that they were asking and he would answer.
18         Q.     Do you recall anything else
19    happening?
20         A.     Not specifically.
21         Q.     Do you recall him saying
22    anything, other than responding to your
23    questions that you asked him to provide the
24    information for?
25         A.     Not that I recall.
```

Page 184

1               CHRISTOPHER BROSCHART

2        Q.        What was his demeanor like in

3    the bus?

4        A.        It was kind of weird to me.  He

5    had a -- to me he had a big grin on his

6    face.  He didn't seem overly concerned.

7    Like I said, he kept on popping his --

8    leaning up, looking out the car like he's

9    looking for the police car behind him.  I'm

10   not sure what it was, but that's about it.

11   He was answering the questions they asked

12   him and that was it.

13       Q.        Well, you said there were times

14   when he was not answering the questions?

15       A.        I don't know if he heard them or

16   not.  He wasn't necessarily not answering

17   'cause he didn't want to answer.  I don't

18   know if he heard them or not.

19       Q.        Do you recall what the

20   information was that he was providing to the

21   emergency medical technician in the bus that

22   was inconsistent --

23               MS. PUBLICKER METTHAM:

24       Objection.

25       Q.        -- with what he provided in the