# PLAINTIFF'S MOTION EXHIBIT 22

Page 1 Duty - Re: PO Adrian Schoolcraft

10/31/09 - T/C c sick desk Sgt Kloos

On duty at 1740
c.w. 455
Effect 2140

MOS was at work today. He slammed a sick report on the Sgt's desk & said he was going out sick. Sgt told him to stick around & he refused & left. Didn't follow procedures. Typically, they call sick desk's unit & coordinate to arrange coverage. MOS was working on T.S.

MOS did not go straight home. Cops are at his home waiting for his arrival. They called MOS on his cell phone. They think he picked up & then hung up. Since then, no answer. They are thinking of apprehending him but they suspect it is more of a psych problem. XO of MOS' command (81 Pct) is Capt Lauterborn & request response for I.S.S. ——— C. Jordan/Pgs

T/C c Capt Lauterborn

MOS doing a 7-3 day tour today, at T.S. all day. All was fine. He typically keeps to himself & doesn't converse much with other fellas, & did so on today. Nothing seemed out of ordinary.

2PM - He went down to locker room, changed & then put a sick report on Sgt's desk & said going sick. He wrote that he had stomach pains. Sgt tried to stop him but he left anyway.

Underlying issues - MOS has made allegations against others. Dept's investigation of those allegations picked up this week & it snowballed from there. This week, about 4 PO's & 2 civilian people were called down for questioning. MOS goes up to them & asks about it. Notifications are in Telephone message log so he knows who is going. When they return, he tries to intercept them & get info from them about what he was asked. Today was 1st tour back after RDO's. Not sure what happened today that triggered him to leave like that.

EXHIBIT Plaintiff's 29
AS 11-7-13
PENGAD 800-631-6989
D000282

Delegating peers, sgt & Cpt L, all left him messages & asking him to go back to command
- Lt is not his home. His car is there. Landlord said MOS may have been there earlier. Currently have MOS' potato chips when home, MOS not [illegible] home.

- I left a msg on MOS cell phone + gave my cell # + Cpt L's cell phone, I told him that Cpt said he could just return to his home if he didn't want to go to the command, I urged him to go home or call Lt Cpt so this could be resolved quickly & easily. I/o need of a citywide mobilization to search for him, or displaying activity like companies. Much easier to just resolve it quickly & easily now. I explained that everyone is just concerned for his safety & they want to make sure he is ok.

- T/C c Capt. Lauterborn - advised Cpt that I left msg on MOS' cell phone as described above, I suggested Sgt call MOS' father b/c that's the person he is closest to & the person who is most likely to know his whereabouts. Cpt will call u/s when he settles or hears from MOS.
——————————— G ZD SP

2015  T/C C Cpt Lauterborn
Still no word from MOS, Cpt called MOS' father, who also hadn't heard from him. Father "had some issue" over phone but eventually understood Cpt's point of view & concerns. Hoping Father will call MOS & encourage him to leave. Cpt will go to MOS' home. It's possible he's home but not answering phone. (Landlord has spare key?) Yes & Cpt has it, but legal issues & unsure if we have to have Cause. Hoping to avoid doing that now. ——————— G Tamty SP

2140 - T/C c Sgt Klaus, sick desk, off duty, since not known when MOS might be located. ——————— C Imty SP

Re: PO Adrian Schoolcraft
addendum to 10/31/09 note of T/C ē Cpt Lauterborn at appx
1750 hours. Delayed entry made on 10/14/10, chr reviewing
folder, the below info was found to not be documented in prior note, but
is clear & U/S memory. Cpt Lauterborn asked if MOS was
suicidal or depressed, because he needed to know how concerned they
should be about MOS' safety given his going AWOL, not answering phone
calls, not answering door of home but kids were there, etc. I informed
Cpt that I last saw MOS at PES on 10/27/09 & at that time
he looked ok & reported being asymptomatic. At no time had he
ever expressed thoughts of suicide, but he also never was much better
& acted the way he was acting on 10/31/09. My assessment of his
suicide risk is only as good as the last time I saw him. If somewhat
hopeful after that & led him to be so upset that he left work
without permission an hour before the end of his tour, said he had
stomach pains, etc, then I am unable to say with any reasonable
amount of certainty that he is not at risk of suicide under current
circumstances. I provided Cpt with basic info about reason
MOS was on R/D — that he had significant physical Sx of stress
(nausea, GI Sx, Cardiac Sx, etc). Unclear if MOS was
reporting openly on 10/27/09 when he said all of his Sx went away
w/o Tx. Motivation to minimize is that he did not want to be on ¼ R/D.
He was open during intake and had denied any & all Sx in subsequent
meeting sessions, when he expressed being upset about being on ¼ R/D. He reported
on 10/31/09 that he had stomach pains severe enough to want leaving work before
end of tour, w/o permission, suggests either the Sx never did go away or
they recurred on 10/31/09 due to him being really upset about something.
It is also possible there was a medical cause for the stomach pain,
but the angry manner in which he left work suggests a psych cause.
                                              G. Martin, PsyD

