# PLAINTIFF'S MOTION EXHIBIT 23