# PLAINTIFF'S MOTION EXHIBIT 25

```
                                                   Page 141
 1                    WILLIAM GOUGH
 2        Q.     Referring to Schoolcraft?
 3        A.     Yes.
 4        Q.     How were they attired?
 5               MS. PUBLICKER METTHAM:
 6        Objection.  You could answer.
 7        A.     To the best of my recollection,
 8   they had on their vests, their heavy vests
 9   and helmets.
10        Q.     They were wearing a heavy vest?
11        A.     Yes.
12        Q.     They had a helmet on their head?
13        A.     Yes.
14        Q.     These are the helmets that have
15   the dark visor?
16               MS. PUBLICKER METTHAM:
17        Objection.  You can answer.
18        A.     I don't specifically remember
19   the dark visor.
20        Q.     Okay.  Can you describe the
21   helmet for me, to the best of your ability?
22               MS. PUBLICKER METTHAM:
23        Objection.  You could answer.
24        A.     The old military type soup pot
25   type helmet.
```