# PLAINTIFF'S MOTION EXHIBIT 26

Page 93

1           S. SANGENITI
2  retake it?
3       A.    Oh, sure.
4       Q.    It happens frequently?
5             MR. RADOMISLI: Objection.
6       A.    It happens.
7       Q.    Does it happen that the reason
8  why the numbers seem different is because
9  you had a hard time hearing?
10      A.    No.
11      Q.    No. Then why is it important
12 that the room be quiet?
13      A.    It assists you in evaluating the
14 condition.
15      Q.    So if a radio was blaring in the
16 background while you're taking blood
17 pressure, that would interfere with your
18 ability to hear or take a blood pressure
19 reading, right?
20            MR. RADOMISLI: Objection.
21      A.    Yes.
22      Q.    What blood pressure reading did
23 you get from Officer Schoolcraft?
24      A.    Like 160 over 120.
25      Q.    The record should reflect that

```
                                           Page 94
 1                  S. SANGENITI
 2    you're looking at the second page of the PCR
 3    and you're looking at assessment for the
 4    first of the initial assessment; is that
 5    right?
 6         A.    Correct.
 7         Q.    You don't, sitting here today,
 8    remember getting that reading, you're just
 9    relying on the PCR, right?
10         A.    Correct.
11         Q.    Other than getting the top and
12    bottom number, what else did you do when you
13    were taking Schoolcraft's vitals?
14         A.    His pulse, taking his pulse, his
15    respiration, listening to his lungs.
16         Q.    Did you listen to his lungs?
17         A.    I did.
18         Q.    Did you take his pulse?
19         A.    I did.
20         Q.    Are these readings here, 120 for
21    pulse and 20 for respiration, the readings
22    that you got?
23         A.    Yes.
24         Q.    Did you make those entries on
25    this chart?
```

Page 95

1         S. SANGENITI
2    A.    No.
3    Q.    Who did?
4    A.    Jessica Marquez.
5    Q.    Did she do that at the time that
6  the readings were being taken or sometime
7  thereafter?
8    A.    No, when they were being taken.
9    Q.    So she was in the room with you?
10   A.    Yes.
11   Q.    And you conveyed this
12 information to her and she wrote it down on
13 the PCR?
14   A.    Yes.
15   Q.    Did you have any role in making
16 any of the markings on the PCR that you have
17 in front of you?
18   A.    No.
19   Q.    Who had a role in the markings
20 on the PCR in front of you?
21         MR. RADOMISLI: Objection to
22    form to the prior question. Objection
23    to form to this question.
24   A.    Jessica Marquez.
25   Q.    So the handwriting on this

```
                                              Page 96
```

1                    S. SANGENITI

2       document is all Marquez?

3             A.    Correct.

4             Q.    None of it's yours?

5             A.    Correct.

6             Q.    What does the blood pressure

7       reading of 160 over 120 mean to you?

8             A.    Person's in hypertensive -- not

9       really hypertensive crisis.

10            Q.    What does that mean?

11            A.    It's -- normal blood pressure is

12      approximately 110 over 70, 120 over 80, 160

13      over 120 is a little high.

14            Q.    Is that an emergency situation?

15            A.    We were there so, yeah, sure.

16            Q.    No, I didn't ask you about that.

17            A.    Is that condition, yes.

18            Q.    So 160 over 120 is an emergency

19      situation?

20            A.    Yes.

21            Q.    Does, in your experience, a

22      blood pressure reading like that require you

23      immediately take the person to the hospital?

