UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,

                                Plaintiff,

     -against-

THE CITY OF NEW YORK, et al,

                                Defendants.
-----------------------------------------------------------------x

10-cv-6005 (RWS)

DECLARATION
OF NATHANIEL B. SMITH

     Nathaniel B. Smith, being an attorney admitted in this Court, hereby declares under the penalties of perjury under the laws of the United States of America that the following is true and correct:

     1. I am submitting this declaration to transmit to the Court the plaintiff's exhibits being submitted in support of his motion for summary judgment.

     2. The exhibits attached hereto and marked as PMX 1-40 are true, correct and authentic copies of documents produced in this litigation or excerpts from the depositions or other testimony of the parties in this litigation.

Dated: December 23, 2014

                                                          *s/NBS*

                                              Nathaniel B. Smith
                                              111 Broadway – Suite 1305
                                              New York, New York 10006
                                              (212) 227-7062

Plaintiff's Summary Judgment Exhibits

1. New York City Productions (designated "NYC" or "D") at 001, 005-007, 043-46, 065-69, 087-91, 171-181, 186-88, 191, 398-400
2. Mauriello Production ("SM") at 340-43.
3. Mauriello Deposition at 48, 51, 98-103, 190-196, 247-254, 269-274, 276-277, 326, 330-332, 349-350, 356-359, 419-420, 450-452, 466-470, 578-582, 635-651
4. Schoolcraft Deposition 10-12-12 at 29-30, 32-33, 118-120, 123-124, 126-127, 149-151, 153-155, 166-168, 173-177 194, 202-203, Schoolcraft 11-26-13 Deposition at 42-45
5. Monthly Activity Logs (Plaintiff's Deposition Exhibit ("PX") 51
6. Weiss Deposition at 98-109, 111-114, 120-121 178-181
7. Marino Deposition at 196-200, 255-258
8. Brown Letter, dated 3-11-09 (PX 57)
9. Command Disciplines Issued to Schoolcraft in 2009 (PX 168)
10. Lauterborn Deposition at 86-99, 114-118, 177, 183-186, 278-280, 322-323
11. Compact Disk with Recordings
12. Lamstein Deposition at 105-107, 113-115, 153, 172-174, 285, 319, 327-328
13. Huffman Deposition at 4, 66-68, 71-75, 77-86
14. Schoolcraft Report, dated 9-2-09 (PX 58)
15. Schoolcraft Report, dated 8-20-09 (PX 40)
16. Confidential or Attorney Eyes Only Productions filed under seal at 405-446, 442-444 (PX 144 & 170), 3876, 4316-18, 4643, 4785-86, 5153-5248 (PX 169), 12004-12005
17. Caughey Memorandum, dated 10-19-09
18. Caughey Deposition at 120-122, 127-128
19. Boston Deposition at 64-65, 77-86, 109-112
20. Valenti Deposition at 14-16
21. Broschart Deposition at 87-88, 100-104, 167-169, 177-178, 182-183
22. Lamstein Notes (PX 29)
23. Lauterborn Report, dated 10-31-09 (PX 16)
24. Duncan Deposition at 119-120, 127
25. Gough Depositon at 141
26. Sangeniti Deposition at 93-100, 144-148
27. Jamaica Hospital Medical File or Chart (PX 69)
28. James Deposition 53-71
29. Sawyer Deposition 139-145, 153-156, 160
30. Report by Dr. Roy Lubit
31. Bernier Deposition at 248-49
32. Isakov Deposition at 94-98
33. Dhar Deposition at 132-135
34. Mauriello Counterclaims
35. Mauriello Testimony in *Floyd v City of New York* (PX 48) at 1829-1836
36. Report by Dr. Halpren-Ruder
37. Hanlon Depositon at 77-78
38. Emergency Admission Form (PX 171)
39. Jamaica Hospital Manual (PX 70)
40. Second Amended Complaint