PLAINTIFF'S MOTION
EXHIBIT 28

Page 53

```
1                    SHANTEL JAMES
2    guess and also, I was not familiar with
3    Brooklyn.  So I didn't know if he wanted me
4    to be escorted because I know nothing about
5    Brooklyn and of course, he's going to drop
6    me to the hospital.  I didn't know if I was
7    going to be relieved at some point in the
8    night and he would have to drive me back.
9         Q.     Did Lieutenant Anderson tell you
10   anything about the situation?
11              MS. PUBLICKER METTHAM:
12        Objection.  You could answer.
13        A.     No, he did not.
14        Q.     Did Lieutenant Anderson tell you
15   anything about who was already at the
16   hospital?
17        A.     I don't recall.
18        Q.     When you got to the hospital you
19   saw Lieutenant Bouchard, right?
20        A.     I did.
21        Q.     When you saw Lieutenant
22   Bouchard, were you surprised to see him
23   there?
24              MS. PUBLICKER METTHAM:
25        Objection.  You could answer.
```

Page 54

SHANTEL JAMES

1

2      A.      No.

3      Q.      Did it strike you as unusual

4   that Lieutenant Anderson was giving you this

5   assignment?

6              MS. PUBLICKER METTHAM:

7      Objection.  You could answer.

8      A.      Yes, it did.

9      Q.      Why?

10     A.      Usually supervisors don't sit on

11  the people in the hospital, but then he is a

12  member of the service.  So I assumed I was a

13  supervisor and they only wanted supervisors

14  to sit on Mr. Schoolcraft.

15     Q.      Who conducted the roll call for

16  the police officers that you were scheduled

17  to be supervising that evening?

18              MS. PUBLICKER METTHAM:

19     Objection.  You could answer.

20     A.      I have no idea.

21     Q.      Somebody must have.

22     A.      Somebody must have, yes.

23     Q.      Sitting here today, do you know

24  that Inspector Mauriello, Deputy Chief

25  Marino and others went to the residence of

Page 55

1                    SHANTEL JAMES

2     Adrian Schoolcraft -- went to Adrian

3     Schoolcraft's residence earlier that evening

4     and went into his apartment?

5                MS. PUBLICKER METTHAM:

6          Objection.  You could answer.

7          A.     Sitting here now, today, yes, I

8     know that.

9          Q.     When did you first become aware

10    that Marino and others went into

11    Schoolcraft's house that night?

12                MS. PUBLICKER METTHAM:

13         Objection.  You could answer.

14         A.     Days later, days after the

15    hospital incident.

16         Q.     How did you learn that?

17         A.     I heard about it on the news.

18         Q.     When you say days later.  Do you

19    mean days, weeks or months later, much later

20    or do --

21         A.     A week.

22         Q.     It was about a week later?

23         A.     Yes.

24         Q.     What news report did you hear?

25         A.     I don't recall.

Page 56

1                    SHANTEL JAMES
2        Q.     Do you recall anything else
3    about that report?
4        A.     No.
5        Q.     Did you ever have any
6    conversation with anybody about that report
7    or that news report?
8                MS. PUBLICKER METTHAM:
9        Objection.  You could answer.
10       A.     Other than my mom, no.
11       Q.     What did you tell your mom?
12       A.     Well, she actually told me that
13   I was being sued and she actually told me
14   about these people going into this man's
15   house and she asked me about it.  She knew
16   more about it than I did, because I didn't
17   know anything about it.
18       Q.     I think I understand what you're
19   saying to me, but I just want to make sure.
20   From the time you went to the hospital on
21   October 31st or November 1st, 2009, up until
22   the time you had this conversation with your
23   mom, you didn't know that there were a whole
24   bunch of members of the service who actually
25   went to Schoolcraft's house, right?

Page 57

```
 1                    SHANTEL JAMES
 2         A.      That's correct.
 3         Q.      After you got this assignment
 4    from Lieutenant Anderson, what did you do?
 5         A.      I got dressed in my uniform, I
 6    waited for a vehicle to become available,
 7    myself and my driver drove to the hospital.
 8         Q.      Were both you and Sadowsky in
 9    uniform when you got to the hospital?
10         A.      Yes.
11         Q.      And you both were armed?
12         A.      Yes.
13         Q.      Do you know whose cuffs were
14    used to cuff Schoolcraft?
15         A.      No.
16         Q.      I'm assuming that both, you and
17    Sadowsky, were armed?
18                 MS. PUBLICKER METTHAM:
19         Objection.  Asked and answered.
20         A.      Yes.
21         Q.      Sorry about that.
22         A.      No problem.
23         Q.      The second entry in your memo
24    book, the 0500 entry?
25         A.      Yes.
```

