# PLAINTIFF'S MOTION
# EXHIBIT 29

F. M. SAWYER

Q. What was your understanding about the assignment this time to go sit on Schoolcraft: Was that an arrest situation, an EDP situation, or some other situation?

MS. PUBLICKER METTHAM: Objection.

You can answer.

A. It was my understanding this was an EDP situation.

Q. Who told you that?

A. I don't recall who.

Q. Was Miller also carrying a firearm?

A. To the best of my knowledge, he was.

Q. Did he also have cuffs?

A. I don't recall.

Q. Did he have a badge?

A. Yes.

Q. Did he have any other equipment with him?

A. I don't recall.

Q. Who did you first encounter

when you got to the hospital?

A. Sergeant Shantel James.

Q. Where did you encounter her?

A. In the confines of the Jamaica Hospital emergency room.

Q. And what did she tell you?

A. She made a statement to me about Schoolcraft.

Q. What did she say?

A. She told me that he was handcuffed to the portable bed, and he nearly ran over other patients and other people that were in the hospital.

Q. What else did she say to you?

A. I don't recall anything else.

Q. Was there anybody else present during this conversation that you had with James?

A. There was another police officer with her.

Q. Who was that?

A. Officer Sadowski.

Q. Where was Miller during this discussion?

F. M. SAWYER

A. He was with me.

Q. So he was part of this conversation too?

A. Yes, yes.

Q. When you got to the hospital, you, and Miller, Sadowski, and James discussed the situation, right?

A. That's correct.

Q. And do you recall anything else being discussed during this initial discussion between the four of you?

A. No.

Q. What happened next?

A. I -- I -- I observed Schoolcraft talking on a telephone.

Q. How much time elapsed between when James told you that he had nearly ran over a patient and others at the hospital and your observing of Schoolcraft being on the phone?

A. I don't recall offhand.

Q. How long had you been at the hospital and observed Schoolcraft on the phone?

F. M. SAWYER

A. I -- several minutes at that point.

Q. As of the time that you saw Schoolcraft on the phone, had you had any discussions with Schoolcraft with anybody else other than this discussion with James?

MS. PUBLICKER METTHAM: Objection.

You can answer.

A. Just Lieutenant Jones telling me he was at the hospital.

Q. So when you got to the hospital, you didn't have any discussions with any of the staff or anybody else working at Jamaica Hospital before you saw Schoolcraft on the phone; is that right?

A. I don't recall discussing this with anybody there.

Q. What happened after you saw Schoolcraft on the phone?

A. I ordered him to get off the phone.

F. M. SAWYER

Q. Why did you do that?

A. Because based on the statement that Sergeant James had given me, I determined that he might be a danger to the other hospital patients, their families, their visitors, as well as staff; and I determined that I was going to double cuff him to the bed so he could no longer walk around with the bed.

Q. Was your observation of Schoolcraft being on the phone the first time that you observed him when you got to the hospital?

MS. PUBLICKER METTHAM: Objection.

You can answer.

A. That's correct.

Q. Other than being on the phone, did you notice anything about his conduct or demeanor?

A. Not that I can recall.

Q. Was there anybody standing next to him or close to him?

A. I don't recall.

F. M. SAWYER

Q. Were there any other patients in his vicinity when he was on the phone?

A. I don't recall.

Q. Was he standing when you saw him on the phone or sitting or lying on the gurney?

MS. PUBLICKER METTHAM:

Objection.

You can answer.

A. He was standing.

Q. And he was cuffed to the gurney?

A. Single cuffed.

Q. Which hand?

A. I don't recall.

Q. How far were you when you saw him standing talking on the phone?

A. I don't recall offhand when I first observed him.

Q. Did you hear anything that he was saying to anybody on the phone?

A. I wouldn't recall that at all.

Q. What did you do next?

A. I, myself, Officer Miller,

F. M. SAWYER

Sergeant James, and Officer Sadowski, we double cuffed him to the bed.

Q. How much time elapsed from the time that you ordered him to get off the phone and the physical contact that you and the others engaged in double cuffing him to the bed?

MS. PUBLICKER METTHAM: Objection.

You can answer.

A. That I don't recall.

Q. Did he respond to this order of yours to get off the phone?

A. No, he did not.

Q. Did he acknowledge in any way that he heard your request to get off the phone?

A. No.

Q. He just continued to speak on the phone?

A. Yes.

Q. Did you say anything else to him?

A. I don't recall.

the same key worked on both handcuffs.

Q. Is that true for all handcuffs or --

MS. PUBLICKER METTHAM: Objection.

Don't answer.

MR. SMITH: Because that is some sort of trade secret?

MS. PUBLICKER METTHAM: Law enforcement privilege.

MR. SMITH: I will keep that in mind the next time I get handcuffed.

Q. All right. You said you assisted him onto the gurney.

What do you mean by saying that you assisted him on to the gurney?

A. Adrian Schoolcraft refused to sit on the gurney voluntarily so myself and the officers I mention used physical force to place him on the gurney.

Q. Did someone ask him to sit on the gurney?

A. I don't recall.

Q. In what way did he manifest a

F. M. SAWYER

refusal to sit on the gurney?

MS. PUBLICKER METTHAM:

Objection.

You can answer.

A. He resisted all attempts to assist him on the gurney.

Q. Did he say anything to?

A. I don't recall offhand.

Q. In what way did he physically resist your attempts to place him on the gurney?

MS. PUBLICKER METTHAM:

Objection.

You can answer.

A. As we were directing him onto the gurney, he just refused to comply with our instruction.

Q. So physically he wasn't compliant, right?

A. That's correct.

Q. Did anybody say anything to you at the time that you were placing him on the gurney?

A. I don't recall.

F. M. SAWYER

Q. Did anybody on the hospital staff say anything to you that you recall while you were double cuffing him?

A. No.

MS. PUBLICKER METTHAM: Objection.

You can answer.

Q. Did you ask anybody for permission to double cuff him?

A. No.

Q. Did you discuss double cuffing him with anybody at the hospital before you did so?

MS. PUBLICKER METTHAM: Objection.

You can answer.

A. When you say "at the hospital," are you talking like the hospital staff or any members of the police department?

Q. Actually anybody.

Did you discuss double cuffing Schoolcraft with anybody other than James, Miller, and Sadowski before you double cuffed him?

F. M. SAWYER

A. No.

MS. PUBLICKER METTHAM: Objection.

You can answer.

Q. Did Sadowski say anything to you during this discussion that you had with him and James and Miller before you did the double cuffing?

MS. PUBLICKER METTHAM: Objection.

You can answer.

A. I don't recall him doing so.

Q. Did Miller say anything during this discussion?

A. I don't recall him doing so.

Q. Did James say anything to you other than what you already identified her saying to you?

A. I don't recall.

Q. How was James dressed?

MS. PUBLICKER METTHAM: Objection.

You can answer.

A. I don't recall.

F. M. SAWYER

Q. Did James tell you that she had tried to restrain Schoolcraft?

A. I don't recall her doing so.

Q. Did you say anything to Schoolcraft when you were applying the cuffs to him?

A. I don't --

MS. PUBLICKER METTHAM: Objection.

You can answer.

A. -- I don't recall making any statement to him.

Q. Did you tell him this is what happens to rats?

A. Absolutely not.

Q. Did you squeeze the handcuffs tight?

MS. PUBLICKER METTHAM: Objection.

You can answer.

A. I don't recall how the cuffs were placed on.

Q. Who placed the cuffs on?

A. I don't even recall who