# PLAINTIFF'S MOTION
# EXHIBIT 32

1    I. ISAKOV
2    is what I thought you said the first
3    time.
4        A.    That's my understanding.
5    Again, I may say no language of law how
6    it should be. It's my, as a physician,
7    understanding what I do when I admit
8    person under this condition.
9        Q.    That's all I can ask you to do,
10   Doctor, thank you.
11            If I'm wrong you tell me. I
12   want to understand.
13            If a patient has a mental
14   illness and is in need of care and
15   observation under the statute, it's your
16   understanding you can admit him to the
17   hospital, correct?
18       A.    Yes.
19       Q.    Against his will, correct?
20       A.    Against his will, yes, if he
21   don't understand the necessity of
22   admission and I feel it need immediate
23   attention and observation.
24       Q.    If he needs immediate attention
25   and observation because of a mental

```
                                             Page 95
 1                I. ISAKOV
 2   illness, you believe under the statue you
 3   can admit him against his will, correct?
 4        A.    Yes.
 5              MR. DEVINE:   Just those factors?
 6              MR. SUCKLE:   Yes.
 7        A.    There is a potential danger if
 8   he would not be admitted and sent home.
 9        Q.    You're adding to what I said,
10   there has to be also a potential danger?
11        A.    Right.
12        Q.    And that potential danger is
13   what you use as your standard for whether
14   or not you can admit somebody who has a
15   mental illness in need of observation and
16   care, correct?
17        A.    Yes.
18        Q.    And that potential danger, you
19   decide whether or not from your
20   evaluation whether or not that person has
21   had a potential danger, yes?
22        A.    Yes.
23        Q.    You were talking about you are
24   not a lawyer so you are not -- when I was
25   reading the words "substantial risk,"
```

Page 96

1              I. ISAKOV
2  that's lawyer language; that's not the
3  language you would use, correct?
4         MR. RADOMISLI:  Objection to
5    form.
6     A.   Substantial risk of physical
7  harm to himself.
8     Q.   That's more than potential
9  danger, correct?
10    A.   Let me put you this way; for
11 example, if a person will say, yes, I
12 want to kill myself.  It will be
13 straightforward risk to harm himself.
14    Q.   That is a substantial risk?
15    A.   I don't know if you call it
16 substantial.  It's a definite risk.
17        If the person conducts himself
18 in the way that you feel this can
19 potentially be harmful, then it can be
20 indirectly.  He is not saying, yes, I'm
21 going to kill somebody or I kill myself
22 but how he conduct himself putting
23 himself at risk that he may under this
24 situation in this emotional condition if
25 he was not under observation in safe

Page 97

1                  I. ISAKOV
2     environment, he may do something that may
3     be harmful.  And to protect him, yes, you
4     can admit him against his will if he
5     doesn't want to do it voluntary.
6         Q.    So if somebody may harm
7     themselves and have this mental illness
8     that needs to be observed and treated,
9     you can admit them?
10        A.    Yes.
11        Q.    When you say they may harm
12    themselves, you are not comfortable using
13    the words "substantial risk," correct?
14             MR. RADOMISLI:  Objection.
15        Q.    You are not comfortable with
16    the words.  I asked you about it.  You
17    said --
18        A.    What I comfortable with and it
19    probably will pertain to this case that
20    even if he did not say that I will kill
21    myself or somebody, it says conduct
22    demonstrated this potential danger.
23        Q.    And this potential danger is
24    that he may --
25        A.    That can be --

Page 98

I. ISAKOV

1
2    Q.    -- may harm himself?
3    A.    May, yes.
4    Q.    May?
5    A.    Correct.
6    Q.    And that may, when you say "may harm himself," is that different than potentially might harm himself?
9    A.    I don't know how to separate them. Potential it's high risk, low risk, medium risk; but it doesn't matter what level the risk. If there is a risk, I think it's my duty to protect the patient.
15   Q.    So it doesn't matter what level of risk so long as you perceive a risk, you are got going to admit him?
18   A.    Yes, right.
19   Q.    And that's how you teach the residents at Jamaica Hospital when you teach them?
22   A.    I teach psychopharmacology. I don't teach the law.
24   Q.    That's your understanding of the standard?