# PLAINTIFF'S MOTION EXHIBIT 33

```
                                                    Page 132
 1                  VINOD DHAR, M.D.
 2        Q.       Pursuant to the policy?
 3        A.       Substantial risk is to prevent
 4   the potential risk.
 5        Q.       My question is if you have a
 6   risk, but it's only a potential risk, is
 7   that sufficient to qualify as a substantial
 8   risk under the policy?
 9        A.       Under the policy, yes.
10        Q.       So any risk is a substantial
11   risk under the policy?
12        A.       Under the policy for 9.39, yes.
13        Q.       Why is that?
14        A.       Safety.
15        Q.       The safety of whom?
16        A.       The person.
17        Q.       What does the term substantial
18   risk mean to you, Doctor?
19        A.       It's a very undefined term that
20   is used by different agencies by different
21   professionals.  There's a patient in the
22   nursing home, there is a patient coming from
23   -- patient living in the home by himself, he
24   is -- has no food, has no heat, and if the
25   neighbors complain that he's smelling.  So
```

```
                                            Page 133
 1              VINOD DHAR, M.D.
 2   somebody will go there and make an
 3   assessment and if what they find there is
 4   potentially a dangerous situation, they will
 5   remove the patient and bring to the
 6   emergency room.  So there is a substantial,
 7   as well as, potential.
 8        Q.      Isn't there a difference in your
 9   mind between any risk and substantial risk?
10              MR. RADOMISLI:  I'm going to
11         object to the extent you're asking for
12         his mind.  If you want to ask whether
13         it's a policy --
14              MR. SMITH:  Okay.  Fine.  I will
15         ask what the policy is and see if he
16         thinks there's any distinction either
17         because we are mincing words here.
18        Q.      Under the Jamaica Hospital
19   policy, is there any difference between a
20   potential or any potential risk of
21   dangerousness and a substantial risk of
22   dangerousness?
23        A.      Again, it's a clinical judgment.
24   I don't think it's defined in the policy.
25        Q.      In your opinion, is there a
```

```
                                         Page 134
 1              VINOD DHAR, M.D.
 2   difference between any potential risk and a
 3   substantial risk of dangerousness?
 4           MR. RADOMISLI:  He is here as a
 5       30(b)(6) witness.
 6       Q.     Okay.  You can answer the
 7   question.
 8           MR. RADOMISLI:  No, he can't.
 9           MR. SMITH:  You're instructing
10       him not to answer that question?
11           MR. RADOMISLI:  It's not proper
12       of a 30(b)(6) witness.  You know that.
13           MR. SMITH:  No, I don't.
14           MR. RADOMISLI:  I cited a case.
15       Don't answer that question.  It's not
16       proper.
17       Q.     Does the term substantial risk,
18   as defined in the Jamaica Hospital policy,
19   include any risk of harm?
20       A.     Yes.
21       Q.     So under Jamaica's policy, any
22   possible risk is a sufficient basis in which
23   to involuntary admit somebody, because of
24   the conclusion that they are dangerous to
25   themselves or others; is that correct?
```

```
                                              Page 135

 1             VINOD DHAR, M.D.
 2             MR. RADOMISLI:  Objection to the
 3     form.
 4        A.   Yes.
 5        Q.   Is part of Jamaica's policy in
 6   making this assessment about risk of
 7   dangerousness to seek out to protect the
 8   community, as well as, the patient?
 9        A.   Both.
10        Q.   I'm sorry?
11        A.   Both patient, as well as, the
12   community.
13        Q.   Why is the hospital involved in
14   seeking out to make the community safe?
15             MR. RADOMISLI:  Objection to
16     form.
17        A.   Because article 9.39 is safety
18   for patient and others.
19        Q.   So Jamaica Hospital views one of
20   its roles under 9.39 is to make the
21   community safe?
22             MR. RADOMISLI:  Objection to
23     form.
24        A.   I don't think it's question of
25   making the community safe.  It's making --
```