PLAINTIFF'S MOTION
EXHIBIT 27
Part 1

# THE JAMAICA HOSPITAL

INFORMATION IN THIS RECORD IS CONFIDENTIAL
DO NOT REMOVE FROM HOSPITAL

### IMPORTANT

1. Information in this record may not be released without approval of Medical Record Department

2. Medical Records must be available at all times. Do not leave in Drawers, Cabinets, etc.

3. Return Medical Records promptly to Medical Record Department.

ALLERGIC TO

| 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 |
|------|------|------|------|------|------|------|------|------|------|
|      |      |      |      |      |      |      |      |      |      |



PATIENT NAME

FIRST  Adriana

MIDDLE

LAST  Schoolcraft

PLAINTIFF'S
EXHIBIT
69

## Patient Fact Sheet

| Name and Address | Employer |
|---|---|
| SCHOOLCRAFT, ADRIAN | UNKNOWN |

82 60 88 PL

RIDGEWOOD          NY   11385

**Phone:** (718)570-6224    **Sex:**    M          **Phone:** (999)999-9999

**SS No:** 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    **Marital Status**    S

**Race:** W    **Religion:** NO

**BirthDate:** 6/21/1975    **Occupation:**

**Patient's Maiden Name:**

---

### Nearest Relative

SCHOOLCRAFT, SELF

82 60 88 PL

RIDGEWOOD          NY    11385

**Home Phone:** (718)570-6224          **Rel:** 09

**Business Phone:**

### Admission Data

| Account Number | Unit Number |
|---|---|
| 130381874 | 1298984 |

| Admit Date | Admit Time | ER MD |
|---|---|---|
| 11/1/2009 | 8:54 | -BERNIER |

| Triage Time | Prim Care MD |
|---|---|
| | NA |

---

### Guarantor

SCHOOLCRAFT, ADRIAN

82 60 88 PL

RIDGEWOOD          NY   11385

**Home Phone**          (718)570-6224

**Business Phone**

**Rel:**          01      **SS:**          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

**Occ:**

**Employer**                    UNKNOWN

### Emergency Contact

SCHOOLCRAFT

**Home Phone:**   (718)570-6224          **Rel:** 01

**Business Phone:**

---

### Insurance Information

**Ins:**  AETNA US HEALTHCARE      **Insured:**   SCHOOLCRAFT, ADRIAN

**Policy Number:** BBM6PBBA      **Group Number:**   US008041009001   **Rel:**   SELF/

PO BOX 981109

EL PASO          TX          799981109

**Phone Number**   (800)451-8843                    **FIN**   19

**Auth Number**   PENDING

JHMC 2

Patient Name  **SCHOOLCRAFT, ADRIAN**

Account Number  **130381874**

Medical Record No.  **1298984**

Date  **11/1/2009**

ID  130381874

# Jamaica Hospital Medical Center

## Emergency Department Record

### History of Present Illness
KTA

34 Year Old Male Patient Presents with Paranoid. see psychiatric assessment..

---

**Review of Systems**
(Symptoms and Signs not covered in the HPI)

| GU | Neuro | ENT | Resp | Musculoskeletal | Hematologic/Lymphatic |
|----|-------|-----|------|-----------------|----------------------|
| Skin | Psych | Heart | GI | Endocrine | Allergic/Immunologic |
| ☐ All other ROS negative | | | | Constitutional Sxs | Eyes |

☐ Vital Signs/Triage/Nursing Notes Reviewed and Agree   ☐ Hx unobtainable due to Tx urgency or poor historian(s)   ☐ Additional Information from Police, Ambulance, Nursing Home or Relatives   ☐ Old Medical Records Reviewed

---

**Past Medical History**  ☑ No Relevant PMHx   ☐ Asthma   ☐ COPD   ☐ CAD   ☐ Cancer   ☐ CHF   ☐ CVA

Other PMHx   ☐ Diabetes   ☐ HTN   ☐ Psychiatric   ☐ Renal   ☐ Seizures

---

**Social History**  ☑ No Relevant SoHx   ☐ ETOH   ☐ Drugs   ☐ Smoking   Additional Sx [                    ]

**Family History**  ☑ No Relevant FmHx   [ No Significant FMHx                    ]

---

## Physical Exam   Exam Time [                ]

General Appearance

HEENT

Chest

Abdomen

GU

Extremities

Neuro

Skin

Back

Neck

Lymphatics

Patient Name **SCHOOLCRAFT, ADRIAN**

Account Number **130381874**

Medical Record No. **1298984**

Date **11/1/2009**

## Diagnostics

Specimen Collected / ECG ,Rad Ordered

| MD Initials Time | | Diagnostic Ordered | Result Interpretation | Result Reviewed By | RN Initials Time | |
|---|---|---|---|---|---|---|
| KTA | 11/1/2009 12:59 | Urinalysis | Status- Cancelled - Patient Discharged | | | |
| KTA | 11/1/2009 12:59 | Urine Tox | Status- Cancelled - Autocancel by LIS-not coll/rcv | | | |
| KTA | 11/1/2009 12:59 | CBC | Status- Interim | KTA | | |
| KTA | 11/1/2009 12:59 | THC (MARIJUANA) | Status- Cancelled - Autocancel by LIS-not coll/rcv | | | |
| KTA | 11/1/2009 12:59 | Head CT s contrast | CTH-- DEPARTMENT OF RADIOLOGY Patient Name: SCHOOLCRAFT, ADRIAN MRN #: 001298984 Patient Loc: MENTAL HEALTH ER Requested by: Staff, Physician Exam: CT head w/o Result Date/Time: 11/02/2009 10:45 AM Radiologists: Janczuk, Peter MD ------------------------------------------ Clinical indication: FIRST PSYCHOTIC EPISODE: RULE OUT LESION/MASS. NONCONTRAST HEAD CT. * NO ACUTE INTRACRANIAL HEMORRHAGE, no discrete lesions, no mass effect or abnormal intra-or extra-axial fluid collections. VENTRICLES and CISTERNS have NORMAL size and position. OSSEOUS STRUCTURES are UNREMARKABLE without definite acute or displaced fractures or discrete lesions. PARANASAL SINUSES and MASTOID CELLS are CLEAR without fluid or significant mucosal thickening. | SPU | | |
| KTA | 11/1/2009 12:59 | TSH | Status- Interim | KTA | | |
| KTA | 11/1/2009 13:00 | RPR | Status- Interim | KTA | | |
| BWO | 11/1/2009 13:50 | Pulse Ox | | | BW | 13:50 |

**Recommended LOS/CPT/ICD-9 Code**

**Physician's LOS =**

**Nurse's LOS =**

## Diagnoses

| Paranoid | 297.9 ICD-9 |
|---|---|

| | MD | MD Time | | RN | RN Date/ Time | Admit to |
|---|---|---|---|---|---|---|

**Disposition**

**Condition**

Physician (Print)    Tariq, Khwaja (MD)

Physician Signature

Other Physicians

Tariq, Khwaja (MD)--Peteru, Sachidanand (Psychosomatic Fellow)

Patient Name  **SCHOOLCRAFT, ADRIAN**

Account Number  **130381874**

Primary RN (Print)    Calise, Michael (RN CM)

Medical Record No.  **1298984**

Date  **11/1/2009**

Other Nurses

Chen, Karen (RN)~Woodruff, Brian (RN)~Okuwobi, Bukunola (LPN)~Brady, Odette (RN)~Moonsammy, Victor (RN)~Calderone, Virnalyn (RN)~Harper, Wendell (LPN)~Mero, Monica (Amb Care Rep)~Basi, Susheela (RN)~Calise, Michael (RN CM)~Arias, Carielys (Reg)~Boswell, Gwendolyn (RN)~Stancu, George (Clerk)

This chart has been electronically signed via the EmpowER software.

Patient Name   **SCHOOLCRAFT, ADRIAN**          Medical Record No.  **1298984**

Account Number  **130381874**                               Date  **11/1/2009**

## Jamaica Hospital Medical Center

**Emergency Department Nursing Notes and Vital Sign**

| TimeEntered: | 11/1/2009 | | 16:39 | Vitals Taken By: | BOK | | |

| Temperature | Pulse | | | Blood Pressure | Respirations | Pulse Ox | Pain Scale |
|---|---|---|---|---|---|---|---|
| O   99.2 | Right | 81 | R  112 | 18 | | | **No Pain** |
| T | Left | | L   60 | | | | |
| R | | | | | | | |

| TimeEntered: | 11/1/2009 | | 17:00 | Vitals Taken By: | BOK | | |

| Temperature | Pulse | | | Blood Pressure | Respirations | Pulse Ox | Pain Scale |
|---|---|---|---|---|---|---|---|
| O   99.2 | Right - | 81 | R  112 | 18 | | | **No Pain** |
| T | Left | | L   60 | | | | |
| R | | | | | | | |

| TimeEntered: | 11/2/2009 | | 6:26 | Vitals Taken By: | WHA | | |

| Temperature | Pulse | | | Blood Pressure | Respirations | Pulse Ox | Pain Scale |
|---|---|---|---|---|---|---|---|
| O   98.4 | Right | 90 | R  123 | 20 | | | **No Pain** |
| T | Left | | L   73 | | | | |
| R | | | | | | | |

| TimeEntered: | 11/2/2009 | | 10:51 | Vitals Taken By: | KCH | | |

| Temperature | Pulse | | | Blood Pressure | Respirations | Pulse Ox | Pain Scale |
|---|---|---|---|---|---|---|---|
| O   98.6 | Right | 88 | R  127/63 | 18 | 100% | | **No Pain** |
| T | Left | | L | | | | |
| R | | | | | | | |

| TimeEntered: | 11/2/2009 | | 21:24 | Vitals Taken By: | BOK | | |

| Temperature | Pulse | | | Blood Pressure | Respirations | Pulse Ox | Pain Scale |
|---|---|---|---|---|---|---|---|
| O   99.2 | Right | 93 | R  124 | 18 | | | **No Pain** |
| T | Left | | L   76 | | | | |
| R | | | | | | | |

| TimeEntered: | 11/3/2009 | | 6:29 | Vitals Taken By: | VMO | | |

| Temperature | Pulse | | | Blood Pressure | Respirations | Pulse Ox | Pain Scale |
|---|---|---|---|---|---|---|---|
| O   97`4 | Right | 86 | R  124\60 | 18 | | | **No Pain** |
| T | Left | | L | | | | |
| R | | | | | | | |

Patient Name   **SCHOOLCRAFT, ADRIAN**                    Medical Record No.  **1298984**

Account Number  **130381874**                                Date   **11/1/2009**

## Jamaica Hospital Medical Center

**Emergency Department Nursing Notes and Vital Sign**

| TimeEntered: | 11/3/2009 | | 10:52 | Vitals Taken By: | GBO | |
|---|---|---|---|---|---|---|

| Temperature | Pulse | | Blood Pressure | Respirations | Pulse Ox | Pain Scale |
|---|---|---|---|---|---|---|
| O   99.2 | Right | 90 | R   123/68 | 18 | | **No Pain** |
| T | Left | | L | | | |
| R | | | | | | |

Patient Name   SCHOOLCRAFT, ADRIAN

Account Number   130381874

Medical Record No.   1298984

Date   11/1/2009

## Jamaica Hospital Medical Center

Emergency Department Nursing Notes and Vital Sign

## Nursing Notes

| Time Note Entered | | RN Initials | Note |
|---|---|---|---|
| 11/1/2009 | 13:51 | BWO | Client is a 34 year old White male police officer who was BIB/NYPD in handcuffs after he was apprehended at his home. Client had an argument with his supervisor and then left the job, went home and barricaded himself in his apartment refusing to come out. Client failed his psychological exam at work one year ago and his gun was taken away. Client is reported to be paranoid believing that he has documentation to prove that his superiors are falsifying crime statistics inorder to garner promotions. Client also believes that his superiors are out to get him. Denies medical/ psych Hx. In control at this time. Will continue to monitor. |
| 11/1/2009 | 15:38 | BOK | pt received on bed, awake and relaxing,pt spoke to his father on phone. Pt denies suicidal or homicidal ideation safety environment maintained will continue to monitor pt |
| 11/1/2009 | 20:11 | BOK | pt ate 100% of dinner with no sign of distress noted |
| 11/1/2009 | 22:56 | BOK | pt awake on bed and relaxing, pt denies suicidal or homicdal ideation .safety environment maintained will continue to monitor |
| 11/2/2009 | 0:03 | VMO | Received pt in bed asleep side\ rails up no sign\ symptoms of distress for hold\ stabilize |
| 11/2/2009 | 5:52 | VMO | remains asleep in bed no sign\ symptoms of distress continue to monitor |
| 11/2/2009 | 6:25 | VMO | Pt awake in bed slept well \/s stable denies suicidal\ homicidal ideation calm in control little interaction for hold\ stabilize |
| 11/2/2009 | 8:23 | KCH | Received pt in lounge, sitting, calm and cooperative. No sign of acute physical distress noted. No respiratory distress noted. Emotional support maintained. Encouraged pt to verbalize feelings and thoughts. Safety maintained. Will continue to monitor pt's behavior. |
| 11/2/2009 | 10:47 | KCH | Pt is in bed, awake. Calm and cooperative.No sign of acute physical distress noted. No complaint offered. Ate meal with good appetite. Able to approach staff with needs. Pt is for hold in Er. Safety maintained. |
| 11/2/2009 | 13:15 | KCH | Pt is in bed, awake. Calm and cooperative. No sign of acute physical distress noted. No respiratory distress noted. Ate meal with good appetite. Pt is for hold in Er. Safety maintained. |
| 11/2/2009 | 16:06 | BOK | pt received on bed, awake and relaxing, pt denies suicidal or homicidal ideation  safety environment maintained will continue to monitor |
| 11/2/2009 | 18:10 | BOK | pt calm and quiet, pt 100% of dinner with no sign of physical distress noted |
| 11/2/2009 | 22:43 | BOK | pt in the lounge area watching tv and pt denies hallucination or delusion safety environment maintained will continue to monitor pt |
| 11/3/2009 | 0:02 | SBA | Received the pt asleep in bed,easily arousable. Not in distress. Pt was seen by family practice MD, and has been medically cleared for inpt admission. Needs financial clearance. Observation continued. |
| 11/3/2009 | 3:00 | SBA | Pt is seen sleeping in bed;easily arousable. No distress noted. Observation continued. |
| 11/3/2009 | 6:10 | SBA | Pt slept well during night. He is awake now,seen him writing something. Denies any physical complaints. Denies any suicidal/homicidal ideation.Has been calm and pleasant. Pt is for inpt admission,pending financial clearance. |
| 11/3/2009 | 8:27 | MC6 | Pts. Report received from nite shift there is no behavioral changes noted at this time. He is found awake and seated in dayroom alert,responce and verbal forward staff. He has refused assistance from NYPD  at this time. Requesting admission here at jamaica . He denies h/s ideations at this time. His appearence : good ADLs good, behavior even mannered verbal rate normal and  volume normal, contant approiated.Cognitive:preoccupied with  current situation  and slight paranoid reguarding NYPD. He is treated and provided with support as required. |

Patient Name   SCHOOLCRAFT, ADRIAN                    Medical Record No.  1298984

Account Number  130381874                                              Date   11/1/2009

## Jamaica Hospital Medical Center

**Emergency Department Nursing Notes and Vital Sign**

| | | | |
|---|---|---|---|
| 11/3/2009 | 12:55 | MC6 | Pt. remains on unit resting on streatcher this time. He is quite interactive and even mannered. He refused AM medications and ADLS and appearance are good. Verbal : rate normal, volume normal, cognitive. He still displays concern about NYPD actions towards him and paranoid at times. Menory inatact. He is treated and provided with care and support as required. Pts report give to psyh III pending 2 P.C. |
| 11/3/2009 | 14:06 | MC6 | Pt. 2 P.C. Completed and pt and documents provided to patient. Report  endorsed to Psych III. He departed unit in wheelchair with cothing and escorted by security. |

| Primary Nurse Diagnosis | Primary Nurse Outcome | Achieved |
|---|---|---|
| | | |

**Primary RN (Print)**     Calise, Michael (RN)

# Jamaica Hospital Medical Center Triage

**Category** 4 ESI-4 (Less Ur

| | | | |
|---|---|---|---|
| **Arrival Date/Time** 11/1/2009   8:57 | **Triage Time** 13:44 | **Waiting Rm Time** 10:34 | **Exam Rm Time** 13:44 |

**PCP Staff Status** NA   **Family Physician**

**Transported by** Police   **Mode** Walked

**Historian** Police

**Police Dept** Custody No   Notification Yes   Beat #

**Chief Complaint** PSYCH EVAL   **Onset Time** 2   Day(s)   **Location**

**Patient Name** SCHOOLCRAFT,ADRIAN

**Medical Record Number** 1298984

**Account Number** 130381874

| | |
|---|---|
| DOB | 06/21/1975 |
| Age | 34 Years |
| Gender | Male |

### Associated Sxs / Pertinent History

### Past Medical Histor  Additional:
- [x] No Significant PMHx
- [ ] Asthma  [ ] COPD  [ ] CAD  [ ] Cancer  [ ] CHF  [ ] CVA
- [ ] DM  [ ] HTN  [ ] Psych  [ ] Renal  [ ] Seizures  [ ] Substance Abuse

### Medications
- [x] No Meds  [ ] Unknown

### Allergies
No Known Drug Allergies

Immunizations UTD? Unknown
TB Hx, PPD Pos or   No
Infectious Exposures?
*If yes to TB or Infectious question take precautions

### Vitals

**Tem**
| | |
|---|---|
| Oral | 99.0 |
| Rectal | |
| Tympanic | |

**Pulse**
| | |
|---|---|
| Right | 115 |
| Left | |

**Respirations** 18

**Blood Pressure**
| | |
|---|---|
| Right | 139/80 |
| Left | |

**Pulse Ox** xx

**Weight (Kg** 109 Kg

**Height** 6'3"

**Head Circumferenc**

**Pain Scale** No Pain

### Mental Status / Psychological Eval
Alert Oriented

**Lung Sounds**

| | R | L |
|---|---|---|
| Clear | [x] | [x] |
| Diminished | [ ] | [ ] |
| Wheezes | [ ] | [ ] |
| Rales | [ ] | [ ] |
| Rhonchi | [ ] | [ ] |
| Retractions | [ ] | [ ] |

**Eyes**

| | R | L |
|---|---|---|
| Equal | [x] | [x] |
| Reactive | [ ] | [ ] |
| Fixed | [ ] | [ ] |
| Constricted | [ ] | [ ] |
| Dilated | [ ] | [ ] |
| Cataract | [ ] | [ ] |

**Glascow Coma Scale**
| | |
|---|---|
| Eye | Spontaneous |
| Verbal | Oriented |
| Motor | Obeys |
| Total | 15 |

**Skin**
| | |
|---|---|
| Color | Normal |
| Temp | Normal |
| Moist | Normal |

**OB/Gyn**

| G | P | Ab | Miscarriages |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

**Extremities**
Pulses
Pulses intact
ROM
Full ROM

### Nutrition
Normal

**Fall Risk Assessment**
No Fall Risks Identified

**Suicide Risk Assessment**
No risk identified

### Domestic Violence Assessment
Are you being hurt by someone you live with or who takes care of you?
Yes/No  NA
* Mandatory completion of Domestic Violence Referral.

### Assessing Patient's, Child's or Parent's readiness to learn
| | |
|---|---|
| Primary Language | English |
| Assessed Disability | No Disability |
| Communication Barrier | [ ] |
| Language Translator | [ ] |
| Motivation Level | Low |
| Knowledge Level | Low |
| Comprehension Ability | Med |

### Plan
| | | |
|---|---|---|
| MHU  WR | Time | 10:34 |

Triage Nurse:  Woodruff, Brian (RN)
Triage II:  BWO
Triage III:  BWO

### Functional D/C Planning
| | |
|---|---|
| Daily Living | Independent |
| Living Conditions | Alone |
| Going Home with | Unknown |

- [ ] LWBS  [ ] LW Completed Tx/ Eloped  [ ] AMA  [ ] AMA Refused  [x] Patient Rights and Responsibilities and Guide to Pain Management given to Patient, Family, and/or Caretaker

JHMC 10

Patient Name   **SCHOOLCRAFT, ADRIAN**                    Medical Record No.   **1298984**

Account Number   **130381874**                                              **11/1/2009**

## Emergency Department Pharmacy and Supply Charges

| Diagnostics | |
|---|---|
| **Diagnostic Ordered** | **Charge Code** |
| CBC | 0 |
| Pulse Ox | 0 |

**Nurse LOS**                                          **Charge Code**

# Jamaica Hospital Medical Center
## Medication Reconciliation

Patient Name   **SCHOOLCRAFT, ADRIAN**

Account Number   **130381874**

Medical Record No.   **1298984**

Date of ED Visit   **11/1/2009**

## Allergies

No Known Drug Allergies

## Home Medications

## Medications Administered in the Emergency Department

## Medication Prescription provided on Discharge

JHMC 12



**JAMAICA HOSPITAL
MEDICAL CENTER**
8900 Van Wyck Expressway, Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984    M   DOB: 06/21/1975    34Y   F/C: 99
ADM: 11/01/2009 08:54    162B        130381874
ALDANA-BERNIER, LILIAN R PSYC

### ASSIGNMENT AND RELEASE OF INFORMATION STATEMENTS

**Authorization to Jamaica Hospital for release of information:**

I hereby authorize and direct Jamaica Hospital having treated me, to release to governmental agencies, insurance carriers, or others who are financially liable for my hospitalization and medical care, all information needed to substantiate payment for such hospitalization and medical care and to permit representatives thereof to examine and make copies of all records relating to such care and treatment.

_11/2/09_
Date

_Refused_   _Refused_
Signature of Patient or Authorized
Representative

**Assignment to Jamaica Hospital**

I hereby assign, transfer, and set over to Jamaica Hospital sufficient monies and/or benefits to which I may be entitled from governmental agencies, insurance carriers, or others who are financially liable for my hospitalization and medical care to cover the costs of the care and treatment rendered to myself or my dependent in said hospital.

_11/2/09_
Date

_Refused_
Signature of Insured or Authorized
Representative

**Safe Medical Device Act**

I consent to the provision of my social security number to the manufacturer of any device that must be traced pursuant to the mandates of the Safe Medical Device Act. I understand that the manufacturer will be given my social security number only for the purpose of finding me in the event that a medical device, which is implanted in my body, or used in my home is defective.

_____
Date

_Refused_
Signature of Insured or Authorized
Representative

**Patient Entitled to Medicare Benefits**

I certify that the information given by me in applying for the payment under Title XVIII of the Social Security Act is correct. I authorize the holder of medical or other information about me to release to the Social Security Administration and Health Care Financing Administration or its intermediaries or carries any information needed for this or a related Medicare claim. I request that payment of the authorized benefits be made on my behalf. I assign the benefits payable for the physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment on my behalf.

_____
Date

_____
Signature of Insured or Authorized
Representative

**Financial Agreement**

For and in consideration of services rendered or to be rendered by the *Jamaica Hospital*, to the patient whose name appears below, the undersigned (jointly and severally, if more than once) hereby agree(s) to be fully and totally responsible to the hospital for payment of all charges as submitted by the Hospital on the account of said patient and make payment in accordance with the policy of payment of bills at said Hospital. It is further agreed that the charges as incurred represent the fair and reasonable value of services rendered and are in accordance with the posted charges of the Hospital which are available upon request. Payment may be demanded at any time, and failure to demand payment of the patient shall not be a prerequisite to my (our) immediate responsibility for payment.

The undersigned has read the above, been informed of its nature and significance and acknowledges the contents of same and has received a copy of this agreement.

