PLAINTIFF'S MOTION
EXHIBIT 27
Part 2

# JAMAICA HOSPITAL MEDICAL CENTER
### Jamaica, New York 11418

### DISCHARGE SUMMARY

---

**NAME: SCHOOLCRAFT, ADRIAN**         **MEDICAL RECORD NO.: 1298984**

**ADM. DATE: 11/3/09**        **DIS. DATE: 11/6/09**

---

**ATTENDING PHYSICIAN:** Isak Isakov, MD

**DICTATING PHYSICIAN:** Same.

**HISTORY OF PRESENT ILLNESS:** This is a 34-year-old white, single, male, a police officer, with no past psychiatric history and was not taking any psychotropic medications in the past. He denied any substance abuse history. He stated that he has been working in the police department for approximately six years and, from the beginning of his career, he was not "happy" with "how the precinct was run" and was making multiple complaints that were not "addressed". Instead, he was "declared emotionally unstable" and his gun was taken away from him for approximately six months after psychiatric evaluation by police department psychiatrist. Since then, he started collecting "evidence" to "prove his point" and became suspicious "They are after him".

On the day of admission, he had a verbal alteration with one of the officers who was "threatening" him. He left his job before his shift was over. Prior to leaving the work station, he excused himself that he was not feeling well. According to him, he came home and took Nyquil and fell asleep. He was awakened by police officers in his room. He doesn't know how they entered his room, who asked him to come with them to the precinct. After he refused to comply to go voluntarily, they involuntarily put him in the car handcuffed, and brought him to the emergency room of Jamaica Hospital where he was evaluated by psychiatrist after medical clearance, and transferred to Psychiatric emergency room with questionable diagnosis of psychosis NOS and admitted to Psych Unit 3 on 11/3/09 for further evaluation.

On evaluation today, he was feeling anxious. He was suspicious and guarded. He was demanding to be discharged and appeared restless. He denied any suicidal or homicidal ideations, denied any auditory or visual hallucinations. He expressed questionable paranoid ideas of conspiracy and cover-ups going in the precinct. His cognition and memory were intact. Insight and judgment were partial. He was admitted with the diagnosis of psychosis NOS, rule out adjustment disorder with anxiety.

**HOSPITAL COURSE:** A decision was made to obtain additional information prior to initiation of treatment. Patient was not taking any medications. The next day, a meeting was held with the patient's father and a representative from the precinct. Patient repeated his story which was of concern to his father. During the observation in the unit without taking any medications, patient was appropriate in interaction, calm and not agitated. He denied any suicidal or homicidal ideations. He was not experiencing any

JHMC 80

**PAGE TWO**

**NAME: SCHOOLCRAFT, ADRIAN**      **MEDICAL RECORD NO.: 1298984**

paranoid ideations, but was concerned about issues in the precinct. After observation for a few days on the unit, there were no significant psychiatric symptoms to treat with medications.

Patient was discharged on his own on 11/6/09 with recommendation to follow-up with the psychotherapist and, if he becomes symptomatic, to see a psychiatrist for medication.

**DIAGNOSIS ON DISCHARGE:**
Axis I:     Adjustment disorder with anxious mood.
Axis II:    Deferred.
Axis III:   None.
Axis IV:   Related to stress at job.
Axis V:    On admission 40; on discharge 65.

Isak Isakov, MD

II:rps
D: 3/22/10
T: 3/26/10
7070

SCHOOLCRAFT, ADRIAN
M/R: **1298984**                    PT# **130381874**
DOB: **06/21/1975** 34Y  M        F/C: 19   S
ADM: 11/03/2009 15:00   03MH 9HAL 01
HOVANESIAN  SHUSHAN

# PROGRESS NOTES

| DATE & TIME | START MD NOTES HERE | START RN AND ALL OTHER NOTES HERE |
|---|---|---|
| 11/6/09 | **Focus** | **Nursing Discharge Summary Notes** |
| | **Data** | **Patient Discharge Date to** Home , Home w/ Homehealth , Referral PMR Facility adult , Home Skilled Nursing Facility (SNF) Specialized Facility other |
| | | Patient left unit via Ambulatory, wheel chair, stretcher accompanied by: _father_ |
| | | Mental Status: _A x o x 3_ |
| **Assessment:** Condition of patient upon discharge related to admitting diagnosis and or problem(s) on Admission or during hospitalization (pertinent physical psychosocial behavioral assessment e.g. skin condition,breathing pattern,presence of pain condition s/p surgery) | | _Pt is calm and in control_ _Denies SI/HI_ _Denies A/V H._ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | **Accomplished Goals (NCP & Teaching Goals)** |
| | | _Pt verbalized importance of_ _follow up care. D/c instructions_ _given to pt and pt_ _verbalized understanding of_ _D/c instructions._ |
| | | **Signature:** _ABolal_   **Title:** _RN_ |



**JAMAICA HOSPITAL MEDICAL CENTER**

8900 VAN WYCK EXPRESSWAY, JAMAICA, N.Y. 11418

**PROGRESS NOTES**

SCHOOLCRAFT, ADRIAN
M/R#: **1298984**          PT#: **130381874**
DOB: **06/21/1975** 34Y  M        F/C: 19   S
ADM:11/03/2009 15:00   03MH9HAL 01
HOVANESIAN, SHUSHAN

---

### Inpatient Psychiatry: Social Work Discharge/Transfer Summary

**Patient Description:** Pt. is a 34 year old Caucasian male who known psych. hx. who was BIB EMS/NYPD after his colleagues and superiors in the NYPD became concerned about his behavior.

**Date of Discharge/Transfer:** 11/6/09

**Discharge Destination (✓Check One):**

☑ Home                      ☐ State Psychiatric Hospital        ☐ Inpatient Substance Abuse Treatment

☐ Skilled Nursing Facility        ☐ Supportive Housing              ☐ Other:_____

*(Please provide details)*

---

**Aftercare:**                 ☐ Mental Health Clinic           ☐ Assertive Community Treatment Team

☐ Continuing Day Treatment      ☐ Partial Hospitalization Program    ☐ Assisted Outpatient Treatment

☐ Case Management               ☑ Other: Private Psychiatrist

*(Please provide details):* Pt. will contact Dr. to make appointment.

**Mode of Transport:**      ☐ Self    ☑ Family/Friend   ☐ Motor Transport    ☐ Ambulance    ☐ Ambulette

*(Please provide details)*

---

**Medications:**    ☐ Prescriptions    ☐ Medications    _____week supply

*(Please provide details:)* None - Pt. on no meds.

**Additional Comments/Referrals:**    ☐ Financial Office    ☐ SSI/SSD    ☐ Medication Grant Program

☐ Resource Lists given:

Pt. is calm, pleasant, cooperative. No problems. He is appropriate in his affect and behavior. Denies feeling depressed, anxious or suicidal/homicidal. Denies manic sx. Denies all other hallucinations @ present. Pt. has been recommended to see an outpatient psychiatrist and has agreed to do so.

☐ Please see Progress Notes for Additional Information

**Social Work Signature:** Christine McMahon, CSW    **Date/Time:** 1 PM (11/6/09 - 1:35 -error p.m.)

---

**WHITE COPY – MEDICAL RECORD**        **YELLOW COPY – SOCIAL WORK DEPT.**

FO 000121    REV.3/08

JHMC 83



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway, Jamaica, NY 11418 • 718-206-6000
**Department of Psychiatry**
**INPATIENT DIVISION**

SCHOOLCRAFT, ADRIAN
M/R: **1298984**          PT#: **130381874**
DOB: **06/21/1975** 34Y  M      F/C: 19   S
ADM: **11/03/2009 15:00**  03MH 9HAL 01
HOVANESIAN, SHUSHAN

## SOCIAL WORK CONTINUING-CARE AGREEMENT

Dear Mr/Ms/Mrs ___Schoolcraft___ :

*Your Social Worker, in collaboration with the Interdisciplinary Treatment Team, worked with you in developing the following plan.*

You will reside at: ___8 2-60 88th Pl. Glendale, N.Y. 11385___

*The following appointments/referrals were scheduled for you:*

## Outpatient Program:

1. Clinic/Private Referral: ___Dr. Luel — (917)921-3264___
   ___(Private Psychiatrist) — 114-06 Queens Blvd.___

2. Continuing Day Treatment Program: ___Forest Hills, N.Y. 11375___
   ___11/7 - 12:30pm w/ Dr. Fuel    office 891___

3. Partial Hospitalization/Intensive Psych Rehab: _____

4. Other Clinic: _____

Income Maintenance Center: _____

Social Security Administration: _____

Case Manager's Name: _____
Other: _____

*I agree with and have received a copy of the above Discharge Plan.*

___[signature]___        ___(718) 570-6224___        ___Christine McMahon, 11/6/09___
Patient Signature              Tel. No.              Social Worker Signature        Date

_____                    _____
Family/Guardian Signature [if applicable]                Date

FO256 12/95

**WHITE MEDICAL RECORD    YELLOW SOCIAL WORK**

JHMC 84



**Jamaica Hospital Medical Center**

**DISCHARGE INSTRUCTIONS**

SCHOOLCRAFT, ADRIAN
M/R:**1298984**        PT#:**130381874**
DOB: 06/21/1975  34Y  M      F/C: 19   S
ADM:11/03/2009 15:00  03MH9HAL 01
~~POLYANESIAN CHRISTIAN~~

| | |
|---|---|
| **PHYSICIAN:** _Isaac Isaacev_ | **DISCHARGE DATE:** 11/6/09   **TIME:** |
| **DIAGNOSIS:** Adjustment d/o with _anxiety_ | **ALLERGIES:** NKDA |

| Call your doctor or come to the ER if you develop: | MEDICATIONS: PRESENT LIST OF MEDICATIONS TO YOUR PROVIDER |
|---|---|

*Attention Physicians: All Drugs Written Below must be Noted in the Discharge Note*

| NAME OF DRUG | DOSAGE | ROUTE | FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

☐Smoking cessation advised.

☐Medication reconciliation was performed

| PHYSICIAN'S REFERENCE ONLY FOR PATIENTS WITH AMI/CHF | Check off those medications deemed contraindicated at the time of discharge: |
|---|---|
| Ejection Fraction:_____ | ☐Ace Inhibitor   ☐ARB   ☐Beta Blocker   ☐Aspirin |

Diet: ☐Low Salt  • Avoid high sodium food (canned vegetables & soups, frozen dinners, crackers, deli food, fast food, soy sauce, fried food, etc.)
• Add no salt when cooking or eating • Read food labels for sodium amounts • Check with doctor before using salt substitutes

☐Limit daily fluid intake to _____ quarts  ☐Other: _____

☐Diabetic: _____ Always eat lean meats, whole grains, fresh fruits and vegetables
☐Weigh yourself each morning • Same time, after you empty your bladder • Same scale & amount of clothing • Show your log to your doctor
• Weight gains mean you are retaining fluid • Report weight gains of 2-4 lbs. over 1-3 days

Activity and Exercise: _____ as tolerated _____

| Immunizations | Pneumococcal ☐Given ☐Contra/not-indicated ☐Pt. refused | Influenza ☐Given ☐Contra/not-indicated ☐Pt. refused |
|---|---|---|

APPOINTMENT WITH: ☑Private MD  ☐JH ACC  ☐MediSys Center _Dr. Luel_  Date: 11/7  Time: 12:30

REFERRAL TO: ☐Visiting Nurse/ Home Care    ☐Social Service  ☐Other(s):_____

Other Required Follow-up if any: _Dr Luel private physician_

PHYSICIAN'S SIGNATURE: _____ Date: 11/6/09 Time: _____

NURSE: _____

NURSE'S SIGNATURE: _____ Date: 11/6/09 Time: 2.15p

I have received discharge instructions and understand the information that has been given to me.

| PATIENT/SIGNIFICANT OTHER: | Signature: X | Date: |
|---|---|---|
| SIGNIFICANT OTHER ONLY: | Print Name: | Relationship: |
| INTERPRETER: | Print Name: | Signature: | Date: |

**WHITE - MEDICAL RECORD      YELLOW - PATIENT'S COPY**

1357 – Form 214 Revised 04/04, 06/05, 10/05, 3/08

JHMC 85



**JAMAICA HOSPITAL MEDICAL CENTER**
PATIENT HISTORY & ASSESSMENT
PSYCHIATRIC NURSING

SCHOOLCRAFT, ADRIAN                    PT#: 130381874
M/R#: **1298984**                          F/C: 19    S
DOB: 06/21/1975  34Y  M
ADM:11/03/2009 15:00   03MH9HAL 01
HOVANESIAN, SHUSHAN

## I. ADMISSION

Date 1|3|09  Time _____  PER

Information Received From: ☐ Patient  ☐ Other       Language Spoken  English

Age 34  Religion  None.    Previous Jamaica Hospital Admission ☐ No ☐ Yes  Date_____

Admitted via: ☐ Wheelchair  ☐ Stretcher  ☐ Other ____  Admission: ☐ Elective  ☐ Emergency
From: ☐ Home    ☐ Nursing Home    ☐ Other  Transfered from MER → PER

Prosthesis/Assistive Devices  ☐ Eyeglasses  ☐ Contact Lens  ☐ Hearing Aid None

Dentures ☐ None  ☐ Lower  ☐ Upper  ☐ Full  ☐ Partial  ☐ Denture Cup Provided  ☐ Other

Instructions to Patient ☐ Call Light  ☐ Bed Control  ☐ TV ☐ Telephone ☐ Siderails  T 98⁶  P 78  R 20
                      ☐ Smoking Rules  ☐ Visiting Hours  ☐ Valuables Procedure   BP 130  Ht 6'0"  Wt 240 lb

Nursing Staff Admitting the Patient  Sharon Barnaby       Title  RN 80

## II. ADMISSION DATA

Admitting Diagnosis  Psychosis NOS    General Appearance (emaciated, (well developed), obese, thin)

Patient's Chief complaint (as stated by patient, onset, duration, list of symptoms and characteristics) _____
I was taken out of my house by my boss _____
Previous health History _____

PAIN ☐ No ☐ Yes  (If Yes circle intensity)              Prescribed medication ☐ No ☐ Yes ____

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

                                                         Over-the-counter medications ☐ No ☐ Yes ____

Description _____ ⦰                                   Herbal Medications/Alternative Treatments
       (Location & Duration)                            ☐ No ☐ Yes ____
Previous Blood Transfusion ☐ No ☐ Yes When_____

                                                         Medication Taken Prior to Admission ☐ No ☐ Yes
Blood Transfusion Reaction ☐ No ☐ Yes                      none
If YES Specify _____

Allergies: Medication/Food/Environmental ☐ No ☐ Yes     Medications brought to hospital/disposition
If YES Specify _____                    m.

VACCINATIONS  Pneumococcal ☐ No ☐ Yes Date Received ____  Influenza ☐ No ☐ Yes Date Received ____
PSYCHO-SOCIAL ASSESSMENT

Status ☐ Single  ☐ Married  ☐ Divorced  ☐ Widowed  ☐ Separated
Occupation NYPD officer  ☐ Retired, Prior Occupation _____
Cultural Beliefs / Practices ____ Denies
Substance/Alcohol Use ☐ No ☐ Yes Explain _____
Smoke ☐ No ☐ Yes Frequency _____ second hand smoke ☐ No ☐ Yes
Living Arrangement:  Live with  Alone    Person to Assist You after Discharge  Ma.

FO227 SEQ. 746 6/95, 2/99, 9/02

## IV. FALL RISK ASSESSMENT

**Directions:** Use the following assessment tool to identify patients at risk for falls. Circle the score for each risk factor that applies to your patient. Patients with a score of 5 or more must be placed on the fall prevention program (Spot the Dot).

| RISK FACTORS | SCORE |
|---|---|
| Age 65 & older | 5 |
| History of previous Falls | 5 |
| Mental Status: Dementia; Psychoses; Delirium Tremens; Seizures | 5 |
| Debilitation/weakness/cachexia | 5 |
| Communication Deficits: Dysarthria; Aphasia; No verbalization; Language barrier | 1 |
| Mobility Deficits: Hemiparesis; Paraparesis; Hemiplegia; Paraplegia; Ataxia ; Use of prosthetic devices; Use of cane/crutches; Amputee; Parkinson's disease | 5 |
| Visual Deficits: Blindness;  ❖ Blurred vision; Night blindness; Post-op eye surgery | 5 |
| ❖ Use of eye glasses /contact lenses | 1 |
| Medications:  ❖ Barbiturates; Tranquilizers; Parenteral Pain meds; Hypnotics; Anesthetics | 5 |
| ❖ Antihypertensives; Diuretics; Laxatives; PO/Patch Pain Meds, Eye gtts, pain p.o./patch. | 1 |
| Alteration in bladder function  ❖ Medical/Surgical (pt/ with FC, incontinent of urine) | 1 |
| ❖ Rehabilitation Unit (pt. bowel/bladder program) | 5 |
| Auditory Deficits | 1 |
| Orthostasis/Hypotension  ❖ Syncopal episodes  ❖ Vertigo | 5 |
| **RISK ASSESSMENT SCORE** | *10* |

**Skin Turgor**
- ☑ Normal
- ☐ Poor

**Skin Color**
- ☑ Normal
- ☐ Pale
- ☐ Cyanotic
- ☐ Jaundice

**Skin Condition**
- ☐ Moist
- ☐ Dry
- ☑ Warm
- ☐ Cold
- ☐ Abrasions
- ☐ Ecchymosis
- ☐ Blisters
- ☐ Rash
- ☐ Edema
- ☐ Burn
- ☐ Pressure Ulcer

**Mucous Membrane**
- ☑ Pink
- ☐ Pale
- ☐ Cyanotic
- ☐ Moist
- ☐ Dry

**Nails**
- ☐ Normal
- ☐ Pale
- ☐ Cyanotic
- ☐ Clubbing
- ☐ Brittle
- ☐ Other

**MARK SITE OF ABNORMAL SKIN FINDINGS ON DIAGRAM BELOW**



## V. PRESSURE ULCER RISK ASSESSMENT

**Directions:** Use the following assessment tool to identify patients at risk for pressure ulcers. Circle the score for each risk factor that applies to your patient. The care plan should be initiated for a patient with a score of 5 or more.

| RISK FACTOR | ASSESSMENT INDICATOR | SCORE |
|---|---|---|
| Age | <65 | 0 |
| | >65 | 1 |
| Mobility | Ambulatory, bed rest < 3 days | 0 |
| | Ambulatory only w/assist; bed rest > 3 days restrained | 1 |
| | Non-ambulatory, quadriplegic, paraplegic, hemiplegic | 5 |
| Pattern of Elimination | Fully continent | 0 |
| | Fully incontinent of urine or feces | 2 |
| | Fully incontinent of urine and feces | 3 |
| Mental Status | Fully oriented | 0 |
| | Confused, disoriented | 2 |
| | Comatose | 5 |
| Nutritional Status | Good; feeds self | 0 |
| | Feed w/assist; TPN, tube feeding | 2 |
| | Cachexia, obese, NPO > 3 days | 4 |
| Skin | Intact | 0 |
| | Poor turgor, dry, cracked/peeled areas, inflamed areas, pressure ulcer | 5 |
| Health Status | Good | 0 |
| | Fair | 2 |
| | Poor | 3 |
| | Moribund | 5 |
| **RISK ASSESSMENT SCORE** | | *7* |

