UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ADRIAN SCHOOLCRAFT,

                       Plaintiff,          NOTICE OF MOTION

    -against-

                                                    10-CV-06005 (RWS)

THE CITY OF NEW YORK, et al.,

                       Defendants.

------------------------------------------------------------X

       PLEASE TAKE NOTICE, that upon the annexed Affidavit of Steven Mauriello, sworn to before a notary public on December 22, 2014, Defendant Mauriello's Statement of Material Facts pursuant to Rule 56(c) of the Federal Rules of Civil Procedure and Local Civil Rule 56.1(a) of the Local Rules for the Southern and Eastern Districts of New York, the exhibits submitted with the Statement of Material Facts, and the accompanying Memorandum of Law, Steven Mauriello, by the undersigned attorneys, will move this Court on the 28th day of January 2015, or at any recessed or adjourned date, for an order dismissing plaintiff's claims asserted against him, and for such other relief as the Court deems just.

       PLEASE TAKE FURTHER NOTICE, pursuant to prior order of this Court, that answering affidavits and memoranda of law, if any, shall be served on or before January 21, 2015, and any reply affidavits and memoranda of law shall

be served on or before January 28, 2015.


Dated: New York, New York
       December 22, 2014

                            SCOPPETTA SEIFF KRETZ & ABERCROMBIE
                            Attorneys for Defendant STEVEN MAURIELLO

                            By: _____
                                Walter A. Kretz, Jr., (WK-4645)
                            444 Madison Avenue, 30th Floor
                            New York, NY  10022
                            wakretz@seiffkretz.com
                            212-371-4500