SM Exhibit C

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    EASTERN DISTRICT OF NEW YORK
 4    - - - - - - - - - - - - - - - - - - -
 5    ADRIAN SCHOOLCRAFT,
 6                          Plaintiff,
 7              -against- Index No.
                          10CIV-6005 (RWS)
 8
      THE CITY OF NEW YORK, DEPUTY CHIEF
 9    MICHAEL MARINO, Tax Id. 873220,
      Individually and in his Official
10    Capacity, ASSISTANT CHIEF PATROL
      BOROUGH BROOKLYN NORTH GERALD NELSON,
11    Tax Id. 912370, Individually and in his
      Official Capacity, DEPUTY INSPECTOR
12    STEVEN MAURIELLO, Tax Id. 895117,
      Individually and in his Official
13    Capacity, CAPTAIN THEODORE LAUTERBORN,
      Tax Id. 897840, Individually and in his
14    Official Capacity, LIEUTENANT JOSEPH
      GOFF, Tax Id. 894025, Individually and
15    in his Official Capacity, stg. Frederick
      Sawyer, Shield No. 2576, Individually
16    and in his Official Capacity, SERGEANT
      KURT DUNCAN, Shield No. 2483,
17    Individually and in his Official
      Capacity, LIEUTENANT TIMOTHY CAUGHEY,
18    Tax Id. 885374, Individually and in his
      Official Capacity, SERGEANT SHANTEL
19    JAMES, Shield No. 3004, and P.O.'s "JOHN
      DOE" 1-50, Individually and in their
20    Official Capacity (the name John Doe
      being fictitious, as the true names are
21    presently unknown)(collectively referred
      to as "NYPD defendants"), JAMAICA
22    HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV,
      Individually and in his Official
23    Capacity, DR. LILIAN ALDANA-BERNIER,
      Individually and in her Official Capacity
24    and JAMAICA HOSPITAL MEDICAL CENTER
      EMPLOYEES "JOHN DOE" # 1-50, Individually
25
      (Continued)
```

Page 2

1

2  and in their Official Capacity (the name
   John Doe being fictitious, as the true

3  names are presently unknown),

4

   Defendants.

5

   - - - - - - - - - - - - - - - - - - -x

6

                         444 Madison Avenue

7                        New York, New York

8                        December 20, 2013
                         10:16 a.m.

9

10       VIDEOTAPED DEPOSITION of DEPUTY

11  INSPECTOR STEVEN MAURIELLO, one of the

12  Defendants in the above-entitled action,

13  held at the above time and place, taken

14  before Margaret Scully-Ayers, a Shorthand

15  Reporter and Notary Public of the State

16  of New York, pursuant to the Federal

17  Rules of Civil Procedure.

18

19              *        *        *

20

21

22

23

24

25

Page 131

1                S. MAURIELLO
2    quarterly reports.  I looked.  It's
3    documented.
4           I talked to the lieutenant, and
5    the lieutenants said, "Listen I tried.  I
6    sat down with him.  He doesn't want to
7    work.  There is something wrong.  He's
8    either lazy or he doesn't care."  Then I
9    talked the admin lieutenant.
10           THE REPORTER:  Who?
11      A.    Admin.  And then we had the
12    appeal.  In the appeal, you know, they
13    came out, and they talked to him.  His
14    own delegate, the cop, if you listen to
15    the tape even said to him, "Everybody is
16    here to try to help you.  No one is here
17    looking to hurt you."
18           He brings up five years -- this
19    is the first I ever heard, and you hear
20    me on the tape saying "I didn't know
21    that."
22           I didn't know that when he
23    first came on the job, he was in the
24    seven five, then he came to the eight
25    one.  He was active.  They put him in a

Page 132

1                      S. MAURIELLO
2    conditions unit.  I said, "Really, you
3    were in a conditions unit?  I didn't know
4    that."
5              I didn't know that he had
6    issues, he took a leave of absence.  I
7    never knew that.  I didn't know about --
8    he start saying about FBI, IAB, civil
9    rights.  I don't know anything about this
10   stuff.
11             You hear me on the tape.  I
12   said, "We are all trying to help you."
13             And I kind of give a speech,
14   "When life knocks you down, you have to
15   get back up."
16        Q.    The FBI, what are you referring
17   to when you say "the FBI"?
18        A.    That's what Officer Schoolcraft
19   was staying on the tape.  He's being
20   investigated by the FBI, the civil rights
21   something.  We didn't know.  I never
22   heard of this stuff.
23             And Lieutenant Delafuente says
24   to him, "I asked you numerous times
25   during the year, did you have anything

S. MAURIELLO

1

2    Q.    Did you sign the log when you

3  came in?

4    A.    I believe so.

5    Q.    That would be a regular

6  practice of yours?

7    A.    Yes.

8    Q.    And what happened when you

9  entered the precinct?

10    A.    I entered the precinct, and

11  when I entered in, Officer Schoolcraft

12  was going down to the locker room.  I

13  said, "Hello, Adrian.  How are you?"  He

14  went down to the locker room.  I went

15  behind the desk.  I signed in.  I dropped

16  everything in my office, the candy and

17  everything.

