SM Exhibit I

# CONSULTATION REFERRAL
## MEDICAL DIVISION
PD 429-180 (Rev. 8-00) Pent

| Field | Value |
|---|---|
| SOCIAL SECURITY # | |
| DATE | |
| MED. DIST. # | 17 |
| CLINIC # | 159 |
| RANK | PO |
| NAME (LAST, FIRST, M.I.) | Schoolcraft, Adrian |
| COMMAND | 081 |
| TAX REGISTRY # | [redacted] |
| COMMAND PHONE # | (718) 574-0441 |
| ON SICK REPORT | ☒ YES ☐ NO |
| LINE OF DUTY | ☐ YES ☒ NO |
| DATE OF LINE OF DUTY | |
| CONSULTATION SPECIALTY | Psychological Evaluations |
| DOCTOR TO WHOM REFERRED: | Sach |
| APPOINTMENT DATE & TIME | |
| NOTIFIED BY: | |

**REASON FOR REQUEST / SPCIFIC QUESTIONS TO BE ANSWERED: (IF OTHER THAN THOSE LISTED BELOW)**

Need eval 2° stress on job - please eval[uate]

NAME OF REQUESTING SURGEON (Printed)

SURGEON'S SIGNATURE

## CONSULTANT'S REPORT -
PRINT OR TYPE ANSWERS TO ALL QUESTIONS CHECKED, IF ADDITIONAL SPACE IS REQUIRED, USE REVERSE SIDE.

☐ **DIAGNOSIS:**

stress/anxiety

☐ **TREATMENT RECOMMENDED:**

Psychotherapy - recommend CBT to improve coping skills + reduce physical symptoms of stress

☐ **PROGNOSIS:**

Good, with treatment

☐ **DUTY CAPABILITY: (INDICATE ACTIVITIES TO BE EXCLUDED)**
☐ CONTINUE ON SICK REPORT   ☐ LIMITED CAPABILITY   ☒ RESTRICTED DUTY   ☐ FULL DUTY

4/13/09 reappt to Psych - UR

☐ APPROX. RETURN TO DUTY? TBD
☐ DO YOU WISH TO SEE THIS PATIENT AGAIN?   ☒ YES   ☐ NO   If so, when? TBD

| DATE | CONSULTANT'S NAME (PRINTED) | SIGNATURE |
|---|---|---|

DISTRIBUTION: ORIGINAL - DISTRICT SURGEON   DUPLICATE - CONSULTANT   TRIPLICATE - DISTRICT SURGEON VIA MEMBER OF THE SERVICE