SM Exhibit J

– Face to face
T/C Tphone contact

4/13/09 – F/F [illegible] Adrian Schoolcraft

[illegible] job since 02,
M/33,
[illegible]

Chest pain x (≈1yr) started in work situation like heat, + heavy [illegible]. Chest tightness. EKG's normal, a few weeks ago, on 4/3/09, was off duty at home + felt bad, Fast neck, chest tightness, Cold feet heart (Never had never [illegible]) pumping, not rapid heart beat. Felt like heart [illegible] when doesn't sleep well. → ER in [illegible] Hills. gave injection of Lorazepam + woke up feeling next. Took 1 tab [illegible] end of next 2 nights [illegible] sleep.

Lorazepam Valium injection

Past few months started getting blisters on feet (More foot post now?) yes. Since Nov. But [illegible] comfortable on foot than in RMP. [illegible] smoking for [illegible]. People smoke in car, at command. [illegible] Navy before that + [illegible] blisters on sole skin. Would rather [illegible] (Yes[illegible]) [illegible]

Stomach probs ~6 months. [illegible] + constipation [illegible] for it. ~2 months ago (PCP) [illegible] Seroquel, [illegible] (for sleep [illegible]?) for sleeping I think.

Doesn't visit MDs Until recently hasn't seen a doc since got out of mil, [illegible]

Trouble sleeping ~3 months, (?) [illegible] 4x12 (?) goes to bed ~5 AM. (b/c can't sleep?) Depends on how [illegible] [illegible] [illegible] [illegible] for [illegible] [illegible] TV [illegible]. Gets up ~1pm, n2pm

(wake up during night?) No,
(fall asleep at 5 or get in bed at 5?) Sleep at 5,
(to 8 hrs) [illegible] (?) this 1x/2-3 days.
If has errands to do, gets up at 9-10 am to get it done. So 4-5 hours. — 4-5
(?) 8 hrs on RDO's;

During work week, 3 out of 5 days gets 4-5 hours, Feels run down, wishes that it would stop rather he [illegible] with regular hours. B & others seem to handle it well.

"I eat crap." when at work, — [illegible]
Wants to try eating meat for ethical reasons but keeps putting it off, b/c doesn't cook & hard to carry food around on foot post.
Got referral to see nutritionist & psychiatrist. Wants a better lifestyle.

Drinks too much soda (not diet)
Sometimes walks to 7-11 at 3AM for junk food

(Work problems?) Has been told [illegible] summons [illegible] got eval saying "2.5", below standards, Recommend transfer. He appealed it, Next day had sign on locker saying (If you don't like your job, get another one) [illegible] doesn't even know how to go about doing an appeal. He hired a labor atty (cost 5000 retainer)

labor att. cost $5000

Cont of 4/13/09 F/F c PO Adrian Schoolcraft

Union won't [illegible] delegates [illegible] they [illegible] to do.
[illegible] says he's been retrained + counseled, but he never was, no warnings NO Warnings

2/25/07, MOS / delegate - 8/9 [illegible] Co [illegible]
They said he has low activity, [illegible]
& other write [illegible] [illegible] won't do anything about it, They want [illegible] for [illegible]
[illegible] + cell phones
They want more 250's (stops, [illegible])
No [illegible] Would like more [illegible] CC [illegible], etc
[illegible] go, but MOS hasn't been [illegible]
MOS thinks it lowers the [illegible] of PO's [illegible] police that way
[illegible] make [illegible] of how they "should be"
[illegible] MPD [illegible] to submit recommendations to them
MOS is from TX & his father was a PO in TX
No problems [illegible] last [illegible] (Any [illegible] in [illegible])
not sure [illegible] probably [illegible] before, but still [illegible], [illegible] #5. [illegible] told him that he "used to be a hammer" but MOS doesn't recall ever being "a hammer,"
([illegible]?) [illegible]
* a few years behind in tax returns [illegible] but didn't [illegible] to H&R Block [illegible] for him, [illegible] no $ problems.

