SM Exhibit K

  DATE 4/14/09

## RESTRICTED DUTY

THIS DESIGNATION TO BE RE-EVALUATED IN ACCORDANCE WITH
MEMBER'S MEDICAL DISABILITY

Tax # ▓▓▓▓

INSTRUCTIONS: District Surgeon will prepare this report in duplicate and the member concerned shall deliver both copies to the Medical Section, Restricted Duty Office, #346 Broadway, 9th Floor, on the date he is assigned to restricted duty.

Adrian Schoolcraft  PO  12943  8/Pct
NAME  RANK  SHIELD  COMMAND

ADDRESS _____  RESIDENT PCT. _____

DATE REPORTED SICK _____  DATE OF DISABILITY _____  DIAGNOSIS _____

TIME: _____ DATE: _____   TIME: _____ DATE: _____

FIREARMS REMOVED: YES ✓ NO ____   LINE OF DUTY _____
DATE REMOVED 4/13/09   NON LINE OF DUTY _____

APPROVED TO OPERATE DEPT. VEHICLE:   YES ____ NO ____

### INDICATE RECOMMENDED RESTRICTIONS

LIMITED USE OF   EYES ____ ARMS ____ LEGS ____ BACK ____
LIMITED AMOUNT OF   STANDING ____ WALKING ____ LABORIOUS WORK ____ STAIR CLIMBING ____

OTHER RESTRICTIONS: (IF OTHER THAN ALL TOURS) - REASON _____

DATE TO BE RE-EVALUATED AT THE MEDICAL SECTION: _____

REMARKS: _____

_Reporting Surgeon's Signature & District-Date_ Psy D

PD 429-082 (10-79)
(Formerly Misc 804 A)

D000296



POLICE DEPARTMENT
CITY OF NEW YORK

4/14/09
(Date)

From     Catherine Lamstein, Psy.D., Psychological Evaluation Section

To:      Firearms Removal/Restoration Desk, Medical Division

Subject: REMOVAL OF FIREARMS FROM A MEMBER OF THE DEPARTMENT

1. I hereby request the removal of firearms from:

    Title: PO
    Name: Adrian Schoolcraft
    Shield: 12943     Tax: [redacted]
    Command: 81 Pct

for the purpose of psychological evaluation. This person will be placed on Restricted Duty assignment pending the results of this evaluation.

2. For your information.

Catherine Lamstein, Psy.D.
Psychologist – Level I
Psychological Evaluation Section

D000297

Shield/ID Card Removal Log #_____

## POLICE DEPARTMENT
## CITY OF NEW YORK

4/14/09
Date

From:  Supervisor, Medical Division

To:    Supervisor, Shield/ID Card Unit

Subject: **REMOVAL OF SHIELD, FULL DUTY IDENTIFICATION CARD AND FIREARMS**

1. The following member of the service was placed in a NO FIREARMS STATUS on  4/13/09 . Please issue P.o. Adrian Schoolcraft
   Date                    Rank/Name

▇▇▇▇▇▇ a No Firearms identification card. The member's Shield and Full
Tax #

Duty identification card were removed and will be forwarded for safekeeping.

2. It is requested that upon issuing the No Firearms identification card, the Supervisor, Shield/ID Card Unit complete the endorsement below and fax it to the Firearms Removal Desk at 718-760-7621.

_____
Supervisor's Rank/Name/Tax #

## 1ST ENDORSEMENT

Supervisor, Shield/ID Card Unit to Commanding Officer, Medical Division. On _____
                                                                              Date
the above member was issued a No Firearms identification card.

Supervisor
Shield/ID Card Unit

"B"         **Shield/ID Card Restoration Log #_____**

D000298