SM Exhibit P

Page 1

1   UNITED STATES DISTRICT COURT

    SOUTHERN DISTRICT OF NEW YORK

2   ------------------------------------------------X

3   ADRIAN SCHOOLCRAFT,

4                       Plaintiff,

5
                                        Case No:

6       - against -           10 CV 06005

7

    THE CITY OF NEW YORK, ET AL.,

8

9                       Defendants.

10  ------------------------------------------------X

11                  111 Broadway

                    New York, New York

12

                    January 6, 2014

13                  2:31 p.m.

14

15

16

17  DEPOSITION OF SERGEANT RASHEENA HUFFMAN,

18  pursuant to Subpoena, taken at the above

19  place, date and time, before DENISE ZIVKU, a

20  Notary Public within and for the State of

21  New York.

22

23

24

25

Page 46

1                    RASHEENA HUFFMAN

2        Q.       You can omit reading the rest of

3   that entry.   That's just particular about an

4   individual.   Thank you.

5                 These activities here vouchering

6   certain items, was that something that was

7   within the scope of Schoolcraft's duties at

8   the TS desk?

9        A.       Yeah, at TS desk, yeah.

10       Q.       With are the duties of somebody

11  who is stationed at the TS desk as of

12  October 2009?

13                MS. PUBLICKER METTHAM:

14       Objection.   You can answer.

15       A.       The TS operator, they answer the

16  phones, they help complainants that come

17  into the precinct at the window and they get

18  the property for the complainant.   Like

19  let's say -- not even complainant.

20  Individual was arrested and now he's coming

21  to pick up his property.   Then the TS

22  operator may go into the property room, get

23  the property, come to me and then I'll look

24  at it, signed it off and put it in the log

25  and he'll give him back the property.

Page 47

1              RASHEENA HUFFMAN

2        Q.       So this is a reference that

3   Officer Schoolcraft doing that, correct?

4        A.       Yes.

5        Q.       As the TS operator, is that

6   person also responsible for vouchering

7   evidence and firearms and paraphernalia?

8             MS. PUBLICKER METTHAM:

9        Objection.   You can answer.

10       A.       No, not responsible for it.

11   That stuff is usually the arresting officer.

12       Q.       So the TS desk vouchers

13   evidence?

14             MS. PUBLICKER METTHAM:

15       Objection.   You could answer.

16       A.       It depends on the situation.

17   Evidence is -- when you say evidence, there

18   is arrest evidence.   The arresting officer

19   normally does that.   Not the TS operator.

20   The TS operator usually gets the property

21   that someone comes into the command to

22   retrieve and they get it out the property

23   room and give it back to them.   That's just

24   for safekeeping.

25       Q.       Have you seen the TS officer at

Page 67

1                    RASHEENA HUFFMAN

2        A.      I believe he said that.

3        Q.      Did you say something in

4   response to that?

5        A.      I don't remember what I said in

6   response.  I know that he put a sick report

7   in my hand.  I'm like sick report, you know,

8   that's not what people do.  That's not

9   common.

10       Q.      I think I have -- we have an

11  excerpt that we're going to play back.  See

12  if you can help us in what was said between

13  you and Officer Schoolcraft.  While we're

14  opening that up --

15       A.      Okay.

16       Q.      -- let me ask you some more

17  questions about this entry in the command

18  log.  There's an entry here that says I

19  explained that if he's sick a supervisor has

20  to approve.  Do you see that reference?

21       A.      Yes.

22       Q.      Okay.  What's that based on that

23  a supervisor has to approve if he's going

24  sick?

25                MS. PUBLICKER METTHAM:

Page 68

1              RASHEENA HUFFMAN

2         Objection.

3         A.      Yes, pretty much he can't -- an

4    officer can't just come and say I don't feel

5    well, I'm going sick and just leave.

6         Q.      Okay.  When you put down this

7    entry a supervisor has to approve, you're

8    referring to yourself?

9         A.      Yes, me, sick desk supervisor.

10   When you go sick if you want to go

11   administratively sick then you get

12   permission from the desk.  If you go regular

13   sick, then you got to go to the district

14   surgeon, which if you went regular sick to

15   the medical division.

16        Q.      I just want to understand.  It

17   says here a supervisor has to approve.  Were

18   you referring to you having to approve or

19   somebody else having to approve him going

20   sick?

21        A.      Depends on what sick you go.

22        Q.      No. No.  What I want to know is

23   what's in your mind here.  You said that you

24   explained to him that a supervisor has to

25   approve his request to go sick?  See that

Page 69

RASHEENA HUFFMAN

1
2  entry there?
3      A.      And I explained that --
4      Q.      What I want to know is what
5  supervisor are you referring to when you
6  made --
7      A.      It's the supervisor in general.
8      Q.      You've got to let me finish the
9  question.  This entry in the command log and
10  it says I explained that if he's sick a
11  supervisor has to approve.
12      A.      Yes.
13      Q.      Okay.  What I want to know is
14  what supervisor are you referring to when
15  you made that entry in the command log?
16      A.      Doesn't have to just be me,
17  could be a supervisor in general.
18      Q.      I'm not asking about a
19  theoretical potential answer to my question.
20  I want to know what you were thinking when
21  you wrote this entry?
22          MS. PUBLICKER METTHAM:
23      Objection.  Asked and answered.  She
24      testified to what she was thinking
25      which was any officer.

