SM Exhibit X

SM EXHIBIT X – NYPD RECORDING OF LIEUTENANT CAUGHEY IAB INTERVIEW