SM Exhibit AA

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

| | | |
|---|---|---|
| M # 09-1973 | Log# 09-41517 | SIU# 01-148-09 |

**From:** Sergeant Alroy Scott, Special Investigations Unit

**Date/Time:** August 26, 2010 / 1300 hrs.

**Allegation:** DRV-Other

**Subject:** Lt. Broschart Activity Log Entries / PCI # R119340

---

(KD) 08/24/09 @ 1500 HRS***DRV-OTHER***Dt McGonagle, Group 1, forwarded the following complaint to the C/C by fax, letter reads as follows: PO Schoolcraft, Tax # 931186, 81 pct, reports that an unidentified person from DI Mauriello's, C.O. 81 Pct, Administrative Staff, has reported that S/O's Sgt Weiss, Tax # _____, 81 pct and Lt Caughey, Tax # _____, 81 pct, broke in and entered, without permission or authority, a locked office containing sensitive department files, and removed documents pertaining to Civilian Complaints that were inside of Sgt Weiss's Department Personnel Folder. The source states that the files would have been an obstacle to the evaluation and promotion of Sgt Weiss to NYPD lieutenant. Sgt Weiss has since been promoted to lieutenant. DI Grossi recommends OG back to Group 1. (KD)

---

1.  On the above date and approximate time, the undersigned Investigating Officer is documenting that review of Lt. Broschart's Activity Log entries regarding the date of incident. The S/O's Activity Log revealed that he conducted a 1445 x 2335 tour of duty. At 1620 hours, the entry shows him on a 10-61 to the C/V's address. At 1645 he places himself 10-84 at the C/V's residence; no answer at door and makes mention about the speaking to the landlord, Theodore Shelmyr. It also revealed that Sgt. Knollz, 104 A/C was present and was met with the same results. His very next entry at 2220 hours shows him 10-97 E to Jamaica Hospital with C/V. The next entry is at 2235 showing them 10-84 at the Hospital. At 0040 hours reveals that the S/O is 10-98 from Jamaica Hospital then EOT at 0200 hours.

During the undersigned I/O official interview with Lt. Broschart on August 5, 2010, the S/O revealed that he invoiced the C/V's keys under PCI # R119340 and supplied the I/O with a copy of the PCI which it is being held under at the 81 Precinct. The S/O revealed that he invoiced them to secure the C/V's property and to have them available for him at the Precinct when he returned. After review of the copy of PCI # R119340, it revealed that five (5) assorted keys and ring are invoiced. This case will remain open.

2.  For your INFORMATION.

Sgt. Alroy Scott
**Case Investigator**

Lt. John Crisalli
**Team Leader / Case Supervisor**

D.I. David A. Grossi
**Commanding Officer**

W/S# 130
ATT: A-F

CONFIDENTIAL

NYC00004527