SM Exhibit AB

# PATROL BORO BROOKLYN NORTH

| PATROL BORO<br>BKLYN. NORTH | SUN<br>25-Oct | MON<br>26-Oct | TUE<br>27-Oct | WED<br>28-Oct | THUR<br>29-Oct | FRI<br>30-Oct | SAT<br>31-Oct | SUN<br>1-Nov |
|---|---|---|---|---|---|---|---|---|
| D.I. WRIGHT<br>C.O. 73 PCT | RDO | 14X22 | RDO | DUTY<br>7X15 | 12X20 | 12X20 | 18X02 | RDO |
| CAPT BRESLIN<br>X.O., 73 PCT | RDO | RDO | 12X21 | 12X21 | MEETING<br>14X23 | DD<br>6X15 | IVD | RDO |
| CAPT IGLESIAS<br>IMPACT CAPT X.O. 73 PCT | RDO | RDO | 14X23 | DD<br>6X15 | MEETING<br>14X23 | 12X21 | Detail<br>10X19 | 19X04<br>RDO |
| INSP MADDREY<br>C.O. 75 PCT | RDO | 14x23 | 14x23 | 7x21<br>RDO<br>307-08 | 10X18 | DUTY<br>15X23 | ✓<br>18X02 | RDO |
| CAPT HENDERSON<br>IMPACT CAPT X.O. 75 PCT |  | RDO | VAC | VAC | VAC | EXE DEV | VAC | RDO |
| CAPT PEREZ<br>IMPACT CAPT X.O. 75 PCT | RDO | RDO | 16X24 | 16X24 | ED<br>15X23 | ED<br>15X23 ✓ | 10X18 | RDO |
| CAPT MARESCA<br>IMPACT CAPT X.O. 75PCT | VAC DAY | 9X18 | 9X18 | ED<br>14X23 | 9X18 | RDO | RDO | ND<br>22X07 |
| D.I. COSGROVE<br>C.O. 77 PCT | RDO | 18X02 | 12X20 | RDO | 6X14 | DUTY<br>7X15 | 18X02 | RDO |
| CAPT MYRIE<br>X.O., 77 PCT | DD<br>7X15 | ED<br>15X23 | RDO | 10X18 | VD<br>15X23 | RDO | 10X18 | RDO |
| DI LYONS<br>C.O., 79 PCT | RDO | VAC | VAC | VAC | VAC | VAC | RDO | RDO |
| CAPT ESPOSITO<br>IMPACT CAPT 79 PCT | RDO | 12X21 | 10X19 | 12X21 | 9X18 | 12X21 | 17X02 | RDO |
| IMPACT CAPT X.O. 79 PCT |  |  |  |  |  |  |  |  |
| DI MAURIELLO<br>C.O. 81 PCT | RDO | 10X18 | 11X19 | 11X19 | RDO | 12X20 | 18X02 | RDO |
| CAPT LAUTERBORN<br>X.O. 81 PCT | ND<br>22X07 | 6X15 | 6X15 | RDO | RDO | CRV<br>5X14 | DD<br>6X15 | ED /impact<br>14X23 |
| D.I. CAPASSO<br>C.O. 83 PCT | RDO | DUTY<br>7X15 | 12X20 | 13X21 | RDO | 12X20 | 18X02 | RDO |
| CAPT MIFSUD<br>X.O. 83 PCT | ED<br>14X23 | RANGE | RDO | RDO | 10X19 | CRV<br>13X21 | 10X08 1150<br>18X19 | 19SD<br>20X50<br>RDO |
| CAPT DIPAOLO<br>C.O. 84 PCT | RDO | RDO | DD<br>7X15 | 11X19 | 11X19 | 12X20 | 18X02 | RDO |
| X.O. 84 PCT |  |  |  |  |  |  |  |  |
| CAPT TASSO<br>C.O. 88 PCT | RDO | RDO | ED.<br>15X23 | 15X23<br>10X18 | DD<br>7X15 | 12X20 | 18X02 | RDO |
| CAPT KIGHT<br>X.O. 88 PCT | RDO | DD<br>7X16 | LT<br>10X19 | RDO | 13X22 | Impact<br>15X24<br>RDO<br>21X54 | 10X19 | DD<br>7X16 |
| D.I. KEMPER<br>C.O. 90 PCT | RDO | RDO | 10X18 | 10X18 | DUTY<br>7X15 | 12X20 | 18X02 | DETAIL<br>7X15 |
| X.O. 90 PCT |  |  |  |  |  |  |  |  |
| DI FULTON<br>C.O. 94 PCT | RDO | 12X00<br>10X18 | 10X18 | 10X18<br>15X23 | 16X24 | 12X20 | 18X02 | DETAIL<br>7X15 |
| X.O. 94 PCT |  |  |  |  |  |  |  |  |
| CAPT KOMAR<br>PBBN |  |  | RANGE | SUPV | EXE<br>DEV | EXE<br>DEV<br>PATROL | IVD |  |
| CAPT VAN HOUTEN<br>GANG |  | ND<br>23X07 |  |  |  |  |  |  |
| CAPT TIGHE<br>OMAP |  |  | ND<br>23X07 |  |  |  |  |  |
| CAPT BOLLER<br>NARC |  |  |  | ND<br>23X07 |  |  |  |  |
| CAPT RIGGIO<br>COUNTER-TERR |  |  |  |  | ND<br>23X07 |  |  |  |
| CAPT RYAN<br>WARR |  |  |  |  |  | ND<br>23X07 |  |  |
| CAPT LIPETRI<br>NARC |  |  |  |  |  |  | ND<br>23X07 |  |

