SM Exhibit AF

081 PRECINCT   Fax:7185740822   Sep 21 2010 12:10pm   P009/012

9#

Saturday October 31, 2009

| 74 | Rops | The Rpt Pct Assn Abs Pette Daily Van Shst |
| 74 | OT | PO Marino Rg 1:00 OT Coll    PO Kim Rg 1:00 OT |
|    |    | Det Peterson Rg 1:00 OT    PO Vasco Rg 20m OT |
|    |    | PO Stern Rg 20m OT |
| 17 | LT | PO Nicoletti Grade 2:30 Lt |
|    | ARK | RIC For 2x2 platoon VC Ad mos According Fin |
|    | C/T | Sec. $1,000, Receipts $100 cash |
|    | PIL | Rpt BES passed to SA Stetson PO Bouyt B Stern |
|    | Checks | The Am E Check of Desk |
| 10 | LT | PO Cena Graded 3:35 Lt   PO Ferrando Graded 8:35 Lt |

AO PO _____ Stansel TAX# _____ CMD 081
DEFT. _____  SEX M  RACE B  AGE 52  DOB _____
DEFT. ADDRESS 219 _____ St Brooklyn NY
ARREST LOCATION P/O 219 _____   TIME 1945
CHARGE(S) Open Contr    Row    ROW    Y    N
UNCARED FOR DEPENDENTS Y N? NAMES _____ None
PHYSICAL CONDITION Normal    DEBRIEFED BY _____
NOTIFICATIONS _____
FUNDS $1.00  AMT. RET. $1.00  AMT. INVOICED _____ INVOICE # _____
(NOTICE TO PERSONS) ISSUED?    Y    N    REFUSED
(PINK INVOICE) COPY GIVEN TO DEFT. ?    Y    N    REFUSED

LT _____

DC _____    PBBX _____

AO _____    TAX # 531603    CMD 081
DEFT _____ SEX M  RACE B  AGE 23  DOB _____
DEFT. ADDRESS 559 _____
ARREST LOCATION 148 Decatur St    TIME 2020
CHARGE(S) CPM    ROW    Y    N
UNCARED FOR DEPENDENTS Y N NAMES _____
PHYSICAL CONDITION Normal    DEBRIEFED BY _____
NOTIFICATIONS _____
FUNDS $5.25  AMT. RET. $5.25  AMT. INVOICED _____ INVOICE # _____
(NOTICE TO PERSONS) ISSUED?    Y    N    REFUSED
(PINK INVOICE) COPY GIVEN TO DEFT. ?    Y    N    REFUSED

NYC00003567