SM Exhibit AH

```
                                                         Page 1
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------X
 3   ADRIAN SCHOOLCRAFT,
 4                        Plaintiff,
 5
                                          Case No:
 6           - against -                  10 CV 06005
 7
     THE CITY OF NEW YORK, ET AL.,
 8
 9                        Defendants.
10   ------------------------------------------X
11                   111 Broadway
                     New York, New York
12
                     January 13, 2014
13                   10:19 a.m.
14
15
16
17   DEPOSITION OF ELISE HANLON, pursuant to Subpoena,
18   taken at the above place, date and time, before
19   DENISE ZIVKU, a Notary Public within and for the
20   State of New York.
21
22
23
24
25
```

Page 105

1        ELISE HANLON
2    that the lieutenant was looking at was
3    the first page of Exhibit 65.
4        Q.    Can you point me to what you
5    were referring to, Lieutenant?
6        A.    Says on scene at 21:15, which is
7    the time that the crew got on scene and the
8    crew documented that they had patient
9    contact at 21:40.
10       Q.    Is this a document that is used
11   regularly -- oh, it's not a fire department
12   document.  Okay.  All right.
13             Is this the kind of document
14   that you regularly rely upon in performing
15   your duties as a lieutenant in the fire
16   department?
17       A.    Yes.
18       Q.    The NYPD representative, the
19   white shirt, the white male that you spoke
20   with at the scene before the entry into the
21   apartment, did that white shirt, white male
22   also enter into the apartment?
23       A.    I don't know.  I think almost
24   everybody entered the apartment.  I don't
25   know.  There were a lot of people all over