SM Exhibit AI

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

M # 09-1973        Log# 09-41517        SIU# 01-148-09

**From:**        Sergeant Alroy Scott, Special Investigations Unit

**Date/Time:**   October 4, 2010 / 1830 hrs.

**Allegation:**  DRV-Other

**Subject:**     **911 Calls for Service – Location Analysis**

---

(KD) 08/24/09 @ 1500 HRS***DRV-OTHER***Dt McGonagle, Group 1, forwarded the following complaint to the C/C by fax, letter reads as follows: PO Schoolcraft, Tax # 931186, 81 pct, reports that an unidentified person from Dl Mauriello's, C.O. 81 Pct, Administrative Staff, has reported that S/O's Sgt Weiss, Tax # _____, 81 pct and Lt Caughey, Tax # _____, 81 pct, broke in and entered, without permission or authority, a locked office containing sensitive department files, and removed documents pertaining to Civilian Complaints that were inside of Sgt Weiss's Department Personnel Folder. The source states that the files would have been an obstacle to the evaluation and promotion of Sgt Weiss to NYPD lieutenant. Sgt Weiss has since been promoted to lieutenant. Dl Grossi recommends OG back to Group 1. (KD)

---

1.        On the above date and approximate time, the undersigned Investigating Officer is documenting that a 911 Calls for Service – Location Analysis Department computer check was preformed on September 15, 2010 to ascertain the time, and to identify what the job description EMS was assigned to on the evening of October 31, 2009.

**The document / Department data base check revealed:**

- Job #: S14535
- Time: 2057 hrs.
- Pct: 104
- Cur Code: 54S1
- Cur Desc: serious/Inside- Ambulance case
- Final Code: 97 H
- Final Desc: Patient removed to hospital- Final Disposition (Unit Available)
- Address: 82-60 88th Place

**The document / Department data base check also revealed the following:**

- 20:57:36  .Auth of Base. REQS.. EMS.. To Loc. For Aided at Loc. Unk Cond D1529
- 20:59:34...20 ETA 2105
- 21:06:12  21, HP
- 21:06:40 20 ETA 2118
- 21:09:59 Autho 104 Sgt—REQ ESU TO GAIN ENTRY AT LOC—PLZ HAVE EMS RESP TO LOC –D2377
- 21:15:34  25 EMS on Scene 50E3 BLSN
- 21:16:26   Autho of ESU 15 Mins Out – D2377
- 21:17:22  20 ETA 2129
- 21:28:26   PBQN PO Cacavas to Ntfy Capt Green  OU  JMS
- 21:28:36   25 EMS ON scene C513 Unkn
- 21:31:16   PBBN PO Charles to ntfy Capt Lauderborn  OU  JMS
- 21:3442    Ch of Det NTFD Det Massanova    OU  JMS
- 21:38:38   Authto of Sec A  84  Will be out for a while  --- D 2377
- 22:03:56   20 EtA 2208
- 22:10:53   21, 50 E 82
- 23:01:29   21

2.        For your INFORMATION.

CONFIDENTIAL

Sgt. Alroy Scott
**Case Investigator**

Lt. John Crisalli
**Team Leader / Case Supervisor**

Inspector David A. Grossi
**Commanding Officer**

W/S# 184
ATT: A

CONFIDENTIAL

NYC00004541