SM Exhibit AM

Page 1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------X
 3   ADRIAN SCHOOLCRAFT,
 4                    Plaintiff,
 5
                                      Case No:
 6        - against -                 10 CV 06005
 7
     THE CITY OF NEW YORK, ET AL.,
 8
 9                    Defendants.
10   ------------------------------------------X
11                111 Broadway
                  New York, New York
12
                  May 14, 2014
13                10:24 a.m.
14
15
16   DEPOSITION OF JESSICA MARQUEZ, pursuant to
17   Notice, taken at the above place, date and
18   time, before DENISE ZIVKU, a Notary Public
19   within and for the State of New York.
20
21
22
23
24
25
```

|   |   |   |
|---|---|---|
| 1 |   | JESSICA MARQUEZ |

```
 1                    JESSICA MARQUEZ
 2   tender.  No.  His stomach was soft.
 3          Q.       Which is fine, meaning good?
 4          A.       Yeah, that means he was okay.
 5          Q.       And his breathing?
 6          A.       Was normal, lung sounds were
 7   clear.
 8          Q.       Am I correct that after
 9   Lieutenant Hanlon said take him to Jamaica,
10   that's when Schoolcraft said I'm leaving or
11   I'm not going with you and I'm refusing
12   medical attention?
13          A.       That's correct.
14          Q.       Did he say anything else?
15          A.       He just told me he did not want
16   to go to Jamaica Hospital and that he
17   wasn't.
18          Q.       He wasn't going to go?
19          A.       Correct.
20          Q.       And then he voluntarily got
21   up --
22          A.       He got up.
23          Q.       -- from the?
24          A.       From the stretcher.
25          Q.       The stretcher, which was in the
```