SM Exhibit AR

POLICE DEPARTMENT
CITY OF NEW YORK

**M # 09-1973**     **Log# 09-41517**     **SIU# 01-148-09**

**From:**        Sergeant Alroy Scott, Special Investigations Unit

**Date/Time:**   September 7, 2010 / 1715 hrs.

**Allegation:**  DRV-Other

**Subject:**     **Observation of the C/V's Apartment**

(KD) 08/24/09 @ 1500 HRS***DRV-OTHER***Dt McGonagle, Group 1, forwarded the following complaint to the C/C by fax, letter reads as follows: PO Schoolcraft, Tax # 931186, 81 pct, reports that an unidentified person from DI Mauriello's, C.O. 81 Pct, Administrative Staff, has reported that S/O's Sgt Weiss, Tax #         , 81 pct and Lt Caughey, Tax #           , 81 pct, broke in and entered, without permission or authority, a locked office containing sensitive department files, and removed documents pertaining to Civilian Complaints that were inside of Sgt Weiss's Department Personnel Folder. The source states that the files would have been an obstacle to the evaluation and promotion of Sgt Weiss to NYPD lieutenant. Sgt Weiss has since been promoted to lieutenant. DI Grossi recommends OG back to Group 1. (KD)

1.        On the above date and approximate time, the undersigned Investigating Officer is documenting that on November 6, 2009 did take photographs of the C/V residence with his permission. The undersigned I/O was accompanied by Sgt. Chu, Group # 1 met with the C/V and his father, Mr. Larry Schoolcraft at his residence for the purpose of allowing the C/V to demonstrate what had transpired during the evening of October 31, 2009. In addition to confirming what property if any was allegedly taken by UMOS without his permission.

         As you walk to the second floor of a two (2) story, three (3) family house, the C/V's apartment is located immediately on the left. The door is clearly marked # 2. As you enter the apartment, you enter one (1) of three (3) rooms not including the bathroom. In this room the undersigned observed an undetermined amount of boxes, plastic containers, cat metal traps, bags, copies of Department documents and other miscellaneous papers. This area was very cluttered and unorganized. Standing in the middle of the aforementioned room, facing the wall opposite the entrance door, was another room. In this was just as unorganized as the first room. This room (C/V's bedroom) faces the front of the building. Inside of this room, the undersigned observed a bed, a black television and DVD player, in addition to a computer that was positioned on top of a dresser. Also in this room, the undersigned observed more miscellaneous papers, cluttered shelves and tables. (On the shelf is location where the undersigned found and subsequently was allowed permission to acquire a voice activated digital recorder) The C/V's apartment is similar to a railroad apartment, where as all the rooms are in a straight line and are connected to each other. From the bedroom you walk through the room with the cat traps and then to the kitchen. In the kitchen, the I/O observed more boxes and miscellaneous papers. This area too, was much cluttered. Inside of the kitchen, the I/O observed a bathroom with a shower and a bowl. The bathroom also seemed to be unorganized. The undersigned observed many newspapers and additional boxes. See attachment # 42 B for photo's taken of the C/V's residence.

2.        For your INFORMATION.

Sgt. Alroy Scott
Case Investigator

Lt. John Crisalli
Team Leader / Case Supervisor

Inspector David A. Grossi
Commanding Officer

W/S# 142
ATT: N/A