SM Exhibit AU

## PATROL BOROUGH BROOKLYN NORTH INVESTIGATIONS UNIT
## INVESTIGATIVE REPORT

FROM: Sergeant Robert W. O'Hare                              COMMAND: P.B.B.N.I.U.

CASE NUMBER: M # 09-0000   I.A.B. LOG #: 09-55071   OTHER: P.B.B.N.I.U. C/O # 09-082

ACCOMPANYING INVESTIGATOR(S):

CASE INVESTIGATOR: Sergeant Robert W. O'Hare             COMMAND: P.B.B.N.I.U.

SUBJECT: CONFERRALS REGARDING THE SUBJECT OFFICER, POLICE OFFICER ADRIAN P. SCHOOLCRAFT, SHIELD ■ TAX # ■ 081 PRECINCT ATTEMPT TO CONTACT THE SUBJECT OFFICER

TIME: 1020          DATE: 12/02/09                    LOCATION: P.B.B.N.I.U.

1.     Sergeant Robert W. O'Hare, Investigating Officer, conducted the following conferrals on the above date regarding the subject officer, Police Officer Adrian P. Schoolcraft, Shield # ■ Tax # ■ currently on Suspended Duty Status. (Effective 2245 hours, on Saturday, October 31, 2009, documented under Patrol Borough Brooklyn North Call Out # 09-082, Internal Affairs Bureau Log # 09-55071.U.F. 49 contained herein.) The details are as follows:

A.   0935 hours
     The undersigned's Commanding Officer, Captain Timothy J. Trainor, advised the undersigned to begin to conduct inquiries regarding the status of the subject officer.

B.   0940 hours
     The undersigned conferred with Lieutenant Rafael A. Mascol, Tax # ■, 081 Precinct Operations Coordinator, and was advised that the subject officer was not present at the precinct nor had any contacts been made with the subject officer on this date.

C.   0950 hours
     The undersigned conferred with Sergeant Matthew Wong, Shield # ■ Tax # ■ Department Advocate's Office, Charges Unit, who advised that the subject officer was not present at his office nor had any contacts been made with the subject officer or his attorney on this date.

D.  0955 hours
The undersigned conferred with Sergeant Michael J. Caselli, Shield ■ Tax #■ Medical Division Sick Desk Supervisor, who informed the undersigned that the subject officer was not currently on Sick Report nor had any attempts been made on this date by any persons to place the subject officer on Sick Report.

The undersigned requested to be contacted if either the subject officer or any other person attempts to call on behalf of the subject officer to have him placed on Sick Report.

E.  1003 hours
The undersigned attempted to contact the subject officer on his cellular telephone, ■ This attempt was electronically recorded and yielded negative results. After several rings, the phone's voice mail answered and advised that the mailbox was full and was not accepting any new messages.

F.  1011 hours
The undersigned advised Captain Trainor of the above details. He instructed the undersigned to attempt to contact Captain Alex Perez, Executive Officer, 081 Precinct.

G.  1014 hours
The undersigned conferred with Lieutenant Harold D. Jones, Tax ■ 081 Precinct Desk Officer, and left a message for Captain Perez to contact the undersigned. The undersigned also advised Lieutenant Jones to contact the undersigned if either the subject officer or any other parties on behalf of the subject officer contact the command.

H.  1115 hours
The undersigned received a telephone call from Dr. Catherine Lamstein, Tax #■ Medical Division Psychologist, regarding the subject officer and his current whereabouts. Dr. Lambstein stated that if the subject officer's location is ascertained to contact her since there may be a need for subject officer to have the assistance of Medical Division personnel.

2.  Case Unassigned at this time.

**INVESTIGATIVE OFFICER RANK & SIGNATURE**     **SUPERVISOR IR #1**

D001932