SM Exhibit AV

## PATROL BOROUGH BROOKLYN NORTH INVESTIGATIONS UNIT
## INVESTIGATIVE REPORT

**FROM:** Sergeant Robert W. O'Hare  **COMMAND:** P.B.B.N.I.U.

**CASE NUMBER:** O.G. # 09-55071 I.A.B. LOG #: 09-55071 **OTHER:** P.B.B.N.I.U. C/O # 09-082

| | | |
|---|---|---|
| O.G. # 09-61005 | 09-61005 | |
| O.G. # 09-61921 | 09-61921 | P.B.B.N.I.U. C/O # 09-097 |
| O.G. # 10-00885 | 10-00885 | |
| O.G. # 10-00931 | 10-00931 | B.N.I.U. CASE # 09-276 |
| | | P.B.B.N.I.U. C/O #10-004 |
| M #10-0080 | 10-01671 | B.N.I.U. CASE # 10-011 |
| | 10-03173 | |

**ACCOMPANYING INVESTIGATOR(S):**

**CASE INVESTIGATOR:** Sergeant Robert W. O'Hare  **COMMAND:** P.B.B.N.I.U.

**SUBJECT:** SYNOPSIS OF INVESTIGATORS VISITS TO JOHNSTOWN, NEW YORK

**TIME:** 0840  **DATE:** 02/01/10  **LOCATION:** P.B.B.N.I.U.

1. Sergeant Robert W. O'Hare, Investigating Officer, as per a conversation with Captain Trainor, prepared the following synopsis of the investigators visits to Johnstown, New York and/or attempts to notify the subject officer:

A. Tuesday, December 2, 2009, 1630 hours
Johnstown Police Department personnel notify the subject officer to contact the Department.

B. Thursday, December 3, 2009  1300 Hours
Medical Division personnel heard voices but no one answered the door. Notification left for the subject officer.

C. Monday, December 7, 2009 1820 hours
Johnstown Police Department personnel notify the subject officer to contact the Department.

D001852

D.  Friday, December 11, 2009  0745x0800, 0851x0857
    Accompanied by personnel from the Johnstown Police Department, B.N.I.U. personnel respond and hear voices inside of the apartment but no one opens the door. A letter addressed to the subject officer is placed under the apartment door.

E.  Sunday, December 13, 2009 1505 hours
    The subject officer is notified in person and given a letter to report to the 050 Precinct. The subject officer's father acknowledges that the subject officer had already received a copy of the same letter.

F.  Tuesday, January 12, 2010 1630 and 1700 hours
    Two (2) attempts. Although someone was apparently inside of the apartment, no one opened the door.

G.  Wednesday, January 13, 2010 0845x1305
    Male observed at the window. No one opened the apartment door.

H.  Friday, January 15, 2010 1605x2235
    At 2225 hours, the subject officer's father opened the apartment door for the investigators and advised that he did not know the whereabouts of his son but admitted that the subject officer is living there.

I.  Sunday, January 17, 2010 1530x2130
    Noise heard inside of the apartment but no one opened the door.

J.  Wednesday, January 20, 2010 0830x1305
    Noise heard inside of the apartment but no opened the door.

K.  Wednesday, January 20, 2010 1620 hours
    Johnstown Police Department personnel attempt to notify the subject officer with negative results.

L.  Thursday, January 21, 2010 1025
    Johnstown Police Department personnel attempt to notify the subject officer with negative results. Documents placed under the subject officer's apartment door.

M.  Sunday, January 31, 2010 13465x1520
    The subject officer is observed two (2) times at his window and one (1) time after the investigators knocked on the apartment door. No one opens the door. A letter addressed to the subject officer is placed under the apartment door.

2. Additionally, on the following dates and times, messages were left for the subject officer to contact the Department:

A. Friday, January 8, 2010 0930 and 0934 hours
Messages left on the subject officer's voicemail.

B. Wednesday, January 13, 2010 1505 hours
Message left on the subject officer's voicemail.

3. Investigation to continue.

**INVESTIGATIVE OFFICER RANK & SIGNATURE** *[signature]*   **SUPERVISOR IR #51** *[signature] LT.*

D001854