SM Exhibit AW



## INVESTIGATING OFFICER'S REPORT
PD 313-153 (REV. 2-87-31)

| | | |
|---|---|---|
| **From:** Lt. Aldia M. Hudnell | | **Command:** BNIU |
| **Case Number:** 09-61921 | **Complaint Number:** | **Other:** BNIU 09-097 |
| **Accompanying Investigator(s):** Sgt. Raymond Hawkins and Sgt. Sondra Wilson | | |
| **Case Investigator:** Sgt. O'Hare | | **Command:** BNIU |

**Subject:** A.W.O.L. Re-Suspension

**Time:** 2035                                              **Date:** 12/13/09

On Sunday, December 13, 2009 at approximately 1505 Hours, Lieutenant Aldia Hudnell, Sergeants Raymond Hawkins and Sondra Wilson responded to the residence of Larry Schoolcraft, the father of Police Officer Adrian P. Schoolcraft. Lieutenant Hudnell verbally and personally advised Officer Schoolcraft of his suspension which was effective as of December 7, 2009, authority of Deputy Chief Silks Executive Officer, Patrol Borough Brooklyn North.

At approximately 1230 hours, Lieutenant Hudnell along with Sergeants Hawkins and Wilson arrived at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Upon arriving to the location, Police Officer Schoolcraft's 1994 tan colored Nissan was observed parked and unoccupied in front apartment complex letter "I". The aforementioned investigators parked the department vehicle on the opposite side of the complex with a clear and an unobstructed view of the front door of letter "J" and conducted observations. It should be noted Officer Schoolcraft had not answered the door for other responding Police Department personnel. At approximately 1430 hours, two (2) white males exited the apartment building letter "J" and cleared of snow off their vehicles. One of the males later identified as Larry Schoolcraft reentered apartment building letter "J". The investigators waited a few minutes more to see if Officer Schoolcraft would exit the building.

At approximately 1505 hours, Lt. Hudnell, Sergeants Hawkins and Wilson entered the apartment building lettered "J" and upon entering the building noticed a set of mail boxes to the right, one which was labeled A, Schoolcraft and L. Schoolcraft ▮▮. The investigations then proceeded up one flight of steps and knocked on the door on the right which was labeled ▮▮ the door had peephole and a doorknocker. Sergeant Hawkins knocked on the door and Mr. Larry Schoolcraft. M/W/ approximately sixty (60) years of age answered the door (he verbally identified himself as PO Schoolcraft's father.) The above investigators had their shields displayed on our outermost garment although civilian attired. Sergeant Wilson video taped this incident; the video tape will well remain stored at the Patrol Borough Brooklyn North Investigations Unit. Lt. Hudnell approached Mr. Schoolcraft, introduced herself and furnished her department issued identification card. Lt Hudnell asked if Police Officer Schoolcraft was present at his home, Mr. Schoolcraft stated "hold on while I get dressed." Mr. Schoolcraft reappeared, and asked the reason we were looking for his son, Lt. Hudnell explained the Department's policy regarding "Suspension from Duty" and informed Mr. Schoolcraft she had to speak with Officer Schoolcraft in person. Mr. Schoolcraft stated that his son understood and that he received the letter explaining his suspension. Lt. Hudnell asked for the whereabouts

| Invest. Off. Rank & Sign. | *Lt. Aldia M. Hudnell* | Supr. | *Capt. Timothy J. Trainor* | Ex 87 4/10/14 (Trainor) |
|---|---|---|---|---|

WORK SHEET # 56

PAGE # 1         D001908

of Officer Schoolcraft, Mr. Schoolcraft returned to his apartment and brought Officer Schoolcraft to the door. Lt. Hudnell then informed PO Schoolcraft that he was suspended from duty as of December 9, 2009 and explained that he must report to the 50th Precinct, Monday, Wednesday and Friday. In addition, PO Schoolcraft was informed if should return to his apartment in Glendale, he must report to the 104th Precinct on Monday, Wednesday and Friday as prescribed in Patrol Guide Procedure 206-8. Lt. Hudnell gave Officer Schoolcraft a copy of PG 206-08 and an official letterhead letter written by Capt. Trainor Commanding Officer PBBNIU that instructed him to appear at either the 50th or the 104th Pct while on suspension.

At approximately 1515 hours, Lt Hudnell notified Capt Trainor.

At approximately 1710 hours, Sgt Wilson notified Sgt. Cesarz, 50 Pct Desk Officer regarding Police Officer Schoolcraft's notification of suspension. Sgt Cesarz was instructed to make an entry in the telephone message log and to apprise the Commanding Officer of the notification.

At approximately 2020 hours, Sgt Wilson notified Sgt. Scaparro 104 Pct Desk Officer regarding the aforementioned details.

Police Officer Skuza, Operations Unit, Log #1755 was notified.

**Time Spent**
Clerical: 1:30 Hours
Observations: 1230 to 1505 hrs
Interviews: 1505 to 1515
Travel Time: 0830 to 1230 hours
1515 to 2020 hrs

**Vehicle**
Dept Veh. #6772
Total miles: 425 miles

**Expenses Incurred**
20.00

Invest. Off. Rank & Sign. Lt. Aldia/M. Hudnell

Supr. Capt. Timothy J. Trainor

WORK SHEET # 86
PAGE # 2 of 2

Rev 8-9-95 (dwg)

D001909