SM Exhibit AZ



# INVESTIGATING OFFICER'S REPORT
PD 313-153 (REV. 2-87)-31

**From:** Lt. Thomas Hanley          **Command:** BNIU

**Case Number:** BNIU M09-276    **Complaint Number:**      **Other:**

**Accompanying Investigator(s):** Sgt. Wilson

**Case Investigator:** Sgt. Robert O'Hare      **Command:** BNIU

**Subject: ATTEMPT TO SERVE RESTORATION TO DUTY ORDER**

**Time:** 1400                  **Date:** 02/03/10

### Surveillance

On Wednesday, February 3, 2010, at approximately 0600 hours, Lieutenant Thomas Hanley and Sergeant Wilson went to ████████████████████████████████. This location is the residence of Larry Schoolcraft, Police Officer Adrian P. Schoolcraft's father. At approximately 1100 hours Lieutenant Thomas Hanley and Sergeant Wilson arrived at the location and observed, Police Officer Schoolcraft's 1994 tan colored Nissan parked and unoccupied in front of apartment K the adjacent apartment complex and covered with snow, apparently it hadn't been driven in some time. The undersigned positioned his vehicle down the street from the location with Officer Schoolcraft's vehicle in sight. The undersigned remained vigilant and in proximity of the residence. At approximately 1315 the undersigned along with Sergeant Wilson observed movement from PO Schoolcraft apartment window; occasionally the unidentified person appeared at the window and pulled the curtains back. The unidentified person utilized both windows facing the parking lot, to look out. The undersigned observed the unidentified person using what appeared to be binoculars. The undersigned and Sergeant Wilson repositioned the unmarked vehicle to the parking lot adjacent to PO Schoolcraft apartment. Sergeant Wilson continued to video all movement from the unmarked vehicle of PO Schoolcraft apartment windows. Captain Trainor was notified of the incident, and instructed the undersigned to serve the notice regarding PO Schoolcraft's appearance at the Department Advocates office on Thursday, February 4, 2010 at 9am. At approximately 1400 hours the undersigned along with Sergeant Wilson video recorded the attempt to serve PO Schoolcraft. The undersigned rang the bell and identified himself and stated the intention for the visit and the witnessed movement observed at the window. At 1415 the undersigned left the apartment complex to observe PO Schoolcraft from a different location. The undersigned repositioned the vehicle to have a clear and unobstructed view of PO Schoolcraft's apartment. At approximately 1525 the undersigned observed movement at the window once again. The undersigned along with Sergeant Wilson approached the apartment and observed a male in the window with a red camera in hand. Sergeant Wilson video recorded the incident as it took place. The undersigned exited the vehicle and approached the window and gestured to the male to come downstairs. The undersigned and Sergeant Wilson attempted to make notification for the second time at 1545hours, identifying themselves and informing PO Schoolcraft of their intentions and than inserted the notification under the door, once again a negative response. Surveillance was terminated at 1600 hours, attempt to serve Officer Schoolcraft was unsuccessful.

Ex 98
4/10/14
(Trainor

D001845

Police Officer Sarnoff Operations Unit, Log #10-170

| Time Spent | | Vehicle | Expenses Incurred |
|---|---|---|---|
| Clerical: | 1:00 Hour | Dept Vehicle: #44733 | N/A |
| Observations | 1100 to 1600 hrs | | |
| Interviews | | | |
| Travel Time: | 0600 to 2135 hours | | |

Invest. Off.
Rank & Sign.    *LT. Thomas Hanley* (signature)
                Lt. Thomas Hanley

Supr.    (signature)
         Captain Timothy J. Trainor

WORK SHEET # 57

PAGE #    2 of 2

Rev 8-9-95 (dwg)

D001846