SM EXHIBIT BA



**INVESTIGATING OFFICER'S REPORT**
PD 313-153 (REV. 2-87)-31

**From:** Lt. William Gough       **Command:** BNIU

**Case Number:** M09-276      **Complaint Number:**     **Other:**

**Accompanying Investigator(s):** Lt. Hudnell, Sgt. Duncan and Sgt Hawkins

**Case Investigator:** Sgt. Robert O'Hare      **Command:** BNIU

**Subject:** **ATTEMPT TO SERVE RESTORATION TO DUTY ORDER**

**Time:** 1800        **Date:** 2/12/10

### Surveillance

On Friday February 12, 2010, at approximately 0255 hours, Lieutenant William Gough, Lt. Aldia Hudnell, Sergeants Raymond Hawkins and Kurt Duncan responded to ███████████████████████ at the ████████████████ Complex. This location is the residence of Larry Schoolcraft, Police Officer Adrian P. Schoolcraft's father. At approximately 0820 hours the above listed Investigating Officers arrived in Department Autos #43970 and #44733. The original plan of action was to park Department Auto #43970, a 2009 silver Hyundai, equipped with a Minipix dual receiver microwave video receiver/recorder, in front of the subject officer's residence. Upon using the receiver recorder the picture lacked the clarity necessary for a positive identification of the subject officer.

At the direction of Captain Timothy Trainor, Commanding Officer of PBBN-IU, the Investigating Officers were paired in to two teams. The team in proximity to the entry way of the residence would be assigned the less familiar Department Auto #43970, the 2009 Hyundai, and equipped with a hand held camcorder while the other team would be assigned the more familiar Department Auto #44733, the 2008 Jeep, and stand by near the entrance road for support.

At approximately 1330 hours Lieutenant Gough and Sergeant Hawkins while assigned to the support role were engaged by Mr. Larry Schoolcraft, who was equipped with a camera. This engagement was purely verbal in nature and neither Investigating Officer left the Department Auto during this exchange. In sum and substance Mr. Larry Schoolcraft expressed his displeasure with the Department's treatment of his son and questioned whether Lieutenant Gough who was present at the original incident on 10/31/2010 was an appropriate choice for this assignment. At one point Mr. Schoolcraft stated "My son wants nothing to do with the Department". The Investigating Officers expressed their intent which was only to make an official notification so that Officer Schoolcraft could be restored to Duty. Lieutenant Gough offered to have other members of his Unit make the notification in an attempt to appease Mr. Schoolcraft. The offer wasn't accepted. Additionally it should be noted that Mr. Schoolcraft called the Investigating Officers "Nazis" at which point Lieutenant Gough asked him politely to refrain from using derogatory language, excused himself from the conversation and drove away.

At approximately 1345 hours, Lt Gough made notification of completion to Captain Trainor.

Police Officer Perham. Operations Unit, Log #10-214

| Time Spent | Vehicle | Expenses Incurred |
|---|---|---|
| Clerical:  1:30 Hour | Dept Vehicles: #43970, 44733 | N/A |
| Observations  0820 to 1345 hrs | | |
| Interviews | | |
| Travel Time:  0255 to 1800 hours | | |

E. S9
4/10/14
(Trainor)

D001826

Invest. Off.
Rank & Sign.

_____    Supr.
Lt. William Gough

Captain Timothy J. Trainor

WORK SHEET #    7

PAGE #    2  of  2

Rev 8-9-95 (dwg)

D001827