SM EXHIBIT BD

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

M # 09-1973          Log# 09-41517          SIU# 01-148-09

**From:**          Sergeant Alroy Scott, Special Investigations Unit

**Date/Time:**     February 15, 2010 / 1430 hrs.

**Allegation:**    DRV-Other

**Subject:**       News Article from NYPD Confidential.com / Daily News

---

(KD) 08/24/09 @ 1500 HRS***DRV-OTHER***Dt McGonagle, Group 1, forwarded the following complaint to the C/C by fax, letter reads as follows: PO Schoolcraft, Tax # 931186, 81 pct, reports that an unidentified person from DI Mauriello's, C.O. 81 Pct, Administrative Staff, has reported that S/O's Sgt Weiss, Tax # _____, 81 pct and Lt Caughey, Tax # _____, 81 pct, broke in and entered, without permission or authority, a locked office containing sensitive department files, and removed documents pertaining to Civilian Complaints that were inside of Sgt Weiss's Department Personnel Folder. The source states that the files would have been an obstacle to the evaluation and promotion of Sgt Weiss to NYPD lieutenant. Sgt Weiss has since been promoted to lieutenant. DI Grossi recommends OG back to Group 1. (KD)

---

1.          On the above date and approximate time, the undersigned investigating officer is noting that an article appeared in NYPD Confidential.com giving reference to the C/V's allegations against the NYPD. The article titled "The Trouble with Eddie", dated February 15, 2010, reiterating his charges of 81 pct downgrading charges and him not being able to retrieve his medical records from Jamaica Hospital. In another article titled "Police under the gun in crime-stat shenanigans" dated, February 12, 2010 reiterated the same allegations again in reference to the faulty crime stats at the 81st Precinct and him not being able to retrieve his personal records for his stay at Jamaica Hospital. The article also mentions that he allegedly filed a notice of claim to the city, giving them a signal that he is planning on suing. This case will remain open.

2.          For your information.


Sgt. Alroy Scott                          Lt. John Crisalli
**Case Investigator**                     **Team Leader / Case Supervisor**


                                          DI. David A. Grossi
                                          **Commanding Officer**


                                          W/S# 64
                                          ATT: A, B

Confidential - Attorneys' Eyes Only