UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

ADRIAN SCHOOLCRAFT,

                    Plaintiff,

                                              10 Civ. 6005 (RWS)
          - against -
                                              O R D E R

CITY OF NEW YORK, ET AL.,

                    Defendants.
----------------------------------------X


**Sweet, D.J.**


          The following requests to file documents under seal
are granted:


          1. The City of New York's request dated December 17,
2014 regarding personnel and disciplinary records.


          2. Jamaica Hospital Medical Center's request dated
December 18, 2014 regarding all documents pertaining to medical
treatment.


          3. Dr. Isak Isakov's request dated December 18, 2014
regarding all documents pertaining to medical treatment.

4. Dr. Lilian Aldana-Bernier's request dated

December 19, 2014 regarding all documents pertaining to medical

treatment.


It is so ordered.


New York, NY
December 26, 2014

_____
ROBERT W.  SWEET
U.S.D.J.