# CALLAN, KOSTER, BRADY & BRENNAN, LLP
## COUNSELORS AND ATTORNEYS AT LAW

NEW YORK, NY    GARDEN CITY, NY    SHREWSBURY, NJ    WHITE PLAINS, NY

www.ckbblaw.com

Matthew J. Koster, Esq.
Attorney

mkoster@ckbblaw.com

ONE WHITEHALL STREET
NEW YORK, NY 10004
TEL: (212)248-8800
FAX: (212)248-6815

December 17, 2014

**VIA FAX: 212 805-7925**

The Hon. Robert W. Sweet
United States District Judge
500 Pearl Street
New York, New York 10007

RECEIVED DEC 17 2014 JUDGE SWEET CHAMBERS

    Re:    <u>Schoolcraft v. The City of New York, et al.</u>
            Docket No. 10 CV 6005(RWS)

Dear Judge Sweet:

    On behalf of defendant Aldana Bernier, we intend to submit a motion for summary judgment seeking to dismiss the claims asserted against her. I write to respectfully request that the page limitation for the supporting memorandum of law be enlarged from 25 to 50 pages, as approved for other moving defendants.

    Thank you for your consideration of this matter.

Respectfully submitted,

MATTHEW J. KOSTER

MJK/mr

cc: All Counsel, via E-Mail

*So ordered*
*Sweet USDJ*
*12-26-14*

Callan, Koster, Brady & Brennan, LLP
Attorneys at Law
One Whitehall Street, 10th Floor
New York, New York 10004
(212) 248-8800
Fax: (212) 248-6815

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: 212-805-7925

To: Honorable Robert W. Sweet

Attention: _____

From: Matthew J. Koster / Callan, Koster Brady Brennan LLP

Date: 12/17/2014

Number of Pages (including cover): 2

COMMENTS:

THESE DOCUMENTS ARE CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE TELEPHONE US IMMEDIATELY AT 212-248-8800. THANK YOU.