# MARTIN CLEARWATER & BELL LLP

COUNSELORS AT LAW

220 EAST 42ND STREET, NEW YORK, NY 10017-5842
TELEPHONE (212) 697-3122 FACSIMILE (212) 949-7054
www.mcblaw.com

BRIAN OSTERMAN
ASSOCIATE

DIRECT DIAL: (646) 637-9320
E-MAIL: osterb@mcblaw.com

December 18, 2014

BY FAX (212-805-7925)
Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RECEIVED
DEC 18 2014
JUDGE SWEET CHAMBERS

Re: Schoolcraft v. Jamaica Hospital Medical Center
Civil Action No. 10 CV 6005 (RWS)
MCB File No. 82-82153

Dear Judge Sweet:

We represent the defendant Jamaica Hospital Medical Center ("JHMC") in the above-referenced matter. I write in advance of filing a motion for summary judgment to respectfully request that the Court grant defendant JHMC leave to file accompanying exhibits by CD in lieu of paper copies, in light of the voluminous nature of the exhibits.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

So ordered
Sweet USDJ
12-26-14

MARTIN CLEARWATER & BELL LLP

Brian Osterman (BSO 5881)

cc: BY E-MAIL

Attorneys for all parties

BSO/RYL
2445519_1

WESTCHESTER COUNTY OFFICE
245 MAIN STREET
WHITE PLAINS, NY 10601
TELEPHONE (914) 328-2968
FACSIMILE (914) 328-4056

NASSAU COUNTY OFFICE
90 MERRICK AVENUE - SUITE 401
EAST MEADOW, NY 11554-1576
TELEPHONE (516) 222-8500
FACSIMILE (516) 222-8513

NEW JERSEY OFFICE
744 BROAD STREET
NEWARK, NJ 07102
TELEPHONE (973) 735-0578
FACSIMILE (973) 735-0584