LAW OFFICE OF
## NATHANIEL B. SMITH
ATTORNEY AT LAW
111 BROADWAY
NEW YORK, NEW YORK 10006

NATHANIEL B. SMITH

TEL: (212) 227-7062
FAX: (212) 346-4665



December 22, 2014

Honorable Robert R. Sweet
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

        Schoolcraft v. The City of New York, et al.,
        10-cv-6005 (RWS)(DCF)

Dear Judge Sweet:

      As one of the plaintiff's counsel in this action, I am writing to the Court to request a one-day adjournment of the summary judgment deadline. Based on the last conference before the Court, I had marked the deadline for December 23, 2014 but opposing counsel have informed me today that the date is today, December 22, 2014 and that I was mistaken about the date.

      The City Defendants object to this request for a one-day adjournment.

      Since there is no genuine prejudice, I respectfully request that this application be granted so that summary judgment motions should be served by December 23, 2014.

Respectfully submitted,

Nathaniel B. Smith

By Fax (212) 805-7925
cc: All Counsel
(by email)

So ordered
Sweet
USDJ
12-27-14