UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,

                       Plaintiff,

    -against-

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity, CAPTAIN THEODORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOFF, Tax Id. 894025, Individually and in his Official Capacity, SGT FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, and P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants"), JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in her Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                       Defendants.
----------------------------------------------------------------------x

           10CV6005(RSW)

           NOTICE OF MOTION
           FOR SUMMARY
           JUDGMENT

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Brian E. Lee, the affidavit of ISAK ISAKOV, M.D., the accompanying Memorandum of Law, and the exhibits

attached hereto, defendant ISAK ISAKOV, M.D., by his attorneys, IVONE, DEVINE & JENSEN, LLP, will move this Court before the Hon. Robert W. Sweet, at 500 Pearl Street, New York, New York on January 22, 2015, at 12:00 noon, or as soon thereafter as counsel can be heard, for an Order granting the defendant ISAK ISAKOV, M.D. summary judgment dismissing all of the federal claims pleaded against this defendant, pursuant to Rule 56 of the Federal Rules of Civil Procedure upon the ground that there is no "state action" providing jurisdiction for this Court; for a further order granting summary judgment dismissing the claim pleaded for intentional infliction of emotional distress, and for an Order declining to exercise supplemental jurisdiction over plaintiff's pendent state law claims; and for such other and further relief as may be just and proper

Pursuant to the briefing schedule, opposition papers are due January 15, 2015 and reply papers by January 22, 2015.

Dated: Lake Success, New York
December 22, 2015

Yours, etc.,

IVONE, DEVINE & JENSEN, LLP

By: _____
BRIAN E. LEE (9495)
Attorneys for Defendant
ISAK ISAKOV, M.D.
2001 Marcus Avenue, Suite N100
Lake Success, New York 11042
(516) 326-2400

TO:

NATHANIEL B. SMITH
Attorney for Plaintiff
111 Broadway - Suite 1305
New York, NY 10006
(212) 227-7062

ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for Defendant
CITY OF NEW YORK
100 Church Street, Room 3-203
New York, NY 10007
(212) 356-2372
Attn: Suzanna Mettham Publicker, Esq.

SCOPPETTA SEIFF KRETZ & ABERCROMBIE
Attorneys for Defendant
STEVEN MAURIELLO
444 Madison Avenue, 30th Floor
New York, NY 10022
(212) 371-4500
Attn: Walter Kretz, Jr., Esq.

CALLAN, KOSTER, BRADY & BRENNAN, LLP
Attorneys for Defendant
DR. LILIAN ALDANA-BERNIER
1 Whitehall Street
New York, NY 10004-2140
(212) 248-0115
Attn: Paul Callan, Esq.

MARTIN, CLEARWATER & BELL, LLP
Attorneys for Defendant
JAMAICA HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, NY 10017-5842
(212) 697-3122
Attn: Gregory Radomisli, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Civil Action No. 10-CV-6005 (RWS)

ADRIAN SCHOOLCRAFT,

*Plaintiff,*

-*against*-

THE CITY OF NEW YORK et al.,
DR. ISAK ISAKOV, and others,

*Defendants.*

## MOTION FOR SUMMARY JUDGMENT
## MEMORANDUM OF LAW
## AFFIDAVIT OF ISAK ISAKOV, M.D.
## DECLARATION OF BRIAN E. LEE
## STATEMENT OF MATERIAL FACTS
## EXHIBITS

**IVONE, DEVINE & JENSEN, LLP**
ATTORNEYS FOR DEFENDANT ISAK ISAKOV, M.D.
2001 MARCUS AVENUE - SUITE N100
LAKE SUCCESS, NEW YORK 11042
(516) 326-2400