

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**SUZANNA PUBLICKER METTHAM**
*Senior Counsel*
phone: (212) 356-2372
fax: (212) 788-9776
smettham@law.nyc.gov

January 5, 2015

**BY ECF**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  <u>Schoolcraft v. The City of New York, et al.</u>
           10-CV-6005 (RWS)

Your Honor:

        I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent City Defendants in the above-referenced matter. I write to advise the Court that January 9, 2014 will be my last day in the Office, and Senior Counsel Ryan Shaffer, who has already appeared before this Court, will be the sole counsel for the City Defendants on the above-referenced matter.

                        Respectfully submitted,

                              /s/

                        Suzanna Publicker Mettham
                        Senior Counsel
                        Special Federal Litigation Division

cc:    Nathaniel Smith (By ECF)
       *Attorney for Plaintiff*

       Gregory John Radomisli (By ECF)
       MARTIN CLEARWATER & BELL LLP
       *Attorneys for Jamaica Hospital Medical Center*

       Brian Lee (By ECF)
       IVONE, DEVINE & JENSEN, LLP
       *Attorneys for Dr. Isak Isakov*

Paul Callan (By ECF)
CALLAN, KOSTER, BRADY & BRENNAN, LLP
*Attorneys for Lillian Aldana-Bernier*

Walter A. Kretz , Jr.   (By ECF)
SCOPPETTA SEIFF KRETZ & ABERCROMBIE
*Attorney for Defendant Mauriello*