GJR/da
82-82153

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ADRIAN SCHOOLCRAFT,

                Plaintiff,

          -against-

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity CAPTAIN THEODORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOFF, Tax Id. 894025, Individually and in his Official Capacity, SGT. FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, AND P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants"), JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in her Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE" # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                Defendants.
-------------------------------------------------------------X

**NOTICE OF MOTION**

Civil Action No.:
10 CIV 6005 (RWS)

      **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Gregory J. Radomisli, Esq., the Exhibits annexed thereto, the Rule 56.1 Statement, the accompanying

2433228.1

Memorandum of Law, and upon all prior pleadings and proceedings heretofore had herein, defendant JAMAICA HOSPITAL MEDICAL CENTER, by its attorneys, MARTIN CLEARWATER & BELL LLP, will move this Court at 500 Pearl Street, New York, New York on the 28th day of January, 2015 at 9:30 a.m. or as soon thereafter as counsel can be heard, for an Order:

1) Pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to the movant, dismissing the Second Amended Complaint with prejudice, amending the caption to delete JAMAICA HOSPITAL MEDICAL CENTER therefrom; and

2) Such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, are to be served no later than January 21, 2015, by Order of the Court.

Dated:   New York, New York
         December 22, 2014

Yours, etc.,

MARTIN CLEARWATER & BELL LLP

By: _____
Gregory J. Radomisli (GJR – 2670)
A Member of the Firm
Attorneys for Defendant
JAMAICA HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, New York 10017-5842
(212) 697-3122

2433228.1

To:     **BY ECF**

    LAW OFFICE OF NATHANIEL B. SMITH
    Attorneys for Plaintiff
    111 Broadway, Suite 1305
    New York, New York 10007
    (212) 227-7062

    CALLAN KOSTER BRADY & BRENNAN, LLP
    Attorneys for Defendant
    LILIAN ALDANA-BERNIER, M.D.
    One Whitehall Street, 10th Floor
    New York, New York 10004
    (212) 248-8800

    IVONE, DEVINE & JENSEN, LLP
    Attorneys for Defendant
    ISAK ISAKOV, M.D.
    2001 Marcus Avenue, Suite N100
    Lake Success, New York 11042
    (516) 326-2400

    ZACHARY W. CARTER
    CORPORATION COUNSEL
    Attorneys for Defendants
    NEW YORK CITY POLICE DEPARTMENT et. al.
    Law Department of the City of New York
    100 Church Street Room 2-124
    New York, New York 10007
    (212) 788-8703

    SCOPPETTA SEIFF KRETZ & ABERCROMBIE
    Attorneys for Defendant
    DEPUTY INSPECTOR STEVEN MAURIELLO
    444 Madison Avenue, 30th Floor
    New York, NY 10022
    212-371-4500

2433228.1