

LAW OFFICE OF
**NATHANIEL B. SMITH**
ATTORNEY AT LAW
111 BROADWAY
NEW YORK, NEW YORK 10006

NATHANIEL B. SMITH

TEL: (212) 227-7062
FAX: (212) 346-4665

January 12, 2015

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      *Schoolcraft v. The City of New York, et al.,*
      *10-cv-6005 (RWS)*

Dear Judge Sweet:

  As one of plaintiff's counsel, I am writing to the Court to request that the current summary judgment scheduled be modified to provide an additional week for both opposition and reply papers. I have discussed this proposed change with all counsel and they have consented to this request. Accordingly, I am requesting that the Court approve a modification that provides that opposition to the motions for summary judgment be filed by January 28, 2015 and that replies to oppositions be filed by February 11, 2015.

            Respectfully submitted,

            Nathaniel B. Smith

By Fax (212-805-7925)
All Counsel
(by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-16-15

So ordered
Sweet USDJ
1.15.15