Page 1

1
2    UNITED STATES DISTRICT COURT
3    SOUTHERN DISTRICT OF NEW YORK
4    Case 1:10-cv-06005-RWS
5    - - - - - - - - - - - - - - - - - -x
6    ADRIAN SCHOOLCRAFT,
7                              Plaintiff,
8              -against-
9    THE CITY OF NEW YORK, DEPUTY CHIEF
     MICHAEL MARINO, Tax Id. 873220,
10   Individually and in his Official
     Capacity, ASSISTANT CHIEF Patrol
11   Borough Brooklyn NORTH GERALD NELSON,
     Tax Id. 912370, Individually and in his
12   official Capacity, DEPUTY INSPECTOR
     STEVEN MAURIELLO, Tax Id. 895117,
13   individually and in his Official
     Capacity, CAPTAIN THEODORE LAUTERBORN,
14   Tax Id. 897840, Individually and in his
     Official Capacity, LIEUTENANT WILLIAM
15   GOUGH, Tax Id. 919124, Individually and
     in his Official Capacity, SGT.
16   FREDERICK SAWYER, Shield No. 2576,
     Individually and in his Official
17   Capacity, SERGEANT KURT DUNCAN, Shield
     No. 2483, Individually and in his
18   Official Capacity, LIEUTENANT
     CHRISTOPHER BROSCHART, Tax Id. 915354,
19   Individually and in his Official
     Capacity, LIEUTENANT TIMOTHY CAUGHEY,
20   Tax Id. 885374, Individually and in his
     Official Capacity, SERGEANT SHANTEL
21   JAMES, Shield No. 3004, Individually
     and in her Official Capacity,
22   LIEUTENANT THOMAS HANLEY, Tax Id.
     879761, Individually and in his
23   Official Capacity,CAPTAIN TIMOTHY
     TRAINER, Tax Id. 899922, Individually
24   and in his Official Capacity,
25   (Caption continued on following page.)

1
2  CAPTION:(continued)
3  SERGEANT SONDRA WILSON, Shield No.
   5172, Individually and in her Official
4  Capacity, SERGEANT ROBERT W. O'HARE,
   Tax Id. 916960, Individually and in his
5  Official Capacity, SERGEANT RICHARD
   WALE, Shield No. 3099 and P.O.'s "JOE
6  DOE" # 1-50, Individually and in their
   Official Capacity (the name John Doe
7  being fictitious, as the true names are
   presently unknown), (collectively
8  referred to as "NYPD defendants"), FDNY
   LIEUTENANT ELISE HANLON, individually
9  and in her Official Capacity as a
   lieutenant with the New York City Fire
10 Department, JAMAICA HOSPITAL MEDICAL
   CENTER, DR. ISAK ISAKOV, Individually
11 and in his Official Capacity, DR.
   LILIAN ALDANA-BERNIER, Individually and
12 in her Official Capacity and JAMAICA
   HOSPITAL MEDICAL CENTER EMPLOYEE'S
13 "JOHN DOE" # 1-50, Individually and in
   their Official Capacity (the name John
14 Doe being fictitious, as the true names
   are presently unknown),
15
                             Defendants.
16 - - - - - - - - - - - - - - - - - -x
                   111 Broadway
17                 New York, New York
18                 October 8, 2013
                   10:17 a.m.
19      DEPOSITION of MICHAEL MARINO, held
20 at the above time and place, taken
21 before Al-Furquan Baker, a Shorthand
22 Reporter and Notary Public of the State
23 of New York, pursuant to the Federal
24 Rules of Civil Procedure, Order and
25 stipulations between Counsel.

1

2    APPEARANCES:

3

4        LAW OFFICES OF NATHANIEL B. SMITH
         Attorneys for Plaintiff

5            111 Broadway
             New York, New York   10006

6

     BY:   NATHANIEL B. SMITH, ESQ.

7

8

9

     NYC LAW DEPARTMENT

10   CORPORATION COUNSEL
     Attorneys for Chief Michael Marino

11   and All City Defendants
             100 Church Street

12           New York, New York   10007

13   BY:   SUZANNA PUBLICKER METTHAM, ESQ.

14

15

16       CALLAN KOSTER BRADY & BRENNAN, LLP
         Attorneys for Defendant Lilian

17       Aldana-Bernier
             One Whitehall Street

18           New York, New York   10004

19   BY:   MEREDITH B. BORG, ESQ.

20

21    (Continued on following page.)

