Page 3

1

          (Continued.)

2

3      CALLAN, KOSTER, BRADY & BRENNAN, LLP
       Attorneys for Defendant
4      DR. LILIAN ALDANA-BERNIER
             One Whitehall Street
5            New York, New York 10004
       BY:  MATTHEW J. KOSTER, ESQ.

6

7

       MARTIN CLEARWATER & BELL, LLP
8      Attorneys for Defendant
       JAMAICA HOSPITAL MEDICAL CENTER
9            220 East 42nd Street
             New York, New York 10017
10     BY:  BRIAN OSTERMAN, ESQ.

11

     Also Present:  Magdalena Bauza

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1

2        S T I P U L A T I O N S:

3

4        IT IS HEREBY STIPULATED AND AGREED by and

5          between the attorneys for the respective

6          parties hereto, that this examination may be

7          sworn to before any Notary Public.

8

9        IT IS FURTHER STIPULATED AND AGREED that the

10         filing and certification of the said

11         examination shall be waived.

12

13       IT IS FURTHER STIPULATED AND AGREED that all

14         objections to questions, except as to the

15         form of the question, shall be reserved for

16         the time of trial.

17

18

19

20

21

22

23

24

25

Page 5

1

2    E L I S E    H A N L O N, a Non-Party Witness

3    herein, having been first duly sworn by a

4    Notary Public within and for the State of

5    New York, was examined and testified as

6    follows:

7

8    EXAMINATION BY

9    MR. SMITH:

10

11       Q.      Will you state your name and

12   address for the record, please.

13       A.      Elise Hanlon.

14            MR. SHAFFER:  100 Church Street,

15       New York, New York.

16            MR. SMITH:  We are going on the

17       record, it's 10:19.  We are at my

18       office, Nathaniel Smith, 111 Broadway,

19       suite number 1305.  Starting the

20       deposition of Elise Hanlon.

21            THE WITNESS:  Yes.

22            MR. SHAFFER:  Before we start, I

23       just ask that the witness be given a

24       chance to review the transcript that's

25       generated here today pursuant to

Page 6

1              ELISE HANLON

2       Federal Rule 30 (e)(1).

3            MR. SMITH:  Okay.  And before we

4       start with the witness, are you

5       representing the witness?

6            MR. SHAFFER:  Correct.

7            MR. SMITH:  Will you accept

8       service of process of any trial

9       subpoenas or any subpoenas required for

10      the witness to appear because you have

11      given the 100 Church Street address,

12      which is the Law Department address,

13      right?

14           MR. SHAFFER:  That is correct.

15      If that address changes you will be

16      notified immediately upon its change.

17           MR. SMITH:  You're not answering

18      my question --

19           MR. SHAFFER:  Yes.

20           MR. SMITH:  Will you accept

21      service of process?  Otherwise, I will

22      need to have the witness' personal

23      address.

24           MR. SHAFFER:  The same as it's

25      been in every other deposition.

Page 7

<pre>
 1              ELISE HANLON
 2        MR. SMITH:  Which is?
 3        MR. SHAFFER:  Yes.  Contingent
 4   upon us still representing the witness
 5   and if not, you will be notified of
 6   that change immediately and you will
 7   have a new address forthwith.
 8        MR. SMITH:  I will need, not
 9   just an address, but also contact
10   information.
11        MR. SHAFFER:  Correct.
12   Q.     Morning, ma'am.
13   A.     Good morning.
14   Q.     My name is Nathaniel Smith.  I'm
15   representing Adrian Schoolcraft in the
16   lawsuit against various individuals
17   including the City of New York.
18             This morning I am going to be
19   asking you a series of questions and there's
20   only one really important rule since you're
21   under oath and that is that you understand
22   my question and you answer the question to
23   the best of your ability.
24             Do you understand that?
25   A.     Yes.
</pre>

Page 8

1                    ELISE HANLON

2        Q.      It's important that if there is

3   something unclear about my question that you

4   let me know; okay?

