Page 2

```
 1
     A P P E A R A N C E S:
 2
 3     NATHANIEL B. SMITH, ESQ.
             Attorneys for Plaintiff
 4           111 Broadway
             New York, New York 10006
 5
 6
       JOHN LENOIR, ESQ.
 7     Attorneys for Plaintiff
             829 Third Street NE
 8           Washington, D.C. 20002
 9
10     NEW YORK CITY LAW DEPARTMENT
       OFFICE OF CORPORATION COUNSEL
11     Attorneys for Defendant
       THE CITY OF NEW YORK
12           100 Church Street
             New York, New York 10007
13     BY:   SUZANNA PUBLICKER METTHAM, ESQ.
14
15     SCOPPETTA SEIFF KRETZ & ABERCROMBIE
       Attorneys for Defendant
16     STEVEN MAURIELLO
             444 Madison Avenue
17           New York, New York 10022
       BY:   WALTER A. KRETZ, JR., ESQ.
18
19
       IVONE, DEVINE & JENSEN, LLP
20     Attorneys for Defendant
       DR. ISAK ISAKOV
21           2001 Marcus Avenue
             Lake Success, New York 11042
22     BY:   BRIAN LEE, ESQ.
23
                 (Continued.)
24
25
```

Page 3

1
                (Continued.)
2
3      CALLAN, KOSTER, BRADY & BRENNAN, LLP
       Attorneys for Defendant
4      DR. LILIAN ALDANA-BERNIER
             One Whitehall Street
5            New York, New York 10004
       BY:   PAUL CALLAN, ESQ.
6
7
       MARTIN CLEARWATER & BELL, LLP
8      Attorneys for Defendant
       JAMAICA HOSPITAL MEDICAL CENTER
9            220 East 42nd Street
             New York, New York 10017
10     BY:   GREGORY J. RADOMISLI, ESQ.
11
12
       Also Present:   Magdalena Bauza
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1 S T I P U L A T I O N S:

2         IT IS HEREBY STIPULATED AND AGREED by

3 and between the attorneys for the respective

4 parties hereto, that this examination may be

5 sworn to before any Notary Public.

6

7         IT IS FURTHER STIPULATED AND AGREED

8 that the filing and certification of the said

9 examination shall be waived.

10

11         IT IS FURTHER STIPULATED AND AGREED

12 that all objections to questions, except as to

13 the form of the question, shall be reserved

14 for the time of trial.

15

16

17

18

19

20

21

22

23

24

25

Page 5

1

2            MR. RADOMISLI:  Pursuant to

3       federal rules we reserve the right to

4       review and correct the deposition

5       transcript.

6            MR. SMITH:  We are going on the

7       record, it's 10:24 and we're going to

8       begin the deposition of Ms. Marquez.

9            THE WITNESS:  Yes.

10           MR.  SMITH:  At my office 111

11      Broadway.  It's the 14th of May.  I

12      have an E-mail from Shoni, S-h-o-n-i,

13      Williams, saying that she is Mr. Paul

14      Callan's secretary and he is going to

15      be a little late and we can start

16      without him and so based that we are

17      going to go ahead and do that.

18           Would you mind swearing in the

19      witness, please.

20  J E S  S  I  C A    M A R  Q U E Z, a Witness

21  herein, having been first duly sworn by a

22  Notary Public within and for the State of

23  New York, was examined and testified as

24  follows:

25

Page 6

1                    JESSICA MARQUEZ

2    EXAMINATION BY

3    MR. SMITH:

4

5         Q.    Will you state your name and

6    address for the record, please.

7         A.    Jessica Marquez, 5901 Central

8    Avenue, second floor, Glendale, New York

9    11385.

10        Q.    Is that a work or home address?

11        A.    Home address.

12        Q.    Good morning, Ms. Marquez.  My

13   name is Nathaniel Smith.  I represent Adrian

14   Schoolcraft.  He has brought a lawsuit

15   against several parties pertaining to a lot

16   of things and I am going to ask you some

17   questions this morning and maybe for a part

18   of this afternoon and there is a few ground

19   rules I just want to go over with you.  I'm

20   sure your counsel has discussed them with

21   you, but I just want to make sure that some

22   of the basic fundamentals are clear; okay?

