OUR FILE NO.: 090.155440

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                Plaintiff,

   - against -

THE CITY OF NEW YORK, DEPUTY CHIEF
MICHAEL MARINO, Tax Id. 873220, Individually and
in his Official Capacity, ASSISTANT CHIEF PATROL
BOROUGH BROOKLYN NORTH GERALD NELSON,
Tax Id. 912370, Individually and in his Official
Capacity, DEPUTY INSPECTOR STEVEN
MAURIELLO, Tax Id. 895117, Individually and in his
Official Capacity, CAPTAIN THEODORE
LAUTERBORN, Tax Id. 897840, Individually and in his
Official Capacity, LIEUTENANT JOSEPH GOUGH,
Tax ID 894025, Individually and in his Official
Capacity; SERGEANT FREDERICK SAWYER,
Shield No. 2576, in his Official Capacity; SERGEANT
KURT DUNCAN, Shield No. 2483, Individually and in
his Official Capacity; LIEUTENANT CHRISTOPHER
BROSCHART, Tax ID 915354, Individually and in his
Official Capacity; LIEUTENANT TIMOTHY CAUGHEY,
Tax ID 885374, Individually and in his Official
Capacity; SERGEANT SHANTEL JAMES, Shield No.
3004, Individually and in his Official Capacity,
CAPTAIN TIMOTHY TRAINER, Tax Id. 899922,
Individually and in Their Official Capacity and P.O.'s
"JOHN DOE" #1-50, Individually and in their Official
Capacity (the name John Doe being fictitious, as the
true names are presently unknown) (collectively
referred to as "NYPD defendants"); JAMAICA
HOSPITAL MEDICAL CENTER; DR. ISAK ISAKOV,
 Individually and in his Official Capacity; DR. LILIAN
ALDANA-BERNIER, Individually and in her Official
Capacity and JAMAICA HOSPITAL MEDICAL
CENTER EMPLOYEES "JOHN DOE" #1-50,
Individually and in their Official Capacity (the name
John Doe being fictitious, as the true names are
presently Unknown),

                               Defendants.
-------------------------------------------------------------------X

10CV6005 (RWS)

**NOTICE OF MOTION**

**C O U N S E L O R S:**

**PLEASE TAKE NOTICE**, that upon the declaration of Paul F. Callan dated December 9, 2014, the accompanying memorandum of law in support, and upon all pleadings and proceedings heretofore had herein, defendant DR. LILIAN ALDANA-BERNIER, by her attorneys Callan, Koster, Brady, & Nagler LLP, will move before the Honorable Judge Robert W. Sweet of the United States District Court for the Southern District of New York, located in Courtroom 18C of the United States Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment in favor of Dr. Aldana-Bernier on the grounds that no genuine issue of material fact exists to warrant a trial on plaintiff's claims for relief under 42 U.S.C. §1983 or for intentional infliction of emotional distress, as well as to dismiss plaintiff's claim of relief for declaratory judgment against Dr. Aldana-Bernier and for such other and further relief as this Honorable Court may deem just, proper and equitable.

Dated:     New York, New York
           January 30, 2015

        Yours, etc.,
        CALLAN, KOSTER, BRADY, & NAGLER, LLP

        __/s/__Paul_F._Callan_____
        By: PAUL F. CALLAN, ESQ. (PFC2005)
        A Member of the Firm
        Attorneys for Defendant
        DR. LILIAN ALDANA-BERNIER
        One Whitehall Street, 10th Floor
        New York, New York 10004
        (212) 248-8800
        pcallan@ckbblaw.com

TO:   NATHANIEL SMITH, ESQ.
      111 Broadway, Suite 1305

New York, New York 10006
(212) 227-7062
natbsmith@gmail.com

Walter A. Kretz, Jr., Esq. (WK-4645)
SCOPPETTA SEIFF KRETZ & ABERCROMBIE
Attorneys for Defendant
DEPUTY INSPECTOR STEVEN MAURIELLO
444 Madison Avenue, 30th Floor
New York, New York 10022
(212) 371-4500
wakretz@seiffkretz.com

Gregory J. Radomisli, Esq. (GJR2670)
MARTIN, CLEARWATER & BELL, LLP
Attorneys for Defendant
JAMAICA HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, New York 10017-5842
(212) 697-3122
radomg@mcblaw.com

Brian E. Lee, Esq. (BL9495)
IVONE, DEVINE & JENSEN, LLP
Attorneys for Defendant
ISAK ISAKOV
2001 Marcus Avenue, Suite N100
Lake Success, New York 11042
(516) 326-2400
brianelee@idjlaw.com

Ryan Shaffer
Senior Counsel
ZACHARY W. CARTER,, ESQ.
CORPORATION COUNSEL OF THE CITY OF NEW YORK
Attorneys for CITY Defendants
NEW YORK CITY POLICE DEPARTMENT
Special Federal Litigation Division
New York City Law Department
100 Church Street, Room 2-124
New York, New York 10007
(212) 788-8703
rshaffer@law.nyc.gov