GJR/da
82-82153
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                Plaintiff,

                -against-

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity CAPTAIN THEODORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOFF, Tax Id. 894025, Individually and in his Official Capacity, SGT. FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, AND P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants"), JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in her Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE" # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                Defendants.
------------------------------------------------------------X

**AMENDED**
**NOTICE OF MOTION**

Civil Action No.:
10 CIV 6005 (RWS)

      **PLEASE TAKE NOTICE**, that upon the Declaration of Gregory J. Radomisli dated December 22, 2014 and filed on January 5, 2015, the Exhibits attached thereto, the annexed

2461664.1

Amended Declaration of Gregory J. Radomisli, Esq., the Exhibit annexed thereto, the Amended Rule 56.1 Statement, the accompanying Amended Memorandum of Law, and upon all prior pleadings and proceedings heretofore had herein, defendant JAMAICA HOSPITAL MEDICAL CENTER, by its attorneys, MARTIN CLEARWATER & BELL LLP, will move this Court at 500 Pearl Street, New York, New York on the 11th day of February, 2015 at 12:00 p.m. or as soon thereafter as counsel can be heard, for an Order:

1)   Pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to the movant, dismissing the Third Amended Complaint with prejudice, amending the caption to delete JAMAICA HOSPITAL MEDICAL CENTER therefrom; and

2)   Such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, are to be served no later than February 4, 2015, by Order of the Court.

Dated:   New York, New York
         January 30, 2015

                                    Yours, etc.,

                                    MARTIN CLEARWATER & BELL LLP

                                    By: _____
                                        Gregory J. Radomisli (GJR – 2670)
                                    A Member of the Firm
                                    Attorneys for Defendant
                                    JAMAICA HOSPITAL MEDICAL CENTER
                                    220 East 42nd Street
                                    New York, New York 10017-5842
                                    (212) 697-3122

2461664.1

To: **BY ECF**

LAW OFFICE OF NATHANIEL B. SMITH
Attorneys for Plaintiff
111 Broadway, Suite 1305
New York, New York 10007
(212) 227-7062

CALLAN KOSTER BRADY & BRENNAN, LLP
Attorneys for Defendant
LILIAN ALDANA-BERNIER, M.D.
One Whitehall Street, 10th Floor
New York, New York 10004
(212) 248-8800

IVONE, DEVINE & JENSEN, LLP
Attorneys for Defendant
ISAK ISAKOV, M.D.
2001 Marcus Avenue, Suite N100
Lake Success, New York 11042
(516) 326-2400

ZACHARY W. CARTER
CORPORATION COUNSEL
Attorneys for Defendants
NEW YORK CITY POLICE DEPARTMENT et. al.
Law Department of the City of New York
100 Church Street Room 2-124
New York, New York 10007
(212) 788-8703

SCOPPETTA SEIFF KRETZ & ABERCROMBIE
Attorneys for Defendant
DEPUTY INSPECTOR STEVEN MAURIELLO
444 Madison Avenue, 30th Floor
New York, NY 10022
212-371-4500

2461664.1