UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ADRIAN SCHOOLCRAFT,

                         Plaintiff,                      CORRECTED
                                                                         NOTICE OF MOTION
     -against-

                                                                         10-CV-06005 (RWS)

THE CITY OF NEW YORK, et al.,

                         Defendants.

---------------------------------------------------------------X

        PLEASE TAKE NOTICE, that upon the annexed Affidavit of Steven Mauriello, sworn to before a notary public on December 22, 2014, Defendant Mauriello's Corrected Statement of Material Facts pursuant to Rule 56(c) of the Federal Rules of Civil Procedure and Local Civil Rule 56.1(a) of the Local Rules for the Southern and Eastern Districts of New York, the exhibits submitted with the Corrected Statement of Material Facts, and the accompanying Corrected Memorandum of Law, Steven Mauriello, by the undersigned attorneys, will move this Court on the 11th day of February 2015, or at any recessed or adjourned date, for an order dismissing plaintiff's claims asserted against him, and for such other relief as the Court deems just.

        PLEASE TAKE FURTHER NOTICE, pursuant to prior order of this Court, that answering affidavits and memoranda of law, if any, shall be served on or before February 4, 2015, and any reply affidavits and memoranda of law shall

be served on or before February 11, 2015.

Dated: New York, New York
       January 30, 2015

                    SCOPPETTA SEIFF KRETZ & ABERCROMBIE
                    Attorneys for Defendant STEVEN MAURIELLO

By: _____
     Walter A. Kretz, Jr., (WK-4645)
444 Madison Avenue, 30th Floor
New York, NY  10022
wakretz@seiffkretz.com
212-371-4500

2