UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,   10CV6005(RSW)

                      Plaintiff,

        -against-   AMENDED
   NOTICE OF MOTION
   FOR SUMMARY
THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL   JUDGMENT
MARINO, Tax Id. 873220, Individually and in his Official
Capacity, ASSISTANT CHIEF PATROL BOROUGH
BROOKLYN NORTH GERALD NELSON, Tax Id. 912370,
Individually and in his Official Capacity, DEPUTY
INSPECTOR STEVEN MAURIELLO, Tax Id. 895117,
Individually and in his Official Capacity, CAPTAIN
THEODORE LAUTERBORN, Tax Id. 897840, Individually and
in his Official Capacity, LIEUTENANT JOSEPH GOFF, Tax Id.
894025, Individually and in his Official Capacity, SGT
FREDERICK SAWYER, Shield No. 2576, Individually and in
his Official Capacity, SERGEANT KURT DUNCAN, Shield No.
2483, Individually and in his Official Capacity, LIEUTENANT
CHRISTOPHER BROSCHART, Tax Id. 915354, Individually
and in his Official Capacity, LIEUTENANT TIMOTHY
CAUGHEY, Tax Id. 885374, Individually and in his Official
Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, and
P.O.'s "JOHN DOE" #1-50, Individually and in their Official
Capacity (the name John Doe being fictitious, as the true names
are presently unknown) (collectively referred to as "NYPD
defendants"), JAMAICA HOSPITAL MEDICAL CENTER, DR.
ISAK ISAKOV, Individually and in his Official Capacity, DR.
LILIAN ALDANA-BERNIER, Individually and in her Official
Capacity and JAMAICA HOSPITAL MEDICAL CENTER
EMPLOYEE'S "JOHN DOE # 1-50, Individually and in their
Official Capacity (the name John Doe being fictitious, as the
true names are presently unknown),

                      Defendants.
-----------------------------------------------------------------------------x

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Brian E. Lee, the

affidavit of ISAK ISAKOV, M.D., the accompanying Memorandum of Law, and the exhibits

attached hereto, defendant ISAK ISAKOV, M.D., by his attorneys, IVONE, DEVINE & JENSEN, LLP, will move this Court before the Hon. Robert W. Sweet, at 500 Pearl Street, New York, New York on February 11, 2015, at 12:00 noon, or as soon thereafter as counsel can be heard, for an Order granting the defendant ISAK ISAKOV, M.D. summary judgment dismissing all of the federal claims pleaded against this defendant, pursuant to Rule 56 of the Federal Rules of Civil Procedure upon the ground that there is no "state action" providing jurisdiction for this Court; for a further order granting summary judgment dismissing the claim pleaded for intentional infliction of emotional distress;, for an Order declining to exercise supplemental jurisdiction over plaintiff's pendent state law claims; for an Order dismissing any claim for declarative relief against Dr. Isakov; and for such other and further relief as may be just and proper

Pursuant to the briefing schedule, opposition papers are due February 4, 2015 and reply papers by February 11, 2015.

Dated:  Lake Success, New York
        January 30, 2015

                Yours, etc.,

                IVONE, DEVINE & JENSEN, LLP

                */s/ Brian E. Lee*
By:   _____
                BRIAN E. LEE (9495)
                Attorneys for Defendant
                ISAK ISAKOV, M.D.
                2001 Marcus Avenue, Suite N100
                Lake Success, New York 11042
                (516) 326-2400

TO:

NATHANIEL B. SMITH
Attorney for Plaintiff
111 Broadway - Suite 1305
New York, NY 10006
(212) 227-7062

ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for Defendant
CITY OF NEW YORK
100 Church Street, Room 3-203
New York, NY 10007
(212) 356-2372
Attn: Suzanna Mettham Publicker, Esq.

SCOPPETTA SEIFF KRETZ & ABERCROMBIE
Attorneys for Defendant
STEVEN MAURIELLO
444 Madison Avenue, 30th Floor
New York, NY 10022
(212) 371-4500
Attn: Walter Kretz, Jr., Esq.

CALLAN, KOSTER, BRADY & BRENNAN, LLP
Attorneys for Defendant
DR. LILIAN ALDANA-BERNIER
1 Whitehall Street
New York, NY 10004-2140
(212) 248-0115
Attn: Paul Callan, Esq.

MARTIN, CLEARWATER & BELL, LLP
Attorneys for Defendant
JAMAICA HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, NY 10017-5842
(212) 697-3122
Attn:  Gregory Radomisli, Esq.