Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    Case 1:10-cv-06005-RWS
 5    - - - - - - - - - - - - - - - - -x
 6    ADRIAN SCHOOLCRAFT,
 7                          Plaintiff,
 8          -against-
 9    THE CITY OF NEW YORK, DEPUTY CHIEF
      MICHAEL MARINO, Tax Id. 873220,
10    Individually and in his Official
      Capacity, ASSISTANT CHIEF Patrol
11    Borough Brooklyn NORTH GERALD NELSON,
      Tax Id. 912370, Individually and in his
12    official Capacity, DEPUTY INSPECTOR
      STEVEN MAURIELLO, Tax Id. 895117,
13    individually and in his Official
      Capacity, CAPTAIN THEODORE LAUTERBORN,
14    Tax Id. 897840, Individually and in his
      Official Capacity, LIEUTENANT WILLIAM
15    GOUGH, Tax Id. 919124, Individually and
      in his Official Capacity, SGT.
16    FREDERICK SAWYER, Shield No. 2576,
      Individually and in his Official
17    Capacity, SERGEANT KURT DUNCAN, Shield
      No. 2483, Individually and in his
18    Official Capacity, LIEUTENANT
      CHRISTOPHER BROSCHART, Tax Id. 915354,
19    Individually and in his Official
      Capacity, LIEUTENANT TIMOTHY CAUGHEY,
20    Tax Id. 885374, Individually and in his
      Official Capacity, SERGEANT SHANTEL
21    JAMES, Shield No. 3004, Individually
      and in her Official Capacity,
22    LIEUTENANT THOMAS HANLEY, Tax Id.
      879761, Individually and in his
23    Official Capacity,CAPTAIN TIMOTHY
      TRAINER, Tax Id. 899922, Individually
24    and in his Official Capacity,
25    (Caption continued on following page.)
```

```
 1
 2   CAPTION:(continued)
 3   SERGEANT SONDRA WILSON, Shield No.
     5172, Individually and in her Official
 4   Capacity, SERGEANT ROBERT W. O'HARE,
     Tax Id. 916960, Individually and in his
 5   Official Capacity, SERGEANT RICHARD
     WALE, Shield No. 3099 and P.O.'s "JOE
 6   DOE" # 1-50, Individually and in their
     Official Capacity (the name John Doe
 7   being fictitious, as the true names are
     presently unknown), (collectively
 8   referred to as "NYPD defendants"), FDNY
     LIEUTENANT ELISE HANLON, individually
 9   and in her Official Capacity as a
     lieutenant with the New York City Fire
10   Department, JAMAICA HOSPITAL MEDICAL
     CENTER, DR. ISAK ISAKOV, Individually
11   and in his Official Capacity, DR.
     LILIAN ALDANA-BERNIER, Individually and
12   in her Official Capacity and JAMAICA
     HOSPITAL MEDICAL CENTER EMPLOYEE'S
13   "JOHN DOE" # 1-50, Individually and in
     their Official Capacity (the name John
14   Doe being fictitious, as the true names
     are presently unknown),
15
                            Defendants.
16   - - - - - - - - - - - - - - - - - -x
                     111 Broadway
17                   New York, New York
18                   October 8, 2013
                     10:17 a.m.
19        DEPOSITION of MICHAEL MARINO, held
20   at the above time and place, taken
21   before Al-Furquan Baker, a Shorthand
22   Reporter and Notary Public of the State
23   of New York, pursuant to the Federal
24   Rules of Civil Procedure, Order and
25   stipulations between Counsel.
```

1

2    APPEARANCES:

3

4        LAW OFFICES OF NATHANIEL B. SMITH
         Attorneys for Plaintiff

5               111 Broadway
                New York, New York   10006

6

         BY:   NATHANIEL B. SMITH, ESQ.

7

8

9

         NYC LAW DEPARTMENT

10       CORPORATION COUNSEL
         Attorneys for Chief Michael Marino

11       and All City Defendants
                100 Church Street

12              New York, New York   10007

13       BY:   SUZANNA PUBLICKER METTHAM, ESQ.

14

15

16       CALLAN KOSTER BRADY & BRENNAN, LLP
         Attorneys for Defendant Lilian

17       Aldana-Bernier
                One Whitehall Street

18              New York, New York   10004

19       BY:   MEREDITH B. BORG, ESQ.

20

21   (Continued on following page.)

22

23

24

25

