Page 4

1   A P P E A R A N C E S:

2

3

4        IVONE, DEVINE AND JENSON, LLP

5        Attorneys for Dr. Isak Isakov

6             2001 Marcus Avenue

7             Lake Success, New York 11042

8        BY:   BRIAN LEE, ESQ.

9

10       SCOPETTA SEIFF KRETZ & ABERCROMBIE

11       Attorneys for Defendant Maurillo

12            444 Madison Avenue

13            New York, New York 10022

14       BY:   WALTER KRETZ, ESQ.

15

16

17       CALLAN, KOSTER, BRADY & BRENNAN, LLP

18

19       Attorneys for Lillian Aldana-Bernier

20

21            One Whitehall Street

22

23            New York, New York 10004

24

25       BY:   MATTHEW KOSTER, ESQ.

Page 5

1                    T. Caughey

2    T I M O T H Y   C A U G H E Y, called as a

3    witness, having been duly sworn by a Notary

4    Public, was examined and testified as

5    follows:

6    EXAMINATION BY

7    MR. SMITH (CONT'D):

8              MR. SMITH:  We are going back on

9         the record.  It's 2:47.

10        Q.   Mr. Caughey, when we took a short

11   break we were talking about your contacts

12   with IAB when you were the integrity control

13   officer at the 81st Precinct.

14             Can you provide me with any

15   information about who your contacts were at

16   IAB while you were an integrity control

17   officer?

18             MR. SHAFFER:  Objection.

19        A.   My contacts were assigned to Group

20   31.  That's all I recall.

21        Q.   How many people would you deal with

22   at IAB as an integrity control officer?

23        A.   With Group 31 it would be the

24   sergeant or the lieutenant.

25        Q.   And were these both males?

Page 6

1                    T. Caughey

2        A.    Yes.

3        Q.    Did you ever meet them?

4        A.    Yes.

5        Q.    What do they look like?  What does

6    the sergeant look like?

7              MR. SHAFFER:  Objection.

8        A.    Male, white.

9        Q.    How old?

10       A.    Thirty-five.

11       Q.    And lieutenant?

12       A.    Male, white, forty-five.

13       Q.    Where did you meet them?

14       A.    At the 81st Precinct.

15       Q.    Did you ever meet them at any of

16   their offices?

17             MR. SHAFFER:  Objection.

18       A.    No.

19       Q.    When I asked you about your

20   contacts with IAB, you said that your

21   contacts within Group 31 would have been

22   limited to the sergeant and lieutenant.

23             That leads to a followup question

24   by me, which is:  What other individuals at

25   IAB did you have contact with other than

Page 7

1                    T. Caughey

2    individuals at or in or designated as part of

3    Group 31?

4              MR. SHAFFER:  Objection.

5         A.   I'm sorry, you will have to do that

6    one more time.  I want to make sure I have it

7    correct.

8         Q.   Other than the sergeant from Group

9    31 and the lieutenant from Group 31, who else

10   did you have any dealings with from Internal

11   Affairs while you were an integrity control

12   officer at the 81st Precinct?

13        A.   From Internal Affairs it could be

14   the Rightwater is enumerable.

15        Q.   I want to know what you remember,

16   not what could be.

17        A.   I don't remember who from Internal

18   Affairs I spoke to.

19        Q.   Sitting here today, you can't

20   identify any individual name as the integrity

21   control officer for the three-year period?

22        A.   Already not identified, that is

23   correct.

24        Q.   And you haven't identified the

25   sergeant and lieutenant?

Page 184

1                 T. Caughey
2          to that and the production of additional
3          documents, I don't have any more
4          questions at this time.
5                 MR. SHAFFER:  I think counsel for
6          some of the other defendants has
7          questions.
8    EXAMINATION BY
9    MR. KOSTER:
10         Q.   Good evening.  My name is Matthew
11   Koster.  I represent Dr. Aldana-Bernier.  I
12   will ask you a couple of questions.  The same
13   rules apply that you have been under the
14   entire time.
15                Did you ever speak with Dr.
16   Aldana-Bernier regarding Adrian Schoolcraft?
17         A.   No.
18         Q.   Did you ever speak to Dr. Isakov
19   regarding Adrian Schoolcraft?
20         A.   No.
21         Q.   Have you spoken to anyone at
22   Jamaica Hospital regarding Adrian
23   Schoolcraft?
24         A.   No.
25         Q.   Were you ever asked to provide any

Page 185

1               T. Caughey

2    information to anyone connected with Jamaica

3    Hospital regarding Adrian Schoolcraft?

4         A.   No.

5              MR. SMITH:  I have no further

6         questions.

