Page 3

1

        (Continued.)

2

3       CALLAN, KOSTER, BRADY & BRENNAN, LLP
        Attorneys for Defendant
4       DR. LILIAN ALDANA-BERNIER
             One Whitehall Street
5            New York, New York 10004
        BY:  MATTHEW J. KOSTER, ESQ.

6

7

        MARTIN CLEARWATER & BELL, LLP
8       Attorneys for Defendant
        JAMAICA HOSPITAL MEDICAL CENTER
9            220 East 42nd Street
             New York, New York 10017
10      BY:  BRIAN OSTERMAN, ESQ.

11

    Also Present:  Magdalena Bauza

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1

2      S T I P U L A T I O N S:

3

4      IT IS HEREBY STIPULATED AND AGREED by and

5        between the attorneys for the respective

6        parties hereto, that this examination may be

7        sworn to before any Notary Public.

8

9      IT IS FURTHER STIPULATED AND AGREED that the

10       filing and certification of the said

11       examination shall be waived.

12

13     IT IS FURTHER STIPULATED AND AGREED that all

14       objections to questions, except as to the

15       form of the question, shall be reserved for

16       the time of trial.

17

18

19

20

21

22

23

24

25

Page 5

1

2   E L I S E   H A N L O N, a Non-Party Witness

3   herein, having been first duly sworn by a

4   Notary Public within and for the State of

5   New York, was examined and testified as

6   follows:

7

8   EXAMINATION BY

9   MR. SMITH:

10

11      Q.      Will you state your name and

12   address for the record, please.

13      A.      Elise Hanlon.

14           MR. SHAFFER:  100 Church Street,

15      New York, New York.

16           MR. SMITH:  We are going on the

17      record, it's 10:19.  We are at my

18      office, Nathaniel Smith, 111 Broadway,

19      suite number 1305.  Starting the

20      deposition of Elise Hanlon.

21           THE WITNESS:  Yes.

22           MR. SHAFFER:  Before we start, I

23      just ask that the witness be given a

24      chance to review the transcript that's

25      generated here today pursuant to

Page 6

                    ELISE HANLON

1
2       Federal Rule 30 (e)(1).

3              MR. SMITH:  Okay.  And before we

4       start with the witness, are you

5       representing the witness?

6              MR. SHAFFER:  Correct.

7              MR. SMITH:  Will you accept

8       service of process of any trial

9       subpoenas or any subpoenas required for

10      the witness to appear because you have

11      given the 100 Church Street address,

12      which is the Law Department address,

13      right?

14             MR. SHAFFER:  That is correct.

15      If that address changes you will be

16      notified immediately upon its change.

17             MR. SMITH:  You're not answering

18      my question --

19             MR. SHAFFER:  Yes.

20             MR. SMITH:  Will you accept

21      service of process?  Otherwise, I will

22      need to have the witness' personal

23      address.

24             MR. SHAFFER:  The same as it's

25      been in every other deposition.

Page 7

1                    ELISE HANLON

2              MR. SMITH:  Which is?

3              MR. SHAFFER:  Yes.  Contingent

4       upon us still representing the witness

5       and if not, you will be notified of

6       that change immeadiately and you will

7       have a new address forthwith.

8              MR. SMITH:  I will need, not

9       just an address, but also contact

10      information.

11             MR. SHAFFER:  Correct.

12      Q.      Morning, ma'am.

13      A.      Good morning.

14      Q.      My name is Nathaniel Smith.  I'm

15      representing Adrian Schoolcraft in the

16      lawsuit against various individuals

17      including the City of New York.

18             This morning I am going to be

19      asking you a series of questions and there's

20      only one really important rule since you're

21      under oath and that is that you understand

22      my question and you answer the question to

23      the best of your ability.

24             Do you understand that?

25      A.      Yes.

Page 8

ELISE HANLON

1

2     Q.     It's important that if there is

3  something unclear about my question that you

4  let me know; okay?

