Page 2

```
 1
     A P P E A R A N C E S:
 2
 3     NATHANIEL B. SMITH, ESQ.
            Attorneys for Plaintiff
 4          111 Broadway
            New York, New York 10006
 5
 6
       JOHN LENOIR, ESQ.
 7     Attorneys for Plaintiff
            829 Third Street NE
 8          Washington, D.C. 20002
 9
10     NEW YORK CITY LAW DEPARTMENT
       OFFICE OF CORPORATION COUNSEL
11     Attorneys for Defendant
       THE CITY OF NEW YORK
12          100 Church Street
            New York, New York 10007
13     BY:   SUZANNA PUBLICKER METTHAM, ESQ.
14
15     SCOPPETTA SEIFF KRETZ & ABERCROMBIE
       Attorneys for Defendant
16     STEVEN MAURIELLO
            444 Madison Avenue
17          New York, New York 10022
       BY:   WALTER A. KRETZ, JR., ESQ.
18
19
       IVONE, DEVINE & JENSEN, LLP
20     Attorneys for Defendant
       DR. ISAK ISAKOV
21          2001 Marcus Avenue
            Lake Success, New York 11042
22     BY:   BRIAN LEE, ESQ.
23
            (Continued.)
24
25
```

Page 3

1           (Continued.)

2

3       CALLAN, KOSTER, BRADY & BRENNAN, LLP
        Attorneys for Defendant
4       DR. LILIAN ALDANA-BERNIER
             One Whitehall Street
5            New York, New York 10004
        BY:  PAUL CALLAN, ESQ.

6

7

        MARTIN CLEARWATER & BELL, LLP
8       Attorneys for Defendant
        JAMAICA HOSPITAL MEDICAL CENTER
9            220 East 42nd Street
             New York, New York 10017
10      BY:  GREGORY J. RADOMISLI, ESQ.

11

12

        Also Present:  Magdalena Bauza

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1   S T I P U L A T I O N S:

2           IT IS HEREBY STIPULATED AND AGREED by

3   and between the attorneys for the respective

4   parties hereto, that this examination may be

5   sworn to before any Notary Public.

6

7           IT IS FURTHER STIPULATED AND AGREED

8   that the filing and certification of the said

9   examination shall be waived.

10

11          IT IS FURTHER STIPULATED AND AGREED

12  that all objections to questions, except as to

13  the form of the question, shall be reserved

14  for the time of trial.

15

16

17

18

19

20

21

22

23

24

25

Page 5

1

2          MR. RADOMISLI:  Pursuant to

3      federal rules we reserve the right to

4      review and correct the deposition

5      transcript.

6          MR. SMITH:  We are going on the

7      record, it's 10:24 and we're going to

8      begin the deposition of Ms. Marquez.

9          THE WITNESS:  Yes.

10          MR. SMITH:  At my office 111

11      Broadway.  It's the 14th of May.  I

12      have an E-mail from Shoni, S-h-o-n-i,

13      Williams, saying that she is Mr. Paul

14      Callan's secretary and he is going to

15      be a little late and we can start

16      without him and so based that we are

17      going to go ahead and do that.

18          Would you mind swearing in the

19      witness, please.

20  J E S S I C A   M A R Q U E Z, a Witness

21  herein, having been first duly sworn by a

22  Notary Public within and for the State of

23  New York, was examined and testified as

24  follows:

25

Page 6

1                    JESSICA MARQUEZ

2    EXAMINATION BY

3    MR. SMITH:

4

5         Q.      Will you state your name and

6    address for the record, please.

7         A.      Jessica Marquez, 5901 Central

8    Avenue, second floor, Glendale, New York

9    11385.

10        Q.      Is that a work or home address?

11        A.      Home address.

12        Q.      Good morning, Ms. Marquez.  My

13   name is Nathaniel Smith.  I represent Adrian

14   Schoolcraft.  He has brought a lawsuit

15   against several parties pertaining to a lot

16   of things and I am going to ask you some

17   questions this morning and maybe for a part

18   of this afternoon and there is a few ground

19   rules I just want to go over with you.  I'm

20   sure your counsel has discussed them with

21   you, but I just want to make sure that some

22   of the basic fundamentals are clear; okay?

