UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,  10CV6005(RSW)

                Plaintiff,

      -against-  DECLARATION OF
  SERVICE OF
  BRIAN E. LEE

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity, CAPTAIN THEODORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOFF, Tax Id. 894025, Individually and in his Official Capacity, SGT FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, and P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants"), JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in her Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                Defendants.
------------------------------------------------------------------------------x

      BRIAN E. LEE, declares the following pursuant to 28 USC §1746, under penalty of perjury:

That I am a Member of Ivone, Devine & Jensen, LLP, the attorneys for the defendant ISAK ISAKOV, M.D., and am fully familiar with the facts and circumstances of this action by virtue of a review of the file in my office.

That on January 30, 2015, I served the Amended motion papers in this matter on all parties, via secure e-mail as agreed by and between the parties. The following items were served:

    Amended Notice of Motion dated January 30, 2015
    Amended Memorandum of Law dated January 30, 2015
    Amended Declaration of Brian E. Lee dated January 30, 2015 with Exhibits:
        Exhibit A:  Second Amended Complaint
        Exhibit B:  Answer of Dr. Isakov to Second Amended Complaint
        Exhibit C:  Records of Jamaica Hospital medical Center (being filed under seal)
        Exhibit D:  Excerpts of deposition of plaintiff
        Exhibit E:  Excerpts of depositions of City witnesses
        Exhibit F:  Third Amended Complaint
        Exhibit G:  Order of Judge Sweet dated January 16, 2015
    Affidavit of Isak Isakov dated December 22, 2014 (being filed under seal)
    Local Rule 56 Statement of Material Facts dated December 22, 2014

Dated:    Lake Success, New York
           January 30, 2015

                    Yours, etc.,

                    IVONE, DEVINE & JENSEN, LLP

                    /s/ Brian E. Lee
        By:  _____
                    BRIAN E. LEE (9495)
                    Attorneys for Defendant
                    ISAK ISAKOV, M.D.
                    2001 Marcus Avenue, Suite N100
                    Lake Success, New York 11042
                    (516) 326-2400