

LAW OFFICE OF
NATHANIEL B. SMITH
ATTORNEY AT LAW
111 BROADWAY
NEW YORK, NEW YORK 10006

NATHANIEL B. SMITH

TEL: (212) 227-7062
FAX: (212) 346-4665

February 2, 2015

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        *Schoolcraft v. The City of New York, et al.,*
        *10-cv-6005 (RWS)*

Dear Judge Sweet:

    As one of plaintiff's counsel and with the consent of all defense counsel, I am writing to the Court to request that the current summary judgment scheduled be modified to provide an additional week for opposition papers and two weeks for reply papers. The reason for the request is that late last week on Friday, January 30, 2015, the defendants filed extensive supplemental papers on their motions for summary judgment responding to the recently-filed Third Amended Complaint. Accordingly, I am requesting that the Court approve a modification that provides that opposition to the motions for summary judgment be filed by February 11, 2015 and that replies to oppositions be filed by February 25, 2015. All defense counsel consent to this request.

Respectfully submitted,

Nathaniel B. Smith

By Fax (212-805-7925)
All Counsel
(by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/15

So ordered
Sweet
USDJ
2-2-15