Frank G. Dowling, M.D.
Long Island Behavioral Medicine, PC
1727 Veterans Memorial Highway - Suite 300
Islandia, NY 11749
P: 631-656-0472
F: 631-656-0634

Medical Advisor
Police Organization Providing Peer Assistance
32 Broadway, Suite 1401
NY, NY 10004

Clinical Associate Professor
Department of Psychiatry
SUNY at Stony Brook
Stony Brook, NY 11794

## Education

| | |
|---|---|
| 1981-1985 | BA, Harvard College, Cambridge, Massachusetts |
| 1985-1989 | M.D., SUNY at Stony Brook, School of Medicine |
| 1989-1993 | Resident in Psychiatry, University Hospital at Stony Brook, Stony Brook, New York |

## Academic Appointments

| | |
|---|---|
| 1992-1993 | Chief Resident, Department of Psychiatry, University Hospital at Stony Brook, Stony Brook, NY |
| 1993-2004 | Clinical Assistant Professor, Department of Psychiatry, SUNY at Stony Brook, Stony Brook, NY |
| 2004- | Clinical Associate Professor, Department of Psychiatry, SUNY at Stony Brook, Stony Brook, NY |

## Professional Appointments

| | |
|---|---|
| 1993-1995 | Staff Psychiatrist, Northport VAMC, Northport NY |
| 1995-1999 | Attending Psychiatrist, Psych-Systems of Long Island, Smithtown, NY |
| 1995-2000 | Attending Physician, St. John's Episcopal Hospital, Smithtown, NY |
| 1993- | Attending Physician, Department of Psychiatry, University Hospital at Stony Brook, Stony Brook, NY |
| 2000- | Attending Psychiatrist, St. Catherine of Siena Hospital, Smithtown, NY |
| 2006- | Medical Director, Clubhouse PROS (Personalized Recovery Oriented Services), Ronkonkoma, NY |

## Certifications

| | |
|---|---|
| 1996-2006 | Diplomate, American Board of Psychiatry and Neurology |
| 2006-2016 | Recertified, American Board of Psychiatry and Neurology |

## Consultation, Board Appointments

| | |
|---|---|
| 1998- | Consultant, POPPA (Police Organization Providing Peer Assistance), the confidential, voluntary non-departmental member assistance program for the NYCPD |
| 1999- | Medical Advisor, POPPA |
| 2000- | Consultant, Special Review Committee, The Clubhouse, Inc., a peer oriented psychosocial recovery program |
| 2006- | Medical Director, the Clubhouse, Inc. |
| 2004- | Steve Young Memorial Scholarship Advisory Committee, a joint FOP and US DOL $2,000,000 program to assist surviving spouses of officers killed in the line of duty by helping them to regain their footing by helping them to enhance their careers or seek new employment opportunities |
| 2007- | Long Island Word Trade Center Medical Monitoring and Treatment Programs, Department of Medicine, University Medical Center at Stony Brook |

## Association Memberships and Activities

| | |
|---|---|
| 1993- | American Psychiatric Association, New York State Psychiatric Association, Greater Long Island Psychiatric Association (GLIPS) |
| 1996-2007 | Chair, Committee on Legislation, Greater Long Island Psychiatric Society |
| 1996- | American Medical Association (AMA), Medical Society of the State of New York (MSSNY), Suffolk County Medical Society (SCMS), Suffolk County Academy of Medicine |
| 2000- | Board of Directors, Suffolk County Medical Society |
| 2001-2005 | Secretary/Treasurer, Greater Long Island Psychiatric Society |
| 2002-2003 | Treasurer, Suffolk County Medical Society |
| 2003-2004 | Secretary, Suffolk County Medical Society |
| 2004-2005 | Vice President, Suffolk County Medical Society |
| 2005-2006 | President-Elect, Suffolk County Medical Society |
| 2006-2007 | President, Suffolk County Medical Society |
| 2003-2011 | Delegate to MSSNY House of Delegates |
| 2005- | Member, Committee on Addiction and Psychiatric Medicine, MSSNY |
| 2002-2003 | Treasurer, Suffolk County Academy of Medicine |
| 2003-2004 | Secretary, Suffolk County Academy of Medicine |
| 2004-2005 | Vice President, Suffolk County Academy of Medicine |
| 2005-2006 | President, Suffolk County Academy of Medicine |
| 2002- | International Critical Incident Stress foundation (ICISF) |
| 2005-2007 | Vice Chair, Committee for Addiction and Psychiatric Medicine, Medical Society of the State of New York |
| 2006- | Member, Task Force on Bioterrorism and Emergency Preparedness, Medical Society of the State of New York |

