Page 319

1              M. Marino
2           You can answer.
3      A.    That's correct.
4      Q.    At any other time from when
5  you first showed up at the scene until
6  the end of the incident, did you have
7  any physical contact with Adrian
8  Schoolcraft?
9           MS. PUBLICKER METTHAM:
10     Objection.
11          You can answer.
12     A.    Not that I can recall, no.
13     Q.    What happened next?
14     A.    I left and he went to the
15 hospital.
16     Q.    After Officer Schoolcraft was
17 handcuffed, was he searched?
18     A.    I assume so, but I didn't see
19 it.
20     Q.    At any time was his apartment
21 searched?
22          MS. PUBLICKER METTHAM:
23     Objection.
24          You can answer.
25     A.    Not that I saw, no.