Page 160

1               F. M. SAWYER
2      Q.    Did James tell you that she had
3  tried to restrain Schoolcraft?
4      A.    I don't recall her doing so.
5      Q.    Did you say anything to
6  Schoolcraft when you were applying the
7  cuffs to him?
8      A.    I don't --
9            MS. PUBLICKER METTHAM:
10     Objection.
11           You can answer.
12     A.    -- I don't recall making any
13 statement to him.
14     Q.    Did you tell him this is what
15 happens to rats?
16     A.    Absolutely not.
17     Q.    Did you squeeze the handcuffs
18 tight?
19           MS. PUBLICKER METTHAM:
20     Objection.
21           You can answer.
22     A.    I don't recall how the cuffs
23 were placed on.
24     Q.    Who placed the cuffs on?
25     A.    I don't even recall who