UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                Plaintiff,

    - against -

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity, CAPTAIN THEODORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOUGH, Tax Id. 894025, Individually and in his Official Capacity, SERGEANT FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, Individually and in his Official Capacity and CAPTAIN TIMOTHY TRAINER Tax Id. 899922, Individually and in Their Official Capacity and P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants"), JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in her Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE" # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                Defendants.
------------------------------------------------------------------X

10CV6005 (RWS)

**DECLARATION OF MATTHEW J. KOSTER**

Callan, Koster,
Brady & Nagler, LLP
Counselors And
Attorneys At Law
One Whitehall Street
New York, New York 10004
212-248-8800

MATTHEW J. KOSTER, ESQ., pursuant to 28 USC § 1746, declares under penalty of perjury that the following is true, based upon his personal knowledge and review of the file in this action:

1. I am associated with the law firm of Callan, Koster, Brady, Brennan & Nagler, LLP, attorneys for defendant DR. LILIAN ALDANA-BERNIER, in the above-entitled action. I am fully familiar with the facts and circumstances of this case based on a review of the file materials maintained in this office.

2. This declaration is submitted in opposition to the motion of plaintiff ADRIAN SCHOOLCRAFT (hereinafter plaintiff) for summary judgment on liability for violating his constitutional rights and for such other and further relief as this Court may deem just and proper.

3. Attached as Exhibit "A" is a true and accurate copy of defendant Dr. Lillian Aldana-Bernier's Deposition Transcript dated February 11, 2014.

4. Attached as Exhibit "B" is a true and accurate copy of Dr. Laurence Tancredi's affidavit dated February 11, 2015.

5. Attached as Exhibit "C" is a true and accurate copy of portions of Dr. Catherine Lamstein-Reiss's deposition transcript dated January 30, 2014.

6. Attached as Exhibit "D" is a true and accurate copy of plaintiff's medical records from Jamaica Hospital Medical Center with redactions.

7. Attached as Exhibit "E" is a true and accurate copy of the Dr. Aldana-Bernier's memo of law in support of her motion for summary judgment dated January 30, 2015.

**WHEREFORE**, it is respectfully requested that plaintiff's motion for summary judgment be denied in its entirety.

Dated:     New York, New York
           February 11, 2015

                                                    _____
                                                    MATTHEW J. KOSTER

TO:    NATHANIEL SMITH, ESQ.
       111 Broadway, Suite 1305
       New York, New York 10006
       (212) 227-7062
       natbsmith@gmail.com

       Walter A. Kretz, Jr., Esq. (WK-4645)
       SCOPPETTA SEIFF KRETZ & ABERCROMBIE
       Attorneys for Defendant
       DEPUTY INSPECTOR STEVEN MAURIELLO
       444 Madison Avenue, 30th Floor
       New York, New York 10022
       (212) 371-4500
       wakretz@seiffkretz.com

       Gregory J. Radomisli, Esq. (GJR2670)
       MARTIN, CLEARWATER & BELL, LLP
       Attorneys for Defendant
       JAMAICA HOSPITAL MEDICAL CENTER
       220 East 42nd Street
       New York, New York 10017-5842
       (212) 697-3122
       radomg@mcblaw.com

       Brian E. Lee, Esq. (BL9495)
       IVONE, DEVINE & JENSEN, LLP
       Attorneys for Defendant
       ISAK ISAKOV
       2001 Marcus Avenue, Suite N100
       Lake Success, New York 11042
       (516) 326-2400
       brianelee@idjlaw.com

       Ryan Shaffer
       Senior Assistant Corporation Counsel

ZACHARY W. CARTER,, ESQ.
CORPORATION COUNSEL OF THE CITY OF NEW YORK
Attorneys for CITY Defendants
NEW YORK CITY POLICE DEPARTMENT
Special Federal Litigation Division
New York City Law Department
100 Church Street, Room 2-124
New York, New York 10007
(212) 788-8703
rshaffer@law.nyc.gov