1           C. LAMSTEIN-REISS, M.D.

2    It's actually teaching specific skills

3    that's not as simple as just, it's not like

4    just go talk about what's bothering you.

5         Q.      When you wrote this entry, how

6    much treatment did you anticipate would be

7    required?

8              MS. PUBLICKER METTHAM:

9         Objection.

10        A.      That would be between him and

11   the treatment provider.  We don't mandate

12   treatment.  We never mandate.  We recommend

13   it.

14        Q.      Okay, well, when you recommended

15   treatment, how long a course of treatment

16   were you recommending?

17             MS. PUBLICKER METTHAM:

18        Objection.

19        A.      I was recommending providers who

20   do a certain type of therapy.  I thought

21   that would be most helpful to him and that

22   would be between him and the provider.

23   Typically, CBT tends to be a shorter course

24   of treatment compared to other things.

25        Q.      How long is the CBT course of

1           C. LAMSTEIN-REISS, M.D.

2    medication.   It's sometimes prescribed for

3    other reasons, such as bipolar disorder.

4    Sometimes it's given in addition to

5    antidepressants, could be other off label

6    uses.   Typically, not the only medication

7    prescribed unless that's -- other

8    medications have tried and failed or given

9    for psychosis or bipolar disorder.

10       Q.      As April 15, 2009, did

11   Schoolcraft present to you as somebody who

12   was suffering from some sort of psychosis?

13               MS. PUBLICKER METTHAM:

14       Objection.

15       A.      I did not observe any psychotic

16   symptoms.   So it did not appear to me that

17   he was psychotic.

18       Q.      Did it appear to you at any time

19   that he was psychotic?

20       A.      Later on in the case I began to

21   wonder if that was the case and I was not

22   sure.   That's one of the theories I have

23   looking back on it.

24       Q.      When did you start wondering

25   about whether or not he was psychotic?

Page 154

1                    C. LAMSTEIN-REISS, M.D.

2        A.        When -- a few months later when

3    I -- for example, I tell him something

4    repeatedly and then he was still say he was

5    wasn't sure what I was talking about or

6    things like I have a whole conversation with

7    him about something and then he tells the

8    media something completely different --

9        Q.        The media?

10       A.        -- from our conversation.  Then

11   I don't know if that was intentional or if

12   he wasn't able to comprehend our

13   conversation.  That didn't seem to be the

14   case in the beginning.  I don't know how to

15   explain that.

16                  I also informed by IAB that

17   while he was in the hospital he told them he

18   was either taking or was prescribed or was

19   recommended a different antipsychotic

20   medication and they thought he might be

21   schizophrenic.  I have no idea because I

22   have not seen him since then.  So I don't

23   know.  I really, I really have no idea, you

24   know, what the accurate diagnosis is or

25   what's going on.

Page 155

1                    C. LAMSTEIN-REISS, M.D.

2        Q.        My question is when did you

3   start having these thoughts that maybe he

4   was psychotic?

5                    MS. PUBLICKER METTHAM:

6        Objection.

7        A.        At some point after I stopped

8   seeing him.

9        Q.        Well that's sometime from

10  October 27, 2009 and today, right?  Can you

11  be a little bit more specific about the time

12  frame about when you first start becoming to

13  believe that possibly he was psychotic?

14                   MS. PUBLICKER METTHAM:

15       Objection.

16       A.        At some point within the first

17  few months after I stopped seeing him I

18  wondered if that was a possibility.  I

19  really did not have any kind of clear

20  opinion one way or the other because there

21  was too many things I did not know and too

22  much information I did not know and too many

23  things that didn't make sense.  So not sure.

24       Q.        You never formed a conclusion or

25  opinion about whether or not he was a

Page 156

1                C. LAMSTEIN-REISS, M.D.

2    psychotic?

3         A.        Correct.

4         Q.        To this day you don't have an

5    opinion?

6         A.        I do not.  I have no idea.

7         Q.        What was the information or the

8    fact or the conversation that led you to

9    believe that maybe there's some possibility

10   that maybe he was psychotic?

11        A.        It's -- I want to be -- like the

12   type of psychotic symptoms I'm thinking of

13   is maybe if there were delusions as opposed

14   to hallucinations or anything like that.

15   It's a bunch of little things. I now am

16   hearing of two different doctors, two

17   different psychiatrists who thought he

18   needed an antipsychotic medication.  That he

19   repeatedly was saying things like I never

20   told him why he got restricted when I did.

21   Is that a lack of comprehension.  I don't

22   know.  Sometimes when people have tape

23   recorders all over their home and that kind

24   of stuff, it could be that they're

25   delusional.  Maybe not.  The only bit of

1              C. LAMSTEIN-REISS, M.D.

2   brief information that I got from the

3   hospital was that he had some strange

4   beliefs, but they didn't think he was a

5   danger to him himself or others.

6              So it's all those little things

7   that makes me wonder and no close friends

8   that he trusts to tell anything to, anything

9   real personal to except his father.  Like a

10  lack of trusting people in that regard.

