JAMAICA HOSPITAL MEDICAL CENTER

4420/2391 FILE 646-957-2486 (FATHER) P1

SCAN

EMP. INITIAL

# EMERGENCY MEDICINE RECORD

DATE AND TIME OF ARRIVAL 10/31/2009 23:03

MEDICAL RECORD NO. 1298984 | PATIENT TYPE E | PATIENT ACCOUNT NO. 130381015

PATIENT'S NAME: SCHOOLCRAFT ADRIAN | SOCIAL SECURITY NO. | DATE OF BIRTH: 1975 | AGE: 34Y

STREET ADDRESS: 82-60 88 PL | CITY | STATE | ZIP CODE: 11385 | TELEPHONE NO.: 718 470 6224 | PLACE OF BIRTH

FIN CL: 01 | SEX: M | RACE: W | RELIGION: N | MARITAL STATUS: S | FATHER'S NAME | MOTHER'S MAIDEN NAME, FIRST NAME

PRIVATE M.D. NAME OR CLINIC NAME | PATIENT COMPLAINT | LANGUAGE: ENG | INTERP. REQ.: N

MODE OF ARRIVAL | ACCOMPANIED BY | RELATIONSHIP | TELEPHONE NO. | INJURED AT WORK? | AUTO ACCIDENT?

DATE AND TIME OF ACCIDENT | POLICE OFFICER NAME & BADGE NO. | PCT. NO. | REFERRED FROM: ☐ PMD ☐ TRUMP ☐ CLINIC ☐ FP ☐ OTHER

NEXT OF KIN | TELEPHONE NO. | NEXT OF KIN ADDRESS | RELATIONSHIP TO PATIENT

GUARANTOR'S NAME: WORK | STREET ADDRESS | CITY | STATE | ZIP CODE

GUARANTOR'S SOC. SEC. NO. | TELEPHONE NO. | GUARANTOR'S EMPLOYER | ADDRESS | TELEPHONE NO.

PATIENT'S EMPLOYER NAME | STREET ADDRESS | CITY | STATE | ZIP CODE

INSURANCE #1: NAME | GROUP NO. | POLICY NO.

INSURANCE #2: NAME | GROUP NO. | POLICY NO.

HOSPITALIZED PAST 60 DAYS? | IF YES, WHERE AND WHEN? | PLACE OF ACCIDENT | CRIME VICTIM PCT. NO. | CRIME VICTIM COMPLAINT NO.

11/1 [illegible] Ahler K-Fo 65 [illegible]

VITAL SIGNS

| TIME | B.P. | PULSE | RESP | TEMP |
|---|---|---|---|---|
| TIME | B.P. | PULSE | RESP | TEMP |

☐ OXYGEN GIVEN

☐ EKG INITIALS ☐ CARDIAC MONITOR INITIALS ☐ IV ANGIO# INITIALS FLUID INITIALS METHOD INITIAL

☐ ADVANCED DIRECTIVES DISCUSSED HEALTH CARE PROXY ☐ YES ☐ NO AGENT'S NAME:

RN SIGNATURE

| DATE | TIME | | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| DATE | TIME | MEDICATION | DOSE | ROUTE | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ACCOUNTING DEPT COPY

FORM NO. J00018

P2

ePCR 5581845

Agency ID: 731 · Today's Date: 10/31/09

Patient Contact Time: 2140 · Dispatched: 2106 · Left Scene: 2214 · En Route: 2106 · At Destination: 2225 · On Scene: 2115

Crew Member ID: 6577, 7621 · Vehicle Unit #: 5DE3

Transport From Code: 34

Incident Address: 82 60 88 PL · Apt. Number: 2 · Glendale · County Code: 81 · NY · Zip Code: 11385

First Name: Adrian · Last Name: Schoolcraft

Street Address: 82 60 88 PL · County Code: 81 · Age: 34 Years · Glendale · NY · 11385 · Gender: M · Weight: 250

Date of Birth: 1975

P3

1 gm 4 mcg 7 mcg/min 10 LPM 13 mcg/kg/min
2 mg 5 unit 8 gtt/min 11 ml/hr 14 units/hr
3 meq 6 ml 9 mg/min 12 joules 15 inch

IV IM ETT RECtal
IO SQ NEB INHal
SL PO AUTo TRAnsdermal

5581845

## VITALS

| Time | Staff # | Syst. BP | Diast | | Pulse | Respiration | SpO2 | CO2 | Blood Sugar | Pain (0-10) | Temp |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2145 | 1 | 160 | 120 | PAL ☐ | 120 | 20 | | | | | |
| 2155 | 2 | 160 | 110 | PAL ☐ | 118 | 20 | | | | | |
| | | | | PAL ☐ | | | | | | | |
| | | | | PAL ☐ | | | | | | | |

## FLOW CHART

| Treatment/Medication | Time | Staff # | Treat. Code | Dose | Unit | Route | Attempt/Cond | Comments |
|---|---|---|---|---|---|---|---|---|

## NARRATIVE HISTORY

Illness/Injury Onset Date: 10/31/09

■ Medically Necessary ☐ Bed Confined ☐ Required Stretcher ☐ Unconscious ☐ Severe Pain ☐ Needed Restraining ☐ Visible Bleeding ☐ Non-Ambulatory

PMH: ☐ Asthma ☐ Amputee ☐ Chronic Renal Failure ☐ Chronic Respiratory Failure ☐ Cancer ☐ Cardiac ☐ CVA / Stroke ☐ Diabetes ☐ Dialysis ☐ Emphysema ☐ HIV / AIDS ☐ Hypertension ☐ Psychiatric Problems ☐ Seizure Disorder ☐ Substance Abuse ☐ Tracheostomy ☐ Tuberculosis ☐ Other

Allergies: ■ No

Medication: denies

34 y/o male found ambulatory alert and oriented, pt states he has abd pain, nausea and dizziness, pt states he took Nyquil this evening, pt denies taking any other meds upon obtaining vitals pt has ↑BP pt denies med hx, upon entry of ESU, NYPD 30E3 and C513 pt was aggitated and resistant, pt was [illegible] placed in custody and assisted onto stretcher for tx. Capt. Broschart accom pt. pe reveals patent airway, neg SOB, neg cyanosis, L/S clear [illegible] bilat, neg chest pain, abd soft x4 quads, pos nausea x1 day, neg vomiting, pos distal pulses motor sensory x4, ext, pt tried to [illegible] 34 [illegible]. (Before pt was detained pt walked down w/ [illegible] and NYPD, as pt approached bus he turned around stated he did not need help and walked away, pt was then detained and tx resumed, pt is an officer w/ 81 Pct)

Moved to Ambulance By: ■ Chair ☐ Stretcher ☐ Scoop Stretcher ☐ Carried ☐ Walked with Assist ☐ Met at Ambulance

Transport Position: ☐ Supine ☐ Sitting ☐ Shock ☐ Prone ■ Semi / Full Fowlers ☐ Left Lateral Recumbent

Medication / Treatment Authorization: ■ Protocol ☐ On-Line ☐ Written Orders ☐ NA ☐ On-Scene | On-Line Physician | On-Line Med. Facility

SUPPLY

| Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

Agency Definable 1 | 2

**Authorization for Billing / Release of Patient Information / Assumption of Financial Responsibility:** I request that payment of authorized Medicare/Medicaid and/or other insurance benefits be made to the pre-hospital care provider ("Provider") for any services furnished to me. I authorize any holder of hospital or medical information about me to be released to the Provider, Centers for Medicare and Medicaid Services, and/or my insurance carriers and their agents, including any other information needed to determine these benefits or other benefits payable for related services. I permit a copy of this authorization to be used in place of the original. I understand this authorization may be used by the Provider for all services furnished in the future until such time as I revoke this authorization in writing. I agree to assume full financial responsibility for payment of all charges not covered by my insurance carrier as well as any collection costs and/or attorney's fees as allowed by law. Patient: ☐ Unable to Sign ☐ Refused to Sign ☐ PCS Collected ☐ Other Insurance Collected

Authorization Signature: | Date: | Guarantor Signature:

Privacy Notice: I hereby acknowledge that I have been provided with a copy of the Provider's Notice of Privacy Practices explaining how my personal health information is used and understand my individual rights related to this information: | Privacy Notice Signature: | Date:

Patient's Physician Name (please print): | Receiving RN/MD Signature: [signature] | Technician Signature: Jessica Marquez

I Refuse Treatment / Transportation and understand the consequences of my refusal: | Witness Signature for Refusal: | On-Line Medical Control Signature:

P4

**JAMAICA HOSPITAL MEDICAL CENTER**

1/3

SCHOOLCRAFT, ADRIAN
1298984 M DOB: [redacted]/1975 34Y
081X STAFF, PHYSICIAN
ADM: 10/31/2009 130381015 01

## CONSULTATION REPORT

THIS SECTION TO BE FULLY COMPLETED BY THE REQUESTING PHYSICIAN

REQUEST TO: Dr. Patel / Dr. Lwin — DEPT/DIVISION: Psychiatry ER

REQUEST FROM: Dr. Nwaishienyi — DEPT/DIVISION: Medical ER

IMPRESSION: psychotic disorder, NOS

REASON FOR CONSULTATION:

☐ CONSULTATION ONLY ☐ CONSULTATION WITH ORDERS ☐ CONSULTATION WITH FOLLOW-UP

SIGNATURE: DATE: 11/1/09 TIME: 6:30 am

OPINION OF CONSULTANT:

34 years old single white male, police officer, living by himself was brought in by NYPD of 81st Precinct, in hand cuff to Medical ER with complaint of abdominal pain, nausea and dizziness and patient had stated he took Nyquil.

Psych consult was called and reported as patient acting bizzare, hand cuffed and in Police custody.

As per patient, he was not feeling well yesterday, had 'tummy pain' / Abdominal pain and told his supervisor that he is leaving. Patient says while sleeping in his bed, landlord open the door and his colleagues entered and hand cuffed and brought him to Jamaica hospital. He says he is worried about the situation going on. Says this is happening because he has been reporting to his superiors and commissioner about internal affairs of police department. Says he knows his ~~superior~~ supervisors are hiding robbery and assault cases to get higher ranks / position. Says he has paper documentation about this crime and reporting since last year.

→ continue

Consultant Print Name: Signature: Date: Time:

**ORIGINAL - MEDICAL RECORD CARBON COPY - CONSULTANT**

FORM: 110 ITEM: 849 REV. 1/07

P5

JAMAICA HOSPITAL MEDICAL CENTER 2/3

SCHOOLCRAFT, ADRIAN 1298984 M DOB: [redacted]/1975 34Y
ADM:10/31/2009 081X 130381015 01
STAFF, PHYSICIAN

## CONSULTATION REPORT CONTINUATION

Denies past psy hospitalization (or) treatment (or) suicidal attempt.
As per Sergeant James of 81st Precinct, patient complains of not feeling well yesterday afternoon and left his work early after getting agitated and cursing supervisor. They follow him home and he had barricaded himself and the door had to be broken to get to him. He initially agreed to go with them for evaluation but once outside, he ran and had to be chased and brought to the medical ER, handcuffed.
In the medical ER, he became agitated, uncooperative and verbally abusive over telephone use and told his treating MD that 'they are all against me!' ~~As~~ (c.c.)
As per Sergeant James, he was evaluated by NYPD psychiatrist and can not carry a gun or a badge for nearly a year.
Denies any drug (or) Alcohol abuse
Denies any history of family mental illness
No acute medical problem, complained of abdominal pain yesterday and has sinusitis.
Mental Status Examination - 34 years old, white male appropriately dressed and groomed, appears to his stated age. He is coherent, relevant with goal directed speech and good eye contact. He is irritable with appropriated affect. He denies hallucination. He is ? paranoid about his supervisors. He denies suicidal ideation, homicidal ideation at → Cont

Consultant Print Name: Signature: Date: Time:

ORIGINAL - MEDICAL RECORD CARBON COPY - CONSULTANT

FORM: 112 ITEM: 1875 REV. 1/07

P6

JAMAICA HOSPITAL MEDICAL CENTER 3/3

SCHOOLCRAFT, ADRIAN
1298984 M DOB: [redacted]1975 34Y
ADM:10/31/2009 081X
STAFF, PHYSICIAN 130381015 01

## CONSULTATION REPORT CONTINUATION

the present time. His memory and concentration is intact. He is alert and oriented. His insight and judgement are impaired.

Diagnosis

Axis I - psychotic disorder, NOS
II - deferred
III - s/p Abdominal pain, chronic sinusitis.
IV - conflict at worksite
V - 40

Recommendation

1. continue 1:1 observation for unpredictable behaviour and escape risk
2. Transfer to psy ER after medical clearance
3. Discussed with Dr. Nwaishianyi and Sergeant James

Case discussed with Dr. Patel

[signature]
Khin Mar Lwin, MD
Psychiatric Resident

11/1/09 6Am Concur c above Dr & Pt recommendations.
[signature]

Consultant Print Name: Signature: Date: Time:

ORIGINAL - MEDICAL RECORD CARBON COPY - CONSULTANT

FORM: 112 ITEM: 1875 REV. 1/07

P7

JAMAICA HOSPITAL MEDICAL CENTER

PATIENT CLOTHING/VALUABLES INVENTORY

SCHOOLCRAFT, ADRIAN
1298984 M DOB: [redacted]1975 34Y
ADM:10/31/2009 081X 130381015 01
STAFF, PHYSICIAN

1. ALL PATIENTS CLOTHING/VALUABLES/SENT HOME ☐ YES ☒ NO
2. DENTURES TAKEN HOME BY FAMILY MEMBER ☐ YES ☐ NO

UNIT [handwritten]

| INVENTORY OF ITEMS KEPT AT BEDSIDE | ADMISSION DATE/TIME: 11-01-09 ROOM: QUANTITY | DESCRIPTION | TRANSFER DATE/TIME: ROOM ___ TO ___ QUANTITY | DESCRIPTION | TRANSFER |
|---|---|---|---|---|---|
| DENTURES: UPPER DENTURE | | LABELED CUP PROVIDED ☐ | | | |
| LOWER | | LABELED CUP PROVIDED ☐ | | | |
| PARTIAL | | LABELED CUP PROVIDED ☐ | | | |
| CLOTHING/OUTWEAR/FOOTWEAR: COAT/JACKET | | | | | |
| DRESS/HOUSECOAT | | | | | |
| PAJAMAS/NIGHTGOWN | | [handwritten] | | | |
| SLACKS/PANTS/JEANS | ✓ | [handwritten] | | | |
| BLOUSE/T-SHIRT/SWEATER | | [handwritten] | | No [handwritten] | |
| SKIRT/SHORTS | | [handwritten] | | | |
| UNDERWEAR/BRA | ✓ | [handwritten] | | | |
| GLASSES/CONTACTS | | | | | |
| HAT/GLOVES/TIE/BELT | ✓ | | | | |
| PANTYHOSE/SOCKS | | | | | |
| BATHROBE | | | | | |
| SHOES/SNEAKERS | ✓ | | | | |
| BOOTS/SLIPPERS | | | | | |
| MISCELLANEOUS: POCKETBOOK | | | | | |
| CELL PHONE/BEEPER(S) | | | | | |
| WALKER/CANE | | | | | |
| HEARING AID | | | | | |
| OTHER: | | | | | |
| JEWELRY/DESCRIPTION: BRACELET (S) | | | | | |
| EARRING (S) | | NO jewelry | | | |
| NECKLACE (S) | | | | | |
| RING (S) | | | | | |
| WATCH | | | | | |
| OTHER: | | | | | |
| MONEY AMOUNT | | $ 448.00 | | $ | |
| VALUABLES SUBMITTED TO THE CASHIER AND VALUABLES PLACED | | | | | |
| GLASSES/CONTACT(S) | | | | | |
| HEARING AID | | | | | |
| POCKETBOOK/ WALLET | ✓ | | | | |
| RADIO | | | | | |
| CELL PHONE/BEEPER | | | | | |
| OTHER: | | | | | |
| ENVELOPE RECEIPT # | | 83323 | | | |

JAMAICA HOSPITAL MEDICAL CENTER
8900 VAN WYCK EXPWY
Jamaica, N.Y. 11418

83323

Name: SCHOOLCRAFT, ADRIAN 1298984 M DOB: [redacted]/1975 34Y ADM:10/31/2009 081X 130381015 STAFF, PHYSICIAN

Address

This slip serves as receipt for deposit.

