**VIII. ABUSE SCREEN**                                                                 P 51

Reports physical or psychological abuse  ☐No ☐Yes Unexplained injury ☒No ☐Yes

Suspicious bruises or markings  ☒No ☐Yes          Appears neglected ( ☐No ☐Yes

If yes to any criteria, notify ☐ physician, ☐ social worker and document in progress notes.

**IX.  DISCHARGE PLANNING**   Patient will need referral for:

☐Home Care    ☐ Nursing Facility   ☐   Rehab  ☐ Other _____

Family / Significant Other to Notify in Case of Emergency

Name: _Larry School craft_     Relationship: _Father_     Phone: 646 957 - 2486

Address: _196 County Highway 107 Johstown NY   12095_

**X.  PATIENT BILL OF RIGHTS**

☑ Provided a booklet, *Your Rights as a Hospital Patient in New York State*, which includes the following information:

- Patient's Bill of Rights
- An Important Message Regarding Your Rights as a Hospital Patient
- Important Message from Medicare
- Planning In Advance for Your Medical Treatment (Advance
- Deciding about CPR: (DNR) Orders – A Guide for Patients
- Letter from the New York State Department (Re: SPARCS

SCHOOLCRAFT, ADRIAN      PT#:130381874
M/R:1298984              FIC: 19  S
DOB:          /1975  34Y  M
ADM:11/03/2009 15:00  03MH8HAL 01
HOVANESIAN, SHUSHAN

**XI.  ADVANCED DIRECTIVES**

☑ NO

☐ Provided assistance in formulating
   Advanced directive

☐ Patient does not wish further information

☐ YES

If yes, indicate type?

☐ Health Care Proxy    ☐ Do Not Resuscitate

☐ Living Will          ☐ Durable Power of Attorney

Is copy placed on chart?  ☐ YES  ☐ NO

If No, when will copy be placed?_____

**XII.  NURSING DIAGNOSIS/PROBLEMS:**

Alt thought Process. Sec Alt feeling State as evidenced by paranoya, fear and, Suspiciousness.

**XIII. EXPECTED OUTCOMES: Indicate Goals for Discharge**

Pt will comply with his medication Regime. Pt will attend unit groups and activities. Pt will identify his Stressors and Support Systems.

DATE 11/3/09   PRINT NAME SHARON BARNNAN   SIGNATURE _Sharon Barnan_   RN TITLE

**JAMAICA HOSPITAL MEDICAL CENTER**
**DEPARTMENT OF PSYCHIATRY**

**CREATIVE ARTS THERAPY ASSESSMENT**

SCHOOLCRAFT, ADRIAN
M/R: 1298984          PT#: 130361874
DOB: ____/1975  34Y  M      F/C: 19   S
ADM: 11/03/2009 15:00   03MH9HAL 01
_____

| Functional Skill Area | G | A | I | Behavioral Example (if applicable) |
|---|---|---|---|---|
| Motivation | | | | PT has not atteded gup sno admission. Not enough contact to assess. |
| Follows Directions | | | | |
| Plans/Organizes | | | | |
| Problem Solving | | | | |
| Works Independently | | | | |
| Frustration Tolerance | | | | |
| Concentration | | | | |
| Making Decisions | | | | |
| Meeting New People | | | | |
| Being Assertive | | | | |
| Relatedness | | | | |
| Accepting Responsibility | | | | |
| Accepting Feedback | | | | |
| Impulse Control | | | | |
| Reality Testing | | | | |
| Self-Awareness | | | | |
| Express-ability | | | | |

**Strengths/Assets:**

**Weaknesses:**

**Preferred Modality: (e.g.: Verbal, Art, Movement etc.)**

**Goals:**

**Recommendations:**

**Signature:** Gabriela ___ MA CAT-Limited Permit  **Date:** 11/6/09
Print/Stamp name & title    GABRIELA PORTAS, MA CAT-Limited Permit

P53

**JAMAICA HOSPITAL
MEDICAL CENTER**

DEPARTMENT OF NURSING

SCHOOLCRAFT, ADRIAN
1296984    M    DOB: ▮▮/1975    34Y
ADM:11/01/2009  162B    130381874   99
ALDANA-BERNIER, LILIAN R PSYC

## FALL RISK ASSESSMENT

DIRECTIONS: Use the following assessment tool to identify patients at risk for falls.  Circle the score for each risk factor which applies to your patient. Patients with a score of 5 or more must be placed on the fall prevention program (Spot the Dot).  Risk factors along with Process Standards must be incorporated in the Patient Care Plan.

| RISK FACTORS | PROCESS STANDARDS | SCORE |
|---|---|---|
| 1.  Age | 1. Assess age changes related to functional status (over 65 years old) | 5 |
| 2.  History of previous Falls | 1. Ascertain from patient and family previous fall patterns and initiate Spot the Dot Program as necessary.<br>2. Discuss activity limitations with patient and family.<br>3. Provide safe environment<br>  - Call light within reach<br>  - Bed in low position<br>  - Bed wheels locked<br>  - Side rails up<br>  - Night light or bathroom light on | 5 |
| 3.  Mental Status<br>  - Dimentia<br>  - Psychoses<br>  - Delirium Tremens<br>  - Seizures | 1. Assess patient's mental status<br>  - Orientation<br>  - Memory<br>  - Judgment<br>  - Behavior<br>2. Assess needs for restraints.<br>3. Assess need for placing patient in room near nurses' station.<br>4. Assess need for companion supervision. | 5 |
| 4.  Debilitation/weakness/ cachexia | 1. Assess patient's self-care ability.<br>2. Assess patient's ability to turn, pull and move about freely.<br>3. Arrange furniture/equipment to provide safe environment. | 5 |
| 5.  Mobility Deficits<br>  - Hemiparesis<br>  - Paraparesis<br>  - Hemiplegia<br>  - Paraplegia<br>  - Ataxia<br>  - Use of prosthetic devices<br>  - Use of cane/crutches<br>  - Amputee<br>  - Parkinson's disease | 1. Assess patient's ambulatory status; have patient demonstrate walking.<br>2. Provide safe environment:<br>  - Maintain bed in low position with breaks locked.<br>  - Keep side rails in operable and within reach.<br>  - Place assistive devices and necessary equipment within reach while maintaining safe environment.<br>  - Have patient wear appropriate footwear when ambulating.<br>  - Utilize night light. | 5 |

6. Communication Deficits
   - Dysarthia
   - Aphagia
   - No verbalization
   - Language barrier

   1. Assess patient's communication status.
   2. Establish effective mode of communication.
   3. Provide interpreter where needed.
   4. Make patient rounds q 1-2 hours as needed.                    1

7. Visual Deficits
   - Blindness
   - Blurred vision
   - Night blindness
   - Post-op eye surgery
   - Use of eye glasses/ contact lenses

   1. Assess vision.
   2. Check effectiveness of eye glasses.
   3. Sign in room indicating sensory deficit.                      5
   4. Instruct patient to call for assistance as necessary.        1

8. Medications
   - Barbiturates
   - Tranquilizers
   - Pain meds
   - Hypnotics
   - Anesthetics
   - Antihypertensives
   - Diuretics
   - Laxatives
   - Eye gtts.

   1. Evaluate patient's medications dosages, regimen and side effect potential.
   2. Alert patient to possible side effects and instruct patient to call for the nurse should any side effect be experienced.        5
   3. Closely observe all post-operative patients for anesthesia side effects and observe patient's mobility.
   4. Plan toileting schedule.                                      1

9. Alteration in bladder function

   1. Assess patient's present elimination patterns Note urgency, nocturia frequency.
   2. Plan toileting schedule if indicated.
   3. Assess need for assistive devices such as commode or Texas catheter.
   4. Instruct patient to call for help as needed.                  1
      Note: Rehabilitation patients                                 5

10. Auditory Deficits

    1. Assess patient's ability to hear.
    2. Check effectiveness of hearing aid/batteries.
    3. Determine tone and volume necessary for communication.
    4. Place sign in room indicating sensory deficit.               1

11. Orthostasis/ Hypotension
    - Menier's Syndrome
    - Syncopal episodes
    - Vertigo

    1. Assess prior history of fluctuations in blood pressure on position change.
    2. Instruct patient in the importance of making position changes slowly to avoid dizziness/lightheadedness   5

                                                              TOTAL

DATE: 11/1/09                    SIGNATURE: _____

Original : P & P / EP    8/89
Revised:  NCQICC & P & P COMMITTEE / ST   4/92
ROUTE TO NURSING OFFICE UPON DISCHARGE

P55

Form OMH (OK SR (349)

New York
SOCL HEALTH

## NOTICE OF STATUS AND RIGHTS
### EMERGENCY ADMISSION
(to be given to the patient at the time of
admission to the hospital)

Section 9.39 Mental Hygiene Law

SCHOOLCRAFT, ADRIAN    PT#:130361874
M/R: 1298984   34Y  M        F/C: 19  S
DOB: /1975  15:00  03MH9HAL 01
ADM:11/03/2009 15:00  03MH9HAL 01
HOVANESIAN, SHUSHAN

............... Date of Birth .............

Facility Name

TO: _Schoolcraft Adrian_

Based upon an examination by a staff physician, you have been admitted as an emergency-status patient to this hospital for persons with mental illness for immediate observation, care and treatment. Within 48 hours of the time of your admission, you will be examined by another physician, who is a member of the psychiatric staff of this hospital. If he or she confirms the first physician's findings, you may then be kept in the hospital for a period of up to 15 days from the date of your arrival. During this 15 day period you may be released, converted to involuntary status, or asked to remain as a voluntary or informal patient.

You, and anyone acting on your behalf, should feel free to ask hospital staff about your condition, your status and rights under the Mental Hygiene Law, and the rules and regulations of this hospital.

If you, or those acting on your behalf, believe that you do not need immediate observation, care and treatment, you or they may make a written request for a court hearing. Copies of such a request will be forwarded by the hospital director to the appropriate court and the Mental Hygiene Legal Service.

### MENTAL HYGIENE LEGAL SERVICE

The Mental Hygiene Legal Service, a court agency independent of this hospital, can provide you and your family with protective legal services, advice and assistance, including representation, with regard to your hospitalization. You are entitled to be informed of your rights regarding hospitalization and treatment, and have a right to a court hearing, to be represented by a lawyer, and to seek independent medical opinion.

