P101

```
11/01/2009              JAMAICA HOSPITAL MEDICAL CENTER
13:41:40  G42                 8900 VAN WYCK EXPRESSWAY
                           JAMAICA, NEW YORK 11418-2897
=====================================================================
P   'ame: ADRIAN SCHOOLCRAFT              Location: EMERGENCY ROOM
Mk#: 001298984    ACCT#: 130381015    Att Phys: STAFF, PHYSICIAN
DOB: ●/●/1975  Age: 34Yr  Sex: M    Ord By: STAFF, PHYSICIAN
=====================================================================
Seq #: 0005       Test: LIPASE              Status: FINAL   Page  1 of  1
Collected: 11/01/09  0:22 By: J081X  Received: 11/01/09  0:36  Lab#: D1010449
TEST            RESULT          ABN  REFERENCE       UNITS
Lipase          55                   23-300          U/L

            * * * *  E N D   O F   R E P O R T  * * * *
```

*Labs from MER*

P102

```
11/01/2009                  JAMAICA HOSPITAL MEDICAL CENTER
13:41:40  G42                   8900 VAN WYCK EXPRESSWAY
                                JAMAICA, NEW YORK 11418-2897
=========================================================================
P   'ame: ADRIAN SCHOOLCRAFT              Location: EMERGENCY ROOM
MR#: 001298984   ACCT#: 130381015      Att Phys: STAFF, PHYSICIAN
DOB: ██/██/1975  Age: 34Yr  Sex: M       Ord By: NWAISHIENYI, SILAS
=========================================================================
Seq #: 0006        Test: BILL CBC W/AUTO DIFF     Status: FINAL   Page 1 of 1
Collected: 11/01/09  0:12 By: J081X  Received: 11/01/09  1:03  Lab#: D1010449
TEST              RESULT        ABN  REFERENCE        UNITS
Bill CBC Automated D BILLING
```

```
* * * * E N D  O F  R E P O R T * * * *
```

P103

```
11.                    JAMAICA HOSPITAL MEDICAL CENTER
13:41:41  G42               8900 VAN WYCK EXPRESSWAY
                            JAMAICA, NEW YORK 11418-2897
=========================================================================
P  Iame: ADRIAN SCHOOLCRAFT                Location: EMERGENCY ROOM
Mk#: 001298984    ACCT#: 130381015      Att Phys: STAFF, PHYSICIAN
DOB: ●/●/1975  Age: 34Yr  Sex: M    Ord By: NWAISHIENYI, SILAS
=========================================================================
Seq #: 0004     Test: COMP METABOLIC PANEL    Status: FINAL    Page 1 of 1
Collected: 11/01/09  0:22 By: J081X  Received: 11/01/09  0:36  Lab#: D1010449
TEST                    RESULT          ABN  REFERENCE         UNITS
Glucose                 94                   74-106            mg/dL
BUN                     :4                   9-20              mg/dL
Creatinine              :.0                  0.7-1.3           mg/dL
Sodium                  :38                  137-145           mEq/L
Potassium               4.1                  3.5-5.1           mEq/L
Chloride                :04                  98-107            mEq/L
CO2                     24                   22-30             mEq/L
Calcium                 9.4                  8.4-10.2          mg/dL
Anion Gap               :0.00                                  mEq/L
Anion Gap With K        :4.10                                  mmoL/L
F  tein                 8.2                  6.3-8.2           g/dL
Albumin                 4.7                  3.5-5.0           g/dL
Bilirubin (Total)       0.6                  0.2-1.3           mg/dL
ALT (SGPT)              51                   21-72             U/L
AST (SGOT)              46                   17-59             U/L
Alkaline Phosphatase    57                   37-126            U/L

              * * * *  E N D   O F   R E P O R T  * * * *
```

P104

```
11/01/2009              JAMAICA HOSPITAL MEDICAL CENTER
13:41:41  G42                8900 VAN WYCK EXPRESSWAY
                             JAMAICA, NEW YORK 11418-2897
===============================================================================
P   Name: ADRIAN SCHOOLCRAFT                   Location: EMERGENCY ROOM
MR#: 001298984   ACCT#: 130381015    Att Phys: STAFF, PHYSICIAN
DOB: ●●/●●/1975  Age: 34Yr  Sex: M   Ord By: NWAISHIENYI, SILAS
===============================================================================
Seq #: 0003        Test: CBC WITH AUTO DIFFERENTA  Status: FINAL    Page 1 of 1
Collected: 11/01/09  0:12 By: J081X  Received: 11/01/09  0:36  Lab#: D1010449
TEST                 RESULT       ABN  REFERENCE        UNITS
WBC                  12.3         H    4.8-10.8         K/uL
RBC                  5.02              4.50-5.90        M/uL
HGB                  14.8              14.0-18.0        g/dL
HCT                  44.0              42.0-52.0        %
MCV                  87.6              80.0-94.0        fL
MCH                  29.4              27.0-31.0        pg
MCHC                 33.6              32.0-36.0        g/dL
RDW                  13.7              11.5-14.5        %
MPV                  8.5               7.2-10.4         fL
Platelet Count       251               130-400          K/uL
N  trophils Auto     82.4         H    44.0-80.0        %
Lymphocytes Auto.    11.0         L    13.0-43.0        %
Monocytes Auto       5.7               2.0-15.0         %
Eosinophils Auto.    0.2               0.0-3.0          %
Basophils Auto.      0.7               0.0-3.0          %
Segs, Absolute       10.1              2.1-8.6          K/uL
Lymphs, Absolute     1.3               0.6-4.6          K/uL
Monos, Absolute      0.7               0.1-1.6          K/uL
E   Absolute         0.0               0.0-0.9          K/uL
B   s, Absolute      0.1               0.0-0.4          K/uL
NRBC Inst.           0.00              None             %/100 WBC
Nucleated RBC        0                 None             /100 WBC
NRBC Absolute        0.00              None             K/uL
Smear Review:        Completed

             * * * *  E N D  O F  R E P O R T  * * * *
```

