SM Exhibit G

Dear Sir or Madam:

Patient Schoolcraft Adrian, was seen in my office today 04-06-09. Please excuse from Work/ School. He/She may return to work on 04-14-09. If you have any question please feel free to contact me at the above number.

Thank you

Hertzel Sure, M.D.

Hertzel k. Sure M.D.

**Hertzel K. Sure, M.D. LLC**
94-25 60th Avenue
Rego Park, New York 11373
Tel: 718-760-0797

NYC2326