SM Exhibit I

**CONSULTATION REFERRAL
MEDICAL DIVISION**
PD1-429-180 (Rev. 8-00) Print

| SOCIAL SECURITY # | | |
|---|---|---|
| DATE | MED. DIST. # 17 | CLINIC # 157 |
| RANK PO | NAME (LAST, FIRST, M.I.) Schoolcraft Adrian | |

| COMMAND 081 | TAX REGISTRY # | COMMAND PHONE # (718) 574-0441 | |
|---|---|---|---|
| ON SICK REPORT ☒ YES ☐ NO | LINE OF DUTY ☐ YES ☒ NO | DATE OF LINE OF DUTY | CONSULTATION SPECIALTY Psychological Evaluations |
| DOCTOR TO WHOM REFERRED: Sukh | | APPOINTMENT DATE & TIME | NOTIFIED BY: |

**REASON FOR REQUEST / SPECIFIC QUESTIONS TO BE ANSWERED: (IF OTHER THAN THOSE LISTED BELOW)**

[handwritten, illegible]

NAME OF REQUESTING SURGEON (Printed)     SURGEON'S SIGNATURE

---

**CONSULTANT'S REPORT** — PRINT OR TYPE ANSWERS TO ALL QUESTIONS CHECKED, IF ADDITIONAL SPACE IS REQUIRED, USE REVERSE SIDE.

☐ **DIAGNOSIS:**
stress/anxiety

☐ **TREATMENT RECOMMENDED:**
Psychotherapy — recommended CBT to improve coping skills, reduce physical symptoms of stress

☐ **PROGNOSIS:**
Good with treatment

☐ **DUTY CAPABILITY: (INDICATE ACTIVITIES TO BE EXCLUDED)**
☐ CONTINUE ON SICK REPORT   ☐ LIMITED CAPABILITY   ☒ RESTRICTED DUTY   ☐ FULL DUTY

4/13/09 [illegible handwriting]

☐ APPROX. RETURN TO DUTY? _____
☐ DO YOU WISH TO SEE THIS PATIENT AGAIN?   ☒ YES   ☐ NO.   If so, when? _____

| DATE | CONSULTANT'S NAME (PRINTED) | SIGNATURE |
|---|---|---|

DISTRIBUTION: ORIGINAL - DISTRICT SURGEON   DUPLICATE - CONSULTANT   TRIPLICATE - DISTRICT SURGEON VIA MEMBER OF THE SERVICE

D000313