SM Exhibit J

- Face to face
T/C Tphone contact

4/13/09 - F/F/C Po adrian Schoolcraft

On job since 02,
M/33,           Arabul

Chest pains of (2 yrs) started in work situation like heat, & heavy pressure. Chest tightness. EKG's normal.
A few weeks ago, on 4/3/09, was off duty at home & felt bad. Frequently chest tightness. Cold feet heart (Never had nervousness) Tightness
pumping, not rapid heart beats. Felt like heart down when doesn't sleep well. → ER in Forest Hills. gave injection of Lorazepam & woke up feeling great. Took 1 tab end of next 2 nights but didn't sleep.
Last few months starts getting blisters on feet (More foot pain now?) Yes. Since Nov, B+ d/n are comfortable on foot then on RMP. Can on foot. snowy for me. People smoke in cars, at court. we in Nov before then & knew had way blisters on pole sthx. Would rather work also rather be in post.

Stress prob ~6 months. Anxious & constipated stressed for it. ~1 month ago PCP prescribed Seroquel (?) (for sleep or what?) for sleepy & don't think.

Doesn't visit meds until recently hadn't seen dr since got out of mil, —— — was RN
Trouble sleeping ~3 months, (?) wake 4x/2 (?) goes to bed ~5 am (bk can't sleep?) Depends on how few weeks they have notes & paper to complete. Then TV on, gets up ~1 pm n 2 pm

NYC00002992

(wake up during night?) NB,
(Fall asleep at 5 or get in bed at 5?) Sleep at 5,
(so 8 hrs) RA    (?) this is 1x/2-3 days.
If her event at 6, gets up at 9-10, AM to
get it done.   So 4-5 hrs.   - 4-5
(?) 8 hrs on RDO's.

During work week, 3 out of 5 days gets 4-5 hours.
Falls, runs down, works when it slows down, when he
can work regular hours.  Brothers seem to handle it
well.

"I eat crap," when at work,       [Ethical?]
Wants to stop eating meat for ethical reasons but keeps
putting it off, b/c doesn't cook + hard to carry food
around on post [Rob?]
Got referred to see nutritionist & psychiatrist.
Wants a better lifestyle.

Drinks too much soda (not diet)
Smokes — walks to 7-11 at 3AM for junk food

(Work problems?) Has been told by units we serve
don't funny, get mad saying "25", before starbursts & rewards
He applied it, Next day had sign on locker
saying ("If you don't like your job, get another one.")
Bosses delegate, don't know how to go about doing his
appeal. He hires a labor atty (cost $5000 retainer)
                                    labor att.  cost $340

Cont of 4/13/09 F/F c̄ PO Adrian Schoolcraft

- Union won't help + delays [illegible] what to do.
- Evert says he's been retrained + counseled, but he never was, no warnings, NO WARNINGS

2/25/09, MOS/delegate - 8/9 Sergeants in ~ room, incl Co + XO.
 ICO +
 AIU + ICO
They said he has low activity, [command] Ashun Lt

* Other white [illegible] summons [illegible] won't do anything *
 about it.  They want lots of "power" for [illegible]
 radio + cell phones.

They want more 250's (stop, question + frisk report)
not forcing on its.  Would like more trips c̄ DA's, etc

others go, but MOS hasn't been [illegible] presents

MOS thinks it lowers the status of PO's when police put away.
Spends too much time thinking of how things "should be."

Comm't to [illegible] kind of NYPD Employee Suggestion [illegible] + be [illegible] to submit recommendations to them

MOS is from TX + his father was a PO in TX

No probs on ab Jr last [illegible].  (Any chge in acting to
body?) Not sure, summer probably lower than before, B.S.
still very defer cop, just less #'s.  Bosses told him that he
"used to be a hammer" but MOS doesn't recall ever being "a hammer."

(other
Spence?)   [illegible] 
 
* a few years behind in tax returns, kept meaning to do it but
didn't.  Just gave stuff to H&R block to do it for him.
Just too in head, not use [illegible], no $ problems.

at [illegible] [illegible] 54 yr, probably Black community [illegible] trust white [illegible]

Cops [illegible] [illegible] "not a racist thing"; [illegible] [illegible] [illegible] [illegible] [illegible]

white trash. * was Lower middle Class. Both parents [illegible]

no [illegible] [illegible] [illegible] [illegible] in Navy, Black cops are [illegible]

on the community, [illegible] [illegible] he is assigned, [illegible] [illegible]

[illegible] [illegible] people in community [illegible] each other + treat each other,

[illegible] [illegible] [illegible] [illegible] biggest lawsuit [illegible] [illegible] [illegible] [illegible] [illegible]

"No hallucin/paranoia [illegible] people [illegible] [illegible], not [illegible]

but wonder if they assign him there [illegible] [illegible] [illegible] [illegible] up + fired.

