SM Exhibit K

DATE 4/14/09

## RESTRICTED DUTY

THIS DESIGNATION TO BE RE-EVALUATED IN ACCORDANCE WITH MEMBER'S MEDICAL DISABILITY

Tax # ▮

INSTRUCTIONS: District Surgeon will prepare this report in duplicate and the member concerned shall deliver both copies to the Medical Section, Restricted Duty Office, #346 Broadway, 9th Floor, on the date he is assigned to restricted duty.

| NAME | RANK | SHIELD | COMMAND |
|---|---|---|---|
| Adrian Schoolcraft | PO | 12943 | 8/Pct |

ADDRESS                                                                     RESIDENT PCT.

DATE REPORTED SICK         DATE OF DISABILITY         DIAGNOSIS

TIME: _____ DATE: _____         TIME: _____         DATE: _____

FIREARMS REMOVED:   YES ✓   NO ____                LINE OF DUTY _____

DATE REMOVED  4/13/09                                NON LINE OF DUTY _____

APPROVED TO OPERATE DEPT. VEHICLE:                    YES ____  NO ____

### INDICATE RECOMMENDED RESTRICTIONS

LIMITED USE OF   EYES _____  ARMS _____  LEGS _____  BACK _____

LIMITED AMOUNT OF   STANDING _____  WALKING _____  LABORIOUS WORK _____  STAIR CLIMBING _____

OTHER RESTRICTIONS:  (IF OTHER THAN ALL TOURS) - REASON _____

DATE TO BE RE-EVALUATED AT THE MEDICAL SECTION: _____

REMARKS: _____

Reporting Surgeon's Signature & District-Date

PD 429-082 (10-79)
(Formerly Misc 804 A)

D000296

POLICE DEPARTMENT
CITY OF NEW YORK

4/14/09
(Date)

From  Catherine Lamstein, Psy.D., Psychological Evaluation Section

To:  Firearms Removal/Restoration Desk, Medical Division

Subject:  REMOVAL OF FIREARMS FROM A MEMBER OF THE DEPARTMENT

1. I hereby request the removal of firearms from:

   Title: PO
   Name: Adrian Schoolcraft
   Shield: 12943   Tax: [redacted]
   Command: 81 Pct

for the purpose of psychological evaluation. This person will be placed on Restricted Duty assignment pending the results of this evaluation.

2. For your information.

Catherine Lamstein, Psy.D.
Psychologist – Level I
Psychological Evaluation Section

Shield/ID Card Removal Log # _____

## POLICE DEPARTMENT
## CITY OF NEW YORK

4/14/09
Date

From: Supervisor, Medical Division

To: Supervisor, Shield/ID Card Unit

Subject: **REMOVAL OF SHIELD, FULL DUTY IDENTIFICATION CARD AND FIREARMS**

1. The following member of the service was placed in a NO FIREARMS STATUS on 4/13/09 . Please issue P.o. Adrian Schoolcraft
   Date                           Rank/Name

▓▓▓▓▓▓▓ a No Firearms identification card. The member's Shield and Full
Tax #

Duty identification card were removed and will be forwarded for safekeeping.

2. It is requested that upon issuing the No Firearms identification card, the Supervisor, Shield/ID Card Unit complete the endorsement below and fax it to the Firearms Removal Desk at 718-760-7621.

_____
Supervisor's Rank/Name/Tax #

### 1ST ENDORSEMENT

Supervisor, Shield/ID Card Unit to Commanding Officer, Medical Division. On _____
                                                                              Date
the above member was issued a No Firearms identification card.

Supervisor
Shield/ID Card Unit

"B"            Shield/ID Card Restoration Log # _____

D000298