SM Exhibit BK

POLICE DEPARTMENT
CITY OF NEW YORK

April 10, 2006

From:     Adrian Schoolcraft, Police Officer #12943, 81st Precinct

To:       Deputy Inspector Brower, Commanding Officer, 81st Precinct

Subject:  **LOSS OF REGULAR DAYS OFF DUE TO FORCED OVERTIME**

1. This 49 is to notify you of a serious problem within the precinct, that I feel has now become a chronic **Safety Issue**. The problem that I am reporting to you is **Forced Overtime**. Police Officer's are being forced to work Double Shifts and/or give up their Regular Days Off, always at the last moment.

2. I'm bringing this problem to your attention since **Forced Overtime** is issued by Department Civilians who don't seem to be concerned about the **Safety** of Police Officers and the Public they serve. I'm also concerned that we could be violating Department policy and/or State Law by working so many days without a day off. I feel that this policy is having an increase in C.C.R.B.'s, Sick Days, Accidents and Injuries.

3. Notary

STATE OF NEW YORK   )
COUNTY OF _Queens_ )SS:

_Adrian P. Schoolcraft_, being duly sworn deposes and says that he is the petitioner above-named, or its representative, and that he has read the above charge consisting of this and _1_ additional pages, and is familiar with the facts alleged herein, which he knows to be true, except as to those matters alleged upon information and belief, which matters he believes to be true.

SEEROJNIE S. PERSAUD
Notary Public, State of New York
No. 01PE6086375
Qualified in Queens County
Commission Expires Jan. 21, 2007

Signature / Date 4/10/06

Subscribed and sworn to before me
_10th_ day of _April_, 200_6_

Signature of Notary

Deputy Inspector
**ROBERT J. BROWER**
Commanding Officer 81st Precinct

WORK (718) 574-0406
FAX  (718) 574-0435
EMAIL: robert.brower@nypd.org

30 RALPH AVENUE
BROOKLYN, NY 11221

NYC00012206