SM Exhibit BL

POLICE DEPARTMENT
CITY OF NEW YORK

June 11, 2007

From:     Adrian Schoolcraft, Police Officer #12943, 81st Precinct

To:       Deputy Inspector Brower, Commanding Officer, 81st Precinct

Subject:  **Lieutenant Jones, Integrity Control Officer, 81st Precinct.**

1.  On the 6th of June 2007, at approximately 1130 hrs, I called the 81st Precinct Desk Officer to request the day off, because I had just been informed by the VA hospital in Albany that my father had been discharged and he would be arriving at New York City Penn. station, via Amtrak train #280, sometime that afternoon. The hospital staff also informed me my father was still in a wheel chair and would require my assistance to get him home. The Desk Officer then transferred me to roll call, who then stated it would be OK to take the day off, until I notified her that I was also scheduled for traffic court, at 1430 hrs, that same day. Roll Call stated I would need to have the permission of Lieutenant Jones, but after multiple attempts to contact Lieutenant Jones I was enlightened to the fact that he was refusing to speak with me and would only reply, indirectly, "NEGATIVE." I then informed the 81st Precinct Desk Officer I could not report to duty, considering my circumstances, to which the Desk Officer replied "Lieutenant Jones said you are ordered to come in." As soon as I was able, I contacted the 4x12 Desk Officer to inform the 2nd Platoon why I could not report for duty, he then stated he already knew and that I will probably be suspended. The Desk Officer then transferred me to another Officer to fill out a form 28.

2.  On the 8th of June 2007, at approximately 1530 hrs, Lieutenant Jones stated to multiple Officers at the 4x12, 2nd Platoon, roll call "I'll be visiting your roll call for about two weeks and every violation that I usually put in the minor violations I'm writing CD's for, so you can thank somebody for that," then immediately stated "Schoolcraft, see me when your finished." Lieutenant Jones further stated, in his office, "If you don't fuckin want to go to traffic court, don't write summonses," and refused to hear any explanation, or even look at documentation (enclosed with 49), for the reason I was unable to report for duty on the 6th of June 2007. Lieutenant Jones also implied, since I informed the 2nd Platoon of my situation and a form 28 was filled out, that I was going behind his back to get permission for the day off, even though he stated it wasn't his problem that I was unable to report for duty.

NYC00012204

3. This 49 is a formal complaint regarding the conduct, of Lieutenant Jones, unbecoming of a New York City Police Lieutenant. I feel Lieutenant Jones's conduct in this matter was unprofessional and his retaliatory threats were intended to create a hostile work environment for myself and other Officers.

4. For your information and consideration.

STATE OF NEW YORK  )
COUNTY OF QUEENS) SS:
Adrian Schoolcraft, being duly sworn deposes and says that he is the petitioner above-named, or its representative, and that he has read the above charge consisting of this and one additional page(s), and is familiar with the facts alleged herein, which he knows to be true, except as to those matters alleged upon information and belief, which matters he believes to be true.

_____  _____
Signature              Date

Subscribed and sworn to before me

___day of_____, 2007

_____
Signature of Notary

NYC00012205