SM Exhibit BM

01/12/2010  12:25   Received: 7185742   Jan 12 2010 12:23pm   81 ICO OFFICE   PAGE 02/12

Searching For Answers - LeaderHerald.com | News, Sports, Jobs, Community - The Leader Herald     Page 1 of 2

# The Leader-Herald

Print this Page

←--back to story

## Searching For Answers

Man says wife's ashes were among items taken from his Fonda home

By KERRY McAVOY, The Leader-Herald

POSTED: May 7, 2008

FONDA — Larry Schoolcraft says he has almost no mementos left to help him remember his late wife and the couple's infant son.

He says family photos and negatives were stolen from his home at 3600 Route 5 last fall after he had a medical emergency and went to live with his son in New York City.

But the photos weren't the worst of what was taken.

Also packed in the pink storage crate with the family photos and negatives, Schoolcraft says, were the ashes of Suzanne J. Schoolcraft, who died in 2004 at age 46 after having a stroke, and the couple's infant son, who Larry Schoolcraft said died shortly after being born in 1988.

"You would think in a small town like this people wouldn't do this sort of thing," Schoolcraft said. "I just still can't believe someone would do something like this."

The alleged theft occurred about six months after Schoolcraft claims Montgomery County deputies dropped him off on his porch in cold weather March 21, 2007, after they picked him up on suspicion he was intoxicated at a convenience store.

Schoolcraft claims he was groggy because of medication he had taken. He claims authorities brought him to his porch and left him there, and he suffered permanent injuries because he remained on the porch for two days. National Grid employees spotted Schoolcraft on his porch and called 911. He then was taken to a hospital.

Schoolcraft filed a lawsuit against the Montgomery County Sheriff's Office April 15 of this year regarding the incident.

Following the medical emergency, Schoolcraft went to live with his son for several months starting in September. When he returned to his home in January, he discovered his home had been broken into and items were missing, he says.

Along with the ashes and mementos, including his wedding ring, Schoolcraft said several thousands of dollars' worth of merchandise stored in plastic containers was taken.

"It doesn't make sense," Schoolcraft said. "They took small items but left things like convection ovens and a mini fridge."

He said thieves took a lawn mower, DeWalt power tools and a DVD player.

Schoolcraft's son, Adrian, a New York City police officer, estimated it must have taken thieves several days to go through the items in the home. Several leads came forward, but Adrian Schoolcraft said few panned out.

Investigator Brett Northrup of the New York State Police at Fonda said the case, although unsolved, no longer is being investigated.

http://culogin.leaderherald.com/page/content.detail/id/502323.html?showlayout=0     3/17/20

NYC00002844

Received:                                    Jan 12 2010 12:23pm
01/12/2010  12:25    7185742    4            81 ICO OFFICE    D              PAGE  03/12

Searching For Answers - LeaderHerald.com | News, Sports, Jobs, Community - The Leader Herald      Page 2 of 2

The Schoolcrafts are offering a $1,000 reward for information leading to the recovery of any stolen items.

Northrup said the reward money would be a matter between Schoolcraft and the person giving the information.

"We do not offer rewards for information or arrests," Northrup said. "But if someone should call us with information about the case, I will investigate it."

Anyone with information about the theft is asked to call the New York State Police at Fonda at 853-3741 and ask for investigator Wayne Matice.

People who want to contact Larry Schoolcraft about the reward money are asked to call (646) 957-2486. Callers wouldn't have to give their names to report information, Schoolcraft said. The Schoolcrafts said they won't press charges if the items are returned.

"They can even leave the stuff on the doorstep of the place if they wanted to, and we wouldn't pursue it," Adrian Schoolcraft said.

Adrian Schoolcraft says he found a few items on Internet auction sites he believes came from his father's home. The younger Schoolcraft said he compiled a list of more than 150 items taken.

Many of those are collectors items, including more than 20 years worth of Hallmark Christmas ornaments that were valuable to the family, he said.

