SM Exhibit BO



**NEW YORK CITY POLICE DEPARTMENT**
**PERSONNEL PROFILE REPORT**
**TAX NUMBER :** 931186
**NAME:** SCHOOLCRAFT, ADRIAN

PAGE: 1
DATE: 9/14/2010
TIME: 10:00:40

| | | | |
|---|---|---|---|
| MOS NAME : | SCHOOLCRAFT,ADRIAN,P | SOC SEC: | ***-**-6997 |
| RANK/TITLE: | POLICE OFFICER MALE | SHIELD: | 12943 |
| COMMAND: | 81 081 PRECINCT | FIREARMS: | NO |
| LOCATOR: | | DUTY FUNCTION: | |
| PERM.CMD: | 000 | | |
| APPT DATE: | 7/1/2002 | CS PROM DATE: | 07/01/2002 |
| ASSIGN DATE: | 11/15/2005 | DISC PROM DATE: | 00/00/0000 |
| | | RETRO CS R/T: | 00/00/0000 |
| BIRTH DATE: | 6/21/1975 | SEX: | M |
| RELIGION: | NONE/ATHIEST | RACE: | WHITE |
| COUNTRY: | UNKNOWN | ON SICK REPT: | NOT SICK |
| DUTY AVAIL: | RESTRICTED DUTY | CHRONIC: | NOT CHRONIC |
| DUTY STATUS: | SUSPENDED | DEPT VEH ACC: | 1 |
| STATUS DATE: | 12/7/2009 | | YES |
| HOME ADDR: | 8260 88 PL #2L | | 104 104 PCT |
| | GLENDALE,NY 11385 | | (347) 233-4040 |
| E-MAIL: | | | (000) 000-0000 |

Handwritten note: Bo

*** COMMAND ROSTER - ... CONCERNED ***

| TITLE | CATEGORY | | | START TOUR | END TOUR | RDO |
|---|---|---|---|---|---|---|
| POLICE OFFICER MALE | SUSPENDED | SUSPENDED | | | | S/M |



**NEW YORK CITY POLICE DEPARTMENT**
**PERSONNEL PROFILE REPORT**
TAX NUMBER :   931186
NAME:   SCHOOLCRAFT, ADRIAN

PAGE:  2
DATE:  9/14/2010
TIME:  10:00:40

**\*\*\* PERSONNEL HISTORY \*\*\*\*\*\***

| EFF DATE | AUTHORITY | COMMAND | LOCATOR | DUTY STATUS | RANK/TITLE | DUTY FUNCTION |
|---|---|---|---|---|---|---|
| 07/01/2002 | PO21902 | REC TNG | | ACTIVE | POLICE OFFICER MALE | |
| 11/15/2002 | XX00000 | REC TNG | | ACTIVE | POLICE OFFICER MALE | |
| 01/22/2003 | PO01903 | 075 PCT | | ACTIVE | POLICE OFFICER MALE | |
| 07/18/2003 | PO21303 | 081 PCT | | ACTIVE | POLICE OFFICER MALE | |
| 06/24/2005 | PO31005 | M E L D | | ACTIVE | POLICE OFFICER MALE | |
| 06/24/2005 | PO31005 | M E L D | | LEAVE ABSENCE | POLICE OFFICER MALE | |
| 11/14/2005 | PO33805 | M E L D | | ACTIVE | POLICE OFFICER MALE | |
| 11/15/2005 | PO33805 | 081 PCT | | ACTIVE | POLICE OFFICER MALE | |
| 10/31/2009 | PO31209 | 081 PCT | | SUSPENDED | POLICE OFFICER MALE | |
| 12/07/2009 | PO34709 | 081 PCT | | SUSPENDED | POLICE OFFICER MALE | |

**TOTAL HISTORY RECORDS FOUND : 10**

**\*\*\* NAME CHANGE \*\*\***

| EFFECTIVE DATE | AUTHORIZATION # | OLD NAME | NEW NAME |
|---|---|---|---|

**TOTAL NAME CHANGES FOUND :   0**

**\*\*\* ADDRESS CHANGES \*\*\***

| EFF DATE | CURRENT HOME ADDRESS | PREVIOUS HOME ADDRESS | | NEW RES PCT | OLD RES PCT |
|---|---|---|---|---|---|
| 01/03/2006 | 8260 88 PL #2L GLENDALE NY 11365 | 15 CRESCENT TERRACE BEDFORD HILLS NY 10507 | | 0 | 0 |
| 05/17/2004 | 15 CRESCENT TERRACE BEDFORD HILLS NY 10507 | 55-92 STREET #2-E BROOKLYN NY 11209 | | 0 | 0 |
| 10/25/2002 | 55-92 STREET #2-E BROOKLYN NY 11209 | 55 92ND STREET BROOKLYN NY 11209 | | 0 | 0 |
| 09/27/2002 | 55 92ND STREET BROOKLYN NY 11209 | 145 JOHNSON AVE YORK NY 10038 | NEW | 0 | 0 |

