SM Exhibit BP



**SUPERVISOR'S COMPLAINT REPORT/
COMMAND DISCIPLINE ELECTION REPORT**
PD 468-123 (Rev. 04-06)

Command Ser. No. 2009-081-0017

Schedule: [x] A  [ ] B

From: Integrity Control Officer, 081 Precinct

To: Commanding Officer, 081 Precinct

Subject: **REPORT OF VIOLATION OF THE RULES AND PROCEDURES**

| Member Complained Of: | Rank | Full Name | Tax No. | | Command |
|---|---|---|---|---|---|
| | po | Schoolcraft, Adrian | | | 81 |
| Location where violation occurred | | | Time | Date | Day of Week |
| BN AAB | | | 1517 | 02/03/09 | Tuesday |
| Complainant (if any): | Name and Address | | | | Telephone Number |

Details of Violation:
Subject Officer arrived at BN AAB at 1517 hours, 47 minutes after proper arrival time. Officer was dressed improperly, arriving in court wearing jeans and sneakers.

The Member was [ ] was not [ ] warned and admonished, and

was [ ] was not [ ] instructed in the proper performance of duty and/or procedure.

| Signature of Supervisor Preparing Report | Rank | Signature | Tax Number | Command | Date |
|---|---|---|---|---|---|
| | LT | | | 81 | 02/05/09 |

**FOLLOW-UP**

[ ] Unsubstantiated      [ ] Command Discipline Accepted

[ ] Charge and Specifications Precinct Ser. No._____      [ ] Command Discipline Review Panel

Final Disposition:

| Rank | Signature of Commanding Officer | Tax Number | Command | Date |
|---|---|---|---|---|
| | | | | |

Instructions:
Commanding Officers must investigate and report disposition under FOLLOW-UP.
If a schedule "B" violation is substantiated, send a completed copy of this report (Front and Rear), to the Department Advocate's Office.

D000083