SM Exhibit BQ

1

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------
ADRIAN SCHOOLCRAFT,

                    Plaintiff,          10 Civ. 6005
                                        (RWS)

        -against-

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO,
Tax Id. 873220, Individually and in his Official
Capacity, ASSISTANT CHIEF PATROL BUREAU BROOKLYN NORTH
GERALD NELSON, Tax Id. 912370, Individually and in his
Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO,
Tax Id. 895117, Individually and in his Official
Capacity, CAPTAIN THEORDORE LAUTERBORN, Tax Id. 897840,
Individually and in his Official Capacity, LIEUTENANT
JOSEPH GOUGH, Tax Id. 919124, Individually and in his
Official Capacity, SGT. FREDERICK SAWYER, Shield No.
2576, Individually and in his Official Capacity,
SERGEANT KURT DUNCAN, Shield No. 2483, Individually and
in his Official Capacity, LIEUTENANT CHRISTOPHER
BROSCHART, Tax Id. 915354, Individually and in his
Official Capacity, LT. TIMOTHY CAUGHEY, Tax Id. No.
885374, Individually and in his Official Capacity,
SERGEANT SHANTEL JAMES, Shield No. 3004, Individually
and in her Official Capacity, SERGEANT RICHARD WALL,
Shield No. 3099, Individually and in his Official
Capacity, SERGEANT ROBERT W. O'HARE, Tax Id. 916960,
Individually and in his Official Capacity, SERGEANT
SONDRA WILSON, Shield No. 5172, Individually and in her
Official Capacity, LIEUTENANT THOMAS HANLEY, Tax Id.
879761, Individually and in his Official Capacity,
CAPTAIN TIMOTHY TRAINOR, Tax Id. 899922, Individually
and in his Official Capacity, and P.O.'s "JOHN DOE"
#1-50, Individually and in their Official Capacity
(The name John Doe being fictitious, as the true names
are presently unknown)(collectively referred to as "City
Defendants"), FDNY LIEUTENANT ELISE HANLON, individually
and in her official capacity as a lieutenant with the
New York City Fire Department, JAMAICA HOSPITAL MEDICAL
CENTER, DR. ISAK ISAKOV, Individually and in his
Official Capacity, DR. LILIAN ALDANA-BERNIER,
Individually and in his Official Capacity and

                                                                        2

```
#1-50, Individually and in their Official Capacity
(The name John Doe being fictitious, as the true
names are presently unknown),

                      Defendants.
------------------------------------
                      20 Corporate Woods Blvd.
                      Loundonville, New York  12211
                      December 11, 2013
                      10:22 a.m.
```

