SM Exhibit BR

SM Exhibit BR- Schoolcraft recording of QAD meeting including previously withheld conversation with Larry Schoolcraft, October 7, 2008