SM Exhibit BS

SM Exhibit BS- IAB interview with 81st Precinct PBA delegate Richard Braun