SM Exhibit BT

SM Exhibit BT- IAB interview with Mystica Schoolcraft