SM Exhibit BU



# PATROL GUIDE

| Section: Personnel Matters | | Procedure No: 205-58 | |
|---|---|---|---|
| **APPEAL OF EVALUATION - UNIFORMED MEMBERS OF THE SERVICE** | | | |
| DATE ISSUED: 06/13/08 | DATE EFFECTIVE: 06/20/08 | REVISION NUMBER: 08-02 | PAGE: 1 of 2 |

**PURPOSE**  To permit a uniformed member of the service in permanent rank to appeal his/her evaluation.

**SCOPE**  This procedure does not apply to uniformed members of the service who are in the rank on probation (e.g., entry-level probationary police officers, probationary sergeants, etc.).

**PROCEDURE**  When a uniformed member in permanent rank wants to appeal a performance evaluation:

**RATER**  1. Inform commanding officer.

**COMMANDING OFFICER**  2. Act as initial hearing officer.
   a. Schedule interview with members concerned (i.e., rater, reviewer and ratee named on performance evaluation form), within thirty (30) days of appeal notice.

**NOTE**  *If the commanding officer is also the rater on the performance evaluation form, then his/her immediate supervisor will schedule the initial hearing/interview and serve as the hearing officer. If ratee performs below desirable standard, commanding officer must be reviewer.*

3. Attempt to resolve the appeal.

**RATEE**  4. Submit a report on *Typed Letterhead*, if appeal is NOT RESOLVED at rater/receiver level, as follows:
   a. Uniformed members of the service below the rank of captain - personnel officer concerned.
   b. Captains and above - Chief of Personnel.

**PERSONNEL OFFICER/ CHIEF OF PERSONNEL**  5. Review the matter by interviewing appropriate parties and examining pertinent records.
6. Report findings in triplicate, within thirty (30) days of receipt of *Typed Letterhead* and interview of parties, as follows:
   a. ORIGINAL - to reviewer named on evaluation form, who will inform rater and ratee of findings.
   b. DUPLICATE - to member appealing (i.e., ratee).
   c. TRIPLICATE - forward to Employee Management Division's Performance Analysis Section for inclusion in ratee's personal folder.

**NEW • YORK • CITY • POLICE • DEPARTMENT**

# PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 205-58 | 06/20/08 | 08-02 | 2 of 2 |

*NOTE*  *A uniformed member of the service in permanent rank has the right to appeal the contents, recommendations or overall rating of his/her performance evaluation, ONLY if cause for appeal stems from:*
   a.  *Factual error*
   b.  *Rater's misinterpretation of instructions*
   c.  *Bias or prejudice on the part of the rater*
   d.  *Performance evaluation is completed and based upon OTHER THAN performance factors.*

*A uniformed member of the service has the right to review comments and recommendations made by a reviewer named on the performance evaluation form; however, such comments and recommendations are not causes for appeal by the ratee. Such a review by the ratee is for the ratee's informational purposes only.*

*RELATED PROCEDURES*  *Evaluations - General - Members of the Service (P.G. 205-48)*

*FORMS AND REPORTS*  *Typed Letterhead*

**NEW • YORK • CITY • POLICE • DEPARTMENT**