SM Exhibit BX

SM Exhibit BX- IAB interviews of 81st Precinct Police Officers re: existence of a quota system