SM Exhibit BY



```
0230  Released from Forced OT
      End of Tour
      Adhyl Polanco #2943
Monday    2/23/09   RDO
Tuesday   2/24/09   RDO
Wednesday 2/25/09   4x12
1500  Present for duty @ cpis
1520  Meeting w/ D.I. Mauriello
→     in re: re appeal of annual
→     evaluation. Those present
→     at meeting: Capt. Lauterborn,
→     Lt. Delafuente, Lt. Moscal,
→     Sgt. Stukes, S.t. Weiss
→     Lt. Cox, and P.O. Gonzalez
1520  Sgt. Stukes, Instructing
      P.O. Schoolcraft on' the Proper
      Procedure's to P.G. 205-58
      Appeal of Evaluation - OMU, S
1520  Lt. El de fuente
1630  10-62 (admin) / Sgt. Stukes
1915  Assigned to D/E/G, w/P.O.
→     Hitzman via RMP #2361
→     BSCI: 0
1920  10-34 @ Howard & Halsey
→     Approached by B/M stating
→     he only wants an Ambulance,
→     doesn't want to talk to police.
1940  10-90Y, re: 34
→     10-61 Serve Papers to 1930 Jeff
```

No Meal