SM Exhibit BZ





