SM Exhibit CA

CONFIDENTIAL

