SM Exhibit CB

| Internal Case Information System Worksheet - Conferral with MOS | | | | | Top Allegation MISSING PROPERTY - DEPT FAC. - PRECINCT/OTHER | | Group SIU-SPECIAL INVESTIGATIONS UNIT Date of This Report 08/21/2013 | |
|---|---|---|---|---|---|---|---|---|
| Date Reported 08/15/2013 | Date Assigned 08/15/2013 | IAB Log No. 2013-35085 | Case No. (SIU) M-2013-2352 | Folder Type MISCONDUCT | Preliminary Case Type CORRUPTION | | Follow-Up No. 17 | Worksheet Tracking No. 263725 |

| Topic/Subject | Activity Date | Activity Time |
|---|---|---|
| (Conferral with MOS) PBBN-IU WORKSHEET RELATED TO SEALING OF THE LOCKERS | 08/21/2013 | 16:00 |

**Activity Location List**

**Conferred With Person**

| Type WITNESS | NYPD MOS JANEMARIE MOLINA,SGT,165 | On Scene (Yes/No) YES |
|---|---|---|

**Details**

**Follow-Up Information**

1. On the above date, the I/O contacted Sgt Molina of PBBN Investigations Unit and requested all paperwork related to the sealing of the lockers that previously assigned to PO Schoolcraft. Sgt Molina stated that she went through (4) case folders and there was only one worksheet#53 pertaining to the lockers along with two pictures.

2. The I/O reviewed the worksheet and attached the pictures as attachment which were received from Sgt Molina. The worksheet#53 was prepared by Captain Timothy Trainor and the subject was conferral with 81 Precinct Commanding Officer. Worksheet#53 stated the following:

- On February 1, 2010, Captain Trainor conferred with D.I Mauriello, C.O of 81st Precinct regarding the locker(s) of Po Schoolcraft pending his return to duty. This recommendation was made in order to mitigate any allegations against the Department. The seal number(s) will be recorded and in the event the locker(s) of PO Schoolcraft need to be opened, the event will be recorded on live video.

- Lt Timothy Caughey, 81 Precinct ICO Informed Captain Trainor that three (3) lockers were assigned to PO Schoolcraft, and the lockers appeared in good repair and were secured with locks. Lt Caughey provided the following peddler seal numbers and corresponding locker numbers:
Locker# 51, Seal# 0308379
Locker# 313, Seal# 0308375
Unid Locker, Seal# 0308357

3. There are two pictures of Unid locker, one which was taken in 2010 and a current picture. The 2010 picture indicated that the Unid locker was previously assigned to PO Schoolcraft and a current picture indicate that the locker is currently assigned to PO McGee.

3. Case still ACTIVE.

**ATTACHMENT**

1 
'2010 Locker Picture'

2 
'Recent Locker Picture'