SM Exhibit CC



CONFIDENTIAL
NYC00012005
CONFIDENTIAL