SM Exhibit CD

POLICE DEPARTMENT
CITY OF NEW YORK

27 February, 2009

| | |
|---|---|
| From: | Police Officer Adrian P. Schoolcraft, Tax No. 931186, Shield No. 12943, Command 081 |
| To: | Inspector Thomas Moran, Adjutant, Patrol Borough Brooklyn North |
| Subject: | **APPEAL OF ANNUAL PATROLMAN EVALUATION FOR THE YEAR 2008.** |

1. I am writing to respectfully request an appeal of my performance evaluation in accordance with Administrative Guide Procedure No. 303-20.

2. On January 29, 2009, I was shown my Performance Evaluation for the period from December 15, 2007, to December 15, 2008, (a copy of which is attached hereto) and indicated that I wanted to appeal it by clicking on the appropriate box of the Annual Performance Evaluation form.

3. The basis for my appeal is as follows:

    3.1. The Appeal contains factual error(s).
        3.1.1. Overall rating is factually incorrect. Evaluation reveals a rating of 2.5.
            3.1.1.1.1. Performance areas equals 3.75
            3.1.1.1.2. Behavior dimensions equals 3.25

    3.2. The rater misinterpreted instruction(s).
        3.2.1. Evaluation based on lack of alleged "**ACTIVITY**" relating only to arrest and summonses issued. Patrol Guide Procedure 205-48 (governing evaluations) makes no reference to "**ACTIVITY**" levels.

    3.3. The evaluation was based on bias or prejudice of the rater.
        3.3.1. Performance Evaluator (rater) documents that department E.E.O. according to Patrol Guide Procedure 205-48 was discussed with ratee (Police Officer Schoolcraft), when in fact this did not occur.

    3.4. The evaluation was completed and based upon OTHER THAN performance factor(s).
        3.4.1. Only performance factor(s) prescribed by Patrol Guide Procedure No. 205-48, include officer individual ratings with CPI record, Department recognition, sick record, commendation letters, C.C.R.B. records, and E.E.O. compliance.

    3.5    Other: The **Rater** (Sergeant Stukes) and **Reviewer** (Deputy Inspector Mauriello) falsified documentation.
        3.5.1. Refer to 3.3.1. for falsifying documentation.

4. My appeal was not resolved at the Performance Evaluation **Rater** (Sergeant Stukes) and **Reviewer** (Deputy Inspector Mauriello) level, at meeting on February 25, 2009 at approximately 1520 hours. Attending this meeting were the following:
- Deputy Inspector Mauriello (Reviewer/Commanding Officer, 81st Precinct)
- Captain Lauterborn (Executive Officer, 81st Precinct)
- Lieutenant Caughey (Integrity Control Officer, 81st Precinct)
- Lieutenant Mascol (Operations Coordinator, 81st Precinct)
- Lieutenant Delafuente (4x12 Platoon Commander, 81st Precinct)
- Sergeant Stukes (Rater)
- Sergeant Weiss (Assistant Integrity Control Officer, 81st Precinct)
- Police Officer Gonzalez (P.B.A. Delegate, 81st Precinct)

5. I understand that I am entitled to a copy of your findings regarding my appeal, within thirty (30) days of receipt of this appeal and interview of the appropriate parties.

6. Submitted for you approval.

7. I ask that you review the following, while considering my appeal:

~ 3 ~

    7.1    All Monthly Performance Report(s) covering date(s) from December 15, 2007 up to and including December 15, 2008.
    7.2    All Training Record(s) regarding Police Officer Schoolcraft for Performance Evaluation period listed in 8.1.
    7.3    Police Officer Schoolcraft's Activity Log(s).
    7.4    All Quarterly Performance Reviews for Evaluation Period, mentioned above.
    7.5    Calculate and evaluate Police Officer Schoolcraft's actual number of hour(s) available for Enforcement Duty(s).
    7.6    Any and all documentation, concerning Police Officer Schoolcraft's alleged deficiency(s).

8.    STATE OF NEW YORK )
       COUNTY OF QUEENS ) SS:

I, Adrian Schoolcraft, being duly sworn deposes and says that I am the petitioner above-named, and that I have read the above charge(s) consisting of this and 2 additional page(s), and am familiar with the fact(s) alleged herein, which I know to be true, except as to those matters alleged upon information and belief, which matters I believe to be true.

_____    _____
Signature                           Date

Subscribed and sworn to before me

On the 27th Day of February, 2009

_____
Signature of Notary