SM Exhibit CE

SM Exhibit CE- Schoolcraft recorded conversation with Sgt. Devino, PBBN, October 27, 2009