SM Exhibit CF

Page 1

```
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2    ------------------------------------------X
 3    ADRIAN SCHOOLCRAFT,
 4                         Plaintiff,
 5
                                        Case No:
 6         - against -                  10 CV 06005
 7
      THE CITY OF NEW YORK, ET AL.,
 8
 9                         Defendants.
10    ------------------------------------------X
11                  111 Broadway
                    New York, New York
12
                    May 29, 2014
13                  10:19 a.m.
14
15
16    DEPOSITION OF STEVEN WEISS, pursuant to
17    Notice, taken at the above place, date and
18    time, before DENISE ZIVKU, a Notary Public
19    within and for the State of New York.
20
21
22
23
24
25
```

1
    A P P E A R A N C E S:
2
3       NATHANIEL B. SMITH, ESQ.
            Attorneys for Plaintiff
4           111 Broadway
            New York, New York 10006
5
6
        JOHN LENOIR, ESQ.
7       Attorneys for Plaintiff
            829 Third Street NE
8           Washington, D.C. 20002
            Not Present
9
10      NEW YORK CITY LAW DEPARTMENT
        OFFICE OF CORPORATION COUNSEL
11      Attorneys for Defendant
        THE CITY OF NEW YORK
12          100 Church Street
            New York, New York 10007
13      BY:   RYAN G. SHAFFER, ESQ.
14
15      SCOPPETTA SEIFF KRETZ & ABERCROMBIE
        Attorneys for Defendant
16      STEVEN MAURIELLO
            444 Madison Avenue
17          New York, New York 10022
        BY:   WALTER A. KRETZ, JR., ESQ.
18
19
        IVONE, DEVINE & JENSEN, LLP
20      Attorneys for Defendant
        DR. ISAK ISAKOV
21          2001 Marcus Avenue
            Lake Success, New York 11042
22      BY:   BRIAN LEE, ESQ.
23
                (Continued.)
24
25

Page 100

1           STEVEN WEISS
2  NYPD?
3       A.     Yeah.  That's what I believe it
4  was.  The early invention unit.
5       Q.     Where is the early invention
6  unit located?
7       A.     Somewhere in headquarters.
8       Q.     What did you tell the police
9  officer from the early invention unit about
10 Schoolcraft?
11      A.     That I was worried about his --
12 worried about him, because he -- I had
13 discovered that at some point while he was
14 on that -- apparently, while he was on that
15 leave at some point, that there had been
16 some kind of incident with his father
17 upstate, where his father was hospitalized
18 and that there was a burglary in his
19 father's residence and there was an urn that
20 had Officer Schoolcraft's deceased mother or
21 brother's ashes in it that had been stolen
22 and that he was trying to locate the people
23 that did that and it was causing him some
24 type of mental distress and that kind of
25 coupled with this weird stuff here, I was

1      STEVEN WEISS
2 concerned for his wellbeing, how he was
3 handling the situation.  So I wanted some
4 advice as to what to do.
5      Q.   When you're referring to this
6 stuff here in your prior answer, were you
7 referring to -- what were you referring to?
8      A.   I mean, the bizarre entries in
9 the memo book and just his behavior calling
10 the duty captain to his foot post.  Kind of
11 arguing with me about being off post.
12      Q.   Hadn't he already received a
13 failing evaluation by this time, as well?
14      A.   You see that's the thing, I
15 would imagine that that evaluation was
16 prepared before that.  I don't remember
17 dates when I spoke to this guy at early
18 invention.  It was while he still had his
19 gun and shield, but at real short -- within
20 the time I spoke to him, his firearm and his
21 shield were removed within like a week.  So
22 it was somewhere -- you figure out the
23 timeframe for me.
24      Q.   So it was about a week between
25 the time that you spoke to the police

Page 102

1  STEVEN WEISS
2  officer from early intervention and when
3  Schoolcraft had his gun and shield removed?
4      A.    It was a week or two 'cause I
5  remember him coming back to the precinct and
6  that's one of the meetings I had spoken
7  about earlier and he wouldn't really
8  elaborate on what had happened, other than
9  he wasn't modified, but he didn't have his
10 firearm anymore.
11     Q.    Did you provide any other
12 information to the early intervention unit
13 about Schoolcraft?
14     A.    Yeah, I faxed them a copy of a
15 newspaper article that I found on the
16 internet regarding this incident with his
17 father and the missing ashes.
18     Q.    Did you send him anything else?
19     A.    I don't think so.
20     Q.    Was -- it was a him?
21     A.    Yes, it was definitely a him.
22     Q.    Did you fill out any forms or
23 follow any patrol guide procedures with
24 respect this interaction you had with the
25 early intervention unit?

VERITEXT REPORTING COMPANY
212-267-6868    www.veritext.com    516-608-2400

1              STEVEN WEISS
2    That's my recollection.  Past that, I'm not
3    a hundred percent sure.
4         Q.    What do you recall about your
5    discussion with Lauterborn about the request
6    for a duty captain?
7         A.    Just how bizarre and unusual it
8    was and how it pointed towards the fact that
9    there was something perhaps not right with
10   this guy at this point.  That we needed to
11   -- I felt we needed to, at least, have
12   somebody talk to him on a level that they
13   could evaluate his psychological wellbeing
14   to make sure that he was okay.  That he
15   wasn't, for lack of a better term, crazy.
16        Q.    Did you have that discussion
17   with Lauterborn the same day he made his
18   request?
19        A.    Yes.
20        Q.    The same day that Schoolcraft
21   made the request for the duty captain?
22        A.    Yes.
23        Q.    Do you recall anything that you
24   discussed with Lauterborn?
25        A.    I don't specifically remember

Page 129

STEVEN WEISS

```
 2   the details of the conversation.  I do
 3   remember the procedure regarding sending an
 4   officer to psych services or having a
 5   clinician respond -- however, exactly the
 6   procedure was written, was discussed and the
 7   -- this may have come up also from what I
 8   remember.  This, being the article, and my
 9   concerns about his psychological wellbeing
10   based on what was in the article.
11        Q.     You're referring to Exhibit 126?
12        A.     Yes.
13        Q.     Do you recall anything else that
14   you discussed with Lauterborn?
15        A.     It was all related to that.
16   About having him evaluated and the memo book
17   entry from when I issued him the CD.  Best
18   of my recollection this happened a couple of
19   days -- next day after that whole CD
20   incident.  So that also came up cause the
21   unusualness of that entry in the -- in there
22   and some of the other unusual entries that I
23   observed in his book.
24        Q.     Do you discuss with Lauterborn
25   who the duty captain was that day?
```

1                    STEVEN WEISS
2        A.      I don't know.
3        Q.      Who was the duty captain that
4    day?
5        A.      I don't know.
6        Q.      Did you have any discussion with
7    anybody else that day about Schoolcraft's
8    request for the duty captain?
9        A.      Other than Lauterborn, my
10   recollection is also, Sergeant Stukes was
11   somebody that I spoke to about it.
12       Q.      What did you speak to Stukes
13   about?
14       A.      I believe Stukes went to the --
15   seemed to find out why he was asking for the
16   duty captain.  So the conversation was
17   regarding that.
18       Q.      What do you recall about your
19   discussion with Stukes?
20       A.      Not much.  I remember having a
21   discussion with him about it.  And then him
22   speaking to the captain about it, I believe.
23   Past that, I don't really remember even
24   partially about the unusualness about the
25   request from what I remember.