SM Exhibit CG

SM Exhibit CG- Larry Schoolcraft recorded conversation with Captain Lauterborn, October 31, 2009