SM Exhibit CH

# INTERVIEW REPORT

| | |
|---|---|
| LOG DATE: | 04/30/2009 |
| LOG TIME: | |
| CASE #: | |
| TAX #: | |
| NAME: | SCHOOLCRAFT, ADRIAN SCHOOLCRAFT, ADRIAN |
| RANK: | |
| COMMAND: | |
| STATUS: | |
| UMOS: | |
| SEX: | |
| EIU CASE: | |
| SUPERVISOR: | |
| SUICIDE RELATED: | |
| SOURCE: | |
| WHY: | |
| RECOMMEND: | |
| NOTES/REMARKS: | Interview Import (archive/legacy info from Excel)<br>Number:09/610<br>EIU Case:NOT MONITORED<br>Name:SCHOOLCRAFT, ADRIAN<br>Date Interviewed:4/30/2009<br>Interviewer:LT LEE<br>Reason Description:OTHER (9)<br>Referral Description:OUTSIDE COUNSELLING (8)<br>Additional Notes:MOS I.O./9. MOS FROM MEDICAL DIV. |

FOLLOWUP

DATE            NOTES

**NYC00013444**