SM Exhibit CJ



*Patrolmen's Benevolent Association*

Of The City Of New York, Incorporated
40 Fulton Street New York, NY 10038

**OFFICE OF THE GENERAL COUNSEL**

August 17, 2009

**VIA U.S. MAIL**
Adrian R. Schoolcraft
8260 88th Place Apt. 2L
Glendale, NY 11385

Re:     **Performance Evaluation Appeal and Representation**

Dear Mr. Schoolcraft:

I write in response to your letter dated July 31, 2009 to PBA General Counsel Michael T. Murray, and to follow up on our telephone conversation of August 7, 2009.

As we discussed in our telephone conversation, the PBA General Counsel's Office does not represent police officers in disciplinary matters. Therefore, to the extent that you would like to discuss your legal representation in an ongoing disciplinary matter, your questions should be directed to the attorneys of the law firm of Worth, Longworth and London, LLP, the members' legal service provider in that area. Accordingly, I have returned to you two envelopes, addressed to John Tynan and Mike Martinez of Worth, Longworth and London, that you inadvertently sent to our office. My understanding from our conversation is that you have already spoken to a representative of Worth, Longworth and London and have discussed the issue of your legal representation with that firm.

Regarding the issues that you raise in your letter related to your appeal of your performance evaluation, the procedures for appealing performance evaluations can be found at Patrol Guide Procedure No. 205-58. Since my understanding is that you've already met with your supervisors and commanding officer regarding your evaluation, and the appeal has not yet been resolved, your next step if you wish to pursue your appeal further is to submit a typed report to your personnel officer. Additional instructions, and an evaluation appeal form, can be found on the PBA's website at www.nycpba.org. Please recall that you have the right to view and copy the contents of your personnel folder maintained at your command, as well as that maintained at the Department's Employee Management Division. The documents contained in those folders may assist you in appealing your evaluation.

212-298-9144                                                                 Fax: 212-608-7824

If you have any questions, or would like to discuss the evaluation or personnel folder inspection procedures further, please do not hesitate to contact me.

Very truly yours,

David W. Morris

Encl.

cc: Michael T. Murray