SM Exhibit CK- to be filed under seal