SM Exhibit CL

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   ---------------------------------------
 5   ADRIAN SCHOOLCRAFT,
 6                                  Plaintiff,
 7          -against-
 8
 9   THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL
10   MARINO, Tax ID. 873220, Individually and in
11   his Official Capacity, ASSISTANT CHIEF
12   PATROL BOROUGH BROOKLYN NORTH GERALD
13   NELSON, Tax Id. 912370, Individually and in
14   his Official Capacity, DEPUTY INSPECTOR
15   STEVEN MAURIELLO, Tax Id. 895117,
16   Individually and in his Official Capacity,
17   CAPTAIN THEODORE LAUTERBORN, Tax Id.
18   897840, Individually and in his Official
19   Capacity, LIEUTENANT WILLIAM GOUGH, Tax Id.
20   919124, Individually and in his Official
21   Capacity, ST. FREDERICK SAWYER, Shield No.
22   2567, Individually and in his Official
23   Capacity, SERGEANT KURT DUNCAN Shield No.
24   2583, Individually and in his Official
25   Capacity, LIEUTENANT CHRISTOPHER BROSCHART,
```

1

2  Tax Id. 915354, Individually and in his

3  Official Capacity, LIEUTENANT TIMOTHY

4  CAUGHEY, Tax Id. 885374, Individually and

5  in his Official Capacity, SERGEANT SHANTEL

6  JAMES, Shield No. 3004, Individually and in

7  his Official Capacity, and P.O.'s"JOHN DOE"

8  #1-50, Individually and in their Official

9  Capacity, (the name John Doe being

10 fictitious, as the true names are presently

11 unknown) (collectively referred to as "NYPD

12 Defendants"), JAMAICA HOSPITAL MEDICAL

13 CENTER, DR. ISAK ISAKOV, Individually and

14 in his Official Capacity, DR. LILLIAN

15 ALDANA-BERNIER, Individually and in her

16 Official Capacity, and JAMAICA HOSPITAL

17 MEDICAL CENTER EMPLOYEE'S"JOHN DOE" #1-50,

18 Individually and in their Official

19 Capacity, (the name John Doe being

20 fictitious, as the true names are presently

21 unknown),

22                                    Defendants.

23 ------------------------------------------

24          111 Broadway

25          New York, New York

LAUTERBORN

Page 3

1
2        November 7, 2013
3           10:10 A.M.
4
5      VIDEO DEPOSITION of THEODORE
6   LAUTERBORN, the Defendant in the
7   above-entitled action, held at the above
8   time and place, taken before Dawn Miller, a
9   Notary Public of the State of New York,
10  pursuant to court order and stipulations
11  between Counsel.
12                  *   *   *
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2  refers to?
3              MS. METTHAM: Objection. You
4     can answer.
5     A.    I don't think so.
6     Q.    Did you ever witness any
7  downgrading or improper classifications
8  going on at the 81?
9              MS. METTHAM: Objection. You
10    can answer.
11    A.    No.
12    Q.    Were there any numerical quotas
13 imposed on the Police Officers at the 81?
14             MS. METTHAM: Objection. You
15    can answer.
16    A.    No.
17    Q.    Can you tell me the first time
18 that you learned or suspected that there
19 was a Quad Investigation of the 81?
20             MS. METTHAM: Objection. Asked
21    and answered.  You can answer again.
22             MR. KRETZ:  Objection.
23    A.    I can't say what time or what
24 date I learned of it.
25    Q.    Can you tell me when you first

```
 1
 2    suspected that there was a Quad
 3    Investigation going on?
 4              MS. METTHAM: Objection.
 5         A.   Sometime in the summer of 2009.
 6         Q.   What triggered that suspicion on
 7    your part?
 8         A.   The request for a couple hundred
 9    Complaint Reports.
10         Q.   Who made that request?
11         A.   I don't know who it was.
12         Q.   How did you learn about the
13    request?
14         A.   Through conversations with
15    Inspector Mauriello.
16         Q.   He told you or you told him?
17         A.   He brought it up.  He knew that
18    it was from -- what I could remember, he
19    knew they were pulled.
20         Q.   When did you first learn that
21    Schoolcraft was recording members of the
22    service?
23         A.   Well, I had some idea on the
24    night of October 31st when we saw the
25    recording device.
```

