SM Exhibit CN

## PATROL GUIDE

| Section: Duties and Responsibilities | | Procedure No: 202-15 | |
|---|---|---|---|
| **COMMAND INTEGRITY CONTROL OFFICER** | | | |
| DATE ISSUED: 01/25/08 | DATE EFFECTIVE: 02/01/08 | REVISION NUMBER: 08-01 | PAGE: 1 of 3 |

**COMMAND INTEGRITY CONTROL OFFICER**

1. Perform NO DUTIES other than integrity control.
2. Perform duty regularly in one command.
3. Develop and Maintain:
   a. An Integrity Control Program suitable and responsive to command conditions and
   b. A comprehensive overtime control plan which includes an audit and review process.
4. Make recommendations to commanding officer concerning integrity control.
5. Observe command conditions and visit corruption prone locations frequently, at irregular hours. Keep commanding officer advised of conditions and possible corruption hazards.
6. Visit command holding cells, detective holding cells, emergency rooms and hospitalized prisoner rooms.
7. Assist commanding officer in developing sources of information regarding integrity and corruption by maintaining rapport with members of the service (uniformed and civilian) and private citizens.
8. Instruct uniformed members of the service, during roll call training, on the proper methods of identifying, reporting and combating corruption.
9. Provide advice to commanding officers/unit commanders concerning appropriate penalties for violations of Department regulations.
10. Conduct investigations and submit reports in response to official communications received from the Internal Affairs Bureau and patrol borough investigations units when so assigned by commanding officer.
11. Compile, maintain and update "Confidential Performance Profile" of subordinate members. Verify the "Profile" annually with the Central Personnel Index of the Personnel Bureau, and forward all necessary "Profile" information to member's commanding officer when member is transferred.
12. Confer with all sergeants upon their assignment to the command and annually thereafter, apprising them of those members of the command who have significant negative information in their "Confidential Performance Profile."
13. Conduct CPI check when new members are assigned to command.
14. Inspect time cards, overtime records, property records, minor violations log, vending machine ledgers, etc.
15. Maintain records concerning the Integrity Control Program including a "Integrity Monitoring File" (see *P.G. 203-21*).
16. Review records relating to court appearances resulting in overtime.
17. Inspect and sign **ACTIVITY LOG (PD112-145)** of sergeants.
18. Inform local businessmen of Departmental policy and provisions of the Penal Law, concerning corruption and gratuities.
19. Develop liaison with Internal Affairs Bureau and patrol borough investigations units to exchange information for self initiated anti-corruption programs.



NEW • YORK • CITY • POLICE • DEPARTMENT

# PATROL GUIDE

| PROCEDURE NUMBER | DATE EFFECTIVE | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 202-15 | 02/01/08 | 08-01 | 2 of 3 |

**COMMAND INTEGRITY CONTROL OFFICER (continued)**

20. Notify patrol borough investigations unit concerned regarding self initiated cases.
21. Verify Identification Section's printout of Criminal History Record Inquiries (name checks).
22. Delegate the annual issuance of Private Vehicle Plate Permits (Misc. 23N) to a responsible supervisor.
    a. Have designated supervisor maintain a record of the issuance and return of parking permits in Department record book captioned as follows:

| PERMIT NO. | DATE ISSUED | NAME OF MEMBER | VEHICLE MAKE | PLATE # | DATE RETURNED | REMARKS |
|---|---|---|---|---|---|---|

23. Check equipment and supplies regarding misuse or misappropriation.
24. Ascertain that computer security and integrity is maintained, including all official Department recorded media or recorded media coming into possession of the Department as evidence or for investigative purposes (e.g., video tape, photographic images or pictures, audio recordings, electronic or internet files, etc.).
25. Conduct investigations when member of the service in the military fails to provide appropriate military contract and drill schedule to precinct timekeepers.
26. Physically inspect all Department radios assigned to command monthly to ensure accountability.
27. Identify all radios assigned outside of command on a permanent basis and confer with the commanding officer regarding the necessity for its continuance.
28. Debrief prisoners concerning corruption/serious misconduct, when possible.
29. Ensure accuracy of the license plates recorded on **CERTIFICATION OF PARKING SUMMONSES SERVED (PD160-146)** by performing random checks of summonses in accordance with established command self-inspection procedures.
30. Become well versed in the use of the computerized Accident System Index and its "AAMZ/AQIA screens".
31. Utilize the aforementioned "screens" to regularly scan **Police Accident Reports (MV104AN)** for the following corruption indicators:
    a. An inordinate amount of **Police Accident Reports (PAR's)** submitted by the same UMOS.
    b. Discrepancies between the dates and times of submitted **PAR's** and those of UMOS scheduled tours.
    c. Any **PAR** submitted by a command clerk and
    d. Any **PAR** submitted by a UMOS assigned to an outside command, i.e. task force, bordering precinct, etc.
32. Conduct investigation when warranted and contact Fraudulent Accident Investigation Squad for assistance, if necessary, at [(718) 822-5280 (Bronx/Manhattan)] and [(718) 875-6287 (Brooklyn/Queens/Staten Island)].

**NEW • YORK • CITY • POLICE • DEPARTMENT**

## PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 202-15 | 02/01/08 | 08-01 | 3 of 3 |

**COMMAND INTEGRITY CONTROL OFFICER** (continued)

33. Access the Department's intranet webpage each month to ascertain Paid Detail activities of individual members assigned to command, including times and locations.
    a. Select an appropriate representative sampling and compare against command roll call and overtime records to ensure there are no discrepancies.
    b. Include in command overtime self-inspection program.

**NOTE**

*Borough Investigations Units and the Borough Training Coordinator will conduct random inspections of Command Level Training Program to ensure all members are receiving required training.*

NEW • YORK • CITY • POLICE • DEPARTMENT