SM Exhibit CP

```
                                              Page 67
```

1                    CURTIS BOSTON
2    mentioned to me?
3         A.     On what dates?
4         Q.     Did you just say on what dates?
5         A.     Hmm-mm.  Are we talking about
6    Halloween, the 31st, or we talking about
7    other different days?
8         Q.     Were there other occasions that
9    Caughey was acting usual with reference to
10   the TS desk?
11               MS. PUBLICKER METTHAM:
12        Objection.
13        A.     I don't -- you know, all I know
14   is that he always walked back and forth --
15        Q.     Ma'am, you're not answering my
16   question.  Were there other days --
17        A.     There were other days he walked
18   back and forth.
19        Q.     You're not answering my
20   question.  You're not even letting me finish
21   my question.
22        A.     Sorry.
23               MR. SMITH:  So I will rephrase
24        it again.
25        Q.     Were there other days, other

Page 68

1           CURTIS BOSTON
2  than Halloween October 31, 2009, when
3  Caughey acted unusual with respect to the TS
4  desk?
5           MS. PUBLICKER METTHAM:
6       Objection.  You could answer.
7       A.      I don't recall.
8       Q.      So sitting here today, you have
9  a recollection of Caughey walking by the TS
10 desk on approximately three occasions,
11 right?
12      A.      Yes.
13      Q.      The first time we went through
14 in some detail where you remember him
15 glancing at a logbook on the desk, right?
16      A.      Yes.
17      Q.      And you were standing right
18 behind the TS desk on that occasion, right?
19      A.      Close enough, yeah.
20      Q.      And you said to Schoolcraft,
21 words in substance, that's unusual, right?
22      A.      Yes.
23      Q.      Then on two other occasions,
24 while you were sitting at your desk as
25 depicted in 61.2, you saw Caughey walk by

Page 69

1         CURTIS BOSTON
2     the TS desk; is that right?
3         A.    Yes.
4         Q.    Those were on the same date,
5     October 31, 2009; is that correct?
6         A.    Yes.
7         Q.    Did those two occasions occur
8     before or after the occasion where you were
9     standing directly behind the TS desk?
10        A.    It could have been after or
11    before.
12        Q.    Do I understand you to be
13    telling me that you don't have any
14    recollection of thinking that any of those
15    other occasions when he walk by the TS desk
16    were unusual?
17            MS. PUBLICKER METTHAM:
18        Objection.  You can answer.
19        A.    More than likely it was after he
20    walked the first time when I said that it
21    was unusual.  That I thought in my mind if
22    somebody walks by and something is unusual
23    then I'm paying attention next time when
24    they walk by.
25        Q.    Okay.  So you agree with me that

Page 70

1        CURTIS BOSTON
2   the second and third time you saw Caughey
3   walk by the TS desk, those occurred after
4   the time when you were standing right behind
5   the TS desk; is that right?
6           MR. KRETZ:  Objection.
7           MS. PUBLICKER METTHAM:
8       Objection.
9       Q.    Is that correct?
10          MS. PUBLICKER METTHAM:
11      Objection.
12      A.    I was sitting down at some
13  point.  I was out there and I was sitting
14  down back and forth.  So I could have been
15  sitting down when he passed by the other
16  couple of times or I could, but I know the
17  first time I was standing -- I was close
18  enough to Schoolcraft.
19      Q.    On any of the occasions, did you
20  see Caughey's facial expressions?
21      A.    I didn't pay attention.
22      Q.    So the answer to my question is
23  no, you didn't notice his facial
24  expressions, right?
25      A.    No.