SM Exhibit CQ

Case 1:10-cv-06005-RWS   Document 386-47   Filed 02/12/15   Page 1 of 2

SM Exhibit CQ- PAA Boston IAB interview