SM EXHIBIT CR- Filed under seal