SM Exhibit CS

Page 112

1      CHRISTOPHER BROSCHART
2  made you become concerned about him?
3      A.   Not feeling well, not answering
4  his door when he apparently might be inside.
5  Also, learning about the guns.
6      Q.   Do you recall the landlord
7  saying anything to you about the key?
8      A.   I can't recall.  He gave me the
9  key.
10     Q.   Did the landlord resist giving
11 the key at all?
12          MS. PUBLICKER METTHAM:
13     Objection.
14     A.   Not that I know of.
15     Q.   Do you recall anything else that
16 you told the landlord about getting the key?
17     A.   Not offhand.
18     Q.   What happened next?
19     A.   I waited for Captain Lauterborn
20 to get there.
21     Q.   How long did you wait for
22 Captain Lauterborn to get there?
23     A.   Sometime after 8 he got there
24 and when he arrived he was -- inspections
25 was with him.