SM Exhibit CT

Page 1

```
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------------------X
3    ADRIAN SCHOOLCRAFT,
4                          Plaintiff,
5
                                       Case No:
6         - against -                  10 CV 06005
7
     THE CITY OF NEW YORK, ET AL.,
8
9                          Defendants.
10   ------------------------------------------X
11                  111 Broadway
                    New York, New York
12
                    April 11, 2014
13                  10:21 a.m.
14
15
16   DEPOSITION OF WILLIAM GOUGH, pursuant to
17   Notice, taken at the above place, date and
18   time, before DENISE ZIVKU, a Notary Public
19   within and for the State of New York.
20
21
22
23
24
25
```

Page 2

```
 1
         A P P E A R A N C E S:
 2
 3       NATHANIEL B. SMITH, ESQ.
              Attorneys for Plaintiff
 4            111 Broadway
              New York, New York 10006
 5
 6
         JOHN LENOIR, ESQ.
 7       Attorneys for Plaintiff
              829 Third Street NE
 8            Washington, D.C. 20002
 9
10       NEW YORK CITY LAW DEPARTMENT
         OFFICE OF CORPORATION COUNSEL
11       Attorneys for Defendant
         THE CITY OF NEW YORK
12            100 Church Street
              New York, New York 10007
13       BY:  SUZANNA PUBLICKER METTHAM, ESQ.
14
15       SCOPPETTA SEIFF KRETZ & ABERCROMBIE
         Attorneys for Defendant
16       STEVEN MAURIELLO
              444 Madison Avenue
17            New York, New York 10022
         BY:  WALTER A. KRETZ, JR., ESQ.
18
19
         IVONE, DEVINE & JENSEN, LLP
20       Attorneys for Defendant
         DR. ISAK ISAKOV
21            2001 Marcus Avenue
              Lake Success, New York 11042
22       BY:  BRIAN LEE, ESQ.
23
                    (Continued.)
24
25
```

1                    WILLIAM GOUGH
2        Q.      How do you know that he briefed
3    the ESU?
4        A.      I saw him talking to them.
5        Q.      Is there anybody else in that
6    huddle?
7                MS. PUBLICKER METTHAM:
8        Objection.  You could answer.
9        A.      No.
10       Q.      How many people from ESU was he
11   speaking to?
12       A.      I believe it was two.
13       Q.      What happened next?
14       A.      I don't remember what happened
15   exactly in the sequence of events, but ESU
16   made entry.
17       Q.      How did they make entry?
18       A.      To the best of my knowledge,
19   they used a pass key given to them by the
20   landlord.
21       Q.      When ESU made entry, where were
22   you?
23       A.      Downstairs.
24       Q.      On the street?
25       A.      Like right at the front door.

```
 1                    WILLIAM GOUGH
 2   It's a multiple dwelling.
 3        Q.     Who was in the building from the
 4   NYPD, other than the ESU?
 5                MS. PUBLICKER METTHAM:
 6        Objection.  You could answer.
 7        A.     I don't specifically remember
 8   who was in the building.  I know that I was
 9   not.  I was outside the front door, myself
10   and Sergeant Duncan.
11        Q.     Where was Marino?
12        A.     I don't know.
13        Q.     Where was Lauterborn?
14        A.     I don't know.
15        Q.     What about Mauriello, do you
16   know where Mauriello was?
17        A.     I do not know.
18        Q.     Did there come a time when --
19   where was Hawkins?
20                MS. PUBLICKER METTHAM:
21        Objection.  You could answer.
22        A.     Don't know.
23        Q.     Did there come a time when you
24   entered the building?
25        A.     Yes.
```

WILLIAM GOUGH

Q. Who -- describe how that happened?

MS. PUBLICKER METTHAM: Objection. You could answer.

A. ESU came down the stairs and they said he's up there, meaning Officer Schoolcraft. I proceeded into the apartment with Sergeant Duncan.

Q. Was any EMS in the apartment when you got there?

A. Yes.

Q. Who else was in the apartment?

A. Captain Lauterborn.

Q. Anybody else?

A. Chief Marino.

Q. Anybody else?

A. Inspector Mauriello.

Q. Anybody else?

A. Those are the three that I specifically remember.

Q. So when the two ESU officers came down the stairs and they told you he's up there, right?

A. Yes.

```
 1                    WILLIAM GOUGH
 2        Q.      Referring to Schoolcraft?
 3        A.      Yes.
 4        Q.      How were they attired?
 5                MS. PUBLICKER METTHAM:
 6      Objection.  You could answer.
 7        A.      To the best of my recollection,
 8   they had on their vests, their heavy vests
 9   and helmets.
10        Q.      They were wearing a heavy vest?
11        A.      Yes.
12        Q.      They had a helmet on their head?
13        A.      Yes.
14        Q.      These are the helmets that have
15   the dark visor?
16                MS. PUBLICKER METTHAM:
17      Objection.  You can answer.
18        A.      I don't specifically remember
19   the dark visor.
20        Q.      Okay.  Can you describe the
21   helmet for me, to the best of your ability?
22                MS. PUBLICKER METTHAM:
23      Objection.  You could answer.
24        A.      The old military type soup pot
25   type helmet.
```