SM Exhibit CU

Page 243

1                M. Marino
2           You can answer.
3       A.   I don't remember if it was
4  more than one ambulance.  I know that
5  it was at least one ambulance and at
6  least one Emergency Service vehicle.
7       Q.   Was the street blocked off?
8       A.   No, but it was hard to
9  navigate through.
10      Q.   Because there were so many
11 vehicles?
12      A.   Yes.
13      Q.   During your drive over to the
14 Schoolcraft residence after you
15 received the phone call, did you have
16 any communications with anybody?
17      A.   No.
18           MS. PUBLICKER METTHAM:
19 Objection.
20           You can answer.
21      A.   Not that I remember, no.
22      Q.   What did you do once you got
23 to the scene of the residence?
24      A.   I got out of my car, went
25 across the street, went up the stairs.

1  M. Marino
2  asking, sir?
3     Q.    Yes.
4     A.    By a person who is acting
5  irrational to the point where they may
6  cause damage to themselves or someone
7  else?
8     Q.    And in what way did you
9  believe that Schoolcraft was an EDP
10 while you were on the landing outside
11 of his apartment?
12    A.    Based upon what I had been
13 told in the lot.  The previous
14 psychological history.  Based upon the
15 way he left the precinct against
16 orders, which would be an irrational
17 act, based upon the fact that he was
18 answering his phone and refused to
19 answer.  Based upon the fact that there
20 were police officers all around his
21 house and on his stairs knocking, and
22 there had been no movement heard in the
23 last hour.
24    Q.    Anything else?
25    A.    No.