SM Exhibit CX

SM Exhibit CX- Recording produced by Schoolcraft with discussion with Larry Schoolcraft edited out by plaintiff