SM EXHIBIT CY

SM EXHIBIT CY- Schoolcraft Recording of 81st Precinct Roll Calls