SM EXHIBIT CZ





CITY OF NEW YORK
POLICE DEPARTMENT

A 663084

Name P.O Schoolcraft

Tax Reg No. 931186

Date Opened 8/11/09

Supervisory Officer

Date Closed

Supervisory Officer

PD 112-145 (3-88)-12

24 NOTES-ADDITIONAL VIOLATIONS, ETC

NYC00008614

Tuesday   8/11/09        7 x 3
0705 / Present for duty @ 81st S/H
        Roll Call Supv: Sgt. Sawyer
No Meal  Color of the Day: Green
        Return Date: 19 October 2009
        Assignment: T/S+
        Training: Parking Plaques
1528    End of Tour
        Adrian P. Schoolcraft #12943
Wednesday   8/12/09       7 x 3
0705  Present for duty @ 81st S/H
        Roll Call Supv: Sgt. Sawyer
        Color of the Day: Orange
        Return Date: 13 October 2009
        Assignment: T/S+
        Training: Parking Plaques by Sgt Sa
1528    End of Tour
        Adrian P. Schoolcraft #12943
Thursday    8/13/09       RDO
Friday      8/14/09       RDO
Saturday    8/15/09       7 x 3
0705 / Present for duty @ 81st
        Roll Call Supv: Sgt. Rogers
        Color of the Day: Green
        Return Date: 15 Oct 2009
        Assignment: T/S+
        Training: None
1528    End of Tour
        Adrian P. Schoolcraft #12943

24 NOTES, ADDITIONAL VIOLATIONS, ETC.

6. Bring any inconsistencies or inaccuracies in paperwork or in prior testimony to
the attention of the Assistant District Attorney.

THE COURT APPEARANCE:

12 Aug 2009 (Wed)
CoD. Orange
RD 10/13/09
Ass. T/S +
Training:

8/17/09 (Monday)
Sgt. Rogers
CoD. Green
RD. 10/19/09
Training: None

* Behler (summons cop) at cobra on
straight-time.
CAIS Bekker (summons cop) by E 81

8/18/09 (Tuesday)
Sgt. Sawyer
CoD. Yellow
RD. 10/19/09
Ass. T/S +
Training: ?

8/19/09 (Wednesday)
Sgt. Noff
CoD. Green
RD. 10/20/09
Ass. T/S +
Training.

Sunday    16 Aug 2009    7x3
0650 / Requested Lost-Time
via Desk Phone from i.Time.
Approved by Lt. Jones
0805  10-84 @ 81ˢᵗ pct
528    End of Tour
Adrian P Schoolcraft #12943
Monday    17 Aug 2009    7x3
0705 / Present for duty @ 81ˢᵗ pct
Roll Call Supv / Sgt Rogers
Color of the Day: Green
Return Date: 19 Oct 2009
Assignment: T/S +
Training: None
1528   End of Tour
Adrian P Schoolcraft #12943
Tuesday    18 Aug 2009    7x3
0705 / Present for duty @ 81ˢᵗ pct.
Roll Call Supv: Sgt Sawyer
Color of the Day: Yellow
Return Date: 10/19/09
Assignment: T/S +
Training: ?
1528   End of Tour
Adrian P Schoolcraft #12943
Wednesday   19 August 2009   7x3
Roll Call Supv: Sgt Neff
Color of the Day: Green
Return Date: 08/20/09

24 NOTES, ADDITIONAL VIOLATIONS, ETC.   Section   Description

Saturday  8/22/09
COD: Orange
RD: 10/22/09
Ass: T/S
Training

Sunday  8/23/09
COD Green
RD: 10/22/09
Ass: T/S
Training:

Monday  8/24/09
COD: Orange
RD: 10/22/09
Ass: ?
Training: None

- Sgt. Sawyer swearing/yelling and belittling officers at roll-call

Tuesday  8/25/09
Sgt. Rogers
COD Green
RD: 10/23/09
Ass: T/S+
Training:

Assignment: T/S+
Thursday   8/20/09   RDO
Friday      8/21/09   RDO
Saturday   8/22/09   7x3
Roll Call Supv:
Color of the Day: Orange
Return Date: 10/21/09
Assignment: T/S+
Training: ?
1528 End of NYC00008618
Edward J. Solar #12943

