UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                         Plaintiff,          DECLARATION
                                                       IN OPPOSITION

      -against-

                                                         10-CV-06005 (RWS)

THE CITY OF NEW YORK, et al.,
                       Defendants.
-----------------------------------------------------------------X

       I, WALTER A. KRETZ, JR., declare under penalty of perjury that the following is true and correct:

       1.    I am a member of Scoppetta Seiff Kretz & Abercrombie, attorneys for defendant Deputy Inspector Steven Mauriello in his official and individual capacities.  I submit this declaration in opposition to plaintiff's motion for summary judgment seeking dismissal of Steven Mauriello's counterclaims.

       2.    The purpose of this declaration is to submit the final five exhibits referenced in our Rule 56.1(b) Statement submitted in opposition to plaintiff's motion.  The ECF system indicated its capacity had been exceeded by our Statement and its exhibits, and it would not allow me to file all of them with the Statement or make a duplicate filing of the Statement with only the final five exhibits attached.

       3.  Thus, attached are SM Exhibits DA, DB, DC, DD and DE.  Declaration executed on February 12, 2015.

                                                                Walter A. Kretz, Jr., (WK-4645)