SM EXHIBIT DA



**PERFORMANCE EVALUATION**
**CAPTAIN THROUGH DEPUTY CHIEF**
PD 439-1517 (Rev. 01-06)

## THIS FORM MUST BE TYPED

| 1. SURNAME | FIRST | M.I. | RANK | COMMAND/ASSIGNMENT |
|---|---|---|---|---|
| Mauriello | Steven | M. | Deputy Insp. | TBBXQ / X.O. |

LAST 4 DIGITS OF SOC. SEC. NO. | EMPLOYEE/TAX NUMBER | DATE ASSIGNED TO COMMAND: 07/03/10

PRESENT ASSIGNMENT (Brief Description of Duties)
Deputy Insp. Mauriello is the Executive Officer of Transit Borough Bronx/ Queens. He coordinates and oversees numerous programs and operations.

2. REASON FOR SUBMITTING:
(X) ANNUAL ( ) INTERIM ( ) PROBATION ( ) TRANSFER ( ) OTHER _____

Date Prepared: 07/25/13    Covers Rating Period From 07/01/12    SPECIFY to: 06/30/13

3. OVERALL EVALUATION: MUST REFER TO THE ACCOMPANYING GUIDEBOOK FOR DEFINITIONS.

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| 5 | 4 | 3 | 2 | 1 |

LENGTH OF TIME RATER HAS SUPERVISED RATEE:  YR. 3   MO. 2

4. RATER'S COMMENTS : Rater to discuss the basis for the OVERALL EVALUATION which should be based on the attainment of performance expectations and performance factors listed in this report.

Deputy Insp. Steven Mauriello is an experienced executive who performs his duties in a professional manner. He shares his experiences and mentors district and task force commanding officers. He helps the commanding officers create programs to monitor chronic sick, arrest processing, overtime and school crimes. Deputy Insp. Mauriello coordinates deployment and develop operations and strategies to reduce crime. Deputy Insp. Mauriello is an asset to TBBXQ and can always be counted on to perform his duties as the Borough Executive Officer in an extremely competent manner.



This Performance Evaluation takes into account the employee's compliance with the Department's EEO Guidelines and Federal Title VII statutes and whether the employee was disciplined as a result of same. The Rater's rights and responsibilities regarding EEO issues were discussed.

Rater's Initials _____

5. EDUCATION:  Check Highest level Achieved

☐ HIGH SCHOOL  ☐ SOME COLLEGE  (No. of Credits) _____
☐ ASSOCIATE DEG.  ☒ BACHELOR'S DEG.  ☐ MASTER'S DEG.  ☐ DOCTORATE  ☐ JURIS DOCTORATE

HAS MEMBER INCREASED ACHIEVEMENT/CREDIT LEVEL DURING RATING PERIOD?  ☐ Yes  ☐ No

| 6. Number of times reported sick in past 12 months: | Number of work days on sick report in past 12 months: | Number of times Line of Duty in past 12 months: | Total work days lost: |
|---|---|---|---|
| 0 | 0 | 0 | Reg. sick days 0 |
| | | | Line of Duty 0 |
| | | | Total No. 0 |

| 7. Rater's Name | Rank/Title | Command | Date Assigned to Command |
|---|---|---|---|
| Douglas G. Rolston | Inspector | TBBXQ | 03/13/08 |
| SIGNATURE | | Last 4 Digits of Soc. Sec. No. | Tax Number |

| 8. Reviewer's Name | Rank/Title | Command | Date Assigned to Command |
|---|---|---|---|
| | | | |
| SIGNATURE | | Last 4 Digits of Soc. Sec. No. | Tax Number |

9. Reviewer: Comments and Recommendations



SM00324

| RATEE'S RANK/NAME | D.I. Steven Mauriello | TAX NO. ████ | ASSIGN./COMMAND | X.O. / TBBX |
|---|---|---|---|---|
| RATER'S RANK/NAME | Insp. Douglas G. Rolston | TAX NO. ████ | ASSIGN./COMMAND | C.O. / TBBX |

## NOTE: A PHOTOCOPY OF THIS COMPLETED PAGE MUST BE FORWARDED TO THE EMPLOYEE MANAGEMENT DIVISION AT THE BEGINNING OF THE RATING PERIOD

## KEY RESULT AREAS AND PERFORMANCE EXPECTATIONS

### (To Be Completed and Discussed With the Ratee At the Beginning of the Evaluation Period)

The Rater and Ratee will list each of the ratee's Key Result Areas (KRAs), in order of importance, in the captions listed below. KRAs are those functions and work responsibilities which represent the fundamental reasons why the ratee's position exists. They are the most important areas in which the ratee is expected to perform. Each Key Result Area will include a description of the responsibility. Adjacent to each responsibility the rater will indicate, in the caption provided, what will be expected of the ratee in order to perform the KRA adequately. This will be a statement describing what conditions will prevail if the KRA is met. A performance expectation is that which the rater will examine to determine if the ratee met the listed Key Result Area.

RATING PERIOD: FROM (Mo.) 07 (Day) 01 (Year) 2012 Ratee's Initials ____ To (Mo.) 06 (Day) 30 (Year) 2013 Rater's Initials _SM_

DATE OF DISCUSSION: 9/25/13 Ratee's Initials

| KEY RESULT AREAS | PERFORMANCE EXPECTATIONS |
|---|---|
| Listed in order of importance | Indicate Level of Performance Expected to Fulfill KRA |
| 1. Monitor Overtime | Identify high overtime earners and consult with commanding officers to make sure overtime is given out fairly and equally |
| 2. School Crime | Monitor all districts school crime. Conduct bi-weekly meetings with district X.O. and School Sergeants to go over deployment and strategies |
| 3. Chronic Sick | Monitor all districts chronic sick. Confer with commanding officers who MOS are nearing chronic sick in an effort to reduce MOS chronic sick |
| 4. Arrest Processing | Make sure arrest processing and the desk officers are reviewing real time crime snapshots. DATs are given to the qualified defendants and declined prosecutions are investigated. |
| 5. Civilian Complaints | Create and monitor programs to reduce civilian complaints. |

## THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD (attach second sheet if necessary):

List any other factors which specifically affected performance in the above KRAs. Indicate by number which KRA was affected and explain below. Also indicate reason for departure from originally established Key Result Areas. (Cite accomplishments, deficiencies or failures, conditions which influenced attainment of specific performance expectations and other performance-related factors which occurred during the rating period):

## PERFORMANCE ASSESSMENT
### To be Completed and Discussed with the Ratee at the End of the Evaluation Period)

In the captions provided below, the rater will assign a rating for each Key Result by checking the appropriate box under the column **Individual Assessment of Each KRA**. Before doing this, however, the rater and the ratee must together complete the **Performance Achievements** column. From this discussion the rater will provide, in the **Performance Achievements** column, a detailed account of the ACTUAL accomplishments achieved during the rating period. Hence, if the original **Performance Expectations** listed three criteria for performance in a **KRA**, the **Performance Achievements** must address the ACTUAL RESULTS in each of the three criteria. The ratings for performance in each KRA, namely the **Individual Assessment of Each KRA**, must therefore be justified in light of these actual **Performance Achievements**. Remember, these individual ratings will help to form the basis for the **Overall Evaluation** which will be assigned to the ratee.

| PERFORMANCE ACHIEVEMENTS | INDIVIDUAL ASSESSMENT OF EACH KRA | | | | |
|---|---|---|---|---|---|
| Indicate Actual Achievements Fulfilling KRA | WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
| Monitor Overtime | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:* D.I. Mauriello has conferred with all districts' C.O. and has reviewed overtime reports to make sure overtime submitted is reasonable for type of ass | | | | | |
| School Crime | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:* D.I. Mauriello has bi-weekly meetings w districts' X.O. and School Sergents to go over deployment, crime trends, and strategies. | | | | | |
| Chronic Sick | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:* D.I. Mauriello follows up with district Commanding Officers to make sure they are talking to MOS who are close to becomin chronic sick. | | | | | |
| Arrest Processing | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:* D.I. Mauriello has meetings with Commandi Officers, admin. Lt., and ICOs about declined prosecutions, arrest processing time and RTC snapshots. | | | | | |
| Civilian Complaints | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:* D.I. Mauriello makes sure all Commanding Officers have maintained a civilian complaint reduction program by counseling MOS who receive complaints. | | | | | |

## RECOMMENDATIONS (If relevant):

**VERIFICATION   (To be Completed at the End of the Evaluation Period)**

"I have shown this Performance Evaluation to the ratee and have fully discussed its contents."

_____   Rater's Signature    Date 8/8/13

"I have read this Performance Evaluation and I have received a copy of it."

_____   Ratee's Signature    Date 8/8/13

"I wish to appeal this Evaluation." (A.G. 314-11)

_____   Ratee's Signature    Date

SM00326
Page 3

**PERFORMANCE EVALUATION**
**CAPTAIN THROUGH DEPUTY CHIEF**
PD 439-1517 (Rev. 01-06)
**THIS FORM MUST BE TYPED**

| 1. SURNAME | FIRST | M.I. | RANK | COMMAND/ASSIGNMENT |
|---|---|---|---|---|
| Mauriello | Steven | M. | Deputy Inspector | XO / TBBXQ |

| LAST 4 DIGITS OF SOC. SEC. NO. | EMPLOYEE TAX NUMBER | DATE ASSIGNED TO COMMAND |
|---|---|---|
| ▉ | ▉ | 7/3/10 |

PRESENT ASSIGNMENT (Brief Description of Duties)

Deputy Inspector Mauriello is the Executive Officer of Transit Borough Bronx/Queens. He coordinates and oversees numerous programs and operations.

**2. REASON FOR SUBMITTING:**

(X) ANNUAL   ( ) INTERIM   ( ) PROBATION   ( ) TRANSFER   ( ) OTHER _____ SPECIFY

Date Prepared: 9/19/2012    Covers Rating Period From 7/1/2011 to: 6/30/2012

**3. OVERALL EVALUATION: MUST REFER TO THE ACCOMPANYING GUIDEBOOK FOR DEFINITIONS.**

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| 5 | 4 | 3 | 2 | 1 |

LENGTH OF TIME RATER HAS SUPERVISED RATEE: YR. 2 MO. 2

**4. RATER'S COMMENTS :** Rater to discuss the basis for the **OVERALL EVALUATION** which should be based on the attainment of performance expectations and performance factors listed in this report.

Deputy Inspector Mauriello is an experienced executive who performs his duties in a professional manner. He coordinates deployment and develops operations and strategies to reduce crime. He shares his experience and mentors District and T.F. Commanding Officers. Deputy Inspector Mauriello is an asset to TBXQ and can always be counted on to perform his duties as the Borough Executive Officer in an extremely competent manner.

---

This Performance Evaluation takes into account the employee's compliance with the Department's EEO Guidelines and Federal Title VII statutes and whether the employee was disciplined as a result of same. The Ratee's rights and responsibilities regarding EEO issues were discussed.

