SM EXHIBIT DB

Q.A.D. #1482
Cycle 2/09

# POLICE DEPARTMENT
# CITY OF NEW YORK

September 4, 2009

From:  Commanding Officer, Quality Assurance Division

To:  Deputy Commissioner, Strategic Initiatives

Subject:  EVALUATION OF CRIME CLASSIFICATION AND ADMINISTRATIVE COMPLIANCE IN THE 81 PRECINCT

1.   From July 20, 2009 to August 25, 2009, the Quality Assurance Division assigned a Complaint Assessment Team to the 81 Precinct. Deputy Inspector Steven M. Mauriello was assigned as Commanding Officer on December 3, 2007. The team was led by Lieutenant Joseph J. Albanese under the direction of Deputy Inspector William J. Abramo in an effort to determine the quality of the parameters of Crime Classification and Administrative Compliance.

Of 280 Complaint Reports reviewed dated from January 15, 2009 to July 9, 2009, a total of **5 (1.8%)** were determined to be misclassified as follows:

> Upgraded by Quality Assurance Division - 5
> Downgraded by Quality Assurance Division - 0
> Misclassified by degree - 0
> CompStat related - 5
>   (Misdemeanor to Felony - 0)
>   (Felony to Misdemeanor - 0)
>   (Index Crime to other Index Crime - 1)
>   (No Crime to Index Crime - 4)
>   (Non Index Crime Felony to Index Crime - 0)

2.   In addition, Administrative Compliance with Department Directives; I.O. #1/05, #31/06, #40/08, #52/09, A.G. 308-01, P.G. 207-01, P.G. 207-09, Oper. Order #31/09 and the Crime Complaint Reporting System Reference Guide, was evaluated.

3.   Submitted for your information.

Mary C. Cronin
Inspector

Administrative Compliance: 1.4

SM00531

# ATTACHMENT
## DETAILS OF MISCLASSIFIED COMPLAINT REPORTS

### 81 PRECINCT

**MISCLASSIFIED REPORTS**

| COMPLAINT REPORT# | FROM | TO | COMPSTAT | REVIEW / CALLBACK | ARREST |
|---|---|---|---|---|---|
| 1286 | Lost Property | Grand Larceny 4 | Yes | Callback | No |
| 2691 | Grand Larceny 4 | Robbery 3 | Yes | Callback | No |
| 2880 | Lost Property | Grand Larceny 4 | Yes | Callback | No |
| 3986 | Lost Property | Grand Larceny 4 | Yes | Callback | No |
| 4077 | Lost Property | Grand Larceny 4 | Yes | Callback | No |

SM00532

Q.A.D. #1482, s.09

## FIRST ENDORSEMENT

Deputy Commissioner, Strategic Initiatives to Chief of Department (attn: Chief of Patrol), September 4, 2009. Contents noted. An evaluation of Crime Classifications in the 81 Precinct revealed that 5 (1.8%) of 280 Complaint Reports reviewed were misclassified. It should be noted that 3 of the 5 misclassified reports were prepared by outside commands. They were, however, signed off by an 81 Precinct Supervisor. Supervisors and members assigned to Crime Analysis must review the guidelines contained in the Crime Complaint Reporting System Reference Guide. The command has shown no improvement in the area of Administrative Compliance. The Commanding Officer must ensure Complaint Reports are finalized in accordance with Patrol Guide procedure 207-1. Additionally, the Commanding Officer must provide an explanation as to why 45 (35.2%) Lost or Stolen Property / Identity Theft forms were improperly prepared or missing in instances where they were required. This is totally unacceptable. The integrity of the Crime Complaint Reporting System is compromised when required reports are improperly prepared or disregarded altogether. The Commanding Officer, Patrol Borough Brooklyn North is to review this matter to ensure that deficiencies disclosed in this report have been corrected. A report of the results of that review, including copies of the Complaint Follow-Up Reports prepared to correct the misclassified reports is to be forwarded no later than Friday, October 2, 2009 to the Commanding Officer, Quality Assurance Division, through this office. Forwarded for your information and necessary attention.

Michael J. Farrell
DEPUTY COMMISSIONER

cc: **Commanding Officer, Strategic Analysis Section**

SM00533