SM EXHIBIT DD- Filed under seal