UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ADRIAN SCHOOLCRAFT,

                                        Plaintiff,

                -against-

THE CITY OF NEW YORK, et al.,

                                        Defendants.

**NOTICE OF APPEARANCE**

10 Civ. 6005 (RWS)

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that **ALAN H. SCHEINER**, Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendants CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, DEPUTY CHIEF MICHAEL MARINO, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, CAPTAIN THEODORE LAUTERBORN, LIEUTENANT JOSEPH GOFF, SGT. FREDERICK SAWYER, SERGEANT KURT DUNCAN, LIEUTENANT CHRISTOPHER BROSCHART, LIEUTENANT TIMOTHY CAUGHEY, SERGEANT SHANTEL JAMES, LIEUTENANT WILLIAM GOUGH, CAPTAIN TIMOTHY TRAINER, F.D.N.Y. LIEUTENANT ELISE HANLON (collectively, "City Defendants") in the above-referenced action, effective immediately.

- 2 -

Dated:   New York, New York
         February 12, 2015

                                        Respectfully Submitted,

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the City of New York
                                        *Attorney for City Defendants*
                                        100 Church Street, Room 3-200
                                        New York, New York 10007
                                        (212) 356-
                                        rshaffer@law.nyc.gov

                              By:    _____/s/_____
                                        Alan H. Scheiner
                                        Senior Counsel

TO:    Nathaniel Smith (By ECF)
         *Attorney for Plaintiff*
         111 Broadway, Suite 1305
         New York, New York 10006

         Gregory John Radomisli (By ECF)
         Martin Clearwater & Bell LLP
         *Attorneys for Jamaica Hospital Medical Center*
         220 East 42nd Street 13th Floor
         New York, NY 10017

         Brian Lee  (By ECF)
         IVONE, DEVINE & JENSEN, LLP
         *Attorneys for Dr. Isak Isakov*
         2001 Marcus Avenue, Suite N100
         Lake Success, New York 11042

         Bruce M. Brady  (By ECF)
         CALLAN, KOSTER, BRADY & BRENNAN, LLP
         *Attorneys for Lillian Aldana-Bernier*
         1 Whitehall Street
         New York, New York 10004

         Walter A. Kretz , Jr.  (By First-Class Mail and E-Mail)
         Seiff Kretz & Abercrombie
         *Attorney for Defendant Mauriello*
         444 Madison Avenue, 30th Floor
         New York, NY 10022