UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ADRIAN SCHOOLCRAFT,

                              Plaintiff,

             -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------- x

**AMENDED NOTICE OF APPEARANCE**

10 Civ. 6005 (RWS)

      **PLEASE TAKE NOTICE** that **ALAN H. SCHEINER**, Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendants CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, DEPUTY CHIEF MICHAEL MARINO, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, CAPTAIN THEODORE LAUTERBORN, LIEUTENANT JOSEPH GOFF, SGT. FREDERICK SAWYER, SERGEANT KURT DUNCAN, LIEUTENANT CHRISTOPHER BROSCHART, LIEUTENANT TIMOTHY CAUGHEY, SERGEANT SHANTEL JAMES, LIEUTENANT WILLIAM GOUGH, CAPTAIN TIMOTHY TRAINER, F.D.N.Y. LIEUTENANT ELISE HANLON (collectively, "City Defendants") in the above-referenced action, effective immediately.

- 2 -

Dated:    New York, New York
          February 12, 2015

                                      Respectfully Submitted,

                                      ZACHARY W. CARTER
                                      Corporation Counsel of the City of New York
                                      *Attorney for City Defendants*
                                      100 Church Street, Room 3-174
                                      New York, New York 10007
                                      (212) 356-2344
                                      ascheine@law.nyc.gov

                            By:     /s/
                                      Alan H. Scheiner
                                      Senior Counsel

TO:    Nathaniel Smith (By ECF)
        *Attorney for Plaintiff*
        111 Broadway, Suite 1305
        New York, New York 10006

        Gregory John Radomisli (By ECF)
        Martin Clearwater & Bell LLP
        *Attorneys for Jamaica Hospital Medical Center*
        220 East 42nd Street 13th Floor
        New York, NY 10017

        Brian Lee  (By ECF)
        IVONE, DEVINE & JENSEN, LLP
        *Attorneys for Dr. Isak Isakov*
        2001 Marcus Avenue, Suite N100
        Lake Success, New York 11042

        Bruce M. Brady  (By ECF)
        CALLAN, KOSTER, BRADY & BRENNAN, LLP
        *Attorneys for Lillian Aldana-Bernier*
        1 Whitehall Street
        New York, New York 10004

        Walter A. Kretz , Jr.  (By First-Class Mail and E-Mail)
        Seiff Kretz & Abercrombie
        *Attorney for Defendant Mauriello*
        444 Madison Avenue, 30th Floor
        New York, NY 10022