# MARTIN CLEARWATER & BELL LLP

COUNSELORS AT LAW

220 EAST 42ND STREET, NEW YORK, NY 10017-5842
TELEPHONE (212) 697-3122  FACSIMILE (212) 949-7054
www.mcblaw.com

BRIAN OSTERMAN
ASSOCIATE

DIRECT DIAL: (646) 637-9320
E-MAIL: osterb@mcblaw.com

RECEIVED FEB 12 2015 JUDGE SWEET CHAMBERS

February 12, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/15

VIA: FACSMILE (212-805-7925)
Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: **Schoolcraft v. Jamaica Hospital Medical Center**
Civil Action No.    10 CV 6005 (RWS)
MCB File No.        82-82153

Dear Judge Sweet:

We represent the defendant Jamaica Hospital Medical Center ("JHMC") in the above-referenced matter. I write to respectfully request that the Court grant defendant JHMC twenty additional pages for its Reply Memorandum of Law in Support of our Motion for Summary Judgment, which is due on February 18, 2015.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

MARTIN CLEARWATER & BELL LLP

Brian Osterman (BSO 5881)

cc:  **BY: E-MAIL**

Attorneys for all parties

BSO/BSO/SBS
2473832_1

So ordered
Sweet
USDJ
2/13/15

WESTCHESTER COUNTY OFFICE
245 MAIN STREET
WHITE PLAINS, NY 10601
TELEPHONE (914) 328-2969
FACSIMILE (914) 328-4056

NASSAU COUNTY OFFICE
90 MERRICK AVENUE - SUITE 401
EAST MEADOW, NY 11554-1576
TELEPHONE (516) 222-8500
FACSIMILE (516) 222-8513

NEW JERSEY OFFICE
744 BROAD STREET
NEWARK, NJ 07102
TELEPHONE (973) 735-0578
FACSIMILE (973) 735-0584