```
                                                          Page 1
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2    ------------------------------------------------X
 3    ADRIAN SCHOOLCRAFT,
 4                          Plaintiff,
 5
                                         Case No:
 6         - against -                   10 CV 06005
 7
      THE CITY OF NEW YORK, ET AL.,
 8
 9                          Defendants.
10    ------------------------------------------------X
11                    100 Church Street
                      New York, New York
12
                      January 30, 2014
13                    10:22 a.m.
14
15
16
17    DEPOSITION OF CATHERINE LAMSTEIN-REISS, M.D.,
18    pursuant to Subpoena, taken at the above
19    place, date and time, before DENISE ZIVKU, a
20    Notary Public within and for the State of
21    New York.
22
23
24
25
```

Page 318

1          C. LAMSTEIN-REISS, M.D.
2  you were the psychologist that had seen
3  Schoolcraft when he called?
4          MS. PUBLICKER METTHAM:
5      Objection.
6      A.     I don't believe he did.  What
7  happens is they call the sick desk
8  supervisor, who looks up and sees who is on
9  duty and they call whoever is on duty.
10     Q.     So on October 31, 2009, you
11 happened to be on pager duty?
12     A.     Correct.
13     Q.     So Captain Lauterborn called the
14 sick desk and he was looking for somebody
15 from the psychological evaluation services?
16         MS. PUBLICKER METTHAM:
17     Objection.
18     A.     Psychological evaluation
19 section.  Although, the psychological
20 services section, which does pre-employment
21 screening, they also do pager duty.  He was
22 looking for a department psychologist to
23 give him a call to consult about the
24 situation.
25     Q.     Did you tell Captain Lauterborn

Page 319

1      C. LAMSTEIN-REISS, M.D.
2  you had evaluated and met with Schoolcraft?
3      A.    Yes.
4      Q.    And told him that during the
5  conversation that you had with him on
6  October 31st?
7      A.    Yes.
8      Q.    What else did you tell Captain
9  Lauterborn?
10     A.    He was asking me if there was
11 any reason to be concerned about the fact
12 that he went AWOL and that he seemed to be
13 upset and said he had stomach pains and
14 should they be concerned, do they need to go
15 look for him, make sure he's okay.
16 Typically, in that situation they do.  He
17 said he wasn't sure they wanted to suspend
18 him, because they thought this was more of a
19 psychological problem as opposed to a
20 disciplinary one and so he wanted to consult
21 with me.
22           I told him that as of the last
23 time I saw him, which was a few days
24 earlier, I had no reason to think he was a
25 danger to himself or others.  Never

Page 320

1         C. LAMSTEIN-REISS, M.D.
2    expressed thoughts of suicide.  It didn't
3    seem to be anything that serious that would
4    lead me to be concerned.  However, he had
5    also never acted like that before.  He never
6    went AWOL, leaving even though he was told
7    to stay and was now saying he had stomach
8    pains, while being visibly upset.  So I did
9    not know if that meant something new
10   happened that led him to be so upset that he
11   was acting in a different manner going AWOL
12   and that kind of stuff and led to a
13   reoccurrence of stomach pains badly enough
14   that he did that or maybe the stomach pains
15   never went away to begin with and I wasn't
16   sure and that my evaluation is -- even
17   though, I was not saying this person is
18   suicidal, he's had these thoughts, you must
19   -- it was nothing like that.  I had no
20   reason to think he was, except my evaluation
21   was only as good as the last time I saw
22   them.
23            So if something happened since
24   then or they're acting different since then,
25   that may be different.  And so I thought he

Page 321

1      C. LAMSTEIN-REISS, M.D.
2  absolutely did need to find him and make
3  sure that he was okay.
4      Q.      Was your sharing of information
5  about Schoolcraft with Lauterborn a
6  violation of Schoolcraft's privacy?
7             MS. PUBLICKER METTHAM:
8      Objection.
9      A.      No.  This is -- they're not
10 treatment records.  Whenever they come to
11 our office before they -- before I allow
12 them to open their mouth on all, I make sure
13 that they know that the interview is on the
14 record only within the department and only
15 on a need to know basis, so within that it
16 is on the record.
17             So in this case, someone is AWOL
18 and they're upset and they leave and they
19 say their stomach hurts and they're acting
20 in that manner, I deemed there was a need to
21 know, for him to know some basic information
22 about why he was on restricted duty.  Not
23 information like, you know, whether or not
24 his father used -- had any kind of drug
25 problem, whether or not he's had sex in the

```
                                              Page 322
 1              C. LAMSTEIN-REISS, M.D.
 2    last few years.  I mean, like that's not his
 3    business.  He doesn't need to know that.
 4    That does not relate to the situation at
 5    hand.
 6              What did relate was issues of do
 7    we need to be concerned about this guy and
 8    so I released information that I deemed
 9    pertinent to that, while keeping everything
10    else as confidential.  Like I said, even
11    though it's on the record within the
12    department, it's an NYPD evaluation.  It's
13    not private treatment records.  Not
14    everything needs to be known -- to be given
15    out rather.
16         Q.    The entry here says that Captain
17    Lauterborn kept you informed throughout the
18    night; is that right, he did that?
19         A.    Correct.
20         Q.    Did he tell you that he spoke
21    with Schoolcraft's father?
22         A.    I would have to reference my
23    notes, but I believe he did.  Yes, he
24    definitely did.
25         Q.    Did he tell you that
```

