Pager Duty - Re: PO Adrian Schoolcraft
10/31/09 - T/C c Sick Desk Sgt Kloos

on duty at
1740
r.w. 455

off at
2140

MOS was at work today. He slammed a sick report on the sgt's desk & said he was going out sick. Sgt told him to stick around & he refused & left. Didn't follow procedures. Typically, they call sick desk + unit so command can arrange coverage. MOS was working on T.S.

MOS did not go straight home. Cops are at his home waiting for his arrival. They called MOS on his cell phone. They think he picked up & then hung up. Since then, no answer. They are thinking of forcing entry but they suspect it is more of a psych problem. XO of MOS' command (81 Pct) is Capt Lauterborn + requested response from IAB. —— C, Instruc/Pgs

T/C c Capt Lauterborn
MOS doing a 7-3 day tour today, at TS all day, all was fine. He typically keeps to self & doesn't converse much with other men, odd is one today, nothing seemed out of ordinary.

2PM - he went down to locker room, changed & then put a sick report on sgt's desk & sd going sick. He wrote that he had stomach pains. Sgt tried to stop him but he left anyway.

Underlying issues - MOS has made allegations against others. Dept's investigation of those allegations picked up this week & it snowballed from there. This week, about 4 PO's & 2 civilian people were called down for questioning. MOS goes up to them & asks about it, notifications are on telephone message log so he knows who is going. When they return, he tries to intercept them & get info from them about what he was asked. Today was 1st tour back after RDO's. Not sure what happened today that triggered him to leave like that.

EXHIBIT
PLAINTIFF'S
29
AS 11-7-13

D000282

Delegated peace, sgt & Cpt L, all left him message & asked him to go back to command

a Lt is at his home. His car is there. Landlord said MOS may have been there earlier. Currently been MOS' prototype when home. MOS not [illegible] here.

- I left a msg on MOS' cell phone. I gave my cell # & Cpt L's cell phone. I told him that Cpt said he could just return to his home if he didn't want to go to the command. I urged him to go home or call Lt Cpt so this could be resolved quickly & easily w/o need for a [illegible] mobilization to search for him, or display action like suspension. Much easier to just resolve it quickly & easily now. I explained that everyone is just concerned for his safety & they want to make sure he is ok.

+ T/C c Capt Louterborn — I informed Cpt that I left msg on MOS' cell phone as described above. I suggested Cpt call MOS' father b/c that's the person he is closest to & the person who is most likely to know his whereabouts. Cpt will call u/s when [illegible] or hear from MOS.
                                                              ⸺ S [illegible]

2015   T/C C Cpt Louterborn
       Still no word from MOS. Cpt called MOS' father, who also hadn't heard from him. Father "had some issues" over phone but eventually understood Cpt's point of view & concern. Roping Father will call MOS & encourage him to go home. Cpt will go to MOS' home. Also possible he's home but not answering phone. (Landlord has spare key?) Yes & Cpt has it, but legal issues c say if, then to have cause. Hoping it won't get that rock.
                                                              ⸺ [illegible] sgt

2140 - T/C c Sgt Klos, sick desk, off duty since not known when MOS might be located.
                                                              ⸺ [illegible] sgt

Re: PO Adrian Schoolcraft

Addendum to 10/31/09 note of T/C w/ Capt Lauterborn at approx 1750 hours. Delayed entry made on 10/14/10. On reviewing folder, the below info was found to not be documented in prior note, but is clear in U/S' memory. Capt Lauterborn asked if MOS was suicidal or depressed, because he needed to know how concerned they should be about MOS' safety given his going AWOL, not answering phone calls, not answering door of home but Kwikco w/e they etc. U/S informed Capt that U/S last saw MOS at PES on 10/27/09 & at that time he looked ok & reported being asymptomatic. At no time had he ever expressed thoughts of suicide, but he also never was drunk before & acted the way he was acting on 10/31/09. My assessment of his suicide risk is only as good as the last time U saw him. If something happened after that & led him to be so upset that he left work without permission an hour before the end of his tour, said he had stomach pains, etc, then I am unable to say with any reasonable amount of certainty that he is not at risk of self-harm under present circumstances. U/S provided Capt with basic info about reasons MOS was on R/D — that he had significant physical Sx of stress (nonstop GI Sx, cardiac Sx, etc). Unclear if MOS was reporting openly on 10/27/09 when he said all of his Sx went away w/o Tx. Motivation to minimize in that he did not want to be on ♀R/D. He was open during initial eval but denies any & all Sx in subsequent monitoring sessions, when he expressed being upset about being on ♀R/D. His reporting on 10/31/09 that he had stomach pains severe enough to warrant leaving work before end of tour, w/o permission, suggests either the Sx never did go away or they recurred on 10/31/09 due to his being really upset about safety. It is also possible there was a medical cause of the stomach pain, but the angry manner in which he left work suggests a psych cause.

