

THE CITY OF NEW YORK

POLICE DEPARTMENT

DEPARTMENT ADVOCATE'S OFFICE

---

In the Matter of

Case #86109/10

---

One Police Plaza

New York, New York 10038

August 11, 2010

PRESENT:

    INTERROGATORS:    Cpt. Chris Monahan
                                Commissioner Julie Schwartz

    SUBJECT/WITNESS:    Cpt. Theobald Lauterborn

Confidential - Attorneys' Eyes Only

NYC00005030