Case 1:10-cv-06005-RWS Document 397-4 Filed 02/13/15 Page 1 of 1

Page 1 of 1

**OHARE, ROBERT**

To...     TRAINOR, TIMOTHY

Cc...

Bcc...

    Subject:     Schoolcraft Visits/Notifications

    Attachments:     IR51.doc(36KB)



EXHIBIT 82

8 B.N.I.U. visits
1 M.D. visit.
4 Johnstown P.D. visits (2 successful)
3 Telephone voicemails left on s/o's phone

Rob

https://webmail.nypd.org/exchange/ROBERT.OHARE/Drafts/?Cmd=new     D0015Z710