**TRAINOR, TIMOTHY**

**From:** Luciani, Louis
**Sent:** Thursday, January 14, 2010 9:28 AM
**To:** TRAINOR, TIMOTHY
**Subject:** Re: PO Schoolcraft

Thx Tim

----- Original Message -----
From: TRAINOR, TIMOTHY
To: Luciani, Louis
Sent: Thu Jan 14 08:25:07 2010
Subject: Re: PO Schoolcraft

Lou,
Good morning- I think the Certified mail might be a good idea-the father acknowledged that he was receiving the certified mail on video, and it will show that were making every effort to restore him to paid status.....and we are swinging by his previous address in the 104 as well- were going to interview the landlord too-maybe he/she can give is a good number to call, etc.... Either way we are going up again either friday or saturday-its becoming a game of cat-and-mouse now and we just need to see him outside of his residence in order to ntfy him.

Ill keep you posted,
Tim

----- Original Message -----
From: Luciani, Louis
To: TRAINOR, TIMOTHY
Sent: Wed Jan 13 21:13:23 2010
Subject: Re: PO Schoolcraft

What about at his residence in the city. We would need to try there too.
Should we be sending certified mail to both residences? What do you think? I can have my staff do it.

----- Original Message -----
From: TRAINOR, TIMOTHY
To: Luciani, Louis; THOTAM, LIJU; Berger, Mark
Sent: Wed Jan 13 18:42:04 2010
Subject: PO Schoolcraft

Members from the Brookyn North Investigations Unit again attempted with negative results to serve PO Schoolcraft with a notice to appear on thursday January 14th for restoration to active duty. Surveillance and observations were performed on his residence and it is believed that he is/was inside his residence and he is aware of our efforts to notify him. We are going to make a third attempt to notify him as well as continue our efforts to notify him with the assistance of either counsel and/or his father.

Ill keep you all posted,

Tim



1

D001632