Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
 4    ADRIAN SCHOOLCRAFT,
 5                          Plaintiff,
 6
                                         Case No:
 7        - against -                    10 CV 06005
 8
      THE CITY OF NEW YORK, ET AL.,
 9
10                          Defendants.
11    ------------------------------------------X
12                     111 Broadway
                       New York, New York
13
                       April 11, 2014
14                     10:21 a.m.
15    CONFIDENTIAL EXCERPT
16
17    DEPOSITION OF WILLIAM GOUGH, pursuant to
18    Notice, taken at the above place, date and
19    time, before DENISE ZIVKU, a Notary Public
20    within and for the State of New York.
21
22
23
24
25
```

Page 241

1  WILLIAM GOUGH
2          (Whereupon, a recess was taken.)
3          MR. SMITH:  Going back on, it's
4     4:18.
5          Q.    Just going back to the beginning
6     of the day when you got the phone call
7     Lieutenant, giving you this assignment,
8     alerting you there was a possibility of the
9     assignment, you were on your regular day off
10    as was Hawkins and Duncan, right?
11          MS. PUBLICKER METTHAM:
12    Objection.
13          Q.    I guess what I want to know is
14    why were you picked for this assignment, as
15    opposed to any one of the other individuals
16    who worked at Brooklyn North Investigations
17    Unit?
18          MS. PUBLICKER METTHAM:
19    Objection.  You can answer.
20          A.    There is a call out list that's
21    provided to the -- it's the wheel, it's an
22    operations center for patrol borough
23    Brooklyn North, patrol borough and I was on
24    the call out list and they called
25    lieutenants first and then they call two

Page 242

1                    WILLIAM GOUGH
2  sergeants or the lieutenant can call the two
3  sergeants.  That's why I got the call.
4       Q.      Who maintains the call out list?
5       A.      It's prepared for the weekend,
6  because the office isn't opened and it's
7  kept at the wheel.
8       Q.      Where is the wheel?
9       A.      179 Wilson Avenue.
10      Q.      So the person who called you
11 first checked the wheel to see who was
12 available or who was next on the call out?
13              MS. PUBLICKER METTHAM:
14      Objection.
15      A.      I don't recall who called me.
16 So I don't know if they checked the wheel or
17 if the wheel checked the list.
18      Q.      Do you recall telling the
19 person, did you check the wheel to see if
20 I'm next?
21              MS. PUBLICKER METTHAM:
22      Objection.  You could answer.
23      A.      I don't recall.
24      Q.      If I wanted to get the call out
25 list for 10/31/09, who would I ask for to