Page 1

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3     ---------------------------X

      ADRIAN SCHOOLCRAFT,

4

5                  Plaintiff,

6                                    Index No.

                vs.            10 Civ 6005 (RWS)

7

8     CITY OF NEW YORK, et al.,

9                  Defendants.

      ---------------------------X

10

11                    VOLUME II

12

13     CONTINUED DEPOSITION OF TIMOTHY CAUGHEY

14               New York, New York

15            Monday, December 9, 2013

16

17

18

19

20

21

22

23    Reported by:

24    Diane Buchanan

25    JOB NO. 1779274

Page 58

```
1                    T. Caughey
2    Schoolcraft was put on restricted duty?
3             MR. SHAFFER:  Objection.
4        A.   I believe it was the day that he
5    was put on restricted duty.
6        Q.   How did you find out about that?
7        A.   I believe health services called
8    the precinct and I spoke to health services
9    that day.  Did they call me, I don't know.
10       Q.   What did they tell you?
11       A.   That he was placed on restricted
12   duty.
13       Q.   Did they tell you anything else?
14       A.   I don't recall it.  I don't recall
15   the conversation.
16       Q.   Do you recall who you spoke to at
17   health services?
18       A.   I don't.
19       Q.   Did you ever speak with Lieutenant
20   Lee about Schoolcraft?
21       A.   Lieutenant Lee, yes.
22       Q.   How many times did you speak with
23   Lieutenant Lee?
24       A.   I don't know how many times.
25       Q.   Who is Lieutenant Lee?
```

Page 59

1                     T. Caughey

2        A.    I believe he was from early

3    intervention.

4        Q.    What is that?

5        A.    It's a unit that it's supposed to

6    help the police officers that are having

7    personal problems or problems with their

8    department.

9        Q.    What kind of problems?

10            MR. SHAFFER:  Objection.

11       A.    I could almost say any problems

12   that early intervention feels they could be

13   of assistance with.

14       Q.    Will they help with psychological

15   problems?

16       A.    I don't know.

17       Q.    Would they help with emotional

18   problems?

19            MR. SHAFFER:  Objection.

20       A.    I don't know.

21       Q.    Where is early intervention?

22       A.    I believe it's at One Police Plaza.

23       Q.    What did you discuss with Lee about

24   Schoolcraft?

25       A.    I don't recall the conversation

Page 60

```
 1              T. Caughey
 2    with Lieutenant Lee.
 3        Q.   Do you recall anything about your
 4    conversation with Lee?
 5        A.   If I did recall, Lieutenant Lee
 6    telling me Officer Schoolcraft has to take
 7    the first step and call him.  So then I
 8    relayed that message to Officer Schoolcraft.
 9             MR. SHAFFER:  Can we open a door or
10        window possibly.
11        Q.   So you called Lee --
12             MR. SHAFFER:  Objection.
13        Q.   -- is that right?
14        A.   I believe I did, but I'm not
15    100 percent accurate on that.
16        Q.   And can you tell me approximately
17    when you called him?
18        A.   I can't.
19        Q.   Did you call him before or after
20    Officer Schoolcraft went on restricted
21    status?
22        A.   I'm not sure of the time frame, so
23    I can't answer that.
24        Q.   Was it in 2009 that you spoke to
25    Lee?
```

Page 61

1                    T. Caughey

2          A.    I don't know.

3          Q.    Did anybody tell you to call Lee

4    about Schoolcraft?

5          A.    Again, I don't know.  It was a long

6    time ago.

7          Q.    Do you recall anything else about

8    your discussions with Lee, other than the

9    fact that Lee told you Schoolcraft has to

10   call him first?

11         A.    That's all I recall.

12         Q.    Did you relay that information to

13   Schoolcraft?

14         A.    Yes.

15         Q.    What did he say?

16               MR. SHAFFER:  Objection.

17         A.    Again, I don't recall what Officer

18   Schoolcraft's response was.

19         Q.    Do you have any knowledge about

20   whether or not he did contact early

21   intervention or Lieutenant Lee?

22         A.    I don't know if he did.

23         Q.    So as far as you were concerned,

24   the matter dropped right there?

