NYC00008614

CITY OF NEW YORK
**POLICE DEPARTMENT**

A   663084

Name _P.O. Schoolcraft_____   Tax Reg No. _931186_____

Date Opened _8/11/09_____   Supervisory Officer _____

Date Closed _____   Supervisory Officer _____

PD 112-145 (3-88)-12



PLAINTIFF'S
EXHIBIT
45
PENGAD 800-631-6989

Tuesday  8/11/09  7x3
0705 Present for duty @ 81 ST S/H
Roll Call Supv: Sgt. Sawyer
Color of the Day: Green
Return Date: 19 October 2009
Assignment: T/S+
Training: Parking Plaques
1528  End of Tour
Adrian P. Schoolcraft #12943
Wednesday  8/12/09  7x3
0705 Present for duty @ 81 ST S/H
Roll Call Supv: Sgt. Sawyer
Color of the Day: Orange
Return Date: 13 October 2009
Assignment: T/S+
Training: Parking Plaques by Sgt Sawyer
1528  End of Tour
Adrian P. Schoolcraft #12943
Thursday  8/13/09  RDO
Friday  8/14/09  RDO
Saturday  8/15/09  7x3
0705 Present for duty @ 81 ST
Roll Call Supv: Sgt. Rogers
Color of the Day: Green
Return Date: 15 Oct 2009
Assignment: T/S+
Training: None
1528  End of Tour
Adrian P. Schoolcraft #12943

NYC00008615

6. Bring any inconsistencies or inaccuracies in paperwork or in prior testimony to the attention of the Assistant District Attorney.

**THE COURT APPEARANCE:**

12 Aug 2009 (Wed)
CoD. Orange
RD 10/13/09
Ass. T/S +
Training:

8/17/09 (Monday)
Sgt. Rogers
CoD: Green
RD. 10/19/09
Training: None
* Bekker (summons cop) at cobra on straight-time.
CAIS Bekker (summons cop) By e 81

8/18/09 (Tuesday)
Sgt. Sawyer
CoD. Yellow
RD. 10/19/09
Ass: T/S +
Training: ?

8/19/09 (Wednesday)
Sgt. Neff
CoD. Green
RD. 10/20/09
Ass. T/S +
Training.

NYC00008616

Sunday    16 Aug 2009      7×3
0650 / Requested Lost-Time
via Desk Phone from L Tobine
Approved by Lt. Jones
0805   10-84 @ 81st pct
1528   End of Tour
Adrian P Schoolcraft #1-2943

Monday    17 Aug 2009      7×3
0705 / Present for duty @ 81st %4
Roll Call Supv: Sgt Rogers
Color of the Day: Green
Return Date: 19 Oct 2009
Assignment: T/S +
Training: None
1528   End of Tour
Adrian P Schoolcraft #12943

Tuesday    18 Aug 2009      7×3
0705 / Present for duty @ 81st pct.
Roll Call Supv: Sgt Sawyer
Color of the Day: Yellow
Return Date: 10/19/09
Assignment: T/S +
Training: ?
1528   End of Tour
Adrian P Schoolcraft #12943

Wednesday    19 August 2009      7×3
Roll Call Supv: Sgt Neff
Color of the Day: Green
Return Date: 10/20/09

Section                                    Description
24  NOTES, ADDITIONAL VIOLATIONS, ETC.

NYC00008617

Saturday 8/22/09
COD: Orange
RD: 10/21/09
Ass: T/S
Training:

Sunday 8/23/09
COD Green
RD: 10/22/09
Ass: T/S
Training:

Monday 8/24/09
COD: Orange
RD: 10/22/09
Ass: ?
Training: None

- Sgt. Sawyer swearing/yelling and
belittling officers at roll-call

Tuesday 8/25/09
Sgt. Rogers
COD: Green
RD: 10/23/09
Ass: T/S+
Training:

Assignment: T/S+
Thursday 8/20/09 RDC
Friday 8/21/09 RDC
Saturday 8/22/09 7x3
Roll Call Supv:
Code of the Day: Orange
Return Date: 10/21/09
Assignment: T/S+
Training: ?
1520 End of

NYC00008618

Adrian P. Schoolcraft #12943

Assignment: T/S+

| Thursday | 8/20/09 | RDO |
| Friday | 8/21/09 | RDO |
| Saturday | 8/22/09 | 7x3 |

