**CONFIDENTIAL**

THE CITY OF NEW YORK

POLICE DEPARTMENT

DEPARTMENT ADVOCATE'S OFFICE

---

In the Matter of

Case # 2010-2948

---

One Police Plaza

New York, New York 10038

September 17, 2010

P R E S E N T :

    INTERROGATORS:    LT. GARRASY
                                SGT. SCOTTO

    SUBJECT/WITNESS:    LT. CAUGHEY



**CONFIDENTIAL**

NYC00010227