Page 1

1    UNITED STATES DISTRICT COURT

     SOUTHERN DISTRICT OF NEW YORK

2    ------------------------------------------------X

3    ADRIAN SCHOOLCRAFT,

4                          Plaintiff,

5
                                      Case No:

6         - against -              10 CV 06005

7
     THE CITY OF NEW YORK, ET AL.,

8

9                      Defendants.

10   ------------------------------------------------X

11                    111 Broadway

                      New York, New York

12
                      May 29, 2014

13                    10:19 a.m.

14

15

16   DEPOSITION OF STEVEN WEISS, pursuant to

17   Notice, taken at the above place, date and

18   time, before DENISE ZIVKU, a Notary Public

19   within and for the State of New York.

20

21

22

23

24

25

Page 103

STEVEN WEISS

1
2     A.      No, that I remember, I don't.
3             (Plaintiff's Exhibit 126,
4     document, was marked for identification
5     as of this date by Mr. Smith.)
6     Q.      Showing you what's marked as
7  126.  It's a two-page document Bates Stamp
8  Numbers 2844 through 45.  Is this the
9  article that you were just referring to?
10    A.      Yes.
11    Q.      Is that your handwriting on the
12 first page?
13    A.      Yes, it is.  In relation to the
14 September '07 and January '08 this thing on
15 the bottom --
16    Q.      Yeah, you anticipated my next
17 question.  The handwriting on the right-hand
18 column on the first page, your handwriting?
19    A.      Yes.
20    Q.      What about the handwriting phone
21 number 646-610-4509; is that your
22 handwriting?
23    A.      Yes.
24    Q.      What's that a number to?
25    A.      It's a headquarters number, but

```
 1                    STEVEN WEISS
 2    I don't know what it's to.
 3         Q.    One Police Plaza?
 4         A.    Yes.
 5         Q.    Is this the phone number of the
 6    early intervention?
 7         A.    You have to call.  I don't know.
 8         Q.    You sent this article to the
 9    early intervention unit at the time that you
10    were a sergeant at the 81st Precinct; is
11    that right?
12         A.    Right.
13         Q.    Did you send the early invention
14    unit any other information about this
15    article?
16         A.    I don't know.  I don't remember
17    what else I sent them.  Says there's a 12
18    page to the fax.  So obviously I sent
19    something else.  What was sent with it, what
20    it was, I don't remember.
21         Q.    You're saying that it was 12
22    pages --
23         A.    It says at the top.
24         Q.    But that's for the fax --
25         A.    Right.
```

Page 105

1                    STEVEN WEISS
2       Q.       -- line dated January 12, 2010,
3   right?
4       A.       Correct.
5       Q.       You were not at the ICO -- you
6   were not at the 81st Precinct on January 12,
7   2010?
8       A.       No, I wasn't.  So this wouldn't
9   be the fax.  I don't know if I sent them
10  anything else.
11      Q.       You got to --
12      A.       I said I don't know if I sent
13  them anything else.
14          MR. SMITH:  I am going to call
15      for the production of the file in the
16      early invention unit file pertaining to
17      Officer Schoolcraft including, but not
18      limited to the copy of the article that
19      the witness has identified as being
20      sent to that unit.
21          MR. SHAFFER:  You have the
22      article.  You just handed it to him.
23          MR. SMITH:  No, I know.  I want
24      their copy of the article and ideally
25      all of the information reflecting when

Page 106

1                 STEVEN WEISS
2        it was transmitted.  This copy does not
3        provide that information, but if the
4        witness faxed, as he said, a copy of
5        this newspaper article to that unit,
6        then there may be information in their
7        files about when it was faxed.  There
8        may be also information about what else
9        was sent to the unit and what action,
10       if anything, the unit took with respect
11       to Schoolcraft.  So I am making a
12       request for the entire file.
13              MR. SHAFFER:  Put it in writing.
14       We will take under advisement.
15       Q.      You found this article,
16  Exhibit 126, on the internet?
17       A.      Yes.
18       Q.      Why were searching on the
19  internet for Schoolcraft?
20       A.      It was -- I was -- like I said,
21  I was worried about the guy a little bit.
22  Why specifically I did it, I don't recall.
23  I imagine I was looking for anything he may
24  have posted that was on there.  I don't
25  know.  I don't really remember what led me

