THE CITY OF NEW YORK

POLICE DEPARTMENT

DEPARTMENT ADVOCATE'S OFFICE

---

In the Matter of

Case # 86109/10

---

One Police Plaza

New York, New York 10038

8/11/2010

PRESENT:

    INTERROGATORS:

    SUBJECT/WITNESS:    DI Steven Mauriello
                                     Captain Chris Maloney



Confidential - Attorneys' Eyes Only        NYC00004888