```
                                                    Page 1
 1    UNITED STATES DISTRICT COURT.
      SOUTHERN DISTRICT OF NEW YORK
 2    ------------------------------------------------X
 3    ADRIAN SCHOOLCRAFT,
 4                        Plaintiff,
 5
                                         Case No:
 6         - against -                   10 CV 06005
 7
      THE CITY OF NEW YORK, ET AL.,
 8
 9                        Defendants.
10    ------------------------------------------------X
11                   111 Broadway
                     New York, New York
12
                     June 18, 2014
13                   10:28 a.m.
14
15
16    DEPOSITION OF CHRISTOPHER BROSCHART, pursuant
17    to Notice, taken at the above place, date and
18    time, before DENISE ZIVKU, a Notary Public
19    within and for the State of New York.
20
21
22
23
24
25
```

Page 87

1           CHRISTOPHER BROSCHART
2           MS. PUBLICKER METTHAM:
3   Objection.
4      A.     I was in a car and I was on
5 patrol.
6      Q.     According to go your memo book
7 at 1620, you were sent to Schoolcraft's
8 residence, right?
9      A.     At 1620 I left for Schoolcraft's
10 residence.
11      Q.     Were you given an order to do
12 that?
13      A.     Yes, sir.
14      Q.     By home?
15      A.     Captain Lauterborn.
16      Q.     What did he tell you?
17      A.     That Schoolcraft had left
18 earlier without permission and he sent me to
19 go bring him back to the precinct.
20      Q.     Did he say anything else to you?
21           MS. PUBLICKER METTHAM:
22   Objection. You could answer.
23      A.     Can you rephrase that? I can't.
24      Q.     No, I can't actually. You know
25 what I could do is -- where were you when

Page 88

1     CHRISTOPHER BROSCHART
2  you got this assignment, were you on patrol
3  or were you in the precinct?
4       A.     I was in the stationhouse.
5       Q.     Was anybody else present when
6  you got this assignment from Lauterborn?
7       A.     Inspector Mauriello.
8       Q.     Did you get this assignment
9  while you were in the CO's office?
10      A.     Yes.
11      Q.     Who else was present, other than
12 Mauriello?
13      A.     Lauterborn.
14      Q.     Nobody else?
15             MS. PUBLICKER METTHAM:
16      Objection.
17      A.     I don't recall.
18      Q.     Did Mauriello say anything
19 during this exchange?
20      A.     I don't recall.
21      Q.     Were you directed to come to the
22 precinct while you were on the patrol to get
23 this assignment?
24             MS. PUBLICKER METTHAM:
25      Objection.