
EXHIBIT
PLAINTIFFS
27
pd 11/7/13

# NYPD FACSIMILE TRANSMITTAL SHEET



## CHIEF OF DEPARTMENT
## OPERATIONS DIVISION

FROM: LT KEEFE

TO: SGT SCOTT

DATE: 9/10/10   TIME: 1157 hrs

COMMENTS: _____

Total number of pages including this sheet: 3

174a

Acknowledge receipt of this transmission at:

Telephone Number: **646-610-5581**   Fax Number: **646-610-4767**

The information contained in this facsimile transmission is official Police Department business and is considered confidential. In the event you are not the intended recipient, please contact the sender at the above number immediately.

## Operations Unit - Incident Report

OU20 Serial No : 2009-4008

| Incident Time | 20:57 | Incident Date | 10/31/2009 | Precinct | 104 | Boro | PBQN |

Location (Indicate Inside/Outside, Etc.)
8260 88 PLC. APT. 2L

Location Type: Building - Residential

**Type of Incident 1**: POSS SUICIDAL MOS

**Type of Incident 2**:

### MOS

| Rank | Last Name | First Name | Command | Shield | Tax # | On Duty | Unifrmd |
|---|---|---|---|---|---|---|---|
| P.O. | SCHOOLCRAFT | ADRIAN | 81 PCT. | 12943 | 931186 | Y | N |

Aided

Status | Injuries/Condition | Hospital ("Major Trauma Center")

No Civilians Involved

### Details of Incident

CAPTAIN REPORTS THE ABOVE MOS WHO IS CURRENTLY ON RESTICTED DUTY ( IO 9 ) WALKED OUT OF THE 81 STATION HOUSE WITHOUT PERMISSION OR AUTHORITY AT APPROXIMATELY 1400 HOURS DURING A SCHEDULED 0705 X 1528 DAY TOUR. ALL ATTEMPTS TO MAKE CONTACT WITH THE MOS HAS MET WITH NEGATIVE REULTS. ( HOME PHONE, CELL PHONE, EMERGENCY CONTACT ( FATHER) ).
THE SUPER OF THE MOS'S RESIDENCE STATED HE MAY HAVE SCENE THE OFFICER ENTER HIS APT. LATE IN THE AFTERNOON. CAPTAIN ADVISES HE IS TREATING THIS AS AN AWOL MOS AND HAS ESU, HNT ANT TARU AT THE RESIDENCE.
UPDATE: 2200 HOURS, ESU GAINED ACCESS AND MOS IS PHYSICLY OK. NO INJURIES

| Received From | Capt. | LAUTERBORN | | PBBN DUTY CAPT. |
|---|---|---|---|---|
| | Rank | Last Name | | Command |
| Received By | P.O. KOBEL | 10/31/2009 | 21:24 | OU Supervisor Sgt. Mangan |
| | Rank/ Last Name | Date | Time | |

Sprint Job  S14534    Misc Log Page    Principal Case Page #

OU20 Status:    Last Updated  22:00 Hrs., 10/31/2009    Last Printed: 15:28 Hrs., 9/9/2010

1746

## ...ations Unit - Incident Report

| COMMAND | Phone # | 1ST NOTIFICATION | TIME | 2ND NOTIFICATION | TIME |
|---|---|---|---|---|---|
| Police Commissioner | x 5410 | DET. CAMACHO | 21:30 | | |
| Real Time CC | x 4770 | | | | |
| Employee Relations | x 5434 | | | | |
| 1st Dep. Commissioner | x 5420 | | | | |
| T.A.R.U. (573) | (718) 971-1400 | HNT - LT. CAMBRIA | 21:40 | | |
| Chief of Department | x 6710 | CHIEF ESPOSITO | 21:25 | | |
| D.C.P.I. | x 8700 | | | | |
| Duty Chief | | CHIEF MARINO (SCENE) | | CHIEF NELSON | |
| Duty Inspector | | | | | |
| Duty Captain | | CAPT. LAUTERBORN (SCENE) | | | |
| Chief of Patrol Wheel | x 8906 | | | | |
| Special Ops Div. (210) | 718-289-3330 | P.O. SMITH | 21:38 | | |
| Patrol Borough-PBQN | 718-520-6777 | P.O. CACAVAS | 21:18 | | |
| Member's Command | | CAPT. GREEN | 21:18 | | |
| Chief of Detectives | x 5430 | DET. MASSANOVA | 21:34 | | |
| Arson and Explosion | 212-253-6331 | | | | |
| Major Case | x 6910 | | | | |
| Pct Det Sqd/Nitewatch | | | | | |
| Dep. Comm. of Operation | x 8100 | | | | |
| Bomb Squad (415) | 212-741-4835 | | | | |
| Crime Scene (440,441) | 718-558-8822, 23 | | | | |
| Chief of Transportation | x 5500 | | | | |
| Traffic Div. (578, 579) | 718-706-6062 | | | | |
| Highway District (475) | 718-217-3529 | | | | |
| Transit Bureau | 718-243-3441 | | | | |
| Intell. Division (482) | 646-805-6400 | | | | |
| Counter Terrorism | 212-384-4804 | | | | |
| Housing Bureau | x 4744 | | | | |
| Wheel (478) | 718-694-7750 | | | | |
| O.C.C.B. | x 6610 | | | | |
| I.A.B. (480) | 212-741-8401 | | | | |
| Personnel Bureau | x 6612 | | | | |
| Sick Desk/Trauma (559) | 718-760-7606 | | | | |
| Early Intervention | x 6730 | | | | |
| POPPA | 917-464-0195 | | | | |

