911 Calls By Date and Numb~      gnos Viewer                                    Page 1 of 1

 Keep this version ▾   ▶        ▾   ▣ ▾   📑 Add this report ▾   ▨



# 911 Calls For Service - Location Analysis
### 1 matching records found

**Date:** 2009-10-31
**Job Num(s):** S14534

| Row | Job Date | Time | Job # | Prec | Sev | Cur Code | Cur Desc | Final Code | Final Desc | Address | X-Str1 | X-Str2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2009/10/31 | 20:57 | S14534 | 104 | 0 | 54S1 | SERIOUS/INSIDE - AMBULANCE CASE | 97H | PATIENT REMOVED TO HOSPITAL - FINAL DISPOSITION (UNIT AVAILABLE) | 82-60 - 88 PLC | MYRTLE AVE | DEAD END |

20:57:36  .... AUTH OF BASE..... REQS...EMS.. TO LOC.. FOR.. AIDED AT LOC... UNK COND....... D1529

20:59:34  20 ETA 2105

21:06:12  21 , HP

21:06:40  20 ETA 2118

21:09:59  —AUTHO 104 SGT—REQ ESU TO GAIN ENTRY AT LOC——PLZ HAVE EMS RESP TO LOC—D 2377 .

21:15:34  25 EMS ONSCENE 50E3 BLSN

21:16:26  —AUTHO OF ESU 15 MINS OUT——D2377

21:17:22  20 ETA 2129

21:28:26  PBQN PO CACAVAS TO NTFY CAPT GREEN——OU——JMS

21:28:36  25 EMS ONSCENE C513 UNKN

21:31:16  PBBN PO CHARLES TO NTFY CAPT LAUDERBORN——OU——JMS

21:34:42  CH OF DET NTFD DET MASSANOVA——OU——JMS

21:38:38  —AUHTOOF SEC A—84—WILL BE OUT FOR A WHILE——D 2377

22:03:56  20 ETA 2208

22:10:53  21 , 50E 82

23:01:29  21



Sep 15, 2010                                  - 1 -                                  11:09:58 AM

NYC00003552

```
1H   ***********************SAT. 10/31/09***********************
INCIDENT RECORD I QNS 16  104C    D31A  2057 D31 2057 S14534 AS
10-54S1 UNK COND                    P3 ·         HOSP|RMVD 34  2214
ROUTING.D B   A N      S F    CCD        UF61       CC
82-60 88 PLC
MYRTLE AVE - DEAD END


DUPLICATE JOB NUMBER  NONE
02  D31A  2057 @DBALTNEXTEMS*.... AUTH OF BASE..... REQS...EMS..
       TO LOC.. FOR.. AIDED AT LOC... UNK COND....... D1529
11  D31A  2057 104ST1 10-97H  0051 @*
0B  D31A  2058 @B*
25  E100  2059 @*A8617093043173 8617
05  E100  2059 @*20 ETA 2105
05  E100  2106 @*21 , HP
05  E100  2106 @*20 ETA 2118
05  D31A  2109 @ASF*----AUTHO 104 SGT---REQ ESU TO GAIN ENTRY AT
       LOC------PLZ HAVE EMS RESP TO LOC---D 2377
05  D31A  2110 @D*
12  D31A  2111 104ST1 10-84   2111 @*
91  D41A  2111 0ESA10 10-91   2214 @*
05  E100  2115 @*25 EMS ONSCENE 5OE3 BLSN
05  D31A  2116 @*---AUTHO OF ESU 15 MINS OUT-----D2377
05  E100  2117 @*20 ETA 2129
0B  D31A  2117 @*
05  NO3E  2128 @*PBQN PO CACAVAS TO NTFY CAPT GREEN------OU-----
       --JMS
05  E100  2128 @*25 EMS ONSCENE C513 UNKN

05  NO3E  2131 @*PBBN PO CHARLES TO NTFY CAPT LAUDERBORN-------O
       U-------JMS
12  D31A  2132 104ST1 10-85   2132 @*-----REQ UNIT NON E TO LOC-
       --D 237 7
```

R # 67

```
91  D31A  2132 104A 10-98   2153 @*
05  NO3E  2134 @*CH OF DET NTFD DET MASSANOVA------OU------JMS
05  NO3E  2135 @N*
12  D31A  2138 104A 10-84   2138 @*
05  D31A  2138 @*----AUHTOOF SEC A---84----WILL BE OUT FOR A WHI
        LE------D 2377
13  D31A  2153 104A 10-98   2153 @*
14  D41A  2155 0ESA10 @*
05  E100  2203 @*20 ETA 2208
12  D41A  2204 0ESA10 10-84   2204 @*
05  E100  2210 @D*21 , 50E 82
05  E100  2211 @D*21 , 50E
05  NO3E  2212 @N*
0B  D31A  2213 @*
81  E100  2214 34   50E3 @*BLS N JAMAICA MEDICAL CENTER
0
1H   13  D41A  2214 0ESA10 10-91   2214 @*
14  D31A  2244 104ST1 @*
05  E100  2301 @*21
05  E100  2301 @*24 82B
13  D31A  0051 104ST1 10-97H  0051 @*
```

