## CITYWIDE COMPLAINT STATISTICS
## ALL OFFENSE DESCRIPTION

| Complaint Id | 2009-10-31 |
| --- | --- |
| INVESTIGATIONS/COMPLAINTS ONLY | 319 |
| HARRASSMENT 2 | 172 |
| PETIT LARCENY | 168 |
| ASSAULT 3 & RELATED OFFENSES | 153 |
| CRIMINAL MISCHIEF & RELATED OF | 147 |
| DANGEROUS DRUGS | 112 |
| GRAND LARCENY | 92 |
| OFF. AGNST PUB ORD SENSBLTY & | 67 |
| ROBBERY | 64 |
| FELONY ASSAULT | 55 |
| DANGEROUS WEAPONS | 50 |
| BURGLARY | 37 |
| MISCELLANEOUS PENAL LAW | 37 |
| INTOXICATED & IMPAIRED DRIVING | 33 |
| OFFENSES AGAINST PUBLIC ADMINI | 30 |
| GRAND LARCENY OF MOTOR VEHICLE | 28 |
| CRIMINAL TRESPASS | 21 |
| VEHICLE AND TRAFFIC LAWS | 19 |
| THEFT-FRAUD | 11 |
| SEX CRIMES | 9 |
| FRAUDS | 8 |
| FORGERY | 7 |
| POSSESSION OF STOLEN PROPERTY | 6 |
| UNAUTHORIZED USE OF A VEHICLE | 3 |
| KIDNAPPING & RELATED OFFENSES | 3 |
| OFFENSES INVOLVING FRAUD | 3 |
| RAPE | 3 |
| OFFENSES AGAINST THE PERSON | 2 |
| OTHER OFFENSES RELATED TO THEF | 2 |
| OTHER STATE LAWS | 2 |
| ADMINISTRATIVE CODE | 1 |
| GAMBLING | 1 |
| MURDER & NON-NEGL. MANSLAUGHTE | 1 |
| FRAUDULENT ACCOSTING | 1 |
| ALCOHOLIC BEVERAGE CONTROL LAW | 1 |
| BURGLAR'S TOOLS | 1 |
| THEFT OF SERVICES | 1 |
| OTHER STATE LAWS (NON PENAL LA | 1 |
| ARSON | 0 |
| DISRUPTION OF A RELIGIOUS SERV | 0 |
| TOTAL | 1671 |

Source: OMAP/CAPPS
4/10/2014

**NYC00011907**

CITYWIDE COMPLAINT STATISTICS
ALL OFFENSE DESCRIPTION

|  | 10/31/2009 | |
| --- | --- | --- |
|  | 081 PRECINCT | 104 PRECINCT |
| HARRASSMENT 2 | 5 | 3 |
| INVESTIGATIONS/COMPLAINTS ONLY | 4 | 3 |
| CRIMINAL MISCHIEF & RELATED OF | 3 | 3 |
| PETIT LARCENY | 1 | 4 |
| ASSAULT 3 & RELATED OFFENSES | 4 | 1 |
| DANGEROUS DRUGS | 3 | 0 |
| GRAND LARCENY OF MOTOR VEHICLE | 2 | 0 |
| OFF. AGNST PUB ORD SENSBLTY & | 2 | 0 |
| GRAND LARCENY | 1 | 1 |
| MISCELLANEOUS PENAL LAW | 2 | 0 |
| THEFT-FRAUD | 0 | 1 |
| GAMBLING | 1 | 0 |
| UNAUTHORIZED USE OF A VEHICLE | 0 | 1 |
| OFFENSES AGAINST PUBLIC ADMINI | 0 | 1 |
| DANGEROUS WEAPONS | 0 | 1 |
| ROBBERY | 0 | 0 |
| BURGLARY | 0 | 0 |
| TOTAL | 28 | 19 |

SOURCE: OMAP/CAPPS
4/9/2014