```
 1
 2   UNITED STATES DISTRICT COURT
 3   EASTERN DISTRICT OF NEW YORK
 4   - - - - - - - - - - - - - - - - - - -
 5   ADRIAN SCHOOLCRAFT,
 6                         Plaintiff,
 7         -against-  Index No.
                             10CIV-6005 (RWS)
 8
     THE CITY OF NEW YORK, DEPUTY CHIEF
 9   MICHAEL MARINO, Tax Id. 873220,
     Individually and in his Official
10   Capacity, ASSISTANT CHIEF PATROL
     BOROUGH BROOKLYN NORTH GERALD NELSON,
11   Tax Id. 912370, Individually and in his
     Official Capacity, DEPUTY INSPECTOR
12   STEVEN MAURIELLO, Tax Id. 895117,
     Individually and in his Official
13   Capacity, CAPTAIN THEODORE LAUTERBORN,
     Tax Id. 897840, Individually and in his
14   Official Capacity, LIEUTENANT JOSEPH
     GOFF, Tax Id. 894025, Individually and
15   in his Official Capacity, stg. Frederick
     Sawyer, Shield No. 2576, Individually
16   and in his Official Capacity, SERGEANT
     KURT DUNCAN, Shield No. 2483,
17   Individually and in his Official
     Capacity, LIEUTENANT TIMOTHY CAUGHEY,
18   Tax Id. 885374, Individually and in his
     Official Capacity, SERGEANT SHANTEL
19   JAMES, Shield No. 3004, and P.O.'s "JOHN
     DOE" 1-50, Individually and in their
20   Official Capacity (the name John Doe
     being fictitious, as the true names are
21   presently unknown)(collectively referred
     to as "NYPD defendants"), JAMAICA
22   HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV,
     Individually and in his Official
23   Capacity, DR. LILIAN ALDANA-BERNIER,
     Individually and in her Official Capacity
24   and JAMAICA HOSPITAL MEDICAL CENTER
     EMPLOYEES "JOHN DOE" # 1-50, Individually
25
     (Continued)
```

Page 2

2  and in their Official Capacity (the name John Doe being fictitious, as the true
3  names are presently unknown),
4
   Defendants.
5
           - - - - - - - - - - - - - - - - - - -x
6
                           111 Broadway
7                          New York, New York
8                          April 25, 2014
                           10:09 a.m.
9
10    VIDEOTAPED DEPOSITION of FREDERICK M.
11  SAWYER, one of the Defendants in the
12  above-entitled action, held at the above
13  time and place, taken before Margaret
14  Scully-Ayers, a Shorthand Reporter and
15  Notary Public of the State of New York,
16  pursuant to the Federal Rules of Civil
17  Procedure.
18
19              *     *     *

Page 111

1        F. M. SAWYER
2  him that Adrian Schoolcraft was admitted
3  to Jamaica Hospital.
4        Q.    Do you have a recollection
5  generally of saying that to him?
6        A.    No, I don't.
7        Q.    Did you ever discuss Adrian
8  Schoolcraft or his case with Mauriello?
9        A.    Yes, I did.
10       Q.    When did you do that?
11       A.    Upon return from the hospital.
12       Q.    The day you got back to the
13 hospital?
14       A.    Yes.
15       Q.    What did you say to Mauriello?
16       A.    I was reassigned to patrol by
17 Lieutenant Jones.  I either received a
18 telephone call or radio transmission that
19 DI Mauriello wanted me to call him.  So I
20 had my driver, who I don't recall at the
21 time, pull the RMP to the side of the
22 road.  I exited the vehicle, closed the
23 door, and walked several feet away from
24 the car so the officer, whoever was
25 driving, make sure they couldn't hear;

Page 112

1       F. M. SAWYER
2  and I called Mauriello via cell phone.
3       Q.    What did you discuss with him?
4       A.    The substance of the
5  conversation was that Schoolcraft was
6  admitted to Jamaica Hospital.
7       Q.    Do you recall anything else?
8       A.    No, I do not.
9       Q.    What day was that?
10      A.    November 1st, 2009.
11      Q.    What time of day?
12      A.    I don't recall the specific
13 time.
14      Q.    Was there anybody else on the
15 phone call?
16      A.    No.
17      Q.    What is your understanding how
18 Mauriello knew that you had been at the
19 hospital?
20            MS. PUBLICKER METTHAM:
21      Objection.
22            You can answer.
23      A.    I don't know how he found out I
24 was at the hospital.
25      Q.    Did you ever have any other

Page 113

1           F. M. SAWYER
2  discussions with Mauriello about
3  Schoolcraft?
4      A.   No.
5      Q.   Did you think it was unusual
6  that Mauriello was calling you and trying
7  to find out what the status was of
8  Schoolcraft?
9           MS. PUBLICKER METTHAM:
10     Objection.
11          You can answer.
12     A.   No.
13     Q.   Did anybody else call you to
14 find out what the status of Schoolcraft
15 was?
16     A.   To the best of my recollection,
17 no.
18     Q.   Had you reported the fact that
19 Schoolcraft had been admitted to Jamaica
20 Hospital to Lieutenant Jones when you
21 returned from the hospital?
22          MS. PUBLICKER METTHAM:
23     Objection.
24          You can answer.
25     A.   It's possible that I did.