# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through February 5, 2015.

Selected Entity Name: THE JAMAICA HOSPITAL MEDICAL CENTER DIAGNOSTIC AND TREATMENT CENTER CORPORATION

Selected Entity Status Information

| | |
|---|---|
| Current Entity Name: | THE JAMAICA HOSPITAL MEDICAL CENTER DIAGNOSTIC AND TREATMENT CENTER CORPORATION |
| DOS ID #: | 1984641 |
| Initial DOS Filing Date: | DECEMBER 26, 1995 |
| County: | QUEENS |
| Jurisdiction: | NEW YORK |
| Entity Type: | DOMESTIC NOT-FOR-PROFIT CORPORATION |
| Current Entity Status: | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
THE JAMAICA HOSPITAL MEDICAL CENTER DIAGNOSTIC AND TREATMENT CENTER CORPORATION
8900 VAN WYCK EXPRESSWAY
JAMAICA, NEW YORK, 11418

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of

incorporation, however this information is not recorded and only available by viewing the certificate.

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| DEC 26, 1995 | Actual | THE JAMAICA HOSPITAL MEDICAL CENTER DIAGNOSTIC AND TREATMENT CENTER CORPORATION |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

42-23-90

| Form **CHAR410**<br>For new registrants only<br>(Amending use CHAR410-A,<br>Re-registering use CHAR410-R) | **Registration Statement for Charitable Organizations**<br>New York State Department of Law (Office of the Attorney General)<br>Charities Bureau - Registration Section<br>120 Broadway<br>New York, NY 10271<br>www.oag.state.ny.us/charities/charities.html | **Open to Public Inspection** |

### Part A - Identification of Registrant

| 1. Full name of organization (exactly as it appears in your organizing document) | 5. Fed. employer ID no. (EIN) |
|---|---|
| The Jamaica Hospital Medical Center Diagnostic and Treatment Center Corporation | 11-3340969 |

| 2. c/o Name (if applicable) | 6. Organization's website |
|---|---|
|  | www.medisyshealth.org |

| 3. Mailing address (Number and street) | Room/suite | 7. Primary contact |
|---|---|---|
| 8900 Van Wyck Expressway | 4S | Manzar Sassani |
| City or town, state or country and ZIP+4 | | Title |
| Jamaica, NY 11418 | | Assistant Treasurer |

| 4. Principal NYS address (Number and street) | Room/suite | Phone | Fax |
|---|---|---|---|
| 8900 Van Wyck Expressway | 4S | 718-206-6291 | 718-206-6299 |
| City or town, state or country and ZIP+4 | | Email | |
| Jamaica, NY 11418 | | msassani@jhmc.org | |

### Part B - Certification - Two Signatures Required

We certify under penalties for perjury that we reviewed this Registration Statement, including all schedules and attachments, and to the best of our knowledge and belief, they are true, correct and complete in accordance with the laws of the State of New York applicable to this statement.

| 1. President or Authorized Officer/Trustee | Signature | David Rosen<br>Printed Name | President<br>Title | 9/1/10<br>Date |
|---|---|---|---|---|
| 2. Chief Financial Officer or Treasurer | Signature | Mounir Doss<br>Printed Name | Treasurer/CFO<br>Title | 9/1/10<br>Date |

### Part C - Fee Submitted

| If registering to solicit contributions, fee is $25.<br>If not registering to solicit contributions, no fee is owed. | Check ➪ ☒ | if you are submitting $25 fee to register to solicit contributions. | *Submit check or money order, payable to "NYS Department of Law."* |

### Part D - Attachments - All Documents Required

Attach all of the following documents to this Registration Statement, even if you are claiming an exemption from registration:
- Certificate of incorporation, trust agreement or other organizing document, and any amendments; and
- Bylaws or other organizational rules, and any amendments; and
- IRS Form 1023 or 1024 Application for Recognition of Exemption (if applicable); and
- IRS tax exemption determination letter (if applicable)

### Part E - Request for Registration Exemption

Is the organization requesting exemption from registration under either or both Article 7-A or the EPTL? .......................... ☐ Yes* ☒ No
* If "Yes", complete Schedule E.

| Part F - Organization Structure | | | |
|---|---|---|---|
| 1. Incorporation / formation | | | |

