Page 1

```
 1
 2     UNITED STATES DISTRICT COURT
 3     EASTERN DISTRICT OF NEW YORK
 4     - - - - - - - - - - - - - - - - - -
 5     ADRIAN SCHOOLCRAFT,
 6                         Plaintiff,
 7           -against- Index No.
                         10CIV-6005 (RWS)
 8
       THE CITY OF NEW YORK, DEPUTY CHIEF
 9     MICHAEL MARINO, Tax Id. 873220,
       Individually and in his Official
10     Capacity, ASSISTANT CHIEF PATROL
       BOROUGH BROOKLYN NORTH GERALD NELSON,
11     Tax Id. 912370, Individually and in his
       Official Capacity, DEPUTY INSPECTOR
12     STEVEN MAURIELLO, Tax Id. 895117,
       Individually and in his Official
13     Capacity, CAPTAIN THEODORE LAUTERBORN,
       Tax Id. 897840, Individually and in his
14     Official Capacity, LIEUTENANT JOSEPH
       GOFF, Tax Id. 894025, Individually and
15     in his Official Capacity, stg. Frederick
       Sawyer, Shield No. 2576, Individually
16     and in his Official Capacity, SERGEANT
       KURT DUNCAN, Shield No. 2483,
17     Individually and in his Official
       Capacity, LIEUTENANT TIMOTHY CAUGHEY,
18     Tax Id. 885374, Individually and in his
       Official Capacity, SERGEANT SHANTEL
19     JAMES, Shield No. 3004, and P.O.'s "JOHN
       DOE" 1-50, Individually and in their
20     Official Capacity (the name John Doe
       being fictitious, as the true names are
21     presently unknown)(collectively referred
       to as "NYPD defendants"), JAMAICA
22     HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV,
       Individually and in his Official
23     Capacity, DR. LILIAN ALDANA-BERNIER,
       Individually and in her Official Capacity
24     and JAMAICA HOSPITAL MEDICAL CENTER
       EMPLOYEES "JOHN DOE" # 1-50, Individually
25
       (Continued)
```

```
 1
 2    and in their Official Capacity (the name
      John Doe being fictitious, as the true
 3    names are presently unknown),
 4
      Defendants.
 5
      - - - - - - - - - - - - - - - - - - -x
 6
                          220 42nd Street
 7                        New York, New York
 8                        May 30, 2014
                          10:28 a.m.
 9
10      VIDEOTAPED DEPOSITION of ANTHONY J.
11    MAFFIA, a Witness on behalf of one of the
12    Defendants, JAMAICA HOSPITAL MEDICAL
13    CENTER, in the above-entitled action,
14    held at the above time and place, taken
15    before Margaret Scully-Ayers, a Shorthand
16    Reporter and Notary Public of the State
17    of New York, pursuant to Order and the
18    Federal Rules of Civil Procedure.
19
20              *        *        *
21
22
23
24
25
```

Page 31

```
 1                    A.  MAFFIA
 2   I'm sorry.
 3        Q.    Was the fourth one performance
 4   evaluations at the hospital for doctors?
 5        A.    Yes [indicating].
 6        Q.    Is that correct?
 7        A.    Yes.  Sorry.
 8        Q.    Does the hospital have any
 9   procedures, protocols, or practice with
10   respect to doing evaluations on the
11   performance of doctors that work for it?
12        A.    Yes.
13        Q.    What are those?
14        A.    They get a yearly evaluation.
15        Q.    Is there a policy document that
16   describes what that yearly evaluation
17   covers?
18        A.    The evaluation which I'm
19   somewhat familiar with has the tenet of
20   what the evaluation is about; what the
21   doctor is evaluated on.  It kind of
22   serves as the policy and the evaluation
23   tool.
24        Q.    Can you explain that answer?
25        A.    In other words, on the
```

```
 1                 A. MAFFIA
 2    evaluation there are things that the
 3    doctor was evaluated on and that serves
 4    as the policy.
 5              Is there a policy they get a
 6    yearly evaluation, the answer is yes.
 7       Q.    So there is a form of
 8    evaluation used to evaluation doctors?
 9       A.    That's correct, right.
10       Q.    And the form covers certain
11    subject matters; is that correct?
12       A.    Yes.
13       Q.    And are you telling me that the
14    hospital policy about what the factors
15    are in order to assess the performance of
16    the doctors who works at the hospital are
17    set forth in the form?
18       A.    Yes.
19              MR. SMITH:  I request the
20          production of the form, Jamaica
21          Hospital evaluation that was employed
22          to evaluate doctors for the period
23          2007, '8, '9.
24              MR. RADOMISLI:  Taken under
25          advisement.  Please follow up in
```

Page 33

1                    A. MAFFIA

2      writing.

3      Q.    Have you looked at that form

4   recently?

5      A.    Yes, just perused it briefly.

6      Q.    When?

7      A.    During one of our conversations

8   with the attorneys.

9      Q.    What do you recall about the

10  form?

11     A.    It has certain items that the

12  physicians are evaluated on.

13     Q.    What are the items?

14     A.    Their ability to relate to

15  patients, ability to relate to staff, the

16  ability to work on an interdisciplinary

17  team, those are some of the items.

