Page 1

1    UNITED STATES DISTRICT COURT

     SOUTHERN DISTRICT OF NEW YORK

2    ------------------------------------------X

3    ADRIAN SCHOOLCRAFT,

4                          Plaintiff,

5

                                   Case No:

6         - against -              10 CV 06005

7

     THE CITY OF NEW YORK, ET AL.,

8

9                      Defendants.

10   ------------------------------------------X

11                   111 Broadway

                     New York, New York

12

                     May 12, 2014

13                   10:11 a.m.

14

15

16   DEPOSITION OF SHANTEL JAMES, pursuant to

17   Notice, taken at the above place, date and

18   time, before DENISE ZIVKU, a Notary Public

19   within and for the State of New York.

20

21

22

23

24

25

Page 129

1                        SHANTEL JAMES

2

3

4

5        Q.        That Exhibit 123 is a three-page

6    document.  This too came from the chart or

7    the file regarding Schoolcraft?

8                MR. OSTERMAN:  I am going to put

9         on the record that I object for the use

10        or anything beyond refreshing the

11        witness' recollection of events that

12        might have taken place.  She didn't

13        author it, she's never seen it, she was

14        not part of the creation of this

15        document.

16                MR. LEE:  I join.

17                MR. KOSTER:  I do too.

18        Q.        Have you ever seen this document

19    before?

20        A.        No.

21        Q.        Why don't you read it?

22        A.        Thirty-four year old single --

23        Q.        No, no, you can read it to

24    yourself.  Does reviewing or reading

25    Exhibit 123 refresh your recollection of any

```
 1                    SHANTEL JAMES
 2   discussion that you ever had with anybody at
 3   Jamaica Hospital about Officer Schoolcraft?
 4                MS. PUBLICKER METTHAM:
 5        Objection.  You can answer.
 6        A.     No, it does not.
 7        Q.     Did you tell anybody at Jamaica
 8   Hospital that Schoolcraft had barricaded
 9   himself into his apartment?
10                MS. PUBLICKER METTHAM:
11        Objection.  You can answer.
12        A.     No, I did not.
13        Q.     Did you tell anybody at Jamaica
14   Hospital that Officer Schoolcraft ran away
15   from emergency medical technician ambulance?
16                MS. PUBLICKER METTHAM:
17        Objection.
18        A.     No.
19        Q.     Did you tell anybody at Jamaica
20   Hospital that Officer Schoolcraft had been
21   evaluated by an NYPD psychologist or
22   psychiatrist?
23                MS. PUBLICKER METTHAM:
24        Objection.
25        A.     No.
```

1                    SHANTEL JAMES
2      Q.      Did you tell anybody at Jamaica
3  Hospital that Adrian Schoolcraft had his gun
4  removed?
5              MS. PUBLICKER METTHAM:
6      Objection.
7              MR. OSTERMAN:   Objection.
8      A.      No.
9      Q.      Did you tell anybody at Jamaica
10  Hospital earlier that day that Officer
11  Schoolcraft had cursed his supervisor?
12              MR. OSTERMAN:   Objection.
13              MS. PUBLICKER METTHAM:
14      Objection.
15      A.      No.
16      Q.      Did you tell anybody at Jamaica
17  Hospital that Officer Schoolcraft had become
18  or was agitated, uncooperative and/or
19  verbally abusive?
20              MS. PUBLICKER METTHAM:
21      Objection.
22              MR. OSTERMAN:   Objection.
23      A.      No.
24      Q.      Did you tell anybody at Jamaica
25  Hospital that Adrian Schoolcraft's door had

1                     SHANTEL JAMES

2    to be broken into?

3         A.     No.

4                MR. OSTERMAN:   Objection.

5         Q.     Did you tell anybody at Jamaica

6    Hospital that Adrian Schoolcraft had to be

7    chased and brought to the medical ER

8    handcuffed?

9                MR. OSTERMAN:   Objection.

10                MS. PUBLICKER METTHAM:

11        Objection.

12        A.     No, I did not.

13        Q.     See on the second page of the

14   document that I have showed you, the top of

15   the paragraph beginning with the sentence,

16   as per Sergeant James?

17        A.     Yes.

18        Q.     Did you have any understanding

19   or knowledge today as to why anybody would

20   be attributing any statements to you

21   regarding Schoolcraft?

22                MR. OSTERMAN:   Objection.

23                MS. PUBLICKER METTHAM:

24        Objection.

25        A.     No, I don't and I never had any

```
 1                    SHANTEL JAMES
 2   conversation with anyone in regard to this
 3   matter, because I was not privy to that
 4   information.  I knew none of this.  So there
 5   is no way I had a conversation with anyone
 6   with regard to the medical status or him
 7   being evaluated or his weapon being removed.
 8   I had no knowledge of this.  So there is no
 9   way that I told anyone at the hospital this
10   information.
11        Q.     And if anybody had asked you any
12   information about Officer Schoolcraft, you
13   would have told them you don't know, right?
14                MR. OSTERMAN:  Objection.
15                MS. PUBLICKER METTHAM:
16        Objection.
17                MR. KRETZ:  Objection.
18        A.     Yes.
19        Q.     Have you ever had any
20   discussions with Lieutenant Bouchard about
21   Officer Schoolcraft other than the one
22   conversation that you testified earlier
23   about?
24                MS. PUBLICKER METTHAM:
25        Objection.  You could answer.
```

Page 134

1                     SHANTEL JAMES

2          A.      No.

3          Q.      Sitting here today, can you

4    recall any conversation that you and

5    Sadowsky had about Schoolcraft or what

6    happened at the hospital that day?

7                  MS. PUBLICKER METTHAM:

8          Objection.

9          A.      I don't recall.

10         Q.      You don't recall any

11   conversations?

12         A.      No.

13         Q.      Do you have any recollection of

14   speaking with the XO of the 81st Precinct

15   about Schoolcraft?

16                 MS. PUBLICKER METTHAM:

17         Objection.

18         A.      The XO being the name that you

19   mentioned --

20         Q.      At the time --

21                 MR. SMITH:   Let me rephrase the

22         question.

23         Q.      Theodore Lauterborn was the

24   executive officer of the 81st Precinct on

25   the day of this incident.

Page 135

1                    SHANTEL JAMES

2       A.      Okay.

3       Q.      And he testified that he

4    remembers getting a phone call from you

5    sometime during that period of time that you

6    were there and --

7                MS. PUBLICKER METTHAM:   I object

8           to the characterization of that

9           witness' testimony.

10      Q.      Okay, and you don't have to

11   accept what I'm saying is true or not.   But

12   my question to you is does hearing me say

13   these things to you trigger a recollection

14   on your part that you did speak with Ted or

15   Theodore Lauterborn or the executive officer

16   of the 81 about Schoolcraft sometime during

17   the time that you were at the hospital?

18                MS. PUBLICKER METTHAM:

19          Objection.

20      A.      I don't believe so because I

21   would have made a notation in my memo book

22   as I did with Lieutenant Anderson and

23   Sergeant Mc Warren.   I guess it's possible,

24   but I don't even know who he is, Theodore

25   Lauterborn.   I guess it's possible.