**C O P Y**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
ADRIAN SCHOOLCRAFT,

                     Plaintiff,         10 Civ. 6005
                                              (RWS)

      -against-

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BUREAU BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity, CAPTAIN THEORDORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOUGH, Tax Id. 919124, Individually and in his Official Capacity, SGT. FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LT. TIMOTHY CAUGHEY, Tax Id. No. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, Individually and in her Official Capacity, SERGEANT RICHARD WALL, Shield No. 3099, Individually and in his Official Capacity, SERGEANT ROBERT W. O'HARE, Tax Id. 916960, Individually and in his Official Capacity, SERGEANT SONDRA WILSON, Shield No. 5172, Individually and in her Official Capacity, LIEUTENANT THOMAS HANLEY, Tax Id. 879761, Individually and in his Official Capacity, CAPTAIN TIMOTHY TRAINOR, Tax Id. 899922, Individually and in his Official Capacity, and P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (The name John Doe being fictitious, as the true names are presently unknown)(collectively referred to as "City Defendants"), FDNY LIEUTENANT ELISE HANLON, individually and in her official capacity as a lieutenant with the New York City Fire Department, JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in his Official Capacity and

#1-50, Individually and in their Official Capacity
(The name John Doe being fictitious, as the true
names are presently unknown),

                        Defendants.
-----------------------------------
                        20 Corporate Woods Blvd.
                        Loundonville, New York   12211
                        December 11, 2013
                        10:22 a.m.

EXAMINATION BEFORE TRIAL of LARRY C. SCHOOLCRAFT, a Non-Party Witness in the above entitled action, held pursuant to Court Order at the above place and time, before a Notary Public within and for the State of New York.

```
 1  LARRY C. SCHOOLCRAFT
 2      Q.  Did anybody else that was present at
 3          the meeting know that you were
 4          recording?
 5      A.  No.
 6      Q.  Did Adrian know that you were recording
 7          the meeting?
 8      A.  No.
 9      Q.  Did you ever provide the recording of
10          that meeting to anybody?
11      A.  I don't know.  I mean, I didn't.
12      Q.  This is a question about any of the
13          recordings that you made:  Did you ever
14          remove them or place them onto a
15          computer or anything else?
16      A.  I never did.
17      Q.  Do you know if anybody else did?
18      A.  Not that I'm aware of, unless the
19          attorneys did.
20      Q.  What did you say at that November 4th,
21          3:00 p.m. meeting between you, Adrian
22          and Dr. Isakov and the I.A.B. sergeant?
23      A.  The gist was, why are you holding him?
24      Q.  And what were you told?
25      A.  Basically, they were waiting -- Dr.
```

250

```
 1  LARRY C. SCHOOLCRAFT
 2          Isakov told me they were waiting to
 3          hear back from the N.Y.P.D.
 4    Q.    And what did Adrian say during this
 5          November 4th meeting?
 6    A.    I don't remember really what Adrian
 7          said much.  I was doing most of the
 8          talking.
 9    Q.    Did Sergeant Chu say anything at this
10          meeting?
11    A.    No.
12    Q.    Did he ask any questions?
13    A.    No.
14    Q.    Did he make any statements?
15    A.    No.
16    Q.    Did he tell anybody that he was
17          recording the conversation?
18    A.    Well, he had it right out there.
19    Q.    It was obvious?
20    A.    Right, right.  It was a known fact.
21    Q.    Did he make any statements when he
22          began making the recording, say the
23          date or the time or who he was or what
24          he was doing?
25    A.    I want to think that he did, but I
```

251

1  LARRY C. SCHOOLCRAFT
2          don't remember for a fact that he did.
3          But I want to think, yeah, he did. He
4          documented it, but he was doing it
5          quietly.
6     Q.   Did Dr. Isakov say anything other than
7          they were waiting to, the hospital was
8          waiting to hear from the N.Y.P.D. as to
9          what they should do?
10    A.   Well, I asked for -- just being
11         Adrian's father. At that time, he was
12         34 years old or whatever. He is an
13         adult. Being his father means nothing,
14         but in the N.Y.P.D. it does mean
15         something that I was his emergency
16         number. And it is strange. They call
17         me before they throw him in nuthouse,
18         but when they throw him in the
19         psychiatric ward, nobody calls me and
20         nobody from the N.Y.P.D. checks on a
21         man they were so concerned about. But
22         nobody ever talked to me from the
23         N.Y.P.D. after they threw him in, with
24         the exception of some of the I.A.B.
25         people that I had initiated the contact

```
 1   LARRY C. SCHOOLCRAFT
 2        with.
 3   Q.   So did Dr. Isakov saying anything else
 4        other than that...
 5   A.   Again, his father really does not mean
 6        anything.  But I was his emergency
 7        contact number.  Again, to the hospital
 8        to the hospital that does mean
 9        anything.  But I was his power of
10        attorney and his health care proxy.
11        And I wanted to see, I wanted to know
12        why they were holding him, and I wanted
13        to see the documentation of why they
14        were holding him.  And they would not
15        show it to Adrian.  And I said:  Fine,
16        then show it to me.  Here, I had the
17        health care proxy and power of attorney
18        with me, and they still, they would not
19        show it to me either because I asked
20        him why are you holding him?  And...
21   Q.   When did Adrian give you the power of
22        attorney or execute a health care
23        proxy?
24   A.   After his mother died in 2004.
25   Q.   Any specific reason why he gave you
```