**EXCERPT FROM:**
**WS.310M_31OCTOBER2008_HALLOWEEN_81_4X12_ROLLCALL_DI.MAURIELLO_**
**SGT.MILLER_LT.CRAWFORD**

**6:15 – 6:35**

| | |
|---|---|
| DI Mauriello: | We have shots fired again right now over there. Now I'm over there at two posts: Gates, Lewis, [Unintelligible Phrase] Marcus Garvey. It was shots fired at 701. Is that right on the corner of Marcus Garvey and Gates? |
| Many at Once: | Yes. It's the corner… |
| DI Mauriello: | So is it better off to have the cop on Marcus Garvey or is better to have 'em on Gates/Lewis to Marcus Garvey? |
| Many at Once: | Gates. |
| DI Mauriello: | Gates/Lewis to Marcus Garvey. But then again, where is that sector? You've got five sectors. |

**6.35-7.26**
14 Just circle around. Again, any
15 groups, I expect you guys to bring in any groups. I
16 want them cuffed, brought in here. I got five sectors. I
17 got guys on foot; I got overtime.
18 I want them herded in here like New
19 Year's Eve. We did it on New Year's Eve. Everybody
20 who was drinking out there, they were in a
21 freaking cell for five hours. 2:00 in the
22 morning, they walked out of here either with a
23 summons or they were collared for ROW and all that. We
24 had no shootings. And I was at all the hot spot
25 . I ain't doing it tonight.
0010
1 You know, Shaquille Banks is out there. Fironelli he's out again. Him and his
3 crew of little kids are doing cell phones. I can see
4 those kids [UNINTEL]. It ain't happening. All
5 right?
6 You're on a foot post, fuck it. Take
7 the first guy you got and lock them all up. 120
8 Chauncey. Boom. Bring them in, lodge them; you're
9 going to go back out. You can process them later
10 on. I have no problem with a little overtime--it's
11 ready to release, you get out of here two hours
12 later, you get the hell out of here.

**7:26-8:18**

| | |
|---|---|
| DI Mauriello: | Alright. Or if the meal's ten o'clock, come in ten-- ten o'clock and do it and get out by twelve. I'm not looking to [hurt anybody? herd everybody |


PLAINTIFF'S EXHIBIT

NYC00010357

in here?], but it's got to be done. People on the community board, president's calling me, everybody is calling about this gang [issue? initiative?]. They want us to crack down tonight. And this is all over. If you go to Iowa right now, they're probably tipping over cows, throwing eggs at barns -- you know, setting garbage pails on fire. This is -- it -- tonight is the night, but you know what, some place is a little more violent where they wear their little damn red mask, I mean I was an 88 lieutenant a while ago, they were going out with the Freddy Kruger mask and, I mean a Jason mask, doing robberies -- you know how many robbery collars we made on Halloween? You had them yoking. Alright, do it. I'm going to back you up. I just want you -- don't pass that crowd of eight guys and they're all saying, you know, it doesn't look bad, you drive two blocks to make a left to go on Jefferson, and all of sudden you got confirmed shots fired over there, someone shot. You got to get -- be proactive. Get out and do what you got to do.

**END: 6:15-8:18**

NYC00010358

**START 31OCTOBER2008_81_4x12_RollCall_DIMauriello_SgtMiller at 9.05-9.50)**
11 DI MAURIELLO: Just do what you got to do out there.
12 Tonight is zero tolerance. It's New Year's Eve
13 all over again. Everybody goes. I don't care.
14 They're on 120 Chauncey and they're popping
15 champagne, they all go. They're throwing dice?
16 They all go, promote gambling. I don't care. Let
17 the DA discuss what they're going to do tomorrow.
18 They go.
19 R-O-W. Put 'em through the system.
20 They got bandannas on and they're running like
21 nuts down the block, chasing people? Grab them.
22 Fuck it. You're preventing a robbery, because, if
23 you let them go, they're either going to end up
24 shooting someone or robbing someone about 10
25 minutes later. You know that and I know that.
0013
1 Everybody goes tonight.
2 Again, I'll leave them in here and  summons them. Put
3 them in one cell for summonses and one cell for
4 collars. We'll come back  later and summons them.
5  They're in here for an hour, they'll learn their lesson.
6 They're underage? Fuck it. Their mother and father better
7 show up; otherwise, I don't care. All right?
8 You're doing a good job. Keep it up.
9 Thank you.
**END 31OCTOBER2008_81_4x12_RollCall_DIMauriello_SgtMiller at 9.05-9.50)**

NYC00010359

**EXCERPTS FROM:**
**WS.310M_8NOVEMBER2008_81_4X12_ROLLCALL_SGT.STUKES_DI.MAURIELLO_**
**LT.DELAFUENTE_WEOWNTHESTREETSHERE.**

**14:36-15:34**

DI Mauriello: I got one more thing. You guys should be looking at this stuff. It's updated. Who's in. Who's out. Who's on parole. The bad guys rob— burglary recidivists, the Road brothers—all these guys, then we got the last one (unintelligible) going unwanted in 122 Chauncey. I would just look at this. It's updated as of yesterday. You know they're out. It's Juan Vance, if you see this guy out here, he's a gunman. I think this is the one Paray locked up with Piersol about five, six months ago, had a big foot pursuit in Smurf Village. The gun was bounced, we got the gun. He was hiding, we got him. He's a bad guy, he doesn't go to court, alright....

