# MARTIN CLEARWATER & BELL LLP

COUNSELORS AT LAW

220 EAST 42ND STREET, NEW YORK, NY 10017-5842
TELEPHONE (212) 697-3122 FACSIMILE (212) 949-7054
www.mcblaw.com

**BRIAN OSTERMAN**
ASSOCIATE

DIRECT DIAL: (646) 637-9320
E-MAIL: osterb@mcblaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/15

February 23, 2015

**VIA: FACSMILE (212-805-7925)**
Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RECEIVED
FEB 25 2015
JUDGE SWEET CHAMBERS

Re: **Schoolcraft v. Jamaica Hospital Medical Center**
Civil Action No. 10 CV 6005 (RWS)
MCB File No. 82-82153

Dear Judge Sweet:

We represent the defendant Jamaica Hospital Medical Center ("JHMC") in the above-referenced matter. I write to respectfully request that the Court grant defendant JHMC twenty additional pages for its Reply Memorandum of Law in Support of our Motion for Summary Judgment. The reason for the request is that we are quoting extensively from depositions and other documents, and the format simply takes up a number of pages. This request is in addition to our prior request that was so-ordered, and would allow for a total of 50 pages for defendant JHMC's Reply Memorandum.

Thank you for Your Honor's attention to this matter.

So ordered
Sweet US DJ
2·25-15

Respectfully submitted,

MARTIN CLEARWATER & BELL LLP

Brian Osterman (BSO 5881)

cc: **BY: E-MAIL**
Attorneys for all parties

BSO/RYL
2479732_1

WESTCHESTER COUNTY OFFICE
245 MAIN STREET
WHITE PLAINS, NY 10601
TELEPHONE (914) 328-2969
FACSIMILE (914) 828-4056

NASSAU COUNTY OFFICE
90 MERRICK AVENUE - SUITE 401
EAST MEADOW, NY 11554-1576
TELEPHONE (516) 222-8500
FACSIMILE (516) 222-8513

NEW JERSEY OFFICE
744 BROAD STREET
NEWARK, NJ 07102
TELEPHONE (973) 735-0578
FACSIMILE (973) 735-0584