# SCOPPETTA SEIFF KRETZ & ABERCROMBIE

ERIC A. SEIFF
WALTER A. KRETZ, JR.
CHARLES D. ABERCROMBIE*

MARIANA OLENKO

*ALSO ADMITTED IN CT



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/15

444 MADISON AVENUE
30TH FLOOR
NEW YORK, N.Y. 10022-6926
(212) 371-4500
FAX (212) 371-6883

ROLAND R. ACEVEDO
NICHOLAS SCOPPETTA
OF COUNSEL

February 25, 2015

By Fax - 212-805-7925
Honorable Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Schoolcraft v. The City of New York, et al., 10-CV-6005 (RWS)

Dear Judge Sweet:

On behalf of defendant Steven Mauriello, I write with respect to our papers in opposition to plaintiff's motion for summary judgment.

We need to correct two errors in our Rule 56.1(b) Statement in opposition to plaintiff's motion where we refer to SM Exhibit CK, when the reference should be to SM Exhibit DB, and we need to add reference to both exhibits in our response to plaintiff's statement 129. 1) In our response to plaintiff's statement 44, we refer, in the first paragraph, to SM Exhibit CK, which instead should refer to SM Exhibit DB. SM Exhibit DB is the QAD September 4, 2009. memorandum relating to its findings after the semi-annual audit it conducted of the 81st Precinct in July and August 2009, which had nothing to do with Adrian Schoolcraft or any complaints he later would make. 2) The same error is made in paragraph 8 of our Statement of Additional Material Facts following our responses to plaintiff's statements -- the cite to SM Exhibit CK should instead be to SM Exhibit DB. All other references to SM Exhibit CK are correct. SM Exhibit CK consists of pages from the QAD report initially released in June 2010. 3) Again, our response to plaintiff's statement 129 should be corrected to cite both exhibits. (Copies of the pages with the foregoing corrections indicated by hand are attached.)

In addition, when submitting a courtesy copy of our papers in opposition to plaintiff's motion for summary judgment, under cover of a letter dated February 13, 2015, I submitted a Declaration in Opposition as a means of filing our final five exhibits, but did not provide an index of those Exhibits. The index is attached.

So ordered
Sweet USDJ
2-28-15
(TMC)

## SCOPPETTA SEIFF KRETZ & ABERCROMBIE

      Finally, I respectfully renew our request for permission to file under seal SM Exhibit CR, containing the IAB report commencing with Bates number NYC10123 through 10156, SM Exhibit CK, with pages from the QAD Report – D000508, 510-15, 517-19, and 541-43, and SM Exhibit DD, containing copies of complaint reports and related documents, bearing Bates numbers NYC00011596-628.

      I apologize for the trouble. Thank you for your consideration.

      Respectfully submitted,

      Walter A. Kretz, Jr.

cc: All Counsel, By E-Mail

2