UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ADRIAN SCHOOLCRAFT,

                                                            Plaintiff,

                                  **NOTICE OF**
                                  **<u>APPEARANCE</u>**

                 -against-

                                  10 Civ. 6005 (RWS)

THE CITY OF NEW YORK, <u>et al.</u>,

                                                            Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **JAMES F. HORTON**, Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendants CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, CAPTAIN THEODORE LAUTERBORN, SGT. FREDERICK SAWYER, SERGEANT KURT DUNCAN, LIEUTENANT CHRISTOPHER BROSCHART, LIEUTENANT TIMOTHY CAUGHEY, SERGEANT SHANTEL JAMES, LIEUTENANT WILLIAM GOUGH, CAPTAIN TIMOTHY TRAINER, SERGEANT F.D.N.Y. LIEUTENANT ELISE HANLON (collectively, "City Defendants") in the above-referenced action, effective immediately.

- 2 -

Dated:      New York, New York
            March 5, 2015

                                        Respectfully Submitted,

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the City of
                                        New York
                                        *Attorney for City Defendants*
                                        100 Church Street, Room 3-311
                                        New York, New York 10007
                                        (212) 356-2647
                                        jhorton@law.nyc.gov

                                By:     _____/s/_____
                                        James F. Horton
                                        Assistant Corporation Counsel


TO:    Nathaniel Smith (By ECF)
       *Attorney for Plaintiff*
       111 Broadway, Suite 1305
       New York, New York 10006

       Gregory John Radomisli (By ECF)
       Martin Clearwater & Bell LLP
       *Attorneys for Jamaica Hospital Medical Center*
       220 East 42nd Street 13th Floor
       New York, NY 10017

       Brian Lee  (By ECF)
       IVONE, DEVINE & JENSEN, LLP
       *Attorneys for Dr. Isak Isakov*
       2001 Marcus Avenue, Suite N100
       Lake Success, New York 11042

       Bruce M. Brady  (By ECF)
       CALLAN, KOSTER, BRADY & BRENNAN, LLP
       *Attorneys for Lillian Aldana-Bernier*
       1 Whitehall Street
       New York, New York 10004

       Walter A. Kretz , Jr.  (By ECF)
       Seiff Kretz & Abercrombie
       *Attorney for Defendant Mauriello*
       444 Madison Avenue, 30th Floor
       New York, NY 10022