```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------------X
     ADRIAN SCHOOLCRAFT,
 3
                                              PLAINTIFF,
 4
                     -against-            Case No:
 5                                        10 Civ. 6005
                                          (RWS)
 6
     THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO,
 7   Tax Id. 873220, Individually and in his Official
     Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN
 8   NORTH GERALD NELSON, Tax Id. 912370, Individually
     and in his Official Capacity, DEPUTY INSPECTOR
 9   STEVEN MAURIELLO, Tax Id. 895117, Individually and
     in his Official Capacity, CAPTAIN THEODORE
10   LAUTERBORN, Tax Id. 897840, Individually and in his
     Official Capacity, LIEUTENANT WILLIAM GOUGH, Tax Id.
11   919124, Individually and in his Official Capacity,
     SGT. FREDERICK SAWYER, Shield No. 2576, Individually
12   and in his Official Capacity, SERGEANT KURT DUNCAN,
     Shield No. 2483, Individually and in his Official
13   Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id.
     915354, Individually and in his Official Capacity,
14   LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374,
     Individually and in his Official Capacity, SERGEANT
15   SHANTEL JAMES, Shield No. 3004 and P.O.'s □JOHN DOE□
     #1-50, Individually and in their Official Capacity
16   (the name John Doe being fictitious, as the true
     names are presently unknown) (collectively referred
17   to as □NYPD defendants□), JAMAICA HOSPITAL MEDICAL
     CENTER, DR. ISAK ISAKOV, Individually and in his
18   Official Capacity, DR. LILIAN ALDANA-BERNIER,
     Individually and in her Official Capacity and
19   JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEES □JOHN
     DOE□ #1-50, Individually and in their Official
20   Capacity (the name John Doe being fictitious, as
     the true names are presently unknown),
21
                                              DEFENDANTS.
22   ------------------------------------------------X
                      DATE:  October 17, 2014
23                    TIME:  10:20 A.M.

24
              (Deposition of JOHN ETERNO, PhD)
25
```

1

2                         DATE: October 17, 2014

3                         TIME: 10:20 A.M.

4

5

6

7         DEPOSITION of an Expert Witness,

8    JOHN ETERNO, PhD, taken by the Respective Parties,

9    Pursuant to a Notice and to the Federal Rules of

10   Civil Procedure, held at the offices of the New

11   York City Law Department, 100 Church Street,

12   New York, New York 10007, before Nathan MacCormack,

13   a Notary Public of the State of New York.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    A P P E A R A N C E S:

 2


 3    LAW OFFICE OF NATHANIEL B. SMITH
              Attorney for Plaintiff
 4            ADRIAN SCHOOLCRAFT
              111 Broadway
 5            New York, New York  10006
              BY:   NATHANIEL B. SMITH   ESQ.
 6                     -and-
                  JOHN LENOIR, ESQ.
 7


 8
      ZACHARY W. CARTER, ESQ.
 9    CORPORATION COUNSEL
      NEW YORK CITY LAW DEPARTMENT
10            Attorneys for the Defendants
              THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO,
11            Tax Id. 873220, Individually and in his Official
              Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN
12            NORTH GERALD NELSON, Tax Id. 912370, Individually
              and in his Official Capacity, CAPTAIN THEODORE
13            LAUTERBORN, Tax Id. 897840, Individually and in his
              Official Capacity, LIEUTENANT WILLIAM GOUGH, Tax Id.
14            919124, Individually and in his Official Capacity,
              SGT. FREDERICK SAWYER, Shield No. 2576, Individually
15            and in his Official Capacity, SERGEANT KURT DUNCAN,
              Shield No. 2483, Individually and in his Official
16            Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id.
              915354, Individually and in his Official Capacity,
17            LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374,
              Individually and in his Official Capacity, SERGEANT
18            SHANTEL JAMES, Shield No. 3004 and P.O.'s ☐JOHN DOE☐
              #1-50, Individually and in their Official Capacity
19            (the name John Doe being fictitious, as the true
              names are presently unknown) (collectively referred
20            to as ☐NYPD defendants☐)
              100 Church Street
21            New York, New York  10007
              BY:   SUZANNA PUBLICKER METTHAM, ESQ.,
22                     ASSISTANT CORPORATION COUNSEL
                         -and-
23                QIANA SMITH, ESQ.
                     SENIOR CORPORATION COUNSEL
24            File #:  2010-033074
              Control #:  FFF13119
25
```

```
 1     A P P E A R A N C E S:    (Cont'd)

 2


 3     SCOPPETTA, SEIFF, KRETZ & ABERCROMBIE, ESQS.
             Attorneys for the Defendant
 4           STEVEN MAURIELLO
             444 Madison Avenue, 30th Floor
 5           New York, New York  10022
             By:  WALTER A. KRETZ, JR., ESQ.
 6


 7
       MARTIN CLEARWATER & BELL, LLP
 8           Attorneys for Defendant
             JAMAICA HOSPITAL MEDICAL CENTER
 9           220 East 42nd Street
             New York, New York  10017
10           By:  BRIAN OSTERMAN, ESQ.
             File #:  82-82153
11

12
         IVONE, DEVINE & JENSEN, LLP
13           Attorneys for the Defendant
             DR. ISAK ISAKOV
14           2001 Marcus Avenue, Suite N100
             Lake Success, New York  11042
15           By:  BRIAN E. LEE, ESQ.

16

17     CALLAN, KOSTER, BRADU, BRENNAN & NAGLER, LLP
             Attorneys for the Defendant
18           DR. LILLIAN ALDANA-BERNIER
             One Whitehall Street
19           New York, New York  10004
             By:  MATTHEW J. KOSTER, ESQ.
20

21

22                  *           *           *
23

24

25
```

1   shown up at his apartment?

2           MR. SMITH: Objection to the form.

3   A.   Perhaps somebody would have shown up at his

4   apartment, but he still should not have been an E.D.P.

5           MR. KOSTER: I don't think I have anything

6           else.

7   FURTHER EXAMINATION

8   BY MR. KRETZ:

9   Q.   The appearance you made on This American Life, I

10  haven't listened to that in some time, but can you tell me

11  what opinions you expressed at that time on that program?

12  A.   I think I just said one or two lines. I don't

13  recall exactly what those lines were.

14          MR. KRETZ: Thank you.

15  FURTHER EXAMINATION

16  BY MR. LEE:

17  Q.   Sir, when you were a police officer, there were

18  occasions when you declared someone an E.D.P.?

19  A.   Yes.

20  Q.   And did you accompany that person to the

21  hospital?

22  A.   Yes. There were times we did, yes.

23  Q.   Did you ever tell the hospital that, based on

24  what you were telling them, they had to admit a patient?

25  A.   No. We never told the hospital what to do and

J. ETERNO

1  how to do it.
2     Q.    But you did expect they would rely on the history
3  that you provided as one part of their overall evaluation
4  of that person, correct?
5     A.    Of course.
6           MR. LEE:  Thank you.
7           MS. PUBLICKER METTHAM:  The time is 6:46.
8           (Whereupon, at 6:46 P.M., the Examination of
9     this Witness was concluded.)
10
11
12                                  _____
                                    JOHN ETERNO, PhD
13
14  Subscribed and sworn to before me
15  this _____ day of _____ 20___.
16  _____
17         NOTARY PUBLIC
18
19
20
21
22
23
24
25