UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                                                                              Plaintiff,

                            -against-

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity, CAPTAIN THEORDORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOUGH, Tax Id. 919124, Individually and in his Official Capacity, SGT. FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LT. TIMOTHY CAUGHEY, Tax Id. No. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, Individually and in her Official Capacity,CAPTAIN TIMOTHY TRAINOR Tax Id. 899922, Individually and in his Official Capacity, and P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "City Defendants"), FDNY LIEUTENANT ELISE HANLON, individually and in her official capacity as a lieutenant with the New York City Fire Department, JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in his Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE" # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                                                                            Defendants.
-----------------------------------------------------------------------X

**SUPPLEMENTAL DECLARATION OF RYAN GLENN SHAFFER IN FURTHER SUPPORT OF CITY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

10-CV-6005 (RWS)

**RYAN GLENN SHAFFER**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants the City of New York, Deputy Chief Michael Marino, Assistant Chief Gerald Nelson, Captain Theodore Lauterborn, Lieutenant William Gough, Sergeant Frederick Sawyer, Sergeant Kurt Duncan, Lieutenant Christopher Broschart, Lieutenant Timothy Caughey, Lieutenant Shantel James, Captain Timothy Trainor, and FDNY Lieutenant Elise Hanlon (collectively "City Defendants"). As such, I am familiar with the facts stated below and submit this supplemental declaration to place on the record the relevant documents in support of said City Defendants' opposition to plaintiff's motion for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2. Attached as Exhibit "A" is the declaration of Dr. Catherine Lamstein-Reiss wherein she indicates that she conveyed to Captain Theodore Lauterborn, "I thought [Capt. Lauterborn] absolutely did need to find [Adrian Schoolcraft] and make sure that he was okay" on October 31, 2009.

3. Attached as Exhibit "B" is a true and accurate copy of relevant portions of Dr. Catherine Lamstein-Reiss' deposition taken on January 30, 2009, wherein she testified about the conversation(s) she had with Captain Theodore Lauterborn on October 31, 2009 and recited her notes memorializing same.

4. Attached as Exhibit "C" is a true and accurate copy of relevant portions of plaintiff Adrian Schoolcraft's first deposition, taken on October 11, 2012 in which he testifies to various facts and circumstances that he believes support the allegations in his complaint, and during which he was unable to point to any evidence supporting certain claims.

5. Attached as Exhibit "D" is a copy of the relevant portions of an Internal Affairs Bureau Report in which plaintiff's belief about the basis for his low performance evaluation is summarized.

6. Attached as Exhibit "E" is a copy of a March 11, 2009 letter from James A. Brown, plaintiff's attorney at the time, to defendant Maureillo in which plaintiff's criticizes the basis of his low performance evaluation.

7. Attached as Exhibit "F" is a true and accurate copy of relevant portions of Deputy Inspector Steven Mauriello's first deposition, taken on December 20, 2013, in which he testifies about the duty to report corruption to IAB.

8. Attached as Exhibit "G" is a true and accurate copy of relevant portions of Lieutenant Elise Hanlon's deposition, taken on January 13, 2014, in which she testifies about the location of Jamaica Hospital and reasons why plaintiff was transported there instead of a different hospital.

9. Attached as Exhibit "H" is a true and accurate copy of relevant portions of Joseph Ferrara's deposition, taken on June 5, 2014, in which he testifies about his lack of knowledge concerning retaliation against plaintiff.

10. Attached as Exhibit "I" is a copy of plaintiff's August 20, 2009 memo in which plaintiff complained to IAB that two supervisors in his own precinct removed material from one of the supervisor's personnel folders.

Dated:    New York, New York
          March 6, 2015

                                              ZACHARY W. CARTER
                                              Corporation Counsel of the
                                              City of New York
                                              *Attorney for City Defendants*
                                              100 Church Street, Room 3-200
                                              New York, New York 10007
                                              (212) 356-2372

                                      By:            /s
                                              Ryan G. Shaffer
                                              Senior Counsel
                                              Special Federal Litigation Division

cc:    Nathaniel Smith (By ECF)
        *Attorney for Plaintiff*

        Gregory John Radomisli (By ECF)
        MARTIN CLEARWATER & BELL LLP
        *Attorneys for Jamaica Hospital Medical Center*

        Brian Lee (By ECF)
        IVONE, DEVINE & JENSEN, LLP
        *Attorneys for Dr. Isak Isakov*

        Paul Callan (By ECF)
        CALLAN, KOSTER, BRADY & BRENNAN, LLP
        *Attorneys for Lillian Aldana-Bernier*

        Walter Kretz (By ECF)
        SCOPPETTA SEIFF KRETZ & ABERCROMBIE
        *Attorney for Defendant Mauriello*

| |
|---|
| Docket No 10-CV-6005 (RWS) |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| ADRIAN SCHOOLCRAFT,<br><br>                    Plaintiff,<br><br>       -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                    Defendants. |
| **SUPPLEMENTAL DECLARATION OF<br>RYAN G. SHAFFER** |
| *ZACHARY W. CARTER*<br>*Corporation Counsel of the City of New York*<br>*Attorney for City Defendants*<br>*100 Church Street, Room 3-212*<br>*New York, New York 10007*<br><br>*Of Counsel: Ryan G. Shaffer*<br>*Tel: (212) 356-2386* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ......................................, 2015*<br><br>*................................................................ Esq.*<br><br>*Attorney for ..............................................* |