UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ADRIAN SCHOOLCRAFT,

                              Plaintiff,       **DECLARATION OF CATHERINE LAMSTEIN-REISS**

        -against--

THE CITY OF NEW YORK, ET AL.,                  10 Civ. 6005 (RWS)

                            Defendants.

------------------------------------------------------------------- X

        Catherine Lamstein-Reiss, being duly sworn, deposes and says, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct to the best of my information, knowledge, and belief:

    1.    On January 30, 2014, I was deposed in connection with the above-referenced matter.

    2.    At my deposition I testified about my conversations with New York City Police Department Captain Theodore Lauterborn on October 31, 2009.

    3.    At my deposition, I testified that on October 31, 2009 "I thought [Capt. Lauterborn] absolutely did need to find [Adrian Schoolcraft] and make sure that he was okay."

    4.    I now understand that plaintiff believes I never verbalized this statement to Capt. Lauterborn, but instead that it was simply an unexpressed opinion.

    5.    The aforementioned statement which I testified to was in response to plaintiff's counsel asking me "What else did you tell Captain Lauterborn?"

6.  In fact, this statement that "I thought [Capt. Lauterborn] absolutely did need to find [Adrian Schoolcraft] and make sure that he was okay" was not just my opinion but a statement that I conveyed to Capt. Lauterborn on October 31, 2009.

Dated:  New York, New York
        March 5, 2015

                                                    *Catherine Lamstein-Reiss, Psy.D.*
                                                    Catherine Lamstein-Reiss