Page 23

1           S. MAURIELLO
2      A.    No.
3      Q.    What precinct were you assigned
4   to?
5      A.    The 79th Precinct.
6      Q.    In Brooklyn?
7      A.    Yes, sir, Bedford-Stuyvesant.
8      Q.    Either as a police officer in
9   Manhattan or in narcotics in Manhattan,
10  did you have any occasion to report on
11  any misconduct by anybody within the
12  NYPD?
13     A.    No.
14     Q.    Did you ever see any misconduct
15  by any officers?
16     A.    No.
17     Q.    What kind of training had you
18  received as of that time about reporting
19  misconduct?
20     A.    Well, in the police academy,
21  internal affairs comes. It's a whole
22  lecture they tell you, and a card, the
23  patrol guide. There are signs around the
24  precinct if you see corruption, call IAB;
25  the police academy mostly.

Page 24

1         S. MAURIELLO
2     Q.    What does the police academy
3  tell you?
4     A.    If there is a corruption, call
5  IAB.
6     Q.    Basically, it's that simple, if
7  you see some corruption, you're --
8     A.    Well, no, you can go to your
9  commanding officer, supervisor, tell him.
10 Or if you don't go to your commanding
11 officer, you are supposed to call
12 internal affairs yourself.
13    Q.    Was it your understanding that
14 you had an affirmative obligation to do
15 so if you came in contact with any kind
16 of misconduct?
17    A.    Yes, sir.
18    Q.    As a police officer in
19 Manhattan, either as patrolman or in
20 narcotics, did you ever feel that there
21 was any pressure on police officers to
22 not report misconduct if they saw it?
23    A.    No, not at all.
24    Q.    During this period of time
25 while you were in Manhattan, did you ever

1           S. MAURIELLO
2  anything that's on their records.
3     Q.     And this comes from IAB?
4     A.     Internal affairs, one a year.
5     Q.     Did you ever review a CPI for
6  Schoolcraft?
7     A.     Not that I know of, no.
8     Q.     On page 4 of this document,
9  there is a paragraph 57 which reads,
10 quote, instruct all members of command
11 that retaliation against those members of
12 the service who come forward to report,
13 misconduct, paren, corruption, violations
14 of EEO policy, comma, etc., is against
15 department policy and will not be
16 tolerated, period, end quote.
17         Do you see that reference, sir?
18    A.     Yes, I do.
19    Q.     Is this a statement from the
20 patrol guide directing commanding
21 officers to inform members of the service
22 that they are not to retaliate against
23 people?
24    A.     Yes.
25         MS. PUBLICKER METTHAM: