Page 252

1           ELISE HANLON
2           MR. SMITH: I will rephrase
3   that.
4       Q.     You heard Officer Schoolcraft
5   asking to be taken to Forest Hills, right?
6       A.     Yes.
7       Q.     You heard yourself saying that
8   he should go to Jamaica, right?
9       A.     Yes.
10      Q.     Why isn't the patient entitled
11  to make the decision about where to go?
12      A.     Given the events of why we were
13  there, given the events of the fact of how
14  many police officers were there, given the
15  fact I guess, just generally of the yelling
16  and screaming back and forth, being
17  uncooperative, you took Nyquil, but there
18  was nothing wrong with you. Maybe he wasn't
19  completely being honest with us or he was in
20  denial of what was going on with him, my
21  view was that Jamaica was a better choice
22  for him.
23      Q.     Because there was a psych ward
24  there, right?
25      A.     Yes.

Page 253

ELISE HANLON

Q. And that's the only reason?

MR. KOSTER: Objection.

MR. OSTERMAN: Objection.

A. Not the only reason. Number one, I believe closer to his house, they're a cardiac center, they're a trauma center, they're a full ER, they have a C-port if needed and they have a psych facility. So they have more a --

MR. SHAFFER: Services.

A. Services than North Shore Forest Hills does.

MR. SMITH: I'd appreciate it, Counsel, if you wouldn't supply answers for the witness. Okay. It's really improper to be doing that.

MR. SHAFFER: Call the judge. I don't really care anymore, Nat. You have a problem with my actions, you can call the judge.

MR. SMITH: Continue the recording at 1329.

(Whereupon, a tape recording was played.)