UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ADRIAN SCHOOLCRAFT,

                                    10-cv-6005 (RWS)

                Plaintiff,        DECLARATION
    -against-                        OF NATHANIEL B. SMITH

THE CITY OF NEW YORK, et al,

                Defendants.
----------------------------------------------------------------x

     Nathaniel B. Smith, being an attorney admitted in this Court, hereby declares under the penalties of perjury under the laws of the United States of America that the following is true and correct:

     1. I am submitting this declaration to transmit to the Court the plaintiff's exhibits being submitted in further support of the plaintiff's motion for summary judgment.

     2. The exhibits attached hereto and marked as Plaintiff's Summary Judgment Reply Exhibits ("PMX") 41-45 are true, correct and authentic copies of documents produced in this litigation or excerpts from the depositions or other testimony of the parties in this and other litigation.

     3. Confidential or attorney-eyes-only materials contained herein are also being filed under seal with the Clerk of the Court, in accordance with the Court's prior orders.

Dated: March 6, 2015

                                            *s/NBS*

                                   _____
                                   Nathaniel B. Smith
                                   111 Broadway – Suite 1305
                                   New York, New York 10006
                                   (212) 227-7062

Plaintiff's Summary Judgment Reply Exhibits

41. Mauriello Transcript pp. 613-615
42. Isakov Transcript pp. 169-172
43. Aldana-Bernier Transcript pp. 29-30, 238-250
44. Dr. Roy Lubit Declaration
45. Lubit Transcript pp. 18-21