Page 613

1        CONTINUED- STEVEN MAURIELLO
2              MR. KRETZ: Objection. You can
3     answer.
4        A.     No, I didn't have no -- I didn't
5     know any information that he was going to
6     hurt other people.
7        Q.     The next page in your
8     counterclaim, there's a reference to a
9     lawsuit Schoolcraft "had already planned to
10    bring against NYPD." That's paragraph 12 on
11    page 16. You see that reference?
12       A.     Yes. Yes.
13       Q.     What's your basis for the
14    statement that Schoolcraft had planned to
15    bring a lawsuit?
16       A.     We know today, didn't at the
17    time, we know today there's two tape
18    recordings where he actually says it,
19    October 7, 2009, he's telling his father,
20    yeah, and if they find Mauriello at fault
21    this is perfect to help our lawsuit and in
22    the apartment his father utters the words
23    about the lawsuit. Without anything
24    happening that night, his father's already
25    talking lawsuit on October 31, 2009 with his

```
 1          CONTINUED- STEVEN MAURIELLO
 2   son.
 3          Q.     When did the father, in the
 4   apartment, utter the words lawsuit?
 5          A.     It's on the tape.
 6          Q.     Which tape?
 7          A.     October 31, 2009 Officer
 8   Schoolcraft taped himself talking to his
 9   father.  Amongst other things, his father
10   said about the lawsuit.  He said oh, is
11   Mauriello -- he says I guess Mauriello's
12   smarter than we think and they starts
13   rambling on all this stuff.
14          Q.     This is the tape recording
15   before the entry into the apartment?
16          A.     Yes, sir.  And October 7th is
17   way before this thing has happened too.  And
18   he's talking about lawsuits.  Said this is
19   perfect, if NYPD finds them at fault anyway
20   this would help our lawsuit too.  He says it
21   on the tape.  So there's two times they're
22   talking lawsuit here.  Premeditated.
23          Q.     I'm sorry?
24          A.     Premeditated.
25          Q.     Was the time that you heard
```

1            CONTINUED- STEVEN MAURIELLO
2   these recordings for the first time, was
3   that the first time that you believed that
4   Schoolcraft was contemplating a lawsuit
5   against the NYPD?
6                MR. KRETZ:  Objection.
7       A.     No, you know, I guess when he
8   first sued I thought he was just -- it was
9   bizarre, he was just looking for a payday
10  like his father used to sue other
11  departments.  Not until Graham Rayman's book
12  came out, then I really realized there's an
13  ultimate, there's a reason why he wanted to
14  sue is to get revenge and again, I don't
15  want to quote the same words, but to F me
16  over and it was all about personal to me,
17  about me taking his gun, his badge, his
18  evaluation, him being put on desk duty
19  performance monitoring.  I had nothing to do
20  with anything, you know.
21      Q.     Do you remember meeting with
22  Schoolcraft and the supervisor at the 81st
23  Precinct to discuss his appeal in the 2008
24  evaluation?
25      A.     Yes, sir.