1                    I.  ISAKOV

2    that you worked at Jamaica Hospital, how

3    many patients you saw at that unit?

4        A.    Okay.  I cannot give you the

5    numbers, but what I can give you that

6    usually my load of cases not less than

7    ten because it's three attending in the

8    unit, 28 patients, you sharing them, and

9    it's each one have approximately ten

10   patient at a time.

11       Q.    You saw thousands of patient;

12   am I correct?

13       A.    I believe so, yeah.

14       Q.    Five, 10,000 patients

15   potentially?

16       A.    I don't know exactly.  It's a

17   lot for ten years.

18       Q.    It wouldn't surprise you if you

19   saw ten thousands patient?

20       A.    If somebody will say it, oh, my

21   God.

22       Q.    It's probably true though,

23   right?

24       A.    I see definitely a lot because

25   I don't know how many in Jamaica

1              I. ISAKOV

2    writing my chart, I fill out my note and

3    I fill out evaluation.

4         Q.    So there was no new evaluation

5    before you filled this out other than the

6    one we just finished going through?

7         A.    No.

8         Q.    Let's go to what you wrote

9    under Section III (a).  You wrote what?

10         A.    Thirty-nine year old male

11    without past psychiatric history

12    presented to emergency room with,

13    quote/unquote, paranoid ideations and

14    admitted for further evaluation.

15         Q.    Let me ask you a question:  Why

16    did you put, quote/unquote, paranoid:  Is

17    that the same thing as you put before,

18    question mark, paranoid?

19         A.    Yes.

20         Q.    That's the same reason?

21         A.    Right, but I did not --

22    probably when I was writing, I was

23    reflecting my own understanding about his

24    real paranoia or questionable paranoia.

25         Q.    So you put quotations around

```
 1                    I. ISAKOV
 2  paranoid because at that point you hadn't
 3  yet made up your mind that he was
 4  paranoid, correct?
 5       A.    Yeah.
 6             "Physical condition, stable."
 7       Q.    So Section B was physical
 8  condition, and you wrote "stable."
 9       A.    Stable.
10       Q.    Mental condition?
11       A.    Mental condition, Patient very
12  anxious, suspicious, afraid that his
13  superiors in the police department wanted
14  to get rid of him, quote/unquote.
15             Part D, "The patient showed the
16  following psychiatric signs and symptoms:
17  anxiety and paranoid quality ideations."
18       Q.    Paranoid quality ideations,
19  what did you mean when you wrote that?
20       A.    The same questionable paranoid.
21       Q.    So now you have your diagnosis
22  of anxiety and questionable paranoid
23  ideations, correct?
24       A.    Right.
25       Q.    Can you keep reading?
```

```
 1                      I. ISAKOV

 2               MR. RADOMISLI:  Objection to the

 3       form of the question.

 4       A.      Part E, "Does the patient show

 5   tendency to cause serious harm to

 6   himself?"  I marked no.  "To others," I

 7   marked no.

 8       Q.      Let me just ask you:  That was

 9   your opinion, Section E, that was your

10   opinion when you wrote this form,

11   correct?

12       A.      Yes.

13       Q.      And by checking those boxes,

14   you were expressing your opinion in

15   writing, correct?

16       A.      Yes, if he did not express any

17   suicidal or homicidal ideations.

18       Q.      And what did you write after

19   that?

20       A.      Okay.  "Mental diagnosis if

21   determined."  I put "psychosis NOS.  Rule

22   out adjustment disorder."

23       Q.      Which is what you wrote on your

24   note earlier, correct?

25       A.      Yes.
```

1                    I. ISAKOV

2        Q.      Then?

3        A.      And then Psychiatric

4   Confirmation.  I wrote that I have

5   personally observed and examined

6   Schoolcraft, Adrian, the date is 11 --

7             MR. DEVINE:  Doctor.  Hold it

8     just a second.

9        A.      -- on 11/4/2009, and based on

10  such examination and case history, I

11  confirmed there is a reasonable cause to

12  believe that the patient has a mental

13  illness on which immediate care and

14  treatment in the hospital is appropriate

15  and which is likely to result in serious

16  harm to himself or others.

17            The facts stated and

18  information contained herein are true to

19  the best of my knowledge and belief, and

20  then I have a psychiatrist staff, Jamaica

21  Hospital, and my signature.

22       Q.      After you signed this form,

23  what did you do with the chart?

24       A.      Nothing.  What should I do with

25  it?