UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ADRIAN SCHOOLCRAFT,

                            10-cv-6005 (RWS)

               Plaintiff,        DECLARATION
  -against-                            OF DR. ROY LUBIT

THE CITY OF NEW YORK, et al,

               Defendants.
----------------------------------------------------------------x

    Dr. Roy Lubit hereby declares under the laws of the United States of America that the following is true and correct:

    1.    Attached as Plaintiff's Motion Exhibit 30 is a true and correct copy of my Report, dated August 11, 2014, which I prepared for this case.

    2.    The statements that I made in my Report are true and correct to the best of my knowledge and belief.

Dated: March 6, 2015

                                          *s/RL*

                                    _____
                                    Dr. Roy Lubit M.D., Ph.D.