UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,                                      REPLY
                          Plaintiff,                  DECLARATION

       -against-

                                     10-CV-06005 (RWS)

THE CITY OF NEW YORK, et al.,
                          Defendants.
-----------------------------------------------------------------X

      I, WALTER A. KRETZ, JR., declare under penalty of perjury that the following is true and correct:

      1.      I am a member of Scoppetta Seiff Kretz & Abercrombie, attorneys for defendant Deputy Inspector Steven Mauriello.  I submit this reply declaration in support of Steven Mauriello's motion for summary judgment for the purpose of submitting additional exhibits referred to in our reply papers.

      2.      The attached additional exhibits are as follows:

| | |
|---|---|
| SM Exhibit DF | Adrian Schoolcraft Deposition Excerpts |
| SM Exhibit DG | Instructions for recorder owned by Schoolcraft |
| SM Exhibit DH | Ferrara deposition excerpts |
| SM Exhibit DI | Sawyer deposition excerpts |
| SM Exhibit DJ | Marino IAB interview (disk) |
| SM Exhibit DK | Mauriello deposition excerpts |
| SM Exhibit DL | Marino deposition excerpts. |

      3.      An additional exhibit is to be filed under seal:

| | |
|---|---|
| SM Exhibit DM | Command Discipline. |

Declaration executed on March 6, 2015

                                        Walter A. Kretz, Jr., (WK-4645)