SM EXHIBIT DG

# OLYMPUS®

# DIGITAL VOICE RECORDER
# DS-50
# DS-40
# DS-30
## ONLINE INSTRUCTIONS

Thank you for purchasing an Olympus Digital Voice Recorder.
Please read these instructions for information about using the product correctly and safely.
Keep the instructions handy for future reference.

To ensure successful recordings, we recommend that you test the record function and volume before use.

EN

# Using the Variable Control Voice Actuator (VCVA)

When the microphone senses that sounds have reached a preset threshold volume level, the built-in Variable Control Voice Actuator (VCVA) starts recording automatically, and stops when the volume drops below the threshold level.
The VCVA feature extends recording time and conserves memory by stopping recording during silent periods, which helps the playback to be more efficient.



1 **While the recorder is stopped or during recording, press the MENU button for 1 second or longer.**
   The menu opens (☞ P91,93).

2 **Press the + or − button to choose "VCVA".**



3 **Press the OK or ▶▶I button.**
   The VCVA setup process begins.

4 **Press the + or − button to choose between "On" and "Off".**
   On: Will start recording in VCVA mode.
   Off: Will resume recording in normal mode.
   When "On" is selected, a VCVA indication will be displayed on the screen.

   ⓐ **VCVA (Variable Control Voice Actuator) indicator**





5 **Press the OK button to complete the setup screen.**
   If the I◀◀ button is pressed, the setting will be canceled and it will return to the menu.



6 **Press the STOP button to close the menu.**
   If it returns to the menu screen during recording, press the I◀◀ button to close the menu screen.





## Using the Variable Control Voice Actuator(VCVA)



**7** **Press the REC button to start recording.**
When the sound volume is lower than the preset threshold sound level, recording automatically stops after 1 sec approximately, and "Standby" flashes on the display. The record/play indicator light glows red when recording starts and flashes when recording pauses.





**8** **Press the ▶▶I or I◀◀ button adjust the pause sound level.**
The VCVA level can be set to any of 15 different values. The higher the value, the more sensitive the recorder to sounds. At the highest value, even the faintest sound will activate recording.
The VCVA pause sound level can be adjusted according to the ambient (background) noise.



ⓑ **Level meter** (varies according to the sound volume being recorded)
ⓒ **Start level** (moves to the right/left according to the set level)

2 Using the Variable Control Voice Actuator

### Notes
- The start/stop actuation level also varies depending on the selected microphone sensitivity mode (☞ P31).
- If the surrounding noise is loud, the starting sensitivity of the VCVA can be adjusted according to the recording situation.
- To ensure successful recordings, prior testing and adjustment of the start/stop actuation level is recommended.