SM EXHIBIT DH

1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------------------X
     ADRIAN SCHOOLCRAFT,
 3
                                      PLAINTIFF,
 4
              -against-              Case No.:
 5                                   10CIV 6005(RWS)

 6   THE CITY OF NEW YORK, ET AL, DEPUTY CHIEF MICHAEL MARINO
     TAX ID 873220, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,
 7   ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH, GERALD
     NELSON, TAX ID 912370, INDIVIDUALLY AND IN HIS OFFICIAL
 8   CAPACITY, DEPUTY INSPECTOR STEVEN MAURIELLO TAX ID 895117,
     INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, CAPTAIN THEODORE
 9   LAUTERBORN, TAX ID 897840, INDIVIDUALLY AND IN HIS OFFICIAL
     CAPACITY, LIEUTENANT WILLIAM GOUGH, TAX ID 919124,
10   INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, SERGEANT
     FREDERICK SAWYER, SHIELD NUMBER 2576, INDIVIDUALLY AND IN
11   HIS OFFICIAL CAPACITY, SERGEANT KURT DUNCAN, SHIELD 2483,
     INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, LIEUTENANT
12   CHRISTOPHER BROSCHART TAX ID 915354, INDIVIDUALLY AND IN
     HIS OFFICIAL CAPACITY, LIEUTENANT TIMOTHY CAUGHEY, TAX ID
13   885374, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, SERGEANT
     SHANTEL JAMES, SHIELD NO. 3004 AND PO'S JOHN DOE 1-50
14   INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES, JAMAICA
     HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, INDIVIDUALLY AND
15   IN HIS OFFICIALLY CAPACITY, DR. LILIAN ALDANA-BERNIER,
     INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AND JAMAICA
16   HOSPITAL MEDICAL CENTER EMPLOYEES JOHN DOE 1-50
     INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES (THE NAME
17   JOHN DOE BEING FICTITIOUS, AS THE TRUE NAMES ARE PRESENTLY
     UNKNOWN),
18
                                      DEFENDANTS.
19   ------------------------------------------------------X

20

21                        DATE: June 5, 2014

22                        TIME: 10:16 A.M.

23

24              (DEPOSITION OF JOSEPH FERRARA.)

