SM EXHIBIT DI

CERTIFIED TRANSCRIPT

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   EASTERN DISTRICT OF NEW YORK
 4   - - - - - - - - - - - - - - - - -
 5   ADRIAN SCHOOLCRAFT,
 6                          Plaintiff,
 7         -against-  Index No.
                      10CIV-6005 (RWS)
 8
     THE CITY OF NEW YORK, DEPUTY CHIEF
 9   MICHAEL MARINO, Tax Id. 873220,
     Individually and in his Official
10   Capacity, ASSISTANT CHIEF PATROL
     BOROUGH BROOKLYN NORTH GERALD NELSON,
11   Tax Id. 912370, Individually and in his
     Official Capacity, DEPUTY INSPECTOR
12   STEVEN MAURIELLO, Tax Id. 895117,
     Individually and in his Official
13   Capacity, CAPTAIN THEODORE LAUTERBORN,
     Tax Id. 897840, Individually and in his
14   Official Capacity, LIEUTENANT JOSEPH
     GOFF, Tax Id. 894025, Individually and
15   in his Official Capacity, stg. Frederick
     Sawyer, Shield No. 2576, Individually
16   and in his Official Capacity, SERGEANT
     KURT DUNCAN, Shield No. 2483,
17   Individually and in his Official
     Capacity, LIEUTENANT TIMOTHY CAUGHEY,
18   Tax Id. 885374, Individually and in his
     Official Capacity, SERGEANT SHANTEL
19   JAMES, Shield No. 3004, and P.O.'s "JOHN
     DOE" 1-50, Individually and in their
20   Official Capacity (the name John Doe
     being fictitious, as the true names are
21   presently unknown)(collectively referred
     to as "NYPD defendants"), JAMAICA
22   HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV,
     Individually and in his Official
23   Capacity, DR. LILIAN ALDANA-BERNIER,
     Individually and in her Official Capacity
24   and JAMAICA HOSPITAL MEDICAL CENTER
     EMPLOYEES "JOHN DOE" # 1-50, Individually
25
     (Continued)
```

Page 2

2  and in their Official Capacity (the name
   John Doe being fictitious, as the true
3  names are presently unknown),
4
   Defendants.
5
   - - - - - - - - - - - - - - - - - - -x
6
                    111 Broadway
7                   New York, New York
8                   April 25, 2014
                    10:09 a.m.
9
10    VIDEOTAPED DEPOSITION of FREDERICK M.
11 SAWYER, one of the Defendants in the
12 above-entitled action, held at the above
13 time and place, taken before Margaret
14 Scully-Ayers, a Shorthand Reporter and
15 Notary Public of the State of New York,
16 pursuant to the Federal Rules of Civil
17 Procedure.
18
19              *      *      *
20
21
22
23
24
25

```
                                              Page 111

 1                    F. M. SAWYER
 2   him that Adrian Schoolcraft was admitted
 3   to Jamaica Hospital.
 4        Q.    Do you have a recollection
 5   generally of saying that to him?
 6        A.    No, I don't.
 7        Q.    Did you ever discuss Adrian
 8   Schoolcraft or his case with Mauriello?
 9        A.    Yes, I did.
10        Q.    When did you do that?
11        A.    Upon return from the hospital.
12        Q.    The day you got back to the
13   hospital?
14        A.    Yes.
15        Q.    What did you say to Mauriello?
16        A.    I was reassigned to patrol by
17   Lieutenant Jones.  I either received a
18   telephone call or radio transmission that
19   DI Mauriello wanted me to call him.  So I
20   had my driver, who I don't recall at the
21   time, pull the RMP to the side of the
22   road.  I exited the vehicle, closed the
23   door, and walked several feet away from
24   the car so the officer, whoever was
25   driving, make sure they couldn't hear;
```

```
1                F. M. SAWYER
2   and I called Mauriello via cell phone.
3         Q.    What did you discuss with him?
4         A.    The substance of the
5   conversation was that Schoolcraft was
6   admitted to Jamaica Hospital.
7         Q.    Do you recall anything else?
8         A.    No, I do not.
9         Q.    What day was that?
10        A.    November 1st, 2009.
11        Q.    What time of day?
12        A.    I don't recall the specific
13  time.
14        Q.    Was there anybody else on the
15  phone call?
16        A.    No.
17        Q.    What is your understanding how
18  Mauriello knew that you had been at the
19  hospital?
20              MS. PUBLICKER METTHAM:
21        Objection.
22              You can answer.
23        A.    I don't know how he found out I
24  was at the hospital.
25        Q.    Did you ever have any other
```