SM EXHIBIT DJ

MARINO IAB INTERVIEW- (disk)