SM EXHIBIT DK

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    EASTERN DISTRICT OF NEW YORK
 4    - - - - - - - - - - - - - - - - - -
 5    ADRIAN SCHOOLCRAFT,
 6                         Plaintiff,
 7          -against-  Index No.
                           10CIV-6005 (RWS)
 8
      THE CITY OF NEW YORK, DEPUTY CHIEF
 9    MICHAEL MARINO, Tax Id. 873220,
      Individually and in his Official
10    Capacity, ASSISTANT CHIEF PATROL
      BOROUGH BROOKLYN NORTH GERALD NELSON,
11    Tax Id. 912370, Individually and in his
      Official Capacity, DEPUTY INSPECTOR
12    STEVEN MAURIELLO, Tax Id. 895117,
      Individually and in his Official
13    Capacity, CAPTAIN THEODORE LAUTERBORN,
      Tax Id. 897840, Individually and in his
14    Official Capacity, LIEUTENANT JOSEPH
      GOFF, Tax Id. 894025, Individually and
15    in his Official Capacity, stg. Frederick
      Sawyer, Shield No. 2576, Individually
16    and in his Official Capacity, SERGEANT
      KURT DUNCAN, Shield No. 2483,
17    Individually and in his Official
      Capacity, LIEUTENANT TIMOTHY CAUGHEY,
18    Tax Id. 885374, Individually and in his
      Official Capacity, SERGEANT SHANTEL
19    JAMES, Shield No. 3004, and P.O.'s "JOHN
      DOE" 1-50, Individually and in their
20    Official Capacity (the name John Doe
      being fictitious, as the true names are
21    presently unknown)(collectively referred
      to as "NYPD defendants"), JAMAICA
22    HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV,
      Individually and in his Official
23    Capacity, DR. LILIAN ALDANA-BERNIER,
      Individually and in her Official Capacity
24    and JAMAICA HOSPITAL MEDICAL CENTER
      EMPLOYEES "JOHN DOE" # 1-50, Individually
25
      (Continued)
```

```
 1
 2    and in their Official Capacity (the name
      John Doe being fictitious, as the true
 3    names are presently unknown),
 4
      Defendants.
 5
      - - - - - - - - - - - - - - - - - - -x
 6
                        444 Madison Avenue
 7                      New York, New York
 8                      December 20, 2013
                        10:16 a.m.
 9
10        VIDEOTAPED DEPOSITION of DEPUTY
11    INSPECTOR STEVEN MAURIELLO, one of the
12    Defendants in the above-entitled action,
13    held at the above time and place, taken
14    before Margaret Scully-Ayers, a Shorthand
15    Reporter and Notary Public of the State
16    of New York, pursuant to the Federal
17    Rules of Civil Procedure.
18
19              *      *      *
20
21
22
23
24
25
```

1        S. MAURIELLO
2    Q.    When you went into the
3    apartment, you saw he was laying on his
4    bed and he hadn't hurt himself, right?
5         MS. PUBLICKER METTHAM:
6    Objection.
7    A.    We still have to do an
8    investigation why he left, yes.
9    Q.    Going to that, what authority
10   can you point me to that authorizes you
11   or anybody else in the apartment to
12   direct him to go back to the precinct to
13   conduct some sort of investigation?
14   A.    That's what was said. Chief
15   Marino said we were going to conduct an
16   investigation and bring him back to the
17   precinct so....
18   Q.    So Chief Marino told you that's
19   what you guys were going to do?
20   A.    That's what he said when they
21   huddled up. If he's not safe, God forbid
22   if he is not hurt, if he is not coming
23   because he wanted to leave work, we were
24   going to bring him back for an
25   investigation.