SM EXHIBIT DL

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case 1:10-cv-06005-RWS
 5   - - - - - - - - - - - - - - - - - -x
 6   ADRIAN SCHOOLCRAFT,
 7                              Plaintiff,
 8          -against-
 9   THE CITY OF NEW YORK, DEPUTY CHIEF
     MICHAEL MARINO, Tax Id. 873220,
10   Individually and in his Official
     Capacity, ASSISTANT CHIEF Patrol
11   Borough Brooklyn NORTH GERALD NELSON,
     Tax Id. 912370, Individually and in his
12   official Capacity, DEPUTY INSPECTOR
     STEVEN MAURIELLO, Tax Id. 895117,
13   individually and in his Official
     Capacity, CAPTAIN THEODORE LAUTERBORN,
14   Tax Id. 897840, Individually and in his
     Official Capacity, LIEUTENANT WILLIAM
15   GOUGH, Tax Id. 919124, Individually and
     in his Official Capacity, SGT.
16   FREDERICK SAWYER, Shield No. 2576,
     Individually and in his Official
17   Capacity, SERGEANT KURT DUNCAN, Shield
     No. 2483, Individually and in his
18   Official Capacity, LIEUTENANT
     CHRISTOPHER BROSCHART, Tax Id. 915354,
19   Individually and in his Official
     Capacity, LIEUTENANT TIMOTHY CAUGHEY,
20   Tax Id. 885374, Individually and in his
     Official Capacity, SERGEANT SHANTEL
21   JAMES, Shield No. 3004, Individually
     and in her Official Capacity,
22   LIEUTENANT THOMAS HANLEY, Tax Id.
     879761, Individually and in his
23   Official Capacity,CAPTAIN TIMOTHY
     TRAINER, Tax Id. 899922, Individually
24   and in his Official Capacity,
25   (Caption continued on following page.)
```

```
 1
 2    CAPTION:(continued)
 3    SERGEANT SONDRA WILSON, Shield No.
      5172, Individually and in her Official
 4    Capacity, SERGEANT ROBERT W. O'HARE,
      Tax Id. 916960, Individually and in his
 5    Official Capacity, SERGEANT RICHARD
      WALE, Shield No. 3099 and P.O.'s "JOE
 6    DOE" # 1-50, Individually and in their
      Official Capacity (the name John Doe
 7    being fictitious, as the true names are
      presently unknown), (collectively
 8    referred to as "NYPD defendants"), FDNY
      LIEUTENANT ELISE HANLON, individually
 9    and in her Official Capacity as a
      lieutenant with the New York City Fire
10    Department, JAMAICA HOSPITAL MEDICAL
      CENTER, DR. ISAK ISAKOV, Individually
11    and in his Official Capacity, DR.
      LILIAN ALDANA-BERNIER, Individually and
12    in her Official Capacity and JAMAICA
      HOSPITAL MEDICAL CENTER EMPLOYEE'S
13    "JOHN DOE" # 1-50, Individually and in
      their Official Capacity (the name John
14    Doe being fictitious, as the true names
      are presently unknown),
15
                              Defendants.
16    - - - - - - - - - - - - - - - - - -x
                  111 Broadway
17                New York, New York
18                October 8, 2013
                  10:17 a.m.
19        DEPOSITION of MICHAEL MARINO, held
20    at the above time and place, taken
21    before Al-Furquan Baker, a Shorthand
22    Reporter and Notary Public of the State
23    of New York, pursuant to the Federal
24    Rules of Civil Procedure, Order and
25    stipulations between Counsel.
```

1                    M. Marino
2    paid.
3        Q.    Do you have any understanding
4    about who would be responsible for any
5    awards against you in this case?
6        A.    I have no idea.
7        Q.    So you don't have any
8    agreements with any other parties in
9    this lawsuit about that?
10              MS. PUBLICKER METTHAM:
11       Objection.
12              You can answer.
13       A.    No, nobody has ever talked to
14   me about that.
15       Q.    Am I correct that individuals
16   were outside of Adrian Schoolcraft's
17   residence for about two and-a-half
18   hours before you ordered the entry into
19   his apartment?
20              MS. PUBLICKER METTHAM:
21       Objection.
22              You can answer.
23       A.    I believe it was about two
24   hours, correct.
25       Q.    When you met Lauterborn and

1        M. Marino
2  the investigators in the parking lot at
3  the 81st, you asked them about whether
4  there was a 28.
5           Do you remember that?
6           MS. PUBLICKER METTHAM:
7     Objection.
8           You can answer.
9      A.   No, I don't.
10     Q.   Can you tell me what a 28 is?
11     A.   A 28 is a form that we fill
12 out a request for leave.
13     Q.   Is that a lost time request?
14     A.   It is typically used for
15 vacation, but it can be used in
16 increments of hours for lost time,
17 that's correct.
18     Q.   Did anybody ever tell you
19 that Officer Schoolcraft was told he
20 could leave based on lost time?
21     A.   That was never mentioned.  It
22 was never brought up.
23     Q.   Do you know what Officer
24 Schoolcraft's current status is with
25 the police department?

1           M. Marino
2      A.    You know, I have no idea what
3  his current status is.
4      Q.    When was the last time you
5  had any discussions with anybody other
6  than your counsel about his current
7  status?
8      A.    It was a long time ago when
9  they were going to serve him papers
10 upstate where his father lived.  It was
11 a long time ago.  I was still in
12 Brooklyn North.
13     Q.    Who did you have those
14 discussions with?
15     A.    I think somebody from the
16 investigation, somebody that was going
17 to go serve him papers.
18     Q.    Do you remember who that was?
19     A.    It could have been Captain
20 Trainor who was a commanding officer.
21     Q.    While you were in the
22 apartment or near the apartment, did
23 you hear anybody say something to the
24 effect of he's off the building or he's
25 off the roof?