


RECEIVED
MAR 05 2015
JUDGE SWEET CHAMBERS

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

RYAN G. SHAFFER
*Senior Counsel*
phone: (212) 356-2386
fax: (212) 788-9776
rshaffer@law.nyc.gov

March 5, 2015

**BY FAX**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/15

Re: Schoolcraft v. The City of New York, et al.
10-CV-6005 (RWS)

Your Honor:

I am Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent City Defendants in the above-referenced matter. I write to respectfully request that the Court grant City Defendants a total of 50 pages for their reply memorandum. Such a request is necessitated by the fact that plaintiff's opposition to City defendants' partial summary judgment motion is over 80 pages, far beyond the 50 pages permitted by the Court.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

Ryan G. Shaffer
Senior Counsel
Special Federal Litigation Division

cc: Nathaniel Smith (By EMAIL)
*Attorney for Plaintiff*

Gregory John Radomisli (By EMAIL)
MARTIN CLEARWATER & BELL LLP
*Attorneys for Jamaica Hospital Medical Center*

Brian Lee (By EMAIL)
IVONE, DEVINE & JENSEN, LLP
*Attorneys for Dr. Isak Isakov*

So ordered
Sweet USDJ
3-12-15

Paul Callan (By EMAIL)
CALLAN, KOSTER, BRADY & BRENNAN, LLP
*Attorneys for Lillian Aldana-Bernier*

Walter A. Kretz, Jr. (By EMAIL)
SCOPPETTA SEIFF KRETZ & ABERCROMBIE
*Attorney for Defendant Mauriello*