# SCOPPETTA SEIFF KRETZ & ABERCROMBIE

ERIC A. SEIFF
WALTER A. KRETZ, JR.
CHARLES D. ABERCROMBIE*

---

MARIANA OLENKO

---

* ALSO ADMITTED IN CT



444 MADISON AVENUE
30TH FLOOR
NEW YORK, NY 10022-1010
(212) 371-4500
FAX (212) 371-6883

---

ROLAND R. ACEVEDO
NICHOLAS SCOPPETTA
OF COUNSEL

March 6, 2015

By Fax - 212-805-7925
Honorable Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   Schoolcraft v. The City of New York, et al., 10-CV-6005 (RWS)

Dear Judge Sweet:

    On behalf of defendant Steven Mauriello, I write to respectfully request that we be permitted a 50-page limit for our reply memorandum relating to Mauriello's motion for summary judgment, which we will file some time this evening. Unanticipated issues were raised in plaintiff's opposition papers, and there has been a recent development in the law, all of which need attention in our reply.

    Thank you for your consideration.

Respectfully submitted,

Walter A. Kretz, Jr.

cc: All Counsel, By E-Mail

So ordered

Sweet
USDJ
3-12-15

TOTAL P.02