**IVONE, DEVINE & JENSEN, LLP**
ATTORNEYS AT LAW
2001 MARCUS AVENUE - SUITE N100
LAKE SUCCESS, NEW YORK 11042
-
(516) 326-2400
TELECOPIER (516) 328-0661
E-MAIL BRIANELEE@IDJLAW.COM

BRIAN E. LEE
PARTNER

March 30, 2015

Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    <u>Schoolcraft v. The City of New York, et al</u>.
            Docket No. 10 CV 6005(RWS)

Honorable Sir:

    We represent the defendant, Isak Isakov, M.D., in the above-referenced matter.

    We write to update one of the cases cited in our memoranda before this Court. This morning the United States Supreme Court denied the plaintiff's petition for a writ of certiorari in the case of *McGugan v Aldana-Bernier,* 752 F.3d 224 (2d Cir. 2014)*, cert. denied,* 575 U.S. ____ (Docket No. 14-8048, March 30, 2015). The order of the Court to that effect is attached hereto.

    Thank you for your courtesies.

                                            Respectfully submitted,

                                            */s/ Brian E. Lee*

                                            BRIAN E. LEE (BL9495)

BEL/jk

cc: All Counsel, via E-Mail