(ORDER LIST: 575 U.S.)

MONDAY, MARCH 30, 2015

APPEAL -- SUMMARY DISPOSITION

14-518      CANTOR, ERIC, ET AL. V. PERSONHUBALLAH, GLORIA, ET AL.

            The judgment is vacated, and the case is remanded to the
            United States District Court for the Eastern District of
            Virginia for further consideration in light of *Alabama
            Legislative Black Caucus* v. *Alabama*, 575 U. S. ____ (2015).

CERTIORARI -- SUMMARY DISPOSITION

13-1505     FREIDUS, MARSHALL, ET AL. V. ING GROEP, ET AL.

            The petition for a writ of certiorari is granted.  The
            judgment is vacated, and the case is remanded to the United
            States Court of Appeals for the Second Circuit for further
            consideration in light of *Omnicare, Inc.* v. *Laborers Dist.
            Council Constr. Industry Pension Fund*, 575 U. S. ___ (2015).

ORDERS IN PENDING CASES

14M99       SMITH, KENNETH V. CAIN, WARDEN

14M100      EDWARDS, ROBERT L. V. WALSH, JEANNE, ET AL.

14M101      MUHAMMAD, KALIM A. V. BETHEL MUHAMMAD, BRENDA, ET AL.

            The motions to direct the Clerk to file petitions for writs
            of certiorari out of time are denied.

14-280      MONTGOMERY, HENRY V. LOUISIANA

            Richard Bernstein, Esquire, of Washington, D. C., is invited
            to brief and argue, as *amicus curiae*, against this Court's
            jurisdiction to decide whether the Supreme Court of Louisiana
            correctly refused to give retroactive effect in this case to

our decision in *Miller* v. *Alabama*, 567 U. S. ____  (2012).

The brief of the Court-appointed *amicus curiae* is to be filed on or before Wednesday, June 10, 2015.  The brief of petitioner is to be filed on or before Friday, July 10, 2015. The brief of respondent is to be filed on or before Monday, August 10, 2015.  Reply briefs are to be filed on or before Wednesday, September 9, 2015.

14-574     BOURKE, GREGORY, ET AL. V. BESHEAR, GOV. OF KY, ET AL.

The motion of Chris Sevier for leave to intervene is denied.

14-8080    HIGHSMITH, SHEILA D. V. MACFADYEN, KENNETH J., ET AL.

14-8190    ADKINS, DORA L. V. BANK OF AMERICA, N.A.

The motions of petitioners for leave to proceed *in forma pauperis* are denied.  Petitioners are allowed until April 20, 2015, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

## CERTIORARI GRANTED

14-449     KANSAS V. CARR, JONATHAN D.

14-450     KANSAS V. CARR, REGINALD D.

The motions of respondents for leave to proceed *in forma pauperis* and the petitions for writs of certiorari are granted limited to Questions 1 and 3 presented by the petitions.  The cases are consolidated and a total of one hour is allotted for oral argument.

14-452     KANSAS V. GLEASON, SIDNEY J.

The motion of respondent for leave to proceed *in forma pauperis* is granted.  The petition for a writ of certiorari is granted.

14-723      MONTANILE, ROBERT V. BD. OF TRUSTEES NEIHBP

            The petition for a writ of certiorari is granted.

### CERTIORARI DENIED

14-472      VILOSKI, BENJAMIN V. UNITED STATES

14-519      CAMINITI, PHILIP B. V. WISCONSIN

14-525      COONS, NICK, ET AL. V. LEW, SEC. OF TREASURY, ET AL.

14-555      NELSON, ANGELICA C. V. WISCONSIN

14-714      KOZAK, GRAZYNA V. WORKERS' COMPENSATION, ET AL.

14-717      STC.UNM V. INTEL CORPORATION

14-720      DARIANO, JOHN, ET UX. V. MORGAN HILL UNIFIED SCH. DIST.

