# CALLAN, KOSTER, BRADY & NAGLER, LLP
## COUNSELORS AND ATTORNEYS AT LAW

NEW YORK, NY    GARDEN CITY, NY    SHREWSBURY, NJ    WHITE PLAINS, NY

www.ckbblaw.com

Matthew J. Koster, Esq.
Associate

mkoster@ckbblaw.com

ONE WHITEHALL STREET
NEW YORK, NY 10004
TEL.: (212) 248-8800
FAX: (212) 248-6815

March 30, 2015

Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  Schoolcraft v. The City of New York, et al
     Docket No.:  10 CV 6005(RWS)

Honorable Sir:

We represent the defendant, Dr. Lilian Aldana-Bernier, in the above-referenced matter.

I wish to advise this Court that this morning the United States Supreme Court denied the plaintiff's petition for a writ of certiorari in the case of *McGugan v. Aldana-Bernier*, 752 F.3d 224 (2d Cir. 2014), *cert. Denied*, 575 U.S. ___ (Docket No. 14-8048, March 30, 2015). The order of the Court to that effect is attached hereto. The *McGugan v. Aldana-Bernier* case is cited in our memorandum of law presently before the Court.

Thank you for your courtesies.

Respectfully submitted,

Matthew J. Koster

MJK:mak

Cc:   All Counsel via Email