(ORDER LIST: 575 U.S.)

MONDAY, MARCH 30, 2015

APPEAL -- SUMMARY DISPOSITION

14-518    CANTOR, ERIC, ET AL. V. PERSONHUBALLAH, GLORIA, ET AL.

The judgment is vacated, and the case is remanded to the United States District Court for the Eastern District of Virginia for further consideration in light of *Alabama Legislative Black Caucus* v. *Alabama*, 575 U. S. ___ (2015).

CERTIORARI -- SUMMARY DISPOSITION

13-1505   FREIDUS, MARSHALL, ET AL. V. ING GROEP, ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of *Omnicare, Inc.* v. *Laborers Dist. Council Constr. Industry Pension Fund*, 575 U. S. ___ (2015).

ORDERS IN PENDING CASES

14M99     SMITH, KENNETH V. CAIN, WARDEN
14M100    EDWARDS, ROBERT L. V. WALSH, JEANNE, ET AL.
14M101    MUHAMMAD, KALIM A. V. BETHEL MUHAMMAD, BRENDA, ET AL.

The motions to direct the Clerk to file petitions for writs of certiorari out of time are denied.

14-280    MONTGOMERY, HENRY V. LOUISIANA

Richard Bernstein, Esquire, of Washington, D. C., is invited to brief and argue, as *amicus curiae*, against this Court's jurisdiction to decide whether the Supreme Court of Louisiana correctly refused to give retroactive effect in this case to

1

our decision in *Miller* v. *Alabama*, 567 U. S. ____ (2012).

The brief of the Court-appointed *amicus curiae* is to be filed on or before Wednesday, June 10, 2015. The brief of petitioner is to be filed on or before Friday, July 10, 2015. The brief of respondent is to be filed on or before Monday, August 10, 2015. Reply briefs are to be filed on or before Wednesday, September 9, 2015.

| | |
|---|---|
| 14-574 | BOURKE, GREGORY, ET AL. V. BESHEAR, GOV. OF KY, ET AL. |

The motion of Chris Sevier for leave to intervene is denied.

| | |
|---|---|
| 14-8080 | HIGHSMITH, SHEILA D. V. MACFADYEN, KENNETH J., ET AL. |
| 14-8190 | ADKINS, DORA L. V. BANK OF AMERICA, N.A. |

The motions of petitioners for leave to proceed *in forma pauperis* are denied. Petitioners are allowed until April 20, 2015, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

## CERTIORARI GRANTED

| | |
|---|---|
| 14-449 | KANSAS V. CARR, JONATHAN D. |
| 14-450 | KANSAS V. CARR, REGINALD D. |

The motions of respondents for leave to proceed *in forma pauperis* and the petitions for writs of certiorari are granted limited to Questions 1 and 3 presented by the petitions. The cases are consolidated and a total of one hour is allotted for oral argument.

| | |
|---|---|
| 14-452 | KANSAS V. GLEASON, SIDNEY J. |

The motion of respondent for leave to proceed *in forma pauperis* is granted. The petition for a writ of certiorari is granted.

| | |
|---|---|
| 14-723 | MONTANILE, ROBERT V. BD. OF TRUSTEES NEIHBP |

        The petition for a writ of certiorari is granted.

