LAW OFFICE OF
**NATHANIEL B. SMITH**
ATTORNEY AT LAW
100 WALL STREET
NEW YORK, NEW YORK 10005

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-230-1090

April 8, 2015

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Schoolcraft v. The City of New York, et al.,*
*10-cv-6005 (RWS)*

Dear Judge Sweet:

    I write to the Court as one of Plaintiff's counsel regarding the recent letters about the April 20, 2015 trial date in this action. We now understand that the Court has a criminal trial scheduled to commence on May 18, 2015. Under these circumstances, I am writing to state that the plaintiff does not believe that even a one-week adjournment of the trial date is appropriate.

    In my last letter to the Court, dated April 7th, I noted that as an alternative to holding firm on the April 20th date the plaintiff would not be opposed to a short, one-week adjournment consistent with the Court's calendar, provided that the trial would proceed on the 27th of April until completed. Since then, I have learned of the May 18th criminal trial date on the Court's calendar, which I am concerned could interfere with the completion of the trial in this action. For that reason, I am writing to state that we no longer believe that any adjournment, however, short, is appropriate.

    As previously noted the plaintiff has identified over 30 witnesses and issued over 20 subpoenas and we have already made arrangements for our three experts (Dr. Eterno, Dr. Lubit, and Dr. Halpren-Ruder), and one of them, Dr. Halpren-Ruder has already re-arranged his schedule to travel from Rhode Island.

Respectfully submitted,

Nathaniel B. Smith

By ECF and Fax
cc: all Counsel
(by email w/o encl.)