LAW OFFICE OF
# NATHANIEL B. SMITH
ATTORNEY AT LAW
100 WALL STREET
NEW YORK, NEW YORK 10005

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-230-1090

April 22, 2015

**BY ECF**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Schoolcraft v. The City of New York, et al.,*
*10-cv-6005 (RWS)*

Dear Judge Sweet:

    As one of plaintiff's counsel, I am writing to the Court to state that the plaintiff opposes (again) the application by the City Defendants to adjourn the trial for all the reasons that we have previously set forth. I am writing merely to avoid any inference that plaintiff agrees with the request and to state that in the event that a trial in this action can be scheduled and concluded within the time frame of the Court's schedule, the plaintiff still requests that the action proceed without further delay.

Respectfully submitted,

Nathaniel B. Smith

All Counsel
(by ECF)