UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
_____

ADRIAN SCHOOLCRAFT,

                                      Plaintiff,          INDEX NO.: 10-CV-6005(RWS)

        -against-                              **NOTICE OF CHANGE OF ADDRESS**

THE CITY OF NEW YORK, et al.,

                                      Defendant.
_____

COUNSELORS:

      **PLEASE TAKE NOTICE**, that effective March 20, 2015, the office of the undersigned has changed.  The new office address is:

                           **Law Office of Nathaniel B. Smith**
                           100 Wall Street, 23rd Floor
                           New York, NY 10005
                           Tel.: (212) 227-7062
                           Fax: (212) 230-1090

Dated:  New York, New York                        Sincerely,
       May 4, 2015

                                                                   /S/
                                                _____
                                                Nathaniel B. Smith

TO:

Gregory J. Radomisli, Esq.
Brian Osterman, Esq.
Martin Clearwater & Bell LLP
220 East 42nd Street
New York, New York 10017

Walter Aoysius Kretz, Jr.
Scoppetta Seiff Kretz & Abercrombie
444 Madison Avenue, 30th Floor
New York, NY 10022

Alan Scheiner, Esq.
James Horton, Esq.
Law Department
100 Church Street
New York, New York 10007

Brian E. Lee
Ivone, Devine & Jensen, LLP
2001 Marcus Avenue, Suite N100
Lake Success, NY 11042

Paul Callan, Esq.
Matthew Koster, Esq.
Callan, Koster, Brady & Nagler, LLP
One Whitehall Street, 10th Floor
New York, NY 10004

Robert Devine, Esq.
Ivone, Devine & Jensen, LLP
2001 Marcus Avenue
Suite N100
Lake Success, NY 11042

Index No.: 10-CV-6005(RWS)

UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

---

ADRIAN SCHOOLCRAFT,

                                              Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                                              Defendant.

---

**NOTICE OF CHANGE OF ADDRESS**

---

**Law Office of Nathaniel B. Smith**
*Attorney for Plaintiff*
100 Wall Street, 23${}^{rd}$ Floor
New York, NY 10005
(212) 227-7062