

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ALAN H. SCHEINER
*Senior Counsel*
phone: (212) 356-2344
fax: (212) 788-9776
ascheine@law.nyc.gov

May 18, 2015

**BY ECF & EMAIL
(Andrei_Vrabie@nysd.uscourts.gov)**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:   Schoolcraft v. The City of New York, et al.
              10-CV-6005 (RWS)

Your Honor:

      I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent City Defendants in the above-referenced matter.

      At the conference before the Court on May 12, 2015, the Court asked the parties to work out a briefing schedule for motions *in limine* by which such motions would be fully submitted by September 10, 2015. The parties have agreed on a briefing schedule, and also have agreed to an adjustment to the deadlines relating to the JPTO, in order to accelerate submission of the JPTO.

      The agreed-upon schedule is as follows:

| | |
|---|---|
| Parties Exchange JPTO Drafts: | July 13, 2015 |
| JPTO Submitted to Court: | July 27, 2015 |
| Initial Briefs on Motions *in Limine* Filed: | August 17, 2015 |
| Opposition Briefs Filed/Return Date: | September 10, 2015 (no Reply) |

      Other dates set by the Court on May 12, 2015 are not affected. We respectfully request that the Court so-order the agreed schedule.

The City defendants thank the Court for its time and attention to these matters.

                                            Respectfully submitted,

                                            /s/

                                            Alan H. Scheiner
                                            Senior Counsel
                                            Special Federal Litigation Division

cc (by email and ECF):

Nathaniel Smith
Jon Norinsberg
John Lenoir

Gerald Cohen
COHEN & FITCH LLP

*Attorneys for Plaintiff*

Gregory John Radomisli
MARTIN CLEARWATER & BELL LLP
*Attorneys for Jamaica Hospital Medical Center*

Brian Lee
IVONE, DEVINE & JENSEN, LLP
*Attorneys for Dr. Isak Isakov*

Matthew Koster
CALLAN, KOSTER, BRADY & BRENNAN, LLP
*Attorneys for Lillian Aldana-Bernier*

Walter A. Kretz, Jr.
SCOPPETTA SEIFF KRETZ & ABERCROMBIE
*Attorney for Defendant Mauriello*