UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                                                                 Plaintiff,

                              -against-

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity, CAPTAIN THEORDORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOUGH, Tax Id. 919124, Individually and in his Official Capacity, SGT. FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LT. TIMOTHY CAUGHEY, Tax Id. No. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, Individually and in her Official Capacity, SERGEANT RICHARD WALL, Shield No. 3099, Individually and in his Official Capacity, SERGEANT ROBERT W. O'HARE, Tax Id. 916960, Individually and in his Official Capacity, SERGEANT SONDRA WILSON, Shield No. 5172, Individually and in her Official Capacity, LIEUTENANT THOMAS HANLEY, Tax Id. 879761, Individually and in his Official Capacity, CAPTAIN TIMOTHY TRAINOR Tax Id. 899922, Individually and in his Official Capacity, and P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "City Defendants"), FDNY LIEUTENANT ELISE HANLON, individually and in her official capacity as a lieutenant with the New York City Fire Department, JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in his Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE" # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                                                                  Defendants.
------------------------------------------------------------------------------X

**CITY DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION PURSUANT TO FED. R. CIV. P. 60 AND FOR BIFURCATION PURSUANT TO FED. R. CIV. P. 42(B)**

10-CV-6005 (RWS)

**PLEASE TAKE NOTICE** that upon Defendants' City of New York, Deputy Chief Michael Marino, Assistant Chief Gerald Nelson, Captain Theodore Lauterborn, Lieutenant William Gough, Sergeant Frederick Sawyer, Sergeant Kurt Duncan, Lieutenant Christopher Broschart, Lieutenant Timothy Caughey, Lieutenant Shantel James, and FDNY Lieutenant Elise Hanlon (collectively "City defendants") Memorandum of Law dated June 2, 2015, in support of their motion pursuant to Fed. R. Civ. P. 60 and Local Rule 6.2 for partial reconsideration the Court's Order of May 5, 2015, granting in part and denying in part the parties' motions for partial summary judgment pursuant to Fed. R. Civ. P. 56, and of their motion pursuant to Fed. R. Civ. P. 42(b) for bifurcation of the plaintiff's claim against the City of New York under *Monell v. Dep't of Social Services*, 436 U.S. 658 (1978) for the purposes of trial, and upon all prior pleadings and proceedings had herein, City defendants will move this Court, before the Honorable Robert W. Sweet, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on June 23, 2015, or as soon as counsel may be heard, for an Order, granting

**PLEASE TAKE FURTHER NOTICE that** pursuant to Local Rule 6.1 plaintiffs' opposition papers, if any, should be served on the undersigned on or before June 16, 2015; and

**PLEASE TAKE FURTHER NOTICE** that City Defendants' reply papers, if any, shall be served on or before June 23, 2015.

Dated:      New York, New York
            June 2, 2015

Respectfully submitted,

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorneys for City defendants*
100 Church Street, Room 3-174
New York, New York 10007
(212) 356-2344

By:  /s/
Alan Scheiner
Senior Counsel
James Horton
Assistant Corporation Counsel

cc:   Nathaniel Smith (By ECF)
*Attorney for Plaintiff*

Jon Norinsberg (By ECF)
*Attorney for Plaintiff*

Gerald Cohen (By ECF)
Cohen & Fitch LLLP
*Attorneys for Plaintiff*

Gregory John Radomisli (By ECF)
MARTIN CLEARWATER & BELL LLP
*Attorneys for Jamaica Hospital Medical Center*

Brian Lee (By ECF)
IVONE, DEVINE & JENSEN, LLP
*Attorneys for Dr. Isak Isakov*

Paul Callan (By ECF)
CALLAN, KOSTER, BRADY & BRENNAN, LLP
*Attorneys for Lillian Aldana-Bernier*

Walter Kretz (By ECF)
SCOPPETTA SEIFF KRETZ & ABERCROMBIE
*Attorney for Defendant Mauriello*

| |
|---|
| Docket No 10-CV-6005 (RWS) |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| ADRIAN SCHOOLCRAFT,<br><br>                  Plaintiff,<br><br>         -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                  Defendants. |
| **NOTICE OF MOTION** |
| ***ZACHARY W. CARTER***<br>*Corporation Counsel of the City of New York*<br>*Attorney for City Defendants*<br>*100 Church Street, Room 3-174*<br>*New York, New York  10007*<br><br>*Of Counsel: Alan H. Scheiner*<br>*Tel:  (212) 356-2344*<br>*James Horton*<br>*Tel: (212) 356-2647* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y......................................................., 2014*<br><br>*................................................................................ Esq.*<br><br>*Attorney for......................................................................* |