UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                              Plaintiff,           NOTICE OF MOTION
      -against-

                                                    10-CV-06005 (RWS)

THE CITY OF NEW YORK, et al.,

                              Defendants.
-------------------------------------------------------------------X

        PLEASE TAKE NOTICE, that upon the annexed Memorandum dated June 2, 2015, in support of defendant Steven Mauriello's motion for reconsideration of this Court's May 5, 2015, Opinion and Order to the extent it granted plaintiff summary judgment dismissing Steven Mauriello's counterclaims, and upon his original papers in opposition to plaintiff's motion for summary judgment, defendant Steven Mauriello, by his attorneys Scoppetta Seiff Kretz & Abercrombie, pursuant to Rule 60 of the Federal Rules of Civil Procedure and Local Civil Rule 6.3, will move this Court on the 23rd day of June, 2015, at 12:00 noon, for an order reconsidering and denying plaintiff's motion for summary judgment seeking dismissal of Steven Mauriello's counterclaims, thus reinstating the counterclaims, granting leave to amend the counterclaims if deemed necessary by the Court, and granting such other relief as the Court deems just.

        PLEASE TAKE FURTHER NOTICE, pursuant to Rule 6 of the Federal Rules of Civil Procedure, Local Civil Rule 6.1(b), and this Court's Individual Practices, that answering memoranda, if any, shall be served within

2

fourteen days after service of these moving papers, and any reply memoranda shall be served within seven days after service of the answering papers.

Dated:      New York, New York
            June 2, 2015

                                    SCOPPETTA SEIFF KRETZ & ABERCROMBIE
                                    Attorneys for Defendant STEVEN MAURIELLO

By: _____
      Walter A. Kretz, Jr., (WK-4645)
444 Madison Avenue, 30th Floor
New York, NY  10022
wakretz@seiffkretz.com
212-371-4500

2