

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ALAN H. SCHEINER
*Senior Counsel*
phone: (212) 356-2344
fax: (212) 788-9776
ascheine@law.nyc.gov

June 5, 2015

**BY ECF & EMAIL**
**(Andrei_Vrabie@nysd.uscourts.gov)**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



      Re:  Schoolcraft v. The City of New York, et al.
            10-CV-6005 (RWS)

Your Honor:

      I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent City defendants in the above-referenced matter. I write to advise the Court of a briefing schedule agreed to by all the parties for the motions for reconsideration and motion for bifurcation filed on June 2, 2015. All parties agree to the following, which is an adjournment of one week of the default briefing schedule in Local Rule 6.1, incorporated by Local Rule 6.3.

      Opposition Memoranda Due:    June 23, 2015

      Reply Memoranda Due:    July 3, 2015

      We respectfully request that the Court So Order this schedule. The City defendants thank the Court for its time and attention to these matters.

                                     Respectfully submitted,

                                     /s/

                                   Alan H. Scheiner
                                   Senior Counsel
                                   Special Federal Litigation Division

So Ordered
/s/ [signature]
USDJ
6/9/15



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/15

cc (by email and ECF):

    Nathaniel Smith
    Jon Norinsberg
    John Lenoir

    Gerald Cohen
    COHEN & FITCH LLP

    *Attorneys for Plaintiff*

    Gregory John Radomisli
    MARTIN CLEARWATER & BELL LLP
    *Attorneys for Jamaica Hospital Medical Center*

    Brian Lee
    IVONE, DEVINE & JENSEN, LLP
    *Attorneys for Dr. Isak Isakov*

    Matthew Koster
    CALLAN, KOSTER, BRADY & BRENNAN, LLP
    *Attorneys for Lillian Aldana-Bernier*

    Walter A. Kretz, Jr.
    SCOPPETTA SEIFF KRETZ & ABERCROMBIE
    *Attorney for Defendant Mauriello*