LAW OFFICE OF
NATHANIEL B. SMITH
ATTORNEY AT LAW
100 WALL STREET
NEW YORK, NEW YORK 10005

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-230-1090

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/15

June 25, 2015

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
JUN 24 2015
JUDGE SWEET CHAMBERS

Schoolcraft v. The City of New York, et al.,
10-cv-6005 (RWS)

Dear Judge Sweet:

I write to the Court as one of the plaintiff's counsel and with the consent of all parties to request modification to the briefing schedule on the pending motions and the date for submission of the Joint Pre-Trial Order. The modifications push back several of the deadlines a week or two but do not alter the trial date. The requested modifications to the schedule are as follows: (1) opposition to the City Defendants' motion to bifurcate the trial due June 29, 2015 and reply on the bifurcation motion due July 8, 2015; (2) opposition to the reconsideration motions by the City Defendants, Plaintiff, and Defendant Mauriello due July 6, 2015 and reply due July 17, 2015; and (3) filing of the Joint Pre-Trial Order on August 3, 2015 with an exchange of drafts by the parties on July 27, 2015.

Respectfully submitted,

Nathaniel B. Smith

By telecopy
212-805-7925
cc: all counsel
(by email)

So ordered
Sweet USDJ
6-25-15