# SCOPPETTA SEIFF KRETZ & ABERCROMBIE

ERIC A. SEIFF
WALTER A. KRETZ, JR.
CHARLES D. ABERCROMBIE*
---------

MARIANA OLENKO
---------
* ALSO ADMITTED IN CT

444 MADISON AVENUE
30TH FLOOR
NEW YORK, NY  10022-1010
(212) 371-4500
FAX (212) 371-6883
----------
ROLAND R. ACEVEDO
NICHOLAS SCOPPETTA
OF COUNSEL

July 8, 2015

Honorable Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Schoolcraft v. The City of New York, et al., 10-CV-6005 (RWS)</u>

Dear Judge Sweet:

      On behalf of defendant Steven Mauriello, I write in opposition to plaintiff's June 2, 2015, letter motion seeking reconsideration of portions of the Court's summary judgment Opinion filed on May 5, 2015.  We join in the arguments presented by the City Defendants in their July 6, 2015, papers in opposition to plaintiff's motion for reconsideration.  The only issue raised on plaintiff's motion that directly affects defendant Mauriello is whether the Court correctly ruled that the individual defendants, including Steven Mauriello, are protected by the doctrine of qualified immunity from any liability on plaintiff's First Amendment claim arising out of the defendants' pre-suspension conduct.  We join with the City Defendants' in urging the Court to adhere to its decision on this issue.

      We therefore respectfully request that plaintiff's motion for reconsideration be denied in its entirety.

      Respectfully submitted,

      Walter A. Kretz, Jr.