

June 25, 2015

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                *Schoolcraft v. The City of New York, et al.,*
                *10-cv-6005 (RWS)*

Dear Judge Sweet:

      I write to the Court as one of the plaintiff's counsel and with the consent of all parties to correct one date in my recent request for a modification to the briefing schedule to make the City Defendants' reply on the bifurcation motion due on July 9th, not July 8th. The mistake was my error in drafting the letter. Thus, the requested modifications to the schedule are as follows: (1) opposition to the City Defendants' motion to bifurcate the trial due June 29, 2015 and reply on the bifurcation motion due July 9, 2015; (2) opposition to the reconsideration motions by the City Defendants, Plaintiff, and Defendant Mauriello due July 6, 2015 and reply due July 17, 2015; and (3) filing of the Joint Pre-Trial Order on August 3, 2015 with an exchange of drafts by the parties on July 27, 2015.

                                              Respectfully submitted,

*So ordered*
*Sweet USDJ*
*7·10·15*

                                              Nathaniel B. Smith

By telecopy
212-805-7925
cc: all counsel
(by email)