UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                              Plaintiff,          10-cv-06005- RWS

     -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that the undersigned attorney, Chaya Gourarie, Esq., of the LAW OFFICE OF JON L. NORINSBERG, enters her appearance in the above-captioned matter as counsel for Plaintiff ADRIAN SCHOOLCRAFT, and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated:  New York, New York
          July 16, 2015

                                                      LAW OFFICE OF JON L. NORINSBERG

                                                      By: Chaya Gourarie
                                                         Chaya Gourarie
                                                   225 Broadway, Suite 2700
                                                   New York, NY 10007
                                                   Phone: 212-791-5396
                                                   Fax: 212-406-6890
                                                   Email: chaya@norinsberglaw.com
                                                   *Attorneys for Plaintiff*