

ZACHARY W. CARTER
Corporation Counsel

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ALAN H. SCHEINER
Senior Counsel
phone: (212) 356-2344
fax: (212) 788-9776
ascheine@law.nyc.gov

July 15, 2015

RECEIVED JUL 16 2015 JUDGE SWEET CHAMBERS

**BY ECF & EMAIL**
(Andrei_Vrabie@nysd.uscourts.gov)

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Schoolcraft v. The City of New York, et al.
10-CV-6005 (RWS)

Your Honor:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent City defendants in the above-referenced matter. I write to respectfully request an adjournment of the date for all parties to submit Reply memoranda of law on the pending motions for reconsideration. All parties have agreed that the Reply date be adjourned from July 17, 2015 to July 23, 2015. This is the second request for adjournment of this date; the prior request was granted.

We respectfully request that the Court So Order this amendment to the briefing schedule. The City defendants thank the Court for its time and attention to these matters.

Respectfully submitted,

/s/

Alan H. Scheiner
Senior Counsel
Special Federal Litigation Division

So ordered
Sweet USDJ
7-17-15

cc (by email and ECF):

>Nathaniel Smith
>Jon Norinsberg
>John Lenoir
>
>Gerald Cohen
>COHEN & FITCH LLP
>
>*Attorneys for Plaintiff*
>
>Gregory John Radomisli
>MARTIN CLEARWATER & BELL LLP
>*Attorneys for Jamaica Hospital Medical Center*
>
>Brian Lee
>IVONE, DEVINE & JENSEN, LLP
>*Attorneys for Dr. Isak Isakov*
>
>Matthew Koster
>CALLAN, KOSTER, BRADY & BRENNAN, LLP
>*Attorneys for Lillian Aldana-Bernier*
>
>Walter A. Kretz, Jr.
>SCOPPETTA SEIFF KRETZ & ABERCROMBIE
>*Attorney for Defendant Mauriello*