

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ALAN H. SCHEINER
*Senior Counsel*
phone: (212) 356-2344
fax: (212) 788-9776
ascheine@law.nyc.gov

July 8, 2015

**BY ECF & EMAIL**
**(Andrei_Vrabie@nysd.uscourts.gov)**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Schoolcraft v. The City of New York, et al.
10-CV-6005 (RWS)

Your Honor:

    I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent City defendants in the above-referenced matter. I write to respectfully request a one-day adjournment agreed to by all parties of the date for the City defendants to submit their Reply to the plaintiff's opposition to the City Defendants' motion to bifurcate the trial, from July 9, 2015 to July 10, 2015.

    We respectfully request that the Court So Order this amendment to the briefing schedule. The City defendants thank the Court for its time and attention to these matters.

Respectfully submitted,

/s/

Alan H. Scheiner
Senior Counsel
Special Federal Litigation Division

*So ordered*
*Sweet USDJ*
*July 18, 2015*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/15

cc (by email and ECF):

    Nathaniel Smith
    Jon Norinsberg
    John Lenoir

    Gerald Cohen
    COHEN & FITCH LLP

    *Attorneys for Plaintiff*

    Gregory John Radomisli
    MARTIN CLEARWATER & BELL LLP
    *Attorneys for Jamaica Hospital Medical Center*

    Brian Lee
    IVONE, DEVINE & JENSEN, LLP
    *Attorneys for Dr. Isak Isakov*

    Matthew Koster
    CALLAN, KOSTER, BRADY & BRENNAN, LLP
    *Attorneys for Lillian Aldana-Bernier*

    Walter A. Kretz, Jr.
    SCOPPETTA SEIFF KRETZ & ABERCROMBIE
    *Attorney for Defendant Mauriello*