UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,

                                      Plaintiff,

            -against-                                 **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,                   10-CV-6005(RWS)

                                     Defendants.

---------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned, Cheryl Shammas, Senior Counsel at the Office of Zachary W. Carter, the Corporation Counsel of the City of New York, hereby appears on behalf of defendants THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, CAPTAIN THEORDORE LAUTERBORN, LIEUTENANT JOSEPH GOUGH, SGT. FREDERICK SAWYER, SERGEANT KURT DUNCAN, LIEUTENANT CHRISTOPHER BROSCHART, LIEUTENANT TIMOTHY CAUGHEY, SERGEANT SHANTEL JAMES, and LIEUTENANT ELISE HANLON.  All papers in this action should be served upon the undersigned.

Dated:  New York, New York
         July 23, 2015

- 2 -

                    Respectfully submitted,

                    ZACHARY W. CARTER
                    Corporation Counsel of the
                    City of New York
                    *Attorney for City Defendants*
                    100 Church Street
                    New York, N.Y. 10007
                    212-356-2406


                    By: _____/s/Cheryl Shammas_____
                            Cheryl Shammas
                            *Senior Counsel*

Cc.:    All parties (*via* ECF)