UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,                           REPLY
                 Plaintiff,                DECLARATION

      -against-

                                                                      10-CV-06005 (RWS)

THE CITY OF NEW YORK, et al.,
                 Defendants.
------------------------------------------------------------X

       I, WALTER A. KRETZ, JR., declare under penalty of perjury that the following is true and correct:

       1.       I am a member of Scoppetta Seiff Kretz & Abercrombie, attorneys for defendant Deputy Inspector Steven Mauriello.  I submit this reply declaration in support of Steven Mauriello's motion for reconsideration of this Court's Opinion granting plaintiff's motion for summary judgment to the extent it sought dismissal of Steven Mauriello's counterclaims.

       2.       Attached in support of Mauriello's motion for reconsideration are two additional exhibits, as follows:

SM Exhibit DN       Adrian Schoolcraft Deposition Excerpts

SM Exhibit DO       March 7, 2014 Kretz letter to the Court addressing open discovery issues, including any additional complaint reports preserved by plaintiff

Declaration executed on July 23, 2015

                                                   Walter A. Kretz, Jr., (WK-4645)