# SCOPPETTA SEIFF KRETZ & ABERCROMBIE

ERIC A. SEIFF
WALTER A. KRETZ, JR.
CHARLES D. ABERCROMBIE*

MARIANA OLENKO

*ALSO ADMITTED IN CT

444 MADISON AVENUE
30TH FLOOR
NEW YORK, N.Y. 10022-6926
(212) 371-4500
FAX (212) 371-6883

ROLAND R. ACEVEDO
NICHOLAS SCOPPETTA
OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/15

July 23, 2015

Honorable Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Schoolcraft v. The City of New York, et al., 10-CV-6005 (RWS)

Dear Judge Sweet:

   On behalf of defendant Steven Mauriello, enclosed are courtesy copies of his notice of motion and memorandum of law in support of his motion for reconsideration of the dismissal of his counterclaims, filed electronically on June 2, 2015, as well as a courtesy copy of our Reply Memorandum and a Declaration with annexed exhibits SM DN and SM DO in further support of that motion, filed electronically earlier today. We respectfully request the Court's acceptance for filing of the reply memorandum at a length of 15 pages, and acceptance for filing of the Reply Declaration with two additional exhibits -- excerpts from plaintiff's deposition and a copy of a letter to the Court on March 7, 2014, relating to a discovery dispute.

   In connection with the submission of the underlying motions for summary judgment in February and March of this year, I requested in correspondence with the Court the Court's permission to submit certain designated exhibits under seal. I renew that request as I had not received a response, and some of the sealed exhibits are particularly relevant to the matters raised on the motion for reconsideration. Specifically, I renew my request for permission to file under seal SM Exhibit CR, containing the IAB report commencing with Bates number NYC10123 through 10156, SM Exhibit CK, with pages from the QAD Report – D000508, 510-15, 517-19, and 541-43, SM Exhibit DD, containing copies of complaint reports and related documents, and SM Exhibit DM. SM Exhibit DD includes complaint reports discussed in the QAD report and marked at one session of plaintiff's deposition as Defendants' Exhibits K through P. They bear Bates numbers SM0001 through SM0060. SM Exhibit DD also includes complaint reports produced in discovery by the City Defendants bearing Bates numbers NYC00011596-

*So ordered*
*Sweet USDJ*
*7.29.15*

SCOPPETTA SEIFF KRETZ & ABERCROMBIE

628. (When providing an index of our exhibits to the Court and all counsel, I incorrectly had indicated only the Bates numbers for the City Defendants' documents.)

I apologize for the trouble, and thank the Court for its consideration.

Respectfully submitted,

Walter A. Kretz, Jr.

cc: All Counsel, By E-Mail