UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,

                             Plaintiff,

            -against-

THE CITY OF NEW YORK, et al.,

                            Defendants.

**NOTICE OF APPEARANCE**

10-CV-6005(RWS)

--------------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned, Kavin Thadani, Senior Counsel at the Office of Zachary W. Carter, the Corporation Counsel of the City of New York, hereby appears on behalf of defendants THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, CAPTAIN THEODORE LAUTERBORN, SGT. FREDERICK SAWYER, SERGEANT KURT DUNCAN, LIEUTENANT CHRISTOPHER BROSCHART, LIEUTENANT TIMOTHY CAUGHEY, SERGEANT SHANTEL JAMES, LIEUTENANT WILLIAM GOUGH, CAPTAIN TIMOTHY TRAINER and LIEUTENANT ELISE HANLON.  All papers in this action should be served upon the undersigned.

Dated: New York, New York
       July 31, 2015

- 2 -

        Respectfully submitted,

        ZACHARY W. CARTER
        Corporation Counsel of the
        City of New York
        *Attorney for City Defendants*
        100 Church Street
        New York, N.Y. 10007
        212-356-2406


        By:  /s/ Kavin Thadani_____
              Kavin Thadani
              Senior Counsel

Cc.:     All parties (*via* ECF)