LAW OFFICE OF
**NATHANIEL B. SMITH**
ATTORNEY AT LAW
100 WALL STREET - 23rd Flr.
NEW YORK, NEW YORK 10005

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-230-1090

August 10, 2015

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Schoolcraft v. The City of New York, et al.,*
*10-cv-6005 (RWS)*

Dear Judge Sweet:

    I write to the Court as one of the plaintiff's counsel and with the consent of all parties to request a modification of the pre-trial scheduling deadlines in the above-referenced action. The parties jointly request that the final pre-trial order deadline be moved to August 14, 2015; that the motion in limine deadline be adjourned to September 7, 2015; and that the opposition deadline for the in limine motions be adjourned to September 28, 2015. None of the other dates in the action, such as the October 19th trial date or the deadline for submission of proposes jury instructions and proposed verdict sheets, are altered under this request.

Respectfully submitted,

Nathaniel B. Smith

By ECF
cc: all Counsel
(by ECF)