LAW OFFICE OF
**NATHANIEL B. SMITH**
ATTORNEY AT LAW
100 WALL STREET - 23rd Flr.
NEW YORK, NEW YORK 10005

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-230-1090

July 24, 2015

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Schoolcraft v. The City of New York, et al.,*
*10-cv-6005 (RWS)*

Dear Judge Sweet:

As one of the plaintiff's counsel in this action I am writing to the Court with the consent of all parties to request minor adjustments to the filing deadlines for the joint pre-trial order and motions in limine. The adjustments move back the dates about one week and will not require any change in the trial date. The new proposed dates are as follows: (1) draft of the joint pre-trial order exchanged August 3, 2015; (2) joint pre-trial order filed August 10, 2015; (3) motions in limine filed August 24, 2015; and (4) opposition to motions in limine filed September 21, 2015. The trial date of October 19, 2015 and the September 30, 2015 deadline for filing requests to charge, proposed voir dire and proposed verdict sheets remain unchanged and, as noted, all parties consent to these requested modifications.

So ordered
Sweet USDJ
7.31.15

Respectfully submitted,

Nathaniel B. Smith

By ECF
All Counsel (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/15