```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ADRIAN SCHOOLCRAFT,

                Plaintiff,

     - against -                          10 Civ. 6005 (RWS)

                                          O R D E R
CITY OF NEW YORK, ET AL.,

                Defendants.
-------------------------------------X
```

**Sweet, D.J.**

      Defendants' motion to strike Plaintiff's reply in support of his motion for reconsideration shall be heard on submission on Tuesday, August 18, 2015. All papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**August 11, 2015**

                                            ROBERT W. SWEET
                                                U.S.D.J.