

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ALAN H. SCHEINER**
*Senior Counsel*
phone: (212) 356-2344
fax: (212) 788-9776
ascheine@law.nyc.gov

August 14, 2015

**BY ECF & EMAIL**
**(Andrei_Vrabie@nysd.uscourts.gov)**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:  Schoolcraft v. The City of New York, et al.
            10-CV-6005 (RWS)

Your Honor:

        I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent City defendants in the above-referenced matter. I write on behalf of all defendants to submit the enclosed proposed Joint Pre-Trial Order, pursuant to the Court's Individual Practices.

        The proposed JPTO attempts to incorporate in good faith comments and information from plaintiff to the extent that we have received any. For the reasons separately explained in the City defendants' opposition to plaintiff's motion for an extension of time, also joined by all defendants, the City defendants, joined by all defendants, respectfully request that the Court 'So Order' defendants' JPTO, notwithstanding plaintiff's belated application for an extension of time to file the JPTO.

        Thank you for your consideration in this matter.

                Respectfully submitted,

                    /s/

                Alan H. Scheiner
                Senior Counsel
                Special Federal Litigation Division

Encl.

cc:   Nathaniel Smith (By E-Mail)
*Attorney for Plaintiff*
Gregory John Radomisli (By E-Mail)
MARTIN CLEARWATER & BELL LLP
*Attorneys for Jamaica Hospital Medical Center*

Brian Lee (By E-Mail)
IVONE, DEVINE & JENSEN, LLP
*Attorneys for Dr. Isak Isakov*

Matthew Koster (By E-Mail)
CALLAN, KOSTER, BRADY & BRENNAN, LLP
*Attorneys for Lillian Aldana-Bernier*

Walter A. Kretz , Jr.   (By E-Mail)
SCOPPETTA SEIFF KRETZ & ABERCROMBIE
*Attorney for Defendant Mauriello*