# EXHIBIT A

TRIAL WITNESSES LIST[1]

1. Aldana-Bernier, Lilian
2. Broschart, Christopher
3. Bukunola, Okuwobi, LPN
4. Calderone, Virnalyn RN
5. Cagno, David
6. Carter, Monique
7. Caughey, Timothy
8. Cooper, Alan – NYC 30(b)(6)
9. Duncan, Kurt
10. Eterno, John PhD
11. Ferrara, Joseph
12. Greene, Keith
13. Gough, William
14. Hacker, Scott
15. Halpren-Ruder, Daniel MD
16. Hanlon, Elise
17. Huffman, Rasheeda
18. Isakov, Isak
19. Kehoe, Kevin J. Det. Queens
20. James, Shantel
21. Lamstein, Catherine MD
22. Lauterborn, Theodore
23. Ledbetter, RN Glenda
24. Lubit, Roy MD
25. Lwin, MD Khin Mar
26. Maffia, Anthony, JHMC 30(b)(6)
27. Marino, Michael
28. Marquez, Jessica EMT
29. Mattews, Craig
30. Mauriello, Steven
31. Milone, William NYC 30(b)(6)
32. Nelson, Gerald
33. Nwaishienyi, Silas MD
34. Patel, Indira MD
35. Murpi, Michael –NYC 30(b)(6)
36. Polanco, Adhyl
37. Rinehart, Nedie, RN
38. Sangeniti, Salvatore, EMT
39. Sawyer, Frederick
40. Schoolcraft Adrian
41. Schoolcraft, Larry

---

[1] This is a list of witnesses that the plaintiff may call or seek to call to trial.

42. Serrano, Pedro
43. Silverman, Eli PhD
44. Stremoyer, Carol
45. Stretmoyer, Ted
46. Stukes, Raymond
47. Tariq, Khwaja Khusro MD
48. Trainor, Timothy
49. Valenti, Dominic
50. Whalen, Bernard – NYC 30(b)(6)l
51. Weiss, Steven
52. Witnesses Identified by Defendants
53. Witnesses Required to Authenticate Exhibits
54. Wittman, David
55. Woodruff, Brian RN
56. Yeager, Robert

|       | PLAINTIFF'S TRIAL EXHIBTS[1]                                                           |
|-------|----------------------------------------------------------------------------------------|
| PTX   | Description                                                                            |
| 1     | Lauterborn Memo 10-31-09 (PDX 16)                                                      |
| 2     | Fitness for Duty Report 10-31-09 by Lauterborn (PDX 24)                                |
| 3     | Fitness for Duty Report by Broschart (PDX 134)                                         |
| 4     | Brown Letter to Mauriello 3-1-09 (PDX 22; PMX 8; PDX 57))                              |
| 5     | Command Disciplines Issued to Schoolcraft in 2009 (PMX 9; PDX 168)                     |
| 6     | Schoolcraft Report 8-20-09 to IAB re Caughey and Weiss (PDX 40; PMX 15)                |
| 7     | Schoolcraft Performance Evaluations (PMX 1)                                            |
| 8     | Schoolcraft Report, dated 9-2-09 (PMX 14; PDX 58)                                      |
| 9     | Schoolcraft Sick Report 10-31-09 (PDX 26)                                              |
| 10    | Schoolcraft Monthly Activity Logs (PMX 5; PDX 21)                                      |
| 11    | Schoolcraft Memo to Mauriello 9-2-09 re request to appeal (PDX 13)                     |
| 12    | Crime Numbers for October 31, 2009 (POX 45)                                            |
| 13    | Cagno Report 9-2-09 re Schoolcraft Report (NYC 4316-19)                                |
| 14    | Yeager Memo Book (NYC 3724-26)                                                         |
| 15    | Caughey Memorandum, dated 10-19-09 (PMX 17)                                            |
| 16    | IAB Log on Menacing (POX 57)                                                           |
| 17    | Handwritten Notes of Queens DA Interview of Lauterborn 10-13-11 (PDX 23)               |
| 18    | Memo on Huffman Interview by QAD (NYC 5183-5184)                                       |
| 19    | Notice Placing Schoolcraft on Restricted Duty (NYC 3005 & 3010)                        |

[1] These exhibits, recordings and other evidence are being identified in the list subject to redaction on relevancy or undue prejudice grounds or in accordance with the plaintiff's objections to the admissibility of certain portions therein and/or in accordance with the Court's evidentiary rulings at and before trial.

