LAW OFFICE OF
# NATHANIEL B. SMITH
ATTORNEY AT LAW
100 WALL STREET - 23rd Flr.
NEW YORK, NEW YORK 10005

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-230-1090

<u>**Via ECF**</u>

August 18, 2015

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Schoolcraft v. The City of New York, et al.,*
*10-cv-6005 (RWS)*

Dear Judge Sweet:

    I write to the Court to respond to the defendants' August 18, 2015 letter. The reference to August 24th on the second page of my letter to the Court was a typographical error by me. As noted on the first page of the letter and in my prior letter, dated August 13th, the plaintiff is requesting the adjournment to August 21st. I apologize to the Court for my mistake.

Respectfully submitted,

Nathaniel B. Smith