# EXHIBIT A
# LIST OF INSUFFICIENTLY IDENTIFIED PLAINTIFF'S EXHIBITS

|    | PTX | Description |
|----|-----|-------------|
| 1  | 22  | Schoolcraft W-2s for 2005-2008[1] |
| 4  | 35  | Gough Investigative Report 2-12-10 (PDX 99) |
| 5  | 46  | Report by BNIU (PDX 76) |
| 6  | 47  | Aided System Search Report (PDX 80) |
| 7  | 48  | 911 Sprint Report for 10-31-09 (PDX 81) |
| 8  | 49  | BNUI Email re Upstate Visits (PDX 82) |
| 9  | 50  | Caughey Report to IAB re Schoolcraft Benefits Application (PDX 89) |
| 10 | 51  | IAB Report on Caughey Report on Schoolcraft (PDX 91) |
| 11 | 52  | BNUI Report on Gough and Duncan Upstate Trip on 1-20-10 (PDX 95) |
| 12 | 53  | Trainor Report on Request to Mauriello to Seal Schoolcraft's Lockers (PDX 97) |
| 13 | 54  | BNIU Report on Gough and Duncan Upstate Trip on 2-12-10 (PDX 99) |
| 14 | 55  | BNIU Report on Certified Mailing of Notice to Schoolcraft on 6-17-10 (PDX 101) |
| 15 | 66  | Confidential Attorney Eyes Only Productions filed under seal (PMX 16; PMX 144 & 170; PDX 169) |
| 16 | 79  | Mollen Commission Report (excerpts) (POX 36) |
| 17 | 94  | Charges and Specification (POX 8) |
| 18 | 104 | Command Log for 81st Precinct for October 27, 2009 |
| 19 | 151 | PG 205-48 MOS Evaluations |
| 20 | 163 | PG – Excessive Force Rules |
| 21 | 205 | JHMC ER Nursing Notes (from Chart) |
| 22 | 300 | Home Invasion Recording and Transcript[2] |
| 23 | 302 | Photos: Schoolcraft Allowed to Handle Guns after Gun Removal |
| 24 | 303 | Lauterborn-L. Schoolcraft Recording and Transcript |
| 25 | 304 | Appeal Meeting 2-25-09 Recording |
| 26 | 306 | Lauterborn-Schoolcraft Recording re Reporting Retaliation |
| 27 | 308 | IAB Report on Menacing 10-31-09 |
| 29 | 311 | Compact Disc with Recordings (PMX 11) |
| 30 | 312 | Conversation with Huffman (excerpts from 10-31-09 recording) |
| 31 | 313 | CD of Recordings (POX 5) |

---

[1] Not produced by Plaintiff until August 20, 2015.

[2] Transcript was provided on August 20, 2015.

# EXHIBIT A
# LIST OF INSUFFICIENTLY IDENTIFIED PLAINTIFF'S EXHIBITS

| 32 | 314 | Ferrara Recording re Rat Upstate |
|---|---|---|
| 33 | 315 | Photos of JHMC – JLS 190, 191,202, 205, 206, 252, 260, 261, 299, 320[3] |
| 34 | 316 | O'Hare NYPD Upstate Visit; WS.331M-11December2009_NYPD_JPD_Harrassment.wma |
| 35 | 318 | IAB Conversation 9-2-09 |
| 36 | 319 | Handcuffs – Silver |
| 37 | 321 | Handcuffs – Black |
| 38 | 323 | Diagram of Apartment |
| 39 | 327 | COMPSTAT Video – Numbers and Activity |
| 40 | 328 | COMPSTAT Video re Halloween Night |
| 41 | 329 | Photo of Olympus Record |
| 42 | 330 | Yeager Interview – CD # 5 |
| 43 | 331 | Home Surveillance Videos – CD # 22 |
| 44 | 332 | Home Surveillance Videos – CD # 32 |
| 45 | 335 | District Surgeon Meeting on 4-4-09 - WS.331M_Saturday_4APRIL2009_DistrictSurgeon1Lefrak |
| 46 | 336 | O'Hare Banging on Door 12-11-09 – CD # 71 |
| 47 | 337 | Roll Call Excerpts |
| 48 | 338 | Schoolcraft Tape Recordings – CD # 90 Copy of Schoolcraft CD |
| 49 | 412 | Quota Memo for Sergeant Lurch re Arbitration |
| 50 | 413 | Lamstein Intake Forms and Notes |

---

[3] Plaintiff purported to produce a copy of the images listed as PTX 315, 319, 321, 323, 325, "329.1," and "329.1" by fax on August 20, 2015, but the fax was illegible. On August 21, 2015, plaintiff posted the documents to the internet for download.