

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY  10007 | CHERYL L. SHAMMAS<br>*Senior  Counsel*<br>phone: (212) 356-2406<br>fax: (212) 356-3509<br>cshammas@law.nyc.gov |
|---|---|---|

September 15, 2015

**BY ECF & EMAIL (Andrei_Vrabie@nysd.uscourts.gov)**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Schoolcraft v. City of New York, et al.*, 10-cv-6005 (RWS)

Your Honor:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent the City Defendants in the above-referenced matter. We write to respectfully request an adjournment of the motion *in limine* filing deadline from September 17, 2015 to September 21, 2015. The deadline was previously adjourned in connection with adjournments of the deadline for the JPTO, most recently by operation of the Court's order of September 10, 2015 (Docket No. 487).  The reason for this request is that lead counsel for the City defendants, Alan Scheiner, suffered a relapse of a respiratory infection late Thursday last week, resulting in a serious bronchitis with fever.  He has been out of the office and unable to work full-time as a result.  We hope that he will be able to return to work soon.  All parties consent to this request.

We thank the Court for its consideration in this matter.

Respectfully submitted,

　　　/s/Cheryl Shammas

Cheryl Shammas
*Senior Counsel*

cc:    All counsel (*via* ECF)