UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                                 Plaintiff,    10-CV-6005 (RWS)

                 -against-

THE CITY OF NEW YORK, et al.

                             Defendants

--------------------------------------------------------------------------------X


## CITY DEFENDANTS' NOTICE OF MOTION TO PRECLUDE EXPERT TESTIMONY UNDER FEDERAL RULES OF EVIDENCE 702, 703, 402, AND 403, AND FEDERAL RULES OF CIVIL PROCEDURE 26 AND 37


**PLEASE TAKE NOTICE** that upon Defendants' City of New York, Deputy Chief Michael Marino, Gerald Nelson, Theodore Lauterborn, William Gough, Frederick Sawyer, Kurt Duncan, Christopher Broschart, Shantel James, and FDNY Lieutenant Elise Hanlon (collectively "City defendants") Memorandum of Law dated September 21, 2015, in support of their motion pursuant to Federal Rules of Evidence 702, 703, 402 and 403, and Federal Rules of Civil Procedure 26 and 37 to Preclude Expert Testimony, and upon all prior pleadings and proceedings had herein, City defendants will move this Court, before the Honorable Robert W. Sweet, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, as soon after October 9, 2015 as counsel may be heard, for an Order, granting preclusion of all or part of the testimony of plaintiff's proffered experts John Eterno, Eli Silverman and Dr. Roy Lubit, and part of the testimony of defendant Jamaica Hospital Medical Center's Expert Dr. Robert Levy, as specified

in the accompanying Memorandum of Law, and such other relief as the Court may find just and

proper;

**PLEASE TAKE FURTHER NOTICE that** pursuant to Court Order opposition

papers, if any, should be served on the undersigned on or before October 9, 2015; and

Dated:    New York, New York
          September 21, 2015

Respectfully submitted,

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorneys for City defendants*
100 Church Street, Room 3-174
New York, New York 10007
(212) 356-2344
ascheiner@law.nyc.gov

By:    _____/s/_____
       Alan Scheiner
       Senior Counsel
       Cheryl Shammas
       Senior Counsel
       Kavin Thadani
       Senior Counsel

cc:    Nathaniel Smith (By ECF)
       *Attorney for Plaintiff*

       Jon Norinsberg (By ECF)
       *Attorney for Plaintiff*

       Gerald Cohen (By ECF)
       Cohen & Fitch LLLP
       *Attorneys for Plaintiff*

       Gregory John Radomisli (By ECF)
       MARTIN CLEARWATER & BELL LLP
       *Attorneys for Jamaica Hospital Medical Center*

Brian Lee (By ECF)
IVONE, DEVINE & JENSEN, LLP
*Attorneys for Dr. Isak Isakov*

Paul Callan (By ECF)
CALLAN, KOSTER, BRADY & BRENNAN, LLP
*Attorneys for Lillian Aldana-Bernier*

Walter Kretz (By ECF)
SCOPPETTA SEIFF KRETZ & ABERCROMBIE
*Attorney for Defendant Mauriello*

Docket No 10-CV-6005 (RWS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN SCHOOLCRAFT,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

**NOTICE OF MOTION**

***ZACHARY W. CARTER***
*Corporation Counsel of the City of New York*
*Attorney for City Defendants*
*100 Church Street, Room 3-174*
*New York, New York  10007*

*Of Counsel: Alan H. Scheiner*
*Tel:  (212) 356-2344*
*James Horton*
*Tel: (212) 356-2647*

*Due and timely service is hereby admitted.*

*New York, N.Y........................................................, 2014*

*.................................................................... Esq.*

*Attorney for.....................................................................*