# PTX 66

# UNDER SEAL