

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                                         Plaintiff,    10-CV-6005 (RWS)

-against-

THE CITY OF NEW YORK, et al.                        **NOTICE OF MOTION**

                                         Defendants
----------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Senior Counsel Alan Scheiner, Esq., dated September 21, 2015, and the exhibits annexed thereto; the accompanying Memorandum of Law; and upon all prior pleadings and proceedings had herein, Defendants City of New York, Deputy Chief Michael Marino, Gerald Nelson, Theodore Lauterborn, William Gough, Frederick Sawyer, Kurt Duncan, Christopher Broschart, Shantel James, and FDNY Lieutenant Elise Hanlon (collectively the "City defendants") will move this Court, before the Honorable Robert W. Sweet, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard after October 9, 2015, for an Order precluding plaintiff from introducing certain evidence at trial, as specified in the accompanying Memorandum of Law dated September 21, 2015, and for such other and further relief as the Court may deem just and proper;

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, must be served on the undersigned on or before October 9, 2015, pursuant to the Court's prior order.

Dated: New York, New York
September 21, 2015

                Respectfully submitted,

                ZACHARY W. CARTER
                Corporation Counsel of the City of New York
                *Attorneys for City defendants*
                100 Church Street, Room 3-174
                New York, New York 10007
                (212) 356-2344
                ascheiner@law.nyc.gov

By:     /s/
      Alan Scheiner
      Senior Counsel
      Cheryl Shammas
      Senior Counsel
      Kavin Thadani
      Senior Counsel

cc:     Nathaniel Smith (By ECF)
        *Attorney for Plaintiff*

        Jon Norinsberg (By ECF)
        *Attorney for Plaintiff*

        Gerald Cohen (By ECF)
        Cohen & Fitch LLLP
        *Attorneys for Plaintiff*

        Gregory John Radomisli (By ECF)
        MARTIN CLEARWATER & BELL LLP
        *Attorneys for Jamaica Hospital Medical Center*

        Brian Lee (By ECF)
        IVONE, DEVINE & JENSEN, LLP

*Attorneys for Dr. Isak Isakov*

Paul Callan (By ECF)
CALLAN, KOSTER, BRADY & BRENNAN, LLP
*Attorneys for Lillian Aldana-Bernier*

Walter Kretz (By ECF)
SCOPPETTA SEIFF KRETZ & ABERCROMBIE
*Attorney for Defendant Mauriello*

| |
|---|
| Docket No 10-CV-6005 (RWS) |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| ADRIAN SCHOOLCRAFT,<br><br>                Plaintiff,<br><br>       -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                Defendants. |
| **NOTICE OF MOTION OF CITY DEFENDANTS' MOTION IN LIMINE** |
| *ZACHARY W. CARTER*<br>*Corporation Counsel of the City of New York*<br>*Attorney for City Defendants*<br>*100 Church Street, Room 3-174*<br>*New York, New York  10007*<br><br>*Of Counsel: Alan H. Scheiner*<br>*Tel:  (212) 356-2344*<br>*James Horton*<br>*Tel: (212) 356-2647* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y......................................................, 2014*<br><br>*................................................................................. Esq.*<br><br>*Attorney for.......................................................................* |