UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

ADRIAN SCHOOLCRAFT,

                             Plaintiff,

          -against-

THE CITY OF NEW YORK, et al.,

                            Defendants.
------------------------------------------------------------------- X

**DECLARATION OF ALAN H. SCHEINER IN SUPPORT OF CITY DEFENDANTS' MOTION *IN LIMINE***

10-CV-6005 (RWS)

      I, **ALAN H. SCHEINER**, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.     I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants the City of New York, Michael Marino, Gerald Nelson, Theodore Lauterborn, William Gough, Frederick Sawyer, Kurt Duncan, Christopher Broschart, Shantel James, and FDNY Lieutenant Elise Hanlon (collectively "City Defendants"). As such, I am familiar with the facts stated below and submit this declaration to place on the record the relevant documents in support of City Defendants' motion *in limine*.

      2.     Annexed hereto as Exhibit "A" are excerpts from the transcript of the deposition of Adrian Schoolcraft taken in this case on October 31, 2012.

      3.     Annexed hereto as Exhibit "B" are Plaintiff's FRCP 26(A)(1) Initial Disclosures, dated May 11, 2011.

      4.     Annexed hereto as Exhibit "C" are excerpts from Plaintiff's Response to Defendant City of New York's First Set of Interrogatories and Document Requests, dated April 9, 2012.

5.	Annexed hereto as Exhibit "D" are excerpts from City Defendants' First Combined Set of Interrogatories and Document Requests, dated December 5, 2011.

6.	Annexed hereto as Exhibit "E" are excerpts from the transcript of the deposition of Larry Schoolcraft taken in this case on December 11, 2013.

7.	Annexed hereto as Exhibit "F" are excerpts from the transcript of the deposition of Joseph Ferrara taken in this case on June 5, 2014.

8.	Annexed hereto as Exhibit "G" are pages that are part of the same fax transmission and internet posting as plaintiff's trial exhibit ("PTX") 59.

9.	Also annexed hereto are the following plaintiff trial exhibits:  PTX 4, 6, 13, 16, 18, 22, 25, 26, 29, 30, 33, 34, 35, 40, 42, 46, 49, 50, 51, 52, 53, 54, 55, 57, 59, 60, 62, 64, 65, 66, 72, 79, 81, 84, 93, 95, 306, 308, 309, 314, 316, 400, 401, 402, 403, 404, 406, 407, 408, 409, 410, 411, 420, 421, 426, 427.

Dated:	New York, New York
	September 21, 2015

						ZACHARY W. CARTER
						Corporation Counsel of the
						City of New York
						*Attorney for City Defendants*
						100 Church Street, Room 3-174
						New York, New York 10007
						(212) 356-2344

					By:	/s/ Alan H. Scheiner_____
						Alan H. Scheiner
						Senior Counsel
						Special Federal Litigation Division


cc:	Nathaniel Smith (By ECF)
	*Attorney for Plaintiff*

	Gregory John Radomisli (By ECF)

MARTIN CLEARWATER & BELL LLP
*Attorneys for Jamaica Hospital Medical Center*

Brian Lee (By ECF)
IVONE, DEVINE & JENSEN, LLP
*Attorneys for Dr. Isak Isakov*

Paul Callan (By ECF)
CALLAN, KOSTER, BRADY & BRENNAN, LLP
*Attorneys for Lillian Aldana-Bernier*

Walter Kretz (By ECF)
SCOPPETTA SEIFF KRETZ & ABERCROMBIE
*Attorney for Defendant Mauriello*

| |
|---|
| Docket No 10-CV-6005 (RWS) |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| ADRIAN SCHOOLCRAFT,<br><br>                                                            Plaintiff,<br><br>                         -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                                                            Defendants. |
| **DECLARATION OF<br>ALAN H. SCHEINER IN<br>SUPPORT OF CITY DEFENDANTS'<br>MOTION *IN LIMINE*** |
| ***ZACHARY W. CARTER***<br>*Corporation Counsel of the City of New York*<br>*Attorney for City Defendants*<br>*100 Church Street, Room 3-174*<br>*New York, New York  10007*<br><br>*Of Counsel: Alan H. Scheiner*<br>*Tel:  (212) 356-2344* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y......................................................., 2015*<br><br>*................................................................................ Esq.*<br><br>*Attorney for......................................................................* |