# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                Plaintiff,

-against-

                **PLAINTIFF'S**
                **FRCP 26(A)(1)**
                **INITIAL DISCLOSURES**
                **10 CV 6353**

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL
MARINO, Tax Id. 873220, Individually and in his Official Capacity,
ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH
GERALD NELSON, Tax Id. 912370, Individually and in his
Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO,
Tax Id. 895117, Individually and in his Official Capacity,
LIEUTENANT THEODORE LAUTERBORN, Tax Id. 897840,
Individually and in his Official Capacity, LIEUTENANT JOSEPH
GOFF, Tax Id. 894025, Individually and in his Official Capacity,
SGT.FREDERICK SAWYER, Individually and in his Official
Capacity, SERGEANT KURT DUNCAN, Shield No. 2483,
Individually and in his Official Capacity, LIEUTENANT
CHRISTOPHER BROSCHART, Tax Id. 915354, Individually
and in his Official Capacity, LIEUTENANT RAFAEL MASCOL,
Tax Id. 901927, Individually and in his Official Capacity,
LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374,
Individually and in his Official Capacity, SERGEANT STEVEN
WEISS Tax Id. 924615, Individually and in his Official Capacity,
SERGEANT SHANTEL JAMES, Shield No. 30004, Individually
and in her Official Capacity, DEPUTY COMMISSIONER PAUL
BROWN, Individually and in his Official Capacity, and P.O.'s
"JOHN DOE" #1-50, Individually and in their Official Capacity
(the name John Doe being fictitious, as the true names are presently
unknown) (collectively referred to as "NYPD defendants"),
JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV,
Individually and in his Official Capacity, DR. LILIAN
ALDANA-BERNIER, Individually and in her Official Capacity
and JAMAICA HOSPITAL MEDICAL CENTER
EMPLOYEE'S "JOHN DOE" # 1-50, Individually and in their
Official Capacity (the name John Doe being fictitious, as the
true names are presently unknown),

                Defendants.
------------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that plaintiff Adrian Schoolcraft, pursuant to Federal Rule of Civil Procedure 26(a)(1), upon information and belief, hereby submits his initial disclosure as follows:

(a) **Individuals Likely to Have Discoverable Information:** Plaintiff Adrian Schoolcraft, Larry Schoolcraft, Deputy Chief Michael Marino, Deputy Inspector Steven Mauriello, Lieutenant Theodore Lauterborn, Lieutenant Joseph Goff, Sgt. Frederick Sawyer, Sergeant Kurt Duncan, Lieutenant Christopher Broschart, P.O. Arthur Sadowski, P.O. Raymond Miller, Lieutenant Rafael Mascol, Lieutenant Gene Delafuente, Lieutenant Timothy Caughey, Sergeant Steven Weiss, Sgt. Raymond Stukes, Sergeant Shantel James, Sergeant Rasheena Huffman, P.A.A. "Jane" Boston, Commissioner Raymond Kelly, Deputy Commissioner Paul Browne, Assistant Chief Patrol Borough Brooklyn North Gerald Nelson, Captain Brandon Del Pozo, Chief of the Internal Affairs Bureau Charles Campisi, Chief Michael Scagnelli, P.O. David Velez, Sergeant Roger Lurch, Sgt. Andrew Cunningham, Sgt. John Deodato, Jr., Lt. David Durk (ret'd), Captain Alex Perez, Catherine Lamstein, Ph.D., Joseph Cuffio, M.D., Isak Isakov, M.D., Lilian Aldana-Bernier, M.D., Ted Stretmoyer and Carol Stretmoyer.

(b) **Relevant documents:**
Plaintiff's hospital records from Jamaica Hospital Medical Center (Exhibit A), Audio Recording of the "Home Invasion" into Adrian Schoolcraft's home on October 31, 2009 (Exhibit B), Audio Recording of the conversation between Larry Schoolcraft and Captain Theodore Lauterborne on October 31, 2009 (Exhibit C); and Arbitrator Bonnie Weinstock's decision from In the Matter of P.B.A. v. City of New York, Case # A-10699-04, striking down the NYPD's quota policy as unlawful (Exhibit D).

(c) **Itemized Damages:**
N/A

(d) **Insurance:** There are no insurance agreements relevant to this action.

Dated: New York, New York
May 11, 2011

BY: _____
JON L. NORINSBERG (norinsberg@aol.com)
Attorney for Plaintiff
225 Broadway, Suite 2700
New York, N.Y. 10007
(212) 791-5396

BY: _____
GERALD COHEN (gcohen@cohenfitch.com)
JOSHUA FITCH (jfitch@cohenfitch.com
Attorneys for Plaintiff
225 Broadway, Suite 2700
New York, N.Y. 10007
(212) 374-9115

Corporation Counsel of the
City of New York
Attorney for NYPD Defendants
100 Church Street, Room 2-124
New York, New York 10007
Attn: Donna Canfield, Esq.

Callan Koster Brady & Brennan, LLP
Attorney for Lillian Aldana-Bernier, M.D.
One Whitehall Street
10th Floor
New York, New York 10004

Ivone, Devine & Jensen, LLP
Attorney for Isak Isakov, M.D.
2001 Marcus Avenue
Suite N100
Lake Success, New York 11042

Martin, Clearwater & Bell, LLP
Attorney for Jamaica Hospital
220 East 42nd Street
New York, New York 10017
Gregory J. Radomisli, Esq.