**PTX 4, 6, 13, 16, 18, 22, 25, 26, 29, 30, 33, 34, 35, 40, 42, 46, 49, 50, 51, 52, 53, 54, 55, 57, 59, 60, 62, 64, 65, 66, 72, 84, 93, 95, 306, 308, 309, 314, 316, 400, 401, 402, 403, 406, 407, 408, 409, 420, 421, 426, 427**

**Filed Under Seal**