UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                         Plaintiff,                    DECLARATION

      -against-

                                                10-CV-06005 (RWS)

THE CITY OF NEW YORK, et al.,

                        Defendants.
---------------------------------------------------------------X

      I, WALTER A. KRETZ, JR., declare under penalty of perjury that the following is true and correct:

      1.      I am a member of Scoppetta Seiff Kretz & Abercrombie, attorneys for defendant Deputy Inspector Steven Mauriello. I submit this declaration to present the exhibits referenced in the Memorandum of Law submitted in support of our motion in limine.

      2.      The exhibits are as follows:

| | |
|---|---|
| SM Exhibit A | Excerpts of QAD Report (under seal) |
| SM Exhibit B | Mauriello Charges and Specifications (under seal) |
| SM Exhibit C | QAD Report (under seal) |
| SM Exhibit D | Excerpts of QAD Report (under seal) |
| SM Exhibit E | Excerpts of QAD Report (under seal) |
| SM Exhibit F | Discussion of investigations and charges (under seal) |
| SM Exhibit G | Letter of Reprimand (attached) |
| SM Exhibit H | Mauriello Deposition Excerpts (attached) |
| SM Exhibit I | Dr. Levy Expert Report (attached) |

Declaration executed on September 21, 2015.

                                            Walter A. Kretz, Jr., (WK-4645)