UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,   10CV6005(RSW)

                       Plaintiff,

      -against-   NOTICE OF MOTION
                                                                            IN LIMINE

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity, CAPTAIN THEODORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOFF, Tax Id. 894025, Individually and in his Official Capacity, SGT FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, and P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants"), JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in her Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                       Defendants.
----------------------------------------------------------------------------------x

       PLEASE TAKE NOTICE, that upon the annexed Declaration of Brian E. Lee, the ,

the accompanying Memorandum of Law, and the exhibits attached hereto, defendant ISAK

ISAKOV, M.D., by his attorneys, IVONE, DEVINE & JENSEN, LLP, will move this Court before the Hon. Robert W. Sweet, at 500 Pearl Street, New York, New York on October 2, 2015, at 12:00 noon, or as soon thereafter as counsel can be heard, for an Order to preclude Dr. Roy Lubit from testifying that plaintiff suffers from Post-Traumatic Stress Disorder (PTSD), and for such other and further releif as may be just and proper.

Dated:  Lake Success, New York
        September 21, 2015

                              Yours, etc.,

                              IVONE, DEVINE & JENSEN, LLP

                              */s/ Brian E. Lee*

By: _____
BRIAN E. LEE (9495)
Attorneys for Defendant
ISAK ISAKOV, M.D.
2001 Marcus Avenue, Suite N100
Lake Success, New York 11042
(516) 326-2400

TO:

NATHANIEL B. SMITH
Attorney for Plaintiff
111 Broadway - Suite 1305
New York, NY 10006
(212) 227-7062

ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for Defendant
CITY OF NEW YORK
100 Church Street, Room 3-203
New York, NY 10007
(212) 356-2372
Attn: Suzanna Mettham Publicker, Esq.

SCOPPETTA SEIFF KRETZ & ABERCROMBIE
Attorneys for Defendant
STEVEN MAURIELLO
444 Madison Avenue, 30th Floor
New York, NY 10022
(212) 371-4500
Attn: Walter Kretz, Jr., Esq.

CALLAN, KOSTER, BRADY & BRENNAN, LLP
Attorneys for Defendant
DR. LILIAN ALDANA-BERNIER
1 Whitehall Street
New York, NY 10004-2140
(212) 248-0115
Attn: Paul Callan, Esq.

MARTIN, CLEARWATER & BELL, LLP
Attorneys for Defendant
JAMAICA HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, NY 10017-5842
(212) 697-3122
Attn:  Gregory Radomisli, Esq.