UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,                                                          10CV6005(RSW)

                          Plaintiff,

                                                                              DECLARATION OF
        -against-                                                BRIAN E. LEE

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity, CAPTAIN THEODORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOFF, Tax Id. 894025, Individually and in his Official Capacity, SGT FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, and P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants"), JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in her Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                                          Defendants.
-----------------------------------------------------------------------------x

        BRIAN E. LEE, declares the following pursuant to 28 USC §1746, under penalty of perjury:

That I am a Member of Ivone, Devine & Jensen, LLP, the attorneys for the defendant ISAK ISAKOV, M.D., and am fully familiar with the facts and circumstances of this action by virtue of a review of the file in my office.

That this Declaration is submitted in support of the instant motion in limine of the defendant ISAK ISAKOV, M.D.

Attached hereto are the following Exhibits:

    Exhibit A:    The Order of Judge Sweet dated May 6, 2015

    Exhibit B:    The Order of Judge Sweet dated January 2015

    Exhibit C:    The plaintiff's third amended complaint

WHEREFORE, defendant ISAK ISAKOV, M.D. respectfully requests that the motion in limine be granted in its entirety.

Dated:    Lake Success, New York
           September 22, 2015

                              Yours, etc.,

                              IVONE, DEVINE & JENSEN, LLP

                              /s/ Brian E. Lee
               By:  _____
                              BRIAN E. LEE (9495)
                              Attorneys for Defendant
                              ISAK ISAKOV, M.D.
                              2001 Marcus Avenue, Suite N100
                              Lake Success, New York 11042
                              (516) 326-2400