UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                           Plaintiff,         NOTICE OF MOTION

-against-

                                                        10-CV-06005 (RWS)

THE CITY OF NEW YORK, et al.,

                           Defendants.
------------------------------------------------------------X

        PLEASE TAKE NOTICE, that upon the Declaration of Walter A. Kretz, Jr., signed on September 21, 2015, and defendant Steven Mauriello's Memorandum Of Law In Support of his Motion in Limine, defendant Mauriello, by his attorneys Scoppetta Seiff Kretz & Abercrombie, will move this Court on the 9th day of October, 2015, at 12:00 noon, or as soon thereafter as counsel may be heard, for an order precluding plaintiff and defendant Jamaica Hospital Medical Center from introducing certain evidence at trial, and granting such other relief as the Court deems just.

        PLEASE TAKE FURTHER NOTICE, pursuant to Rule 6 of the Federal Rules of Civil Procedure, Local Civil Rule 6.1(b), and this Court's Individual Practices, that answering memoranda, if any, shall be served within fourteen days after service of these moving papers.

Dated: New York, New York
       September 22, 2015

2

SCOPPETTA SEIFF KRETZ & ABERCROMBIE
Attorneys for Defendant STEVEN MAURIELLO

By: _____
     Walter A. Kretz, Jr., (WK-4645)
444 Madison Avenue, 30th Floor
New York, NY  10022
wakretz@seiffkretz.com
212-371-4500