SM EXHIBIT A

Filed under seal