SM EXHIBIT B

Filed under seal