SM EXHIBIT C

Filed under seal