SM EXHIBIT D

Filed under seal