SM EXHIBIT E

Filed under seal