SM EXHIBIT F

Filed under seal