SM EXHIBIT G



POLICE DEPARTMENT
NEW YORK, N.Y 10038

CHARLES V. CAMPISI
CHIEF, INTERNAL AFFAIRS

October 28, 2008



Captain Steven M. Mauriello
Tax #
Commanding Officer-Eighty-First Precinct
30 Ralph Avenue
Brooklyn, New York, 11221

Re: Letter of Reprimand

Dear Captain Mauriello,

    As you are aware, the Internal Affairs Bureau conducted an investigation into an allegation of misconduct in which you were a subject. The investigation substantiated that when you became aware of an ongoing investigation by the Civilian Complaint Review Board (CCRB) in which you were identified as a subject, you telephoned CCRB investigators to question the relevancy of the allegations and the creditability of the complainants. Additionally, during one phone call you left a voice message on an answering machine questioning the veracity of CCRB investigator's contact with the complainant.

    This conduct towards CCRB investigators is inappropriate. The Civilian Complaint Review Board is an independent body empowered by the New York City Charter to investigate allegations of misconduct against New York City Police Officers which involve excessive use of force, abuse of authority, discourtesy, or the use of offensive language. As an executive member of the service it is anticipated that you would do all that is necessary to cooperate with the Civilian Complaint Review Board in its fact finding efforts to investigate complaints against any member of the service. Where you are the subject of the investigation being conducted it is equally important that you take no steps which may undermine CCRB's investigative efforts.

    You are directed to meet with the Commanding Officer, Patrol Borough Brooklyn North to discuss Departmental procedures and policies, regarding civilian complaints and the importance of cooperating with CCRB investigators. The Commanding Officer, Patrol Borough Brooklyn North will document this meeting through a memo to the undersigned, which will be included in the Internal Affairs Bureau investigative file. Additionally, a copy of this letter will be sent to the Chief of Personnel for placement in your personnel file.

Charles V. Campisi
Chief of Internal Affairs

CC: Chief of Personnel
    Commanding Officer, Patrol Borough Brooklyn North



D 000819