UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,

                                                                         10–cv-6005 (RWS)

                          Plaintiff,

-against-

                                                                  NOTICE OF FIRM

                                                                   CHANGE OF ADDRESS

THE CITY OF NEW YORK, *et al.*,

                          Defendants.

---------------------------------------------------------------x

To the clerk of court and all parties of record:

I appear in this case as counsel for Plaintiff Adrian Schoolcraft, and file this Change of Address/Firm for ECF notice and records:

John Lenoir – Attorney
100 Wall Street
23rd Floor
New York, NY 10005

john.lenoir@gmail.com
646.763.8482
212 335 0250
646.417.7245 (fax)

                                                      Date: September 22, 2015

                                                           s/ John D Lenoir