UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,                                              10CV6005(RSW)

                                Plaintiff,

                                                                                                NOTICE OF MOTION
       -against-                                                          IN LIMINE

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL
MARINO, Tax Id. 873220, Individually and in his Official
Capacity, ASSISTANT CHIEF PATROL BOROUGH
BROOKLYN NORTH GERALD NELSON, Tax Id. 912370,
Individually and in his Official Capacity, DEPUTY
INSPECTOR STEVEN MAURIELLO, Tax Id. 895117,
Individually and in his Official Capacity, CAPTAIN
THEODORE LAUTERBORN, Tax Id. 897840, Individually and
in his Official Capacity, LIEUTENANT JOSEPH GOFF, Tax Id.
894025, Individually and in his Official Capacity, SGT
FREDERICK SAWYER, Shield No. 2576, Individually and in
his Official Capacity, SERGEANT KURT DUNCAN, Shield No.
2483, Individually and in his Official Capacity, LIEUTENANT
CHRISTOPHER BROSCHART, Tax Id. 915354, Individually
and in his Official Capacity, LIEUTENANT TIMOTHY
CAUGHEY, Tax Id. 885374, Individually and in his Official
Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, and
P.O.'s "JOHN DOE" #1-50, Individually and in their Official
Capacity (the name John Doe being fictitious, as the true names
are presently unknown) (collectively referred to as "NYPD
defendants"), JAMAICA HOSPITAL MEDICAL CENTER, DR.
ISAK ISAKOV, Individually and in his Official Capacity, DR.
LILIAN ALDANA-BERNIER, Individually and in her Official
Capacity and JAMAICA HOSPITAL MEDICAL CENTER
EMPLOYEE'S "JOHN DOE # 1-50, Individually and in their
Official Capacity (the name John Doe being fictitious, as the
true names are presently unknown),

                                Defendants.
---------------------------------------------------------------------------------x

       PLEASE TAKE NOTICE, that upon the annexed Declaration of Brian E. Lee, the ,

the accompanying Memorandum of Law, and the exhibits attached hereto, defendant ISAK

ISAKOV, M.D., by his attorneys, IVONE, DEVINE & JENSEN, LLP, will move this Court before the Hon. Robert W. Sweet, at 500 Pearl Street, New York, New York on October 9, 2015, at 12:00 noon, or as soon thereafter as counsel can be heard, for an Order to preclude the plaintiff from introducing any evidence on the purported Declaratory Judgment Action, and for such other and further relief as may be just and proper.

Dated: Lake Success, New York
       September 21, 2015

                        Yours, etc.,

                        IVONE, DEVINE & JENSEN, LLP

                        */s/ Brian E. Lee*

By: _____
                        BRIAN E. LEE (9495)
                        Attorneys for Defendant
                        ISAK ISAKOV, M.D.
                        2001 Marcus Avenue, Suite N100
                        Lake Success, New York 11042
                        (516) 326-2400

To: All parties via ECF

TO:

NATHANIEL B. SMITH
Attorney for Plaintiff
111 Broadway - Suite 1305
New York, NY 10006
(212) 227-7062

ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for Defendant
CITY OF NEW YORK
100 Church Street, Room 3-203
New York, NY 10007
(212) 356-2372
Attn: Suzanna Mettham Publicker, Esq.

SCOPPETTA SEIFF KRETZ & ABERCROMBIE
Attorneys for Defendant
STEVEN MAURIELLO
444 Madison Avenue, 30th Floor
New York, NY 10022
(212) 371-4500
Attn: Walter Kretz, Jr., Esq.

CALLAN, KOSTER, BRADY & BRENNAN, LLP
Attorneys for Defendant
DR. LILIAN ALDANA-BERNIER
1 Whitehall Street
New York, NY 10004-2140
(212) 248-0115
Attn: Paul Callan, Esq.

MARTIN, CLEARWATER & BELL, LLP
Attorneys for Defendant
JAMAICA HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, NY 10017-5842
(212) 697-3122
Attn:  Gregory Radomisli, Esq.