UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                Plaintiff,

    -against-

                                        **NOTICE OF MOTION**

                                        **10 CV 06005 (RWS)**

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity CAPTAIN THEODORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOFF, Tax Id. 894025, Individually and in his Official Capacity, SGT. FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LIEUTENANT TIMOTHY CAUGHEY, Tax Id. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, AND P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants"), JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in her Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE" # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                Defendants.

------------------------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that plaintiff ADRIAN SCHOOLCRAFT, moves this Court in limine, for an Order pursuant to Rules 401, 402, 403, 404, 608, 609, 802 and 803 of the

Federal Rules of Evidence to exclude certain evidence at trial of this matter and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York

September 21, 2015

                                      Respectfully Submitted

                                      _____/s_____

JOSHUA P. FITCH COHEN
& FITCH LLP
Attorneys for Plaintiff
233 Broadway, Suite 1800
New York, N.Y. 10279
(212) 374-9115
gcohen@cohenfitch.com
jfitch@cohenfitch.com

JON L. NORINSBERG
Attorney for Plaintiff
225 Broadway, Suite 2700 New York, New York 10007 (212) 791-5396
Norinsberg@aol.com

NATHANIEL B. SMITH
Attorney for Plaintiff
100 Wall Street, 23rd Floor New York, New York 10005 212-227-7062
natbsmith@gmail.com