UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

ADRIAN SCHOOLCRAFT,

               Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

              Defendants.

------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/15

Sweet, D.J.

        The motions in limine filed by Adrian Schoolcraft, by the City of New York, by Steven Mauriello, by Jamaica Hospital, by Isak Isakov, and by Lilian Aldana-Bernier shall be heard at noon on Wednesday, October 7, 2015 in Courtroom 18C, United States Courthouse, 500 Pearl Street.  All papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

New York, NY
September 29, 2015

                                      ROBERT W. SWEET
                                         U.S.D.J.