UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                              Plaintiff,                10 Civ. 6005 (RWS)

    -against-                               **NOTICE OF ACCEPTANCE**
                                                                     **OF OFFER OF JUDGMENT**

THE CITY OF NEW YORK, et al.,

                              Defendants.
-------------------------------------------------------------------X

       On September 16, 2015, defendants the City of New York, Michael Marino, Gerald Nelson, Theodore Lauterborn, William Gough, Frederick Sawyer, Kurt Duncan, Christopher Broschart, Timothy Caughey, Shantel James, Timothy Trainor and FDNY Lieutenant Elise Hanlon, and Steven Mauriello served on plaintiff an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. (Annexed hereto as **Exhibit A**). Now, within fourteen (14) days of service of said offer, plaintiff hereby serves notice of his **acceptance** of said offer of judgment and the terms set forth therein.[1] In accordance with Rule 68(a) and Rule 54(b) of the Federal Rules of Civil Procedure, plaintiff ADRIAN SCHOOLCRAFT respectfully requests the clerk to enter judgment in favor of plaintiff ADRIAN SCHOOLCRAFT in accordance with the terms set forth in defendants Offer of Judgment. (See **Exhibit A**).

DATED: September 29, 2015

                                                By:_____/S_____
                                               LAW OFFICE OF NATHANIEL B. SMITH
                                             100 Wall Street, 23rd Floor

---

[1] Upon the entry of judgment, plaintiff will submit his application for attorney's fees pursuant to the requirements and timeline contained in Federal Rule of Civil Procedure 54(d)(2)(B)(i).

1

New York, NY 10005
212 227 7062
212 346 4665 (fax)
By:  Nathaniel B. Smith
       John Lenoir

LAW OFFICES OF JON L. NORINSBERG
225 Broadway, Suite 2700
New York, New York 10007
(212) 791-5396
(212) 406-6890 (fax)

COHEN & FITCH, LLP
225 Broadway, Suite 2700
New York, New York 10007
(212) 374-9115
(212) 406-2313 (fax)
By:  Gerald Cohen
       Joshua Fitch

TO:   ZACHARY W. CARTER
       Corporation Counsel of the
       City of New York
       Attorney for Defendants City of New York, Marino, Nelson, Lauterborn, Gough,
       Sawyer, Duncan, Broschart, Caughey, James Trainor and Hanlon
       100 Church Street
       New York, New York 10007
       Attention: Alan Scheiner, Esq.

       SCOPETTA SEIFF KRETZ & ABERCROMBIE
       Attorney for Defendant Steven Mauriello
       444 Madison Avenue, 30th Floor
       New York, New York 10022
       Attn: Walter A. Kretz, Jr.