## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                              ss:
COUNTY OF NEW YORK    )

Ilyssa Fuchs, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in New York County, New York.

On the 29th day of September, 2015, I caused service of the above and foregoing instruments, **ACCEPTANCE OF OFFER OF JUDGMENT, 10 Civ. 6005**, by depositing same in a sealed envelope with postage prepaid thereon, and placing same in an official depository maintained for that purpose by the U.S. Postal Service within New York State, addressed to the last known address of the addressee(s) below:

Alan Scheiner, Esq.
Attorney for Defendants City of New York, Marino, Nelson, Lauterborn, Gough, Sawyer, Duncan, Broschart, Caughey, James Trainor and Hanlon
100 Church Street
New York, New York 10007

Walter A. Kretz, Jr.
SCOPETTA SEIFF KRETZ & ABERCROMBIE
Attorney for Defendant Steven Mauriello
444 Madison Avenue, 30th Floor
New York, New York 10022

_____
Ilyssa Fuchs

Sworn to before me, this
29th day of September, 2015

_____
NOTARY PUBLIC

GARY A. LICHTMAN
Notary Public, State of New York
No. 02LI6031102
Qualified in New York County
Commission Expires 09/27/17

Cohen & Fitch LLP
The Woolworth Building
233 Broadway, Suite 1800
New York, NY 10279



Alan Scheiner, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007

Cohen & Fitch LLP
The Woolworth Building
233 Broadway, Suite 1800
New York, NY 10279



02 1P  $000.48⁵
0001085059  SEP 29 2015
MAILED FROM ZIP CODE 10279

Walter A. Kretz, Jr.
SCOPETTA SEIFF KRETZ & ABERCROMBIE
444 Madison Avenue, 30th Floor
New York, New York 10022