

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY  10007

ALAN H. SCHEINER
*Senior Counsel*
phone: (212) 356-2344
fax: (212) 356-3509
ascheine@law.nyc.gov

October 1, 2015

**BY ECF**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:  *Schoolcraft v. City of New York, et al.*, 10-cv-6005 (RWS)

Your Honor:

     I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent the City Defendants in the above-referenced matter.  In light of plaintiff's acceptance of the City Defendants' and defendant Mauriello's Rule 68 Offer of Judgment, the settling defendants respectfully request that they be excused from filing papers in relation to any pending motions and from any appearance before the Court on October 7, 2015.  All parties consent to this request.  Counsel for the City Defendants and defendant Mauriello may attend proceedings in this matter for informational purposes.

     As requested by the Court and discussed with the Court's law clerk, a proposed Judgment adopting the accepted Rule 68 Offer of Judgment will be expeditiously submitted to the Court.

     We thank the Court for its consideration in this matter.

Respectfully submitted,

/s/ Alan H. Scheiner_____

Alan H. Scheiner
*Senior Counsel*

cc:  All counsel (*via* ECF)