UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

ADRIAN SCHOOLCRAFT,

          Plaintiff,

   - against -

CITY OF NEW YORK, ET AL.,

          Defendants.

---------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

**Sweet, D.J.**

     The letters regarding motions in limine filed by defendant Jamaica Hospital Medical Center dated October 7, 2015, and defendant Aldana-Bernier dated October 8, 2015 shall be treated as motions and shall be heard at noon on Wednesday, October 14, 2015 in Courtroom 18C, United States Courthouse, 500 Pearl Street.

     It is so ordered.

**New York, NY**
**October 9, 2015**

ROBERT W. SWEET
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/15