# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- X

ADRIAN SCHOOLCRAFT,                                          **10 Civ. 6005 (RWS)**

                                                    Plaintiff,

            -against-                                        **DISMISSAL WITH**
                                                             **PREJUDICE PURSUANT**
THE CITY OF NEW YORK, et al.,                                **TO JUDGMENT**

                                                    Defendants

-------------------------------------------------------------------------------- x

    **WHEREAS,** on September 16, 2015, pursuant to Rule 68 of the Federal Rules of Civil

Procedure, defendants the City of New York, Michael Marino, Gerald Nelson, Theodore

Lauterborn, William Gough, Frederick Sawyer, Kurt Duncan, Christopher Broschart, Timothy

Caughey, Shantel James, Timothy Trainor, and Elise Hanlon (hereinafter "City Defendants")

served on plaintiff an Offer of Judgment, offering, among other things, to allow plaintiff Adrian

Schoolcraft to take a judgment against the City of New York in this action; and

    **WHEREAS,** on September 29, 2015, pursuant to Rule 68 of the Federal Rules of Civil

Procedure, plaintiff accepted the Offer of Judgment by executing and filing the Offer of

Judgment with the Court, at Docket No. 531 (the "Offer of Judgment"); and

    **WHEREAS,** the Offer of Judgment provided, among other things, that:

    Acceptance of this offer of judgment will act to release and
    discharge the City Defendants as well as defendant Steven
    Mauriello; their successors or assigns; and all past and present
    officials, employees, representatives, and agents of the City of
    New York, or any agency thereof, from any and all claims that
    were or could have been alleged by plaintiff arising out of the facts
    and circumstances that are the subject of this action.

    Acceptance of this offer of judgment will act to release and
    discharge plaintiff and his successors or assigns from any and all
    claims that were or could have been alleged by defendant Steven
    Mauriello arising out of the facts and circumstances that are the
    subject of this action.

**IT IS HEREBY ORDERED THAT:**

Pursuant to the plaintiff's acceptance of the Offer of Judgment, and the Judgment entered herein pursuant to Fed. R Civ. P. 68, plaintiff's claims against the individual defendants Michael Marino, Gerald Nelson, Theodore Lauterborn, William Gough, Frederick Sawyer, Kurt Duncan, Christopher Broschart, Timothy Caughey, Shantel James, Timothy Trainor, Elise Hanlon, and Steven Mauriello, and any other defendants being present or former agents or employees of the City of New York heretofore named in this action and not previously dismissed, if any (not to include Jamaica Hospital Medical Center, Isak Isakov or Lilliana Aldana-Bernier), and defendant Mauriello's counterclaim against plaintiff, are hereby **DISMISSED WITH PREJUDICE**.

Dated:          New York, New York
                       _____, 2015


                                                    _____

                                                    Hon. Robert W. Sweet, U.S.D.J