```
                                                           Page 1
 1      UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK
 2      Civil Action No.:  10 CIV-6005
        - - - - - - - - - - - - - - - - - - - - - x
 3
        ADRIAN SCHOOLCRAFT,
 4
                           Plaintiff,
 5
             - against -
 6
        THE CITY OF NEW YORK, DEPUTY CHIEF
 7      MICHAEL MARINO, Tax Id. 873220,
        Individually and in his Official
 8      Capacity, ASSISTANT CHIEF PATROL
        BOROUGH BROOKLYN NORTH GERALD NELSON,
 9      Tax Id. 912370, Individually and in his
        Official Capacity, DEPUTY INSPECTOR
10      STEVEN MAURIELLO, Tax Id. 895117,
        Individually and in his Official
11      Capacity, CAPTAIN THEODORE LAUTERBORN,
        Tax Id. 897840, Individually and in his
12      Official Capacity, LIEUTENANT JOSEPH
        GOFF, Tax Id. 894025, Individually and
13      in his Official Capacity, stg. Frederick
        Sawyer, Shield No. 2576, Individually
14      and in his Official Capacity, SERGEANT
        KURT DUNCAN, Shield No. 2483,
15      Individually and in his Official
        Capacity, LIEUTENANT TIMOTHY CAUGHEY,
16      Tax Id. 885374, Individually and in his
        Official Capacity, SERGEANT SHANTEL
17      JAMES, Shield No. 3004, and P.O.'s "JOHN
        DOE" 1-50, Individually and in their
18      Official Capacity (the name John Doe
        being fictitious, as the true names are
19      presently unknown) (collectively referred
        to as "NYPD defendants"), JAMAICA
20      HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV,
        Individually and in his Official
21      Capacity, DR. LILIAN ALDANA-BERNIER,
        Individually and in her Official Capacity
22      and JAMAICA HOSPITAL MEDICAL CENTER
        EMPLOYEES "JOHN DOE" #1-50, Individually
23
24
25      (Continued)
```

Page 33

1              Khin Mar Lwin, M.D.
2     Q    And what does it mean, "Consultation with
3   follow-up"?  What does that mean?
4     A    If the medical ER is asking for the
5   consultation, and they would like us to do the
6   follow-up of the patient.
7     Q    It says here in the first line,
8   "24-year-old single, white male."  Do you see that?
9     A    Yes.
10    Q    What was the basis for this statement of
11   yours?
12    A    At the time, he was single.
13    Q    Do you remember asking him that question
14   or is this based on your discussions with the
15   patient?
16    A    Based on the discussion with the patient.
17         (Indicating.)
18    Q    How long was your discussion or
19   consultation with the patient in this case?
20    A    I don't remember.
21    Q    Do you have any idea, looking at this
22   document, how long your consultation was?
23    A    The whole consultation, you mean?  I mean,
24   not only discussion with the patient but also the
25   discussion with the police officer also?

```
                                                           Page 34
 1                    Khin Mar Lwin, M.D.
 2        Q    Yes.
 3        A    The whole, I think at least half to one
 4   hour.
 5        Q    So you believe that --
 6        A    Half hour to one hour.
 7        Q    I'm sorry?
 8        A    30 minutes to one hour.
 9        Q    In the 30 minutes to one hour was how much
10   time you spent talking to the patient and to the
11   police officer?
12             MS. PUBLICKER-METTHAM:  Objection.
13        A    I don't -- you mean the police officer?
14        Q    Yes.
15        A    I don't remember, particularly.
16        Q    Who did you speak to in creating this
17   document?
18        A    This patient and this Sgt. James.
19             (Indicating.)
20        Q    Who was Sgt. James?
21        A    I asked the name of the police officer,
22   and then I wrote it down.  I don't know who -- I
23   mean, I don't remember.
24        Q    Did your asking the police officer for
25   their name or are you just basing that statement on
```