Re: PO Adrian Schoolcraft

10/27/09 - FIFEMOS

I explained to MOS that I called him in immediately upon my return from a 2 wk vacation b/c I received msg that his father made a complaint downtown that I never told MOS the reason why he is on R/D. Since we had discussed that in detail at his initial + subsequent visits, I empathically expressed an understanding of how he may not have wanted to tell his father the reason why he was on R/D. To make sure that he has a clear understanding of why he is on R/D, I again explained in detail that he is on R/D b/c he had significant physical manifestations of stress that were causing much discomfort + would benefit from treatment + further monitoring.

MOS said he no longer has these physical sx of stress even though he is still facing the same stressors as before. While on R/D, he is not faced w/ [illegible] of PCT dealing with complaints all day long - not directed to him, but not any less stressful (in his opinion) as regular F/D [illegible]

I again recommended stress mgt + relaxation training so the next time he is faced with new increased stressors, he won't have a recurrence of the chest pain, headaches, insomnia, upset stomach, etc, that he had for several months when he 1st came to PES. He said he bought both books I recommended + started reading them, but not that helpful since not much he didn't know before. He thought the Burns book was kind of corny + preferred the Ellis book. He ~~said~~ brought both books to today's appt + had bookmarks in them, ~~but~~ not very far into them (so hasn't read much of them). He said he called a few people I recommended but none take Aetna + one wanted $400/hour, + Aetna [illegible] they don't provide CBT. I told him I could help him find an Aetna therapist + I'm sure they must cover CBT for physical sx of anx. He said he would call later c̄ his provider # + name of his exact HMO plan so I can make sure the providers are in-network. MOS expressed an appreciation of the assistance.

[illegible signature] PsyD

D000285

10/27/09 - Mos called with his health insurance info.
— C. Dorthy Psy.

10/27/09 - T/C c̄ Mos
I informed Mos that I found a number of psychologists in Forest Hills (his preferred location) who accept Aetna HMO & specialize in CBT, Anx, & stress mgt. He does not have a private fax machine so I offered to mail it to him. I also gave him the Aetnabehavioralhealth.com website for further referrals as well as educ. & self-assessment tools.
— C. Dorthy Psy.D

D000286

Re: PO Adrian Schoolcraft

0/31/09

2035 - T/C ō Cpt Lauterborn
Made entry using key b/c landlord heard footsteps. He said he was sleeping whole time but not possible with the amount of banging & yelling they were doing outside before going in w/ the key to make sure he was ok. At no harm occur.

He admitted that Sgt Collyshim back & denied him the sick leave, but that he left the command company. Cpt explained that they were concerned b/c he was sick & why did from why he left in such a huff that way.

MOS sd "why worry when no one was been worried about me before." He refused to go to comm'd & kept saying he didn't feel well. Cpt called ambulance, EMT & took his vitals.

BP very high. 170/120.
EMT wanted him to go to hosp. b/c BP so high. MOS opp'd them MOS agreed but then refused. He ran back inside & had to be strapped down & forcably taken to Jamaica Hosp. H. (?) MOS said he wanted to sleep at home & can go to ER on own the next day, but EMT couldn't allow that b/c BP so high.
Chief Merino was there & suspended him.
MOS was very disrespectful in every way. Chief gave him so much room but MOS out of control & totally disregardful of superiors.

Whole time talking to fath on cell phone. Could hear fath yelling. (at MOS or to him about situation?) Not at MOS. Fath angry about NYPD handling of this & other situations ō MOS. Father doesn't have accurate info, in all likelihoods.

D000287