24            A.    After evaluation, yes.

25            Q.    Did you take Schoolcraft to the

```
                                          Page 97
 1                  S. SANGENITI
 2   hospital right after this evaluation?
 3         A.    Of the initial evaluation there
 4   was a time that Officer Schoolcraft, after
 5   bringing him down to my vehicle, ran back to
 6   the apartment.
 7         Q.    Let me -- you told me that
 8   normal blood pressure is what?
 9         A.    110 over 70, 120 over 80.
10         Q.    Does it depend upon the age of
11   the person?
12             MR. RADOMISLI:  Objection to
13         form.
14         A.    No.
15         Q.    So if 120 over 80 is a normal
16   blood pressure reading, how high do the
17   numbers have to get in order for them to be
18   considered to be an emergency situation by
19   you?
20         A.    What other signs and symptoms.
21   It could be a person with 140 over 90 could
22   have other underlying conditions that
23   warrant it as an emergency.
24         Q.    I am just asking you --
25         A.    There is no really set number.
```

```
                                            Page 98

 1                   S. SANGENITI
 2        Q.    So the 160 over 120 depends upon
 3   circumstances, right?
 4        A.    Correct.
 5        Q.    If somebody had just been going
 6   through a stressful event in their life
 7   moments before taking a reading that yielded
 8   a 160 over 120, that wouldn't necessarily
 9   tell you that there was an emergency
10   situation; right?
11        A.    Correct.
12        Q.    You remember if Schoolcraft was
13   undergoing a stressful moment at time you
14   took the blood pressure reading?
15              MS. PUBLICKER METTHAM:
16        Objection.
17        A.    Well, we entered his home and he
18   was again, agitated.
19        Q.    Fair to say that when a bunch of
20   police officers enter somebody's home that's
21   the kind of circumstance that would increase
22   somebody's blood pressure?
23              MR. RADOMISLI: Objection.
24        A.    Not in every instance, but yes.
25        Q.    What about having a superior
```

VERITEXT REPORTING COMPANY
212-267-6868         www.veritext.com         516-608-2400

Page 99

1                       S. SANGENITI
2   officer tell you that you're suspended,
3   would that be the kind of thing that would
4   elevate somebody's blood pressure?
5              MR. RADOMISLI:   Objection.
6              MS. PUBLICKER METTHAM:
7      Objection.
8          A.    I can't speculate on it.  I'm
9   not that person.
10         Q.    No, I understand that you're not
11  that person, but you have an enormous amount
12  of experience taking blood pressure
13  readings, don't you?
14         A.    Yes.
15         Q.    As an EMT you have probably
16  taken tens of thousands of blood pressure
17  readings over the past 25 years, right?
18         A.    Correct.
19         Q.    Given that background, can you
20  tell me whether or not a person being told
21  by their superior officer that they're
22  suspended is the kind of circumstance that
23  would lead to or could lead to an elevated
24  blood pressure reading?
25             MS. PUBLICKER METTHAM:

```
                                              Page 100
 1                    S. SANGENITI
 2        Objection.
 3              MR. RADOMISLI:  Objection.
 4        A.    It could, but what happened is
 5   that the officer told me that was his normal
 6   blood pressure.
 7        Q.    I'm not trying argue with you.
 8        A.    Nope, not at all.
 9        Q.    I just want you to answer my
10   question.
11        A.    Okay.
12        Q.    All right.  I will restate my
13   question just so it's clear.  It's my
14   understanding that you just told me that
15   based on your experience, if somebody is
16   told by his superior officer that they're
17   being suspended that those are the kind of
18   facts that could lead to an elevated blood
19   pressure; is that correct?
20              MS. PUBLICKER METTHAM:
21        Objection.
22              MR. RADOMISLI:  Objection.
23        Substance.
24        Q.    Is that correct?
25        A.    Yes.
```

Page 144

S. SANGENITI

1
2  MR. SMITH: Going to just stop
3  right now.
4  Q. Was that your voice that we just
5  heard?
6  MR. RADOMISLI: Objection to
7  form.
8  A. Yes.
9  MS. PUBLICKER METTHAM: What
10 time did you stop?
11 MR. SMITH: At 10:24.
12 Q. What were the words you just
13 said?
14 A. I'm sorry, I forgot already what
15 you said. Oh, I said what's going on.
16 MR. SMITH: Okay, all right, so
17 picking back up at 10:24.
18 Q. I may stop it at certain points
19 in the recording and ask you some questions
20 about that.
21 A. Okay. I got to pay attention, I
22 know.
23 (Whereupon a recording was
24 played.)
25 MR. SMITH: I'm stopping at