Page 58

1                    SHANTEL JAMES
2        Q.      Who is the sergeant that you are
3    mentioning here?
4        A.      His name is Sergeant Manwarren.
5        Q.      How do you spell that?
6        A.      I'm sorry, I don't even know if
7    I am pronouncing it right.  So I don't know
8    how to spell his name.
9        Q.      Who was he?
10       A.      He was the desk sergeant on the
11   date of incident.
12       Q.      And does this entry indicate
13   that you informed the desk sergeant and
14   Lieutenant Anderson about what occurred
15   here?
16       A.      Yes.
17       Q.      How did you advise them of these
18   facts?
19       A.      I called them on the cell phone.
20   I called the 81st Precinct desk phone.
21       Q.      You reported information that
22   set forth in this 0500 entry?
23       A.      Yes.
24       Q.      What did you say in response?
25       A.      I don't recall.  I don't recall.

Page 59

SHANTEL JAMES

1
2      Q.      Did you do anything as a result
3  of making this report to them?
4              MS. PUBLICKER METTHAM:
5      Objection.  You could answer.
6      A.      I don't know if I took the
7  initiative to call the emergency service
8  unit or whether or not I was instructed to
9  call the emergency service unit.
10     Q.      Do you think there's a
11  connection between this report that you made
12  at 0500 and the appearance of ESU at the
13  scene 22 minutes later?
14             MS. PUBLICKER METTHAM:
15     Objection.  You could answer.
16     A.      Yes.
17     Q.      Am I correct that at ten minutes
18  after midnight you arrived at Jamaica
19  Hospital with Sadowsky?
20     A.      Yes, that's correct.
21     Q.      And what was the situation when
22  you arrived?
23             MS. PUBLICKER METTHAM:
24     Objection.  You could answer.
25     A.      Upon my arrival I was greeted by

Page 60

1                    SHANTEL JAMES
2    Lieutenant Bouchard, who told me not to
3    speak to Schoolcraft and he left.  I
4    observed Schoolcraft sitting on his bed and
5    I observed that one of his hands was cuffed
6    to the gurney.  I sat down at the nurse's
7    station with Officer Sadowsky, which was
8    approximately two to three feet away from
9    Schoolcraft's gurney and that was it.  We
10   just sat down there were.  No words
11   exchanged, no acknowledgements and that was
12   it up until 5:00 a.m.
13         Q.    When you say that was it, that
14   was meaning nothing occurred up until?
15         A.    Right.  There were no incidents
16   that occurred up until 5:00 a.m.
17         Q.    How was Schoolcraft dressed?
18         A.    I don't recall.
19         Q.    Was he in civilian clothes or
20   hospital garb?
21               MS. PUBLICKER METTHAM:
22         Objection.  You could answer.
23         A.    I don't recall.
24         Q.    I am going to show you two
25   photographs that were taken of the emergency

Page 61

1                     SHANTEL JAMES

2    room at Jamaica Hospital and I just -- they

3    are separate photographs.  One is two phones

4    and another one is a single phone.  I just

5    want you to tell me, if you can, tell me

6    whether or not you could recognize these

7    photographs and --

8                    MS. PUBLICKER METTHAM:  Are you

9          marking those?

10                   MR. SMITH:  Yes.

11        Q.        And if you could tell where

12   Schoolcraft's gurney was and where

13   Schoolcraft was in relationship to either

14   one of these photographs?

15                   MR. OSTERMAN:  Were those marked

16         previously?

17                   MR. SMITH:  I don't think they

18         were, but I have copies.  I am going to

19         mark as 118 the photograph with two

20         phones and 119 as the photograph with

21         one phone and just take a look at

22         those.

23                   (Plaintiff's Exhibit 118,

24         photocopy of a photograph, was marked

25         for identification as of this date.)