Dated _____

_SCHOOLCRAFT, ADRIAN_
Name of Patient

_11/01/2009 08:54_
Hospital No.          Date of Admission

_____
Date of Discharge

Guarantor _____

Address - Guarantor _____

Telephone - Guarantor _____

Witness _____   Date _____

FORM NO. J00123



**JAMAICA HOSPITAL**
**MEDICAL CENTER**
8900 Van Wyck Expressway, Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984      M      DOB: 06/21/1975      34Y
ADM: 11/01/2009    162B          99  130381874
ALDANA-BERNIER, LILIAN R PSYC

| CONSENTS |
| --- |

**PERMISSION FOR TREATMENT**

I HEREBY AUTHORIZE THE JAMAICA HOSPITAL, THROUGH ITS MEDICAL STAFF, TO PERFORM OR HAVE PERFORMED, UPON THE PATIENT WHOSE NAME APPEARS HEREIN, SUCH MEDICAL AND SURGICAL SERVICES, SURGICAL OPERATION AND/OR OTHER PROCEDURES OR THERAPY UNDER ANESTHESIA OR OTHERWISE, AS MAY BE DEEMED NECESSARY IN RELATION TO EMERGENCY TREATMENT ON THIS DATE

PATIENT/RELATIVE OR GUARDIAN                          WITNESS

SIGNATURE _____                    SIGNATURE _____

PRINT NAME _____                    PRINT NAME _____

RELATIONSHIP, IF SIGNED BY PERSON OTHER THAN PATIENT   DATE _____

**GUARANTEE OF PAYMENT**

FOR AND IN CONSIDERATION OF SERVICES RENDERED OR TO BE RENDERED TO THE HEREIN NAMED PATIENT, I DO HEREBY GUARANTEE TO PAY THE JAMAICA HOSPITAL, THE FULL AND ENTIRE AMOUNT OF ANY AND ALL BILLS RENDERED FOR SAID TREATMENT.
I HEREBY AUTHORIZE THE HOSPITAL TO RELEASE ALL MEDICAL INFORMATION NEEDED TO SUBSTANTIATE PAYMENT FOR SUCH CARE AND TREATMENT

PATIENT/RELATIVE OR GUARDIAN                          WITNESS

SIGNATURE _____                    SIGNATURE _____

PRINT NAME _____                    PRINT NAME _____

RELATIONSHIP, IF SIGNED BY PERSON OTHER THAN PATIENT   DATE _____

**AUTHORIZE OF PAYMENT**

I HEREBY ASSIGN, TRANSFER AND SET OVER TO THE JAMAICA HOSPITAL SUFFICIENT MONIES AND/OR BENEFITS TO WHICH I MAY BE ENTITLED FROM THE GOVERNMENT AGENCIES, INSURANCE CARRIERS, AND OTHERS WHO ARE FINANCIALLY LIABLE FOR MY HOSPITALIZATION AND MEDICAL CARE TO COVER THE COSTS OF THE CARE AND TREATMENT RENDERED TO MYSELF OR MY DEPENDENT.

PATIENT/RELATIVE OR GUARDIAN                          WITNESS

SIGNATURE _____                    SIGNATURE _____

PRINT NAME _____                    PRINT NAME _____

RELATIONSHIP, IF SIGNED BY PERSON OTHER THAN PATIENT   DATE _____

FORM NO. J00018-2C

JHMC 14



**JAMAICA HOSPITAL**
**MEDICAL CENTER**
8900 Van Wyck Expressway  Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984        M        DOB: 06/21/1975      34Y
ADM: 11/01/2009     162B
ALDANA-BERNIER, LILIAN R PSYG9    130381874

## ACKNOWLEDGEMENT AND CONSENT

By signing below, I acknowledge that I have been provided a copy of this Notice of Privacy Practices and have therefore been advised of how health information about me may be used and disclosed by the Hospital and the facilities listed on the back of this form, and how I may obtain access to and control this information. I also acknowledge and understand that I may request copies of separate notices explaining special privacy protections that apply to HIV-related information, alcohol and substance abuse treatment information, mental health information, and genetic information. Finally, by signing below, I consent to the use and disclosure of my health information to treat me and arrange for my medical care, to seek and receive payment for services given to me, and for the business operations of the hospital, its staff, and the facilities listed at the back of this form.

_____
Signature of patient or authorized representative

_____
Relationship to patient

_____
Date

## AFFIRMATION OF PRIOR RECEIPT

By signing below, I acknowledge that I have already received a copy of the Notice of Privacy Practices, and have given my consent for the use of my health information for the purposes noted above. I do not wish to receive another copy of the Notice Privacy Practices at this time.

_____
Signature of patient or authorized representative

_____
Relationship to patient

_____
Date

THIS FORM IS PART OF THE MEDICAL RECORD



M00011 9/06

JHMC 15



**Jamaica Hospital Medical Center**
8900 Van Wyck Expressway, Jamaica, New York 11418
Telephone # 718 206-6000

### LIMITED POWER OF ATTORNEY TO PURSUE PAYMENT AND APPEALS AND AUTHORIZATION TO RELEASE MEDICAL INFORMATION ("LIMITED POWER OF ATTORNEY")

By signing this document, I give the Health Care Provider, identified below, a Limited Power of Attorney to pursue payment from my health insurer, heath maintenance organization, self-insurance plan, governmental program, or other payer ("Heath Plan") for medical services provided to me by the Health Care Provider, and I authorize the release of medical information.

I, the undersigned Patient/Principal, appoint JAMAICA HOSPITAL MEDICAL CENTER ("Health Care Provider"), located at 8900 VAN WYCK EXPRESSWAY, JAMAICA, N.Y. 11418 my Attorney-In-Fact and authorized representative to act in any way which I myself could do, if I was personally present, and to take all reasonable action, as determined by the Health Care Provider, to pursue payment from my Health Plan and/or pursue any appeals available to me under my Health Plan's policies or procedures and all applicable law, including but not limited to External Appeals under all State and Federal laws, relating to health care services provided by the Health Care Provider. The Health Care Provider, as my agent, may pursue payment and/or appeal, only when my Health Plan has denied payment based on medical necessity. The Health Care Provider will not charge me for its services in pursuing payment and/or an appeal on my behalf. I agree that my Health Plan will pay any amount owed directly to the Health Care Provider for these services. In pursuing such payment and/or an appeal:

I authorize the Health Care provider and my Health Plan to release all relevant medical information, including (if applicable) any HIV-related information, mental health treatment information, or alcohol/substance abuse treatment information, relating to my treatment which is necessary to pursue payment from my Health Plan. I understand that this information may be released, but only as necessary, to my Health Plan, an external appeal agent, arbitrator, court of law, and/or other third party reviewer ("Independent Reviewer") responsible for deciding if the Health Care Provider's claim for services should be paid. I understand that my Health Plan and/or the Independent Reviewer will use this information to make a decision about payment to the Health Care Provider. I also understand that the decision by the Independent Reviewer will be final and binding on me, the Health Care Provider, and the Health Plan; and:

I authorize the Health Care Provider to complete, execute, acknowledge, seal, and to deliver any consent, demand, request, application, agreement, authorization or other documents necessary, to request, on my behalf, payment and/or appeal to my Health Plan and, if applicable, to the Independent Reviewer, the New York State Department of Health, the State Insurance Department, the U.S. Department of Health and Human Services, the U.S. Department of Labor, and/or any other applicable agency or body.

This Limited Power of Attorney shall not be affected by my subsequent disability or incompetence and MAY BE REVOKED BY ME AT ANY TIME upon prior notice to the Health Care Provider. This Limited Power of Attorney, including authorization for release of medical information, will terminate one (1) year from today's date unless I agree to extend it beyond that date.

Any person or entity receiving this document may rely on a copy as if it were and executed original.

IN WITNESS WHEREOF, I have signed my name this 2 day of NOV , 200 7 .

YOU SIGN HERE: _____

PRINTED NAME: SCHOOLCRAFT          ADRIAN

ADDRESS: 82 60 88 PL          RIDGEWOOD          NY    11385

MEDICAL RECORD # 1298984

WITNESS: _____

PRINT NAME/TITLE: _____

ADDRESS: 8900 Van Wyck Expressway, Jamaica, New York 11418

Form No. J00023

 **JAMAICA HOSPITAL MEDICAL CENTER**

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975   34Y   F/C: 99
ADM: 11/01/2009 08:54    162B         130381874
ALDANA-BERNIER, LILIAN R PSYC

## ACKNOWLEDGEMENT OF THE REQUEST FOR EXTERNAL APPEAL AND RELEASE OF MEDICAL RECORDS TO BE SIGNED BY THE PATIENT.

In order for a provider to appeal a health plan's payment denial for a patient's treatment, the patient must sign and date the following consent to the release of medical records. A certified external appeal agent assigned by the New York State Insurance Department will use this consent to obtain the patient's medical information relating to the external appeal request from the patient's health plan and health care providers. The name and address of the external appeal agent will be provided with the request for medical information.

I SCHOOLCRAFT    ADRIAN          , acknowledge that my health care provider may request or is requesting an external appeal because of a retrospective adverse determination of my health plan. I authorize my HMO, insurer, or provider to release all relevant medical or treatment records, including my name and other personal identifying information, date of admission, assessment results and history, summary of treatment plan, progress and compliance, treatment recommendations, any HIV-related information, mental health treatment information, or alcohol/substance abuse treatment information, related to my provider's external appeal, to the external appeal agent. I authorize the external appeal agent to use this information solely to make a determination on my provider's appeal.

I understand that my records are protected under federal and/or state law and cannot be disclosed without my written consent unless otherwise provided for in regulations. I understand that information disclosed pursuant to this authorization may no longer be protected by federal privacy regulations, however, state privacy protections may still apply. I understand that my health plan cannot condition treatment, enrollment, eligibility, or payment on whether I sign this form. I understand that I may revoke this consent at any time, except to the extent that action has already been taken in reliance on it, by contacting the New York State Insurance Department in writing.

This release is valid for one year from __1 / 01-09__ (today's date).

_____     __1·02 07__
Signature of Patient (or legal representative)          (Date)

_____
Description of legal representative's authority to act on behalf of the patient.

Patient's Health Plan ID#: _____

**If you have any questions contact the New York State Insurance Department at:**
**1-800-400-8882 or visit our Web site at www.ins.state.ny.us.**



Form No. J00027



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

```
SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y    F/C: 99
ADM: 11/01/2009 08:54    162B         130381874
ALDANA-BERNIER, LILIAN R PSYC
```

Please provide the following information and sign the patient certification so we may accurately bill Medicare.

## —ALL PATIENTS—

1. How old are you?_____ Birth Date ___ / ___ /

2. Are you eligible for any programs (including government programs) which could pay for this service? e.g.: Black Lung Medical Benefits or Veteran's Administration
   ☐ Yes  ☐ No

   If Yes, Name of Program:_____

3. Is this service for treatment of work related injury/accident?
   ☐ Yes  ☐ No  If yes, date of Injury/Accident ___ / ___ /

   Employer Name and Address:_____

   _____

   Name and Address of Worker's Compensation plan

   _____

   File/Case # (if available)_____

   Medicare #:_____

4. Is this service for the treatment of an illness/accident for which another party could be held responsible? ☐ Yes  ☐ No
   If yes, please provide the following information:

   Name and Address of no fault/liability insurer:_____

   _____

   Policy #:_____ Date of Accident:___ / ___ /

   Type of Accident:_____

   Name of Insured:_____

5. Are you currently enrolled in a hospice ☐ Yes  ☐ No

   If yes, Name and Address of facility_____

   _____

   Do you have a revocation letter? ☐ Yes  ☐ No

| PATIENTS UNDER AGE 65 | PATIENTS OVER AGE 65 |
|---|---|
| 1. Are you currently employed (including self-employment)? ☐ Yes ☐ No  If no, Disability Date ___ / ___ / If yes, does your employer have: *(please include Part and Full time employees)* ☐ Less than 20 employees  ☐ 20-99 employees ☐ 100 employees or more | 1. Are you currently employed (including self-employment)? ☐ Yes ☐ No  If no, Retirement Date ___ / ___ / If yes, does your employer have: *(please include Part and Full time employees)* ☐ Less than 20 employees  ☐ 20-99 employees ☐ 100 employees or more |

### All PATIENTS

1. Are you married? ☐ Yes  ☐ No  ☐ Widower or Widow. If yes, is your spouse working? ☐ Yes  ☐ No  If yes, does your spouse's employer have: *(please include Part and Full time employees)*
   ☐ Less than 20 employees  ☐ 20-99 employees  ☐ 100 employees or more  Spouse's Retirement Date: ___ / ___ /

3. Do you have insurance coverage through employee group health plan based on your current employment or a family member's current employment? ☐ Yes  ☐ No  If yes, Name of Policy Holder:_____
   Relationship to patient, (Self, Spouse)_____
   Name and Address of Employer:_____
   Name and Address of Insurance Company:_____
   Group/Policy Number:_____

4. Are you a member of an HMO? *(Please note if HMO authorization guidelines are not followed, Medicare will not pay, the beneficiary will be responsible for payment).* ☐ Yes  ☐ No
   If Yes, is this coverage through an Employer Group Health Plan? ☐ Yes  ☐ No

5. Have you received a kidney transplant or dialysis treatments? ☐ Yes  ☐ No  If Yes, Date of Transplant ___ / ___ /
   Date maintenance dialysis begins ___ / ___ /  Have you received self-dialysis training? ☐ Yes  ☐ No

### Patient or Guarantor Certification

I have answered the above questions completely and accurately to the best of my knowledge. I understand that inaccurate information can affect the amount of payment ultimately made by Medicare and other insurance carriers for covered services.

Patient/Guarantor Signature:_____  Date:_____

Hospital Representative/Witness:_____  Date:_____

FORM NO. M00003

JHMC 18



SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975   34Y    F/C: 99
ADM: 11/01/2009 08:54    162B          130381874
ALDANA-BERNIER, LILIAN R PSYC

## COORDINATION OF BENEFITS QUESTIONNAIRE

**Instructions:** Please fill out all applicable sections completely by filling in the applicable circle(s) within each section and print clearly in black or blue ink in order for us to quickly and accurately process your request.

| Section 1 - Member Insurance Information |
|---|

Are any family members that are covered under the policy above covered under any other group health insurance policy (currently or during the past 2 years)?

○ Yes          ○ Medicare Only     ○ Medicaid        ○ No
               ○ ESRD              ○ CHAMPUS / TRICARE

*Complete sections 2 - 7*     *Complete sections 3 - 5 and 7*     *Skip to section 7*     *Skip to section 7*

| Section 2 - Other Insurance Information |
|---|

Indicate name of other insurance carrier (fill in **only** one)
(NOTE: If more than one other coverage, please provide the other carrier information from this section on additional page).

○ Aetna / Us Health Care    ○ Blue Shield of NENY    ○ CDPHP    ○ CIGNA    ○ GHI
○ HIP    ○ Horizon BC of NJ    ○ MVP    ○ Oxford    ○ United Health Care
○ Other (Name of Carrier) [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

Customer Service Telephone Number: [ ][ ][ ] — [ ][ ][ ] — [ ][ ][ ][ ]

**Type of enrollment** (fill in **only** one):    ○ Individual    ○ Family    ○ Employee & Spouse    ○ Parent & Child(ren)

**Type of coverage** (fill in **all** that apply):    ○ Hospital    ○ Medical    ○ Prescription Drug
                                                       ○ Dental    ○ Vision    ○ Mental Health / Substance Abuse

**Effective date of the other coverage:**

Effective Date (mmddyyyy)          Termination Date (mmddyyyy) *(if applicable)*

| Section 3 - Primary Contact Holder Information of Other Insurance |
|---|

Primary Contract Holder on the Policy indicated in Section 2:    Last Name [ ][ ][ ][ ][ ][ ][ ][ ][ ]    First Name [ ][ ][ ][ ][ ][ ][ ][ ][ ]

Identification Number or Medicare ID number: *(include all letters and prefix)* [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

Group Number: *(if available):* [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

Relationship of this contract holder to the contract holder listed at the top of this form:

○ Self    ○ Spouse    ○ Dependent    ○ Ex-Spouse or Legally Separated Spouse

If relationship is "SELF" or "SPOUSE", indicate employment status

○ Actively working with employer offering other coverage.
○ Not actively working / Long Term Disability
○ Retired from employer providing other coverage.    *If retired, date of retirement:* [ ][ ][ ][ ][ ][ ][ ][ ]

Services provided by Empire Health Choice HMO, Inc. and/or Empire Health Choice Assurance, Inc., licensees of Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shields plans.

Form No. M00017J

HOOLCRAFT   , ADRIAN

**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway  Jamaica, NY  11418

# FACE SHEET

| ACCOUNT NUMBER | MEDICAL RECORD NUMBER | ADMIT DATE & TIME | BAR CODE-MEDICAL RECORD NUMBER |
|---|---|---|---|
| 130381B74 | 1298984 | 11/01/2009 08:54 | |
| LOCATION | FIN CLASS | SOURCE | TYPE | DISCHARGE DATE & TIME | BAR CODE-ACCOUNT NUMBER |
| 162B | 19 | 1 | E | | |

## PATIENT

| LAST NAME | | FIRST NAME | | | MI | | AKA | | | VETERAN |
|---|---|---|---|---|---|---|---|---|---|---|
| SCHOOLCRAFT | | ADRIAN | | | | | | | | N |

| DATE OF BIRTH | AGE | SEX | REL | MAR ST | RACE | PLACE OF BIRTH | LANGUAGE | INTERPRETER NEEDED |
|---|---|---|---|---|---|---|---|---|
| 06/21/1975 | 34Y | M | NO | S | W | NY | ENG | N |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 82 60 88 PL | RIDGEWOOD | NY | 11385 |

| TELEPHONE NUMBER | OCCUPATION | SOCIAL SECURITY NUMBER |
|---|---|---|
| (718)570-6224 | | ***-**-**** |

| EMPLOYER NAME | ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|---|
| UNKNOWN | | | | | (999)999-9999 |

| NEXT OF KIN | RELATIONSHIP | ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|---|---|
| SCHOOLCRAFT, SELF | 09 | 82 60 88 PL | RIDGEWOOD | NY | 11385 | (718)570-6224 |

| EMERGENCY CONTACT NAME | RELATIONSHIP | ADDRESS | TELEPHONE NUMBER |
|---|---|---|---|
| SCHOOLCRAFT, | 01 | | (718)570-6224 |

## MEDICAL

| ATTENDING PHYSICIAN / CODE | | PVT./SERV | OTHER PHYSICIAN / CODE | MEDICAL SERVICE |
|---|---|---|---|---|
| ALDANA-BERNIER, LILIAN R PSYC | 3099 | | | PSY |

| ADMITTING DIAGNOSIS | ICD-9-CM CODE |
|---|---|
| GEN PSYCHIATRIC EXAM NEC | V70.2 |

| ADMITTING PHYSICIAN / CODE | NEWBORN WEIGHT | RESERVATION DATE & TIME | TEAM COLOR |
|---|---|---|---|
| | | // : | |

## GUARANTOR

| GUARANTOR NAME | RELATIONSHIP | OCCUPATION | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| SCHOOLCRAFT, ADRIAN | 01 | | 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 |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| 82 60 88 PL | RIDGEWOOD | NY | 11385 | (718)570-6224 |

| EMPLOYER | ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|---|
| UNKNOWN | | | | | (999)999-9999 |

## INSURANCE

| PLAN CODE / PRIMARY INSURANCE | POLICY NUMBER | SEQ / GROUP # | AUTHORIZATION NUMBER |
|---|---|---|---|
| AETN   AETNA US HEALTHCARE | BBM6PBBA | US0080410090 | PENDING |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| PO BOX 981109 | EL PASO | TX | 799981109 | (800)451-8843 |

| SUBSCRIBERS NAME | RELATIONSHIP CD | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| SCHOOLCRAFT, ADRIAN | 01 | 06/21/1975 | ***-**-**** |

| SECONDARY CARRIER | POLICY NUMBER | SEQ / GROUP # | AUTHORIZATION NUMBER |
|---|---|---|---|
| | | | |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBERS NAME | RELATIONSHIP CD | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| | | | |

| TERTIARY CARRIER | POLICY NUMBER | SEQ / GROUP # | AUTHORIZATION NUMBER |
|---|---|---|---|
| | | | |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBERS NAME | RELATIONSHIP CD | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| | | | |

| DATE OF PREVIOUS HOSPITAL ADMISSION | FACILITY NAME | ADMITTED BY |
|---|---|---|
| | UNSPECIFIED | calmonte |

FORM NO  M00001



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Von Wyck Expressway Jamaica, NY 11418

LOCATION   162B

DATE AND TIME OF ARRIVAL 11/01/2009   08:54   **EMERGENCY MEDICINE RECORD**

| REGISTRATION | | MEDICAL RECORD NO. 1208984 | Calmonte | PATIENT TYPE E | PATIENT ACCOUNT NO. 130381874 | | |
|---|---|---|---|---|---|---|---|
| PATIENT'S NAME | | | | | SOCIAL SECURITY NO. ***-**-**** | DATE OF BIRTH 06/21/1975 | AGE 34Y |
| SCHOOLCRAFT      ADRIAN | | | | | | | |
| STREET ADDRESS 82 60 88 PL | CITY RIDGEWOOD | | STATE NY | ZIP CODE 11385 | TELEPHONE NO. (718)570-6224 | PLACE OF BIRTH NY | |
| FIN. CL 99 | SEX M | RACE W | RELIGION NO | MARITAL STATUS S | FATHER'S NAME | MOTHER'S MAIDEN NAME, FIRST NAME | |
| PRIVATE M.D. NAME OR CLINIC NAME NA | | PATIENT COMPLAINT PSYCH EVAL | | | LANGUAGE ENG | INTERP. REQ N | |
| MODE OF ARRIVAL 2 | ACCOMPANIED BY | | RELATIONSHIP | TELEPHONE NO. | INJURED AT WORK? AUTO ACCIDENT? | | |
| DATE AND TIME OF ACCIDENT | POLICE OFFICER NAME & BADGE NO. | | PCT. NO. | REFERRED FROM: ☐ HMO  ☐ TRIAGE  ☐ CLINIC  ☐ FP  ☐ OTHER | | | |
| NEXT OF KIN SCHOOLCRAFT, SELF | | TELEPHONE NO. (718)570-6224 | NEXT OF KIN ADDRESS 82 60 88 PL | RIDGEWOOD | NY 11385 | RELATIONSHIP TO PATIENT 09 | |

| **FINANCIAL - INSURANCE** | | | | | | | |
|---|---|---|---|---|---|---|---|
| GUARANTOR'S NAME SCHOOLCRAFT, ADRIAN | | STREET ADDRESS 82 60 88 PL | | CITY RIDGEWOOD | STATE NY | ZIP CODE 11385 | |
| GUARANTOR'S SOC. SEC. NO. 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 | TELEPHONE NO. (718)570-6224 | GUARANTOR'S EMPLOYER UNEMPLOYED | | ADDRESS | | TELEPHONE NO. (999)999-9999 | |
| PATIENT'S EMPLOYER NAME UNEMPLOYED | | STREET ADDRESS | | CITY | STATE | ZIP CODE | |
| INSURANCE #1: | NAME NO COVERAGE/CHARITY CARE | | | GROUP NO. | POLICY NO. | | |
| INSURANCE #2: | NAME | | | GROUP NO. | POLICY NO. | | |
| HOSPITALIZED PAST 60 DAYS? | IF YES, WHERE AND WHEN? | | PLACE OF ACCIDENT | | CRIME VICTIM PCT. NO. | CRIME VICTIM COMPLAINT NO. | |