## VI. FUNCTIONAL SCREEN

If score is 6 or more, notify physician

| Assessment Indicator | | SCORE |
|---|---|---|
| Transfer skills Bed-Chair | Total assist | 3 |
| | Moderate/minimum assist | 2 |
| | Independent | 0 |
| Ambulation skills Bed-Bathroom | Total assist | 3 |
| | Moderate/minimum assist | 2 |
| | Independent | 0 |
| Self care skills Feeding/Eating | Total assist | 3 |
| | Moderate/minimum assist | 2 |
| | Independent | 0 |
| Toileting | Total assist | 3 |
| | Moderate/minimum assist | 2 |
| | Independent | 0 |
| Dressing/ Hygiene | Total assist | 3 |
| | Moderate/minimum assist | 2 |
| | Independent | 0 |
| Range of motion all extremities | Total assist | 3 |
| | Moderate/minimum assist | 2 |
| | Active | 0 |
| **TOTAL SCORE** | | *2* |

## VII. NUTRITION SCREEN

If score is 6 points or more, a Nutrition consult must be reported to the Nutrition Department via telephone ext. 4031 or enter into the computer.

| Risk Associated Parameters | SCORE |
|---|---|
| Weight loss/gain last 30 days: + or ~ 10 lbs. | 6 |
| Pressure Ulcer: any stage | 6 |
| Feeding/swallowing difficulty | 2 |
| Nausea and vomiting > 3 days | 3 |
| Food Allergy/Intolerance | 1 |
| Pre-hospital diet/diet restriction: Diabetic, Renal | 2 |
| Tube feeding, Parenteral | 6 |
| Socio/Cultural/Religious needs relating to nutrition | 1 |
| **TOTAL SCORE** | *0* |

**JAMAICA HOSPITAL**
**MEDICAL CENTER**
**DEPARTMENT OF PSYCHIATRY**

*CREATIVE ARTS THERAPY ASSESSMENT*

SCHOOLCRAFT, ADRIAN
M/R: **1298984**          PT#: **130381874**
DOB: 06/21/1975  34Y  M          F/C: 19   S
ADM:11/03/2009 15:00   03MH 9HAL 01
HOVANESIAN, SHUSHAN

| Functional Skill Area | G | A | I | Behavioral Example (if applicable) |
|---|---|---|---|---|
| Motivation | | | | PT has not attended group since admission. Not enough contact to assess. |
| Follows Directions | | | | |
| Plans/Organizes | | | | |
| Problem Solving | | | | |
| Works Independently | | | | |
| Frustration Tolerance | | | | |
| Concentration | | | | |
| Making Decisions | | | | |
| Meeting New People | | | | |
| Being Assertive | | | | |
| Relatedness | | | | |
| Accepting Responsibility | | | | |
| Accepting Feedback | | | | |
| Impulse Control | | | | |
| Reality Testing | | | | |
| Self-Awareness | | | | |
| Express-ability | | | | |

**Strengths/Assets:**

**Weaknesses:**

**Preferred Modality:** (e.g.: Verbal, Art, Movement etc.)

**Goals:**

**Recommendations:**

Signature: _Gabriela_ MA CAT-Limited Permit   Date: 11/6/09
Print/stamp name & title   GABRIELA PINEDA, MA CAT-Limited Permit

JHMC 88



**JAMAICA HOSPITAL MEDICAL CENTER**

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:11/01/2009  162B    130381874  99
ALDANA-BERNIER, LILIAN R PSYC

DEPARTMENT OF NURSING

## FALL RISK ASSESSMENT

**DIRECTIONS:** Use the following assessment tool to identify patients at risk for falls.  Circle the score for each risk factor which applies to your patient. Patients with a score of 5 or more must be placed on the fall prevention program (Spot the Dot).  Risk factors along with Process Standards must be incorporated in the Patient Care Plan.

| RISK FACTORS | PROCESS STANDARDS | SCORE |
|---|---|---|
| 1.  Age | 1. Assess age changes related to functional status  (over 65 years old) | 5 |
| 2.  History of previous Falls | 1. Ascertain from patient and family previous fall patterns and initiate Spot the Dot Program as necessary.<br>2. Discuss activity limitations with patient and family.<br>3. Provide safe environment<br>  - Call light within reach<br>  - Bed in low position<br>  - Bed wheels locked<br>  - Side rails up<br>  - Night light or bathroom light on | 5 |
| 3.  Mental Status<br>  - Dimentia<br>  - Psychoses<br>  - Delirium Tremens<br>  - Seizures | 1. Assess patient's mental status<br>  - Orientation<br>  - Memory<br>  - Judgment<br>  - Behavior<br>2. Assess needs for restraints.<br>3. Assess need for placing patient in room near nurses' station.<br>4. Assess need for companion supervision. | 5 |
| 4.  Debilitation/weakness/ cachexia | 1. Assess patient's self-care ability.<br>2. Assess patient's ability to turn, pull and move about freely.<br>3. Arrange furniture/equipment to provide safe environment. | 5 |
| 5.  Mobility Deficits<br>  - Hemiparesis<br>  - Paraparesis<br>  - Hemiplegia<br>  - Paraplegia<br>  - Ataxia<br>  - Use of prosthetic devices<br>  - Use of cane/crutches<br>  - Amputee<br>  - Parkinson's disease | 1. Assess patient's ambulatory status; have patient demonstrate walking.<br>2. Provide safe environment:<br>  - Maintain bed in low position with breaks locked.<br>  - Keep side rails in operable and within reach.<br>  - Place assistive devices and necessary equipment within reach while maintaining safe environment.<br>  - Have patient wear appropriate footwear when ambulating.<br>  - Utilize night light. | 5 |

JHMC 89

Form OMH-474 SR (3-91)

New York
MENTAL HEALTH

**NOTICE OF STATUS AND RIGHTS**
**EMERGENCY ADMISSION**
(to be given to the patient at the time of
admission to the hospital)

Section 9.39 Mental Hygiene Law

SCHOOLCRAFT, ADRIAN          PT#: 130381874
M/R: 1298984                 F/C: 19   S
DOB: 06/21/1975  34Y  M
ADM: 11/03/2009 15:00  03MH19HAL 01
HOVANESIAN, SHUSHAN

Date of Birth _____

Facility Name _____

| Date of Arrival at Hospital | Mo | Day | Yr |
|---|---|---|---|

TO: _Schoolcraft, Adrian_

Based upon an examination by a staff physician, you have been admitted as an emergency-status patient to this hospital for persons with mental illness for immediate observation, care and treatment. Within 48 hours of the time of your admission, you will be examined by another physician, who is a member of the psychiatric staff of this hospital. If he or she confirms the first physician's findings, you may then be kept in the hospital for a period of up to 15 days from the date of your arrival. During this 15 day period you may be released, converted to involuntary status, or asked to remain as a voluntary or informal patient.

You, and anyone acting on your behalf, should feel free to ask hospital staff about your condition, your status and rights under the Mental Hygiene Law, and the rules and regulations of this hospital.

If you, or those acting on your behalf, believe that you do not need immediate observation, care and treatment, you or they may make a written request for a court hearing. Copies of such a request will be forwarded by the hospital director to the appropriate court and the Mental Hygiene Legal Service.

**MENTAL HYGIENE LEGAL SERVICE**

The Mental Hygiene Legal Service, a court agency independent of this hospital, can provide you and your family with protective legal services, advice and assistance, including representation, with regard to your hospitalization. You are entitled to be informed of your rights regarding hospitalization and treatment, and have a right to a court hearing, to be represented by a lawyer, and to seek independent medical opinion.

You, or someone acting on your behalf, may see or communicate with a representative of the Mental Hygiene Legal Service by telephoning or writing directly to the office of the Service or by requesting hospital staff to make such arrangements for you.

The Mental Hygiene Legal Service representative for this hospital may be reached at:

**MENTAL HEALTH LEGAL SERVICES**
**CREEDMOOR PSYCHIATRIC CENTER**
**80-45 WINCHESTER BOULEVARD**
**QUEENS VILLAGE, NY 11247**
**TELEPHONE NUMBER (718) 264-3342**

**THE ABOVE PATIENT HAS BEEN GIVEN A COPY OF THIS NOTICE.**

_____          11/3/09
Signature of Staff Physician                  Date

COPIES TO: Persons designated by patient to be informed of admission. (If None, type in "NONE".)

_____          _____

_____          _____

_____          _____

*A copy of this Notice of Status and Rights is also being sent to the Mental Hygiene Legal Service.*
*State and Federal Laws prohibit discrimination based on race, color, creed, national origin, age, sex, or disability.*

JHMC 90

Form OMH 474 (2-84)

SCHOOLCRAFT, ADRIAN
M/R: **1298984**   PT#: **130381874**
DOB: 06/21/1975  34Y  M   F/C: 19  S /
ADM:11/03/2009 15:00   03MH9HAL 01
HOVANESIAN, SHUSHAN

**EMERGENCY ADMISSION**
Section 9.39 Mental Hygiene Law

**I. General Provisions for Emergency Admission**

A  In order for a person to be admitted to a hospital according to Section 9.39 of the Mental Hygiene Law, all the following requirements must be met:
  1  The hospital must be approved by the Commissioner of Mental Health to receive and retain patients according to this Section.
  2  The person must be alleged to have a mental illness for which immediate observation, care, and treatment in a hospital is appropriate and which is likely to result in serious harm to himself or herself or others. "Likelihood to result in serious harm" means:
    — a substantial risk of physical harm to himself as manifested by threats of or attempts at suicide or serious bodily harm or other conduct demonstrating that the person is dangerous to himself or herself ("other conduct" shall include the person's refusal or inability to meet his or her essential need for food, shelter, clothing, or health care, provided that such refusal or inability is likely to result in serious harm if there is not immediate hospitalization), or
    — a substantial risk of physical harm to other persons as manifested by homicidal or other violent behavior by which others are placed in reasonable fear of serious physical harm.
  3  A staff physician of the admitting hospital must examine the person and find that the person meets the standard for admission under this Section. The physician then completes this Form, OMH 474, Emergency Admissions.

B  A person who is alleged or appears to be mentally ill may be taken into custody, transported, or removed to a hospital approved to accept emergency admissions, according to the following sections of the Mental Hygiene Law:
    — Section 9.41 - Powers of Certain Peace Officers and Police Officers. Form OMH 474A/476A, I
    — Section 9.43 - Powers of Courts - Form OMH 465, Civil Order for Removal to Hospital
    — Section 9.45 - Powers of Directors of Community Services. Form OMH 474A/476A, II
    — Section 9.55 - Powers of Qualified Psychiatrists. Form OMH 474A/476A, III
    — Section 9.57 - Powers of Emergency Room Physicians. Form OMH 474A/476A, IV

C  On admission, the person will be given a written notice of status and rights as a patient admitted according to MHL Section 9.39. This notice will also be given to the Mental Hygiene Legal Service and up to three other persons designated by the person admitted.

   If a person admitted according to this Section is to be retained in the hospital for more than 48 hours, another physician, who is a member of the psychiatric staff of the hospital, must examine the person and confirm the admitting physician's findings by completing page 2 of this form (OMH 474).

   Within 15 days of admission, if it is determined that the person is not in need of involuntary care and treatment, s/he shall be discharged unless s/he is suitable and agrees to remain as a voluntary patient. If the person is in need of continued inpatient care and treatment, and is not suitable or will not agree to remain as a voluntary patient, s/he may be retained beyond 15 days only by completion of an application and two medical examinations as required for admission according to MHL Section 9.27 - Involuntary Admission on Medical Certification.

**II. Record of Admission**

A  The above-named person was brought to this hospital by _Emergency Dep Med Ex_   Name

Tele/Badge No. (as appropriate)   Address   Phone

Relationship to Person   Address of Person   Time of arrival at hospital: MONTH 11 DAY 01 YEAR 09 HOUR 23 MINUTE 03  ☐AM ☐PM

B  Circumstances which led to the person being brought to this hospital

III (if applicable) Person was taken into custody, transported, or removed to this hospital in accordance with MHL Section

_Patient is a danger to himself. Current psychotic paranoid will benefit from inpatient stabilization_

C  I HAVE EXAMINED THE ABOVE-NAMED PERSON PRIOR TO ADMISSION AND FIND THERE IS REASONABLE CAUSE TO BELIEVE THAT THE PERSON HAS A MENTAL ILLNESS FOR WHICH IMMEDIATE OBSERVATION, CARE AND TREATMENT IN A MENTAL HOSPITAL IS APPROPRIATE AND WHICH IS LIKELY TO RESULT IN SERIOUS HARM TO HIMSELF OR HERSELF OR OTHERS

Physician's Signature _____   MONTH 11 DAY 03 YEAR 09 HOUR 1 MINUTE 11  ☐AM ☐PM

JHMC 91

646 - 957 - 2486 (FATHER)

**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway  Jamaica, NY 11418

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

LOCATION:   081X

**EMERGENCY MEDICINE RECORD**

DATE AND TIME OF ARRIVAL 10/31/2009    23:03

| REGISTRATION | MEDICAL RECORD NO. 1298984 | | PATIENT TYPE E | PATIENT ACCOUNT NO.   130381015 |
|---|---|---|---|---|

PATIENT'S NAME

SCHOOLCRAFT                     ADRIAN

SOCIAL SECURITY NO. | DATE OF BIRTH  06/21/1975 | AGE  34Y

STREET ADDRESS
8260 88 PL

CITY | STATE | ZIP CODE  11385 | TELEPHONE NO.  718 670 6224 | PLACE OF BIRTH

FIN. CL. 01 | SEX M | RACE W | RELIGION N | MARITAL STATUS | FATHER'S NAME

MOTHER'S MAIDEN NAME, FIRST NAME

PRIVATE M.D. NAME OR CLINIC NAME | PATIENT COMPLAINT | LANGUAGE  ENG | INTERP. REQ.  N

MODE OF ARRIVAL | ACCOMPANIED BY | RELATIONSHIP | TELEPHONE NO. | INJURED AT WORK? | AUTO ACCIDENT?

DATE AND TIME OF ACCIDENT | POLICE OFFICER NAME & BADGE NO. | PCT. NO. | REFERRED FROM:
☐ PMD   ☐ TRUMP   ☐ CLINIC   ☐ FP   ☐ OTHER

NEXT OF KIN | TELEPHONE NO. | NEXT OF KIN ADDRESS | RELATIONSHIP TO PATIENT

| FINANCIAL - INSURANCE | | | | | |
|---|---|---|---|---|---|

GUARANTOR'S NAME
WSPK

STREET ADDRESS | CITY | STATE | ZIP CODE

GUARANTOR'S SOC. SEC. NO. | TELEPHONE NO. | GUARANTOR'S EMPLOYER | ADDRESS | TELEPHONE NO.

PATIENT'S EMPLOYER NAME | STREET ADDRESS | CITY | STATE | ZIP CODE

NAME | GROUP NO. | POLICY NO.

**INSURANCE #1:**

NAME | GROUP NO. | POLICY NO.

**INSURANCE #2:**

HOSPITALIZED PAST 60 DAYS? | IF YES, WHERE AND WHEN? | PLACE OF ACCIDENT | CRIME VICTIM PCT. NO. | CRIME VICTIM COMPLAINT NO.

**COMMENTS:**

**NURSING**

VITAL SIGNS | TIME | B.P. | PULSE | RESP | TEMP

| | TIME | B.P. | PULSE | RESP | TEMP |

IF ORDERED, CHECK WHEN COMPLETED:                              ☐ OXYGEN GIVEN

☐ CARDIAC MONITOR
☐ EKG INITIALS        INITIALS        ☐ IV ANGIO# _____ FLUID _____ INITIALS        INITIALS        METHOD        INITIALS

NURSES NOTES   ☐ ADVANCED DIRECTIVES DISCUSSED        HEALTH CARE PROXY ☐ YES   ☐ NO        AGENT'S NAME:

RN SIGNATURE

| DATE | TIME | NON-MEDICATION ORDERS (EKG, LABS, CULTURES, ETC) | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| DATE | TIME | MEDICATION ORDERS | | | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|---|---|
| | | MEDICATION | DOSE | ROUTE | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ACCOUNTING DEPT. COPY

JHMC 92

SCHOOLCRAFT, ADRIAN
1298984      M      DOB: 06/21/1975        34Y
ADM: 10/31/2009   081X        01   130381015
STAFF, PHYSICIAN

| DATE | HISTORY & PHYSICAL | ACTION IF NOT CURRENT: |
|---|---|---|
| TIME | | DT CURRENT  ☐ YES ☐ NO |
| | | DPT CURRENT  ☐ YES ☐ NO |
| | | MMR CURRENT ☐ YES ☐ NO |

IMPRESSIONS:

PHYSICIAN NAME (PRINT)                    I D #
PHYSICIAN NAME (SIGN)

| LAB TESTS | TIME | RESULTS | TIME |
|---|---|---|---|
| ☐ HGB | | | |
| ☐ HCT | | | |
| ☐ WBC | | | |
| ☐ NA | | | |
| ☐ K | | | |
| ☐ CL | | | |
| ☐ CO₂ | | | |
| ☐ BUN/CR | / | | / |
| ☐ GLUC. | | | |
| ☐ AMYLASE | | | |
| ☐ PT/PTT | | | |
| ☐ UCG | | | |
| ☐ CPK | | | |

U/A
RBC____ WBC____ Prot____
BLD____ KET____ GLU____

| BLOOD GASES | TIME | TIME |
|---|---|---|
| PH | | |
| PO₂ | | |
| PCO₂ | | |
| HCO₃ | | |
| HBO₂ | | |
| HGB | | |
| HGCO | | |

EKG RESULTS

RADIOLOGY
X-RAY #                          ED READING
☐ CHEST
☐ ABDOMEN
☐ C-SPINE
☐ L-SPINE
☐ PELVIS
☐ TIBIA/FIBULA __L__R
☐ FEMUR __L__R
☐ WRIST __L__R
☐ ANKLE __L__R
☐ HIP __L__R
☐ CT SCAN
☐

ADDITIONAL MD NOTES

| CONSULTANT NAME | SERVICE | TIME CALLED |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

FINAL DIAGNOSIS                    CODE

**DISPOSITION**

☐ ADMITTED, TIME:_____ ROOM #_____ SERVICE _____ ☐ FAMILY MEMBER NOTIFIED_____
                                                                        NAME, RELATIONSHIP
☐ EXPIRED, TIME:_____ ☐ M.E. CALLED, TIME:_____ ACCEPTED ☐ YES ☐ NO   CASE #_____
    ☐ DISCHARGED, TIME:_____ ☐ INSTRUCTIONS GIVEN (TYPE)_____ ☐ PVT MD NOTIFIED OF DISPOSITION
                                                                        TIME:_____
☐ OTHER _____ TIME: _____                                             INITIALS
                (AMA, WALK-OUT, TRANSFER)
CONDITION ON DISCHARGE _____
DISCHARGING
PHYSICIAN NAME (PRINT)_____ SIGNATURE_____ I D #_____ DATE_____

EMERGENCY DEPT COPY                    FORM NO. J00010
                                       JHMC 93


**JAMAICA HOSPITAL**
**MEDICAL CENTER**
8900 Van Wyck Expressway  Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y    F/C: 99
ADM: 11/01/2009 08:54    162B          130381874
ALDANA-BERNIER, LILIAN R PSYC

## EMERGENCY DEPARTMENT
## AFTERCARE SHEET

| For Registration Only: |
| --- |
| ☐ MediSys Eligible |
| ☐ Private MD |
| ☐ Other or HMO |

*Results of blood tests, cultures, x-rays, and cardiograms will be reviewed. You will be contacted if necessary.*

Name: _____   Patient's Phone #: _____

Chart #: _____   X-Ray #: _____

Diagnosis: _____

Medications Given in ED: _____

Medications Prescribed: _____

_____

Discharge Instructions: _____

_____

_____

Diagnosis Related Written Instructions Given ☐

**Follow-Up Advised Within ____ Days.**

☐   No school/gym ___ days. (circle one)
☐   No work ___ days.
☐   On-site or specialty clinic.
      Clinic: _____
☐   Workers Compensation patients.
      Call 718-206-8810 or your private physician.
☐   Contact your private physician for follow-up.
☐   OB patients call Women's Health Department
      at 718-206-6162

**MediSys Appointment Service:**

___ **Pediatrics**          ___ **Podiatry**

___ **Internal Medicine**   ___ **Dental**

___ **Family Practice**     ___ **Gynecology**

HMO / Managed Care patients **must** be seen
by their Primary Care Physician **or** bring a
written referral.