18       When I came back out, Sergeant

19  Hoffman told me, "Officer Schoolcraft

20  left.  He said he was sick.  He dropped a

21  28 on my desk, and he said he is

22  leaving."

23    Q.    So when you walked into the

24  precinct that day, you saw Officer

25  Schoolcraft and you said hello to him?

Page 308

S. MAURIELLO

1

2       Q.      She was the desk sergeant at

3  the time, right?

4       A.      Yes.

5       Q.      Where did that conversation

6  between you and Hoffman take place?

7       A.      I believe behind the desk.

8       Q.      Was anybody else a party to

9  that conversation?

10      A.      I don't know.

11      Q.      What did you do as a result of

12 getting this information from Hoffman?

13      A.      I said, "Does Captain

14 Lauterborn know about this?"  She said,

15 "Yeah."  I said, "Okay.  Is he handling

16 it?"  She said, "Yeah."  I said, "Do me a

17 favor, try to call him on the phone.

18 Have him come back to the precinct."

19          Then I said, "If you can't get

20 in touch with him later on, call the 104

21 and have a supervisor go to his command.

22 Make sure he is all right."

23      Q.      Was that one conversation that

24 you had with Hoffman or a series of

25 conversations?

1              S. MAURIELLO

2    sure he was all right?"

3           She said she was calling and

4    calling.  No one picked up the phone.

5       Q.     That was all the same

6    conversation a few minutes after you

7    entered the precinct, right?

8           MR. KRETZ:  Objection.

9       A.     Like five to ten minutes after.

10      Q.     During that discussion that you

11   had with Hoffman, did she say anything

12   else to you?

13      A.     She said that he dropped a

14   stack of papers.  He said he wasn't

15   feeling good with a 28, "I'm going sick."

16   She said, "You can't go sick."  She

17   wanted to call an ambulance.  He came

18   back up.  She started telling him "You

19   can't go sick" --

20           THE REPORTER:  You have to slow

21       down.

22      A.     -- "I'm calling an ambulance.

23   You have to stay here.  He said he didn't

24   want to stay.  She said, "You have to

25   properly fill out the paperwork.  With

```
 1              S. MAURIELLO
 2  what I was doing.  That's the official
 3  one 'cause the borough lined it off.
 4      Q.    After the second conversation
 5  that you had with Chief Nelson on October
 6  31st, what did you do next?
 7      A.    I was in the office and then
 8  Chief Marino showed up sometime later.
 9      Q.    How much time later after the
10  second conversation with Nelson did
11  Marino show up?
12      A.    Fifteen, 25 minutes.
13      Q.    Did you have any discussion
14  with Chief Marino?
15      A.    He came into my office.
16      Q.    Did he say anything to you, did
17  you say anything to him?
18      A.    He said, "I heard one of your
19  officers left the command, went AWOL.
20  They think that he was home.  They have
21  got information he was home.  They hear
22  somebody walking upstairs.  Let's take a
23  ride over there."
24      Q.    What was your understanding of
25  the source of Marino's information?
```

Page 337

S. MAURIELLO

1

2    A.    I don't know who talked to him.

3    Q.    He didn't tell you?

4    A.    Nope.

5    Q.    Did you believe that he had

6    been sent over to the eight one by

7    Nelson?

8    A.    I don't know.

9    Q.    I know you don't know that

10    because Nelson didn't tell you that.  My

11    question is different.

12            Did you believe that Marino was

13    at the eight one because Nelson told him

14    to go there?

15            MS. PUBLICKER METTHAM:

16        Objection.

17    A.    I don't know why Marino showed

18    up to the eight one.  I don't know who

19    told him to come.  I don't know if he

20    came on his own.

21    Q.    At that time your direct

22    supervisor was Marino in the chain of

23    command?

24    A.    I dealt with Chief Nelson.  He

25    is the head of the borough so usually if

Page 338

                    S. MAURIELLO
1
2   you have a problem going on at the
3   precinct, a shooting or a cop -- a
4   community arrest, he was going to get the
5   phone call right away from the PC so I
6   deal with the chief.
7       Q.    And Marino reports directly to
8   the chief, right?
9       A.    Yes.
10      Q.    So did you believe that the
11  reason why Marino was at the eight one
12  was because Nelson sent him there?
13          MS. PUBLICKER METTHAM:
14      Objection.
15      A.    I said I don't know.
16      Q.    I know you didn't know.  Do you
17  believe that was the reason?
18          MS. PUBLICKER METTHAM:
19      Objection.
20          THE WITNESS:  Isn't I don't know
21      an answer?
22          MR. KRETZ:  Did you have that
23      belief when he walked into your
24      office, he was sent there by Nelson?
25          THE WITNESS:  I didn't know.

Page 339

1              S. MAURIELLO

2       Maybe yes, maybe no.  I don't know.

3       Q.    Did you discuss anything else

4   with Marino?

5       A.    No.  I said, "Let's go."

6       Q.    What did you do next?

7       A.    Went outside, I saw Lieutenant

8   Crawford.  I don't know where the 104 is.

9   I never worked in Queens.  He used to be

10  a sergeant there.  Lieutenant Crawford

11  drove me in my car.