[illegible]

NYC00002994

doesn't
at current cmd 54 yr, probably Black community trust white PO's

Cops treated badly "not a racist thing"; one of cause for there are "white trash." Was lower, was lower middle class, Both parents working

no probs with blacks at work or in Navy, Black cops are [illegible]

on the county, Hates where he is assigned, otherwise likes job.

Hate how people in community talk to each other & treat each other,

this past post in front of biggest lawsuit bldg lots of suits against cops & co.

"No hallucinations" [illegible] people very well, not any [illegible] but wonders if they [illegible] him [illegible] inevitably [illegible]

Was a medic in Navy, left Navy in 97 — [illegible]

Hasn't been to dentist since out of Navy

[illegible] parents [illegible] his [illegible] took him to dentists

parents [illegible]

Mother died of cancer 5 yrs ago. The car beat the hell out of me & my father. Father [illegible] painkillers, [illegible]

Father [illegible] [illegible] suspicion of DUI / painkillers

Father is 53, [illegible] 2/07, Father had syndrome where body starts [illegible] off itself, [illegible] sounds like he had strokes

[illegible] found out [illegible] take his [illegible] & found large bottle of hydrocodone (cocaine), & many other meds [illegible]

Father got [illegible] from VA, [illegible] 31 several drugs, [illegible]

[illegible] MP. [illegible] after wife's death [illegible]

[illegible] no one in family [illegible]

Coffee [illegible] soda was only "fix" — [illegible]

VA put Father on [illegible], 3 months later [illegible]

lost use of left foot & still has that syndrome, [illegible]

Left foot [illegible]

Not paranoid

Jammed up

Am I tired

Cont of F/F c Po [illegible] on 4/13/09

[illegible] [illegible] see if really has it, [illegible] sd [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] Snake [illegible]

Father had 16 cats & 5 dogs.

MOS had to find homes for all. MOS took Mother's cats [illegible] [illegible] [illegible] rescue groups for rest of cats [illegible] all got placed in homes

Dogs all went to a kennel. I went "kennel crazy" [illegible] [illegible] sleep. Trying to find homes for rest. All were misfit rescues; Dad [illegible] [illegible] anyone b/c [illegible] [illegible] nursing home. Father had been [illegible] [illegible] better [illegible] [illegible] [illegible] [illegible] [illegible] to [illegible] for [illegible], [illegible] [illegible] [illegible]. She [illegible] [illegible] [illegible] [illegible] [illegible] Age 48, MOS had [illegible] that day but was [illegible] to [illegible] OT in the PCA was supposed to take Mother to [illegible] [illegible] day. [illegible] [illegible] [illegible] [illegible] [illegible] didn't know where MOS was. MOS [illegible] [illegible] for that.

He stroke w/ [illegible]

The spring 1st yr. that he & father [illegible] "coming out [illegible]" [illegible] When father was in hosp, [illegible] [illegible] [illegible]. Took all antiques, [illegible] [illegible] & father's [illegible]. Put out [illegible] [illegible]. Mother's [illegible] [illegible], [illegible] [illegible] in [illegible]. Photos [illegible] [illegible] [illegible] [illegible]

[illegible] of things [illegible] walking around at 3AM [illegible] sulking on a [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible], [illegible] & [illegible] [illegible] [illegible] MOS, [illegible] badly, [illegible] [illegible] [illegible] sd [illegible] [illegible]. [illegible], [illegible] [illegible].

(margin: [illegible]; while and Dad in hospital)

NYC00002996

< Superv by T/C c Dr Khan > — Called Dr Khan

Plan: Temp removal of F/A pending full dept decision c Dr Propper. Dr. Propper.