Page 70

1              RASHEENA HUFFMAN

2              MR. SMITH:  No, please don't

3        provide her with her answers --

4              MS. PUBLICKER METTHAM:  This is

5        what she testified to three times.

6              MR. SMITH:  Please, it's not.

7        Q.      What supervisor were you

8   referring to when you made this entry?

9        A.      When I made this statement, like

10  I said, I said in quotes, he comes to the

11  desk and I explained if he's sick a

12  supervisor has to approve.  A supervisor

13  could be me, it could be a lieutenant, it

14  could be the sick desk supervisor, it could

15  be district surgeon.  It's a supervisor.

16       Q.      Okay.  Did you give him

17  approval?

18       A.      No, I did not.

19       Q.      Why not?

20       A.      Because he did not request sick

21  from me.

22       Q.      I thought you said he put a slip

23  on your desk --

24       A.      You can't do it that way.  You

25  can't just fill out a sick report on your

Page 76

                        RASHEENA HUFFMAN

1

2       A.      Yes.

3       Q.      Why did you make the entry sick

4   desk Sergeant Baer, B-a-e-r?

5       A.      I don't know.  Maybe I spoke to

6   a supervisor there and wanted to put the

7   name of the supervisor.  I don't know.

8       Q.      What is the entry -- can you

9   read the entry on the first page of

10  Plaintiff's Exhibit 26, the handwritten

11  entry by you?

12      A.      Sergeant Huffman called P.O.

13  Robert sick desk at 14:30 hours, states P.O.

14  Schoolcraft didn't call in sick.

15      Q.      Why did you call the sick desk

16  at 14:30 hours?

17      A.      Because he left the precinct

18  without going sick the proper way.

19      Q.      If he had called the sick desk,

20  would that have been the proper way?

21      A.      I called to see if he went sick.

22      Q.      You're not answering my

23  question, ma'am.  I said if he had called

24  the sick desk, would that have been the

25  proper way?

Page 77

1               RASHEENA HUFFMAN

2            MS. PUBLICKER METTHAM:

3       Objection.  You can answer.

4       A.     If he had called the sick desk,

5    he would still have had to speak to a

6    supervisor and let them know that he was not

7    feeling well and then after that we would

8    call the sick desk and speak to the sick

9    desk and let them know that we have a MOS

10   that's, either A, being treated at the

11   precinct by EMS or going to a hospital and

12   is requesting to go sick.

13       Q.     So the answer to my question is

14   no, if he had called the sick desk that

15   still would not have been the proper way to

16   go sick; is that right.

17            MS. PUBLICKER METTHAM:

18       Objection.  Objection.  Asked and

19       answered.  You can answer again.

20       A.     I still had to check to see if

21   he called the sick desk.

22       Q.     What's that based on?

23            MS. PUBLICKER METTHAM:

24       Objection.  You can answer.

25       A.     What happened?

Page 86

```
                              RASHEENA HUFFMAN
 1
 2        A.        Hmm-hmm.
 3        Q.        Can you remember what the next
 4   thing that happened with respect to
 5   Schoolcraft?
 6        A.        I know that I had to have
 7   notified a supervisor, who exactly it was
 8   and how I did, I don't remember.
 9        Q.        Did somebody tell you to call
10   the sick desk?
11        A.        Yes.
12        Q.        Who?
13        A.        I believe it was Inspector
14   Mauriello.
15        Q.        You remember that part?
16        A.        I believe.  It could have been
17   Captain Lauterborn.  I don't remember
18   exactly who it was, but I had to call to
19   check to make sure that if he went sick, was
20   he out sick, what's going on with him.
21        Q.        And what was the next thing you
22   remember doing with respect to Schoolcraft?
23        A.        I believe I had to call his cell
24   phone or his house phone and see if can get
25   him back to come to the precinct and do it
```

1        RASHEENA HUFFMAN

2    the right way.  I believe I had to call his

3    house or something like that and left a

4    message for him.  Tell him to call the

5    precinct or come back.

6        Q.      Did somebody tell you to make a

7    phone call to Schoolcraft?

8        A.      A higher supervisor.

9        Q.      Do you remember which one?

10       A.      Either Captain Lauterborn or

11   Inspector Mauriello, I believe.

12       Q.      Did you leave a message with

13   Officer Schoolcraft?

14       A.      I believe I did.

15       Q.      And what did you say in that

16   message or messages?

17       A.      I don't know exact words, but if

18   you could call the precinct, get in contact

19   with us, come back to the precinct, go sick

20   the proper way.  It was a message.  I didn't

21   verbally speak to him.

22       Q.      Okay, so you left a message on

23   his voice message?

24       A.      Yes.

25               MR. SMITH:  Can you read back