NYC00011797

# PATROL BORO BROOKLYN NORTH

| PATROL BORO BKLYN. NORTH | SUN 25-Oct | MON 26-Oct | TUE 27-Oct | WED 28-Oct | THUR 29-Oct | FRI 30-Oct | SAT 31-Oct | SUN 1-Nov |
|---|---|---|---|---|---|---|---|---|
| A.C. NELSON C.O.,PBBN | RDO | 10X18 | 10X18 | 10X18 | 10X18 | 10X18 | RDO | RDO |
| D.C. MARINO X.O.,PBBN | RDO | 15X23 | 12X20 | 12X20 | 15X23 | 12X20 | RDO | RDO |
| D.C. SILKS X.O.,PBBN | RDO | ~~10X18~~ ~~11X19~~ 10X18 | 11X19 | 11X19 | 11X19 | 11X19 | RDO | RDO |
| INSP MORAN ADJUTANT | RDO | DUTY 15X23 | 12X20 | DUTY 15X23 | 12X20 | 12X20 | RDO | RDO |
| INSP ESSIG SPECIAL PROJECTS | RDO | 12X20 | 12X20 | 12X20 | 12X20 | 12X20 | RDO | DETAIL |
| INSP DEFRANCO ADMINSTRATOR | RDO | ~~7X15~~ 1645 x0045 | ~~12X20~~ 1215 2245 | ~~15X23~~ 0800x 1600 | ~~7X15~~ 1600 x0035 | ~~7X15~~ 1200 | ~~RDO~~ 23X07 | RDO |
| INSP CAMPBELL COUNTER TERR.COORD. | RDO | L/T | DUTY 7X15 | 9X17 | RANGE | L/T | RDO | DETAIL 7X15 |
| CAPT SHARKEY BORO CRIME | RDO | RDO | 12X21 | 21X06 | 1730X0230 | 1730X0230 | IMPACT 1730X0230 | RDO |
| CAPT PATTI IRT | RDO | 17X01 | 17X01 | 12X20 L17X01815 | 17X01 | IMPACT 17X01 | RDO | RDO |
| CAPT TRAINOR INSPECTIONS | INSPECTION | INSPECTION | INSPECTION | INSPECTION | INSPECTION | INSPECTION | INSPECTION | INSPECTION |
| CAPT GARDNER BNTF | RDO | SICK | SICK | SICK | SICK | SICK | RDO | RDO |
| DI PEGUES PBBS | DUTY 23X07 | | | | | | | |
| DI CANGIARELLI PBBS | DUTY 7X15 | | | | | | | |
| INSP JOHNSEN PBBS | DUTY 15X23 | | | | | | | |
| DI HURSON OMAP | | DUTY 23X07 | | | | | | |
| DI HAYNES HB | | | DUTY 23X07 | | | | | |
| INSP GALATIOLO PBBS | | | DUTY 15X23 | | | | | |
| DI LEHR TB#30 | | | | DUTY 23X07 | | | | |
| INSP FITZPATRICK WARR | | | | | DUTY 23X07 | | | |
| INSP DIRUSSO PBBS | | | | | DUTY 15X23 | | | |
| DI GOMULA NARC | | | | | | DUTY 23X07 | | |
| DI MCANDREWS DETS | | | | | | | DUTY 23X07 | |
| DI DEBLASIO PBBS | | | | | | | DUTY 7X15 | |
| INSP JOHNSEN PBBS | | | | | | | DUTY 15X23 | |

NYC00011798

## SUPERVISORY COVERAGE
## PATROL BOROUGH BROOKLYN NORTH

| PATROL BORO | | SUN | MON | TUE | WED | THUR | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|---|---|
| BKLYN NORTH | | 25-Oct | 26-Oct | 27-Oct | 27-Oct | 28-Oct | 29-Oct | 30-Oct | 1-Nov |
| CAPT TRAINOR | BNIU | RDO | 12X20 | 9X17 | 9X17 | 12X20 | 20X04 | RDO | RDO |
| CAPT KOMAR | PBBN | RDO | RDO | RANGE | 22X06 | EXE DEV | 22X06 | 22X06 | RDO |

NYC00011799