22

23

24

25

```
 1
 2     APPEARANCES:  (Continued)
 3
          SCOPPETTA  SEIFF  KRETZ  &  ABERCROMBIE
 4        Attorneys  for  Steven  Mauriello
               444  Madison  Avenue
 5             New  York,  New  York   10022
 6        BY:   WALTER  A.  KRETZ,  ESQ.
 7
 8
 9        MARTIN  CLEARWATER  &  BELL
          Attorneys  for  Jamaica  Hospital
10        Medical  Center
               220  East  42nd  Street
11             New  York,  New  York  10017
12        BY:   BRIAN  OSTERMAN,  ESQ.
13
14
15        IVONE  DEVINE  &  JENSEN,  LLP
          Attorneys  for  Dr.  Isak  Isakov
16             2001  Marcus  Avenue
               Lake  Success,  New  York   11042
17
          BY:   BRIAN  E.  LEE,  ESQ.
18
19
20
      A L S O    P R E S E N T:
21
          MAGDALENA  BAUZA
22        JOHN  LENIR
23
24
25
```

Page 5

1

2                    STIPULATIONS

3

4        IT IS HEREBY STIPULATED AND AGREED,

5    by and among counsel for the respective

6    parties hereto, that the filing,

7    sealing and certification of the within

8    deposition shall be and the same are

9    hereby waived;

10       IT IS FURTHER STIPULATED AND AGREED

11   that all objections, except as to form

12   of the question, shall be reserved to

13   the time of the trial;

14       IT IS FURTHER STIPULATED AND AGREED

15   that the within deposition may be

16   signed before any Notary Public with

17   the same force and effect as if signed

18   and sworn to before the Court.

19

20

21             *         *         *

22

23

24

25

Page 6

1          M. Marino
2              MR. SMITH:  Okay.
3              So we're on the record.  It's
4      10:20.
5              We're beginning the
6      deposition of Chief Michael Marino.
7      It's being videotaped, and the
8      court reporter is taking down the
9      testimony.  And it's being
10      videotaped at 111 Broadway, Suite
11      Number 1305, October 8, 2013.
12  M I  C H A E L    M A R I N O,
13      the Witness herein, having first
14      been duly sworn by the Notary
15      Public, was examined and testified
16      as follows:
17  EXAMINATION BY
18  MR. SMITH:
19      Q.    Good morning, chief.
20              How are you?
21      A.    Good morning, counselor.
22              I'm fine.
23      Q.    I know from reviewing some of
24  the documents that you have some
25  familiarity with this process.

1              M. Marino
2              I just want to make sure that
3     there's some ground rules that we talk
4     about and are understood as we go
5     forward.  Okay.
6         A.    Yes.
7         Q.    The first thing is, and as
8     I'm sure aware of it, it's important
9     for you to let me ask my whole question
10    and then think about what the answer is
11    and then answer the question because
12    the court reporter is taking down
13    everything I say and everything that
14    you say.
15             And if we talk on top of each
16    other, it makes it hard for the court
17    reporter to take down the whole
18    question and the whole answer.
19             Okay?
20        A.    Yes, sir.
21        Q.    The other thing I would ask
22    is if there is anything about my
23    questions that are unclear, please let
24    me know.
25             Okay?

1                   M. Marino

2        A.      Yes, sir.

3        Q.      You're here under oath.  And

4   if you answer my questions, the record

5   will assume and I will assume that you

6   understand my question.  And so I just

7   want to remind you that if there is

8   anything unclear or vague, please let

9   me know and I will try to rephrase it.

10              Okay?

11       A.      Yes, sir.

12       Q.      You understand that you are a

13  defendant in a lawsuit; is that

14  correct?

15       A.      I do.

16       Q.      And you understand that that

17  lawsuit is brought by Adrian

18  Schoolcraft against you and various

19  other members of the New York City

20  Police Department, right?

21       A.      I do.

22       Q.      And are you represented by

23  counsel here today?

24       A.      I am.

25       Q.      Who?

Page 410

1              M. Marino

2        would just note that we have been

3        on the record for at this point for

4        almost exactly six hours and

5        40 minutes at this point.

6              MR. LEE:  Do you mind if I

7        ask just a couple of questions of

8        the witness.

9              MR. SMITH:  I'm not agreeing

10       with that characterization of the

11       number of hours on the record.