5        A.      Yes.

6        Q.      And the reason why that's

7   important is because the court reporter is

8   taking down the questions that I'm asking

9   and the answers that you're providing and if

10  you don't say I don't understand or it's not

11  clear or could you rephrase that and you

12  just answer the question, then your

13  statements which, like I said, are being

14  taken under oath, will reflect those

15  statements.  So it's important for you and

16  for the record and for me that you express

17  any confusion you may have about the

18  question; okay?

19       A.      Yes.

20       Q.      Just because I'm a lawyer and

21  I'm wearing a tie doesn't mean that my

22  questions are formed well.  Sometimes

23  they're formed badly.  In that case, please

24  let me know; okay?

25       A.      Yes.

Page 9

1                        ELISE HANLON

2         Q.      Are you currently employed?

3         A.      Yes.

4         Q.      By whom?

5         A.      New York City Fire Department.

6         Q.      How long have you been employed

7    by the New York City Fire Department?

8         A.      Since 1991.

9         Q.      And what did you do before the

10   fire department?

11        A.      I worked for a private

12   ambulance company.

13        Q.      Which one?

14        A.      Mercy.

15        Q.      Where is Mercy?

16        A.      No longer in existance.

17        Q.      Is Mercy an ambulance service or

18   was it a hospital?

19        A.      Ambulance service.

20                MR. SHAFFER:  Objection.

21        Q.      Where was it located?

22        A.      Island Park.

23        Q.      Where is that?

24        A.      Long Island.

25        Q.      How long did you work for Mercy?

```
                                          Page 10

 1                     ELISE HANLON

 2        A.      A year.

 3        Q.      And were you an EMT at Mercy?

 4        A.      Yes.

 5        Q.      What did you do before working

 6   for Mercy?

 7        A.      I worked for Nationwide

 8   Ambulance.

 9        Q.      And Nationwide is another

10   private ambulance service?

11        A.      Yes.

12        Q.      Where are they located?

13        A.      No longer in existance.

14        Q.      Where were they located?

15        A.      Rockaway.

16        Q.      Rockaway, Queens?

17        A.      Yes.

18        Q.      Were you an EMT for Nationwide?

19        A.      Yes.

20        Q.      How long did you work for them?

21        A.      About a year.

22        Q.      What did do you before working

23   for Nationwide?

24        A.      In school.

25        Q.      What school?
```

Page 270

1                    ELISE HANLON

2        A.      No.

3        Q.      Have you ever seen any police

4    officer or another law enforcement officer

5    EDP?

6        A.      No.

7        Q.      Have you ever seen a chief or

8    assistant chief for the NYPD at a scene

9    where there was a potential or actual EDP

10   situation?

11              MR. SHAFFER:  Objection.

12       A.      Not that I recall.

13              MR. SMITH:  All right, I don't

14       have anymore questions.  Thank you very

15       much.  For now I don't have anymore

16       questions.

17   EXAMINATION BY

18   MR. OSTERMAN:

19       Q.      Lieutenant, I just have a few

20   very quick.

21              Other than what you testified to

22   here today, did you have any contact or

23   speak with any other staff or personnel at

24   Jamaica Hospital at any time regarding Mr.

25   Schoolcraft or the incident on October 31,

Page 271

1               ELISE HANLON

2    2009?

3         A.    No.

4         Q.    Did you have any contact or

5    speak with any doctors or nurses at Jamaica

6    Hospital regarding Mr. Schoolcraft or the

7    incident on October 31, 2009?

8         A.    No.

9         Q.    Did you instruct or direct

10   anyone to speak or contact anyone at Jamaica

11   Hospital?

12        A.    No.

13        Q.    Did you speak with a Dr. Isakov

14   at any time?

15        A.    No.

16        Q.    Did you speak with a Dr.

17   Aldana-Bernier at any time?

18               (Continued on next page ton

19        include Jurat.)