23        A.    Yes.

24        Q.    The first thing is that if I ask

25   you a question and you're not sure what I am

Page 7

1                    JESSICA MARQUEZ

2     asking you or you're not sure what the

3     question means or if there's anything about

4     that you're not sure about, please let me

5     know; okay?

6          A.     Okay.

7          Q.     Because you've just been sworn

8     to tell the truth --

9          A.     Right.

10         Q.     -- and it's important for you

11    and for me and for the record, for everybody

12    else that the record be clear and that we

13    get accurate and clear information from you;

14    okay?

15         A.     Yes.

16         Q.     All right, so I will repeat

17    myself, if there's anything that's unclear

18    about my questions, let me know and I will

19    rephrase it.

20         A.     Okay.

21         Q.     If I can; okay?

22         A.     Hmm-mm.

23         Q.     You have ever been deposed

24    before?

25         A.     Yes.

Page 235

1                    JESSICA MARQUEZ

2   MR. LEE:

3        Q.      I'm Brian Lee, I represent Dr.

4   Isakov.  When you get to the hospital, this

5   report marked as Exhibit 125, is given to

6   the triage nurse?

7        A.      Yes.

8        Q.      And did you provide any

9   information to the triage nurse, other than

10  the information contained on this form?

11       A.      No.

12       Q.      Did you speak to any other nurse

13  or any other medical personnel about Mr.

14  Schoolcraft?

15       A.      Just the registrar, so that they

16  could register him into the system for the

17  triage nurse.

18       Q.      Did you provide any information

19  about the incident at Mr. Schoolcraft's

20  home?

21       A.      No.

22       Q.      Did you ever speak with a Dr.

23  Isakov about Mr. Schoolcraft?

24       A.      No.

25       Q.      Did you ever speak with Dr.

Page 1

1    UNITED STATES DISTRICT COURT         **CERTIFIED**
     SOUTHERN DISTRICT OF NEW YORK        **TRANSCRIPT**

2    ------------------------------------------------X

3    ADRIAN SCHOOLCRAFT,

4                          Plaintiff,

5
                                         Case No:

6        - against -                     10 CV 06005

7
     THE CITY OF NEW YORK, ET AL.,

8

9                          Defendants.

10   ------------------------------------------------X

11                  111 Broadway
                    New York, New York

12
                    May 15, 2014

13                  10:28 a.m.

14

15

16   DEPOSITION OF SALVATORE SANGENITI, pursuant to

17   Notice, taken at the above place, date and

18   time, before DENISE ZIVKU, a Notary Public

19   within and for the State of New York.

20

21

22

23

24

25

```
                                              Page 2
 1
     A P P E A R A N C E S:
 2
 3      NATHANIEL B. SMITH, ESQ.
             Attorneys for Plaintiff
 4           111 Broadway
             New York, New York 10006
 5
 6
        JOHN LENOIR, ESQ.
 7      Attorneys for Plaintiff
             829 Third Street NE
 8           Washington, D.C. 20002
 9
10   NEW YORK CITY LAW DEPARTMENT
     OFFICE OF CORPORATION COUNSEL
11   Attorneys for Defendant
     THE CITY OF NEW YORK
12        100 Church Street
          New York, New York 10007
13   BY:  SUZANNA PUBLICKER METTHAM, ESQ.
14
15   SCOPPETTA SEIFF KRETZ & ABERCROMBIE
     Attorneys for Defendant
16   STEVEN MAURIELLO
          444 Madison Avenue
17        New York, New York 10022
     BY:  WALTER A. KRETZ, JR., ESQ.
18
19
     IVONE, DEVINE & JENSEN, LLP
20   Attorneys for Defendant
     DR. ISAK ISAKOV
21        2001 Marcus Avenue
          Lake Success, New York 11042
22   BY:  BRIAN LEE, ESQ.
23
             (Continued.)
24
25
```

Page 3

1                (Continued.)

2

3      CALLAN, KOSTER, BRADY & BRENNAN, LLP
       Attorneys for Defendant
4      DR. LILIAN ALDANA-BERNIER
            One Whitehall Street
5           New York, New York 10004
       BY:  STEFANI MILLER, ESQ.