```
1
2      APPEARANCES:  (Continued)
3
          SCOPPETTA  SEIFF  KRETZ  &  ABERCROMBIE
4         Attorneys  for  Steven  Mauriello
                444  Madison  Avenue
5               New  York,  New  York   10022
6         BY:   WALTER  A.  KRETZ,  ESQ.
7
8
9         MARTIN  CLEARWATER  &  BELL
          Attorneys  for  Jamaica  Hospital
10        Medical  Center
                220  East  42nd  Street
11              New  York,  New  York  10017
12        BY:   BRIAN  OSTERMAN,  ESQ.
13
14
15        IVONE  DEVINE  &  JENSEN,  LLP
          Attorneys  for  Dr.  Isak  Isakov
16              2001  Marcus  Avenue
                Lake  Success,  New  York   11042
17
          BY:   BRIAN  E.  LEE,  ESQ.
18
19
20
      A L S O    P R E S E N T:
21
          MAGDALENA  BAUZA
22        JOHN  LENIR
23
24
25
```

Page 5

1
2                      STIPULATIONS
3
4          IT IS HEREBY STIPULATED AND AGREED,
5     by and among counsel for the respective
6     parties hereto, that the filing,
7     sealing and certification of the within
8     deposition shall be and the same are
9     hereby waived;
10         IT IS FURTHER STIPULATED AND AGREED
11    that all objections, except as to form
12    of the question, shall be reserved to
13    the time of the trial;
14         IT IS FURTHER STIPULATED AND AGREED
15    that the within deposition may be
16    signed before any Notary Public with
17    the same force and effect as if signed
18    and sworn to before the Court.
19
20
21              *        *        *
22
23
24
25

Page 6

1              M. Marino

2          MR. SMITH:  Okay.

3          So we're on the record.  It's

4      10:20.

5          We're beginning the

6      deposition of Chief Michael Marino.

7      It's being videotaped, and the

8      court reporter is taking down the

9      testimony.  And it's being

10      videotaped at 111 Broadway, Suite

11      Number 1305, October 8, 2013.

12   M I C H A E L    M A R I N O,

13      the Witness herein, having first

14      been duly sworn by the Notary

15      Public, was examined and testified

16      as follows:

17   EXAMINATION BY

18   MR. SMITH:

19      Q.    Good morning, chief.

20            How are you?

21      A.    Good morning, counselor.

22            I'm fine.

23      Q.    I know from reviewing some of

24   the documents that you have some

25   familiarity with this process.

1          M. Marino

2          I just want to make sure that

3    there's some ground rules that we talk

4    about and are understood as we go

5    forward.  Okay.

6       A.    Yes.

7       Q.    The first thing is, and as

8    I'm sure aware of it, it's important

9    for you to let me ask my whole question

10   and then think about what the answer is

11   and then answer the question because

12   the court reporter is taking down

13   everything I say and everything that

14   you say.

15          And if we talk on top of each

16   other, it makes it hard for the court

17   reporter to take down the whole

18   question and the whole answer.

19          Okay?

20      A.    Yes, sir.

21      Q.    The other thing I would ask

22   is if there is anything about my

23   questions that are unclear, please let

24   me know.

25          Okay?

1                    M. Marino

2        A.     Yes, sir.

3        Q.     You're here under oath.  And

4    if you answer my questions, the record

5    will assume and I will assume that you

6    understand my question.  And so I just

7    want to remind you that if there is

8    anything unclear or vague, please let

9    me know and I will try to rephrase it.

10                Okay?

11       A.     Yes, sir.

12       Q.     You understand that you are a

13   defendant in a lawsuit; is that

14   correct?

15       A.     I do.

16       Q.     And you understand that that

17   lawsuit is brought by Adrian

18   Schoolcraft against you and various

19   other members of the New York City

20   Police Department, right?

21       A.     I do.

22       Q.     And are you represented by

23   counsel here today?

24       A.     I am.

25       Q.     Who?

Page 410

1             M. Marino

2      would just note that we have been

3      on the record for at this point for

4      almost exactly six hours and

5      40 minutes at this point.

6           MR. LEE:  Do you mind if I

7      ask just a couple of questions of

8      the witness.

9           MR. SMITH:  I'm not agreeing

10     with that characterization of the

11     number of hours on the record.

12           Go ahead.

13           You can ask whatever you

14     want.

15   EXAMINATION BY

16   MR. LEE:

17     Q.    Chief, did you ever go to

18   Jamaica Hospital on the evening of