7    EXAMINATION BY

8    MR. LEE:

9         Q.   Did you instruct anybody to have

10   any conversations with anybody at Jamaica

11   Hospital?

12        A.   No.

13             MR. SHAFFER:  We are done.

14             MR. SMITH:  It's 7:42.  We are

15        closing the deposition for now.  Thank

16        you.

17             (Time noted:  7:42 p.m.)

18             _____

19                  TIMOTHY CAUGHEY

20

21   Subscribed and sworn to before me

22   this ___ day of _____, 2013.

23   _____

24

25

Page 1

```
1
2     UNITED STATES DISTRICT COURT
3     EASTERN DISTRICT OF NEW YORK
4      - - - - - - - - - - - - - - - - - -
5     ADRIAN SCHOOLCRAFT,
6                           Plaintiff,
7            -against- Index No.
                        10CIV-6005 (RWS)
8
      THE CITY OF NEW YORK, DEPUTY CHIEF
9     MICHAEL MARINO, Tax Id. 873220,
      Individually and in his Official
10    Capacity, ASSISTANT CHIEF PATROL
      BOROUGH BROOKLYN NORTH GERALD NELSON,
11    Tax Id. 912370, Individually and in his
      Official Capacity, DEPUTY INSPECTOR
12    STEVEN MAURIELLO, Tax Id. 895117,
      Individually and in his Official
13    Capacity, CAPTAIN THEODORE LAUTERBORN,
      Tax Id. 897840, Individually and in his
14    Official Capacity, LIEUTENANT JOSEPH
      GOFF, Tax Id. 894025, Individually and
15    in his Official Capacity, stg. Frederick
      Sawyer, Shield No. 2576, Individually
16    and in his Official Capacity, SERGEANT
      KURT DUNCAN, Shield No. 2483,
17    Individually and in his Official
      Capacity, LIEUTENANT TIMOTHY CAUGHEY,
18    Tax Id. 885374, Individually and in his
      Official Capacity, SERGEANT SHANTEL
19    JAMES, Shield No. 3004, and P.O.'s "JOHN
      DOE" 1-50, Individually and in their
20    Official Capacity (the name John Doe
      being fictitious, as the true names are
21    presently unknown)(collectively referred
      to as "NYPD defendants"), JAMAICA
22    HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV,
      Individually and in his Official
23    Capacity, DR. LILIAN ALDANA-BERNIER,
      Individually and in her Official Capacity
24    and JAMAICA HOSPITAL MEDICAL CENTER
      EMPLOYEES "JOHN DOE" # 1-50, Individually
25
      (Continued)
```

1

2    and in their Official Capacity (the name

     John Doe being fictitious, as the true

3    names are presently unknown),

4

     Defendants.

5

        - - - - - - - - - - - - - - - - - - -x

6

                        444 Madison Avenue

7                       New York, New York

8                       December 20, 2013

                        10:16 a.m.

9

10       VIDEOTAPED DEPOSITION of DEPUTY

11   INSPECTOR STEVEN MAURIELLO, one of the

12   Defendants in the above-entitled action,

13   held at the above time and place, taken

14   before Margaret Scully-Ayers, a Shorthand

15   Reporter and Notary Public of the State

16   of New York, pursuant to the Federal

17   Rules of Civil Procedure.

18

19            *       *       *

20

21

22

23

24

25

```
                                                    Page 3
 1
 2     APPEARANCES:
 3
       NATHANIEL SMITH, ESQ.
 4     Attorney for Plaintiff
           111 Broadway
 5         New York, New York 10006
 6
 7     JOHN LENOIR, ESQ.
       Attorney for Plaintiff
 8         829 Third Street NE
           Washington, DC 20002
 9
10
       SUCKLE SCHLESINGER PLLC
11     Attorneys for Plaintiff
           224 West 35th Street
12         Suite 1200
           New York, New York 10001
13
       BY:   NOT PRESENT, ESQ.
14
15
       MICHAEL A. CARDOZO, ESQ.
16     Corporation Counsel
       Attorneys for Defendant
17     THE CITY OF NEW YORK
           100 Church Street
18         New York, New York  10007
19     BY:   SUZANNA PUBLICKER METTHAM, ESQ.
20
21
22
23     (Appearances continued on next page.)
24
25
```