5     A.     Yes.

6     Q.     And the reason why that's

7  important is because the court reporter is

8  taking down the questions that I'm asking

9  and the answers that you're providing and if

10  you don't say I don't understand or it's not

11  clear or could you rephrase that and you

12  just answer the question, then your

13  statements which, like I said, are being

14  taken under oath, will reflect those

15  statements.  So it's important for you and

16  for the record and for me that you express

17  any confusion you may have about the

18  question; okay?

19     A.     Yes.

20     Q.     Just because I'm a lawyer and

21  I'm wearing a tie doesn't mean that my

22  questions are formed well.  Sometimes

23  they're formed badly.  In that case, please

24  let me know; okay?

25     A.     Yes.

Page 9

1                          ELISE HANLON

2          Q.     Are you currently employed?

3          A.     Yes.

4          Q.     By whom?

5          A.     New York City Fire Department.

6          Q.     How long have you been employed

7    by the New York City Fire Department?

8          A.     Since 1991.

9          Q.     And what did you do before the

10   fire department?

11         A.     I worked for a private

12   ambulance company.

13         Q.     Which one?

14         A.     Mercy.

15         Q.     Where is Mercy?

16         A.     No longer in existance.

17         Q.     Is Mercy an ambulance service or

18   was it a hospital?

19         A.     Ambulance service.

20                MR. SHAFFER:  Objection.

21         Q.     Where was it located?

22         A.     Island Park.

23         Q.     Where is that?

24         A.     Long Island.

25         Q.     How long did you work for Mercy?

Page 10

```
 1                        ELISE HANLON
 2       A.      A year.
 3       Q.      And were you an EMT at Mercy?
 4       A.      Yes.
 5       Q.      What did you do before working
 6   for Mercy?
 7       A.      I worked for Nationwide
 8   Ambulance.
 9       Q.      And Nationwide is another
10   private ambulance service?
11       A.      Yes.
12       Q.      Where are they located?
13       A.      No longer in existance.
14       Q.      Where were they located?
15       A.      Rockaway.
16       Q.      Rockaway, Queens?
17       A.      Yes.
18       Q.      Were you an EMT for Nationwide?
19       A.      Yes.
20       Q.      How long did you work for them?
21       A.      About a year.
22       Q.      What did do you before working
23   for Nationwide?
24       A.      In school.
25       Q.      What school?
```

Page 270

1                    ELISE HANLON

2          A.      No.

3          Q.      Have you ever seen any police

4     officer or another law enforcement officer

5     EDP?

6          A.      No.

7          Q.      Have you ever seen a chief or

8     assistant chief for the NYPD at a scene

9     where there was a potential or actual EDP

10    situation?

11                 MR. SHAFFER:  Objection.

12         A.      Not that I recall.

13                 MR. SMITH:  All right, I don't

14         have anymore questions.  Thank you very

15         much.  For now I don't have anymore

16         questions.

17    EXAMINATION BY

18    MR. OSTERMAN:

19         Q.      Lieutenant, I just have a few

20    very quick.

21                 Other than what you testified to

22    here today, did you have any contact or

23    speak with any other staff or personnel at

24    Jamaica Hospital at any time regarding Mr.

25    Schoolcraft or the incident on October 31,

Page 271

1           ELISE HANLON

2    2009?

3        A.    No.

4        Q.    Did you have any contact or

5    speak with any doctors or nurses at Jamaica

6    Hospital regarding Mr. Schoolcraft or the

7    incident on October 31, 2009?

8        A.    No.

9        Q.    Did you instruct or direct

10   anyone to speak or contact anyone at Jamaica

11   Hospital?

12       A.    No.

13       Q.    Did you speak with a Dr. Isakov

14   at any time?

15       A.    No.

16       Q.    Did you speak with a Dr.

17   Aldana-Bernier at any time?

18              (Continued on next page ton

19        include Jurat.)