23        A.      Yes.

24        Q.      The first thing is that if I ask

25   you a question and you're not sure what I am

Page 7

1                    JESSICA MARQUEZ

2    asking you or you're not sure what the

3    question means or if there's anything about

4    that you're not sure about, please let me

5    know; okay?

6         A.    Okay.

7         Q.    Because you've just been sworn

8    to tell the truth --

9         A.    Right.

10        Q.    -- and it's important for you

11   and for me and for the record, for everybody

12   else that the record be clear and that we

13   get accurate and clear information from you;

14   okay?

15        A.    Yes.

16        Q.    All right, so I will repeat

17   myself, if there's anything that's unclear

18   about my questions, let me know and I will

19   rephrase it.

20        A.    Okay.

21        Q.    If I can; okay?

22        A.    Hmm-mm.

23        Q.    You have ever been deposed

24   before?

25        A.    Yes.

Page 235

1                    JESSICA MARQUEZ

2     MR. LEE:

3          Q.     I'm Brian Lee, I represent Dr.

4     Isakov.  When you get to the hospital, this

5     report marked as Exhibit 125, is given to

6     the triage nurse?

7          A.     Yes.

8          Q.     And did you provide any

9     information to the triage nurse, other than

10    the information contained on this form?

11         A.     No.

12         Q.     Did you speak to any other nurse

13    or any other medical personnel about Mr.

14    Schoolcraft?

15         A.     Just the registrar, so that they

16    could register him into the system for the

17    triage nurse.

18         Q.     Did you provide any information

19    about the incident at Mr. Schoolcraft's

20    home?

21         A.     No.

22         Q.     Did you ever speak with a Dr.

23    Isakov about Mr. Schoolcraft?

24         A.     No.

25         Q.     Did you ever speak with Dr.

Page 1

1    UNITED STATES DISTRICT COURT         **CERTIFIED**
     SOUTHERN DISTRICT OF NEW YORK        **TRANSCRIPT**

2    ----------------------------------------------X

3    ADRIAN SCHOOLCRAFT,

4                        Plaintiff,

5
                                    Case No:

6        - against -             10 CV 06005

7

     THE CITY OF NEW YORK, ET AL.,

8

9                        Defendants.

10   ----------------------------------------------X

11                  111 Broadway
                    New York, New York

12
                    May 15, 2014

13                  10:28 a.m.

14

15

16   DEPOSITION OF SALVATORE SANGENITI, pursuant to

17   Notice, taken at the above place, date and

18   time, before DENISE ZIVKU, a Notary Public

19   within and for the State of New York.

20

21

22

23

24

25

Page 2

```
1
     A P P E A R A N C E S:
2
3       NATHANIEL B. SMITH, ESQ.
             Attorneys for Plaintiff
4            111 Broadway
             New York, New York 10006
5
6
        JOHN LENOIR, ESQ.
7       Attorneys for Plaintiff
             829 Third Street NE
8            Washington, D.C. 20002
9
10      NEW YORK CITY LAW DEPARTMENT
        OFFICE OF CORPORATION COUNSEL
11      Attorneys for Defendant
        THE CITY OF NEW YORK
12           100 Church Street
             New York, New York 10007
13      BY:  SUZANNA PUBLICKER METTHAM, ESQ.
14
15      SCOPPETTA SEIFF KRETZ & ABERCROMBIE
        Attorneys for Defendant
16      STEVEN MAURIELLO
             444 Madison Avenue
17           New York, New York 10022
        BY:  WALTER A. KRETZ, JR., ESQ.
18
19
        IVONE, DEVINE & JENSEN, LLP
20      Attorneys for Defendant
        DR. ISAK ISAKOV
21           2001 Marcus Avenue
             Lake Success, New York 11042
22      BY:  BRIAN LEE, ESQ.
23
             (Continued.)
24
25
```

Page 3

1              (Continued.)

2

3    CALLAN, KOSTER, BRADY & BRENNAN, LLP
     Attorneys for Defendant
4    DR. LILIAN ALDANA-BERNIER
             One Whitehall Street
5            New York, New York 10004
     BY:  STEFANI MILLER, ESQ.