| | |
|---|---|
| 2007-2010 | Co-Chair, Committee for Addiction and Psychiatric Medicine, Medical Society of the State of New York |
| 2007-2009 | Chair, Task Force on Alcohol and Health, Medical Society of the State of New York |
| 2009-2010 | Vice Chair, Committee on Bioterrorism and Emergency Preparedness, Medical Society of the State of New York |
| 2009-2010 | Advisory Committee Member, Veterans Mental Health Training Initiative, Co-Sponsored by NASW, MSSNY, and NYSPA. |
| 2010- | Councilor, Medical Society of the State of New York |
| 2010-2011 | Assistant Commissioner, Commission on Public Health and Science, Medical Society of the State of New York |
| 2011- | Commissioner, Commission on Public Health and Science, Medical Society of the State of New York |
| 2011- | Chair, MSSNY Task Force/Committee on Passage and Implementation of Collective Negotiations |
| 2012- | NYS Department of Health Prevention Agenda Priority Workgroup: Promote Mental Health and Prevent Substance Abuse Ad Hoc Committee |
| 2013- | NYS Bureau of Narcotic Enforcement, ISTOP Advisory Committee |

## Community Activities

| | |
|---|---|
| 1994-2008 | CYO Soccer Coach |
| 1998-2008 | Suffolk Interleague Soccer Coach |
| 2000- | Schools Committee, Harvard College, Long Island Chapter |
| 2000-2003 | Board Member, Medical School Alumni Chapter of SUNY at Stony Brook Alumni Association |

## Honors/Recognitions

| | |
|---|---|
| 1981-1985 | Dean's List, each semester, Harvard College |
| 1998 | Appreciation Award, from New York Association for Psychosocial Rehabilitation Services, for work on behalf of Mental Health Parity |
| 2003 | Bruno Lima Award, from the American Psychiatric Association, for "outstanding contributions of district branch members to the care and understanding of victims of disasters" |
| 2004 | Distinguished Fellow, American Psychiatric Association |
| 2005 | Distinguished Service Award, Greater Long Island Psychiatric Society |

## Research Projects

| | |
|---|---|
| 1992-1994 | Consulting Psychiatrist, The Suffolk County Mental Health Project, a long-term naturalistic follow up study of patients with new onset psychosis |
| 1993-1994 | Consulting Psychiatrist, Neurobehavioral Syndromes in Lyme Disease |
| 1993-1995 | Participating Psychiatrist. A Double-Blinded Study of Sertraline vs. Imipramine in Double Depression and Chronic Major Depression |

| | |
|---|---|
| 1997-2000 | Co-Investigator. Nefazodone and Cognitive Behavioral Analysis System of Psychotherapy in Chronic Depression |
| 1999-2000 | Participating Psychiatrist. A Double-Blinded, Multi-Center Study Comparing the Safety and Efficacy of Zyprasidone and Olanzepine in Schizophrenia and Schizoaffective Disorder |
| 2000-2001 | Participating Psychiatrist. A Continuous Trial of Rapid Initial Dose Escalation of Olanzepine to Treat Acute Behavioral Agitation in Schizophrenia and Bipolar I Disorder. |
| 2002-2006 | Co-Investigator, NIMH Contract UO1 MH062546, "CBASP Augmentation for Treatment of Chronic Depression". Funded; total direct costs: $838,320. |
| 2004-2005 | Co-Investigator, "Open Trial of CBT for PTSD in Police Officers." A collaboration between the Police Stress and Health Center (associated with UCSF) and POPPA, studying a model of CBT designed specifically for police officers exposed to WTC and other job related traumas. |

## Presentations/Abstracts

1. Dowling FG, Pato MP, Pato CN. OCD and Schizophrenia: A Literature Review. Presented at the APA, San Francisco, 1993.

2. Pato, MP, Dowling FG, Jandorf L Pato CN, Dual Diagnosis: OCD and Schizophrenia in the ECA Study. Presented at the APA, San Francisco, 1993.