11             So it was a bunch all those

12  little things together that makes me wonder

13  if that is that what's going on or part of

14  what's going on and that's not something I

15  had thought during the three times I saw

16  him.  It seemed to be -- except for the

17  missing part about why a doctor prescribes

18  an antipsychotic, except for that, it seemed

19  to be a much more simple thing of someone

20  experiencing life stresses and having

21  physical symptoms of stress that were

22  bothersome and reaction to that.

23             Now I have no idea what to

24  believe with not being able to interview him

25  and get full records from any treatment

Page 158

1              C. LAMSTEIN-REISS, M.D.

2    providers.  I really have no opinion one way

3    or the other.  Something I wonder.  I really

4    have no idea.

5         Q.       What were the facts or the

6    conversations or the events that led you to

7    first believe that possibly Schoolcraft was

8    antipsychotic or is psychotic?

9              MS. PUBLICKER METTHAM:

10        Objection.

11        A.       The first time I wondered that

12   was when I saw him in -- I think it was

13   October 27.  On or about October 27th and I

14   said, you know, I know your dad said we

15   never told why you were restricted, maybe

16   you just never wanted to tell him, it's not

17   his business and he said yeah, why am I.

18   That was the first time that made me

19   question because we notice that sometimes

20   people who don't understand something pretty

21   basic after a period of time it could be

22   that they have a thought disorder.  I no

23   longer think that because the reason I now

24   know that he was taping and I think maybe he

25   just wanted me to say it on tape.  So I no

1                    C.  LAMSTEIN-REISS, M.D.

2    longer think that was a thought disorder,

3    but then later on I reread the file and

4    putting different things together I could

5    see a possible hint that maybe he -- maybe

6    there was some kind of paranoid delusions.

7          Q.       Well, when did you reread the

8    file where you started forming this belief?

9                    MS. PUBLICKER METTHAM:

10         Objection.

11         A.       I would say within the first few

12   weeks after I stopped seeing him.  When I

13   heard that the hospital prescribed an

14   antipsychotic or recommended an

15   antipsychotic and according to Schoolcraft

16   telling IAB, who told me, that they thought

17   he might be schizophrenic, as well as

18   hearing that, you know, he had tape

19   recorders everywhere.  That's something that

20   paranoid delusional people do and something

21   that people could do for other reasons, but

22   it would lead one to question.

23         Q.       All right, so, was it when IAB

24   told you about what they believe occurred at

25   Jamaica Hospital, is that when you first

Page 160

1                    C. LAMSTEIN-REISS, M.D.

2    started believing that possibly there was

3    some psychotic issue with Schoolcraft?

4                    MS. PUBLICKER METTHAM:

5         Objection.

6         A.       I don't remember what

7    specifically led to my starting to think

8    that again.  I know it's that IAB -- one

9    part is that IAB told me that Officer

10   Schoolcraft told them that the hospital

11   thought he was psychotic.

12        Q.       We've got the back up.

13        A.       That was not IAB's opinion.

14   That was --

15        Q.       I'm confused.  When did you

16   first.  Let me rephrase this question.

17                    When was the first time the

18   possibility and when as for date, your time

19   of some sort of reference based on time;

20   when for the first time, did you, in your

21   mind, believe that there was a possibility

22   that Schoolcraft had some sort of delusional

23   or psychotic thoughts?

24                    MS. PUBLICKER METTHAM:

25        Objection.

Page 161

1          C.  LAMSTEIN-REISS, M.D.

2      A.      I believe I answered that.  I

3  will answer it again, see if I'm more clear.

4  The first time I wondered that was October

5  27, 2009.

6      Q.      All right, okay.  That's an

7  answer to my question I don't need anymore

8  explanation.  I would like to ask a follow

9  up to that if you don't mind?

10     A.      Sure.

11     Q.      Did you make any entry of that

12  thought in your file?

13     A.      I did not.

14     Q.      Do you have entries for your

15  meeting with the Schoolcraft on October 27,

16  2009?

17     A.      I do.

18     Q.      And you've read them recently;

19  is that right?

20     A.      Yes.

21     Q.      In fact, you've read them twice;

22  you read them yesterday and you read them

23  about two weeks ago, isn't that right?

24     A.      Yes.

25     Q.      And you also listened to the

Page 205

1                    C. LAMSTEIN-REISS, M.D.

2        Q.        I believe it was a Saturday.

3        A.        Then I was the off that day.

4        Q.        So your regular tour -- or I

5   don't know tours, but to some people that

6   that's a shorthand for some people.  Your

7   regular hours were Monday through Friday 9

8   to 5 sometimes 10 to 6; is that right?

9        A.        Correct.

10       Q.        Okay, you can keep reading,

11   thank you.

12       A.        Firearm removal coordinated by

13   Deputy Inspector Mishula, M-i-s-h-u-l-a, and

14   other names, I don't know if I'm spelling

15   them right.  So you can guess.  And carried

16   out by Sergeant Mc Loon of absence control

17   and P.O. Tomasio of medical bills, Sergeant

18   Gallini ran the firearm check, two firearms

19   ID and shield vouchered at medical division.

20   Shield was in locker.  Two guns were at home

21   and ID card was on his person.  MOS

22   cooperative, but doesn't want restricted

23   duty and I signed my name.

24       Q.        What's the circle after

25   restricted duty?  Is that a circle?