** PLEASE NOTE THE INSTITUTION IS NOT RESPONSIBLE FOR ITEMS LEFT AT THE PATIENT'S BEDSIDE( Print Name/Sign Below)

| | PRINT NAME/SIGNATURE | PRINT NAME/SIGNATURE | PRINT NAME/SIGNATURE |
|---|---|---|---|
| PATIENT/SIGNIFICANT OTHER: | [signature] | | |
| STAFF RECEIVING PROPERTY | [signature] PCA | | |
| WITNESS/TRANSFERRING STAFF: | [signature] | | |

NOTE: VALUABLES WILL BE HELD IN SECURITY/CASHIER FOR NO MORE THAN 30 DAYS AFTER DISCHARGE

SECURITY/CASHIER SIGNATURE:

STAFF MEMBER RELEASING PROPERTY:

PATIENT/FAMILY MEMBER RECEIVING PROPERTY: RELATIONSHIP:

22731-FORM 554 White Copy : Medical Record Yellow Copy: Nursing PI

P8

JAMAICA HOSPITAL MEDICAL CENTER
8900 Van Wyck Expressway Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984 M DOB: [redacted]/1975 34Y F/C: 01
ADM: 10/31/2009 23:03 081X 130381015
STAFF, PHYSICIAN

## ASSIGNMENT AND RELEASE OF INFORMATION STATEMENTS

**Authorization to Jamaica Hospital for release of information:**

I hereby authorize and direct Jamaica Hospital having treated me, to release to governmental agencies, insurance carriers, or others who are financially liable for my hospitalization and medical care, all information needed to substantiate payment for such hospitalization and medical care and to permit representatives thereof to examine and make copies of all records relating to such care and treatment.

Date ______________ Signature of Patient or Authorized Representative ______________

**Assignment to Jamaica Hospital**

I hereby assign, transfer, and set over to Jamaica Hospital sufficient monies and/or benefits to which I may be entitled from governmental agencies, insurance carriers, or others who are financially liable for my hospitalization and medical care to cover the costs of the care and treatment rendered to myself or my dependent in said hospital.

Date ______________ Signature of Insured or Authorized Representative ______________

**Safe Medical Device Act**

I consent to the provision of my social security number to the manufacturer of any device that must betracked pursuant to the mandates of the Safe Medical Device Act. I understand that the manufacturer will be given my social security number only for the purpose of finding me in the event that a medical device, which is implanted in my body, or used in my home is defective.

Date ______________ Signature of Insured or Authorized Representative ______________

**Patient Entitled to Medicare Benefits**

I certify that the information given by me in applying for the payment under Title XVIII of the Social Security Act is correct. I authorize the holder of medical or other information about me to release to the Social Security Administration and Health Care Financing Administration or its intermediaries or carries any information needed for this or a related Medicare claim. I request that payment of the authorized benefits be made on my behalf. I assign the benefits payable for the physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment on my behalf.

Date ______________ Signature of Insured or Authorized Representative ______________

**Financial Agreement**

For and in consideration of services rendered or to be rendered by the *Jamaica Hospital*, to the patient whose name appears below, the undersigned (jointly and severally, if more than once) hereby agree(s) to be fully and totally responsible to the hospital for payment of all charges as submitted by the Hospital on the account of said patient and make payment in accordance with the policy of payment of bills at said Hospital. It is further agreed that the charges as incurred represent the fair and reasonable value of services rendered and are in accordance with the posted charges of the Hospital which are available upon request. Payment may be demanded at any time, and failure to demand payment of the patient shall not be a prerequisite to my (our) immediate responsibility for payment.

The undersigned has read the above, been informed of its nature and significance and acknowledges the contents of same and has received a copy of this agreement.

Dated ______________ Guarantor ______________

*SCHOOLCRAFT, ADRIAN*
Name of Patient ______________ Address - Guarantor ______________

*10/31/2009 23:03*
Hospital No. ______ Date of Admission ______ Telephone - Guarantor ______________

Date of Discharge ______________ Witness ______________ Date ______

FORM NO. J00123



SCHOOLCRAFT, ADRIAN
1298984 M DOB: [redacted]1975 34Y
ADM: 10/31/2009 081X 01 130381015
STAFF, PHYSICIAN

PERMISSION FOR TREATMENT

I HEREBY AUTHORIZE THE JAMAICA HOSPITAL, THROUGH ITS MEDICAL STAFF, TO PERFORM OR HAVE PERFORMED, UPON THE PATIENT WHOSE NAME APPEARS HEREIN, SUCH MEDICAL AND SURGICAL SERVICES, SURGICAL OPERATION AND/OR OTHER PROCEDURES OR THERAPY UNDER ANESTHESIA OR OTHERWISE, AS MAY BE DEEMED NECESSARY IN RELATION TO EMERGENCY TREATMENT ON THIS DATE.

PATIENT/RELATIVE OR GUARDIAN

SIGNATURE

PRINT NAME

RELATIONSHIP, IF SIGNED BY PERSON OTHER THAN PATIENT

WITNESS

SIGNATURE

PRINT NAME

DATE

GUARANTEE OF PAYMENT

FOR AND IN CONSIDERATION OF SERVICES RENDERED OR TO BE RENDERED TO THE HEREIN NAMED PATIENT, I DO HEREBY GUARANTEE TO PAY THE JAMAICA HOSPITAL, THE FULL AND ENTIRE AMOUNT OF ANY AND ALL BILLS RENDERED FOR SAID TREATMENT.
I HEREBY AUTHORIZE THE HOSPITAL TO RELEASE ALL MEDICAL INFORMATION NEEDED TO SUBSTANTIATE PAYMENT FOR SUCH CARE AND TREATMENT.

PATIENT/RELATIVE OR GUARDIAN

SIGNATURE

PRINT NAME

RELATIONSHIP, IF SIGNED BY PERSON OTHER THAN PATIENT

WITNESS

SIGNATURE

PRINT NAME

DATE

AUTHORIZE OF PAYMENT

I HEREBY ASSIGN, TRANSFER AND SET OVER TO THE JAMAICA HOSPITAL SUFFICIENT MONIES AND/OR BENEFITS TO WHICH I MAY BE ENTITLED FROM THE GOVERNMENT AGENCIES, INSURANCE CARRIERS, AND OTHERS WHO ARE FINANCIALLY LIABLE FOR MY HOSPITALIZATION AND MEDICAL CARE TO COVER THE COSTS OF THE CARE AND TREATMENT RENDERED TO MYSELF OR MY DEPENDENT.

PATIENT/RELATIVE OR GUARDIAN

SIGNATURE

PRINT NAME

RELATIONSHIP, IF SIGNED BY PERSON OTHER THAN PATIENT

WITNESS

SIGNATURE

PRINT NAME

DATE

FORM NO. J00018-2C

P10

Jamaica Hospital Medical Center
8900 Van Wyck Expressway, Jamaica, New York 11418
Telephone # 718 206-6000

## LIMITED POWER OF ATTORNEY TO PURSUE PAYMENT AND APPEALS AND AUTHORIZATION TO RELEASE MEDICAL INFORMATION ("LIMITED POWER OF ATTORNEY")

By signing this document, I give the Health Care Provider, identified below, a Limited Power of Attorney to pursue payment from my health insurer, heath maintenance organization, self-insurance plan, governmental program, or other payer ("Heath Plan") for medical services provided to me by the Health Care Provider, and I authorize the release of medical information.

I, the undersigned Patient/Principal, appoint JAMAICA HOSPITAL MEDICAL CENTER ("Health Care Provider"), located at 8900 VAN WYCK EXPRESSWAY, JAMAICA, N.Y. 11418 my Attorney-In-Fact and authorized representative to act in any way which I myself could do, if I was personally present, and to take all reasonable action, as determined by the Health Care Provider, to pursue payment from my Health Plan and/or pursue any appeals available to me under my Health Plan's policies or procedures and all applicable law, including but not limited to External Appeals under all State and Federal laws, relating to health care services provided by the Health Care Provider. The Health Care Provider, as my agent, may pursue payment and/or appeal, only when my Health Plan has denied payment based on medical necessity. The Health Care Provider will not charge me for its services in pursuing payment and/or an appeal on my behalf. I agree that my Health Plan will pay any amount owed directly to the Health Care Provider for these services. In pursuing such payment and/or an appeal:

I authorize the Health Care provider and my Health Plan to release all relevant medical information, including (if applicable) any HIV-related information, mental health treatment information, or alcohol/substance abuse treatment information, relating to my treatment which is necessary to pursue payment from my Health Plan. I understand that this information may be released, but only as necessary, to my Health Plan, an external appeal agent, arbitrator, court of law, and/or other third party reviewer ("Independent Reviewer") responsible for deciding if the Health Care Provider's claim for services should be paid. I understand that my Health Plan and/or the Independent Reviewer will use this information to make a decision about payment to the Health Care Provider. I also understand that the decision by the Independent Reviewer will be final and binding on me, the Health Care Provider, and the Health Plan, and:

I authorize the Health Care Provider to complete, execute, acknowledge, seal, and to deliver any consent, demand, request, application, agreement, authorization or other documents necessary, to request, on my behalf, payment and/or appeal to my Health Plan and, if applicable, to the Independent Reviewer, the New York State Department of Health, the State Insurance Department, the U.S. Department of Health and Human Services, the U.S. Department of Labor, and/or any other applicable agency or body.

This Limited Power of Attorney shall not be affected by my subsequent disability or incompetence and MAY BE REVOKED BY ME AT ANY TIME upon prior notice to the Health Care Provider. This Limited Power of Attorney, including authorization for release of medical information, will terminate one (1) year from today's date unless I agree to extend it beyond that date.

Any person or entity receiving this document may rely on a copy as if it were and executed original.

IN WITNESS WHEREOF, I have signed my name this ___ day of ____________, 200__.

YOU SIGN HERE: ____________________

PRINTED NAME: SCHOOLCRAFT ADRIAN

ADDRESS: ____________________

MEDICAL RECORD # 1298984

WITNESS: ____________________

PRINT NAME/TITLE: ____________________

ADDRESS: 8900 Van Wyck Expressway, Jamaica, New York 11418

Form No. J00023



P11

SCHOOLCRAFT, ADRIAN
1298984 M DOB: [redacted]/1975 34Y F/C: 01
ADM: 10/31/2009 23:03 081X 130381015
STAFF, PHYSICIAN

**ACKNOWLEDGEMENT OF THE REQUEST FOR EXTERNAL APPEAL AND RELEASE OF MEDICAL RECORDS TO BE SIGNED BY THE PATIENT.**

In order for a provider to appeal a health plan's payment denial for a patient's treatment, the patient must sign and date the following consent to the release of medical records. A certified external appeal agent assigned by the New York State Insurance Department will use this consent to obtain the patient's medical information relating to the external appeal request from the patient's health plan and health care providers. The name and address of the external appeal agent will be provided with the request for medical information.

I SCHOOLCRAFT ADRIAN ____________, acknowledge that my health care provider may request or is requesting an external appeal because of a retrospective adverse determination of my health plan. I authorize my HMO, insurer, or provider to release all relevant medical or treatment records, including my name and other personal identifying information, date of admission, assessment results and history, summary of treatment plan, progress and compliance, treatment recommendations, any HIV-related information, mental health treatment information, or alcohol/substance abuse treatment information, related to my provider's external appeal, to the external appeal agent. I authorize the external appeal agent to use this information solely to make a determination on my provider's appeal.

I understand that my records are protected under federal and/or state law and cannot be disclosed without my written consent unless otherwise provided for in regulations. I understand that information disclosed pursuant to this authorization may no longer be protected by federal privacy regulations, however, state privacy protections may still apply. I understand that my health plan cannot condition treatment, enrollment, eligibility, or payment on whether I sign this form. I understand that I may revoke this consent at any time, except to the extent that action has already been taken in reliance on it, by contacting the New York State Insurance Department in writing.

This release is valid for one year from ____________________ (today's date).

______________________________________________________________
Signature of Patient (or legal representative) (Date)

______________________________________________________________
Description of legal representative's authority to act on behalf of the patient.