You, or someone acting on your behalf, may see or communicate with a representative of the Mental Hygiene Legal Service by telephoning or writing directly to the office of the Service or by requesting hospital staff to make such arrangements for you.

The Mental Hygiene Legal Service representative for this hospital may be reached at:

**MENTAL HEALTH LEGAL SERVICES**
**CREEDMOOR PSYCHIATRIC CENTER**
**80-45 WINCHESTER BOULEVARD**
**QUEENS VILLAGE, NY 11247**
**TELEPHONE NUMBER (718) 264-3342**

THE ABOVE PATIENT HAS BEEN GIVEN A COPY OF THIS NOTICE.

_____ Signature of Staff Physician          11/8/05
                                                               Date

COPIES TO: Persons designated by patient to be informed of admission. (If None, type in "NONE".)

_____          _____

_____          _____

_____          _____

*A copy of this Notice of Status and Rights is also being sent to the Mental Hygiene Legal Service.
State and Federal Laws prohibit discrimination based on race, color, creed, national origin, age, sex, or disability.*

P56

Form CAH 424 SP (Spanish) (4-82)

State of New York
OFFICE OF MENTAL HEALTH

Nombre del paciente (Apellido, Nexus, Iniciales del segundo nombre)

Número ...................................   Fecha de nacimiento ...........

**NOTIFICACION DE ESTADO LEGAL Y DERECHOS**
**INGRESO DE EMERGENCIA**
(Para ser entregada al paciente al momento del ingreso al hospital)
Sección 9.39 de la Ley de Higiene Mental

Nombre de la institución(es)                    Unidad/Pabellón/Cuarto No.

| Fecha de Ingreso al hospital | | | |
| --- | --- | --- | --- |
| | Mes | Día | Año |

A: _____

Basado en los exámenes de un médicos de este hospital, usted ha sido admitido como paciente con estado legal de emergencia a este hospital para personas con enfermedades mentales, para observación, cuidado y tratamiento inmediatos. Dentro de 48 horas a partir del momento del ingreso, usted será examinado por otro médico miembro del departamento psiquiátrico de este hospital. Si se confirman los informes del primer médico, usted permanecerá internado en el hospital por un período de hasta 15 días a partir de su llegada. Durante este período de 15 días usted puede ser dado de alta, cambiado a estado legal involuntario o permanecer internado como paciente voluntario o informal.

Usted y cualquiera que actúe en representación suya están en libertad de preguntar al personal del hospital acerca de su condición, su estado legal y derechos bajo la ley de higiene mental y las normas y reglamentos de este hospital.

Si usted o sus representantes consideran que usted no necesita observación, cuidado y tratamiento inmediatos, usted o ellos pueden hacer una petición escrita para una audiencia ante el tribunal. Las copias de dicha petición serán enviadas por el director(a) del hospital al tribunal apropiado y al Servicio Legal de Higiene Mental.

**SERVICIO LEGAL DE HIGIENE MENTAL**

El Servicio Legal de Higiene Mental, una agencia del tribunal no relacionada con este hospital, puede proporcionar a usted y a su familia servicios legales de protección, consejería y asistencia, incluyendo representación con relación a su hospitalización. Usted tiene derecho a ser informado sobre sus derechos relacionados con la hospitalización y tratamiento al igual que a una audiencia ante el tribunal, a ser representado por un abogado y a buscar opinión médica independiente.

Usted o cualquier otra persona actuando en representación suya puede ver o comunicarse con un representante del Servicio Legal de Higiene Mental ya sea por teléfono o escribiendo directamente a la oficina del Servicio o solicitando al personal del hospital que haga tales arreglos por usted.

El representante del Servicio Legal de Higiene Mental de este hospital puede ser localizado en:

**AL PACIENTE ANTERIORMENTE MENCIONADO SE LE HA**
**ENTREGADO UNA COPIA DE ESTA NOTIFICACION**

_____           _____
Firma del médico                            Fecha

COPIAS A: Personas designadas por el paciente para ser informadas antes del ingreso. (Si no designa escriba "NINGUNO").

_____           _____

_____           _____

Una copia de esta notificación de estado legal y derechos será también enviada al Servicio Legal de Higiene Mental. Las leyes estatales y federales prohíben la discriminación basada en raza, color, credo, nacionalidad, edad, sexo o incapacidad.

P 57

SCHOOLCRAFT, ADRIAN
M/R: 1298984
DOB: ██/██/1975  34Y  M                PT#: 130381874
ADM:11/03/2009 15:00                   F/C: 19    S
HOVANESIAN, SHUSHAN         03MHSHAL 01

**EMERGENCY ADMISSION**
Section 9.39 Mental Hygiene Law

**I. General Provisions for Emergency Admission**

A  In order for a person to be admitted to a hospital according to Section 9.39 of the Mental Hygiene Law, all the following requirements must be met:

1  The hospital must be approved by the Commissioner of Mental Health to receive and retain patients according to this Section.

2  The person must be alleged to have a mental illness for which immediate observation, care, and treatment in a hospital is appropriate and which is likely to result in serious harm to himself or herself or others. "Likelihood to result in serious harm" means:
— a substantial risk of physical harm to the person as manifested by threats of or attempts at suicide or serious bodily harm or other conduct demonstrating that the person is dangerous to himself or herself ("other conduct" shall include the person's refusal or inability to meet his or her essential need for food, shelter, clothing, or health care, provided that such refusal or inability is likely to result in serious harm if there is not immediate hospitalization), or
— a substantial risk of physical harm to other persons as manifested by homicidal or other violent behavior by which others are placed in reasonable fear of serious physical harm.

3  A staff physician of the admitting hospital must examine the person and find that the person meets the standard for admission under this Section. The physician then completes this Form, OMH 474, Emergency Admissions.

B  A person who is alleged or appears to be mentally ill may be taken into custody, transported, or removed to a hospital approved to accept emergency admissions, according to the following sections of the Mental Hygiene Law:
— Section 9.41 - Powers of Certain Peace Officers and Police Officers, Form OMH 474AA/474A, I
— Section 9.43 - Powers of Courts - Form OMH 46B, Civil Order for Removal to Hospital
— Section 9.45 - Powers of Directors of Community Services, Form OMH 474AA/74A, II
— Section 9.55 - Powers of Qualified Psychiatrists, Form OMH 474AA/475A, III
— Section 9.57 - Powers of Emergency Room Physicians, Form OMH 474AA/476A, IV

C  On admission, the person will be given a written notice of status and rights as a patient admitted according to MHL Section 9.39. This notice will also be given to the Mental Hygiene Legal Service and up to three other persons designated by the person admitted.

If a person admitted according to this Section is to be retained in the hospital for more than 48 hours, another physician, who is a member of the psychiatric staff of the hospital, must examine the person and confirm the admitting physician's findings by completing page 2 of this form (OMH 474).

Within 15 days of admission, if it is determined that the person is not in need of involuntary care and treatment, s/he shall be discharged unless s/he is suitable and agrees to remain as a voluntary patient. If the person is in need of continued inpatient care and treatment, and is not suitable or will not agree to remain as a voluntary patient, s/he may be retained beyond 15 days only by completion of an application and two medical examinations as required for admission according to MHL Section 9.27 - Involuntary Admission on Medical Certification.

**II. Record of Admission**

A  The above-named person was brought to this hospital by _____ ~~Name~~

Title/Badge No. (as appropriate) _____  Address _____  Phone _____

Residence of Person _____  Address of Person _____   Time of arrival at hospital: |0|4| |0|1| |0|9| |2|2| |0|3|  ☐A.M. ☐P.M.
                                                                                MONTH  DAY  YEAR  HOUR  MINUTE

B  Circumstances which led to the person being brought to this hospital          (If applicable) Person was taken into custody, transported, or removed to this hospital in accordance with MHL Section _____

_Patient is a danger to himself_
_Presents agitated demand, will_
_benefit from inpatient stabilization_

C  I HAVE EXAMINED THE ABOVE-NAMED PERSON PRIOR TO ADMISSION AND FIND THERE IS REASONABLE CAUSE TO BELIEVE THAT THE PERSON HAS A MENTAL ILLNESS FOR WHICH IMMEDIATE OBSERVATION, CARE AND TREATMENT IN A MENTAL HOSPITAL IS APPROPRIATE AND WHICH IS LIKELY TO RESULT IN SERIOUS HARM TO HIMSELF OR HERSELF OR OTHERS

Physician's Signature _____   |1|1| |0|3| |0|9| | |7|0|  ☐A.M. ☐P.M.
                                        MONTH  DAY  YEAR  HOUR  MINUTE

P58

**EMERGENCY ADMISSION**
Section 9.39 Mental Hygiene Law

SCHOOLCRAFT, ADRIAN
M/R: 1298984      PT#: 130381874
DOB: ___/1975  34Y  M    F/C: 19    9
ADM: 11/03/2009 15:00   03MH9HAL 01

**III. Examination to Confirm Need for Extension of En... beyond 48 Hours**

**A. Pertinent and Significant Factors in Patient's Medical and Psychiatric History:**

34 y.o. male without past Ψ history presented to ER w/u "paranoid" ideation and admitted for further evaluation

**B. Physical Condition (including any special test reports):**

Stable

**C. Mental Condition: The conduct of the patient (including statements made to me by others) has been:**

Pt very serious, suspicious of nurse that has suspicions w the police department wanted to "get rid of him"

**D. The patient shows the following psychiatric signs and symptoms:**

Suspicious and paranoid quality ideations

**E. Does the patient show a tendency to cause serious harm to him/herself?** ☐ Yes ☒ No   to others? ☐ Yes ☒ No

F. If yes, explain:

**7. (Mental) diagnosis if determined:**

Psychosis NOS
R/o Adjustment disorder

**IV. Psychiatrist's Confirmation**

Schoolcraft Adrian   __ __   __ __   __ __
Patient's Name       MONTH  DAY   YEAR   HOUR  MINUTE

I have personally observed and examined on

Based on such examination and the case history, I hereby confirm that there is reasonable cause to believe that the patient has a mental illness for which immediate care and treatment in a hospital is appropriate and which is likely to result in serious harm to himself or herself or others. The facts stated and information contained herein are true to the best of my knowledge and belief.