P105

```
11/01/2009                JAMAICA HOSPITAL MEDICAL CENTER
13:41:41  G42                  8900 VAN WYCK EXPRESSWAY
                               JAMAICA, NEW YORK 11418-2897

P    Name: ADRIAN SCHOOLCRAFT          Loc: EMERGENCY ROOM
Pac Numb: 130381015                    Sex: M                 Race: W
Att Phys: STAFF, PHYSICIAN             DOB: ●/●/1975       Age:  34Yr
==================================================================================
                    Department: 004210 LABORATORY SERVICES

   Order: 00009564 TROPONIN-I LEVEL             Priority: S
Pt.Ord #: 0002                                  Status: CANCELLED
Req Date/Time: 11/01/2009 0012     Ord By: NWAISHIENYI, SILAS
Comment:
```

P106

```
11/01/2009              JAMAICA HOSPITAL MEDICAL CENTER
13:41:41  G42            8900 VAN WYCK EXPRESSWAY
                         JAMAICA, NEW YORK 11418-2897
===============================================================================
P    Jame: ADRIAN SCHOOLCRAFT                Location: EMERGENCY ROOM
Mk#: 001298984    ACCT#: 130381015      Att Phys: STAFF, PHYSICIAN
DOB: ●●/●●/1975  Age: 34Yr  Sex: M       Ord By: NWAISHIENYI, SILAS
===============================================================================
Seq #: 0001        Test: AMYLASE SERUM          Status: FINAL   Page 1 of 1
Collected: 11/01/09  0:22 By: J081X  Received: 11/01/09  0:36  Lab#: D1010449
TEST               RESULT            ABN  REFERENCE        UNITS
Amylase            44                     30-110           U/L

            * * * *  E N D  O F  R E P O R T  * * * *
```

P107

11/01/2009                    JAMAICA HOSPITAL MEDICAL CENTER
13:41:42  G42                     8900 VAN WYCK EXPRESSWAY
                                  JAMAICA, NEW YORK 11418-2897

P   Name: ADRIAN SCHOOLCRAFT                    Loc: MH - ER FULL EME
Pac Numb: 130381874                             Sex: M              Race: W
Att Phys: ALDANA-BERNIER, LILIAN                DOB: ●/●/1975     Age:  34Yr
=========================================================================
                    Department: 004210 LABORATORY SERVICES

    Order: 00009377 RPR                         Priority: S
Pt.Ord #: 0007                                  Status: OPEN
Req Date/Time: 11/01/2009 1300     Ord By: STAFF, PHYSICIAN
Comment:

P108

```
11/01/2009              JAMAICA HOSPITAL MEDICAL CENTER
13:41:42  G42               8900 VAN WYCK EXPRESSWAY
                            JAMAICA, NEW YORK 11418-2897
```

F    Name: ADRIAN SCHOOLCRAFT                    Loc: MH - ER-FULL EME
Pat Numb: 130381874                              Sex: M                Race: W
Att Phys: ALDANA-BERNIER, LILIAN                 DOB: ●/●/1975         Age: 34Yr
============================================================================
                    Department: 004210 LABORATORY SERVICES

    Order: 00009324 TSH (THYROID STIMULATING HORMONE)      Priority: S
Pt.Ord #: 0006                                             Status: OPEN
Req Date/Time: 11/01/2009 1259     Ord By: STAFF, PHYSICIAN
Comment:

P109

```
11/01/2009              JAMAICA HOSPITAL MEDICAL CENTER
22:40:48  OER                8900 VAN WYCK EXPRESSWAY
                          JAMAICA, NEW YORK 11418-2897
==================================================================================
Pt Name: ADRIAN SCHOOLCRAFT              Location: MH - ER FULL EME
M. . 001298984    ACCT#: 130381874     Att Phys: ALDANA-BERNIER, LILIAN
DOB: ██/██/1975  Age: 34Yr  Sex: M      Ord By: STAFF, PHYSICIAN
==================================================================================
Seq #: 0003       Test: CBC WITH AUTO DIFFERENTA  Status: FINAL   Page  1 of  1
Collected: 11/01/09 13:00 By: J081X  Received: 11/01/09 16:57  Lab#: D1011339
TEST                 RESULT         ABN  REFERENCE         UNITS
WBC                  8.6                 4.8-10.8          K/uL
RBC                  4.83                4.50-5.90         M/uL
HGB                  14.2                14.0-18.0         g/dL
HCT                  42.6                42.0-52.0         %
MCV                  88.3                80.0-94.0         fL
MCH                  29.5                27.0-31.0         pg
MCHC                 33.4                32.0-36.0         g/dL
RDW                  14.5                11.5-14.5         %
MPV                  8.8                 7.2-10.4          fL
Platelet Count       232                 130-400           K/uL
N  trophils Auto     70.7                44.0-80.0         %
Lymphocytes Auto.    19.1                13.0-43.0         %
Monocytes Auto       9.0                 2.0-15.0          %
Eosinophils Auto.    0.9                 0.0-3.0           %
Basophils Auto.      0.3                 0.0-3.0           %
Segs, Absolute       6.0                 2.1-8.6           K/uL
Lymphs, Absolute     1.6                 0.6-4.6           K/uL
Monos, Absolute      0.8                 0.1-1.6           K/uL
Eos, Absolute        0.1                 0.0-0.9           K/uL
B   s, Absolute      0.0                 0.0-0.4           K/uL
NRBC Inst.           0.00                None              %/100 WBC
Nucleated RBC        0                   None              /100 WBC
NRBC Absolute        0.00                None              K/uL

         * * * *  E N D  O F  R E P O R T  * * * *
```