Was a medic Medvc Navy. left Navy [illegible] 97

Hasn't been to dentist since out of Navy — [illegible]

[illegible] in service parents [illegible] his teeth, took him to dentist

parents [illegible] [illegible] [illegible] [illegible]

Mother died of cancer 5 yrs ago. The [illegible] [illegible] the

hell out of me + my [illegible] — Father [illegible] painkillers, [illegible]

Father [illegible] [illegible] [illegible] [illegible] [illegible] of [illegible] ↓/painkillers

Father is 53 [illegible] 2/07. Father [illegible] syndrome [illegible]

body starts feeding off itself, — [illegible] sandals like [illegible]

[illegible] [illegible] [illegible] [illegible] [illegible] taking his [illegible] [illegible] + [illegible]

bottle of hydrocodone, COCAINE, & many other meds [illegible] [illegible] days.

Father got [illegible] from VA. (Cop [illegible] 31 [illegible] [illegible], [illegible],

[illegible] the [illegible] MP. [illegible] [illegible] after wife's death [illegible]

[illegible] no one in family [illegible] [illegible] [illegible] [illegible]

Caffeine from soda was only "fix" [illegible]

VA put Father on dialysis, 3 months later [illegible] [illegible]

lost use of left foot + still [illegible] [illegible] [illegible], [illegible] [illegible] a

[illegible] [illegible] [illegible] [illegible]

Cont of F/F & Co admin schedule off on 4/13/09

opened up to see if really has it, Father sd
had stole bike + access to the equipment → SNAKE eye

Father has 16 cats & 5 dogs.
Mot had to find homes for all. Mot took Mother's cats
couldn't leave. Found a fr rescue groups for rest
of Cats. Weird all got placed in homes
Dogs. If went to a kennel, 2 went "kennel crazy" + had to
be put to sleep. Trying to find homes for rest. All were
misfit rescues. Dad won't do that anymore b/c may need
nursing home → Father had been depressed brooding lately.
Was hard taking mother back + father to leave for chemo,
in complete [shock]. She had stroke while on chemo.
Age 48, Mo had R/o that day but was freed to do OT in
the PCA. Was supposed to take mother to dialysis
1st day. Could not get call about mom, didn't
know where Mos was. Mos reports this for that.

He stroke with
This sprg, in 1st wk, that he + father are "comp, us + it [blurs]"
the father was in trip. None were beginning took
all autopsy autopsy newsletters + fathers after
Put out reward posters. Mother's weekly band, which in cutoff
in ashes. Photo in 1 or 2 shop cabinets

Photo of this [when walk] came at 3AM sulking on a Coca Cola Slurpee

Dr saw 2 thgs of father's at thrift shop, Cops + Shoe
crew treats Mos, falls badly, Private on scoth sd band pups.
investig. [Icecap] gluyk.

⟨ Spoken by T/L J. Ritter ⟩ — Called [illegible]

Plan: Temp removal of F/A pending psych eval decision tomorrow
& Prosper.  Dr. [illegible]

Feedback given to MOS.
Provided MOS t psycho edu on mind-body connection +
urged him to see a psychologist who specializes in that. He agreed.
Also recommended a med. eval t a psychiatrist instead of his
PCP but he declined, preferring to avoid meds if possible.
                                                — Don't want meds

F/A removal coordinated by Lt Mahula + carried out
by Sgt McLean of absence control + PO [illegible] of Med. Dist.
Sgt Gallini ran the F/A check. 2 F/A, 30 r's, shield
vouchered at Med Div. ✓ Shield was in locker, 2 guns
✓ were at home, + ID card were on his person. MOS cooperative, but
  doesn't want R/D.
                                                    G. [Murphy?] Psy

4/14/09 — Spoke t Dr Prosper. — Plan on R/D
4/14/09 — T/L C t Dr Chieffo, Dr Daly MD off Med Svcs +
[illegible]  resting medically to F/D.          G. [Murphy?] Psy
4/14/09 — Wrong MOS about R/D decision — G G
4/15/09 — T/C t MOS. Explained doj(?) this decision etc.
Klein [illegible] it t [illegible] not understand reason of it. Then
repeatedly sd "Why?", b/c of was entertaining the idea of seeing a psych.
psychologist?" Even then, I repeatedly explained that his physical & off sheen
are in need of tx. He asked what the "change" or what explained (again) that R/D
is not a disciplinary action. We want to manage him + encourage tx so he can get
better + get back to F/D. He verbally rescinded R/L's signed on 4/13/09.
He will follow up t that in writing.            G. [Murphy?] Psy

# FITNESS FOR DUTY INTERVIEW FORM

INTERVIEWER: _Dr Lamstein_  DATE: _4/3/09_

NME: _PO Adrian Schoolcraft_

**CURRENTLY LIVES WITH** _self_

**FAMILY OF ORIGIN**
(parents, siblings)

Parents marital status _parents married til mother's death_

Deaths

Problems (e.g. serious illness)   _See notes_

Number of siblings _2 s, 1 br, in TX, no contact since mother died after mos left for Navy, she + parents had jobs + ..._
Past and current relationship with family  _3d + foster ... She was always a greedy ... pregnant at 19_

**MARITAL STATUS**   Married   Single   Divorced   Single   _no fgnt ..._

Children (circled)

Dating pattern (if married)   _no real dating or ser ... since moved to NY in '02_

Describe relationship (length, quality)   _not ... drinking or dancing, after service on in Astoria, ..._