The loss of the ashes of Suzanne J. Schoolcraft and the couple's infant son is the most painful from the theft, the Schoolcrafts said.

"This affects me every day," Adrian Schoolcraft said. "It's the last thing I think about before I go to sleep at night."

Kerry McAvoy covers Montgomery County. She can be reached at montco@leaderherald.com

Subscribe to The Leader Herald

646 610 4509

ERLO

http://culogin.leaderherald.com/page/content.detail/id/502323.html?showlayout=0          3/17/200!

NYC00002845

Searching For Answers - LeaderHerald.com | News, Sports, Jobs, Community - The Leader Herald#me...   Page 2 of 4

**Bill**

05-08-08 12:14 PM  WOW DANG WHOA SHOOOEE MAAANN OUCH.. THAT HAD TO HURT
»Report Abuse

**InnocentParty**

05-08-08 11:19 AM  Adrian won't be posting. He's on his way "to town" for the weekend. LMAO!!!
»Report Abuse

**DisgustedByYourBS**

05-08-08 10:43 AM  Sorry, I had a lot to say ;)
»Report Abuse

**DisgustedByYourBS**

05-08-08 10:42 AM  O and hey Larry, why don't you take that reward money you have and pay the funeral home for those ashes...??? It's a small town honey; you might want to think about that before you go any further with this crap!
»Report Abuse

Good job to those of you who have the sense to read between the lines. I just had to say something or I would have exploded with the overwhelming feeling of disgust!

Good day & Peace out!

**DisgustedByYourBS**

05-08-08 10:41 AM  And his son is following right along beside him in those same footsteps.
»Report Abuse

Adrian, I can't believe you call yourself a police officer... Do you read what you write BEFORE you leave a comment ...?!?!? Don't you think that you & Larry should be licking the toes of these deputies for not slapping him with a public intox..? How about if they would have waited (as many cops do) until he stumbled into his car and booked him for a DUI? Or how about if he would have driven home and killed someone ??? Boy that sure would not have been good for your reputation Adrian – Mr. Policeman. But I haven't heard one thank you to those cops for preventing any of that from happening. Trust me, nobody would have missed Larry anyway, he's alone due to his own actions throughout his worthless, mooching & nonproductive life.

Larry & Adrian are leaving out A LOT of details to make themselves feel better about their pathetic lives and to gather up sympathy – trust me I could go on and on!

O and hey

**DisgustedByYourBS**

05-08-08 10:40 AM  First of all Suzanne died on Dec 30 2003 and she was 47 years old.... But maybe her "loving & nurturing husband" (LMF*AO!!), Larry, forgot that little insignificant detail about someone that was SO special to him. Or maybe once again he was so blitzed out of his mind on those pills that he needed the deputies there holding his hands to give an accurate interview... Not only is that little detail incorrect but he's also not being totally truthful about his infant son's death. However, I will not put those details here out of respect for the dead – who doesn't deserve to have her name thrown into this frivolous BS!!! Larry was NOT a good husband to her and anyone who knew the couple personally would never disagree with that statement, NOBODY! Even you Adrian, you really disgust me acting like this! You are supposed to stand for something more than yourself and that conman you call a father. This is nothing more than a sue happy leech suckling off of yet another victim. And his son is fo
»Report Abuse

http://culogin.leaderherald.com/page/content.detail/id/502323.html?startIndex=1   3/17/20

JR20

NYC00002837

Searching For Answers - LeaderHerald.com | News, Sports, Jobs, Community - The Leader Herald#me... Page 3 of 4

**Itsjustme**

05-08-08 8:48 AM — It was you innocentparty wasnt it.. ahhhaaha JK!
»Report Abuse

**InnocentParty**

05-08-08 7:25 AM — I don't break in to people's homes and steal anything nor do I have any information about your father's stolen items. I'm all grown up now, I have a job that allows me to pay for my entertainment, thanks.
»Report Abuse

As I said before, Mr. Schoolcraft, your maturity level amazes me. Grow up, take care of your father, pray that your mother and sibling's ashes are returned, cut your losses for the rest and move on.