**TOTAL ADDRESS CHANGES FOUND : 4**



NEW YORK CITY POLICE DEPARTMENT          PAGE: 3
PERSONNEL PROFILE REPORT                  DATE: 9/14/2010
TAX NUMBER : 931186                       TIME: 10:00:40
NAME:    SCHOOLCRAFT, ADRIAN

*** MEDICAL HISTORY REPORT ***

| SICK DATE | TIME | RETURN DATE | TIME | CHR | LOD | OLD LOD | TOUR PLAT |
|---|---|---|---|---|---|---|---|
| 09/19/2002 | 06:50 | 09/19/2002 | 15:35 | | | | 2 - 2 |
| 08/28/2003 | 02:00 | 10/12/2003 | 02:00 | | Y | | 2 - 2 |
| 05/05/2004 | 15:28 | 05/06/2004 | 02:05 | | | | 1 - 3 |
| 05/06/2004 | 10:26 | 05/07/2004 | 02:35 | | | | 2 - 3 |
| 04/01/2005 | 12:25 | 04/02/2005 | 02:05 | | | | 4 - 3 |
| 04/02/2005 | 12:40 | 04/03/2005 | 02:35 | | | | 5 - 4 |
| 12/01/2006 | 13:33 | 12/01/2006 | 23:35 | | | | 1 - 3 |
| 12/02/2006 | 11:38 | 12/02/2006 | 11:00 | | | | 2 - 2 |
| 07/09/2008 | 11:32 | 07/12/2008 | 23:35 | | | | 2 - 2 |
| 03/05/2009 | 09:23 | 03/09/2009 | 23:35 | | | | 1 - 3 |
| 04/03/2009 | 07:20 | 04/14/2009 | 23:35 | | | | 2 - 2 |

TOTAL TIMES SICK:   11

*** DUTY AVAILABILITY HISTORY ***

| DUTY AVAILABILITY STATUS | | DUTY AVAILABILITY DATE | | TOTAL DAYS |
|---|---|---|---|---|
| PREVIOUS | CURRENT | ON | OFF | |
| FULL DUTY | LIMITED CAPACITY | 10/12/2003 | 11/29/2003 | 48 |
| LIMITED CAPACITY | FULL DUTY | 11/29/2003 | 04/14/2009 | 1963 |
| FULL DUTY | RESTRICTED DUTY | 04/14/2009 | | 518 |

TOTAL DUTY AVAILABILITY HISTORY RECORDS FOUND: 3

*** SKILLS SUMMARY ***

| CODE | SKILL |
|---|---|
| 4050 | RMP OPERATOR |

TOTAL SKILL :   1

**** ARREST ACTIVITY SUMMARY ****

ARREST INFORMATION FROM 1982:

| ARRESTS: | FELONIES: | VIOLATIONS: | MISDEMEANORS: | INFRACTIONS: | RESIST: | OTHER: |
|---|---|---|---|---|---|---|
| 86 | 17 | 12 | 42 | 0 | 15 | 0 |

*** MONITORING SUMMARY ***

FORCE/DISCIPLINARY MONITORING:

| TYPE | START DATE | END DATE | REASON |
|---|---|---|---|
| LVL 2  DISCIPLINE | 11/04/2009 | / / | Upgraded from Level 1 |
| LVL 1  FORCE | 11/29/2004 | 11/11/2005 | Negative Performance/Behavior |
| LVL 1  PERFORMANCE | 10/14/2009 | 11/04/2009 | Negative Performance Evaluations |

TOTAL MONITORING RECORDS FOUND:  3

IF THERE ARE ANY QUESTIONS, CONTACT THE PERFORMANCE ANALYSIS SECTION (646)610-5505 DURING REGULAR BUSINESS HOURS



| | | |
|---|---|---|
| NEW YORK CITY POLICE DEPARTMENT | PAGE: | 4 |
| PERSONNEL PROFILE REPORT | DATE: | 9/14/2010 |
| TAX NUMBER : 931186 | TIME: | 10:00:40 |
| NAME: SCHOOLCRAFT, ADRIAN | | |