EXAMINATION BEFORE TRIAL of LARRY C. SCHOOLCRAFT, a Non-Party Witness in the above entitled action, held pursuant to Court Order at the above place and time, before a Notary Public within and for the State of New York.

```
 1  LARRY C. SCHOOLCRAFT
 2       Q.   That would be a different question, but
 3            how did it come to be that he told you
 4            this?  Did he say: "Hey, dad, I am
 5            recording people at work"?
 6       A.   No, I would say it was an evolving
 7            thing.  It was not just all of a
 8            sudden, wham.  It was an evolving,
 9            ongoing -- things were getting worse.
10            And he started talking to me, which is
11            something that he does not do, so I
12            knew something was wrong.
13       Q.   Prior to 2008, you had -- what kind of
14            relationship would you characterize it
15            as with Adrian?
16       A.   As far as his work or personal?
17       Q.   Personal.  What kind of relationship
18            did you guys have?
19       A.   Difficult to characterize.
20       Q.   Would you say it was strained?
21       A.   No.
22       Q.   Distant?
23       A.   No, just respect each other's
24            existence.  He is who he is.  I'm who
25            he is.  We do not try to tread on each
```

```
 1   LARRY C. SCHOOLCRAFT
 2          other's ground.
 3      Q.  You may have misspoken.
 4      A.  I probably did.
 5      Q.  You said:  He is who he is and I am who
 6          he is.
 7      A.  Right.  We respect that with each
 8          other.  He is very different.  He is
 9          very quiet.  I'm much more...  And he
10          does not talk about anything.  He just
11          does not talk about anything.
12      Q.  Back to the issue of him making his
13          recordings, did he ever tell you why he
14          was recording?
15      A.  I don't know if he ever directly told
16          me why.  I think it was an evolving
17          thing.  I would -- if you want my view
18          on that, it was that he was concerned
19          that things were going too far.
20      Q.  What do you mean, things were going too
21          far?  What types of things?
22      A.  Things that were going on now were
23          going over the line.  It seems a line
24          had been crossed where now there was
25          no line.  That they just kept pushing
```

```
 1   LARRY C. SCHOOLCRAFT
 2      A.  No.
 3      Q.  Did you review any documents in
 4          preparation for today's deposition?
 5      A.  No.
 6      Q.  Did you review any videos in
 7          preparation for today's deposition?
 8      A.  No.
 9      Q.  Did you review any audio recordings in
10          preparation for today's deposition?
11      A.  No.
12      Q.  Other than what you'd already mentioned
13          in terms of letting certain people know
14          that you would be here today, did you
15          discuss the circumstances of this
16          deposition or what you would be asked
17          or what you would be saying with
18          anybody before coming here today?
19      A.  No.
20      Q.  Have you ever been a plaintiff in a
21          lawsuit before?
22      A.  Yes.
23      Q.  How many times?
24      A.  Twice, I believe.
25      Q.  When was the first time you were a
```

```
 1   LARRY C. SCHOOLCRAFT
 2        plaintiff in a lawsuit?
 3   A.   1984.
 4   Q.   What were the circumstances of that
 5        lawsuit?
 6   A.   It was a labor lawsuit.
 7   Q.   Who was the lawsuit against?
 8   A.   City of University Park.
 9   Q.   And what, specifically, was the reason
10        that you filed that lawsuit?
11   A.   I was indefinitely suspended.
12   Q.   Were you given a reason as to why you
13        were suspended?
14   A.   I don't remember what it was.
15   Q.   Do you know what the outcome of that
16        lawsuit was?
17   A.   It was settled.
18   Q.   And do you know when it was settled?
19   A.   1984.
20   Q.   And was it for a monetary amount or for
21        some other outcome?
22   A.   Monetary.
23   Q.   Do you remember how much it settled
24        for?
25   A.   No, I don't.  It was less than
```

```
 1  LARRY C. SCHOOLCRAFT
 2          $100,000.  I know that.
 3      Q.  And you said you were also a plaintiff
 4          in another lawsuit?
 5      A.  Correct.
 6      Q.  Do you remember when that was?
 7      A.  1995.  City of Fort Worth.
 8      Q.  And what were the circumstances of that
 9          lawsuit?
10      A.  Again, labor lawsuit, indefinitely
11          suspended.
12      Q.  Were you given a reason, as far as you
13          recall, as to why you were indefinitely
14          suspended?
15      A.  I don't recall it now.  Just being
16          vocal.
17      Q.  And do you know what the outcome of
18          that lawsuit was?
19      A.  It was taken to the Supreme Court of
20          Texas, where it was not heard.
21      Q.  And so, as far as you understand, that
22          action is no longer pending?
23      A.  That's correct.
24      Q.  And were you deposed in connection with
25          either of those lawsuits, similar to
```

```
1    LARRY C. SCHOOLCRAFT
2         the proceeding that is occurring here
3         today?
4    A.   Yes.
5    Q.   For one or both?
6    A.   University Park and Fort Worth.
7    Q.   So for both of them?
8    A.   Correct.
9    Q.   Have you ever been sued before?
10   A.   Not that I recall.
11   Q.   Have you ever been deposed in any
12        lawsuit in which you were not a party,
13        either the plaintiff or the defendant?
14   A.   Not that I recall.
15   Q.   Have you ever been subpoenaed to
16        testify at a lawsuit other than this
17        one?
18   A.   I'm sure I have.
19   Q.   Do you recall any specific instance in
20        which you have been subpoenaed to
21        testify at a lawsuit other than...
22   A.   The divorce.  That kind of thing.  And
23        as a police officer, subpoenaed to
24        testify, to appear as a witness or --
25        those kind of things.
```