```
 2    Q.    Did you have any idea that he was
 3  recording members of the service before
 4  that?
 5    A.    No.
 6    Q.    Did you ever have any discussion
 7  with anybody about the fact that
 8  Schoolcraft was recording members of the
 9  services before October 31, 2009?
10    A.    Again, it was overheard in
11  conversations that there was speculation of
12  people recording.
13    Q.    I want to know about speculations
14  about Schoolcraft recording, when were
15  those speculations going on?
16    A.    I can't say, specifically, when
17  but it was just throughout the year.
18    Q.    Throughout 2009?
19    A.    Throughout 2009.
20    Q.    Did anybody ever confront him
21  about that?
22    A.    I don't know.
23         MS. METTHAM: Objection. You
24    can answer.
25    Q.    When did you first learn that
```

1
2  Schoolcraft left the precinct on October
3  31st?
4      A.    Exactly when it was, about 1:30,
5  2:00, sometime later in the afternoon,
6  around there.
7      Q.    How did you find out that he
8  left?
9      A.    The Sergeant came in and told me.
10     Q.    What Sergeant?
11     A.    I think her name was Huffman,
12 Sergeant Huffman.
13     Q.    Was anybody else present for that
14 conversation?
15     A.    I don't think so.  She come into
16 my office and I was alone.  It was just me
17 and her.
18     Q.    Where was Inspector Mauriello at
19 that time?
20     A.    I don't know, he wasn't in.
21     Q.    What did she tell you?
22     A.    Basically that Adrian Schoolcraft
23 just got up from his assignment and wanted
24 to leave because he was sick, he proceeded
25 downstairs.

2  and if there was somebody else that could
3  reach out to him.
4  Q.    When you told Mauriello what was
5  going on, what did he tell you?
6  A.    I gave him the run-down of what
7  happened a short time ago and he asked me
8  what I was doing and I told him, "We are
9  trying to reach out to him and see the
10 extent of his sickness and why he left the
11 way he did."
12 Q.    Did Mauriello tell you to notify
13 anybody about your investigation into
14 Schoolcraft's status or sickness?
15         MS. METTHAM: Objection. You
16   can answer.
17 A.    No, I don't believe he did.
18 Q.    What happened next?
19 A.    Again, in summary, there was a
20 new tour coming in. I had approached
21 Lieutenant Broschart about him having to go
22 to Adrian Schoolcraft's house to see if he
23 went home.
24 Q.    You told Broschart to go to his
25 home and find out if he was there; is that

1
2  right?
3      A.    Yes.
4      Q.    What happened next?
5      A.    I was waiting for Broschart to
6  get to his house to see the results of
7  that.
8      Q.    You were waiting at the 81?
9      A.    Yes.
10     Q.    Did Broschart eventually report
11 back to you?
12     A.    Yes, he did.
13     Q.    When did he do that?
14     A.    I don't know the exact time but
15 there was a point where he either -- he
16 reached out to me or I called him. From
17 what I could remember, he said he tried
18 knocking on the door, yelling Adrian's
19 name, there was no answer. He interviewed
20 the landlord who said that he had come
21 home. I don't know if he said he saw him
22 come home or he heard him upstairs, and
23 Lieutenant Broschart thought that he saw
24 movement through the front window, he lived
25 on the second floor, but he couldn't be one

1
2      Q.      Who gave you the key?
3      A.      The landlord.
4      Q.      Which one; the man or the woman?
5      A.      I don't know, I don't know.
6      Q.      Did they put it --
7              MS. METTHAM: The witness did
8    not finish.
9      A.      I don't even know if they exactly
10   gave it to me or the Lieutenant.
11     Q.      So when you got to the residence,
12   you went to the door.  When you say, "You
13   went up to the door," you went upstairs to
14   the second floor, right?
15     A.      Yes.
16     Q.      How did you get past the first
17   door on the street level?
18     A.      It was opened already.
19     Q.      After you knocked on the door,
20   what did you do?
21     A.      That's when I think I went down
22   to the see the landlord.  At that point, I
23   don't know the sequence of the events;
24   whether I met the landlord first, then I
25   went upstairs and knocked, then he came

1
2   down and gave me the key.  All of that
3   transpired, you know, in that moment of
4   time.
5       Q.    After you knocked on the door and
6   you didn't get an answer, did you leave the
7   residence and go down to the street?
8       A.    Again, I couldn't really tell you
9   the sequence of events.  I don't know what
10  I did first or second but, in general, at a
11  certain point, I did come down onto the
12  street.
13      Q.    Had you, at that time, spoken
14  with Larry Schoolcraft that day?
15      A.    At that time, I don't know when I
16  spoke to him.  As I said earlier, I don't
17  know how many times we talked in total, you
18  know.  I couldn't tell you.  There were a
19  lot of things going on.
20      Q.    I asked you about this earlier in
21  the day, when there was a time when you
22  were speaking with Larry Schoolcraft, the
23  father, and you indicated that if you had
24  some sort of confirmation either directly
25  on the phone with Schoolcraft, Adrian

1
2      A.    Not that I recall.
3      Q.    Do you recall how the key was
4  obtained to his door?
5            MS. METTHAM: Objection. Asked
6     and answered.  You can answer again.
7      A.    Got it from the landlord.
8      Q.    I know that but do you remember
9  who actually got it in hand from the
10 landlord?
11     A.    Yeah, I don't remember.
12     Q.    Then what happened after you got
13 -- "We got the key from the landlord,"
14 what happened?
15           MS. METTHAM: Objection.
16     A.    I don't know the order of events,
17 how we came together and made the decision
18 that we were going to make entry into his
19 house using the key.  It was decided that
20 the Emergency Service guys would go in
21 first utilizing his key.
22     Q.    How were they dressed, the EMS
23 guys, Emergency ESU guys?
24           MS. METTHAM: Objection.  Asked
25    and answer.  You can answer again.

1
2    A.    They were in their basic uniform,
3 no special equipment.
4    Q.    They didn't have a shield out?
5    A.    No.
6    Q.    Did they have guns drawn?
7        MS. METTHAM: Objection. Asked
8 and answered. He can answer again.
9    A.    I don't recall, I don't remember
10 seeing any guns out.
11    Q.    Before the entry was made, did
12 you tell the landlord that he and his
13 family should move away from the part where
14 the entry was going to take place?
15    A.    I think we did have them come out
16 of their apartment at a certain point and
17 that we would let them know when it was
18 okay for them to come in.
19    Q.    You told them to get out of their
20 apartment and the building for their
21 safety, right?
22    A.    Yes.
23    Q.    What were you concerned about for
24 their safety?
25    A.    Well, I don't know, anything