Assignment: T/S+
Thursday   8/20/09   RDO
Friday   8/21/09   RDO
Saturday   8/22/09   7x3
Roll Call Supv:
Color of the Day: Orange
Return Date: 10/21/09
Assignment: T/S+
Training: ?
1528   End of Tour
Adrian P Schult #12943
Sunday   8/23/09   7x3
0705   Present for duty @ 81st
Roll Call Supv:
Color of the Day: Green
Return Date: 10/22/09
Training: ?
Assignment: T/S+
1528   End of Tour
Adrian P Schult #12943
Monday   8/24/09   7x3
0705   Present for duty @ 81st
Roll Call Supv: Vt. Sawyer
Color of the Day: Orange
Return Date: 10/22/09
Assignment: T/S+
Training:
1528   End of Tour
Adrian P Schult #12943

NYC00008619

6.   Bring any inconsistencies or inaccuracies in paperwork or in prior testimony to
     the attention of the Assistant District Attorney.

**THE COURT APPEARANCE:**

Wednesday    Sgt. Sawyer
8/26/04
COD: Yellow
RD: 10/26/04
Ass T/S
Training   Activity due "It's Important"

Saturday   Sgt Miller
8/29/69

COD: Yellow
RD. 10/28/04
Ass TS
Training "RMP Safety" "It's Raining"

Sunday   Sgt Rogers
8/30/04

COD: Yellow
RD: 10/28/04
Ass
Training

Tuesday 8/25/09 7x3
0705 / Present for duty @ 8¹ˢᵀ ⁷/₄
Roll Call Supv. Sgt Rogers
Color of the Day: Green
Return Date: 10/23/09
Assignment: T/S+
Training: None?

Wednesday 8/26/09 7x3
0705 / Present for duty @ 8¹ˢᵀ pct
Roll Call Supv. Sgt. Sumye
Color of the Day: Yellow
Return Date: 10/26/09
Assignment: T/S+
Training: "Activity, It's Important"
1528 End of Tour
_____ # 12943

Thursday 8/27/09 RDO
Friday 8/28/09 RDO
Saturday 8/29/09 7x3
0705 Present for duty @ 8¹ˢᵀ
Roll Call Supv. S/t Miller
Color of the Day: Yellow
Return Date: 10/23/09
Assignment: T/S+
1550 Training: Wear your seatbelts
1528 End of Tour
_____ #12943

Sunday 8/30/09 7x3
0705 Present for duty @ 8¹ˢᵀ ⁷/₄

NYC00008621

9/1/009
Tuesday

COD. Yellow
RD. 10/30/09
Ass. T/S +
Training. OEEO, Hygiene

9/2/09
Wednesday
COD: Green
RD: 11/2/09
Ass: T/S +
Training: Repetition by Sgt Cornell

(in uniform)
1355   Di Maurello left 31 parking lot
w/P.L. Mainderson (civilian clothes)
driver, enroute to Councilman
Vann office.

Roll Call Supv: Sgt Rogers
Color of the Day: Orange
Return Date: 12/29/09
Assignment: T/S +
Training: None
1528   End of Tour—
Adrian? _____ #17945
Monday   8/31/09   X 3

Roll Call Supr: Sgt Rogers
Color of the Day: Orange
Return Date: 10/29/09
Assignment: T/S+
Training: None
1528   End of Tour
Adrian P. Schoolcraft #12943
Monday   8/31/09   7x3
0705/ Present for duty @ 81st S/H
Roll Call Supr: Sgt Rogers
Color of the Day:
Return Date:
Assignment: T/S+
Training: Activity
1528   End of Tour
Adrian Schoolcraft #12943
Tuesday   9/1/09   7x3
0705/ Present for duty @ 81st pct
Roll Call Supr: Sgt Rogers
Color of the Day: Yellow
Return Date: 10/30/09
Assignment: T/S+
Training: OEEO, Hygene
1528   End of Tour
Adrian P. Schoolcraft #12943
Wednesday   9/2/09   7x3
0705 Present for duty @ 81st S/H
Roll Call Supr:
Color of the Day: Green

6. Bring any inconsistencies or inaccuracies in paperwork or in prior testimony to the attention of the Assistant District Attorney.