Rater's Initials ▉

**5. EDUCATION:** Check Highest level Achieved

☐ HIGH SCHOOL   ☐ SOME COLLEGE (No. of Credits)
☐ ASSOCIATE DEG.   ☒ BACHELOR'S DEG.   ☐ MASTER'S DEG.   ☐ DOCTORATE   ☐ JURIS DOCTORATE

HAS MEMBER INCREASED ACHIEVEMENT/CREDIT LEVEL DURING RATING PERIOD? ☐ Yes   ☐ No

| 6. Number of times reported sick in past 12 months: | Number of work days on sick report in past 12 months: | Number of times Line of Duty in past 12 months: | Total work days lost: |
|---|---|---|---|
| 0 | 0 | 0 | Reg. sick days 0 |
| | | | Line of Duty 0 |
| | | | Total No. 0 |

| 7. Rater's Name | Rank/Title | Command | Date Assigned to Command |
|---|---|---|---|
| Douglas G. Rolston | Inspector | TBBXQ | 3/13/08 |
| SIGNATURE | | Last 4 Digits of Soc. Sec. No. ▉ | Tax Number ▉ |

| 8. Reviewer's Name | Rank/Title | Command | Date Assigned to Command |
|---|---|---|---|
| SIGNATURE | | Last 4 Digits of Soc. Sec. No. | Tax Number |

9. Reviewer: Comments and Recommendations

SM00327

| RATEE'S RANK/NAME | D.I. Steven Mauriello | TAX NO. ▮▮▮▮ | ASSIGN./COMMAND XO / TBBXQ |
|---|---|---|---|
| RATER'S RANK/NAME | Inspector Douglas Rolston | TAX NO. ▮▮▮▮ | ASSIGN./COMMAND CO / TBBXQ |

**NOTE:** A PHOTOCOPY OF THIS COMPLETED PAGE **MUST** BE FORWARDED TO THE
EMPLOYEE MANAGEMENT DIVISION AT THE BEGINNING OF THE RATING PERIOD

## KEY RESULT AREAS AND PERFORMANCE EXPECTATIONS

**(To Be Completed and Discussed With the Ratee At the Beginning of the Evaluation Period)**

The Rater and Ratee will list each of the ratee's Key Result Areas (KRA's), in order of importance, in the captions listed below. KRA's are those functions and work responsibilities which represent the fundamental reasons why the ratee's position exists. They are the most important areas in which the ratee is expected to perform. Each Key Result Area will include a description of the responsibility. Adjacent to each responsibility the rater will indicate, in the caption provided, what will be expected of the ratee in order to perform the KRA adequately. This will be a statement describing what conditions will prevail if the KRA is met. A performance expectation is that which the rater will examine to determine if the ratee met the listed Key Result Area.

RATING PERIOD: FROM (Mo.) 07 (Day) 01 (Year) 2012  Ratee's Initials _____  To (Mo.) 06 (Day) 30 (Year) 2013  Rater's Initials _____

DATE OF DISCUSSION: 09/20/2012

| KEY RESULT AREAS<br>Listed in order of importance | PERFORMANCE EXPECTATIONS<br>Indicate Level of Performance Expected to Fulfill KRA |
|---|---|
| 1. Monitor Overtime | Identify high overtime earners and consult with commanding officers to make sure O.T. is given out fairly and equally |
| 2. School Crime | Monitor all districts school crime. Conduct bi-weekly meetings with XO and school Sgt to go over deployment and strategies |
| 3. Chronic Sick | Monitor all districts chronic sick. Confer with commanding officers who MOS are nearing chronic sick in an effort to reduce MOS chronic sick |
| 4. Arrest Processing | Make sure arrest processing and the desk officers are reviewing real time crime snapshots. DATs are given to right defendants and declined prosecutions are investigated. |
| 5. Civilian Complaints | Create and monitor programs to reduce civilian complaints |

**THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD (attach second sheet if necessary):**
List any other factors which specifically affected performance in the above KRA's. Indicate by number which KRA was affected and explain below. Also indicate reason for departure from originally established Key Result Areas. (Cite accomplishments, deficiencies or failures, conditions which influenced attainment of specific performance expectations and other performance-related factors which occurred during the rating period):

SM003062

## PERFORMANCE ASSESSMENT
### To be Completed and Discussed with the Ratee at the End of the Evaluation Period)

In the captions provided below, the rater will assign a rating for each Key Result by checking the appropriate box under the column **Individual Assessment of Each KRA.** Before doing this, however, the rater and the ratee must together complete the **Performance Achievements** column. From this discussion the rater will provide, in the **Performance Achievements** column, a detailed account of the ACTUAL accomplishments achieved during the rating period. Hence, if the original **Performance Expectations** listed three criteria for performance in a **KRA,** the **Performance Achievements** must address the ACTUAL RESULTS in each of the three criteria. The ratings for performance in each KRA, namely the **Individual Assessment of Each KRA,** must therefore be justified in light of these actual **Performance Achievements.** Remember, these individual ratings will help to form the basis for the **Overall Evaluation** which will be assigned to the ratee.

| PERFORMANCE ACHIEVEMENTS | INDIVIDUAL ASSESSMENT OF EACH KRA | | | | |
|---|---|---|---|---|---|
| | WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
| Indicate Actual Achievements Fulfilling KRA | | | | | |
| Monitor Overtime | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:* DI Mauriello has conferred with all districts' CO and has reviewed O.T. reports to make sure O.T. submitted is reasonable for type of assignment. | | | | | |
| School Crime | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:* DI Mauriello has bi-weekly meetings with XO and school Sgt of districts to go over crime trends and strategies. | | | | | |
| Chronic Sick | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:* DI Mauriello follows up with district commanding officers to make sure they are talking to MOS who are close to becoming chronic sick | | | | | |
| Arrest Processing | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:* DI Mauriello has meetings with commanding officers, admin. Lt, and ICOs about declined prosecutions, arrest processing time and RTC snapshot | | | | | |
| Civilian Complaints | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:* He make sure all commanding officers have maintained a civilian complaint reduction program by counseling MOS who receive complaints. | | | | | |

## RECOMMENDATIONS (if relevant):

**VERIFICATION** (To be Completed at the End of the Evaluation Period)
"I have shown this Performance Evaluation to the ratee and have fully discussed its contents."

_____ Rater's Signature _____ 9/20/12 Date

"I have read this Performance Evaluation and I have received a copy of it."

_____ Ratee's Signature _____ 9/20/12 Date

"I wish to appeal this Evaluation." (A.G. 314-11)

_____ Ratee's Signature

DeM00329
Page 3

# THIS EVALUATION FORM CANNOT BE COMPLETED WITHOUT REFERRING TO THE ACCOMPANYING GUIDEBOOK

## DIRECTIONS

**(Page 1)**

Box 1 – All captions must be **typewritten**.
Caption "Present Assignment": indicate general nature of ratee's duties.

Box 2 – a) check reason for submitting evaluation; b) indicate date evaluation was prepared and dates of rating period.

Box 3 – Check appropriate box. The Overall Evaluation should be based on the general tendency indicated by ratings for individual Key Result Areas as well as the priority or importance of each key responsibility. As a general guideline, if one or two key responsibilities far outweigh the others in importance, the supervisor should center the overall rating around these responsibilities, deviating only if the ratings for the less important responsibilities are significantly higher or lower. Any deviation from the tendency indicated by the individual Key Result Areas ratings must be explained. In arriving at an overall rating the supervisor should also consider performances not covered by the manager's Key Result Area statements. These would also include special projects which came up during the rating period, unanticipated difficulties, or unusual consequences. **REFER TO DEFINITIONS OF STANDARDS IN GUIDE.**

Box 4 – Rater to comment on the ratee's overall performance and indicate the basis for the Overall Evaluation. In addition, when evaluating a precinct commander, document this individual's overall community relations performance.

Box 5, 6, 7 & 8 – Appropriate boxes must be checked and captions must be typewritten.

Box 9 – The reviewer's responsibility is to determine that the evaluation is manifestly fair and accurate. It is the reviewer's option to offer comments and recommendations pertinent to the performance of the ratee.

**(Page 2)**
AT THE BEGINNING OF THE RATING PERIOD THE RATER AND THE RATEE TOGETHER WILL COMPLETE THE CAPTIONS UNDER THE HEADING "KEY RESULT AREAS" AND "PERFORMANCE EXPECTATIONS." A PHOTOCOPY OF PAGE 2 WILL BE FORWARDED TO THE EMPLOYEE MANAGEMENT DIVISION, ROOM 1000, AT THE BEGINNING OF THE RATING PERIOD.

**KEY RESULT AREAS** must be discussed with and understood by the ratee. They represent the most important responsibilities of the ratee and are the fundamental reasons why the ratee's position exists.

**PERFORMANCE EXPECTATIONS**, as well, must be discussed and understood by the ratee. They are those measurements of output and or/outcome (achievements, quality of work, results, etc.) which the rater will examine to determine if the ratee met the Key Result Areas.

**BOTTOM OF PAGE 2 AND ALL OF PAGE 3: TO COMPLETED AT THE END OF THE RATING PERIOD.**

Under the caption **"THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD"**, the rater may choose to address the particular KRA(s) with specific comments.

Under the caption **"PERFORMANCE ACHIEVEMENTS"** will be listed the actual achievements accomplished by the end of the rating period. These are to be contrasted against the original **PERFORMANCE EXPECTATIONS** established at the beginning of the rating period. Hence, post-performance **RESULTS** are viewed in light of the pre-performance expectation.

Under the caption **"INDIVIDUAL ASSESSMENT OF EACH KRA"**, the rater will assign a rating for each Key Result Area by checking the appropriate box and make written comments which justify and explain the basis for the selected rating.

Under the caption **"RECOMMENDATIONS"**, the rater **may** make recommendations and/or discuss plans for future assignments and goals of the ratee.

**VERIFICATION** - At the **END** of the evaluation period the rater will sign the space provided to indicate that the performance evaluation has been shown to, and discussed with, the ratee. The ratee will sign and date the space provided to indicate that he/she has read the **completed** evaluation and has been provided with a copy.

If the ratee wishes to appeal the evaluation he/she will sign and date the appropriate caption.

**DISTRIBUTION**

* **ORIGINAL    — EMPLOYEE MANAGEMENT**

* **PHOTOCOPY  — RATEE**

* **PHOTOCOPY  — COMMAND FILE**

**REMINDER:** A PHOTOCOPY OF **PAGE 2** MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION AT THE **BEGINNING** OF THE RATING PERIOD.

SM00330

RATEE'S
RANK/NAME ___ Steven M. Mauriello ___ TAX NO. ████ ___ ASSIGN/COMMAND CO/081 PCT

RATER'S
RANK/NAME ___ Steven A. DeFranco ___ TAX NO. ████ ___ ASSIGN/COMMAND ___ PBBN

NOTE: A PHOTOCOPY OF THIS COMPLETED PAGE **MUST** BE FORWARDED TO THE
EMPLOYEE MANAGEMENT DIVISION AT THE BEGINNING OF THE RATING PERIOD

## KEY RESULT AREAS AND PERFORMANCE EXPECTATIONS

**(To Be Completed and Discussed With the Ratee At the Beginning of the Evaluation Period)**

The Rater and Ratee will list each of the ratee's Key Result Areas (KRAs), in order of importance, in the captions listed below. KRAs are those functions and work responsibilities which represent the fundamental reasons why the ratee's position exists. They are the most important areas in which the ratee is expected to perform. Each Key Result Area will include a description of the responsibility. Adjacent to each responsibility. This will be a caption provided, what will be expected of the ratee in order to perform the KRA adequately. This will be a statement describing what conditions will prevail if the KRA is met. A performance expectation is that which the rater will examine to determine if the ratee met the listed Key Result Area.