1    C. LAMSTEIN-REISS, M.D.
2    Schoolcraft's father told Lauterborn that he
3    knew Schoolcraft was fine?
4        A.    I believe the words were that
5    there was nothing to worry about or
6    something, yeah, to that effect.
7        Q.    Lauterborn did report to you
8    that he had a conversation with the father
9    and the father was not concerned about the
10   son?
11            MS. PUBLICKER METTHAM:
12       Objection.
13       A.    The father was not concerned,
14   but I don't know that he had spoken with his
15   son that day or that he even knew everything
16   going on.  It seemed the father didn't know
17   why he was on restricted duty.  And it
18   seemed to me that maybe Officer Schoolcraft,
19   at the time, it seemed to me that he maybe
20   just didn't want his father to know why he
21   was on restricted duty.  That was my theory
22   at the time.  So the fact that the father
23   didn't know that, I didn't know if the
24   father knew he went to a hospital with heart
25   symptoms that were stress related.  I didn't

Page 324

1         C. LAMSTEIN-REISS, M.D.
2    know if the father knew he'd been prescribed
3    Seroquel. I didn't know. It seemed like he
4    was not telling his father this stuff.
5         Q.    What I want to know is what did
6    Captain Lauterborn tell you about his
7    conversation with the father?
8         A.    My recollection -- I would have
9    to review my notes, but my recollection is
10   that the father said he was not concerned at
11   all, but he was explaining to the father the
12   reasons they were concerned and the reason
13   they were looking for him.
14        Q.    Okay. If you want to look at
15   your notes, I would appreciate that.
16        A.    It's from the notes of October
17   31, 2009 the time of that conversation was
18   20:15 hours noted in the left-hand column of
19   the page, 20:15.
20             MS. PUBLICKER METTHAM: That is
21        on D283.
22        Q.    Do you have the first page of
23   your 10/31/09 notes in front of you?
24        A.    Which page is that.
25             MS. PUBLICKER METTHAM: I

Page 325

1       C. LAMSTEIN-REISS, M.D.
2    believe you're 2899 and 282, Mr. Smith?
3            MR. SMITH:  I'm actually
4    referring to 2901, with the ledger and
5    pager.
6            MS. PUBLICKER METTHAM:  It is
7    D282, it is but 2901.
8       Q.   So is there a rather long entry
9    for 10/31 in your file, Doctor?
10      A.   I don't know what you consider
11   rather long, but it's --
12      Q.   Four pages?
13      A.   One, two, three, four and a
14   third, yes.
15      Q.   All right, can you just read
16   that into the record.
17      A.   Sure.  Pager duties regarding
18   P.O. Adrian Schoolcraft, 10/31/09, on left
19   of the page I noted that I was on at 17:40
20   hours.  Page number 455 refers to the sick
21   desk log of my being put on duty.  I noted
22   below that that I was off duty at 21:40
23   hours.  Back to the main text in the body.
24   10/31/09.  Telephone contact with sick desk
25   Sergeant Kloos.

Page 326

1              C. LAMSTEIN-REISS, M.D.
2              MS. PUBLICKER METTHAM:
3        K-l-o-o-s.
4        A.      Yes.  I believe that's the
5   spelling.  It's possible I'm wrong about the
6   spelling.  MOS was at work today.  He
7   slammed sick report on the sergeant's desk
8   and said he was going out sick.  Sergeant
9   told him to stick around.  He refused and
10  left.  Didn't follow procedure.  Typically,
11  they called sick desk and get authorization
12  and wait for command to arrange coverage.
13  MOS was working on the telephone
14  switchboard.  MOS did not go straight home.
15  Cops are at his home waiting for his
16  arrival.  They called MOS on his cell phone.
17  They think he picked up and then hung up.
18  Since then no answer.  They are thinking of
19  suspending him, but they suspect it is more
20  of psych problem.  XO of MOS's command, the
21  81 Precinct, is Captain Lauterborn and
22  requests response from PES and I signed my
23  name.
24       Q.      The is information that you
25  received from Sergeant Kloos from the sick