— G. Martin, Psyd

Re: PO Adrian Schoolcraft
10/27/09 - EIFEMOS

I explained to Mos that I called him in immediately upon my return from a 2 wk vacation b/c I received msg that his father made a complaint downtown that I never told MOS the reason why he is on R/D. Since we had discussed that in details at his initial & subsequent visits, I empathically expressed an understanding of how he may not have wanted to tell his father the reason why he was on R/D. To make sure that he has a clear understanding of why he is on R/D, I again explained in detail that he is on R/D b/c he had significant physical manifestations of stress that were causing much discomfort & would benefit from treatment & further monitoring.

Mos said he no longer has these physical sx of stress even though he is still facing the same stressors as before, while on R/D, he is at front desk of PCT dealing with complaints all day long — not stressful to him, but not any less stressful (in his opinion) as regular F/D work.

I again recommended stress mgt & relaxation training so the next time he is faced with new increased stressors, he won't have a recurrence of the chest pain, headaches, insomnia, upset stomach, etc, that he had of several months when he 1st came to PES. He said he bought both books I recommended & started reading them, but not that helpful since not much he didn't know before. He thought the Burns book was kind of corny & preferred the Ellis book. He ?? brought both books to today's appt & had Boston mark on them, ?? not very familiar with them (so hasn't read much of them). He said he called a few people I recommended but none take ?? CP + ?? & one wanted $100/hour. I told him I could help him find an Actual therapist & I'm sure they most cover CBT for physical sx of anx. He said he would call later i his provider # & name of his exact HMO plan so I can make sure the provider is in-network. Mos expressed an approval of the assistance.

— C Zonsky PyA

10/27/09 - Mos called with his health insurance info.

— C Dorothy Pyp

10/27/09 - T/C c̄ Mos

I informed Mos that I found a number of psychologists in Forest Hills (his preferred location) who accept Aetna HMO & specialize in CBT, anx, & stress mgt. He does not have a private fax machine so I offered to mail it to him. I also gave him the Aetnabehavioralhealth.com website for further referrals as well as educ. & self-assessment tools.

— C Dorothy Pyp

D000286

Re: PO Adrian Schoolcraft

0/31/69

2035 - T/C ē Capt Lauterborn

Made entry using key b/c landlord hears footsteps. He said he was sleeping whole time but not possible with the amount of banging + yelling they were doing outside before going in with the key to make sure he was ok. It was a landlord/tenant issue.

He admitted that Sgt called him back + denied him the sick leave, but that he left the command company. Capt explained that they were concerned b/c he was sick & why did they check. He left in such a huff that way.

MOS sd "why worry when no one was ever worried about me before." He refused to go to command + kept saying he didn't feel well. Capt called ambulance. EMTs took his vitals.

BP very high. 170/120.
EMT wanted him to go to hosp b/c BP so high. MOS at first then MOS agreed but then refused. He ran back inside + had to be stripped down + forcably taken to Jamaica Hospital. (?) MOS said he wanted to sleep at home + now go to ER on own the next day, but EMT couldn't allow that b/c BP so high.
Chief Merino was there & suspended him.
MOS was very disrespectful in every way. Chief gave him so much room but MOS out of control + total disregard for superiors.

Whole time talking = father on cell phone. Could hear father yelling, (at MOS or to him about situation?) not at MOS. Father angry about NYPD handling of this or other sit? supvrs ē MOS. Father doesn't have accurate info, is all hearsay.

D000287