25         A.    I don't know if the matter dropped.

Page 62

1                    T. Caughey
2    I don't know if he made that phone call or
3    not.
4         Q.   Did you suggest to him he make the
5    phone call?
6         A.   I don't recall the conversations.
7    I don't know.
8         Q.   Why did you believe that it would
9    be a good idea for Schoolcraft to contact
10   early intervention?
11        A.   I don't know the time frame of when
12   Lieutenant Lee was contacted, so I don't know
13   what the situation around that was.
14        Q.   So, sitting here today, you have no
15   recollection about why you were contacting
16   early intervention, right?
17        A.   I could say that Officer
18   Schoolcraft was having a problem.  What kind
19   of problem, I don't know.
20        Q.   So you have no idea what kind of
21   problem he was having in your mind?
22             MR. SHAFFER:  Objection.
23        A.   I don't recall what situation
24   Officer Schoolcraft had at that time that
25   would have me call Lieutenant Lee.

Page 63

1              T. Caughey

2       Q.    Did you ever have any discussions

3   with Weiss about Schoolcraft going to or

4   contacting early intervention?

5       A.    I don't recall the conversations.

6   I can't put my handle on the time frame of

7   when Lieutenant Lee was called.

8       Q.    I'm not talking about when.  Did

9   you discuss with Weiss the idea that

10  Schoolcraft should contact early intervention

11  or Lieutenant Lee?

12      A.    I don't recall because I don't

13  recall if Sargent Weiss was my assistant at

14  that time.

15      Q.    I turn your attention to page 58 of

16  your transcript of your --

17          MR. SHAFFER:  Once again, we are

18      discussing a confidential document so I

19      ask this portion of the transcript be

20      made confidential.

21      Q.    Page 58, Bates stamp 10,284.  Do

22  that you have page, sir?

23      A.    Yes.

24      Q.    There's a reference on line 15 to

25  Weiss being your assistant ICO from January

Page 64

                    T. Caughey
 1
 2  of '08 to April of 2009.
 3          Do you see that?
 4      A.   I do.
 5      Q.   Does that refresh your recollection
 6  that's when Weiss was the ICO assistant?
 7      A.   A general time frame, yes.
 8      Q.   All right.  So that's accurate,
 9  right --
10          MR. SHAFFER:  Objection.
11      Q.   -- to the best of your
12  understanding?
13      A.   I'm not saying it's accurate.
14      Q.   What are you saying?
15      A.   I'm saying I don't recall what the
16  time frame was at that time.  You are talking
17  about 2009, which is a long time ago.  And
18  when Sergeant Weiss was my assistant, I'm
19  just not sure.
20      Q.   All right.  Turn to page 72.
21  There's a question starting on line 11 about
22  thoughts of early intervention for
23  Schoolcraft.
24          Do you see that, sir, on line 11?
25      A.   I do.

Page 65

1                       T. Caughey

2          Q.   All right.  And early intervention,

3     that was something that was offered to

4     Schoolcraft at the evaluation meetings you

5     attended; is that right?

6          A.   I don't recall that.

7          Q.   Look at your testimony in PG and

8     tell me if that refreshes your recollection.

9          A.   It does not.

10         Q.   Have you read the whole discussion

11    on this page and the following page?

12         A.   I have not.

13         Q.   Please do so find out whether or

14    not that refreshes your recollection about

15    discussions about.

16         A.   Page 72 and 73?

17         Q.   Yes.  It goes from line 11 on page

18    72 through the middle of the next page.

19              Please read that and tell me

20    whether or not that refreshes your

21    recollection of any discussions that you had

22    about early intervention with respect to

23    Schoolcraft.

24         A.   Does refresh my memory on one

25    aspect of this.

Page 66

1                    T. Caughey

2          Q.    Okay.   What does refresh your

3    memory about --

4          A.    The time frame again I'm not sure

5    of.  One point in Officer Schoolcraft's

6    career he wanted to resign.  When that was, I

7    don't know.  I think I was the administrative

8    lieutenant at that time so we can say 2004,

9    2005, maybe 2006.  I believe it was within

10   that time frame.