Roll Call Supv:
Color of the Day: Orange
Return Date: 10/21/09
Assignment: T/S+
Training: ?
1528 End of Tour
Adrian P. Schulz #12943

| Sunday | 8/23/09 | 7x3 |

0705 Present for duty @ 81 ST
Roll Call Supv:
Color of the Day: Green
Return Date: 10/22/09
Training: ?
Assignment: T/S+
1528 End of Tour
Adrian P. Schulz #12943

| Monday | 8/24/09 | 7x3 |

0705 Present for duty @ 81 ST
Roll Call Supv: Sgt. Sawyer
Color of the Day: Orange
Return Date: 10/22/09
Assignment: T/S+
Training:
1528 End of Tour
Adrian P. Schulz #12943

NYC00008619

6. Bring any inconsistencies or inaccuracies in paperwork or in prior testimony to the attention of the Assistant District Attorney.

**THE COURT APPEARANCE:**

Wednesday    Sgt. Sawyer
8/26/04
COD: Yellow
RD: 10/26/04
Ass: T/S
Training: Activity due "It's Important"
        Saturday   Sgt Miller
        8/29/04

COD: Yellow
RD: 10/28/04
Ass: TS
Training: "RMP Safety" "It's Raining"
        Sunday     Sgt. Rogers
        8/30/04

COD: Jumper
RD: 10/29/04
Ass:
Training:

NYC00008620

Tuesday 8/25/09 7x3
0705 / Present for duty @ 8¹ˢᵗ ⁵/₄
Roll Call Supv/ Sgt Rogers
Color of the Day: Green
Return Date: 10/23/09
Assignment T/S+
Training: None?

Wednesday 8/26/09 7x3
0705 / Present for duty @ 8¹ˢᵗ pct
Roll Call Supv/ Sgt Sunye
Color of the Day: Yellow
Return Date: 10/26/09
Assignment T/S+
Training: "Activity. It's Important"
1520 End of Tour
_____ #12943

Thursday 8/27/09 RDO
Friday 8/28/09 RDO
Saturday 8/29/09 7x3
0705 Present for duty @ 8¹ˢᵗ
Roll Call Supv S/F Miller
Color of the Day: Yellow
Return Date: 10/23/09
Assignment: T/S+
1550 Training: Wear your seatbelts
1528 End of Tour
_____ #12943

Sunday 8/30/09 7x3
0705 Present for duty @ 8¹ˢᵗ ⁵/₄

9/1/09
Tuesday

COD: Yellow
RD: 10/30/09
Ass: T/S +
Training: OEEO, Hygiene


9/2/09
Wednesday
COD: Green
RD: 11/2/09
Ass: T/S +
Training: Repetition by Sgt Conwell


(in uniform)
1355   Di Mauriello Left 3t parking lot
       w/P.O. Henderson (civilian clothes)
       + driver, enroute to Councilman
       Vain's office.


Roll Call Supv: Sgt Rogers
Color of the Day: Orange
Return Date: 12/29/09
Assignment: T/S +
Training: None
1523, End 3t tour.
Adrian? ? ?           # 1792
Monday   8/3/09       x 3

NYC00008632

Roll Call Supv: Sgt Rogers
Color of the Day: Orange
Return Date: 10/29/09
Assignment: T/S+
Training: None
1528   End of Tour
Adrian Schoolcraft #12943
Monday     8/31/09     7x3
0705/ Present for duty @ 81st S/A
Roll Call Supv: Sgt Rogers
Color of the Day:
Return Date:/
Assignment: T/S+
Training: Activity
1528   End of Tour
Adrian Schoolcraft #12943
Tuesday     9/1/09     7x3
0705/ Present for duty @ 81st pct
Roll Call Supv: Sgt Rogers
Color of the Day: Yellow
Return Date: /10/30/09
Assignment: T/S+
Training: OEEO, Hygiene
1528   End of Tour
Adrian P. Schoolcraft #12943
Wednesday     9/2/09     7x3
0705 Present for duty @ 81st S/A
Roll Call Supv:
Color of the Day: Green

6.  Bring any inconsistencies or inaccuracies in paperwork or in prior testimony to
    the attention of the Assistant District Attorney.