Page 107

                          STEVEN WEISS
 1
 2   to do it.
 3       Q.     He was not within your line of
 4   supervision at that time, was he?
 5       A.     As the ICO, everybody is in my
 6   line of supervision.
 7       Q.     Did Mauriello ask you to do a
 8   search for information about Schoolcraft on
 9   the internet?
10       A.     No.
11       Q.     Did Lauterborn ask you to do a
12   search on Schoolcraft?
13       A.     No.
14       Q.     Did Caughey ask you to do a
15   search on the internet for Schoolcraft?
16       A.     No.
17       Q.     So you did this on your own
18   initiative?
19       A.     My best recollection, yeah.
20       Q.     Do you recall speaking with
21   Caughey about speaking to the early
22   intervention unit?
23       A.     I don't recall specific
24   conversation we had about it, no.
25       Q.     Do you recall generally talking

Page 108

1                    STEVEN WEISS
2    about Officer Schoolcraft with Caughey?
3         A.     We spoke about Officer
4    Schoolcraft, yes.
5         Q.     What did you speak with Caughey
6    about Officer Schoolcraft?
7         A.     Everything from the memo book to
8    the CD I gave him, to this, he appealed his
9    evaluation.
10        Q.     When you say referring to this
11   --
12        A.     To the article.
13        Q.     I mean the Leader Herald
14   article?
15        A.     Correct.  He appealed his
16   evaluation, he all of sudden had no gun and
17   we couldn't find out why, what his
18   assignment would be after he came back to
19   the precinct with no gun.  It came up in
20   conversation.
21        Q.     Did it come up in conversation
22   contacting the early intervention unit?
23               MR. SHAFFER:  Objection.
24        A.     I don't have a specific
25   recollection of speaking to about it.  It

Page 128

1                    STEVEN WEISS
2      That's my recollection.  Past that, I'm not
3      a hundred percent sure.
4           Q.      What do you recall about your
5      discussion with Lauterborn about the request
6      for a duty captain?
7           A.      Just how bizarre and unusual it
8      was and how it pointed towards the fact that
9      there was something perhaps not right with
10     this guy at this point.  That we needed to
11     -- I felt we needed to, at least, have
12     somebody talk to him on a level that they
13     could evaluate his psychological wellbeing
14     to make sure that he was okay.  That he
15     wasn't, for lack of a better term, crazy.
16          Q.      Did you have that discussion
17     with Lauterborn the same day he made his
18     request?
19          A.      Yes.
20          Q.      The same day that Schoolcraft
21     made the request for the duty captain?
22          A.      Yes.
23          Q.      Do you recall anything that you
24     discussed with Lauterborn?
25          A.      I don't specifically remember

Page 129

1                    STEVEN WEISS
2    the details of the conversation.  I do
3    remember the procedure regarding sending an
4    officer to psych services or having a
5    clinician respond -- however, exactly the
6    procedure was written, was discussed and the
7    -- this may have come up also from what I
8    remember.  This, being the article, and my
9    concerns about his psychological wellbeing
10   based on what was in the article.
11        Q.     You're referring to Exhibit 126?
12        A.     Yes.
13        Q.     Do you recall anything else that
14   you discussed with Lauterborn?
15        A.     It was all related to that.
16   About having him evaluated and the memo book
17   entry from when I issued him the CD.  Best
18   of my recollection this happened a couple of
19   days -- next day after that whole CD
20   incident.  So that also came up cause the
21   unusualness of that entry in the -- in there
22   and some of the other unusual entries that I
23   observed in his book.
24        Q.     Do you discuss with Lauterborn
25   who the duty captain was that day?

Page 130

1                    STEVEN WEISS

2        A.      I don't know.

3        Q.      Who was the duty captain that

4    day?

5        A.      I don't know.

6        Q.      Did you have any discussion with

7    anybody else that day about Schoolcraft's

8    request for the duty captain?

9        A.      Other than Lauterborn, my

10   recollection is also, Sergeant Stukes was

11   somebody that I spoke to about it.