| | | | |
|---|---|---|---|
| Chaplain's Unit | x 6472 | JTTF (763) | 212-384-8309 |
| School Safety (552) | 212-979-3339, 33, 37 | Outdoor Range | 718-885-2500 |
| Comm. Sect. (230) | 718-254-1450 | Radio Shop (547, 548) | |
| Special Victims Squad | | Firearms Rev Bd x 6952 | |
| Mayor's PD Desk (502) | 212-788-3058 | D.C.C.A. x 5370 | |
| Disorder Control (451) | 718-293-3443 | Other | |

| OTHER AGENCIES | | | |
|---|---|---|---|
| Mayor's CAU (500,1) | 212-788-7413 | DOT (737) | 212-442-7090 |
| P.A.P.D. | | Sanitation (836,837) | 646-885-4857 |
| T.B.T.A. (846) | 646-252-7000 | Parks Dept. (800) | 646-613-1200 |
| LIRR / Metro North PD / MTA | 212-878-1000 | NYC Correct. (725) | 718-546-1384 |
| | | FBI Ops. (742) | 212-384-1000 |
| Nassau County (804) | 516-573-7000 | FBI Bank T/F (741) | 212-384-2818 |
| F.D.N.Y. (746, 747) | 718-999-2094 | Immig.Natural.Servcs | 212- |
| D.E.P. (731) | 718-595-6700 | DEA Ops. (730) | 212-337-1810 |
| Buildings Dept. | Notify O.E.M | Coast Guard (717) | 718-354-4101 |
| OEM (514) | (718) 422-8700 | NYS Correct. (726) | 518-485-2466 |
| | | ConEd (798) | 212-580-6766 |

## Operations Unit - Incident Report

| COMMAND | Phone # | 1ST NOTIFICATION | TIME | 2ND NOTIFICATION | TIME |
|---|---|---|---|---|---|
| Police Commissioner | x 5410 | DET. CAMACHO | 21:30 | | |
| Real Time CC | x 4770 | | | | |
| Employee Relations | x 5434 | | | | |
| 1st Dep. Commissioner | x 5420 | | | | |
| T.A.R.U. (573) | (718) 971-1400 | HNT - LT. CAMBRIA | 21:40 | | |
| Chief of Department | x 8710 | CHIEF ESPOSITO | 21:25 | | |
| D.C.P.I. | x 6700 | | | | |
| Duty Chief | | CHIEF MARINO (SCENE) | | CHIEF NELSON | |
| Duty Inspector | | | | | |
| Duty Captain | | CAPT. LAUTERBORN (SCENE) | | | |
| Chief of Patrol Wheel | x 8906 | | | | |
| Special Ops Div. (210) | 718-289-3330 | P.O. SMITH | 21:38 | | |
| Patrol Borough-PBQN | 718-520-6777 | P.O. CACAVAS | 21:18 | | |
| Member's Command | | CAPT. GREEN | 21:18 | | |
| Chief of Detectives | x 5430 | DET. MASSANOVA | 21:34 | | |
| Arson and Explosion | 212-253-6331 | | | | |
| Major Case | x 6910 | | | | |
| Pct Det Sqd/Nitewatch | | | | | |
| Dep. Comm. of Operation | x 6100 | | | | |
| Bomb Squad (415) | 212-741-4835 | | | | |
| Crime Scene (440,441) | 718-558-8822, 23 | | | | |
| Chief of Transportation | x 5500 | | | | |
| Traffic Div. (578, 579) | 718-706-6062 | | | | |
| Highway District (475) | 718-217-3529 | | | | |
| Transit Bureau | 718-243-3441 | | | | |
| Intell. Division (482) | 646-805-6400 | | | | |
| Counter Terrorism | 212-384-4804 | | | | |
| Housing Bureau | x 4744 | | | | |
| Wheel (478) | 718-694-7750 | | | | |
| O.C.C.B. | x 6810 | | | | |
| I.A.B. (480) | 212-741-8401 | | | | |
| Personnel Bureau | x 6612 | | | | |
| Sick Desk/Trauma(559) | 718-760-7606 | | | | |
| Early Intervention | x 6730 | | | | |
| POPPA | 917-464-0195 | | | | |