0

JRi 6 7

NYC00002773

```
31OCT09      104C            HL95 D31A 2057 D31  2057 S14534 AS
10-54 SERIOUS*FD/INSIDE
     UNK COND                PR 3     34   2214 RMK
ROUT  D B A N S F                          UF61           CC
82-60 88 PLC
MYRTLE AVE - DEAD END
*D31A 2057 IE D B A .... AUTH OF BASE..... REQS...EMS.. TO LOC..
FOR.. AIDED AT LOC... UNK COND....... D1529 *D31A 2057 M. 104ST1
97 TO HOSP*D31A 2058 GS B *E100 2059 AI A8617093043173 8617
*E100 2059 IA 20 ETA 2105 *E100 2106 IA 21 , HP *E100 2106 IA 20
ETA 2118 *D31A 2109 IA A S F ----AUTHO 104 SGT---REQ ESU TO GAIN
ENTRY AT LOC------PLZ HAVE EMS RESP TO LOC---D 2377 *D31A 2110
IA D *D31A 2111 84 104ST1 *D41A 2111 S. 0ESA10 91 *E100 2115 IA
25 EMS ONSCENE 50E3 BLSN *D31A 2116 IA ---AUTHO OF ESU 15 MINS
OUT-----D2377 *E100 2117 IA 20 ETA 2129 *D31A 2117 GS *N03E
2128 IA PBQN PO CACAVAS TO NTFY CAPT GREEN------OU-------JMS
*E100 2128 IA 25 EMS ONSCENE C513 UNKN *N03E 2131 IA PBBN PO
CHARLES TO NTFY CAPT LAUDERBORN-------OJ-------JMS *D31A 2132
85 104ST1 -----REQ UNIT NON E TO LOC---D 237 7 *D31A 2132 S.
104A 98 *N03E 2134 IA CH OF DET NTFD DET
|
```

```
*E100 2059 IA 20 ETA 2105 *E100 2106 IA 21 , HP *E100 2106 IA 20
ETA 2118 *D31A 2109 IA A S F ----AUTHO 104 SGT---REQ ESU TO GAIN
ENTRY AT LOC------PLZ HAVE EMS RESP TO LOC---D 2377 *D31A 2110
IA D *D31A 2111 84 104ST1 *D41A 2111 S. 0ESA10 91 *E100 2115 IA
25 EMS ONSCENE 50E3 BLSN *D31A 2116 IA ---AUTHO OF ESU 15 MINS
OUT-----D2377 *E100 2117 IA 20 ETA 2129 *D31A 2117 GS *N03E
2128 IA PBQN PO CACAVAS TO NTFY CAPT GREEN------OU-------JMS
*E100 2128 IA 25 EMS ONSCENE C513 UNKN *N03E 2131 IA PBBN PO
CHARLES TO NTFY CAPT LAUDERBORN------OU-------JMS *D31A 2132
85 104ST1 -----REQ UNIT NON E TO LOC---D 237 7 *D31A 2132 S.
104A 98 *N03E 2134 IA CH OF DET NTFD DET
MSSANOVA------OU------JMS *N03E 2135 IA N *D31A 2138 84 104A
*D31A 2138 IA ----AUHTOOF SEC A---84----WILL BE OUT FOR A
WHILE------D 2377 *D31A 2153 98 104A *D41A 2155 O. 0ESA10 *E100
2203 IA 20 ETA 2208 *D41A 2204 84 0ESA10 *E100 2210 IA D 21 ,
50E 82 *E100 2211 IA D 21 , 50E *N03E 2212 IA N *D31A 2213 GS
*E100 2214 A- 34   50E3 BLS N JAMAICA MEDICAL CENTER *D41A 2214
91 0ESA10 *D31A 2244 O. 104ST1 *E100 2301 IA 21 *E100 2301 IA 24
82B *D31A 0051 97 TO HOSP 104ST1
```

NYC00002816

```
31OCT09     104C              HL95 D31A 1618 D31  1618 S10311
10-68  S OTHER/OUT                 PR 7                    RMK
ROUT  B                                       UF61         CC
82-60 88 PLC
MYRTLE AVE - DEAD END
*D31A 1618 IR 104SP88 91 B .. TS ASSIG N... D1529 *D31A 1625 84
104SP88 *D31A 1625 IA . NY PLTS.. E C A 9 4 3 6 ... D1529 *D31A
1656 91 104SP88
```

07JAN10 0735 LIVE

JRIL

NYC00002817

```
31OCT09    104C              HL95 D31A 2057 D31  205' S14534 AS
10-54 SERIOUS*FD/INSIDE
      UNK COND                PR 3      34   2214 RMK
82-60 88 PLC
MYRTLE AVE - DEAD END
104ST1 10-97 TO HOSP 0051   0ESA10 10-91 2214 104A 10-98 2153
*2057 .... AUTH OF BASE..... REQS...EMS.. TO LOC.. FOR.. AIDED
AT LOC... UNK COND....... D1529*2059 A8617093043173 8617*2059 20
ETA 2105*2106 21 , HP*2106 20 ETA 2118*2109 ----AUTHO 104
SGT---REQ ESU TO GAIN ENTRY AT LOC------PLZ HAVE EMS RESP TO
LOC---D 2377*2115 25 EMS ONSCENE 50E3 BLSN*2116 ---AUTHO OF ESU
15 MINS OUT-----D2377*2117 20 ETA 2129*2128 PBQN PO CACAVAS TO
NTFY CAPT GREEN------OU-------JMS*2128 25 EMS ONSCENE C513 UNKN
*2131 PBBN PO CHARLES TO NTFY CAPT LAUDERBORN-------OU-------JMS
*2132 -----REQ UNIT NON E TO LOC---D 237 7*2134 CH OF DET NTFD
DET MASSANOVA------OU------JMS*2138 ----AUHTOOF SEC
A---84----WILL BE OUT FOR A WHILE------D 2377*2203 20 ETA 2208
*2210 21 , 50E 82*2211 21 , 50E*2214 BLS N JAMAICA MEDICAL
CENTER*2301 21*2301 24 82B
```

03NOV09 1954 LIVE

NYC00003287