**a. Type of organization:**
- Corporation .............................................. ☒
- Limited liability company (LLC) ........................ ☐
- Partnership ............................................ ☐
- Sole proprietorship .................................... ☐
- Trust .................................................. ☐
- Unincorporated association ............................. ☐
- Other * ................................................ ☐

* If Other, describe:

**b. Type of corporation if New York not-for-profit corporation**
A ☐   B ☒   C ☐   D ☐

**c. Date incorporated if a corporation or formed if other than a corporation**
1 2 / 2 6 / 1 9 9 5

**d. State in which incorporated or formed**
New York

**2. List all chapters, branches and affiliates of your organization (attach additional sheets if necessary)**

| Name | Relationship | Mailing address (number and street, room/suite, City or town, state or country and zip+4) |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |

**3. List all officers, directors, trustees and key employees**

| Name | Title | Mailing address (number and street, room/suite, city or town, state or country and zip+4) | End of term (if applicable) |
|---|---|---|---|
| See Attachment #1 | | | __/__/____ |
| | | | __/__/____ |
| | | | __/__/____ |
| | | | __/__/____ |
| | | | __/__/____ |
| | | | __/__/____ |
| | | | __/__/____ |
| | | | __/__/____ |

**4. Other Names and Registration Numbers**

a. List all other names used by your organization, including any prior names

MediSys Family Care Centers (a d/b/a)

b. List all prior New York State charities registration numbers for the organization, including those from the New York State Attorney General's Charities Bureau or the New York State Department of State's Office of Charities Registration

None

| Part G - Organization Activities | |
|---|---|
| 1. Month the annual accounting period ends (01-12) <br> 12 | 2. NTEE code <br> E32 |

3. Date organization began doing each of following in New York State:
   a. conducting activity .................................................. 12/26/1995
   b. maintaining assets .................................................. 12/26/1995
   c. soliciting contributions (including from residents, foundations, corporations, government agencies, etc.) .. N/A __/__/____

4. Describe the purposes of your organization

   See Attachment #2

5. Has your organization or any of your officers, directors, trustees or key employees been:
   a. enjoined or otherwise prohibited by a government agency or court from soliciting contributions? .......... ☐ Yes* ☒ No
   * If "Yes", describe:

   b. found to have engaged in unlawful practices in connection with the solicitation or administration of charitable assets? ........ ☐ Yes* ☒ No
   * If "Yes", describe:

6. Has your organization's registration or license been suspended by any government agency? .............................. ☐ Yes* ☒ No
   * If "Yes", describe:

7. Does your organization solicit or intend to solicit contributions (including from residents, foundations, corporations, government agencies, etc.) in New York State? ................................................................ ☒ Yes* ☐ No
   * If "Yes", describe the purposes for which contributions are or will be solicited:

8. List all fund raising professionals (FRP) that your organization has engaged for fund raising activity in NY State (attach additional sheets if necessary)

| Name | Type of FRP (see instructions for definitions) | Mailing address (number and street, room/suite, city or town, state or country and zip+4) | Dates of contract |
|---|---|---|---|
| None | PFR ☐ <br> FRC ☐ <br> CCV ☐ | | Start date: __/__/____ <br> End date: __/__/____ |
| | PFR ☐ <br> FRC ☐ <br> CCV ☐ | | Start date: __/__/____ <br> End date: __/__/____ |
| | PFR ☐ <br> FRC ☐ <br> CCV ☐ | | Start date: __/__/____ <br> End date: __/__/____ |

| Part H - Federal Tax Exempt Status |
|---|

1. If applicable, list the date your organization:
   a. applied for tax exempt status .................................................. __/__/____
   b. was granted tax exempt status .................................................. 12/30/1996
   c. was denied tax exempt status .................................................. __/__/____
   d. had its tax exempt status revoked .............................................. __/__/____
2. Provide Internal Revenue Code provision: 501(c)( 3 )