18     Q.    I would like to know all of the

19  items.

20     A.    I couldn't recount them all.

21     Q.    Do you have them here today?

22     A.    I don't have them.

23     Q.    So you're not ready to testify

24  about the subject matter of the

25  evaluation process for doctors at Jamaica

```
 1                    A.  MAFFIA
 2    psychiatrist.
 3         Q.    You are not answering my
 4    question.
 5              Is there anywhere in Jamaica
 6    Hospital policy some sort of
 7    authorization to hold a patient before
 8    the patient is psychologically evaluated?
 9         A.    I'm sorry.  I can't answer
10    that, I don't know.
11         Q.    In this case Schoolcraft was
12    brought to the hospital on the night of
13    October 31, 2009, and he was
14    psychologically assessed the following
15    day.
16              Is there anything in Jamaica
17    Hospital policy that authorizes it or
18    permits any of its employees to hold a
19    patient against the patient's will before
20    the patient has been evaluated for
21    involuntary admission?
22         A.    I don't believe that I know
23    that.
24         Q.    Does hospital policy require
25    physicians to consider the safety of the
```

Page 100

1                    A.  MAFFIA

2    community in making involuntary admission

3    decisions?

4         A.    The admission decision is based

5    on the 9.39 regulation from the mental

6    hygiene law which is again a danger to

7    self or others.  The physician makes that

8    determination.

9         Q.    So does the hospital policy

10   require physicians to protect the

11   community?

12              MR.  RADOMISLI:   Objection to

13       form.

14              You can answer.

15       A.    Yes.

16       Q.    What are the factors involved

17   in making an involuntary commitment

18   decision?

19       A.    The physician has to evaluate

20   the patient as it states in the law.

21   They have to determine if the patient is

22   a danger to himself or others.

23       Q.    Are you capable of providing me

24   with information about how that decision

25   is made on a particularized basis?

Page 101

1                    A. MAFFIA

2        A.    No, because the psychiatric

3   assessment is done by the physician.

4        Q.    Is there any time requirement

5   in the hospital policy governing when a

6   second evaluation must be done in order

7   to maintain a patient's status as an

8   involuntary?

9        A.    I think that's in the policy.

10  Let me check the policy.  I think it's

11  "The admitting doctor will be responsible

12  for" --

13            THE REPORTER:  You have to slow

14       down.

15       Q.    You don't have to read it out

16  loud.  Take a look and tell me whether or

17  not there is such a requirement.

18       A.    Yes.  It's conducted.

19       Q.    What is the requirement?

20       A.    Conducted within 48 hours of

21  admission.

22       Q.    So the second evaluation has to

23  be done within 48 hours of admission?

24       A.    Uh-huh.

25            THE REPORTER:  Yes?

1                    A. MAFFIA

2       question.

3       Q.      These are references to

4    categorizing the various work categories

5    either within or outside of the Americans

6    with Disabilities Act Essential Job

7    Functions?

8       A.      Yes.

9       Q.      Who was the one that filled out

10   or prepared these forms with respect to

11   individual psychiatrists in the

12   Psychiatric Department of Jamaica

13   Hospital?

14      A.      Who does the evaluations?

15      Q.      Yes.

16      A.      The physicians are evaluated by

17   the unit chief.

18      Q.      Who were or was the unit chief

19   in October 2009?

20      A.      I believe this was a Dr.

21   Edelman, Martha Edelman, E-D-E-L-M-A-N.

22      Q.      Does this evaluation apply to

23   doctors or psychiatrists who work in the

24   emergency room as well and doctors or

25   psychiatrists that work in the various

1                    A. MAFFIA

2    wards?

3         A.     Yes.

4         Q.     Does the evaluation process

5    track the number of patients that a

6    doctor sees during a period of time?

7         A.     No.

8         Q.     Does the evaluation process at

9    Jamaica Hospital track the amount of

10   revenue that a physician generates or

11   assists in generating for purposes of

12   assessing the performance of the doctor?

13        A.     No.

14        Q.     Does the evaluation process

15   keep track of whether or not a physician

16   or psychiatrist in the Psychiatric

17   Department maintain levels of training?

18        A.     Well, there is a -- yes, it

19   does.

20        Q.     Where is that on the form?

21        A.     There is a skill competency

22   check on the second page and....

23        Q.     What are you referring to,

24   specifically?

25        A.     I'm sorry.  It says "Skills."

Page 110

```
 1                    A. MAFFIA
 2    So those competencies would have to be
 3    fulfilled.
 4              If you also look at "Learning
 5    Resources."
 6        Q.    What page are you at?
 7        A.    I think it looks like page 6.
 8        Q.    What are those?
 9        A.    So those would be things that
10    the supervisor would assess and evaluate
11    the physician on.
12              It says, "the application of
13    knowledge and of skills appropriate to
14    care of patients."
15        Q.    Where were you just reading
16    from?
17        A.    I'm sorry under, "Criteria for
18    Success."
19        Q.    Yes.
20        A.    Number 1.
21        Q.    Thank you.
22              Is the process for evaluating
23    Dr. Bernier the same as the process for
24    evaluating Dr. Isakov?
25        A.    The process, yes.
```