Lt. Delafuente: He's back out?

DI Mauriello: He's back out. Got a active warrant. He has an active warrant. (unintelligible) He's in a (unintelligible) stacked paper crew, tattooed up, (Unintelligible Name), you can't miss that freakin' guy. Right here. His brother's in jail, he's out. He's got tattooed all up. Him and (Unintelligible Name), they're up—they're bloodied up.

That's the last thing I'll say.

**15.34-15.45**

DI Mauriello: I'm tired of bandanas on their waist and I'm tired of these beads. Red and black beads mean Bloods. Their bandanas--if they're walking down the street and they've got a bandana sticking out their ass, coming out there-- they've got to be stopped. A 250 at least. At least.

**15:45-16:11**

DI Mauriello: Tell them to take it up. The guy actually told me that the beads were blessed beads. I said, "Come on, I said I know they're red and black. I know what beads are blessed are. My grandmother has rosary beads." Alright. Don't let them -- people out there want that. They're writing me letters. Sneakers on Chauncey, I don't know what the hell they want me to do about it. That means is it quote on quote they're selling drugs on 120 and Chauncey. I didn't know that. I didn't know what the sneakers were. That means sneakers or gang, but they're (unintelligible), what the hell do you want me to do, go up the pole and take them off myself. I mean what else can I do, I'm trying to clean up that area as it -- as it is.

**END 8NOVEMBER2008_81_4x12_RollCall_Sgt.Stukes__DIMauriello_Lt.Delafuente at 14:36-16:11**

NYC00010366

**START 8DECEMBER2008_81_4x12_RollCall_Sgt.Stukes_DIMauriello_ACTIVITY at [7:07-7:42]**

DI Mauriello: It's a good job. Alright. Just do your job. I don't, I mean, I hate to say it, I need everybody here, and I need you, everybody

```
15 but in the end, I hate to say it, you need me more
16 than I need you. Because I'm what separates the wolves
17 from coming in here and chewing on your bones,
18 unfortunately, I could say that. Alright. I'm keeping
19 Chief Marino at bay when he pulls activity
20 reports, he looks back the whole year, he says "This guy or
21 this girl is no good." Bounce them. Where's your interim evaluation,
why is this? We'll send him
23 to the 75, see if he likes to work there or she
24 likes to work there.
25 I saved some guys last year, you know?
0008
1 And what did they do? Went back to their same ways.
```

**END 8DECEMBER2008_81_4x12_RollCall_Sgt.Stukes_DIMauriello_ACTIVITY at [7:07-7:42]**

NYC00010365

**START 28JANUARY2009_81_4x12_RollCall_DIMauriello_Lt.Delafuente_ACTIVITY**
**WeDontWanttoHurtYou at [20:25-22:07]**

8 DI MAURIELLO: One thing I should say. Alright. Chief Scagnelli, a 3-
star Chief at TrafficStat today. I was there
9 before but not this time where he says to the platoon commander
10 how many-what did he say-what is it?
11 Delafuente: How many losers do you have? How many superstars.
12 DI MAURIELLO: Yeah, how many superstars and how
13 many losers? He wants names. And he says
14 the same thing about the bosses. And then the lieutenant
15 today says certain things, the midnight lieutenant from the 81 and says
16 certain things. You don't want to be labeled
17 that.
18 Just do your job. The Sergeant is
asking you for
19 activity. Then he goes down and said how many
20 summonses does the squad write? So okay, so we do
21 movers, it's what, 33 guys. On 4-12, I got 38
22 people working maybe on the 4-12. All right.
23 How many movers? Say you write four
24 each. You got--so of 30 guys, all they write is
25 four B's a month. Of those four B's, how many are
C021
1 hazards? Boom. How many A's? Tell you what.
2 And then they got some commands only wrote something like 1.5 summons
per cop and they
go nuts.
3 They turn this whole place around.
4 They're saying we're losing cops. They're not
5 giving us cops and now they want everybody to
6 step up and be accountable and work. And if you
7 don't want to work, then you know what? You know -
8 Just do the old -- go through the motion
9 and get your numbers anyway, but don't be the one to be
10 caught out there. Marino is taking it serious,
11 looking at everybody's evaluation. He's yelling at me about the
points and he's yelling at every CO about who
13 gave these points to this guy, this guy, or this
14 girl's no good. You know?
15 Everybody's good people. You wouldn't be here. Everybody's got a heart
16 of gold, and everybody has families. I don't want to be the one to hurt
17 anybody. He doesn't want to be the one to hurt anybody. He don't want
18 to be the one to hurt anybody, believe me. I got bigger fish to fry
19 than to be worrying about my cops. Just do your job. I keep saying it.

**END 28JANUARY2009_81_4x12_RollCall_DIMauriello_Lt.Delafuente_ACTIVITY**
**WeDontWanttoHurtYou at [20:25-22:07]**

NYC00010350