25
```

JOSEPH FERRARA

1  and they started the training, the officers -- the training

2  sergeant would leave -- let's say hypothetically it was an

3  in-term order, he'd have copies of the in-term orders in

4  the -- where roll call was done.  So an officer can come by

5  later and get a copy of that in-term order and you know,

6  read it themselves.  So I didn't feel based on that that

7  there was anything wrong with that.

8      Q.      You were a -- a sergeant on patrol at some point,

9  correct?

10     A.      Yes.

11     Q.      Did you ever discuss new in-term orders or new

12  policies with officers under your command when you were a

13  sergeant on patrol?

14     A.      Not on patrol, no.

15     Q.      And why not?

16     A.      Because they had the training sergeant, he does

17  that.

18     Q.      As a member of the NYPD, are you required to

19  report misconduct that you personally observe?

20     A.      You are, yes.  Official misconduct.

21     Q.      In -- going back to your e-mail from August 11th,

22  you stated that downgrading crime reports this happens

23  everywhere.

24     A.      Yes.

25     Q.      What did you mean by this happens everywhere?

JOSEPH FERRARA

1     A.     All the commands do that.  When there's a report

2     taken for a specific crime, the -- the usual course is that

3     that complaint gets taken by the officer on patrol, it gets

4     handed into the desk officer to be signed off on.  It gets

5     put into the computer and it goes up to what's called crime

6     analysis.  Depending on the crime it gets referred to the

7     detective squad.  If it's something that's still open it

8     needs to be investigated.  Because of ComStat, as a result

9     of ComStat, commanding officers were being looked at as far

10    as their numbers in regards to seven major crimes and they

11    were looked at unfavorably if they had a spike in seven

12    major crimes.

13          So, it started to be done where a commanding

14    officer would tell the crime analysis people who were

15    supposed to put together the 61s and even the desk officers

16    at some point call up the complainant and let's go back

17    over what the complainant says in regards to their

18    allegation, let's see if it really is a robbery.  Let's see

19    if they really got their car stolen.  Let's see if somebody

20    was hit with a pipe for real, how do they know they were

21    hit with an object, how do they know it wasn't a fist.

22    That's in order to reduce the complaint for that category,

23    because if the complainant says well, I thought it was a

24    bat or I thought it was a pipe, and this person says to the

25    complainant well, are you sure and they turn around and say

JOSEPH FERRARA

1   well, no, I'm not sure, then it could have been a fist;

2   yeah, it could have been a fist.  Now that changes from an

3   assault two which is a seven major felony down to an

4   assault three which is playing with numbers.  Because if

5   the original complaint -- if the officer who took the

6   report out in the street listens to the complainant and

7   complainant says I got hit with a pipe, the officer is

8   going to write complainant states he got hit with a pipe.

9   We're going on what the complainant says out in the street

10  because that's what the cops are trained to do.  Now, later

11  on we want to -- we want to -- oh, we don't want another

12  felony assault, so -- in that area especially, if it

13  happened in a certain area that wasn't conducive to -- to,

14  you know, to the CO.  So then these phone calls would be

15  made and then reports would be changed.

16      Q.      How many times did you see reports changed?

17      A.      I didn't personally see reports changed.  I know

18  the process was done by talking to people, but I never

19  saw -- I was never asked to call anybody back to

20  re-interview anybody.

21      Q.      Did you ever downgrade any crime complaints?

22      A.      No.

23      Q.      And you were never asked by a supervisor to

24  downgrade any crime complaints?

25      A.      No.

76

JOSEPH FERRARA

1    Q.    Have you ever attended ComStat?

2    A.    Once.

3    Q.    And when was that?

4    A.    I think it was when I was in the 40 Precinct, I

5    think.

6    Q.    Why did you attend ComStat at that time?

7    A.    The CO wanted sergeants to get a feel of what

8    ComStat was like.

9    Q.    Did you have to speak at ComStat?

10   A.    No.  Actually, you know what, I went to ComStat

11   more than -- well, I went to TrafficStat, I went to ComStat

12   just to get a feel of what it was like, but I went to

13   TrafficStat I believe twice when I was a sergeant in the 40

14   when I was assistant ICO.

15   Q.    Have you ever worked in a supervisory position

16   before ComStat came to the NYPD?

17   A.    No.

18   Q.    Would it be appropriate for an officer on the

19   street to ask a victim are you sure it was a bat or a pipe?

20   A.    No.

21   Q.    You don't believe it would be appropriate for an

22   officer on the street to ask questions?

23   A.    Appropriate, yes, but does it happen, no, because

24   the radios are so busy in these commands, the officer wants

25   to take the report, give whatever kind of aid is needed and

JOSEPH FERRARA

1    go to the next job, because there's pressure from the COs

2    in regards to response time, for how long does it take a

3    cop to get to another job.

4        Q.    But if an officer did ask a victim on the scene

5    are you sure it was a pipe or a bat, do you believe that

6    would be an inappropriate question?

7        A.    No, that would be appropriate.

8        Q.    So, your -- your problem with this is -- is

9    calling later?

10       A.    Yes.    The NYPD teaches its officers to interact

11   with the community on various different levels and if an

12   officer goes to a job and the person says they got hit with

13   a bat and robbed, they got hit with a bat and robbed and

14   the officer puts that down.    I don't know why later on

15   there would be further questions in regards to that

16   complaint.    The only further question in my feeling and

17   really departmentallywise is that that will go to the squad

18   and a detective assigned to that case would investigate

19   that crime.

20       Q.    Who do you believe was responsible for this

21   downgrading of crime complaints?

22              MR. SMITH:    Objection to form.

23              MR. KRETZ:    Objection.