14-730   )  DAVIS, NEVILLE S. V. KOHN, SONJA, ET AL.
         )
14-736   )  TREZZIOVA, DANA V. KOHN, SONJA, ET AL.

14-746      BIGLEY, LINDA V. CIBER, INC. LONG TERM DISABILITY

14-860      ALBECKER, WALTER J. V. CONTOUR PRODUCTS, INC., ET AL.

14-861      TARGET MEDIA PARTNERS, ET AL. V. SPECIALTY MARKETING CORPORATION

14-862      TWERSKY, MORDECHAI, ET AL. V. YESHIVA UNIVERSITY, ET AL.

14-869      LESKINEN, LAURA V. HALSEY, CAROLYN, ET AL.

14-871      TRANSPORT WORKERS UNION V. KOVACS, STEPHEN R., ET AL.

14-876      BUTLER, ROBERT, ET UX. V. RYE PLANNING COMMISSION, ET AL.

14-888      SLATER, GLENN B. V. HARDIN, DAVID, ET AL.

14-890      G. M., ET AL. V. SADDLEBACK VALLEY SCHOOL DIST.

14-897      KRUEGER, FAITH V. GRAND FORKS COUNTY, ND

14-909      AZAM, NAZIE V. U.S. BANK NATIONAL ASSOCIATION

14-922      GOMEZ, YAKELIN V. CHASE HOME FINANCE, LLC

14-934      NEGLEY, JAMES L. V. FBI

14-943      HAKIM, N. EDWARD V. O'DONNELL, DAISY, ET AL.

14-945      SCHULLER, ROBERT H., ET AL. V. NAYLOR, KAREN S., ET AL.

14-951      JOHNSON, CARLYN V. SECURITAS SECURITY SERVICES USA

14-955      NIWAYAMA, SATOMI V. TEXAS TECH UNIVERSITY

14-968      ROBERTSON, TONY W. V. McDONALD, SEC. OF VA

14-985      JOHNSON, SUDINIA D. V. OHIO

14-1009     HASHEMIAN, FARHAD V. LOUISVILLE AIRPORT AUTH., ET AL.

14-1010     HUSTON, RALPH D., ET UX. V. U.S. BANK NATIONAL ASSN.

14-1033     STAN LEE MEDIA, INC. V. POW! ENTERTAINMENT INC., ET AL.

14-6810     CARR, REGINALD D. V. KANSAS

14-7264     WOLVERINE, JUNE L. V. UNITED STATES

14-7327     CARR, JONATHAN D. V. KANSAS

14-7664     NOONER, TERRICK T. V. ARKANSAS

14-7680     BANKS, KELVYN R. V. CALIFORNIA

14-7683     CROSS, DAYVA V. WASHINGTON

14-8033     SINGLETARY, LARRY S. V. TEXAS

14-8036     SMITH, CHARLES E. V. IDAHO

14-8043     RAMIREZ, EDY V. BEARD, SEC., CA DOC

14-8046     WESTFALL, WILLIAM A. V. JONES, SEC., FL DOC, ET AL.

14-8048     McGUGAN, KRATON V. ALDANA-BERNIER, LINDA L., ET AL.

14-8052     PIPER, CHARLES M. V. SHERMAN, WARDEN

14-8054     KATZENBACH, WADE V. ABEL, ROBERT

14-8057     JAMES, MASALA V. BEARD, SEC., CA DOC

14-8061     BARNHILL, CHRISTOPHER D. V. WASHINGTON

14-8063     ARTIGA-MORALES, EDWIN H. V. NEVADA

14-8066     MASON, DeSHAWN T. V. MICHIGAN

14-8067     CATO, RICHARD N. V. STEPHENS, DIR., TX DCJ

14-8068     CHANCE, NOEL R. V. CHANCE, NADINE M.