### CERTIORARI DENIED

| | |
|---|---|
| 14-472 | VILOSKI, BENJAMIN V. UNITED STATES |
| 14-519 | CAMINITI, PHILIP B. V. WISCONSIN |
| 14-525 | COONS, NICK, ET AL. V. LEW, SEC. OF TREASURY, ET AL. |
| 14-555 | NELSON, ANGELICA C. V. WISCONSIN |
| 14-714 | KOZAK, GRAZYNA V. WORKERS' COMPENSATION, ET AL. |
| 14-717 | STC.UNM V. INTEL CORPORATION |
| 14-720 | DARIANO, JOHN, ET UX. V. MORGAN HILL UNIFIED SCH. DIST. |
| 14-730 ) | DAVIS, NEVILLE S. V. KOHN, SONJA, ET AL. |
| 14-736 ) | TREZZIOVA, DANA V. KOHN, SONJA, ET AL. |
| 14-746 | BIGLEY, LINDA V. CIBER, INC. LONG TERM DISABILITY |
| 14-860 | ALBECKER, WALTER J. V. CONTOUR PRODUCTS, INC., ET AL. |
| 14-861 | TARGET MEDIA PARTNERS, ET AL. V. SPECIALTY MARKETING CORPORATION |
| 14-862 | TWERSKY, MORDECHAI, ET AL. V. YESHIVA UNIVERSITY, ET AL. |
| 14-869 | LESKINEN, LAURA V. HALSEY, CAROLYN, ET AL. |
| 14-871 | TRANSPORT WORKERS UNION V. KOVACS, STEPHEN R., ET AL. |
| 14-876 | BUTLER, ROBERT, ET UX. V. RYE PLANNING COMMISSION, ET AL. |
| 14-888 | SLATER, GLENN B. V. HARDIN, DAVID, ET AL. |
| 14-890 | G. M., ET AL. V. SADDLEBACK VALLEY SCHOOL DIST. |
| 14-897 | KRUEGER, FAITH V. GRAND FORKS COUNTY, ND |
| 14-909 | AZAM, NAZIE V. U.S. BANK NATIONAL ASSOCIATION |
| 14-922 | GOMEZ, YAKELIN V. CHASE HOME FINANCE, LLC |
| 14-934 | NEGLEY, JAMES L. V. FBI |
| 14-943 | HAKIM, N. EDWARD V. O'DONNELL, DAISY, ET AL. |
| 14-945 | SCHULLER, ROBERT H., ET AL. V. NAYLOR, KAREN S., ET AL. |
| 14-951 | JOHNSON, CARLYN V. SECURITAS SECURITY SERVICES USA |

| | |
|---|---|
| 14-955 | NIWAYAMA, SATOMI V. TEXAS TECH UNIVERSITY |
| 14-968 | ROBERTSON, TONY W. V. McDONALD, SEC. OF VA |
| 14-985 | JOHNSON, SUDINIA D. V. OHIO |
| 14-1009 | HASHEMIAN, FARHAD V. LOUISVILLE AIRPORT AUTH., ET AL. |
| 14-1010 | HUSTON, RALPH D., ET UX. V. U.S. BANK NATIONAL ASSN. |
| 14-1033 | STAN LEE MEDIA, INC. V. POW! ENTERTAINMENT INC., ET AL. |
| 14-6810 | CARR, REGINALD D. V. KANSAS |
| 14-7264 | WOLVERINE, JUNE L. V. UNITED STATES |
| 14-7327 | CARR, JONATHAN D. V. KANSAS |
| 14-7664 | NOONER, TERRICK T. V. ARKANSAS |
| 14-7680 | BANKS, KELVYN R. V. CALIFORNIA |
| 14-7683 | CROSS, DAYVA V. WASHINGTON |
| 14-8033 | SINGLETARY, LARRY S. V. TEXAS |
| 14-8036 | SMITH, CHARLES E. V. IDAHO |
| 14-8043 | RAMIREZ, EDY V. BEARD, SEC., CA DOC |
| 14-8046 | WESTFALL, WILLIAM A. V. JONES, SEC., FL DOC, ET AL. |
| 14-8048 | McGUGAN, KRATON V. ALDANA-BERNIER, LINDA L., ET AL. |
| 14-8052 | PIPER, CHARLES M. V. SHERMAN, WARDEN |
| 14-8054 | KATZENBACH, WADE V. ABEL, ROBERT |
| 14-8057 | JAMES, MASALA V. BEARD, SEC., CA DOC |
| 14-8061 | BARNHILL, CHRISTOPHER D. V. WASHINGTON |
| 14-8063 | ARTIGA-MORALES, EDWIN H. V. NEVADA |
| 14-8066 | MASON, DeSHAWN T. V. MICHIGAN |
| 14-8067 | CATO, RICHARD N. V. STEPHENS, DIR., TX DCJ |
| 14-8068 | CHANCE, NOEL R. V. CHANCE, NADINE M. |
| 14-8085 | KUNKEL, JAMES V. TEXAS |
| 14-8086 | JENKINS, VAN V. LIVONIA POLICE DEPARTMENT |
| 14-8087 | JOYCE, TELLY V. TEXAS |