| 20 | Report to IAB by Duncan (POX 7) |
|----|---------------------------------|
| 21 | Lamstein Handwritten Notes (PDX 29) (D000282-87) |
| 22 | Schoolcraft W-2s for 2005-2008 |
| 23 | Hertzel Sure, M.D. Records (to be subpoenaed) |
| 24 | Forest Hills Medical Record (to be subpoenaed) |
| 25 | Huffman Roll Call (PDX 64) |
| 26 | Huffman Interview Memo by Scott (PDX 63) |
| 27 | Event Timeline (PDX 39) |
| 28 | Operations Incident Report 10-31-09 (PDX 27) |
| 29 | Schoolcraft Memo Book (PDX 44) (D00189-238) |
| 30 | Schoolcraft Memo Book for 8-11-09 to 10-31-09 (PDX 45) (NYC 8614-55) |
| 31 | Intentionally Deleted |
| 33 | IAB Campisi reprimand of Mauriello 10-28-08 (PDX 49) |
| 34 | Roll Call Transcripts on Mauriello (PDX 50) |
| 35 | Gough Investigative Report 2-12-10 (PDX 99) |
| 36 | Intentionally Deleted |
| 37 | Yeager ESU Report 11-1-09 (NYC 3723) |
| 38 | Performance Monitoring Memo on Schoolcraft 10-14-09 (PDX 59) |
| 39 | Mauriello Memo on Performance Monitoring (PDX 60) |
| 40 | Roll Call by Huffman 10-12-09 (PDX 64) |
| 41 | Command Log for 81st Precinct on 10-31-09 (PDX 62) |
| 42 | IAB Investigative Findings 2-13-13 (PDX 37) |
| 43 | Intentionally Deleted |
| 44 | 911 Sprint Report for 10-31-09 (PDX 66) |

| 45 | Lamstein File on Schoolcraft (PDX 68) |
|---|---|
| 46 | Report by BNIU (PDX 76) |
| 47 | Aided System Search Report (PDX 80) |
| 48 | 911 Sprint Report for 10-31-09 (PDX 81) |
| 49 | BNUI Email re Upstate Visits (PDX 82) |
| 50 | Caughey Report to IAB re Schoolcraft Benefits Application (PDX 89) |
| 51 | IAB Report on Caughey Report on Schoolcraft (PDX 91) |
| 52 | BNUI Report on Gough and Duncan Upstate Trip on 1-20-10 (PDX 95) |
| 53 | Trainor Report on Request to Mauriello to Seal Schoolcraft's Lockers (PDX 97) |
| 54 | BNIU Report on Gough and Duncan Upstate Trip on 2-12-10 (PDX 99) |
| 55 | BNIU Report on Certified Mailing of Notice to Schoolcraft on 6-17-10 (PDX 101) |
| 56 | Intentionally Deleted |
| 57 | Duncan Report to IAB 10-31-09 re Schoolcraft Suspension (PDX 114) |
| 58 | James Memo Book for 11-1-09 (PDX 117) |
| 59 | Leader Herald Article on Schoolcrafts (PDX 126) |
| 60 | BNIU Report on Duncan et al upstate trip on 1-13-10 (PDX 138) |
| 61 | Devino Fax of Appeal Request 6-24-10 (PDX 153) |
| 62 | Activity for 81st Precinct Police Officers: Arrests, Summons and 250s (PDX 161) |
| 63 | IAB Summary of Patrol Guide on Investigations (PDX 166) (NYC 12656-58) |
| 64 | QAD Report (PDX 169) [redacted] |
| 65 | IAB Report (PDX 170) [redacted] |
| 66 | Confidential Attorney Eyes Only Productions filed under seal (PMX 16; PMX 144 & 170; PDX 169) |
| 67 | Lamstein Notes (PMX 22; PDX 29) |

| 68 | Intentionally Deleted |
| --- | --- |
| 69 | Intentionally Deleted |
| 70 | IAB Memo on Nelson (POX 6) |
| 71 | Intentionally Deleted |
| 72 | Memo by BNIU (POX 15; PDX 82) |
| 73 | Intentionally Deleted |
| 74 | Intentionally Deleted |
| 75 | Operation Report (POX 27; PDX 27) |
| 76 | 911 Sprint Report (POX 28; PDX 66) |
| 77 | ESU Report (NYC 3535; part of POX 30) |
| 78 | Scott Memo, dated 11-3-09 (POX 33) |
| 79 | Mollen Commission Report (excerpts) (POX 36) |
| 80 | Intentionally Omitted |
| 81 | IAB Police Corruption Report (POX 38) |
| 82 | Intentionally Deleted |
| 83 | Charges and Specification and Mailing (POX 43) |
| 84 | Roll Call Transcripts (POX 58; PDX 50) |
| 85 | Schoolcraft Oath of Office, dated 7-1-02 (D00001) |
| 86 | Expense Report for 12-11-09 trip to Johnstown (425 miles) (D001763) |
| 87 | Request for Hostage Negotiation Team 10-31-09 at 21:35 for barricaded EDP (NYC 2285-87) |
| 88 | Intentionally Deleted |
| 89 | Intentionally Deleted |
| 90 | Intentionally Deleted |
| 91 | Intentionally Deleted |