Page 145

S. SANGENITI

1
2  11:17.
3  Q.      Were you in Officer
4  Schoolcraft's bedroom at the time that these
5  events were transpiring that we just
6  listened to?
7  A.      Yes.
8  Q.      And in the background on the
9  tape I could hear some Velcro.  Did you hear
10 that as well?
11 A.      Yes.
12 Q.      Is that sound of you -- I also
13 heard some other sounds.  Is that the sound
14 of you taking out the equipment that you
15 used to do various --
16 A.      Well, to remove the BP cuff.
17 Q.      So the background noise of the
18 Velcro, that's you're manipulating your
19 equipment; is that correct?
20 A.      Correct.
21         MR. SMITH:  Proceeding at 11:17.
22         (Whereupon, a recording was
23     played.)
24         MR. SMITH:  Stopping it at
25     11:39.

Page 146

S. SANGENITI

1
2  Q.      Did you just hear some other
3  sounds --
4  A.      Sure.
5  Q.      -- just seconds before I stopped
6  the recording?
7  A.      I'm inflating the BP cuff.
8  Q.      Okay.  That's what I was going
9  to ask you.  What were you doing?  What does
10 that mean to inflate the BP cuff?
11 A.      To initiate starting to take a
12 blood pressure.
13 Q.      Is that the sound we heard is
14 the sound of you squeezing that black ball?
15 A.      Correct.
16 Q.      Inflating the BP cuff?
17 A.      Correct.
18 Q.      How many times did you inflate
19 it or how many times did you press the
20 little black ball?
21 A.      I couldn't tell you that.
22 There's no specific.
23 Q.      Did it sound like a lot or a
24 little to you?
25         MR. RADOMISLI:  Objection.

Page 147

1                    S. SANGENITI
2        A.      It sounded...
3        Q.      It sounded regular?
4        A.      As I'm trying to inflate, yes.
5                MR. SMITH:   Proceeding at 11:39.
6        Q.      Oh, before that, you heard the
7  chief saying you're suspended?
8        A.      Yes.
9        Q.      And seconds later you took his
10 blood pressure, right?
11               MR. RADOMISLI:   Objection to
12       form.
13       Q.      Is that correct?
14       A.      Yes.
15       Q.      Is the act of somebody being
16 suspended by their chief the kind of act
17 that would ordinarily, in your experience,
18 lead somebody's blood pressure to go up?
19               MR. RADOMISLI:   Objection.
20               MR. LEE:   Objection.
21       A.      I think anybody telling me
22 something I didn't want to hear would
23 agitate me.
24       Q.      When you hear something that
25 agitates you, it's likely to cause your

```
                                              Page 148
 1                    S. SANGENITI
 2   blood pressure to elevate?
 3        A.     Sure, yes.
 4        Q.     All right.  Thank you.
 5               MR. SMITH:  So I'm now
 6        proceeding at 11:39.
 7               (Whereupon, a recording was
 8        played.)
 9               MR. SMITH:  Stopping at 12:14.
10        Q.     Did you hear a female voice on
11   the recording at the point just before I
12   stopped it?
13        A.     Yes.
14        Q.     Whose voice did you hear?
15        A.     Lieutenant Hanlon.
16        Q.     What was she saying to you?
17        A.     Sal.  Sal.
18        Q.     What was she communicating to
19   you at that moment?
20        A.     Truthfully, I don't remember.
21        Q.     Where was she standing when she
22   was speaking to you?
23        A.     Probably along the outside of
24   the room.
25        Q.     So she was getting your
```