Page 62

1                    SHANTEL JAMES
2               (Plaintiff's Exhibit 119,
3        photocopy of a photograph, was marked
4        for identification as of this date.)
5        A.      Okay.  This doesn't look
6   familiar to me --
7        Q.      Hold on.  Let everybody else
8   catch up.
9        A.      Okay.  I'm sorry.
10       Q.      Okay.  So have you had a chance
11  to look at 118 and 119?
12       A.      I have.
13       Q.      Can you tell me where
14  Schoolcraft was in relationship to either
15  one of these telephones?
16               MS. PUBLICKER METTHAM:
17       Objection.  You can answer.
18       A.      I can't because this layout
19  doesn't look familiar to me at all.
20       Q.      Can you tell me what the layout
21  was when you got to the hospital ten minutes
22  after midnight on November 1, 2009?
23               MS. PUBLICKER METTHAM:
24       Objection.  You could answer.
25       A.      Sure.  I came into the emergency

Page 63

1                    SHANTEL JAMES

2  room, double doors, Schoolcraft was maybe

3  five beds from the double doors.  I -- you

4  speaking of the phone incident, I know that

5  he definitely did not use these two phones

6  because I remember the phone was hanging on

7  the wall.  So he did not use these phones

8  while I was there.

9        Q.      I don't mean to interrupt you,

10 but I just want to make the record clear

11 that you're indicating the phones which are

12 depicted in 118?

13       A.      Yes.

14       Q.      Go ahead, please.

15       A.      If I remember correctly, the

16 nurse's station was positioned in front of

17 the gurney and Schoolcraft walked around the

18 nurse's station and he used the phone to the

19 right of the station, which would have been

20 positioned here.  Not attached to this

21 desktop here.

22       Q.      So when you walked into the

23 emergency room through the double doors, was

24 the telephone that Schoolcraft later used

25 that evening to your left?

Page 64

SHANTEL JAMES

1

2        A.     It was.

3               MR. SMITH:  And I am going mark

4       this as 120.

5               (Plaintiff's Exhibit 120,

6       photocopy of a photograph, was marked

7       for identification as of this date.)

8        Q.     Now this is another photograph

9   at the Jamaica Hospital, but I am not

10  showing you this about the phone at all,

11  because this actually was a photograph taken

12  at a different location than in the

13  emergency room, but does this gurney look

14  like the gurney that Schoolcraft was in when

15  you got there?

16               MS. PUBLICKER METTHAM:

17      Objection.  You could answer.

18      A.     Yes.

19      Q.     Was the gurney that Schoolcraft

20  was in was it elevated like the ones

21  depicted in 120 with the back up or was

22  Schoolcraft in the gurney with the back

23  down?

24               MS. PUBLICKER METTHAM:

25      Objection.  You can answer.

```
                                        Page 65
  1                   SHANTEL JAMES
  2              MR. OSTERMAN:  Objection.
  3      A.      I don't remember.
  4              MS. PUBLICKER METTHAM:  Would it
  5      be a good time for a break?
  6              MR. SMITH:  Yeah, that's fine.
  7      It's 11:25, going off the record.
  8              (Whereupon, a recess was taken.)
  9              MR. SMITH:  Going back on the
 10      record, it's 11:40.
 11      Q.      Sergeant, when you got to the
 12  hospital and you saw Schoolcraft, was that
 13  the first time you had ever seen Schoolcraft
 14  before?
 15      A.      Yes.
 16      Q.      Did you know, when you got
 17  there, that he was a police officer at the
 18  81st Precinct?
 19      A.      Yes.
 20      Q.      How did you know that?
 21      A.      I recall seeing his name on the
 22  roll call.
 23      Q.      Had you heard anything at all
 24  about Schoolcraft at that time?
 25              MS. PUBLICKER METTHAM:
```

Page 66

1                    SHANTEL JAMES
2        Objection.  You could answer.
3        A.     Not to my knowledge.
4              MR.  SMITH:   Let me rephrase that
5        question.
6        Q.     At the time that you got to the
7   hospital, when you first saw Schoolcraft,
8   had you heard anything from anybody at any
9   time previously about Schoolcraft?
10             MS.  PUBLICKER METTHAM:
11       Objection.  You could answer.
12       A.     Not that I recall.
13       Q.     Did you have any idea why you
14  were supposed to be guarding Schoolcraft for
15  his safety?
16             MS.  PUBLICKER METTHAM:
17       Objection.  Asked and answered.  You
18       could answer again.
19       A.     No, I did not.
20       Q.     Did you have any understanding
21  as to what his status was when you got to
22  the hospital?
23             MR.  OSTERMAN:   Objection.
24             MS.  PUBLICKER METTHAM:
25       Objection.  You could answer.

```
                                        Page 67
 1                    SHANTEL JAMES
 2        A.      No.
 3        Q.      Did you know whether or not he
 4   was a perp or EDP or something else?
 5                MS. PUBLICKER METTHAM:
 6        Objection.  You can answer.
 7        A.      I did not know.
 8        Q.      Did you have any understanding
 9   about what risk he was subject to which
10   needed protection?
11                MS. PUBLICKER METTHAM:
12        Objection.  You could answer.
13        A.      I did not.
14        Q.      When you got to the hospital,
15   did you understand that you were to be
16   guarding Schoolcraft for his safety, because
17   he was a risk to himself or because somebody
18   else was a risk to him?
19                MS. PUBLICKER METTHAM:
20        Objection.  You could answer.
21                MR. OSTERMAN:  Objection.
22                MR. LEE:  Object to the form.
23                MR. KOSTER:  Objection.
24        A.      I did not know.
25        Q.      Am I correct that your
```