**COMMENTS:**   (800) 624-0756

| **NURSING** | | | | | | |
|---|---|---|---|---|---|---|
| VITAL SIGNS | TIME | B.P. | PULSE | RESP | TEMP | |
| | TIME | B.P. | PULSE | RESP | TEMP | |
| IF ORDERED: CHECK WHEN COMPLETED: | | | | | ☐ OXYGEN GIVEN | |
| ☐ EKG | ☐ CARDIAC MONITOR | ☐ IV ANGIO# | FLUID | | | METHOD |
| NURSES NOTES | ☐ ADVANCED DIRECTIVES DISCUSSED | HEALTH CARE PROXY ☐ YES  ☐ NO | AGENT'S NAME: | | | |

RN SIGNATURE

| DATE | TIME | NON-MEDICATION ORDERS (EKG, LABS, CULTURES, ETC.) | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| DATE | TIME | **MEDICATION ORDERS** | | | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|---|---|
| | | MEDICATION | DOSE | ROUTE | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ACCOUNTING DEPT COPY

FORM NO. J00018

THE JAMAICA HOSPITAL MEDICAL CENTER

MENTAL HEALTH CLEARANCE FORM

TODAY'S DATE: _10-02-09_

REASON FOR REFERRAL:

Eligibility _____

TO: _____

Authorization _____

FROM:

_Schoolcraft, ARIAN_  130381874  PER
Patient's Name            Hospital #    Room #

Admission Date
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
6-21-1975

Notification of Impending Referral Received Via:

Mail ____   Fax ____   Brought In ____   Phoned In _____

INSURANCE INFORMATION

NAME OF INSURED: _Schod CRAFT, ARiAN_

INSURANCE COMPANY NAME: _AETNA_

CONTACT PERSON: _____

INSURANCE CO. TELEPHONE NO: _(800) 451-8843_

INSURANCE COMPANY ADDRESS: _____

EXPLANATION OF MENTAL HEALTH BENEFITS( # of days authorized, etc.):
_PRIOR auth needed before admitting to psych unit_
_Active Cov AETNA ID# 11631788 EFF 11-01-2007_

AUTHORIZATION NO.: _pending_   PRE CERT. COORDINATOR NAME: _____

DISPOSITION OF INSURANCE INQUIRY:

APPROVED ☑   DENIED ☐   PENDING PHYSICIAN CONTACT ☐

PHYSICIAN NOTES: _____

PHYSICIAN NAME: _____

* Financial Investigation (White Copy)   * Mental Health Clinician (Pink Copy)   * Social Work (Yellow Copy)

3/12/96  (MHAUTHZ, WK3) FIN, INV,INS, UNIT

**THE JAMAICA HOSPITAL MEDICAL CENTER**

**MENTAL HEALTH CLEARANCE FORM**

TODAY'S DATE: 11/3/07

**REASON FOR REFERRAL:**

Eligibility _____

TO: _____

FROM: _____  13381874

Authorization _____

_Schoolcraft, Adrian_

Patient's Name          Hospital #          Room #          Admission Date

_per_

**Notification of Impending Referral Received Via:**

Mail ___     Fax ___     Brought in ___     Phoned in _____

**INSURANCE INFORMATION**

NAME OF INSURED: _____

INSURANCE COMPANY NAME: _Aetna_

CONTACT PERSON: _____

INSURANCE CO. TELEPHONE NO: 102 624 - 0756

INSURANCE COMPANY ADDRESS: _____

**EXPLANATION OF MENTAL HEALTH BENEFITS( # of days authorized, etc.):**

Aetna  Aetna # BBM6PBPA  eff 11/14/05

Requires auth

AUTHORIZATION NO.: _Pendy_  PRE CERT. COORDINATOR NAME: _____

**DISPOSITION OF INSURANCE INQUIRY:**

APPROVED ☑  y     DENIED ☐     PENDING PHYSICIAN CONTACT ☐

PHYSICIAN NOTES: _____

_____

PHYSICIAN NAME: _____

* Financial Investigation (White Copy)     * Mental Health Clinician (Pink Copy)     * Social Work (Yellow Copy)

3/12/96  (MHAUTHZ. WK3) FIN. INV.INS. UNIT

```
                          Emdeon, Inc.
Batch: Assistant                                    Page 1 - 5
-----------------------------------------------------------------
11/03/09 13:49:35   T000188-CARIAS          11/03/2009 - 11/03/2009
Status: CLOSED      Id:176.1 Record: 1              Limitations
                                     Covg Level            IND
          Aetna                                     Individual
   Subscriber Eligibility  v2.2      Service Type Code      30
                                     Health Benefit Plan Coverage
                                     Period               Lifetime
------Input / Response Information------ In-Network        Yes
 Provider ID           111631788 Message  UNLIMITED LIFETIME BENEFITS
 Subscriber ID                   ---------------Benefit---------------
 (On File)             BBM6PBPA                     Eligibility
 Date Of Service       11/03/2009                        -
 SSN                   469976997                     Service
 Date Of Birth         06/21/1975          11/03/2009 - 11/03/2009
 Last Name             SCHOOLCRAFT                 Limitations
 First Name            ADRIAN  Covg Level            FAM
 Svc/Proc Code         30               Service Type Code  Family
----------Aetna Information----------- Service Type Code   30
 Trans Ref #           091249299WEB       Health Benefit Plan Coverage
 Requester ID          111631788 Message  NO NON-EMERGENCY COVG CON
 Plan Ntwk ID          GN01     ---------------Benefit---------------
 Group/Policy          US008041009011             Eligibility
  up/Policy            PACES - CITY OF N Y              -
 Plan ID               5691654                     Service
 Sub Last Name         SCHOOLCRAFT        11/03/2009 - 11/03/2009
 Sub First Name        ADRIAN                     Limitations
 Sub Middle Name       P     Covg Level            FAM
 Sub Birth Date        06/21/1975                  Family
 Sub Gender            MALE  Service Type Code      30
 Address               55 92ND ST APT E2   Health Benefit Plan Coverage
                       BROOKLYN Message   Plan req referral and precert
                       NY   ---------------Benefit---------------
                       11209                      Eligibility
                     Eligibility                       -
                       11/01/2007                   Service
                     Service                11/03/2009 - 11/03/2009
   11/03/2009 - 11/03/2009               Cost Containment
 Trace 1   115182005023110309124929B Covg Level      FAM
                       9MEDIFAXXX                   Family
 ---------------Benefit--------------- Service Type Code  30
             Eligibility             Health Benefit Plan Coverage
                       -  In-Network                Yes
             Service Message   NO PENALTY FAILURE TO PRECERT
   11/03/2009 - 11/03/2009 ---------------Benefit---------------
             000000149                    Eligibility
             Facility                         -
 Identification Code  Facility Identifier        Service
           Other Source of Data           11/03/2009 - 11/03/2009
 ---------------Benefit---------------          Active Coverage
             Eligibility  Covg Level            FAM
             11/14/2005                          Family
             Active Coverage Service Type Code   33
 Covg Level          FAM                        Chiropractic
             Family                             HMO
 Service Type Code    30  ---------------Benefit---------------
         Health Benefit Plan Coverage           Eligibility
 Insurance Type Code    HM                           -
   Health Maintenance Organization (HMO)         Service
             HMO                       11/03/2009 - 11/03/2009
   ssage               Commercial              Co-Insurance
  ------------Benefit--------------- Covg Level      IND
             Eligibility                       Individual
             -  Service Type Code               33
             Service                         Chiropractic
```

JHMC 24

Emdeon, Inc.

Batch: Assistant                                      Page 2 - 5
------------------------------------------------------------------
Percent                      100  Message    Facility Inpatient Hospital
In-Network                   Yes  ----------------Benefit----------------
Message                    Chiro                          Eligibility
-------------Benefit---------------                                 -
                       Eligibility                          Service
                             -           11/03/2009 - 11/03/2009
                         Service                         Co-Payment
        11/03/2009 - 11/03/2009  Covg Level                     IND
                      Co-Payment                         Individual
Covg Level                   IND  Service Type Code                48
                      Individual                 Hospital - Inpatient
Service Type Code             33  Amount                     $300.00
                    Chiropractic  In-Network                     Yes
Amount                    $20.00  Message    Facility Inpatient Hospital
In-Network                   Yes  ----------------Benefit----------------
Message                    Chiro                          Eligibility
-------------Benefit---------------                                 -
                       Eligibility                          Service
                             -           11/03/2009 - 11/03/2009
                         Service                         Co-Payment
        11/03/2009 - 11/03/2009  Covg Level                     IND
                      Co-Payment                         Individual
Covg Level                   IND  Service Type Code                48
                      Individual                 Hospital - Inpatient
Service Type Code             33  Period                     Admisson
                    Chiropractic  Amount                     $300.00
Period                       Day  In-Network                     Yes
Amount                    $20.00  Message    FACILITY IP HOSP-MEDICAL
In-Network                   Yes  ----------------Benefit----------------
Message   Specialist Chiro Office Visits                  Eligibility
-------------Benefit---------------                                 -
                       Eligibility                          Service
                             -           11/03/2009 - 11/03/2009
                         Service                        Limitations
        11/03/2009 - 11/03/2009  Covg Level                     FAM
                     Limitations                             Family
Covg Level                   FAM  Service Type Code                48
                         Family                  Hospital - Inpatient
Service Type Code             33  Message   1 COPAY/SVC based on PROV type
                    Chiropractic  ----------------Benefit----------------
Message   1 COPAY/SVC based on PROV type                  Eligibility
-------------Benefit---------------                                 -
                       Eligibility                          Service
                             -           11/03/2009 - 11/03/2009
                         Service                        Limitations
        11/03/2009 - 11/03/2009  Covg Level                     FAM
                 Active Coverage                             Family
Covg Level                   FAM  Service Type Code                48
                         Family                  Hospital - Inpatient
Service Type Code             48  Message                 Limitations
            Hospital - Inpatient  ----------------Benefit----------------
                            HMO                           Eligibility
-------------Benefit---------------                                 -
                       Eligibility                          Service
                             -           11/03/2009 - 11/03/2009
                         Service                        Limitations
        11/03/2009 - 11/03/2009  Covg Level                     FAM
                   Co-Insurance                              Family
Covg Level                   IND  Service Type Code                48
                      Individual                 Hospital - Inpatient
Service Type Code             48  ----------------Benefit----------------
            Hospital - Inpatient                          Eligibility
Percent                      100                                   -
In-Network                   Yes                           Service

```
                          Emdeon, Inc.
Batch: Assistant                              Page 3 - 5
------------------------------------------------------------------
      11/03/2009 - 11/03/2009 Covg Level              FAM
             Active Coverage                       Family
Covg Level            FAM Service Type Code           50
           Family                   Hospital - Outpatient
vice Type Code         50 Message  1 COINS/SVC based on PROV type
     Hospital - Outpatient ---------------Benefit----------------
             HMO                            Eligibility
---------------Benefit----------------
           Eligibility                         Service
                              11/03/2009 - 11/03/2009
             Service                    Active Coverage
           Co-Insurance                       FAM
     11/03/2009 - 11/03/2009 Covg Level           Family
Covg Level            IND Service Type Code           86
           Individual                 Emergency Services
Service Type Code     50                      HMO
     Hospital - Outpatient ---------------Benefit----------------
Percent            100                     Eligibility
In-Network         Yes
Message    Hospital - O/P Surgery           Service
Message     HOSPITAL OUTPATIENT      11/03/2009 - 11/03/2009
---------------Benefit----------------         Co-Insurance
           Eligibility Covg Level             IND
                             Individual
           Service Service Type Code          86
     11/03/2009 - 11/03/2009           Emergency Services
           Co-Payment Percent            100
Covg Level            IND In-Network         Yes
           Individual Message        Emergency Room Copay
Service Type Code     50 Message        Urgent Care Copay
     Hospital - Outpatient ---------------Benefit----------------
Amount          $75.00                     Eligibility
Network            Yes
Message     Hospital - O/P Surgery           Service
---------------Benefit----------------   11/03/2009 - 11/03/2009
           Eligibility                     Co-Payment
                             IND
           Service                  Individual
     11/03/2009 - 11/03/2009 Service Type Code        86
           Co-Payment               Emergency Services
Covg Level            IND Period            Admisson
           Individual Amount          $75.00
Service Type Code     50 In-Network         Yes
     Hospital - Outpatient Message      Emergency Room
Amount          $20.00 ---------------Benefit----------------
In-Network         Yes                     Eligibility
Message     HOSPITAL OUTPATIENT
---------------Benefit----------------         Service
           Eligibility               11/03/2009 - 11/03/2009
                             Co-Payment
           Service Covg Level              IND
     11/03/2009 - 11/03/2009           Individual
           Limitations Service Type Code      86
Covg Level            FAM Amount          $75.00
Service Type Code     50 In-Network         Yes
     Hospital - Outpatient Message      Emergency Room Copay
Message    1 COPAY/SVC based on PROV type ---------------Benefit----------------
---------------Benefit----------------         Eligibility
           Eligibility
                             Service
           Service               11/03/2009 - 11/03/2009
     11/03/2009 - 11/03/2009           Co-Payment
           Limitations Covg Level            IND
```

JHMC 26

```
                              Emdeon, Inc.
Batch: Assistant                                    Page 4 - 5
------------------------------------------------------------------
                          Individual                            -
Service Type Code              86                          Service
                     Emergency Services         11/03/2009 - 11/03/2009
      unt              $35.00                          Co-Insurance
      Network                Yes Covg Level                     IND
Message             Urgent Care Copay                     Individual
-------------Benefit-------------- Service Type Code            98
           Eligibility            Professional (Physician) Visit -
                                                          Office
                 Service Percent                           100
      11/03/2009 - 11/03/2009 In-Network                    Yes
           Limitations Message              PCP After Hours
Covg Level         FAM Message              PCP During Hours
                   Family    --------------Benefit--------------
Service Type Code      86                          Eligibility
                 Emergency Services                        Service
Message    1 COPAY/SVC based on PROV type   11/03/2009 - 11/03/2009
-------------Benefit--------------                    Co-Payment
           Eligibility            - Covg Level                 IND
                         -                            Individual
                 Service        Service Type Code             98
      11/03/2009 - 11/03/2009    Professional (Physician) Visit -
           Limitations                                    Office
                   FAM          Family Amount             $20.00
                   Family Amount In-Network                  Yes
Service Type Code      86 In-Network Message        PCP After Hours
                 Emergency Services Message --------------Benefit--------------
Message    1 COINS/SVC based on PROV type                  Eligibility
-------------Benefit--------------                            -
           Eligibility                                     Service
                         -           11/03/2009 - 11/03/2009
                 Service                              Co-Payment
      11/03/2009 - 11/03/2009                              IND
           Limitations Covg Level                    Individual
Covg Level         FAM          Service Type Code             98
                   Family       Professional (Physician) Visit -
Service Type Code      86                                 Office
                 Emergency Services Limitations Amount    $15.00
Message            Limitations Amount In-Network             Yes
-------------Benefit-------------- Message          PCP During Hours
           Eligibility Message     --------------Benefit--------------
                         -                            Eligibility
                 Service                                      -
      11/03/2009 - 11/03/2009                              Service
           Limitations              11/03/2009 - 11/03/2009
Covg Level         FAM                                Co-Payment
                   Family                                  IND
Service Type Code      86 Covg Level                 Individual
                 Emergency Services Service Type Code         98
Message            call 1/800-624-0756 Professional (Physician) Visit -
-------------Benefit--------------                        Office
           Eligibility            - Period                   Day
                 Service Amount                           $20.00
      11/03/2009 - 11/03/2009 In-Network                    Yes
           Active Coverage Message  Specialist Off Visit Consult
Covg Level         FAM          --------------Benefit--------------
                   Family                            Eligibility
Service Type Code      98                                  Service
      Professional (Physician) Visit -  11/03/2009 - 11/03/2009
                         Office                      Limitations
                   HMO                                     FAM
-------------Benefit-------------- Covg Level              Family
           Eligibility
```

JHMC 27

```
                              Emdeon, Inc.
Batch: Assistant                                        Page 5 - 5
-------------------------------------------------------------------------
Service Type Code                       98
        Professional (Physician) Visit -
                              Office
Message    1 COPAY/SVC based on PROV type
--------------Benefit----------------
                              Eligibility
                                   -
                              Service
             11/03/2009 - 11/03/2009
                              Limitations
Covg Level                          FAM
                              Family
Service Type Code                       98
        Professional (Physician) Visit -
                              Office
Message    1 COINS/SVC based on PROV type
------------------PCP-------------------
                              Period Start
                              07/09/2008
Name                              HERTZEL SURE
Phone                          718-760-0797
Covg Level                          FAM
                              Family
Service Type Code                       30
        Health Benefit Plan Coverage
Insurance Type Code                      HM
    Health Maintenance Organization (HMO)
------------Gateway Provider-----------
                              Eligibility

                              Service
             11/03/2009 - 11/03/2009
Identification Code             1083727762
Name                    SURE, HERTZEL   , MD
                    9425 60TH AVE UNIT B4
                              ELMHURST
                                   NY
                                11373
Covg Level                          FAM
                              Family
Service Type Code                       30
        Health Benefit Plan Coverage
Insurance Type Code                      HM
    Health Maintenance Organization (HMO)
---------------Disclaimer---------------
Receipt of this information does not
guaranty payment under state law.
Should Provider wish to obtain
verification that payment will be made,
or if member information returned
differs from Provider's patient
records, call Aetna Member Services.

=========== Transaction Stats ===========
Query: - PASS
```

```
CARTAS                          EMDEON ASSISTANT                      Page 1 of 3
11/03/09 13:49:35                                              Status: CLOSED
ID: T000188         Aetna - Subscriber Eligibility   v2.2
```

SEARCH INFORMATION:           INPUT                ON FILE
Provider ID:                  111631788
Subscriber ID:                                     BBM6PBPA
Date Of Service:              11/03/2009
SSN:                          469976997
Date Of Birth:                06/21/1975
Last Name:                    SCHOOLCRAFT
First Name:                   ADRIAN
Svc/Proc Code:                30

AETNA INFORMATION
Plan Ntwk ID:        GN01
Group/Policy:        US0080410090011
Group/Policy:        PACES - CITY OF N Y
Plan ID:             5691654
Sub Name:            SCHOOLCRAFT, ADRIAN P
Sub Birth Date:      06/21/1975
Sub Gender:          MALE
Address:             55 92ND ST APT E2
                     BROOKLYN, NY 11209
Dates:               Eligibility - 11/01/2007
                     Service - 11/03/2009 - 11/03/2009

### CHIROPRACTIC

| Network | Coverage | Type | Value | Period | Additional Info |
|---|---|---|---|---|---|
| In | Individual | Co-Insurance | 100 | | Message: Chiro |
| | | Co-Payment | $20.00 | | Message: Chiro |
| | | Co-Payment | $20.00 | Day | Message: Specialist Chiro Office Visits |
| | Family | Active Coverage | | | HMO |
| | | Limitations | | | Message: 1 COPAY/SVC based on PROV type |

### EMERGENCY SERVICES

| Network | Coverage | Type | Value | Period | Additional Info |
|---|---|---|---|---|---|
| In | Individual | Co-Insurance | 100 | | Message: Emergency Room Copay |
| | | | | | Message: Urgent Care Copay |
| | | Co-Payment | $75.00 | Admisson | Message: Emergency Room |
| | | Co-Payment | $75.00 | | Message: Emergency Room Copay |
| | | Co-Payment | $35.00 | | Message: Urgent Care Copay |
| | Family | Active Coverage | | | HMO |
| | | Limitations | | | Message: 1 COPAY/SVC based on PROV type |
| | | Limitations | | | Message: 1 COINS/SVC based on PROV type |
| | | Limitations | | | Message: Limitations |
| | | Limitations | | | Message: call 1/800-624-0756 |

### HEALTH BENEFIT PLAN COVERAGE

| Network | Coverage | Type | Value | Period | Additional Info |
|---|---|---|---|---|---|
| In | Family | Cost Containment | | | Message: NO PENALTY FAILURE TO PRECERT |
| In | Individual | Limitations | | Lifetime | Message: UNLIMITED LIFETIME BENEFITS |
| | Family | Active Coverage | | | Insurance Type Code: HM Health Maintenance Organization (HMO) HMO |
| | | | | | Message: Commercial |
| | | Limitations | | | Message: NO NON-EMERGENCY COVG OON |

JHMC 29

CARIAS                         EMDRON ASSISTANT                        Page 2 of 3
                    Limitations                      Message: Plan req referral and
                                                     precert

## HOSPITAL - INPATIENT

| Network | Coverage | Type | Value | Period | Additional Info |
|---------|----------|------|-------|--------|-----------------|
| In | Individual | Co-Insurance | 100 | | Message: Facility Inpatient Hospital |
| | | Co-Payment | $300.00 | | Message: Facility Inpatient Hospital |
| | Family | Co-Payment | $300.00 | Admisson | Message: FACILITY IP HOSP-MEDICAL HMO |
| | | Active Coverage | | | |
| | | Limitations | | | Message: 1 COPAY/SVC based on PROV type |
| | | Limitations | | | Message: Limitations |
| | | Limitations | | | |

## HOSPITAL - OUTPATIENT

| Network | Coverage | Type | Value | Period | Additional Info |
|---------|----------|------|-------|--------|-----------------|
| In | Individual | Co-Insurance | 100 | | Message: Hospital - O/P Surgery |
| | | | | | Message: HOSPITAL OUTPATIENT |
| | | Co-Payment | $75.00 | | Message: Hospital - O/P Surgery |
| | | Co-Payment | $20.00 | | Message: HOSPITAL OUTPATIENT |
| | Family | Active Coverage | | | HMO |
| | | Limitations | | | Message: 1 COPAY/SVC based on PROV type |
| | | Limitations | | | Message: 1 COINS/SVC based on PROV type |

## PROFESSIONAL (PHYSICIAN) VISIT - OFFICE

| Network | Coverage | Type | Value | Period | Additional Info |
|---------|----------|------|-------|--------|-----------------|
| In | Individual | Co-Insurance | 100 | | Message: PCP After Hours |
| | | | | | Message: PCP During Hours |
| | | Co-Payment | $20.00 | | Message: PCP After Hours |
| | | Co-Payment | $15.00 | | Message: PCP During Hours |
| | | Co-Payment | $20.00 | Day | Message: Specialist Off Visit Consult |
| | Family | Active Coverage | | | HMO |
| | | Limitations | | | Message: 1 COPAY/SVC based on PROV type |
| | | Limitations | | | Message: 1 COINS/SVC based on PROV type |

## BENEFIT

                         Eligibility

                         Service
                         11/03/2009 - 11/03/2009
                         000000149
                         Facility
Identification Code:     Facility Identifier
                         Other Source of Data

## PCP

                         Period Start - 07/09/2008
Name:                    HERTZEL SURE
Phone:                   718-760-0797
Covg Level:              FAM - Family
Service Type:            30 - Health Benefit Plan Coverage
Insurance Type:          HM - Health Maintenance Organization (HMO)

## GATEWAY PROVIDER
                         Eligibility

JHMC 30

```
CARTAS                           EMDEON ASSISTANT                      Page 3 of 3
                         Service
                         11/03/2009 - 11/03/2009
Identification Code:     1083727762
Name:                    SURE, HERTZEL  , MD
                         9425 60TH AVE UNIT B4
                         ELMHURST, NY 11373
Covg Level:              FAM - Family
Service Type:            30 - Health Benefit Plan Coverage
Insurance Type:          HM - Health Maintenance Organization (HMO)
```

**DISCLAIMER**
Receipt of this information does not guaranty payment under state law.  Should Provider
wish to obtain verification that payment will be made, or if member information returned
differs from Provider's patient records, call Aetna Member Services.