The examination and treatment you have received in the Emergency Department has been rendered on an emergency basis only. It is not intended to be a substitute for or an effort to provide complete medical care. After the acute episode of illness, accident, or condition, you are advised to seek follow-up care with your private physician or an outpatient clinic. If your problem persists or worsens, call your doctor or return to the Emergency Room for further treatment. If your condition worsens, call your doctor or returns to the Emergency Room for further treatment. If your condition worsens prior to date of your clinic appointment, please return to the Emergency Department immediately.

I have had the opportunity to ask any additional questions. I will arrange for follow-up care as instructed and have received a copy of this patient information.

Date: ___ / ___ / ___         X _____
                                          Patient or Representative/Relationship

Time: _____:_____ AM/PM   _____
                                          Discharged By

**PATIENT COPY**

FORM NO. J00019
JHMC 94



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway, Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975   34Y   F/C: 99
ADM: 11/01/2009 08:54  / 162B          130381874
ALDANA-BERNIER, LILIAN R PSYC

# EMERGENCY DEPARTMENT
## AFTERCARE SHEET

| For Registration Only: |
| --- |
| ❑ MediSys Eligible |
| ❑ Private MD |
| ❑ Other or HMO |

*Results of blood tests, cultures, x-rays, and cardiograms will be reviewed. You will be contacted if necessary.*

Name: _____     Patient's Phone #: _____

Chart #: _____     X-Ray #: _____

Diagnosis: _____

Medications Given in ED: _____

Medications Prescribed: _____

_____

Discharge Instructions: _____

_____

_____

Diagnosis Related Written Instructions Given ❑

**Follow-Up Advised Within ____ Days.**

❑   No school/gym ___ days. (circle one)

❑   No work ___ days.

❑   On-site or specialty clinic.
       Clinic: _____

❑   Workers Compensation patients.
       Call 718-206-8810 or your private physician.

❑   Contact your private physician for follow-up.

❑   OB patients call Women's Health Department
       at 718-206-6162

**MediSys Appointment Service:**

___ **Pediatrics**          ___ **Podiatry**

___ **Internal Medicine**   ___ **Dental**

___ **Family Practice**     ___ **Gynecology**

HMO / Managed Care patients **must** be seen by their Primary Care Physician **or** bring a written referral.

---

The examination and treatment you have received in the Emergency Department has been rendered on an emergency basis only. It is not intended to be a substitute for or an effort to provide complete medical care. After the acute episode of illness, accident, or condition, you are advised to seek follow-up care with your private physician or an outpatient clinic. If your problem persists or worsens, call your doctor or return to the Emergency Room for further treatment. If your condition worsens, call your doctor or returns to the Emergency Room for further treatment. If your condition worsens prior to date of your clinic appointment, please return to the Emergency Department immediately.

I have had the opportunity to ask any additional questions. I will arrange for follow-up care as instructed and have received a copy of this patient information.

Date: ___ / ___ / ___          X _____
                                              Patient or Representative/Relationship

Time: _____:_____ AM/PM              _____
                                              Discharged By

**MEDISYS COPY**

FORM NO. J00019
JHMC 95



**JAMAICA HOSPITAL
MEDICAL CENTER**
8900 Van Wyck Expressway  Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y    F/C: 99
ADM: 11/01/2009 08:54    162B              130381874
ALDANA-BERNIER, LILIAN R PSYC

## EMERGENCY DEPARTMENT
## AFTERCARE SHEET

**For Registration Only:**
❑ MediSys Eligible
❑ Private MD
❑ Other or HMO

*Results of blood tests, cultures, x-rays, and cardiograms will be reviewed. You will be contacted if necessary.*

Name: _____    Patient's Phone #: _____

Chart #: _____    X-Ray #: _____

Diagnosis: _____

Medications Given in ED: _____

Medications Prescribed: _____
_____

Discharge Instructions: _____
_____
_____

Diagnosis Related Written Instructions Given ❑

**Follow-Up Advised Within _____ Days.**

❑   No school/gym ___ days. (circle one)

❑   No work ___ days.

❑   On-site or specialty clinic.
        Clinic: _____

❑   Workers Compensation patients.
        Call 718-206-8810 or your private physician.

❑   Contact your private physician for follow-up.

❑   OB patients call Women's Health Department
        at 718-206-6162

**MediSys Appointment Service:**

___  **Pediatrics**           ___  **Podiatry**

___  **Internal Medicine**    ___  **Dental**

___  **Family Practice**      ___  **Gynecology**

HMO / Managed Care patients **must** be seen
by their Primary Care Physician **or** bring a
written referral.

The examination and treatment you have received in the Emergency Department has been rendered on an emergency basis only. It is not intended to be a substitute for or an effort to provide complete medical care. After the acute episode of illness, accident, or condition, you are advised to seek follow-up care with your private physician or an outpatient clinic. If your problem persists or worsens, call your doctor or return to the Emergency Room for further treatment. If your condition worsens, call your doctor or returns to the Emergency Room for further treatment. If your condition worsens prior to date of your clinic appointment, please return to the Emergency Department immediately.

I have had the opportunity to ask any additional questions. I will arrange for follow-up care as instructed and have received a copy of this patient information.

Date: ___ / ___ / ___            X _____
                                                    Patient or Representative/Relationship

Time: _____:_____ AM/PM
                                         _____
                                                    Discharged By

**FILE COPY**

FORM NO. J00019
JHMC 96


**JAMAICA HOSPITAL
MEDICAL CENTER**
8900 Van Wyck Expressway  Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984          M          DOB: 06/21/1975      34Y
ADM: 11/01/2009 08:54      162B          99   130381874
ALDANA-BERNIER, LILIAN R PSYC

## ADULT EMERGENCY DEPARTMENT
## MISCELLANEOUS CHARGES -- MEDICATIONS

| PATIENT NAME: | | | | PATIENT ACCOUNT# | |
|---|---|---|---|---|---|

| Code | Medication | Qty | Code | Medication | Qty |
|---|---|---|---|---|---|
| 25013701 | Adenosine injection 6mg/ 2ml | | 25013540 | Ipratropium inh sol 2.5ml | |
| 25013479 | Albuterol 2.5mg/3ml inh U/D | | 25014288 | Ketorolac 30mg injection (TORADOL) | |
| 25013482 | Albuterol 0.5% Inhalation 20ml | | 25014289 | Ketorolac 60mg injection (TORADOL) | |
| 25013108 | Ampicillin 2Gm injection | | 25013908 | Labetalol 100mg injection | |
| 25013498 | Atropine 0.5mg syringe | - | 25013588 | Levalbuterol 1.25mg/3ml Inh (Xopenex) | |
| 25013499 | Atropine 1mg syringe | | 25013804 | Lidocaine 100mg syringe | |
| **25013348** | **Azithromycin (Zithromax) Inj 500mg** | | 25014141 | Magnesium sulfate 1Gm/2ml inj | |
| 25014443 | Calcium Gluconate 1Gm injection | | 25015246 | Methergine 0.2mg injection | |
| 25013136 | Cefazolin 1Gm injection | | 63614903 | Metoclopramide 10mg/2ml | |
| **25013291** | **Ceftriaxone (Rocephin) Inj 1 gm** | | 25013819 | Metoprolol 5mg injection | |
| 25013165 | Clindamycin 600mg injection | | **25016375** | **Moxifloxacin (Avelox) 400mg/250ml** | |
| 25013166 | Clindamycin 900mg injection | | 25013244 | Nafcillin 2Gm injection | |
| 25014956 | Charcoal 25Gm/120ml liquid | | 25014182 | Naloxone 2mg injection | |
| 25015527 | Cyanocobalamin 1mg inj (B12) | | 25013848 | Nitroglycerin 50mg injection | |
| 25015055 | Dexamethasone 10mg/ml injection 1 ml | | 25015247 | Oxytocin 10U/ml injection | |
| 25914475 | Dextrose 50% syringe 50ml | | 25014224 | Phenytoin 100mg injection | |
| 25013756 | Digoxin 0.25mg/ml injection | | 25014226 | Phenytoin 250mg/5ml injection | |
| 25013758 | Diltiazem 25mg injection | | 25014376 | PPD 5TU skin test intermed | |
| 25013060 | Diphenhydramine 50mg injection | | 25015545 | Phytonadione 10mg injection (Vit K) | |
| 25013919 | Enalaprilat 2.5mg/2ml injection | | 25014921 | Prochlorperazine 10mg inj | |
| 25013535 | Epinephrine 1mg syringe | | 25013067 | Promethazine 25mg injection | |
| 25013536 | Epinephrine 1mg/ml amp | | 25013569 | Robaxin 1000mg/10ml injection | |
| 25013598 | Epinephrine inhalation sol 0.5ml | | 25015438 | Silver Sulfadiazene cream 50Gm | |
| 25014491 | Furosemide 40mg injection | | 25014543 | Sodium Bicarb 50mEq syringe | |
| 25014485 | Furosemide 100mg injection | | 25014629 | Sod Chloride 0.9% inh sol 5ml | |
| 25013210 | Gentamicin 80mg injection | | 25015148 | Solu-Cortef 250mg injection | |
| 25015070 | Glucagon 1mg injection | | 25015150 | Solu-Medrol 125mg injection | |
| 25014082 | Haloperidol 5mg/ml inj 1ml | | 63615294 | Tetanus/Dip Tox 0.5ml (Adult) | |
| 25013658 | Heparin Sod 10,000U/ml vial 1 ml | | 25015566 | Thiamine 100mg injection | |
| 25014095 | Hydroxyzine 50mg/ml injection | | 25014951 | Zantac 50mg injection | |



FORM NO. J00021
JHMC 97


**JAMAICA HOSPITAL
MEDICAL CENTER**

### LIMITED POWER OF ATTORNEY TO PURSUE PAYMENT AND APPEALS
### AND RELEASE MEDICAL INFORMATION — QUESTIONS AND ANSWERS

This form is intended to offer answers to the most frequently asked questions regarding a Limited Power of Attorney to Pursue Payment and Appeals and Release of Medical Information. Please ask any additional questions you may have.

1. **What is a Limited Power of Attorney to pursue Payment and Appeals and Release of Medical Information (the "Limited Power of Attorney")?** If you sign the Limited Power of Attorney, you are authorizing Jamaica Hospital Medical Center ("Health Care Provider") to pursue payment from your health insurer, health maintenance organization, self-insurance plan, governmental program or other payer ("Health Plan"), if your Health Plan denies payment for services provided by the Health Care Provider on the basis that such services are not medically necessary.

2. **What authority am I giving to the Health Care Provider if I sign the Limited Power of Attorney?** You are authorizing the Health Care Provider to act on your behalf to appeal a decision by your Health Plan to deny payment for medically necessary services that the Health Care Provider has provided or intends to provide. The Health Care Provider will be able to pursue an appeal to your Health Plan under its policies and procedures and, if applicable, before an external appeal agent, arbitrator, court of law or other third party reviewer ("Independent Reviewer") where permitted under State and Federal law. You are also authorizing the Health Care Provider to release necessary information in your medical records to your Health Plan and/or the Independent Reviewer in pursuing payment or an appeal on your behalf.

3. **Will the Health Care Provider be able to make other decisions on my behalf if I sign the Limited Power of Attorney?** No. The Health Care Provider has no authority to make any other personal, business or health care decisions on your behalf. If you want to designate someone you know, such as a family member, to make health care decisions on your behalf, you should sign a health care proxy. If you have any questions regarding a health care proxy or other advance health care directives, your Health Care Provider can provide you with more information.

4. **Can I contact my Health Plan directly if I sign the Limited Power of Attorney?** Yes. The Health Care Provider will act as your agent in pursuing payment from your Health Plan. As your agent, the Health Care Provider is available to discuss the process with you and, if you desire, you may take an active role in the process. If you decide to contact your Health Plan regarding a denial of payment for medically necessary services, we suggest that you keep the Health are Provider informed so efforts can be coordinated.

5. **Will the Health Care Provider charge a fee for its services as my agent?** No. The Health Care Provider will <u>not</u> charge you for its services as your agent.

6. **What happens if I lose the appeal to the Independent Reviewer?** The decision of the Independent Reviewer will be final and binding on you, the Health Care Provider and your Health Plan.

7. **Will the Limited Power of Attorney remain in effect if I later become disabled or incompetent?** Yes. It will remain in effect for one year from the date you sign it, but you can revoke it earlier by Notifying the Health Care Provider.

8. **Will my health care services be affected if I decide NOT to sign the Limited Power of Attorney?** No. It is your decision whether or not to sign the Limited Power of Attorney. Irrespective of whether you decide to sign it or not, the Health Care Provider will provide medically necessary services as decided by you and your physician.



Form No. J00024
JHMC 98

 **JAMAICA HOSPITAL MEDICAL CENTER**

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: 06/21/1975   34Y   F/C: 99
ADM: 11/01/2009 08:54   162B      130381874
ALDANA-BERNIER, LILIAN R PSYC

**Department of Emergency Medicine**
**Medication Reconciliation Form**

ED Visit Date: _____

| Medications | Dose | Frequency | Code* | Name | Title |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**\*\* To all Patients:  Please take this form to your next Doctor's visit \*\***

Discharge Date/Time: _____ / _____

At discharge all medications have been reconciled:

_____ MD _____
PRINT NAME                                          Signature

\* Codes:  C = Continue;  D = Discontinue;  CH = Change;  N = New

FO _____      **ORIGINAL: Medical Record**      **COPY: Patient**

FORM NO. J00053

JHMC 99



**JAMAICA HOSPITAL**
**MEDICAL CENTER**
8900 Van Wyck Expressway  Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984    M  DOB: 06/21/1975  34Y  F/C: 19  S
ADM: 11/03/2009 15:00   03MH 9HAL 01  130381874
HOVANESIAN, SHUSHAN

## CONSENT FOR GENERAL ADMISSION/ EXAMINATION/TREATMENT

I authorize my admission to The Jamaica Hospital Medical Center ("Hospital"). I authorize the Hospital, the attending physicians and dentists on its medical staff, assisted by the House Staff, Nursing Staff, Allied Health Staff (employees of the Hospital) and students (nonemployees), to provide such medical and/or dental care and to administer such routine diagnostic tests and procedures, including but not limited to, diagnostic x-rays; the administration and/or injection of pharmaceutical products and medications; the drawing of and/or administration of blood or other derivatives, as is deemed necessary or advisable in my care.

I understand that the attending physicians managing or participating in my care may not be employees or agents of the Hospital. I also understand that the Hospital is only responsible for the care rendered by Hospital employees and/or agents.

I acknowledge that no guarantees or assurances have been made to me concerning the outcome of treatments or examinations in the Hospital.

I confirm that I have read and fully understand the above.

Patient/Authorized Person: _____
                                    Signature

                                    _____
                                    Print Name

(If Required)
Interpreter: _____        Relationship, if signed by
                    Signature                          person other than patient

_____
Print Name

                                    Witness: _____
                                                    Signature

                                    _____
                                    Print Name

                                    Date: _____

*The signature of the patient must be obtained unless the patient is an unemancipated minor under the age of 18, incompetent, or is otherwise incapacitated.