12      Q.    What kind of car is that?

13      A.    I believe a gray truck.

14      Q.    Is that a department car?

15      A.    Yes, sir.

16      Q.    A gray truck?

17      A.    Yes, a truck like I forget.  I

18  had a couple of cars.  I forget.

19      Q.    How long did it take you to get

20  to Officer Schoolcraft's apartment?

21      A.    About 15 minutes.

22      Q.    And Crawford drove you?

23      A.    Yes, sir.

24      Q.    When you got there, did you get

25  out of the car?

1              S. MAURIELLO

2      A.     Yes, sir.

3      Q.     Did Crawford also get out of

4  the car?

5      A.     Yes.

6      Q.     Who was at the scene when you

7  got there?

8      A.     When I got there, Chief Marino

9  was following us in his car.  We walked

10  up, it was Captain Lauterborn was on the

11  sidewalk with Brooklyn North

12  investigations, ESU, EMS personnel were

13  there, Lieutenant Brosschart was there,

14  sergeant from the 104 was there with a

15  couple of cops and the CO of 104 was

16  there, Deputy Inspector Green.

17      Q.     Who from Brooklyn North was

18  there?

19      A.     I think Hawkins [phonetic],

20  Gough, and I forget the other one there.

21           MS. PUBLICKER METTHAM:

22      G-O-U-G-H.

23      Q.     Did you know the Brooklyn North

24  investigations officers who were there?

25      A.     Yes.

Page 341

1                    S. MAURIELLO

2        Q.      What happened next?

3        A.      We were outside Chief Marino

4   comes up, huddles everybody up, gets an

5   update.  At the time the landlord the

6   husband and wife were there talking.

7   They gave a key I think to Captain

8   Lauterborn and discussing what was going

9   on.  They were pretty adamant that

10  Officer Schoolcraft was home.

11       Q.      Who was adamant?

12       A.      The landlord.

13       Q.      Did you have any discussions

14  with either the landlord or the landlady?

15       A.      No.

16       Q.      Were you present when anybody

17  else had any discussions with either the

18  landlord or the landlady?

19       A.      After they gave the key to

20  Captain Lauterborn, they stepped back.

21  Chief Marino was handling the scene.  He

22  was the highest ranking.

23       Q.      Were you present when

24  Lauterborn was discussing getting the key

25  from the landlord?

Page 342

1              S. MAURIELLO

2         MS. PUBLICKER METTHAM:

3    Objection.

4         MR. KRETZ:   Objection.

5    A.      I believe we were walking up,

6    we were walking up out of the car, they

7    were talking.

8    Q.      So when you got to the scene,

9    you saw Lauterborn discussing or talking

10   with the landlord and the landlady?

11   A.      The husband and the wife.

12   Q.      Let's call them the husband and

13   wife.  Did you see them hand the key to

14   him?

15   A.      No.

16   Q.      Did he already have the key by

17   then?

18   A.      They probably already gave him

19   the key, yes.

20   Q.      Did either the husband or the

21   wife, the landlady and the landlord, say

22   anything to you?

23   A.      No.

24   Q.      Did they say anything in your

25   presence that you heard?

Page 343

```
1              S. MAURIELLO
2      A.    No.
3      Q.    What happened next?
4      A.    Chief Marino huddled everybody
5  up to find out what's going on.  We have
6  the key.  He decided to have ESU go
7  upstairs with him and the rest of us to
8  knock on the door to see if Adrian would
9  open the door if he was all right.
10            We were worried about his
11  safety, you know.  God forbid he hurt
12  himself.
13     Q.    So Marino was in control at the
14  scene?
15     A.    Yes.
16     Q.    He made a decision to go
17  upstairs with ESU leading?
18     A.    Yes.
19     Q.    Were you in uniform?
20     A.    Yes.
21     Q.    Was Marino in uniform?
22     A.    Yes.
23     Q.    How was ESU attired?
24     A.    They were in uniform, but they
25  had no helmets on, no hat, no protective
```

1              S. MAURIELLO

2   gear, just like they got out of the car,

3   regular uniform.

4        Q.    Were you armed?

5        A.    Yes.

6        Q.    What were you armed with?

7        A.    My 9 mm.

8        Q.    Anything else?

9        A.    No.

10       Q.    What about anybody else, was

11  anybody else armed?

12       A.    Yes.

13       Q.    Who?

14       A.    Everyone was working:  Chief

15  Marino, Captain Lauterborn, Lieutenant

16  Brosschart was armed, investigations were

17  armed.

18       Q.    Was Brooklyn investigations,

19  were they in uniform?

20       A.    No.

21       Q.    They were in plainclothes?

22       A.    Yes, sir.

23       Q.    Lauterborn was in uniform?

24       A.    Yes, sir.

25       Q.    Where was your 9 mm?

Page 345

1                    S. MAURIELLO

2        A.     My gun holster.   I had my duty

3   belt on.

4        Q.     And Lauterborn had a gun in his

5   holster?