Feedback given to MOS,

Provided MOS c psychoeducation on mind-body connection & urged him to see a psychologist who specializes in that. He agreed, also recommended a med. eval c a psychiatrist instead of his PCP but he declined, preferring to avoid meds if possible. Don't want meds

F/A removal coordinated by DZ Mahala & carried out by Sgt Michaels of Absence Control & Po Tornabene of Med. Bills. Sgt Gallina ran the F/A check: 2 F/A, 20 r shield vouchered at Med Div / Shield was in locker, 2 guns were at home & ID card was on his person. MOS cooperative, but doesn't want R/D ⓐ — C [illegible] psych

4/14/09 – Supervis c Dr Propper, – Place on R/D

4/14/09 – T/C c Dr Chief's Dr Daly Man of Med Svcs & restoring readily to F/D. — C [illegible] psych

4/14/09 – Informed MOS about R/D decision – C C

4/15/09 – T/C c MOS. Explained duty status decision. He was upset about it & does not understand reason for it. He repeatedly sd "Why, b/c of me entertaining the idea of seeing a psychologist?" Even though I repeatedly explained that his physical s/s of stress are in need of tx. He asked that the "charge" be r/d explained (again) that R/D is not a disciplinary action. We want to monitor him & encourage tx so he can get better & get back to F/D. He verbally received R.Z.'s signed on 4/13/09. He will follow up c that in writing — C [illegible] psych

Tx - treatment

c 1217(1986)

FITNESS FOR DUTY INTERVIEW FORM

INTERVIEWER Dr Lamstein DATE 4/13/09

NAME PO Adrian Schoolcraft

CURRENTLY LIVES WITH Self

FAMILY OF ORIGIN
(parents, siblings)

Parents marital status

Deaths

Problems (e.g. serious illness)

See notes

Number of siblings

Past and current relationship with family

MARITAL STATUS Married Single Divorced Single

Children

Dating pattern (if married)

Describe relationship (length, quality)

Resolution of conflicts

FRIENDS (close)

Number 4-5

On or off job both,

Years known oldest friend

Sees how often

ALCOHOL USAGE

Alcohol in week

Drank more

How often has too much to drink

Trouble after drinking

Blackouts

2x, in Navy

PHYSICAL FIGHTS SINCE APPOINTMENT TO P.D. (not line of duty)

ARRESTS

Number — Low activity (see Note)

Type

Why so few or many

NECESSARY FORCE USED

Type of force — phys

Circumstances

Reaction
"numbers" CARBS,
Not sure how many substantiated

PHYSICAL STATUS
(Employee's report of)

General health

Sick time on job — See Note [illegible] [illegible] Chains, [illegible] [illegible]

Hospitalizations — [illegible] b/w recently

Current medication(s)
None, Took Lorazepam for 2 days

HISTORY OF PSYCHOLOGICAL PROBLEMS
(Whether or not received treatment)
Took Lorazepam for 2 days recently
No other Hx of Ψ Rx,
No Ψ Rx, no drugs, alcohol until [illegible] 08, [illegible]

⊖ F/A, N/S

⊕ MDCE, Currently on 3C[d] [illegible] [illegible] empty for last [illegible], [illegible] [illegible] [illegible] off [illegible] it repeatedly, used 3-4x, 1 [illegible] during [illegible] Dept [illegible] [illegible] using it a lot

Some account his [illegible] of raising, [illegible] slow, not [illegible], [illegible] [illegible] [illegible], [illegible] (d) Can't be in [illegible] [illegible] [illegible] [illegible]. They say there [illegible] him, not other way around, Never placed on [illegible] monitoring, But just [illegible] [illegible] he's on some kind of "secret pct-level probation" ; Few [illegible] [illegible] [illegible] his [illegible] I got [illegible] [illegible] [illegible] [illegible] [illegible] "[illegible] [illegible] MOS. Since [illegible] evaluation recently. 2C (2t) [illegible] [illegible] [illegible] [illegible] on [illegible] not [illegible] [illegible] + Duty Capt [illegible] ([illegible] also) + said they have to watch him closely, (when?) ~3, [illegible]

ARRESTS/NON-TRAFFIC SUMMONSES (times employee was ~~arrested~~)

⊖

MENTAL STATUS (Appearance, attitude, behavior, mood, thinking, speech, etc.
Appearance WNL, Reports physical Sx of stress + fully [illegible] [illegible] variety of situations, but is resistant to accepting that there is any kind of anxiety problem or stress problem, Does not want to be placed on R/D, minimizes, not psychotic

WHY P.D.?