12             Go ahead.

13             You can ask whatever you

14       want.

15   EXAMINATION BY

16   MR. LEE:

17       Q.    Chief, did you ever go to

18   Jamaica Hospital on the evening of

19   October 31, 2009?

20       A.    Absolutely not.

21       Q.    Did you ever speak with any

22   hospital personnel on October 31, 2009?

23       A.    Absolutely not.

24       Q.    Did you ever speak to any

25   hospital personnel in the week after

Page 411

1                    M. Marino

2    October 31, 2009?

3         A.    Absolutely not.

4         Q.    Did you ever speak to any

5    doctors who treated Officer Schoolcraft

6    at Jamaica Hospital during the week

7    after October 31, 2009?

8         A.    Absolutely not.

9         Q.    Did you directed any EMS

10   personnel, paramedics or NYPD employees

11   to say anything to the people at

12   Jamaica Hospital concerning

13   Schoolcraft's condition?

14        A.    Absolutely not.

15             [Continued on the next page

16        to allow for signature line and

17        jurat.]

18

19

20

21

22

23

24

25

Page 1

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   --------------------------------------------

5   ADRIAN SCHOOLCRAFT,

6                               Plaintiff,

7                -against-

8

9   THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL

10  MARINO, Tax ID. 873220, Individually and in

11  his Official Capacity, ASSISTANT CHIEF

12  PATROL BOROUGH BROOKLYN NORTH GERALD

13  NELSON, Tax Id. 912370, Individually and in

14  his Official Capacity, DEPUTY INSPECTOR

15  STEVEN MAURIELLO, Tax Id. 895117,

16  Individually and in his Official Capacity,

17  CAPTAIN THEODORE LAUTERBORN, Tax Id.

18  897840, Individually and in his Official

19  Capacity, LIEUTENANT WILLIAM GOUGH, Tax Id.

20  919124, Individually and in his Official

21  Capacity, ST. FREDERICK SAWYER, Shield No.

22  2567, Individually and in his Official

23  Capacity, SERGEANT KURT DUNCAN Shield No.

24  2583, Individually and in his Official

25  Capacity, LIEUTENANT CHRISTOPHER BROSCHART,

Page 2

1

2   Tax Id. 915354, Individually and in his

3   Official Capacity, LIEUTENANT TIMOTHY

4   CAUGHEY, Tax Id. 885374, Individually and

5   in his Official Capacity, SERGEANT SHANTEL

6   JAMES, Shield No. 3004, Individually and in

7   his Official Capacity, and P.O.'s"JOHN DOE"

8   #1-50, Individually and in their Official

9   Capacity, (the name John Doe being

10  fictitious, as the true names are presently

11  unknown) (collectively referred to as "NYPD

12  Defendants"), JAMAICA HOSPITAL MEDICAL

13  CENTER, DR. ISAK ISAKOV, Individually and

14  in his Official Capacity, DR. LILLIAN

15  ALDANA-BERNIER, Individually and in her

16  Official Capacity, and JAMAICA HOSPITAL

17  MEDICAL CENTER EMPLOYEE'S"JOHN DOE" #1-50,

18  Individually and in their Official

19  Capacity, (the name John Doe being

20  fictitious, as the true names are presently

21  unknown),

22                    Defendants.

23  ------------------------------------------

24          111 Broadway

25          New York, New York

LAUTERBORN

Page 3

```
 1
 2                 November 7, 2013
 3                 10:10 A.M.
 4
 5        VIDEO DEPOSITION of THEODORE
 6   LAUTERBORN, the Defendant in the
 7   above-entitled action, held at the above
 8   time and place, taken before Dawn Miller, a
 9   Notary Public of the State of New York,
10   pursuant to court order and stipulations
11   between Counsel.
12                 *      *      *
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1          A P P E A R A N C E S

 2   LAW OFFICES OF NATHANIEL B. SMITH

 3     Attorneys for Plaintiff

 4          111 Broadway

 5          New York, New York 10006

 6   BY:    NATHANIEL B. SMITH, ESQ.

 7

 8   ALSO PRESENT: JOHN LENOIR, ESQ.

 9               MAGDALENA BAUZA, VIDEOGRAPHER

10

11

12

13

14   MICHAEL CARDOZO, ESQ. - CORPORATION COUNSEL

15   NEW YORK CITY LAW DEPARTMENT

16        Attorneys for Defendants THEODORE

17        LAUTERBORN and ALL CITY DEFENDANTS

18          100 Church Street

19          New York, New York 10007

20   BY:    SUZANNA PUBLICKER METTHAM, ASST.

21          CORPORATION COUNSEL

22          RYAN G. SHAFFER, ASST. CORPORATION

23          COUNSEL

24   FILE NO.: 2010-033074/CONTROL # SSS08994

25
```