20

21

22

23

24

25

Page 1

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------------------------X
3    ADRIAN SCHOOLCRAFT,
4                        Plaintiff,
5
                                   Case No:
6        - against -              10 CV 06005
7
     THE CITY OF NEW YORK; ET AL.,
8                                        CONFIDENTIAL
9                    Defendants.
10   ------------------------------------------------X
11                   111 Broadway
                     New York, New York
12
                     April 10, 2014
13                   10:34 a.m.
14
15
16    CONFIDENTIAL DEPOSITION OF TIMOTHY TRAINOR,
17    pursuant to Notice, taken at the above place,
18    date and time, before DENISE ZIVKU, a Notary
19    Public within and for the State of New York.
20
21
22
23
24
25



Page 2

```
 1
 2    APPEARANCES:
 3    NATHANIEL B. SMITH, ESQ.
         Attorneys for Plaintiff
 4       111 Broadway
         New York, New York 10006
 5
 6
 7    JOHN LENOIR, ESQ.
      Attorneys for Plaintiff
         829 Third Street NE
 8       Washington, D.C. 20002
 9
10    NEW YORK CITY LAW DEPARTMENT
      OFFICE OF CORPORATION COUNSEL
11    Attorneys for Defendant
      THE CITY OF NEW YORK
12       100 Church Street
         New York, New York 10007
13    BY: SUZANNA PUBLICKER METTHAM, ESQ.
14
15    SCOPPETTA SEIFF KRETZ & ABERCROMBIE
      Attorneys for Defendant
16    STEVEN MAURIELLO
         444 Madison Avenue
17       New York, New York 10022
      BY: WALTER A. KRETZ, JR., ESQ.
18
19
      IVONE, DEVINE & JENSEN, LLP
20    Attorneys for Defendant
      DR. ISAK ISAKOV
21       2001 Marcus Avenue
         Lake Success, New York 11042
22    BY: BRIAN LEE, ESQ.
23
         (Continued.)
24
25
```

Page 3

```
 1
         (Continued.)
 2
 3    CALLAN, KOSTER, BRADY & BRENNAN, LLP
      Attorneys for Defendant
 4    DR. LILIAN ALDANA-BERNIER
         One Whitehall Street
 5       New York, New York 10004
      BY: MATTHEW J. KOSTER, ESQ.
 6
 7
      MARTIN CLEARWATER & BELL, LLP
 8    Attorneys for Defendant
      JAMAICA HOSPITAL MEDICAL CENTER
 9       220 East 42nd Street
         New York, New York 10017
10    BY: BRIAN OSTERMAN, ESQ.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1    STIPULATIONS:
 2         IT IS HEREBY STIPULATED AND AGREED by
 3    and between the attorneys for the respective
 4    parties hereto, that this examination may be
 5    sworn to before any Notary Public.
 6
 7         IT IS FURTHER STIPULATED AND AGREED
 8    that the filing and certification of the said
 9    examination shall be waived.
10
11         IT IS FURTHER STIPULATED AND AGREED
12    that all objections to questions, except as to
13    the form of the question, shall be reserved
14    for the time of trial.
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1
 2         (WHEREUPON, THE FOLLOWING
 3    TRANSCRIPT WAS DESIGNATED CONFIDENTIAL
 4    BY COUNSEL PURSUANT TO PROTECTIVE
 5    ORDER.)
 6         MR. SMITH:  We are going on the
 7    record, it is 10:34.  We are taking the
 8    deposition of Captain Timothy Trainor
 9    at my offices, 111 Broadway.  Today is
10    April 10, 2014.
11    T I M O T H Y   T R A I N O R, a Defendant
12    herein, having been first duly sworn by a
13    Notary Public within and for the State of
14    New York, was examined and testified as
15    follows:
16
17    EXAMINATION BY
18    MR. SMITH:
19
20    Q.    Will you state your name and
21    address for the record, please.
22    A.    My name is Timothy, Last name is
23    Trainor, spelled T-r-a-i-n-o-r.  My address
24    is One Police Plaza, New York, New York
25    10038.
```

2 (Pages 2 - 5)