6

7

       MARTIN CLEARWATER & BELL, LLP
8      Attorneys for Defendant
       JAMAICA HOSPITAL MEDICAL CENTER
9           220 East 42nd Street
            New York, New York 10017
10     BY:  GREGORY J. RADOMISLI, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1  S T I P U L A T I O N S:

2         IT IS HEREBY STIPULATED AND AGREED by

3  and between the attorneys for the respective

4  parties hereto, that this examination may be

5  sworn to before any Notary Public.

6

7         IT IS FURTHER STIPULATED AND AGREED

8  that the filing and certification of the said

9  examination shall be waived.

10

11         IT IS FURTHER STIPULATED AND AGREED

12  that all objections to questions, except as to

13  the form of the question, shall be reserved

14  for the time of trial.

15

16

17

18

19

20

21

22

23

24

25

Page 5

1

2          Q.      This is the videotaped

3     deposition of Sal Sangeniti.

4          A.      Yes.

5               MR. SMITH:  And we are at the my

6          office at 111 Broadway.  It's May 15,

7          2014.

8               MR. RADOMISLI:  I just want to

9          state pursuant to the Federal Rules, we

10         reserve the right to review and correct

11         the deposition transcript and also,

12         it's a videotaped deposition.  The

13         deposition just happens to be you're

14         videotaping it.

15              MR. SMITH:  Right.  Understood.

16         I am videotaping the deposition and the

17         court reporter is here taking the

18         deposition.

19              Would you mind swearing in the

20         witness.

21     S A L V A T O R E   S A N G E N I T I, a

22     Witness herein, having been first duly sworn

23     by a Notary Public within and for the State

24     of New York, was examined and testified as

25     follows:

Page 6

1                      S. SANGENITI

2   EXAMINATION BY

3   MR. SMITH:

4

5        Q.      Will you state your name and

6   address for the record, please.

7        A.      Salvatore Sangeniti,

8   S-a-n-g-e-n-i-t-i and the address 8 Vining,

9   "V" as in Victor, i-n-i-n-g, Street and

10  that's in Centereach, C-e-n-t-e-r-e-a-c-h,

11  New York 11720.

12       Q.      Centereach is -- where is that?

13       A.      Suffolk County.

14       Q.      Suffolk County?

15       A.      In the town of Brookhaven.

16       Q.      Good morning.

17       A.      Good morning.

18       Q.      My name is Nathaniel Smith, I

19  represent Officer Adrian Schoolcraft in a

20  lawsuit he's brought against several

21  defendants relating to some events that

22  occurred before, after and on October 31,

23  2009.

24               I am going to be asking you some

25  questions this morning and there is a few

Page 7

1                    S. SANGENITI

2    rules I just want to go over with you before

3    we start; okay?

4         A.      Hmm-mm.

5         Q.      One of the rules is that it's

6    best that you answer a question with a yes

7    or a no, because an uh-huh, uh-uh or a nod

8    of the head can be ambiguous and you don't

9    want to be ambiguous, because you're under

10   oath; okay?

11        A.      Yes.

12        Q.      And if you do say uh-huh or

13   uh-uh, I will or maybe the court reporter

14   will ask you to say is that a yes or a no,

15   because everybody does it, it's pretty

16   normal; okay?

17        A.      Okay.   Sure.

18        Q.      One of the other really

19   important rules is that you let me know if

20   there is anything about my question that's

21   unclear; is that okay?

22        A.      Sure.

23        Q.      The reason why that's important

24   is like I said, you're under oath, if I ask

25   you a question and you answer it, the record

Page 8

```
 1                    S. SANGENITI
 2    is going to assume and I'm going to assume
 3    that you understood the question you were
 4    answering.  So if you have any kind of
 5    concerns or questions about it, please let
 6    me know and I will do my best to try and
 7    rephrase it; okay?
 8         A.     For you to clarify it?
 9         Q.     Yeah.  That's right.  If I ask a
10    question, just because I'm wearing a tie and
11    I tell you I'm a lawyer, doesn't mean I can
12    ask a clear question, sometimes I do,
13    sometimes I don't.
14                 So what I'm asking you is that
15    if I do ask a question which you believe is
16    unclear, let me know and I will do my best
17    to clarify it; okay?
18         A.     That's fine.
19         Q.     Where are you currently working?
20         A.     I currently work for Jamaica
21    Hospital.
22         Q.     What do you do for Jamaica
23    Hospital?
24         A.     I'm an emergency medical
25    technician.
```

Page 9

1                    S. SANGENITI

2        Q.      How long have you worked at

3    Jamaica Hospital?

4        A.      Approximately, since 2008.

5        Q.      Have you been an emergency

6    medical technician at Jamaica Hospital since

7    2008?