19   October 31, 2009?

20     A.    Absolutely not.

21     Q.    Did you ever speak with any

22   hospital personnel on October 31, 2009?

23     A.    Absolutely not.

24     Q.    Did you ever speak to any

25   hospital personnel in the week after

Page 411

1                     M. Marino

2    October 31, 2009?

3         A.     Absolutely not.

4         Q.     Did you ever speak to any

5    doctors who treated Officer Schoolcraft

6    at Jamaica Hospital during the week

7    after October 31, 2009?

8         A.     Absolutely not.

9         Q.     Did you directed any EMS

10   personnel, paramedics or NYPD employees

11   to say anything to the people at

12   Jamaica Hospital concerning

13   Schoolcraft's condition?

14        A.     Absolutely not.

15               [Continued on the next page

16        to allow for signature line and

17        jurat.]

18

19

20

21

22

23

24

25

Page 1

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

5   ADRIAN SCHOOLCRAFT,

6                              Plaintiff,

7              -against-

8

9   THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL

10  MARINO, Tax ID. 873220, Individually and in

11  his Official Capacity, ASSISTANT CHIEF

12  PATROL BOROUGH BROOKLYN NORTH GERALD

13  NELSON, Tax Id. 912370, Individually and in

14  his Official Capacity, DEPUTY INSPECTOR

15  STEVEN MAURIELLO, Tax Id. 895117,

16  Individually and in his Official Capacity,

17  CAPTAIN THEODORE LAUTERBORN, Tax Id.

18  897840, Individually and in his Official

19  Capacity, LIEUTENANT WILLIAM GOUGH, Tax Id.

20  919124, Individually and in his Official

21  Capacity, ST. FREDERICK SAWYER, Shield No.

22  2567, Individually and in his Official

23  Capacity, SERGEANT KURT DUNCAN Shield No.

24  2583, Individually and in his Official

25  Capacity, LIEUTENANT CHRISTOPHER BROSCHART,

1

2  Tax Id. 915354, Individually and in his

3  Official Capacity, LIEUTENANT TIMOTHY

4  CAUGHEY, Tax Id. 885374, Individually and

5  in his Official Capacity, SERGEANT SHANTEL

6  JAMES, Shield No. 3004, Individually and in

7  his Official Capacity, and P.O.'s"JOHN DOE"

8  #1-50, Individually and in their Official

9  Capacity, (the name John Doe being

10  fictitious, as the true names are presently

11  unknown) (collectively referred to as "NYPD

12  Defendants"), JAMAICA HOSPITAL MEDICAL

13  CENTER, DR. ISAK ISAKOV, Individually and

14  in his Official Capacity, DR. LILLIAN

15  ALDANA-BERNIER, Individually and in her

16  Official Capacity, and JAMAICA HOSPITAL

17  MEDICAL CENTER EMPLOYEE'S"JOHN DOE" #1-50,

18  Individually and in their Official

19  Capacity, (the name John Doe being

20  fictitious, as the true names are presently

21  unknown),

22                    Defendants.

23  ------------------------------------------

24          111 Broadway

25          New York, New York

Page 3

1

2              November 7, 2013

3              10:10 A.M.

4

5       VIDEO DEPOSITION of THEODORE

6   LAUTERBORN, the Defendant in the

7   above-entitled action, held at the above

8   time and place, taken before Dawn Miller, a

9   Notary Public of the State of New York,

10  pursuant to court order and stipulations

11  between Counsel.

12                  *      *      *

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1              A P P E A R A N C E S

2    LAW OFFICES OF NATHANIEL B. SMITH

3      Attorneys for Plaintiff

4          111 Broadway

5          New York, New York 10006

6    BY:   NATHANIEL B. SMITH, ESQ.

7

8    ALSO PRESENT: JOHN LENOIR, ESQ.

9                 MAGDALENA BAUZA, VIDEOGRAPHER

10

11

12

13

14   MICHAEL CARDOZO, ESQ. - CORPORATION COUNSEL

15   NEW YORK CITY LAW DEPARTMENT

16       Attorneys for Defendants THEODORE

17       LAUTERBORN and ALL CITY DEFENDANTS

18          100 Church Street

19          New York, New York 10007

20   BY:   SUZANNA PUBLICKER METTHAM, ASST.

21       CORPORATION COUNSEL

22       RYAN G. SHAFFER, ASST. CORPORATION

23       COUNSEL

24   FILE NO.: 2010-033074/CONTROL # SSS08994

25

Page 5

1                A P P E A R A N C E S

2    MARTIN, CLEARWATER & BELL, LLP

3        Attorneys for Defendant JAMAICA HOSPITAL

4        MEDICAL CENTER

5            220 East 42nd Street

6            New York, New York 10017

7    BY:   BRIAN OSTERMAN, ESQ.

8

9

10

11

12   IVONE, DEVINE & JENSEN, LLP

13       Attorneys for Defendant DR. ISAK ISAKOV

14          2001 Marcus Avenue

15          Lake Success, New York 11042

16   BY:   BRIAN E. LEE, ESQ.

17

18

19

20   CALLAN, KOSTER, BRADY & BRENNAN, LLP

21       Attorneys for Defendant LILLIAN

22       ALDANA-BERNIER

23          One Whitehall Street

24          New York, New York 10004

25   BY:    MATTHEW J. KOSTER, ESQ.

Page 6