Page 4

```
1
2     APPEARANCES CONTINUED
3
      SCOPPETTA, SEIFF, KRETZ & ABERCROMBIE,
4     ESQS.
      Attorneys for Defendant
5     STEVEN MAURIELLO
          444 Madison Avenue
6         30th Floor
          New York, New York 10022
7
      BY:  WALTER A. KRETZ, JR., ESQ.
8
9
10    MARTIN, CLEARWATER & BELL, LLP
      Attorneys for Defendant
11    JAMAICA HOSPITAL MEDICAL CENTER
          220 42nd Street
12        13th Floor
          New York, New York  10017
13
      BY:  BRIAN OSTERMAN, ESQ.
14    File # 667-82153
15
16
      IVONE, DEVINE & JENSEN, LLP
17    Attorneys for Defendant
      DR. ISAK ISAKOV
18        2001 Marcus Avenue
          Suite N100
19        Lake Success, New York 11042
20    BY:  BRIAN E. LEE, ESQ.
21
22    (Appearances continued on next page.)
23
24
25
```

Page 5

1

2    APPEARANCES CONTINUED

3

4    CALLAN, KOSTER, BRADY & BRENNAN, LLP
     Attorneys for Defendant
5    LILIAN ALDANA-BERNIER
         One Whitehall Street
6        New York, New York 10004
7    BY:   MATTHEW KOSTER, ESQ.
     File # 090.155440

8

9

10

     ALSO PRESENT:   MAGDALENA BAUZA

11

12

13

14

15

16

17

18
                 *         *         *
19

20

21

22

23

24

25

Page 6

```
 1
 2                    STIPULATIONS
 3        IT IS HEREBY STIPULATED AND AGREED, by
 4    and among counsel for the respective
 5    parties hereto, that the filing, sealing
 6    and certification of the within
 7    deposition shall be and the same are
 8    hereby waived;
 9        IT IS FURTHER STIPULATED AND AGREED
10    that all objections, except as to form of
11    the question, shall be reserved to the
12    time of the trial;
13        IT IS FURTHER STIPULATED AND AGREED
14    that the within deposition may be signed
15    before any Notary Public with the same
16    force and effect as if signed and sworn
17    to before the Court.
18                    *        *        *
19
20
21
22
23
24
25
```

Page 7

1

2      S T E V E N    M A U R I E L L O, the

3      Witness herein, having first been duly

4      sworn by the Notary Public, was examined

5      and testified as follows:

6      EXAMINATION BY MR. SMITH:

7           Q.    What is your name?

8           A.    Steven Mauriello.

9           Q.    Where do you reside?

10          A.    One Police Plaza, New York, New

11     York 10038.

12               MR. SMITH:  We are going on the

13          record.  The Witness has been sworn.

14          I put the recording of the video on.

15               And do we have any

16          preliminaries?

17               MR. KRETZ:  I have one comment:

18          While Inspector Mauriello is in

19          uniform today, I just want you to know

20          he is not carrying a weapon of any

21          kind so no need to be concerned about

22          its location or any access of use of

23          it.

24               MR. SMITH:  Okay.  Thanks for

25          that heads-up.

Page 396

1                    S. MAURIELLO

2       Q.   Did Chief Nelson say anything

3    to you at the time?

4       A.   No.  Okay.

5       Q.   Was that the extent of your

6    third telephone call with Chief Nelson?

7       A.   Yes.

8       Q.   Did you have any other

9    communications with Chief Nelson over the

10   next day on November 1st, 2009?

11      A.   No.

12           MS. PUBLICKER METTHAM:   That's

13       all the questions I have.  Thanks,

14       Inspector.

15   EXAMINATION BY MR. OSTERMAN:

16      Q.   My name is Brian Osterman.   I

17   represent Jamaica Hospital.

18           Did you have any contact or

19   speak to anyone at Jamaica Hospital, any

20   Jamaica Hospital personnel?

21      A.   No.

22      Q.   Did you have any contact or

23   speak to any Jamaica Hospital doctors or

24   nurses?