20

21

22

23

24

25

Page 1

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------------------------X
3    ADRIAN SCHOOLCRAFT,
4                        Plaintiff,
5
                                    Case No:
6        - against -              10 CV 06005
7
     THE CITY OF NEW YORK; ET AL.,
8                                        CONFIDENTIAL
9                    Defendants.
10   ------------------------------------------------X
11                   111 Broadway
                     New York, New York
12
                     April 10, 2014
13                   10:34 a.m.
14
15
16   CONFIDENTIAL DEPOSITION OF TIMOTHY TRAINOR,
17   pursuant to Notice, taken at the above place,
18   date and time, before DENISE ZIVKU, a Notary
19   Public within and for the State of New York.
20
21
22
23
24
25



Page 2

```
 1
 2     A P P E A R A N C E S:
 3
       NATHANIEL B. SMITH, ESQ.
 4        Attorneys for Plaintiff
          111 Broadway
          New York, New York 10006
 5
 6
       JOHN LENOIR, ESQ.
 7     Attorneys for Plaintiff
          829 Third Street NE
 8        Washington, D.C. 20002
 9
10     NEW YORK CITY LAW DEPARTMENT
       OFFICE OF CORPORATION COUNSEL
11     Attorneys for Defendant
       THE CITY OF NEW YORK
12        100 Church Street
          New York, New York 10007
13     BY: SUZANNA PUBLICKER METTHAM, ESQ.
14
15     SCOPPETTA SEIFF KRETZ & ABERCROMBIE
       Attorneys for Defendant
16     STEVEN MAURIELLO
          444 Madison Avenue
17        New York, New York 10022
       BY: WALTER A. KRETZ, JR., ESQ.
18
19
       IVONE, DEVINE & JENSEN, LLP
20     Attorneys for Defendant
       DR. ISAK ISAKOV
21        2001 Marcus Avenue
          Lake Success, New York 11042
22     BY: BRIAN LEE, ESQ.
23
          (Continued.)
24
25
```

Page 3

```
 1
          (Continued.)
 2
 3     CALLAN, KOSTER, BRADY & BRENNAN, LLP
       Attorneys for Defendant
 4     DR. LILIAN ALDANA-BERNIER
          One Whitehall Street
 5        New York, New York 10004
       BY: MATTHEW J. KOSTER, ESQ.
 6
 7
       MARTIN CLEARWATER & BELL, LLP
 8     Attorneys for Defendant
       JAMAICA HOSPITAL MEDICAL CENTER
 9        220 East 42nd Street
          New York, New York 10017
10     BY: BRIAN OSTERMAN, ESQ.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1     S T I P U L A T I O N S:
 2          IT IS HEREBY STIPULATED AND AGREED by
 3     and between the attorneys for the respective
 4     parties hereto, that this examination may be
 5     sworn to before any Notary Public.
 6
 7          IT IS FURTHER STIPULATED AND AGREED
 8     that the filing and certification of the said
 9     examination shall be waived.
10
11          IT IS FURTHER STIPULATED AND AGREED
12     that all objections to questions, except as to
13     the form of the question, shall be reserved
14     for the time of trial.
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1
 2          (WHEREUPON, THE FOLLOWING
 3     TRANSCRIPT WAS DESIGNATED CONFIDENTIAL
 4     BY COUNSEL PURSUANT TO PROTECTIVE
 5     ORDER.)
 6          MR. SMITH:  We are going on the
 7     record, it is 10:34.  We are taking the
 8     deposition of Captain Timothy Trainor
 9     at my offices, 111 Broadway.  Today is
10     April 10, 2014.
11  T I M O T H Y   T R A I N O R, a Defendant
12  herein, having been first duly sworn by a
13  Notary Public within and for the State of
14  New York, was examined and testified as
15  follows:
16
17  EXAMINATION BY
18  MR. SMITH:
19
20     Q.     Will you state your name and
21  address for the record, please.
22     A.     My name is Timothy, Last name is
23  Trainor, spelled T-r-a-i-n-o-r.  My address
24  is One Police Plaza, New York, New York
25  10038.
```

2 (Pages 2 - 5)