6

7

     MARTIN CLEARWATER & BELL, LLP
8    Attorneys for Defendant
     JAMAICA HOSPITAL MEDICAL CENTER
9            220 East 42nd Street
             New York, New York 10017
10   BY:  GREGORY J. RADOMISLI, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1    S T I P U L A T I O N S:

2                IT IS HEREBY STIPULATED AND AGREED by

3    and between the attorneys for the respective

4    parties hereto, that this examination may be

5    sworn to before any Notary Public.

6

7                IT IS FURTHER STIPULATED AND AGREED

8    that the filing and certification of the said

9    examination shall be waived.

10

11                IT IS FURTHER STIPULATED AND AGREED

12    that all objections to questions, except as to

13    the form of the question, shall be reserved

14    for the time of trial.

15

16

17

18

19

20

21

22

23

24

25

Page 5

1

2       Q.      This is the videotaped

3  deposition of Sal Sangeniti.

4       A.      Yes.

5             MR. SMITH:  And we are at the my

6       office at 111 Broadway.  It's May 15,

7       2014.

8             MR. RADOMISLI:  I just want to

9       state pursuant to the Federal Rules, we

10      reserve the right to review and correct

11      the deposition transcript and also,

12      it's a videotaped deposition.  The

13      deposition just happens to be you're

14      videotaping it.

15            MR. SMITH:  Right.  Understood.

16      I am videotaping the deposition and the

17      court reporter is here taking the

18      deposition.

19            Would you mind swearing in the

20      witness.

21  S A L V A T O R E    S A N G E N I T I, a

22  Witness herein, having been first duly sworn

23  by a Notary Public within and for the State

24  of New York, was examined and testified as

25  follows:

Page 6

```
 1                   S. SANGENITI
 2   EXAMINATION BY
 3   MR. SMITH:
 4
 5        Q.      Will you state your name and
 6   address for the record, please.
 7        A.      Salvatore Sangeniti,
 8   S-a-n-g-e-n-i-t-i and the address 8 Vining,
 9   "V" as in Victor, i-n-i-n-g, Street and
10   that's in Centereach, C-e-n-t-e-r-e-a-c-h,
11   New York 11720.
12        Q.      Centereach is -- where is that?
13        A.      Suffolk County.
14        Q.      Suffolk County?
15        A.      In the town of Brookhaven.
16        Q.      Good morning.
17        A.      Good morning.
18        Q.      My name is Nathaniel Smith, I
19   represent Officer Adrian Schoolcraft in a
20   lawsuit he's brought against several
21   defendants relating to some events that
22   occurred before, after and on October 31,
23   2009.
24              I am going to be asking you some
25   questions this morning and there is a few
```

Page 7

S. SANGENITI

1

2       rules I just want to go over with you before

3       we start; okay?

4              A.      Hmm-mm.

5              Q.      One of the rules is that it's

6       best that you answer a question with a yes

7       or a no, because an uh-huh, uh-uh or a nod

8       of the head can be ambiguous and you don't

9       want to be ambiguous, because you're under

10      oath; okay?

11             A.      Yes.

12             Q.      And if you do say uh-huh or

13      uh-uh, I will or maybe the court reporter

14      will ask you to say is that a yes or a no,

15      because everybody does it, it's pretty

16      normal; okay?

17             A.      Okay.   Sure.

18             Q.      One of the other really

19      important rules is that you let me know if

20      there is anything about my question that's

21      unclear; is that okay?

22             A.      Sure.

23             Q.      The reason why that's important

24      is like I said, you're under oath, if I ask

25      you a question and you answer it, the record

Page 8

1               S. SANGENITI

2    is going to assume and I'm going to assume

3    that you understood the question you were

4    answering.  So if you have any kind of

5    concerns or questions about it, please let

6    me know and I will do my best to try and

7    rephrase it; okay?

8         A.     For you to clarify it?

9         Q.     Yeah.  That's right.  If I ask a

10   question, just because I'm wearing a tie and

11   I tell you I'm a lawyer, doesn't mean I can

12   ask a clear question, sometimes I do,

13   sometimes I don't.

14              So what I'm asking you is that

15   if I do ask a question which you believe is

16   unclear, let me know and I will do my best

17   to clarify it; okay?