3. Francis AF, Bush G, Petrides G Dowling FG, Fink M. Treatment of Catatonia: a Prospective Study and Quantative Response. Presented at the APA, San Francisco, 1993.

4. Dowling FG. The Psychiatrist as Advocate. Focus on Parity and Patient Protection Legislation. Presented at Grand Rounds, Department of Psychiatry, SUNY at Stony Brook, March 7, 1999.

5. Dowling FG, Klein DN. Antidepressant Medication, Psychotherapy, and Their Combination in the Treatment of Chronic Depression. Presented at Grand Rounds, Department of Psychiatry, SUNY at Stony Brook, October 10, 2000 (and various other locations).

6. Dowling FG. The Hopes and Realities of New Medications. Presented at Long Island Mental Illness Awareness Day, sponsored by The Clubhouseof Suffolk, Inc., Huntington Station, NY, October 12, 2001, October 11, 2002, and October 15, 2004 (updated each year).

7. Dowling FG, Genet B, Moynihan EM. Police Organization Providing Peer Assistance and Its Response to the Mental Health Needs of Police Officers After the

World Trade Center Disaster. Presented to the NYC EAPA February 26, 2002 (and other locations).

8. Dowling FG. Treatment of Psychological Trauma in the Aftermath of the World Trade Center Attacks. CME Presentation, SUNY at Stony Brook, School of Medicine, April 13, 2002 (and other locations).

9. Genet B, Moynihan G, Dowling FG, and Mack R. How POPPA Met the Challenges of the World Trade Center Attack. Presented at the Seventh World Congress on Stress, Trauma and Coping, "Crisis Intervention in a Changing World." Baltimore, MD, Feb 12-16, 2003.

10. Genet B, Moynihan G, Dowling FG, and Mack R. NYC POPPA's Application of CISM and Post-Vention After the World Trade Center Attack. Presented at the Seventh World Congress on Stress, Trauma and Coping, "Crisis Intervention in a Changing World." Baltimore, MD, Feb 12-16, 2003.

11. Genet G, Brown J, Moynihan G, Dowling F. POPPA: a Unique Partnership of Public and Private Agencies Merging Peers with Professionals to Assist Police Officers with Stress Related Problems. Presented at the Homeland Defense Training Conference, "Psychosocial Aspects of Complex Emergencies," Washington, D.C. June 1-2, 2005.

12. Dowling F, Genet B. POPPA: Using Volunteer Peers to Assist Officers of the NYCPD. Presented at the American Psychiatric Association's 57th Institute for Psychiatric Services, Achievement Awards Workshop, San Diego, California, October 6, 2005.

13. New Frontiers for Recovery: Integrating Health and Mental Health Care. Workshop presented at Mental Illness Awareness Day, sponsored by Clubhouse of Suffolk, Inc., Huntington Station, NY, October 21, 2005.

14. I Get By With a Little Help from My Friends: Using Volunteer Peers to Assist Police Officers of the NYPD. Presented at Grand Rounds, North Shore University Hospital (affiliate of New York University School of Medicine), Manhasset, NY, January 27, 2006 (and various locations).

15. Dowling F, Abelson G, Moynihan G. Forming a Therapeutic Alliance with Police Officers. Presented at the American Psychiatric Association's 58th Institute for Psychiatric Services, New York, New York, October 5, 2006.

16. Healthy Conversations with Your Doctor. Workshop presented at Mental Illness Awareness Day, sponsored by Clubhouse of Suffolk, Inc., Melville, NY, October 18, 2007.

17. Selzer J (primary author) Helping Patients Who Drink Too Much. CME Presentation, MSSNY Task Force on Alcohol and Health (Chair of Task Force), 2007-2008.