Patient's Health Plan ID#: ______________________________________

**If you have any questions contact the New York State Insurance Department at: 1-800-400-8882 or visit our Web site at www.ins.state.ny.us.**

Form No. J00027

P12

Patient Fact Sheet

**Name and Address**
SCHOOLCRAFT, ADRIAN
82 60 88 PL
RIDGEWOOD NY 11385
Phone: (718)570-6224 Sex: M
SS No: [redacted] Marital Status S
Race: W Religion NO
BirthDate: [redacted]1975 Occupation: UNEMPLOYED
Patient's Maiden Name:

**Employer**
UNEMPLOYED
Phone: (999)999-9999

**Nearest Relative**
SCHOOLCRAFT, SELF
82 60 88 PL
RIDGEWOOD NY 11385
Home Phone: (718)570-6224 Rel: 01
Business Phone:

**Admission Data**

| Account Number | Unit Number |
|---|---|
| 130381015 | 1298984 |

| Admit Date | Admit Time | ER MD |
|---|---|---|
| 10/31/2009 | 23:03 | FF, PHYSI |

| Triage Time | Prim Care MD |
|---|---|
| | NA |

**Guarantor**
SCHOOLCRAFT, ADRIAN
82 60 88 PL
RIDGEWOOD NY 11385
Home Phone (718)570-6224
Business Phone
Rel: 01 SS: 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
Occ: UNEMPLOYED
Employer UNEMPLOYED

**Emergency Contact**
SCHOOLCRAFT
Home Phone: (718)570-6224 Rel: 01
Business Phone:

**Insurance Information**
Ins: NO COVERAGE/CHARITY CA Insured: SCHOOLCRAFT, ADRIAN
Policy Number: Group Number: Rel: SELF
82 60 88 PL
RIDGEWOOD NY 11385
Phone Number (718)570-6224 FIN 99
Auth Number

Patient Name SCHOOLCRAFT, ADRIAN

Medical Record No. 1298984

Account Number 130381015

Date 10/31/2009

## Jamaica Hospital Medical Center

ID 130381015

Emergency Department Record

**History of Present Illness** SNW

34 Year Old Male Patient Presents with Abdominal Pain Epigastric for 15 Hour(s). The Onset is Sudden. The symptoms are Mild, sharp, Intermittent, unknown duration. Symptoms Improve with without treatment. Additional Symptoms or Pertinent History also involve None. Furthermore, the Patient/Family Denies Anorexia; Fever; Genital Pain; Back Pain;. Patient states exacerbating Factors that occur are unknown. Radiating Symptoms include No Radiations. Patient is a Police Officer brought in handcuff by his colleagues.As per Patient he wasn't feeling well about 15hrs ago and at about 2 pm he told his superiors that he was leaving for home.His colleagues from his Prescinct went to his home and hand cuff because the EMS said Patient was behaving irrationally.

**Review of Systems**
(Symptoms and Signs not covered in the HPI)

GU Neg Neuro Neg ENT Neg Resp Neg Musculoskeletal Neg Hematologic/Lymphatic Neg

Skin Neg Psych Neg Heart Neg GI Neg Endocrine Neg Allergic/Immunologic Neg

☑ All other ROS negative Constitutional Sxs Neg Eyes Neg

☑ Vital Signs/Triage/Nursing Notes Reviewed and Agree ☐ Hx unobtainable due to Tx urgency or poor historian(s) ☐ Additional Information from Police, Ambulance, Nursing Home or Relatives ☐ Old Medical Records Reviewed

**Past Medical History** ☑ No Relevant PMHx ☐ Asthma ☐ COPD ☐ CAD ☐ Cancer ☐ CHF ☐ CVA

Other PMHx ☐ Diabetes ☐ HTN ☐ Psychiatric ☐ Renal ☐ Seizures

**Social History** ☑ No Relevant SoHx ☐ ETOH ☐ Drugs ☐ Smoking Additional Sx

**Family History** ☑ No Relevant FmHx No Significant FMHx

**Physical Exam** Exam Time 0:05 SNW

| | |
|---|---|
| General Appearance | Awake A&Ox3 |
| HEENT | PERRL EOMI Moist Mucous Membranes No Icterus |
| Chest | RRR No M Lungs CTA No Ret Chest Wall NT |
| Abdomen | No Pulsating Masses BS-NL/No Bruits Tenderness-None |
| GU | |
| Extremities | Throughout all extremities erythematous impressions on the wrist bilaterally at the site of handcuffs application CBR < 2 sec Active ROM-Full mild tenderness on the wrist where the hancuffs were applied |
| Neuro | |
| Skin | No pallor/ rashes warm & moist |
| Back | NT no CVAT, Back Flexion 90 |
| Neck | NT Full ROM No JVD |
| Lymphatics | No LAD |

**Repeat or Additional Clinical Notes**

| MD | Notes | Time | |
|---|---|---|---|
| SNW | The following Life or Limb Threatening Differential Diagnosis were considered: Appendicitis; AAA Leaking or Rupture; Incarcerated Hernia; Mesenteric Ischemia or Thrombosis; Myocardial Infarction or CAD; Testicular Ovarian or Salping Torsion; Large or Small Bowel Volvulus; Liver Failure Pancreatitis; Rupture Viscous (Liver Spleen Bowel); Intraabdominal Abscess; Ectopic Pregnancy; Intussusception; Hemolytic Uremic Syndrome; | 11/1/2009 | 0:03 |
| SNW | Looks Comfortable; Not Ill Appearing; No Peritoneal Signs; Genitals Non Tender; No Hernias; No Pulsating Masses; Murphy's Sign Negative; McBurneys & Rovsing Sign Neg; Femoral Pulses 2+ Bilaterally; Psoas Sign Negative; Obturator Sign Negative; | 11/1/2009 | 0:03 |
| SNW | Pt Sx(s) improving. No Sx(s) or Objective findings that are life or limb threatening. Medically Screened and Stable for disposition(Transfer) from the ED. | 11/1/2009 | 0:14 |

Patient Name **SCHOOLCRAFT, ADRIAN**
Account Number **130381015**

Medical Record No. **1298984**
Date **10/31/2009**

## Diagnostics

Specimen Collected / ECG ,Rad Ordered

| MD Initials | Time | Diagnostic Ordered | Result Interpretation | Result Reviewed By | RN Initials | Time |
|---|---|---|---|---|---|---|
| GLE | 10/31/200 23:10 | Pulse Ox | 97% | SN | GLE | 23:10 |
| SNW | 11/1/2009 0:12 | Amylase | Amylase-44,Status-FINAL | SN | VCA | 0:14 |
| SNW | 11/1/2009 0:12 | Troponin | Cancel | SN | VCA | 0:14 |
| SNW | 11/1/2009 0:12 | CBC | WBC-12.3,Hgb-14.8,Hct-44.0,Platelets-261,Neut-82.4,Lymph-11.0,Eos-0.2,Baso-0.7,Mono-5.7,MCH-29.4,MCHC-33.6,MCV-87.6,MPV-8.6,RBC-5.02,RDW-13.7,Abs Baso-0.1,Abs Eos-0.0,Abs Lymph-1.3,Abs Mono-0.7,Abs Segs-10.1,Smear Review-Completed,Nucleated RBC-0,NRBC Inst.-0.00,Status-FINAL | SN | VCA | 0:14 |
| SNW | 11/1/2009 0:12 | Chem 20/CMP | AGPK-14.10,Na-136,K-4.1,Cl-104,CO2-24,BUN-14,CR-1.0,Glucose-94,Ca-9.4,AST-46,ALT-51,Alk Phos-57,Albumin-4.7,T-bili-0.6,Protein-8.2,Anion Gap-10.00,Status-FINAL | SN | VCA | 0:14 |
| NRI | 11/1/2009 0:22 | Lipase | Lipase-55,Status-FINAL | SN | NRI | 0:33 |

## Medical Orders

| MD Initials | Time | Order | RN Initials | Time | Location-Response-Quantity | RN Remarks |
|---|---|---|---|---|---|---|
| SNW | 11/1/2009 0:14 | Heplock | VCA | 0:14 | | |

## MD Procedures

| Procedure Description | Comments |
|---|---|
| Time 8:57 MD GLE | |
| Pulse Ox | 94760-26 CPT |

**Recommended LOS/CPT/ICD-9 Code**

**Physician's LOS = 4 99284-26**

**Nurse's LOS = 5 612 APC**

## Diagnoses

| | |
|---|---|
| Abdominal Pain | 789.00 ICD-9 |
| Psychosis NOS | 298.9 ICD-9 |

| | MD | MD Time | | RN | RN Date/ Time | Admit to | |
|---|---|---|---|---|---|---|---|
| **Disposition** | SNW | 6:56 | Transfer Psychiatric ED | VCA | 11/1/2009 | | 6:58 |
| **Condition** | SNW | 6:56 | Stable | VCA | 6:58 | | |

Physician (Print) Nwaishienyi, Silas (MD)

Physician Signature [signature]

Other Physicians
Nwaishienyi, Silas (MD)~Lwin, Khin Mar (RES)

Patient Name **SCHOOLCRAFT, ADRIAN**

Medical Record No. **1298984**

Account Number **130381015**

Date **10/31/2009**

Primary RN (Print) Calderone, Vimalyn (RN)

Other Nurses
Ledbetter, Glenda (RN)~Calderone, Vimalyn (RN)~Shanker, Koosmawatie (PIR)~Rinehart, Nedie (RN)~Ward, Germaine (Reg)~West, Juanita (RN)~Charran, Donna (PIR)~Paris-Taylor, Elyane (WC)~Bido-Rosa, Ana (Reg)
This chart has been electronically signed via the EmpowER software.

Patient Name SCHOOLCRAFT, ADRIAN

Medical Record No. 1298984

Account Number 130381015

Date 10/31/2009

## Jamaica Hospital Medical Center

### Emergency Department Nursing Notes and Vital Sign

TimeEntered: 11/1/2009 4:52 Vitals Taken By: NRI

| Temperature | | Pulse | | Blood Pressure | | Respirations | Pulse Ox | Pain Scale |
|---|---|---|---|---|---|---|---|---|
| O | 98.0 | Right | 81 | R | 125/77 | 21 | 100% | Discomfort 1 - 2 |
| T | | Left | | L | | | | |
| R | | | | | | | | |

## Nursing Notes

| Time Note Entered | | RN Initials | Note |
|---|---|---|---|
| 11/1/2009 | 0:00 | VCA | Brought in per stretcher by EMT on Police custody.A & O x3. Unlabored resp.(+)Left Lower quadrant abd. Pain 3-4/10 x 15 hrs ago.Denies nausea & vomiting.Abd, soft, non-tender, BS(+)normoactive. Skin warm, moist, intact. w/ good capillary refill. |
| 11/1/2009 | 2:00 | NRI | Noted w/ redness on the Rt wrist with the hand cuff.Police officer made aware.& requested to loosen a litle bit yet refused.Will closely monitor for poor circulation. |
| 11/1/2009 | 4:39 | NRI | pt. Resting;A & O x 3, no distress,waiting for evaluation and disposition.under police custody. |
| 11/1/2009 | 5:54 | VCA | Psyche consult in progress w/ recommendation to transfer to Psyche ED until medically cleared.Pt. Verbalized, "My wrist is numb, I dont feel anything right now."Encouraged to stay still on bed.Avoid unneccessary movements.Conversant to his father by phone. |
| 11/1/2009 | 6:58 | VCA | Psyche ED made aware of pt. For transfer.ML pulled out.Awaiting transfer. |

| Primary Nurse Diagnosis | Primary Nurse Outcome | Achieved |
|---|---|---|
| Comfort, Altered | Demonstrate Decrease S & S | |

Primary RN (Print) Calderone, Virnalyn (RN)

P17

# Jamaica Hospital Medical Center Triage

Category: 3 ESI-3 (Urgent)

10/31/2009 23:03 | 23:03 | | 23:03

SCHOOLCRAFT,ADRIAN

1298984

130381016

[redacted]/1975

34 Years

Male

None | NA

Transported by: JHMC Ambulance | Mode: Stretcher

Self

Police Dept — Custody: Yes | Notification | Beat # PCT- 81, #27009

Abdominal Pain (Lower) | 14 Hour(s)

Denies vomiting and diarrhea. Pt under police custody. Pt became anxious with increased BP @ the scene.

Additional:

- [x] No Significant PMHx
- [ ] Asthma [ ] COPD [ ] CAD [ ] Cancer [ ] CHF [ ] CVA
- [ ] DM [ ] HTN [ ] Psych [ ] Renal [ ] Seizures [x] Substance Abuse

- [x] No Meds [ ] Unknown

No Known Drug Allergies

UTD

TB Hx, PPD Pos or Infectious Exposures? No

*If yes to TB or Infectious question take precautions*

**Vitals**

Tem — Oral: 99.0 | Rectal: | Tympanic:

Pulse — Right: | Left: 115

Respirations: 18

Blood Pressure — Right: | Left: 139/80

Pulse Ox: 97%

Weight (Kg: 109 Kg

Height: | Head Circumferenc:

Pain Scal: Mild 3 - 4

Alert Oriented

| | R | L |
|---|---|---|
| Clear | [x] | [x] |
| Diminished | [ ] | [ ] |
| Wheezes | [ ] | [ ] |
| Rales | [ ] | [ ] |
| Rhonchi | [ ] | [ ] |
| Retractions | [ ] | [ ] |

| | R | L |
|---|---|---|
| Equal | [ ] | [ ] |
| Reactive | [ ] | [ ] |
| Fixed | [ ] | [ ] |
| Constricted | [ ] | [ ] |
| Dilated | [ ] | [ ] |
| Cataract | [ ] | [ ] |

Eye

Verbal

Motor

Total 0

| G | P | Ab | Miscarriages |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

Color: Normal

Temp: Normal

Moist: Normal

Pulses

ROM

Normal

No Fall Risks Identified

No risk identified

A3-09 | 23:03

Triage Nurse: Ledbetter, Glenda (RN)

Triage II: GLE

Triage III: GLE

Are you being hurt by someone you live with or who takes care of you?

Yes/No: No

* Mandatory completion of Domestic Violence Referral.