I am on the psychiatric staff of _____   Hospital   _____
(Signature)

646 - 957 - 2486 (FATHER)  P59

**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway, Jamaica, NY 11418

LOCATION: 081X

DATE AND TIME OF ARRIVAL 10/31/2009   23:03   **EMERGENCY MEDICINE RECORD**

- 6497

| REGISTRATION | | | | | |
|---|---|---|---|---|---|
| MEDICAL RECORD NO. 1298984 | | PATIENT TYPE E | PATIENT ACCOUNT NO. 130381015 | | |

| PATIENT'S NAME | | | SOCIAL SECURITY NO. | DATE OF BIRTH /1975 | AGE 34Y |
|---|---|---|---|---|---|
| SCHOOLCRAFT   ADRIAN | | | | | |

| STREET ADDRESS 82-60 88 PL | CITY | STATE | ZIP CODE 11385 | TELEPHONE NO. 718 270 6204 | PLACE OF BIRTH |
|---|---|---|---|---|---|

| FIN. CL. 01 | SEX M | RACE | RELIGION | MARITAL STATUS S | FATHER'S NAME | MOTHER'S MAIDEN NAME, FIRST NAME |
|---|---|---|---|---|---|---|

| PRIVATE M.D. NAME OR CLINIC NAME | PATIENT COMPLAINT | LANGUAGE ENG | INTERP. REQ. N |
|---|---|---|---|

| MODE OF ARRIVAL | ACCOMPANIED BY | RELATIONSHIP | TELEPHONE NO. | INJURED AT WORK? | AUTO ACCIDENT? |
|---|---|---|---|---|---|

| DATE AND TIME OF ACCIDENT | POLICE OFFICER NAME AND BADGE NO. | PCT. NO. | REFERRED FROM: ☐ PMD  ☐ TRIAGE  ☐ CLINIC  ☐ FP  ☐ OTHER |
|---|---|---|---|

| NEXT OF KIN | TELEPHONE NO. | NEXT OF KIN ADDRESS | RELATIONSHIP TO PATIENT |
|---|---|---|---|

| FINANCIAL/INSURANCE | | | | | |
|---|---|---|---|---|---|
| GUARANTOR'S NAME WORK | STREET ADDRESS | CITY | STATE | ZIP CODE | |

| GUARANTOR'S SOC. SEC. NO. | TELEPHONE NO. | GUARANTOR'S EMPLOYER | ADDRESS | TELEPHONE NO. |
|---|---|---|---|---|

| PATIENT'S EMPLOYER NAME | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|

| INSURANCE #1: | NAME | GROUP NO. | POLICY NO. |
|---|---|---|---|

| INSURANCE #2: | NAME | GROUP NO. | POLICY NO. |
|---|---|---|---|

| HOSPITALIZED PAST 60 DAYS? IF YES, WHERE AND WHEN? | PLACE OF ACCIDENT | CRIME VICTIM PCT. NO. | CRIME VICTIM COMPLAINT NO |
|---|---|---|---|

| COMMENTS |
|---|

| NURSING VITAL SIGNS | TIME | B.P. | PULSE | RESP | TEMP |
|---|---|---|---|---|---|
| | TIME | B.P. | PULSE | RESP | TEMP |

☐ CARDIAC MONITOR   ☐ IV ANGIO#___ FLUID___   ☐ OXYGEN GIVEN
☐ EKG INITIALS___   INITIALS___   INITIALS___   METHOD___   INITL___

☐ ADVANCED DIRECTIVES DISCUSSED   HEALTH CARE PROXY ☐ YES  ☐ NO   AGENT'S NAME:

RN SIGNATURE

| DATE | TIME | | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DATE | TIME | MEDICATION ORDER | | | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|---|---|
| | | MEDICATION | DOSE | ROUTE | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

P60



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway, Jamaica, NY 11418

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: ▮▮/1975   34Y   F/C: 19   S
ADM: 11/03/2009 15:00   03MH 9HAL 01   130381874
HOVANESIAN, SHUSHAN

## CONSENT FOR GENERAL ADMISSION/ EXAMINATION/TREATMENT

I authorize my admission to The Jamaica Hospital Medical Center ("Hospital"). I authorize the Hospital, the attending physicians and dentists or its medical staff, assisted by the House Staff, Nursing Staff, Allied Health Staff (employees of the Hospital) and students (nonemployees), to provide such medical and/or dental care and to administer such routine diagnostic tests and procedures, including but not limited to, diagnostic x-rays; the administration and/or injection of pharmaceutical products and medications; the drawing of and/or administration of blood or other derivatives, as is deemed necessary or advisable in my care.

I understand that the attending physicians managing or participating in my care may not be employees or agents of the Hospital. I also understand that the Hospital is only responsible for the care rendered by Hospital employees and/or agents.

I acknowledge that no guarantees or assurances have been made to me concerning the outcome of treatments or examinations in the Hospital.

I confirm that I have read and fully understand the above.

Patient/Authorized Person: _____
Signature

_____
Print Name

_____
Relationship, if signed by
person other than patient

(If Required)
Interpreter: _____
Signature

_____
Print Name

Witness: _____
Signature

_____
Print Name

Date: 11/3/07

*The signature of the patient must be obtained unless the patient is an unemancipated minor under the age of 18, incompetent, or is otherwise incapacitated.

J00003 REV 9/06 | **NOTE: THIS DOCUMENT MUST BE MADE PART OF THE PATIENT'S MEDICAL RECORD.**

JAMAICA HOSPITAL
MEDICAL CENTER

**PT NAME:** SCHOOLCRAFT, ADRIAN
1208984   M   DOB: /1975   34Y
ADM:11/01/2009  182B   130381874  99
ALDANA-BERNIER, LILIAN R PSYC

**MR#:**

**AGE:**          **SEX:**

P 61

**Department of Psychiatry**
**Emergency Division**

# Nursing Assessment Form

Date: 11/1/09  Time: 9AM  Catchment Area: _____

Informant: ☒ Patient  ☐ Family  ☐ Police  ☒ Other: _Consultation Report_

Name of Informant: _____  Telephone #: _____

**MODE OF ARRIVAL:**

Walk in: ☐ Self  ☐ Family  ☐ Ambulance  ☒ Transfer  ☐ Court Remand

Police: _____  Badge #: _____  PCT: _____  Prisoner: ☐ Yes ☒ No

Handcuffs: ☐ Yes ☒ No  Other: _____

Patient's Chief Complaint: _Denies_

Circumstances Leading to Admission: _BIB/NYPD to client was deemed_
_to be paranoid & a danger to himself by his supervisor_

Hospitalization(s) (where): _Denies_   When: _NA_

Current Psychiatric or Medical Conditions: _Denies_

Treatment and/or Medication: _Denies_

Diabetes: ☐ Yes ☒ No   Hypertension: ☐ Yes ☒ No   Drug: ☐ Yes ☒ No
Cardiac: ☐ Yes ☒ No   Respiratory: ☐ Yes ☒ No   Alcohol: ☐ Yes ☒ No
Seizure Disorder: ☐ Yes ☒ No   Smoking: ☐ Yes ☒ No

If yes, Explain: _____

Skin Conditions - Contusions/Laceration: ☒ Yes ☐ No
Describe location, size, color, drainage, odor: _pimple/black_

Scars/Rashes: ☐ Yes ☒ No

Describe location, size: _____

Allergies/Medication: ☐ Yes ☒ No _____

Food: ☐ Yes ☒ No _____

P62

## PHYSICAL EXAM

Vital Signs:

T: 99.0    BP: 139/80

P: 115    HT: 6'3"

R: 18    WT: 108KG

SCHOOLCRAFT, ADRIAN
1299954    M    DOB: ▓▓1975    34Y
ADM 11/01/2009  192B    130381874   99
ALDANA-BERNIER, LILIAN R PSYC

### PATIENT'S APPEARANCE

Appetite: _____ Good

Sleeping Pattern: _____ fair

### ATTITUDE/MOOD

| | | | | |
|---|---|---|---|---|
| ☒ Cooperative | ☐ Uncooperative | ☐ Anxious | ☐ Panic | ☐ Hostile |
| ☐ Guarded | ☐ Suspicious | ☐ Angry | ☐ Sad | ☐ Tearful |
| ☐ Elated | ☐ Demanding | ☐ Seductive | | |

### SPEECH

| | | | | |
|---|---|---|---|---|
| ☒ Clear | ☐ Normal Rate | ☐ Slurred | ☐ Slow | ☐ Rapid |
| ☐ Mute | ☐ Loud | ☐ Soft | ☐ Shouting | ☒ Relevant |
| ☒ Spontaneous | ☐ Incoherent | ☐ Abusive/Cursing | | |

Others: _____

### THOUGHT PROCESS

| | | | | |
|---|---|---|---|---|
| ☐ Logical/Goal-Directed | ☐ Blocking | ☐ Rambling | ☐ Evasive | ☐ Oriented |
| ☐ Time | ☒ Place | ☒ Person | | |

### ORIENTATION

| Hallucination: | ☐ Yes ☒ No | Delusion: | ☒ Yes ☐ No |
|---|---|---|---|
| | | | paranoid persecutory delusion |

| Paranoia: | ☒ Yes ☐ No |
|---|---|
| feels that his supervisor has ill feelings towards him | |

| Homicidal: | | Suicidal: | |
|---|---|---|---|
| Ideation: | ☐ Yes ☒ No | Ideation: | ☐ Yes ☒ No |
| Gestures: | ☐ Yes ☒ No | Gestures: | ☐ Yes ☒ No |
| Attempts: | ☐ Yes ☒ No | Attempts: | ☐ Yes ☒ No |

2

SCHOOLCRAFT, ADRIAN
1266984    M    DOB:        /1975    34Y
ADM:11/01/2009  162B      130381674    99
ALDANA-BERNIER, LILIAN R PSYC

P63

Pain Assessment Score: (From Triage Form): _____ 0

Dentures          ☐ Yes  Upper: _____   Lower: _____  ☑ No
Eyeglasses        ☐ Yes  ☑ No

**CONDITIONS THAT MAY PLACE A PATIENT AT GREATER RISK DURING RESTRAINT /SECLUSION**

Medical Conditions: _____ None
Physical Limitations: _____ None
Are you currently the victim of physical/sexual abuse?                    ☐ Yes  ☑ No
Were you at any time in the past the victim of physical or sexual abuse?  ☐ Yes  ☑ No