P110

```
11/01/2009          JAMAICA HOSPITAL MEDICAL CENTER
22:40:50  OER             8900 VAN WYCK EXPRESSWAY
                          JAMAICA, NEW YORK 11418-2897
================================================================
Pt Name: ADRIAN SCHOOLCRAFT          Location: MH - ER FULL EME
M  : 001298984   ACCT#: 130381874    Att Phys: ALDANA-BERNIER, LILIAN
DOB: ●●/●●/1975  Age: 34Yr  Sex: M   Ord By: STAFF, PHYSICIAN
================================================================
Seq #: 0008      Test: BILL CBC W/AUTO DIFF    Status: INTERIM Page  1 of  1
Collected: 11/01/09 15:00 By: J081X  Received: 11/01/09 17:12  Lab#: D1011339
TEST            RESULT          ABN REFERENCE        UNITS
Bill CBC Automated D BILLING
```

```
             * * * *  E N D   O F   R E P O R T  * * * *
```

P111

```
11/01/2009                    JAMAICA HOSPITAL MEDICAL CENTER
22:42:06  OER                     8900 VAN WYCK EXPRESSWAY
                                 JAMAICA, NEW YORK 11418-2897
=================================================================================
Pt Name: ADRIAN SCHOOLCRAFT                    Location: EMERGENCY ROOM
N  : 001298984    ACCT#: 130381015       Att Phys: STAFF, PHYSICIAN
DOB: ●●/●●/1975  Age: 34Yr  Sex: M       Ord By: STAFF, PHYSICIAN
=================================================================================
Seq #: 0005        Test: LIPASE                 Status: FINAL   Page 1 of  1
Collected: 11/01/09  0:22 By: J081X  Received: 11/01/09  0:36  Lab#: D1010449
TEST              RESULT          ABN  REFERENCE      UNITS
Lipase              55                 23-300         U/L

                  * * * *  E N D   O F   R E P O R T  * * * *
```

Van

P112

```
11/01/2009                 JAMAICA HOSPITAL MEDICAL CENTER
22:42:08  OER                 8900 VAN WYCK EXPRESSWAY
                              JAMAICA, NEW YORK 11418-2897
===============================================================================
Pt Name: ADRIAN SCHOOLCRAFT                 Location: EMERGENCY ROOM
M. . 001298984   ACCT#: 130381015      Att Phys: STAFF, PHYSICIAN
DOB: ●●/●●/1975  Age: 34Yr  Sex: M     Ord By: NWAISHIENYI, SILAS
===============================================================================
Seq #: 0001      Test: AMYLASE SERUM              Status: FINAL   Page 1 of  1
Collected: 11/01/09  0:22 By: J081X  Received: 11/01/09  0:36  Lab#: D1010449
TEST              RESULT          ABN  REFERENCE       UNITS
Amylase           44                   30-110          U/L

             * * * *  E N D   O F   R E P O R T  * * * *
```

P113

```
11/01/2009              JAMAICA HOSPITAL MEDICAL CENTER
22:42:10  OER                8900 VAN WYCK EXPRESSWAY
                            JAMAICA, NEW YORK 11418-2897
===================================================================================
Pt Name: ADRIAN SCHOOLCRAFT              Location: EMERGENCY ROOM
M    001298984    ACCT#: 130381015       Att Phys: STAFF, PHYSICIAN
DOB: ●●/●●/1975  Age: 34Yr  Sex: M       Ord By: NWAISHIENYI, SILAS
===================================================================================
Seq #: 0003        Test: CBC WITH AUTO DIFFERENTA  Status: FINAL   Page  1 of  1
Collected: 11/01/09  0:12 By: J081X  Received: 11/01/09  0:36  Lab#: D1010449
TEST                  RESULT        ABN  REFERENCE          UNITS
WBC                   12.3          H    4.8-10.8           K/uL
RBC                    5.02              4.50-5.90          M/uL
HGB                   14.8              14.0-18.0           g/dL
HCT                   44.0              42.0-52.0           %
MCV                   87.6              80.0-94.0           fL
MCH                   29.4              27.0-31.0           pg
MCHC                  33.6              32.0-36.0           g/dL
RDW                   13.7              11.5-14.5           %
MPV                    8.5               7.2-10.4           fL
Platelet Count         251             130-400             K/uL
N  trophils Auto      82.4          H    44.0-80.0          %
Lymphocytes Auto.     11.0          L    13.0-43.0          %
Monocytes Auto         5.7               2.0-15.0           %
Eosinophils Auto.      0.2               0.0-3.0            %
Basophils Auto.        0.7               0.0-3.0            %
Segs, Absolute        10.1               2.1-8.6            K/uL
Lymphs, Absolute       1.3               0.6-4.6            K/uL
Monos, Absolute        0.7               0.1-1.6            K/uL
Eos, Absolute          0.0               0.0-0.9            K/uL
B    s, Absolute       0.1               0.0-0.4            K/uL
N    Inst.             0.00             None                %/100 WBC
Nucleated RBC          0                None                /100 WBC
NRBC Absolute          0.00             None                K/uL
Smear Review:         Completed

             * * * *  E N D   O F   R E P O R T  * * * *
```