Resolution of conflicts   _a close friend ..._

**FRIENDS** (close)

Number _4-5_  _2 partners + ..._
On or off job _both_, _no ..._

Years known oldest friend
Sees how often

**ALCOHOL USAGE**

Alcohol in week _use ... at least ... 4-5 day ..._
Drank more _(in Navy, age 17-21), ..._
How often has too much to drink _... in last 24 hr ..._

Trouble after drinking (circled)

Blackouts _2x, in Navy_

PHYSICAL FIGHTS SINCE APPOINTMENT TO P.D. (not line of duty)

ARRESTS

Number  *Low Activity (see Note)*

Type

Why so few or many

NECESSARY FORCE USED

Type of force *phys'l*

Circumstances

Reaction
*"pureed" crisis,*
*Not sure how many substantiated*

PHYSICAL STATUS
(Employee's report of)

General health

Sick time on job

Hospitalizations

Current medication(s)

HISTORY OF PSYCHOLOGICAL PROBLEMS
(Whether or not received treatment)

ARRESTS/NON-TRAFFIC SUMMONSES (times employee was arrested)

MENTAL STATUS (Appearance, attitude, behavior, mood, thinking, speech, etc.)

WHY P.D.?

View of their job in the Department

Re: PO Adrian Schoolcraft
7/27/09 - F/F c Mos

The Dr. was any sleeping pills not being
unable up for them at work sure on R/D. My pick him
him about Celly phone, taking complaint reports etc.

● ●

re: PO A. Schoolcraft

Dr. Prepper?
G. Prepper PhD

10/13/09

TC from P.C. office, Sgt Bonilla
646-610-5410

PO Schoolcraft's father called "City Hall," and
spoke to a Dep Mayor Skyler's assistant. The
father said that his son was never told why he is
on RID. Sgt Bonilla reaches out to PO
Schoolcraft who said he was never told why he
is on RID.

I told Sgt Bonilla that Dr Lamstein was
away, so could not report on exact conversation, but I
read some notes which confirm she "gave feedback," and more.
I told that our policy is to make sure MOS know why
they are being placed in RID (even if they may
disagree). We also try to direct MOS to places they
can get help, as Dr. Lamstein clearly did.
I told Sgt that Dr Lamstein would call in
PO Schoolcraft as soon as she returns, and answer any
questions he may have. Sgt Bonilla said that was
fine - it could wait for Dr Lamstein's return.

Re: PO Adrian Schoolcraft
10/27/09 - F/F E MOS.

I explained to MOS that I called him in immediately upon my return from a 2 wk vacation b/c I received msg that his father made a complaint downtown that I never told MOS the reason why he is on R/D. Since we had discussed that in detail at his initial & subsequent visits, I emphatically expressed an understanding of how he may not have wanted to tell his father the reason why he was on R/D. To make sure that he has a clear understanding of why he is on R/D, I again explained in detail that he is on R/D b/c he had significant physical manifestations of stress that were causing much discomfort & would benefit from treatment & further monitoring.

MOS said he no longer has these physical s/s stress even though he is still facing the same stressors as before, while on R/D, he is at front desk of PCT dealing with complaints all day long — not stressful to him, but not any less stressful (in his opinion) as regular F/D work.

I again reminded stress mgt & relaxation training so the next time he is faced with new increased stressors, he won't have a recurrence of the chest pain, headaches, memory, upset stomach, etc. that he had of several months when he 1st came to PES. He said he bought both books I recommended & started reading them, but not that helpful, since not much he didn't know before. He thought the Burns book was kind of corny & preferred the Ellis book. He said he brought both books to today's appt & had bookmark in them, but in a way for me to see them (so I won't read much of them). He said he called a few people I recommended but no one took CPT (CC) Aetna & one wanted $400/hour. I told him I could help him find an Aetna therapist & I'm sure they must cover CBT for physical s/s of anx. He said he would call later & his provider # & name of his exact HMO plan so I can make sure the provider are in-network. MOS expressed an appreciation of the session.

— C. Landis, PhD

NYC00002902

10/27/09 – Mos called with his health insurance info.
— C Dorothy Psy.

10/27/09 – T/C c̄ Mos
I informed Mos that I found a number of psychologists in Forest Hills (his preferred location) who accept Aetna HMO & specialize in CBT, anx, & stress mgt. He does not have a private fax machine so I offered to mail it to him. I also gave him the Aetnabehavioralhealth.com website for further referrals as well as educ. & self-assessment tools.
— C Dorothy Psy A

\* Andrew Kane, Ph.D.
 108-28 68th Drive
 Forest Hills, NY 11375
 718-997-8072

Thomas Pabon, Ph.D.
110-21 73rd Rd., Suite 6
Forest Hills
718-207-2153

Gwen Alter, Ph.D.
110-45 Queens Blvd
Forest Hills
718-575-0110

\* Gus Papapetrou, Ph.D.
 115-10 Queens Blvd.
 Forest Hills, NY
 718-544-8454

Let me know if you need any further assistance.

Cathy [signature], PsyD
718-760-7695

NYC00002905