You're idle threats and attempts to blame me for your loss are only drawing your attention AWAY from finding your property.

**InnocentParty**

05-08-08 7:21 AM — Schoolcraft, my comment on the article about the lawsuit had NOTHING to do with knowledge or facts of the stolen items. It had to do with the fact that YOUR FATHER. My comment was in reference to the fact that YOUR FATHER is ill and on medications that make him appear to be intoxicated and yet, he lives alone with no assistance. Where the H*** were YOU while your father was walking around incoherent??? The point of my comment in the article about the lawsuit was that if he was indeed dropped on his porch and stayed there for THREE days before National Grid employees found him, apparently YOU, sir, HIS SON, didn't care to be bothered with him. One would think that a caring child would check on their ill parent(s) at the very least every other day. THREE DAYS????? Did you attempt to contact YOUR FATHER at all over those THREE days? If so, did you not become concerned when you couldn't reach him?
»Report Abuse

That, sir, is what my post in the lawsuit article was referencing.

**VABOYE**

05-08-08 7:10 AM — ONCE AGAIN-THIS IS ALWAYS "SOMEBODY ELSES" FAULT.MAYBE IF MR.SCHOOLCRAFT WASN'T SO DRUNK ALL THIS WOULD NOT HAVE HAPPENED.MIXING DRUGS AND ALCOHOL IS ABSURD! USUALLY ON THE BOTTLE OF MEDS IT SAYS DO NOT USE WITH ALCOHOL.MAYBE MR SCHOOLCRAFT SHOULD FIND SOMETHING CONSTRUCTIVE TO DO INSTEAD OF DRINKING.COPS ARE NOT BABYSITTERS.MAYBE HE IS WELL KNOWN? THE POINT OF THIS MATTER IS MR.SCHOOLCRAFT CAUSED THIS SITUATION AND NOONE ELSE!
»Report Abuse

**teebzz**

05-08-08 1:46 AM — the fact of the matter is, thieves dont care about ur personal stuff, they take what they can use or sell and throw the rest away. theyre not going to hang onto something JUST in case they have a change of heart and think they might give it back. theyre crooks!. unless theyre holding onto something special for a ransom, but then they wouldve contacted u by now. i doubt the idiot crook was that smart. . I had very personal things stolen and I know its useless to them, but they havent got any heart ( why would they?) so unfortunately its gone. and do u think that some poster that has important info wouldnt tell the cops? and IF he/she was involved with the theft, he/she wouldnt even mention it in a small newpaper comment box. that wouldnt be very prudent. by some miracle neighbors and nearby residents can keep an eye opens to the stuff, whether in dumpsters or used wares stores, but dont hold ur breath. well ur a cop u know all this.
»Report Abuse

**Determined**

http://culogin.leaderherald.com/page/content.detail/id/502323.html?startIndex=1

3/17/200

NYC00002838

Received:                                Jan 12 2010 12:25pm
01/12/2010  12:25    7185742    4        81 ICO OFFICE ''PD           PAGE  07/12

Searching For Answers - LeaderHerald.com | News, Sports, Jobs, Community - The Leader Herald#me...    Page 1 of 4

**SueHappyLarry**

08-28-08 5:24 AM   What the article doesnt mention is that the elder Mr Schoolcraft was a police
»Report Abuse    Offier in three cities in Texas and sued every one of them for frivilous
                 reasons.The filing of Lawsuits is nothing new to the elder Mr Schoolcraft who
                 is looking for nothing more than a free handout. Guarenteed the dirtiest rat
                 wouldnt be caught dead in the squander that Mr Schoolcraft chooses to live
                 in,so how could he possibly know what if anything was taken. I find it
                 insulting that He would sue because he was left in the cold alone YET he
                 forced his ill wife to walk home in blinding snow at night while she was
                 extrememly ill because he did not want to get off the couch,thank god some
                 neighbors found her. Im willing to bet he is trying to find a way to sue anyone
                 who posted anything negitive on this site right now...Free money
                 Larry,,,,Free Money....