### *** DEPARTMENT RECOGNITION SUMMARY ***

**MEDALS AWARDED:**

| | | | |
|---|---|---|---|
| | | DISTINGUISHED SERVICE MEDAL: | 0 |
| EXCELLENT POLICE DUTY: | 1 | COMMENDATION - COMMUNITY SERVICE: | 0 |
| MERITORIOUS POLICE DUTY: | 1 | CIVILIAN COMMENDATION: | 0 |
| COMMENDATION: | 0 | COMMENDATION - INTEGRITY: | 0 |
| EXCEPTIONAL MERIT: | 0 | MERITORIOUS POLICE DUTY - INTEGRITY: | 0 |
| HONORABLE MENTION: | 0 | POLICE COMMISSIONER'S AWARD | 0 |
| MEDAL FOR MERIT/VALOR: | 0 | PURPLE SHIELD AWARD | 0 |
| COMBAT CROSS: | 0 | MERITORIOUS SERVICE AWARD | 0 |
| MEDAL OF HONOR: | 0 | MERITORIOUS SERVICE AWARD - INTEGRITY: | 0 |
| PURPLE SHIELD MEDAL: | 0 | OUTSTANDING SERVICE AWARD: | 0 |

### *** MILITARY INFORMATION SUMMARY ***

**MAINFRAME VERIFIED INFORMATION:**

| | |
|---|---|
| STATUS: | MILITARY PRIOR TO NYPD |
| BRANCH: | |
| RANK: | |
| EXCUSAL: | MEMORIAL - VETERANS |
| CONTRACT END DATE: | 99/99/9999 |
| MILITARY END DATE: | 99/99/9999 |

### ***UNIFORM EVALUATIONS SUMMARY ***

| Type of Eval. | Cmd | Rating Period From | Rating Period To | Overall Rating | Purpose | Rater Title | Rater Name | Appeal |
|---|---|---|---|---|---|---|---|---|
| PO/SPL | 081 081 PCT | 12/16/2008 | 12/15/2009 | 2.5 | ANNUAL | LT | RAFAEL MASCOL | |
| PO/SPL | 081 081 PCT | 12/15/2007 | 12/15/2008 | 2.5 | ANNUAL | SGT | RAYMOND STUKES | Y |
| PO/SPL | 081 081 PCT | 01/01/2007 | 09/29/2007 | 3 | INTERIM | SGT | WILLIAM MEYER | |
| PO/SPL | 081 081 PCT | 12/16/2006 | 12/15/2007 | 3 | ANNUAL | SGT | WILLIAM MEYER | |
| PO/SPL | 081 081 PCT | 12/16/2005 | 12/15/2006 | 3.5 | ANNUAL | SGT | WILLIAM MEYER | |
| PO/SPL | 081 081 PCT | 12/16/2004 | 12/15/2005 | 3.5 | ANNUAL | SGT | WILLIAM MEYER | |

TOTAL UNIFORM EVALUATIONS RECORDS FOUND: 6

### *** EDUCATION SUMMARY ***

| Education | Credits | Date Graduate | College | State | Major | Status |
|---|---|---|---|---|---|---|
| NO RECORD ON FILE | 0 | | | | | |

TOTAL EDUCATION RECORDS FOUND : 0

NYC00003575



| | NEW YORK CITY POLICE DEPARTMENT | PAGE: | 5 |
|---|---|---|---|
| | PERSONNEL PROFILE REPORT | DATE: | 9/14/2010 |
| | TAX NUMBER : 931186 | TIME: | 10:00:40 |
| | NAME: SCHOOLCRAFT, ADRIAN | | |

HIGHEST DEGREE EARNED    LESS H.S. GRADUATE    CREDITS  0

### *** OFF-DUTY EMPLOYMENT ***

| DATE AUTHORIZED | EMPLOYER/EMPLOYMENT LOCATION (OTHER LOCATION POSSIBLE) | TYPE | OFF-DUTY WORK # |
|---|---|---|---|

TOTAL OFF-DUTY RECORDS FOUND : 0

### *** LANGUAGE PROFICIENCY SUMMARY ***

THIS MEMBER IS PROFICIENT IN THE FOLLOWING LANGUAGES:

| LANGUAGE | SPEAK SCORE | WRITING SCORE | READING SCORE | TEST DATE | FBI TEST DATE | TRAINING DATE |
|---|---|---|---|---|---|---|

TOTAL LANGUAGE RECORDS FOUND:    0

### *** FIREARMS SUMMARY ***

PREVIOUS FIREARMS DISCHARGE INCIDENT (S) :    0
DATE OF LAST FIREARMS DISCHARGE:
FIREARMS POSSESED BY MOS:

| SERIAL NUMBER | MAKE | MODEL | TYPE | CALIBER | ACQUIRED DATE | DISPOSITION DATE | DISPOSITION REASON | WEAPON TYPE |
|---|---|---|---|---|---|---|---|---|
| HYG953 | GLC | GLC19 | A | 9MM | 9/14/2006 | 9/14/2006 | OTHER | AUTH |
| U659880 | SSS | SSS226 | A | 9MM | 10/17/2002 | 10/17/2002 | OTHER | UNAU |

TOTAL FIREARMS RECORDS FOUND :    2

### *** RANGE ATTENDANCE SUMMARY ***

DATE OF LAST FIREARMS ATTENDANCE :    01/15/2009

NYC00003576