15

```
 1   LARRY C. SCHOOLCRAFT
 2      Q.   Do you recall how many times you may
 3           have been subpoenaed?
 4      A.   No.
 5      Q.   Aside from today, do you remember the
 6           last time you were subpoenaed to
 7           testify in a lawsuit?
 8      A.   No.
 9      Q.   Have you ever submitted what's known as
10           an affirmation or affidavit or
11           declaration in a federal lawsuit which
12           you were not a party to?
13      A.   No.
14      Q.   Do you recall ever being involved in a
15           lawsuit concerning your residence at
16           1301 Lovell Street in Arlington, Texas?
17      A.   It was a real estate issue over
18           contract, but I didn't know it was
19           actually -- I don't remember a lawsuit.
20      Q.   Okay.  I could be wrong about that, but
21           was there some sort of litigation
22           involved?
23      A.   Right.  We were buying the property and
24           it ended up in a legal mess.
25      Q.   Do you remember what the outcome of the
```

```
 1  LARRY C. SCHOOLCRAFT
 2          situation was?
 3     A.   The owners of the property ended up in
 4          some type of huge litigation and so the
 5          property became unavailable and so we
 6          did not buy it.
 7     Q.   Is it safe to say you were not being
 8          sued in connection with that residence;
 9          correct?
10     A.   To the best of my knowledge, no.
11     Q.   Did you also file a lawsuit some time
12          in 2008 against the Montgomery County,
13          New York Sheriff's office?
14     A.   That's correct.
15     Q.   What were the circumstances of that
16          lawsuit?
17     A.   They abandoned me on my front porch in
18          the middle of wintertime and I ended up
19          almost dying.
20     Q.   Did you have to give testimony in
21          connection with that lawsuit?
22     A.   Yes.
23     Q.   Were you deposed in connection with
24          that lawsuit?
25     A.   Yes.
```

```
 1   LARRY C. SCHOOLCRAFT
 2        Q.   Did you testify at a trial in
 3             connection with that lawsuit?
 4        A.   No. I believe -- again, it could have
 5             been a 50-H hearing.
 6        Q.   Okay. Do you know what the outcome of
 7             that lawsuit was?
 8        A.   I had it dismissed.
 9        Q.   It was dismissed? Did you receive any
10             monetary compensation as a result?
11        A.   No. I refused to participate.
12        Q.   Why did you refuse?
13        A.   Because the thing was a mockery.
14        Q.   Why?
15        A.   I could not be made whole, they could
16             not give me back my health, so what was
17             the point?
18        Q.   You were physically injured as a
19             result?
20        A.   Correct.
21        Q.   What types of injures did you sustain?
22        A.   I developed rhabdomyolysis. It is
23             pronounced different ways by different
24             people.
25        Q.   It is a sort of an atrophy of the
```

```
 1   LARRY C. SCHOOLCRAFT
 2            muscles; is that correct?
 3        A.  It is a complicated thing.  I can't
 4            really explain.
 5        Q.  Are you still currently suffering from
 6            anything connected with that incident?
 7        A.  Yes.
 8        Q.  What is that you are suffering from?
 9        A.  I have neuropathy and lymphedema.
10        Q.  Is your full name Larry Charles
11            Schoolcraft?
12        A.  Yes.
13        Q.  Is Larry short for Lawrence or is your
14            given name Larry?
15        A.  Larry.
16        Q.  Have you ever gone by any other name
17            other than Larry Charles Schoolcraft?
18        A.  No.
19        Q.  What is your date of birth?
20        A.  9-20-55.
21        Q.  Where were you born?
22        A.  Albany, New York.
23        Q.  Have you ever been married?
24        A.  Yes.
25        Q.  How many times?
```