**THE COURT APPEARANCE:**

Arrive early

9/5/09 Saturday
Sgt. Gebbia
COD. Orunne
RD. 1V5/09
Asn. T/St
Training:

Sgt Rogers    9/6/09 Sunday
COD Yellow
RD
Ass.
Train:

9/7/09 (Monday)
Sgt. Ferrigno
COD. Green
RD. 11/4/09
Ass:
Training:

9/7/09
0946    Prisoner in cells with self inflicted
gunshot wound to face interrogated
By Dt. Manurelli.
I take preventive measures "Dt +
Lt. Muscel    securing surrounding and
arrest.
Dt Manureli    in custody w/
Lt. Muscel    Prisoner till
FC Fioranelli

61#
Arrest # K096B4984-H

NYC00008624

Return Date: 11/2/09
Assignment: T/S+
Training: Hepatitus by Sgt. Conwei
1528    End of Tour
Adrian P. Schoolcraft *12943
Thursday      9/3/09    RDO
Friday        9/4/09    RDO
Saturday      9/5/09    7x3
0705/ Present for duty @ 81ST
       Roll Call Supv: Sgt. Grebbia
       Color of the Day: Orange
       Return Date: 11/5/09
Assignment: T/S+
Training: Drive Safe
1528    End of Tour
Adrian P. Schoolcraft *12943
Sunday        9/6/09    7x3
0705/ Present for duty @ 81ST
       Roll Call Supv: Sgt. Rogers
       Color of the Day: Yellow
       Return Date:
Assignment: T/S+
Training:
1528    End of Tour
Adrian P. Schoolcraft *12943
Monday        9/7/09    7x3
0705/ Present for duty @ 81ST
       Roll Call Supv: Sgt. Ferrigno
       Color of the Day: Green

NYC00008625

6. Bring any inconsistencies or inaccuracies in paperwork or in prior testimony to the attention of the Assistant District Attorney.

**THE COURT APPEARANCE:**

1. Arrive early.

9/8/09 (Tuesday)
Sgt. Sawyer
COD Yellow
RD 11/9/09
Ass T/St
Training Activity
P.O. Hurley present signs the training log

9/9/09 (Wednesday)
Sgt. Neff

COD: Orange
RD: 11/10/09

Ass:
Training:

9/12/09 (Saturday *1515
Sgt. Gebbia

COD: Yellow
RD: 11/16/09
Ass: off RR
Training: 61's & RMP inspections

1015 Sgt. Gallo criticizing Sgt. Sawyer about his behavior.

NYC00008626

→ Return Date 11/6/09
Assignment: T/S+
training.
1528  End of Tour
Adrian P. Schulff #12943
Tuesday    9/8/09    7x3
0705  Present for duty @ 81ˢᵗ ᴾᶜᵗ
Roll Call: Sgt. Sgt. Rose Sawyer
Color of the Day: Yellow
Return Date: 11/9/09
Assignment: T/S+
Training: Activity - Sgt. Sawyer
— P.O Hurley present; Sign
the training log.
1528  End of Tour
Adrian P. Schulff #12943
Wednesday   9/9/09    7x3
0705  Present for duty @ 81ˢᵗ ᴾᶜᵗ
Roll Call: Supv: Sgt. Neff
Color of the Day: Orange
Return Date: 11/10/09
Assignment: T/S+
Training:
1528  End of Tour
Adrian P. Schulff #12943
Thursday   9/10/09    RDO
Friday     9/11/09    RDO
Saturday   9/12/09    7x3
0705  Present for duty @ 81ˢᵗ ᴾᶜᵗ

NYC00008627

6. Bring any inconsistencies or inaccuracies in paperwork or in prior testimony to the attention of the Assistant District Attorney.

THE COURT APPEARANCE:

9/13/09 (Sunday)
Sgt. Gallina
CUD. Green
RD: 11/17/04
Ass: T/S 9 w/Newkirk
Training:

Sgt Neff. 9/14/09 (Monday)
CUD: Orange
RD: 11/17/04
Ass: T/S w/Newkirk
Training: None
PO) today Present "Sign the
training Log"

9/15/09 (Tuesday)
Sgt. Neff
CUD Green
RD:
Ass: T/S
Training:

approx
1800   Finarelli w/PO Hward brought in
3 B/M's, one of them ▓▓▓▓▓▓▓
Futher. B/M's were unhandcuffed
and released from the desk
when they were brought in. Lt. from
PDU was telling desk (Lt Ames) who
Mr. Hill was. Capt. Laughrenborn
was present at desk also.