RATING PERIOD: FROM (Mo.) __07__ (Day) __01__ (Year) __2009__ Ratee's Initials __ʃm__ To (Mo.) __06__ (Day) __30__ (Year) __2010__ Rater's Initials __ʃʍ__

DATE OF DISCUSSION: __07/17/2009__

| KEY RESULT AREAS | PERFORMANCE EXPECTATIONS |
|---|---|
| Listed in order of importance | Indicate Level of Performance Expected to Fulfill KRA |
| **1.** CRIME REDUCTION | Monitor complaints reports, identify patterns and trends, and coordinate efforts with crime analysis and precinct personnel to reduce crime. |
| **2.** CHRONIC SICK | Monitor MOS chronic sick, confer with MOS who are nearing chronic sick designation in and effort to reduce MOS from becoming chronic. |
| **3.** INCREASE COMMAND PRODUCTIVITY | Achieve arrest activity and gather information using targeted enforcement at violence prone locations. Develop information sources within the community to identify targeted offenders. |
| **4.** MONITOR OVERTIME | Identify high overtime earners. Review O/T reports and ensure that the overtime submitted is reasonable for the type of assignment noted. (ie; arrest, admin) |
| **5.** CIVILIAN COMPLAINTS | Create and monitor programs to reduce civilian complaints. Address community leaders and encourage community participation. |

**THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD (attach second sheet if necessary):**
List any other factors which specifically affected performance in the above KRAs. Indicate by number which KRA was affected, and explain below. Also indicate reason for departure from originally established Key Result Areas. (Cite accomplishments, deficiencies or failures, conditions which influenced attainment of specific performance expectations and other performance-related factors which occurred during the rating period):

SM00331





### PERFORMANCE EVALUATION
### CAPTAIN THROUGH DEPUTY CHIEF
PD 439-1517 (Rev. 01-06)

## THIS FORM MUST BE TYPED

| 1. SURNAME | FIRST | M.I. | RANK | COMMAND/ASSIGNMENT |
|---|---|---|---|---|
| Mauriello | Steven | J. | Deputy Inspector | 081  CO |
| LAST 4 DIGITS OF SOC. SEC. NO. | EMPLOYEE TAX NUMBER | | | DATE ASSIGNED TO COMMAND |
| | ██████████ | | | 10/30/2006 |

**PRESENT ASSIGNMENT** (Brief Description of Duties)

Deputy Inspector Steven Mauriello is the Commanding Officer of the 081 Precinct. In that capacity he oversees and coordinates the daily operations of the 081 Precinct assuring performance of functions designated for the command.

**2. REASON FOR SUBMITTING**

( X ) ANNUAL    ( ) INTERIM    ( ) PROBATION    ( ) TRANSFER    ( ) OTHER _____
                                                                          SPECIFY

Date Prepared: 07/17/2009    Covers Rating Period From 07/01/2008    to: 06/30/2009

**3. OVERALL EVALUATION: MUST REFER TO THE ACCOMPANYING GUIDEBOOK FOR DEFINITIONS.**

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| X | 4 | 3 | 2 | 1 |

LENGTH OF TIME RATER HAS SUPERVISED RATEE:  YR. _1_  MO _6_

**4. RATER'S COMMENTS :** Rater to discuss the basis for the **OVERALL EVALUATION** which should be based on the attainment of performance expectations and performance factors listed in this report.

Deputy Inspector Mauriello is a hard working and dedicated member of the New York City Police Department and is dedicated to its values and overall mission. Through his leadership and the 081 Precinct was award a Unit Citation for the calendar year 2008.

In 2008 the 081 Precinct had an almost 9% reduction in index crimes and a 20% percent reduction in homicides. Arrests were up for the year and there was an increase of the issuances of Quality of Life summonses by over 19 %. The overall cleanliness and performance of the precinct has improved also during the rating period.

Deputy Inspector Mauriello has built strong and close relationship with civic and community leaders and the community is presently pleased with his performance as Commanding Officer.

I highly recommend Deputy Inspector Mauriello to continue in his current assignment as Commanding Officer of the 081 Precinct.

---

This Performance Evaluation takes into account the employee's compliance with the Department's EEO Guidelines and Federal Title VII statutes and whether the employee was disciplined as a result of same. The Ratee's rights and responsibilities regarding EEO issues were discussed.

Rater's Initials: _____

**5. EDUCATION:**  Check Highest level Achieved

☐ ASSOCIATE DEG.    ☒ BACHELOR'S DEG.    ☐ HIGH SCHOOL    ☐ SOME COLLEGE  (No. of Credits) _____    ☐ JURIS DOCTORATE

☐ MASTER'S DEG.    ☐ DOCTORATE

HAS MEMBER INCREASED ACHIEVEMENT/CREDIT LEVEL DURING RATING PERIOD?  ☐ Yes    ☒ No

| **6.** Number of times reported sick in past 12 months: | Number of work days reported in past 12 months: | Number of times Line of Duty in past 12 months: | Total work days lost: Reg. sick days ___0___ Line of Duty ___0___ |
|---|---|---|---|
| 0 | 0 | 0 | Total No. _0_ |

| **7.** Rater's Name | Rank/Title | Command | Date Assigned to Command |
|---|---|---|---|
| Steven A. Defranco | Inspector | PBBN | 02/15/2008 |
| SIGNATURE | Last 4 Digits of Soc. Sec. No. | | Tax Number ██████ |

| **8.** Reviewer's Name | Rank/Title | Command | Date Assigned to Command |
|---|---|---|---|
| SIGNATURE | Last 4 Digits of Soc. Sec. No. | | Tax Number |

**9.** Reviewer: Comments and Recommendations

SM00332

RATEE'S RANK/NAME: Steven M. Mauriello    TAX NO.: ▓▓▓    ASSIGN./COMMAND CO/081 PCT

RATER'S RANK/NAME: Steven A. DeFranco    TAX NO.: ▓▓▓    ASSIGN./COMMAND PBBN

NOTE: A PHOTOCOPY OF THIS COMPLETED PAGE **MUST** BE FORWARDED TO THE EMPLOYEE MANAGEMENT DIVISION AT THE **BEGINNING** OF THE RATING PERIOD

## KEY RESULT AREAS AND PERFORMANCE EXPECTATIONS

**(To Be Completed and Discussed With the Ratee At the Beginning of the Evaluation Period)**

The Rater and Ratee will list each of the ratee's Key Result Areas (KRAs), in order of importance, in the captions listed below. KRAs are those functions and work responsibilities which represent the fundamental reasons why the ratee's position exists. They are the most important areas in which the ratee is expected to perform. Each Key Result Area will include a description of the responsibility. Adjacent to each responsibility the rater will indicate, in the caption provided, what will be expected of the ratee in order to perform the KRA adequately. This will be a statement describing what conditions will prevail if the KRA is met. A performance expectation is that which the rater will examine to determine if the ratee met the listed Key Result Area.

RATING PERIOD: FROM (Mo.) 07 (Day) 01 (Year) 2008 Ratee's Initials ▒▒   To (Mo.) 06 (Day) 30 (Year) 2009 Rater's Initials ▒▒

DATE OF DISCUSSION: 07/17/2009

| KEY RESULT AREAS | PERFORMANCE EXPECTATIONS |
|---|---|
| Listed in order of importance | Indicate Level of Performance Expected to Fulfill KRA |
| 1. CRIME REDUCTION | Monitor complaints reports, identify patterns and trends, and coordinate efforts with crime analysis and precinct personnel to reduce crime. |
| 2. CHRONIC SICK | Monitor MOS chronic sick, confer with MOS who are nearing chronic sick designation in and effort to reduce MOS from becoming chronic. |
| 3. INCREASE COMMAND PRODUCTIVITY | Achieve arrest activity and gather information using targeted enforcement at violence prone locations. Develop information sources within the community to identify targeted offenders. |
| 4. MONITOR OVERTIME | Identify high overtime earners. Review O/T reports and ensure that the overtime submitted is reasonable for the type of assignment noted. (ie; arrest, admin) |
| 5. CIVILIAN COMPLAINTS | Create and monitor programs to reduce civilian complaints. Address community leaders and encourage community participation. |

**THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD (attach second sheet if necessary):** List any other factors which specifically affected performance in the above KRA's. Indicate by number which KRA was affected and explain below. Also indicate reason for departure from originally established Key Result Areas. (Cite accomplishments, deficiencies or failures, conditions which influenced attainment of specific performance expectations and other performance-related factors which occurred during the rating period):

SM00333

## PERFORMANCE ASSESSMENT
### To be Completed and Discussed with the Ratee at the End of the Evaluation Period)

In the captions provided below, the rater will assign a rating for each Key Result by checking the appropriate box under the column **Individual Assessment of Each KRA**. Before doing this, however, the rater and the ratee must together complete the **Performance Achievements** column. From this discussion the rater will provide, in the **Performance Achievements** column, a detailed account of the ACTUAL accomplishments achieved during the rating period. Hence, if the original **Performance Expectations** listed three criteria for performance in a **KRA**, the **Performance Achievements** must address the ACTUAL RESULTS in each of the three criteria. The ratings for performance in each KRA, namely the **Individual Assessment of Each KRA**, must therefore be justified in light of these actual **Performance Achievements**. Remember, these individual ratings will help to form the basis for the **Overall Evaluation** which will be assigned to the ratee.

| PERFORMANCE ACHIEVEMENTS | INDIVIDUAL ASSESSMENT OF EACH KRA | | | | |
|---|---|---|---|---|---|
| Indicate Actual Achievements Fulfilling KRA | WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
| **CRIME REDUCTION** *Comments:* Analyzed crime trends and developed plans during the period to address periodic spikes in robbery and shootings which has lead to an almost 9% reduction in index crimes. | ☒ | ☐ | ☐ | ☐ | ☐ |
| **CHRONIC SICK** *Comments:* Averaged 2.0% (4 members) of this command were designated chronic sick. Deputy Inspector Mauriello has conferred with MOS who are nearing chronic designation in an effort to reduce members becoming chronic. | ☐ | ☒ | ☐ | ☐ | ☐ |
| **INCREASE COMMAND PRODUCTIVITY** Under Deputy Inspector Mauriello leadership the 081 precinct has achieved a sizeable increase in Precinct arrests (including Robbery and Burglary arrests) and has vastly increased number Quality of life(Criminal Court summonses) issued. | ☒ | ☐ | ☐ | ☐ | ☐ |
| **MONITOR OVERTIME** *Comments:* Deputy Inspector Mauriello has identified high overtime earners, reviewed overtime reports and ensured that overtime submitted is reasonable for the type of assignment indicated. | ☒ | ☐ | ☐ | ☐ | ☐ |
| **CIVILLIAN COMPLAINTS** *Comments:* Deputy Inspector Mauriello has maintained a Civilian Complaint reduction program by counseling MOS receiving complaints and maintaining a relationship with community leaders to ensure professionalism by Officer at all times. Civilian complaints have decrease by 7, (21 in 2008) vs. (14 in 2009) during the rating period. | ☒ | ☐ | ☐ | ☐ | ☐ |

**RECOMMENDATIONS (if relevant):**

---

**VERIFICATION**   (To be Completed at the End of the Evaluation Period)
"I have shown this Performance Evaluation to the ratee and have fully discussed its contents."

_Steven M____ Rater's Signature_          _Date 7/17/09_

"I have read this Performance Evaluation and I have received a copy of it."

x _____          _____
Ratee's Signature                          Date

____ wish to appeal this Evaluation." (A.G. 314-11)

Ratee's Signature

SM00334

Page 3

PERFORMANCE EVALUATION
CAPTAIN THROUGH DEPUTY CHIEF
PD 439-1517 (Rev. 01-06)

## THIS FORM MUST BE TYPED





| 1. SURNAME | FIRST | M.I. | RANK | COMMAND/ASSIGNMENT |
|---|---|---|---|---|
| Mauriello | Steven | M. | Captain | 081 Pct Commanding Officer |

LAST 4 DIGITS OF SOC. SEC. NO.          EMPLOYEE TAX NUMBER

DATE ASSIGNED TO COMMAND
10/30/2006

PRESENT ASSIGNMENT (Brief Description of Duties)
Command the 081 Pct.   Ensure the proper performance and functionality of all members of the command.