1        C. LAMSTEIN-REISS, M.D.
2   desk?
3        A.    Correct.
4        Q.    All right, please continue.
5        A.    It will be more clear as I'm
6   reading through the notes, but it's possible
7   that the part about possibly not suspending
8   him because they thought it might be more of
9   a psych problem, that may have come
10  secondhand through Sergeant Kloos.  If it
11  came directly, it would be the rest the
12  notes.
13              Telephone contact with Captain
14  Lauterborn.  MOS doing a 7 to 3 day tour
15  today at TS all day, meaning telephone
16  switchboard all day.  All was fine.  He
17  typically keeps to self and doesn't converse
18  much with other officer and did same today.
19  Nothing seemed out of ordinary.  2:00 p.m.,
20  he went down to locker room, changed and
21  then put a sick report on sergeant's desk
22  and said going sick.  He wrote that he had
23  stomach pain.  Sergeant tried to stop him,
24  but he left anyway.  Underlying issues.  MOS
25  has made allegations against others.

1      C. LAMSTEIN-REISS, M.D.
2  Department's investigation of these
3  allegations picked up this week and it
4  snowballed from there.  This week about four
5  P.O.'s and two civilian people were called
6  down for questioning.  MOS goes up to them
7  and asked about it.  Notifications are in
8  telephone message log, so he knows who is
9  going.  When they return, he tries to
10 intercept them and get information from them
11 about what he was asked -- about -- it
12 should have been what they were asked.  Or
13 that thought the person was a he.  Anyway,
14 that's what it says what he was asked.
15 Today was first tour back after RDOs.  Not
16 sure what happened today that triggered him
17 to leave like that.
18           Delegates, peers, sergeants and
19 Captain Lauterborn all left him messages and
20 asked him to go back to command.  A
21 lieutenant is at him home.  His car is
22 there.  Landlord said MOS may have been
23 there earlier.  Can usually hear MOS's
24 footsteps when home.  MOS not home.
25           Next entry, I left a message on

```
                                                Page 329

  1              C. LAMSTEIN-REISS, M.D.
  2    MOS's cell phone.  I gave my cell number and
  3    Captain Lauterborn's cell phone.  I told him
  4    that the Captain said he could just return
  5    to his home if didn't want to go to the
  6    command.  I urged him to go home or call his
  7    captain, so this could be resolved quickly
  8    and easily without need for a city-wide
  9    mobilization to search for him or
 10    disciplinary action, like suspension.  Much
 11    easier to just resolve it quickly and easily
 12    now.  I explained that everyone is just
 13    concerned for his safety and they want to
 14    make sure everyone is okay.
 15              Next entry, telephone contact
 16    with Captain Lauterborn.  I informed captain
 17    that I left message on MOS's cell phone as
 18    described above.  I suggested that captain
 19    call MOS's father because that's the person
 20    he is closest to and the person who is most
 21    likely to know his whereabouts.  Captain
 22    will call undersigned when locates or hears
 23    from MOS, signed my name.
 24              Next entry at 20:15 hours.
 25    Telephone contact with Captain Lauterborn.
```

VERITEXT REPORTING COMPANY
212-267-6868          www.veritext.com          516-608-2400

Page 330

1          C. LAMSTEIN-REISS, M.D.
2   Still no word from MOS. Captain called MOS's
3   father, who also hadn't heard from him.
4   Father, quote, had some issues, end quote,
5   over the phone -- over phone, but eventually
6   understood captain's point of view and
7   confirmed. Hoping father will call MOS and
8   encourage him to go home. Captain will go
9   to MOS's home. It's possible he's home, but
10  not answering phone. I asked if the
11  landlord has a spare key. He said yes and
12  captain has it, but legal issues with using.
13  Have to have cause. Hoping to avoid going
14  that route.
15       Q.     What were those legal issues?
16       A.     I didn't ask. I don't know.
17              MS. PUBLICKER METTHAM:
18  Objection.
19       Q.     All right, go ahead?
20       A.     And I signed my name. 20:40
21  hours the next entry -- I'm sorry 21:40
22  hours is the next entry. Telephone contact
23  with Sergeant Kloos. Sick desk off duty
24  since not known when MOS might be located
25  and I signed my name.