11               He was having trouble I believe at

12   the time with his father.  He was a caretaker

13   or caregiver and his father was sick.  There

14   was something there like that.  He was going

15   through problems at home related to that.  I

16   think he wanted to retire and we might have

17   called Lieutenant Lee at that time.

18         Q.    Well, this part of your PG talks

19   about discussing early intervention with

20   Schoolcraft at the meeting with all of the

21   supervisors in early 2009.

22               What I want to know is whether or

23   not reading this testimony refreshes your

24   recollection about discussions about early

25   intervention then.

Page 67

1                    T. Caughey

2        A.    It does not.

3        Q.    Do you have any reason to believe

4   that the testimony or the statements that you

5   made as reflected on page 72, lines 11

6   through page 73, line 10 are incorrect?

7        A.    There's -- it appears to me there's

8   two time frames here.  I'm unfamiliar with

9   the meeting, what was said at the meeting.  I

10  just don't recall.  And if you look at line

11  19, somebody called early intervention.

12  There's a whole program here.  I believe that

13  is when he wanted to resign, in '04, '05 or

14  '06.  He came back to the department, he was

15  looking to resign then.

16       Q.    Well, all right.  If you look at

17  page 72, line 11 there's a question put to

18  you, sir, and it says:

19            "Was there any thought to early

20       intervention?

21            ANSWER:  It was offered to him.  At

22       the meeting it was offered to him."

23            Do you see that?

24       A.    I do see that.

25       Q.    And then it goes on:   "The

Page 68

```
 1                    T. Caughey
 2    evaluation meeting period, the evaluation
 3    meeting actually I called up and I spoke to I
 4    believe it was Lieutenant Lee from early
 5    intervention because he dealt with him too
 6    this two years before."
 7              Do you see that reference?
 8         A.   I do.
 9         Q.   So am I correct that the subject of
10    early intervention came up at the meeting you
11    attended with the other senior officers at
12    the 81st about Schoolcraft's performance
13    evaluation?
14         A.   I don't recall.
15         Q.   Do you have any reason to believe
16    that the statements that you made from page
17    72, line 11 to 17 are false or incorrect?
18         A.   They appear to be scrambled.  We
19    are going from the meeting of his evaluation
20    to a couple of years earlier.  I don't know.
21              MR. SHAFFER:  The words written on
22         that page, do you have reason to believe
23         they are incorrect?
24              THE WITNESS:  I would say
25         confusing, they are confusing.
```

Page 69

1                    T. Caughey

2        Q.    And why are they confusing to you?

3        A.    Because in my memory, which again

4   is from many years ago bouncing back from the

5   time he wanted to resign to that meeting day,

6   looks like I'm talking about both of them in

7   the same paragraph.

8        Q.    Turn to the next page, 73.  There's

9   a question, Did he go down?  And answer:  "He

10  did go down.  And what time frame was that,"

11  is the question after that and then your

12  answer is, "After the evaluation meeting."

13            Is that accurate?

14       A.    I don't know if that's accurate.  I

15  can't grasp the time frame.  Again, I'm not

16  grasping the time frame because it's so long

17  ago.  Whether or not that's an accurate

18  statement, I don't know.

19       Q.    Putting aside the aircraft, is it

20  accurate that Schoolcraft went to early

21  intervention after the meeting?

22       A.    I don't know when he went to early

23  intervention.

24       Q.    When was the first time you met

25  Officer Schoolcraft?

Page 86

                    T. Caughey

1

2      Q.    Turn to page 14 of your PG.

3            MR. SHAFFER:   40 or 14?

4            MR. SMITH:   14.   It's actually

5      10,240 or page 14.

6            MR. SHAFFER:   We are referring to a

7      confidential document.   I ask that

8      confidential portions of the transcript

9      be marked as such.

10     Q.   If you need to read before, you can

11     read before.   Did you look at that?

12     A.   I have.

13     Q.   Was there a reference to Mauriello

14     observing Schoolcraft sitting in a restaurant

15     for three hours and you issuing to

16     Schoolcraft a command discipline for that?

17           Do you have any recollection of

18     that at all?