**THE COURT APPEARANCE:**

~ Arrive early

9/5/09 Saturday
Sgt. Gebbia
COD Orunne
RD. 11/5/09
Ass: T/St
Training:

Sgt. Rogers    9/6/09  Sunday
COD Yellow
RD.
Ass:
Train:

4/7/09 (Monday)
Sgt. Ferrigno
COD: Green
RD. 11/4/09
Ass:
Training:

9/7/09
0940   Prisoner in cells with self inflicted
gunshot wound to fact interrogated
By Dt. Maurelli.
I take preventive measures "Dt +
Lt. Musul. regarding subsequent and
arrest                0945
Dt. Maurelli      in custody of
Lt. Maurel        Prisoner till
FL Fioranelli

61#
Arrest #K09684984-H

NYC00008624

Return Date: 11/2/09
Assignment: T/S+
Training: Hepatitus by Sgt Conwei
1528    End of Tour
Adrian P Schoolf+ #12943
Thursday    9/3/09    RDO
Friday/    9/4/09    RDO
Saturday    9/5/09    7x3
0705/ Present for duty @ 81st
Roll Call Supv: Sgt. Grebbia
Color of the Day: Orange
Return Date: 11/5/09
Assignment: T/S+
Training: Drive Safe
1528    End of Tour
Adrian P School f #12943
Sunday    9/6/09    7x3
0705 Present for duty @ 81st
Roll Call Supv: Sgt Rogers
Color of the Day: Yellow
Return Date:
Assignment: T/S+
Training:
1528    End of Tour
Adrian P School f #12943
Monday    9/7/09    7x3
0705/ Present for duty @ 81st
Roll Call Supv: Sgt Ferrigno
Color of the Day: Green

NYC00008625

6. Bring any inconsistencies or inaccuracies in paperwork or in prior testimony to
   the attention of the Assistant District Attorney.

**THE COURT APPEARANCE:**

1. Arrive early.

9/8/09 (Tuesday)
Sgt. Sawyer
COD Yellow
RD 11/9/09
Ass T/St
Training Activity
P. Curtaday present sign the training log

9/9/09 (Wednesday)
Sgt. Neff
COD: Orange
RD: 11/10/09
Ass:
Training:

9/12/09 (Saturday)
Sgt. Gebbia *1 5/5
COD: Yellow
RD: 11/16/09
Ass:
Training: 61's & RMP inspections

1015   Sgt. Gallas criticizing Sgt. Sawyer
about his behavior.

NYC00008626

→ Return Date 11/6/09
Assignment: T/S+
Training:
1528 End of Tour
Adrian P. Schoolcraft #12943
Tuesday 9/8/09 7x3
0705 Present for duty @ 81ST Pct
Roll Call Sgt: Sgt. Rose Sawyer
Color of the Day: Yellow
Return Date: 11/9/09
Assignment: T/S+
Training: Activity - Sgt. Sawyer
- PO Huxley present, sign
the training log."
1528 End of Tour
Adrian P. Schoolcraft #12943
Wednesday 9/9/09 7x3
0705 Present for duty @ 81ST Pct
Roll Call Supv: Sgt. Neff
Color of the Day: Orange
Return Date: 11/10/09
Assignment: T/S+
Training:
1528 End of Tour
Adrian P. Schoolcraft #12943
Thursday 9/10/09 RDO
Friday 9/11/09 RDO
Saturday 9/12/09 7x3
0705 Present for duty @ 81ST Pct

6. Bring any inconsistencies or inaccuracies in paperwork or in prior testimony to the attention of the Assistant District Attorney.

**THE COURT APPEARANCE:**

9/13/09 (Sunday)
Sgt. Gallina
CUD: Green
RD: 11/17/09
Ass: T/j 9 w/Newkirk
Training:

Sgt. Neff. 9/14/09 (Monday)
CUD: Orange
RD. 11/17/09
Ass: T/j w/Newkirk
Training: None
PO) today present "Sign the
training Log"

9/15/09 (Tuesday)
Sgt. Neff
CUD Green
RD.
Ass: T/j
Training:

approx
1500    Finrelli w/PO Itwaru brought in
3 B/M's, one of them ████████
Futher, B/M's were unhandcuffed
and released from the desk
when they were brought in. Lt. from
PDU was telling desk (Lt Jones) who
Mr. Hill was. Capt. Laughrenborn
was present at desk also.