12       Q.      What did you speak to Stukes

13   about?

14       A.      I believe Stukes went to the --

15   seemed to find out why he was asking for the

16   duty captain.  So the conversation was

17   regarding that.

18       Q.      What do you recall about your

19   discussion with Stukes?

20       A.      Not much.  I remember having a

21   discussion with him about it.  And then him

22   speaking to the captain about it, I believe.

23   Past that, I don't really remember even

24   partially about the unusualness about the

25   request from what I remember.

Page 131

1                          STEVEN WEISS
2          Q.      Do you recall speaking with
3    anybody else that day about Schoolcraft's
4    request for a duty captain?
5          A.      Not that I could remember.
6          Q.      When did you discuss
7    Schoolcraft's duty captain request with
8    Caughey?
9          A.      Probably, from my recollection,
10   it was right after we -- right after it came
11   over then walking into the -- as we walked
12   from our office to the captain's office.
13   They were like across the hall -- not across
14   the hall, but across the lobby of the
15   precinct.
16         Q.      So the same day that you had the
17   conversation with Lauterborn, you also had a
18   conversation Caughey about --
19         A.      Yeah, this all happened at the
20   same time.
21         Q.      What do you recall about your
22   discussion with Caughey?
23         A.      Just that I felt that he needed
24   to be evaluated.
25         Q.      Was Schoolcraft evaluated?

Page 132

STEVEN WEISS

1

2      A.      No.

3      Q.      Why not?

4      A.      The captain's decision.

5      Q.      Which captain?

6      A.      Captain Lauterborn.

7      Q.      So Lauterborn said I'm not going

8  to do this, is that what happened?

9      A.      He interviewed Schoolcraft and

10  then after that there was no further action

11  taken as far as having him evaluated at

12  least that day that I know of.

13      Q.      Were you present during this

14  interview with Lauterborn?

15      A.      No.

16      Q.      Where did this interview take

17  place?

18      A.      In the CO slash XO's office.

19      Q.      Was this the same day that the

20  request by Schoolcraft for the duty captain

21  took place?

22      A.      Yes.

23      Q.      Was Mauriello in command and

24  working at that time?

25      A.      He was the CO of the precinct at

Page 133

1                    STEVEN WEISS

2      the time.  He was not working.

3          Q.     Do you recall having any other

4      discussions with anybody else that day about

5      this request?

6          A.     Not that I can recall, no.

7          Q.     So am I correct that you looked

8      at the patrol guide procedure for referring

9      Schoolcraft to psychological services and

10     you discussed that patrol guide procedure

11     with Lauterborn and ultimately, Lauterborn

12     told you no, we are not following this

13     procedure with respect to Schoolcraft.

14              MR. SHAFFER:  Objection.

15         A.     Yes, that would be fair.

16         Q.     Did you ever have any

17     discussions with Mauriello about

18     Schoolcraft's request for a duty captain?

19         A.     I don't specifically remember

20     any conversations about it.

21         Q.     Did you, yourself, have any

22     conversations with Schoolcraft that day?

23         A.     I'm not certain.

24         Q.     Did you, at any time after that,

25     have any conversations with Schoolcraft

Page 134

```
 1                     STEVEN WEISS
 2     about his duty captain request?
 3          A.      I'm not sure.  I don't know.
 4          Q.      Was your contact with the early
 5     invention before or after Schoolcraft
 6     requested the duty captain?
 7          A.      Good question, I don't know.
 8          Q.      What's the next thing that you
 9     remember with regards to Schoolcraft?
10                  MR. SHAFFER:  Objection.
11          A.      I remember when he came back to
12     the precinct after I had spoken with the
13     early invention people at some point and he
14     now he came back and he had no gun, no
15     shield and I had a short conversation with
16     him in my office about that.
17          Q.      What was that conversation?
18          A.      Basically what happened, how
19     come you have no gun and shield, which he
20     really wasn't able to provide any kind of
21     answer, other than to say that they showed
22     up at his house and drove him someplace and
23     took his gun and his shield and brought him
24     back home.  That's what I remember him
25     telling me.
```