| | | | | |
|---|---|---|---|---|
| Chaplain's Unit | x 6472 | | JTTF (763) 212-384-8309 | |
| School Safety (552) | 212-979-3339, 33, 37 | | Outdoor Range 718-885-2500 | |
| Comm. Sect. (230) | 718-254-1450 | | Radio Shop (547, 548) | |
| Special Victims Squad | | | Firearms Rev Bd x 6952 | |
| Mayor's PD Desk (502) | 212-788-3058 | | D.C.C.A. x 5370 | |
| Disorder Control (451) | 718-293-3443 | | Other | |

| OTHER AGENCIES | | | | |
|---|---|---|---|---|
| Mayor's CAU (500,1) | 212-788-7413 | | DOT (737) 212-442-7090 | |
| P.A.P.D. | | | Sanitation(836,837) 646-885-4857 | |
| T.B.T.A. (848) | 646-252-7000 | | Parks Dept. (800) 646-613-1200 | |
| LIRR / Metro North PD / MTA | 212-878-1000 | | NYC Correct. (725) 718-546-1384 | |
| | | | FBI Ops. (742) 212-384-1000 | |
| | | | FBI Bank T/F (741) 212-384-2818 | |
| Nassau County (804) | 516-573-7000 | | Immig Natural.Servcs 212- | |
| F.D.N.Y. (746, 747) | 718-999-2094 | | DEA Ops. (730) 212-337-1810 | |
| D.E.P. (731) | 718-595-6700 | | Coast Guard (717) 718-354-4101 | |
| Buildings Dept. | Notify O.E.M. | | NYS Correct. (726) 518-485-2466 | |
| OEM (514) | (718) 422-8700 | | ConEd (798) 212-580-6766 | |

1740

## Operations Unit - Incident Report

**OU20 Serial No** 2009-4008

**Incident Time** 20:57  **Incident Date** 10/31/2009  **Precinct** 104  **Boro** PBQN

**Location** (Indicate Inside/Outside, Etc.)
8260 88 PLC. APT. 2L

**Location Type:** Building - Residential

**Type of Incident 1:** POSS SUICIDAL MOS

**Type of Incident 2:**

### MOS

| Rank | Last Name | First Name | Command | Shield | Tax # | On Duty | Unifrmd |
|---|---|---|---|---|---|---|---|
| P.O. | SCHOOLCRAFT | ADRIAN | 81 PCT. | 12943 | 931186 | Y | N |

**Aided**

**Status** | **Injuries/Condition** | **Hospital** (*Major Trauma Center)

No Civilians Involved

**Details of Incident**

CAPTAIN REPORTS THE ABOVE MOS WHO IS CURRENTLY ON RESTICTED DUTY (IO 9) WALKED OUT OF THE 81 STATION HOUSE WITHOUT PERMISSION OR AUTHORITY AT APPROXIMATELY 1400 HOURS DURING A SCHEDULED 0705 X 1528 DAY TOUR. ALL ATTEMPTS TO MAKE CONTACT WITH THE MOS HAS MET WITH NEGATIVE REULTS. (HOME PHONE, CELL PHONE, EMERGENCY CONTACT (FATHER)).

THE SUPER OF THE MOS'S RESIDENCE STATED HE MAY HAVE SCENE THE OFFICER ENTER HIS APT. LATE IN THE AFTERNOON. CAPTAIN ADVISES HE IS TREATING THIS AS AN AWOL MOS AND HAS ESU, HNT ANT TARU AT THE RESIDENCE.

UPDATE: 2200 HOURS, ESU GAINED ACCESS AND MOS IS PHYSICLY OK. NO INJURIES

**Received From** Capt. LAUTERBORN  **Command** PBBN DUTY CAPT.

**Received By** P.O. KOBEL  **Date** 10/31/2009  **Time** 21:24  **OU Supervisor** Sgt. Mangan

**Sprint Job** S14534  **Misc Log Page**  **Principal Case Page #**

**OU20 Status:**  **Last Updated** 22:08 Hrs., 10/31/2009  **Last Printed:** 15:28 Hrs., 9/9/2010