## JAMAICA HOSPITAL MEDICAL CENTER
## DIAGNOSTIC & TREATMENT CENTER CORP.
## BOARD OF TRUSTEES

Geraldine M. Chapey, Ph.D.
Anthony DiMaria, M.D., Secretary
Geoffrey Doughlin, M.D., Third Vice Chairman
Hon. Timothy J. Dufficy
Hector Estepan, M.D.
Joseph Ferrara, Assistant Treasurer
Robert W. Koop, Second Vice Chairman & Treasurer
John Marus, First Vice Chairman
Antonietta Morisco, M.D.
Neil Foster Phillips, Chairman
William Doug Singer
Archie Spigner, Assistant Secretary

The Jamaica Hospital Medical Center Diagnostic and Treatment Center Corporation
EIN: 11-3340969

**Attachment #2**

      The Jamaica Hospital Medical Center Diagnostic and Treatment Center Corporation (the "Registrant") was formed to operate a network of ambulatory care centers as part of the health care network for the use of staff and employees of The Jamaica Hospital Medical Center (the "Hospital"), a 384-bed voluntary, not-for-profit, acute care hospital in Jamaica, Queens. Founded in 1891, the Hospital has a long history of providing quality services to low-income residents of southern Queens and Brooklyn, New York. The New York State Department of Health has designated the Hospital as a "financially distressed hospital." This designation acknowledges the critical role the Hospital plays in providing health care services to low-income and uninsured members of its community, who often have no means to pay for such services. It maintains a 24-hour emergency room open to all persons without regard to their ability to pay. It currently employs more than 3,000 people and serves a population greater than 1.2 million, principally in Queens and eastern Brooklyn. More information about the Hospital can be obtained from its website, www.jamaicahospital.org

      The Registrant's facilities provide general Pediatric, Medical, Family Practice and Obstetrical/Gynecological services. Other services that are available and vary from site to site are Nutrition, WIC, Mental Health, Social Services, Cardiology, Urology, Orthopedics, Neurology, Surgery, Dermatology, Podiatry, Gastroenterology, Geriatrics, Dental, Otolaryngology and Pulmonary Rehabilitation. Below is a listing of these facilities and some of the services they offer:

**Astoria Facility**

4-21 27th Avenue
Astoria, NY 11101

718-278-6885

Pediatrics, Ob/Gyn, Internal Medicine, Podiatry, X-ray, Counseling

**East New York Facility**

3080 Atlantic Avenue
Brooklyn, NY 11208

718-647-0240

Family Practice, Medicine, Pediatrics, Obstetrics/Gynecology, Dental, Ophthalmology, Podiatry, Radiology, Counseling

**Hollis Facility**

188-03 Jamaica Avenue
Hollis, NY 11423

718-740-2060

Pediatrics, Ob/Gyn, Internal Medicine, Podiatry, X-ray, Counseling

### Hollis Tudors Facility

200-16 Hollis Avenue
Hollis, NY 11423

718-736-8204

Pediatrics, Ob/Gyn, Internal Medicine, Podiatry, X-ray, Counseling

### Howard Beach Facility

157-02 Cross Bay Blvd
Howard Beach, NY 11414

718-323-3590

Pediatrics, Obstetrics/Gynecology

### Jamaica Facility

90-16 Sutphin Blvd
Jamaica, NY 11435

718-523-5500

Pediatrics, Ob/Gyn, Internal Medicine, Podiatry, X-ray, Counseling

### Ozone Park Facility

91-20 Atlantic Avenue
Ozone Park, NY 11421

718-641-8207

Pediatrics, Medicine, Family Practice, Ob/Gyn, Podiatry, Radiology, Counseling

### Richmond Hill Facility

133-03 Jamaica Avenue
Richmond Hill, NY 11418

718-657-7093

Family Practice, Medicine, Pediatrics, Obstetrics/Gynecology, Dental, Radiology, Counseling

2

### St.Albans Facility

111-20 Merrick Blvd.
St. Albans, NY 11433

718-206-9888

Family Practice, Medicine, Pediatrics, Obstetrics/Gynecology, Dental, Ophthalmology, Surgery, Urology, Podiatry, Counseling

### Senior Health Center

91-20 Atlantic Avenue
Suite 1 ground floor
Ozone Park, NY 11421

718-529-6241

Geriatrics, Internal Medicine

### Women's Health Center

133-03 Jamaica Avenue
Jamaica, NY 11418

718-291-3276

Obstetrics, Gynecology, Health and Breast Screenings, Mammography, Sonography, Bone Densitometry