24       A.    Who actually did it or who gave the orders to do

25   it?

78

JOSEPH FERRARA

1    Q.    Both.

2    A.    Well, I believe it -- it -- it fell on crime

3    analysis people because they worked hand in hand with the

4    commanding officer in -- because crime analysis put

5    together all the complaints into a system and was able to

6    tally all the crimes up for the seven majors.  So they

7    worked hand in hand with the CO in all the precincts that's

8    the way it was.

9           In the 81 precinct it would be DI Mauriello, you

10   know, giving the orders to look at certain crimes.  He

11   would even say it at the -- at roll calls or COs' meetings

12   that the desk officers have to start looking at special

13   complaint reports that come in because the desk officer is

14   supposed to review the complaint reports, but it went on in

15   the -- in the 103.  It went on in the -- in the 40.  It was

16   just a general practice for commanding officers to try to

17   limit the amount of numbers that they have because the way

18   the job is if a CO has a rise in numbers and they want to

19   get promoted that will stop them from getting promoted.

20   Q.    Do you believe that this downgrading of crime

21   complaints was official misconduct?

22   A.    I don't know if it was official misconduct.  I

23   felt it was misconduct.

24   Q.    Did you ever report this misconduct to anyone?

25   A.    No.

JOSEPH FERRARA

1    Q.    Why not?

2    A.    Because if you -- if you go around reporting

3   stuff about your fellow workers or your commanding officer

4   then chances are you're going to get yourself jammed up

5   because there's -- there's that -- there's a perception in

6   the NYPD to punish people who try to do good stuff

7   sometimes.  So, I wasn't looking to get myself jammed up by

8   making any kind of enemies with anybody or -- you know, I

9   was trying to just keep myself out of trouble and do the

10  right thing like I'm supposed to do.

11   Q.    And you believe that this quote, unquote numbers

12  game happened because Commissioner Kelly and the commanding

13  officers wanted to see crime go down, right?

14              MR. SMITH:  Objection to form.

15   A.    Yes.

16              MR. SMITH:  What was the answer to that

17       question?

18              THE WITNESS:  Yes.

19   Q.    Now, again, in your -- in your e-mail to

20  Mr. Norinsberg from August 11th you stated that cops are

21  also directed to write certain moving summonses, they're

22  frowned upon if they issue a brake light, taillight,

23  headlight summons, the cops have to write seat belt, cell

24  phone summonses --

25   A.    Yes.

JOSEPH FERRARA

1    Q.      -- do you recall that?

2    A.      Uh-huh.

3    Q.      So, the supervisors didn't want officers to come

4    in with just any kind of summons?

5    A.      Yes.

6    Q.      Do you know why?

7    A.      There's numbers with that, too.  The -- the

8    executive officer of a command was in charge of traffic

9    conditions in the command.  The CO was in charge of crimes

10   in the command and he goes to ComStat.  The XO is in charge

11   of traffic conditions in the command and he goes to

12   TrafficStat.

13          So, the XO wanted to make sure that his numbers

14   looked good or better than last year's numbers in regards

15   to seat belts, cell phone summonses, because another part

16   of TrafficStat is accidents.  The number of accidents, the

17   number of injuries and there was pressure on the XOs from

18   the chief of traffic to reduce accidents, to reduce

19   injuries and to increase summonses because they felt if we

20   gave out more summonses for cell phones and for seat belts,

21   less people would get injured, there would be less

22   accidents.

23          In the -- in the 81 specifically on one of those

24   tapes Captain Perez who was the XO at the time has a whole

25   big thing about how he doesn't care, he wants his number.

81

JOSEPH FERRARA

1    They even had started in the 81 which I had never seen

2    before, they would make the supervisors on patrol document

3    as the patrol officers came in at the end of their tour

4    what did you write today, day by day, how many did you

5    write, what did you write.

6        Q.      And that was in reference to these seat belts and

7    cell phones?

8        A.      Yes.

9        Q.      Do you believe there was a quota policy in the

10   81st Precinct?

11       A.      No, I don't believe there was a quota, because

12   there was never a number set in stone, but there was

13   tremendous pressure put on officers to answer the radios,

14   write complaints, take care of people who needed, you know,

15   aid with hospitals and stuff, help with lost kids, help

16   finding people.  But then they also had pressure to write

17   summonses throughout their day.  They wanted to see those

18   numbers from those officers.  And they didn't care if the

19   officer answered 15 different jobs that day and didn't get

20   a meal, how many summonses did you write that day.

21       Q.      Did you believe there was a quota policy in the

22   81st Precinct requiring officers to issue a certain number

23   of UF-250s?

24               MR. SMITH:  Objection to form.

25       A.      There was never a set number, but there was

82

JOSEPH FERRARA

1    tremendous pressure for that, also, because that ended up

2    being statistic at ComStat number of 250s that were done.

3         Q.    But there was never a number of UF-250s that

4    officers in the 81st Precinct were required to issue?

5         A.    No.  Not a set number, no.

6         Q.    Have you ever issued a UF-250 without reasonable

7    suspicion?

8         A.    No.

9         Q.    Did any supervisor ever tell you to stop someone

10   even if you did not have reasonable suspicion?

11        A.    No.

12        Q.    Have you personally observed another officer stop

13   someone without reasonable suspicion?

14        A.    No.

15        Q.    Did you ever lose overtime for failing to issue a

16   certain number of UF-250s?

17        A.    No.

18        Q.    Did you ever suffer a change of tours as a result

19   of failing to issue a certain number of UF-250s?

20        A.    No.

21        Q.    Were you ever denied vacation days as a result

22   failing to issue a certain number of UF-250s?

23        A.    No.

24        Q.    Was there a quota policy regarding the number of

25   summonses officers in the 81st Precinct were required to