14-8085     KUNKEL, JAMES V. TEXAS

14-8086     JENKINS, VAN V. LIVONIA POLICE DEPARTMENT

14-8087     JOYCE, TELLY V. TEXAS

14-8088      SHEPPARD, CURTIS L. V. COURT OF CRIMINAL APPEALS OF TX

14-8089      LUGO, JOSEPH V. DAVEY, WARDEN

14-8092      POUNDS, WADE V. FLORIDA

14-8094      PARIS, RONNIE V. JONES, SEC., FL DOC, ET AL.

14-8095      SUTTON, RICKY V. FLORIDA

14-8097      PRUETT, ROBERT L. V. TEXAS

14-8099      RODRIGUEZ, MANUEL A. V. JONES, SEC., FL DOC

14-8101      SCHLEIGER, CURTIS D. V. OHIO

14-8103      RANDELL, BRIAN K. V. SPEARMAN, WARDEN

14-8105      CAPELL, RICHARD A. V. CARTER, C. LEE, ET AL.

14-8109      HENNESS, WARREN K. V. BAGLEY, WARDEN

14-8111      WILLIAMS, ROY V. STEPHENS, DIR., TX DCJ

14-8113      ROSS, PALMER R. V. TEXAS

14-8114      COOK, TODD L. V. NEBRASKA

14-8117      CORTEZ, HECTOR V. BUTLER, WARDEN

14-8119      SCOTT, BETTY V. COHEN, ANNABELLA, ET AL.

14-8122      BOUIE, JERMAINE T. V. CROCKETT, JENNIFER, ET AL.

14-8137      DAVIS, THOMAS E. V. PARKER, LEAH C.

14-8139      IDROGO, MICHAEL V. GONZALEZ, MONICA, ET AL.

14-8142      MILLS, JOHN V. KENTUCKY

14-8146      JONES, DARRYL L. V. MISSOURI

14-8148      ARMITAGE, BRANDON V. SHERMAN, WARDEN, ET AL.

14-8157      MURRAY, JOANNE H. V. MIDDLETON, D. A., ET AL.

14-8164      COCHRUN, LARRY V. DOOLEY, WARDEN

14-8165      COX, RAYMONDO S. V. McEWEN, WARDEN

14-8171      STEPHENS, STANLEY W. V. TX BOARD OF PARDONS & PAROLES

14-8172      ROLAND, WILLIE D. V. TEXAS

14-8184      BLAND, ROBERT V. O.P. & C.M.I.A.

14-8191     AVILA, ALEJANDRO V. CALIFORNIA

14-8208     JIMENEZ, JOSE A. V. FLORIDA

14-8211     SIMMS, JEFFREY A. V. BESTEMPS CAREER ASSOC.

14-8215     SCHEUING, JESSE E. V. ALABAMA

14-8217     DURAN, MARLO D. V. BEARD, SEC., CA DOC

14-8218     CISNEROS, ANTONIO V. BITER, WARDEN

14-8220     MAKKALI, MALIK V. HOBBS, DIR., AR DOC

14-8232     MENDOZA, MARBEL V. JONES, SEC., FL DOC

14-8245     GRAY, KENNETH V. PFISTER, WARDEN

14-8248     SIMS, ZEVONZELL E. V. CALIFORNIA

14-8259     LUCIEN, YVON V. HOLDER, ATT'Y GEN.

14-8263     PARKER, PATRICK C. V. LOUISIANA

14-8273     HARRIS, EARNEST S. V. LEWIS, WARDEN, ET AL.

14-8287     ANDERSON, JESSE V. HUMPHREYS, WARDEN

14-8292     MICHAEL C. B. V. NEW YORK

14-8311     ZUNIGA, EDMUNDO A. V. WILLIAMS, WARDEN, ET AL.

14-8320     RANALLO, ROCCO R. V. JONES, SEC., FL DOC, ET AL.