4

| | |
|---|---|
| 14-8088 | SHEPPARD, CURTIS L. V. COURT OF CRIMINAL APPEALS OF TX |
| 14-8089 | LUGO, JOSEPH V. DAVEY, WARDEN |
| 14-8092 | POUNDS, WADE V. FLORIDA |
| 14-8094 | PARIS, RONNIE V. JONES, SEC., FL DOC, ET AL. |
| 14-8095 | SUTTON, RICKY V. FLORIDA |
| 14-8097 | PRUETT, ROBERT L. V. TEXAS |
| 14-8099 | RODRIGUEZ, MANUEL A. V. JONES, SEC., FL DOC |
| 14-8101 | SCHLEIGER, CURTIS D. V. OHIO |
| 14-8103 | RANDELL, BRIAN K. V. SPEARMAN, WARDEN |
| 14-8105 | CAPELL, RICHARD A. V. CARTER, C. LEE, ET AL. |
| 14-8109 | HENNESS, WARREN K. V. BAGLEY, WARDEN |
| 14-8111 | WILLIAMS, ROY V. STEPHENS, DIR., TX DCJ |
| 14-8113 | ROSS, PALMER R. V. TEXAS |
| 14-8114 | COOK, TODD L. V. NEBRASKA |
| 14-8117 | CORTEZ, HECTOR V. BUTLER, WARDEN |
| 14-8119 | SCOTT, BETTY V. COHEN, ANNABELLA, ET AL. |
| 14-8122 | BOUIE, JERMAINE T. V. CROCKETT, JENNIFER, ET AL. |
| 14-8137 | DAVIS, THOMAS E. V. PARKER, LEAH C. |
| 14-8139 | IDROGO, MICHAEL V. GONZALEZ, MONICA, ET AL. |
| 14-8142 | MILLS, JOHN V. KENTUCKY |
| 14-8146 | JONES, DARRYL L. V. MISSOURI |
| 14-8148 | ARMITAGE, BRANDON V. SHERMAN, WARDEN, ET AL. |
| 14-8157 | MURRAY, JOANNE H. V. MIDDLETON, D. A., ET AL. |
| 14-8164 | COCHRUN, LARRY V. DOOLEY, WARDEN |
| 14-8165 | COX, RAYMONDO S. V. McEWEN, WARDEN |
| 14-8171 | STEPHENS, STANLEY W. V. TX BOARD OF PARDONS & PAROLES |
| 14-8172 | ROLAND, WILLIE D. V. TEXAS |
| 14-8184 | BLAND, ROBERT V. O.P. & C.M.I.A. |

| | |
|---|---|
| 14-8191 | AVILA, ALEJANDRO V. CALIFORNIA |
| 14-8208 | JIMENEZ, JOSE A. V. FLORIDA |
| 14-8211 | SIMMS, JEFFREY A. V. BESTEMPS CAREER ASSOC. |
| 14-8215 | SCHEUING, JESSE E. V. ALABAMA |
| 14-8217 | DURAN, MARLO D. V. BEARD, SEC., CA DOC |
| 14-8218 | CISNEROS, ANTONIO V. BITER, WARDEN |
| 14-8220 | MAKKALI, MALIK V. HOBBS, DIR., AR DOC |
| 14-8232 | MENDOZA, MARBEL V. JONES, SEC., FL DOC |
| 14-8245 | GRAY, KENNETH V. PFISTER, WARDEN |
| 14-8248 | SIMS, ZEVONZELL E. V. CALIFORNIA |
| 14-8259 | LUCIEN, YVON V. HOLDER, ATT'Y GEN. |
| 14-8263 | PARKER, PATRICK C. V. LOUISIANA |
| 14-8273 | HARRIS, EARNEST S. V. LEWIS, WARDEN, ET AL. |
| 14-8287 | ANDERSON, JESSE V. HUMPHREYS, WARDEN |
| 14-8292 | MICHAEL C. B. V. NEW YORK |
| 14-8311 | ZUNIGA, EDMUNDO A. V. WILLIAMS, WARDEN, ET AL. |
| 14-8320 | RANALLO, ROCCO R. V. JONES, SEC., FL DOC, ET AL. |
| 14-8347 | GREEN, MARVIN V. LESTER, WARDEN |
| 14-8356 | SMITH, GARY L. V. ARKANSAS |
| 14-8366 | RENTERIA, JOSE V. CALIFORNIA |
| 14-8388 | LEE, BRANDON C. V. MAYE, WARDEN |
| 14-8391 | TURCOTTE, GINA V. HUMANE SOCIETY WATERVILLE AREA |
| 14-8392 | BREWER, DARRYL K. V. TENNESSEE |
| 14-8393 | TREJO, FERNANDO A. V. WOHLER, JOHN |
| 14-8402 | MENDES, RONALD M. V. WASHINGTON |
| 14-8410 | SIMPKINS, TIRONNE A. V. NIXON, WARDEN |
| 14-8430 | SANDERS, COREY V. STRAUGHN, WARDEN, ET AL. |
| 14-8456 | DUPPINS, DARIUS V. MARYLAND |