| 92  | Sadowski Memo Book (NYC 3707-09) |
|-----|----------------------------------|
| 93  | Arbitration Opinion and Award (NYC 12475-12502) |
| 94  | Charges and Specification (POX 8) |
| 95  | Schoolcraft Memo Book (POX 22; PDX 45) |
| 96  | Broschart Memo Book (PDX 135) (D505-507) |
| 97  | Property Voucher for Keys (PDX 136) |
| 98  | Photo of Hospital (PDX 118) |
| 99  | Photo of Hospital (PDX 119) |
| 100 | Photo of Hospital (PDX 120) |
| 101 | Hospital Nursing Notes (PDX 121) |
| 102 | Intentionally Deleted |
| 103 | Lwin Consultation Report (PDX 123) |
| 104 | Command Log for 81st Precinct for October 27, 2009 |

| 150 | PG 205-56-Evaluation Procedures (PDX 6) |
|-----|-----------------------------------------|
| 151 | PG 205-48 MOS Evaluations |
| 152 | PG 205-07 – Monthly/Quarterly Rating System (PDX 15) |
| 154 | PG 202-15 – ICO duties (PDX 35) |
| 155 | PG 320-31 – ICO Assignment Process (PDX 36) |
| 155 | PG 202-09 – CO duties (PDX 56) |
| 156 | PG 205-18 Absent Without Leave (PDX 3) |
| 157 | PG 205-01 Reporting Sick (PDX 4) |
| 158 | PG 205-58-Appeal Procedures    (PDX 5) |

| | |
|---|---|
| 159 | PG 216-05-EDP Rules (PDX 7) |
| 160 | PG 206-13 – Interrogation of MOS (PDX 158) |
| 161 | Performance Guide for NYPD Captain to Deputy Chief (PDX 159) |
| 162 | PG 205-238 (POX 34; PDX 163) |
| 163 | PG – Excessive Force Rules |
| | |
| | |
| | |
| | |
| | |
| 200 | JHMC Chart (PDX 69) |
| 201 | JHMC Policy on § 9.39 (PDX 70) |
| 202 | JHMC Policy re Restrictions on Visits, etc (PDX 72) |
| 203 | JHMC Policy – Psych Unit Rules (PDX 74) |
| 204 | Nursing Note 11-1-09 2 am & 5:54 am (PDX 121) |
| 205 | JHMC ER Nursing Notes (from Chart) |
| 206 | PCR Report (darker version) (PDX 125) |
| 207 | JHMC Emergency Admission Procedures (PDX 130) |
| 208 | Memo (POX 16; PDX 92) |
| 209 | JHMC Policy of Use of Restraints (PDX 152) |
| 210 | Section 9.39 Form Signed by Bernier and Isakov (PDX 171) |
| 211 | Jamaica Hospital Medical File or Chart (PMX 69; PDX 69) |
| 212 | Emergency Admission Form (PMX 38; PDX 171) |

| | |
|---|---|
| 213 | Jamaica Hospital Manual (PMX 39; PDX 70) |
| 214 | Form 9.39 executed by Dr. Bernier and Dr. Isakov (POX 19; PDX 171) |
| 215 | Intentionally Deleted |
| 216 | JHMC Restraint Policy (POX 49) |
| 217 | Form 9.39 (POX 54; PDX 171) |
| | |

| | |
|---|---|
| 300 | Home Invasion Recording and Transcript[2] |
| 301 | Google Maps Screen Shots (POX 31) |
| 302 | Photos: Schoolcraft Allowed to Handle Guns after Gun Removal |
| 303 | Lauterborn-L. Schoolcraft Recording and Transcript |
| 304 | Appeal Meeting 2-25-09 Recording |
| 305 | Photos – 81st Precinct (PDX 61) |
| 306 | Lauterborn-Schoolcraft Recording re Reporting Retaliation |
| 307 | Photo of Gurney (PDX 120) |
| 308 | IAB Report on Menacing 10-31-09 |
| 309 | Mascol-Schoolcraft Reporting re Activity; CD # 70/Lt. Mascol Audacity_Cut_Watch_20Feb2009_LtMascol.wav |
| 310 | Photos of Schoolcraft Lockers (PDX 142) |
| 311 | Compact Disc with Recordings (PMX 11) |

---

[2] The transcripts of various recordings are being provided and/or identified without prejudice to the rights of the plaintiff to provide further information about the content of the recordings by testimony, exhibits, or other evidence, including enhancement on the recordings or portions thereof.