Page 68

1                    SHANTEL JAMES

2    conversation with Bouchard, when you got

3    there, was a very quick conversation?

4         A.    Yes, it was very brief.

5         Q.    And the sum and substance of

6    that conversation was don't talk to him and

7    I'm leaving?

8         A.    Yes.

9         Q.    Did he provide you with any

10   other information about the situation?

11              MS. PUBLICKER METTHAM:

12        Objection.  You could answer.

13        A.    No, he did not.

14        Q.    Did anybody else provide you

15   with any other information about the

16   situation?

17              MS. PUBLICKER METTHAM:

18        Objection.  You could answer.

19              MR. OSTERMAN:  Objection.

20        A.    No, they did not.

21              MR. SMITH:  I will rephrase

22        that.

23        Q.    Did anybody from the police

24   department provide you with any information?

25              MS. PUBLICKER METTHAM:

```
 1                    SHANTEL JAMES
 2        Objection.  You could answer.
 3        A.     No.
 4        Q.     Did anybody from the hospital
 5   provide you with any information?
 6              MS. PUBLICKER METTHAM:
 7        Objection.  You could answer.
 8        A.     No.
 9        Q.     Did you receive any instructions
10   from anybody at the hospital?
11              MR. OSTERMAN:  Objection.
12        A.     No.
13        Q.     You give any instructions to
14   anybody at the hospital?
15              MS. PUBLICKER METTHAM:
16        Objection.  You could answer.
17        A.     No, I did not.
18        Q.     So when you got to the hospital
19   and Schoolcraft was in the gurney, you and
20   Sadowsky sat down in chairs and you were
21   watching him; is that correct?
22              MS. PUBLICKER METTHAM:
23        Objection.  You could answer.
24        A.     Yes.
25        Q.     And is it fair to say that
```

Page 70

```
 1                    SHANTEL JAMES
 2    basically nothing happened for the next four
 3    and a half, five hours?
 4                  MS. PUBLICKER METTHAM:
 5         Objection.  You could answer.
 6                  MR. OSTERMAN:  Objection.
 7         A.     Yes.
 8         Q.     You don't recall anything
 9    happening, right?
10                  MR. OSTERMAN:  Objection.
11                  MS. PUBLICKER METTHAM:
12         Objection.  You can answer.
13         A.     I do not.
14         Q.     Do you recall Schoolcraft saying
15    anything during that period of time?
16                  MS. PUBLICKER METTHAM:
17         Objection.  You can answer.
18         A.     No.
19         Q.     Do you recall him doing anything
20    during that approximately five-hour period
21    of time?
22         A.     No.
23         Q.     Did you see him speaking to
24    anybody?
25         A.     I don't recall.
```

Page 71

```
 1                    SHANTEL JAMES
 2        Q.      Did you see him using a
 3   telephone?
 4        A.      I don't recall.
 5        Q.      Is it fair to say he just wasn't
 6   a problem at all up until 5:00 in the
 7   morning, right?
 8               MR. OSTERMAN:   Objection.
 9               MS. PUBLICKER METTHAM:
10        Objection.   You can answer.
11        A.      Yes, it's fair to say.
12        Q.      What was his demeanor like
13   during that five-hour period?
14               MS. PUBLICKER METTHAM:
15        Objection.   You could answer.
16        A.      He appeared to be very calm.
17        Q.      Am I correct that you didn't say
18   anything to him?
19        A.      That's correct.
20        Q.      And Sadowsky didn't say anything
21   to him?
22        A.      Not to my knowledge.
23        Q.      Did Schoolcraft try and
24   communicate with either you or Sadowsky?
25               MS. PUBLICKER METTHAM:
```