**TRANSACTION STATS**
Query: - PASS

JHMC 31



ePACES<sup>sm</sup>                                                                                    P   1 of 2

eMedNY PACES                                                              Help  Log Out

JAMAICA HOSPITAL MED CTR · 1225176175

Claims                    Change Provider:  JAMAICA HOSPITAL MED CTR · 1225176175

· Farts Claim
· Past Claims
· Sa s Lava Response        **Eligibility Response Details**
· Solid Claim
· Fords
· Submit Claim
  status               **Eligibility Information:**
  Status Inquiry
· Status Responses           Subscriber/Insured Not Found

MEVS
· Eligibility Request
· Eligibility Responses   **Client Information:**
· SA Response
· SA Confirmation           Client ID:                    Date of Birth:
· SA Confirm
  Responses                 Client Name:   SCHOOL CRAFT ADRIAN   Gender:         M
· DVS Request                                                   County:
· DVS Responses                                                 Office:
· DVS Confirmations
· DVS Confirm
  Responses

Prior Approval            **Medicaid Coverage Information:**
· PA Request
· PA Response               Coverage Level:               Date of Service:
Support Files              Insurance Type:                Anniversary:
· Provider
· Other Payer                                             Recertification:
· Submitter

                          Medicaid Managed Care          **Medicaid Restricted Recipient**

                          Plan Name:                     Restriction Type:

                          Carrier Code:

https://www.emedny.org/ePACES/MEVS/EligibilityDetailsPSO.aspx?FROM=2&UID=743CARIAS20091103135827306227&...  11/3/2009

JHMC 32

ePACES

Page 2 of 2

**DOH**

- **Co-Payment Information**

  Co-Pay Remaining:

- **Additional Payer Information**

* **Medicaid Messages**

  1. Individual Exception Code:
  2. Category of Assistance:

https://www.emedny.org/ePACES/MEVS/EligibilityDetailsPSO.aspx?FROM=2&UID=743CARIAS200911031358273062278&... 11/3/2009

Empire Facility Online Services                                                Page 1 of 2

*Empire* BLUECROSS BLUESHIELD

( Home )( Members )( Employers )( Brokers )( Physicians )( **Facilities** )
Online Services |          Working With Empire |          Facility Library |          Empire's Plans |          About E

**□ Logout**

Blue Tools℠

Facility Sourcebook
Medical Policies
▾ Help
    Customer Service
    Technical Support

For Registered Facilities:
Member Search
Patient Claims
Search EOBs
Create Pre-Certification
Create & Submit Radiology
Pre-Certification
Pre-Certification Search
Message Center
My Profile
Track Claim Status

Support Library

▾ Member Benefits
    Medicare Advantage
    Empire Product Guide
    COBRA, FED / NYS Guide
▾ Claims
    BLUE NET Claim
    Product Profiles
    Claim Submit Requirements
    Appeals Process
    Claim Submit Requirements
    Appeals Process
    Coordination of Benefits
    Medicare Secondary Payer
    NYS Claims Submitter
    Guide
    NYC Claims Submitter
    Guide
▾ BlueCard Program
    Program Information
    Claims Submission
    Out of Area Members
▾ Training
    Medicare Advantage & Part
▾ Compliance Training
    BlueCard 101
    Empire Product Profiles
▾ Helpful Tools
    Submit Appeals
    Claim Correction
    Claim Messaging
    Track Claims

**Member Search**

No match was found. Please check the identifiers you entered and try again.

For further assistance, please contact the facility and continue based on the basis of the patient's identification card.

Enter your patient's information in the fields below and then click search. If you are attempting to search for a member in our national systems you must include the prefix.

         ⊙ Subscriber      ○ Dependent

Member ID:    [        ]     [469976997        ]
            Prefix         ID

Patient Name:    [            ]    [                    ]
             First Name ∗      Last Name

Date of Birth:    [06] / [21] / [1975]  ∗
            (MM)     (DD)     (YYYY)

Note: To view a sample ID card, click here.

∗ Minimum Required for Search

[ SEARCH ≫ ]

JHMC 34

Services provided by Empire HealthChoice HMO, Inc. and/or Empire HealthChoice Assurance, Inc., licensees of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield plans and as tradename and tradeservice in the 28 eastern and southeastern counties of New York State.

© Copyright 2003 Empire HealthChoice Assurance, Inc. All rights reserved.

JHMC 35



Empire BlueCross BlueShield

Home | Members | Employers | Brokers | Physicians | **Facilities**

Online Services | Working With Empire | Facility Library | Empire's Plans | About E

Logout

Blue Tools[SM]

- Facility Sourcebook
- Medical Policies
- Help
  - Customer Service
  - Technical Support

For Registered Facilities:
- Member Search
- Search Claims
- Search EOBs
- Create Pre-Certification
- Create & Search Radiology
- Pre-Certification
- Pre-Certification Search
- Message Center
- My Profile
- Track Claim Status

Support Library

- Member Benefits
  - Medicare Advantage
  - Empire Product Guide
  - COBRA, FED / NYS Guide
- Claims
  - 837I NPI Chart
  - Product Prefixes
  - Claim Submit Requirements
  - Appeals Process
  - Claim Submit Requirements
  - Appeals Process
  - Coordination of Benefits
  - Medicare Secondary Payer
  - NYS Claims Submitter Guide
  - NYC Claims Submitter Guide
- BlueCard Program
  - Program Information
  - Claims Submission
  - Out of Area Members
- Training
  - Medicare Advantage & P [illegible]
- [illegible]
  - BlueCard [illegible]
  - Empire Express Bonus
- Helpful Tools
  - Seminar Agendas
  - Claim Correction
  - Claim Messaging
  - Batch Claims

## Member Search

No match was found. Please check the Member's information and try again.

For further assistance, please contact the telephone number listed on the back of patient's identification card.

Enter your patient's Information in the fields below and then click search. If you a attempting to search for a member in our national systems you must include the prefix.

○ Subscriber ◉ Dependent

Member ID: [ ] Prefix [469976997] ID *

Patient Name: [ ] First Name [ ] Last Name

Date of Birth: 06 / 21 / 1975 * (MM) (DD) (YYYY)

Note: To view a sample ID card, click here

* Minimum Required for Search

SEARCH

Services provided by Empire HealthChoice HMO, Inc. and/or Empire HealthChoice Assurance, Inc., licensees of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans, serving residents and businesses in the 28 eastern and southeastern counties of New York State.

© Copyright 2003 Empire HealthChoice Assurance, Inc. All rights reserved.

JHMC 37

```
                              Emdeon, Inc.
Batch: Assistant                                    Page 1 - 1
-----------------------------------------------------------------
11/02/09 17:48:51        T000188-MMERO1
Status: RETRY        Id:1350.1 Record: 1

            Medicare
            Eligibility  v2.3

------Input / Response Information------
   Provider ID            1245370717
   Medicare HIC #         469976997A
   Begin DOS              11/02/2009
   End DOS                11/02/2009
   Date Of Birth          06/21/1975
   Last Name              SCHOOLCRAFT
   First Name             ADRIAN
   Gender                 M
   Service Type           42
   Service Type 2         47
   Service Type 3         15
   Service Type 4         14
   Service Type 5         AG
   Service Type 6         30

======= Transaction Stats ===========
Query: - FAIL >RH0247 - Patient Not
Found
```
JHMC 38

SCHOOLCRAFT, ADRIAN
1298984      M      DOB: 06/21/1975      34Y
ADM: 11/01/2009   162B      99   130381874
ALDANA-BERNIER, LILIAN R PSYC

| DATE | HISTORY & PHYSICAL | | ACTION IF NOT CURRENT |
|------|-------------------|--|------------------------|
| TIME | | | DI CURRENT ☐ YES ☐ NO |
| | | | DPT CURRENT ☐ YES ☐ NO |
| | | | MMR CURRENT ☐ YES ☐ NO |

| IMPRESSIONS | | PHYSICIAN NAME (PRINT) | ID # |
|-------------|--|------------------------|------|

PHYSICIAN NAME (SIGN)

U/A
RBC ____ WBC ____ Prot ____
BLD ____ KET ____ GLU ____

| LAB TESTS | TAK | RESULTS TIME | | BLOOD GASES | TIME | TRAC |
|-----------|-----|--------------|--|-------------|------|------|
| ☐ HGB | | | | PH | | |
| ☐ HCT | | | | PO$_2$ | | |
| ☐ WBC | | | | PCO$_2$ | | |
| ☐ NA | | | | HCO$_3$ | | |
| ☐ K | | | | HBO$_2$ | | |
| ☐ CL | | | | HGB | | |
| ☐ CO$_2$ | | | | HGCO | | |
| ☐ BUN/CR | | | | EKG RESULTS | | |
| ☐ GLUC. | | | | | | |
| ☐ AMYLASE | | | | | | |
| ☐ PT/PTT | | | | | | |
| ☐ UCG | | | | | | |
| ☐ CPK | | | | | | |

RADIOLOGY
X-RAY # ____                    ED READING
☐ CHEST
☐ ABDOMEN
☐ C-SPINE
☐ L-SPINE
☐ PELVIS
☐ TIBIA/FIBULA   L   R
☐ FEMUR   L   R
☐ WRIST   L   R
☐ ANKLE   L   R
☐ HIP   L   R
☐ CT SCAN

ADDITIONAL MD NOTES

| CONSULTANT NAME | SERVICE | TIME CALLED |
|-----------------|---------|-------------|
| 1. | | |
| 2. | | |
| 3. | | |

FINAL DIAGNOSIS                              CODE

**DISPOSITION**

☐ ADMITTED, TIME: _____   ROOM # ____   SERVICE ____   ☐ FAMILY MEMBER NOTIFIED ____   NAME RELATIONSHIP

☐ EXPIRED, TIME ____   ☐ M.E. CALLED, TIME: ____   ☐ ACCEPTED  ☐ YES  ☐ NO   CASE # ____   ☐ PVT MD NOTIFIED OF DISPOSITION

☐ DISCHARGED, TIME: ____   ☐ INSTRUCTIONS GIVEN (TYPE) ____   TIME: ____

☐ OTHER ____   SAME ROLE-OUT TRANSFER   TIME: ____   INITIALS

CONDITION ON DISCHARGE
DISCHARGING
PHYSICIAN NAME (PRINT) ____   SIGNATURE ____   I D # ____   DATE ____

EMERGENCY DEPT COPY                              FORM NO. J00018

JHMC 39



**JAMAICA HOSPITAL MEDICAL CENTER**
8800 Van Wyck Expressway  Jamaica, NY  11418

4920/23/91   FILE   646 - 957 - 2486  (FATHER)

LOCATION: 081X

DATE AND TIME OF ARRIVAL 10/31/2009   23:03   **EMERGENCY MEDICINE RECORD**

| **REGISTRATION** | | MEDICAL RECORD NO. 1298984 | | PATIENT TYPE E | | PATIENT ACCOUNT NO. 130381015 | | |
|---|---|---|---|---|---|---|---|---|
| PATIENT'S NAME | | | | | SOCIAL SECURITY NO. | | DATE OF BIRTH | AGE |
| SCHOOLCRAFT | | ADRIAN | | | | | 06/21/1975 | 34Y |
| STREET ADDRESS | | CITY | | STATE   ZIP CODE | TELEPHONE NO. | | PLACE OF BIRTH | |
| FIN. CL. | SEX | RACE | RELIGION | MARITAL STATUS | FATHER'S NAME | | MOTHER'S MAIDEN NAME, FIRST NAME | |
| 01 | M | | | | | | | |
| PRIVATE M.D. NAME OR CLINIC NAME | | | PATIENT COMPLAINT | | | | LANGUAGE ENG | INTERP. REQ. N |
| MODE OF ARRIVAL | ACCOMPANIED BY | | | RELATIONSHIP | TELEPHONE NO. | | INJURED AT WORK? | AUTO ACCIDENT? |
| DATE AND TIME OF ACCIDENT | | POLICE OFFICER NAME & BADGE NO. | | PCT. NO. | REFERRED FROM: ☐ PMD   ☐ TRUMP   ☐ CLINIC   ☐ FP   ☐ OTHER | | | |
| NEXT OF KIN | | | TELEPHONE NO. | | NEXT OF KIN ADDRESS | | | RELATIONSHIP TO PATIENT |

| **FINANCIAL - INSURANCE** | | | | |
|---|---|---|---|---|
| GUARANTOR'S NAME | | STREET ADDRESS | CITY | STATE   ZIP CODE |
| GUARANTOR'S SOC. SEC. NO. | TELEPHONE NO. | GUARANTOR'S EMPLOYER | ADDRESS | TELEPHONE NO. |
| PATIENT'S EMPLOYER NAME | STREET ADDRESS | CITY | STATE   ZIP CODE | |
| INSURANCE #1: | NAME | GROUP NO. | POLICY NO. | |
| INSURANCE #2: | NAME | GROUP NO. | POLICY NO. | |
| HOSPITALIZED PAST 60 DAYS? | IF YES, WHERE AND WHEN? | PLACE OF ACCIDENT | CRIME VICTIM PCT. NO. | CRIME VICTIM COMPLAINT NO. |

**COMMENTS:**  11/1 06:16  448  MOTHER X-fo 65

| **NURSING** | | | | | |
|---|---|---|---|---|---|
| VITAL SIGNS | TIME | B.P. | PULSE | RESP | TEMP |
| | TIME | B.P. | PULSE | RESP | TEMP |

IF ORDERED, CHECK WHEN COMPLETED:                                    ☐ OXYGEN GIVEN

☐ EKG INITIALS   ☐ CARDIAC MONITOR INITIALS   ☐ IV ANGIO# INITIALS FLUID_____   INITIALS   METHOD   INITIALS

NURSES NOTES   ☐ ADVANCED DIRECTIVES DISCUSSED   HEALTH CARE PROXY ☐ YES  ☐ NO   AGENT'S NAME:

RN SIGNATURE

| DATE | TIME | NON-MEDICATION ORDERS (EKG, LABS, CULTURES, ETC.) | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| DATE | TIME | **MEDICATION ORDERS** | | | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|---|---|
| | | MEDICATION | DOSE | ROUTE | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**ePCR**

5581845

Agency Name: JHMC

Agency ID: 7311   Branch #: 3   Shift #: 01   Today's Date: 01/03/08   1st Resp. Agency   Call #

## Call Times (24hr)

| | | |
|---|---|---|
| Time Call Received | 2140 | |
| Dispatched | 2106 | |
| En Route | 2106 | |
| On Scene | 2115 | |

## Mileage (odometer)

| | |
|---|---|
| Patient Contact Time | 2140 |
| Left Scene | 2214 |
| At Destination | 2215 |
| In Service | 140 |

Start / On Scene / At Destination

## Crew Member ID

| Driver To | | |
|---|---|---|
| 1 | 6579 | Documenter 6075 |
| 2 | 7627 | |

## Vehicle Unit #

Other Vehicle

## Requested By

☐ 911   ☐ Private
Requested By Code

## Run Disposition

☑ Treated / Transported
☐ Treated / Transferred Care
☐ Treated / No Transport
☐ Treated / Refused Care
☐ Cancelled
☐ Pronounced Dead
☐ Treat/Transport Private Veh
☐ No Transport/Refused Care
☐ Other
☐ No Patient Found

## Dispatch Reason

EMD Code

## Run Type

☐ Non-Emergency
☐ Mutual Aid
☐ Inter-facility x
☐ Stand-By
☐ Intercept
☐ Scheduled

Emergency (Immediate)

High/Low   Waived   Downgraded
☐ To Scene
☐ To Destination

## Destination Determination

☑ Nearest Facility
☐ Weather / Supervisor
☐ Law Enforcement
☐ Hospital Directive
☐ Medical Protocol
☐ Online Physician
☐ Mass Casualty
☐ Special Resources

☐ Patient/Family Choice
☐ Managed Care
☐ Patient Physician

Diverted From Code

Diverted Time

## Transport From

☐ Home / Residence
☐ Residential, Custodial Facility
3 Scene of Accident or Acute Event
☐ Educational Inst   ☐ Street/Hwy
☐ Farm   ☐ Other
☐ Industrial Place   ☐ Unspecified
☐ Mine / Quarry
☐ Public Building
☐ Recreation/Sport

4 ☐ Site of Transfer
(Between Ambulances)

☐ Use
Transport From Code
(i.e. Hosp, SNF)

Transport To Code

# of Patients   # Patients
at Scene

## Incident Address

☐ Check the Box if same as Transport From Code

9260 88 AV

Apt. Number

Glendale   County Code   State / Prov.   FL NY   Zip Code 11385

## First Name: Adrian   MI   Last Name: Schoolcraft

## Street Address   (Check the Box if same as Incident Address)

92 60 88 PL   Apt. Number   County Code   Age 31   ☐ Days ☐ Months ☐ Years

City: Glendale   State/Prov: NY   Zip Code 11385   Gender ☐ M ☑ F   Weight 250

Home Phone   Social Security Number   Date of Birth 06-21-19

Medicare #   Medicaid #   Ethnicity
☐ Unknown   ☐ Black, Hispanic
☐ Asian   ☐ Native American
☐ Black   ☐ Pacific Islander
☐ White   ☐ White, Hispanic

Insurance Company Name   Payer ID
☐ Auto Ins.
☐ Private Ins.
☐ Supplemental
☐ Workers Comp.
☐ Self Pay

Policy Number   Group Number

Policy Holder First Name   Policy Holder Last Name   Same As Patient Address   Phone

Guarantor First Name (Needed if under 18 or Disabled)   Guarantor Last Name   Same As Patient Address   Phone

## Airway

☑ Patent
☐ Partially Obstructed
☐ Stridor ☐ Choking
☐ Drooling ☐ Grunting
☐ Difficulty Swallowing
☐ Nasal Flaring
☐ Intercostal Retraction
☐ Other
☐ Completely Obstructed

## Breathing

**Rate**
☑ Normal
☐ Slow
☐ Rapid
☐ Apneic
☐ Irregular

**Quality**
☐ Labored
☐ Labored
☐ Shallow
☐ Deep

**Lung Sounds**
☐ Clear
☐ Wet
☐ Wheeze
☐ Diminished
☐ Absent

## Circulation (skin)

**Color**
Normal Cyanotic Pale Flush

**Temp.**
Normal Hot Cool Cold

**Cond.**
Normal Diaphoretic Moist Dry
Hives Itchy Rash Swollen Erythema

**Cap. Refill**
<2Sec >2Sec Absent

**Edema** Normal ☐ ±1 ±2 ±3 Pitting

## L (Pupils) R

## Time1 Glasgow Time2

2145   2155

## Provider Impression

☑ Abdominal Pain
☐ GI - Bleed
☐ GI - Constipation
☐ GI - Diarrhea
☐ Vomiting
☐ Vomiting Blood
☐ Nausea
☐ Dehydration Symp.
☐ Urinary Bleeding
☐ Urination Problem
☐ Anxiety
☐ Behavioral Disorder
☐ Depression Symp.
☐ Dizziness
☐ Weakness
☐ Psychiatric Emerg.
☐ Headache (no trauma)
☐ Migraine
☐ Alt. Level Conscious
☐ Seizure
☐ CVA/Stroke
☐ Unconscious
☐ Cardiac Symptoms
☐ Chest Pain
☐ Syncope / Fainting

☐ Cardiac Arrest
☐ Asthma Symptoms
☐ Hyperventilation
☐ Dyspnea-SOB
☐ Apnea
☐ Cough w/Blood
☐ Airway Obstruction
☐ Pulmonary Edema
☐ Pneumonia Symptoms
☐ Respiratory Failure
☐ Respiratory Arrest
☐ Flu Symptoms
☐ OB-GYN (complicated)
☐ OB / Gyn
☐ Sore Throat
☐ Nose Bleed (severe)
☐ Allergic Reaction
☐ Medication Reaction
☐ Diabetic Symptoms
☐ Back Pain (no trauma)
☐ Hyperthermia
☐ Hypothermia
☐ Poisoning

## Mechanism of Injury (check if primary)

☐ Alcohol Intox. Suspect
☐ Alcohol Intox Severe
☐ Animal Bite
☐ Assault Firearms
☐ Assault Sexual
☐ Assault Stabbing
☐ Bicycle Accident
☐ Blunt Trauma
☐ Bee/Wasp/Insect
☐ Diving Injury
☐ Near Drowning
☐ Drug Overdose
☐ Elderly Abuse
☐ Electrocution
☐ Excessive Cold
☐ Excessive Heat

## Injury Intent:
☐ Unintentional ☐ Unknown
☐ Intentional ☐ Self-Inflicted
☐ Unintentional Self

Chief Complaint

1 Protocol: 4116
2 Protocol

SH6001 (1 of 2), Rev 10, 02/06   Copyright 2001- 2006 ScanHealth, Inc.   (Page 1)

| | Unit Measure | Route | | 5581845 |
|---|---|---|---|---|

Unit Measure: 1 gm  4 mcg  7 mcg/min  10 LPM  13 mcg/kg/min
2 mg  5 unit  8 gm/min  11 ml/hr  14 unit/hr
3 meq  6 ml  9 mg/min  12 pulse  15 inch

Route: IV  IM  ETT  RECtal
IO  SQ  NEB  INHal
SL  PO  AUTo  TRAnsdermal

| Time | Staff# | Systolic B/P | Diastolic | Pulse | Respiration | SP02 | CO2 | Blood Sugar | Pain (0-10) | Temperature |
|---|---|---|---|---|---|---|---|---|---|---|
| 2145 | | 160 | 120 | 120 | 20 | | | | | |
| 2155 | | 140 | 80 | | 18 | 20 | | | | |
| | | | | | | | | | | |

| Treatment / Medication | Time | Staff # | Treat. Code | Med. Code | Dose | Unit | Route | Attempt | Cond. | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Narrative/History:** Key Words-(Onset, Provokes, Quality, Radiates, Severity, Position, Changes On Route, Medications, Other Vital Signs)   Illness / Injury  Onset Date  10/31/09

Medical need: ☑ Medically Necessary  ☐ Required Stretcher  ☐ Severe Pain  ☐ Viable Bleeding
☐ Bed Confined  ☐ Unconscious  ☐ Needed Restraining  ☐ Non-Ambulatory

PMH: ☐ Asthma  ☐ Chronic Renal Failure  ☐ Cancer  ☐ CVA / Stroke  ☐ Dialysis  ☐ HIV / AIDS  ☐ Psychiatric Problems  ☐ Substance Abuse  ☐ Tuberculosis
☐ Amputee  ☐ Chronic Respiratory Failure  ☐ Cardiac  ☐ Diabetes  ☐ Emphysema  ☐ Hypertension  ☐ Seizure Disorder  ☐ Tracheostomy  ☐ Other

Allergies ☑ No

Medication: denies

34 y/o male found ambulatory, alert and oriented. pt states he has
abd pain nausea and dizziness. pt states he took Nyquil this
evening. pt denies taking any other meds. upon obtaining
vitals pt has ↑ BP. pt denies med hx. upon exiting of ESU. NYPD
5x3 and C513 pt was aggitated and resistant. pt was placed in 3 pt
flexed in custody and assisted onto stretcher for trsp. Capt.
Bioschart gurney. pt. pe cervical not tender airway neg SOB, neg
cyanosis. lt clear bilat neg chest pain. abd soft + tenderness pos
nausea x1 back neg atraumatic pos distal pulse pos motor sensory
x4 Ext. pt + tx 10 trsp 34 WF.1. Before pt was detained pt walked from w/ESU
to NYPD as pt approached bus he turned around stated he did not need help as
he walked away. pt was then released for trsp resumed. pt is one of few w/ 81 PCT.

| Moved to Ambulance By: | | Transport Position: | | Medication / Treatment Authorization | |
|---|---|---|---|---|---|
| ☑ Chair  ☐ Scoop Stretcher  ☐ Walked w/ Assist | ☐ Supine  ☐ Shock  ☑ Semi / Full Fowlers | ☐ Protocol  ☐ Written Orders | On-Line Physician |
| ☐ Stretcher  ☐ Carried  ☐ Met at Ambulance | ☐ Sitting  ☐ Prone  ☐ Left Lateral Recumbent | ☐ On-Line  ☐ NA  ☐ On-Scene | On-Line Med. Facility |

| Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | Agency Defibrillates | | | | | 2 | | | | | | | |

**Authorization for Billing / Release of Patient Information / Assumption of Financial Responsibility:** I request that payment of authorized Medicare/Medicaid and/or other insurance benefits be made to the pre-hospital care provider ("Provider") for any services furnished to me. I authorize any holder of hospital or medical information about me to be released to the Provider, Centers for Medicare and Medicaid Services, and/or their agents, including any other information needed to determine these benefits or other benefits payable for related services. I permit a copy of this authorization to be used in place of the original. I understand this authorization may be used by the Provider for all services furnished in the future until such time as I revoke this authorization in writing. I agree to assume full financial responsibility for payment of all charges not covered by my insurance insofar as well as any collection costs and/or attorney's fees as allowed by law.  Patient: ☐ Unable to Sign ☐ Refused to Sign   ☐ PCS Collected ☐ Other Insurance Collected

Authorization Signature: _____  Date: _____   Guarantor Signature: _____

Privacy Notice: I hereby acknowledge that I have been provided with a copy of the Provider's Notice of Privacy Practices explaining how my personal health information is used and whether my individual rights related to this information.