J00003 REV 9/06    | NOTE: THIS DOCUMENT MUST BE MADE PART OF THE PATIENT'S MEDICAL RECORD. |

JHMC 100

**JAMAICA HOSPITAL MEDICAL CENTER**

**Department of Psychiatry**
*Emergency Division*

## Nursing Assessment Form

| | |
|---|---|
| PT NAME: | SCHOOLCRAFT, ADRIAN |
| | 1298984    M    DOB: 06/21/1975    34Y |
| MR#: | ADM:11/01/2009  162B    130381874   99 |
| | ALDANA-BERNIER, LILIAN R PSYC |
| AGE: | SEX: |

Date: __10 / 1 / 09__ Time: __9 AM__ Catchment Area: _____

Informant: ☒ Patient  ☐ Family  ☐ Police ☒ Other: _Consultation Report._

Name of Informant: _____  Telephone #: _____

MODE OF ARRIVAL:

Walk in: ☐ Self  ☐ Family  ☐ Ambulance  ☒ Transfer  ☐ Court Remand

Police: _____ Badge #: _____ PCT: _____ Prisoner: ☐ Yes ☒ No

Handcuffs: ☐ Yes ☒ No  Other: _____

### HISTORY

Patient's Chief Complaint: _Denies_

Circumstances Leading to Admission: _BIB/NYPD ∵ client was deemed_
_to be paranoid & a danger to himself by his Police Lieuten_

### PREVIOUS PSYCHIATRIC HISTORY  ☐ YES  ☒ NO

Hospitalization(s) (where): _Denies_  When: _NA_

Current Psychiatric or Medical Conditions: _Denies_

Treatment and/or Medication: _Denies_

### MEDICAL HISTORY

Diabetes: ☐ Yes ☒ No   Hypertension: ☐ Yes ☒ No   Drug: ☐ Yes ☒ No

Cardiac: ☐ Yes ☐ No   Respiratory: ☐ Yes ☐ No   Alcohol: ☐ Yes ☒ No

Seizure Disorder: ☐ Yes ☒ No   Smoking: ☐ Yes ☐ No

If yes, Explain: _____

Skin Conditions - Contusions/Laceration: ☒ Yes ☐ No

Describe location, size, color, drainage, odor: _purple / black_

Scars/Rashes: ☐ Yes ☒ No

Describe location, size: _____

Allergies/Medication: ☐ Yes ☒ No _____

Food: ☐ Yes ☒ No _____

1

## PHYSICAL EXAM

Vital Signs:
T: 99.0   BP: 139/80
P: 115   HT: 6'3"
R: 18   WT: 101KG

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: 06/21/1975   34Y
ADM:11/01/2009  162B      130381874   99
ALDANA-BERNIER, LILIAN R PSYC

## PATIENT'S APPEARANCE

Appetite: _Good_

Sleeping Pattern: _fair_

## ATTITUDE/MOOD

- [X] Cooperative
- [ ] Uncooperative
- [ ] Anxious
- [ ] Panic
- [ ] Hostile
- [ ] Guarded
- [ ] Suspicious
- [ ] Angry
- [ ] Sad
- [ ] Tearful
- [ ] Elated
- [ ] Demanding
- [ ] Seductive

## SPEECH

- [X] Clear
- [ ] Normal Rate
- [ ] Slurred
- [ ] Slow
- [ ] Rapid
- [ ] Mute
- [ ] Loud
- [ ] Soft
- [ ] Shouting
- [X] Relevant
- [X] Spontaneous
- [ ] Incoherent
- [ ] Abusive/Cursing

Others: _____

## THOUGHT PROCESS

- [ ] Logical/Goal-Directed
- [ ] Blocking
- [ ] Rambling
- [ ] Evasive
- [ ] Oriented
- [X] Time
- [X] Place
- [X] Person

## CHECK ALL ANSWERS - If YES, Please describe

**Hallucinations:** [ ] Yes [X] No

**Delusions:** [X] Yes [ ] No
_paranoid / persecutory delusions._

**Paranoid Thoughts:** [X] Yes [ ] No
_feels that his supervisor has ill feelings towards him_

**Homicidal:**
Ideation: [ ] Yes [X] No

Gestures: [ ] Yes [X] No

Attempts: [ ] Yes [X] No

**Suicidal:**
Ideation: [ ] Yes [X] No

Gestures: [ ] Yes [X] No

Attempts: [ ] Yes [X] No

2

```
SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:11/01/2009  162B      130381874  99
ALDANA-BERNIER, LILIAN R PSYC
```

Pain Assessment Score: (From Triage Form): _____

Dentures      ☐ Yes  Upper:_____   Lower:_____ ☑No
Eyeglasses    ☐ Yes  ☑ No

**CONDITIONS THAT MAY PLACE A PATIENT AT GREATER RISK DURING RESTRAINT /SECLUSION**
Medical Conditions: _____ None _____
Physical Limitations: _____ None _____
Are you currently the victim of physical/sexual abuse?   ☐ Yes  ☑No
Were you at any time in the past the victim of physical or sexual abuse? ☐ Yes  ☑ No

**RISK ASSESSMENT FOR BEHAVIORAL DISCONTROL**
For Restraints/Seclusion: ☐ Yes  ☑ No  If yes, specify reasons: ☐ Combative/Violent
Behavior    ☐ Impulsive Behavior

**FOR RESTRAINT/SECLUSION ONLY**
Do you want your family/significant other to be notified?   ☐ Yes  ☑No
Family has agreed to be notified at the initiation of Restraint/Seclusion: ☐ Yes  ☑No
Family has agreed to be notified the following morning regarding a Restraint/Seclusion
which occurs after 9:00PM    ☐ Yes  ☑No

**PERTINENT FINDINGS**
_See Empower_

**NURSING PROBLEM(S) / DIAGNOSIS**
_See Empower_

**PLANNED NURSING INTERVENTIONS**
_See Empower_

☐ Discharged from Emergency Department   ☐ Admitted  ☑Other: _____
Transferred to :
11/1/09    9AM    B Woodruff    _signature_   RN
DATE       TIME   PRINT            SIGNATURE
                  3

JHMC 103



**JAMAICA HOSPITAL**
**MEDICAL CENTER**

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
162B   ALDANA-BERNIER, LILIAN R PSYC
ADM: 11/01/2009    130381874    99
NAME PLATE

HISTORY & PHYSICAL

Chief Complaint: They Brought Me hair        Duration:

Private MD?:                    Hx obtained from (If other than patient):

**Hx of Present Illness – Must include 4 or more of the following elements**

Location (Where is problem)      Severity (Scale 1 – 10)        Associated symptoms (Swelling, Redness)   Modifying factors (Feels better when…)
Duration (How long problem existed)   Timing (When it occurs, how long it lasts)   Context (Hurts when I…)      Quality of Pain (Sharp, Dull, Stabbing)

34 y/o Male Brought in By NYPD because they thought he was paranoid and poses a danger to to himself

**REVIEW OF SYSTEMS**

| Experienced/Experiencing signs or symptoms? | NO | A ROS is an inventory of ALL body systems obtained through a series of questions to identify signs and/or symptoms which the patient may be experiencing or has experienced. |
|---|---|---|
| Constitutional Symptoms (fever, wt. loss, etc.) | ☐ | |
| Eyes | ☐ | |
| Ears, Nose, Mouth, Throat | ☐ | |
| Cardiovascular | ☐ | |
| Respiratory | ☐ | |
| Gastrointestinal | ☐ | Denied |
| Genitourinary | ☐ | |
| Musculoskeletal | ☐ | |
| Skin and/or Breasts | ☐ | |
| Neurological | ☐ | |
| Psychiatric | ☐ | |
| Endocrine | ☐ | |
| Hematologic/Lymphatic | ☐ | |
| Allergic/Immunologic | ☐ | |

Horon
PRINT NAME                    SIGNATURE                    1/2/09    DATE    1 of 4

FO116  Item 1-672  Revised March '08

JHMC 104

**Prior Major Illnesses and Injuries:** ☐None

Denies

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:11/01/2009   162B    130381874    99
ALDANA-BERNIER, LILIAN R PSYC
NAME PLATE

**Surgical History:** ☐None

**Prior Hospitalizations:** ☐None

| Current Medications: (Dose, Frequency) ☐None | CODE | Current Medications - Continued: (Dose, Frequency) | CODE |
|---|---|---|---|
| Risperdal 0.5mg PO BID | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | C = Continue;  D = Discontinue;  CH = Change | |

**ALLERGIES (If yes include type of reaction)**
☐NO KNOWN ALLERGIES

**PERTINENT FAMILY HISTORY**

**Age appropriate immunization status:** Pneumococcal (Date:_____)  Influenza(Date:_____)  Other: _____

**SOCIAL HISTORY**
An age appropriate review of past and current activities

**Tobacco**    ☐None    ☐Quit - When:_____
☐Yes ⇨ Packs Per Day _____ X _____ years

**Alcohol**    ☐None    ☐Quit - When:_____
☐Yes⇨ Quantity/Frequency/Duration:_____

**Substance Abuse** ☐None    ☐Quit - When:_____
☐Yes ⇨ Drug:_____
Route:   ☐IV   ☐PO   Other (Specify):_____
Quantity/Frequency:

Travel History:
Marital Status: ☐Single  ☐Married  ☐Separated  ☐Divorced  ☐Widowed
Current Occupation & Hx:
Sexual History:
Level of Education:
· ADLs:
Living Arrangements:
Advance Directives: ☐No  If Yes Specify:
Signs of Abuse? ☐No  If Yes Specify:

PRINT NAME          SIGNATURE          DATE          2 of 4

JHMC 105

# MULTI-SYSTEM EXAMINATION
## MUST INCLUDE 9 OR MORE OF THE
### FOLLOWING ORGAN SYSTEMS

**Check "□N" if NORMAL or NEGATIVE,**
**otherwise Describe Significant or Abnormal Findings**

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: 06/21/1975   34Y
ADM:11/01/2009  162B   130381874  99
ALDANA-BERNIER, LILIAN R PSYC

NAME PLATE

| System | | |
|---|---|---|
| Constitutional | BP: 124/76  Pulse: 93  Temp: 99.2  Ht:   Wt:   Resp:   SpO2: | |
| | □N Appearance  *Well Appearing Mildly agitated* | |
| Eyes | □N Conjuct./Lids | |
| | □N Pupils/Irises | |
| ENT & Mouth | □N Ears | □N Nose |
| | □N Oropharynx | □N Dentition |
| Neck | □N Masses | □N Trachea | □N Carotids |
| | □N Thyroid | □N JVPs |
| Respiratory | □N Inspection | □N Percussion |
| | □N Palpation | □N Auscultation |
| Cardiovascular | □N Palpation | □N Heart Size | □N Thrills |
| | □N Auscultation  □N Murmurs | □N Rubs | □N Gallops |
| Extremities | □N Pulses | □N Edema |
| Chest - Breasts | □N Inspection | □N Masses |
| | □N Palpation | □N Discharge |
| Abdomen Gastrointestinal | □N Tenderness | □N Masses | □N Bowel Sounds |
| | □N Liver | □N Spleen |
| | □N Kidneys | □N Rectal Exam (Stool Guaiac) |
| Genitourinary Female | □N Pelvic (If Indicated) Cervix | □N Uterus | □N Adnexa |
| | □N Discharge | PAP smear (date) |
| Male | □N Prostate (If Indicated) | |
| Skin | □N Inspection | □N Rash |
| | □N Palpation | □N Lesions |
| Lymphatic | □N Neck | □N Axillae |
| | □N Groin | Other: |
| Musculoskeletal | □N R.O.M. | □N Nails |
| | □N Gait | |
| Psychiatric | □N Judgment | □N Mood & Affect: |
| | Mental Status  A&O X 3 | |
| Neurologic | □N DTRs (e.g. Babinski) | □N Cranial Nerves |
| | □N Sensory | □N Motor |

PRINT NAME   Heson
SIGNATURE
DATE  11/2/09

3 of 4

JHMC 106

| LAB, X-RAY & EKG RESULTS | WBC: 12.3 *8.6 | RBC: | | | | SCHOOLCRAFT, ADRIAN |
|---|---|---|---|---|---|---|
| Hemoglobin: 14.8 | Hematocrit: 44 | MCV: 87.6 | Platelets: 251 | | | 1298984    M    DOB: 06/21/1975        34Y |
| Diff. - Neutro: | Lymph: | Mono: | Eosin: | Baso: | | 162B   ALDANA-BERNIER, LILIAN R PSYC |
| | | | | | | ADM: 11/01/2009        130381874        99 |

| Glucose: 94 | Urea Nitrogen: 14 | Creatinine: 1 | Sodium: 138 | Potassium: 4.0 | Chloride: 104 | CO₂: 24 | Calcium: 9.4 |
|---|---|---|---|---|---|---|---|
| Total Protein: 8.2 | Albumin: 4.7 | Bilirubin: 0.6 | Alk Phos 57 | AST: 46 | ALT: 57 | Anion Gap: | U/A: |

| INR: | PT: | PTT: | ABG–pH: | CO₂: | O₂: | HCO₃: | HCG: ☐Pos ☐Neg |
|---|---|---|---|---|---|---|---|
| Other: Lip 55 , Amy – 44    RPR neg | | | | | | | |
| EKG: | | | | | | | |

CXR:

CT Scan: Head CT – Normal

FINDINGS:    – Well Male
                    – First psych. incident

DIAGNOSIS:

THERAPEUTIC PLAN:    – Continue Current psych Treat.
                                   – Patient is medically cleared to
                                   be admitted to psych. Floor.

| Resident (PRINT) Horon | SIGNATURE (Horon) | BEEPER 12953 | DATE 11/2/09 | TIME 10 |
|---|---|---|---|---|

ATTENDING'S IMPRESSION:    ☐ I saw and evaluated the patient.    ☐ I reviewed the resident's findings.

RELEVANT HPI:

RELEVANT PHYSICAL EXAM:

DIAGNOSIS/PLAN: ☐ I agree with the resident's note above

| ATTENDING (PRINT) | SIGNATURE | BEEPER | DATE | TIME |
|---|---|---|---|---|

4 of 4

JHMC 107





**JAMAICA HOSPITAL MEDICAL CENTER**
8900 VAN WYCK EXPWY.
JAMAICA, N.Y. 11418

## PROGRESS NOTES

SCHOOLCRAFT, ADRIAN
1298984 M DOB: 06/21/1975 34Y
ADM:11/01/2009 162B 130381874 99
ALDANA-BERNIER, LILIAN R PSYC

| Date | Start | Start PIN and all |
| --- | --- | --- |

SCHOOLCRAFT, ADRIAN
1298984 M DOB: 06/21/1975 34Y
ADM:11/01/2009 162B 130381874 99
ALDANA-BERNIER, LILIAN R PSYC

11/2/09 - left wrist

SCHOOLCRAFT, ADRIAN
1298984 M DOB: 06/21/1975 34Y
ADM:11/01/2009 162B 130381874 99
ALDANA-BERNIER, LILIAN R PSYC

11/2/09 Right Arm
Rt reddened anterior

SCHOOLCRAFT, ADRIAN
1298984 M DOB: 06/21/1975 34Y
ADM:11/01/2009 162B 130381874 99
ALDANA-BERNIER, LILIAN R PSYC

Lt wrist Reddened area
posterior + anterior

SCHOOLCRAFT, ADRIAN
1298984 M DOB: 06/21/1975 34Y
ADM:11/01/2009 162B 130381874 99
ALDANA-BERNIER, LILIAN R PSYC

Left arm bruise

SEQ 024 F0127

**JAMAICA HOSPITAL
MEDICAL CENTER**
JAMAICA, N.Y. 11418

**PROGRESS NOTES**

SCHOOLCRAFT, ADRIAN
1298984      M      DOB: 06/21/1975      34Y
ADM:11/01/2009   162B
         130381874   99
ALDANA-BERNIER, LILIAN R PSYC

| Date & Time | Start MD Notes Here | Start RN and all Other Notes Here |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



**JAMAICA HOSPITAL
MEDICAL CENTER**
Department of Psychiatry
Inpatient Division

SCHOOLCRAFT, ADRIAN
M/R: **1298984**       PT#: **130381874**
DOB: **06/21/1975**  34Y  M       F/C: 19   S
ADM: 11/03/2009 15:00   03MH9HAL 01
HOVANESIAN, SHUSHAN

## PSYCHOSOCIAL ASSESSMENT

**DEMOGRAPHICS**

Age: 34  Sex: M  Marital Status: S  Race: Caucasian Religion: unknown

Address: 82-60 88th Pl. Ridgewood, N.Y. 11385

Telephone: (718) 570-6224 Country Of Birth: U.S.

Education: Some college Language: English  Occupation: police officer

Social Security #: 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 Income Source employed

Insurance: Aetna / US Healthcare Number: BBM6PBBA

Veteran's Benefits: yes          Immigration Information citizen

Problems Precipitant To Current Admission: Pt. was BIB EMS/NYPD after his colleagues and supervisor at the NYPD became concerned about his behavior.

Past Psychiatric History/Hospitalization: No known hx.

Outpatient Treatment (name & telephone #) None.

Outpatient Therapist (contact, date & time) None.

(page 1)

SCHOOLCRAFT, ADRIAN
M/R: **1298984**          PT#: **130381874**
DOB: **06/21/1975** 34Y  M        F/C: 19    S
ADM:11/03/2009 15:00   03MH 9HAL 01
HOVANESIAN, SHUSHAN

**Family Psychiatric History:** None – pt/family deny.

**Substance Abuse History/Treatment:** None known

**History Of Violence:** None.

**History Of Abuse:** Pt. denies any Hx.

**ACS Involvement/Worker & Telephone:** No ACS involvement.

**PSA Involvement/Worker & Telephone:** No PSA involvement.

**Work History:** Pt has been a NYC Police Officer for the past 7 yrs. and worked for Motorola before that. He was in the Navy.

**Legal History:** None.

**Living Situation:** Pt lives alone in an apt in Glendale.

**Developmental History:** Pt was born and raised in Texas. Completed H.S. went to join the Navy, where he served 4 yrs. Pt then went to college, went to work for Motorola and then moved to N.Y. and joined the NYPD. Never married, no children.

( page 2 )

JHMC 111

SCHOOLCRAFT, ADRIAN
M/R: **1298984**          PT#: **130381874**
DOB: **06/21/1975** 34Y  M      F/C: 19   S
ADM: 11/03/2009 15:00   03MH9HAL 01
HOVANESIAN, SHUSHAN

**Name Of Person Living With Or Involved With Patient**

**Name**          **Relationship**          **Telephone #**

Larry Schoolcraft    Father    (646) 957-2486

**Support System/Relationship History:** Pt's father is supportive.

**Is Religion A Source Of Strength For Patient?** NO

**Does Patient Wish To See A Clergy?**   Yes____   No____
**If Yes, Date And To Whom Referral Was Made** _____

**Recent Level Of Functioning** Pt came to the PER@ of our hospital by EMS/NYPD after his colleagues and supervisor became concerned about his behavior. **Strengths:** Domiciled, Employed, Insured, supportive father.

**Weaknesses:** _____

**Assessment:** Pt. is a 34 year old Caucasian male c̄ no known psych. hx. who was BIB EMS and NYPD after his colleagues and supervisors became concerned about his behavior. Pt. is a 7-yr. officer @ the NYPD and believes that he knows of a "cover-up" that is going on within the dept. He lives alone, but has a supportive father. During the interview pt. was calm, pleasant and cooperative. He denied any psych. symptoms, SI/HI or A/V/other hallucinations.

(page 3)

JHMC 112

SCHOOLCRAFT, ADRIAN
M/R: **1298984**          PT#: **130381874**
DOB: **06/21/1975** 34Y M      F/C: 19   S
ADM: 11/03/2009 15:00   03MH9HAL 01
HOVANESIAN, SHUSHAN

**Short Term Goals:** Pt. will be ready for d/c.

**Long Term Goals:** Pt. will remain stable in the community.

**Initial Discharge Plan:** Pt. will return home.

**Patient Participation/Agreement With Plan:** Pt. feels that he is not in need of a psychiatric admission at this time, but wants to go home.