6        A.     Yes.

7        Q.     And Lauterborn had a gun is his

8   holster?

9        A.     Yes, we were all in uniform.

10       Q.     And Brosschart, he had a gun on

11  his holster or his belt too?

12       A.     I believe on his belt, yes.

13              MS. PUBLICKER METTHAM:

14       Objection.

15       Q.     And ESU had guns on their belts

16  as well?

17       A.     Yes.

18       Q.     How many ESU people were there?

19       A.     Off the top of my head, I don't

20  remember.   At least three.

21       Q.     Am I correct that a group of

22  you then went upstairs to the second

23  floor of the house?

24       A.     Yes.

25       Q.     And ESU was in front; is that

1                S. MAURIELLO

2    correct?

3        A.     Yes, sir.

4        Q.     Who was directly behind them?

5        A.     Chief Marino.

6        Q.     Who was behind Marino?

7        A.     Myself and Captain Lauterborn.

8        Q.     What happened next?

9        A.     ESU knocked on the door,

10   "Adrian, are you home?  Adrian, are you

11   home?"  No response.

12               They hear the TV going.  They

13   use the key and opened it up like 6

14   inches and peeked in.  They can see him

15   sitting down in the bed.  They opened the

16   door.  They said, "Adrian, we are worried

17   about you.  What's going on?  Don't you

18   hear us knocking on the door?"  And

19   everybody walked in the apartment.

20       Q.     At any time before they open

21   the door, did anybody draw their gun?

22       A.     No.

23       Q.     So everybody who had a gun, as

24   far as you know, had their gun in their

25   holster, right?

Page 352

1              S. MAURIELLO

2    might have hurt himself.  Nobody was

3    going in there defensive, he was going to

4    hurt us.  We were there to help him.

5         Q.    I understand what you were

6    thinking --

7              MR. KRETZ:  Let him continue,

8        please.

9              MR. SMITH:  Yes.

10        A.    Were in there to help him and

11    not hurt him.  At no time did anybody

12    have his gun out.  At no time were we

13    going in there and roust him off his bed.

14    I was in there.  You can hear the tape.

15    I come off concerned.  I was.  We all

16    were.

17        Q.    Inspector, you said he came at

18    you twice, right?

19        A.    He walked toward me twice.

20        Q.    He came up to your face twice,

21    right?

22        A.    Yes, sir.

23        Q.    Did you feel at all concerned

24    on either occasion that Officer

25    Schoolcraft was going to strike you?

Page 353

S. MAURIELLO

1

2    A.    Got close to my face, I took a

3    step back.  I don't know if he's

4    disorientated.  I don't know what is

5    going on.  He took another step towards

6    me again.  I talked to him and I said,

7    "Teddy, handle it."  I excused myself

8    from the situation.

9    Q.    Inspector, you are not

10   answering my question.  I want to know

11   whether or not when Officer Schoolcraft

12   got in your face the first time or the

13   second time, did you feel he was acting

14   in a threatening manner towards you?

15   A.    Yes.

16   Q.    Did anybody in the room take

17   any action in response to that?

18   A.    No.

19   Q.    You just stepped back and

20   exited from the circumstance; is that

21   right?

22   A.    Yes.

23   Q.    Did you tell Officer

24   Schoolcraft, well, you are going to come

25   back to the precinct with us?

Page 354

1              S. MAURIELLO

2      A.     I don't recall saying that.

3      Q.     You don't remember saying that?

4      A.     No.

5             MS. PUBLICKER METTHAM:  Are you

6      going to mark a CD as an exhibit?

7             MR. SMITH:  I'm not going to

8      mark the CD.  It's a CD we all know

9      very well.

10            MR. KRETZ:  You better mark it.

11            MR. SMITH:  There is no CD.

12     It's in here.

13            MS. PUBLICKER METTHAM:  Which CD

14     does it comes from?

15            MR. SMITH:  I will do that at a

16     later date.

17            MS. PUBLICKER METTHAM:  I really

18     prefer you do that today.

19            MR. SMITH:  I can't do it now.

20     You're going to have to suffer through

21     with me.

22            MS. PUBLICKER METTHAM:  That's

23     not acceptable for you to play a

24     recording and not be able to tell us

25     where it's from.

Page 355

1            S. MAURIELLO
2        MR. KRETZ:  Why don't I go get
3    the disc and you tell me which one.
4        MR. SMITH:  You guys are going
5    to stick me with the seven hours.  I'm
6    not going to waste a lot of time.  You
7    are interpreting my examination.  I'm
8    playing a recording produced in this
9    case.
10        MS. PUBLICKER METTHAM:  By whom?
11        MR. SMITH:  By --
12        MS. PUBLICKER METTHAM:  By
13    defendant or plaintiff?
14        MR. SMITH:  By the Plaintiff.
15        Labeled S-D, dash, 50,
16    underscore, 31, October 2009,
17    underscore, home invasion, dot, WMA.
18        I'm going to be playing an
19    excerpt of that from two minutes to
20    two minutes and 48 seconds.
21        [Whereupon, a recording is
22    playing.]