[illegible]

View of their job in the Department
Likes police work in general, but does not like neighborhood where he works + does not want to write a lot of summonses; 250's, Disagrees with bosses [illegible] demands for #s, [illegible] [illegible] [illegible] [illegible] to contest his poor annual evaluation

Re: PO Adrian Schoolcraft

7/27/09 – F/F C MOS

He [illegible] [illegible] anxy. sleeping probs. Not being [illegible] of [illegible] at work since on R/D. They just leave him alone. Calls, phones, taking complaint reports etc

re: PO A. Schoolcraft

Dr [illegible]
G. [illegible] PhD

10/13/09

TC from P.C. office, Sgt Bonilla
646-610-5410

PO Schoolcraft's father called "City Hall," and spoke to Dep Mayor Skyler's assistant. The father said that his son was never told why he is on RID. Sgt Bonilla reached out to PO Schoolcraft who said he was never told why he is on RID.

I told Sgt Bonilla that Dr Lamstein was away, so could not report on an exact conversation, but I read some notes which confirm she "gave feedback," and more. I told that our policy is to make sure MOS know why they are being placed in RID (even if they may disagree). We also try to direct MOS to places they can get help, as Dr. Lamstein clearly did.

I told Sgt that Dr Lamstein would call in PO Schoolcraft as soon as she returns, and answer any questions he may have. Sgt Bonilla said that was fine – it could wait for Dr Lamstein's return.

Re: PO Adrian Schoolcraft

10/27/09 – F/F c MOS

I explained to MOS that I called him in immediately upon my return from a 2 wk vacation b/c I received msg that his father made a complaint downtown that I never told MOS the reason why he is on R/D. Since we had discussed that in detail at his initial & subsequent visits, I empathetically expressed an understanding of how he may not have wanted to tell his father the reason why he was on R/D. To make sure that he has a clear understanding of why he is on R/D, I again explained in detail that he is on R/D b/c he had significant physical manifestations of stress that were causing much discomfort & would benefit from treatment & further monitoring.

MOS sd he no longer has those physical sx of stress even though he is still facing the same stressors as before. While on R/D, he is at front desk of PCT dealing with complaints all day long – not stressful to him, but not any less stressful (in his opinion) as regular F/D work.

I again recommended stress mgt & relaxation training so the next time he is faced with new increased stressors, he won't have a recurrence of the chest pain, headaches, insomnia, upset stomach, etc. that he had for several months when he 1st came to PES. He said he bought both books I recommended & started reading them, but not that helpful since not much he didn't know before. He thought the Burns book was kind of corny & preferred the Ellis book. He (cc) brought both books to today's appt & had bookmarks in them, (cc) not very far into them (so hasn't read much of them). He said he called a few people I recommended but none take [illegible] & [illegible] for him they don't provide CBT (cc) & one wanted $400/hour. I told him I could help him find an Active Therapist & I'm sure they must cover CBT for physical sx of anxiety. He said he would call later c his provider # & name of his exact HMO plan so I can make sure the providers are in-network. MOS expressed an appreciation for the assistance.

[illegible] Psy.D

10/27/09 - MOS called with his health insurance [illegible].

[illegible] Psy.D

10/27/09 - T/C c̄ MOS

I informed MOS that I found a number of psychologists in Forest Hills (his preferred location) who accept Aetna HMO & specialize in CBT, Anx, & Stress Mgt. He does not have a private fax machine so I offered to mail it to him. I also gave him the Aetnabehavioralhealth.com website for further referrals as well as educ. & self-assessment tools. [illegible] Psy.D

* Andrew Kane, Ph.D.
108-28 68th Drive
Forest Hills, NY 11375
718-997-8072

Thomas Pabon, Ph.D.
110-21 73rd Rd, Suite 6
Forest Hills
718-207-2153

Gwen Alter, Ph.D.
110-45 Queens Blvd
Forest Hills
718-575-0110

* Gus Papapetrou, Ph.D.
115-10 Queens Blvd.
Forest Hills, NY
718-544-8454

Let me know if you need any further assistance.

Cathy [illegible], PsyD
718-760-7695