Page 5

```
 1              A P P E A R A N C E S
 2   MARTIN, CLEARWATER & BELL, LLP
 3      Attorneys for Defendant JAMAICA HOSPITAL
 4      MEDICAL CENTER
 5          220 East 42nd Street
 6          New York, New York 10017
 7   BY:   BRIAN OSTERMAN, ESQ.
 8
 9
10
11
12   IVONE, DEVINE & JENSEN, LLP
13      Attorneys for Defendant DR. ISAK ISAKOV
14          2001 Marcus Avenue
15          Lake Success, New York 11042
16   BY:   BRIAN E. LEE, ESQ.
17
18
19
20   CALLAN, KOSTER, BRADY & BRENNAN, LLP
21      Attorneys for Defendant LILLIAN
22      ALDANA-BERNIER
23          One Whitehall Street
24          New York, New York 10004
25   BY:   MATTHEW J. KOSTER, ESQ.
```

Page 6

1              A P P E A R A N C E S

2    SCOPPETTA, SEIFF, KRETZ & ABERCROMBIE,

3    ESQS.

4        Attorneys for Defendant DEPUTY INSPECTOR

5        STEVEN MAURIELLO

6            444 Madison Avenue

7            New York, New York 10022

8    BY:   WALTER A. KRETZ, ESQ.

9    FILE NO.: 2010-033074

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 7

1              S T I P U L A T I O N S

2

3

4       IT IS HEREBY STIPULATED AND AGREED, by

5   and among the Attorneys for the respective

6   parties hereto that filing and sealing be

7   and the same are hereby waived.

8       IT IS FURTHER STIPULATED AND AGREED

9   that all objections except as to form of

10  the question, shall be reserved to the time

11  of trial.

12      IT IS FURTHER STIPULATED AND AGREED

13  that the within examination may be signed

14  and sworn to before any notary public with

15  the same force and effect as though signed

16  and sworn to before this Court.

17

18  T H E O D O R E   L A U T E R B O R N,

19  having been first duly sworn by Dawn

20  Miller, a Notary Public within and for the

21  State of New York, was examined and

22  testified as follows:

23              MR. SMITH:  On the record, it

24      is 10:10.  It is November 7th 2013.

25      We are at my offices at 111 Broadway,

Page 8

1              T. LAUTERBORN

2       New York, New York, Suite 1306.

3              We are here today for the

4       deposition of Captain Lauterborn and

5       the deposition is being videotaped as

6       well as we have a court reporter

7       here.

8              MS. METTHAM:  Before we start

9       I'd like to put a couple of

10      stipulations, as we stated about the

11      video recording, the video must be

12      focused on Captain Lauterborn without

13      anyone else on camera, no zooming in

14      or out, no panning.  Discussion of

15      Attorneys' Eyes Only are confidential

16      materials and must be separately

17      recorded as the transcript must also

18      be separately bound.

19             I would also just request a copy

20      of the transcript for Captain

21      Lauterborn to review pursuant to the

22      30E1 Procedure.

23             MR. SMITH:  All of those

24      decisions are the courts.  This is

25      being taken pursuant to order,

Page 9

1

2         pursuant to the Federal procedure.

3              Good morning, Captain.

4                   THE WITNESS:  Good morning.

5                   MR. SMITH:  My name is

6    Nathaniel Smith.  I represent Adrian

7    Schoolcraft in the lawsuit you're one

8    of the defendants in.  I assume you're

9    familiar with the existence of the

10   lawsuit, right?

11                  THE WITNESS: Yes.

12                  MR. SMITH:  Have you ever been

13   deposed before?

14                  THE WITNESS:  I believe it was

15   one other time.

16                  MR. SMITH:  You recognize that

17   you're under oath right now, right?

18                  THE WITNESS:  Yes.

19                  MR. SMITH:  Because of the

20   oath, it's important that if you have

21   any questions or if anything that I

22   say to you or ask is unclear, that you

23   let me know, okay?