Page 6

1      TIMOTHY TRAINOR
2          MR. SMITH: Ms. Mettham, we have
3   the same agreement with respect to
4   Captain Trainor, which is if there is a
5   trial where I need to serve process you
6   will accept service of process on his
7   behalf.
8          MS. PUBLICKER METTHAM: To the
9   extent we're still representing him,
10  yeah.
11         MR. SMITH: Otherwise, you will
12  provide me with information where I can
13  effectuate service?
14         MS. PUBLICKER METTHAM: Yes.
15         MR. SMITH: Okay, great.
16  Q.    Good morning, Captain.
17  A.    Good morning.
18  Q.    As I indicated earlier when we
19  were off the record, my name is Nathaniel
20  Smith. I represent Adrian Schoolcraft. I
21  am going to be asking you some questions
22  this morning and this afternoon.
23         There is a few ground rules,
24  maybe you know them, maybe you don't. I
25  just want to express the most important one,

Page 7

1      CONFIDENTIAL - TIMOTHY TRAINOR
2   which is that it's important since you've
3   just been sworn to tell the truth that you
4   understand the question. You understand
5   that, right?
6   A.    I understand.
7   Q.    And you understand that you're
8   under oath and you're obligated to tell the
9   truth?
10  A.    Yes.
11  Q.    And as part of that oath, it's
12  important that you understand the question,
13  right?
14  A.    Yes.
15  Q.    So if there's anything about my
16  question that's unclear or you're unsure,
17  please let me know and I will try to
18  rephrase it.
19  A.    Understood.
20  Q.    Where are you currently working?
21  A.    One Police Plaza.
22  Q.    What's your position?
23  A.    Captain.
24  Q.    Do you work in a particular
25  division?

Page 8

1      CONFIDENTIAL - TIMOTHY TRAINOR
2   A.    I work in the police
3   commissioner's office.
4   Q.    What do you do with the police
5   commissioner's office?
6   A.    I am the head of his security
7   detail.
8   Q.    Who do you report to?
9   A.    Deputy Chief James O'Neil.
10  Q.    How many people report to you?
11         MS. PUBLICKER METTHAM:
12  Objection. You could answer.
13  A.    Thirteen.
14  Q.    Are any of these 13 people
15  involved in this case, to your knowledge?
16         MS. PUBLICKER METTHAM:
17  Objection.
18  A.    No.
19  Q.    How long have you had this
20  position as captain and the head of security
21  detail for the commissioner?
22  A.    I started on December 12, 2013.
23  Q.    Prior to that what did you do?
24  A.    Prior to this assignment I was
25  commanding officer of the Brooklyn North

Page 9

1      CONFIDENTIAL - TIMOTHY TRAINOR
2   Investigations Unit.
3   Q.    For what period of time were you
4   the commanding officer of Brooklyn North
5   investigations Unit?
6   A.    I was the commanding officer of
7   the Brooklyn North Investigations Unit from
8   July of 2002, until December 11, 2013.
9   Q.    As the commanding officer of
10  Brooklyn North Investigations Unit, who did
11  you report to?
12         MS. PUBLICKER METTHAM:
13  Objection. You could answer.
14  A.    I reported to the patrol borough
15  adjutant.
16  Q.    Was that one individual during
17  that period of time that you were the
18  commanding officer?
19  A.    It was many different
20  individuals.
21  Q.    Can you identify who the
22  individuals for whom you were reporting to
23  from 2009 through the end of 2013?
24         MS. PUBLICKER METTHAM:
25  Objection. You can answer.