8        A.      Yes.

9        Q.      Have you had any other forms of

10   employment since then?

11       A.      I have.

12       Q.      What?

13       A.      I work for the New York City

14   Fire Department Emergency Medical Service.

15       Q.      How often do you work for them?

16       A.      Five days a week.

17       Q.      What's your position there?

18       A.      Emergency medical technician.

19       Q.      Do you consider yourself as

20   being dually employed by Jamaica Hospital

21   and the fire department?

22              MR. RADOMISLI:   Objection to

23       form.   You can answer.

24              MS. PUBLICKER METTHAM:

25       Objection.

Page 171

1                    S. SANGENITI

2         A.     No.   They said that they were

3    extended period.   They were extended.   So we

4    wouldn't wait.

5         Q.     So it was going to take too long

6    for them to arrive?

7              MR. SMITH:   Objection to form.

8         A.     Yes.

9              MR. PUBLICKER METTHAM:   I have

10        no further questions.

11   EXAMINATION BY

12   MR. LEE:

13        Q.     I represent Dr. Isakov.   Did you

14   ever speak to Dr. Isakov about Mr.

15   Schoolcraft?

16        A.     No.

17        Q.     Did you ever speak to Dr.

18   Aldana-Bernier about Mr. Schoolcraft?

19        A.     No.

20        Q.     Did you speak to any medical

21   personnel about Officer Schoolcraft?

22        A.     No.

23              MR. RADOMISLI:   At Jamaica

24        Hospital?

25        Q.     At Jamaica Hospital?

Page 172

1                           S. SANGENITI

2          A.      No.

3          Q.      When you went with the patient

4     to the triage area, did you speak to the

5     triage nurse about Officer Schoolcraft?

6          A.      No, actually.

7          Q.      Did you give any instructions to

8     anyone at the hospital concerning the care

9     and treatment of Officer Schoolcraft?

10         A.      No.

11         Q.      What is mask that you mentioned

12    earlier, the computer terminal?

13         A.      Oh, the MDT mask, it's mobile

14    data terminal.  It's when any ambulance

15    within the 911 system will receive an

16    assignment, they receive it through the

17    mobile data terminal.

18         Q.      And is that a terminal that's

19    in the ambulance itself?

20         A.      Yes.

21         Q.      Is that data recorded someplace?

22         A.      Yes.

23         Q.      Was that on the sheet -- would

24    that be on this PCR?

25         A.      No.

Page 173

1                    S. SANGENITI

2        Q.      In this case, did the mask tell

3   you to take the patient to 34?

4                MR. SMITH:  Objection to form.

5        A.      To the closest 911 receiving

6   hospital.

7        Q.      And that was 34?

8        A.      Yes.

9        Q.      And did the mask computer tell

10  you that?

11               MR. SMITH:  Objection to form.

12       A.      Yes.

13       Q.      Mr. Smith asked you some

14  questions about whether the terminal could

15  differentiate if it was a psych call or some

16  other type of call.  In this case, do you

17  know was the mask terminal showing that it

18  was a psych call or something else?

19       A.      No.  It would just tell you that

20  the closest hospital for psych would be 34

21  or it would tell you the closest speciality

22  unit would be 77, whichever, whichever

23  hospital you need to go to, it would

24  designate for you.

25       Q.      In this case, how was it

Page 174

1                     S. SANGENITI

2    designated for you?

3               MR. SMITH:  Objection to form.

4        A.     Just closest 911 receiving for

5    the general, you know, for general practice.

6        Q.     So the general practice hospital

7    that it told you that the patient should go

8    to was 34?

9               MR. SMITH:  Objection to form.

10       A.     Yes.

11       Q.     Did anyone at the scene say that

12   they wanted a psychiatric evaluation for

13   Schoolcraft?

14       A.     No.

15               MR. LEE:  That's it.  Thank you

16       very much.