```
 1              A P P E A R A N C E S

 2   SCOPPETTA, SEIFF, KRETZ & ABERCROMBIE,

 3   ESQS.

 4      Attorneys for Defendant DEPUTY INSPECTOR

 5      STEVEN MAURIELLO

 6         444 Madison Avenue

 7         New York, New York 10022

 8   BY:   WALTER A. KRETZ, ESQ.

 9   FILE NO.: 2010-033074

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 7

1            S T I P U L A T I O N S

2

3

4        IT IS HEREBY STIPULATED AND AGREED, by

5    and among the Attorneys for the respective

6    parties hereto that filing and sealing be

7    and the same are hereby waived.

8        IT IS FURTHER STIPULATED AND AGREED

9    that all objections except as to form of

10   the question, shall be reserved to the time

11   of trial.

12       IT IS FURTHER STIPULATED AND AGREED

13   that the within examination may be signed

14   and sworn to before any notary public with

15   the same force and effect as though signed

16   and sworn to before this Court.

17

18   T H E O D O R E   L A U T E R B O R N,

19   having been first duly sworn by Dawn

20   Miller, a Notary Public within and for the

21   State of New York, was examined and

22   testified as follows:

23              MR. SMITH:  On the record, it

24        is 10:10.  It is November 7th 2013.

25        We are at my offices at 111 Broadway,

Page 8

1              T. LAUTERBORN

2      New York, New York, Suite 1306.

3           We are here today for the

4      deposition of Captain Lauterborn and

5      the deposition is being videotaped as

6      well as we have a court reporter

7      here.

8           MS. METTHAM:  Before we start

9      I'd like to put a couple of

10     stipulations, as we stated about the

11     video recording, the video must be

12     focused on Captain Lauterborn without

13     anyone else on camera, no zooming in

14     or out, no panning.  Discussion of

15     Attorneys' Eyes Only are confidential

16     materials and must be separately

17     recorded as the transcript must also

18     be separately bound.

19          I would also just request a copy

20     of the transcript for Captain

21     Lauterborn to review pursuant to the

22     30E1 Procedure.

23          MR. SMITH:  All of those

24     decisions are the courts.  This is

25     being taken pursuant to order,

Page 9

1

2      pursuant to the Federal procedure.

3          Good morning, Captain.

4              THE WITNESS:  Good morning.

5              MR. SMITH:  My name is

6      Nathaniel Smith.  I represent Adrian

7      Schoolcraft in the lawsuit you're one

8      of the defendants in.  I assume you're

9      familiar with the existence of the

10     lawsuit, right?

11             THE WITNESS: Yes.

12             MR. SMITH:  Have you ever been

13     deposed before?

14             THE WITNESS:  I believe it was

15     one other time.

16             MR. SMITH:  You recognize that

17     you're under oath right now, right?

18             THE WITNESS:  Yes.

19             MR. SMITH:  Because of the

20     oath, it's important that if you have

21     any questions or if anything that I

22     say to you or ask is unclear, that you

23     let me know, okay?