25      A.   No.

```
 1                    S. MAURIELLO
 2        Q.     Did you instruct or direct
 3   anyone to have any contact or speak to
 4   anyone at Jamaica Hospital?
 5        A.     No.
 6        Q.     Did you have any contact or
 7   speak to Dr. Isakov?
 8        A.     No.
 9        Q.     Did you have any contact or
10   speak to Dr. Aldana-Bernier.
11        A.     No.
12             MR. OSTERMAN:  I have nothing
13       further.  Thanks.
14             MR. SMITH:  Going off the record
15       at 7:29.
16             [TIME NOTED:  7:30 p.m.]
17   ------------------------------
             STEVEN MAURIELLO
18
19

     ------------------------------
20   Subscribed and sworn to
     before me this  _____
21   day of _____, 2014.
22   ------------------------------
         Notary Public
23
24
25
```

Page 1

1    UNITED STATES DISTRICT COURT

     SOUTHERN DISTRICT OF NEW YORK

2    -------------------------------------------X

3    ADRIAN SCHOOLCRAFT,

4                         Plaintiff,

5
                                    Case No:

6        - against -              10 CV 06005

7

     THE CITY OF NEW YORK, ET AL.,

8

9                        Defendants.

10   -------------------------------------------X

11                  111 Broadway

                    New York, New York

12

                    January 6, 2014

13                  2:31 p.m.

14

15

16

17   DEPOSITION OF SERGEANT RASHEENA HUFFMAN,

18   pursuant to Subpoena, taken at the above

19   place, date and time, before DENISE ZIVKU, a

20   Notary Public within and for the State of

21   New York.

22

23

24

25

Page 2

1

    A  P  P  E  A  R  A  N  C  E  S:

2

3      NATHANIEL B. SMITH, ESQ.
          Attorneys for Plaintiff
4          111 Broadway
          New York, New York 10006

5

6

      JOHN LENOIR, ESQ.
7    Attorneys for Plaintiff
          829 Third Street NE
8          Washington, D.C. 20002

9

10   NEW YORK CITY LAW DEPARTMENT
     OFFICE OF CORPORATION COUNSEL
11   Attorneys for Defendants
     THE CITY OF NEW YORK
12      100 Church Street
        New York, New York 10007
13   BY:   SUZANNA PUBLICKER METTHAM, ESQ.

14

15   SCOPPETTA SEIFF KRETZ & ABERCROMBIE
     Attorneys for Defendant
16   STEVEN MAURIELLO
       444 Madison Avenue
17      New York, New York 10022
     BY:   WALTER A. KRETZ, JR., ESQ.
18

19

      IVONE, DEVINE & JENSEN, LLP
20   Attorneys for Defendant
     DR. ISAK ISAKOV
21      2001 Marcus Avenue
        Lake Success, New York 11042
22   BY:   BRIAN E. LEE, ESQ.

23

         (Continued.)

24

25

Page 3

1              (Continued.)

2

3       CALLAN, KOSTER, BRADY & BRENNAN, LLP
        Attorneys for Defendant
4       DR. LILIAN ALDANA-BERNIER
              One Whitehall Street
5             New York, New York 10004
        BY:   MATTHEW J. KOSTER, ESQ.

6

7

        MARTIN CLEARWATER & BELL, LLP
8       Attorneys for Defendant
        JAMAICA HOSPITAL MEDICAL CENTER
9             220 East 42nd Street
              New York, New York 10017
10      BY:   BRIAN OSTERMAN, ESQ.

11

     Also Present:  Magdalena Bauza

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1

2    S T I P U L A T I O N S:

3

4        IT IS HEREBY STIPULATED AND AGREED by and

5          between the attorneys for the respective

6          parties hereto, that this examination may

7          be sworn to before any Notary Public.

8

9        IT IS FURTHER STIPULATED AND AGREED that the

10         filing and certification of the said

11         examination shall be waived.

12

13       IT IS FURTHER STIPULATED AND AGREED that all

14         objections to questions, except as to the

15         form of the question, shall be reserved for

16         the time of trial.

17

18

19

20

21

22

23

24

25

Page 5

1

2    R A S H E E N A    H U F F M A N, a Non-Party

3    Witness herein, having been first duly sworn

4    by a Notary Public within and for the State

5    of New York, was examined and testified as

6    follows:

7

8    EXAMINATION BY

9    MR. SMITH:

10

11        Q.      Will you state your name and

12   address for the record, please.

13        A.      Sergeant Rasheena Huffman, 30

14   Ralph Avenue, Brooklyn, New York.  81st

15   Precinct.

16        Q.      Good afternoon, Sergeant.

17        A.      Good afternoon.

18        Q.      My name is Nathaniel Smith.  I

19   represent Adrian Schoolcraft.  I am going to

20   be asking you some questions this afternoon

21   about his case and it's important that you

22   understand my questions and that I

23   understand your answers.  So I'm going to

24   request that if you don't understand a

25   question that I pose to you that you let me

Page 6

1              RASHEENA HUFFMAN

2    know; is that okay?