<table>
<tr><td>

Page 6

1       TIMOTHY TRAINOR
2       MR. SMITH: Ms. Mettham, we have
3 the same agreement with respect to
4 Captain Trainor, which is if there is a
5 trial where I need to serve process you
6 will accept service of process on his
7 behalf.
8       MS. PUBLICKER METTHAM: To the
9 extent we're still representing him,
10 yeah.
11       MR. SMITH: Otherwise, you will
12 provide me with information where I can
13 effectuate service?
14       MS. PUBLICKER METTHAM: Yes.
15       MR. SMITH: Okay, great.
16 Q.   Good morning, Captain.
17 A.   Good morning.
18 Q.   As I indicated earlier when we
19 were off the record, my name is Nathaniel
20 Smith. I represent Adrian Schoolcraft. I
21 am going to be asking you some questions
22 this morning and this afternoon.
23       There is a few ground rules,
24 maybe you know them, maybe you don't. I
25 just want to express the most important one,

</td><td>

Page 8

1     CONFIDENTIAL - TIMOTHY TRAINOR
2 A.   I work in the police
3 commissioner's office.
4 Q.   What do you do with the police
5 commissioner's office?
6 A.   I am the head of his security
7 detail.
8 Q.   Who do you report to?
9 A.   Deputy Chief James O'Neil.
10 Q.   How many people report to you?
11       MS. PUBLICKER METTHAM:
12 Objection. You could answer.
13 A.   Thirteen.
14 Q.   Are any of these 13 people
15 involved in this case, to your knowledge?
16       MS. PUBLICKER METTHAM:
17 Objection.
18 A.   No.
19 Q.   How long have you had this
20 position as captain and the head of security
21 detail for the commissioner?
22 A.   I started on December 12, 2013.
23 Q.   Prior to that what did you do?
24 A.   Prior to this assignment I was
25 commanding officer of the Brooklyn North

</td></tr>
<tr><td>

Page 7

1     CONFIDENTIAL - TIMOTHY TRAINOR
2 which is that it's important since you've
3 just been sworn to tell the truth that you
4 understand the question. You understand
5 that, right?
6 A.   I understand.
7 Q.   And you understand that you're
8 under oath and you're obligated to tell the
9 truth?
10 A.   Yes.
11 Q.   And as part of that oath, it's
12 important that you understand the question,
13 right?
14 A.   Yes.
15 Q.   So if there's anything about my
16 question that's unclear or you're unsure,
17 please let me know and I will try to
18 rephrase it.
19 A.   Understood.
20 Q.   Where are you currently working?
21 A.   One Police Plaza.
22 Q.   What's your position?
23 A.   Captain.
24 Q.   Do you work in a particular
25 division?

</td><td>

Page 9

1     CONFIDENTIAL - TIMOTHY TRAINOR
2 Investigations Unit.
3 Q.   For what period of time were you
4 the commanding officer of Brooklyn North
5 investigations Unit?
6 A.   I was the commanding officer of
7 the Brooklyn North Investigations Unit from
8 July of 2002, until December 11, 2013.
9 Q.   As the commanding officer of
10 Brooklyn North Investigations Unit, who did
11 you report to?
12       MS. PUBLICKER METTHAM:
13 Objection. You could answer.
14 A.   I reported to the patrol borough
15 adjutant.
16 Q.   Was that one individual during
17 that period of time that you were the
18 commanding officer?
19 A.   It was many different
20 individuals.
21 Q.   Can you identify who the
22 individuals for whom you were reporting to
23 from 2009 through the end of 2013?
24       MS. PUBLICKER METTHAM:
25 Objection. You can answer.