18        A.     That's fine.

19        Q.     Where are you currently working?

20        A.     I currently work for Jamaica

21   Hospital.

22        Q.     What do you do for Jamaica

23   Hospital?

24        A.     I'm an emergency medical

25   technician.

Page 9

1                    S. SANGENITI

2        Q.        How long have you worked at

3    Jamaica Hospital?

4        A.        Approximately, since 2008.

5        Q.        Have you been an emergency

6    medical technician at Jamaica Hospital since

7    2008?

8        A.        Yes.

9        Q.        Have you had any other forms of

10   employment since then?

11       A.        I have.

12       Q.        What?

13       A.        I work for the New York City

14   Fire Department Emergency Medical Service.

15       Q.        How often do you work for them?

16       A.        Five days a week.

17       Q.        What's your position there?

18       A.        Emergency medical technician.

19       Q.        Do you consider yourself as

20   being dually employed by Jamaica Hospital

21   and the fire department?

22                 MR. RADOMISLI:  Objection to

23       form.  You can answer.

24                 MS. PUBLICKER METTHAM:

25       Objection.

Page 171

1                    S. SANGENITI

2       A.      No.  They said that they were

3   extended period.  They were extended.  So we

4   wouldn't wait.

5       Q.      So it was going to take too long

6   for them to arrive?

7            MR. SMITH:  Objection to form.

8       A.      Yes.

9            MR. PUBLICKER METTHAM:  I have

10      no further questions.

11   EXAMINATION BY

12   MR. LEE:

13      Q.      I represent Dr. Isakov.  Did you

14   ever speak to Dr. Isakov about Mr.

15   Schoolcraft?

16      A.      No.

17      Q.      Did you ever speak to Dr.

18   Aldana-Bernier about Mr. Schoolcraft?

19      A.      No.

20      Q.      Did you speak to any medical

21   personnel about Officer Schoolcraft?

22      A.      No.

23            MR. RADOMISLI:  At Jamaica

24      Hospital?

25      Q.      At Jamaica Hospital?

Page 172

1                    S. SANGENITI

2        A.     No.

3        Q.     When you went with the patient

4    to the triage area, did you speak to the

5    triage nurse about Officer Schoolcraft?

6        A.     No, actually.

7        Q.     Did you give any instructions to

8    anyone at the hospital concerning the care

9    and treatment of Officer Schoolcraft?

10       A.     No.

11       Q.     What is mask that you mentioned

12   earlier, the computer terminal?

13       A.     Oh, the MDT mask, it's mobile

14   data terminal.  It's when any ambulance

15   within the 911 system will receive an

16   assignment, they receive it through the

17   mobile data terminal.

18       Q.     And is that a terminal that's

19   in the ambulance itself?

20       A.     Yes.

21       Q.     Is that data recorded someplace?

22       A.     Yes.

23       Q.     Was that on the sheet -- would

24   that be on this PCR?

25       A.     No.

Page 173

1                    S. SANGENITI

2          Q.     In this case, did the mask tell

3    you to take the patient to 34?

4                    MR. SMITH:  Objection to form.

5          A.     To the closest 911 receiving

6    hospital.

7          Q.     And that was 34?

8          A.     Yes.

9          Q.     And did the mask computer tell

10   you that?

11                   MR. SMITH:  Objection to form.

12         A.     Yes.

13         Q.     Mr. Smith asked you some

14   questions about whether the terminal could

15   differentiate if it was a psych call or some

16   other type of call.  In this case, do you

17   know was the mask terminal showing that it

18   was a psych call or something else?

19         A.     No.  It would just tell you that

20   the closest hospital for psych would be 34

21   or it would tell you the closest speciality

22   unit would be 77, whichever, whichever

23   hospital you need to go to, it would

24   designate for you.

25         Q.     In this case, how was it

Page 174

1                    S. SANGENITI

2    designated for you?

3              MR. SMITH:  Objection to form.

4         A.    Just closest 911 receiving for

5    the general, you know, for general practice.

6         Q.    So the general practice hospital

7    that it told you that the patient should go

8    to was 34?