18. Dowling F, Willenbring ML, Selzer JA, Wetterau N. Helping Patients Who Drink Too Much. CME Round Table Audio CD, recorded march 7, 2008 at Full House Productions, NY, NY.

19. Dowling F, Sadler P. The Role of Psychiatry in PROS. Workshop presented at New York Association of Psychosocial Rehabilitation Services Annual Conference, Ellenville, NY, September 5, 2008.

20. Dowling, F. Body, Mind, and Soul: Aligning Health and Mental Health in Your Plans and Care. Workshop presented at Mental Illness Awareness Day, sponsored by Clubhouse of Suffolk, Inc., Melville, NY, October 17, 2008.

21. Hannan, D T, Katz C, Jones C, Dowling F. Psychological Impact of Disaster and Terrorism: Tending to the Hidden Wounds. CME Round Table Audio CD, supported by a grant from NYSDOH, recorded April 2, 2009 at Full House Productions, NY, NY.

22. Dowling F, Pandolfo G. PTSD and TBI: How to Identify and What to Do Next. Workshop presented at Symposium on Enhancing Community Capacity to Meet the Needs of Returning Service Members and Their Families, Co-Sponsored by National Association of Social Work-NY State Chapter, Medical Society of the State of New York, and New York State Psychiatric Association, Uniondale, NY, September 16, 2009.

23. Dowling F. PTSD and TBI: How to Identify and What to Do Next. CME Workshop presented at Symposium on Enhancing Community Capacity to Meet the Needs of Returning Service Members and Their Families, Co-Sponsored by National Association of Social Work-NY State Chapter, Medical Society of the State of New York, and New York State Psychiatric Association, Rochester, NY, November 19, 2009 (and other dates).

24. Dowling F, and Genet B. POPPA: Using Volunteer Peer Officers for Building Resiliency and Preventing Suicides of Warriors. Presented at Annual DoD/VA Suicide Prevention Conference: Building Strong and Resilient Communities, Washington, DC, January 14, 2010.

25. Dowling F. POPPA: Using Volunteer Peers to Assist Officers of the NYPD, Department of Psychiatry Grand Rounds, SUNY at Stony Brook, Stony Brook, NY, June 8, 2010.

26. Dowling F and Genet B. Using Volunteer Peers for Building Resiliency and Suicide Prevention: Best Practices in Peer Support Programs. Presented at Defense Center of

Excellence on Psychological Health and Traumatic Brain Injury Monthly Webinar, Silver Spring, MD, January 27, 2011.

27. Dowling F and Genet B. POPPA: Using Volunteer Peers for Building Resiliency and Suicide Prevention: Workshop presented at Annual DoD/VA Suicide Prevention Conference: All the Way Home: Preventing Suicide Among Servicemembers and Veterans, Boston, MA, March 16, 2011.

28. Dowling F. Psychopharmacology of PTSD and Related Disorders for the Non-Medical Professional: Continuing Education Workshop presented at the Veterans Mental Health Initiative Conferences, Sponsored by National Association of Social Work, NY Chapter, Poughkeepsie, NY, February 17, 2012 (and other dates).

**Publications**

1. Dowling FG, Francis AF. Aortic Aneurysms and ECT. *Convulsive Therapy* 9: 121-26, 1993.

2. Dowling FG, Pato MP, Pato CN. Obsessive-Compulsive Disorder and Schizophrenia: A Literature Review. *Harvard Review of Psychiatry* 3 (2): 75-83, 1996.

3. Bush G, Petrides G, Dowling F, Fink M, and Francis A. Catatonia: I, Rating Scale and Standardized Examination.. *Acta Psychiatrica Scandinavia* 93: 129-136, 1996.

4. Bush G, Petrides G, Dowling F, Fink M, and Francis A. Catatonia II. Treatment with Lorazepam and Electroconvulsive Therapy. *Acta Psychiatrica Scandinavia* 93: 138-143, 1996.