Daily Living: Independent

Living Conditions: Alone

Going Home with: Self

Primary Language: English

Assessed Disability: No Disability

Communication Barrier [ ]

Language Translator [ ]

Motivation Level: Med

Knowledge Level: Med

Comprehension Ability: Med

[ ] LWBS [ ] LW Completed Tx' Eloped [ ] AMA [ ] AMA Refused [x] Patient Rights and Responsibilities and Guide to Pain Management given to Patient, Family, and/or Caretaker

Patient Name SCHOOLCRAFT, ADRIAN

Account Number 130381015

Medical Record No. 1298984

10/31/2009

## Emergency Department Pharmacy and Supply Charges

### Interventions

| Intervention Name | Comments | Charge Code |
| --- | --- | --- |
| Heplock | | |

### Diagnostics

| Diagnostic Ordered | Charge Code |
| --- | --- |
| Pulse Ox | 0 |
| CBC | 0 |

Nurse LOS 5 612 APC Charge Code 0

# Jamaica Hospital Medical Center

## Medication Reconciliation

| Patient Name | SCHOOLCRAFT, ADRIAN | Medical Record No. | 1298984 |
|---|---|---|---|
| Account Number | 130381015 | Date of ED Visit | 10/31/2009 |

**Allergies**

No Known Drug Allergies

**Home Medications**

**Medications Administered In the Emergency Department**

**Medication Prescription provided on Discharge**

P20

ePCR

5581845

Agency Name: JHMC

Agency ID: 7311 | Shift #: 3 | Today's Date: 10/31/09

Call Times (24hr): Patient Contact Time 2140; Dispatched 2106; Left Scene 2214; En Route 2106; At Destination 2225; On Scene 2115

Mileage (odometer): At Destination 4.0

Crew Member ID: 6577; 7621

Vehicle Unit #: 5553

Transport To Code: 39

Incident Location: 82 60 88 PL; Glendale; County Code 81; NY 11385

Patient First Name: Adrian | Last Name: Schoolcraft

Street Address: 82 60 88 PL; County Code 81; Age 34; Glendale NY 11385; Weight 250

Date of Birth: 1975

Glasgow Coma Total: 15

P21

Unit Measure: 1 gm 4 mcg 7 mcg/min 10 LPM 13 mcg/kg/min / 2 mg 5 unit 8 gtt/min 11 ml/hr 14 units/hr / 3 meq 6 ml 9 mg/min 12 joules 15 inch

Route: IV IM ETT RECtal / IO SQ NEB INHal / SL PO AUTo TRANsdermal

5581845

**VITALS**

| Time | Staff # | Systolic B/P | Diastolic | Pulse | Respiration | SPO2 | CO2 | Blood Sugar | Pain (0-10) | Temperature |
|---|---|---|---|---|---|---|---|---|---|---|
| 2145 | 1 | 160 | 120 | 120 | 20 | | | | | |
| 2155 | 2 | 160 | 110 | 118 | 20 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**FLOW CHART**

| Treatment / Medication | Time | Staff # | Treat Code | Med Code | Dose | Unit | Route | Attempt | Cond | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**NARRATIVE HISTORY**

Illness/Injury Onset Date: 10/31/09

Allergies: [illegible]

Medications: denies

34 y/o male found ambulatory alert and oriented pt states he has abd pain nausea and dizziness pt states he took Nyquil this evening pt denies taking any other meds upon obtaining vitals pt has ↑BP pt denies med hx upon arrival of ESU [illegible] [illegible] 513 pt was agitated and resistant pt was [illegible] placed in custody and assisted onto stretcher for txp [illegible] [illegible] account pt receivals patent airway neg SOB lung sounds clear bilat neg chest pain abd soft x4 quad [illegible] nausea x 1 day [illegible] [illegible] [illegible] x4 [illegible] pt txp to [illegible] 34 [illegible]. (Before pt was detained pt walked down the hall [illegible] as pt approached bus he turned around stated he did not need help [illegible] walked away [illegible] pt is on [illegible] [illegible] 51 [illegible])

Moved to Ambulance By: ☒ Chair ☐ Scoop Stretcher ☐ Walked with Assist. ☐ Stretcher ☐ Carried ☐ Met at Ambulance

Transport Position: ☐ Supine ☐ Shock ☒ Semi / Full Fowlers ☐ Sitting ☐ Prone ☐ Left Lateral Recumbent

Medication / Treatment Authorization: ☒ Protocol ☐ Written Orders ☐ On-Line ☐ NA ☐ On-Scene

On-Line Physician / On-Line Med. Facility

**SUPPLY**

| Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

Agency Ostinable

**Authorization for Billing / Release of Patient Information / Assumption of Financial Responsibility:** I request that payment of authorized Medicare/Medicaid and/or other insurance benefits be made to the pre-hospital care provider ("Provider") for any services furnished to me. I authorize any holder of hospital or medical information about me to be released to the Provider, Centers for Medicare and Medicaid Services, and/or my insurance carriers and their agents, including any other information needed to determine these benefits or

P22

**Run Disposition**
- Treated / Transported
- Treated / Transferred Care
- Treated / No Transport
- Transported / Refused Care
- Cancelled
- Pronounced Dead
- Treat/Transport Private Veh
- No Treatment/Refused Care
- Other
- No Patient Found

**Dispatch Reason**
EMD Code — Type (01-99) — Priority (A-U) — Dept (1-R)

**Run Type**
- Emergency (Immediate)
- Non-Emergency
- Mutual Aid
- Interfacility
- Stand-By
- Intercept
- Scheduled

Response Code

Mode to Scene / To Destination — Upgraded — Downgraded

**Destination Determination**
- Nearest Facility
- Weather / Support car
- Law Enforcement
- Hospital Diversion
- Medical Protocol
- Online Physician
- Mass Casualty
- Special Resources
- Patient / Family Choice
- Managed Care
- Patient Physician
- Other

Diverted From Code — Nearest Facility Passed — Est. Miles Beyond — Diverted Time

**Transport From** (Required only one pick-up location)
1. Home / Residence
2. Residential, Custodial Facility
3. Scene of Accident or Acute Event: Educational Inst., Farm, Industrial Plant, Mine / Quarry, Public Building, Recreation/Sport, Street/Hwy, Other, Unspecified
4. Trx at Transfer (Between Ambulances)

Or Use Transport From Code (i.e. Hosp, SNF)

Transport To Code: 24

\# of Patients Transported: 1 — # of Patients at Scene: 1

Incident Address: 82 60 88 PL — Apt. Number: 2

City: Glendale — County Code: 81 — State/Prov: NY — Zip Code: 11385

First Name: Adrian — MI — Last Name: Schoolcraft

Street Address (Check the Box if same as Incident Address): 82 60 88 PL — Apt. Number — County Code: 81 — Age: 34 (Days / Months / Years)

City: Glendale — State/Prov: NY — Zip Code: 11385 — Gender: M — Weight: 250

Home Phone — Social Security Number — Date of Birth: [redacted] 1975

Medicare # — Medicaid # — Ethnicity: Unknown, Asian, Black, White, Black, Hispanic, Native American, Pacific Islander, White Hispanic

Insurance Company Name — Payer ID

Policy Number — Group Number

Policy Holder First Name — Policy Holder Last Name — Same As Patient Address — Phone

Guarantor First Name (Needed if under 18 or Disabled) — Guarantor Last Name — Same As Patient Address — Phone

**Airway**
- Patent
- Partially Obstructed: Stridor, Choking, Drooling, Gurgling
- Difficulty Swallowing
- Nasal Flaring
- Intercostal Retraction
- Other
- Completely Obstructed

**Breathing**
Rate: Normal, Slow, Rapid, Apneic
Quality: Unlabored, Labored, Shallow, Irregular
Lung Sounds (L / R): Clear, Wet, Wheeze, Diminished, Absent

**Circulation (skin)**
Color: Normal, Cyanotic, Pale, Flush
Temp: Normal, Hot, Cool, Cold
Cond: Normal, Diaphoretic, Moist, Dry
Hives, Itchy, Rash, Swollen, Erythema
Cap. Refill: <2Sec, >2Sec, Absent
Edema: Normal, 1+, 2+, 3+, Pitting

**(Pupils)** L / R: Reactive, Sluggish, Unreactive, Dilated, Constricted

A V P U

NSR, S. Tach, S. Brady, PACs, SVT, A. Flutter, Atrial Fib, PVCs, PVCs-R, IV / Trigem, AV block, Junctional, V. Tach, V. Fib, P.E.A., Asystole, Paced

**Glasgow**
Eyes: Spontaneous, To Speech, To Pain, Not at all
Verbal: Oriented, Confused, Inappr. Words, Inappr. Sounds, None
Motor: Obeys Command, Localized Pain, Withdraws to Pain, Flexion to Pain, Extends to Pain, None
Total (3 to 15): 15

**Provider Impression**
Abdominal Pain, Cardiac Arrest, Asthma, Anxiety, Vomiting Blood, Nausea, Dehydration, Urinary Infection, Behavioral Disorder, Depression (severe), Psychiatric Emerg., Headache (no trauma), Migraine, Altered Level Consciousness, Seizure, CVA/Stroke, Unconscious, Cardiac Symptoms, Chest Pain, Syncope / Fainting, Airway Obstruction, Pulmonary Edema, Pneumonia Symptoms, Respiratory Failure, Respiratory Arrest, Newborn, OB / Gyn, OB-GYN (complicated), Flu Symptoms, Elevated Temp./Fever, Sore Throat, Nose Bleed (severe), Allergic Reaction, Medication Reaction, Diabetic Symptoms, Back Pain (no trauma), Hyperthermia, Hypothermia, Poisoning, Obvious Death, Shock, Trauma Injury, Post-Op Complication, Eye, Restraints Required, Isolation Required, Unknown Medical, No Medical Problem

Special Handling: Isolation Required, Orth. Device Required, Positioning Required

(1) Other PI (2)

1° Protocol: 416

2° Protocol

**Mechanism of Injury**
Alcohol Intox Suspect, Alcohol Intox Severe, Animal Bite, Animal/Fall, Assault Sexual, Assault/Grabbing, Bicycle Accident, Blunt Trauma, Burn/Scald/Non-Fire, Diving Injury, Near Drowning, Drug Overdose, Elderly Abuse, Electrocution, Excessive Cold, Excessive Heat, Fall 20' Height, Fall > 20 ft, Fall, Fight / Brawl, Fire, Hazardous Materials, Machinery, Mot. Device Failure, MVA / Bicycle, MVA / Fixed Object, MVA / MVA, MVA Non-Traffic, MVA to Pedestrian, Smoke Inhalation, Suicide, NA, Unknown

Injury Intent: Unintentional, Unknown, Intentional, N/A, Intentional Self — Other MOI: [illegible]

**Injury**
Head, Face, Eye, Neck, Chest, Back, Shoulder, Upper Arm, Elbow / Forearm, Wrist, Hand, Fingers, Abdomen, Pelvis / Hip, Genitals, Upper Leg, Knee, Lower Leg, Ankle / Foot, Toes

Chief Complaint

Copyright 2001 - 2008 ScanHealth, Inc.

P23

FLOW CHART

Narrative History

Illness / Injury Onset Date: 10/31/09

PMH: [illegible]

Allergies: [illegible]

Medication: denies

NARRATIVE HISTORY

3[illegible] y/o male found ambulatory alert and oriented pt states he has abd pain, nausea and dizziness pt states he took Nyquil this evening pt denies taking any other meds upon obtaining vitals [illegible] ↑ BP pt denies [illegible] and [illegible] and C 5 1 3 pt was aggitated and resistant [illegible] placed in custody and assisted onto stretcher for [illegible] upon arrival pt [illegible] patent airway [illegible] SOB [illegible] [illegible] chest pain [illegible] [illegible] nausea [illegible] pt [illegible] 3[illegible] [illegible] (Before pt was detained & walked [illegible] as pt approached bus he turned around stated he did not need help and walked away [illegible] pt [illegible] [illegible])

Moved to Ambulance In: [illegible] Chair [illegible] Scoop Stretcher [illegible] Walked with Assist [illegible] Stretcher [illegible] Carried [illegible] Not at Ambulance

Transport Position: [illegible] Supine [illegible] Shock [X] Semi / Full Fowlers [illegible] Sitting [illegible] Prone [illegible] Left Lateral Recumbent

Medication / Treatment Authorization: [X] Protocol [illegible] Written Orders [illegible] On-Line [illegible] NA [illegible] On-Scene

On-Line Physician / On-Line Med. Facility

SUPPLY

| Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

Agency Defined:

Authorization for Billing / Release of Patient Information / Assumption of Financial Responsibility: I request that payment of authorized Medicare/Medicaid and/or other insurance benefits be made to the pre-hospital care provider ("Provider") for any services furnished to me. I authorize any holder of medical or other information about me to release to the Provider, Centers for Medicare and Medicaid Services, and/or my insurance carriers and their agents, including any other information needed to determine these benefits or other benefits payable for related services. I permit a copy of this authorization to be used in place of the original. I understand this authorization may be used by the Provider for all services furnished in the future until such time as I revoke this authorization in writing. I agree to assume full financial responsibility for payment of all charges not covered by my insurance carrier as well as any collection costs and/or attorney's fees as allowed by law. Patient: ☐ Unable to Sign ☐ Refused to Sign ☐ PCS Collected ☐ Other Insurance Collected

Authorization Signature: Date:

Guarantor Signature:

Privacy Notice: I hereby acknowledge that I have been provided with a copy of the Provider's Notice of Privacy Practices explaining how my personal health information is used and understand my individual rights related to this information.

Privacy Notice Signature: Date:

Patient's Physician Name (please print):

Receiving RN / MD Signature: [signature] #592

Technician Signature: [signature] Jessica [illegible]

☐ Refuse Treatment / Transportation and understand the consequences of my refusal.

Witness Signature to Refusal:

On-Line Medical Control Signature:

Copyright 2001-2006 ScanHealth, Inc.

P24

646-957-2486 (FATHER)

JAMAICA HOSPITAL MEDICAL CENTER

FILE

LOCATION 081X

6497

EMERGENCY MEDICINE RECORD

DATE AND TIME OF ARRIVAL 10/31/2009 23:03

REGISTRATION — MEDICAL RECORD NO. 1298984 — PATIENT TYPE E — PATIENT ACCOUNT NO. 130381015

| PATIENT'S NAME | | SOCIAL SECURITY NO. | DATE OF BIRTH | AGE |
|---|---|---|---|---|
| SCHOOLCRAFT | ADRIAN | | [redacted]/1975 | 34Y |

| STREET ADDRESS | CITY | STATE | ZIP CODE | TELEPHONE NO. | PLACE OF BIRTH |
|---|---|---|---|---|---|
| 82-60 88 Pl. | | | 11385 | 718 470 6254 | |

| FIN CL | SEX | RACE | RELIGION | MARITAL STATUS | FATHER'S NAME | MOTHER'S MAIDEN NAME, FIRST NAME |
|---|---|---|---|---|---|---|
| 01 | M | W | N | S | | |

| PRIVATE M.D. NAME OR CLINIC NAME | PATIENT COMPLAINT | LANGUAGE | INTERP. REQ. |
|---|---|---|---|
| | | ENG | N |

MODE OF ARRIVAL | ACCOMPANIED BY | RELATIONSHIP | TELEPHONE NO. | INJURED AT WORK? | AUTO ACCIDENT?

DATE AND TIME OF ACCIDENT | POLICE OFFICER NAME & BADGE NO. | PCT. NO. | REFERRED FROM: ☐ PMD ☐ TRUMP ☐ CLINIC ☐ FP ☐ OTHER

NEXT OF KIN | TELEPHONE NO. | NEXT OF KIN ADDRESS | RELATIONSHIP TO PATIENT

FINANCIAL / INSURANCE

GUARANTOR'S NAME: W/PR | STREET ADDRESS | CITY | STATE | ZIP CODE

GUARANTOR'S SOC SEC NO. | TELEPHONE NO. | GUARANTOR'S EMPLOYER | ADDRESS | TELEPHONE NO.