**RISK ASSESSMENT FOR BEHAVIORAL DISCONTROL**

For Restraints/Seclusion:  ☐ Yes  ☑ No  If yes, specify reasons:  ☐ Combative/Violent
Behavior  ☐ Impulsive Behavior

**FOR RESTRAINT/SECLUSION ONLY**

Do you want your family/significant other to be notified?                    ☐ Yes  ☑ No
Family has agreed to be notified at the initiation of Restraint/Seclusion:   ☐ Yes  ☑ No
Family has agreed to be notified the following morning regarding a Restraint/Seclusion
which occurs after 9:00PM                                                    ☐ Yes  ☑ No

**PERTINENT FINDINGS**

_See Empower_

**NURSING PROBLEM(S) / DIAGNOSIS**

_See Empower_

**PLANNED NURSING INTERVENTIONS**

_See Empower_

☐ Discharged from Emergency Department.  ☐ Admitted  ☑ Other: _____
Transferred to : _____

11/1/09      9AM       B Woodruff       _____
DATE         TIME       PRINT            SIGNATURE
                          3

**JAMAICA HOSPITAL MEDICAL CENTER**

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: ●●1975    34Y
162B  ALDANA-BERNIER, LILIAN R PSYC
ADM: 11/01/2009    130381874    99
NAME PLATE

P64

**HISTORY & PHYSICAL**

Chief Complaint: _They Brought Me here_    Duration:

Private MD?:    Hx obtained from (if other than patient):

**Hx of Present Illness -- Must include 4 or more of the following elements**

Location (Where is problem)    Severity (Scale 1 – 10)    Associated symptoms (Swelling, Redness)    Modifying factors (Feels better when...)
Duration (How long problem existed)    Timing (When it occurs, how long it lasts)    Context (Hurts when I....)    Quality of Pain (Sharp, Dull, Stabbing)

_34 y/o Male Brought in By MPD because_
_they thought he was prounded and also a danger to_
_to himself_

**REVIEW OF SYSTEMS**

A ROS is an inventory of ALL body systems obtained through a series of questions to identify signs and/or symptoms which the patient may be experiencing or has experienced.

| Experienced/Experiencing signs or symptoms? | NO |
|---|---|
| Constitutional Symptoms (fever, wt. loss, etc.) | ☐ |
| Eyes | ☐ |
| Ears, Nose, Mouth, Throat | ☐ |
| Cardiovascular | ☐ |
| Respiratory | ☐ |
| Gastrointestinal | ☐ |
| Genitourinary | ☐ |
| Musculoskeletal | ☐ |
| Skin and/or Breasts | ☐ |
| Neurological | ☐ |
| Psychiatric | ☐ |
| Endocrine | ☐ |
| Hematologic/Lymphatic | ☐ |
| Allergic/Immunologic | ☐ |

_Denied_

PRINT NAME: _Heron_    SIGNATURE    DATE: _11/2/09_

FO116  Stock 1472  Revised March '08    1 of 4

Prior Major Illnesses and Injuries: ☐None

P65

SCHOOLCRAFT, ADRIAN
1288984     M     1974   34Y
ADM:11/01/2009   11/25     99
ALDANA...     130381674
NAME PLATE

*Denies*

Surgical History: ☐None

Prior Hospitalizations: ☐None

| Current Medications: (Dose, Frequency) ☐None | CODE | Current Medications - Continued: (Dose, Frequency) | CODE |
|---|---|---|---|
| Risperdal 0.5mg PO(BID) | | | |
| | | | |

C = Continue;  D = Discontinue;  CH = Change

| ALLERGIES (if yes include type of reaction) | PERTINENT FAMILY HISTORY |
|---|---|
| ☐NO KNOWN ALLERGIES | |

Age appropriate immunization status: Pneumococcal (Date:____)  Influenza(Date:____)  Other:____

**SOCIAL HISTORY**
An age appropriate review of past and current activities

Tobacco   ☐None   ☐Quit – When:____
☐Yes ⇒ Packs Per Day ____ X ____ years
Alcohol   ☐None   ☐Quit – When:____
☐Yes⇒ Quantity/Frequency/Duration:____
Substance Abuse ☐None   ☐Quit – When:____
☐Yes ⇒ Drug:____
Route:  ☐IV  ☐PO   Other (Specify):____
Quantity/Frequency:____

Travel History:____
Marital Status: ☐Single  ☐Married  ☐Separated  ☐Divorced  ☐Widowed
Current Occupation & Hx:____
Sexual History:____
Level of Education:____
ADLs:____
Living Arrangements:____
Advance Directives: ☐No  If Yes Specify:____
Signs of Abuse? ☐No  If Yes Specify:____

PRINT NAME          SIGNATURE          DATE          2 of 4

**MULTI-SYSTEM EXAMINATION**
MUST INCLUDE 9 OR MORE OF THE
FOLLOWING ORGAN SYSTEMS

Check "□N" if NORMAL or NEGATIVE,
otherwise Describe Significant or Abnormal Findings

P66

SCHOOLCRAFT, ADRIAN
1298984    M    DOB:       /1975    34Y
ADM:11/01/2009   162B    130351874    99
ALDANA-BERNIER, LILIAN R PSYC

NAME PLATE

| | |
|---|---|
| **Constitutional** | BP: 126/96  Pulse: 93  Temp: 99.2 Ht:    Wt:    Resp:    SpO₂: |
| | □N Appearance    Well Appearing Mildly agitated |
| **Eyes** | □N Conjuct/Lids |
| | □N Pupils/Irises |
| **ENT & Mouth** | □N Ears    □N Nose |
| | □N Oropharynx    □N Dentition |
| **Neck** | □N Masses:    □N Trachea    □N Carotids |
| | □N Thyroid    □N JVPs |
| **Respiratory** | □N Inspection    □N Percusion |
| | □N Palpation    □N Auscultation |
| **Cardiovascular** | □N Palpation    □N Heart Size    □N Thrills |
| | □N Auscultation    □N Murmurs    □N Rubs    □N Gallops |
| **Extremities** | □N Pulses    □N Edema |
| **Chest · Breasts** | □N Inspection    □N Masses |
| | □N Palpation    □N Discharge |
| **Abdomen** | □N Tenderness    □N Masses    □N Bowel Sounds |
| **Gastrointestinal** | □N Liver    □N Spleen |
| | □N Kidneys    □N Rectal Exam (Stool Guaiac) |
| **Female** | □N Pelvic (if Indicated) Cervix    □N Uterus    □N Adnexa |
| | □N Discharge    PAP smear (date) |
| **Male** | □N Prostate (if Indicated) |
| **Skin** | □N Inspection    □N Rash |
| | □N Palpation    □N Lesions |
| **Lymphatic** | □N Neck    □N Axillae |
| | □N Groin    Other: |
| **Musculoskeletal** | □N R.O.M.    □N Nails |
| | □N Gait |
| **Psychiatric** | □N Judgment    □N Mood & Affect |
| | Mental Status   A&O X   3 |
| **Neurologic** | □N DTRs (e.g. Babinski)    □N Cranial Nerves |
| | □N Sensory    □N Motor |



PRINT NAME   Hason

SIGNATURE

DATE  11/25/09

3 of 4

| LAB, X-RAY & EKG RESULTS | WBC: 12.3 *8·10 | RBC: | | SCHOOLCRAFT, ADRIAN | | |
|---|---|---|---|---|---|---|
| Hemoglobin: 14.8   Hematocrit: 44 | MCV: 87.6 | Platelets: 251 | | 1298984   M   DOB:  1975   34Y   P67 | | |
| Dif. - Neutro:   Lymph: | Mono: | Eosin:   Baso: | | 162B   ALOANA-BERNIER, LILIAN R PSYC | | |
| Glucose: 94   Urea Nitrogen: 14   Creatinine: | | Sodium: 38 Potassium: 4.6 Chloride: 104 | CO2: 84 | ADM: 11/01/2009   130381874   09 | | |
| Total Protein: 8.2 Albumin: 4.7 Bilirubin: 0.6 | | Alk Phos 57 AST: 46 ALT: 57 | Anion Gap: | | U/A: | Calcium: 9.4 |
| INR:   PT:   PTT: | | ABG--pH:   CO2:   O2: | HCO3: | HCG: □Pos □Neg | | |

Other: Lip 55 , Amy - 44   RRR NB

EKG:

CXR:

CT Scan: Head CT - Normal

FINDINGS:
- Well Male
- First psych incident

DIAGNOSIS:

THERAPEUTIC PLAN:
-- Continue Current psych Treat.
- Patient is medically cleared to
be admitted to psych. Floor.

Resident (PRINT) Heron   SIGNATURE Heron   BEEPER 2953 DATE 11/2 TIME

ATTENDING'S IMPRESSION: □ I saw and evaluated the patient. □ I reviewed the resident's findings.

RELEVANT HPI:

RELEVANT PHYSICAL EXAM:

DIAGNOSIS/PLAN: □ I agree with the resident's note above

ATTENDING (PRINT)   SIGNATURE   BEEPER   DATE   TIME

4 of 4

P 68



JAMAICA HOSPITAL
MEDICAL CENTER
8900 VAN WYCK EXPWY.
JAMAICA, N.Y. 11418

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: █/1975    34Y
ADM:11/01/2009  162B      130381874    99
ALDANA-BERNIER, LILIAN R PSYC

PROGRESS NOTES

| Date | Start | Start RN and all |
|------|-------|------------------|

11/7/09 - left wrist

11/2/09 Right Arm
Rt reddened anterior

# wrist Reddened
Posterior area
+ anterior

Left / Arm
bruise

P69



**JAMAICA HOSPITAL MEDICAL CENTER**

**Department of Psychiatry**
**Inpatient Division**

SCHOOLCRAFT, ADRIAN
M/R:1298984                PT#:130381874
DOB:____/1975  34Y  M         F/C: 19   S
ADM:11/03/2009 15:00  03MH9HAL 01
HOVANESIAN, SHUSHAN

## PSYCHOSOCIAL ASSESSMENT

### DEMOGRAPHICS

Age: 34  Sex: M  Marital Status: S  Race: Caucasian Religion: unknown

Address: 82-60 88th Pl. Ridgewood, N.Y. 11385

Telephone: (718) 570-6224 Country Of Birth: U.S.