P114

```
11/01/2009                  JAMAICA HOSPITAL MEDICAL CENTER
22:42:12  OER               8900 VAN WYCK EXPRESSWAY
                            JAMAICA, NEW YORK 11418-2897
==========================================================================
Pt Name: ADRIAN SCHOOLCRAFT              Location: EMERGENCY ROOM
N  : 001298984   ACCT#: 130381015     Att Phys: STAFF, PHYSICIAN
DOB: **/**/1975  Age: 34Yr  Sex: M    Ord By: NWAISHIENYI, SILAS
==========================================================================
Seq #: 0004        Test: COMP METABOLIC PANEL    Status: FINAL   Page 1 of 1
Collected: 11/01/09  0:22 By: J081X  Received: 11/01/09  0:36  Lab#: D1010449
TEST                RESULT        ABN  REFERENCE        UNITS
Glucose             94                 74-106           mg/dL
BUN                 14                 9-20             mg/dL
Creatinine          1.0                0.7-1.3          mg/dL
Sodium              138                137-145          mEq/L
Potassium           4.1                3.5-5.1          mEq/L
Chloride            104                98-107           mEq/L
CO2                 24                 22-30            mEq/L
Calcium             9.4                8.4-10.2         mg/dL
Anion Gap           10.00                               mEq/L
Anion Gap With K    14.10                               mmoL/L
Protein             8.2                6.3-8.2          g/dL
Albumin             4.7                3.5-5.0          g/dL
Bilirubin (Total)   0.6                0.2-1.3          mg/dL
ALT (SGPT)          51                 21-72            U/L
AST (SGOT)          46                 17-59            U/L
Alkaline Phosphatase 57                37-126           U/L
```

* * * *  E N D   O F   R E P O R T  * * * *

P115

| | | |
|---|---|---|
| 04/20/2010 10:33:19 | Jamaica Hospital Medical Ctr | Facility:0001 |
| x76mr | CT HEAD W/O CONTRAST | |
| Report Date: 11/01/2009 20:12 | | Clinician:Staff, Physician |
| Patient: SCHOOLCRAFT, ADRIAN | Acct#: 000130427248    MR#: 001298084 | DOB:███/1975   Loc: 0186 BLS/Discharged |

DEPARTMENT OF RADIOLOGY

Patient Name: SCHOOLCRAFT, ADRIAN
MRN #: 001298984
Patient Loc: MENTAL HEALTH ER           Requested by: Staff, Physician
Exam: CT head w/o

Result Date/Time: 11/02/2009   10:45 AM           Radiologists: Janczuk, Peter
MD
-----------------------------------------------------------

Clinical indication: FIRST PSYCHOTIC EPISODE: RULE OUT
LESION/MASS.

NONCONTRAST HEAD CT.

* NO ACUTE INTRACRANIAL HEMORRHAGE, no discrete lesions, no mass
effect or abnormal intra-or extra-axial fluid collections.
VENTRICLES and CISTERNS have NORMAL size and position.
OSSEOUS STRUCTURES are UNREMARKABLE without definite acute or
displaced fractures or discrete lesions.
PARANASAL SINUSES and MASTOID CELLS are CLEAR without fluid or
significant mucosal thickening.

P116

PATIENT HISTORY REPORT

Jamaica Hospital Medical Ctr
Department of Clinical Laboratories
8900 VanWyck Expressway, Jamaica, NY 11418
Pathologist Name, Medical Director

PATIENT: SCHOOLCRAFT, ADRIAN
MRN#:    J1298984
ADMIT:   11/03/09
Loc/Rm/Bed:  J03MH-B358-B
DOB: ●/●/1975  AGE: 34  SEX: M
ADM: HOVANESIAN, SHUSHAN
ACCT#: J130381874

## H E M A T O L O G Y

| COLLECTED | 11/01/09 13:00 | REFERENCE RANGE |
|---|---|---|
| PRIORITY, PHYSICIAN | STAT STAFF, PHYSICIAN | |

### C B C

| | | |
|---|---|---|
| WBC | *8.6 | 4.8-10.8 K/uL |
| RBC | *4.83 | 4.50-5.90 M/uL |
| HGB | *14.2 | 14.0-18.0 g/dL |
| HCT | *42.6 | 42.0-52.0 % |
| MCV | *88.3 | 80.0-94.0 fL |
| MCH | *29.5 | 27.0-31.0 pg |
| M | *33.4 | 32.0-36.0 g/dL |
| MPV | *8.8 | 7.2-10.4 fL |
| RDW | *14.5 | 11.5-14.5 % |
| Platelet Count | *232 | 130-400 K/uL |
| Neutrophils Auto | *70.7 | 44.0-80.0 % |
| Lymphocytes Auto. | *19.1 | 13.0-43.0 % |
| Monocytes Auto | *9.0 | 2.0-15.0 % |
| Eosinophils Auto. | *0.9 | 0.0-3.0 % |
| Basophils Auto. | *0.3 | 0.0-3.0 % |
| Segs, Absolute | *6.0 | 2.1-8.6 K/uL |
| Lymphs, Absolute | *1.6 | 0.6-4.6 K/uL |
| Monos, Absolute | *0.8 | 0.1-1.6 K/uL |
| Eos, Absolute | *0.1 | 0.0-0.9 K/uL |
| Basos, Absolute | *0.0 | 0.0-0.4 K/uL |
| Absolute NRBC Instrumen | *0.00 | None %/100 WBC |

### M a n u a l   D i f f e r e n t i a l

| | | |
|---|---|---|
| N ..ated REC | *0 | None /100 WBC |
| NRBC Absolute | *0.00 | None K/uL |