**rsoxfan33**

05-08-08 10:43 PM   what do I get..ahh nevermind just glad to help
»Report Abuse

**InnocentParty**

05-08-08 2:05 PM   Hurry rsoxfan, email Adrian. He's on his way "to town". ROFL!
»Report Abuse

**itsjustme**

05-08-08 1:51 PM   That just might be the missing clue that they are looking forr..... rsoxfan you
»Report Abuse    better go collect your reward!! hhaha

**InnocentParty**

05-08-08 1:13 PM   OMG rsoxfan! That could be an explanation!
»Report Abuse

**rsoxfan33**

05-08-08 1:06 PM   where the ashes re-poed for non-payment?lol
»Report Abuse

**itsjustme**

05-08-08 1:01 PM   Your too funny!!!
»Report Abuse

**InnocentParty**

05-08-08 12:49 PM   LMAO @ "itsjustme"!!!
»Report Abuse

                   Well, depends on if he's going to give me the $REWARD$ or not. I'm certainly
                   not meeting him for free.

                   Seriously though...LMAO...NOOOO!!!!!! I'm not meeting him for lunch or
                   anything else while he's in town. He wants it though! ROFL!

**itsjustme**

05-08-08 12:22 PM   InnocentParty will you be meeting him for lunch while he is "in town" this
»Report Abuse    weekend???

**itsjustme**

05-08-08 12:21 PM   I love it!!! I love when people come out and tell us the details.. it makes it so
»Report Abuse    exciting... =-) Thanks "DisgustedByYourBS"

                   Looks like they are just dirtbags after all!

http://culogin.leaderherald.com/page/content.detail/id/502323.html?startIndex=1                    3/17/20

NYC00002839

```
                        Received:                  Jan 12 2010 12:26pm
01/12/2010  12:25       7185742    4             81 ICO OFFICE    `D              PAGE   10/12
```

Searching For Answers - LeaderHerald.com | News, Sports, Jobs, Community - The Leader Herald#me...   Page 4 of 4

**05-08-08 12:06 AM**
»Report Abuse

I cannot believe that this article has turned into a bout. The point of this situation is that someone took the items from the house, and it is very sad that the ashes were part of the theft. Who cares if there is something else or something "fishy" THEY JUST WANT THEIR STUFF BACK. I don't think anyone would be able to handle knowing that their loved one's ashes are somewhere out there.

**Schoolcraft**

**05-07-08 11:07 PM**
»Report Abuse

This is exactly what Innocentparty posted in the comments for article"Fonda Resident Sues Sheriff's Office" 05-02-08 10:03am "you people always want people to know the facts before they comment. I KNOW the facts on this one" Even my Grandmother didn't gossip or claim to so much as you Innocentparty...

**InnocentParty**

**05-07-08 10:27 PM**
»Report Abuse

Furthermore, I don't give a rat's behind what you give, nor do I care who you give it to you. It's probably dirty money anyway. You're maturity level is quite low for being one who has sworn to uphold and protect.

**InnocentParty**

**05-07-08 10:25 PM**
»Report Abuse

Hey Schoolcraft, I WAS STICKING UP FOR YOUR FATHER in my post on the first article. Grow up copper.

FYI, I took my apology back so there isn't anything for you to accept.

Threatening me because you're a cop? LOL

When did I state to have "all" the facts? I said I know OF your father. None of your business HOW I know. Let's just say that he was a little forgetful in the Schenectady post office one day!

http://culogin.leaderherald.com/page/content.detail/id/502323.html?startIndex=1      3/17/20

JR20

NYC00002840