NYC00008628

→ Roll Call Supv: Sgt. Grebbia
→ Color of the Day: Yellow
→ Return Date: 11/16/09
→ Assignment: T/S+
Training: 6's & RMP inspections
1523 End of Tour
Edwin P Schur #12943
Sunday 9/13/09 7x3
0705 Present for duty @ 81ST S/H
Roll Call Supv: Sgt. Gallina
Color of the Day: Green
Return Date: 11/17/09
Assignment: T/S+
Training:
1523 End of Tour
Edwin P Schur #12943
Monday 9/14/09 7x3
0705 Present for duty @ 81ST S/H
Roll Call Supv: Sgt Neff
Color of the Day: Orange
Return Date: 11/17/09
Assignment: T/S+
Training: None. PO Hurley
Present "Sign the Training Log"
1528 End of Tour
Edwin P Schur #12943
Tuesday 9/15/09 7x3
0705 Present for duty @ 81ST S/H
Roll Call Supv: Sgt. Neff

9/16/09 (Wednesday)
Sgt. Caswell
COD. Yellow
RD. 11/18/09
Ass. T/S
Training: IMEI * by Sgt. Caswell

0800   Capt. Lauterborn requested Det. Peterson
in COS office re: chronic lateness.
Det. Peterson assigned to Hosp.
Prisoner.

0858   "she's a mess" Lt. Mosiel referring
to Det. Peterson, to Lt. Jones
at Desk.

9/26/09   Saturday
Sgt. Sawyer # 2576
COD. Orange
RD. 12/1/09
Ass. T/S
Training: "I'm not the Training Sgt"
Sgt. Sawyer

9/27/09   Sunday
Sgt. Gailinas
COD. Green
RD. 2 Dec 2009 (12/2/09)
Ass. T/S
Training: Quarterly Points & Gun
Retention by Sgt. Gailinas

0801   Listens talking about DI
demonstrating Assaulting P.O. Before
to Assault 3 from Assault 2

→  Color of the Day: Green
Return Date:
Assignment: T/S " PO Newkirk
Training:
0705   Present for July 6 @ 1ST S/H
Roll Call 
Color of the Day
Return Date:
Assignment:

NYC00008630

0801 (Victims talking about D.I.
demonstrating Assault on P.O. P.into
to Assault 3 from Assault 2

→ Color of the Day: Green
Return Date:
Assignment: T/S w/PO Newkirk
Training:
0705 Present for duty @ 815 5/H
Roll Call Supv:
Color of the Day:
Return Date:
Assignment:
Training:
* 1528 End of Tour
Adrian T. Pelcraft #12943
Wednesday  9/16/09  7x3
0705 Present for duty @ 815 5/H
Roll Call Supv: Sgt. Conwell
Color of the Day: Yellow
Return Date: 11/18/09
Assignment: T/S
Training:
1528 End of Tour
Adrian T. Pelcraft #12943

| Thursday | 9/17/09 | RDO |
| Friday | 9/18/09 | RDO |
| Saturday | 9/19/09 | VD |
| Sunday | 9/20/09 | VD |
| Monday | 9/21/09 | Vacation |
| Tuesday | 9/22/09 | Vacation |
| Wednesday | 9/23/09 | Vacation |
| Thursday | 9/24/09 | RDO |

NYC00008631

4/23/09
Sgt. Gallina
C-D Change
RD 12/2/09
Ass: T/S
Training: Explosives Video (Unfinished)
Sgt. Caswell present

0820   Quality Assurance Division
Lt. Mike Brill
(718) ████████

████████

Friday     9/25/09     RDO
Saturday   9/26/09     7×3
0725 Present - 2 duty @ 81 EI 3/H
     Roll Call Super Sgt. Sawyer.-
Color of the Day (Green
Return Date 12/1/09
Assignment: T/S
Training: I am not this Training-
         Sgt. ___ NYC000008632 ver
→ "Activity ___ ___ ___ Points"