2. REASON FOR SUBMITTING:
( X ) ANNUAL   ( ) INTERIM   ( ) PROBATION   ( ) TRANSFER   ( ) OTHER _____   SPECIFY _____

Date Prepared:  09/04/2008      Covers Rating Period From  July 1, 2007   to:  June 30, 2008

3. OVERALL EVALUATION: MUST REFER TO THE ACCOMPANYING GUIDEBOOK FOR DEFINITIONS.

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| X | 4 | 3 | 2 | 1 |

LENGTH OF TIME RATER HAS SUPERVISED RATEE:  YR.  1  MO.  5

4. RATER'S COMMENTS : Rater to discuss the basis for the OVERALL EVALUATION which should be based on the attainment of performance expectations and performance factors listed in this report.

During this rating period Captain Mauriello served as both the Executive and Commanding Officer of the 081 Precinct.  He has demonstrated high competence in both his assignments during the rating period.  As the Executive Officer he was responsible for handling the traffic program in the 081 Precinct.  Through his efforts the 081 precinct has had 10.4 % reduction in accidents and in addition the summons productivity in hazardous summonses has vastly improved over the same period the previous year.  He also supervised the Special Operations Units and through his leadership gun arrests and overall productivity also greatly improved.

It the capacity as Commanding Officer of the 081 Precinct the 081 from December 2007 until the end of the rating period, the 081 Precinct has seen an almost 13 % reduction in index crimes and an 18% percent reduction in homicides.  The overall cleanliness and performance in the precinct as improved during the rating period.

Captain Mauriello has built strong and close relationship with civic and community leaders and the community is presently pleased with his performance as Commanding Officer.  Captain Mauriello is a hard working and dedicated member of the New York City Police Department and is dedicated to its values and overall mission.  I highly recommend Captain Mauriello to continue in his current assignment as Commanding Officer of the 081 Precinct.

This Performance Evaluation takes into account the employee's compliance with the Department's EEO Guidelines and Federal Title VII statutes and whether the employee was disciplined as a result of same. The Ratee's rights and responsibilities regarding EEO issues were discussed.

Rater's Initials: _____

5. EDUCATION:   Check Highest level Achieved

| ☐ ASSOCIATE DEG. | ☒ BACHELOR'S DEG. | ☐ HIGH SCHOOL | ☐ SOME COLLEGE (No. of Credits) |
|---|---|---|---|
| | | ☐ MASTER'S DEG. | ☐ DOCTORATE |

☐ JURIS DOCTORATE

HAS MEMBER INCREASED ACHIEVEMENT/CREDIT LEVEL DURING RATING PERIOD?   ☐ Yes   ☒ No

6.
| Number of times reported sick in past 12 months: | Number of work days on sick report in past 12 months: | Number of work days lost in past 12 months: | Total work days lost: |
|---|---|---|---|
| 0 | 0 | 0 | Reg. sick days 0 / Line of Duty 0 |

Total No.           Total No.  0

| 7. Rater's Name | Rank/Title | Command | Date Assigned to Command |
|---|---|---|---|
| Steven A. Defranco | Inspector | PBBN | 02/15/2008 |
| SIGNATURE | | Last 4 Digits of Soc. Sec. No. | Tax Number |

| 8. Reviewer's Name | Rank/Title | Command | Date Assigned to Command |
|---|---|---|---|
| Steven J. Silks | Deputy Chief | PBBN | 09/04/2007 |
| SIGNATURE | | Last 4 Digits of Soc. Sec. No. | Tax Number |

9. Reviewer: Comments and Recommendations

SM00335

RATEE'S
RANK/NAME  Steven M. Mauriello _____  TAX NO. _____  ASSIGN/COMMAND CO/081 Pct.

RATER'S
RANK/NAME  Steven A. DeFranco _____  TAX NO. _____  ASSIGN/COMMAND PBBN

**NOTE:** A PHOTOCOPY OF THIS COMPLETED PAGE **MUST** BE FORWARDED TO THE EMPLOYEE MANAGEMENT DIVISION AT THE **BEGINNING** OF THE RATING PERIOD

## KEY RESULT AREAS AND PERFORMANCE EXPECTATIONS

**(To Be Completed and Discussed With the Ratee At the Beginning of the Evaluation Period)**

The Rater and Ratee will list each of the ratee's Key Result Areas (KRAs), in order of importance, in the captions listed below. KRAs are those functions and work responsibilities which represent the fundamental reasons why the ratee's position exists. They are the most important areas in which the ratee is expected to perform. Each Key Result Area will include a description of the responsibility. Adjacent to each responsibility, the rater will indicate, in the caption provided, what will be expected of the ratee in order to perform the KRA adequately. This will be a statement describing what conditions will prevail if the KRA is met. A performance expectation is that which the rater will examine to determine if the ratee met the listed Key Result Area.

RATING PERIOD: FROM (Mo.) _07_ (Day) _01_ (Year) _2007_  To (Mo.) _06_ (Day) _30_ (Year) _2008_

Ratee's Initials  _SM_        Rater's Initials

DATE OF DISCUSSION: _09/12/2008_

| KEY RESULT AREAS | PERFORMANCE EXPECTATIONS |
|---|---|
| Listed in order of importance | Indicate Level of Performance Expected to Fulfill KRA |
| 1. CRIME REDUCTION | Monitor complaint reports, identify patterns and trends, coordinate efforts with crime analysis and precinct personnel to reduce crime |
| 2. CHRONIC SICK | Monitor MOS chronic sick, confer with MOS who are nearing chronic sick designation in and effort to reduce MOS from becoming chronic |
| 3. INCREASE COMMAND PRODUCTIVITY | Achieve arrest activity and gather information using targeted enforcement at violence prone locations. Develop information sources within the community to identify targeted offenders. |
| 4. MONITOR OVERTIME | Identify high overtime earners. Review O/T reports and ensure that the overtime submitted is reasonable for the type of assignment noted(ie; arrest, admin) |
| 5. CIVILLIAN COMPLAINTS | Create and monitor programs to reduce civilian complaints. Address community leaders and encourage community participation. |

**THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD (attach second sheet if necessary):**
List any other factors which specifically affected performance in the above KRA's. Indicate by number which KRA was affected and explain below. Also indicate reason for departure from originally established Key Result Areas. (Cite accomplishments, deficiencies or failures, conditions which influenced attainment of specific performance expectations and other performance-related factors which occurred during the rating period):

RATEE'S
RANK/NAME Captain Steven Mauriello _____ TAX NO. _____ ASSIGN/COMMAND 081

RATER'S
RANK/NAME Deputy Inspector Robert Brower _____ TAX NO. _____ ASSIGN/COMMAND 081

## NOTE: A PHOTOCOPY OF THIS COMPLETED PAGE MUST BE FORWARDED TO THE EMPLOYEE MANAGEMENT DIVISION AT THE BEGINNING OF THE RATING PERIOD

## KEY RESULT AREAS AND PERFORMANCE EXPECTATIONS

### (To Be Completed and Discussed With the Ratee At the Beginning of the Evaluation Period)

The Rater and Ratee will list each of the ratee's Key Result Areas (KRA's), in order of importance, in the captions listed below. KRA's are those functions and work responsibilities which represent the fundamental reasons why the ratee's position exists. They are the most important areas in which the ratee is expected to perform. Each Key Result Area will include a description of the responsibility. Adjacent to eachresponsibility the rater will indicate, in the caption provided, what will be expected of the ratee in order to perform the KRA adequately. This will be a statement describing what conditions will prevail if the KRA is met. A performance expectation is that which the rater will examine to determine if the ratee met the listed Key Result Area.

RATING PERIOD: FROM (Mo.) July (Day) 01 (Year) 2007 To (Mo.) June (Day) 30 (Year) 2008
Ratee's Initials: _____   Rater's Initials: _____

DATE OF DISCUSSION: July 31, 2007   Ratee's Initials: _____   Rater's Initials: _____

| KEY RESULT AREAS | PERFORMANCE EXPECTATIONS |
|---|---|
| Listed in order of importance | Indicate Level of Performance Expected to Fulfill KRA |
| 1. CRIME REDUCTION | Monitor complaint reports, identify patterns and trends, coordinate efforts with crime analysis and precinct personnel to reduce crime. |
| 2. CHRONIC SICK | Monitor MOS chronic sick, confer with MOS who are nearing chronic sick designation in effort to reduce MOS from becoming chronic |
| 3. IMPROVE TRAFFIC CONDITIONS | Confer with D.O.T, Borough Commissioner and Precinct Traffic Team to identify concerns and take necessary steps to reduce accidents and improve traffic flow. |
| 4. MONITOR OVERTIME | Identify high overtime earners. Review O/T reports and ensure that the overtime submitted is reasonable for the type of assignment noted (ie; arrest, admin) |
| 5. ADMINISTRATIVE FUNCTIONS | Monitor the self-inspections system. Identify administrative fallacies and ensure compliance with procedures set by Quality Assurance. |

**THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD (attach second sheet if necessary):**
List any other factors which specifically affected performance in the above KRA's. Indicate by number which KRA was affected and explain below. Also indicate reason for departure from originally established Key Result Areas. (Cite accomplishments, deficiencies or failures, conditions which influenced attainment of specific performance expectations and other performance-related factors which occurred during the rating period):

## PERFORMANCE ASSESSMENT
### To be Completed and Discussed with the Ratee at the End of the Evaluation Period

In the captions provided below, the rater will assign a rating for each Key Result by checking the appropriate box under the column **Individual Assessment of Each KRA**. Before doing this, however, the rater and the ratee must together complete the **Performance Achievements** column. From this discussion the rater will provide, in the **Performance Achievements** column, a detailed account of the ACTUAL accomplishments achieved during the rating period. Hence, if the original **Performance Expectations** listed three criteria for performance in a KRA, the **Performance Achievements** must address the ACTUAL RESULTS in each of the three criteria. The ratings for performance in each KRA, namely the **Individual Assessment of Each KRA**, must therefore be justified in light of these actual **Performance Achievements**. Remember, these individual ratings will help to form the basis for the **Overall Evaluation** which will be assigned to the ratee.

| PERFORMANCE ACHIEVEMENTS | INDIVIDUAL ASSESSMENT OF EACH KRA | | | | |
|---|---|---|---|---|---|
| Indicate Actual Achievements Fulfilling KRA | WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
| **CRIME REDUCTION** | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:* Analyzed crime trends and developed plans during the period to address periodic spikes in robbery and shootings which has lead to an almost 13% reduction in index crimes. | | | | | |
| **CHRONIC SICK** | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:* 1.39% (2 members) of this command are designated chronic sick. Captain Mauriello has conferred with MOS who are nearing chronic designation in an effort to reduce members becoming chronic. | | | | | |
| **INCREASE COMMAND PRODUCTIVITY** | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:* Captain Mauriello leadership the 081 precinct has achieved a sizeable increase in Precinct arrests (including Robbery and Burglary arrests) and has vastly increased number Quality of life(Criminal Court summonses) issued. | | | | | |
| **MONITOR OVERTIME** | ☐ | ☒ | ☐ | ☐ | ☐ |
| *Comments:* Captain Mauriello has identified high overtime earners, reviewed overtime reports and ensured that overtime submitted is reasonable for the type of assignment indicated. | | | | | |
| **CIVILIAN COMPLAINTS** | ☐ | ☒ | ☐ | ☐ | ☐ |
| *Comments:* Captain Mauriello has maintained a Civilian Complaint reduction program by counseling MOS receiving complaints and maintaining a relationship with community leaders to ensure professionalism by Officer at all times. However civilian complaints have increase by 5, (22 in 2008) vs. (17 in 2007) during the rating period. | | | | | |

**RECOMMENDATIONS (if relevant):**

**VERIFICATION   (To be Completed at the End of the Evaluation Period)**

"I have shown this Performance Evaluation to the ratee and have fully discussed its contents."