19     A.   Yes.

20     Q.   What do you recall?

21     A.    Inspector Mauriello went to the

22     borough, which is our next highest command.

23     Upon him returning to the command, he told me

24     that he observed Officer Schoolcraft at the

25     borough three -- two or three hours, four

Page 87

T. Caughey

1                         T. Caughey
2    hours, I don't recall what it is, after a
3    meeting had ended with the personnel sergeant
4    at the borough.  He then told me to issue a
5    command discipline to Officer Schoolcraft to
6    be an off post.
7         Q.   So Mauriello told you about
8    something that he observed, is that what you
9    are saying?
10        A.   Yes.
11        Q.   And this was in 2009, sometime in
12   2009?
13        A.   I don't know when it was.
14        Q.   He told you that he saw Schoolcraft
15   sitting at a diner or restaurant after
16   Schoolcraft had had a meeting at the borough?
17             MR. SHAFFER:  Objection.
18        Q.   Is that what you are saying
19   Mauriello told you?
20        A.   No.  I'm saying he observed Officer
21   Schoolcraft in the area of the borough about
22   three hours after the meeting had ended.  I
23   think he was standing in front of the borough
24   or to the side of the borough.
25        Q.   When you say "the area of the

Page 88

```
 1                    T. Caughey
 2    borough," what do you mean?
 3         A.   179, I think it was 179 Wilson
 4    Avenue.
 5         Q.   And that's the officers for patrol
 6    borough, Brooklyn North?
 7         A.   Yes.
 8         Q.   So Mauriello is telling you he saw
 9    Schoolcraft at the borough meeting with a
10    sergeant --
11              MR. SHAFFER:  Objection.
12              MR. KRETZ:  Objection.
13         Q.   -- is that correct?
14         A.   No.
15         Q.   Tell me how I'm wrong.  Can you
16    tell me what it is that Mauriello told you
17    again?
18              MR. SHAFFER:  Objection.
19         A.   Inspector Mauriello told me he
20    was --
21         Q.   Inspector Mauriello was at the
22    borough?
23         A.   While he was there, he observed
24    Officer Schoolcraft at the borough.  Be it to
25    the right of the borough, in front of the
```

Page 89

                    T. Caughey

1
2  borough, saying at the borough is the general
3  area.  It was three hours -- he told me it
4  was three hours after the meeting had ended
5  with Schoolcraft and the personnel sergeant,
6  three hours after that meeting.
7      Q.   Let me interrupt you so I
8  understand.  Was Mauriello at that meeting?
9          MR. SHAFFER:  Objection.
10     A.   I don't know.
11     Q.   Did you understand Mauriello to be
12 saying he saw Schoolcraft at a meeting at the
13 borough and then he saw Schoolcraft hanging
14 around after the meeting?
15     A.   I'm not saying that.  Officer
16 Schoolcraft had an assigned meeting time at
17 the borough with the personnel sergeant.
18 What time it was, I don't know.  Three hours
19 after that meeting had ended, Officer
20 Schoolcraft was observed in front of the
21 borough.
22     Q.   What is your understanding how
23 Mauriello knew Schoolcraft had a meeting at
24 the borough?
25         MR. SHAFFER:  Objection.

Page 90

```
 1                    T. Caughey
 2        A.    It would have come through the
 3   borough -- I don't have an answer.  The most
 4   logical answer would be it came from the
 5   borough to roll down where Officer
 6   Schoolcraft would have a post change to the
 7   borough.
 8        Q.    So Mauriello told you to issue a
 9   command discipline to Schoolcraft; is that
10   right?
11             MR. SHAFFER:  Objection.
12        A.    He told me to issue a command
13   discipline.
14        Q.    And you did that?
15        A.    Yes.
16        Q.    Do you know where the paperwork on
17   that is?
18        A.    I don't.
19        Q.    Did you ever generate any paperwork
20   to issue a command discipline to Schoolcraft
21   for this three-hour off-post infraction?
22        A.    I believe I did.
23        Q.    And that CD would be in your file
24   that you maintained, the command discipline,
25   in your office, right?
```

```
 1                    T. Caughey
 2        A.    I don't know where that CD is.
 3        Q.    I understand that, but my question
 4   is:  The normal practice would be you can
 5   locate that CD in the file that you maintain
 6   at your office, right?
 7        A.    Yes.
 8        Q.    And that CD also should be
 9   reflected in the log at the sergeant's desk
10   at the 81st too; isn't that right?
11        A.    Yes.
12             MR. SMITH:  I will call for
13        production of that command discipline as
14        well as the log entry for it at the
15        sergeant's desk.
16             MR. SHAFFER:  Please put it in
17        writing.
18        Q.    Isn't it unusual for somebody to
19   tell another officer to issue a command
20   discipline for an infraction that the issuing
21   officer didn't observe?
22             MR. SHAFFER:  Objection.
23        A.    No.
24        Q.    That happens a lot?
25             MR. SHAFFER:  Objection.
```