→ Roll Call Supr: Sgt Grebbia
→ Color of the Day: Yellow
→ Return Date: 11/16/09
→ Assignment: T/S +
   Training: 61's & RMP inspections
1523    End of Tour
Schwn P Schwd # 12943
Sunday   9/13/09   7x3
0705 / Present for duty @ 81ˢᵗ S/H
Roll Call Supr: Sgt. Gallina
Color of the Day: Green
Return Date: 11/17/09
Assignment: T/S +
Training:
1523    End of Tour
Schwn P Schwd # 12943
Monday   9/14/09   7x3
0705 / Present for duty @ 81ˢᵗ S/H
Roll Call Supr: Sgt Neff
Color of the Day: Orange
Return Date: 11/17/09
Assignment: T/S +
Training: None , PO Hurley
Present "Sign the training log"
1523    End of Tour
Schwn P Schwd # 12943
Tuesday   9/15/09   7x3
0705 / Present for duty @ 81ˢᵗ S/H
Roll Call Supr: Sgt. Neff

NYC00008629

9/16/09 (Wednesday)
Sgt. Conwell
COD. Yellow
RD: 11/8/09
Ass: T/S

Training: IMEI ⚊ by Sgt. Conwell

0800 Capt. Lauterborn requested Det. Patterson
in COs office re: chronic lateness.
Det. Peterson assigned to hosp.
Prisoner.

0858  "She's a mess" Lt. Mascol referring
to Det. Peterson, to Lt. Jones
at Desk.

Sawyer responded to Det./Lating
53 hours

9/26/09   Saturday
Sgt. Sawyer ☆ 2576
COD: Orange
RD: 12/1/09
Ass: T/S

Training: I'm not the training Sgt
Sgt. Sawyer

9/27/09   Sunday
Sgt. Grullon

COD: Green
RD: 2 Dec 2009 (12/2/09)
Ass: T/S

Training: Quarterly Points & Gun
Retention by Sgt. Grullon

0801 Williams talking about D/
downgrading Aggravation PO Patten
to Assault 3 from Assault 2

→ Color of the Day: Green
Return Date:
Assignment: T/S "PO Newkirk
Training:

0705 Present for July 6 21st S/H
Roll Call Supv:
Color of the Day:
Return Date:
Assignment:

NYC00008630

0801 Greives talking about DL discussing Assault in PJ.Prior to Assault 3 from Assault 2

→ Color of the Day: Green
Return Date: /
Assignment: T/S 4PC Newkirk
Training:
0705 Present for duty @ 81ST S/H
Roll Call Supv:
Color of the Day:
Return Date: /
Assignment:
Training:
1528 End of Tour /
Adrian T. Schraff #12943
Wednesday 9/16/09 7x3
0705 Present for duty @81ST S/H
Roll Call Supv: Sgt Conwell
Color of the Day: Yellow
Return Date: 11/18/09
Assignment: T/S
Training:
1528 End of Tour
Adrian T. Schraff #12943
Thursday 9/17/09 RDO
Friday 9/18/09 RDO
Saturday 9/19/09 IVD
Sunday 9/20/09 IVD
Monday 9/21/09 Vacation
Tuesday 9/22/09 Vacation
Wednesday 9/23/09 Vacation
Thursday 9/24/09 RDO

NYC00008631

1/23/09
Sgt. Gallin..
C.D. Change
RD 12/2/09
Ass: T/S
Training: Explosives Video (unfinished)
Sgt. Caswell present

0820   Quality Assurance Division
Lt. Mike Brill

(718) ▓▓▓▓▓▓▓

▓▓▓▓▓▓▓

Friday      9/25/09    RDO
Saturday    9/26/09    7x3
0725   Present for duty @ 8/ᴵ ³/₄
         Roll Call Sup/Sgt Sawyer
         Color the Day! (Green)
         Return Date 12/1/09
         Assignment: T/S
         Training: I'm not thru Training—
                   → Sgt. _____ Sawyer
         → "Activity ___ ___ to do Points"