14-8347     GREEN, MARVIN V. LESTER, WARDEN

14-8356     SMITH, GARY L. V. ARKANSAS

14-8366     RENTERIA, JOSE V. CALIFORNIA

14-8388     LEE, BRANDON C. V. MAYE, WARDEN

14-8391     TURCOTTE, GINA V. HUMANE SOCIETY WATERVILLE AREA

14-8392     BREWER, DARRYL K. V. TENNESSEE

14-8393     TREJO, FERNANDO A. V. WOHLER, JOHN

14-8402     MENDES, RONALD M. V. WASHINGTON

14-8410     SIMPKINS, TIRONNE A. V. NIXON, WARDEN

14-8430     SANDERS, COREY V. STRAUGHN, WARDEN, ET AL.

14-8456     DUPPINS, DARIUS V. MARYLAND

14-8470     AUSTIN, LAZAREK V. BUTLER, WARDEN

14-8472     BRANCH, YANCY V. VANNOY, WARDEN

14-8475     WEBB, BENJAMIN T. V. LOUISIANA

14-8482     VASQUEZ, LEODAN V. UNITED STATES

14-8488     JOSEPH, RAFAEL A. V. DONAHOE, POSTMASTER GEN.

14-8512     FERGUSON, EDWARD L. V. UNITED STATES

14-8535     MILLER, CARL F. V. TAX CLAIM BUREAU, ET AL.

14-8547     EPHRAIM, LIONELL E. V. HOGSTEN, WARDEN

14-8549     SMITH, JESS R. V. WASHINGTON

14-8554     HILLS, OSCAR V. UNITED STATES

14-8555     BRANDON, JOHN V. UNITED STATES

14-8556     BOSWELL, WILLIAM V. UNITED STATES

14-8557     WILLIAMS, AARON V. UNITED STATES

14-8558     BONILLA, MARLON A. V. UNITED STATES

14-8559     ARMSTRONG, JEFFERY K. V. UNITED STATES

14-8563     REYES, JOE A. V. UNITED STATES

14-8566     KORZYBSKI, SOREN V. UNITED STATES

14-8570     CHAPMAN, GARY E. V. UNITED STATES

14-8573     HERRING, CAM L. V. UNITED STATES

14-8574     FRANKLIN, MARK A. V. UNITED STATES

14-8576     HYMON, PATRICK V. UNITED STATES

14-8577     PEREIRA, MARIA P. V. UNITED STATES

14-8581     BURNETT, ANTHONY V. UNITED STATES

14-8590     DAVIS, FRED L. V. UNITED STATES

14-8591     QUIROZ-MARTINEZ, JUAN V. UNITED STATES

14-8593     MAJORS, HERMAN V. UNITED STATES

14-8594     CASTEEL, TIRAN R. V. UNITED STATES

14-8599     ARANGUREN-SUAREZ, JORGE L. V. UNITED STATES

14-8604      HENDRICKSON, MARCO A. V. UNITED STATES

14-8605      GALARZA-BAUTISTA, ANTONIO V. UNITED STATES

14-8607      CASTEEL, DEVAN R. V. UNITED STATES

14-8609      DeCRESCENZO, JOSEPH V. CIR

14-8610      CAMPBELL, ALEX A. V. UNITED STATES

14-8612      KEMP, SHERMAN V. UNITED STATES

14-8619      VEACH, JOHN R. V. FEATHER, WARDEN

14-8623      SPEARS, ADOLPH V. FEATHER, WARDEN

14-8626      LIRA, JOSEPH D. V. UNITED STATES

14-8629      MYERSON, SCOTT J. V. UNITED STATES

14-8630      PERNELL, CARL V. UNITED STATES

14-8635      BUTLER, KEITH V. UNITED STATES

14-8638      ANGLE, RALPH W. V. UNITED STATES

14-8648      BROOMFIELD, JAMES F. V. UNITED STATES

14-8649      ADAMS, DAVID V. UNITED STATES

14-8659      FINLEY, CHARLES V. UNITED STATES

14-8660      MYTON, RASENE V. UNITED STATES

14-8661      CARTER, MARION W. V. UNITED STATES

14-8666      JACKSON, CLIFTON J. V. UNITED STATES

14-8668      MOHR, RICHARD L. V. UNITED STATES

14-8672      BREAL, JULIAN V. UNITED STATES

14-8678      LAMAR, ANTHONY V. UNITED STATES

14-8681      WAGNER, TRAVIS V. UNITED STATES

14-8683      WILLIAMS, MARCO A. V. UNITED STATES

14-8684      WELLS, BRIAN L. V. UNITED STATES

             The petitions for writs of certiorari are denied.