| | |
|---|---|
| 14-8470 | AUSTIN, LAZAREK V. BUTLER, WARDEN |
| 14-8472 | BRANCH, YANCY V. VANNOY, WARDEN |
| 14-8475 | WEBB, BENJAMIN T. V. LOUISIANA |
| 14-8482 | VASQUEZ, LEODAN V. UNITED STATES |
| 14-8488 | JOSEPH, RAFAEL A. V. DONAHOE, POSTMASTER GEN. |
| 14-8512 | FERGUSON, EDWARD L. V. UNITED STATES |
| 14-8535 | MILLER, CARL F. V. TAX CLAIM BUREAU, ET AL. |
| 14-8547 | EPHRAIM, LIONELL E. V. HOGSTEN, WARDEN |
| 14-8549 | SMITH, JESS R. V. WASHINGTON |
| 14-8554 | HILLS, OSCAR V. UNITED STATES |
| 14-8555 | BRANDON, JOHN V. UNITED STATES |
| 14-8556 | BOSWELL, WILLIAM V. UNITED STATES |
| 14-8557 | WILLIAMS, AARON V. UNITED STATES |
| 14-8558 | BONILLA, MARLON A. V. UNITED STATES |
| 14-8559 | ARMSTRONG, JEFFERY K. V. UNITED STATES |
| 14-8563 | REYES, JOE A. V. UNITED STATES |
| 14-8566 | KORZYBSKI, SOREN V. UNITED STATES |
| 14-8570 | CHAPMAN, GARY E. V. UNITED STATES |
| 14-8573 | HERRING, CAM L. V. UNITED STATES |
| 14-8574 | FRANKLIN, MARK A. V. UNITED STATES |
| 14-8576 | HYMON, PATRICK V. UNITED STATES |
| 14-8577 | PEREIRA, MARIA P. V. UNITED STATES |
| 14-8581 | BURNETT, ANTHONY V. UNITED STATES |
| 14-8590 | DAVIS, FRED L. V. UNITED STATES |
| 14-8591 | QUIROZ-MARTINEZ, JUAN V. UNITED STATES |
| 14-8593 | MAJORS, HERMAN V. UNITED STATES |
| 14-8594 | CASTEEL, TIRAN R. V. UNITED STATES |
| 14-8599 | ARANGUREN-SUAREZ, JORGE L. V. UNITED STATES |