| 312 | Conversation with Huffman (excerpts from 10-31-09 recording) |
| --- | --- |
| 313 | CD of Recordings (POX 5) |
| 314 | Ferrara Recording re Rat Upstate |
| 315 | Photos of JHMC – JLS 190, 191, 202, 205, 206, 252, 260, 261, 299, 320 |
| 316 | O'Hare NYPD Upstate Visit; WS.331M-11December2009_NYPD_JPD_Harrassment.wma |
| 317 | Compstat Video 9-20-07 (CD #17); 10-12-09 (CD #12) (POX 44) |
| 318 | IAB Conversation 9-2-09 |
| 319 | Handcuffs – Silver |
| 320 | Intentionally Deleted |
| 321 | Handcuffs – Black |
| 322 | Voice Message by Lamstein 10-31-09- (CD# 1 DS500011) & (CD # 61; DS.50_31OCTOBER2009_Dr. Lamstin_IAB_6NOV2009 |
| 323 | Diagram of Apartment |
| 324 | Johnstown PD – PO Millias Visit 12-7-09; CD # 71 WS.33M_7Dec09_1740hrs_JohnstonPoliceDept_P.O.Millian_No. 1.WMA |
| 325 | Photos of the 81st Precinct – JLS 0050, 70, 75, 108, 109 |
| 326 | Photos of the Glendale House – JLS 348, 349 |
| 327 | COMPSTAT Video – Numbers and Activity |
| 328 | COMPSTAT Video re Halloween Night |
| 329 | Photo of Olympus Record |
| 330 | Yeager Interview – CD # 5 |
| 331 | Home Surveillance Videos – CD # 22 |
| 332 | Home Surveillance Videos – CD # 32 |
| 333 | Intentionally Deleted |
| 334 | Intentionally Deleted |

| | |
|---|---|
| 335 | District Surgeon Meeting on 4-4-09 - WS.331M_Saturday_4APRIL2009_DistrictSurgeon1Lefr |
| 336 | O'Hare Banging on Door 12-11-09 – CD # 71 |
| 337 | Roll Call Excerpts |
| 338 | Schoolcraft Tape Recordings – CD # 90 Copy of Schoolcraft CD |

| | |
|---|---|
| 400[3] | Marino CPI (PDX 8) |
| 401 | Marino IAB Resume (PDX 11) |
| 402 | Mauriello PG Tr. 8-11-10 (PDX 47) |
| 403 | Marino PG (PDX 1) |
| 404 | Mauriello Floyd Tr. 4-2-13 (PDX 48) |
| 405 | Caughey PPI (PDX 38) |
| 406 | Mauriello History (iPro) (PDX 54) |
| 407 | Mauriello IAB Resume (PDX 55) |
| 408 | Caughey PG Transcript (PDX 33) |
| 409 | Lauterborn PG Transcript 8-11-10 (PDX 18) |
| 410 | Marino Floyd TC (PDX 2) |
| 411 | Mauriello Tr. in Floyd v City of New York (PMX 35; PDX 48) |
| 412 | Quota Memo for Sergeant Lurch re Arbitration |
| 413 | Lamstein Intake Forms and Notes |
| 414 | NYPD PES File Documents (PDX 68) |
| 415 | Lamstein Declaration |

---

[3] Exhibits in the 400 series are identified as impeachment exhibits and by identifying these exhibtis plaintiff is not stating that these are all the impeachment documents that may be used at trial and plaintiff reserves the right to use other documents for impeachment purposes as well as for rebuttal.

| | |
|---|---|
| 416 | Lamstein Errata Sheet |
| 417 | Lamstein Interview Summary (NYC 4556-58) |
| 418 | Mauriello Affidavit (Dkt # 358), dated 12-22-14 |
| 419 | Mauriello Affidavit (Dkt. # 385), dated 2-12-15 |
| 420 | Marino Command Discipline 11-24-10 (NYC D 00452-53) |
| 421 | Decision on Marino Charges (NYC 12965-13095) |
| 422 | Scott Background Check on Marino (PDX 10) |
| 423 | Team Leader Case Review (PDX 107) |
| 424 | Lauterborn IAB Transcript (POX 4; PDX 18) |
| 425 | Caughey IAB Transcript (POX 23; PDX 33) |
| 426 | Mauriello PG Transcript (POX 25; PDX 47) |
| 427 | Lauterborn Interview Memo re 9-17-09 Interview (NYC 5786-89) |
| 428 | Yeager Interview Memo (NYC 6023-24) |
| 429 | Scott Report of James Interview (PDX 122) |
| 430 | Lamstein-Schoolcraft Meeting on 10-27-09 – CD # 65 WS.331M_27OCTOBER2009_3rdAppt-1Lefrak_Dr. Lamstein |
| 431 | Lamstein-Schoolcraft Meeting on 7-27-09 – CD # 67 DS.50_27JULY2009_MONDAY_Dr.Lamstein_SecondOrderedAppearance |