Privacy Notice Signature: _____   Date: _____

| Patient's Physician Name (please print) | Receiving RN /MD Signature: | Technician Signature: Jessica Herrera |
|---|---|---|

I Refuse Treatment / Transportation and understand the consequences of my refusal.   Witness Signature (if refusal): _____   On-Line Medical Control Signature: _____

SH6001 (2 of 2), Rev 10, 02/06      Copyright 2001- 2006 ScanHealth, Inc.      (Page 2)



**JAMAICA HOSPITAL MEDICAL CENTER**

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
081X    STAFF, PHYSICIAN
ADM: 10/31/2009    **130381015**    01

⅓

**CONSULTATION REPORT**

| THIS SECTION TO BE FULLY COMPLETED BY THE REQUESTING PHYSICIAN | |
|---|---|
| REQUEST TO: Dr. Patel / D. Lwin | DEPT/DIVISION: Psychiatry ER |
| REQUEST FROM: D. Nwaishienyii | DEPT/DIVISION: Medical ER |
| IMPRESSION: psychotic disorder, NOS | |
| REASON FOR CONSULTATION: | |
| ☐ CONSULTATION ONLY    ☐ CONSULTATION WITH ORDERS    ☐ CONSULTATION WITH FOLLOW-UP | |
| SIGNATURE: | DATE: 11/1/09    TIME: 6:30 am |

OPINION OF CONSULTANT:

34 years old single white male, police officer, living by himself was brought in by NYPD of 81st Precint, in hand cuff to Medical ER with complaint of abdominal pain, nausea and dizziness and patient stated he took Nyquil.

Psych consult was called and reported as patient acting bizzare, hand cuffed and in Police custody.

As per patient, he was not feeling well yesterday, had "tummy pain / Abdominal pain and told his supervisor that he is leaving. Patient says while sleeping in his bed, landlord open the door and his colleagues entered and hand cuffed and brought him to Jamaica hospital. He says he is worried about the situation going on. Says this is happening because he has been reporting to his superiors and commissioner about internal affairs of police department. Says he knows his ~~superior~~ supervisors are hiding robbery and assault cases to get higher ranks / position. Says he has paper documentation about this crime and reporting since last year.

→ continue

| Consultant  Print Name: | Signature: | Date: | Time: |
|---|---|---|---|

**ORIGINAL - MEDICAL RECORD    CARBON COPY - CONSULTANT**

FORM: 110  ITEM: 849  REV. 1/07

JHMC 43



**JAMAICA HOSPITAL MEDICAL CENTER** 1/3

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: 06/21/1975   34Y
ADM:10/31/2009 081X   130381015  01
STAFF, PHYSICIAN

**CONSULTATION REPORT CONTINUATION**

Denies past psy hospitalization (or) treatment (or) suicidal attempt.

As per Sargent James of 81st Precint, patient complains of not feeling well yesterday afternoon and left his work early after getting agitated and cursing supervisor. They follow him home and he had barricaded himself and the door had to be broken to get to him. He initially agreed to go with them for evaluation but once outside, he ran and had to be chased and brought to the medical ER, handcuffed.

In the medical ER, he became agitated, uncooperative and verbally abrusive over telephone use and told his treating MD that 'they are all against me'. As per Sergeant James, he was evaluated by NYPD psychiatrist and can not carry a gun or a badge for nearly a year.

Denies any drug (or) Alcohol abuse

Denies any history of family mental illness

No acute medical problem, complained of abdominal pain yesterday and has sinusitis.

Mental status Examination - 34 years old, white male appropriately dressed and groomed, appears to his stated age. He is coherent, relevant with goal directed speech and good eye contact. He is irriteble with appropriated affect. He denies hallucination. He is ? paranoid about his supervisor. He denies suicidal ideation, homicidal ideation at

| Consultant Print Name: | Signature: | Date: | Time: |

**ORIGINAL - MEDICAL RECORD   CARBON COPY - CONSULTANT**

FORM: 112  ITEM: 1875  REV. 1/07

JHMC 44



**JAMAICA HOSPITAL MEDICAL CENTER** ③/₃

SCHOOLCRAFT, ADRIAN
1298984      M      DOB: 06/21/1975
ADM:10/31/2009  081X                34Y
STAFF, PHYSICIAN        130381015   01

**CONSULTATION REPORT CONTINUATION**

the present time. His memory and concentration is intact.
He is alert and oriented. His insight and judgement are
impaired.

Diagnosis

Axis I     psychotic disorder, NOS

    II     deferred

    III    s/p Abdominal pain, chronic sinusitis

    IV    conflict at worksite

    V     40

Recommendation

① continue 1:1 observation for unpredictable behaviour
and escape risk

② Transfer to psy ER after medical clearance

③ Discussed with Dr. Nwaishianyii and Sergeant James.
Case discussed with Dr. Patel.

                                Khin Mar Lwin, MD
                                Psychiatric Resident

11/1/09  Concur c above Dr c PT recommendation
6 Am                          T. Sood (I. Patel)

---

**Consultant** Print Name:         Signature:        Date:    Time:

**ORIGINAL - MEDICAL RECORD      CARBON COPY - CONSULTANT**

FORM: 112  ITEM: 1875  REV. 1/07

**JAMAICA HOSPITAL MEDICAL CENTER**
PATIENT CLOTHING/VALUABLES INVENTORY

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:10/31/2009  081X    130381015    01
STAFF, PHYSICIAN

1. ALL PATIENTS CLOTHING/VALUABLES/SENT HOME    ☐ YES  ☑ NO
2. DENTURES TAKEN HOME BY FAMILY MEMBER    ☐ YES  ☐ NO

| | | ADMISSION | | | TRANSFER | | TRANSFER |
|---|---|---|---|---|---|---|---|
| | | DATE/TIME: 11-01-09 | | DATE/TIME: | | DATE/TIME: | |
| | | ROOM | | ROOM | TO | | |
| UNIT area 11 Ed | | | | | | | |

INVENTORY OF ITEMS KEPT AT BEDSIDE

| | | QUANTITY | DESCRIPTION | QUANTITY | DESCRIPT. | | |
|---|---|---|---|---|---|---|---|
| DENTURES | UPPER DENTURE | | LABELED CUP PROVIDED ☐ | | | | |
| | LOWER | | LABELED CUP PROVIDED ☐ | | | | |
| | PARTIAL | | LABELED CUP PROVIDED ☐ | | | | |
| CLOTHING/OUTERWEAR/FOOTWEAR | COAT/JACKET | | | | | | |
| | DRESS/HOUSECOAT | | | | | | |
| | PAJAMAS/NIGHTGOWN | | | | | | |
| | SLACKS/PANTS/JEANS | | | | | | |
| | BLOUSE/T-SHIRT/SWEATER | | | | | | |
| | SKIRT/SHORTS | | | | | | |
| | UNDERWEAR/BRA | | | | | | |
| | GLASSES/CONTACTS | | | | | | |
| | HAT/GLOVE/TIE/BELT | | | | | | |
| | PANTYHOSE/SOCKS | | | | | | |
| | BATHROBE | | | | | | |
| | SHOES/SNEAKERS | | | | | | |
| | BOOTS/SLIPPERS | | | | | | |
| MISCELLANEOUS | POCKETBOOK | | | | | | |
| | CELL PHONE/BEEPER(S) | | | | | | |
| | WALKER/CANE | | | | | | |
| | HEARING AID | | | | | | |
| | OTHER: | | | | | | |
| JEWELRY DESCRIPTION | BRACELET (S) | | | | | | |
| | EARRING (S) | | NO jewelry | | | | |
| | NECKLACE (S) | | | | | | |
| | RING (S) | | | | | | |
| | WATCH | | | | | | |
| | OTHER: | | | | | | |
| MONEY AMOUNT | | $ AAS . 00 | | $ | | | |

VALUABLES SUBMITTED TO THE CASHIER AND VALUABLES PLACED

| | |
|---|---|
| GLASSES/CONTACT(S) | |
| HEARING AID | |
| POCKETBOOK/ WALLET | ✓ |
| RADIO | |
| CELL PHONE/BEEPER | |
| OTHER: | |
| ENVELOPE RECEIPT # | 83323 |

*Vertical text on right side:*
833323

JAMAICA HOSPITAL MEDICAL CENTER
8900 Van Wyck Expwy.
Jamaica, N.Y. 11418

THE DEPOSITOR HEREBY ACKNOWLEDGES THAT THE DEPOSIT ENVELOPE HAS BEEN RETURNED TO THE DEPOSITOR INTACT AND SEALED.

This slip serves as receipt for deposit.

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:10/31/2009  081X    130381015    0

...S ARE WITHDRAWN AND DELIVERED TO OWNER.

Name _____ SI
Address _____

** PLEASE NOTE THE INSTITUTION IS NOT RESPONSIBLE FOR ITEMS LEFT AT THE PATIENT'S BEDSIDE( Print Name/Sign Below)

| | PRINT NAME/SIGN | PRINT NAME/SIGN |
|---|---|---|
| PATIENT/SIGNIFICANT OTHER: | | |
| STAFF RECEIVING PROPERTY: | PCA B | SIG/TITLE: |
| WITNESS/TRANSFERRING STAFF: | | SIG/TITLE: |

NOTE: VALUABLES WILL BE HELD IN SECURITY/CASHIER FOR NO MORE THAN 30 DAYS AFTER DISCHARGE

| | PRINT NAME/SIGN |
|---|---|
| SECURITY/CASHIER SIGNATURE: | |
| STAFF MEMBER RELEASING PROPERTY: | PRINT NAME/SIGN |
| PATIENT/FAMILY MEMBER RECEIVING PROPERTY: | RELATIONSHIP: |

22731-FORM 554        White Copy : Medical Record        Yellow Copy: Nursing PI

JHMC 46



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984    M   DOB: 06/21/1975   34Y   F/C: 01
ADM: 10/31/2009 23:03   081X         130381015
STAFF, PHYSICIAN

## ASSIGNMENT AND RELEASE OF INFORMATION STATEMENTS

**Authorization to Jamaica Hospital for release of information:**

I hereby authorize and direct Jamaica Hospital having treated me, to release to governmental agencies, insurance carriers, or others who are financially liable for my hospitalization and medical care, all information needed to substantiate payment for such hospitalization and medical care and to permit representatives thereof to examine and make copies of all records relating to such care and treatment.

_____          _____
Date                                   Signature of Patient or Authorized
                                        Representative

**Assignment to Jamaica Hospital**

I hereby assign, transfer, and set over to Jamaica Hospital sufficient monies and/or benefits to which I may be entitled from governmental agencies, insurance carriers, or others who are financially liable for my hospitalization and medical care to cover the costs of the care and treatment rendered to myself or my dependent in said hospital.

_____          _____
Date                                   Signature of Insured or Authorized
                                        Representative

**Safe Medical Device Act**

I consent to the provision of my social security number to the manufacturer of any device that must betracked pursuant to the mandates of the Safe Medical Device Act. I understand that the manufacturer will be given my social security number only for the purpose of finding me in the event that a medical device, which is implanted in my body, or used in my home is defective.

_____          _____
Date                                   Signature of Insured or Authorized
                                        Representative

**Patient Entitled to Medicare Benefits**

I certify that the information given by me in applying for the payment under Title XVIII of the Social Security Act is correct. I authorize the holder of medical or other information about me to release to the Social Security Administration and Health Care Financing Administration or its intermediaries or carries any information needed for this or a related Medicare claim. I request that payment of the authorized benefits be made on my behalf. I assign the benefits payable for the physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment on my behalf.

_____          _____
Date                                   Signature of Insured or Authorized
                                        Representative

**Financial Agreement**

For and in consideration of services rendered or to be rendered by the *Jamaica Hospital*, to the patient whose name appears below, the undersigned (jointly and severally, if more than once) hereby agree(s) to be fully and totally responsible to the hospital for payment of all charges as submitted by the Hospital on the account of said patient and make payment in accordance with the policy of payment of bills at said Hospital. It is further agreed that the charges as incurred represent the fair and reasonable value of services rendered and are in accordance with the posted charges of the Hospital which are available upon request. Payment may be demanded at any time, and failure to demand payment of the patient shall not be a prerequisite to my (our) immediate responsibility for payment.

The undersigned has read the above, been informed of its nature and significance and acknowledges the contents of same and has received a copy of this agreement.

Dated_____          _____
                                           Guarantor

_SCHOOLCRAFT, ADRIAN_
_____          _____
Name of Patient                            Address - Guarantor
                        _10/31/2009 23:03_
_____          _____
Hospital No.            Date of Admission   Telephone - Guarantor

_____          _____
Date of Discharge                          Witness                      Date

FORM NO. J00123
JHMC 47



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984      M      DOB: 06/21/1975        34Y
ADM: 10/31/2009     081X          01   130381015
STAFF, PHYSICIAN

---

**CONSENTS**

PERMISSION FOR TREATMENT

I HEREBY AUTHORIZE THE JAMAICA HOSPITAL, THROUGH ITS MEDICAL STAFF, TO PERFORM OR HAVE PERFORMED, UPON THE PATIENT WHOSE NAME APPEARS HEREIN, SUCH MEDICAL AND SURGICAL SERVICES, SURGICAL OPERATION AND/OR OTHER PROCEDURES OR THERAPY UNDER ANESTHESIA OR OTHERWISE, AS MAY BE DEEMED NECESSARY IN RELATION TO EMERGENCY TREATMENT ON THIS DATE.

PATIENT/RELATIVE OR GUARDIAN                          WITNESS

_____                  _____
SIGNATURE                                            SIGNATURE

_____                  _____
PRINT NAME                                           PRINT NAME

_____                  DATE _____
RELATIONSHIP, IF SIGNED BY PERSON OTHER THAN PATIENT


GUARANTEE OF PAYMENT

FOR AND IN CONSIDERATION OF SERVICES RENDERED OR TO BE RENDERED TO THE HEREIN NAMED PATIENT, I DO HEREBY GUARANTEE TO PAY THE JAMAICA HOSPITAL, THE FULL AND ENTIRE AMOUNT OF ANY AND ALL BILLS RENDERED FOR SAID TREATMENT. I HEREBY AUTHORIZE THE HOSPITAL TO RELEASE ALL MEDICAL INFORMATION NEEDED TO SUBSTANTIATE PAYMENT FOR SUCH CARE AND TREATMENT.

PATIENT/RELATIVE OR GUARDIAN                          WITNESS

_____                  _____
SIGNATURE                                            SIGNATURE

_____                  _____
PRINT NAME                                           PRINT NAME

_____                  DATE _____
RELATIONSHIP, IF SIGNED BY PERSON OTHER THAN PATIENT


AUTHORIZE OF PAYMENT

I HEREBY ASSIGN, TRANSFER AND SET OVER TO THE JAMAICA HOSPITAL SUFFICIENT MONIES AND/OR BENEFITS TO WHICH I MAY BE ENTITLED FROM THE GOVERNMENT AGENCIES, INSURANCE CARRIERS, AND OTHERS WHO ARE FINANCIALLY LIABLE FOR MY HOSPITALIZATION AND MEDICAL CARE TO COVER THE COSTS OF THE CARE AND TREATMENT RENDERED TO MYSELF OR MY DEPENDENT.

PATIENT/RELATIVE OR GUARDIAN                          WITNESS

_____                  _____
SIGNATURE                                            SIGNATURE

_____                  _____
PRINT NAME                                           PRINT NAME

_____                  DATE _____
RELATIONSHIP, IF SIGNED BY PERSON OTHER THAN PATIENT



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984        M        DOB: 06/21/1975        34Y
ADM: 10/31/2009    081X
STAFF, PHYSICIAN                    01      130381015

## ACKNOWLEDGEMENT AND CONSENT

By signing below, I acknowledge that I have been provided a copy of this Notice of Privacy Practices and have therefore been advised of how health information about me may be used and disclosed by the Hospital and the facilities listed on the back of this form, and how I may obtain access to and control this information. I also acknowledge and understand that I may request copies of separate notices explaining special privacy protections that apply to HIV-related information, alcohol and substance abuse treatment information, mental health information, and genetic information. Finally, by signing below, I consent to the use and disclosure of my health information to treat me and arrange for my medical care, to seek and receive payment for services given to me, and for the business operations of the hospital, its staff, and the facilities listed at the back of this form.

_____
Signature of patient or authorized representative

_____
Relationship to patient

_____
Date

## AFFIRMATION OF PRIOR RECEIPT

By signing below, I acknowledge that I have already received a copy of the Notice of Privacy Practices, and have given my consent for the use of my health information for the purposes noted above. I do not wish to receive another copy of the Notice Privacy Practices at this time.

_____
Signature of patient or authorized representative

_____
Relationship to patient

_____
Date

THIS FORM IS PART OF THE MEDICAL RECORD



M00011  9/06
JHMC 49



**JAMAICA HOSPITAL
MEDICAL CENTER**

Jamaica Hospital Medical Center
8900 Van Wyck Expressway, Jamaica, New York 11418
Telephone # 718 206-6000

### LIMITED POWER OF ATTORNEY TO PURSUE PAYMENT AND APPEALS AND AUTHORIZATION TO RELEASE MEDICAL INFORMATION ("LIMITED POWER OF ATTORNEY")

By signing this document, I give the Health Care Provider, identified below, a Limited Power of Attorney to pursue payment from my health insurer, heath maintenance organization, self-insurance plan, governmental program, or other payer ("Heath Plan") for medical services provided to me by the Health Care Provider, and I authorize the release of medical information.

I, the undersigned Patient/Principal, appoint  JAMAICA HOSPITAL MEDICAL CENTER       ("Health Care Provider"), located at  8900 VAN WYCK EXPRESSWAY, JAMAICA, N.Y. 11418  my Attorney-In-Fact and authorized representative to act in any way which I myself could do, if I was personally present, and to take all reasonable action, as determined by the Health Care Provider, to pursue payment from my Health Plan and/or pursue any appeals available to me under my Health Plan's policies or procedures and all applicable law, including but not limited to External Appeals under all State and Federal laws, relating to health care services provided by the Health Care Provider. The Health Care Provider, as my agent, may pursue payment and/or appeal, only when my Health Plan has denied payment based on medical necessity. The Health Care Provider will not charge me for its services in pursuing payment and/or an appeal on my behalf. I agree that my Health Plan will pay any amount owed directly to the Health Care Provider for these services. In pursuing such payment and/or an appeal:

I authorize the Health Care provider and my Health Plan to release all relevant medical information, including (if applicable) any HIV-related information, mental health treatment information, or alcohol/substance abuse treatment information, relating to my treatment which is necessary to pursue payment from my Health Plan. I understand that this information may be released, but only as necessary, to my Health Plan, an external appeal agent, arbitrator, court of law, and/or other third party reviewer ("Independent Reviewer") responsible for deciding if the Health Care Provider's claim for services should be paid. I understand that my Health Plan and/or the Independent Reviewer will use this information to make a decision about payment to the Health Care Provider. I also understand that the decision by the Independent Reviewer will be final and binding on me, the Health Care Provider, and the Health Plan, and:

I authorize the Health Care Provider to complete, execute, acknowledge, seal, and to deliver any consent, demand, request, application, agreement, authorization or other documents necessary, to request, on my behalf, payment and/or appeal to my Health Plan and, if applicable, to the Independent Reviewer, the New York State Department of Health, the State Insurance Department, the U.S. Department of Health and Human Services, the U.S. Department of Labor, and/or any other applicable agency or body.

This Limited Power of Attorney shall not be affected by my subsequent disability or incompetence and MAY BE REVOKED BY ME AT ANY TIME upon prior notice to the Health Care Provider. This Limited Power of Attorney, including authorization for release of medical information, will terminate one (1) year from today's date unless I agree to extend it beyond that date.

Any person or entity receiving this document may rely on a copy as if it were and executed original.

IN WITNESS WHEREOF, I have signed my name this ____ day of _____, 200 __ .

YOU SIGN HERE: _____

PRINTED NAME:  SCHOOLCRAFT          ADRIAN _____

ADDRESS: _____

MEDICAL RECORD #  1298984 _____

WITNESS: _____

PRINT NAME/TITLE: _____

ADDRESS:  8900 Van Wyck Expressway, Jamaica, New York 11418 _____

Form No. J00023
JHMC 50

 **JAMAICA HOSPITAL MEDICAL CENTER**

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975   34Y   F/C: 01
ADM: 10/31/2009 23:03    081X         130381015
STAFF, PHYSICIAN

## ACKNOWLEDGEMENT OF THE REQUEST FOR EXTERNAL APPEAL AND RELEASE OF MEDICAL RECORDS TO BE SIGNED BY THE PATIENT.

In order for a provider to appeal a health plan's payment denial for a patient's treatment, the patient must sign and date the following consent to the release of medical records. A certified external appeal agent assigned by the New York State Insurance Department will use this consent to obtain the patient's medical information relating to the external appeal request from the patient's health plan and health care providers. The name and address of the external appeal agent will be provided with the request for medical information.

I SCHOOLCRAFT    ADRIAN_____, acknowledge that my health care provider may request or is requesting an external appeal because of a retrospective adverse determination of my health plan. I authorize my HMO, insurer, or provider to release all relevant medical or treatment records, including my name and other personal identifying information, date of admission, assessment results and history, summary of treatment plan, progress and compliance, treatment recommendations, any HIV-related information, mental health treatment information, or alcohol/substance abuse treatment information, related to my provider's external appeal, to the external appeal agent. I authorize the external appeal agent to use this information solely to make a determination on my provider's appeal.

I understand that my records are protected under federal and/or state law and cannot be disclosed without my written consent unless otherwise provided for in regulations. I understand that information disclosed pursuant to this authorization may no longer be protected by federal privacy regulations, however, state privacy protections may still apply. I understand that my health plan cannot condition treatment, enrollment, eligibility, or payment on whether I sign this form. I understand that I may revoke this consent at any time, except to the extent that action has already been taken in reliance on it, by contacting the New York State Insurance Department in writing.