**Family/Significant Other Contact Person:**
**Name:**
**Address:** (see pg 3)
**Telephone #:**

**Is Above Person Willing To Be Involved In Treatment And Discharge Planning?**
**Yes** ✓   **NO** _____

**Additional Information:** None @ present.

Date: 11/4/09

Print Name: Christine McMahon, LMSW

Signature: Christine McMahon

Title: LMSW

(page 4)

JHMC 113

 **DEPARTMENT OF PSYCHIATRY**

SCHOOLCRAFT, ADRIAN
1298984      M      DOB: 06/21/1975
ADM:11/01/2009   162B                 34Y
ALDANA-BERNIER, LILIAN R PSYC   130381874   99

## MEDICATION RECONCILIATION FORM

*LIST ALL MEDICATIONS (PSYCHOTROPIC, NON-PSYCHOTROPIC, OVER-THE-COUNTER, OTHER).*

| CURRENT MEDICATION | DOSE | FREQUENCY | CODE |
|---|---|---|---|
| None – | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| CODE: | C=CONTINUE | D=DISCONTINUE | H=CHANGE |
|---|---|---|---|

Khwaja Khusro Tariq, MD
DEA #AT0798061-736

Reconciliation on Admission to Emergency Department
*Signature of ER Physician:*   _Khusro Tariq_

Reconciliation on Admission to Inpatient Unit
*Signature of Inpatient Physician:*

C:\Documents and Settings\Default User\Desktop\WORK\FORMS\Medication Reconciliation.doc

JHMC 114

Revised (10/97) (1/03) (1/04)



**JAMAICA HOSPITAL MEDICAL CENTER**

PSYCHIATRIC EVALUATION

☑ ER   ☐ INPATIENT   ☐ CLINIC

DATE: 11/1/09        TIME: 12 P.M.

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:11/01/2009  162B      130381874   99
ALDANA-BERNIER, LILIAN R PSYC

---

**IDENTIFYING DATA:**

| Age: 34 | Sex: M | Sexual Orientation: | Race: Caucasian |
|---|---|---|---|
| Marital Status: S | | Religion: | Legal Status: |

**ALERTS:** (List risk factors including danger to self/others, CPL status, physical health conditions/needs, allergies.)

Source of Information:        Patient        Tel:

Tel:

**CHIEF COMPLAINTS:** (By patient and/or others)  "They just came into my place and handcuffed me". As per accompanying NYPD officers (Sgt James on per ER consult) he has been acting bizarre.

**HISTORY OF PRESENT ILLNESS:** (Functioning before onset, precipitating factors, interventions tried.)

The patient states that he has been reporting irregularities at work to Internal Affairs for over a year. He states that his supervisors, including his immediate supervisor, the Deputy Inspector at 81st Precinct, have been under-reporting crime stats to earn more merit, get promotion and 'make a rate'. He reports having documented proof. He states that his supervisor became aware of this which is why he is being persecuted like this. He states that he was in bed last night when his landlord let NYPD officers in who 'assaulted' him, including bending his arms, 'stamping lightly' on his face and causing many bruises (bruises are visible on both arms). As per ER consult done earlier today, the accompanying NYPD officer, Sergeant James

contd. overleaf →

1

JHMC 115

of the 81st Precinct, the patient became agitated and verbally abusive towards his supervisor. He then left and concerned about his condition, several officers followed him home. He barricaded himself in his room and refused to come out

so the door had to be broken down. He initially agreed to go with them but once outside he made a run for it and had to be chased and handcuffed. In the medical ER the patient was agitated, verbally abusive and told the treating M.D. that "they are all against me".

Patient denies any recent suicidal or homicidal thoughts. He states he has bout of anxiety and depression over what has been happening but denies persisting depressive symptoms. No recent manic symptoms elicited. No hallucinations elicited. Denies any recent substance use.

COURSE OF TREATMENT

| | |
|---|---|
| **LAB(S) ORDERED:** | *CBC CMP UA Urea TSH THC Mg* |
| | |
| **ABNORMAL VALUES:** | *none* |
| | |
| **MEDICATION GIVEN and RESPONSE:** | |
| | *No meds* |
| | |
| | |
| **SIDE EFFECTS/ADVERSE DRUG REACTIONS:** | |
| | |

**UNIT PARTICIPATION IN:**

a) Individual Sessions:  1  2  ③  4  5
b) Group Therapy:  1  2  ③  4  5
c) Creative Arts Therapy:  1  2  ③  4  5
d) Leisure Activities:  1  2  ③  4  5

| | |
|---|---|
| **FAMILY INVOLVEMENT:** | *father support* |
| | |
| **CONDITION UPON DISCHARGE** (Brief Mental Status) | |
| | *well stable* |
| | |
| | |
| **MEDICATION(S):** | |
| | *No meds* |
| | Supplied fc____  d___ |
| **FOLLOW-UP APPOINTMENT:** | *telemente & un ___ ___* |
| **FUTURE RESIDENCE:** | *home* |
| **Name:** Isak Isakov M.D.    **Signature:** | **Date:** 11/6/09 |

LI62226352D5A720419B

SCHOOLCRAFT, ADRIAN
**1298984**    M    DOB: **06/21/1975**    34Y
ADM: **11/01/2009**  162B
ALDANA-BERNIER, LILIAN R PSYC   **130381874**   99

PAST PSYCHIATRIC HISTORY:

First psychiatric symptoms: One year ago he was evaluated by an NYPD psychologist for 'anxiety'. She recommend 'reading two books'.

Hospitalizations:   none ___✓___   yes ___

Suicide attempts: ___ yes   no ✓

Violence: ___ yes   no ✓

Past medication and response: Denies any past medication use.

Adverse drug reaction:   none ___✓___   yes ___

| Last O.P.D. Visit: | Therapist: N/A | Tel. No.: N/A |
|---|---|---|
| Previous Provider contacted | Yes ☐   No ☐   (Explain) | N/A |

DRUG and ALCOHOL HISTORY (Previous treatments and outcome.)

Denies any history of alcohol or other drug abuse.

2

JHMC 118

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:11/01/2009  162B
ALDANA-BERNIER, LILIAN R PSYC    130381874    99

MEDICAL HISTORY: (Include allergies and medications.) Denies any significant history of medical problems.

FAMILY HISTORY OF MENTAL ILLNESS: Denies.

BRIEF PSYCHOSOCIAL HISTORY: Born in Queens. Raised by biological parents. Single, lives alone. Mother died in 2003 after a protracted malignancy. Has two siblings. Has been working as an NYPD officer for over seven years. His gun was taken from him a year ago after he failed a psychological evaluation.

CURRENT LIVING CONDITION AND SUPPORT SYSTEM: Lives alone in a private apartment. Father is supportive but lives upstate. No close friends.

3

JHMC 119

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
162B  ALDANA-BERNIER, LILIAN R PSYC
ADM: 11/01/2009    **130381874**    99

**MENTAL STATUS:**

**Appearance and Attitude:** Cooperative at this time.

**Psychomotor Motor Activity:** Normal

**Mood and Affect:** stated mood 'angry' affect constricted.

**Speech and thought process:** Speech regular rythm and moderate volume.

**Thought content:** (preoccupations, delusions. Give verbatim examples.)

Patient has paranoid and persecutory delusion —
he believes he is being persecuted for pursuing his
superiors' irregularities and corruption.

| Suicidal Ideation: ___ yes ___ no | Homicidal Ideation: ___ yes ___ no |
|---|---|

**Hallucinations:** ___ yes ___ no

**ORIENTATION:** (time, place, person, situation.)  A₊ × 3.

**MEMORY:** (immediate, recent, remote.)  Intact.

**ATTENTION AND CONCENTRATION:** (Serial sevens):  Intact

**ABSTRACTION:** (Proverbs, similarities.)  Intact.

**ESTIMATE OF INTELLECTUAL FUNCTIONING:**  Average

**INSIGHT and JUDGEMENT:**  Poor insight and judgment.

4

JHMC 120

SCHOOLCRAFT, ADRIAN
1298984     M     DOB: 06/21/1975     34Y
ADM:11/01/2009   162B          130381874      99
ALDANA-BERNIER, LILIAN R PSYC

**M.M.S.E SCORE:** N/A

**BARS SCORE:** ①   2   3   4   5   6   7

**ABNORMAL MOVEMENTS:** ☐ YES ☐ NO (If "Yes" please fill out AIMS Form.

**DIAGNOSIS:**

**AXIS I:** Psychosis Nos
R/o Schizophrenia, Paranoid Type

**AXIS II:** deferred

**AXIS III:** Abdominal pain, NOS

**AXIS IV:** Conflicts at work, dirty firearm taken away a year ago.

**AXIS V: Current:** 30     **Highest in past 12 months:** 45

**PROGNOSIS:** Guarded

**INITIAL TREATMENT PLAN:**

**PROBLEM # 1:** Paranoid delusions

**OBJECTIVE:** Reduce / eliminate delusion

**PLAN: [Indicate medication, if any]:**

**PROBLEM # 2:**

**OBJECTIVE:**

**PLAN: [Indicate medication, if any]:**

**DISPOSITION:** Hold and Stabilize

**Psychiatrist's Name:** Khwaja Khusro Tariq, MD   DEA #AT0798061-736     **Signature:** Khusro Tariq

5

JHMC 121



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418 • 718-206-6000

**MEDICATION RECORD**

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM: 11/01/2009  162B      130381874   99
ALDANA-BERNIER, LILIAN R PSYC

258 B

| DIAGNOSIS | Psychosis Nos |
|---|---|

| ALLERGIES | NKDA |
|---|---|

| ORDER DATE | INT | EXP DATE | MEDICATION-DOSE-FREQ-ROUTE | HR | DATES GIVEN 11/02 | 11/3 | 11/4 | 11/5 | 11/6 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/2/09 | OLB JM | 11/17 | Risperdal 0.5mg  po  BID | 9A 5P | X | ᵭ | ᵭ | ᵭ | ᵭ | | | |
| | | | | | | ᵭ | ᵭ | ᵭ | ᵭ | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

95-FORM 120

JHMC 122



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway, Jamaica, NY 11418 • 718-206-6000

### MEDICATION RECORD

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:11/01/2009  162B    130381874  99
ALDANA-BERNIER, LILIAN R PSYC

PRN MEDICATIONS CHART VERTICALLY NEXT TO THE MEDICATION
DATE TIME INITIALS FOR EACH DOSE GIVEN

| ORDER DATE | EXP. DATE | MEDICATION; DOSAGE; FREQUENCY; ROUTE | | DOSES GIVEN |
|---|---|---|---|---|
| 11/1/09 | 11/10 | Haldol 5 mg IM Q6hrs prn for agitation | Date / Time / Init. | |
| 11/1/09 | 11/7 | Ativan 2 mg IM Q6hrs prn for agitation | Date / Time / Init. | |
| | | | Date / Time / Init. | |
| | | | Date / Time | |

### STAT, SINGLE ORDERS - PRE-OPERATIVES

| ORDER DATE | MEDICATION DOSAGE ROUTE | TO BE GIVEN DATE | TIME | NURSE INITIAL | ORDER DATE | MEDICATION DOSAGE ROUTE | TO BE GIVEN DATE | TIME | NURSE INITIAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

### OMITTED / HELD MEDICATIONS

| DATE | TIME | MEDICATIONS OMITTED / HELD | INITIALS | REASON FOR OMISSION |
|---|---|---|---|---|
| 10/2 | 5p | Risperdal 0.5 at rp | | pt refused MD notified |
| 11/3 | 9a | Risperdal 0.5 mg | | pt refused |
| 11/3 | 5p | Risperdal 0.5 mg | | pt refused |
| 11/4 | 9a | Risperdal 0.5 mg PO | | Pt refused |
| 11/5 | 9a | Risperdal 0.5 mg PO Am | ACB | pt Refused |

| INITIALS | FULL SIGNATURE | TITLE | INITIALS | FULL SIGNATURE | TITLE |
|---|---|---|---|---|---|
| | | RN | | | |
| TM | Maria | RN | | | |
| MB | Maria Barnter | RN | | | |
| | | | | | |

JHMC 123



Jamaica Hospital Medical Center
PATIENT/FAMILY TEACHING RECORD
Multidisciplinary Inpatient Adults

SCHOOLCRAFT, ADRIAN
1238984   M   DOB: 06/21/1975   34Y
ADM 11/01/2009   162B   130281874   99
ALDANA-BERNIER, LILIAN R PSYC

Factors/barriers that may influence patient's ability, needs and readiness for learning
☐ None
☐ Culture
☐ Language barriers
☐ Motivation
☐ Hearing/vision/speaking impairment
☐ Cognitive/physical limitation
☐ Psychological/emotional factors
☐ Religious/spiritual practices

Person involved in teaching: ☐ Patient ☐ Patient & family ☐ Significant other ☐ Family & caregiver

| Topic | | Date Initialed / Initial | Patient/parent/caregiver will verbalize/demonstrate understanding of: | Teaching Method | Evaluation | Date | Initial | Evaluation | Education material provided |
|---|---|---|---|---|---|---|---|---|---|
| General Patient Education | | | Reason for admission | | | | | | |
| | | | Hospital & unit policy/Routine | | | | | | ☐ Handout/pamphlet |
| | | | Patient rights & responsibilities | | | | | | |
| | | | Advance directives | | | | | | |
| | | | Pain management | | | | | | |
| | | | Hospital resources available to patient | | | | | | |
| | | | Hygiene & grooming | | | | | | |
| | | | Safety | | | | | | |
| | | | Religious/Spiritual services avail. | | | | | | |
| Special Procedure/ Diagnostic Test | | | | | | | | | ☐ Handout/pamphlet |
| Medical Equipment | | | | | | | | | ☐ Handout/pamphlet ☐ Glucometer & Diabetic kit ☐ Asthma kit ☐ Handout/pamphlet |
| Health Information | | | Mammogram/Breast self exam | | | | | | |
| | | | PAP Test | | | | | | |
| | | | Prostate screening/testicular self exam | | | | | | |
| | | | Smoking cessation | | | | | | |
| | | | Pneumonia/Flu Vaccine | | | | | | |

| Initial | Signature | Title | Initial | Signature | Title |
|---|---|---|---|---|---|

22815-FORM 129

JHMC 124



**Jamaica Hospital Medical Center**
PATIENT/FAMILY TEACHING RECORD
<u>Multidisciplinary – Inpatient Adults</u>

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:11/01/2009  162B    130381874    99
ALDANA-BERNIER, LILIAN R PSYC

| Topics | Date Initiated/ Initial | Patient/family/caregiver will verbalize/demonstrate understanding of | Teaching Method | Evaluation | Reinforced | | | Education material provided |
|---|---|---|---|---|---|---|---|---|
| | | | | | Date | Initial | Evaluation | |
| **Disease/ Condition** | | | | | | | | ☐ Handout/ pamphlet |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Medications** | | Food/Drug Interaction (Dilantin, Coumadin, Tetracycline, Glucotrol, MAO):Drug/drug Interaction | | | | | | ☐ Handout/ pamphlet |
| | | Effects and side effects of | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Diet/Nutrition** | | NPO | | | | | | ☐ Handout/ pamphlet |
| | | Regular diet | | | | | | |
| | | Low Sodium diet | | | | | | |
| | | Diabetic diet | | | | | | |
| | | Fluid restriction | | | | | | |
| | | Renal Diet | | | | | | |
| | | Dysphagia diet | | | | | | |
| | | | | | | | | |
| **Rehab/ Activity** | | Use of Creative Arts Therapy for Affect Identification Emotional Regulation and coping skill development | 11/6/09 | 2 | 2 | | G.F | N/A | ☐ Handout/ pamphlet |
| **Other** | | Pressure Ulcer Care/Skin care | | | | | | ☐ Handout/ pamphlet |
| | | CHF: Monitoring of weight at home | | | | | | |
| | | Infection Control | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Resources** | | | | | | | | ☐ Handout/ pamphlet |
| | | | | | | | | |
| | | | | | | | | |

**Evaluation:**
A. Identifies key points
B. Verbalizes understanding
C. Returns demonstration
D. Performs skill independently
E. Applies knowledge
F. No evidence of learning
G. Medication Effectiveness
* See progress notes

**Teaching Methods:**
1. Explanation
2. Demonstration
3. Role play
4. Audiovisual
5. Handout
6. Group discussion

JHMC 125

222246546+846546464646464646464646546454646546544646546546465465464646546465465446+8465464646546+84646546546465465465465465454646465465465465465465465446465465465465465465465465465465465465465464646465465465+84646546465465465465465465465465465465465465465465465+8465465465465+8465465465465465465+846546546546546546+846546546546546+8465465465465



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 VAN WYCK EXPWY.
JAMAICA N.Y. 11418

**PROGRESS NOTES**

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: 06/21/1975   34Y
162B  ALDANA-BERNIER, LILIAN R PSYC
ADM: 11/01/2009   130381874   99

| Date & Time | Start MD Notes Here | Start RN and all Other Notes Here |
|---|---|---|

11/02/09  PGY 2 note
2:15 PM

Pt seen and examined today. Pt. remains calm, withdrawn but not violent or aggressive. Pt. is guarded and not cooperative. Pt. keeps saying that he doesn't know why they came to his room and forced him to go to hospital. Pt. doesn't know why he can not carry the gun saying that "they ( his supervisor ) did it to him" but he said "I don't know". Will discuss P/w Dr. Bellachese. S/p Admit

Renata
RENATA DUDZICZ-SLOWIK, MD
PSYCHIATRIC RESIDENT

11/2/09  3:10 Patient is still complaining of pain in area Rt wrist, states was numb for 2 hours yesterday. Bruise noted in t inner aspect of arm + minimal area of bruise inner aspect Rt arm. Both wrists with red marks. Believe this is a set up, + would like a lawyer. Internal affairs involved, left + returned w t he agreed. Made aware he was going upstairs, but wanted to go home. Agree c Mona

SEQ 624 F0127

LILIAN ALDANA-BERNIER, M.D.
ATTENDING PSYCHIATRIST



**JAMAICA HOSPITAL MEDICAL CENTER**

8900 VAN WYCK EXPRESSWAY, JAMAICA, N.Y. 11418

**PROGRESS NOTE**

SCHOOLCRAFT, ADRIAN
M/R: **1298984**       PT#: **130381874**
DOB: **06/21/1975** 34Y  M      F/C: 19   S
ADM: 11/03/2009 15:00   03MH9HAL 01
HOVANESIAN, SHUSHAN

## Case Management Initial Assessment Note

**Summary of Admitting Problems:**

34 y/o single w/ a B13N9P0 u/o s/p pre int, n handcuffed to mel 2° c/o BP on NY6N1X. abdominal pain, toon feecel cutie bizarre. pergno, u about his supervisor, disfumated.

**Support System:** "towards his supervisor. left work place & barricaded himself in his room can away from

Name: _____ Relationship: _____ Phone #: _____ his home.