23        MR. SMITH:  I'm stopping this
24    recording at two minutes and 43
25    seconds.

Page 356

S. MAURIELLO

1

2    Q.    Is that your voice, Inspector

3    Mauriello, saying that the last you saw

4    Officer Schoolcraft was back at the

5    precinct and you were worried about him?

6    A.    Yes, we were all worried about

7    your safety and wellbeing.

8         MR. KRETZ:  That's your voice?

9    Q.    That's your voice, right?

10   A.    Yes.

11        MR. SMITH:  I'm going to play

12    the recording at 2.48.

13        [Whereupon, a recording is

14    playing.]

15   Q.    Did you just hear that part of

16   the tape which says, "Well, you're gonna

17   come back to the precinct with us"?

18   A.    Yes.

19   Q.    Was that your voice?

20   A.    Sounded like me, yes.

21   Q.    Do you have any reason to think

22   that wasn't you?

23   A.    Who knows if he spliced tapes,

24   I don't know.

25   Q.    You can speculate about a lot

                    S. MAURIELLO

1

2    of things.

3              Sitting here today, I'm asking

4    you whether you have any reason to

5    believe that wasn't your voice?

6         A.    That's my voice.

7         Q.    So you did tell Officer

8    Schoolcraft, "Well, you're going to come

9    back to the precinct with us"; isn't that

10   right?

11        A.    Yes.

12        Q.    So playing that piece of the

13   recording refreshes your recollection

14   about that; is that fair to say?

15        A.    Yes, it does, sir.

16        Q.    Why did you tell Officer

17   Schoolcraft that he was going to come

18   back to the precinct with you?

19        A.    Because he left the precinct.

20   It was discussed with Chief Marino he was

21   there and he was AWOL.  We were making

22   sure he didn't hurt himself.  He left the

23   precinct without permission so....

24        Q.    Is there some provision in the

25   patrol guide that authorized you to go

Page 358

1              S. MAURIELLO

2    into Officer Schoolcraft's home and order

3    him to return to the precinct because he

4    was absent without leave?

5              MR. KRETZ:  Objection.

6              MS. PUBLICKER METTHAM:

7         Objection.

8         A.    First of all, we went to the

9    house to make sure he didn't hurt

10   himself.  You hear me saying that on the

11   tape.  So that was the reason.  We're

12   making sure he was all right.  We're

13   worrying he had his gun and shield taken.

14   We don't know what's the reason for.  He

15   don't answer the phone.  He doesn't

16   answer anybody's phone calls.  He was not

17   answering the door when they're knocking

18   on the door.  He's not answering the

19   door.  All right, God forbid if he hung

20   himself, took pills, carbon monoxide, who

21   knows.  We are going there for his well

22   being.

23            Now, his well being is all

24   right, now, he's got to answer why you

25   left the precinct.

Page 359

                    S. MAURIELLO

1

2       Q.      So when you entered the

3   apartment and you saw he was watching

4   television?

5       A.      The television was on.

6       Q.      Physically, he was fine, right?

7           MR. KRETZ:  Objection.

8           MS. PUBLICKER METTHAM:

9   Objection.

10      A.      His hair was sticking up, his

11  eyes were beat red like a possum.

12      Q.      Didn't you just testify you

13  were concerned about his well being and

14  now you can see he was okay and now

15  you're moving onto whether or not he's

16  going to have to answer for leaving?

17          MR. KRETZ:  Now you're trying to

18      get him to make a statement about his

19      health condition.  You're asking too

20      much.

21          MR. SMITH:  I want his opinion.

22      I appreciate you don't interrupt.

23      A.      I went in there.  I said that.

24  He got confrontational in my face.  I

25  removed myself from the situation, and

Page 360

1                    S. MAURIELLO

2    that's it.

3        Q.    You are not answering my

4    question, Inspector.  You're not

5    answering any of the questions that I

6    have been asking you on this subject so I

7    will start again.

8             MR. KRETZ:  Objection to your

9        characterization.  That's really

10       uncalled for and inaccurate.

11            MR. SMITH:  Fine.  I will

12       rephrase the question.

13            MR. KRETZ:  Withdraw the

14       comment, that would be better.

15            MR. SMITH:  I will restate my

16       question.

17       Q.    Is there anything in the patrol

18   guide or the administrative guide or

19   anything else that you can point me to

20   that gave you the authority to go into

21   his apartment and order him back to the

22   precinct?

23            MR. KRETZ:   Objection.

24            MS. PUBLICKER METTHAM:

25       Objection.

Page 361

1                    S. MAURIELLO

2        A.     We went to make sure he was all

3    right.  The patrol guide, yes.  He went

4    AWOL.  Now it's an unusual situation,

5    very bizarre.  He had no gun and shield

6    for a reason.

7             We find out when I get to the

8    scene that Captain Lauterborn said he

9    talked to Dr. Lanstein [phonetic], and he

10   has anger and resentment for the job and

11   to the precinct so now we're worrying God

12   forbid he hurt himself.  So if we don't

13   knock on the door if cops didn't stay

14   there for four or five hours to make sure

15   that he didn't hurt himself, then what?