24                  THE WITNESS:  Sure.

25                  MR. SMITH:  Because if I ask

Page 10

1

2          you a question and you answer the

3          question, since you're under oath,

4          it's going to appear that you're

5          speaking under oath and you're

6          understanding the question.  It's

7          important, at the threshold, just to

8          be clear, that if you have any

9          questions, you let me know, okay?

10                 THE WITNESS:  Absolutely.

11   EXAMINATION BY

12   MR. SMITH:

13         Q.    State your name and address for

14   the record, please.

15         A.    Theodore Lauterborn, One Police

16   Plaza, New York, New York 10038.

17         Q.    Where are you, currently,

18   working?

19         A.    I, currently, work in Brooklyn

20   South Narcotics.

21         Q.    What's your position or title?

22         A.    I'm Captain of the group.

23         Q.    What group?

24         A.    Group Number 1 covers three

25   commands.

Page 335

1

2          hours now.  Your time is done.  If any

3          of the other defendants have questions

4          --

5                    MR. SMITH:  You're terminating

6          my examination right now?

7                    MS. METTHAM:  Yeah, you went

8          for seven hours on the record and --

9                    MR. SMITH:  I have got some

10         more questions for the witness.  I'm

11         not done.

12                   MS. METTHAM: Okay.

13                   MR. LEE:  I have about five

14         questions.

15                   MR. SMITH:  Your terminating

16         my examination?

17                   MS. METTHAM: You used the

18         seven hours that were available to

19         you.

20                   MR. SMITH:  I will continue my

21         examination on another day.

22     EXAMINATION CONDUCTED BY

23     MR. LEE:

24                   MR. LEE:  Good evening.  I

25         represent one of the doctors who

Page 336

1

2        treated the plaintiff at Jamaica

3        Hospital, Dr. Isakov.  I have a few

4        questions for you.

5        Q.    At anytime on October 31 or

6    thereafter, did you speak to any hospital

7    personnel at anytime?

8        A.    No, I did not.

9        Q.    Did you speak with any doctors or

10   nurses from Jamaica Hospital at anytime?

11       A.    No, I did not.

12       Q.    Did you ever instruct any NYPD

13   employees to tell people at Jamaica

14   Hospital anything?

15              MR. LEE:  Bad question.  Let

16        me withdraw it.

17       Q.    Did you ever instruct any NYPD

18   personnel what to say to hospital personnel

19   when they got there?

20       A.    No, I did not.

21       Q.    Did you ever speak with Dr.

22   Isakov at anytime?

23       A.    No, I did not.

24              MR. LEE:  Nothing further.

25              MS. METTHAM: I have a few

Page 1

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3    -----------------------------X

     ADRIAN SCHOOLCRAFT,

4

5               Plaintiff,

6                          Index No.

          vs.          10 Civ 6005 (RWS)

7

8    CITY OF NEW YORK, et al.,

9               Defendants.

     -----------------------------X

10

11               VOLUME II

12

13   CONTINUED DEPOSITION OF TIMOTHY CAUGHEY

14            New York, New York

15         Monday, December 9, 2013

16

17

18

19

20

21

22

23   Reported by:

24   Diane Buchanan

25   JOB NO. 1779274

Page 2

1

2

3

4

5

6

7

8                    December 9, 2013

9

10                     2:47 p.m.

11

12

13

14        Continued Deposition of TIMOTHY

15

16   CAUGHEY, held at the Law Offices of

17

18   Nathaniel B. Smith, 111 Broadway, New

19

20   York, New York 10006, pursuant to

21

22   Notice, before Diane Buchanan, a Notary

23

24   Public of the State of New York.

25

Page 3

1    A P P E A R A N C E S:

2

3       LAW OFFICE OF NATHANIEL B. SMITH

4       Attorneys for Plaintiff

5            111 Broadway

6            New York, New York 10006

7       BY:   NATHANIEL B. SMITH, ESQ.

8            JOHN LENOIR, ESQ.

9

10      MICHAEL CARDOZO

11      Corporation Counsel of the City of New

12      York

13           100 Church Street

14           New York, New York 10007

15      BY:   RYAN SHAFFER, ESQ.

16

17      MARTIN CLEARWATER & BELL, LLP

18

19      Attorneys for Jamaica Hospital Center

20

21           220 East 42nd Street

22

23           New York, New York 10017

24

25      BY:   BRIAN OSTERMAN, ESQ.