3 (Pages 6 - 9)

| | |
|---|---|
| **Page 246** | **Page 248** |

**Page 246**

1   CONFIDENTIAL - TIMOTHY TRAINOR
2   best I could remember, we were getting
3   information, you know, that the NYPD, you
4   know, the rant boards use these bulletin
5   boards, people were just talking.  This is
6   information that was out in the
7   stratosphere.  When I learned about it, I
8   just simply can't give you the date I knew.
9   Q.   Okay.  I understand, thank you.
10      Have you ever had any contact
11  with any personnel from Jamaica Hospital?
12  A.   Never.
13      MR. SMITH:  All right, I want to
14  take two minutes.  Check with my
15  colleague.  I think I'm almost done.
16  Going off the record, it's 5:45.
17      (Whereupon, a recess was taken.)
18      MR. SMITH:  Going back on the
19  record, it's 5:49.  Thank you very
20  much, Captain, I don't have any more
21  questions at this time.
22      MS. PUBLICKER METTHAM:  I have
23  just a couple.
24  EXAMINATION BY
25  MS. PUBLICKER METTHAM:

**Page 247**

1   CONFIDENTIAL - TIMOTHY TRAINOR
2   Q.   Captain Trainor, did you ever go
3   to Schoolcraft's apartment in Johnstown,
4   New York?
5   A.   No.
6   Q.   Did you ever kick or pound on
7   Officer Schoolcraft's door?
8   A.   No.
9   Q.   Did you ever engage in efforts
10  purposely designed to intimidate and harass
11  Mr. Schoolcraft?
12  A.   No.
13      MS. PUBLICKER METTHAM:  I have
14  no further questions.
15  EXAMINATION BY
16  MR. LEE:
17  Q.   Did you ever speak to or do you
18  know Dr. Isakov?
19  A.   No, I do not.
20  Q.   Do you know Dr. Aldana Bernier?
21  A.   No.
22  Q.   Did you ever speak to her about
23  Mr. Schoolcraft?
24  A.   No, I did not.
25  Q.   Did you speak to anybody at

**Page 248**

1   CONFIDENTIAL - TIMOTHY TRAINOR
2   Jamaica Hospital at any time?
3   A.   Regarding Schoolcraft?
4   Q.   Correct.
5   A.   Never.
6   Q.   Did you ever direct anybody from
7   the NYPD to speak to anybody at Jamaica
8   about Mr. Schoolcraft?
9   A.   Never.
10      MR. LEE:  Thank you.
11      (Time noted:  5:49 p.m.)
12
13      TIMOTHY TRAINOR
14
15  Subscribed and sworn to before me this
16
17  _____day of _____2014.
18
19  _____, Notary
20  Public.
21
22
23
24
25

**Page 249**

1       I-N-D-E-X
2
3   WITNESS       ATTORNEY        PAGE
4   TIMOTHY TRAINOR  MR. SMITH        5
5       MS. PUBLICKER METTHAM    246
6       MR. LEE           247
7
8       E-X-H-I-B-I-T-S
9   PLAINTIFF'S     DESCRIPTION       PAGE
10  76       Document       28
11  77       Document       39
12  78       Document       65
13  79       Document       82
14  80       Document       91
15  81       Document       96
16  82       Document       98
17  83       Document       119
18  84       Document       121
19  85       Document       125
20  86       Document       125
21  87       Document       129
22  88       Document       132
23  89       Document       138
24  90       Document       142
25  (Continued)

63 (Pages 246 - 249)

Page 1

1    UNITED STATES DISTRICT COURT

     SOUTHERN DISTRICT OF NEW YORK

2    ------------------------------------------X

3    ADRIAN SCHOOLCRAFT,

4                 Plaintiff,

5

                       Case No:

6      - against -      10 CV 06005

7

    THE CITY OF NEW YORK, ET AL.,

8

9                Defendants.

10   ------------------------------------------X

11             111 Broadway

              New York, New York

12

              April 11, 2014

13           10:21 a.m.

14

15

16   DEPOSITION OF WILLIAM GOUGH, pursuant to

17   Notice, taken at the above place, date and

18   time, before DENISE ZIVKU, a Notary Public

19   within and for the State of New York.