17   EXAMINATION BY

18   MS. MILLER:

19       Q.     When you accompanied plaintiff

20   into Jamaica, did you overhear any

21   conversations regarding plaintiff between

22   the medical personnel there?

23       A.     No.

24   EXAMINATION BY

25   MR. KRETZ:

# CONFIDENTIAL

Page 146

1  UNITED STATES DISTRICT COURT

   SOUTHERN DISTRICT OF NEW YORK

2  ------------------------------------------------X

3  ADRIAN SCHOOLCRAFT,

4                          Plaintiff,

5

                                        Case No:

6       - against -             10 CV 06005

7

   THE CITY OF NEW YORK, ET AL.,

8

9                          Defendants.

10 ------------------------------------------------X

11                  111 Broadway

                    New York, New York

12

                    May 29, 2014

13                  10:19 a.m.

14 (CONFIDENTIAL EXCERPT)

15

16 DEPOSITION OF STEVEN WEISS, pursuant to

17 Notice, taken at the above place, date and

18 time, before DENISE ZIVKU, a Notary Public

19 within and for the State of New York.

20

21

22

23

24

25

<97>

Page 191

1

2

3

4

5

6   :

7

8   '

9

10

11

12

13   ]

14

15

16

17

18

19

20

21

22

23   EXAMINATION BY

24   MR. OSTERMAN:

25       Q.      Brian Osterman, counsel for the

Page 192

1              CONFIDENTIAL - S. WEISS
2    hospital.
3         A.    Okay.
4         Q.    You testified that you never
5    went to Jamaica Hospital?
6         A.    Correct.
7         Q.    And you ever directed anyone to
8    say anything to anyone at Jamaica Hospital?
9         A.    No.
10        Q.    Are you familiar with Dr.
11   Isakov?
12        A.    No.
13        Q.    You ever have any conversations
14   or contact with Dr. Isakov?
15        A.    No.
16        Q.    Are you familiar with Dr.
17   Aldana-Bernier?
18        A.    No.
19        Q.    Did you ever have any
20   conversations or contact with Dr.
21   Aldana-Bernier?
22        A.    No.
23             MR. OSTERMAN:  I have nothing
24        further.
25             MR. SHAFFER:  Anybody else?

# CERTIFIED TRANSCRIPT

Page 198

1

2   UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

3   ------------------------------------------X

4   ADRIAN SCHOOLCRAFT,

5                          Plaintiff,

6

                                    Case No:

7       - against -            10 CV 06005

8

THE CITY OF NEW YORK, ET AL.,

9

10                      Defendants.

11  ------------------------------------------X

12                    111 Broadway

                 New York, New York

13

                 June 23, 2014

14               10:21 a.m.

15

16

17  CONTINUED DEPOSITION OF KURT DUNCAN,

18  pursuant to Notice, taken at the above

19  place, date and time, before DENISE ZIVKU, a

20  Notary Public within and for the State of

21  New York.

22

23

24

25

Page 199

1
2

A P P E A R A N C E S :

3
4       NATHANIEL B. SMITH, ESQ.
        Attorneys for Plaintiff
5            111 Broadway
             New York, New York 10006
6
7
        JOHN LENOIR, ESQ.
8       Attorneys for Plaintiff
             829 Third Street NE
9            Washington, D.C. 20002
10
11      NEW YORK CITY LAW DEPARTMENT
        OFFICE OF CORPORATION COUNSEL
12      Attorneys for Defendant
        THE CITY OF NEW YORK
13           100 Church Street
             New York, New York 10007
14      BY:  RYAN G. SHAFFER, ESQ.
15
16      SCOPPETTA SEIFF KRETZ & ABERCROMBIE
        Attorneys for Defendant
17      STEVEN MAURIELLO
             444 Madison Avenue
18           New York, New York 10022
        BY:  WALTER A. KRETZ, JR., ESQ.
19
20
         IVONE, DEVINE & JENSEN, LLP
21       Attorneys for Defendant
        DR. ISAK ISAKOV
22           2001 Marcus Avenue
             Lake Success, New York 11042
23      BY:   BRIAN LEE, ESQ.
24
        (Continued.)
25