24             THE WITNESS:  Sure.

25             MR. SMITH:  Because if I ask

Page 10

1

2      you a question and you answer the

3      question, since you're under oath,

4      it's going to appear that you're

5      speaking under oath and you're

6      understanding the question.  It's

7      important, at the threshold, just to

8      be clear, that if you have any

9      questions, you let me know, okay?

10              THE WITNESS:  Absolutely.

11   EXAMINATION BY

12   MR. SMITH:

13      Q.    State your name and address for

14   the record, please.

15      A.    Theodore Lauterborn, One Police

16   Plaza, New York, New York 10038.

17      Q.    Where are you, currently,

18   working?

19      A.    I, currently, work in Brooklyn

20   South Narcotics.

21      Q.    What's your position or title?

22      A.    I'm Captain of the group.

23      Q.    What group?

24      A.    Group Number 1 covers three

25   commands.

Page 335

1
2          hours now.  Your time is done.  If any
3          of the other defendants have questions
4          --
5                   MR. SMITH:  You're terminating
6          my examination right now?
7                   MS. METTHAM:  Yeah, you went
8          for seven hours on the record and --
9                   MR. SMITH:  I have got some
10         more questions for the witness.  I'm
11         not done.
12                  MS. METTHAM: Okay.
13                  MR. LEE:  I have about five
14         questions.
15                  MR. SMITH:  Your terminating
16         my examination?
17                  MS. METTHAM: You used the
18         seven hours that were available to
19         you.
20                  MR. SMITH:  I will continue my
21         examination on another day.
22     EXAMINATION CONDUCTED BY
23     MR. LEE:
24                  MR. LEE:  Good evening.  I
25         represent one of the doctors who

Page 336

1

2          treated the plaintiff at Jamaica

3          Hospital, Dr. Isakov.  I have a few

4          questions for you.

5      Q.    At anytime on October 31 or

6   thereafter, did you speak to any hospital

7   personnel at anytime?

8      A.    No, I did not.

9      Q.    Did you speak with any doctors or

10  nurses from Jamaica Hospital at anytime?

11     A.    No, I did not.

12     Q.    Did you ever instruct any NYPD

13  employees to tell people at Jamaica

14  Hospital anything?

15              MR. LEE:  Bad question.  Let

16        me withdraw it.

17     Q.    Did you ever instruct any NYPD

18  personnel what to say to hospital personnel

19  when they got there?

20     A.    No, I did not.

21     Q.    Did you ever speak with Dr.

22  Isakov at anytime?

23     A.    No, I did not.

24              MR. LEE:  Nothing further.

25              MS. METTHAM: I have a few

Page 1

1           UNITED STATES DISTRICT COURT

2           SOUTHERN DISTRICT OF NEW YORK

3    ------------------------------X

     ADRIAN SCHOOLCRAFT,

4

5                Plaintiff,

6                              Index No.

          vs.              10 Civ 6005 (RWS)

7

8    CITY OF NEW YORK, et al.,

9                Defendants.

     ------------------------------X

10

11                  VOLUME II

12

13    CONTINUED DEPOSITION OF TIMOTHY CAUGHEY

14              New York, New York

15           Monday, December 9, 2013

16

17

18

19

20

21

22

23    Reported by:

24    Diane Buchanan

25    JOB NO. 1779274

Page 2

1

2

3

4

5

6

7

8                    December 9, 2013

9

10                    2:47 p.m.

11

12

13

14        Continued Deposition of TIMOTHY

15

16   CAUGHEY, held at the Law Offices of

17

18   Nathaniel B. Smith, 111 Broadway, New

19

20   York, New York 10006, pursuant to

21

22   Notice, before Diane Buchanan, a Notary

23

24   Public of the State of New York.

25

Page 3

1   A P P E A R A N C E S:

2

3       LAW OFFICE OF NATHANIEL B. SMITH

4       Attorneys for Plaintiff

5           111 Broadway

6           New York, New York 10006

7       BY:   NATHANIEL B. SMITH, ESQ.

8             JOHN LENOIR, ESQ.

9

10      MICHAEL CARDOZO

11      Corporation Counsel of the City of New

12      York

13          100 Church Street

14          New York, New York 10007

15      BY:   RYAN SHAFFER, ESQ.

16

17      MARTIN CLEARWATER & BELL, LLP

18

19      Attorneys for Jamaica Hospital Center

20

21          220 East 42nd Street

22

23          New York, New York 10017

24

25      BY:   BRIAN OSTERMAN, ESQ.