3         A.    Okay.  No problem.

4         Q.    So if there's anything about the

5    question that you're unsure of, please let

6    me know because you're here under oath,

7    there's a court reporter, there's a video

8    camera.  So we're taking down everything

9    that I'm asking and everything that you're

10   answering.  So it's important that it be

11   clear; okay?

12        A.    Okay.

13             MR. SMITH:  We didn't do it with

14        the prior witness.  Is the law

15        department going to be accepting a

16        trial subpoena for the witness in the

17        event that one needs to be issued.

18             MS. PUBLICKER METTHAM:  As long

19        as she's still working for the NYPD, we

20        will.

21             MR. SMITH:  And if she's not,

22        you will provide me with all the

23        necessary contact information to serve

24        process?

25             MS. PUBLICKER METTHAM:  If

Page 174

                    RASHEENA HUFFMAN

1

2       Thank you.

3                MS. PUBLICKER METTHAM:  Any of

4        the defendants have questions for

5        Sergeant Huffman?

6   EXAMINATION BY

7   MR. KOSTER:

8        Q.     Sergeant Huffman, I just have a

9   quick set of questions for you.

10       A.     Okay.

11       Q.     Have you ever spoken to a Dr.

12  Isakov concerning Adrian Schoolcraft?

13       A.     Who?

14       Q.     A Dr. Isakov.

15       A.     I don't remember speaking to no

16  Dr. Isakov.  Who's that?

17       Q.     Have you ever spoken to

18  Aldana-Bernier concerning Adrian

19  Schoolcraft?

20       A.     No.

21       Q.     Have you spoken with anyone from

22  Jamaica Hospital about Adrian Schoolcraft?

23       A.     No.

24       Q.     Did you ever order anyone to

25  give a statement to anyone from Jamaica

Page 175

1                    RASHEENA HUFFMAN

2    Hospital?

3          A.     No.

4          Q.     Were you ever ordered to give a

5    statement to anyone from Jamaica Hospital?

6          A.     No.

7          Q.     Were you ever ordered to provide

8    information to anyone at Jamaica Hospital?

9          A.     No.

10         Q.     Did you ever order anyone to

11   provide information at Jamaica Hospital?

12         A.     No.

13              MR. KOSTER:  I don't have

14         anything else.

15              MR. SMITH:  It's 6:05, we are

16         ending the deposition.

17              (Time noted:  6:05 p.m.)

18   _____

19                    RASHEENA HUFFMAN

20   Subscribed and sworn to before me this

21   _____day of _____2014.

22

23   _____, Notary

24   Public.

25

```
                                        Page 1
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2    ----------------------------------------X
 3    ADRIAN SCHOOLCRAFT,
 4                          Plaintiff,
 5
                                     Case No:
 6           - against -            10 CV 06005
 7
      THE CITY OF NEW YORK, ET AL.,
 8
 9                          Defendants.
10    ----------------------------------------X
11                    111 Broadway
                      New York, New York
12
                      January 13, 2014
13                    10:19 a.m.
14
15
16
17    DEPOSITION OF ELISE HANLON, pursuant to Subpoena,
18    taken at the above place, date and time, before
19    DENISE ZIVKU, a Notary Public within and for the
20    State of New York.
21
22
23
24
25
```

```
                                          Page 2

 1
    A P P E A R A N C E S:
 2
 3       NATHANIEL B. SMITH, ESQ.
              Attorneys for Plaintiff
 4            111 Broadway
              New York, New York 10006
 5
 6
         JOHN LENOIR, ESQ.
 7       Attorneys for Plaintiff
              829 Third Street NE
 8            Washington, D.C. 20002
 9
10    NEW YORK CITY LAW DEPARTMENT
      OFFICE OF CORPORATION COUNSEL
11    Attorneys for Defendants
      THE CITY OF NEW YORK
12            100 Church Street
              New York, New York 10007
13    BY:   RYAN G. SHAFFER, ESQ.
14
15    SCOPPETTA SEIFF KRETZ & ABERCROMBIE
      Attorneys for Defendant
16    STEVEN MAURIELLO
              444 Madison Avenue
17            New York, New York 10022
      BY:   WALTER A. KRETZ, JR., ESQ.
18
19
      IVONE, DEVINE & JENSEN, LLP
20    Attorneys for Defendant
      DR. ISAK ISAKOV
21            2001 Marcus Avenue
              Lake Success, New York 11042
22    BY:   BRIAN E. LEE, ESQ.
23
          (Continued.)
24
25
```