</td></tr>
</table>

3 (Pages 6 - 9)

Page 246

1    CONFIDENTIAL - TIMOTHY TRAINOR
2 best I could remember, we were getting
3 information, you know, that the NYPD, you
4 know, the rant boards use these bulletin
5 boards, people were just talking. This is
6 information that was out in the
7 stratosphere. When I learned about it, I
8 just simply can't give you the date I knew.
9    Q.    Okay. I understand, thank you.
10        Have you ever had any contact
11 with any personnel from Jamaica Hospital?
12   A.    Never.
13        MR. SMITH: All right, I want to
14   take two minutes. Check with my
15   colleague. I think I'm almost done.
16   Going off the record, it's 5:45.
17        (Whereupon, a recess was taken.)
18        MR. SMITH: Going back on the
19   record, it's 5:49. Thank you very
20   much, Captain, I don't have any more
21   questions at this time.
22        MS. PUBLICKER METTHAM: I have
23   just a couple.
24 EXAMINATION BY
25 MS. PUBLICKER METTHAM:

Page 247

1    CONFIDENTIAL - TIMOTHY TRAINOR
2    Q.    Captain Trainor, did you ever go
3 to Schoolcraft's apartment in Johnstown,
4 New York?
5    A.    No.
6    Q.    Did you ever kick or pound on
7 Officer Schoolcraft's door?
8    A.    No.
9    Q.    Did you ever engage in efforts
10 purposely designed to intimidate and harass
11 Mr. Schoolcraft?
12   A.    No.
13        MS. PUBLICKER METTHAM: I have
14   no further questions.
15 EXAMINATION BY
16 MR. LEE:
17   Q.    Did you ever speak to or do you
18 know Dr. Isakov?
19   A.    No, I do not.
20   Q.    Do you know Dr. Aldana Bernier?
21   A.    No.
22   Q.    Did you ever speak to her about
23 Mr. Schoolcraft?
24   A.    No, I did not.
25   Q.    Did you speak to anybody at

Page 248

1    CONFIDENTIAL - TIMOTHY TRAINOR
2 Jamaica Hospital at any time?
3    A.    Regarding Schoolcraft?
4    Q.    Correct.
5    A.    Never.
6    Q.    Did you ever direct anybody from
7 the NYPD to speak to anybody at Jamaica
8 about Mr. Schoolcraft?
9    A.    Never.
10        MR. LEE: Thank you.
11        (Time noted: 5:49 p.m.)
12
13        TIMOTHY TRAINOR
14
15 Subscribed and sworn to before me this
16
17 _____ day of _____ 2014.
18
19 _____, Notary
20 Public.
21
22
23
24
25

Page 249

1        I-N-D-E-X
2
3 WITNESS        ATTORNEY        PAGE
4 TIMOTHY TRAINOR  MR. SMITH        5
5                MS. PUBLICKER METTHAM   246
6                MR. LEE        247
7
8        E-X-H-I-B-I-T-S
9 PLAINTIFF'S    DESCRIPTION        PAGE
10 76        Document        28
11 77        Document        39
12 78        Document        65
13 79        Document        82
14 80        Document        91
15 81        Document        96
16 82        Document        98
17 83        Document        119
18 84        Document        121
19 85        Document        125
20 86        Document        125
21 87        Document        129
22 88        Document        132
23 89        Document        138
24 90        Document        142
25 (Continued)

63 (Pages 246 - 249)

Page 1

1     UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
2     ----------------------------------------------X
3     ADRIAN SCHOOLCRAFT,
4                         Plaintiff,
5
                                    Case No:
6          - against -             10 CV 06005
7
      THE CITY OF NEW YORK, ET AL.,
8
9                         Defendants.
10    ----------------------------------------------X
11                        111 Broadway
                          New York, New York
12
                          April 11, 2014
13                        10:21 a.m.
14
15
16    DEPOSITION OF WILLIAM GOUGH, pursuant to
17    Notice, taken at the above place, date and
18    time, before DENISE ZIVKU, a Notary Public
19    within and for the State of New York.
20
21
22
23
24
25

Page 2

1

A P P E A R A N C E S:

2

3     NATHANIEL B. SMITH, ESQ.
              Attorneys for Plaintiff
4             111 Broadway
              New York, New York 10006

5

6

      JOHN LENOIR, ESQ.
7     Attorneys for Plaintiff
              829 Third Street NE
8             Washington, D.C. 20002

9

10    NEW YORK CITY LAW DEPARTMENT
      OFFICE OF CORPORATION COUNSEL
11    Attorneys for Defendant
      THE CITY OF NEW YORK
12            100 Church Street
              New York, New York 10007
13    BY:   SUZANNA PUBLICKER METTHAM, ESQ.