9              MR. SMITH:  Objection to form.

10        A.    Yes.

11        Q.    Did anyone at the scene say that

12   they wanted a psychiatric evaluation for

13   Schoolcraft?

14        A.    No.

15             MR. LEE:  That's it.  Thank you

16        very much.

17   EXAMINATION BY

18   MS. MILLER:

19        Q.    When you accompanied plaintiff

20   into Jamaica, did you overhear any

21   conversations regarding plaintiff between

22   the medical personnel there?

23        A.    No.

24   EXAMINATION BY

25   MR. KRETZ:

# CONFIDENTIAL                    Page 146

1   UNITED STATES DISTRICT COURT

    SOUTHERN DISTRICT OF NEW YORK

2   ------------------------------------------------X

3   ADRIAN SCHOOLCRAFT,

4                        Plaintiff,

5

                                    Case No:

6       - against -              10 CV 06005

7

    THE CITY OF NEW YORK, ET AL.,

8

9                    Defendants.

10  ------------------------------------------------X

11                  111 Broadway

                    New York, New York

12

                    May 29, 2014

13                  10:19 a.m.

14  (CONFIDENTIAL EXCERPT)

15

16  DEPOSITION OF STEVEN WEISS, pursuant to

17  Notice, taken at the above place, date and

18  time, before DENISE ZIVKU, a Notary Public

19  within and for the State of New York.

20

21

22

23

24

25

Page 191

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   EXAMINATION BY

24   MR. OSTERMAN:

25         Q.      Brian Osterman, counsel for the

Page 192

```
 1              CONFIDENTIAL - S. WEISS
 2    hospital.
 3         A.     Okay.
 4         Q.     You testified that you never
 5    went to Jamaica Hospital?
 6         A.     Correct.
 7         Q.     And you ever directed anyone to
 8    say anything to anyone at Jamaica Hospital?
 9         A.     No.
10         Q.     Are you familiar with Dr.
11    Isakov?
12         A.     No.
13         Q.     You ever have any conversations
14    or contact with Dr. Isakov?
15         A.     No.
16         Q.     Are you familiar with Dr.
17    Aldana-Bernier?
18         A.     No.
19         Q.     Did you ever have any
20    conversations or contact with Dr.
21    Aldana-Bernier?
22         A.     No.
23              MR. OSTERMAN:  I have nothing
24         further.
25              MR. SHAFFER:  Anybody else?
```

# CERTIFIED TRANSCRIPT

Page 198

1

2  UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

3  - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

4  ADRIAN SCHOOLCRAFT,

5                       Plaintiff,

6

                                      Case No:

7      - against -              10 CV 06005

8

THE CITY OF NEW YORK, ET AL.,

9

10                      Defendants.

11  - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

12                   111 Broadway

                 New York, New York

13

                 June 23, 2014

14               10:21 a.m.

15

16

17  CONTINUED DEPOSITION OF KURT DUNCAN,

18  pursuant to Notice, taken at the above

19  place, date and time, before DENISE ZIVKU, a

20  Notary Public within and for the State of

21  New York.

22

23

24

25

Page 199

1
2

A P P E A R A N C E S:

3
4      NATHANIEL B. SMITH, ESQ.
       Attorneys for Plaintiff
5           111 Broadway
            New York, New York 10006
6
7
       JOHN LENOIR, ESQ.
8      Attorneys for Plaintiff
            829 Third Street NE
9           Washington, D.C. 20002
10
11     NEW YORK CITY LAW DEPARTMENT
       OFFICE OF CORPORATION COUNSEL
12     Attorneys for Defendant
       THE CITY OF NEW YORK
13          100 Church Street
            New York, New York 10007
14     BY:  RYAN G. SHAFFER, ESQ.
15
16     SCOPPETTA SEIFF KRETZ & ABERCROMBIE
       Attorneys for Defendant
17     STEVEN MAURIELLO
            444 Madison Avenue
18          New York, New York 10022
       BY:  WALTER A. KRETZ, JR., ESQ.
19
20
        IVONE, DEVINE & JENSEN, LLP
21      Attorneys for Defendant
        DR. ISAK ISAKOV
22          2001 Marcus Avenue
            Lake Success, New York 11042
23      BY:  BRIAN LEE, ESQ.
24
       (Continued.)
25