5. Klein D, Schatzberg A, McCullough A, Keller M, Dowling F, Goodman D, Howland R, Markowitz J, Smith C, Miceli R, Harrison WM, Early-Versus Late-Onset Dysthymic Disorder: Comparison in Out-Patients with Superimposed Major Depressive Episodes:. *Journal of Affective Disorders*: 52 (1-3): 187-96, 1999.

6. Klein DN, Schatzberg AF, McCullough JP, Dowling F, Goodman D, Howland RH, Markowitz JC, Smith C, Thase ME, Rush AJ, LaVange L, Harrison WM, Keller M. Age of Onset in Chronic Major Depression: Relation to Demographic and Clinical Variables Family History and Treatment Response. *Journal of Affective Disorders* 55: 149-157, 1999.

7. Santiago NJ, Klein DN, Vivian D, Vocisano C, Dowling F, Arnow BA, Manber R, Markowitz JC, McCullough JP, Riso LPL, Rothbaum BO, Rush AJ, Thase ME, Keller MB. Pretreatment Correlates of the Therapeutic Alliance in the Chronically Depressed. *Journal of Contemporary Psychotherapy*. 32 (4): 281-90, Winter, 2002.

8. Dowling FG Moynihan, EM. Re: New York City Police Suicides (letter to the editor). *American Journal of Psychiatry.* 161 (4): 767, 2004.

9. Sheehan DC, Everly GS, and Langlieb A. et. al. Current Best Practices: Coping with Major Critical Incidents. *FBI Law Enforcement Bulletin*. 73 (9): 1-13, September 2004. (contributing author)

10. Manber R, Blasey C, Arnow B, Markowitz JC, Thase ME, Rush, AJ, Dowling F, Koscis J, Trivedi M, and Keller MB. Assessing Insomnia Severity in Depression: Comparison of Depression Rating Scales and Sleep Diaries. *Journal of Psychiatric Research*. 39 (5): 481-88, 2005

11. Dowling FG, Genet W, Moynihan EM. I Get By With a Little Help From My Friends: a Confidential Peer Based Assistance Program for Police Officers. *Psychiatric Services*. 56 (7): 870-71, 2005.

12. Dowling, FG, Moynihan EM, Genet W, Lewis J. A peer based program for NYPD officers: report on the effects of 9/11/01. *American Journal of Psychiatry*, 163 (1): 151-153, 2006.

13. Klein DN, Arnow BA, Barkin MA, Dowling F, Kocsis JH, Leon AC, Manber R, Rothbaum RO, Trivedi MH, Wisniewski SR. Early Adversity in Chronic Depression: Clinical Correlates and Response to Pharmacotherapy. *Depression and Anxiety*, 26: 701-710, 2009.

14. Klein DN, Leon AC, Chunshan L, D'Zurilla TJ, Black SR, Vivian D, Dowling F, Arnow BA, Manber R, and Kocsis J. Social Problem Solving and Depressive Symptoms Over Time: A Comparison of the Effects of Cognitive Behavioral Analysis System of Psychotherapy, Brief Supportive Psychotherapy, and Pharmacotherapy, *Journal of Clinical and Consulting Psychology*, In Press, 2011.

15. Dowling F and Jones K. Special Populations: *Disaster Psychiatry: Readiness, Evaluation and Treatment*, 6, pp89-110. Edited by Frederick J Stoddard, Jr., Anand Pandya, and Craig L Katz, American Psychiatric Press, Inc., Washington DC, In Press 2011.

16. Mysels DJ, Sullivan MA, and Dowling F. Substance Abuse: *Disaster Psychiatry: Readiness, Evaluation and Treatment*, 8, pp 121-146. Edited by Frederick J Stoddard, Jr., Anand Pandya, and Craig L Katz, American Psychiatric Press, Inc., Washington DC, In Press 2011.

17. Stoddard FJ and Dowling F. Psychopharmacology Post-Acute Phase: *Disaster Psychiatry: Readiness, Evaluation and Treatment*, 16, pp261-285. Edited by Frederick J Stoddard, Jr., Anand Pandya, and Craig L Katz, American Psychiatric Press, Inc., Washington DC, In Press 2011.

(rev. February 17, 2014)