PATIENT'S EMPLOYER NAME | STREET ADDRESS | CITY | STATE | ZIP CODE

INSURANCE #1: NAME | GROUP NO. | POLICY NO.

INSURANCE #2: NAME | GROUP NO. | POLICY NO.

HOSPITALIZED LAST 90 DAYS? | IF YES, WHERE AND WHEN? | PLACE OF ACCIDENT | CRIME VICTIM PCT. NO. | CRIME VICTIM COMPLAINT NO.

COMMENTS: n/c [illegible] [illegible] [illegible]

NURSING

VITAL SIGNS: TIME | B.P. | PULSE | RESP | TEMP

TIME | B.P. | PULSE | RESP | TEMP

STAT ORDERS / CHECK WHEN COMPLETED: ☐ OXYGEN GIVEN

☐ EKG INITIALS ☐ CARDIAC MONITOR INITIALS ☐ IV ANGIO# FLUID INITIALS METHOD INITIALS

NURSES NOTES ☐ ADVANCED DIRECTIVES DISCUSSED HEALTH CARE PROXY ☐ YES ☐ NO AGENT'S NAME:

RN SIGNATURE

| DATE | TIME | NON-MEDICATION ORDERS (EKG, LABS, CULTURES, ETC) | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

MEDICATION ORDERS

| DATE | TIME | MEDICATION | DOSE | ROUTE | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ACCOUNTING DEPT COPY

FORM NO. J00018

P25

JAMAICA HOSPITAL MEDICAL CENTER

SCHOOLCRAFT, ADRIAN ... DOB: ... 1975 ... 34Y
ADM: 10/31/2009 ... 130351015 ... 01
STAFF PHYSICIAN

CONSULTATION REPORT CONTINUATION

[illegible handwritten notes]

Consultant Print Name: Signature: Date: Time:

ORIGINAL - MEDICAL RECORD CARBON COPY - CONSULTANT

FORM 112 ... REV ...

**JAMAICA HOSPITAL MEDICAL CENTER** 3/3

SCHOOLCRAFT, ADRIAN
M DOB [redacted]/1975 34Y
ADM:10/31/2009
STAFF PHYSICIAN 130381015 01

CONSULTATION REPORT CONTINUATION

the present time. His memory and concentration [illegible] [illegible] and [illegible]. His insight and judgment [illegible] impaired.

Diagnosis

Axis I: Psychotic disorder NOS

Axis II: Deferred

Axis III: [illegible] Abdominal pain, [illegible]

Axis IV: Conflict at workplace

Axis V: [illegible]

Recommendation:

1) Continue [illegible] observation for unpredictable [illegible] [illegible] behavior

2) Transfer to psych ER after medical clearance

3) Discussed with Dr. [illegible] and Sergeant [illegible]

Case discussed with Dr. Patel

Khin Mar Lwin, MD
Psychiatric Resident

[illegible]

[illegible]

Consultant Print Name: Signature: Date: Time:

**ORIGINAL - MEDICAL RECORD CARBON COPY - CONSULTANT**

FORM 112 ITEM 1875 REV 1/07

JAMAICA HOSPITAL MEDICAL CENTER

PATIENT CLOTHING/VALUABLES INVENTORY

1. ALL PATIENTS CLOTHING/VALUABLES SENT HOME ☐ YES ☑ NO
2. DENTURES TAKEN HOME BY FAMILY MEMBER ☐ YES ☐ NO

SCHOOLCRAFT, ADRIAN
1298984 M DOB: [redacted]1975 34Y
ADM:10/31/2009 081X 130381015 01
STAFF: PHYSICIAN

| | ADMISSION | TRANSFER | TRANSFER |
|---|---|---|---|
| UNIT | DATE/TIME: 11-01-09 | DATE/TIME: | DATE/TIME: |
| | ROOM: | ROOM: TO | |

INVENTORY OF ITEMS KEPT AT BEDSIDE

| Item | Quant. | Description | Quant. | Descript. |
|---|---|---|---|---|
| UPPER DENTURE | | LABELED CUP PROVIDED | | |
| LOWER | | LABELED CUP PROVIDED | | |
| PARTIAL | | LABELED CUP PROVIDED | | |
| COAT/JACKET | | | | |
| DRESS/HOUSECOAT | | | | |
| PAJAMAS/NIGHTGOWN | | | | |
| SLACKS/PANTS/JEANS | ✓ | | | |
| BLOUSE/T-SHIRT/SWEATER | | | | |
| SKIRT/SHORTS | | | | |
| UNDERWEAR | ✓ | | | No |
| GLASSES/CONTACTS | | | | |
| HAT/GLOVES/TIE/BELT | | | | |
| PANTYHOSE/SOCKS | | | | |
| BATHROBE | | | | |
| SHOES/SNEAKERS | | | | |
| BOOTS/SLIPPERS | | | | |
| POCKETBOOK | | | | |
| CELL PHONE/BEEPER(S) | | | | |
| WALKER/CANE | | | | |
| HEARING AID | | | | |
| OTHER | | | | |
| BRACELET (S) | | No Jewelry | | |
| EARRING (S) | | | | |
| NECKLACE (S) | | | | |
| RING (S) | | | | |
| WATCH | | | | |
| OTHER | | | | |
| MONEY AMOUNT | | $ 420.00 | | $ |

VALUABLES SUBMITTED TO THE CASHIER AND VALUABLES PLACED

| Item | | |
|---|---|---|
| GLASSES/CONTACT(S) | | |
| HEARING AID | | |
| POCKETBOOK/ WALLET | ✓ | |
| RADIO | | |
| CELL PHONE/BEEPER | | |
| OTHER | | |
| ENVELOPE RECEIPT # | 83325 | |

JAMAICA HOSPITAL MEDICAL CENTER
8900 VAN WYCK EXPRESSWAY
Jamaica, NY 11418
83325

SCHOOLCRAFT, ADRIAN
1298984 M DOB: [redacted]1975 34Y
ADM:10/31/2009 081X 130381015
STAFF: PHYSICIAN

Name

Address

This slip serves as receipt for deposit

** PLEASE NOTE THE INSTITUTION IS NOT RESPONSIBLE FOR ITEMS LEFT AT THE PATIENT'S BEDSIDE (Print Name/Sign Below)

| | Signature | Signature | Signature |
|---|---|---|---|
| PATIENT/SIGNIFICANT OTHER: | [signature] | | |
| STAFF RECEIVING PROPERTY | [signature] PCA | | |
| WITNESS/TRANSFERRING STAFF: | [signature] | | |

NOTE: VALUABLES WILL BE HELD IN SECURITY/CASHIER FOR NO MORE THAN 30 DAYS AFTER DISCHARGE

SECURITY/CASHIER SIGNATURE:

STAFF MEMBER RELEASING PROPERTY:

PATIENT/FAMILY MEMBER RECEIVING PROPERTY: RELATIONSHIP:

22731-FORM 554 White Copy : Medical Record Yellow Copy: Nursing Pt

P28

JAMAICA HOSPITAL MEDICAL CENTER

SCHOOLCRAFT, ADRIAN
1395904 M DOB [redacted]/1975 34Y F/C: 01
ADM: 10/31/2009 23:03 081X 130981016
STAFF, PHYSICIAN

## ASSIGNMENT AND RELEASE OF INFORMATION STATEMENTS

**Authorization to Jamaica Hospital for release of information**

I hereby authorize and direct Jamaica Hospital having treated me, to release to governmental agencies, insurance carriers, or others [illegible] financially liable for my hospitalization and medical care, all information needed to substantiate payment for such hospitalization and medical care and to permit representatives thereof to examine and make copies of all records relating to such care and treatment.

______________ Date

______________ Signature of Patient or Authorized Representative

**Assignment to Jamaica Hospital**

I hereby assign, transfer, and set over to Jamaica Hospital sufficient monies and/or benefits to which I may be entitled from governmental agencies, insurance carriers, or others who are financially liable for my hospitalization and medical care to cover the cost of the care and treatment rendered to myself or my dependent [illegible] said hospital.

______________ Date

______________ Signature of Insured or Authorized Representative

**Safe Medical Device Act**

I consent to the provision of my social security number to the manufacturer of any device that must be tracked pursuant to the mandates of the Safe Medical Device Act. I understand that the manufacturer will be given my social security number only for the purpose of finding me in the event that a medical device, which is implanted in my body, or used in my home is defective.

______________ Date

______________ Signature of Insured or Authorized Representative

**Patient Entitled to Medicare Benefits**

I certify that the information given by me in applying for the payment under Title XVIII of the Social Security Act is correct. I authorize the holder of medical or other information about me to release to the Social Security Administration and Health Care Financing Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of the authorized benefits be made on my behalf. I assign the benefits payable for the physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment on my behalf.

______________ Date

______________ Signature of Insured or Authorized Representative

**Financial Agreement**

For and in consideration of services rendered or to be rendered by the *Jamaica Hospital*, to the patient whose name appears below, the undersigned (jointly and severally if more than one) hereby agree(s) to be fully and totally responsible to the hospital for payment of all charges as submitted by the hospital on the account of said patient and make payment in accordance with the policy of payment of the [illegible] hospital. It is further agreed that the charges as incurred represent the fair and reasonable value of services rendered and are in accordance with the posted charges of the hospital which are available upon request. Payment may be demanded at any time and failure to demand payment of the patient shall not be a waiver of [illegible] immediate responsibility for payment.

The undersigned has read the above, been informed of its nature and significance and acknowledges the contents of same and has received a copy of this agreement.

Dated: ______________

SCHOOLCRAFT, ADRIAN
Name of Patient

Hospital No. ______________

10/31/2009 23:03
Date of Admission

Date of Discharge ______________

______________ Guarantor

______________ Address - Guarantor

______________ Telephone - Guarantor

______________ Witness Date

FORM NO. J[illegible]

P29

[illegible] HOSPITAL CENTER

SCHOOLCRAFT, ADRIAN
[illegible] M DOB [redacted]/1975 34Y
ADM: 10/31/2009 0[illegible] 01 [illegible]
STAFF, PHYSICIAN

[illegible]

[illegible] FOR TREATMENT

[illegible] JAMAICA HOSPITAL, THROUGH ITS MEDICAL STAFF, TO PERFORM OR HAVE PERFORMED UPON THE PATIENT [illegible] MEDICAL AND SURGICAL SERVICES, SURGICAL OPERATION AND/OR OTHER PROCEDURES OR [illegible] OR OTHERWISE, AS MAY BE DEEMED NECESSARY IN RELATION TO EMERGENCY TREATMENT ON THIS DATE.

[illegible] RELATIVE OR GUARDIAN

SIGNATURE

PRINT NAME

RELATIONSHIP, IF SIGNED BY PERSON OTHER THAN PATIENT

WITNESS

SIGNATURE

PRINT NAME

DATE

[illegible]ANTEE OF PAYMENT

[illegible] CONSIDERATION OF SERVICES RENDERED OR TO BE RENDERED TO THE HEREIN NAMED PATIENT, I DO HEREBY GUARANTEE [illegible] HOSPITAL, THE FULL AND ENTIRE AMOUNT OF ANY AND ALL BILLS RENDERED FOR SAID TREATMENT. [illegible] AUTHORIZE THE HOSPITAL TO RELEASE ALL MEDICAL INFORMATION NEEDED TO SUBSTANTIATE PAYMENT FOR SUCH CARE AND TREATMENT.

[illegible] RELATIVE OR GUARDIAN

SIGNATURE

PRINT NAME

RELATIONSHIP, IF SIGNED BY PERSON OTHER THAN PATIENT

WITNESS

SIGNATURE

PRINT NAME

DATE

AUTHORIZE OF PAYMENT

[illegible] TRANSFER AND SET OVER TO THE JAMAICA HOSPITAL SUFFICIENT MONIES AND/OR BENEFITS TO WHICH I MAY BE ENTITLED [illegible] GOVERNMENT AGENCIES, INSURANCE CARRIERS AND OTHERS WHO ARE FINANCIALLY LIABLE FOR MY HOSPITALIZATION AND MEDICAL CARE TO COVER THE COSTS OF THE CARE AND TREATMENT RENDERED TO MYSELF OR MY DEPENDENT.

[illegible] RELATIVE OR GUARDIAN

SIGNATURE

PRINT NAME

RELATIONSHIP, IF SIGNED BY PERSON OTHER THAN PATIENT

WITNESS

SIGNATURE

PRINT NAME

DATE

FORM NO. [illegible]

P30

SCHOOLCRAFT, ADRIAN
[illegible] M DOB [redacted] 1975 34Y
ADM: 10/31/2009 081X
STAFF, PHYSICIAN 01 [illegible]

## ACKNOWLEDGEMENT AND CONSENT

By signing below, I acknowledge that I have been provided a copy of this Notice of Privacy Practices and have therefore been advised of how health information about me may be used and disclosed by the Hospital and the facilities listed on the back of this form, and how I may obtain access to and control this information. I also acknowledge and understand that I may request copies of separate notices explaining special privacy protections that apply to HIV-related information, alcohol and substance abuse treatment information, mental health information, and genetic information. Finally, by signing below, I consent to the use and disclosure of my health information to treat me and arrange for my medical care, to seek and receive payment for services given to me, and for the business operations of the hospital, its staff, and the facilities listed at the back of this form.

Signature of patient or authorized representative

Relationship to patient

Date

## AFFIRMATION OF PRIOR RECEIPT

By signing below, I acknowledge that I have already received a copy of the Notice of Privacy Practices, and have given my consent for the use of my health information for the purposes noted above. I do not wish to receive another copy of the Notice Privacy Practices at this time.

Signature of patient or authorized representative

Relationship to patient

Date

THIS FORM IS PART OF THE MEDICAL RECORD



P31

Jamaica Hospital Medical Center
8900 Van Wyck Expressway, Jamaica, New York 11418
Telephone # 718 206-6000

# LIMITED POWER OF ATTORNEY TO PURSUE PAYMENT AND APPEALS AND AUTHORIZATION TO RELEASE MEDICAL INFORMATION ("LIMITED POWER OF ATTORNEY")

By signing this document, I give the Health Care Provider identified below, a Limited Power of Attorney to pursue payment from my health insurer, health maintenance organization, self-insurance plan, governmental program, or other payer ("Health Plan") for medical services provided to me by the Health Care Provider, and I authorize the release of medical information.