Education: Some college Language: English  Occupation: Police officer

Social Security #: ___-__-6997  Income Source employed

Insurance: Aetna/US Healthcare Number: BBM6PBBA

Veteran's Benefits: Nos          Immigration Information citizen

Problems Precipitant To Current Admission: Pt. was BIB EMS/
NYPD after his colleagues and superior
@ the NYPD became concerned about
his behavior.

Past Psychiatric History/Hospitalization: No known hx.

Outpatient Treatment (name & telephone #) None.

Outpatient Therapist (contact, date & time) None.

(page 1)

P70

SCHOOLCRAFT, ADRIAN
M/R: 1298984          PT#: 130381874
DOB: ████1975  34Y  M       F/C: 19   S
ADM:11/03/2009 15:00  03MH9HAL 01
HOVANESIAN, SHUSHAN

**Family Psychiatric History:** None — pt./family deny.

**Substance Abuse History/Treatment:** None Known

**History Of Violence:** None.

**History Of Abuse:** Pt. denies any hx.

**ACS Involvement/Worker & Telephone:** NO ACS involvement.

**PSA Involvement/Worker & Telephone:** NO PSA involvement.

**Work History:** Pt. has been a NYC Police officer for the past yrs. and worked for Motorola before that. He was in the Navy.

**Legal History:** None.

**Living Situation:** Pt. lives alone in an apt. in Glendale.

**Developmental History:** Pt. was born and raised in Texas. Completed H.S. went on to join the Navy where he served 4 yrs. Pt. then went to college, went to work for Motorola and then moved to N.Y. and joined the NYPD. Never married. No children.

( page 2)

SCHOOLCRAFT, ADRIAN
M/R: 1298984                        PT#: 130381874
DOB: ▮▮▮▮1975  34Y  M        F/C: 19   S
ADM: 11/03/2009 15:00   03MH 9HAL 01
HOVANESIAN, SHUSHAN

**Name Of Person Living With Or Involved With Patient**

Name _Larry Schoolcraft_  Relationship _Father_   Telephone # (646) 957-2486

Support System/Relationship History: _Pt.'s father is supportive._

Is Religion A Source Of Strength For Patient? _NO_

Does Patient Wish To See A Clergy?     Yes_____     No_____
If Yes, Date And To Whom Referral Was Made _____

Recent Level Of Functioning _Pt. came to the PER error hospital by EMS/NYPD after his colleagues and supervisor became concerned about his behavior._

Strengths: _Domiciled, Employed, Insured, supportive father._

Weaknesses: _____

Assessment: _Pt. is a 34 year old caucasian male c̄ no known psych. hx. who was BIB EMS and NYPD after his colleagues and supervisors became concerned about his behavior. Pt. is a 7-yr. officer @ the NYPD and believes that he knows of "cover-up" that is going on within the dept. He lives alone but has a supportive father. During the interview pt. was calm, pleasant and cooperative. He denied any psych. symptoms, SI / HI or AVH / other hallucinations._

(page 3)

P72

SCHOOLCRAFT, ADRIAN
M/R: 1298984                 PT#: 130381874
DOB:        975  34Y  M        F/C: 19  S
ADM: 11/03/2009 15:00  03MH 9HAL 01
HOVANESIAN, SHUSHAN

**Short Term Goals:** Pt. will be ready for d/c.

**Long Term Goals:** Pt. will remain stable in the community.

**Initial Discharge Plan:** Pt. will return home.

**Patient Participation/Agreement With Plan:** Pt. feels that he is not in need of a psychiatric admission at this time, but wants to go home.

**Family/Significant Other Contact Person:**
Name:
Address:
Telephone #:                    (See pg 3)

**Is Above Person Willing To Be Involved In Treatment And Discharge Planning?**
Yes ___✓___   NO _____

**Additional Information:** None @ present.

11/4/09                Christine McMahon, LMSW              Christine McMahon
Date        Print Name                    Signature          Title LMSW

(page 4)

P73

 **DEPARTMENT OF PSYCHIATRY**

SCHOOLCRAFT, ADRIAN
1298984     M     DOB:      /1975     34Y
ADM:11/01/2009    182B
ALDANA-BERNIER, LILIAN R PSYC    130381874   99

## MEDICATION RECONCILIATION FORM

*LIST ALL MEDICATIONS (PSYCHOTROPIC, NON-PSYCHOTROPIC, OVER-THE-COUNTER, OTHER).*

| CURRENT MEDICATION | DOSE | FREQUENCY | CODE |
|---|---|---|---|
| None - | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **CODE:** | **C=CONTINUE** | **D=DISCONTINUE** | **H=CHANGE** |

Reconciliation on Admission to Emergency Department
Signature of ER Physician: _____

Khwaja Khusro Tariq, MD
DEA #AT0798061-736

Reconciliation on Admission to Inpatient Unit
Signature of Inpatient Physician: _____

C:\Documents and Settings\Default User\Desktop\FORMS\FORMS\Medication Reconciliation.doc

Revised (10/97), (1/03) (1/04)



**JAMAICA HOSPITAL
MEDICAL CENTER**

P74

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: 1975    34Y
ADM:11/01/2009  162B        130381874  99
ALDANA-BERNIER, LILIAN R PSYC

**PSYCHIATRIC EVALUATION**

☑ ER   ☐ INPATIENT   ☐ CLINIC

DATE: 11/1/09        TIME: 12 P.M.

| IDENTIFYING DATA: | | | |
|---|---|---|---|
| Age: 34 | Sex: M | Sexual Orientation: | Race: _Caucasian_ |
| Marital Status: S | | Religion: | Legal Status: |

**ALERTS:** (List risk factors including danger to self/others, CPL status, physical health conditions/needs, allergies.)

Source of Information:        _Patient_        Tel:

                                            Tel:

**CHIEF COMPLAINTS:** (By patient and/or others) " _They just came into my
place and handcuffed me_ ". As per accompanying NYP.
officers (Sgt James as per ER consult) he has been acting bizarre

**HISTORY OF PRESENT ILLNESS:** (Functioning before onset, precipitating factors, interventions tried)

The patient states that he has been reporting irregularities a
work to Internal Affairs for over a year. He states that
his supervisor, including his immediate supervisor, the Deputy
Inspector at 81st Precinct, have been under-reporting crime
stats to earn more merit, get promotion and 'make a rate'.
He reports having documented proof. He states that his supervisor
became aware of this which is why he is being persecuted like th
He states that he was in bed last night when his landlord
let NYPD officers in who 'assaulted' him, including bending
his arm, 'stamping lightly' on his face and causing many
bruises (Unsure are visible on both arms). As per ER consult don
earlier today, the accompanying NYPD officer, alleged that

                                    _contd. overleaf →_

contd. overleaf →

1

of the 81st Precinct, the patient became agitated and verbally abusive towards his supervisor. He then left and concerned about his condition, several officers followed him home. He barricaded himself in his room and refused to come out so the door had to be broken down. He initially agreed to go with them but once outside he made a run for it and had to be chased and handcuffed. In the medical ER the patient was agitated, verbally abusive and told the treating M.D. that 'they are all against me'.

Patient denies any recent suicidal or homicidal thought. He states he has bout of anxiety and depression over what has been happening but denies persisting depressive symptoms. No recent manic symptoms elicited. No hallucinations elicited. Denies any recent substance use.

P76

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: ███1975    34Y
ADM:11/01/2009  162B        130381874  99
ALDANA-BERNIER, LILIAN R PSYC

PAST PSYCHIATRIC HISTORY:

First psychiatric symptoms: *One year ago he was evaluated by an NYPD psychologist for 'anxiety'. She recommend 'reading two books' a*

Hospitalizations: none ___✓___    yes _____

Suicide attempts: ___ yes    no ✓____

Violence: ___ yes    no ✓____

Past medication and response: *Denies any past medication use.*

Adverse drug reaction: none ___✓___ yes _____

| Last O.P.D. Visit: | Therapist: N/A | Tel. No.: N/A |
|---|---|---|
| Previous Provider contacted | Yes ☐ No ☐ (Explain) | N/A |

DRUG and ALCOHOL HISTORY (Previous treatments and outcome.)

*Denies any history of alcohol or other drug abuse.*

2

SCHOOLCRAFT, ADRIAN
1298984     M     DOB: ███/1975     34Y
ADM:11/01/2009  162B     130381874  99
ALDANA-BERNIER, LILIAN R PSYC

P77

**MEDICAL HISTORY:** (Include allergies and medications.) _Denies any significant history of medical problems._

**FAMILY HISTORY OF MENTAL ILLNESS:** _Denies._

**BRIEF PSYCHOSOCIAL HISTORY:** _Born in Queens. Raised by biological parents. Single, lives alone. Mother died in 2003 after a protracted malignancy. Has two siblings. Has been working as an NYPD officer for near seven years. His gun was taken from him a year ago after he failed a psychological evaluation._

**CURRENT LIVING CONDITION AND SUPPORT SYSTEM:** _Lives alone in a private apartment. Father is supportive but lives upstate. No close friends._

3

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: ▮▮1/1975    34Y
162B   ALDANA-BERNIER, LILIAN R PSYC
ADM: 11/01/2009    130381874    99

P78

**MENTAL STATUS:**

**Appearance and Attitude:** Cooperative at this time.

**Psychomotor Motor Activity:** Normal

**Mood and Affect:** Depressed mood 'angry' affect constricted.

**Speech and thought process:** Speech regular rythm and moderate volume.

**Thought content:** (preoccupations, delusions. Give verbatim examples.

Patient has paranoid and persecutory delusions—
he believes he is being persecuted for pursuing his
superiors' irregularities and corruption.

**Suicidal Ideation:** _____ yes ✓ no   |   **Homicidal Ideation:** _____ yes ✓ no

**Hallucinations:** _____ yes ✓ no

**ORIENTATION:** (time, place, person, situation.)  A O X 3.

**MEMORY:** (immediate, recent, remote.)  Intact.

**ATTENTION AND CONCENTRATION:** (serial sevens)  Intact.

**ABSTRACTION:** (proverbs, similarities.)  Intact.

**ESTIMATE OF INTELLECTUAL FUNCTIONING:** Average

**INSIGHT and JUDGEMENT:** Poor insight and judgment.

4

P79

SCHOOLCRAFT, ADRIAN
1298984   M   DOB:▮/1975   34Y
ADM:11/01/2009   162B   130361874   99
ALDANA-BERNIER, LILIAN R PSYC

M.M.S.E SCORE: _N/A_

BARS SCORE: (1)   2   3   4   5   6   7

ABNORMAL MOVEMENTS: ☐ YES ☐ NO (If "Yes" please fill out AIMS Form.