## C H E M I S T R Y

| COLLECTED | 11/01/09 13:00 | REFERENCE RANGE |
|---|---|---|
| PRIORITY, PHYSICIAN | STAT STAFF PHYSICIAN | |

### E n d o c r i n e   &   N u t r i t i o n

| | | |
|---|---|---|
| TSH | *1.10 | 0.47-4.70 uIU/ml |

* - RESULT REPORTED FIRST TIME    KEY FOR ABNORMAL COLUMN; L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC

Att Phy: ISAKOV, ISAK
Loc/Rm/Bed:  J03MH-B358-B
PRINTED: 04/20/2010 10:39

MRN#: J1298984
PATIENT: SCHOOLCRAFT, ADRIAN
PAGE: 1 of 2

P117

## PATIENT HISTORY REPORT

Jamaica Hospital Medical Ctr
Department of Clinical Laboratories
8900 VanWyck Expressway, Jamaica, NY 11418
Pathologist Name, Medical Director

PATIENT: SCHOOLCRAFT, ADRIAN
MRN#:    J1298984
ADMIT:   11/03/09
Loc/Rm/Bed:  J03MH-B358-B
DOB: ●●/●●/1975  AGE: 34 SEX: M
ADM: HOVANESIAN, SHUSHAN
ACCT#: J130381874

### U R I N A L Y S I S

```
-----------------------+----D1011338-------+---------------
COLLECTED              |                    |REFERENCE RANGE
PRIORITY, PHYSICIAN    |STAT STAFF, PHYSICIAN |
-----------------------+--------------------+---------------
```

| | | |
|---|---|---|
| Color | \*ordered | |
| Appearance | \*ordered | |
| pH Urine | \*ordered | |
| Leukocyte Esterase | \*ordered | |
| Nitrites | \*ordered | |
| Urine Protein | \*ordered | |
| Glucose | \*ordered | |
| Ketones | \*ordered | |
| Urobilinogen | \*ordered | |
| Bilirubin | \*ordered | |
| Blood | \*ordered | |
| Specific Gravity | \*ordered | |

### M i c r o s c o p i c

| | | |
|---|---|---|
| WBC | \*ordered | |
| RBC | \*ordered | |

### S E R O L O G Y

```
-----------------------+----D1011339-------+---------------
COLLECTED              |11/01/09 13:00     |REFERENCE RANGE
PRIORITY, PHYSICIAN    |STAT STAFF, PHYSICIAN |
-----------------------+--------------------+---------------
```

| | | |
|---|---|---|
| RPR | \*NON-REACTIVE | Nonreactive |

* - RESULT REPORTED FIRST TIME    KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC

Att Phy: ISAKOV, ISAK
Loc/Rm/Bed: J03MH-B358-B
PRINTED: 04/20/2010 10:39

MRN#: J1298984
PATIENT: SCHOOLCRAFT, ADRIAN
PAGE: 2 of 2

P118

PATIENT HISTORY REPORT

Jamaica Hospital Medical Ctr
Department of Clinical Laboratories
8900 VanWyck Expressway, Jamaica, NY 11418
Pathologist Name, Medical Director

PATIENT: SCHOOLCRAFT, ADRIAN
MRN#:    J1298984
ADMIT:   10/31/09
Loc/Rm/Bed:  J081X--
DOB: ●/●/1975  AGE: 34 SEX: M
ADM: ,
ACCT#: J130381015

## H E M A T O L O G Y

|  | D10104:9-MI | REFERENCE RANGE |
|---|---|---|
| COLLECTED | 11/01/09 00 12 | |
| PRIORITY, PHYSICIAN | STAT NWAISHIENVI, SILA | |

### C B C

| WBC | *12.3 | H | 4.8-10.8 K/uL |
|---|---|---|---|
| RBC | *5.02 | | 4.50-5.90 M/uL |
| HGB | *14.8 | | 14.0-18.0 g/dL |
| HCT | *44.0 | | 42.0-52.0 % |
| MCV | *87.6 | | 80.0-94.0 fL |
| MCH | *29.4 | | 27.0-31.0 pg |
| M | *33.6 | | 32.0-36.0 g/dL |
| MPV | *8.5 | | 7.2-10.4 fL |
| RDW | *13.7 | | 11.5-14.5 % |
| Platelet Count | *251 | | 130-400 K/uL |
| Smear Review | *Completed | | |

M1:  troponin was cancelled on 11/01/2009 at 00:12 by HIS, KEANE HIS# 2
       ORDERED
       KEANE

| Neutrophils Auto | *82.4 | H | 44.0-80.0 % |
|---|---|---|---|
| Lymphocytes Auto. | *11.0 | L | 13.0-43.0 % |
| Monocytes Auto | *5.7 | | 2.0-15.0 % |
| Eosinophils Auto. | *0.2 | | 0.0-3.0 % |
| Basophils Auto. | *0.7 | | 0.0-3.0 % |
| Segs, Absolute | *10.1 | | 2.1-8.6 K/uL |
| Lymphs, Absolute | *1.3 | | 0.6-4.6 K/uL |
| Mc s, Absolute | *0.7 | | 0.1-1.6 K/uL |
| E  Absolute | *0.0 | | 0.0-0.9 K/uL |
| Basos, Absolute | *0.1 | | 0.0-0.4 K/uL |
| Absolute NRBC Instrumen | *0.00 | | None K/100 WBC |
| Smear Review | *Agree w/Auto | | |

### M a n u a l   D i f f e r e n t i a l

| Nucleated RBC | *0 | | None /100 WBC |
|---|---|---|---|
| NRBC Absolute | *0.00 | | None K/uL |