Friday      9/25/09   RDO
Saturday    9/26/09   7x3
0705 I Present for duty @ 81 ΣΙ S/t
     Roll Call Supv Sgt Sawyer
     Color of the Day: Green
     Return Date: 12/1/09
     Assignment: T/S
     Training: "I'm not the training-
         → Sgt" - Sgt Sawyer
     → "Activity for Quarterly Points"
         - Sgt Sawyer
1528     End of Tour
     [signature]  # 12943
Sunday      9/27/09   7x3
0708     Present for duty @ 81 ΣΙ S/n
     Roll Call Supr Sgt Grallira
     Color of the Day: Green
     Assignment: / T/S
     Training: Quarterly Points &
     Gun Retention by
     Sgt Grallina
1528     End of Tour
     [signature]  # 12943
Monday      9/28/09   7x3
0705 I Present for duty @ 81 ΣΙ S/h
     Roll Call Supr Sgt Grallina
     COD: Orange Ass: T/S
     Return Date: 12/2/09
     Training: Explosives Video
     Sgt Colwell present

NYC00008633

9/29/09 (Tuesday)
Sgt Rogers #2465
COD· Yellow
RD 12/3/09
Asg· T/S
Train· ?

Richie Braun (PBA Delegate) present
mentioned IVD days, and stated
"the CO wants to know if everyone
is happy". He also stated they
can make you work more as long as
they pay you.

9/30/09 (Wednesday)
Sgt Gallina
COD· Orange
RD: 12/3/09
ASS· T/S
Training Numbers, re: Activity
) – Lt Jones
"Keeps the Borough off"
– Sgt. Gallina.

0859   Lt. Mascol states "We need to have
enough people for 4 Sectors"
to new B/F Sgt.

1058   Lt. Mascol request me to sign
another copy of my appeal
dated 9/30/09, No letter sig.
L'T Mauriellos signature but
no date next to his.

1528   End of Tour
Adrian/ Island #12943
Tuesday   9/29/09   7x3
0705/ Present for duty @ 81ST St
Roll Call Supv: Sgt. Rogers
Color of the Day Yellow
Return Date: 12/3/09
Assignment: T/S
Training: ?
1528   Ent.NYC00008634
Adrian/ Island #12943

1528        End of Tour
Adrian J. Schoolcraft #12943
Tuesday    9/29/09    7x3
0705    Present for duty @ 81ˢᵗ ᴾ
Roll Call Supv: Sgt. Rogers
Color of the Day: Yellow
Return Date:  12/3/09
Assignment: T/S
Training:  ?

1528        End of Tour
Adrian J. Schoolcraft #12943
Wednesday   9/30/09    7x3
0705    Present for duty @ 81ˢᵗ ᴾ
Roll Call Supv. Sgt. Gallina
Color of the Day: Orange
Return Date: 12/3/09
Assignment: T/S
Training: Numbers, re: Activity
  - Lt. Jones
"Keeps the burrough off"
  - Sgt. Gallina
1519    10-92C (K09692544L)
1933    Ready Time
2000    Spoke to Daniel Watts
 → from DA's office, re: Arrest
 → No. #K09692544L, Mr.
    Watts stated he was not
    able to contact C/V ███████
    ████████ via phone ██████

NYC00008635

→ ██████████, at approx.
→ 2245 PO Bazile (81ˢᵗ
→ pct Domestic Violence
→ Officer) went to SV's last
→ known location
→ ████████████
→ where PO. Bazile and
→ P.O. McSherry took SV
→ after her complaint at
→ the 81ˢᵗ pct. PO Bazile
→ (81ˢᵗ pct Domestic Violence-
→ Officer) stated no one
→ would answer the door
→ at SV's last known re-
→ sidence.
2150  Daniel Watts, from ADA's
→ office, told me to report
→ to my command the
→ following morning.
2200.  End of Tour.
Gabriel Hugh #12993
Thursday  10/1/09  9x
0900 / Present for duty 81ˢᵗ
Desk Officer:
Assignment: LAPS
0920  Sgt Diaz from ECAP
contacted me, instructed
to attempt to contact
SV atleast once. →

10-75F by 81F
PO Miller & PO
Sprint #4762

10/1/04
1135   D.I Mauriell stated precinct
shouldit be in back log, "Do
I have to sick Gughey
on them."