Rater's Signature _____   Date 9/2/08

"I have read this Performance Evaluation and I have received a copy of it."

Ratee's Signature _____   Date

"I wish to appeal this Evaluation." (A.G. 314-11)   Ratee's Signature _____

SM 0338
Page 3

# THIS EVALUATION FORM CANNOT BE COMPLETED WITHOUT REFERRING TO THE ACCOMPANYING GUIDEBOOK

## DIRECTIONS

**(Page 1)**

Box 1 — All captions must be **typewritten.**
Caption "Present Assignment": Indicate general nature of ratee's duties.

Box 2 — a) check reason for submitting evaluation;  b) indicate date evaluation was prepared and dates of rating period.

Box 3 — Check appropriate box. The Overall Evaluation should be based on the general tendency indicated by ratings for individual Key Result Areas as well as the priority or importance of each key responsibility. As a general guideline, if one or two key responsibilities far outweigh the others in importance, the supervisor should center the overall rating around these responsibilities, deviating only if the ratings for the less important responsibilities are significantly higher or lower. Any deviation from the tendency indicated by the individual Key Result Areas ratings must be explained. In arriving at an overall rating the supervisor should also consider performances not covered by the manager's Key Result Area statements. These would also include special projects which came up during the rating period, unanticipated difficulties, or unusual consequences. **REFER TO DEFINITIONS OF STANDARDS IN GUIDE.**

Box 4 — Rater to comment on the ratee's overall performance and indicate the basis for the Overall Evaluation. In addition, when evaluating a precinct commander, document this individual's overall community relations performance.

Box 5, 6, 7 & 8 - Appropriate boxes must be checked and captions must be typewritten.

Box 9 — The reviewer's responsibility is to determine that the evaluation is manifestly fair and accurate. It is the reviewer's option to offer comments and recommendations pertinent to the performance of the ratee.

**(Page 2)**
AT THE BEGINNING OF THE RATING PERIOD THE RATER AND THE RATEE TOGETHER WILL COMPLETE THE CAPTIONS UNDER THE HEADING "KEY RESULT AREAS" AND "PERFORMANCE EXPECTATIONS." A PHOTOCOPY OF PAGE 2 WILL BE FORWARDED TO THE EMPLOYEE MANAGEMENT DIVISION, ROOM 1000, AT THE BEGINNING OF THE RATING PERIOD.

**KEY RESULT AREAS** must be discussed with and understood by the ratee. They represent the most important responsibilities of the ratee and are the fundamental reasons why the ratee's position exists.

**PERFORMANCE EXPECTATIONS**, as well, must be discussed and understood by the ratee. They are those measurements of output and or/outcome (achievements, quality of work, results, etc.) which the rater will examine to determine if the ratee met the Key Result Areas.

**BOTTOM OF PAGE 2 AND ALL OF PAGE 3: TO COMPLETED AT THE END OF THE RATING PERIOD.**

Under the caption **"THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD"**, the rater may choose to address the particular KRA(s) with specific comments.

Under the caption **"PERFORMANCE ACHIEVEMENTS"** will be listed the actual achievements accomplished by the end of the rating period. These are to be contrasted against the original **PERFORMANCE EXPECTATIONS** established at the beginning of the rating period. Hence, post-performance **RESULTS** are viewed in light of the pre-performance expectation.

Under the caption **"INDIVIDUAL ASSESSMENT OF EACH KRA"**, the rater will assign a rating for each Key Result Area by checking the appropriate box and make written comments which justify and explain the basis for the selected rating.

Under the caption **"RECOMMENDATIONS"**, the rater **may** make recommendations and/or discuss plans for future assignments and goals of the ratee.

**VERIFICATION** - At the **END** of the evaluation period the rater will sign the space provided to indicate that the performance evaluation has been shown to, and discussed with, the ratee. The ratee will sign and date the space provided to indicate that he/she has read the **completed** evaluation and has been provided with a copy.

If the ratee wishes to appeal the evaluation he/she will sign and date the appropriate caption.

DISTRIBUTION

* ORIGINAL     — EMPLOYEE MANAGEMENT

* PHOTOCOPY  — RATEE

* PHOTOCOPY  — COMMAND FILE

**REMINDER: A PHOTOCOPY OF PAGE 2 MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION AT THE BEGINNING OF THE RATING PERIOD.**

SM00339

SM00340





PERFORMANCE EVALUATION
CAPTAIN THROUGH DEPUTY CHIEF
PD 439-1517 (Rev. 11-98)-Pent

# THIS FORM MUST BE TYPED

| 1. SURNAME | FIRST | M.I. | RANK | COMMAND/ASSIGNMENT |
|---|---|---|---|---|
| Mauriello | Steven | J | Captain | 081 Precinct/X.O. |

SOCIAL SECURITY NUMBER ▮▮▮   EMPLOYEE TAX NUMBER ▮▮▮   DATE ASSIGNED TO COMMAND 09/22/2006

PRESENT ASSIGNMENT (Brief Description of Duties)

Executive Officer-Monitor crime reduction strategies, traffic stat program, assistance to Commanding Officer regarding the overall Command Operations.

2. REASON FOR SUBMITTING:

(x) ANNUAL  ( ) INTERIM  ( ) PROBATION  ( ) TRANSFER  ( ) OTHER _____ SPECIFY

Date Prepared: __July 29, 2007__   Covers Rating Period From _July 01, 2006_ to: _July 30, 2007_

3. OVERALL EVALUATION: MUST REFER TO THE ACCOMPANYING GUIDEBOOK FOR DEFINITIONS.

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| 5 | 4 | ☒ 3 | 2 | 1 |

LENGTH OF TIME RATER HAS SUPERVISED RATEE: YR. _X_ MO. _Ten (10)_

4. RATER'S COMMENTS : Rater to discuss use the basis for the OVERALL EVALUATION which should be based on the attainment of performance expectations and performance factors listed in this report.

During this rating period Captain Mauriello was assigned as the Executive Officer of the 81st Precinct. He has demonstrated his abilities in his assigned areas. As the traffic Stat coordinator, the traffic program has excelled by posting a 10.4% reduction in accidents. In addition, the summons productivity has vastly improved in hazardous summonses, bus stops, and double parking summonses. He also supervised the Special Operations Unit in the command. The Anti-Crime Unit has sparked a major increase in gun arrests for the command, surpassing the overall 2005 number in 2006 by 1.4% (139 vs. 137). In 2007 gun arrests are up 45% (87 vs. 60). Overall, productivity has increased in PSB Arrests, seven major arrests and DWI arrests. He has maintained a strong relationship in the community which has led to a 26% decrease in Civilian Complaints. Captain Mauriello is a hard working and dedicated member of this command who is dedicated to the values and the mission of this command and the NYC Police Department. I highly recommend Captain Mauriello for a position as a Commanding Officer.

This Performance Evaluation takes into account the employee's compliance with the Department's EEO Guidelines and Federal Title VII statutes and whether the employee was disciplined as a result of same. The Ratee's rights and responsibilities regarding EEO issues were discussed.   Rater's Initials: _▮▮_

5. EDUCATION:   Check Highest level Achieved   ☐ HIGH SCHOOL   ☐ SOME COLLEGE   (No. of Credits) ____

☐ ASSOCIATE DEG.   ☒ BACHELOR'S DEG.   ☐ MASTER'S DEG.   ☐ DOCTORATE   ☐ JURIS DOCTORATE

HAS MEMBER INCREASED ACHIEVEMENT/CREDIT LEVEL DURING RATING PERIOD?  ☐ Yes   ☒ No

6. 
| Number of times reported sick in past 12 months: | Number of work days on sick report in past 12 months: | Number of times Line of Duty in past 12 months: | Total work days lost: |
|---|---|---|---|
| # 0 | # 0 | # 0 | Reg. sick days 0 / Line of Duty 0 / Total # 0 |

| | Name | Rank/Title | Command | Social Security Number | Date Assigned to Command | Tax Number |
|---|---|---|---|---|---|---|
| 7. Rater's Name | Robert J. Brower | Deputy Inspector | 081 | ▮▮▮ | 08/02/2002 | ▮▮▮ |
| 8. Reviewer's Name | Thomas J. Moran | Inspector | PBBN | ▮▮▮ | 10/02/2002 | ▮▮▮ |

SIGNATURE (Rater) ✒

SIGNATURE (Reviewer) ✒

9. Reviewer: Comments and Recommendations

RATEE'S
RANK/NAME ___ Captain Steven J. Mauriello ___ TAX NO. ____ ASSIGN./COMMAND __081__

RATER'S
RANK/NAME ___ Deputy Inspector Robert J. Brower ___ TAX NO. ____ ASSIGN./COMMAND __081__

**NOTE:** A PHOTOCOPY OF THIS COMPLETED PAGE **MUST** BE FORWARDED TO THE EMPLOYEE MANAGEMENT DIVISION AT THE **BEGINNING** OF THE RATING PERIOD

## KEY RESULT AREAS and PERFORMANCE EXPECTATIONS
### (To Be Completed and Discussed With the Ratee At the Beginning of the Evaluation Period)

The Rater and Ratee will list each of the ratee's Key Result Areas (KRA's), in order of importance, in the captions listed below. KRA's are those functions and work responsibilities which represent the fundamental reasons why the ratee's position exists. They are the most important areas in which the ratee is expected to perform. Each Key Result Area will include a description of the responsibility. Adjacent to each responsibility the rater will indicate, in the caption provided, what will be expected of the ratee in order to perform the KRA adequately. This will be a statement describing what conditions will prevail if the KRA is met. A performance expectation is that which the rater will examine to determine if the ratee met the listed Key Result Area.

RATING PERIOD: FROM (Mo.) July __ (Day) 01 __ (Year) 2006   To (Mo.) July __ (Day) 30 __ (Year) 2007

DATE OF DISCUSSION: _____   Ratee's Initials: _SJM_   Rater's Initials: _RB_

| KEY RESULT AREAS | PERFORMANCE EXPECTATIONS |
|---|---|
| Listed in order of importance | Indicate Level of Performance Expected to Fulfill KRA |
| **1.** CRIME REDUCTION | Monitor Complaint Reports to identify trends, coordinate efforts with Crime Analysis and Precinct personnel to reduce crime in targeted areas. |
| **2.** INCREASE COMMAND PRODUCTIVITY | Achieve arrest activity and gather information using targeted enforcement at violence prone locations. Develop information sources within the community to identify targeted offenders. |
| **3.** CHRONIC SICK | Monitor MOS on sick, confer with any MOS who are nearing chronic designation in an effort to reduce MOS on chronic sick. |
| **4.** OVERTIME | Identify high overtime earners. Review O/T reports to ensure that the O/T submitted is reasonable for the type of assignment. |
| **5.** CIVILIAN COMPLAINTS | Create and monitor programs to reduce civilian complaints. Address community leaders and encourage community participation. |

**THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD (attach second sheet if necessary):** List any other factors which specifically affected performance in the above KRA's. Indicate by number which KRA was affected and explain below. Also indicate reason for departure from originally established Key Result Areas. (Cite accomplishments, deficiencies or failures, conditions which influenced attainment of specific performance expectations and other performance-related factors which occurred during the rating period):

SM00341
Page 2

CO/BN.ACU

| RATEE'S RANK/NAME | CAPT STEVEN MAURIELLO | TAX NO. | ASSIGN./COMMAND | ADJ/PBBN |
|---|---|---|---|---|
| RATER'S RANK/NAME | INSPECTOR MORAN | TAX NO. | ASSIGN./COMMAND | |

**NOTE:** A PHOTOCOPY OF THIS COMPLETED PAGE **MUST** BE FORWARDED TO THE EMPLOYEE MANAGEMENT DIVISION AT THE **BEGINNING** OF THE RATING PERIOD

## KEY RESULT AREAS AND PERFORMANCE EXPECTATIONS

**(To Be Completed and Discussed With the Ratee At the Beginning of the Evaluation Period)**

The Rater and Ratee will list each of the ratee's Key Result Areas (KRA's), in order of importance, in the captions listed below. KRA's are those functions and work responsibilities which represent the fundamental reasons why the ratee's position exists. They are the most important areas in which the ratee is expected to perform. Each Key Result Area will include a description of the responsibility. Adjacent to each responsibility the rater will indicate, in the caption provided, what will be expected of the ratee in order to perform the KRA adequately. This will be a statement describing what conditions will prevail if the KRA is met. A performance expectation is that which the rater will examine to determine if the ratee met the listed Key Result Area.