Page 92

                    T. Caughey

1

2       A.    Not a lot.   It happens though, yes.

3       Q.    Doesn't it strike you as improper

4   that one person would be telling another

5   person to issue a disciplinary charge against

6   an officer and not be signing the statement

7   as to what they saw?

8            MR. SHAFFER:   Objection.

9       A.    No, that's a supervisor telling a

10  subordinate to issue a command discipline.

11      Q.    What is wrong or, let me ask you

12  this, what Patrol Guide violation did

13  Schoolcraft engage in?

14           MR. SHAFFER:   Objection.

15      A.    I don't have the command discipline

16  in front of me, so I don't know what the

17  violation was.

18      Q.    Well, I mean, you were the

19  integrity control officer for three years.

20  You have 26 years on the force.   You mean to

21  tell me you don't know what the violation is

22  if you are off post three hours?

23           MR. SHAFFER:   Objection.

24      A.    I can make an assumption what the

25  charge against Officer Schoolcraft was that

Page 100

1                    T. Caughey

2        break.

3              (Recess taken from 5:01 p.m. to

4        5:14 p.m.)

5              MR. SMITH:  We are going back on

6        the record.  It is 5:14.

7        Q.    Mr. Caughey, I put in front of you

8   what has been marked as Exhibit 44.  These

9   are entries from Officer Schoolcraft's memo

10  book, one of his memo books that were

11  produced to me by the law department in this

12  action.

13              Do you recognize some of the pages

14  here as being excepts from Officer

15  Schoolcraft's memo book?

16       A.    I would say the first page

17  identifies it as Officer Schoolcraft's memo

18  book with his name on it.

19       Q.    On the third page there's a

20  reference to a February 25, 2009 meeting.  Do

21  you see that reference?

22       A.    Wednesday, yes.

23       Q.    Does that refresh your recollection

24  about the timing of this meeting?

25       A.    It does not.

Page 101

1                    T. Caughey

2        Q.    If you go further on in this

3    exhibit to page 196, there's an entry with a

4    date March 13, 2009, like I said on page 196,

5    regarding Sergeant Weiss advising Schoolcraft

6    he wasn't on his post.

7              Do you see that reference?

8        A.    Yes.

9        Q.    Is that the unusual entry that you

10    testified to today about that you noticed

11    when you scratched his book?

12              MR. SHAFFER:  Objection.

13              MR. KRETZ:  Objection.

14        A.    I thought it was on the back page

15    of this -- of this page.  If it's not the

16    one, it's similar.  I thought it was on the

17    back page and it's written on the front of

18    the page.

19              You know what, I'm going to change

20    that answer.  I'm going to say no, I don't

21    believe that was the entry I saw that day.

22        Q.    What made you upon reading that

23    entry believe that this is not the entry?

24        A.    I believe it's entry that I

25    saw -- again, we are talking about a long

Page 102

1                    T. Caughey

2    time ago, but I believe the entry that I saw

3    was on the back page of the memo book and it

4    identified a conversation or an incident with

5    Sergeant Weiss and Officer Schoolcraft at the

6    desk area.

7         Q.   Can you flip through the five pages

8    are the back pages which are at the end of

9    this document and tell me whether or not you

10   see that reference there?

11              While you are flipping through

12   that, I will mark another set of Officer

13   Schoolcraft's memo book entries as Exhibit

14   45.  This is Bates stamp number NYC 8614

15   through 8655.