NYC00008632

Friday        9/25/09    RDO
Saturday      9/26/09    7x3
0705  Present for duty @ 815 x/1
      Roll Call Supv Sgt. Sawyer
      Color of the Day: Green
      Return Date: 12/1/09
      Assignment: T/S
      Training: "I'm not the training-
      → Sgt" - Sgt. Sawyer
      →"Activity for Quarterly Points"
      - Sgt. Sawyer
1528  End of Tour
      [signature] # 12943
Sunday        9/27/09    7x3
0708  Present for duty @ 815 x/11
      Roll Call Supv Sgt. Gallina
      Color of the Day: Green
      Assignment: T/S
      Training: Quarterly Points &
      Gun Retention by
      Sgt. Gallina
1528  End of Tour
      [signature] # 12943
Monday        9/28/09    7x3
0705  Present for duty @ 815 x/4
      Roll Call Supv. Sgt. Gallina
      COD: Orange   Ass: T/S
      Return Date: 12/2/09
      Training: Explosives Video
      Sgt. Colwell present

9/29/09 (Tuesday)
SGT Rogers #2465
COD: Yellow
RD 12/3/09
Asz T/S
Train. 2
Richie Braun (PBA Delegate) present
mentioned IVD days, and stated
" the CO wants to know if everyone
is happy" he also stated they
can make you work more as long as
they pay you.

9/30/09 (Wednesday)
Sgt Gallina
COD: Orange
RD: 12/3/09
Ass: T/S
Training Numbers, re: Activity
) - Lt. Jonas
"Keeps the Borough off"
- Sgt. Gallina.

0859   Lt. Mascol states "We never have
enough people for 4 sectors"
to new B/F Sgt.

1058   Lt. Mascol request me to sign
another copy of my appeal
dated 9/30/09, No rater sig.
Lt. Mauriellos signature but
no date next to his.

1528   End of Tour
Adrian F. Schoolcraft #12943
Tuesday   9/29/09   7x3
0705 / Present for duty @ 81st St.
Roll Call Supv: Sgt. Rogers
Color of the Day: Yellow
Return Date: 12/3/09
Assignment: T/S
Training: ?
1528 — End

NYC00008634

Adrian F. Schoolcraft #12943

1528     End of Tour
Adrian C Schoolcraft #12943
Tuesday     9/29/09     7x3
0705 / Present for duty @ 81ST S/H
Roll Call Supv: Sgt. Rogers
Color of the Day: Yellow
Return Date:  12/3/09
Assignment: T/S
Training:  ?
1528     End of Tour
Adrian C Schoolcraft #12943
Wednesday  9/30/09    7x3
0705   Present for duty @81ST S/H
Roll Call Supv: Sgt Gallina
Color of the Day: Orange
Return Date: 12/3/09
Assignment: T/S
Training: Numbers, re: Activity -
- Lt. Jones
"Keeps the burrough off" -
- Sgt. Gallina
1519  10-92C (K09692544L)
1933  Ready Time
2000  Spoke to Daniel Watts
→ from DA's office, re: Arrest
→ No.*K09692544L, Mr.
Watts stated he was not
able to contact C/V ████
████  via phone (████) -

████

→ [redacted] at approx.
→ 2245 PO Bazile (81st
→ pct Domestic Violence
→ Officer) went to SK's last
→ known location
→ [redacted]
→ where PO Bazile and
→ PO. McSherry took SK
→ after her complaint at
→ the 81st pct. PO Bazile
→ (81st pct Domestic Violence
→ Officer) stated no one
→ would answer the door
→ at SK's last known re-
→ sidence.
2150   Daniel Watts, from ADA's
→ office, told me to report
→ to my command the
→ following morning.
2200   End of Tour
Gabriel Knight #12943
Thursday  10/1/09  9x
0900 / Present for duty @ 81st
Desk Officer:
Assignment: LAPS
0920  Sgt Diaz from ECAP
contacted me, instructed
to attempt to contact
SK atleast once. →

[redacted]

NYC00008636

10-75F by 8IP
P.O. Miller & PO.
            Sprint #4762

10/1/04
1135   D.I Maurielli stated precinct
shouldit be in back log, "Do
I have to sick Caughey
in them."