14-354          BRONX HOUSEHOLD OF FAITH V. BD. OF ED. OF CITY OF NY, ET AL.

                The petition for a writ of certiorari is denied.  Justice
        Sotomayor took no part in the consideration or decision of this
        petition.

14-544          PLIVA, INC., ET AL. V. HUCK, THERESA

                The motion of Generic Pharmaceutical Association for leave
        to file a brief as *amicus curiae* is granted.  The petition for
        a writ of certiorari is denied.

14-896          LeGRAND, WARDEN, ET AL. V. GIBBS, GEORGE

                The motion of respondent for leave to proceed *in forma
        pauperis* is granted.  The petition for a writ of certiorari is
        denied.

14-8081         DAKER, WASEEM V. ROBINSON, JOHN, ET AL.

14-8082         DAKER, WASEEM V. DAWES, JOHN M., ET AL.

                The motions of petitioner for leave to proceed *in forma
        pauperis* are denied, and the petitions for writs of certiorari
        are dismissed.  See Rule 39.8.

14-8084         JENNINGS, LAURA V. VILSACK, SEC. OF AGRIC., ET AL.

                The motion of petitioner for leave to proceed *in forma
        pauperis* is denied, and the petition for a writ of certiorari is
        dismissed.  See Rule 39.8.  As the petitioner has repeatedly
        abused this Court's process, the Clerk is directed not to accept
        any further petitions in noncriminal matters from petitioner
        unless the docketing fee required by Rule 38(a) is paid and the
        petition is submitted in compliance with Rule 33.1.  See *Martin
        v. District of Columbia Court of Appeals*, 506 U. S. 1 (1992)
        (*per curiam*).

14-8096        LAVERGNE, BRANDON S. V. TAYLOR, CLAIRE, ET AL.

       The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.

14-8104        RENNEKE, FREDERICK E. V. FLORENCE COUNTY, WI

14-8129        HUNTER, CHASE C. V. USDC WY

14-8130        HUNTER, CHASE C. V. USDC WY

14-8131        HUNTER, CHASE C. V. BORON, AARON, ET AL.

14-8132        HUNTER, CHASE C. V. BORON, ANDREW, ET AL.

       The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed.  See Rule 39.8.  As the petitioners have repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioners unless the docketing fees required by Rule 38(a) are paid and the petitions are submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

14-8203        LANCASTER, CHARLES C. V. HICKS, NATRENIA, ET AL.

       The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.

14-8337        CAMPBELL, DENNIS J. V. UNITED STATES, ET AL.

       The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.  As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner

unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

14-8483     PINDER, STEVEN L. V. HOBBS, DIR., AR DOC

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.

14-8602     BENFORD, CURTIS J. V. UNITED STATES

The petition for a writ of certiorari is denied.  Justice Kagan took no part in the consideration or decision of this petition.

14-8628     WARE, ULYSSES T. V. UNITED STATES

The petition for a writ of certiorari is denied.  Justice Sotomayor took no part in the consideration or decision of this petition.

### HABEAS CORPUS DENIED

14-8744     IN RE GORDON W. WATTS

14-8755     IN RE LJUBICA RAJKOVIC

14-8762     IN RE DAMION WELLS

The petitions for writs of habeas corpus are denied.

### MANDAMUS DENIED

14-8125     IN RE TOMMY R. McGUIRE

14-8143     IN RE AHADI A. MUHAMMAD

The petitions for writs of mandamus are denied.