| | |
|---|---|
| 14-8604 | HENDRICKSON, MARCO A. V. UNITED STATES |
| 14-8605 | GALARZA-BAUTISTA, ANTONIO V. UNITED STATES |
| 14-8607 | CASTEEL, DEVAN R. V. UNITED STATES |
| 14-8609 | DeCRESCENZO, JOSEPH V. CIR |
| 14-8610 | CAMPBELL, ALEX A. V. UNITED STATES |
| 14-8612 | KEMP, SHERMAN V. UNITED STATES |
| 14-8619 | VEACH, JOHN R. V. FEATHER, WARDEN |
| 14-8623 | SPEARS, ADOLPH V. FEATHER, WARDEN |
| 14-8626 | LIRA, JOSEPH D. V. UNITED STATES |
| 14-8629 | MYERSON, SCOTT J. V. UNITED STATES |
| 14-8630 | PERNELL, CARL V. UNITED STATES |
| 14-8635 | BUTLER, KEITH V. UNITED STATES |
| 14-8638 | ANGLE, RALPH W. V. UNITED STATES |
| 14-8648 | BROOMFIELD, JAMES F. V. UNITED STATES |
| 14-8649 | ADAMS, DAVID V. UNITED STATES |
| 14-8659 | FINLEY, CHARLES V. UNITED STATES |
| 14-8660 | MYTON, RASENE V. UNITED STATES |
| 14-8661 | CARTER, MARION W. V. UNITED STATES |
| 14-8666 | JACKSON, CLIFTON J. V. UNITED STATES |
| 14-8668 | MOHR, RICHARD L. V. UNITED STATES |
| 14-8672 | BREAL, JULIAN V. UNITED STATES |
| 14-8678 | LAMAR, ANTHONY V. UNITED STATES |
| 14-8681 | WAGNER, TRAVIS V. UNITED STATES |
| 14-8683 | WILLIAMS, MARCO A. V. UNITED STATES |
| 14-8684 | WELLS, BRIAN L. V. UNITED STATES |

The petitions for writs of certiorari are denied.

14-354  BRONX HOUSEHOLD OF FAITH V. BD. OF ED. OF CITY OF NY, ET AL.

The petition for a writ of certiorari is denied. Justice Sotomayor took no part in the consideration or decision of this petition.

14-544  PLIVA, INC., ET AL. V. HUCK, THERESA

The motion of Generic Pharmaceutical Association for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is denied.

14-896  LeGRAND, WARDEN, ET AL. V. GIBBS, GEORGE

The motion of respondent for leave to proceed *in forma pauperis* is granted. The petition for a writ of certiorari is denied.

14-8081  DAKER, WASEEM V. ROBINSON, JOHN, ET AL.

14-8082  DAKER, WASEEM V. DAWES, JOHN M., ET AL.

The motions of petitioner for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed. See Rule 39.8.

14-8084  JENNINGS, LAURA V. VILSACK, SEC. OF AGRIC., ET AL.

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin v. District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

| | |
|---|---|
| 14-8096 | LAVERGNE, BRANDON S. V. TAYLOR, CLAIRE, ET AL. |

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8.

| | |
|---|---|
| 14-8104 | RENNEKE, FREDERICK E. V. FLORENCE COUNTY, WI |
| 14-8129 | HUNTER, CHASE C. V. USDC WY |
| 14-8130 | HUNTER, CHASE C. V. USDC WY |
| 14-8131 | HUNTER, CHASE C. V. BORON, AARON, ET AL. |
| 14-8132 | HUNTER, CHASE C. V. BORON, ANDREW, ET AL. |

The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed. See Rule 39.8. As the petitioners have repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioners unless the docketing fees required by Rule 38(a) are paid and the petitions are submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

| | |
|---|---|
| 14-8203 | LANCASTER, CHARLES C. V. HICKS, NATRENIA, ET AL. |

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8.

| | |
|---|---|
| 14-8337 | CAMPBELL, DENNIS J. V. UNITED STATES, ET AL. |

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner

|  |  |
|---|---|
|  | unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin v. District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*). |
| 14-8483 | PINDER, STEVEN L. V. HOBBS, DIR., AR DOC |
|  | The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8. |
| 14-8602 | BENFORD, CURTIS J. V. UNITED STATES |
|  | The petition for a writ of certiorari is denied. Justice Kagan took no part in the consideration or decision of this petition. |
| 14-8628 | WARE, ULYSSES T. V. UNITED STATES |
|  | The petition for a writ of certiorari is denied. Justice Sotomayor took no part in the consideration or decision of this petition. |

### HABEAS CORPUS DENIED

| 14-8744 | IN RE GORDON W. WATTS |
|---|---|
| 14-8755 | IN RE LJUBICA RAJKOVIC |
| 14-8762 | IN RE DAMION WELLS |
|  | The petitions for writs of habeas corpus are denied. |