This release is valid for one year from _____ (today's date).

_____
Signature of Patient (or legal representative)                              (Date)

_____
Description of legal representative's authority to act on behalf of the patient.

Patient's Health Plan ID#: _____

**If you have any questions contact the New York State Insurance Department at: 1-800-400-8882 or visit our Web site at www.ins.state.ny.us.**



Form No. J00027
JHMC 51

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975        34Y
ADM: 10/31/2009  081X    01   130381015
STAFF, PHYSICIAN

| DATE | HISTORY & PHYSICAL | | ACTION IF NOT CURRENT. |
|---|---|---|---|
| TIME | | | DT CURRENT  ☐ YES ☐ NO |
| | | | DPT CURRENT  ☐ YES ☐ NO |
| | | | MMR CURRENT ☐ YES ☐ NO |

| IMPRESSIONS | | | | | PHYSICIAN NAME (PRINT) | I D# |
|---|---|---|---|---|---|---|
| | | | | | PHYSICIAN NAME (SIGN) | |

**U/A**
RBC____  WBC____  Prot____
BLD____  KET____  GLU____

| LAB TESTS | TIME | RESULTS TIME | BLOOD GASES | TIME | TIME | **RADIOLOGY** X-RAY # | ED READING |
|---|---|---|---|---|---|---|---|
| ☐ HGB | | | PH | | | ☐ CHEST | |
| ☐ HCT | | | PO₂ | | | ☐ ABDOMEN | |
| ☐ WBC | | | PCO₂ | | | ☐ C-SPINE | |
| ☐ NA | | | HCO₃ | | | ☐ L-SPINE | |
| ☐ K | | | HBO₂ | | | ☐ PELVIS | |
| ☐ CL | | | HGB | | | ☐ TIBIA/FIBULA __L__R | |
| ☐ CO₂ | | | HGCO | | | ☐ FEMUR __L__R | |
| ☐ BUN/CR | / | / | **EKG RESULTS** | | | ☐ WRIST __L__R | |
| ☐ GLUC. | | | | | | ☐ ANKLE __L__R | |
| ☐ AMYLASE | | | | | | ☐ HIP __L__R | |
| ☐ PT/PTT | | | | | | ☐ CT SCAN | |
| ☐ UCG | | | | | | ☐ | |
| ☐ CPK | | | | | | ADDITIONAL MD NOTES | |

| CONSULTANT NAME | SERVICE | TIME CALLED |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**FINAL DIAGNOSIS**                    **CODE**

**DISPOSITION**

☐ ADMITTED, TIME:_____   ROOM #____   SERVICE _____   ☐ FAMILY MEMBER NOTIFIED____  NAME, RELATIONSHIP

☐ EXPIRED, TIME:_____  ☐ M.E. CALLED, TIME:_____  ACCEPTED ☐ YES ☐ NO   CASE #_____

☐ DISCHARGED, TIME:_____  ☐ INSTRUCTIONS GIVEN (TYPE)_____   ☐ PVT MD NOTIFIED OF DISPOSITION

☐ OTHER _____   (AMA, WALK-OUT, TRANSFER)   TIME: _____   TIME:_____  INITIALS

CONDITION ON DISCHARGE _____

DISCHARGING
PHYSICIAN NAME (PRINT)_____ SIGNATURE_____ I D #____ DATE____

EMERGENCY DEPT COPY

FORM NO. J00018
JHMC 52

## Patient Fact Sheet

### Name and Address

SCHOOLCRAFT, ADRIAN

82 60 88 PL

RIDGEWOOD                    NY    11385
**Phone:**
          (718)570-6224      **Sex:**       M
**SS No:**
          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        **Marital Status**      S
**Race:**
          W                  **Religion:**  NO

**BirthDate:** 6/21/1975     **Occupation:**      UNEMPLOYED

**Patient's Maiden Name:**

### Employer

UNEMPLOYED


**Phone:**   (999)999-9999

---

### Nearest Relative

SCHOOLCRAFT, SELF

82 60 88 PL                         -

RIDGEWOOD          NY      11385

**Home Phone:**  (718)570-6224        **Rel:** 01

**Business Phone:**

### Admission Data

| Account Number | | Unit Number |
|---|---|---|
| 130381015 | | 1298984 |

| Admit Date | Admit Time | ER MD |
|---|---|---|
| 10/31/2009 | 23:03 | FF, PHYSI |
| Triage Time | Prim Care MD | |
| | NA | |

---

### Guarantor

SCHOOLCRAFT, ADRIAN

82 60 88 PL

RIDGEWOOD          NY    11385

**Home Phone**          (718)570-6224

**Business Phone**

**Rel:**       01       **SS:**      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

**Occ:**       UNEMPLOYED

**Employer**           UNEMPLOYED

### Emergency Contact

SCHOOLCRAFT



**Home Phone:**  (718)570-6224       **Rel:** 01

**Business Phone:**

---

### Insurance Information

**Ins:**   NO COVERAGE/CHARITY CA   **Insured:**   SCHOOLCRAFT, ADRIAN
**Policy Number:**               **Group Number:**
                                                **Rel:**    SELF/

82 60 88 PL

RIDGEWOOD          NY       11385

**Phone Number**   (718)570-6224          **FIN**    99

**Auth Number**

Patient Name  **SCHOOLCRAFT, ADRIAN**

Account Number  **130381015**

# Jamaica Hospital Medical Center

Emergency Department Record

Medical Record No.  **1298984**

Date  **10/31/2009**

ID 130381015

## History of Present Illness

SNW

34 Year Old Male Patient Presents with Abdominal Pain Epigastric for 15 Hour(s). The Onset is Sudden. The symptoms are Mild, sharp, Intermittent, unknown duration. Symptoms improve with without treatment. Additional Symptoms or Pertinent History also involve None. Furthermore, the Patient/Family Denies Anorexia; Fever; Genital Pain; Back Pain,. Patient states exacerbating Factors that occur are unknown. Radiating Symptoms include No Radiations. Patient is a Police Officer brought in handcuff by his colleagues.As per Patient he wasn't feeling well about 15hrs ago and at about 2 pm he told his superiors that he was leaving for home.His colleagues from his Prescinct went to his home and hand cuff because the EMS said Patient was behaving irrationally.

### Review of Systems
(Symptoms and Signs not covered in the HPI)

| | | | | |
|---|---|---|---|---|
| GU Neg | Neuro Neg | ENT Neg | Resp Neg | Musculoskeletal Neg | Hematologic/Lymphatic Neg |
| Skin Neg | Psych Neg | Heart Neg | GI Neg | Endocrine Neg | Allergic/Immunologic Neg |

☑ All other ROS negative

Constitutional Sxs Neg

Eyes Neg

---

☑ Vital Signs/Triage/Nursing Notes Reviewed and Agree  ☐ Hx unobtainable due to Tx urgency or poor historian(s)  ☐ Additional Information from Police, Ambulance, Nursing Home or Relatives  ☐ Old Medical Records Reviewed

---

**Past Medical History**  ☑ No Relevant PMHx  ☐ Asthma  ☐ COPD  ☐ CAD  ☐ Cancer  ☐ CHF  ☐ CVA

Other PMHx  ☐ Diabetes  ☐ HTN  ☐ Psychiatric  ☐ Renal  ☐ Seizures

---

**Social History**  ☑ No Relevant SoHx  ☐ ETOH  ☐ Drugs  ☐ Smoking  Additional Sx

---

**Family History**  ☑ No Relevant FmHx  No Significant FMHx

---

## Physical Exam  Exam Time  0:05

SNW

| | |
|---|---|
| General Appearance | Awake A&Ox3 |
| HEENT | PERRL EOMI Moist Mucous Membranes No Icterus |
| Chest | RRR No M  Lungs CTA No Ret Chest Wall NT |
| Abdomen | No Pulsating Masses BS-NL/No Bruits Tenderness-None |
| GU | |
| Extremities | Throughout all extremities erythematous impressions on the wrist bilaterally at the site of handcuffs application CBR < 2 sec Active ROM-Full mild tenderness on the wrist where the hancuffs were applied |
| Neuro | |
| Skin | No pallor/ rashes warm & moist |
| Back | NT no CVAT, Back Flexion 90 |
| Neck | NT Full ROM No JVD |
| Lymphatics | No LAD |

---

### Repeat or Additional Clinical Notes

| MD | Notes | Time | |
|---|---|---|---|
| SNW | The following Life or Limb Threatening Differential Diagnosis were considered: Appendicitis; AAA Leaking or Rupture; Incarcerated Hernia; Mesenteric Ischemia or Thrombosis; Myocardial Infarction or CAD; Testicular Ovarian or Salping Torsion; Large or Small Bowel Volvulus; Liver Failure Pancreatitis; Rupture Viscous (Liver Spleen Bowel); Intraabdominal Abscess; Ectopic Pregnancy; Intussusception; Hemolytic Uremic Syndrome; | 11/1/2009 | 0:03 |
| SNW | Looks Comfortable; Not Ill Appearing; No Peritoneal Signs; Genitals Non Tender; No Hernias; No Pulsating Masses; Murphy's Sign Negative; McBurneys & Rovsing Sign Neg; Femoral Pulses 2+ Bilaterally; Psoas Sign Negative; Obturator Sign Negative; | 11/1/2009 | 0:03 |
| SNW | Pt Sx(s) improving.  No Sx(s) or Objective findings that are life or limb threatening.  Medically Screened and Stable for disposition(Transfer) from the ED. | 11/1/2009 | 0:14 |

Patient Name **SCHOOLCRAFT, ADRIAN**   Medical Record No. **1298984**

Account Number **130381015**   Date **10/31/2009**

| | | | |
|---|---|---|---|
| SNW | Psychiatry consult called | 11/1/2009 | 1:43 |
| SNW | Patient seen by Psychiatry team led by Dr Patel who recommended transfering Patient to Psychiatry ER after medical clearance | 11/1/2009 | 6:50 |

Patient Name **SCHOOLCRAFT, ADRIAN**    Medical Record No. **1298984**

Account Number **130381015**    Date **10/31/2009**

## Diagnostics

Specimen Collected / ECG ,Rad Ordered

| MD Initials Time | | Diagnostic Ordered | Result Interpretation | Result Reviewed By | RN Initials Time | |
|---|---|---|---|---|---|---|
| GLE | 10/31/200 23:10 | Pulse Ox | 97% | SN | GLE | 23:10 |
| SNW | 11/1/2009 0:12 | Amylase | Amylase-44,Status-FINAL | SN | VCA | 0:14 |
| SNW | 11/1/2009 0:12 | Troponin | Cancel | SN | VCA | 0:14 |
| SNW | 11/1/2009 0:12 | CBC | WBC-12.3,Hgb-14.8,Hct-44.0,Platelets-251,Neut-82.4,Lymph-11.0,Eos-0.2,Baso-0.7,Mono-5.7,MCH-29.4,MCHC-33.6,MCV-87.6,MPV-8.5,RBC-5.02,RDW-13.7,Abs Baso-0.1,Abs Eos-0.0,Abs Lymph-1.3,Abs Mono-0.7,Abs Segs-10.1,Smear Review-Completed,Nucleated RBC-0,NRBC Inst.-0.00,Status-FINAL | SN | VCA | 0:14 |
| SNW | 11/1/2009 0:12 | Chem 20/CMP | AGPK-14.10,Na-138,K-4.1,Cl-104,CO2-24,BUN-14,CR-1.0,Glucose-94,Ca-9.4,AST-46,ALT-51,Alk Phos-57,Albumin-4.7,T-bili-0.6,Protein-8.2,Anion Gap-10.00,Status-FINAL | SN | VCA | 0:14 |
| NRI | 11/1/2009 0:22 | Lipase | Lipase-55,Status-FINAL | SN | NRI | 0:33 |

## Medical Orders

| MD Initials Time | | Order | RN Initials Time | Location-Response-Quantity | RN Remarks |
|---|---|---|---|---|---|
| SNW | 11/1/2009 0:14 | Heplock | VCA 0:14 | | |

## MD Procedures

| Procedure Description | | Comments |
|---|---|---|
| Time 6:57 | MD GLE | |
| Pulse Ox | | 94760-26 CPT |

**Recommended LOS/CPT/ICD-9 Code**

Physician's LOS =    4    99284-26

Nurse's LOS =    5    612 APC

## Diagnoses

| | |
|---|---|
| Abdominal Pain | 789.00 ICD-9 |
| Psychosis NOS | 298.9 ICD-9 |

| | MD | MD Time | | | RN | RN Date/ Time | Admit to | |
|---|---|---|---|---|---|---|---|---|
| **Disposition** | SNW | 6:56 | Transfer Psychiatric ED | | VCA | 11/1/2009 | | 6:58 |
| **Condition** | SNW | 6:56 | Stable | | VCA | 6:58 | | |

Physician (Print)    Nwaishienyi, Silas (MD)    Other Physicians
Nwaishienyi, Silas (MD)~Lwin, Khin Mar (RES)

Physician Signature

Patient Name  **SCHOOLCRAFT, ADRIAN**

Account Number  **130381015**

Primary.RN (Print)    Calderone, Virnalyn (RN)

Medical Record No.  **1298984**

Date  **10/31/2009**

Other Nurses

Ledbetter, Glenda (RN)~Calderone, Virnalyn (RN)~Shankar, Koesmawatie (PIR)~Rinehart, Nedie (RN)~Ward, Germaine (Reg)~West, Juanita (RN)~Charran, Donna (PIR)~Paris-Taylor, Elyane (WC)~Bido-Rosa, Ana (Reg)~Stancu, George (Clerk)

This chart has been electronically signed via the EmpowER software.

Patient Name  **SCHOOLCRAFT, ADRIAN**                    Medical Record No.  **1298984**

Account Number  **130381015**                                      Date  **10/31/2009**

## Jamaica Hospital Medical Center

Emergency Department Nursing Notes and Vital Sign

| TimeEntered: | 11/1/2009 | | 4:52 | Vitals Taken By: | NRI | | |
|---|---|---|---|---|---|---|---|

| Temperature | Pulse | | Blood Pressure | Respirations | Pulse Ox | Pain Scale |
|---|---|---|---|---|---|---|
| O  98.0 | Right  **81** | R  **125/77** | **21** | **100%** | **Discomfort  1 - 2** |
| T | Left | L | | | |
| R | | | | | |

## Nursing Notes

| Time Note Entered | RN Initials | Note |
|---|---|---|
| 11/1/2009 | 0:00  VCA | Brought in per stretcher by EMT on  Police custody.A & O x3. Unlabored resp.(+)Left Lower quadrant abd. Pain 3-4/10 x 15 hrs ago.Denies nausea & vomiting.Abd, soft, non-tender. BS(+)normoactive. Skin warm, moist, intact. w/ good capillary refill. |
| 11/1/2009 | 2:00  NRI | Noted w/ redness on the Rt wrist with the hand cuff.Police officer made aware.& requested to loosen a little bit yet refused.Will closely monitor for poor circulation. |
| 11/1/2009 | 4:39  NRI | pt. Resting;A & O x 3. no distress.waiting for evaluation and disposition.under police custody. |
| 11/1/2009 | 5:54  VCA | Psyche consult in progress w/ recommendation to transfer to Psyche ED until medically cleared.Pt. Verbalized, "My wrist  is numb, I dont feel anything right now."Encouraged to stay still on bed.Avoid unneccessary movements.Conversant to his father by phone. |
| 11/1/2009 | 6:58  VCA | Psyche ED made aware of pt. For transfer.ML pulled out.Awaiting transfer. |

| Primary Nurse Diagnosis | Primary Nurse Outcome | Achieved |
|---|---|---|
| Comfort, Altered | Demonstrate Decrease S & S | |

| Primary RN (Print) | Calderone, Virnalyn (RN) |
|---|---|

# Jamaica Hospital Medical Center Triage

**Category** 3 ESI-3 (Urgent)

| Arrival Date/Time | Triage Time | Waiting Rm Time | Exam Rm Time |
|---|---|---|---|
| 10/31/2009   23:03 | 23:03 | | 23:03 |

**PGP Staff Status** None  **Family Physician** NA

**Transported by** JHMC Ambulance  **Mode** Stretcher

**Historian** Self

**Police Dept**
Custody  Yes      Notification       Beat # PCT- 81, #27009

**Chief Complaint**
Abdominal Pain (Lower)

**Onset Time** 14  Hour(s)   **Location**

**Associated Sxs / Pertinent History**
Denies vomiting and diarrhea. Pt under police custody, Pt became anxious with increased BP @ the scene.

**Past Medical Histor** **Additional:**
☑ No Significant PMHx
☐ Asthma  ☐ COPD  ☐ CAD  ☐ Cancer  ☐ CHF  ☐ CVA
☐ DM  ☐ HTN  ☐ Psych  ☐ Renal  ☐ Seizures  ☐ Substance Abuse

**Medications**
☑ No Meds  ☐ Unknown

**Allergies**
No Known Drug Allergies

Immunizations UTD? UTD
TB Hx, PPD Pos or      No
Infectious Exposures?
*If yes to TB or Infectious question
take precautions

### Patient Name
SCHOOLCRAFT, ADRIAN

### Medical Record Number
1298984

### Account Number
130381015

| | |
|---|---|
| DOB | 06/21/1975 |
| Age | 34 Years |
| Gender | Male |

**Vitals**

**Tem**
Oral **99.0**
Rectal
Tympanic

**Pulse**
Right
Left **115**

**Respirations**
**18**

**Blood Pressure**
Right
Left **139/80**

**Pulse Ox**
**97%**

**Weight (Kg**
**109 Kg**

**Height**   **Head Circumferenc**

**Pain Scale**
Mild      3 - 4

---

**Mental Status / Psychological Eval**
Alert Oriented

| Lung Sounds | R | L | Eyes | R | L |
|---|---|---|---|---|---|
| Clear | ☑ | ☑ | Equal | ☐ | ☐ |
| Diminished | ☐ | ☐ | Reactive | ☐ | ☐ |
| Wheezes | ☐ | ☐ | Fixed | ☐ | ☐ |
| Rales | ☐ | ☐ | Constricted | ☐ | ☐ |
| Rhonchi | ☐ | ☐ | Dilated | ☐ | ☐ |
| Retractions | ☐ | ☐ | Cataract | ☐ | ☐ |

**Glascow Coma Scale**
Eye
Verbal
Motor
Total          0

**Skin**
Color     Normal
Temp      Normal
Moist      Normal

**OB/Gyn**

| G | P | Ab | Miscarriages |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

**Extremities**
Pulses
ROM

---

**Nutrition**
Normal

**Fall Risk Assessment**
No Fall Risks Identified

**Suicide Risk Assessment**
No risk identified

**Plan**
A3-09          **Time**          23:03
**Triage Nurse:** Ledbetter, Glenda (RN)
**Triage II:** GLE
**Triage III:** GLE

**Domestic Violence Assessment**
Are you being hurt by someone you live with or who takes care of you?
Yes/No   No
* Mandatory completion of Domestic Violence Referral.

**Functional D/C Planning**
Daily Living       Independent
Living Conditions   Alone
Going Home with     Self

**Assessing Patient's, Child's or Parent's readiness to learn**
Primary Language     English
Assessed Disability   No Disability

Communication Barrier  ☐
Language Translator   ☐

Motivation Level      Med
Knowledge Level       Med
Comprehension Ability  Med

☐ LWBS  ☐ LW Completed Tx/ Eloped  ☐ AMA  ☐ AMA Refused  ☑ Patient Rights and Responsibilities and Guide to Pain Management given to Patient, Family, and/or Caretaker

Patient Name   SCHOOLCRAFT, ADRIAN                     Medical Record No.   1298984

Account Number   130381015                                          10/31/2009

## Emergency Department Pharmacy and Supply Charges

| Interventions | | |
|---|---|---|
| **Intervention Name** | **Comments** | **Charge Code** |
| Heplock | | |

| Diagnostics | | |
|---|---|---|
| **Diagnostic Ordered** | | **Charge Code** |
| Pulse Ox | | 0 |
| CBC | | 0 |

**Nurse LOS**      5         **612 APC**                **Charge Code**                     0

# Jamaica Hospital Medical Center

## Medication Reconciliation

Patient Name   **SCHOOLCRAFT, ADRIAN**

Medical Record No.   **1298984**

Account Number   **130381015**

Date of ED Visit   **10/31/2009**

**Allergies**

No Known Drug Allergies

**Home Medications**

**Medications Administered in the Emergency Department**

    -

**Medication Prescription provided on Discharge**

JHMC 61

**ePCR**

Agency Name: JHMC

5581845

Agency ID: 7131    Branch #: 3    Shift #: 3    Today's Date: 12/13/09    1st Resp. Agency:    Call #:

## CALL INFORMATION

| Call Times (24hr) | Mileage (odometer) | Crew Member ID | Vehicle Unit # | Requested By |
|---|---|---|---|---|

Time Call Received    Patient Contact Time    Start    Driven To: ☑ 911 ☐ Private

Dispatched: 21:06    Left Scene: 21:14    On Scene

En Route: 21:06    At Destination

On Scene: 21:10    In Service

### Run Disposition / Dispatch Reason / Run Type / Destination Determination / Transport From

☐ Treated / Transported
☐ Treated / Transferred Care
☐ Treated / No Transport
☐ Transported / Refused Care
☐ Cancelled
☐ Pronounced Dead
☐ Treat/Transport Private Veh
☐ No Transport/Refused Care
☐ Other
☐ No Patient Found

Run Type: ☑ Emergency (Immediate) ☐ Non-Emergency

Destination Determination:
☑ Home / Residence
☐ Residential, Custodial Facility

Transport From Code
Transport To Code: 34

### Incident Address: 8260 88 PL

City: Glendale    County Code: 81    State/Prov: NY    Zip Code: 11385

Apt Number:

## PATIENT INFO

First Name: Maria    Last Name: Schindler    Apt Number:    County Code: 81    Age: 34

Street Address: 82 58 PL    City: Glendale    State/Prov: NY    Zip Code: 11385

Gender: ☑ M ☐ F    Weight: 250

Home Phone:    Social Security Number:    Date of Birth: 06-21-1975

Medicare #:    Medicaid #:    Payer ID:

Ethnicity: ☐ Unknown ☐ Black, Hispanic ☐ Asian ☐ Pacific Islander ☐ White, Hispanic

Insurance Company Name:

Policy Number:    Group Number:

Policy Holder First Name:    Policy Holder Last Name:    Same As Patient Address:    Phone:

Guarantor First Name:    Guarantor Last Name:    Same As Patient Address:    Phone:

## DIGITAL ASSESSMENT

| Airway | Breathing | Circulation (skin) | Pupils | Glasgow |
|---|---|---|---|---|

### Airway
☑ Patent
☐ Partially Obstructed
☐ Stridor ☐ Choking
☐ Drooling ☐ Grunting
☐ Difficulty Swallowing
☐ Nasal Flaring
☐ Intercostal Retraction
☐ Other
☐ Completely Obstructed

### Breathing
Rate: ☑ Normal ☐ Slow ☐ Rapid ☐ Apneic
Quality: ☑ Unlabored ☐ Labored ☐ Shallow ☐ Irregular
Lung Sounds: Clear ☐ Wet ☐ Wheeze ☐ Diminished ☐ Absent

### Circulation (skin)
Color: Normal ☑ Cyanotic ☐ Pale ☐ Flush
Temp.: Normal ☑ Hot ☐ Cool ☐ Cold
Cond.: Normal ☑ Diaphoretic Moist ☐ Dry
Cap. Refill: <3Sec >3Sec Absent
Edema:

### Pupils
Reacts ☑ / Sluggish / Unreactive / Dilated / Constricted
L / R

### Provider Impression
☑ Abdominal Pain
☐ GI-Bleed
☐ GU-Obstruction
☐ Dysmenorrhea
☐ Vomiting
☐ Vomiting Blood
☐ Nausea
☐ Constipation Sx/Sy
☐ Urinary Blockage
☐ Urinary Problem

### Mechanism of Injury

JHMC 62

| | Unit Measure | | Hrade | | |
|---|---|---|---|---|---|
| | 1 gm   4 mcg   7 mcg/min 10 LPM   13 mcg/kg/min | | IV  IM  ETT  RECtal | | 5581845 |
| | 2 mg   5 unit  8 gtt/min  11 ml/hr  14 units/hl | | IO  SQ  NEB  INhal | | |
| | 3 mcg  6 ml   9 mg/min 12 joules 15 Inch | | SL  PO  AUTo TRansdermal | | |

**VITALS**

| Time | Staff # | Systolic B/P | Diastolic | Pulse | Respiration | SPO2 | CO2 | Blood Sugar | Pain (0-10) | Temperature |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 45 | 1 | 110 | 20 PM | 120 | 20 | | | 70 | 3 | 0 |
| 21 55 | 2 | 160 | PM | | 18 | 20 | | | | |
| | | | PAI □ | | | | | | | |
| | | | PAI □ | | | | | | | |

**FLOW CHART**

| Treatment / Medication | Time | Staff # | Treat. Code | Med. Code | Dose | Unit | Route | Attempt | Cond. | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Narrative History:** Key Words - (Onset, Provokes, Quality, Radiates, Severity, Position, Changes En Route, Medications, Other Vital Signs) — Illness / Injury  Onset Date

| Medical need (Must be supported in documentation) | ☐ Medically Necessary ☐ Bed Confined | ☐ Required Stretcher ☐ Unconscious | ☐ Severe Pain ☐ Needed Restraining | ☐ Visible Bleeding ☐ Non-Ambulatory | |

**PMH** ☐ Asthma ☐ Chronic Renal Failure ☐ Cancer ☐ CVA / Stroke ☐ Dialysis ☐ HIV / AIDS ☐ Psychiatric Problems ☐ Substance Abuse ☐ Tuberculosis
☐ Amputee ☐ Chronic Respiratory Failure ☐ Cardiac ☐ Diabetes ☐ Emphysema ☐ Hypertension ☐ Seizure Disorder ☐ Tracheostomy ☐ Other

**Allergies** ☒ No

**NARRATIVE HISTORY**

Medication  denies
3-l y/o male found ambulatory alert and oriented, states he has
abd pain, nausea and dizziness, states he took Nyquil this
evening, pt denies taking any other meds, upon obtaining
vitals pt has ↑BP, pt denies med hx ...