Name: Larry Schoolcraft  Relationship: father  Phone #: 646-957-2486  police had

Name: _____ Relationship: _____ Phone #: _____ to chase him

**Functional ADLs:** independent ADLs. & handcuffed on him

**Prior to Admission:** independent ADLs

**At Present:** independent ADLs

**Communication:**

Language Spoken: English        Interpreter Needed: ☐ Yes ☑ No

Hearing Loss: ☐ Yes ☑ No

**Financial Resources:**

Insurance Coverage: Aetna (ms health care)   Policy #: B13M6PBPA

Additional Resources: Initial Review provided to Dana via Aetna @ 1-800-424-4047). The case ~ authorized iA# 0866542000000. The case is certified

**Health Care Prior to Admission:** from 11/3/09 through 11/6/09. Next Review will be on the 6th Day of

Home Care: ☐ Yes ☑ No

Name of Agency: _____ Number of Days/Week: ___ Hours/Day: ___
Aetna GP 1-800-925-0208 #5902 6. The case will be

SNF: ☐ Yes ☑ No

Name of SNF: _____ Does patient want to return: ☐ Yes ☑ No

Is there a need for a skilled nursing facility or home health care: ☐ Yes ☑ No  followed

Case Manager: Sushon RN  Date/Time: 11/3/09   JHMC 128



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 VAN WYCK EXPWY.
JAMAICA, N.Y. 11418

**PROGRESS NOTES**

2 9 8 9 8 4

SCHOOLCRAFT, ADRIAN        PT#:130381874
M/R: **1298984**                              F/C: 19  S
DOB:  06/21/1975  34Y  M
ADM:11/03/2009 15:00   03MH9HAL 01
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here ← | Start RN and all Other Notes Here ← |
|---|---|---|
| 11/3/09 | | Focus: Admission Assessment. Data: 34 y.o. C, M. Dx Psychosis NOS, transfered from MER → PER p Tx for Abd discomfort after taking Nyquil. Police officer who had an argument with his s/visors. Went home and barracaded himself in his apt. Inspicious, guarded and paranoid his s/visors are after him. Failed his Psych Assessment for NYPD. Action: Orientated to the unit. Assessed for pain or discomfort. Answered questions regarding hospital Response: Calm Co-operative. Denies AVH or S/I. Reports he should not be hospitalized. Denies c/o pain or discomfort. Asking to vote today. Will inform MD. Theresa Bandaypri |
| 11/3/09 4:35 pm | | Social Work Admission Note Met c̄ pt. this afternoon for initial psychosocial assessment. Pt. is a 34 year old Caucasian Male c̄ no known psych. hx who was BIB NYPD to the MER after his precinct (81st |



**JAMAICA HOSPITAL MEDICAL CENTER**
JAMAICA, N.Y. 11418

**PROGRESS NOTES**

SCHOOLCRAFT, ADRIAN
M/R: 1298984
DOB: 06/21/1975  34Y  M      PT#: 130381874
ADM: 11/03/2009 15:00  03MH 9HAL 01     F/C: 19  S
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here | Start RN and all Other Notes Here |
|---|---|---|
| 11/3/09 4:35 p.m. | | Social Work Admission Note: Pct. in Brooklyn apparently contacted EMS re concerns about his behavior. Pt. is a police officer for the past 7 years c NYPD. He is insured and lives on his own in apt in Queens. He reports that his father, who lives upstate is his only family here. He was calm and cooperative during the interview – pleasant and appropriate. He denies having dual psych. hx. No psych. problems and believes that he is not here for right reasons – that now that the NYPD has come to know that he knows about their cover-up they are trying to stem error say that he has a mental illness. Pt. no longer has access to his gun and reports that he was placed |



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 VAN WYCK EXPWY.
JAMAICA, N.Y. 11418

**PROGRESS NOTES**

SCHOOLCRAFT, ADRIAN
M/R: **1298984**     PT#: **130381874**
DOB: 06/21/1975  34Y  M     F/C: 19   S
ADM:11/03/2009 15:00   03MH9HAL 01
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here ← | Start RN and all Other Notes Here ← |
|---|---|---|
| 11/3/9 4:35 pm. | | Social work Admission Note: on "Admin" duty for past 6 mos. When asked what he will do if he has lost his job, he says he plans to return to Texas, his home state, and start over there. Pt. denied feeling depressed, denied any anxiety or manic sx, denied S.I. H.I or A/V/other hallucinations @ present. SW contacted pt.'s father Larry Schoolcraft (646) 957-2486 who reports that pt. has no psych. Hx and he believes his son 100 %. father said he will be coming to meet T the tx. team tomorrow. Christine McMahon LMSW |
| | | Christine McMahon, LMSW Psychiatric Social Worker |



**JAMAICA HOSPITAL
MEDICAL CENTER**
JAMAICA, N.Y. 11418

SCHOOLCRAFT, ADRIAN
M/R: **1298984**
DOB: **06/21/1975** 34Y  M      PT#: **130381874**
ADM:11/03/2009 15:00   03MH9HAL 01      F/C: 19    S
HOVANESIAN, SHUSHAN

**PROGRESS NOTES**

| Date & Time | Start MD Notes Here ← | Start RN and all Other Notes Here ← |
|---|---|---|
| 11/3/09 9:50 Pm | | Focus: Altered Thought Process. Data: Patient is visible on the unit, he is guarded, suspicious and socially withdrawn. Pt. refused ordered medication, he denies SI/HI or hallucination Action: Monitored Pt's. behavioral pattern, encouraged verbalization of thoughts and feelings and provided positive feedback. Re-enforced the importance of medication compliance, attended to Pt's. needs and maintained a safe, structured environment. Response: Pt. remains guarded, he verbalizes his needs appropriately. Will continue to monitor behavior ───── J Senior RN. |
| 11/4/09 6:05A | ſu | Altered thought process. S- Pt was in bed already asleep at shift change, she has slept since that time, in no visible acute distress. A- Monitored through the night for any mood behavior change, sleep pattern, offer support as needed encourage verbalization of thoughts honest feelings provided structured therapeutic environment continued reality testing, ensure safety. R- Pt is in bed still asleep at time of reporting will continue to monitor. ── J Phillips LPN |



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway  Jamaica, NY 11418

**PROGRESS NOTES**

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: 06/21/1975   34Y   F/C: 19   S
ADM: 11/03/2009 15:00   03MH 9HAL 01   130381874
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here | Start RN and all Other Notes Here |
|---|---|---|
| 11/4/09 2pm | Psychiatric admission note | |

Pt is a 34 y.o. w. single male Police officer without past psychiatric history not on any psychotropic meds. No current or previous history of drug or alcohol abuse. He stated that he is working in police department for ≈ 6 years and from the beginning of his career he was not "happy" with "how the precinct was "run" and noticing multiple complaints that was not "addressed". Insisted he was "declared" emotionally "unstable" and his gun was taken away from him ≈ 6 mos ago after psychiatric evaluation by police psychiatrist. Since then he started to collect the "evidence" to "prove his point" and became suspicious that "they are after him". On the day of admission he used verbal altercation with one of the officers who was "threatening" him and he left his job before his shift was over with excuse that he is not feeling well.

FORM NO. J00004
JHMC 133



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

**PROGRESS NOTES**

SCHOOLCRAFT, ADRIAN
1298984    M  DOB: 06/21/1975    34Y   F/C: 19   S
ADM: 11/03/2009 15:00    03MH 9HAL 01  130381874
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here ← | Start RN and all Other Notes Here ← |
|---|---|---|

(Cont)
11/4/09
2 pm

He came home took "Nightsquil" and fell asleep. He was woken up by police officers in his b/rooms and did agreed to come with them to precinct after he refused to go voluntary and complain on stomach pain and B/A pt was hand cuffed and brought to ER of JHMC by EMS. He was evaluated by ER attendos and psychiatrist and after medical cleared transferred to Y ER with ? Psychosis NOS admitted to Y3 on 11/3/09 for further evaluation

On evaluation today pt anxious, suspicious, guarded, demanding to be Dc and restless. He denied SI/HI denied VH/AH Expressing ? paranoid quality ideas about corruption and cover ups in precinct Cognition and memory intact SI and HI limited

Dx Psychosis NOS

R/o Adjustment Dis. D
anxiety

Will obtain collateral
information

K Isakov M.D.
00352DEA7204198

FORM NO. J00004

JHMC 134



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

**PROGRESS NOTES**

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: 06/21/1975   34Y   F/C: 19   S
ADM: 11/03/2009 15:00   03MH 9HAL 01   130381874
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here | Start RN and all Other Notes Here |
|---|---|---|
| 11/4/09 11 AM | | Focus: Alt thought Process |
| | | Data: Observed pt in his room lying across |
| | | his bed writing. Pt keeps mostly to himself |
| | | minimal interaction with staff or peers. |
| | | Refused morning medication of Risperdal |
| | | 0.5mg. Continues to be be guarded & |
| | | Suspicious. Denies s/u H or s/I. |
| | | Action: Maintained in a calm safe |
| | | and therapeutic environment. Encouraged |
| | | pt to attend unit groups and activities. |
| | | Assessed for concerns |
| | | Response: Refuses group. No elaboration |
| | | on why. Withdrawn guarded. Will |
| | | Continue to monitor. Theresa Sunbyan |
| 11/4/09 10:00 Pm | | F: Altered Thought Process |
| | | D: Pt is seen on the unit. He is mos- |
| | | tly guarded and interracts poorly |
| | | unless prompted or engaged by |
| | | staff. He continues to refuse his PO |
| | | meds states: "I don't take medica- |
| | | tions." |
| | | A: Benefits and side effect of the medi- |
| | | cations explained to Pt. Encouraged ex- |
| | | pression of thoughts and concerns. |
| | | R: calm and responsive. — L.Antoine for |

FORM NO. J00004

JHMC 135



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

**PROGRESS NOTES**

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: 06/21/1975   34Y   F/C: 19   S
ADM: 11/03/2009 15:00   03MH 9HAL 01   130381874
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here | Start RN and all Other Notes Here |
|---|---|---|
| 11/5/09 12:50 pm | | Focus.- Altered thought process. Data.- Pt is more cooperative and less guarded at this time. He agreed to talk to me for several minutes. He refused morning meds, but is interacting with staff and peers more frequently. No major physical or emotional distress is noted on him. He continues writing in a little notebook. Actions.- Pt encouraged to express feelings and concerns, and also take meds. Pt needs fulfilled. Response.- Pt is more interactive and cooperative, but remains refusal in regard to meds. |
| 11/5/09 3pm | | Psychiatrist note Pt is calm and more cooperative today. Dressed appropriately, groomed. Able to communicate appropriately. Reiterated his story again and still wanted to file legal action against his precinct but Not expressing any physical threats to any body and Not expressing SI |

FORM NO. J00004

JHMC 136



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

**PROGRESS NOTES**

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: 06/21/1975   34Y   F/C: 19   S
ADM: 11/03/2009 15:00   03MH 9HAL 01   130381874
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here ← | Start RN and all Other Notes Here ← |
|---|---|---|
| (cont) 3pm 11/5/09 | Denial VH/AH. Not having any psychotropic meds and not exhibiting psychotic behavior or thoughts. He met & MHSL and refused to tell else. Pt refused to give permission to speak with psychiatrist who evaluated him in 4/2009 but was able to provide the nature of his interaction with psychiatrist He was offered to go to psychotherapy and educate himself regarding stress tolerance. Pt has an intent to see psychotherapist and provided with the name of psychiatrist that he wanted to see. Will plan to contact psychiatrist regarding appointment and review our D/c   ...ak Isakov M.D. ...20352DEA7204198 | |

FORM NO. J00004
JHMC 137



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

**PROGRESS NOTES**

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: 06/21/1975   34Y   F/C: 19   S
ADM: 11/03/2009 15:00   03MH 9HAL 01   130381874
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here | Start RN and all Other Notes Here |
|---|---|---|
| 11/06/09 5:15 am | | (D) Altered Thought Process |
| | | (S) Pt. is calm, sitting at the lounge. Has been awake since early today. On hourly obs for safety, reported no c/o pain/discomfort |
| | | (A) Assisted Pt. as needed. Provided emotional support. Advised to call for help as needed. Maintained safety and therapeutic milieu. Made hourly rounds and monitored Pt. for behavior changes |
| | | (R) Pt. remains calm, awake, sitting at lounge. Will continue to monitor — Oly Ross |
| 11/06/09 10 am | Psychiatrist note | Pt. compliant c rules on the unit he is calm Not in emotional distress Not suicidal now Very appropriate in interactions Denial SI/HI Denial VH/AH Not expressing paranoid ideation and not voicing any threats Will be d/c today after appointment with PSS |

Isak Isakov M.D.
LIC220382CEA7204198

FORM NO. J00004
JHMC 138

seq 665   ...AICA HOSPI..   MEDICAL CENTER        ..MHC..   NEW YORK

**DO NOT USE these abbreviations, symbols or acronyms when ordering medications or documenting in the medical record:**

| DO NOT USE | USE | DO NOT USE | USE | DO NOT USE | USE |
|---|---|---|---|---|---|
| QD or q.d. | daily or every day | Ug, mcg | microgram | Lack of leading zero (.1) | 0.1 |
| OD | daily or right eye | U or u | units | Trailing zero (1.0) | 1 |
| QOD or q.o.d. | every other day | IU or iu | international units | MS | Morphine Sulfate |
| cc | ml | | | MSO4, MgSO4 | Magnesium Sulfate |

## NON MEDICATION ORDERS

ALLERGIES:

## MEDICATION ORDERS

| Date | Time of order: | AM PM |
|---|---|---|

SCHOOLCRAFT, ADRIAN
M/R: 1298984
DOB: 06/21/1975  34Y  M   PT#: 130381874
ADM:11/03/2009 15:00  03MH9HAL 01   F/C: 19   S
HOVANESIAN, SHUSHAN

PRESCRIBER'S SIGNATURE AND NAME PRINTED

Nurse          DATE/TIME   AM PM

PRESCRIBER'S SIGNATURE AND NAME PRINTED

SCHOOLCRAFT, ADRIAN
M/R: 1298984   PT#:130381874
DOB: 06/21/1975  34Y  M   F/C: 19   S
ADM:11/03/2009 15:00  03MH9HAL 01
HOVANESIAN, SHUSHAN

SCHOOLCRAFT, ADRIAN
M/R: 1298984   PT#: 130381874
DOB: 06/21/1975  34Y  M   F/C: 19   S
ADM:11/03/2009 15:00  03MH9HAL 01
HOVANESIAN, SHUSHAN

F0670
seq 665

JAMAICA HOSPITAL
MEDICAL CENTER

JAMAICA
NEW YORK

**DO NOT USE these abbreviations, symbols or acronyms when ordering medications or documenting in the medical record:**

| DO NOT USE | USE | DO NOT USE | USE | DO NOT USE | USE |
|---|---|---|---|---|---|
| QD or q.d. | daily or every day | Ug, mcg | microgram | Lack of leading zero (.1) | 0.1 |
| Q | 1 | U or u | units | Trailing zero (1.0) | 1 |
| QOD or q.o.d. | every other day | IU or iu | international units | MS | Morphine Sulfate |
| cc | ml | | | MSO4, MgSO4 | Magnesium Sulfate |

## NON MEDICATION ORDERS

ALLERGIES: NKDA

## MEDICATION ORDERS

Date 11/1/2009    Time of order: 9:40 AM

- Hold and stabilize
- Vitals: Q shift
- Diet: Regular.
- Labs: CBC, CMP, U/A,
U-TOX c̄ THC, TSH, RPR,
CT-Scan Head.

PRESCRIBER'S SIGNATURE AND NAME PRINTED   Khusro Tariq, MD

Date 11/2/09    Time of order: 2:15 PM

- Admit
- FP clearance

PRESCRIBER'S SIGNATURE AND NAME PRINTED

Date 11/3/09    Time of order: 10 AM

PRESCRIBER'S SIGNATURE AND NAME PRINTED

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:11/01/2009  162B    130381874   99
ALDANA-BERNIER, LILIAN R PSYC

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:11/01/2009  162B    130381874   99
ALDANA-BERNIER, LILIAN R PSYC

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:11/01/2009  162B    130381874   99
ALDANA-BERNIER, LILIAN R PSYC

Date 11/1/2009    Time of order: 9:40 AM

- Haldol 5mg IM Q6 HRS PRN
- Ativan 2mg J agitation.

PRESCRIBER'S SIGNATURE AND NAME PRINTED

Date 11/02/09    Time of order: 2:15 PM

Risperdal 0.5 mg PO
BID

PRESCRIBER'S SIGNATURE AND NAME PRINTED

Date 11/3/09    Time of order: PM

PRESCRIBER'S SIGNATURE AND NAME PRINTED

JHMC 140

04/20/2010 10:33:19                     Jamaica Hospital Medical Ctr                    Facility:0001
z75mr                            CT HEAD W/O CONTRAST
Report Date: 11/01/2009 20:12                                                   Clinician:Staff, Physician

Patient: SCHOOLCRAFT, ADRIAN        Acct#: 000130427248       MR#: 001298984    DOB: 06/21/1975    Loc: 0186 BLS/Discharged

DEPARTMENT OF RADIOLOGY

Patient Name: SCHOOLCRAFT, ADRIAN
MRN #: 001298984
Patient Loc: MENTAL HEALTH ER          Requested by: Staff, Physician
Exam: CT head w/o

Result Date/Time: 11/02/2009   10:45 AM        Radiologists: Janczuk, Peter
MD
----------------------------------------------------

Clinical indication: FIRST PSYCHOTIC EPISODE: RULE OUT
LESION/MASS.

NONCONTRAST HEAD CT.

* NO ACUTE INTRACRANIAL HEMORRHAGE, no discrete lesions, no mass
effect or abnormal intra-or extra-axial fluid collections.
VENTRICLES and CISTERNS have NORMAL size and position.
OSSEOUS STRUCTURES are UNREMARKABLE without definite acute or
displaced fractures or discrete lesions.
PARANASAL SINUSES and MASTOID CELLS are CLEAR without fluid or
significant mucosal thickening.