16       Q.     Is that your answer to my

17   question?

18       A.     Yes.

19       Q.     Did the patrol guide procedure

20   on being absent without leave authorize

21   you to go into his apartment?

22            MS. PUBLICKER METTHAM:

23       Objection.

24       A.     I was not the senior commanding

25   officer on that scene.

Page 362

1               S. MAURIELLO

2       Q.      That's not an answer.

3       A.      Chief Marino was handling the

4   decisions.   That's it.

5       Q.      Earlier that day you looked at

6   the AWOL patrol guide procedure, didn't

7   you?

8       A.      I could correct you now because

9   AWOL procedure is usually when you don't

10  show up to work not when you leave work.

11  See he left work.   Now that procedure is

12  different.   Usually, the person doesn't

13  come it the first four hours you're

14  looking around at time records, did he

15  put a 28 in, call this, call that.   He

16  left work without permission.   He just

17  left, gone.

18      Q.      I'll restate the question

19  again:   Is there anything in the

20  administrative guide, the patrol guide,

21  or anyplace else that you can point me to

22  which gives you the authority or anybody

23  else at the scene the authority to go

24  into his apartment and order him back to

25  the 81st Precinct?

1              S. MAURIELLO

2         MS. PUBLICKER METTHAM:

3     Objection.

4     A.     At the time he was not only

5  AWOL, it was emotional status.  If you

6  want to look at that, it could be

7  emotionally disturbed.  You are

8  emotionally disturbed, you are allowed to

9  go in with a key, the landlord/tenant

10 opens the door for you.

11    Q.     When you are saying you are

12 allowed to go in, what you referring to?

13    A.     If someone -- this is

14 considered a barricade situation if

15 you're not answering the door here four

16 hours, five hours; meanwhile, he is on

17 tape with his father setting this whole

18 thing up.

19    Q.     Did you conclude had that

20 Officer Schoolcraft was an EDP?

21    A.     I didn't say that.  I don't

22 know what happened.  You're asking me why

23 do we have cops out there four, five

24 hours to make sure he's all right.

25    Q.     I'm asking you a different

Page 370

1           S. MAURIELLO
2  discussion about what you are going to do
3  as a group if Officer Schoolcraft was
4  inside the apartment and he was
5  physically seeming fine, right?
6       A.    Yes.
7       Q.    Who said what about that?
8       A.    Chief Marino.
9       Q.    What did Chief Marino say?
10      A.    We were here to make sure he
11 didn't hurt himself, God forbid he hurt
12 himself.  If we go in there and we
13 realize he didn't hurt himself, he was
14 playing a game, he left work, then he has
15 to go back to the precinct and conduct an
16 investigation with GOs.
17      Q.    What did you mean by GOs?
18      A.    Getting interviewed on the tape
19 under oath.  They get the department
20 lawyer to come and sit there with you.
21 They interview you:  Why did you leave?
22 Why this?  It's an investigation.
23      Q.    Is it your understanding that
24 the police department has the authority
25 to compel an officer to go forward with

1                   S. MAURIELLO

2    that type of investigation on the spot

3    against that person's will?

4               MS. PUBLICKER METTHAM:

5          Objection.

6          A.    I wasn't in the apartment.    I

7    don't know happened afterward.    I'm

8    telling you we went there to make sure he

9    was all right.

10         Q.    Had you ever before directed an

11   officer to return to the precinct or the

12   command for an investigation?

13         A.    Yes.

14         Q.    How many times did that happen?

15         A.    Numerous times:   Off-duty

16   incidents, an allegation a wife said

17   something MOS did, the husband.   You

18   bring both parties in and you find out,

19   especially, when there is a weapon

20   related to it.

21         Q.    On any of those occasions, did

22   any of members of service refuse to go?

23         A.    No.

24         Q.    Am I correct this is the first

25   time that an officer was ordered to go

Page 372

```
 1              S. MAURIELLO
 2  back to the precinct to conduct an
 3  investigation and when ordered, refused
 4  to go?
 5              MS. PUBLICKER METTHAM:
 6      Objection.
 7              MR. KRETZ:  Objection.
 8      A.    I was in the middle of street.
 9  He walked on his own on the phone.  He
10  willingly went.
11      Q.    You don't remember Officer
12  Schoolcraft saying, "I will go but it's
13  against my will"?
14      A.    He said that but he was not
15  saying it to me, only he was saying it to
16  the chief, ESU, and everybody else in the
17  apartment.  He was making a record.  He
18  had a phone open.  His father was
19  listening to the whole conversation on
20  the phone.
21      Q.    Putting aside whatever you
22  subscribe as his motivation to what he
23  was saying, the fact is he told you he
24  didn't want to go back to the 81st
25  Precinct; isn't that right?
```

Page 373

1                    S. MAURIELLO

2        A.     Right.   I excused myself from

3    the situation right after.

4        Q.     And he made it clear he didn't

5    want to go back; isn't that true?