20

21

22

23

24

25

Page 2

```
 1
        A P P E A R A N C E S:
 2
 3        NATHANIEL B. SMITH, ESQ.
                Attorneys for Plaintiff
 4              111 Broadway
                New York, New York 10006
 5
 6
          JOHN LENOIR, ESQ.
 7        Attorneys for Plaintiff
                829 Third Street NE
 8              Washington, D.C. 20002
 9
10      NEW YORK CITY LAW DEPARTMENT
        OFFICE OF CORPORATION COUNSEL
11      Attorneys for Defendant
        THE CITY OF NEW YORK
12              100 Church Street
                New York, New York 10007
13      BY:   SUZANNA PUBLICKER METTHAM, ESQ.
14
15      SCOPPETTA SEIFF KRETZ & ABERCROMBIE
        Attorneys for Defendant
16      STEVEN MAURIELLO
                444 Madison Avenue
17              New York, New York 10022
        BY:   WALTER A. KRETZ, JR., ESQ.
18
19
        IVONE, DEVINE & JENSEN, LLP
20      Attorneys for Defendant
        DR. ISAK ISAKOV
21              2001 Marcus Avenue
                Lake Success, New York 11042
22      BY:   BRIAN LEE, ESQ.
23
                (Continued.)
24
25
```

Page 3

1              (Continued.)

2

3        CALLAN, KOSTER, BRADY & BRENNAN, LLP
         Attorneys for Defendant
4        DR. LILIAN ALDANA-BERNIER
              One Whitehall Street
5              New York, New York 10004
         BY:  MATTHEW J. KOSTER, ESQ.

6

7

         MARTIN CLEARWATER & BELL, LLP
8        Attorneys for Defendant
         JAMAICA HOSPITAL MEDICAL CENTER
9              220 East 42nd Street
               New York, New York 10017
10       BY:  BRIAN OSTERMAN, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1    S T I P U L A T I O N S:

2            IT IS HEREBY STIPULATED AND AGREED by

3    and between the attorneys for the respective

4    parties hereto, that this examination may be

5    sworn to before any Notary Public.

6

7            IT IS FURTHER STIPULATED AND AGREED

8    that the filing and certification of the said

9    examination shall be waived.

10

11           IT IS FURTHER STIPULATED AND AGREED

12   that all objections to questions, except as to

13   the form of the question, shall be reserved

14   for the time of trial.

15

16

17

18

19

20

21

22

23

24

25

Page 5

```
 1
 2           MR. SMITH:  We are going on the
 3      record.  It's 10:21 and this is April
 4      11, 2014 and we are taking the
 5      deposition of Lieutenant Gough.
 6           Am I pronouncing that correctly?
 7           THE WITNESS:  Yes, you are.
 8           MR. SMITH:  Great.  At my office
 9      at 111 Broadway, New York, New York.
10      The deposition is being videotaped and
11      the court reporter is here and will
12      swear in the witness.  Thank you.
13  W I L L I A M   G O U G H, a Defendant
14  herein, having been first duly sworn by a
15  Notary Public within and for the State of
16  New York, was examined and testified as
17  follows:
18
19  EXAMINATION BY
20  MR. SMITH:
21
22      Q.    Will you state your name and
23  address for the record, please.
24      A.    William Gough, 211 Union Avenue,
25  Brooklyn, New York 11212.
```

Page 6

1                    WILLIAM GOUGH

2          Q.      Is that your home address?

3          A.      No.

4                  MR. SMITH:   As we've done in the

5          past with other defendants, Suzanna,

6          will you agree to accept service of

7          process on behalf of Lieutenant Gough

8          in this case?

9                  MS. PUBLICKER METTHAM:   To the

10         extent we still represent him at that

11         time, yes.

12                 MR. SMITH:   If you don't

13         represent him, you will provide the

14         necessary information to serve process?

15                 MS. PUBLICKER METTHAM:   Yes.

16         Q.      Where are you currently working?

17         A.      The Brooklyn North

18    Investigations Unit, New York City Police

19    Department.

20         Q.      And the address that you gave,

21    is that Brooklyn North Investigations Unit's

22    address?

23         A.      Yes.

24         Q.      Do they have more than one

25    location?