14

15    SCOPPETTA SEIFF KRETZ & ABERCROMBIE
      Attorneys for Defendant
16    STEVEN MAURIELLO
              444 Madison Avenue
17            New York, New York 10022
      BY:   WALTER A. KRETZ, JR., ESQ.

18

19

      IVONE, DEVINE & JENSEN, LLP
20    Attorneys for Defendant
      DR. ISAK ISAKOV
21            2001 Marcus Avenue
              Lake Success, New York 11042
22    BY:   BRIAN LEE, ESQ.

23

              (Continued.)

24

25

Page 3

1
             (Continued.)
2
3       CALLAN, KOSTER, BRADY & BRENNAN, LLP
        Attorneys for Defendant
4       DR. LILIAN ALDANA-BERNIER
             One Whitehall Street
5            New York, New York 10004
        BY:  MATTHEW J. KOSTER, ESQ.
6
7

        MARTIN CLEARWATER & BELL, LLP
8       Attorneys for Defendant
        JAMAICA HOSPITAL MEDICAL CENTER
9            220 East 42nd Street
             New York, New York 10017
10      BY:  BRIAN OSTERMAN, ESQ.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1    S T I P U L A T I O N S:

2              IT IS HEREBY STIPULATED AND AGREED by

3    and between the attorneys for the respective

4    parties hereto, that this examination may be

5    sworn to before any Notary Public.

6

7              IT IS FURTHER STIPULATED AND AGREED

8    that the filing and certification of the said

9    examination shall be waived.

10

11             IT IS FURTHER STIPULATED AND AGREED

12   that all objections to questions, except as to

13   the form of the question, shall be reserved

14   for the time of trial.

15

16

17

18

19

20

21

22

23

24

25

Page 5

```
 1
 2              MR. SMITH:  We are going on the
 3         record.  It's 10:21 and this is April
 4         11, 2014 and we are taking the
 5         deposition of Lieutenant Gough.
 6              Am I pronouncing that correctly?
 7              THE WITNESS:  Yes, you are.
 8              MR. SMITH:  Great.  At my office
 9         at 111 Broadway, New York, New York.
10         The deposition is being videotaped and
11         the court reporter is here and will
12         swear in the witness.  Thank you.
13  W I L L I A M   G O U G H, a Defendant
14  herein, having been first duly sworn by a
15  Notary Public within and for the State of
16  New York, was examined and testified as
17  follows:
18
19  EXAMINATION BY
20  MR. SMITH:
21
22      Q.      Will you state your name and
23  address for the record, please.
24      A.      William Gough, 211 Union Avenue,
25  Brooklyn, New York 11212.
```

Page 6

1                    WILLIAM GOUGH

2        Q.      Is that your home address?

3        A.      No.

4                MR. SMITH:  As we've done in the

5        past with other defendants, Suzanna,

6        will you agree to accept service of

7        process on behalf of Lieutenant Gough

8        in this case?

9                MS. PUBLICKER METTHAM:  To the

10       extent we still represent him at that

11       time, yes.

12               MR. SMITH:  If you don't

13       represent him, you will provide the

14       necessary information to serve process?

15               MS. PUBLICKER METTHAM:  Yes.

16       Q.      Where are you currently working?

17       A.      The Brooklyn North

18   Investigations Unit, New York City Police

19   Department.

20       Q.      And the address that you gave,

21   is that Brooklyn North Investigations Unit's

22   address?

23       A.      Yes.

24       Q.      Do they have more than one

25   location?