I, the undersigned Patient/Principal, appoint JAMAICA HOSPITAL MEDICAL CENTER ("Health Care Provider"), located at 8900 VAN WYCK EXPRESSWAY, JAMAICA, N.Y. 11418 my Attorney-in-Fact and authorized representative to act in any way which I myself could do, if I were personally present, and to take all steps [illegible], as determined by the Health Care Provider, to pursue payment from my Health Plan and/or pursue any appeals available to me under my Health Plan's policies or procedures and all applicable law, including but not limited to External Appeals under all State and federal laws, relating to health care services provided by the Health Care Provider. The Health Care Provider, at any time, may pursue payment and/or appeal, only when my Health Plan has denied payment based on medical necessity. The Health Care Provider will not charge me for its services in pursuing payment and/or an appeal on my behalf. I agree that my Health Plan will pay any amount owed directly to the Health Care Provider for these services in pursuing such payment and/or an appeal.

I authorize the Health Care provider and my Health Plan to release all relevant medical information, including (if applicable) any HIV-related information, mental health treatment information, or alcohol/substance abuse treatment information, relating to any treatment which is necessary to pursue payment from my Health Plan. I understand that this information may be released, but only as necessary, to my Health Plan, an external appeal agent, arbitrator, court of law, and/or other third party reviewer ("Independent Reviewer") responsible for deciding if the Health Care Provider's claim for services should be paid. I understand that my Health Plan and/or the Independent Reviewer will use this information to make a decision about payment to the Health Care Provider. I also understand that the decision by the Independent Reviewer will be final and binding on me, the Health Care Provider, and the Health Plan, and;

I authorize the Health Care Provider to complete, execute, acknowledge, seal and to deliver any consent, demand, request, application, agreement, authorization or other documents necessary, to request, on my behalf, payment and/or appeal to my Health Plan and, if applicable, to the Independent Reviewer, the New York State Department of Health, the State Insurance Department, the U.S. Department of Health and Human Services, the U.S. Department of Labor, and/or any other applicable agency or body.

This Limited Power of Attorney shall not be affected by my subsequent disability or incompetence and MAY BE REVOKED BY ME AT ANY TIME upon prior notice to the Health Care Provider. This Limited Power of Attorney, including authorization for release of medical information, will terminate one (1) year from today's date unless I agree to extend it beyond that date.

Any person or entity receiving this document may rely on a copy as if it were and executed original.

IN WITNESS WHEREOF, I have signed my name this ___ day of __________, 200 __.

YOU SIGN HERE: ______________________________

PRINTED NAME: SCHOOLCRAFT ADRIAN

ADDRESS: ______________________________

MEDICAL RECORD # 1296984

WITNESS: ______________________________

PRINT NAME/TITLE: ______________________________

ADDRESS: 8900 Van Wyck Expressway, Jamaica, New York 11418

Form No. J00023



SCHOOLCRAFT, ADRIAN
1298384 M DOB [redacted]/1975 34Y F/C 01
ADM 10/31/2009 23:03 081X 13938/4015
STAFF PHYSICIAN

## ACKNOWLEDGEMENT OF THE REQUEST FOR EXTERNAL APPEAL AND RELEASE OF MEDICAL RECORDS TO BE SIGNED BY THE PATIENT

In order for a provider to appeal a health plan's payment denial for a patient's treatment, the patient must sign and date the following consent to the release of medical records. A certified external appeal agent assigned by the New York State Insurance Department will use this consent to obtain the patient's medical information relating to the external appeal request from the patient's health plan and health care providers. The name and address of the external appeal agent will be provided with the request for medical information.

I SCHOOLCRAFT ADRIAN ______ acknowledge that my health care provider may request or is requesting an external appeal because of a retrospective adverse determination of my health plan. I authorize my HMO, insurer or provider to release all relevant medical or treatment records, including my name and other personal identifying information, date of admission, assessment results and history, summary of treatment plan, progress and compliance, treatment recommendations, any HIV-related information, mental health treatment information, or alcohol/substance abuse treatment information, related to my provider's external appeal, to the external appeal agent. I authorize the external appeal agent to use this information solely to make a determination on my provider's appeal.

I understand that my records are protected under federal and/or state law and cannot be disclosed without my written consent unless otherwise provided for in regulations. I understand that information disclosed pursuant to this authorization may no longer be protected by federal privacy regulations, however, state privacy protections may still apply. I understand that my health plan can not condition treatment, enrollment, eligibility, or payment on whether I sign this form. I understand that I may revoke this consent at any time, except to the extent that action has already been taken in reliance on it, by contacting the New York State Insurance Department in writing.

This release is valid for one year from ______________________ (today's date).

[signature] ______________________________________________
Signature of Patient (or legal representative) (Date)

______________________________________________
Description of legal representative's authority to act on behalf of the patient.

Patient's Health Plan ID#: ______________________________________________

**If you have any questions contact the New York State Insurance Department at: 1-800-400-8882 or visit our Web site at www.ins.state.ny.us.**

Form No. J00027

08/06/2010
14:02:00 TTH

JAMAICA HOSPITAL MEDICAL CENTER
8900 VAN WYCK EXPRESSWAY
JAMAICA, NEW YORK 11418-2897

Pt. Name: ADRIAN SCHOOLCRAFT — Location: Discharged
MR#: 001298984 — ACCT#: 130381015 — Att Phys: NWAISHIENYI, SILAS
DOB: [redacted]/[redacted]/1975 — Age: 35Yr — Sex: M — Ord By: STAFF, PHYSICIAN

Seq #: 0005 — Test: LIPASE — Status: FINAL — Page 1 of 1

Collected: 11/01/09 0:22 By: J081X — Received: 11/01/09 0:36 — Lab#: D1010449

| TEST | RESULT | ABN | REFERENCE | UNITS |
|---|---|---|---|---|
| Lipase | 55 | | 23-300 | U/L |

* * * * END OF REPORT * * * *

08/06/2010 JAMAICA HOSPITAL MEDICAL CENTER
14:02:02 TTH 8900 VAN WYCK EXPRESSWAY
JAMAICA, NEW YORK 11418-2897

================================================================================

Pt Name: ADRIAN SCHOOLCRAFT Location: Discharged
MR#: 001298984 ACCT#: 130381015 Att Phys: NWAISHIENYI, SILAS
DOB: [redacted]/1975 Age: 35Yr Sex: M Ord By: NWAISHIENYI, SILAS

================================================================================

Seq #: 0001 Test: AMYLASE SERUM Status: FINAL Page 1 of 1

Collected: 11/01/09 0:22 By: J081X Received: 11/01/09 0:36 Lab#: D1010449

| TEST | RESULT | ABN | REFERENCE | UNITS |
|---|---|---|---|---|
| Amylase | 44 | | 30-110 | U/L |

* * * * E N D O F R E P O R T * * * *

08/06/2010 JAMAICA HOSPITAL MEDICAL CENTER
14:02:04 TTH 8900 VAN WYCK EXPRESSWAY
JAMAICA, NEW YORK 11418-2897

Pat Name: ADRIAN SCHOOLCRAFT Loc: Discharged
Pat Numb: 130381015 Sex: M Race: W
Att Phys: NWAISHIENYI, SILAS DOB: [redacted]/[redacted]/1975 Age: 35Yr

==================================================================
==

Department: 004210 LABORATORY SERVICES

Order: 00009564 TROPONIN-I LEVEL Priority: S
Pt.Ord #: 0002 Status: CANCELLED
Req Date/Time: 11/01/2009 0012 Ord By: NWAISHIENYI, SILAS
Comment:

08/06/2010
14:02:06 TTH

JAMAICA HOSPITAL MEDICAL CENTER
8900 VAN WYCK EXPRESSWAY
JAMAICA, NEW YORK 11418-2897

Pt Name: ADRIAN SCHOOLCRAFT  Location: Discharged
MR#: 001298984  ACCT#: 130381015  Att Phys: NWAISHIENYI, SILAS
DOB: [redacted]/[redacted]/1975  Age: 35Yr  Sex: M  Ord By: NWAISHIENYI, SILAS

Seq #: 0003  Test: CBC WITH AUTO DIFFERENTA  Status: FINAL  Page 1 of 1

Collected: 11/01/09 0:12 By: J081X  Received: 11/01/09 0:36  Lab#: D1010449

| TEST | RESULT | ABN | REFERENCE | UNITS |
|---|---|---|---|---|
| WBC | 12.3 | H | 4.8-10.8 | K/uL |
| RBC | 5.02 | | 4.50-5.90 | M/uL |
| HGB | 14.8 | | 14.0-18.0 | g/dL |
| HCT | 44.0 | | 42.0-52.0 | % |
| MCV | 87.6 | | 80.0-94.0 | fL |
| MCH | 29.4 | | 27.0-31.0 | pg |
| MCHC | 33.6 | | 32.0-36.0 | g/dL |
| RDW | 13.7 | | 11.5-14.5 | % |
| MPV | 8.5 | | 7.2-10.4 | fL |
| Platelet Count | 251 | | 130-400 | K/uL |
| Neutrophils Auto | 82.4 | H | 44.0-80.0 | % |
| Lymphocytes Auto. | 11.0 | L | 13.0-43.0 | % |
| Monocytes Auto | 5.7 | | 2.0-15.0 | % |
| Eosinophils Auto. | 0.2 | | 0.0-3.0 | % |
| Basophils Auto. | 0.7 | | 0.0-3.0 | % |
| Segs, Absolute | 10.1 | | 2.1-8.6 | K/uL |
| Lymphs, Absolute | 1.3 | | 0.6-4.6 | K/uL |
| Monos, Absolute | 0.7 | | 0.1-1.6 | K/uL |
| Eos, Absolute | 0.0 | | 0.0-0.9 | K/uL |
| Basos, Absolute | 0.1 | | 0.0-0.4 | K/uL |
| NRBC Inst. | 0.00 | | None | %/100 WBC |
| Nucleated RBC | 0 | | None | /100 WBC |
| NRBC Absolute | 0.00 | | None | K/uL |
| Smear Review: | Completed | | | |

**** END OF REPORT ****

P37

08/06/2010
14:02:08 TTH

JAMAICA HOSPITAL MEDICAL CENTER
8900 VAN WYCK EXPRESSWAY
JAMAICA, NEW YORK 11418-2897

==========================================================================

Pt Name: ADRIAN SCHOOLCRAFT Location: Discharged
MR#: 001298984 ACCT#: 130381015 Att Phys: NWAISHIENYI, SILAS
DOB: [redacted]/1975 Age: 35Yr Sex: M Ord By: NWAISHIENYI, SILAS

==========================================================================

Seq #: 0004 Test: COMP METABOLIC PANEL Status: FINAL Page 1 of 1

Collected: 11/01/09 0:22 By: J081X Received: 11/01/09 0:36 Lab#: D1010449

| TEST | RESULT | ABN | REFERENCE | UNITS |
|---|---|---|---|---|
| Glucose | 94 | | 74-106 | mg/dL |
| BUN | 14 | | 9-20 | mg/dL |
| Creatinine | 1.0 | | 0.7-1.3 | mg/dL |
| Sodium | 138 | | 137-145 | mEq/L |
| Potassium | 4.1 | | 3.5-5.1 | mEq/L |
| Chloride | 104 | | 98-107 | mEq/L |
| CO2 | 24 | | 22-30 | mEq/L |
| Calcium | 9.4 | | 8.4-10.2 | mg/dL |
| Anion Gap | 10.00 | | | mEq/L |
| Anion Gap With K | 14.10 | | | mmoL/L |
| Protein | 8.2 | | 6.3-8.2 | g/dL |
| Albumin | 4.7 | | 3.5-5.0 | g/dL |
| Bilirubin (Total) | 0.6 | | 0.2-1.3 | mg/dL |
| ALT (SGPT) | 51 | | 21-72 | U/L |
| AST (SGOT) | 46 | | 17-59 | U/L |
| Alkaline Phosphatase | 57 | | 37-126 | U/L |

**** END OF REPORT ****

08/06/2010 JAMAICA HOSPITAL MEDICAL CENTER
14:02:10 TTH 8900 VAN WYCK EXPRESSWAY
JAMAICA, NEW YORK 11418-2897

==========================================================================================

Pt Name: ADRIAN SCHOOLCRAFT Location: Discharged
MR#: 001298984 ACCT#: 130381015 Att Phys: NWAISHIENYI, SILAS
DOB: [redacted]/[redacted]/1975 Age: 35Yr Sex: M Ord By: NWAISHIENYI, SILAS

==========================================================================================

Seq #: 0006 Test: BILL CBC W/AUTO DIFF Status: FINAL Page 1 of 1
Collected: 11/01/09 0:12 By: J081X Received: 11/01/09 1:03 Lab#: D1010449

| TEST | RESULT | ABN | REFERENCE | UNITS |
|---|---|---|---|---|
| Bill CBC Automated D | BILLING | | | |

* * * * END OF REPORT * * * *

# NEW ENCOUNTER

SCHOOLCRAFT , ADRIAN

P40

JAMAICA HOSPITAL MEDICAL CENTER
8900 Van Wyck Expressway Jamaica, NY 11418

# FACE SHEET

| ACCOUNT NUMBER | MEDICAL RECORD NUMBER | ADMIT DATE & TIME | BAR CODE-MEDICAL RECORD NUMBER |
|---|---|---|---|
| 130381874 | 1298984 | 11/03/2009 15:00 | |

| LOCATION | FIN. CLASS | SOURCE | TYPE | DISCHARGE DATE & TIME | BAR CODE-ACCOUNT NUMBER |
|---|---|---|---|---|---|
| 03MH 9HAL 01 | 19 | 7 | P | 11/6/09 | |

**PATIENT**

| LAST NAME | FIRST NAME | M.I. | AKA | VETERAN |
|---|---|---|---|---|
| SCHOOLCRAFT | ADRIAN | | | N |

| DATE OF BIRTH | AGE | SEX | REL. | MAR ST. | RACE | PLACE OF BIRTH | LANGUAGE | INTERPRETER NEEDE |
|---|---|---|---|---|---|---|---|---|
| [redacted]/1975 | 34Y | M | NO | S | W | NY | ENG | N |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 82 60 88 PL | RIDGEWOOD | NY | 11385 |

| TELEPHONE NUMBER | OCCUPATION | SOCIAL SECURITY NUMBER |
|---|---|---|
| (718)570-6224 | | ***-**-**** |

| EMPLOYER NAME | ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|---|
| UNKNOWN | | | | | (999)999-9999 |

| NEXT OF KIN | RELATIONSHIP | ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|---|---|
| SCHOOLCRAFT, SELF | 09 | 82 60 88 PL | RIDGEWOOD | NY | 11385 | (718)570-6224 |

| EMERGENCY CONTACT NAME | RELATIONSHIP | ADDRESS | TELEPHONE NUMBER |
|---|---|---|---|
| SCHOOLCRAFT, | 09 | | (718)570-6224 |