DIAGNOSIS:

AXIS I: _Psychosis NOS._
_r/o Schizophrenia, Paranoid Type –_

AXIS II: _Deferred_

AXIS III: _Abdominal pain, NOS._

AXIS IV: _Conflicts at work; dirty firearm taken away a year ago;_

AXIS V: Current: _30_   Highest in past 12 months: _45_

PROGNOSIS: _Guarded._

INITIAL TREATMENT PLAN:

PROBLEM # 1: _Paranoid delusions_

OBJECTIVE: _Reduce / eliminate delusions_

PLAN: Indicate medication, if any:

PROBLEM # 2:

OBJECTIVE:

PLAN: Indicate medication, if any:

DISPOSITION: _Hold and stabilize._

Psychiatrist's Name: Khwaja Khusro Tariq, MD   Signature: _Khusro Tariq_
DEA #AT0798061-736

5

COURSE OF TREATMENT

P80

| | |
|---|---|
| **LAB(S) ORDERED:** | _CBC CMP UA Uhca TK4 TWC Mg_ |

**ABNORMAL VALUES:** _none_

**MEDICATION GIVEN and RESPONSE:**

_No meds_

**SIDE EFFECTS/ADVERSE DRUG REACTIONS:**

**UNIT PARTICIPATION IN:**

a) Individual Sessions:   1   2   ③   4   5

b) Group Therapy:   1   2   ③   4   5

c) Creative Arts Therapy:   1   2   ③   4   5

d) Leisure Activities:   1   2   ③   4   5

**FAMILY INVOLVEMENT:** _father supportive_

**CONDITION UPON DISCHARGE (Brief Mental Status)**

_Wnl stable_

**MEDICATION(S):**

_No meds_

Supplied fo___  date

**FOLLOW-UP APPOINTMENT:** _Lebowenate & fw S l ff_

**FUTURE RESIDENCE:** _home_

| Name: | Signature: | Date: |
|---|---|---|
| Isak Isakov M.D. | | 11/6/07 |

LI6220330EA720419B

seq 665

MEDICAL CENTER

NEW YORK

P 81

# NON MEDICATION ORDERS

| Date | Time of order: | AM PM |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

PRESCRIBERS SIGNATURE AND NAME PRINTED

| Date | Time of order: | AM PM |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

PRESCRIBERS SIGNATURE AND NAME PRINTED

| Date | Time of order: | AM PM |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

# MEDICATION ORDERS

ALLERGIES:

SCHOOLCRAFT, ADRIAN
M/R: 1299884
DOB: 1975 34Y M    PT#: 130381874
ADM: 11/03/2009 16:00  03MH9HAL 01  F/C: 19    S
HOVANESIAN, SHUSHAN

| Date | Time of order: | AM PM |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

Nurse                                    DATE/TIME

PRESCRIBERS SIGNATURE AND NAME PRINTED

SCHOOLCRAFT, ADRIAN
M/R:1299884 34Y M    PT#:130381874
DOB: 1975 34Y M         F/C: 19    S
ADM:11/03/2009 16:00  03MH9HAL 01
HOVANESIAN, SHUSHAN

| Date | Time of order: | AM PM |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

Nurse                                    DATE/TIME

PRESCRIBERS SIGNATURE AND NAME PRINTED

SCHOOLCRAFT, ADRIAN
M/R:1299884               PT#:130381874
DOB: 1975 34Y M           F/C: 19    S
ADM: 11/03/2009 16:00  03MH9HAL 01
HOVANESIAN, SHUSHAN

| Date | Time of order: | AM PM |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

JAMAICA HOSPITAL
MEDICAL CENTER
NEW YORK

seq 665

P82

ALLERGIES: NADA

## NON MEDICATION ORDERS

Date: 11/1/2009   Time of order: 4:40   AM/PM

- Hold and stabilize
- Vitals Q shift
- Diet: Regular
- Labs: CBC, CMP, U/A,
U-TOX ⊕ THC, TSH, RPR,
CT-Scan Head

PRESCRIBER'S SIGNATURE AND NAME PRINTED
Khusro Tariq, MD

Date: 11/2/02   Time of order: 2:15   AM/PM

- Admit
- FP clearance   RW

PRESCRIBER'S SIGNATURE AND NAME PRINTED
ELENA DMITRY SLOCIN, MD
PSYCHIATRIC RESIDENT

SCHOOLCRAFT, ADRIAN
1298864   M   DOB: /1975   34Y
ADM:11/01/2009   162B   130381874   99
ALDANA-BERNIER, LILIAN R PSYC

Date: 11/1/09   Time of order: 11:00   AM/PM

Diet:
Other:

PRESCRIBER'S SIGNATURE AND NAME PRINTED

## MEDICATION ORDERS

Date: 11/1/2009   Time of order: 4:40   AM/PM

- Haldol 5mg IM Q6 HRS PRN
- Ativan 2mg IM agitation.

PRESCRIBER'S SIGNATURE AND NAME PRINTED
Khusro Tariq, MD

SCHOOLCRAFT, ADRIAN
1298864   M   DOB: /1975   34Y
ADM:11/01/2009   162B   130381874   99
ALDANA-BERNIER, LILIAN R PSYC

Date: 11/02/09   Time of order: 2:15   AM/PM

Risperdal 0.5 mg PO
BID

PRESCRIBER'S SIGNATURE AND NAME PRINTED
ELENA DMITRY SLOCIN, MD
PSYCHIATRIC RESIDENT   RW

SCHOOLCRAFT, ADRIAN
1298864   M   DOB: /1975   34Y
ADM:11/01/2009   162B   130381874   99
ALDANA-BERNIER, LILIAN R PSYC

Date: 11/3/09   Time of order:   AM/PM

PRESCRIBER'S SIGNATURE AND NAME PRINTED

P83

**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway, Jamaica, NY 11418 • 718-206-6000

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: ●●/1975    34Y
ADM:11/01/2009   162B        130381674   99
ALDANA-BERNIER, LILIAN R PSYC

## MEDICATION RECORD

258 B

**DIAGNOSIS:** Psychosis Nos

**ALLERGIES:** NKDA

| DATE | | | | | | 11/2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/2/09 | OK JM | u/n | Risperdal 0.5mg po BID | | 9A 5P | X | ✗ | ✗ | ✗ | ✗ | |
| | | | | | | | ✗ | ✗ | ✗ | ✗ | |

95-FORM 120

P84

**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway, Jamaica, NY 11418 • 718-206-6000

**MEDICATION RECORD**

SCHOOLCRAFT, ADRIAN
1298984    M    DOB:      /1975    34Y
ADM:11/01/2009  162B    130381874   99
ALDANA-BERNIER, LILIAN R PSYC

PRN MEDICATIONS CHART VERTICALLY NEXT TO THE MEDICATION
DATE TIME INITIALS FOR EACH DOSE GIVEN

| ORDER DATE | EXP DATE | MEDICATION/DOSAGE/FREQUENCY/ROUTE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/09 | 11/10 | Haldol 5 mg IM Q6hrs prn for agitation | Date | | | | | | | | | | |
| | | | Time | | | | | | | | | | |
| | | | Init. | | | | | | | | | | |
| 11/09 | 11/7 | Ativan 2 mg IM Q6hrs PRN for agitation | Date | | | | | | | | | | |
| | | | Time | | | | | | | | | | |
| | | | Init. | | | | | | | | | | |
| | | | Date | | | | | | | | | | |
| | | | Time | | | | | | | | | | |
| | | | Init. | | | | | | | | | | |
| | | | Date | | | | | | | | | | |
| | | | Time | | | | | | | | | | |

**STAT, SINGLE ORDERS - PRE-OPERATIVES**

**OMITTED / HELD MEDICATIONS**

| DATE | TIME | | | | |
|---|---|---|---|---|---|
| 10/2 | 5p | Risperdal 0.5 mg at HS | JH | pt refused - MD notified | |
| 11/3 | 9a | Risperdal at ... | | pt refused | |
| 11/3 | 5p | Risperdal 0.5 mg | | pt refused | |
| 11/4 | 9a | Risperdal 0.5 mg 96 | M | pt refused | |
| 11/5 | 9a | Risperdal 0.5 mg PO AM | OKN | pt refused | |

P85

**Jamaica Hospital Medical Center**
PATIENT/FAMILY TEACHING RECORD
Multidisciplinary – Inpatient Adults

SCHOOLCRAFT, ADRIAN
1298984    M    DOB:      /1975    34Y
ADM:11/01/2009  162B      130381874  99
ALDANA-BERNIER, LILIAN R PSY

Factors/barriers that may influence patient's ability, needs and readiness for learning:
- ☐ None          ☐ Hearing/vision/speaking impairment
- ☐ Culture        ☐ Cognitive/physical limitation
- ☐ Language barriers   ☐ Psychological/emotional factors
- ☐ Motivation      ☐ Religious/spiritual practices

Person involved in teaching: ☐ Patient ☐ Patient & family ☐ Significant other ☐ Family & caregiver

| Topics | Date Initiated/initial | Patient/parent/caregiver will verbalize/demonstrate understanding of: | Teaching Method | Evaluation | Reinforced | | | Education material provided |
|---|---|---|---|---|---|---|---|---|
| | | | | | Date | Initial | Evaluation | |
| **General Patient Education** | 11/1/09 | Reason for admission | / | ‡ | 11/6 | JV | JV | ☐ Handout/pamphlet |
| | | Hospital & unit policies/Routine | | | | | | |
| | | Patient rights & responsibilities | | | | | | |
| | | Advance directives | | | | | | |
| | | Pain management | | | | | | |
| | | Hospital resources available to patient | | | | | | |
| | | Hygiene & grooming | | | | | | |
| | | Safety | | | | | | |
| | 11/1/09 | Religious/Spiritual services avail. | / | ✓ | 11/5 | JV | JV | |
| | 11/28/09 | Discharge Planning | | | | | | |
| **Special Procedure/Diagnostic Test** | | | | | | | | ☐ Handout/pamphlet |
| **Medical Equipment** | | | | | | | | ☐ Handout/pamphlet  ☐ Glucometer & Diabetic kit  ☐ Asthma kit |
| **Health Information** | | Mammogram/Breast self exam | | | | | | ☐ Handout/pamphlet |
| | | PAP Test | | | | | | |
| | | Prostate screening/testicular self exam | | | | | | |
| | | Smoking cessation | | | | | | |
| | | Pneumonia/Flu Vaccine | | | | | | |

| Initial | Signature | Title | Initial | Signature | Title |
|---|---|---|---|---|---|
| | Rodrig | RN | | Christine M | CMS |