* - RESULT REPORTED FIRST TIME    KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC

Att Phy: NWAISHIENYI, SILAS
Loc/Rm/Bed: J081X--
PRINTED: 04/20/2010 10:39

MRN#: J1298984
PATIENT: SCHOOLCRAFT, ADRIAN
PAGE: 1 of 2

### PATIENT HISTORY REPORT

Jamaica Hospital Medical Ctr
Department of Clinical Laboratories
8900 VanWyck Expressway, Jamaica, NY 11418
Pathologist Name, Medical Director

PATIENT: SCHOOLCRAFT, ADRIAN
MRN#:    J1298984
ADMIT:   10/31/09
Loc/Rm/Bed:  J081X--
DOB: ●/●/1975   AGE: 34 SEX: M
ADM: ,
ACCT#: J130381015

## CHEMISTRY

| | ---D10104\9-M1--- | |
|---|---|---|
| COLLECTED | 11/21/09 00 22 | REFERENCE RANGE |
| PRIORITY, PHYSICIAN | STAT NWAISHIENYI, SILA | |

| | | |
|---|---|---|
| Glucose | *94 | 74-106 mg/dL |
| BUN | *14 | 9-20 mg/dL |
| Creatinine | *1.0 | 0.7-1.3 mg/dL |
| Sodium | *138 | 137-145 mEq/L |
| Potassium | *4.1 | 3.5-5.1 mEq/L |
| Chloride | *104 | 98-107 mEq/L |
| CO₂ | *24 | 22-30 mEq/L |
| Calcium | *9.4 | 8.4-10.2 mg/dL |
| Protein | *8.2 | 6.3-8.2 g/dL |
| Albumin | *4.7 | 3.5-5.0 g/dL |
| Bilirubin (Total) | *0.6 | 0.2-1.3 mg/dL |
| ALT (SGPT) | *51 | 21-72 U/L |
| AST (SGOT) | ,*46 | 17-59 U/L |
| Alkaline Phosphatase | *57 | 37-126 U/L |
| Lipase | *55 | 23-300 U/L |
| Anion Gap With K | *14.10 | mmol/L |
| Anion Gap | *10.00 | mEq/L |
| Amylase | *44 | 30-110 U/L |

M1:   Troponin was cancelled on 11/01/2009 at 00:12 by HIS; KEANE HIS# 2
      ORDERED
      KEANE

* - RESULT REPORTED FIRST TIME     KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC

Att Phy: NWAISHIENYI, SILAS                    MRN#: J1298984
Loc/Rm/Bed:  J081X--                           PATIENT: SCHOOLCRAFT, ADRIAN
PRINTED: 04/20/2010 10:39                                        PAGE: 2 of 2

P120



**JAMAICA HOSPITAL MEDICAL CENTER**

**Department of Psychiatry**

## NURSING FLOW SHEET

SCHOOLCRAFT, ADRIAN
M/R: 1298984        PT#:130381874
DOB:        1975  34Y  M
ADM:11/03/2009 15:00    F/C: 19   S
HOVANESIAN, SHUSHAN    03MH 9HAL 01

| | PRINT NAME | INT. | | PRINT NAME | INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DATE
HOSPITAL DAY

| | | | AM | | | | PM | | | | AM | | | | PM | | | | AM | | | | PM | | | | AM | | | | PM | | | | AM | | | | PM | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOUR | | °C | °F | MN | 4 | 8 | N | 4 | 8 | MN | 4 | 8 | N | 4 | 8 | MN | 4 | 8 | N | 4 | 8 | MN | 4 | 8 | N | 4 | 8 | MN | 4 | 8 | N | 4 | 8 | MN | 4 | 8 | N | 4 | 8 | | | | | |

TEMPERATURE

| °C | °F |
|---|---|
| 41 | 106 |
| 40.5 | 105 |
| 40 | 104 |
| 39.4 | 103 |
| 38.9 | 102 |
| 38.3 | 101 |
| 37.8 | 100 |
| 37.2 | 99 |
| 37 | 98.6 |
| 36.6 | 98 |
| 36.1 | 97 |
| 35.5 | 96 |
| 35 | 95 |

PULSE
RESPIRATION
BLOOD PRESSURE — SYSTOLE / DIASTOLE

| SHIFT | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NURSE INITIAL | | | | | | | | | | | | | | |

FC247  SEQ 786 10/95



**JAMAICA HOSPITAL MEDICAL CENTER**
8900 Van Wyck Expressway, Jamaica, NY 11418 • 718-206-6000

Department of Psychiatry
## NURSING FLOW SHEET

SCHOOLCRAFT, ADRIAN   PT#:130381874
M/R: 4298984
DOB: 1975  34Y  M   F/C: 19  S
ADM:11/03/2009 16:00  03MH.9HAL.01
HOVANESIAN, SHUSHAN

KEY:   C = Complete assistance   P = Partial assistance   R = Refuses   S = Self Care
" Must have accompanying note on Progress Record.