0936   attempted to contact SV
→               via SI
→ phone (
→ calling SV phone
→               (-results,
→ eff message on SVs
→ Voicemail to Contact (718)
→               Telephone
→ Message by entry made
→ on 0.93 NYC00008637
1039   Das attempt to contact

0936  attempted to contact SV
→           via ☎
→  phone ████████████
→  calling SV phone ██████
→          ████, Oresults,
→  left message on SV's
→  voicemail to contact ████
→          ████ Telephone
→  Message log entry made
→  on p. 93
1039  2nd attempt to contact
→  SV █████████ via.
→  81 phone *
→  calling phone *
→  ████, Oresults Telephone
→  Message log entry made
→  on p. 93.
1150  I ask Officer ██ if lawyer
      instructed me to go to
      120 Schermerhorn ██████ in
      Rm 207.
1150  En route to 120 Schermerhorn
→  via RMR #2549 ██ Bean
→  (partner) and C. Montero
→  (front seat passenger)
      10-84 @ 350 Jay St,
      En route to 120 Schermerhorn
      10-84 @ 120 Schermerhorn
      ADA Margo on 350 Jay St.

Saturday
10/3/04
Sgt. Sawyer *2576
COD Green
RD 12/3/04
Ass T/S
Training Activity, RMP Safety
- Sgt. Sawyer

Sunda

Sgt. Gallina #3312
Sunday (10/4/04)
in Orange
RD 12/5/04
Ass T/S
Training: RMP Safety
Don't take CI's, seal them up
to the squad - Lt. Jones
(day after two Walkin Robbery's)

→ Released ins.
Enroute to SI in Summons
Auto, P.O. Alston greater
End of Tour
Filman P. Pus #12943
Friday      10/2/09    RDO
Saturday    10/3/09    7 × 3
0705   Present Braslin, OCC 3T

NYC$00008639

Don't take (Rob..., them up
to the squad - Lt. Jones
(day after two Walk-in Robberys)

→ Released me.

Enroute to 81, ... Summons
Auto. PO. Alston operator.

End of Tour

Adrian P. Schoolcraft #12943

Friday        10/2/09    RDO
Saturday      10/3/09    7 x 3

0765  Present for duty @ 81st
Roll Call Supr. Sgt. Sawyer
Color of the Day: Green
Return Date: 12/8/09
Assignment: T/S
Training: RMP Safety Activity
- Sgt. Sawyer

1528  End of Tour
Adrian P. Schoolcraft #12943

Sunday        10/4/09    3 x 3

0705  Present for duty @ 81st 3/4
Roll Call Supr. Sgt. Collins
Color of the Day: Orange
Return Date: 12/8/09
Assignment: T/S
Training: RMP Safety, and
don't take Robbery 61's, send
them to the squad - Lt. Jones
(day after 2 Walk-in Robberys)

1528  (End of Tour
Adrian P. Schoolcraft #12943

Monday        10/5/09    7 x 3

10/4/09 RMP# 8717 Plate# ERD1564
0900 Not at ~~command~~ unmarked
Not at command
0911 Lt. Jones stated he'll find it.

1267 "Does anybody have over 16"
Lt. Jone re: Activity reports
that Sgt. Gralling was reading
at 81 desk.

1219 "All I want is one collar a month"
— Sgt. Gralling → P.O. Rios

10/5/09 (Monday)
Sgt. Gralling
COD: White
RD: 12/9/09
Ass: T/S
Training: None, P.O. Hurley present

10/5/09
0855   Lt. Brill called wants
notify me to come to 300 Gold St.
on Monday (10/12/09).

10/5/09
1030   Lt. Brill called wants to meet
Wednesday (10/7/09) instead
of Monday (10/12/09).

Monday   10/5/09      7x3
0705   Present on duty @ 81st  S/h
Roll Call Supv: Sgt Gralling
Color of the Day: White
Return Date: 12/9/09
Assignment: T/S
Training: None P.O. Hurley present
1520   End of T
NYC00008641

Monday    10/5/09      7x3
0705/ Present for duty @ 81st ⁹⁄ᴴ
Roll Call Supv: Sgt. Gallina
Color of the Day: White
Return Date: 12/9/09
Assignment: T/S
Training: None, PO Hurley present
1523   End of Tour
Adrian P. Schoolcraft #12943
Tuesday    10/6/09    7x3
0650/ Called 81 Desk, requested
Last time, from Sgt. Jane,
stated Lt. Jones granted LJ.
1135   10-84 @ 81st ⁹⁄ᴴ
1528   End of Tour
Adrian P. Schoolcraft #12943
Tuesday    10/6/09    7x3
Wednesday  10/7/09    7x3
0705  Present for duty @ 81st
Roll Call Supv: Sgt. Gallina
Color of the Day:
Return Date: /
Assignment: GO15 @ 300 Gold St.
Training: Don't go behind desk
- Sgt. Gallina
Enroute to 300 Gold St.
0000  10-84 @ 300 Gold St.
300   10-98, Enroute → 81st ⁹⁄ᴴ
1430  10-84 @ 81st ⁹⁄ᴴ