RATING PERIOD: FROM (Mo.) ___01/17/06___ (Day) ___ (Year) ___ To (Mo.) ___6___ (Day) ___30___ (Year) ___2007___

Rater's Initials ___ | Ratee's Initials ___

DATE OF DISCUSSION: ___

| KEY RESULT AREAS | PERFORMANCE EXPECTATIONS |
|---|---|
| Listed in order of importance | Indicate Level of Performance Expected to Fulfill KRA |
| 1. CRIME REDUCTION | MONITOR COMPLAINT REPORTS TO IDENTIFY TRENDS, COORDINATED EFFORTS WITH CRIME ANALYSIS AND PRECINCT PERSONNEL TO REDUCE CRIME IN TARGETED AREAS |
| 2. INCREASE COMMAND PRODUCTIVITY | ACHIEVE ARREST ACTIVITY AND GATHER INFORMATION USING TARGETED ENFORCEMENT AT VIOLENCE PRONE LOCATIONS. DEVELOP INFORMATION SOURCES WITHIN THE COMMUNITY TO IDENTIFY . TARGETED OFFENDERS |
| 3. CHRONIC SICK | MONITOR MOS ON SICK, CONFER WITH ANY MOS WHO ARE NEARING CHRONIC SICK DESIGNATION IN AN EFFORT TO REDUCE MOS ON CHRONIC SICK. |
| 4. OVERTIME | IDENTIFY HIGH OVERTIME EARNERS.  REVIEW OT REPORTS OF HIGH OT EARNERS TO ENSURE OT SUBMITTED IS REASONABLE FOR TYPE OF ASSIGNMENT. |
| 5. CIVILIAN COMPLAINTS | CREATE AND MONITOR PROGRAMS TO REDUCE CIVILIAN COMPLAINTS.  ADDRESS COMMUNITY LEADERS AND ENCOURAGE COMMUNITY PARTICIPATION. |

**THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD (attach second sheet if necessary):** List any other factors which specifically affected performance in the above KRA's. Indicate by number which KRA was affected and explain below. Also indicate reason for departure from originally established Key Result Areas. (Cite accomplishments, deficiencies or failures, conditions which influenced attainment of specific performance expectations and other performance-related factors which occurred during the rating period):

SM00342

Page 2

## PERFORMANCE ASSESSMENT
### (To be Completed and Discussed with the Ratee at the End of the Evaluation Period)

In the captions provided below, the rater will assign a rating for each Key Result Area by checking the appropriate box under the column **Individual Assessment of Each KRA**. Before doing this, however, the rater and the ratee must together complete the **Performance Achievements** column. From this discussion the rater will provide, in the **Performance Achievements** column, a detailed account of the ACTUAL accomplishments achieved during the rating period. Hence, if the original **Performance Expectations** listed three criteria for performance in a KRA, the **Performance Achievements** must address the ACTUAL RESULTS in each of the three criteria. The ratings for performance in each KRA, namely the **Individual Assessment of Each KRA**, must therefore be justified in light of these actual **Performance Achievements**. Remember, these individual ratings will help to form the basis for the **Overall Evaluation** which will be assigned to the ratee.

| PERFORMANCE ACHIEVEMENTS<br><br>Indicate Actual Achievements Fulfilling KRA | INDIVIDUAL ASSESSMENT OF EACH KRA | | | | |
|---|---|---|---|---|---|
| | WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
| CRIME REDUCTION | ☐ | ☒ | ☐ | ☐ | ☐ |
| *Comments:*<br>Analyzed crime trends and developed plans during the period to address periodic spikes in robbery and shooting incidents. | | | | | |
| INCREASE COMMAND PRODUCTIVITY | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:*<br>Sizable increases in hazardous summonses, seat belt summonses and double parking summonses as well and increase in Criminal Court summonses. PSB, DWI, 7 Majors and Gun arrests have increase | | | | | |
| CHRONIC SICK | ☐ | ☒ | ☐ | ☐ | ☐ |
| *Comments:*<br>3.4% (6 members) of this command are designated chronic sick.   Captain Mauriello has conferred with MOS who are nearing chronic designation in effort to reduce members becoming chronic. | | | | | |
| OVERTIME | ☐ | ☒ | ☐ | ☐ | ☐ |
| *Comments:*<br>Captain Mauriello has identified high overtime earners, reviewed overtime reports and ensured that overtime submitted is reasonable for the type of assignment indicated. | | | | | |
| CIVILIAN COMPLAINTS | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:*<br>Captain Mauriello has maintained a Civilian Complaint reduction program by counseling MOS receiving complaints and maintaining a relationship with community leaders to ensure profession-alism by Officers at all times. A 26% reduction | | | | | |

**RECOMMENDATIONS (if relevant):**   is noted during this rating period.

**VERIFICATION   (To be Completed at the End of the Evaluation Period)**

"I have shown this Performance Evaluation to the ratee and have fully discussed its contents."

_____ D.I. ___ _____ 7/31/07
                        Rater's Signature        Date

"I have read this Performance Evaluation and I have received a copy of it."

Capt Steve Mauri___ _____ 7/31/07
                        Ratee's Signature        Date

"I wish to appeal this Evaluation." (A.G. 303-20)

_____ _____ _____
                        Ratee's Signature        Date





**PERFORMANCE EVALUATION**
**CAPTAIN THROUGH DEPUTY CHIEF**
PD 439-1517 (Rev. 11-98)-Pent

## THIS FORM MUST BE TYPED

**1. SURNAME** — MAURIELLO   **FIRST** — STEVEN   **M.I.** — J.   **RANK** — CAPTAIN   **COMMAND/ASSIGNMENT** — BNBC/ CO

SOCIAL SECURITY NUMBER   EMPLOYEE TAX NUMBER   DATE ASSIGNED TO COMMAND — 12/2004

P—————NT (Brief Description of Duti—

Commanding Officer: responsible for the overall performance, efficiency, and discipline of personnel under his command while maintaining personal contact and addressing the needs of the community.

**2. REASON FOR SUBMITTING:**
(X) ANNUAL   ( ) INTERIM   ( ) PROBATION   ( ) TRANSFER   ( ) OTHER _____ SPECIFY

Date Prepared: 8/17/06   Covers Rating Period From 7/1/05   to: 6/30/06

**3. OVERALL EVALUATION: MUST REFER TO THE ACCOMPANYING GUIDEBOOK FOR DEFINITIONS.**

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| 5 | 4 (X) | 3 | 2 | 1 |

LENGTH OF TIME RATER HAS SUPERVISED RATEE:   YR. 1   MO. ___

**4. RATER'S COMMENTS :** Rater to discuss the basis for the **OVERALL EVALUATION** which should be based on the attainment of performance expectations and performance factors listed in this report.

During the 2005/ 2006 rating period, as the Commanding Officer of the Patrol Borough North Anti-Crime Unit, Captain Mauriello has demonstrated his abilities. His unit has improved with an increase of 15% in arrests and 16% in firearm recoveries. His leadership has enhanced the relationship of the police with the community reducing civilian complaints by 77%. He is a hard working and dedicated professional who maintains a high degree of integrity.

This Performance Evaluation takes into account the employee's compliance with the Department's EEO Guidelines and Federal Title VII statutes and whether the employee was disciplined as a result of same. The Ratee's rights and responsibilities regarding EEO issues were discussed.

Rater's Initials: ___

**5. EDUCATION:** Check Highest level Achieved

| ☐ ASSOCIATE DEG. | ☒ BACHELOR'S DEG. | ☐ HIGH SCHOOL | ☐ SOME COLLEGE | (No. of Credits) |
| | | ☐ MASTER'S DEG. | ☐ DOCTORATE | ☐ JURIS DOCTORATE |

HAS MEMBER INCREASED ACHIEVEMENT/CREDIT LEVEL DURING RATING PERIOD?   ☐ Yes   ☐ No

**6.**

| Number of times reported sick in past 12 months: | Number of work days on sick report in past 12 months: | Number of times Line of Duty in past 12 months: | Total work days lost: |
|---|---|---|---|
| # 0 | # 0 | # 0 | Reg. sick days 0 |
| | | | Line of Duty 0 |
| | | | Total # 0 |

**7.** Rater's Name — Thomas J. Moran   Rank/Title — Inspector   Command — PBBN   Date Assigned to Command — 10/2002

SIGNATURE   Social Security Number   Tax Number

**8.** Reviewer's Name — Michael A. Marino   Rank/Title — Dep. Chief   Command — PBBN   Date Assigned to Command — 09/30/2005

SIGNATURE   Social Security Number   Tax Number

**9.** Reviewer: Comments and Recommendations

SM00344

| RATEE'S RANK/NAME | CAPT STEVEN MAURIELLO | TAX NO. | ASSIGN./COMMAND | CO/BNACU |
| RATER'S RANK/NAME | INSPECTOR MORAN | TAX NO. | ASSIGN./COMMAND | ADJ/PBBN |

**NOTE:** A **PHOTOCOPY** OF THIS COMPLETED PAGE **MUST** BE FORWARDED TO THE **EMPLOYEE MANAGEMENT DIVISION** AT THE **BEGINNING** OF THE RATING PERIOD

## KEY RESULT AREAS AND PERFORMANCE EXPECTATIONS

### (To Be Completed and Discussed With the Ratee At the Beginning of the Evaluation Period)

The Rater and Ratee will list each of the ratee's Key Result Areas (KRA's), in order of importance, in the captions listed below. KRA's are those functions and work responsibilities which represent the fundamental reasons why the ratee's position exists. They are the most important areas in which the ratee is expected to perform. Each Key Result Area will include a description of the responsibility. Adjacent to each responsibility the rater will indicate, in the caption provided, what will be expected of the ratee in order to perform the KRA adequately. This will be a statement describing what conditions will prevail if the KRA is met. A performance expectation is that which the rater will examine to determine if the ratee met the listed Key Result Area.