16              (Excerpt from Adrian Schoolcraft's

17         memo book bearing production Nos. NYC

18         8614 through NYC 8655 marked Plaintiff's

19         Exhibit 45 for identification, as of

20         this date.)

21         A.   I don't see it, no.

22         Q.   If you turn to page 197, there's a

23   reference in Officer Schoolcraft's memo book

24   to Sergeant Weiss requesting his activity log

25   and berating him and they gave him an

Page 103

1                    T. Caughey

2       unprofessional conduct in looking at that

3       entry.

4                    Does that refresh your recollection

5       that this was the unusual entry that you

6       noticed in Schoolcraft's memo book?

7            A.    I believe that is the one, yes.

8            Q.    What was unusual about this entry

9       in the memo book?

10                   MR. SHAFFER:  Objection.

11           A.    That he describes Sergeant Weiss

12      belittling him.

13           Q.    Was it unusual that Sergeant Weiss

14      was belittling somebody or was it unusual

15      that Officer Schoolcraft would be making a

16      note of that in his memo book?

17           A.    Unusual that he would make that

18      entry in his memo book.

19           Q.    Why is that unusual?

20           A.    Because it's not -- because it's

21      not usual.  I haven't seen that many times in

22      my career.

23           Q.    Did you photocopy this entry in

24      Schoolcraft's memo book?

25           A.    I don't recall if I did.

Page 104

1                    T. Caughey

2          Q.    Did you ever photocopy any entries

3    in Schoolcraft's memo books?

4               MR. SHAFFER:  Objection.

5          A.    Yes.

6          Q.    When did you do that?

7          A.    October 31st.

8          Q.    2009?

9          A.    I believe it was 2009.

10         Q.    Does looking at this entry refresh

11   your recollection of any discussions that you

12   had with Weiss about the entry in the memo

13   book?

14         A.    I'm going say that I assume we

15   talked about it, but I don't recall speaking

16   to Sergeant Weiss about this.

17         Q.    Does looking at that entry refresh

18   your recollection of any discussions with

19   anybody else about the entry?

20         A.    Say that one more time, please.

21         Q.    I asked you earlier if you remember

22   talking with anybody else other than Weiss

23   about the memo book entry that you thought

24   was unusual and you said no, I don't remember

25   discussing it with anybody else except for

Page 105

1              T. Caughey
2    Weiss.
3              My question is:  Now after looking
4    at the actual entry, does that trigger a
5    recollection on your part that you discussed
6    the memo book entry with anybody else other
7    than Weiss?
8         A.   I believe --
9              MR. SHAFFER:  Objection.
10             Go ahead.
11        A.   I believe this was the night that
12   he was off post when I saw this at the bodega
13   and then we -- I brought the memo book back
14   to the precinct.
15        Q.   Why did you take Officer
16   Schoolcraft's memo book back to the precinct?
17             MR. SHAFFER:  Objection.
18        A.   I believe I was going to make
19   copies of it.
20        Q.   Did you make copies of it?
21        A.   I don't recall if I did.
22        Q.   Why did you want to make copies of
23   it?
24             MR. SHAFFER:  Objection.
25        A.   It was an unusual entry.

Page 106

1                  T. Caughey

2        Q.    Did you enter this unusual entry in

3    any of your logs for that day or reports for

4    that day?

5              MR. SHAFFER:  Objection.

6        A.    I don't recall.

7        Q.    How long did you keep Officer

8    Schoolcraft's memo book?

9              MR. SHAFFER:  Objection.

10       A.    I don't recall.

11       Q.    Did you give it back to him later

12   that day?

13       A.    Again, I don't recall.

14       Q.    Wouldn't Officer Schoolcraft need

15   his memo book in order to make entries in it?

16             MR. SHAFFER:  Objection.

17       A.    To make entries in his memo book he

18   would need the memo book, yes.

19       Q.    Was it unusual for a superior

20   officer to take a subordinate officer's memo

21   book for a sustained period of time?