0936   attempted to contact 9v
→          [redacted]          via 81
→   phone ( [redacted]
→   Calling 9v phone ( [redacted]
→      [redacted]      (r results,
→   left message on 9v's
→   voicemail to contact (718)
→      [redacted]      Telephone
→   Message log entry made
→   on p. 03  **NYC00008637**
1039   2nd  attempt to contact

0936   attempted to contact &V
→ ████████████████ via ▧
→ phone (██████████
→ calling &V phone (████
→ ████████████ ,(▢results,
→ left message on &V's
→ Voicemail to contact ████
→ ████████████ Telephone
→ Message log entry made
→ on p.93

1039   2nd attempt to contact
→ &V ████████████ via.
→ 81 phone *
→ calling phone *
→ ████ ,▢results Telephone
→ Message log entry made
→ on p.93.

1050   Desk Officer Sgt. Sawyer
instructed me to go to
120 Schenectady 2nd floor -
Rm 207.

1150   Enroute to 120 Schenectady
→ via RMR #2549 P.O. Brown
→ (operator) and P.O. Montanez
→ (front seat passenger)
10-84 @ 1350 Joist.
Enroute to 120 Schenectady
10-84 @ 120 Schenectady
ADA Margo @ 1356 Joist.

Saturday
10/3/04
Sgt. Sawyer #2576
COD. Green
RD 12/8/04
Ass T/S
Training Activity, RMP Safety
- Sgt. Sawyer

Sunda

Sgt. Gallina #3312
Suaday (10/4/04)
COD. Orange
RD 12/5/04
Ass T/S
Training: RMP Safety
Don't take C/'s, send them up
to the squad - Lt. Jones
(day after two Walk-in Robberys)

→ Released me.
Enroute to SI via Summons
Auto, P.O. Alston speaker
End of Tour
Adrian P. ____ # 12943
Friday 10/2/09 RDO
Saturday 10/3/09 7 x 3
0705 Present Broadw. 68 st

NYC00008689

Don't take (2 retail) them up
to the squad - Lt. Jones
(day after two Walk-in Robberys)

→ Released imo.

Enroute to 81, via Summons
Auto, P.O. Alston operator.
End of Tour
Adrian P. Schoolcraft #12943
Friday       10/2/09      RDO
Saturday    10/3/09      7x3
0705  Present for duty @ 81st
        Roll Call Supv: Sgt. Sawyer
        (Color of the Day: Green
        Return Date: 12/8/09
        Assignment: T/S
        Training: RMP Safety, Activity
        -Sgt. Sawyer
1528   End of Tour
Adrian P. Schoolcraft #12943
Sunday     10/4/09      7x3
0705  Present for duty @ 81st
        Roll Call Supv: Sgt. Gollins
        Color of the Day: Orange
        Return Date: 12/8/09
        Assignment: T/S
        Training: RMP Safety, and
        don't take Robbery 61s, send
        them to the squad - Lt. Jones
        (day after 2 Walk-In Robberys)
1528   End of Tour
Adrian P. Schoolcraft #12943
Monday    10/8/09     7x3

NYCLU01564

10/4/09   RMP# 8717   Plate #
0900   Not at command

0911   Lt. Jones stated he'll find it.

1267   "Does anybody have over 16°
Lt. Jone re: Activity reports
that Sgt. Gralling was reading
at 81 desk.

1219   "All I want is one collar a month"
— Sgt. Gallina → P.O. Rios

10/5/09 (Monday)
Sgt. Gallina
COD: White
RD: 12/9/09
Assi: T/S
Training: None; P.O. Hurley
present
10/5/09
0855   Lt. Brill called wants
notify me to come to 300 Gold St.
on Monday (10/12/09).

10/5/09
1030   Lt. Brill called wants to meet
Wednesday (10/7/09) instead
of Monday (10/12/09).

Monday   10/5/09   7x3
0705/ Present for duty @ 81   S/H
Roll Call/Sunv: Sgt Gralling
Color of the Day: White
Return Date: 12/9/09
Assignment: T/S
Training: None. P.O. Hurley present
1520   Ent'd
NYC00008541

Monday 10/5/09 7x3
0705/ Present for duty @81st 3/4
Roll Call Supv: Sgt. Gallina
Color of the Day: White
Return Date: 12/9/09
Assignment: T/S
Training: None, PO Hurley present
1528 End of Tour
Adrian P. Schoolcraft #12943
Tuesday 10/6/09 7x3
0650/ Called 81 Desk, requested
Lost Time, from Sgt. Jane,
stated Lt. Jones granted LT.
1135 10-84 @ 81st 3/4
1528 End of Tour
Adrian P. Schoolcraft #12943
Tuesday 10/6/09 7-15
Wednesday 10/7/09 7x3
0705 Present for duty @81st
Roll Call Supv: Sgt. Gallina
Color of the Day:
Return Date: /
Assignment: GO15 & 300 Gold St.
Training: Don't go behind desk
2 Sgt. Gallina
Enroute to 300 Gold St.
0000 10-84 @ 300 Gold St.
1500 10-98, Enroute → 81st 3/4
1430 10-84 @ 81st 3/4