### PROHIBITION DENIED

14-8152     IN RE ROBERT H. AJAMIAN

The petition for a writ of prohibition is denied.

**REHEARINGS DENIED**

14-680      WHITE, ZEDDRICK F. V. DELOITTE & TOUCHE, ET AL.

14-7068     ALVARADO, WILMER A. V. BITER, WARDEN, ET AL.

14-7112     MARR, TIMOTHY V. FLORIDA BAR

14-7215     NAKAGAWA, CARL A. V. COLORADO

14-7552     CHHIM, JOSEPH V. ALDINE INDEPENDENT SCH. DIST.

            The petitions for rehearing are denied.

14-6968     CRAWFORD, DONTRE R. V. UNITED STATES

            The motion for leave to file a petition for rehearing is
denied.



## SUPREME COURT
### OF THE UNITED STATES

Visiting the Court | Touring the Building | Exhibitions

Search:  ◉ All Documents   Docket

Enter Search Text:                              Search    Help

**Home | Search Results**

No. 14-8048

| | |
|---|---|
| Title: | Kraton McGugan, Petitioner |
| | v. |
| | Linda L. Aldana-Bernier, et al. |
| Docketed: | January 21, 2015 |

Linked with 14A259

| | |
|---|---|
| Lower Ct: | United States Court of Appeals for the Second Circuit |
| Case Nos.: | (12-4165) |
| Decision Date: | May 16, 2014 |
| Rehearing Denied: | June 27, 2014 |

~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~

Sep 5 2014   Application (14A259) to extend the time to file a petition for a writ of certiorari from September 25, 2014 to November 24, 2014, submitted to Justice Ginsburg.

Sep 10 2014  Application (14A259) granted by Justice Ginsburg extending the time to file until November 24, 2014.

Nov 22 2014  Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed. (Response due February 20, 2015)

Feb 18 2015  Brief of respondent Linda L. Aldana-Bernier in opposition filed.

Feb 19 2015  Brief of respondents Rabbi Mahmudur, et al. in opposition filed.

Feb 20 2015  Brief of respondent Shushan Hovanesian in opposition filed.

Mar 3 2015    Reply of petitioner Kraton McGugan filed.
Mar 12 2015  DISTRIBUTED for Conference of March 27, 2015.
Mar 30 2015  Petition DENIED.

| ~~Name~~~~~~~~~~~~~~~~~~~~ | ~~~~~~~Address~~~~~~~~~~~~~~~~~~ | ~~Phone~~~ |
|---|---|---|
| **Attorneys for Petitioner:** | | |
| William M. Brooks | Touro Law Center | (631) 761-7086 |
| | 225 Eastview Center | |
| | Central Islip, NY  11722 | |
| | Williamb@tourolaw.edu | |
| Party name: Kraton McGugan | | |
| **Attorneys for Respondents:** | | |
| Bruce M. Brady | Callan, Koster, Brady & Nagler, LLP | (212) 248-8800 |
| Counsel of Record | One Whitehall Street, 10th Fl. | |
| | New York, NY  10004 | |
| Party name: Linda L. Aldana-Bernier | | |
| Barbara D. Goldberg | Martin Clearwater & Bell, LLP | (212) 697-3122 |
| Counsel of Record | 220 East 42nd Street | |
| | New York, NY  10017-5842 | |
| | goldbb@mcblaw.com | |
| Party name: Rabbi Mahmudur, et al. | | |
| Brian Edward Lee | Ivone, Devine & Jensen, LLP | 516-326-2400 |
| Counsel of Record | 2001 Marcus Avenue, Suite N100 | |
| | Lake Success, NY  11042 | |
| | brianelee@idjlaw.com | |
| Party name: Shushan Hovanesian | | |

March 30, 2015 | Version 2014.1
Home | Help | Site Map | Contact Us | About Us | FAQ | Jobs | Links | Building Regulations
Website Policies and Notices | Privacy Policy | USA.GOV

# Supreme Court of the United States