### MANDAMUS DENIED

| 14-8125 | IN RE TOMMY R. McGUIRE |
|---|---|
| 14-8143 | IN RE AHADI A. MUHAMMAD |
|  | The petitions for writs of mandamus are denied. |

### PROHIBITION DENIED

| 14-8152 | IN RE ROBERT H. AJAMIAN |
|---|---|
|  | The petition for a writ of prohibition is denied. |

**REHEARINGS DENIED**

| | |
|---|---|
| 14-680 | WHITE, ZEDDRICK F. V. DELOITTE & TOUCHE, ET AL. |
| 14-7068 | ALVARADO, WILMER A. V. BITER, WARDEN, ET AL. |
| 14-7112 | MARR, TIMOTHY V. FLORIDA BAR |
| 14-7215 | NAKAGAWA, CARL A. V. COLORADO |
| 14-7552 | CHHIM, JOSEPH V. ALDINE INDEPENDENT SCH. DIST. |

The petitions for rehearing are denied.

| | |
|---|---|
| 14-6968 | CRAWFORD, DONTRE R. V. UNITED STATES |

The motion for leave to file a petition for rehearing is denied.



Visiting the Court | Touring the Building | Exhibitions

Search: ○ All Documents   Docket

Enter Search Text:      Search   Help

**Home | Search Results**

No. 14-8048
Title:      Kraton McGugan, Petitioner
         v.
         Linda L. Aldana-Bernier, et al.
Docketed:     January 21, 2015
Linked with 14A259
Lower Ct:     United States Court of Appeals for the Second Circuit
   Case Nos.:     (12-4165)
   Decision Date:     May 16, 2014
   Rehearing Denied: June 27, 2014

~~~Date~~~ ~~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~~~

Sep 5 2014    Application (14A259) to extend the time to file a petition for a writ of certiorari from September 25, 2014 to November 24, 2014, submitted to Justice Ginsburg.

Sep 10 2014    Application (14A259) granted by Justice Ginsburg extending the time to file until November 24, 2014.

Nov 22 2014    Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed. (Response due February 20, 2015)

Feb 18 2015    Brief of respondent Linda L. Aldana-Bernier in opposition filed.

Feb 19 2015    Brief of respondents Rabbi Mahmudur, et al. in opposition filed.

Feb 20 2015    Brief of respondent Shushan Hovanesian in opposition filed.

Mar 3 2015   Reply of petitioner Kraton McGugan filed.
Mar 12 2015  DISTRIBUTED for Conference of March 27, 2015.
Mar 30 2015  Petition DENIED.

| ~~Name~~~~~~~~~~~~~~~~~~~~ | ~~~~~~~Address~~~~~~~~~~~~~~~~~~~ | ~~Phone~~~ |
|---|---|---|
| **Attorneys for Petitioner:** | | |
| William M. Brooks | Touro Law Center<br>225 Eastview Center<br>Central Islip, NY  11722<br>Williamb@tourolaw.edu | (631) 761-7086 |
| Party name: Kraton McGugan | | |
| **Attorneys for Respondents:** | | |
| Bruce M. Brady<br>    Counsel of Record | Callan, Koster, Brady & Nagler, LLP<br>One Whitehall Street, 10th Fl.<br>New York, NY  10004 | (212) 248-8800 |
| Party name: Linda L. Aldana-Bernier | | |
| Barbara D. Goldberg<br>    Counsel of Record | Martin Clearwater & Bell, LLP<br>220 East 42nd Street<br>New York, NY  10017-5842<br>goldbb@mcblaw.com | (212) 697-3122 |
| Party name: Rabbi Mahmudur, et al. | | |
| Brian Edward Lee<br>    Counsel of Record | Ivone, Devine & Jensen, LLP<br>2001 Marcus Avenue, Suite N100<br>Lake Success, NY  11042<br>brianelee@idjlaw.com | 516-326-2400 |
| Party name: Shushan Hovanesian | | |

March 30, 2015 | Version 2014.1
Home | Help | Site Map | Contact Us | About Us | FAQ | Jobs | Links | Building Regulations
Website Policies and Notices | Privacy Policy | USA.GOV

## Supreme Court of the United States