[remainder of handwritten narrative illegible]

| Moved to Ambulance By: | | | Transport Position: | | Medication / Treatment Authorization | | |
|---|---|---|---|---|---|---|---|
| ☒ Chair ☐ Scoop Stretcher ☐ Walked with Assist | ☐ Supine ☐ Stand | ☒ Semi / Full Fowlers | ☒ Protocol ☐ Verbal Orders | Physician | | |
| ☐ Stretcher ☐ Carried ☐ Met at Ambulance | ☐ Sitting ☐ Prone ☐ Left Lateral Recumbent | | ☐ On-Line ☐ NA ☐ Off-Scene | Med. Facilit. | | |

**SUPPLY**

| Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | Agency Optional? | | | | | | | | | | | | | |

**Authorization for Billing / Release of Patient Information / Assumption of Financial Responsibility:** I request that payment of authorized Medicare/Medicaid and/or other insurance benefits be made to the pre-hospital care provider ("Provider") for any services furnished to me. I authorize any holder of hospital or medical information about me to be released to the Provider, Centers for Medicare and Medicaid Services, and/or my insurance carriers and their agents ...

## Run Disposition / Dispatch Reason / Run Type / Destination Determination / Transport From

**Run Disposition:** ☑ Treated / Transported; ☐ Treated / Transferred Care; ☐ Treated / No Transport; ☐ Transport / Referral Care; ☐ Cancelled; ☐ Pronounced Dead; ☐ Treat/Transport Private Veh.; ☐ No Transport/Refusing Care; ☐ Other; ☐ No Patient Found

**Dispatch Reason:** AMD Code

**Run Type:** ☑ Emergency (Immediate); ☐ Non-Emergency; ☐ Mutual Aid; ☐ Intercept; ☐ Standby; ☐ Interrupt; ☐ Scheduled

**Destination Determination:** ☑ Nearest Facility; ☐ Patient / Family Choice; ☐ Home / Residence; ☐ Law Enforcement; ☐ Patient Physician

**Incident Address:** (fields)
- ☑ 2  6 0  8 5  PL

**County Code / State / Prov. / Zip Code:** B[ ] NY 1 1 3 8 5

**First Name:** A d r i a n
**Last Name:** B l a c k b [ ] r [ ]

**Street Address:** 2  6 0  8 5  PL
☐ Guys ☐ Months ☐ Years

**City:** E l m h u r s t   **State/Prov.:** NY   **Zip Code:** 1 1 3 8 5
**Gender:** ☑ M ☐ F   **Weight:** 2 5 0

**Social Security Number:** [ ]

**Date of Birth:** 0 6 - 2 1 - 1 9 7 5

**Ethnicity:** ☐ Unknown ☐ Black, Hispanic ☐ Asian ☐ Native American ☐ Black ☐ Pacific Islander ☐ White ☐ White, Hispanic

## Initial Assessment

**Airway:** ☑ Patent; ☐ Partially Obstructed; ☐ Stridor; ☐ Choking; ☐ Drooling / Grunting; ☐ Difficulty Swallowing; ☐ Nasal Flaring; ☐ Intercostal Retraction; ☐ Other; ☐ Completely Obstructed

**Breathing — Rate:** ☑ Normal; ☐ Slow; ☐ Rapid; ☐ Apneic
**Quality:** ☑ Unlabored; ☐ Labored; ☐ Shallow; ☐ Irregular
**Lung Sounds:** Clear; Wet; Wheeze; Diminished; Absent

**Circulation (skin):**
Color: Normal ☑; Cyanotic; Pale; Flush
Temp.: Normal; Hot; Cool; Cold
Cond.: Normal ☑; Moist; Dry
Hives; Itchy; Rash; Swollen; Erythema
Cap. Refill: <2 Sec; >2 Sec; Absent
Edema

**Pupils:** Reacts; Sluggish; Unreactive; Dilated; Constricted

**Glasgow:** Totals (3 to 15)

## Provider Impression

☑ Abdominal Pain; ☐ GI Bleed; ☐ GI Constipation; ☐ GI Diarrhea; ☐ Vomiting; ☐ Vomiting Blood; ☐ Nausea; ...

**Mechanism of Injury**

**Injury**

**Chief Complaint:**

SH6001 (1 of 2), Rev. 10, 02/06    Copyright 2001- 2006 ScanHealth, Inc.    (Page 1)

JHMC 64

**FLOW CHART**

**Narrative History:** Key Words: (Onset, Provokes, Quality, Radiates, Severity, Position, Changes En Route, Medications, Other Vital Signs)   Illness / Injury Onset Date

Illness / Injury Onset Date: 1 2 / 3 1 / 0 9

**Medical need** (Must be supported in documentation):
☒ Medically Necessary ☐ Required Stretcher ☐ Severe Pain ☐ Visible Bleeding
☐ Bed Confined ☐ Unconscious ☐ Needed Restraining ☐ Non-Ambulatory

**PMH** ☐ Asthma ☐ Chronic Renal Failure ☐ Cancer ☐ CVA / Stroke ☐ Dialysis ☐ HIV / AIDS ☐ Psychiatric Problems ☐ Substance Abuse ☐ Tuberculosis
☐ Amputee ☐ Chronic Respiratory Failure ☐ Cardiac ☐ Diabetes ☐ Emphysema ☐ Hypertension ☐ Seizure Disorder ☐ Tracheostomy ☐ Other

**Allergies** ☒ No

**Medication** denies

**NARRATIVE HISTORY**

34 y/o male found ambulatory alert and oriented x 4 states he has
abd pain nausea and dizziness, pt states he took Nyquil this
evening pt denies taking any other meds upon obtaining
vitals pt has ↑BP pt denies med hx ...

*(remainder of narrative illegible)*

**Moved to Ambulance By:**
☒ Chair ☐ Scoop Stretcher ☐ Walked with Assist
☐ Stretcher ☐ Carried ☐ Met in Ambulance

**Transport Position:**
☐ Supine ☐ Shock ☒ Semi / Full Fowlers
☐ Sitting ☐ Prone ☐ Left Lateral Recumbent

**Medication / Treatment Authorization:** ☐ On-Line
☒ Protocol ☐ Written Orders ☐ Physician
☐ On-Line ☐ NA ☐ On-Scene ☐ On-Line ☐ Med. Control

**SUPPLY**

| Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code |
|-----|-------------|-----|-------------|-----|-------------|-----|-------------|-----|-------------|-----|-------------|
| | | | | | | | | | | | |

Agency Definable: 2

**Authorization for Billing / Release of Patient Information / Assumption of Financial Responsibility:** I request that payment of authorized Medicare/Medicaid and/or other insurance benefits be made to the [or on the] hospital care provider / ("Provider") for any services furnished to me. I authorize any holder of hospital or medical information about me to be released to the Provider, Centers for Medicare and Medicaid Services, and/or my managed carriers and their agents, including any other information needed to determine these benefits or other benefits payable for related services. I permit a copy of this authorization to be used in place of the original. I understand this authorization may be used by the Provider for all services furnished in the future until such time as I rescind this authorization in writing. I agree to assume full financial responsibility for payment of all charges not covered by my insurance carrier as well as any collection costs and/or attorney's fees as allowed by law.   **Patient:** ☐ Unable to Sign ☐ Refused to Sign   ☐ PCS Collected ☐ Other Insurance Collected

Authorization Signature _____   Date. _____   Guarantor Signature _____

**Privacy Notice:** I hereby acknowledge that I have been provided with a copy of the Provider's Notice of Privacy Practices explaining how my personal health information is used and understand my individual rights related to this information.   Privacy Notice Signature _____   Date. _____

Patient's Physician Name (please print) _____   Receiving RN / MD Signature _____   Technician Signature _____

I Refuse Treatment / Transportation and understand the consequences of my actions   Witness Signature for Refusal _____   On-Line Medical Control Signature _____

FILE  646-957-2486 (FATHER)

**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

LOCATION: 081X

DATE AND TIME OF ARRIVAL 10/31/2009   23:03     **EMERGENCY MEDICINE RECORD**

| REGISTRATION | MEDICAL RECORD NO. 1298984 | | PATIENT TYPE E | PATIENT ACCOUNT NO. 130381015 |
|---|---|---|---|---|

PATIENT'S NAME: SCHOOLCRAFT   ADRIAN

SOCIAL SECURITY NO. | DATE OF BIRTH 06/21/1975 | AGE 34Y

STREET ADDRESS: 82-60 88 PL     CITY     STATE     ZIP CODE 11365   TELEPHONE NO. 19 17 72 624     PLACE OF BIRTH

FIN. CL. 01 | SEX M | RACE W | RELIGION | MARITAL STATUS S | FATHER'S NAME

MOTHER'S MAIDEN NAME, FIRST NAME

PRIVATE M.D. NAME OR CLINIC NAME | PATIENT COMPLAINT

LANGUAGE ENG | INTERP. REQ. N

MODE OF ARRIVAL | ACCOMPANIED BY | RELATIONSHIP | TELEPHONE NO | INJURED AT WORK? | AUTO ACCIDENT?

DATE AND TIME OF ACCIDENT | POLICE OFFICER NAME & BADGE NO. | PCT NO | REFERRED FROM:
☐ PMD  ☐ TRUMP  ☐ CLINIC  ☐ FP  ☐ OTHER

NEXT OF KIN | TELEPHONE NO. | NEXT OF KIN ADDRESS | RELATIONSHIP TO PATIENT

| FINANCIAL - INSURANCE | | | | | |
|---|---|---|---|---|---|
| GUARANTOR'S NAME | | STREET ADDRESS | CITY | STATE | ZIP CODE |

GUARANTOR'S SOC. SEC. NO. | TELEPHONE NO | GUARANTOR'S EMPLOYER | ADDRESS | TELEPHONE NO.

PATIENT'S EMPLOYER NAME | STREET ADDRESS | CITY | STATE | ZIP CODE

INSURANCE #1:   NAME     GROUP NO.     POLICY NO.

INSURANCE #2:   NAME     GROUP NO.     POLICY NO.

HOSPITALIZED PAST 90 DAYS? | IF YES, WHERE AND WHEN? | PLACE OF ACCIDENT | CRIME VICTIM PCT. NO. | CRIME VICTIM COMPLAINT NO.

COMMENTS: 4/I CELTK   4HR  MHER X-fer 65

| NURSING | | | | | |
|---|---|---|---|---|---|
| VITAL SIGNS | TIME | B.P. | PULSE | RESP | TEMP |
| | TIME | B.P. | PULSE | RESP | TEMP |

IF ORDERED, CHECK WHEN COMPLETED:     ☐ OXYGEN GIVEN

☐ CARDIAC MONITOR____ ☐ IV ANGIO____ FLUID____
☐ EKG____     INITIALS     METHOD     INITIALS

NURSES NOTES  ☐ ADVANCED DIRECTIVES DISCUSSED    HEALTH CARE PROXY ☐ YES  ☐ NO    AGENT'S NAME:

RN SIGNATURE

| DATE | TIME | NON-MEDICATION ORDERS (EKG, LABS, CULTURES, ETC.) | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| DATE | TIME | MEDICATION ORDERS | | | | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|---|---|---|
| | | MEDICATION | DOSE | | ROUTE | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

ACCOUNTING DEPT COPY     FORM NO. J00018



**JAMAICA HOSPITAL**
**MEDICAL CENTER** (1/3)

**CONSULTATION REPORT**

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: 06/21/1975   34Y
081X   STAFF, PHYSICIAN
ADM: 10/31/2009   130381015   01

| THIS SECTION TO BE FULLY COMPLETED BY THE REQUESTING PHYSICIAN | |
|---|---|
| REQUEST TO: Dr. Patel / Dr. Lwin | DEPT/DIVISION: Psychiatry ER |
| REQUEST FROM: Dr. Nwaishienyii | DEPT/DIVISION: Medical ER |
| IMPRESSION: psychotic disorder, NOS | |

REASON FOR CONSULTATION:

☐ CONSULTATION ONLY          ☐ CONSULTATION WITH ORDERS          ☐ CONSULTATION WITH FOLLOW-UP

SIGNATURE:                    DATE: 11/1/09    TIME: 8:30 am

OPINION OF CONSULTANT:

34 years old single white male, police officer, living by himself was brought in by NYPD of 81st Precinct, in hand cuff to Medical ER with complaint of abdominal pain, nausea and dizziness and patient stated he took Nyquil.

Psych consult was called and reported as patient acting bizzare, hand cuffed and in Police custody.

As per patient, he was not feeling well yesterday, had tummy pain / abdominal pain and told his supervisor that he is leaving. Patient says while sleeping in his bed, landlord open the door and his colleagues entered and hand cuffed and brought him to Jamaica hospital. He says he is worried about the situation going on. Says this is happening because he has been reporting to his superiors and commissioner about internal affairs of police department. Says he knows his supervisors are hiding robbery and assault cases to get higher mental/ position. Says he has paper documentation about this crime and reporting since last year.

→ continue

| Consultant Print Name: | Signature: | Date: | Time: |
|---|---|---|---|

**ORIGINAL - MEDICAL RECORD      CARBON COPY - CONSULTANT**

FORM: 110   ITEM: 849   REV. 1/07

JHMC 67



**JAMAICA HOSPITAL MEDICAL CENTER** 2/3

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:10/31/2009 081X    130381015  01
STAFF, PHYSICIAN

**CONSULTATION REPORT CONTINUATION**

Denies past psy hospitalization(on) treatment (or) suicidal attempt.

As per Sergent James of 81st Precinct, patient complained of not feeling well yesterday afternoon and left his work early after getting agitated and cursing supervisor. They follow him home and he had barricaded himself and the door had to be broken to get to him. He initially agreed to go with them for evaluation but once outside, he ran and had to be chased and brought to the medical ER, handcuffed.

In the medical ER, he became agitated, uncooperative and verbally abusive over telephone use and told his treating MD that 'they are all against me'. As [ic.l]

As per Sergeant James, he was evaluated by NYPD psychiatrist and can not carry a gun or a badge for nearly a year.

Denies any drug (or) Alcohol abuse

Denies any history of family mental illness

No acute medical problem. complained of abdominal pain yesterday and has sinusitis.

Mental status Examination - 34 years old, white male appropriately dressed and groomed, appears to his stated age. He is coherent, relevant with goal directed speech and good eye contact. He is irritable with appropriated affect. He denies hallucination. He is ? paranoid about his supervisor. He denies suicidal ideation, homicidal ideation at [cule.]

| Consultant Print Name: | Signature: | Date: | Time: |
|---|---|---|---|

**ORIGINAL - MEDICAL RECORD    CARBON COPY - CONSULTANT**

FORM: 112  ITEM: 1875  REV. 1/07



**JAMAICA HOSPITAL MEDICAL CENTER** ③/₃

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975
ADM:10/31/2009   081X            34Y
STAFF, PHYSICIAN           130381015   01

**CONSULTATION REPORT CONTINUATION**

the present time. His memory and concentration is intact.
He is alert and oriented. His insight and judgement are
impaired.

Diagnosis

Axis I      psychotic disorder, NOS
   II      deferred
   III     - s/p Abdominal pain. chronic sinusitis
   IV     - conflict at worksite
   V      40

Recommendation

① continue 1:1 observation for unpredictable behaviour
   and escape risk
② Transfer to psy ER after medical clearance
③ Discussed with Dr. Nwaishianyii and Sergeant Tamos
   Case discussed with Dr. Patel.

                        Khin Mar Lwin, MD
                        Psychiatric Resident

11/1/09  Concur c above Dr. ___ recommendation
6 A                         _____ ( I ____)

**Consultant** Print Name:              Signature:         Date:      Time:

**ORIGINAL - MEDICAL RECORD    CARBON COPY - CONSULTANT**

FORM: 112  ITEM: 1875  REV. 1/07

**JAMAICA HOSPITAL MEDICAL CENTER**

**PATIENT CLOTHING/VALUABLES INVENTORY**

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: 06/21/1975   34Y
ADM:10/31/2009  081X    130381015   0'
STAFF, PHYSICIAN

1. ALL PATIENTS CLOTHING/VALUABLES/SENT HOME  ☐ YES  ☑ NO
2. DENTURES TAKEN HOME BY FAMILY MEMBER  ☐ YES  ☐ NO

| | ADMISSION | | TRANSFER | | TRANSFER | |
|---|---|---|---|---|---|---|
| | DATE/TIME: 11-01-09 | | DATE/TIME: | | DATE/TIME: | |
| UNIT Area M Ed | ROOM | | ROOM    TO | | | |

**INVENTORY OF ITEMS KEPT AT BEDSIDE**

| | | Quantity | DESCRIPTION | Quantity | DESCRIPT | |
|---|---|---|---|---|---|---|
| DENTURES | UPPER DENTURE | | LABELED CUP PROVIDED  ☐ | | | |
| | LOWER | / | LABELED CUP PROVIDED  ☐ | | | |
| | PARTIAL | / | LABELED CUP PROVIDED  ☐ | | | |
| CLOTHING/ OUTERWEAR/ FOOTWEAR | COAT/JACKET | | | | | |
| | DRESS/HOUSECOAT | | | | | |
| | PAJAMAS/NIGHTGOWN | | | | | |
| | SLACKS/PANTS/JEANS | | | | | |
| | BLOUSE/T-SHIRT/SWEATER | | | | | |
| | SKIRT/SHORTS | | | | | |
| | UNDERWEAR/BRA | | | | | |
| | GLASSES/CONTACTS | | | | | |
| | HANKERCHIEF/TIE/BELT | | | | | |
| | PANTYHOSE/SOCKS | | | | | |
| | BATHROBE | | | | | |
| | SHOES/SNEAKERS | | | | | |
| | BOOTS/SLIPPERS | | | | | |
| MISCELLANEOUS | POCKETBOOK | | | | | |
| | CELL PHONE/BEEPER(S) | | | | | |
| | WALKER/CANE | | | | | |
| | HEARING AID | | | | | |
| | OTHER: | | | | | |
| JEWELRY | BRACELET (S) | | | | | |
| | EARRING (S) | | NO tearding | | | |
| | NECKLACE (S) | | | | | |
| | RING (S) | | | | | |
| | WATCH | | | | | |
| | OTHER: | | | | | |
| MONEY AMOUNT | | $ 440.00 | | $ | | |

**VALUABLES SUBMITTED TO THE CASHIER AND VALUABLES PLACED**

| | | | |
|---|---|---|---|
| GLASSES/CONTACT(S) | | | |
| HEARING AID | | | |
| POCKETBOOK/ WALLET | ✓ | | |
| RADIO | | | |
| CELL PHONE/BEEPER | | | |
| OTHER: | | | |
| ENVELOPE RECEIPT # | 83525 | | |

833235

*(vertical text, right side:)* JAMAICA HOSPITAL MEDICAL CENTER   8900 Van Wyck Expwy.   Jamaica, N.Y. 11418

THE DEPOSITOR HEREBY ACKNOWLEDGES THAT THE DEPOSIT ENVELOPE, THAT THE DEPOSIT ENVELOPE HAS BEEN RETURNED TO THE DEPOSITOR INTACT AND SEALED.
☐ ARE WITHDRAWN, AND DELIVERED TO OWNER).

This slip serves as receipt for deposit.

SCHOOLCRAFT, ADRIAN
1298984   DOB: 06/21/1975   34Y
ADM:10/31/2009  081X    130381015   0'
STAFF, PHYSICIAN

Name   Address

**\*\* PLEASE NOTE THE INSTITUTION IS NOT RESPONSIBLE FOR ITEMS LEFT AT THE PATIENT'S BEDSIDE( Print Name/Sign Below)**

| | | |
|---|---|---|
| PATIENT/SIGNIFICANT OTHER: | | |
| STAFF RECEIVING PROPERTY: | | |
| WITNESS/TRANSFERRING STAFF: | | |

**NOTE: VALUABLES WILL BE HELD IN SECURITY/CASHIER FOR NO MORE THAN 30 DAYS AFTER DISCHARGE**

SECURITY/CASHIER SIGNATURE:

STAFF MEMBER RELEASING PROPERTY:

PATIENT/FAMILY MEMBER RECEIVING PROPERTY:            RELATIONSHIP:

22731-FORM 554            White Copy : Medical Record      Yellow Copy: Nursing Pt



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984    M   DOB: 06/21/1975    34Y   F/C: 01
ADM: 10/31/2009 23:03    081X           130381015
STAFF, PHYSICIAN

## ASSIGNMENT AND RELEASE OF INFORMATION STATEMENTS

**Authorization to Jamaica Hospital for release of information:**

I hereby authorize and direct Jamaica Hospital having treated me, to release to governmental agencies, insurance carriers, or others who are financially liable for my hospitalization and medical care, all information needed to substantiate payment for such hospitalization and medical care and to permit representatives thereof to examine and make copies of all records relating to such care and treatment.

_____                     _____
Date                                           Signature of Patient or Authorized
                                               Representative

**Assignment to Jamaica Hospital**

I hereby assign, transfer, and set over to Jamaica Hospital sufficient monies and/or benefits to which I may be entitled from governmental agencies, insurance carriers, or others who are financially liable for my hospitalization and medical care to cover the costs of the care and treatment rendered to myself or my dependent in said hospital.