PATIENT HISTORY REPORT

Jamaica Hospital Medical Ctr
Department of Clinical Laboratories
8900 VanWyck Expressway, Jamaica, NY 11418
Pathologist Name, Medical Director

PATIENT: SCHOOLCRAFT, ADRIAN
MRN#:    J1298984
ADMIT:   11/03/09
Loc/Rm/Bed:  J03MH-B358-B
DOB: 06/21/1975  AGE: 34 SEX: M
ADM: HOVANESIAN, SHUSHAN
ACCT#: J130381874

## H E M A T O L O G Y

| | D1011339 | REFERENCE RANGE |
|---|---|---|
| COLLECTED | 11/03/09 13:00 | |
| PRIORITY, PHYSICIAN | STAT STAFF, PHYSICIAN | |

### C B C

| | | |
|---|---|---|
| WBC | *8.6 | 4.8-10.8 K/uL |
| RBC | *4.83 | 4.50-5.90 M/uL |
| HGB | *14.2 | 14.0-18.0 g/dL |
| HCT | *42.6 | 42.0-52.0 % |
| MCV | *88.3 | 80.0-94.0 fL |
| MCH | *29.5 | 27.0-31.0 pg |
| MCHC | *33.4 | 32.0-36.0 g/dL |
| MPv | *8.8 | 7.2-10.4 fL |
| RDW | *14.5 | 11.5-14.5 % |
| Platelet Count | *232 | 130-400 K/uL |
| | | |
| Neutrophils Auto | *70.7 | 44.0-80.0 % |
| Lymphocytes Auto. | *19.1 | 13.0-43.0 % |
| Monocytes Auto | *9.0 | 2.0-15.0 % |
| Eosinophils Auto. | *0.9 | 0.0-3.0 % |
| Basophils Auto. | *0.3 | 0.0-3.0 % |
| Segs, Absolute | *6.0 | 2.1-8.6 K/uL |
| Lymphs, Absolute | *1.6 | 0.6-4.6 K/uL |
| Monos, Absolute | *0.8 | 0.1-1.6 K/uL |
| Eos, Absolute | *0.1 | 0.0-0.9 K/uL |
| Basos, Absolute | *0.0 | 0.0-0.4 K/uL |
| Absolute NRBC Instrumen | *0.00 | None %/100 WBC |

### M a n u a l   D i f f e r e n t i a l

| | | |
|---|---|---|
| Nucleated RBC | *0 | None /100 WBC |
| NRBC Absolute | *0.00 | None K/uL |

## C H E M I S T R Y

| | D1011339 | REFERENCE RANGE |
|---|---|---|
| COLLECTED | 11/01/09 13:00 | |
| PRIORITY, PHYSICIAN | STAT STAFF, PHYSICIAN | |

### E n d o c r i n e   &   N u t r i t i o n

| | | |
|---|---|---|
| TSH | *1.10 | 0.47-4.70 uIU/ml |

* - RESULT REPORTED FIRST TIME    KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC

Att Phy: ISAKOV, ISAK
Loc/Rm/Bed:  J03MH-B358-B
PRINTED: 04/20/2010 10:39

MRN#: J1298984
PATIENT: SCHOOLCRAFT, ADRIAN
PAGE: 1 of 2

JHMC 142

PATIENT HISTORY REPORT

Jamaica Hospital Medical Ctr
Department of Clinical Laboratories
8900 VanWyck Expressway, Jamaica, NY 11418
Pathologist Name, Medical Director

PATIENT: SCHOOLCRAFT, ADRIAN
MRN#:     J1298984
ADMIT:    11/03/09
Loc/Rm/Bed:  J03MH-B358-B
DOB: 06/21/1975  AGE: 34 SEX: M
ADM: HOVANESIAN, SHUSHAN
ACCT#: J130381874

## U R I N A L Y S I S

```
--------------------------+--------D1011338-------+---------------
COLLECTED              |                    :REFERENCE RANGE
PRIORITY, PHYSICIAN    |STAT STAFF, PHYSICIAN :
--------------------------+----------------------+---------------

Color                  |*ordered            !
Appearance             |*ordered            !
pH Urine               |*ordered            |
Leukocyte Esterase     |*ordered            !
Nitrites               |*ordered            |
Urine Protein          |*ordered            |
Glucose                |*ordered            |
Ketones                |*ordered            |
Urobilinogen           |*ordered            |
Bilirubin              |*ordered            |
Blood                  |*ordered            |
Specific Gravity       |*ordered            |
```

## M i c r o s c o p i c

```
WBC                    |*ordered            |
RBC                    |*ordered            |
```

## S E R O L O G Y

```
--------------------------+--------D1011339----+---------------
COLLECTED              |11/01/09 13:00      |REFERENCE RANGE
PRIORITY, PHYSICIAN    |STAT STAFF, PHYSICIAN |
--------------------------+----------------------+---------------

RPR                    |*NON-REACTIVE       |Nonreactive
```

```
*  RESULT REPORTED FIRST TIME     KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB ABNORMAL, P-PANIC
```

Att Phy: ISAKOV, ISAK
Loc/Rm/Bed:  J03MH-B358-B
PRINTED: 04/20/2010 10:39

MRN#: J1298984
PATIENT: SCHOOLCRAFT, ADRIAN
PAGE: 2 of 2

JHMC 143

```
11/01/2009              JAMAICA HOSPITAL MEDICAL CENTER
22:40:48  OER              8900 VAN WYCK EXPRESSWAY
                           JAMAICA, NEW YORK 11418-2897
=================================================================================
Pt Name: ADRIAN SCHOOLCRAFT              Location: MH - ER FULL EME
M:  . 001298984   ACCT#: 130381874    Att Phys: ALDANA-BERNIER, LILIAN
DOB: 06/21/1975  Age:  34Yr  Sex: M      Ord By: STAFF, PHYSICIAN
=================================================================================
Seq #: 0003        Test: CBC WITH AUTO DIFFERENTA  Status: FINAL    Page  1 of  1
Collected: 11/01/09 13:00 By: J081X  Received: 11/01/09 16:57  Lab#: D1011339
TEST                  RESULT        ABN   REFERENCE         UNITS
WBC                   8.6                 4.8-10.8          K/uL
RBC                   4.83                4.50-5.90         M/uL
HGB                   14.2                14.0-18.0         g/dL
HCT                   42.6                42.0-52.0         %
MCV                   88.3                80.0-94.0         fL
MCH                   29.5                27.0-31.0         pg
MCHC                  33.4                32.0-36.0         g/dL
RDW                   14.5                11.5-14.5         %
MPV                   8.8                 7.2-10.4          fL
Platelet Count        232                 130-400          K/uL
Neutrophils Auto      70.7                44.0-80.0         %
Lymphocytes Auto.     19.1                13.0-43.0         %
Monocytes Auto        9.0                 2.0-15.0          %
Eosinophils Auto.     0.9                 0.0-3.0           %
Basophils Auto.       0.3                 0.0-3.0           %
Segs, Absolute        6.0                 2.1-8.6           K/uL
Lymphs, Absolute      1.6                 0.6-4.6           K/uL
Monos, Absolute       0.8                 0.1-1.6           K/uL
Eos, Absolute         0.1                 0.0-0.9           K/uL
Basos, Absolute       0.0                 0.0-0.4           K/uL
NRBC Inst.            0.00                None              %/100 WBC
Nucleated RBC         0                   None              /100 WBC
NRBC Absolute         0.00                None              K/uL

           * * * * E N D   O F   R E P O R T  * * * *
```



JHMC 144

```
11/01/2009              JAMAICA HOSPITAL MEDICAL CENTER
22:40:50  OER               8900 VAN WYCK EXPRESSWAY
                         JAMAICA, NEW YORK 11418-2897
======================================================================
Pt Name: ADRIAN SCHOOLCRAFT              Location: MH - ER FULL EME
M  : 001298984   ACCT#: 130381874    Att Phys: ALDANA-BERNIER, LILIAN
DOB: 06/21/1975  Age:  34Yr  Sex: M     Ord By: STAFF, PHYSICIAN
======================================================================
Seq #: 0008      Test: BILL CBC W/AUTO DIFF     Status: INTERIM Page  1 of  1
Collected: 11/01/09 13:00 By: J081X  Received: 11/01/09 17:12  Lab#: D1011339
TEST                  RESULT          ABN  REFERENCE          UNITS
Bill CBC Automated D BILLING

            * * * *  E N D  O F  R E P O R T  * * * *
```

JHMC 145

```
11/01/2009                 JAMAICA HOSPITAL MEDICAL CENTER
22:42:06  OER                 8900 VAN WYCK EXPRESSWAY
                             JAMAICA, NEW YORK 11418-2897
==============================================================================
Pt Name: ADRIAN SCHOOLCRAFT                      Location: EMERGENCY ROOM
N  : 001298984   ACCT#: 130381015     Att Phys: STAFF, PHYSICIAN
DOB: 06/21/1975  Age:  34Yr  Sex: M    Ord By: STAFF, PHYSICIAN
==============================================================================
Seq #: 0005     Test: LIPASE                 Status: FINAL   Page  1 of  1
Collected: 11/01/09  0:22 By: J081X  Received: 11/01/09  0:36  Lab#: D1010449
TEST                 RESULT          ABN  REFERENCE         UNITS
Lipase               55                    23-300           U/L

             * * * *  E N D  O F  R E P O R T  * * * *
```

```
11/01/2009              JAMAICA HOSPITAL MEDICAL CENTER
22:42:08  OER              8900 VAN WYCK EXPRESSWAY
                          JAMAICA, NEW YORK 11418-2897
===============================================================================
Pt Name: ADRIAN SCHOOLCRAFT              Location: EMERGENCY ROOM
M   001298984   ACCT#: 130381015   Att Phys: STAFF, PHYSICIAN
DOB: 06/21/1975  Age:  34Yr  Sex: M   Ord By: NWAISHIENYI, SILAS
===============================================================================
Seq #: 0001     Test: AMYLASE SERUM          Status: FINAL   Page  1 of  1
Collected: 11/01/09  0:22 By: J081X  Received: 11/01/09  0:36  Lab#: D1010449
TEST              RESULT        ABN  REFERENCE        UNITS
Amylase           44                 30-110           U/L

           * * * *  E N D  O F  R E P O R T  * * * *
```

Vm

JHMC 147



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418 • 718-206-6000

Department of Psychiatry
**NURSING FLOW SHEET**

SCHOOLCRAFT, ADRIAN
M/R: **1298984**        PT#: **130381874**
DOB: 06/21/1975  34Y   M        F/C: 19   S
ADM:11/03/2009 15:00   03MH9HAL 01
HOVANESIAN, SHUSHAN

| PRINT NAME | INT. | PRINT NAME | INT. | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**DATE**  11 6 09

**HOSPITAL DAY**

| HOUR | | | AM | | | PM | | | AM | | | PM | | | AM | | | PM | | | AM | | | PM | | | AM | | | PM | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MN | 4 | 8 | N | 4 | 8 | MN | 4 | 8 | N | 4 | 8 | MN | 4 | 8 | N | 4 | 8 | MN | 4 | 8 | N | 4 | 8 | MN | 4 | 8 | N | 4 | 8 |

**TEMPERATURE**

| °C | °F |
|---|---|
| 41 | 106 |
| 40.5 | 105 |
| 40 | 104 |
| 39.4 | 103 |
| 38.9 | 102 |
| 38.3 | 101 |
| 37.8 | 100 |
| 37.2 | 99 |
| 37 | 98.6 |
| 36.6 | 98 |
| 36.1 | 97 |
| 35.5 | 96 |
| 35 | 95 |

**PULSE**

**RESPIRATION**

**BLOOD PRESSURE**  SYSTOLE / DIASTOLE

| SHIFT | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NURSE INITIAL** | | | | | | | | | | | | | | | |

FO247  SEQ 786 10/95



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway, Jamaica, NY 11418 • 718-206-6000

**Department of Psychiatry**

**NURSING FLOW SHEET**

SCHOOLCRAFT, ADRIAN   PT#:130381874
M/R: 1298984   F/C: 19   S
DOB: 06/21/1975   34Y   M
ADM:11/03/2009 15:00   03MH9HAL 01
HOVANESIAN, SHUSHAN

SC⁺

KEY:   C = Complete assistance   P = Partial assistance   R = Refuses   S = Self Care
* Must have accompanying note on Progress Record.

| | Date | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HYGIENE-GROOMING** | Wearing Bedclothes | | | | | | | | | | | | | | | |
| | Wearing Street Clothes | ✓ | ✓ | | | | | | | | | | | | | |
| | Neat | ✓ | ✓ | | | | | | | | | | | | | |
| | Disheveled | | | | | | | | | | | | | | | |
| | Bathed | | | | | | | | | | | | | | | |
| | Shaved / Made Up | | | | | | | | | | | | | | | |
| **NUTRITION** | Diet | | R | | | | | | | | | | | | | |
| | Eats Adequate Amt. | | ✓ | | | | | | | | | | | | | |
| | Eats Small Amt. | | | | | | | | | | | | | | | |
| | Eats Only w/Encouragement | | | | | | | | | | | | | | | |
| | Overeats | | | | | | | | | | | | | | | |
| | Supplementary Nourishment | | | | | | | | | | | | | | | |
| | Refuses Food* | | | | | | | | | | | | | | | |
| **SLEEP PATTERNS** | **Mobility** | S | S | | | | | | | | | | | | | |
| | Sleeps 7-8 hrs. | | | | | | | | | | | | | | | |
| | Sleeps 4-6 hrs. | ✓ | | | | | | | | | | | | | | |
| | Sleeps 1-3 hrs. | | | | | | | | | | | | | | | |
| | Awake in Bed | | | | | | | | | | | | | | | |
| | Awake O.O.B. | | ✓ | | | | | | | | | | | | | |
| **ACTIVITY SCHEDULE** | Occupational Therapy | | | | | | | | | | | | | | | |
| | Recreational Therapy | | | | | | | | | | | | | | | |
| | Off Unit Activities | | | | | | | | | | | | | | | |
| | On Pass | | | | | | | | | | | | | | | |
| | Day room, Activity Room, Lounge | | ✓ | | | | | | | | | | | | | |
| | Remains in Bed | ✓ | | | | | | | | | | | | | | |
| | Remains in Room | ✓ | | | | | | | | | | | | | | |
| **TREATMENTS** | Seclusion * | | | | | | | | | | | | | | | |
| | 1:1 Observation * | | | | | | | | | | | | | | | |
| | Restraints * | | | | | | | | | | | | | | | |
| | Elopement Prec.* | | | | | | | | | | | | | | | |
| | ECT * | | | | | | | | | | | | | | | |
| | Elimination | S | S | | | | | | | | | | | | | |
| | Weight | | | | | | | | | | | | | | | |
| PAIN ASSESSMENT SCALE | | 0 | 0 | | | | | | | | | | | | | |
| **SIGNATURE AND TITLE** | N | | | | | | | | | | | | | | | |
| | D | | | | | | | | | | | | | | | |
| | E | | | | | | | | | | | | | | | |



**JAMAICA HOSPITAL
MEDICAL CENTER**

SCHOOLCRAFT, ADRIAN
1298984     M     DOB: 06/21/1975     34Y
ADM:11/01/2009  162B     130381874   99
ALDANA-BERNIER, LILIAN R PSYC

8900 Van Wyck Expway, Jamaica, N.Y. 11418
**Medical Record Signature Sheet**

## To All Healthcare Providers:

The *first time* you document in the chart, please print your full name
and title, include your signature on the line next to it, your
service/department, and your initials in the third column.

| Print Name/Full Name & Title | Signature/Full Name & Title | Service or Department | Initials |
|---|---|---|---|
| Brian Wardroff | Brian M Wardroff | PER | BW |
| Michael A Adler | M A Adler | Psycho | GA |
| Sharon Barnaby | Sharon Barnaby | MH3 | SB |
| Christine McMahon, LMSW / Psychiatric Social Worker | Christine McMahon | PSY 3-SW | CM |
| ANN MARIE PHILLIP RN | Ann Marie Phillip RN | MH3 | APP |
| Florine Senior RN | Florine Senior RN | MH III | FS |
| DANTE FABUNAN, R.N. / CLINICAL NURSE MANAGER / PSYCHIATRY | D Fabunan RN | Psy 3 | DF |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**9/98**

FORM # 264

**JAMAICA HOSPITAL MEDICAL CENTER**
**PATIENT CLOTHING/VALUABLES INVENTORY**

1. ALL PATIENTS CLOTHING/VALUABLES/SENT HOME ☐ YES ☑ NO
2. DENTURES TAKEN HOME BY FAMILY MEMBER ☐ YES ☐ NO

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:10/31/2009  081X        130381015    01
STAFF, PHYSICIAN

| | | ADMISSION<br>DATE/TIME: 11-01-09<br>ROOM | | TRANSFER<br>DATE/TIME:<br>ROOM ____ TO ____ | | TRANSFER<br>DATE/TIME:<br>ROOM ____ TO ____ | |
|---|---|---|---|---|---|---|---|
| UNIT area 41 a | | | | | | | |
| **INVENTORY OF ITEMS KEPT AT BEDSIDE** | | QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
| DENTURES | UPPER DENTURE | | LABELED CUP PROVIDED ☐ | | | | |
| | LOWER | | LABELED CUP PROVIDED ☐ | | | | |
| | PARTIAL | | LABELED CUP PROVIDED ☐ | | | | |
| CLOTHING/ OUTERWEAR/ FOOTWEAR | COAT/JACKET | | | | | | |
| | DRESS/HOUSECOAT | | | | | | |
| | PAJAMAS/NIGHTGOWN | | | | | | |
| | SLACKS/PANTS/JEANS | | | | | | |
| | BLOUSE/T-SHIRT/SWEATER | | | | | | |
| | SKIRT/SHORTS | | | | | | |
| | UNDERWEAR/BRA | | | | | | |
| | GLASSES/CONTACTS | | | | | | |
| | HAT/GLOVES/TIE/BELT | | | | | | |
| | PANTYHOSE/SOCKS | | | | | | |
| | BATHROBE | | | | | | |
| | SHOES/SNEAKERS | | | | | | |
| | BOOTS/SLIPPERS | | | | | | |
| MISCELLANEOUS | POCKETBOOK | | | | | | |
| | CELL PHONE/BEEPER(S) | | | | | | |
| | WALKER/CANE | | | | | | |
| | HEARING AID | | | | | | |
| | OTHER: | | | | | | |
| JEWELRY/ DESCRIPTION | BRACELET (S) | | | | | | |
| | EARRING (S) | | NO jewelry | | | | |
| | NECKLACE (S) | | | | | | |
| | RING (S) | | | | | | |
| | WATCH | | | | | | |
| | OTHER: | | | | | | |
| **MONEY AMOUNT** | | $ | | $ | | $ | |

**VALUABLES SUBMITTED TO THE CASHIER AND VALUABLES PLACED WITH SECURITY**

| | | | | | | |
|---|---|---|---|---|---|---|
| GLASSES/CONTACT(S) | | | | | | |
| HEARING AID | | | | | | |
| POCKETBOOK/ WALLET | ✓ | | | | | |
| RADIO | | | | | | |
| CELL PHONE/BEEPER | | | | | | |
| OTHER: | | | | | | |
| ENVELOPE RECEIPT # | 8 3323 | | | | | |

** PLEASE NOTE THE INSTITUTION IS NOT RESPONSIBLE FOR ITEMS LEFT AT THE PATIENT'S BEDSIDE( Print Name/Sign Below)

| | PRINT NAME/SIGN | PRINT NAME/SIGN | PRINT NAME/SIGN |
|---|---|---|---|
| PATIENT/SIGNIFICANT OTHER: | X | | |
| STAFF RECEIVING PROPERTY: | Tejuant PCA 0 | | |
| WITNESS/TRANSFERRING STAFF: | DCC Khm | | |

NOTE: VALUABLES WILL BE HELD IN SECURITY/CASHIER FOR NO MORE THAN 30 DAYS AFTER DISCHARGE

SECURITY/CASHIER SIGNATURE: _____ PRINT NAME/SIGN: _____

STAFF MEMBER RELEASING PROPERTY: _____ PRINT NAME/SIGN: _____

PATIENT/FAMILY MEMBER RECEIVING PROPERTY: _____ PRINT NAME SIGN: _____ RELATIONSHIP: _____

| 22731-FORM 554 | White Copy : Medical Record | Yellow Copy: Nursing PI | JHMC 151 |
|---|---|---|---|