6        A.     And I excused myself right

7    after that.

8        Q.     Is it correct that Officer

9    Schoolcraft made it clear to you he

10   didn't want to back to the 81st --

11       A.     He said, "I'll go" but I guess

12   it's against my will.   He said "I'll go."

13   He didn't say I'm not going.   He said,

14   "I'll go."

15            MR. SMITH:   I'm going to

16       continue the recording at 2.50.

17            [Whereupon, a recording is

18       playing.]

19            MR. SMITH:   All right.   I'm

20       going to stop the recording right now

21       at 3.34 and whatever the measurement

22       system is for this recording.

23       Q.     After a period of time you left

24   the apartment; is that right?

25       A.     After I talked, right away he

Page 374

1          S. MAURIELLO

2  stepped to my face again, and I stepped

3  out.  I said, "Teddy, you handle this."

4  I removed myself from the situation.

5      Q.    So once you said, Teddy --

6      A.    I'm gone.

7      Q.    -- and you went down to the

8  street.

9          THE REPORTER:  Slow down.

10     Q.    Now we have listened to the

11 rest of the excerpt of the tape from 2:50

12 to 3:34, do you agree with me that

13 Officer Schoolcraft made it clear to you

14 that he didn't want to go back to the

15 eight one?

16         MR. KRETZ:  Objection.

17     A.    He said those words.  Yes,

18 that's what he said.

19     Q.    And when you went back down to

20 the street, what did you do?

21     A.    I stood in the middle of the

22 street.  Lieutenant Crawford was out

23 there and Deputy Inspector Green.

24     Q.    Did you speak with anybody?

25     A.    I talked to Lieutenant Crawford

Page 375

```
 1                  S. MAURIELLO
 2    and Deputy Inspector Green.
 3         Q.     What does Deputy Inspector
 4    Green look like?
 5         A.     He had a beard.  He was in
 6    plainclothes.
 7         Q.     How was he dressed?
 8         A.     He had a windbreaker on and
 9    jeans, the NYPD windbreaker, and the
10    shield on this neck.
11         Q.     Dark blue NYPD windbreaker --
12         A.     Yes.
13         Q.     -- or the light blue one?
14         A.     The dark one.
15         Q.     With the word "NYPD" in gold or
16    silver on the back?
17         A.     Yeah.  Yes.
18         Q.     How old is Green?
19         A.     Forty.
20         Q.     While male?
21         A.     Yes.
22         Q.     What does Crawford look like?
23         A.     Tommy; male white, late 30s,
24    brown hair, clean shaven.
25         Q.     Was he in uniform?
```

Page 376

1                    S. MAURIELLO
2           A.     I don't think he was in uniform
3    that night.
4           Q.     How was he dressed?
5           A.     Gray jacket on, shield,
6    covering anticrime that night.
7           Q.     You were wearing a white shirt
8    that night?
9           A.     Yes, sir.
10          Q.     And Marino was wearing a white
11   shirt?
12          A.     Yes, sir.
13          Q.     And Captain Lauterborn was
14   wearing a white shirt?
15          A.     Yes.
16          Q.     How was the Brooklyn North's
17   investigations personnel dressed?
18          A.     I don't remember.
19   Plainclothes.  That's all I remember.
20          Q.     What about Brosschart, how was
21   he dressed?
22          A.     Uniform.
23          Q.     White shirt?
24          A.     I think so.
25          Q.     What happened next?

Page 377

1            S. MAURIELLO
2       A.     Standing out there ten to 15
3   minutes later, Officer Schoolcraft, I
4   should say, Adrian Schoolcraft, is
5   walking down the stairs.  He was on the
6   phone.  He walked down.  He made a left.
7   He went towards the EMS truck.  Everybody
8   else was coming out the apartment down
9   the stairs behind him.
10           He got by the truck and all of
11  a sudden made a U-turn, and he started
12  running fast and he ran into the
13  building.
14      Q.     Did you see him make this
15  U-turn?
16      A.     I was watching him, I seen him
17  go down to the EMS truck.  All of a
18  sudden, I see him make a U-turn, he
19  turned.  The next thing I know he was
20  running up the stairs.
21      Q.     Did you overhear anyone say
22  anything either while he was walking
23  towards the truck or when he made the
24  U-turn?
25      A.     No.

Page 378

1                  S. MAURIELLO

2          Q.     Did you hear anybody say

3    anything as he started heading back

4    towards the apartment?

5          A.     I don't think so.

6          Q.     Did you tell Lauterborn words

7    to the effect, Teddy, go get him?

8          A.     Absolutely not.

9          Q.     You believed that he actually

10   ran back to the --

11         A.     Walking fast and started

12   running up the stairs.

13         Q.     So he walked fast --

14         A.     First he --

15                THE REPORTER:  You're

16         interrupting him before he finishes.

17         Q.     Did he start walking quickly to

18   his apartment; is that what you are

19   saying?

20         A.     He U-turned, started walking,

21   then he put a quick pace, like a jog.

22         Q.     Up the steps?

23         A.     Like 10 feet before coming up

24   the steps.  He went up the steps fast.