Page 7

1                    WILLIAM GOUGH

2        A.      No.

3        Q.      How long have you worked at the

4    Brooklyn North Investigations Unit?

5        A.      Since December '06.

6        Q.      What's your current title?

7        A.      I am a lieutenant in the New

8    York City Police Department.

9        Q.      What's your year of birth?

10       A.      1972.

11       Q.      What's your highest level of

12   education?

13       A.      I have 96 college credits.

14       Q.      Any course of study?

15               MS. PUBLICKER METTHAM:

16       Objection.  You can answer.

17       A.      Liberal arts.

18       Q.      So when did you graduate high

19   school?

20       A.      June of 1990.

21       Q.      After high school what form of

22   employment did you have?

23       A.      Various forms of employment.

24       Q.      Okay, I'll take the first one.

25       A.      I recollect I worked for Kennedy

Page 249

                    WILLIAM GOUGH
1
2    to the recording, you believe that
3    everything you said was correct?
4                    MS. PUBLICKER METTHAM:
5         Objection.  You could answer.
6         A.      Yes.
7         Q.      And you listened to the entire
8    recording?
9                    MS. PUBLICKER METTHAM:
10        Objection.  You could answer.
11        A.      Yes.
12        Q.      Was it about 20 minutes?
13        A.      I didn't -- I don't know if it's
14   20 minutes.
15        Q.      You believe you listened to the
16   entire recording of the interview that you
17   had with IAB?
18        A.      I believe so.
19                MR. SMITH:  All right, thank
20        you, Lieutenant.  I don't have any more
21        questions.
22   EXAMINATION BY
23   MR. KOSTER:
24        Q.      Good afternoon, I just have a
25   couple of questions for you.  Same rules

Page 250

1                    WILLIAM GOUGH

2    apply.

3                    Have you spoken with a Dr.

4    Aldana Bernier regarding Adrian Schoolcraft?

5         A.        Never.

6         Q.        Have you ever heard of Dr.

7    Aldana Bernier?

8         A.        I don't believe so.

9         Q.        Have you ever heard of her

10   outside the context of this lawsuit?

11        A.        I don't think so.

12        Q.        Have you ever heard of a Dr.

13   Isakov?

14        A.        I don't think so.

15        Q.        Have you ever communicated in

16   any way with Dr. Isakov --

17        A.        No.

18        Q.        -- regarding Adrian Schoolcraft?

19   Is that a no?

20        A.        No.

21        Q.        Were you ordered to provide any

22   information to anyone at Jamaica Hospital?

23        A.        No.

24        Q.        Did you order anyone to provide

25   any information to Jamaica Hospital

Page 251

1              WILLIAM GOUGH

2    concerning Adrian Schoolcraft?

3         A.     No.

4         Q.     I believe you said that you did

5    not go to Jamaica Hospital with --

6         A.     I did not go to Jamaica

7    Hospital.

8         Q.     -- with Mr. Schoolcraft?

9         A.     I did not.

10        Q.     Did you speak to anyone at

11   Jamaica Hospital regarding Adrian

12   Schoolcraft?

13        A.     No.

14              MR. KOSTER:   I have no further

15        questions.

16              MR. SMITH:   We are going off,

17        4:28, going off the record.

18              (Time noted:   4:28 p.m.)

19   _____

20              WILLIAM GOUGH

21   Subscribed and sworn to before me this

22   _____day of _____2014.

23

24   _____, Notary

25   Public.

Page 1

1   UNITED STATES DISTRICT COURT

    SOUTHERN DISTRICT OF NEW YORK

2   ------------------------------------------X

3   ADRIAN SCHOOLCRAFT,

4                       Plaintiff,

5

                                    Case No:

6       - against -            10 CV 06005

7

    THE CITY OF NEW YORK, ET AL.,

8

9                       Defendants.

10  ------------------------------------------X

11                    111 Broadway

                      New York, New York

12

                      May 14, 2014

13                    10:24 a.m.

14

15

16  DEPOSITION OF JESSICA MARQUEZ, pursuant to

17  Notice, taken at the above place, date and

18  time, before DENISE ZIVKU, a Notary Public

19  within and for the State of New York.

20

21

22

23

24

25