Page 7

1                    WILLIAM GOUGH

2        A.      No.

3        Q.      How long have you worked at the

4   Brooklyn North Investigations Unit?

5        A.      Since December '06.

6        Q.      What's your current title?

7        A.      I am a lieutenant in the New

8   York City Police Department.

9        Q.      What's your year of birth?

10       A.      1972.

11       Q.      What's your highest level of

12  education?

13       A.      I have 96 college credits.

14       Q.      Any course of study?

15               MS. PUBLICKER METTHAM:

16       Objection.  You can answer.

17       A.      Liberal arts.

18       Q.      So when did you graduate high

19  school?

20       A.      June of 1990.

21       Q.      After high school what form of

22  employment did you have?

23       A.      Various forms of employment.

24       Q.      Okay, I'll take the first one.

25       A.      I recollect I worked for Kennedy

Page 249

1                     WILLIAM GOUGH

2     to the recording, you believe that

3     everything you said was correct?

4                MS. PUBLICKER METTHAM:

5          Objection.  You could answer.

6          A.     Yes.

7          Q.     And you listened to the entire

8     recording?

9                MS. PUBLICKER METTHAM:

10         Objection.  You could answer.

11         A.     Yes.

12         Q.     Was it about 20 minutes?

13         A.     I didn't -- I don't know if it's

14    20 minutes.

15         Q.     You believe you listened to the

16    entire recording of the interview that you

17    had with IAB?

18         A.     I believe so.

19                MR. SMITH:  All right, thank

20         you, Lieutenant.  I don't have any more

21         questions.

22    EXAMINATION BY

23    MR. KOSTER:

24         Q.     Good afternoon, I just have a

25    couple of questions for you.  Same rules

Page 250

1                    WILLIAM GOUGH

2      apply.

3                    Have you spoken with a Dr.

4      Aldana Bernier regarding Adrian Schoolcraft?

5           A.      Never.

6           Q.      Have you ever heard of Dr.

7      Aldana Bernier?

8           A.      I don't believe so.

9           Q.      Have you ever heard of her

10     outside the context of this lawsuit?

11          A.      I don't think so.

12          Q.      Have you ever heard of a Dr.

13     Isakov?

14          A.      I don't think so.

15          Q.      Have you ever communicated in

16     any way with Dr. Isakov --

17          A.      No.

18          Q.      -- regarding Adrian Schoolcraft?

19     Is that a no?

20          A.      No.

21          Q.      Were you ordered to provide any

22     information to anyone at Jamaica Hospital?

23          A.      No.

24          Q.      Did you order anyone to provide

25     any information to Jamaica Hospital

Page 251

1                    WILLIAM GOUGH

2    concerning Adrian Schoolcraft?

3         A.    No.

4         Q.    I believe you said that you did

5    not go to Jamaica Hospital with --

6         A.    I did not go to Jamaica

7    Hospital.

8         Q.    -- with Mr. Schoolcraft?

9         A.    I did not.

10        Q.    Did you speak to anyone at

11   Jamaica Hospital regarding Adrian

12   Schoolcraft?

13        A.    No.

14             MR. KOSTER:  I have no further

15        questions.

16             MR. SMITH:  We are going off,

17        4:28, going off the record.

18             (Time noted:  4:28 p.m.)

19   _____

20                    WILLIAM GOUGH

21   Subscribed and sworn to before me this

22   _____day of _____2014.

23

24   _____, Notary

25   Public.

Page 1

1   UNITED STATES DISTRICT COURT

    SOUTHERN DISTRICT OF NEW YORK

2   ------------------------------------------X

3   ADRIAN SCHOOLCRAFT,

4                       Plaintiff,

5
                                   Case No:

6       - against -            10 CV 06005

7
    THE CITY OF NEW YORK, ET AL.,

8

9                       Defendants.

10  ------------------------------------------X

11                  111 Broadway
                    New York, New York
12
                    May 14, 2014
13                  10:24 a.m.

14

15

16  DEPOSITION OF JESSICA MARQUEZ, pursuant to

17  Notice, taken at the above place, date and

18  time, before DENISE ZIVKU, a Notary Public

19  within and for the State of New York.

20

21

22

23

24

25