**MEDICAL**

| ATTENDING PHYSICIAN / CODE | | PVT./SERV. | OTHER PHYSICIAN / CODE | MEDICAL SERVICE |
|---|---|---|---|---|
| HOVANESIAN, SHUSHAN | 5904 | S | | PSY |

| ADMITTING DIAGNOSIS | ICD-9-CM CODE |
|---|---|
| PSYCHOSIS NOS | 298.9 |

| ADMITTING PHYSICIAN / CODE | | NEWBORN WEIGHT | RESERVATION DATE & TIME | TEAM COLOR |
|---|---|---|---|---|
| HOVANESIAN, SHUSHAN | 5904 | | 11/03/2009 15:00 | |

**GUARANTOR**

| GUARANTOR NAME | RELATIONSHIP | OCCUPATION | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| SCHOOLCRAFT, ADRIAN | 01 | | 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 |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| 82 60 88 PL | RIDGEWOOD | NY | 11385 | (718)570-6224 |

| EMPLOYER | ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|---|
| UNKNOWN | | | | | (999)999-9999 |

**INSURANCE**

| PLAN CODE / PRIMARY INSURANCE | POLICY NUMBER | SEQ. / GROUP # | AUTHORIZATION NUMBER |
|---|---|---|---|
| AETN AETNA US HEALTHCARE | BBM6PBBA | US0080410090 | PENDING |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| PO BOX 981109 | EL PASO | TX | 799981109 | (800)451-8843 |

| SUBSCRIBERS NAME | RELATIONSHIP CD | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| SCHOOLCRAFT, ADRIAN | 01 | 06/21/1975 | ***-**-**** |

| SECONDARY CARRIER | POLICY NUMBER | SEQ. / GROUP # | AUTHORIZATION NUMBER |
|---|---|---|---|
| | | | |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBERS NAME | RELATIONSHIP CD | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| | | | |

| TERTIARY CARRIER | POLICY NUMBER | SEQ. / GROUP # | AUTHORIZATION NUMBER |
|---|---|---|---|
| | | | |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBERS NAME | RELATIONSHIP CD | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| | | | |

| DATE OF PREVIOUS HOSPITAL ADMISSION | FACILITY NAME | ADMITTED BY |
|---|---|---|
| | UNSPECIFIED | n09ad |

FORM NO. M00001

# JAMAICA HOSPITAL MEDICAL CENTER

Jamaica, New York 11418

## DISCHARGE SUMMARY

**NAME: SCHOOLCRAFT, ADRIAN** **MEDICAL RECORD NO.: 1298984**

**ADM. DATE: 11/3/09** **DIS. DATE: 11/6/09**

**ATTENDING PHYSICIAN:** Isak Isakov, MD

**DICTATING PHYSICIAN:** Same.

**HISTORY OF PRESENT ILLNESS:** This is a 34-year-old white, single, male, a police officer, with no past psychiatric history and was not taking any psychotropic medications in the past. He denied any substance abuse history. He stated that he has been working in the police department for approximately six years and, from the beginning of his career, he was not "happy" with "how the precinct was run" and was making multiple complaints that were not "addressed". Instead, he was "declared emotionally unstable" and his gun was taken away from him for approximately six months after psychiatric evaluation by police department psychiatrist. Since then, he started collecting "evidence" to "prove his point" and became suspicious "They are after him".

On the day of admission, he had a verbal alteration with one of the officers who was "threatening" him. He left his job before his shift was over. Prior to leaving the work station, he excused himself that he was not feeling well. According to him, he came home and took Nyquil and fell asleep. He was awakened by police officers in his room. He doesn't know how they entered his room, who asked him to come with them to the precinct. After he refused to comply to go voluntarily, they involuntarily put him in the car handcuffed, and brought him to the emergency room of Jamaica Hospital where he was evaluated by psychiatrist after medical clearance, and transferred to Psychiatric emergency room with questionable diagnosis of psychosis NOS and admitted to Psych Unit 3 on 11/3/09 for further evaluation.

On evaluation today, he was feeling anxious. He was suspicious and guarded. He was demanding to be discharged and appeared restless. He denied any suicidal or homicidal ideations, denied any auditory or visual hallucinations. He expressed questionable paranoid ideas of conspiracy and cover-ups going in the precinct. His cognition and memory were intact. Insight and judgment were partial. He was admitted with the diagnosis of psychosis NOS, rule out adjustment disorder with anxiety.

**HOSPITAL COURSE:** A decision was made to obtain additional information prior to initiation of treatment. Patient was not taking any medications. The next day, a meeting was held with the patient's father and a representative from the precinct. Patient repeated his story which was of concern to his father. During the observation in the unit without taking any medications, patient was appropriate in interaction, calm and not agitated. He denied any suicidal or homicidal ideations. He was not experiencing any

paranoid ideations, but was concerned about issues in the precinct. After observation for a few days on the unit, there were no significant psychiatric symptoms to treat with medications.

Patient was discharged on his own on 11/6/09 with recommendation to follow-up with the psychotherapist and, if he becomes symptomatic, to see a psychiatrist for medication.

**DIAGNOSIS ON DISCHARGE:**

Axis I: Adjustment disorder with anxious mood.
Axis II: Deferred.
Axis III: None.
Axis IV: Related to stress at job.
Axis V: On admission 40; on discharge 65.

Isak Isakov, MD

II:rps
D: 3/22/10
T: 3/26/10
7070

P43

SCHOOLCRAFT, ADRIAN
M/R: 1298984 PT#: 130381874
DOB: [redacted]/1975 34Y M F/C: 19 S
ADM: 11/03/2009 15:00 03MH9HAL 01

# PROGRESS NOTES

| DATE & TIME | START MD NOTES HERE | START RN AND ALL OTHER NOTES HERE |
|---|---|---|
| 11/6/09 | Focus | Nursing Discharge Summary Notes |
| | Data | Patient Discharge Date to Home, Home w/ Homehealth, Referral PMR Facility adult, Home Skilled Nursing Facility (SNF) Specialized Facility other |
| | | Patient left unit via Ambulatory, wheel chair, stretcher accompanied by: Father |
| | | Mental Status: AxOx3 |
| **Assessment:** Condition of patient upon discharge related to admitting diagnosis and or problem(s) on Admission or during hospitalization (pertinent physical psychosocial behavioral assessment e.g. skin condition, breathing pattern, presence of pain condition s/p surgery) | | Pt is calm and in control. Denies SI/HI. Denies AH/VH. |
| | | Accomplished Goals (NCP & Teaching Goals) |
| | | Pt verbalized importance of follow up care. D/C instructions given to pt and pt verbalized understanding of D/C instructions. |
| | | Signature: [signature] Title: RN |



P44

JAMAICA HOSPITAL
MEDICAL CENTER

8900 VAN WYCK EXPRESSWAY, JAMAICA, N.Y. 11418

SCHOOLCRAFT, ADRIAN
M/R: 1298984 PT#: 130381874
DOB: [redacted]1975 34Y M F/C: 19 S
ADM: 11/03/2009 15:00 03MH 8HAL 01
HOVANESIAN, SHUSHAN

**PROGRESS NOTES**

**Inpatient Psychiatry: Social Work Discharge/Transfer Summary**

**Patient Description:** Pt. is a 34 year old Caucasian male c no known Psych. hx who was BIB EMS/NYPD after his colleagues and superiors in the NYPD became concerned about his behavior.

**Date of Discharge/Transfer:** 11/6/09

**Discharge Destination (✓Check One):**

☑ Home ☐ State Psychiatric Hospital ☐ Inpatient Substance Abuse Treatment
☐ Skilled Nursing Facility ☐ Supportive Housing ☐ Other:

*(Please provide details)*

**Aftercare:** ☐ Mental Health Clinic ☐ Assertive Community Treatment Team
☐ Continuing Day Treatment ☐ Partial Hospitalization Program ☐ Assisted Outpatient Treatment
☐ Case Management ☑ Other: Private Psychiatrist

*(Please provide details):* Pt. will contact Dr. to make appointment.

**Mode of Transport:** ☐ Self ☑ Family/Friend ☐ Motor Transport ☐ Ambulance ☐ Ambulette

*(Please provide details)*

**Medications:** ☐ Prescriptions ☐ Medications ____week supply

*(Please provide details:)* None - Pt. on no meds.

**Additional Comments/Referrals:** ☐ Financial Office ☐ SSI/SSD ☐ Medication Grant Program

☐ Resource Lists given:

Pt. is calm, pleasant, cooperative. No problems. He is appropriate in his affect and behavior. Denies feeling depressed, anxious, or suicidal/homicidal. Denies manic sx. denies AH/other hallucinations @ present. Pt. has been recommended to see an outpatient psychiatrist and he agreed to do so.

☐ Please see Progress Notes for Additional Information

**Social Work Signature:** Christine McMahon, LMSW **Date/Time:** ~~10~~ (CM) error 11/6/09 - 1:35 p.m.

WHITE COPY – MEDICAL RECORD YELLOW COPY – SOCIAL WORK DEPT.

FO 000121 REV.3/08

JAMAICA HOSPITAL
MEDICAL CENTER

Department of Psychiatry
INPATIENT DIVISION

SCHOOLCRAFT, ADRIAN
M/R: 1298984 PT#: 130381874
DOB: [redacted]/1975 34Y M
ADM: 11/03/2009 15:00 03MH 9HAL 01 F/C: 18 S
HOVANESIAN, SHUSHAN

# SOCIAL WORK CONTINUING-CARE AGREEMENT

Dear (Mr)/Ms/Mrs Schoolcraft:

*Your Social Worker, in collaboration with the Interdisciplinary Treatment Team, worked with you in developing the following plan.*

*You will reside at:* 82-60 88th Pl. Glendale, N.Y. 11385

*The following appointments/referrals were scheduled for you:*

**Outpatient Program:**

1. *Clinic/Private Referral:* Dr. Luel – (917) 921-3264 (Private Psychiatrist) – 114-06 Queens Blvd.
2. *Continuing Day Treatment Program:* Forest Hills, N.Y. 11375 11/7 – 12:30 p. w/ Dr. Luel. Office 891
3. *Partial Hospitalization/Intensive Psych Rehab:*
4. *Other Clinic:*

*Income Maintenance Center:*

*Social Security Administration:*

*Case Manager's Name:*

*Other:*

*I agree with and have received a copy of the above Discharge Plan.*

[signature] (718) 570-6224 Christine McMahon, CSW 11/6/09

*Patient Signature* *Tel. No.* *Social Worker Signature* *Date*

*Family/Guardian Signature [if applicable]* *Date*

F0256 12/95

**WHITE MEDICAL RECORD YELLOW SOCIAL WORK**

P46

**Jamaica Hospital Medical Center**

**DISCHARGE INSTRUCTIONS**

SCHOOLCRAFT, ADRIAN
M/R: 1298984 PT#: 130381874
DOB: [redacted]/1975 34Y M F/C: 19 S
ADM: 11/03/2009 15:00 03MH 9HAL 01

PHYSICIAN: Isaac Isursor
DIAGNOSIS: Adjustment d/o with anxiety

DISCHARGE DATE: 11/6/09 TIME:
ALLERGIES: NKDA

Call your doctor or come to the ER if you develop:

**MEDICATIONS: PRESENT LIST OF MEDICATIONS TO YOUR PROVIDER**

*Attention Physicians: All Drugs Written Below must be Noted in the Discharge Note*

| NAME OF DRUG | DOSAGE | ROUTE | FREQUENCY |
|---|---|---|---|
| | | | |

☐Smoking cessation advised.

☐Medication reconciliation was performed

| PHYSICIAN'S REFERENCE ONLY FOR PATIENTS WITH AMI/CHF | Ejection Fraction:____ | Check off those medications deemed contraindicated at the time of discharge: ☐Ace Inhibitor ☐ARB ☐Beta Blocker ☐Aspirin |
|---|---|---|

Diet: ☐Low Salt • Avoid high sodium food (canned vegetables & soups, frozen dinners, crackers, deli food, fast food, soy sauce, fried food, etc.) • Add no salt when cooking or eating • Read food labels for sodium amounts • Check with doctor before using salt substitutes

☐Limit daily fluid intake to ________ quarts ☐Other:

☐Diabetic: ________ **Always eat lean meats, whole grains, fresh fruits and vegetables**

☐Weigh yourself each morning • Same time, after you empty your bladder • Same scale & amount of clothing • Show your log to your doctor • Weight gains mean you are retaining fluid • Report weight gains of 2-4 lbs. over 1-3 days

Activity and Exercise: as tolerated

| Immunizations | Pneumococcal ☐Given ☐Contra/not-indicated ☐Pt. refused | Influenza ☐Given ☐Contra/not-indicated ☐Pt. refuse |
|---|---|---|

APPOINTMENT WITH: ☑Private MD ☐JH ACC ☐MediSys Center Dr. Luel Date: 11/7 Time: 12:30pm

REFERRAL TO: ☐Visiting Nurse/Home Care ☐Social Service ☐Other(s):

Other Required Follow-up if any: Dr. Luel private physician

PHYSICIAN'S SIGNATURE: [signature] Date: 11/6/09 Time:

NURSE:

NURSE'S SIGNATURE: [signature] Date: 11/6/09 Time: 2:15p

**I have received discharge instructions and understand the information that has been given to me.**

| PATIENT/SIGNIFICANT OTHER: | Signature: [signature] | Date: |
|---|---|---|
| SIGNIFICANT OTHER ONLY: | Print Name: | Relationship: |
| INTERPRETER: Print Name: | Signature: | Date: |

**WHITE - MEDICAL RECORD YELLOW - PATIENT'S COPY**

1357 – Form 214 Revised 04/04, 06/05, 10/05, 3/08

P47

# Jamaica Hospital Medical Center Triage

Category: 3 ESI-3 (Urgent) ID: 130381015

10/31/2009 23:03 | 23:03 | | 23:03

SCHOOLCRAFT,ADRIAN

NA

Transported by: JHMC Ambulance
Mode: Stretcher

1298984

Self

Police Dept — Custody Yes Notification Beat # PCT- 81, #27009

130381015

Abdominal Pain (Lower) — 14 Hour(s)

1975

34 Years

Male

Denies vomiting and diarrhea. Pt under police custody, Pt became anxious with increased BP @ the scene.