22815-FORM 129

P86

**Jamaica Hospital Medical Center**
PATIENT/FAMILY TEACHING RECORD
Multidisciplinary – Inpatient Adults

```
SCHOOLCRAFT, ADRIAN
1298984    M    DOB:       /1975    34Y
ADM:11/01/2009  162B        130381874  99
ALDANA-BERNIER, LILIAN R PSYC
```

| Topics | Date Initiated/ Initial | Patient/family/caregiver will verbalize/demonstrate understanding of: | Teaching Method | Evaluation | Reinforced | | | Education material provided |
|---|---|---|---|---|---|---|---|---|
| | | | | | Date | Initial | Evaluation | |
| **Disease/ Condition** | | | | | | | | ☐ Handout/ pamphlet |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Medications** | | Food/Drug Interaction (Dilantin, Coumadin, Tetracycline, Glucotrol, MAO's) drug/drug interaction | | | | | | ☐ Handout/ pamphlet |
| | | Effects and side effects of: | | | | | | |
| | | | | | | | | |
| **Diet/Nutrition** | | NPO | | | | | | ☐ Handout/ pamphlet |
| | | Regular diet | | | | | | |
| | | Low Sodium diet | | | | | | |
| | | Diabetic diet | | | | | | |
| | | Fluid restriction | | | | | | |
| | | Renal Diet | | | | | | |
| | | Dysphagia diet | | | | | | |
| **Rehab/ Activity** | | Use of Creative Arts Therapy to Affect Identify thru Emotional Regulation and coping skill development | 1/6/09 | B | 11/9 | 11/9 SP | N/A | ☐ Handout/ pamphlet |
| | | | | | | | | |
| **Other** | | Pressure Ulcer Care/Skin care | | | | | | ☐ Handout/ pamphlet |
| | | CHF: Monitoring of weight at home | | | | | | |
| | | Infection Control | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Resources** | | | | | | | | ☐ Handout/ pamphlet |
| | | | | | | | | |

**Evaluation:**
A. Identifies key points
B. Verbalizes understanding
C. Returns demonstration
D. Performs skill independently
E. Applies knowledge
F. No evidence of learning
G. Medication Effectiveness
　* See progress notes

**Teaching Methods:**
1. Explanation
2. Demonstration
3. Role play
4. Audiovisual
5. Handout
6. Group discussion

P87

**JAMAICA HOSPITAL MEDICAL CENTER**
8900 VAN WYCK EXPWY.
JAMAICA, N.Y. 11418

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: ___/1975    34Y
162B   ALDANA-BERNIER, LILIAN R PSYC
ADM: 11/01/2009    130381874    99

### PROGRESS NOTES

| Date & Time | Start MD Notes Here | Start RN and all Other Notes Here |
|---|---|---|
| 11/02/09 2:15 PM | PG# 2 _note_ | |

Pt seen and examined today. Pt. remains calm, withdrawn but not violent or aggressive. Pt. is guarded and not cooperative. Pt. keeps saying that he doesn't know why they came to his room and forced him to go to hospital. Pt. doesn't know why he can not carry the gun saying that "they (his supervisor) did it to him" but he said "I don't know". No decline P/V hallucination S/P Addict

Renata Dudzicz-Slowik, MD
PSYCHIATRIC RESIDENT

11/2/09 3p Patient is still complaining of pain in area Rt wrist. States was numb for 2 hours yesterday. Bruise noted in 4 times aspect of 'arm + minime area of bruise inner aspect Rt arm. Both wrists with red marks. Believe this is a set up, & would like a lawyer. Informal affairs would like to review this + be copied. Made aware he was going upstairs. Never wanted to go there. Have I none

LILIAN ALDANA-BERNIER, M.D.
ATTENDING PSYCHIATRIST

SEQ 624 F0127

Tel.: (718) 840-2538
(718) 840-2539

Sgt. Brennan
Sgt Frost

Log #

SCHOOLCRAFT, ADRIAN
1299984   M   DOB:      /1975      34Y
162B   ALDANA-BERNIER, LILIAN R PSYC
ADM: 11/01/2009      130381874      99

P88

Internal Affairs Bureau
Brooklyn North
Group 31

315 Hudson Street
New York, New York 10013

| Time | Here | Here | |
|------|------|------|---|
| | | | PSY 2 Note |
| 11-02-09 5:00PM | | | Pt has been interviewed by Sgt Brennan and Sgt Frost by Internal Affairs Boureau — |
| | | | Javaldia Yazdani, MD Psychiatric Resident |
| 11/02/09 9:30pm | | | MD note: Patient has been seen and interviewed by Detective Steven P. Wachter and Sgt Scott from Internal Affairs Beereau. |
| | | | Shushan Hovanesian, ND |
| | | | Shushan Hovanesian, MD Psychiatry Attending |

NYPD

Steven P. Wachter
Detective

Sgt. Scott.

Internal Affairs Bureau
Special Investigations Unit
1 Police Plaza 12th Floor
New York, NY 10038

Tel.: (800) PRIDE PD
Fax: (212) 749-6800
E-mail: IAB-SIU@verizon.net

| 11/6/09 10:00am | | | Pt has not expressed interest in participating in CAT groups despite being approached as encourged. |
| | | | Gabrielife MA, CAT-Limited Vint GABRIELA PORTAS |

P89

**JAMAICA HOSPITAL MEDICAL CENTER**

8900 VAN WYCK EXPRESSWAY, JAMAICA, N.Y. 11418

SCHOOLCRAFT, ADRIAN
M/R: 1298984          PT#:130381874
DOB: ___/1975  34Y  M    F/C: 19  S
ADM:11/03/2009 16:00  03MH9HAL 01
HOVANESIAN, SHUSHAN

**PROGRESS NOTE**

| Case Management Initial Assessment Note |
|---|

**Summary of Admitting Problems:**
34 y/o single w/ 81½ NYPD of 81th prec in handcuffed
to MER 2° of BDO NYPD, abdominal pain, transferred
to psych ___ act/p bounce. Paranoid about his supervisor, arrhythmia

**Support System:** Towards his supervisor, left work place & ___

| Name: | Relationship: | Phone #: |
|---|---|---|
| Name: Larry Schoolcraft | Relationship: father | Phone #: 646-957-2486 |
| Name: | Relationship: | Phone #: |

**Functional ADLs:** independent ADLs.

**Prior to Admission:** independent ADLs

**At Present:** independent ADLs

**Communication:**

**Language Spoken:** English          **Interpreter Needed:** ☐ Yes ☑ No

**Hearing Loss:** ☐ Yes ☑ No

**Financial Resources:**

**Insurance Coverage:** Aetna (MS health care)     **Policy #:** R13M6PRPA

**Additional Resources:** Initial Review provided to Dana of
Aetna @ P 1-800-424-4047. The case is authorized ☐ A#
0866543 80000. The care is certified
**Health Care Prior to Admission:** from 11/3/09 through 11/6/09

**Home Care:** ☐ Yes ☑ No    Next Review will be the next Day of

**Name of Agency:** ___     **Number of Days/Week:** ___   **Hours/Day:** ___

**SNF:** ☐ Yes ☑ No     Aetna @ P 1-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

**Name of SNF:** ___     **Does patient want to return:** ☐ Yes ☑ No

**Is there a need for a skilled nursing facility or home health care:** ☐ Yes ☑ No    followed

| Case Manager: | Jonathon Kim | Date/Time: 11/3/09 |
|---|---|---|

P90

JAMAICA HOSPITAL
MEDICAL CENTER
8900 VAN WYCK EXPWY.
JAMAICA, N.Y. 11418

**PROGRESS NOTES**

2 9 8 9 8 4

SCHOOLCRAFT, ADRIAN     PT#: 130381874
M/R: 1298984              F/C: 19  S
DOB: ___ 1975 34Y  M
ADM: 11/03/2009 15:00  03MH9HAL 01
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here → | Start RN and all Other Notes Here → |
|---|---|---|
| 11/3/09 | | Focus: Admission Assessment. Data: 34 y.o, L, M. Dx Psychosis NOS, transferred from MER → PER T Tx for Abd discomfort after taking Nyquil. Police officer who had an argument with his s/vism. Went home and barricaded himself in his apt. Suspicious, guarded and paranoid his s/visors are after him. Failed his Psych Assessment for NYPD. Action: Orientated to the unit. Assessed for pain or discomfort. Answered questions regarding hospital. Response: Calm Co-operative. Denies A/H or S/I. Reports he should not be hospitalized Denies c/o pain or discomfort. Asking to vote today. Will inform MD... Theung Banhy RN |
| 11/3/09 4:35 p.m. | | Social Work Admission Note Met c̄ pt. this afternoon for initial psychosocial assessment. A. is a 34 year old Caucasian Male c̄ no known psych. hx who was BIB NYPD to the MER after his precinct (81 __ |

SEQ 624 F0127

P91



**JAMAICA HOSPITAL MEDICAL CENTER**
JAMAICA N.Y. 11418

SCHOOLCRAFT, ADRIAN
M/R: 1298984
DOB: ██/██/1975  34Y  M    PT#: 130381874
ADM: 11/03/2009 15:00  03MH 9HAL 01    F/C: 19  S
HOVANESIAN, SHUSHAN