| | Date | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HYGIENE-GROOMING | Wearing Bedclothes | | | | | | | | | | | | | | | |
| | Wearing Street Clothes | ✔ | ✔ | | | | | | | | | | | | | |
| | Neat | ✔ | ✔ | | | | | | | | | | | | | |
| | Disheveled | | | | | | | | | | | | | | | |
| | Bathed | | | | | | | | | | | | | | | |
| | Shaved / Made Up | | | | | | | | | | | | | | | |
| NUTRITION | Diet | | R | | | | | | | | | | | | | |
| | Eats Adequate Amt. | | ✔ | | | | | | | | | | | | | |
| | Eats Small Amt. | | | | | | | | | | | | | | | |
| | Eats Only w/Encouragement | | | | | | | | | | | | | | | |
| | Overeats | | | | | | | | | | | | | | | |
| | Supplementary Nourishment | | | | | | | | | | | | | | | |
| | Refuses Food* | | | | | | | | | | | | | | | |
| SLEEP PATTERN | Mobility | S | S | | | | | | | | | | | | | |
| | Sleeps 7-8 hrs. | ✔ | | | | | | | | | | | | | | |
| | Sleeps 4-6 hrs. | ✔ | | | | | | | | | | | | | | |
| | Sleeps 1-3 hrs. | | | | | | | | | | | | | | | |
| | Awake in Bed | | | | | | | | | | | | | | | |
| | Awake O.O.B. | | ✔ | | | | | | | | | | | | | |
| ACTIVITY SCHEDULE | Occupational Therapy | | | | | | | | | | | | | | | |
| | Recreational Therapy | | | | | | | | | | | | | | | |
| | Off Unit Activities | | | | | | | | | | | | | | | |
| | On Pass | | | | | | | | | | | | | | | |
| | Day room, Activity Room, Lounge | | ✔ | | | | | | | | | | | | | |
| | Remains in Bed | ✔ | ✔ | | | | | | | | | | | | | |
| | Remains in Room | | | | | | | | | | | | | | | |
| TREATMENTS | Seclusion * | | | | | | | | | | | | | | | |
| | 1:1 Observation * | | | | | | | | | | | | | | | |
| | Restraints * | | | | | | | | | | | | | | | |
| | Elopement Prec * | | | | | | | | | | | | | | | |
| | ECT * | | | | | | | | | | | | | | | |
| | Elimination | S | S | | | | | | | | | | | | | |
| | Weight | | | | | | | | | | | | | | | |
| PAIN ASSESSMENT SCALE | N | 0 | 0 | | | | | | | | | | | | | |
| SIGNATURE AND TITLE | D | | | | | | | | | | | | | | | |
| | E | | | | | | | | | | | | | | | |

P122

**JAMAICA HOSPITAL**
**MEDICAL CENTER**

SCHOOLCRAFT, ADRIAN
1298984    M    DOB:        1975    34Y
ADM:11/01/2009  162B    130381874   99
ALDANA-BERNIER, LILIAN R PSYC

8900 Van Wyck Expway, Jamaica, N.Y.11418
**Medical Record Signature Sheet**

## To All Healthcare Providers:

The *first* time you document in the chart, please print your full name
and title, include your signature on the line next to it, your
service/department, and your initials in the third column.

| | | | |
|---|---|---|---|
| BRIAN Woodruff | | PSR | |
| Michael A. Cutler | | Psych | |
| Sharon Barnaby | Sharon Barnaby | MH3 | |
| Christine McMahon, LMSW | | PSV · 3-SW | CM |
| Psychiatric Social Worker | | | |
| ANN MARIE PHILLIPS LPN | Ann Marie Phillips LPN | MH3 | APP |
| Florina Sanio RN | Florina Sanio RN | MH III | FS |
| DANTE FABUNAN, R.N. | | Psy 3 | |
| CLINICAL NURSE MANAGER | | | |
| PSYCHIATRY | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

9/98

FORM # 264

P123

**JAMAICA HOSPITAL MEDICAL CENTER**
PATIENT CLOTHING/VALUABLES INVENTORY

1. ALL PATIENTS CLOTHING/VALUABLES/SENT HOME   ☐ YES   ☑ NO
2. DENTURES TAKEN HOME BY FAMILY MEMBER   ☐ YES   ☑ NO

SCHOOLCRAFT, ADRIAN
1298984   M   DOS: ▇/1975   34Y
ADM:10/31/2009  081X   130381015   01
STAFF, PHYSICIAN

| | | ADMISSION | | TRANSFER | | TRANSFER | |
|---|---|---|---|---|---|---|---|
| UNIT _area #1 EU_ | | DATE/TIME: _11-01-09_ | | DATE/TIME: | | DATE/TIME: | |
| | | ROOM | | ROOM ___ TO ___ | | ROOM ___ TO ___ | |
| INVENTORY OF ITEMS KEPT AT BEDSIDE | | | | | | | |
| | | QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
| DENTURES | UPPER DENTURES | | LABELED CUP PROVIDED ☐ | | | | |
| | LOWER | | LABELED CUP PROVIDED ☐ | | | | |
| | PARTIAL | | LABELED CUP PROVIDED ☐ | | | | |
| CLOTHING / OUTERWEAR / FOOTWEAR | COAT/JACKET | | | | | | |
| | DRESS/HOUSECOAT | | | | | | |
| | PAJAMAS/NIGHTGOWN | | | | | | |
| | SLACKS/PANTS/JEANS | | | | | | |
| | BLOUSE/T-SHIRT/SWEATER | | | | | | |
| | SKIRT/SHORTS | | | | | | |
| | UNDERWEAR/BRA | | | | | | |
| | GLASSES/CONTACTS | | | | | | |
| | HAT/SCARF/TIE/BELT | | | | | | |
| | PANTYHOSE/SOCKS | | | | | | |
| | BATHROBE | | | | | | |
| | SHOES/SNEAKERS | | | | | | |
| | BOOTS/SLIPPERS | | | | | | |
| MISCELLANEOUS | POCKETBOOK | | | | | | |
| | CELL PHONE/BEEPER(S) | | | | | | |
| | WALKER/CANE | | | | | | |
| | HEARING AID | | | | | | |
| | OTHER: | | | | | | |
| JEWELRY | BRACELET (S) | | | | | | |
| | EARRING (S) | | _NO jewelry_ | | | | |
| | NECKLACE (S) | | | | | | |
| | RING (S) | | | | | | |
| | WATCH | | | | | | |
| | OTHER: | | | | | | |
| MONEY AMOUNT | | $ | | $ | | $ | |
| VALUABLES SUBMITTED TO THE CASHIER AND VALUABLES PLACED WITH SECURITY | | | | | | | |
| | GLASSES/CONTACT(S) | | | | | | |
| | HEARING AID | | | | | | |
| | POCKETBOOK/ WALLET | | | | | | |
| | RADIO | | | | | | |
| | CELL PHONE/BEEPER | | | | | | |
| | OTHER: | | | | | | |
| | ENVELOPE RECEIPT # | | 83323 | | | | |