NYC00008642

Kelly Rios
Dentist #
(631) 586-0555

10/10/09
" Keep off the radar " re: Activity
- Sgt. Rogers

10/12/09

10/13/09 (PC's Office)
Sgt. Bonilla
(646) 610-5410
contacted me via. T/S

1528    End of Tour
Illvian P. fch-14  #12943
Thursday   10/8/09   RDO
Friday     10/9/09   RDO
Saturday   10/10/09  7x3
0705   Present for duty # 81 SI S/H
       Roll Call Supr: Sgt. Rogers
       # of the 4 by:
       Return   NYC000008643
       Assignment:  7x3?
       Watch out

unmarked ... #F...

10/14/09 (Sgt. Rogers
Wednesday) Lt. Jones
CUT White
RD: 12/17/09
Ass T/S
Training: D.I.R's, Seatbelts

1528        End of Tour
Adrian ? S. Hladik #12943
Tuesday     10/13/09     7x3
0705     Present to duty: 81 ST S/H
         Roll Call Supv: Sgt. Rogers
         Out of the Div: Green
         Return Date: 12/16/09
         Assignment: T/T
         Training: PAR + Musical

NYC00008644

1528        End of Tour
Adrian J Schoolcraft #12943
Tuesday   10/13/09      7x3
0705   Present for duty @ 21 ST S/H
       Roll Call Supv: Sgt. Rogers
       Color of the Day: Green
       Return Date:   12/16/09
       Assignment: T/S+
       Training: PAR's by Lt. Mascal
→ CellPhone Initiative, burrough
→ wants hourly count of summonses.
→ Don't bring in bags of shit,
→ because BCB is closed till
→ 1300 hrs.
1528      End of tour
Adrian P Schoolcraft #12943
Wednesday   10/14/09    7x3
0705   Present for duty @ 21 ST S/H
       Roll Call Supv: Sgt. Rogers
       Color of the Day: White
       Return Date:   12/17/09
       Assignment: T/S+
       Training
1153   Observed Lt. Caughey
       (ICO) unlock ICO's Secretary's
       Office with key, and open
       door.
1528      End of Tour
Adrian P Schoolcraft #12943

NYC00008645

10/17/09 (Saturday)
Sgt Huffman
CoD: White
RD: 12/21/09
Ass T/S
Training: Response Times, Drive
Safley to 85's

10/18/09 (Sunday)
Sgt. Gallina + Lt. Jones (no Uniform)
CoD: Yellow
RD: 12/22/09
Ass: T/S
Training: Drive carefully, it's raining
+ Community Visits
Lt. Jones reviews CO's meeting
- integrity test
- seat-belts
- locker inspection
- break-up sectors
  if your workin
  if your not, your put w/someone you
  don't want
- Activity
- xperience doesn't count

Thursday    10/15/09    RDO
Friday      10/16/09    RDO
Saturday    10/17/09    Ex 3
0705   Present on duty 1st Pct.
       Roll Call Sgt. Vct. Huffman
       Color of the Day = 12/21/09
       Return after White
       Ass ...            T/S

NYC09000040

Thursday 10/15/09 RDO
Friday 10/16/09 RDO
Saturday 10/17/09 7x3
0705 Present for duty @ 81 SF pct.
Roll Call Supv: Sgt. Huffman
Color of the Day: #12/21/09
Return Date: White
Assignment: T/S
Training: Response Times, Drive
Safley to 85s
1528 End of Tour
Adrian Schoolcraft #12943
Sunday 10/18/09 7x3
0705 Present for duty @ 81 pct.
Roll Call Supv: Sgt. Gallina
Color of the Day: Yellow
Return Date: 12/22/09
Assignment: T/S
Training: Drive Careful, Lt.
Jones review at CC's
meeting.
1528 End of Tour
Adrian Schoolcraft #12943
Monday 10/19/09 7x3
0705 Present for duty @ 81 pct.
Roll Call Supv: /
Color of the Day: Green
Return Date: 12/22/09
Assignment: T/S

10/20/09
1450
Instructed by Lt. Mascol on how
QAD wants me to transfer calls


10/21/09 (Wednesday)
Sgt Gallina (in-Uniform)
Lt. Jones (not in Uniform)
Capt. Lauterbourn (in-Uniform.