RATING PERIOD: FROM (Mo.) 7 (Day) 1 (Year) 2005, 6  Ratee's Initials: SM  To (Mo.) 6 (Day) 30 (Year) 2006  Rater's Initials

DATE OF DISCUSSION: 8/17/06

| KEY RESULT AREAS | PERFORMANCE EXPECTATIONS |
|---|---|
| Listed in order of importance | Indicate Level of Performance Expected to Fulfill KRA |
| **1.** CRIME REDUCTION | MONITOR COMPLAINT REPORTS TO IDENTIFY TRENDS, COORDINATE. EFFORTS WITH CRIME ANALYSIS AND PRECINCT PERSONNEL TO REDUCE CRIME IN TARGETED AREAS |
| **2.** INCREASE COMMAND PRODUCTIVITY | ACHIEVE ARREST ACTIVITY AND GATHER INFORMATION USING TARGETED ENFORCEMENT AT VIOLENCE PRONE LOCATIONS. DEVELOP INFORMATION SOURCES WITHIN THE COMMUNITY TO IDENTIFY . TARGETED OFFENDERS |
| **3.** CHRONIC SICK | MONITOR MOS ON SICK, CONFER WITH ANY MOS WHO ARE NEARING CHRONIC SICK DESIGNATION IN AN EFFORT TO REDUCE MOS ON CHRONIC SICK. |
| **4.** OVERTIME | IDENTIFY HIGH OVERTIME EARNERS. REVIEW OT REPORTS OF HIGH OT EARNERS TO ENSURE OT SUBMITTED IS REASONABLE FOR TYPE OF ASSIGNMENT. |
| **5.** CIVILIAN COMPLAINTS | CREATE AND MONITOR PROGRAMS TO REDUCE CIVILIAN COMPLAINTS. ADDRESS COMMUNITY LEADERS AND ENCOURAGE COMMUNITY PARTICIPATION. |

**THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD (attach second sheet if necessary):** List any other factors which specifically affected performance in the above KRA's. Indicate by number which KRA was affected and explain below. Also indicate reason for departure from originally established Key Result Areas. (Cite accomplishments, deficiencies or failures, conditions which influenced attainment of specific performance expectations and other performance-related factors which occurred during the rating period):

## PERFORMANCE ASSESSMENT
### To be Completed and Discussed with the Ratee at the End of the Evaluation Period

In the captions provided below, the rater will assign a rating for each Key Result by checking the appropriate box under the column **Individual Assessment of Each KRA.** Before doing this however, the rater and the ratee must together complete the **Performance Achievements** column. From this discussion the rater will provide, in the **Performance Achievements** column, a detailed account of the ACTUAL accomplishments achieved during the rating period. Hence, if the original **Performance Expectations** listed three criteria for performance in a **KRA,** the **Performance Achievements** must address the ACTUAL RESULTS in each of the three criteria. The ratings for performance in each KRA, namely the **Individual Assessment of Each KRA,** must therefore be justified in light of these actual **Performance Achievements.** Remember, these individual ratings will help to form the basis for the **Overall Evaluation** which will be assigned to the ratee.

| PERFORMANCE ACHIEVEMENTS

Indicate Actual Achievements Fulfilling KRA | INDIVIDUAL ASSESSMENT OF EACH KRA | | | | |
|---|---|---|---|---|---|
| | WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
| ADDRESSED CRIME BY FAMILARIZING THE UNIT WITH PCT CONDITIONS. TARGETED VIOLENCE PRONE LOCATIONS AND IDENTIFIED TARGETED OFFENDERS.  MAINTAINED A LIASON WITH PAROLE TO ADDRESS CONDITIONS. | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:*  PERFORMANCE EXPECTATIONS HAVE BEEN EXCEEDED | | | | | |
| HAS INCREASED ARREST ACTIVITY FOR TARGETED OFFENSES BY 15%. | ☒ | ☐ | ☐ | ☐ | ☐ |
| *Comments:*  PERFORMANCE EXPECTATIONS HAVE BEEN EXCEEDED | | | | | |
| HAS REDUCED MOS ON CHRONIC SICK TO LESS THAN 1% BY MONITORING MOS ON CHRONIC SICK, CONFERRING WITH MOS WHO ARE NEARING CHRONIC SICK DESIGNATION IN AN EFFORT TO REDUCE MOS ON CHRONIC SICK. | ☐ | ☒ | ☐ | ☐ | ☐ |
| *Comments:*  PERFORMANCE EXPECTATIONS HAVE BEEN MET | | | | | |
| IDENTIFIED HIGH OVERTIME EARNERS.  REVIEWED OT REPORTS OF HIGH OT EARNERS TO ENSURE OT SUBMITTED IS REASONABLE FOR TYPE OF ASSIGNMENT | ☐ | ☒ | ☐ | ☐ | ☐ |
| *Comments:*  PERFORMANCE EXPECTATIONS HAVE BEEN MET | | | | | |
| HAS CREATED AND MONITORED PROGRAMS TO REDUCE CIVILIAN COMPLAINTS. MET WITH COMMUNITY LEADERS AND ENCOURAGED COMMUNITY PARTICIPATION. | ☐ | ☒ | ☐ | ☐ | ☐ |
| *Comments:*  PERFORMANCE EXPECTATIONS HAVE BEEN MET | | | | | |

## RECOMMENDATIONS (If relevant):

**VERIFICATION   (To be Completed at the End of the Evaluation Period)**

"I have shown this Performance Evaluation to the ratee and have fully discussed its contents."

_____  _Rater's Signature_   8/17/06  _Date_

"I have read this Performance Evaluation and I have received a copy of it."

_____  _Ratee's Signature_   _____ _Date_

"I wish to appeal this Evaluation." (A.G. 303-20)

_____  _Ratee's Signature_   _____ _Date_

SM00346




### PERFORMANCE EVALUATION
### CAPTAIN THROUGH DEPUTY CHIEF
PD 439-1517 (Rev. 11-98)-Pent

## THIS FORM MUST BE TYPED

**1.** SURNAME: MAURIELLO   FIRST: STEVEN   M.I.: M.   RANK: CAPTAIN   COMMAND/ASSIGNMENT: BNBC/ CO

SOC ████ NUMBER   E ████ AX NUMBER   12/15/2004 DATE ASSIGNED TO COMMAND

PRESENT ASSIGNMENT (Brief Description of Duties)

Commanding Officer: responsible for the overall performance, efficiency, and discipline of personnel under his command while maintaining personal contact and addressing the needs of the community.

**2.** REASON FOR SUBMITTING:
(X) ANNUAL   ( ) INTERIM   ( ) PROBATION   ( ) TRANSFER   ( ) OTHER _____
7/10/05   7/1/04   SPECIFY   6/30/05

Date Prepared: _____   Covers Rating Period From _____ to: _____

**3.** OVERALL EVALUATION: MUST REFER TO THE ACCOMPANYING GUIDEBOOK FOR DEFINITIONS.

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| [X] | 4 | 3 | 2 | 1 |

LENGTH OF TIME RATER HAS SUPERVISED RATEE:   YR. ____   MO. 6

**4.** RATER'S COMMENTS : Rater to discuss the basis for the **OVERALL EVALUATION** which should be based on the attainment of performance expectations and performance factors listed in this report.

During the 2004/2005 rating period, Captain Mauriello has demonstrated excellent abilities during his tenure as the Executive Officer of the 69th Precinct. His assistance to the Precinct Commander continued the command's crime reduction. He was able to reduce traffic accidents and improve traffic conditions in the 77th Precinct. He also assisted the commanding officer in improving the quality of life for the residents of this precinct. Captain Mauriello's abilities have resulted in his current assignment as Commanding Officer of the Patrol Borough Brooklyn North Anti-Crime Unit. It is anticipated that the success realized to date will continue under his leadership.

This Performance Evaluation takes into account the employee's compliance with the Department's EEO Guidelines and Federal Title VII statutes and whether the employee was disciplined as a result of same. The Ratee's rights and responsibilities regarding EEO issues were discussed.

Rater's Initials: _____

**5.** EDUCATION:   Check Highest level Achieved   [ ] HIGH SCHOOL   [ ] SOME COLLEGE   (No. of Credits) ____
[ ] ASSOCIATE DEG.   [X] BACHELOR'S DEG.   [ ] MASTER'S DEG.   [ ] DOCTORATE   [ ] JURIS DOCTORATE

HAS MEMBER INCREASED ACHIEVEMENT/CREDIT LEVEL DURING RATING PERIOD? [ ] Yes   [ ] No

**6.**
| Number of times reported sick in past 12 months: | Number of work days on sick report in past 12 months: | Number of times Line of Duty in past 12 months: | Total work days lost: Reg. sick days — 0, Line of Duty — 0 |
|---|---|---|---|
| # 0 | # 0 | # 0 | Total # — 0 |

**7.** Rater's Name: Thomas J. Moran   Rank/Title: Inspector   Command: PBBN   Social ████   Date Assigned to Command: 1/31/2012

SIGNATURE: _[signature]_

**8.** Reviewer's Name: Joseph F.X. Cunneen   Rank/Title: Asst. Chief   Command: PBBN   Social ████   Date Assigned to Command: ____

SIGNATURE: _____

**9.** Reviewer: Comments and Recommendations

SM00347

| | | | CO/BNBC |
|---|---|---|---|
| RATEE'S RANK/NAME | CAPTAIN MAURIELLO | TAX NO. ████ | ASSIGN/COMMAND |
| | | | ADJ/PBBN |
| RATER'S RANK/NAME | INSPECTOR MORAN | TAX NO. ████ | ASSIGN/COMMAND |

**NOTE: A PHOTOCOPY OF THIS COMPLETED PAGE MUST BE FORWARDED TO THE EMPLOYEE MANAGEMENT DIVISION AT THE BEGINNING OF THE RATING PERIOD**

## KEY RESULT AREAS AND PERFORMANCE EXPECTATIONS

**(To Be Completed and Discussed With the Ratee At the Beginning of the Evaluation Period)**

The Rater and Ratee will list each of the ratee's Key Result Areas (KRA's), in order of importance, in the captions listed below. KRA's are those functions and work responsibilities which represent the fundamental reasons why the ratee's position exists. They are the most important areas in which the ratee is expected to perform. Each Key Result Area will include a description of the responsibility. Adjacent to each responsibility the rater will indicate, in the caption provided, what will be expected of the ratee in order to perform the KRA adequately. This will be a statement describing what conditions will prevail if the KRA is met. A performance expectation is that which the rater will examine to determine if the ratee met the listed Key Result Area.