22             MR. SHAFFER:  Objection.

23       A.    No.

24       Q.    Do you recall being told by

25   Lauterborn to give Schoolcraft his memo book?

Page 107

1                    T. Caughey

2        A.    By Captain Lauterborn?

3        Q.    Yes.

4        A.    I don't recall if Lauterborn told

5    me to give the captain his book or give it.

6        Q.    Do you remember having a

7    conversation with Lauterborn about

8    Schoolcraft's memo book?

9        A.    Yes.

10        Q.    What do you recall about that?

11        A.    I recall driving back to the

12    stationhouse and on the radio hearing Officer

13    Schoolcraft request the duty captain.  And it

14    was just about that time I was talking to

15    Captain Lauterborn?

16        Q.    And what do you recall happened

17    next?

18        A.    Well, I believe Captain Lauterborn

19    directed a sergeant to go pick up Officer

20    Schoolcraft off his post.

21        Q.    Who was the sergeant?

22        A.    I don't recall.

23        Q.    And did the sergeant bring

24    Schoolcraft back to the 81st Precinct?

25        A.    Schoolcraft did come back to the
                    early

Page 108

1                        T. Caughey

2     precinct, yes.

3          Q.    And you were at the 81st Precinct

4     when Schoolcraft was brought back?

5          A.    Yes.

6          Q.    And what happened next?

7                MR. SHAFFER:   Objection.

8          A.    Captain Lauterborn told myself and

9     Sergeant Weiss to leave his office.

10         Q.    So the sergeant who was sent to

11    retrieve Schoolcraft, retrieved Schoolcraft

12    and brought him to Captain Lauterborn's

13    office at the 81st?

14         A.    I don't know how Schoolcraft came

15    back to the --

16         Q.    There came a time when Schoolcraft

17    was in Lauterborn's office that evening or

18    that day, correct?

19         A.    Yes.

20         Q.    And that is the same as a

21    commanding officer's office?

22         A.    Yes.

23         Q.    And when Officer Schoolcraft was in

24    that room with Captain Lauterborn, you and

25    Weiss were also in the room?

Page 118

1              T. Caughey

2       Q.    Do you remember what you were

3    wearing on October 31st?

4       A.    No.

5       Q.    Were you carrying a weapon on

6    October 31st?

7       A.    Yes.

8       Q.    How many weapons were you carrying?

9       A.    One weapon.

10      Q.    How many weapons were you

11   authorized to carry?

12            MR. SHAFFER:  Objection.

13      A.    Two.

14      Q.    What was the weapon that you were

15   carrying and what was the other weapon?

16            MR. SHAFFER:  Objection.

17      A.    The weapon I was carrying was a

18   Smith & Wesson off-duty revolver.  The other

19   weapon I owned was a four-wrench

20   Smith & Wesson M&P 10, I believe it is.

21      Q.    Where did you carry the one you had

22   with you on October 31st or how did you carry

23   it?

24      A.    On a belt holster.

25      Q.    Are you right-handed or

Page 119

```
1                    T. Caughey
2    left-handed?
3            MR. SHAFFER:  Objection.
4        A.    Right.
5        Q.    And where on your belt did you
6    carry your Smith & Wesson revolver?
7        A.    On my right side.
8        Q.    And was it in a harness of some
9    sort?
10       A.    A holster.
11       Q.    What kind of a holster?
12       A.    A belt holster.
13       Q.    With a clip that attached to the
14   belt?
15           MR. SHAFFER:  Objection.
16       A.    It was attached to the belt, yes.
17       Q.    Do you have that weapon with you
18   today?
19           MR. SHAFFER:  Objection.
20       A.    No.
21       Q.    Do you still have that weapon in
22   your possession?
23           MR. SHAFFER:  Objection.
24       A.    No.
25       Q.    Why do you no longer have it in
```

Page 128

1                    T. Caughey

2              MR. SHAFFER:   Objection.

3         A.    For the unusual entry that he made

4    in it.

5         Q.    What did you do with that

6    photocopy?

7         A.    I placed a copy -- I made two

8    copies of the memo book.   I believe I put one

9    in my office and I put another copy into the

10   inspector's office.

11        Q.    When you say you put another copy

12   in the inspector's office, what do you mean?