Kelly Rios
Dentist #
(631) 586-0555

10/10/09
"Keep off the radar" re: Activity
-Sgt. Rogers

10/12/09

10/13/09
Sgt. Bonilla (PC's Office)
(646) 610-5410
contacted me via T/S

1528   End of Tour
Adrian C. Schoolcraft #12943
Thursday   10/8/09   RDO
Friday   10/9/09   RDO
Saturday   10/10/09   7x3
0705 / Present for duty @ 81 SE S/H
Roll Call Sup: Sgt. Rogers
Job of the Day:
Return / Assignment
Assignment:   NYC02008643
Watch out

10/14/09 (Sgt. Rogers
Wednesday) Lt. Jones
C/o: **White**
RD: 12/17/09
Ass T/S
Training: D.I.R's, Seatbelts

1528        End of Tour
Adrian P.A. Herald #12943
Tuesday    10/13/09    7 x 3
0705    Present to duty 81 ˢᵀ ᵖ/H
Roll Call Superv. Sgt. Rogers
Dir of the Div: Green
Return Date: 12/16/09
Assignment: T/S T
NYC000008644
Training: P.A.K   t. Musical
Call PL   1 L L'

1528    End of Tour
Schram P.O. #12943
Tuesday   10/13/09    7x3
0705   Present for duty @ 81ST SH
Roll Call Supv. Sgt. Rogers
Color of the Day: Green
Return Date:  12/16/09
Assignment: T/St
Training: PAR's by Lt Mascol
→ Cell Phone Initiative, burrough
→ wants hourly count of summonses,
→ Don't bring in bags of shit,
→ because BCB is closed till
→ 1300 hrs.
1528    End of Tour
Schram P.O. #12943
Wednesday   10/14/09    7x3
0705   Present for duty @ 81ST SH
Roll Call Supv. Sgt. Rogers
Color of the Day: White
Return Date:  12/17/09
Assignment: T/St
Training
1153   Observed Lt Caughey
(ICO) unlock ICs Secretary's
Office with key, and open
door.
1528    End of Tour
Schram P.O. #12943

NYC00008645

10/17/09 (Saturday)
Sgt Huffman
C.O.D: White
RD: 12/21/09
Ass: T/S
Training: Response Times, Drive
Safety to 85's


10/18/09 (Sunday)
Sgt. Gallina + Lt. Jones (no Uniform)
C.O.D: Yellow
RD: 12/22/09
Ass: T/S
Training: Drive carefully, its raining
+ Community Visits
Lt. Jones reviews CO's meeting
- integrity test
- seat-belts
- locker inspection
- break up sectors
  if your workin
  if your not, your put up someone you
  don't want
- Activity
- xperience doesn't count


Thursday    10/15/09    RDO
Friday      10/16/09    RDO
Saturday    10/17/09    7x3
0705 / Present on duty 31st pct.
Roll Call Sup: Sgt. Huffman
Color the Day: #12/21/09
Return ) City: White
Ass: 23-31

NYC09008040

Thursday   10/15/09   RDO
Friday     10/16/09   RDO
Saturday   10/17/09   7x3
0705 / Present for duty @ 81st pct.
Roll Call Supv: Sgt. Huffman
Cdr of the Day: #12/21/09
Return Date: 5White
Assignment: T/S
Training: Response Times, Drive
Safely & 85's
1528   End of Tour
Akwun / Schaff #12943
Sunday   10/18/09   7x3
0705 / Present for duty @ 81st pct.
Roll Call Supv: Sgt. Gallina
Cdr of the Day: Yellow
Return Date: 12/22/09
Assignment: T/S
Training: Drive Careful, Lt.
Janes review of CC's
meeting.
1528   End of Tour
Akwun / Schaff #12943
Monday   10/19/09   7x3
0705 / Present for duty @ 81st pct.
Roll Call Supv:
Cdr of the Day: Green
Return Date: 12/22/09
Assignment: T/S

10/20/09
1450
Instructed by Lt. Mascul on how
QAD wants / me to transfer calls

10/21/09 (Wednesday)
Sgt Galline (in-Uniform)
Lt Jones (not in Uniform)
Capt. Lauterborn (in-Uniform.