_____                     _____
Date                                           Signature of Insured or Authorized
                                               Representative

**Safe Medical Device Act**

I consent to the provision of my social security number to the manufacturer of any device that must betracked pursuant to the mandates of the Safe Medical Device Act. I understand that the manufacturer will be given my social security number only for the purpose of finding me in the event that a medical device, which is implanted in my body, or used in my home is defective.

_____                     _____
Date                                           Signature of Insured or Authorized
                                               Representative

**Patient Entitled to Medicare Benefits**

I certify that the information given by me in applying for the payment under Title XVIII of the Social Security Act is correct. I authorize the holder of medical or other information about me to release to the Social Security Administration and Health Care Financing Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of the authorized benefits be made on my behalf. I assign the benefits payable for the physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment on my behalf.

_____                     _____
Date                                           Signature of Insured or Authorized
                                               Representative

**Financial Agreement**

For and in consideration of services rendered or to be rendered by the *Jamaica Hospital*, to the patient whose name appears below, the undersigned (jointly and severally, if more than once) hereby agree(s) to be fully and totally responsible to the hospital for payment of all charges as submitted by the Hospital on the account of said patient and make payment in accordance with the policy of payment of bills at said Hospital. It is further agreed that the charges as incurred represent the fair and reasonable value of services rendered and are in accordance with the posted charges of the Hospital which are available upon request. Payment may be demanded at any time, and failure to demand payment of the patient shall not be a prerequisite to my (our) immediate responsibility for payment.

The undersigned has read the above, been informed of its nature and significance and acknowledges the contents of same and has received a copy of this agreement.

Dated_____                     _____
                                               Guarantor

_SCHOOLCRAFT, ADRIAN_                          _____
Name of Patient                                Address - Guarantor

                       _10/31/2009 23:03_
_____                     _____
Hospital No.           Date of Admission       Telephone - Guarantor

_____                     _____
Date of Discharge                              Witness                      Date

                                               FORM NO. J00123



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984        M        DOB: 06/21/1975     34Y
ADM: 10/31/2009    081X        01  130381015
STAFF, PHYSICIAN

---

**CONSENTS**

PERMISSION FOR TREATMENT

I HEREBY AUTHORIZE THE JAMAICA HOSPITAL, THROUGH ITS MEDICAL STAFF, TO PERFORM OR HAVE PERFORMED, UPON THE PATIENT WHOSE NAME APPEARS HEREIN, SUCH MEDICAL AND SURGICAL SERVICES, SURGICAL OPERATION AND/OR OTHER PROCEDURES OR THERAPY UNDER ANESTHESIA OR OTHERWISE, AS MAY BE DEEMED NECESSARY IN RELATION TO EMERGENCY TREATMENT ON THIS DATE.

PATIENT/RELATIVE OR GUARDIAN                          WITNESS

SIGNATURE _____                    SIGNATURE _____

PRINT NAME _____                   PRINT NAME _____

                                                      DATE _____
RELATIONSHIP, IF SIGNED BY PERSON OTHER THAN PATIENT

---

GUARANTEE OF PAYMENT

FOR AND IN CONSIDERATION OF SERVICES RENDERED OR TO BE RENDERED TO THE HEREIN NAMED PATIENT, I DO HEREBY GUARANTEE TO PAY THE JAMAICA HOSPITAL, THE FULL AND ENTIRE AMOUNT OF ANY AND ALL BILLS RENDERED FOR SAID TREATMENT.
I HEREBY AUTHORIZE THE HOSPITAL TO RELEASE ALL MEDICAL INFORMATION NEEDED TO SUBSTANTIATE PAYMENT FOR SUCH CARE AND TREATMENT.

PATIENT/RELATIVE OR GUARDIAN                          WITNESS

SIGNATURE _____                    SIGNATURE _____

PRINT NAME _____                   PRINT NAME _____

                                                      DATE _____
RELATIONSHIP, IF SIGNED BY PERSON OTHER THAN PATIENT

---

AUTHORIZE OF PAYMENT

I HEREBY ASSIGN, TRANSFER AND SET OVER TO THE JAMAICA HOSPITAL SUFFICIENT MONIES AND/OR BENEFITS TO WHICH I MAY BE ENTITLED FROM THE GOVERNMENT AGENCIES, INSURANCE CARRIERS, AND OTHERS WHO ARE FINANCIALLY LIABLE FOR MY HOSPITALIZATION AND MEDICAL CARE TO COVER THE COSTS OF THE CARE AND TREATMENT RENDERED TO MYSELF OR MY DEPENDENT.

PATIENT/RELATIVE OR GUARDIAN                          WITNESS

SIGNATURE _____                    SIGNATURE _____

PRINT NAME _____                   PRINT NAME _____

                                                      DATE _____
RELATIONSHIP IF SIGNED BY PERSON OTHER THAN PATIENT

FORM NO. J00018-2C

JHMC 72



**JAMAICA HOSPITAL**
**MEDICAL CENTER**
8900 Van Wyck Expressway, Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984        M          DOB: 06/21/1975        34Y
ADM: 10/31/2009     081X
STAFF, PHYSICIAN                        01        130381015

## ACKNOWLEDGEMENT AND CONSENT

By signing below, I acknowledge that I have been provided a copy of this Notice of Privacy Practices and have therefore been advised of how health information about me may be used and disclosed by the Hospital and the facilities listed on the back of this form, and how I may obtain access to and control this information. I also acknowledge and understand that I may request copies of separate notices explaining special privacy protections that apply to HIV-related information, alcohol and substance abuse treatment information, mental health information, and genetic information. Finally, by signing below, I consent to the use and disclosure of my health information to treat me and arrange for my medical care, to seek and receive payment for services given to me, and for the business operations of the hospital, its staff, and the facilities listed at the back of this form.

_____
Signature of patient or authorized representative

_____
Relationship to patient

_____
Date

## AFFIRMATION OF PRIOR RECEIPT

By signing below, I acknowledge that I have already received a copy of the Notice of Privacy Practices, and have given my consent for the use of my health information for the purposes noted above. I do not wish to receive another copy of the Notice Privacy Practices at this time.

_____
Signature of patient or authorized representative

_____
Relationship to patient

_____
Date

THIS FORM IS PART OF THE MEDICAL RECORD



M00011 9/06

JHMC 73



**JAMAICA HOSPITAL MEDICAL CENTER**

Jamaica Hospital Medical Center
8900 Van Wyck Expressway, Jamaica, New York 11418
Telephone # 718 206-6000

### LIMITED POWER OF ATTORNEY TO PURSUE PAYMENT AND APPEALS AND AUTHORIZATION TO RELEASE MEDICAL INFORMATION ("LIMITED POWER OF ATTORNEY")

By signing this document,  I give the  Health Care Provider, identified below,  a Limited Power of Attorney to pursue payment from  my health insurer, heath  maintenance organization, self-insurance plan, governmental program, or other payer ("Heath Plan") for medical services provided to me by the Health Care Provider, and I authorize the release of medical  information.

I, the undersigned Patient/Principal, appoint  <u>JAMAICA HOSPITAL  MEDICAL  CENTER</u>        ("Health Care Provider"), located at  <u>8900  VAN  WYCK  EXPRESSWAY, JAMAICA, N.Y. 11418</u>  my Attorney-In-Fact and authorized  representative  to act in any way which  I myself could do, if I was personally present, and to take all reasonable action, as determined by the Health Care Provider, to pursue payment from my Health Plan and/or pursue any appeals available to me under my Health Plan's policies or procedures and all applicable law, including but not limited to External Appeals under all State and Federal laws, relating to health care services provided by the Health Care Provider. The Health Care Provider, as my agent, may pursue payment and/or appeal, only when my Health Plan has denied payment based on medical necessity. The Health Care Provider will <u>not</u> charge me for its services in pursuing payment and/or an appeal on my behalf. I agree that my Health Plan will pay any amount owed directly  to the  Health Care  Provider for these services.  In  pursuing  such  payment and/or an appeal:

I authorize the Health Care provider and my Health Plan to release all relevant medical information, including (if applicable) any HIV-related information, mental health treatment information, or alcohol/substance abuse treatment information, relating to my treatment which is necessary to pursue payment from my Health Plan. I understand that this information may be released, but only as necessary, to my Health Plan, an external appeal agent, arbitrator, court of law, and/or other third party reviewer ("Independent Reviewer") responsible for deciding if the Health Care Provider's claim for services should be paid. I understand that my Health Plan and/or the Independent Reviewer will use this information to make a decision about payment to the Health Care Provider. I also understand that the decision by the Independent Reviewer will be final and binding on me, the Health Care Provider, and the Health Plan; and:

I authorize the Health Care Provider to complete, execute, acknowledge, seal, and to deliver any consent, demand, request, application, agreement, authorization or other documents necessary, to request, on my behalf, payment and/or appeal to my Health Plan and, if applicable, to the Independent Reviewer, the New York State Department of Health, the State Insurance Department, the U.S. Department of Health and Human Services, the U.S. Department of Labor, and/or any other applicable agency or body.

This Limited Power of Attorney shall <u>not</u>  be affected by my subsequent disability or incompetence and MAY BE REVOKED BY ME AT ANY TIME upon prior notice to the Health Care Provider. This Limited Power of Attorney, including authorization for release of medical information, will terminate one (1) year from today's date unless I agree to extend it beyond that date.

Any person or entity receiving this document may rely on a copy as if it were and executed original.

IN WITNESS WHEREOF, I have signed my name this ____ day of _____, 200 ___.

YOU SIGN HERE: _____

PRINTED NAME: <u>SCHOOLCRAFT          ADRIAN</u>

ADDRESS: _____

MEDICAL RECORD # ____1298984_____

WITNESS: _____

PRINT NAME/TITLE: _____

ADDRESS: <u>8900 Van Wyck Expressway, Jamaica, New York 11418</u>

Form No. J00023


**JAMAICA HOSPITAL
MEDICAL CENTER**

SCHOOLCRAFT, ADRIAN
1298984    M      DOB: 06/21/1975   34Y   F/C: 01
ADM: 10/31/2009 23:03     081X            130381015
STAFF, PHYSICIAN

## ACKNOWLEDGEMENT OF THE REQUEST FOR EXTERNAL APPEAL AND RELEASE
### OF MEDICAL RECORDS TO BE SIGNED BY THE PATIENT.

In order for a provider to appeal a health plan's payment denial for a patient's treatment, the patient must sign and date the following consent to the release of medical records.  A certified external appeal agent assigned by the New York State Insurance Department will use this consent to obtain the patient's medical information relating to the external appeal request from the patient's health plan and health care providers.  The name and address of the external appeal agent will be provided with the request for medical information.

I SCHOOLCRAFT   ADRIAN          , acknowledge that my health care provider may request or is requesting an external appeal because of a retrospective adverse determination of my health plan. I authorize my HMO, insurer, or provider to release all relevant medical or treatment records, including my name and other personal identifying information, date of admission, assessment results and history, summary of treatment plan, progress and compliance, treatment recommendations, any HIV-related information, mental health treatment information, or alcohol/substance abuse treatment information, related to my provider's external appeal, to the external appeal agent.  I authorize the external appeal agent to use this information solely to make a determination on my provider's appeal.

I understand that my records are protected under federal and/or state law and cannot be disclosed without my written consent unless otherwise provided for in regulations.  I understand that information disclosed pursuant to this authorization may no longer be protected by federal privacy regulations, however, state privacy protections may still apply.  I understand that my health plan cannot condition treatment, enrollment, eligibility, or payment on whether I sign this form.  I understand that I may revoke this consent at any time, except to the extent that action has already been taken in reliance on it, by contacting the New York State Insurance Department in writing.

This release is valid for one year from _____ (today's date).

_____
Signature of Patient (or legal representative)                                (Date)

_____
Description of legal representative's authority to act on behalf of the patient.

Patient's Health Plan ID#: _____

If you have any questions contact the New York State Insurance Department at:
1-800-400-8882 or visit our Web site at www.ins.state.ny.us.



Form No. J00027

PATIENT HISTORY REPORT

Jamaica Hospital Medical Ctr
Department of Clinical Laboratories
8900 VanWyck Expressway, Jamaica, NY 11418
Pathologist Name, Medical Director

PATIENT: SCHOOLCRAFT, ADRIAN
MRN#:    J1298984
ADMIT:   10/31/09
Loc/Rm/Bed:  J081X--
DOB: 06/21/1975  AGE: 34 SEX: M
ADM: ,
ACCT#: J130381015

## H E M A T O L O G Y

```
-------------------+----D1010449-M1-----+----------------
COLLECTED          |11/01/09 00:12      |REFERENCE RANGE
PRIORITY, PHYSICIAN |STAT NWAISHIENYI, SILA|
-------------------+--------------------+----------------
```

C B C

| | | | |
|---|---|---|---|
| WBC | *12.3 | H | 4.8-10.8 K/uL |
| RBC | *5.02 | | 4.50-5.90 M/uL |
| HGB | *14.8 | | 14.0-18.0 g/dL |
| HCT | *44.0 | | 42.0-52.0 % |
| MCV | *87.6 | | 80.0-94.0 fL |
| MCH | *29.4 | | 27.0-31.0 pg |
| M | *33.6 | | 32.0-36.0 g/dL |
| MPV | *8.5 | | 7.2-10.4 fL |
| RDW | *13.7 | | 11.5-14.5 % |
| Platelet Count | *251 | | 130-400 K/uL |
| Smear Review: | *Completed | | |

M1:   Troponin was cancelled on 11/01/2009 at 00:12 by HIS; KEANE HIS# 2
         ORDERED
         KEANE

| | | | |
|---|---|---|---|
| Neutrophils Auto | *82.4 | H | 44.0-80.0 % |
| Lymphocytes Auto. | *11.0 | L | 13.0-43.0 % |
| Monocytes Auto | *5.7 | | 2.0-15.0 % |
| Eosinophils Auto. | *0.2 | | 0.0-3.0 % |
| Basophils Auto. | *0.7 | | 0.0-3.0 % |
| Segs, Absolute | *10.1 | | 2.1-8.6 K/uL |
| Lymphs, Absolute | *1.3 | | 0.6-4.6 K/uL |
| Mc s, Absolute | *0.7 | | 0.1-1.6 K/uL |
| E  Absolute | *0.0 | | 0.0-0.9 K/uL |
| Basos, Absolute | *0.1 | | 0.0-0.4 K/uL |
| Absolute NRBC Instrumen | *0.00 | | None %/100 WBC |
| Smear Review | *Agree w/Auto | | |

M a n u a l    D i f f e r e n t i a l

| | | | |
|---|---|---|---|
| Nucleated RBC | *0 | | None /100 WBC |
| NRBC Absolute | *0.00 | | None K/uL |

---

* - RESULT REPORTED FIRST TIME    KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC

Att Phy: NWAISHIENYI, SILAS
Loc/Rm/Bed:  J081X--

MRN#: J1298984
PATIENT: SCHOOLCRAFT, ADRIAN

PRINTED: 04/20/2010 10:39                                      PAGE: 1 of 2

JHMC 76

PATIENT HISTORY REPORT

Jamaica Hospital Medical Ctr
Department of Clinical Laboratories
8900 VanWyck Expressway, Jamaica, NY 11418
Pathologist Name, Medical Director

PATIENT: SCHOOLCRAFT, ADRIAN
MRN#:    J1298984
ADMIT:   10/31/09
Loc/Rm/Bed:  J081X--
DOB: 06/21/1975  AGE: 34 SEX: M
ADM: ,
ACCT#: J130381015

## C H E M I S T R Y

```
-------------------+-----E1010449-M1-----+----------------
COLLECTED          |11/01/09 00:22  |REFERENCE RANGE
PRIORITY, PHYSICIAN |STAT NWAISHIENYI, SILA|
-------------------+---------------------+----------------
```

| Test | Result | Reference Range |
|---|---|---|
| Glucose | *94 | 74-106 mg/dL |
| BUN | *14 | 9-20 mg/dL |
| Creatinine | *1.0 | 0.7-1.3 mg/dL |
| Sodium | *138 | 137-145 mEq/L |
| Potassium | *4.1 | 3.5-5.1 mEq/L |
| Chloride | *104 | 98-107 mEq/L |
| C | *24 | 22-30 mEq/L |
| Calcium | *9.4 | 8.4-10.2 mg/dL |
| Protein | *8.2 | 6.3-8.2 g/dL |
| Albumin | *4.7 | 3.5-5.0 g/dL |
| Bilirubin (Total) | *0.6 | 0.2-1.3 mg/dL |
| ALT (SGPT) | *51 | 21-72 U/L |
| AST (SGOT) | *46 | 17-59 U/L |
| Alkaline Phosphatase | *57 | 37-126 U/L |
| Lipase | *55 | 23-300 U/L |
| Anion Gap With K | *14.10 | mmoL/L |
| Anion Gap | *10.00 | mEq/L |
| Amylase | *44 | 30-110 U/L |

M1:   Troponin was cancelled on 11/01/2009 at 00:12 by HIS; KEANE HIS# 2
        ORDERED
        KEANE

* - RESULT REPORTED FIRST TIME      KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC

Att Phy: NWAISHIENYI, SILAS
Loc/Rm/Bed:  J081X--

MRN#: J1298984
PATIENT: SCHOOLCRAFT, ADRIAN

PRINTED: 04/20/2010 15:39

PAGE: 2 of 2

JHMC 77

SCHOOLCRAFT    , ADRIAN

**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

**FACE SHEET**

| ACCOUNT NUMBER | MEDICAL RECORD NUMBER | ADMIT DATE & TIME | BAR CODE-MEDICAL RECORD NUMBER |
|---|---|---|---|
| 130381874 | 1298984 | 11/03/2009 15:00 | |

| LOCATION | | FIN CLASS | SOURCE | TYPE | DISCHARGE DATE & TIME | BAR CODE-ACCOUNT NUMBER |
|---|---|---|---|---|---|---|
| 03MH | 9HAL 01 | 19 | 7 | P | 11/6/09 | |

**PATIENT**

| LAST NAME | | | FIRST NAME | | M.I. | AKA | | VETERAN |
|---|---|---|---|---|---|---|---|---|
| SCHOOLCRAFT | | | ADRIAN | | | | | N |

| DATE OF BIRTH | AGE | SEX | REL. | MAR ST. | RACE | PLACE OF BIRTH | LANGUAGE | INTERPRETER NEEDED |
|---|---|---|---|---|---|---|---|---|
| 06/21/1975 | 34Y | M | NO | S | W | NY | ENG | N |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 82 60 88 PL | RIDGEWOOD | NY | 11385 |

| TELEPHONE NUMBER | OCCUPATION | SOCIAL SECURITY NUMBER |
|---|---|---|
| (718)570-6224 | | ***-**-**** |

| EMPLOYER NAME | ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|---|
| UNKNOWN | | | | - | (999)999-9999 |

| NEXT OF KIN | RELATIONSHIP | ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|---|---|
| SCHOOLCRAFT, SELF | 09 | 82 60 88 PL | RIDGEWOOD | NY | 11385 | (718)570-6224 |

| EMERGENCY CONTACT NAME | RELATIONSHIP | ADDRESS | TELEPHONE NUMBER |
|---|---|---|---|
| *SCHOOLCRAFT,* | 09 | | (718)570-6224 |

**MEDICAL**

| ATTENDING PHYSICIAN / CODE | | PVT./SERV. | OTHER PHYSICIAN / CODE | MEDICAL SERVICE |
|---|---|---|---|---|
| HOVANESIAN, SHUSHAN | 5904 | S | , | PSY |

| ADMITTING DIAGNOSIS | ICD-9-CM CODE |
|---|---|
| PSYCHOSIS NOS | 298.9 |

| ADMITTING PHYSICIAN / CODE | | NEWBORN WEIGHT | RESERVATION DATE & TIME | TEAM COLOR |
|---|---|---|---|---|
| HOVANESIAN, SHUSHAN | 5904 | | 11/03/2009    15:00 | |

**GUARANTOR**

| GUARANTOR NAME | RELATIONSHIP | OCCUPATION | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| SCHOOLCRAFT, ADRIAN | 01 | | 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 |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| 82 60 88 PL | RIDGEWOOD | NY | 11385 | (718)570-6224 |

| EMPLOYER | ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|---|
| UNKNOWN | | | | | (999)999-9999 |

**INSURANCE**

| PLAN CODE / PRIMARY INSURANCE | POLICY NUMBER | SEQ. / GROUP # | AUTHORIZATION NUMBER |
|---|---|---|---|
| AETN   AETNA US HEALTHCARE | BBM6PBBA | US0080410090 | PENDING |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| PO BOX 981109 | EL PASO | TX | 799981109 | (800)451-8843 |

| SUBSCRIBERS NAME | RELATIONSHIP CD | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| SCHOOLCRAFT, ADRIAN | 01 | 06/21/1975 | ***-**-**** |

| SECONDARY CARRIER | POLICY NUMBER | SEQ. / GROUP # | AUTHORIZATION NUMBER |
|---|---|---|---|
| | | | |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBERS NAME | RELATIONSHIP CD | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| | | | |

| TERTIARY CARRIER | POLICY NUMBER | SEQ. / GROUP # | AUTHORIZATION NUMBER |
|---|---|---|---|
| | | | |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBERS NAME | RELATIONSHIP CD | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| | | | |

| DATE OF PREVIOUS HOSPITAL ADMISSION | FACILITY NAME | ADMITTED BY |
|---|---|---|
| | UNSPECIFIED | n09ad |

FORM NO. M00001
JHMC 78

./13/2009

.amaica Hospital
Medical Center

**UIS Data System**

**Attestation Statement**

Page 1 of 1

Coder: vdorch

| Patient Ctrl Num | | Age | Admit Dt/Hr | Exempt | | Admit Source |
|---|---|---|---|---|---|---|
| Medical Rec Num | Patient Name | DOB | Discharge Dt/Hr | IPC | Gend | Disposition |
| 130381874 | SCHOOLCRAFT, ADRIAN | 34 | 11/03/2009  15 | | M | 7 - ER |
| 1298984 | | 06/21/75 | 11/06/2009  14 | | | 01 - DC Home |

Payors

Primary:   HMO INSURANCE

ALC Days:          0     Acute Days:   3
ALC Type:                Leave Days:   0
ALC Date:                       LOS:   3

ATTENDING PHYSICIAN: 003819   ISAKOV, ISAK   LIC#: 00220352

Admit DX: 2989      PSYCHOSIS NOS              Cause DX:
Prin  DX: 30924 (Y) ADJUSTMENT DIS W ANXIETY   Place DX:

Secondary DXs (PoA)

```
┌─ DRG Information ──────────────────────────┐
│                                            │
│  DRG: 427    NEUROSES EXCEPT DEPRESSIVE     │
│                                            │
│  MDC: 19     MENTAL DISEASES & DISORDERS    │
│                                            │
│  NYS Version: 026                          │
│                                            │
│  Short Trim: 2          Long Trim: 11      │
│                                            │
│  Weight:      0.73860   Avg LOS: 5.0       │
│                                            │
│  (Base)    +              (ALC)  =   Total │
│                                            │
│  $3,693.00    $0.00               $3,693.00│
│                                            │
└────────────────────────────────────────────┘
```

| PROCEDURE | DATE | SURGEON | |
|---|---|---|---|
| 1 - 9438  SUPPOR VERBAL PSYCHOTHER | 11/03/2009 -- 003819 | ISAKOV, ISAK | LIC #: 00220352 |
| 2 - 9425  PSYCHIAT DRUG THERAP NEC | 11/03/2009 -- 003819 | ISAKOV, ISAK | LIC #: 00220352 |