**JAMAICA HOSPITAL MEDICAL CENTER**
PATIENT CLOTHING/VALUABLES INVENTORY
1. ALL PATIENTS CLOTHING/VALUABLES/SENT HOME ☐ YES ☐ NO
2. DENTURES TAKEN HOME BY FAMILY MEMBER ☐ YES ☐ NO

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:11/01/2009    162B    130381874    99
ALDANA-BERNIER, LILIAN R PSYC

| | | ADMISSION | | TRANSFER | | TRANSFER | |
|---|---|---|---|---|---|---|---|
| | | DATE/TIME: | | DATE/TIME: | | DATE/TIME: | |
| UNIT | | ROOM | | ROOM ___ TO ___ | | ROOM ___ TO ___ | |
| INVENTORY OF ITEMS KEPT AT BEDSIDE | | | | | | | |
| | | QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
| DENTURES | UPPER DENTURE | | LABELED CUP PROVIDED ☐ | | | | |
| | LOWER | | LABELED CUP PROVIDED ☐ | | | | |
| | PARTIAL | | LABELED CUP PROVIDED ☐ | | | | |
| CLOTHING/ OUTERWEAR/ FOOTWEAR | COAT/JACKET | | | | | | |
| | DRESS/HOUSECOAT | | | | | | |
| | PAJAMAS/NIGHTGOWN | | | | | | |
| | SLACKS/PANTS/JEANS | 1 | beige | | | | |
| | BLOUSE/SHIRT/SWEATER | 1 | blue | | | | |
| | SKIRT/SHORTS | | | | | | |
| | UNDERWEAR/BRA | | | | | | |
| | GLASSES/CONTACTS | | | | | | |
| | HAT/GLOVES/TIE/BELT | 1 | black | | | | |
| | PANTYHOSE/SOCKS | | | | | | |
| | BATHROBE | | | | | | |
| | SHOES/SNEAKERS | 1 | blue, white, gray | | | | |
| | BOOTS/SLIPPERS | | | | | | |
| MIS-CELLANEOUS | POCKETBOOK | | | | | | |
| | CELL PHONE/BEEPER(S) | | | | | | |
| | WALKER/CANE | | | | | | |
| | HEARING AID | | | | | | |
| | OTHER: | | | | | | |
| JEWELRY DESCRIPTION | BRACELET (S) | | cASh | | X 10 | | P have |
| | EARRING (S) | | | | | | have it |
| | NECKLACE (S) | | | | | | |
| | RING (S) | | | | X 1 | | |
| | WATCH | | | | | | |
| | OTHER: | | | | | | |
| MONEY AMOUNT | | $ | | $ | | $ | |

**VALUABLES SUBMITTED TO THE CASHIER AND VALUABLES PLACED WITH SECURITY**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GLASSES/CONTACT(S) | | | | | | | |
| HEARING AID | | | | | | | |
| POCKETBOOK/ WALLET | | | | | | | |
| RADIO | | | | | | | |
| CELL PHONE/BEEPER | | | | | | | |
| OTHER: | | | | | | | |
| ENVELOPE RECEIPT # | | | | | | | |

** PLEASE NOTE THE INSTITUTION IS NOT RESPONSIBLE FOR ITEMS LEFT AT THE PATIENT'S BEDSIDE( Print Name/Sign Below)

| | PRINT NAME/SIGN: | PRINT NAME/SIGN: | PRINT NAME/SIGN: |
|---|---|---|---|
| PATIENT/SIGNIFICANT OTHER: | | | |
| STAFF RECEIVING PROPERTY | | SIG/TITLE: | SIG/TITLE: |
| | SIG/TITLE: | | |
| WITNESS/TRANSFERRING STAFF: | | SIG/TITLE: | SIG/TITLE: |

NOTE: VALUABLES WILL BE HELD IN SECURITY/CASHIER FOR NO MORE THAN 30 DAYS AFTER DISCHARGE

SECURITY/CASHIER SIGNATURE: ___ PRINT NAME/SIGN

STAFF MEMBER RELEASING PROPERTY: ___ PRINT NAME/SIGN

PATIENT/FAMILY MEMBER RECEIVING PROPERTY: ___ RELATIONSHIP: ___

**JAMAICA HOSPITAL MEDICAL CENTER**
**PATIENT CLOTHING/VALUABLES INVENTORY**
1. ALL PATIENTS CLOTHING/VALUABLES/SENT HOME ☐ YES ☑ NO
2. DENTURES TAKEN HOME BY FAMILY MEMBER ☐ YES ☐ NO

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: 06/21/1975   34Y
ADM:10/31/2009 081X   130381015  01
STAFF, PHYSICIAN

| | ADMISSION | | TRANSFER | | TRANSFER | |
|---|---|---|---|---|---|---|
| | DATE/TIME: 11-01-09 | | DATE/TIME: | | DATE/TIME: | |
| UNIT Area III 6u | ROOM | | ROOM ___ TO ___ | | ROOM ___ TO ___ | |

**INVENTORY OF ITEMS KEPT AT BEDSIDE**

| | QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|---|---|---|
| UPPER DENTURE | / | LABELED CUP PROVIDED ☐ | | | | |
| LOWER | | LABELED CUP PROVIDED ☐ | | | | |
| PARTIAL | / | LABELED CUP PROVIDED ☐ | | | | |
| COAT/JACKET | | | | | | |
| DRESS/HOUSECOAT | | | | | | |
| PAJAMAS/NIGHTGOWN | | | | | | |
| SLACKS/PANTS/JEANS | | | | | | |
| BLOUSE/T-SHIRT/SWEATER | | | | | | |
| SKIRT/SHORTS | | | | | | |
| UNDERWEAR/BRA | | | | | | |
| GLASSES/CONTACTS | | | | | | |
| HAT/GLOVES/TIE/BELT | | | | | | |
| PANTYHOSE/SOCKS | | | | | | |
| BATHROBE | | | | | | |
| SHOES/SNEAKERS | | | | | | |
| BOOTS/SLIPPERS | | | | | | |
| POCKETBOOK | | | | | | |
| CELL PHONE/BEEPER(S) | | | | | | |
| WALKER/CANE | | | | | | |
| HEARING AID | | | | | | |
| OTHER: | | | | | | |
| BRACELET (S) | | | | | | |
| EARRING (S) | | NO Jewelry | | | | |
| NECKLACE (S) | | | | | | |
| RING (S) | | | | | | |
| WATCH | | | | | | |
| OTHER: | | | | | | |
| MONEY AMOUNT | $ | $448.— | $ | | $ | |

**VALUABLES SUBMITTED TO THE CASHIER AND VALUABLES PLACED WITH SECURITY**

| | | | | | | |
|---|---|---|---|---|---|---|
| GLASSES/CONTACT(S) | | | | | | |
| HEARING AID | | | | | | |
| POCKETBOOK/ WALLET | ✓ | | | | | |
| RADIO | | | | | | |
| CELL PHONE/BEEPER | | | | | | |
| OTHER: | | | | | | |
| ENVELOPE RECEIPT # | 83323 | | | | | |

** PLEASE NOTE THE INSTITUTION IS NOT RESPONSIBLE FOR ITEMS LEFT AT THE PATIENT'S BEDSIDE( Print Name/Sign Below)

PATIENT/SIGNIFICANT OTHER:
STAFF RECEIVING PROPERTY:
WITNESS/TRANSFERRING STAFF:

NOTE: VALUABLES WILL BE HELD IN SECURITY/CASHIER FOR NO MORE THAN 30 DAYS AFTER DISCHARGE

SECURITY/CASHIER SIGNATURE:
STAFF MEMBER RELEASING PROPERTY:
PATIENT/FAMILY MEMBER RECEIVING PROPERTY:                    RELATIONSHIP:

22731-FORM 554          White Copy : Medical Record      Yellow Copy: Nursing Pt          JHMC 153

JAMAICA HOSPITAL MEDICAL CENTER
PATIENT CLOTHING/VALUABLES INVENTORY
1. ALL PATIENTS CLOTHING/VALUABLES/SENT HOME     ☐ YES  ☐ NO
2. DENTURES TAKEN HOME BY FAMILY MEMBER          ☐ YES  ☐ NO

SCHOOLCRAFT, ADRIAN
1298984          M        DOB: 06/21/1975
ADM:11/01/2009  162B                        34Y
ALDANA-BERNIER, LILIAN R PSYC  130381874  99

| | | ADMISSION | | TRANSFER | | TRANSFER | |
|---|---|---|---|---|---|---|---|
| | | DATE/TIME: | | DATE/TIME: | | DATE/TIME: | |
| UNIT | | ROOM _____ | | ROOM _____ TO _____ | | ROOM _____ TO _____ | |
| INVENTORY OF ITEMS KEPT AT BEDSIDE | | | | | | | |
| | | QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
| DENTURES | UPPER DENTURE | | LABELED CUP PROVIDED ☐ | | | | |
| | LOWER | | LABELED CUP PROVIDED ☐ | | | | |
| | PARTIAL | | LABELED CUP PROVIDED ☐ | | | | |
| CLOTHING/ OUTERWEAR/ FOOTWEAR | COAT/JACKET | | | | | | |
| | DRESS/HOUSECOAT | | | | | | |
| | PAJAMAS/NIGHTGOWN | | | | | | |
| | SLACKS/PANTS/JEANS | 1 | baige | | | | |
| | BLOUSE/T-SHIRT/SWEATER | 1 | blk | | | | |
| | SKIRT/SHORTS | | | | | | |
| | UNDERWEAR/BRA | | | | | | |
| | GLASSES/CONTACTS | | | | | | |
| | HAT/GLOVES/TIE/BELT | 1 | blk | | | | |
| | PANTYHOSE/SOCKS | | | | | | |
| | BATHROBE | | | | | | |
| | SHOES/SNEAKERS | 1 | blue, white, gray | | | | |
| | BOOTS/SLIPPERS | | | | | | |
| MISCELLANEOUS | POCKETBOOK | | | | | | |
| | CELL PHONE/BEEPER(S) | | | | | | |
| | WALKER/CANE | | | | | | |
| | HEARING AID | | | | | | |
| | OTHER: | | | | | | |
| JEWELRY DESCRIPTION | BRACELET (S) | | | | | | |
| | EARRING (S) | CASH | | X 10 | | there | |
| | NECKLACE (S) | | | | | | |
| | RING (S) | | | | | hold it | |
| | WATCH | | | | | | |
| | OTHER: | | | | | | |
| MONEY AMOUNT | | $ | | $ | | $ | |
| VALUABLES SUBMITTED TO THE CASHIER AND VALUABLES PLACED WITH SECURITY | | | | | | | |
| | GLASSES/CONTACT(S) | | | | | | |
| | HEARING AID | | | | | | |
| | POCKETBOOK/ WALLET | | | | | | |
| | RADIO | | | | | | |
| | CELL PHONE/BEEPER | | | | | | |
| | OTHER: | | | | | | |
| | ENVELOPE RECEIPT # | | | | | | |

** PLEASE NOTE THE INSTITUTION IS NOT RESPONSIBLE FOR ITEMS LEFT AT THE PATIENT'S BEDSIDE( Print Name/Sign Below)

| | PRINT NAME/SIGN | PRINT NAME/SIGN | PRINT NAME/SIGN |
|---|---|---|---|
| PATIENT/SIGNIFICANT OTHER: | AH | | |
| STAFF RECEIVING PROPERTY: | SIG/TITLE: R Seoo N | SIG/TITLE: | SIG/TITLE: |
| WITNESS/TRANSFERRING STAFF: | SIG/TITLE: | SIG/TITLE: | SIG/TITLE: |

NOTE: VALUABLES WILL BE HELD IN SECURITY/CASHIER FOR NO MORE THAN 30 DAYS AFTER DISCHARGE

| | PRINT NAME/SIGN |
|---|---|
| SECURITY/CASHIER SIGNATURE: | |
| STAFF MEMBER RELEASING PROPERTY: | PRINT NAME/SIGN |
| PATIENT/FAMILY MEMBER RECEIVING PROPERTY: | RELATIONSHIP: |

22731-FORM 554     White Copy : Medical Record     Yellow Copy: Nursing PI

JHMC 154

## THE JAMAICA HOSPITAL MEDICAL CENTER

### MENTAL HEALTH CLEARANC

**TODAY'S DATE:** 10-02-09

SCHOOLCRAFT, ADRIAN
M/R: **1298984**   PT#: **130381874**
DOB: **06/21/1975** 34Y M   F/C: 19   S
ADM:11/03/2009 15:00  03MH 9HAL 01
HOVANESIAN, SHUSHAN

**TO:** _____

**FROM:** _____   Authorization _____

_SCHOOLCRAFT, ADRIAN_ 130381874   PEL

**Patient's Name** ___   **Hospital #** ___   **Room #** ___   **Admission Date**
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

**Notification of Impending Referral Received Via:**

Mail ___   Fax ___   Brought In ___   Phoned In ___

### INSURANCE INFORMATION

**NAME OF INSURED:** Schoolcraft, Adrian

**INSURANCE COMPANY NAME:** AETNA

**CONTACT PERSON:** ___

**INSURANCE CO. TELEPHONE NO:** (800) 451-8843

**INSURANCE COMPANY ADDRESS:** ___

**EXPLANATION OF MENTAL HEALTH BENEFITS( # of days authorized, etc.):**
Prior auth needed ____ setting in psych unit.
Have cov AETNA ID# 11631788 EFF 11-01-2007

**AUTHORIZATION NO.:** ___   **PRE CERT. COORDINATOR NAME:** ___

**DISPOSITION OF INSURANCE INQUIRY:**

APPROVED ☑   DENIED ☐   PENDING PHYSICIAN CONTACT ☐

**PHYSICIAN NOTES:** ___

**PHYSICIAN NAME:** ___

* Financial Investigation (White Copy)   * Mental Health Clinician (Pink Copy)   * Social Work (Yellow Copy)

3/12/95  (MHAUTHZ, WK3) FIN. INV.INS. UNIT

JHMC 155

```
08/06/2010              JAMAICA HOSPITAL MEDICAL CENTER
14:04:03  TTH               8900 VAN WYCK EXPRESSWAY
                          JAMAICA, NEW YORK 11418-2897

Pat Name: ADRIAN SCHOOLCRAFT          Loc: Discharged
Pat Numb: 130381874                   Sex: M            Race: W
Att Phys: ISAKOV, ISAK                DOB: 06/21/1975   Age:  35Yr
========================================================================
==
               Department: 008310 DIETARY

   Order: 00222200 REGULAR DIET                Priority: A
Pt.Ord #: 0009                                  Status: FINAL
Req Date/Time: 11/04/2009 0727    Ord By: HOVANESIAN, SHUSHAN
Comment:

SUPPLEMENT: NONE                 SUPPL.FREQ: NONE

Completion Date: 11/12/2009 0005
```

JHMC 156



**JAMAICA HOSPITAL**
**MEDICAL CENTER**

**CONSULTATION REPORT**

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
081X  STAFF, PHYSICIAN
ADM: 10/31/2009    **130381015**    01

| THIS SECTION TO BE FULLY COMPLETED BY THE REQUESTING PHYSICIAN | |
|---|---|
| REQUEST TO: Dr. Patel / Dr. Lim | DEPT/DIVISION: Psychiatry ER |
| REQUEST FROM: Dr. Nwaishienyii | DEPT/DIVISION: Medical ER |
| IMPRESSION: psychotic disorder, NOS | |
| REASON FOR CONSULTATION: | |
| ☐CONSULTATION ONLY     ☐CONSULTATION WITH ORDERS     ☐CONSULTATION WITH FOLLOW-UP | |
| SIGNATURE: | DATE: 11/1/09   TIME: 6:30 am |

OPINION OF CONSULTANT:

34 years old single white male, police officer, living by himself was brought in by NYPD of 81st Precinct, in hand cuff to Medical ER with complaint of abdominal pain, nausea and dizziness and patient stated he took Nyquil.

Psych consult was called and reported as patient acting bizzare, hand cuffed and in Police custody.

As per patient, he was not feeling well yesterday, had tummy pain / Abdominal pain and told his supervisor that he is leaving. Patient says while sleeping in his bed, landlord open the door and his colleagues entered and hand cuffed and brought him to Jamaica hospital, He says he is worried about the situation going on. Says this is happening because he has been reporting to his superiors and commissioner about internal affairs of police department. Says he knows his ~~superior~~ supervisors are hiding robbery and assault cases to get higher rank / position. Says he has paper documentation about this crime and reporting since last year.

→ continue

| Consultant Print Name: | Signature: | Date: | Time: |
|---|---|---|---|

**ORIGINAL - MEDICAL RECORD     CARBON COPY - CONSULTANT**

FORM: 110  ITEM: 849  REV. 1/07

JHMC 157



SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 06/21/1975    34Y
ADM:10/31/2009  081X        130381015   01
STAFF, PHYSICIAN

**CONSULTATION REPORT CONTINUATION**

Denies past psy hospitalization(or) treatment (or) suicidal attempt.

As per Sargent James of 81st Precint, patient complains of not feeling well yesterday afternoon and left his work early after getting agitated and cursing supervisor. They follow him home and he had barricaded himself and the door had to be broken to get to him. He initially agreed to go with them for evaluation but once outside, he ran and had to be chased and brought to the medical ER, handcuffed.

In the medical ER, he became agitated, uncooperative and verbally abrasive over telephone use and told his treating MD that 'they are all against me'. As per Sergeant James, he was evaluated by NYPD psychiatrist and can not carry a gun or a badge for nearly a year.

Denies any drug(or) Alcohol abuse

Denies any history of family mental illness

No acute medical problem, complained of abdominal pain yesterday and has sinusitis

Mental Status Examination   -  34 years old, white male appropriately dressed and groomed, appears to his stated age. He is coherent, relevant with goal directed speech and good eye contact. He is irritable with appropriated affect He denies hallucination. He is ? paranoid about his supervisors. He denies suicidal ideation, homicidal ideation or

Consultant Print Name:                Signature:           Date:        Time:

**ORIGINAL - MEDICAL RECORD        CARBON COPY - CONSULTANT**   158



**JAMAICA HOSPITAL MEDICAL CENTER** 3/3

SCHOOLCRAFT, ADRIAN
1298984      M      DOB: 06/21/1975      34Y
ADM:10/31/2009  081X
STAFF, PHYSICIAN                130381015   01

**CONSULTATION REPORT CONTINUATION**

the present time. His memory and concentration is intact. He is alert and oriented. His insight and judgment are impaired.

Diagnosis

Axis I - psychotic disorder, NOs

II - deferred

III - s/p Abdominal pain, chronic sinusitis

IV - conflict at worksite

V - 40

Recommendation

① continue 1:1 observation for unpredictable behaviour and escape risk

② Transfer to psy ER after medical clearance

③ Discussed with Dr. Nwaishianyii and sergeant James. Care discussed with Dr. Patel.

Khin Mar Lwin, MD
Psychiatric Resident

11/1/09 Concur c above Dr. _ recommendations
6 hr                        _ _ (_ _ )