25         Q.     Then what happened?

1                    S. MAURIELLO

2        A.      Saw everybody followed him up

3    in the building.  Everybody disappeared.

4        Q.      Who followed him in the

5    building first?

6        A.      Brooklyn North investigation

7    maybe and Captain Lauterborn and Chief

8    Marino.

9        Q.      Why didn't you go upstairs?

10       A.      First time I was involved in a

11   situation, get out of my face, agitated

12   the situation.  I'm not going to get back

13   involved again.

14       Q.      Did anybody tell you to stay

15   out on the street?

16       A.      No.

17       Q.      You made that decision on your

18   own?

19       A.      Yes, I did.

20       Q.      What happened next?

21       A.      Fifteen, 20 minutes later I see

22   EMS coming down the stairs, Schoolcraft

23   is sitting down on a chair, like,

24   restrained in an orange chair looking

25   around staring around at everybody.

Page 380

1                   S. MAURIELLO

2        Q.     Who else was on the street at

3   the time?

4        A.     I believe Lieutenant Crawford

5   was there with me.

6        Q.     Were there any civilians on the

7   street?

8        A.     There was a bunch of people in

9   the houses on the street.   There was

10  people on the street.

11       Q.     When you say "a bunch of

12  people," how many?

13       A.     People living next door, the

14  landlady, the super on the street away

15  from everything, the people next door

16  were there, some cops.

17       Q.     Is it fair to say there were

18  probably five to ten, maybe more,

19  civilians on the street looking at the

20  scene?

21       A.     Yeah, away from it, but they

22  are still in the street.

23       Q.     What happened next?

24       A.     What happened next, EMS took

25  him to the ambulance.   Captain Lauterborn

```
1                S. MAURIELLO
2    told Lieutenant Brosschart to go with him
3    in the ambulance.
4         Q.    Did Officer Schoolcraft say
5    anything that you heard?
6         A.    No.
7         Q.    Did anybody say anything to
8    him?
9         A.    Not that I know of.
10        Q.    What happened next?
11        A.    Everybody came out.  We got in
12   the car, went back to the precinct to
13   start the investigation.
14        Q.    Am I correct that it was back
15   at the precinct, it was Brooklyn North
16   investigations, those three officers; is
17   that correct?
18        A.    Yes.
19        Q.    And Chief Marino?
20        A.    Yes.
21        Q.    And Captain [sic] Brosschart?
22        A.    No.  Captain Lauterborn.
23        Q.    Captain Lauterborn was there?
24        A.    Yes.
25        Q.    Is that correct?
```

Page 382

1                S. MAURIELLO
2      A.     Yes.
3      Q.     And who else?
4      A.     Myself.
5      Q.     And was Crawford also at the GO
6  or the PG afterwards?
7      A.     No.
8      Q.     Who else was at the
9  investigation at the precinct?
10     A.     I think they interviewed two
11 people:  Sergeant Hoffman or Officer
12 Rodriguez or Reyes.
13     Q.     Was anybody else interviewed?
14     A.     Not that I know of.
15     Q.     It was at that meeting there
16 was a discussion about the fact that
17 Officer Schoolcraft had a tape recorder;
18 is that correct?
19     A.     Yes.
20     Q.     Who mentioned that?
21     A.     Brooklyn investigations might
22 have mentioned it.
23     Q.     That was the first time that
24 you heard anybody discuss the fact that
25 Officer Schoolcraft had a tape recorder?

# CERTIFIED TRANSCRIPT

Page 402

1   UNITED STATES DISTRICT COURT.

    SOUTHERN DISTRICT OF NEW YORK

2   ----------------------------------------------X

3   ADRIAN SCHOOLCRAFT,

4                          Plaintiff,

5
                                        Case No:

6       - against -              10 CV 06005

7

    THE CITY OF NEW YORK, ET AL.,

8

9                          Defendants.

10  ----------------------------------------------X

11              444 Madison Avenue
                New York, New York

12
                July 1, 2014

13              10:24 a.m.

14

15

16

17

18

19  CONTINUED DEPOSITION OF STEVEN MAURIELLO,

20

21  pursuant to Notice, taken at the above place,

22

23  date and time, before DENISE ZIVKU, a Notary

24

25  Public within and for the State of New York.

```
 1          CONTINUED- STEVEN MAURIELLO
 2    audiotape.  I want to know --
 3          A.     It was quick.
 4          Q.     -- since you were there, how
 5    long you say you were in his apartment and
 6    you're telling me now it was three minutes?
 7          A.     Five to three minutes about.
 8          Q.     The next paragraph of your
 9    counterclaim, in the second sentence of
10    paragraph 12, it says here "instead they
11    acted on a desire to prevent plaintiff from
12    doing harm to himself and others."  You see
13    that reference?
14          A.     Yes, sir.
15          Q.     I know that you told me that you
16    were acting out of a concern for yourself
17    that Schoolcraft may do harm to himself.
18    You said that in your first deposition,
19    right?
20          A.     Yes.
21          Q.     You remember that?
22          A.     Yes, sir.
23          Q.     What's the basis for the
24    statement that anybody was concerned about
25    Schoolcraft harming others?
```