Additional:

☑ No Significant PMHx

☐ Asthma ☐ COPD ☐ CAD ☐ Cancer ☐ CHF ☐ CVA
☐ DM ☐ HTN ☐ Psych ☐ Renal ☐ Seizures

☑ No Meds ☐ Unknown

No Known Drug Allergies

UTO

TB Hx, PPD Pos or Infectious Exposures? No

*If yes to TB or Infectious question take precautions*

Temp
- Oral: 99.0
- Rectal:
- Tympanic:

Pulse
- Right:
- Left: 115

Respirations: 18

Blood Pressure
- Right:
- Left: 139/80

Pulse Ox: 97%

Weight (Kg): 109 Kg

Height | Head Circumference

Pain Scale: Mild 3 - 4

Oriented

| | R | L |
|---|---|---|
| Clear | ☑ | ☑ |
| Diminished | ☐ | ☐ |
| Wheezes | ☐ | ☐ |
| [illegible] | ☐ | ☐ |
| Rhonchi | ☐ | ☐ |
| Retractions | ☐ | ☐ |

| | R | L |
|---|---|---|
| Equal | ☐ | ☐ |
| Reactive | ☐ | ☐ |
| Fixed | ☐ | ☐ |
| Constricted | ☐ | ☐ |
| Dilated | ☐ | ☐ |
| Cataract | ☐ | ☐ |

Eye
Verbal
Motor
Total 0

| G | P | Ab | Miscarriages |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

Color Normal
Temp Normal
Moist Normal

Pulses

ROM

Normal

No Fall Risks Identified

No risk identified

A3-09 23:03

Triage Nurse: Ledbetter, Glenda (RN)

Triage II: GLE

Triage III: GLE

Are you being hurt by someone you live with or who takes care of you?

Yes/No No

* Mandatory completion of Domestic Violence Referral.

Daily Living Independent
Living Conditions Alone
Going Home with Self

Primary Language English
Assessed Disability No Disability
Communication Barrier ☐
Language Translator ☐

Motivation Level Med
Knowledge Level Med
Comprehension Ability Med

☐ WBS ☐ LW Completed Tx/ Eloped ☐ AMA ☐ AMA Refused ☑ Patient Rights and Responsibilities and Guide to Pain Management given to Patient, Family, and/or Caretaker



**JAMAICA HOSPITAL MEDICAL CENTER**
**PATIENT HISTORY & ASSESSMENT**
**PSYCHIATRIC NURSING**

SCHOOLCRAFT, ADRIAN
M/R: 1298984 PT#: 130381874
DOB: [redacted]/1975 34Y M F/C: 19 S
ADM: 11/03/2009 15:00 03MH 9HAL 01
HOVANESIAN, SHUSHAN

P48

## I. ADMISSION

Date 11/3/09 Time ______ PER

Information Received From: ☐ Patient ☐ Other Language Spoken English

Age 34 Religion None Previous Jamaica Hospital Admission ☐ No ☐ Yes Date ______

Admitted via: ☐ Wheelchair ☐ Stretcher ☐ Other ______ Admission: ☐ Elective ☐ Emergency

From: ☐ Home ☐ Nursing Home ☐ Other Transfered From MER → PER

Prosthesis/Assistive Devices ☐ Eyeglasses ☐ Contact Lens ☐ Hearing Aid None

Dentures ☐ None ☐ Lower ☐ Upper ☐ Full ☐ Partial ☐ Denture Cup Provided ☐ Other

Instructions to Patient ☐ Call Light ☐ Bed Control ☐ TV ☐ Telephone ☐ Siderails ☐ Smoking Rules ☐ Visiting Hours ☐ Valuables Procedure

T 98.6 P 78 R 20 BP 130/80 Ht 6' 0" Wt 210

Nursing Staff Admitting the Patient Sharon Barnaby Title RN

## II. ADMISSION DATA

Admitting Diagnosis Psychosis NOS General Appearance (emaciated, well developed, obese, thin)

Patient's Chief complaint (as stated by patient, onset, duration, list of symptoms and characteristics)

I was taken out of my house by my boss

Previous health History

PAIN ☐ No ☐ Yes (If Yes circle intensity)

0 1 2 3 4 5 6 7 8 9 10

Description ______
(Location & Duration)

Previous Blood Transfusion ☐ No ☐ Yes When ______

Blood Transfusion Reaction ☐ No ☐ Yes
If YES Specify ______

Allergies: Medication/Food/Environmental ☐ No ☐ Yes
If YES Specify ______

Prescribed medication ☐ No ☐ Yes

Over-the-counter medications ☐ No ☐ Yes

Herbal Medications/Alternative Treatments ☐ No ☐ Yes

Medication Taken Prior to Admission ☐ No ☐ Yes
none

Medications brought to hospital/disposition
No

**VACCINATIONS** Pneumococcal ☐ No ☐ Yes Date Received ______ Influenza ☐ No ☐ Yes Date Received ______

**PSYCHO-SOCIAL ASSESSMENT**

Status ☐ Single ☐ Married ☐ Divorced ☐ Widowed ☐ Separated

Occupation NYPD Officer ☐ Retired, Prior Occupation ______

Cultural Beliefs / Practices Denies

Substance/Alcohol Use ☐ No ☐ Yes Explain ______

Smoke ☐ No ☐ Yes Frequency ______ second hand smoke ☐ No ☐ Yes

Living Arrangement: Live with Alone Person to Assist You after Discharge Mom

F0227 SEQ. 746 6/95, 2/99, 3/02

Home Factors Affecting Hospitalization (Children, elderly, parent(s), pets, ailing family member/significant other) ________

Home factors affecting discharge ☐ Private home ☐ Apartment house ☐ Nursing home ☐ Other ________

**III. REVIEW OF SYSTEMS**

**HEENT** 1. Head ☑ Denies complaint ☐ Headache ☐ Facial Pain ☐ Other

2. Ear ☑ Denies complaint ☐ Hearing Loss – explain ________ ☐ Discharges ☐ Ear aches

3. Eyes ☑ Denies complaint ☐ Impaired vision ☐ No ☐ Yes ☐ O.D. ☐ O.S. ☐ O.U. Explain ________

4. Nose/Sinus ☑ Denies complaint ☐ Discharges ☐ Epistaxis ☐ Pain

5. Throat ☑ Denies complaint ☐ Hoarseness ☐ Sore Throat ☐ Laryngitis ☐ Other ________

**CARDIO-RESPIRATORY** ☑ Denies complaint ☐ Chest pain ☐ Nocturnal dyspnea ☐ Diaphoresis ☐ Pleuritic pain ☐ Cough ☐ Sputum ☐ Hemoptysis ☐ Wheezing ☐ Dyspnea ☐ Edema ☐ Hypertension ☐ Palpitation

**GASTROINTESTINAL** ☑ Denies complaint ☐ Hematemesis ☐ Tarry stools ☐ Heartburn ☐ Hemorrhoids ☐ Jaundice ☐ Weight loss ☐ Mouth sores ☐ Thirst ☐ Abdominal pain ☐ Nausea ☐ Vomiting ☐ Diarrhea ☐ Constipation

**GENITO-URINARY** ☑ Denies complaint ☐ Nocturia ☐ Retention ☐ Burning ☐ Frequency ☐ Urgency ☐ Enuresis ☐ Discharge ☐ Ostomy ☐ Oliguria ☐ Dysuria ☐ Stones ☐ Pain ☐ Polyuria ☐ Incontinence ☐ Hematuria ☐ Hesitancy

1. Female History N/A Age at menstrual onset ______ LMP ______

Regularity ☐ No ☐ Yes Duration ______ Date of last Pap Smear ________

Vaginal bleeding/discharge ☐ No ☐ Yes Mammogram ☐ No ☐ Yes Date ________

Last Breast exam ☐ No ☐ Yes Date ______ Last rectal exam ☐ No ☐ Yes Date ________

Post-menopausal bleeding ☐ No ☐ Yes Menopause age ______

2. Male Genital Tract ☐ Penile discharge ☐ Lesions ☐ Testicular pain ☐ Swelling Denies

**MUSCULO-SKELETAL** ☑ Denies complaint ☐ Muscle pain ☐ Sprains ☐ Neck pain ☐ Deformity ☐ Stiffness ☐ Fractures ☐ Extremity pain ☐ Limited range of joint motion ☐ Redness ☐ Back pain

**ENDOCRINE** ☑ Denies Complaint ☐ Goiter ☐ Heat/cold intolerance

**NEUROLOGY**

Mental Status: Oriented to ☑ Time ☑ Place ☑ Person ☐ Anxious ☐ Lethargic ☐ Disoriented ☐ Stuporous ☐ Comatose ☐ Denies complaint ☐ Tremor ☐ Muscle atrophy ☐ Muscle tenderness ☐ Headache ☐ Convulsions ☐ Syncope ☐ Epilepsy ☐ Paralysis ☐ Dizziness ☐ Paresthesia ☐ Ataxia

**PSYCHIATRIC HISTORY AND ASSESSMENT**

A. Appearance: Neat
B. Behavior: Calm Co-operative.
C. Mood/Affect: Calm
D. Hallucinations: Yes ☐ No ☑ Describe ________
E. Delusions: Yes ☐ No ☑ Describe ________
F. Paranoid Thoughts: Yes ☐ No ☑ Explain ________
G. Suicidal: Yes ☐ No ☑ Explain ________
H. Homocidal: Yes ☐ No ☑ Explain ________
I. Recent impulsive/Unpredictable behavior: Yes ☐ No ☑ Explain ________
J. Use of restraints/seclusion prior to unit admission: Yes ☐ No ☑ Explain ________

P50

## IV. FALL RISK ASSESSMENT

Directions: Use the following assessment tool to identify patients at risk for falls. Circle the score for each risk factor that applies to your patient. Patients with a score of 5 or more must be placed on the fall prevention program (Spot the Dot).

| RISK FACTORS | SCORE |
|---|---|
| Age 65 & older | 5 |
| History of previous Falls | 5 |
| Mental Status: Dementia; Psychoses; Delirium Tremens; Seizures | 5 |
| Debilitation/weakness/cachexia | 5 |
| Communication Deficits: Dysarthria; Aphasia; No verbalization; Language barrier | 1 |
| Mobility Deficits: Hemiparesis; Paraparesis; Hemiplegia; Paraplegia; Ataxia; Use of prosthetic devices; Use of cane/crutches; Amputee; Parkinson's disease | 5 |
| Visual Deficits: Blindness; ❖ Blurred vision; Night blindness; Post-op eye surgery ❖ Use of eye glasses /contact lenses | 5<br>1 |
| Medications: ❖ Barbiturates; Tranquilizers; Parenteral Pain meds; Hypnotics; Anesthetics ❖ Antihypertensives; Diuretics; Laxatives; PO/Patch Pain Meds, Eye gtts, pain p.o./patch. | 5<br>1 |
| Alteration in bladder function ❖ Medical/Surgical (pt/ with FC, incontinent of urine) ❖ Rehabilitation Unit (pt. bowel/bladder program) | 1<br>5 |
| Auditory Deficits | 1 |
| Orthostasis/Hypotension ❖ Syncopal episodes ❖ Vertigo | 5 |
| RISK ASSESSMENT SCORE | 0 |

| Skin Turgor | Skin Color | Skin Condition |
|---|---|---|
| ☑Normal | ☑Normal | ☐Moist |
| ☐Poor | ☐Pale | ☐Dry |
| | ☐Cyanotic | ☑Warm |
| | ☐Jaundice | ☐Cold |

| Mucous Membrane | Nails | Skin Condition (cont.) |
|---|---|---|
| ☐Pink | ☐Normal | ☐Abrasions |
| ☐Pale | ☐Pale | ☐Ecchymosis |
| ☐Cyanotic | ☐Cyanotic | ☐Blisters |
| ☐Moist | ☐Clubbing | ☐Rash |
| ☐Dry | ☐Brittle | ☐Edema |
| | ☐Other | ☐Burn |
| | | ☐Pressure Ulcer |

MARK SITE OF ABNORMAL SKIN FINDINGS ON DIAGRAM BELOW

## V. PRESSURE ULCER RISK ASSESSMENT

Directions: Use the following assessment tool to identify patients at risk for pressure ulcers. Circle the score for each risk factor that applies to your patient. The care plan should be initiated for a patient with a score of 5 or more.

| RISK FACTOR | ASSESSMENT INDICATOR | SCORE |
|---|---|---|
| Age | <65<br>>65 | 0<br>1 |
| Mobility | Ambulatory, bed rest < 3 days<br>Ambulatory only w/assist; bed rest > 3 days restrained<br>Non-ambulatory, quadriplegic, paraplegic, hemiplegic | 0<br>1<br>5 |
| Pattern of Elimination | Fully continent<br>Fully incontinent of urine or feces<br>Fully incontinent of urine and feces | 0<br>2<br>3 |
| Mental Status | Fully oriented<br>Confused, disoriented<br>Comatose | 0<br>2<br>5 |
| Nutritional Status | Good; feeds self<br>Feed w/assist; TPN, tube feeding<br>Cachexia, obese, NPO > 3 days | 0<br>2<br>4 |
| Skin | Intact<br>Poor turgor, dry, cracked/peeled areas, inflamed areas, pressure ulcer | 0<br>5 |
| Health Status | Good<br>Fair<br>Poor<br>Moribund | 0<br>2<br>3<br>5 |
| RISK ASSESSMENT SCORE | | 0 |

## VI. FUNCTIONAL SCREEN

If score is 6 or more, notify physician

| Assessment Indicator | | SCORE |
|---|---|---|
| Transfer skills Bed-Chair | Total assist<br>Moderate/minimum assist<br>Independent | 3<br>2<br>0 |
| Ambulation skills Bed-Bathroom | Total assist<br>Moderate/minimum assist<br>Independent | 3<br>2<br>0 |
| Self care skills Feeding/Eating | Total assist<br>Moderate/minimum assist<br>Independent | 3<br>2<br>0 |
| Toileting | Total assist<br>Moderate/minimum assist<br>Independent | 3<br>2<br>0 |
| Dressing/ Hygiene | Total assist<br>Moderate/minimum assist<br>Independent | 3<br>2<br>0 |
| Range of motion all extremities | Total assist<br>Moderate/minimum assist<br>Active | 3<br>2<br>0 |
| TOTAL SCORE | | 0 |

## VII. NUTRITION SCREEN

If score is 6 points or more, a Nutrition consult must be reported to the Nutrition Department via telephone ext. 403 or enter into the computer.

| Risk Associated Parameters | SCOR |
|---|---|
| Weight loss/gain last 30 days: + or – 10 lbs. | 6 |
| Pressure Ulcer: any stage | 6 |
| Feeding/swallowing difficulty | 2 |
| Nausea and vomiting > 3 days<br>Food Allergy/Intolerance | 3<br>1 |
| Pre-hospital diet/diet restriction: Diabetic, Renal<br>Tube feeding, Parenteral | 2<br>6 |
| Socio/Cultural/Religious needs relating to nutrition | 1 |
| TOTAL SCORE | 0 |