**PROGRESS NOTES**

| Date & Time | Start MD Notes Here ← | Start RN and all Other Notes Here |
|---|---|---|
| 11/3/09 4:35 pm | | Social Work Admission Note: Pct in Brooklyn apparently contacted EMM concern about his behavior. Pt is a police officer for the past 7 years ∈ NYPD. He is insured and lives on his own in an apt in Queens. He reports that his father, who lives upstate is his only family here. He worked and cooperative during the interview — pleasant and appropriate. He denied having any psych. hx. Any psych. problems and believes that he is not here for right reasons — that now that the NYPD has come to know that he knows about their cover-up they are trying to stem a lawsuit that he has a mental illness ∈ no longer has access to his gun and reports that he was placed |

P 92

**JAMAICA HOSPITAL MEDICAL CENTER**
8900 VAN WYCK EXPWY.
JAMAICA, N.Y. 11418

SCHOOLCRAFT, ADRIAN
M/R: 1298984                    PT#: 130381874
DOB: ___/1975   34Y   M      F/C: 19   S
ADM:11/03/2009 15:00   03MH9HAL 01
HOVANESIAN, SHUSHAN

**PROGRESS NOTES**

| Date & Time | Start MD Notes Here | Start RN and all Other Notes Here |
|---|---|---|
| 11/3/9 4:35 p.m. | | Social work Admission Note. an "Admin" duty for the past 6 mos. When asked what he will do if he has lost his job, he says he plans to return to Texas, his home state, and start over there. Pt. denied feeling depressed. Denied any anxiety or mania sx. Denied SI, HI or AVH. Other hallucination @ present. SW contacted pt's father Larry Schoolcraft (646) 957-2486 who reports that pt. has no psych. Hx and he believes his son 100% He said he will be coming to meet c the tx. team tmrw. Christine McMahon LMSW |

Christine McMahon, LMSW
Psychiatric Social Worker

SEQ 624 F0127

P93



**JAMAICA HOSPITAL**
**MEDICAL CENTER**
JAMAICA, N.Y. 11418

SCHOOLCRAFT, ADRIAN
M/R: 1298984
DOB: ___/1975  34Y  M      PT#: 130381874
ADM:11/03/2009 15:00   F/C: 19   S
HOVANESIAN, SHUSHAN      03MH 9HAL 01

**PROGRESS NOTES**

| Date & Time | Start MD Notes Here | Start RN and all Other Notes Here |
|---|---|---|
| 11/3/09 | | Focus: Altered Thought Process. |
| 9:50 PM | | Data: Patient is visible on the unit, he is guarded, suspicious and socially withdrawn. Pt. refused ordered medication, he denies SI/HI or hallucination. Action: Monitored Pt's behavioral pattern, encouraged verbalization of thoughts and feelings and provided positive feedback. Re-enforced the importance of medication compliance, attended to Pt's needs and maintained a safe, structured environment. Response: Pt. remains guarded he verbalizes his needs appropriately. Will continue to monitor behavior. ——— O. Senior RN. |
| | | |
| 11/4/09 | S: | Altered thought process. |
| 6:05A | S2- | Pt was in bed already asleep at shift change, she has slept since that time, in no visible acute distress. |
| | A: | Monitored through the night for any mood behavior change, sleep pattern, offer support as needed, encourage verbalization of thoughts, honest feelings, provided structured therapeutic environment, continued reality testing, ensure safety. |
| | R: | Pt is in bed still asleep at time of reporting will continue to monitor. ——— S. Phillip, LPN. |



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway, Jamaica, NY 11418

**PROGRESS NOTES**

P94

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: ▓▓/1975   34Y   F/C: 19   S
ADM: 11/03/2009 15:00   03MH 9HAL 01   130361874
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here → | Start RN and all Other Notes Here → |
|---|---|---|
| 11/4/09 8pm | | |

Psychiatric admission note

Pt is a 34 yo. W single male police officer without past psychiatric history nor any psychotropic meds. No current or previous history of drug or alcohol abuse. He stated that he is working in police department for ~ 6 years and from the beginning of his career he was not "happy" with "how the precinct was "run" and was making multiple complaints that was not "addressed" Instead he was "declared" emotionally "unstable" and his gun was taken away from him ~ 8 mo ago after psychiatric evaluation by police psychiatrist. Since then he started to collect the "evidence" to "prove his point" and became suspicious that "they are after him" On the day of admission he had verbal altercation with one of the officers who was "threatening" him and he left his job before his shift was over with excuse that he is not feeling well.

FORM NO. J00004



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

**PROGRESS NOTES**

P95

SCHOOLCRAFT, ADRIAN
1298984    M    DOB: ⬤/1975   34Y   F/C: 19   S
ADM: 11/03/2009 15:00    03MH  9HAL 01  130381874
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here ← | Start RN and all Other Notes Here ← |
|---|---|---|
| (Cont) 11/4/09 2pm | He came home took "Nyquil" and fell asleep. He was woken up by police officers in his b/room and not agreed to come with them to precinct after he refused to go voluntary and complain on stomach pain and H/A pt was hand cuffed and brought to ER of JHMC by EMS. He was evaluated by ER attending and psychiatrist and after medical clearance transferred to Y ER with ? Psychosis NOS admitted to Y3 on 11/3/09 for further evaluation. On evaluation today pt anxious, suspicious guarded, denomination to be O.k and restless. He denied SI/HI denied VH/AH expressing ? paranoid quality ideas about corruption and cover ups in precinct. Cognition and memory intact X and ↓ limited. Dx Psychosis NOS R/o Adjustment D/o anxiety. Key at time selection will information. | |

ak Isakov M.D.
20352DEA7204198

FORM NO. J00004

P96



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

**PROGRESS NOTES**

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: ▮▮▮1975   34Y   F/C: 19   S
ADM: 11/03/2009 15:00   03MH 9HAL 01   130381874
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here ◄— | Start RN and all Other Notes Here ◄— |
|---|---|---|
| 11/4/09 1 AM | | FOCUS: Alt thought Process |
| | | Data: Observed pt in his room lying near |
| | | his bed writing. Pt keeps mostly to himself |
| | | minimal interaction with staff or peers. |
| | | Refused morning medication of Risperdal |
| | | 0.5mg. Continues to be be guarded & |
| | | Suspicious. Denies s/v H or I/I. ——— |
| | | Action: Maintained in a Calm safe |
| | | and therapeutic environment. Encouraged |
| | | pt to attend unit groups and activities. |
| | | Assessed for Concerns. ——— |
| | | Response: Refuses group. No elaboration |
| | | on why. Withdrawn guarded. Will |
| | | Continue to monitor. Theresa Serrabyrne |
| 11/4/09 10:00 PM | | F: Altered Thought Process |
| | | D: Pt is seen on the unit. He is most- |
| | | ly guarded and interacts poorly |
| | | unless prompted or engaged by |
| | | staff. He continues to refuse his PO |
| | | meds states: "I don't take medica- |
| | | tions" |
| | | A: Benefits and side effect of the medi- |
| | | cations explained to Pt. Encouraged ex- |
| | | pression of thoughts and concerns. |
| | | R: calm and responsive. — Lantoine for |

FORM NO. J00004

P 97

**JAMAICA HOSPITAL**
**MEDICAL CENTER**
8900 Van Wyck Expressway, Jamaica, NY 11418

**PROGRESS NOTES**

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: ███/1975   34Y   F/C: 19   S
ADM: 11/03/2009 15:00   03MH 9HAL 01   130381874
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here | Start RN and all Other Notes Here |
|---|---|---|
| 11/5/09 12:50 pm | | Focus.- Altered thought process. Data.- Pt is more cooperative and less guarded at this time. He agreed to talk to me for several minutes. He refused morning meds., but is interacting with staff and peers more frequently. No major physical or emotional distress is noted on him. He continues writing in a little notebook. Actions.- Pt encouraged to express feelings and concerns, and also take meds. Pt needs fulfilled. Response.- Pt is more interactive and cooperative, but remains refusal in regard to meds. |
| 11/5/09 3pm | | Psychiatrist note Pt is calm and more cooperative today. Dressed appropriately groomed. Able to communicate appropriately. Pertained his story again and still voiced to free legal action against his psychiatrist but not expressing any physical threats to any body and not expressing SI. |

FORM NO. J00004



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

**PROGRESS NOTES**

P98

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: ███/1975   34Y   F/C: 19   S
ADM: 11/03/2009 15:00   03MH 9HAL 01   130381874
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here | Start RN and all Other Notes Here |
|---|---|---|
| (cont) 3pm 11/5/09 | Dental Visit / PM   Not taking any psychotropic meds and not exhibiting psychotic behavior or thoughts. He met c̄ MHSL and requested to be d/c. Pt refused to give permission to speak with psychiatrist who evaluated him in 4/2009 but was able to provide the nature of his interaction with psychiatrist. He was offered to go to psychotherapy and educate himself regarding stress tolerance. Pt has an intent to see psychotherapist and provided with the name of psychiatrist that he wants to see. Will plan to contact psychiatrist regarding appointment and review our D/C | |
| | Isak Isakov M.D. 220352DEA7204198 | |

FORM NO. J00004

P99

**JAMAICA HOSPITAL
MEDICAL CENTER**
8900 Van Wyck Expressway Jamaica, NY 11418

**PROGRESS NOTES**

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: ███/1975  34Y   F/C: 19   S
ADM: 11/03/2009 15:00   03MH 9HAL 01   130361874
HOVANESIAN, SHUSHAN

| Date & Time | Start MD Notes Here | Start RN and all Other Notes Here |
|---|---|---|
| 11/06/09 5:15 AM | | Ⓢ Altered Thought Process ___ Ⓞ Pt. is Calm, sitting at the lounge. H'S been awake since early today. on hourly obs for safety, reported no C/o pain / discomfort ___ Ⓐ Assisted pt as needed. Provided emotional support. Advised to call for help as needed. Maintained safety and therapeutic milieu. Made hourly rounds and monitored pt for behavior changes ___ Ⓔ Pt. remains Calm, awake, sitting at lounge. Will continue to monitor ___ Olga Ross ___ |
| 11/06/09 10 am | | Psychiatric note Pt complains of rules in the unit he is eating Not in emotional distress Not anxious now Very appropriate in interview Denied SI/HI Denied VH/AH Not expressing paranoid ideation and not voicing any thinking Will be able today after appointment with PSS |

Isak Isakov M.D.
LIC220352DEA7204198

FORM NO. J00004

P100

SCHOOLCRAFT, ADRIAN

MRN: J1298984

1 of 3                    PRINTED 04/20/2010 10:39