** PLEASE NOTE THE INSTITUTION IS NOT RESPONSIBLE FOR ITEMS LEFT AT THE PATIENT'S BEDSIDE (Print Name/Sign Below)

PATIENT/SIGNIFICANT OTHER:

STAFF RECEIVING PROPERTY:

WITNESS/TRANSFERRING STAFF:

NOTE: VALUABLES WILL BE HELD IN SECURITY/CASHIER FOR NO MORE THAN 30 DAYS AFTER DISCHARGE

SECURITY/CASHIER SIGNATURE:

STAFF MEMBER RELEASING PROPERTY:

PATIENT/FAMILY MEMBER RECEIVING PROPERTY:          RELATIONSHIP:

22731-FORM 554          White Copy : Medical Record          Yellow Copy: Nursing PI

P124

**JAMAICA HOSPITAL MEDICAL CENTER**
PATIENT CLOTHING/VALUABLES INVENTORY

1. ALL PATIENTS CLOTHING/VALUABLES/SENT HOME    ☐ YES ☐ NO
2. DENTURES TAKEN HOME BY FAMILY MEMBER    ☐ YES ☐ NO

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: ▓/1975   34Y
ADM:11/01/2009   1628   130381874   99
ALDANA-BERNIER, LILIAN R PSYC

| | | | ADMISSION | | TRANSFER | | TRANSFER | |
|---|---|---|---|---|---|---|---|---|
| UNIT | | | DATE/TIME: | | DATE/TIME: | | DATE/TIME: | |
| | | | ROOM | | ROOM ___ TO ___ | | ROOM ___ TO ___ | |
| INVENTORY OF ITEMS KEPT AT BEDSIDE | | | | | | | | |
| | | | QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
| DENTURES | UPPER DENTURE | | | LABELED CUP PROVIDED ☐ | | | | |
| | LOWER | | | LABELED CUP PROVIDED ☐ | | | | |
| | PARTIAL | | | LABELED CUP PROVIDED ☐ | | | | |
| CLOTHING/ OUTWEAR/ FOOTWEAR | COAT/JACKET | | | | | | | |
| | DRESS/HOUSECOAT | | | | | | | |
| | PAJAMAS/NIGHTGOWN | | | | | | | |
| | SLACKS/PANTS/JEANS | | 1 | beige | | | | |
| | BLOUSE/SHIRT/SWEATER | | 1 | blue | | | | |
| | SKIRT/SHORTS | | | | | | | |
| | UNDERWEAR/BRA | | | | | | | |
| | GLASSES/CONTACTS | | | | | | | |
| | HAT/GLOVES/TIE/BELT | | 1 | black | | | | |
| | PANTYHOSE/SOCKS | | | | | | | |
| | BATHROBE | | | | | | | |
| | SHOES/SNEAKERS | | 1 | blue, white, gray | | | | |
| | BOOTS/SLIPPERS | | | | | | | |
| MISCELLANEOUS | POCKETBOOK | | | | | | | |
| | CELL PHONE/BEEPER(S) | | | | | | | |
| | WALKER/CANE | | | | | | | |
| | HEARING AID | | | | | | | |
| | OTHER: | | | | | | | |
| JEWELRY/ DESCRIPTION | BRACELET (S) | | | | | | | |
| | EARRING (S) | | | CASH | | X/O | pt have | |
| | NECKLACE (S) | | | | | | hold it | |
| | RING (S) | | | | | | | |
| | WATCH | | | | | N/ | | |
| | OTHER: | | | | | | | |
| MONEY AMOUNT | | | $ | | $ | | $ | |

**VALUABLES SUBMITTED TO THE CASHIER AND VALUABLES PLACED WITH SECURITY**

| | QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|---|---|---|
| GLASSES/CONTACT(S) | | | | | | |
| HEARING AID | | | | | | |
| POCKETBOOK/ WALLET | | | | | | |
| RADIO | | | | | | |
| CELL PHONE/BEEPER | | | | | | |
| OTHER: | | | | | | |
| ENVELOPE RECEIPT # | | | | | | |

** PLEASE NOTE THE INSTITUTION IS NOT RESPONSIBLE FOR ITEMS LEFT AT THE PATIENT'S BEDSIDE( Print Name/Sign Below)

PATIENT/SIGNIFICANT OTHER: ___

STAFF RECEIVING PROPERTY: ___

WITNESS/TRANSFERRING STAFF: ___

NOTE:VALUABLES WILL BE HELD IN SECURITY/CASHIER FOR NO MORE THAN 30 DAYS AFTER DISCHARGE

SECURITY/CASHIER SIGNATURE: ___

STAFF MEMBER RELEASING PROPERTY: ___

PATIENT/FAMILY MEMBER RECEIVING PROPERTY: ___    RELATIONSHIP: ___

22731-FORM 554     White Copy : Medical Record     Yellow Copy: Nursing Pt