CD: Change
RD: 12/24/09
Ass. T/S
Training PAR's by Capt Lauterbann


10/24/09 (Saturday)
Sgt. Huffman
Lt. Yellow
RD: 10/24 12/29/09
Ass. T/S
Training: Robberys don't take 61
    That how I do my RollCall, if you work you
    don't go to the hospital-sgt. Huffman


Assignment: T/S
Training: Don't take Robbery
    61's - Sgt Huffman
1528    End of Tour
February Achind 1*12943
Sunday    10/25/09   7x3
0735 / Fremont for duty = 815 p.t.
    Roll Call Sgt Huffman
    10-11 - 7x3 Lt White

NYC00008650

Assignment: T/S
Training: Don't take Robbery
61's - Sgt. Huffman
1528, End of Tour
Adrian Schoolcraft #12943
Sunday 10/25/09 7x3
0705 / Present for duty @ 815 pct
Roll Call Supr: Sgt. Huffman
Color of the Day: White
Return Date: 12/30/09
Assignment: T/S
Training: No Caps
1528, End of Tour
Adrian Schoolcraft #12943
Monday 10/26/09 7x3
Roll Call Supr: Sgt. Gallina
Color of the Day: Orange
Return Date: 12/31/09
Assignment: T/S
Training: P.O. Hurley presented
Roll Call, passed out sheets
of paper that said something
about Verizon. I was not
given one.
1528 End of Tour
Adrian Schoolcraft #12943
Tuesday 10/27/09 7x3
0705 / Present for duty @ 815 pct
Roll Call Supr: Lt. Huffman

NYC00008651

10/25/09 (Sunday)
Sgt Huffman
COD: White
RD: 12/30/09
Ass:
Training: No Cops

10/26/09 (Monday)
Sgt Gallina / Lt. Jones
COD: Orange
RD: 12/31/09
Ass:
Training: PO Hurley present, presented on
something about Verizon.
"if your short on Activity let me know"
- Sgt. Gallina
"Activity" Lt. Jones

"I never blame the cop, I blame the dept."
- PBA 10/26/09

call
Sgt. Devino at Borough

Color of the Day: Yellow
Return Date: 11/4/09
Assignment: 1/5
Training:
Notified to Report to
1 Lenox = Lumston
@ 11am.

NYC00008652

10/27/09 (Tuesday)
Sgt. Huffman / Lt. Jones
COD: Yellow
RD 1/4/09
Ass. T/S
Training: ?

10/28/09
Sgt. Giuffrida / Lt. Jones
COD: White
RD: 1/5/10
Ass: T/S
Training: KMP Safety Video
            - Seat Belts -

Water Boy
40 Marcus Gabby Blvd
Hauppauge, NY 11788

Hispanic - Male   Driver/delivery
Truck = 54

1315   Astor called my cell phone *

10/31/09 (Saturday)
COD White     RD 1/6/2010
Ass T/S
Training:

10-13 Enroute ____
____ E / F ____
____ 12/___   F = ____
Thursday   10/29/09    RD
Friday     10/30/09    KD
Saturday   10/31/09    X 3
OFC 5   Present ____ @ ____
        ____ Call 5   NYC00008653

Ass. To
Training

10-93 Enroute + 21 3
1522 End of Tour
Adrian Felan A #12943
Thursday 10/29/09 RDO
Friday 10/30/09 RDO
Saturday 10/31/09 7×3
0705 Present for duty @ 915
Roll Call Supr Sgt Huffman
Doc of the Day: White
Return Date- 11/6/2010
Assignment: T/S
Training: Activity Quarter
0730 10-84 @ T/S
1130 - T/S
05: I to Inspector -
1138 Lt Caughey returned
Memo-Book, requested to
sign @ 0805, then held
until 1138 hrs

NYC00008654

P.O. Astor, Fadil, Shield #26285
tax: # 932274

NYC00008655