RATING PERIOD:  FROM (Mo.) 7  (Day) 01  (Year) 2004   To (Mo.) 6  (Day) 30  (Year) 2005

DATE OF DISCUSSION: 1/10/05   Ratee's Initials ____   Rater's Initials ____

| KEY RESULT AREAS | PERFORMANCE EXPECTATIONS |
|---|---|
| Listed in order of importance | Indicate Level of Performance Expected to Fulfill KRA |
| 1. SHOOTING REDUCTION | AGGRESSIVELY TARGET SHOOTING / NARCOTICS LOCATIONS. IDENTIFY INDIVIDUALS WITH PROPENSITY TOWARDS VIOLENCE FOR TARGETED ENFORCEMENT. |
| 2. INCREASE COMMAND PRODUCTIVITY | ACHIEVE ARREST ACTIVITY AND GATHER INFORMATION USING TARGETED ENFORCEMENT ACTIVITY AT VIOLENCE PRONE AND PERSISTENT QUALITY OF LIFE PROBLEM LOCATIONS. |
| 3. CHRONIC SICK | MONITOR MOS ON CHRONIC SICK, CONFERRED WHO ARE NEARING CHRONIC SICK DESIGNATION IN AN EFFORT TO REDUCE MOS ON SICK. |
| 4. MONITOR OVERTIME | IDENTIFY HIGH OVERTIME EARNERS.  REVIEW OT REPORTS OF HIGH OT EARNERS TO ENSURE OT SUBMITTED IS REASONABLE FOR TYPE OF ASSIGNMENT. |
| 5. CIVILIAN COMPLAINTS | CREATE AND MONITOR PROGRAMS TO REDUCE CIVILIAN COMPLAINTS. MEET WITH COMMUNITY LEADERS AND ENCOURAGE COMMUNITY PARTICIPATION. |

**THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD (attach second sheet if necessary):** List any other factors which specifically affected performance in the above KRA's. Indicate by number which KRA was affected and explain below. Also indicate reason for departure from originally established Key Result Areas. (Cite accomplishments, deficiencies or failures, conditions which influenced attainment of specific performance expectations and other performance-related factors which occurred during the rating period):

| RATEE'S RANK/NAME | CAPTAIN MAURIELLO | | TAX NO. | | | | CO/BNBC |
|---|---|---|---|---|---|---|---|
| | | | | | ASSIGN./COMMAND | | ADJ/PBBN |
| RATER'S RANK/NAME | INSPECTOR MORAN | | TAX NO. | | | ASSIGN./COMMAND | |

**NOTE:** A PHOTOCOPY OF THIS COMPLETED PAGE MUST BE FORWARDED TO THE EMPLOYEE MANAGEMENT DIVISION AT THE BEGINNING OF THE RATING PERIOD

## KEY RESULT AREAS AND PERFORMANCE EXPECTATIONS

**(To Be Completed and Discussed With the Ratee At the Beginning of the Evaluation Period)**

The Rater and Ratee will list each of the ratee's Key Result Areas (KRA's), in order of importance, in the captions listed below. KRA's are those functions and work responsibilities which represent the fundamental reasons why the ratee's position exists. They are the most important areas in which the ratee is expected to perform. Each Key Result Area will include a description of the responsibility. Adjacent to each responsibility the rater will indicate, in the caption provided, what will be expected of the ratee in order to perform the KRA adequately. This will be a statement describing what conditions will prevail if the KRA is met. A performance expectation is that which the rater will examine to determine if the ratee met the listed Key Result Area.

RATING PERIOD:  FROM (Mo.) 7  (Day) 01  (Year) 2005  To (Mo.) 6  (Day) 30  (Year) 2006

Ratee's Initials _____

DATE OF DISCUSSION:  7/17/05   Rater's Initials _____

| KEY RESULT AREAS | PERFORMANCE EXPECTATIONS |
|---|---|
| listed in order of importance | Indicate Level of Performance Expected to Fulfill KRA |
| CRIME REDUCTION | AGGRESSIVELY TARGET SHOOTING / ROBBERY LOCATIONS. IDENTIFY INDIVIDUALS WITH PROPENSITY TOWARDS VIOLENCE FOR TARGETED ENFORCEMENT. |
| INCREASE COMMAND PRODUCTIVITY | ACHIEVE ARREST ACTIVITY AND GATHER INFORMATION USING TARGETED ENFORCEMENT ACTIVITY AT VIOLENCE PRONE LOCATIONS. DEVELOP INFORMATION SOURCES WITHIN THE COMMUNITY. |
| CHRONIC SICK | MONITOR MOS ON CHRONIC SICK, CONFERRED WHO ARE NEARING CHRONIC SICK DESIGNATION IN AN EFFORT TO REDUCE MOS ON SICK. |
| MONITOR OVERTIME | IDENTIFY HIGH OVERTIME EARNERS.  REVIEW OT REPORTS OF HIGH OT EARNERS TO ENSURE OT SUBMITTED IS REASONABLE FOR TYPE OF ASSIGNMENT. |
| CIVILIAN COMPLAINTS | CREATE AND MONITOR PROGRAMS TO REDUCE CIVILIAN COMPLAINTS. MEET WITH COMMUNITY LEADERS AND ENCOURAGE COMMUNITY PARTICIPATION. |

THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD (attach second sheet if necessary): List any other factors which specifically affected performance in the above KRA's. Indicate by number which KRA was affected and explain. Also indicate reason for departure from originally established Key Result Areas. (Cite accomplishments, deficiencies or failures, conditions which influenced attainment of specific performance expectations and other performance-related factors which occurred during the rating period):

P 00349

## PERFORMANCE ASSESSMENT
### To be Completed and Discussed with the Ratee at the End of the Evaluation Period)

In the captions provided below, the rater will assign a rating for each Key Result by checking the appropriate box under the column **Individual Assessment of Each KRA**. Before doing this, however, the rater and the ratee must together complete the **Performance Achievements** column. From this discussion the rater will provide, in the **Performance Achievements** column, a detailed account of the ACTUAL accomplishments achieved during the rating period. Hence, if the original **Performance Expectations** listed three criteria for performance in a **KRA**, the **Performance Achievements** must address the ACTUAL RESULTS in each of the three criteria. The ratings for performance in each KRA, namely the **Individual Assessment of Each KRA**, must therefore be justified in light of these actual **Performance Achievements**. Remember, these individual ratings will help to form the basis for the **Overall Evaluation** which will be assigned to the ratee.

| PERFORMANCE ACHIEVEMENTS | INDIVIDUAL ASSESSMENT OF EACH KRA | | | | | |
|---|---|---|---|---|---|---|
| Indicate Actual Achievements Fulfilling KRA | WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS | |
| BOROUGH CRIME HAS AGGRESSIVELY TARGETED SHOOTING LOCATIONS AND IDENTIFIED INDIVIDUALS WITH PROPENSITY TOWARDS VIOLENCE FOR TARGETED ENFORCEMENT. | ☒ | ☐ | ☐ | ☐ | ☐ | Comments: PERFORMANCE EXPECTATIONS HAVE BEEN EXCEEDED |
| CAPTAIN MAURIELLO HAS ACHIEVED ARREST ACTIVITY AND USED INFORMATION GATHERING TECHNIQUES TOWARDS ADDRESSING VIOLENCE AT TARGETED LOCATIONS. | ☒ | ☐ | ☐ | ☐ | ☐ | Comments: PERFORMANCE EXPECTATIONS HAVE BEEN EXCEEDED |
| CAPTAIN MAURIELLO HAS MONITORED MOS ON CHRONIC SICK, CONFERRED WITH MOS WHO ARE NEARING CHRONIC SICK DESIGNATION IN AN EFFORT TO REDUCE MOS ON CHRONIC SICK. EXCEEDED | ☒ | ☐ | ☐ | ☐ | ☐ | Comments: PERFORMANCE EXPECTATIONS HAVE BEEN |
| IDENTIFIED HIGH OVERTIME EARNERS. REVIEWED OT REPORTS OF HIGH OT EARNERS TO ENSURE OT SUBMITTED IS REASONABLE FOR TYPE OF ASSIGNMENT. | ☒ | ☐ | ☐ | ☐ | ☐ | Comments: PERFORMANCE EXPECTATIONS HAVE BEEN EXCEEDED |
| CAPTAIN MAURIELLO HAS CREATED AND MONITOR PROGRAMS TO REDUCE CIVILIAN COMPLAINTS. MET WITH COMMUNITY LEADERS AND ENCOURAGED COMMUNITY PARTICIPATION. | ☒ | ☐ | ☐ | ☐ | ☐ | Comments: PERFORMANCE EXPECTATIONS HAVE BEEN EXCEEDED |

## RECOMMENDATIONS (if relevant):

## VERIFICATION   (To be Completed at the End of the Evaluation Period)

"I have shown this Performance Evaluation  to the ratee and have fully discussed its contents."

_____  Rater's Signature        Date 7/1/05

"I have read this Performance Evaluation and I have received a copy of it."

_____  Ratee's Signature        Date 7/2/05

"I wish to appeal this Evaluation." (A.G. 303-20)

_____  Ratee's Signature

DEF00350
Page 3

# THIS EVALUATION FORM CANNOT BE COMPLETED WITHOUT REFERRING TO THE ACCOMPANYING GUIDEBOOK

## DIRECTIONS

**(Page 1)**

Box 1 — All captions must be **typewritten.**
Caption "Present Assignment": indicate general nature of ratee's duties.

Box 2 — a) check reason for submitting evaluation;   b) indicate date evaluation was prepared and dates of rating period.

Box 3 — Check appropriate box. The Overall Evaluation should be based on the general tendency indicated by ratings for individual Key Result Areas as well as the priority or importance of each key responsibility. As a general guideline, if one or two key responsibilities far outweigh the others in importance, the supervisor should center the overall rating around these responsibilities, deviating only if the ratings for the less important responsibilities are significantly higher or lower. Any deviation from the tendency indicated by the individual Key Result Areas ratings must be explained. In arriving at an overall rating the supervisor should also consider performances not covered by the manager's Key Result Area statements. These would also include special projects which came up during the rating period, unanticipated difficulties, or unusual consequences. **REFER TO DEFINITIONS OF STANDARDS IN GUIDE.**

Box 4 — Rater to comment on the ratee's overall performance and indicate the basis for the Overall Evaluation. In addition, when evaluating a precinct commander, document this individual's overall community relations performance.

Box 5, 6, 7 & 8 - Appropriate boxes must be checked and captions must be typewritten.

Box 9 — The reviewer's responsibility is to determine that the evaluation is manifestly fair and accurate. It is the reviewer's option to offer comments and recommendations pertinent to the performance of the ratee.

**(Page 2)**
AT THE BEGINNING OF THE RATING PERIOD THE RATER AND THE RATEE TOGETHER WILL COMPLETE THE CAPTIONS UNDER THE HEADING "KEY RESULT AREAS" AND "PERFORMANCE EXPECTATIONS." A PHOTOCOPY OF PAGE 2 WILL BE FORWARDED TO THE EMPLOYEE MANAGEMENT DIVISION, ROOM 1000, AT THE BEGINNING OF THE RATING PERIOD.

**KEY RESULT AREAS** must be discussed with and understood by the ratee. They represent the most important responsibilities of the ratee and are the fundamental reasons why the ratee's position exists.

**PERFORMANCE EXPECTATIONS,** as well, must be discussed and understood by the ratee. They are those measurements of output and or/outcome (achievements, quality of work, results, etc.) which the rater will examine to determine if the ratee met the Key Result Areas.

**BOTTOM OF PAGE 2 AND ALL OF PAGE 3: TO COMPLETED AT THE END OF THE RATING PERIOD.** the rater may choose to address the particular KRA(s) with specific comments.

Under the caption **"THIS SECTION TO BE COMPLETED AT THE END OF THE RATING PERIOD"**, the rater may choose to address the particular KRA(s) with specific comments.

Under the caption **"PERFORMANCE ACHIEVEMENTS"** will be listed the actual achievements accomplished by the end of the rating period. These are to be contrasted against the original **PERFORMANCE EXPECTATIONS** established at the beginning of the rating period. Hence, post-performance **RESULTS** are viewed in light of the pre-performance expectation.

Under the caption **"INDIVIDUAL ASSESSMENT OF EACH KRA"**, the rater will assign a rating for each Key Result Area by checking the appropriate box and make written comments which justify and explain the basis for the selected rating.

Under the caption **"RECOMMENDATIONS"**, the rater **may** make recommendations and/or discuss plans for future assignments and goals of the ratee.

**VERIFICATION** - At the **END** of the evaluation period the rater will sign the space provided to indicate that the performance evaluation has been shown to, and discussed with, the ratee. The ratee will sign and date the space provided to indicate that he/she has read the **completed** evaluation and has been provided with a copy.

If the ratee wishes to appeal the evaluation he/she will sign and date the appropriate caption.

**DISTRIBUTION**

* **ORIGINAL    — EMPLOYEE MANAGEMENT**

* **PHOTOCOPY  — RATEE**

* **PHOTOCOPY  — COMMAND FILE**

**REMINDER:** A PHOTOCOPY OF **PAGE 2** MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION AT THE **BEGINNING** OF THE RATING PERIOD.

SM00351