13        A.    I went into his office with the

14   copies in a manila envelope.   I put it in his

15   drawer of his desk.

16        Q.    Did you write a note in the manila

17   envelope or on the manila envelope?

18        A.    No.

19        Q.    Did Mauriello know you were making

20   copies of the memo book at the time you were

21   making them?

22        A.    No.

23        Q.    Did you tell Inspector Mauriello

24   after making the copies that you made copies

25   and put a copy in his desk drawer?

Page 129

1                    T. Caughey

2              MR. SHAFFER:  Objection.

3       A.    I told Inspector Mauriello about

4    the copies on the day I returned to work.

5       Q.    When was that?

6       A.    I'm not sure of the date I

7    returned.  October 31st I believe was a

8    Saturday.  It was either Monday or Tuesday.

9       Q.    Did you discuss the entries in

10   Officer Schoolcraft's memo book with anybody?

11              MR. SHAFFER:  Objection.

12      A.    What time frame?

13      Q.    Any time after making the

14   photocopies.

15      A.    First time I discussed those

16   photocopies was the day I returned to work.

17      Q.    What about the entry; did you

18   discuss the entries with anybody in the memo

19   book after making the copies?

20      A.    Again, the first time I discussed

21   the contents of the memo book was the day I

22   returned to work.

23      Q.    And who did you discuss that with?

24      A.    Inspector Mauriello.

25      Q.    What did you tell him?

Page 130

1              T. Caughey

2       A.    How the memo book came up into the

3   conversation, I'm not sure.  He told me about

4   the incident with Schoolcraft on Halloween.

5       Q.    And what did you tell him about the

6   memo book?

7       A.    That I made copies of the memo

8   because back there were unusual entries in

9   the memo book.

10      Q.    What did he say?

11      A.    I don't recall.

12      Q.    Did it appear to you that Mauriello

13  was unaware of the entries in the memo book

14  when you told him about them?

15           MR. SHAFFER:  Objection.

16      A.    I don't recall.

17      Q.    Having gone through Exhibit 45 in

18  more detail, can you tell me whether or not

19  this is the photocopy or a photocopy of the

20  memo book that you took from Officer

21  Schoolcraft's memo book on October 31, 2009?

22           MR. SHAFFER:  Objection.

23      A.    I cannot.

24      Q.    Do you know what happened to the

25  copy that you put in your files?

Page 174

1                    T. Caughey
2    when you took Officer Schoolcraft's book and
3    made copies for evidence, do you remember
4    folding down any of the pages or earmarking
5    or dog-earring any of the pages to the book?
6         A.    I don't, no.
7         Q.    And so your recollection is that
8    you photocopied the whole book, right?
9         A.    I believe I did, yes.
10        Q.    And during that day, did you at all
11   act in an unusual manner with respect to
12   Schoolcraft?
13             MR. SHAFFER:  Objection.
14        A.    No.
15        Q.    Did you brandish your weapon to him
16   at any time that day?
17             MR. SHAFFER:  Objection.
18        A.    No.
19        Q.    Did you come within several feet of
20   him during that day?
21             MR. SHAFFER:  Objection.
22        A.    Yes.
23        Q.    On how many occasions did you come
24   within several feet of him that day?
25             MR. SHAFFER:  Objection.

Page 175

                        T. Caughey

1

2          A.     I don't know how many times.

3          Q.     Did you have any kind of physical

4    contact with him that day at all?

5                 MR. SHAFFER:  Objection.

6          A.     No.

7          Q.     Have you ever listened to any

8    recordings about that day?

9                 MR. SHAFFER:  Objection.

10         A.     Yes.

11         Q.     What recordings have you listened

12   to?

13         A.     I believe it was the Village Voice

14   had a weapon site connection to tapes.

15         Q.     And what tape did you listen to

16   pertaining to that day?

17         A.     I don't recall.

18         Q.     Did it have to do with your

19   activities with respect to Schoolcraft or

20   somebody else's activities?

21         A.     I don't recall what was on the

22   tapes.

23         Q.     You just recall it had something to

24   do with October 31st?

25         A.     I will go back to change that