CO: Orange
RD: 12/24/09
Ass. T/S
Training PAR's by Capt. Lauterborn

10/24/09 (Saturday)
Sgt. Huffman
CO: Yellow
RD: ~~10/24~~ 12/29/09
Ass. T/S
Training: Robbery's, don't take 61

Tmk has I do my Roll Calls, if you work you
don't go to the hospital - Sgt. Huffman

Assignment: T/S
Training: Don't take Robbery
61's - Sgt. Huffman
1528      End of Tour
February / School / A 12943
Sunday    10/25/09    7x3
0735 / Present for duty - 815 pct.
Roll Call Sup. Sgt. Huffman

NYC00008650

Assignment: T/S
Training: Don't take Robbery
61's - Sgt Huffman
1528, End of Tour
Adrian Schoolcraft #12943
Sunday 10/25/09 7x3
0705 / Present for duty @ 81st pct
Roll Call Supv: Sgt. Huffman
Color of the Day: White
Return Date: 12/30/09
Assignment: T/S
Training: No Caps
1528, End of Tour
Adrian P. Schoolcraft #12943
Monday 10/26/09 7x3
Roll Call Supv: Sgt Gatling
Color of the Day: Orange
Return Date: 12/31/09
Assignment: T/S
Training: P.C. Hurley present @
Roll Call, passed out sheets
of paper that said something
about Verizon. I was not
given one.
1528, End of Tour
Adrian P. Schoolcraft #12943
Tuesday 10/27/09 7x3
0705 / Present for duty @ 81st pct
Roll Call Supv: Lt Huffman

NYC00008651

10/25/09 (Sunday)
Sgt Huffman
COD· White
RD 12/30/09
Ass·
Training· No Cops

10/26/09 (Monday)
Sgt Gallina / Lt Jones
COD· Orange
RD 12/31/09
Ass:
Training. PO Harley present, passed out
Something about Verizon.
"if your short on Activity Let me know" -
– Sgt. Gullina–
"Activity" Lt. Jones

"I never blame the cop, I blame the dept."
– ??? 10/26/09

call
Sgt Pevino at ??????
██████████████

Color of the Law: Yellow
Return Date 11/4/09
Assignment: T/S
Training:
Notified To Report to
1 Lerick St Jamestown
@ 11am.

NYC00008652

10/27/09 (Tuesday)
Sgt. Huffman / Lt. Jones
COC: Yellow
RD 1/4/09
Ass. T/S
Training: ?

10/28/09
Sgt. Gaffney / Lt. Jones
COC: White
RD: 1/5/10
Ass: T/S
Training: KMP Safety Video
          - Seat Belts -

Water Boy
40 Marcus Blvd
Hauppauge, NY   11788

Hispani - Male   Driver/delivery
Truck #54

1315   Aster called my cell phone  *
10/31/09 (Saturday)
SGT White        RD 1/6/2010
Ass T/s
Training

10-13 Enroute _ _ _
_ _ _   E / F _ _ -
_ _ _ _ _ _   12/_ _ _   _ _ 12/_ _
Thursday   10/29/09   RD
Friday     10/30/09   KD
Saturday   10/31/09   ? x 3
_ _ _ _   Present  _ _ _ _ _ _ _ _
Roll Call

NYC00008653

Asg. 7b
Training

10-93 Enroute → 81 Pct.
1520 End of Tour
Adrian P. Schoolcraft #12943
Thursday 10/29/09 RDO
Friday 10/30/09 RDO
Saturday 10/31/09 7x3
0705 Present for duty @ 91st
Roll Call Supv. Sgt. Huffman
Color of the Day: White
Return Date- 11/6/2010
Assignment: T/S
Training: "Activity" Quarterly
0730 10-84 on T/S
1130 - ST T/S
05. I to → injected
1138 Lt. Caughey returned
Memo-Book, requested to
sign @ 0805, then held
until 1138 hrs

NYC00008654

P.O. Astor, Fadil, Shield #26285
tax # 932274

NYC00008655