OUR FILE NO.: 090.155440
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X     Docket No.: 10-CIV-6005
ADRIAN SCHOOLCRAFT,

                              Plaintiff,

- against -

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL
MARINO, Tax Id. 873220, Individually and in his Official
Capacity, ASSISTANT CHIEF PATROL BOROUGH
BROOKLYN NORTH GERALD NELSON, Tax Id. 912370,
Individually and in his Official Capacity, DEPUTY
INSPECTOR STEVEN MAURIELLO, Tax Id. 895117,
Individually and in his Official Capacity, CAPTAIN
THEODORE LAUTERBORN, Tax Id. 897840, Individually
and in his Official Capacity, LIEUTENANT JOSEPH
GOFF, Tax Id. 894025, Individually and in his Official
Capacity, stg. Frederick sawyer, Shield No. 2576,
Individually and in his Official Capacity, SERGEANT
KURT DUNCAN, Shield No. 2483, Individually and in his
Official Capacity, LIEUTENANT CHRISTOPHER
BROSCHART, Tax Id. 915354, Individually and in his
Official Capacity, LIEUTENANT TIMOTHY CAUGHEY,
Tax Id. 885374, Individually and in his Official Capacity,
SERGEANT SHANTEL JAMES, Shield No. 3004, and
P.O.'s "JOHN DOE" #1-50, Individually and in their Official
Capacity (the name John Doe being fictitious, as the true
names are presently unknown) (collectively referred to as
"NYPD defendants"), JAMAICA HOSPITAL MEDICAL
CENTER, DR. ISAK ISAKOV, Individually and in his
Official Capacity, DR. LILIAN ALDANA-BERNIER,
Individually and in her Official Capacity and JAMAICA
HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN
DOE" # 1-50, Individually and in their Official Capacity (the
name John doe being fictitious, as the true names are
presently unknown),

**EXPERT DISCLOSURE
OF DEFENDANT
DR. LILIAN ALDANA-
BERNIER**

                              Defendants.
--------------------------------------------------------------------------X

CALLAN, KOSTER,
ADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
w York, New York 10004
212-248-8800

**COUNSELORS:**

     **PLEASE TAKE NOTICE**, that pursuant to Rule 26 of the Federal Rules of Civil

Procedure and the Court's scheduling Order, Dr. Aldana-Bernier submits the following

expert witness disclosure:

1. Statement of opinions by witness: see attached report as Exhibit "A".

2. Information considered by witness: the documents to which the witness refers in the attached report as Exhibit "A".

3. Possible exhibits to be used by witness: the documents to which the witness refers are listed in the attached report as Exhibit "A".

4. Witness qualifications: see attached C.V. as Exhibit "B".

   Testimony in the past four years: To be provided in a supplement disclosure.

5. Fee: To be provided in a supplemental disclosure.

   **PLEASE TAKE FURTHER NOTICE**, defendant reserves the right to supplement this disclosure at any time up to and including the time of trial.


Dated: New York, New York
         September 18, 2014

                              Yours, etc.,

                              CALLAN, KOSTER, BRADY & BRENNAN, LLP

                              *Paul F. Callan*
                              _____
                              By: PAUL F. CALLAN, ESQ. (PFC 2005)
                              A Member of the Firm
                              Attorneys for Defendant
                              DR. LILIAN ALDANA-BERNIER
                              One Whitehall Street, 10th Floor
                              New York, New York 10004
                              (212) 248-8800

TO:
LAW OFFICE OF NATHANIEL B. SMITH
Attorneys for Plaintiff
111 Broadway – Suite 1305
New York, New York 10007
(212) 227-7062

MARTIN CLEARWATER & BELL, LLP
Attorneys for Defendant
JAMAICA HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, New York 10017-5842
(212) 697-3122

IVONE, DEVINE & JENSEN, LLP
Attorneys for Defendant
ISAK ISAKOV, M.D.
2001 Marcus Avenue – Suite N100
Lake Success, New York 11042
(516) 326-2400

ZACHARY W. CARTER
CORPORATION COUNSEL
Attorneys for Defendants
NEW YORK CITY POLICE DEPT. et al.
Law Department of the City of New York
100 Church Street – Room 2-124
New York, New York 10007
(212) 788-8703
SCOPPETTA, SEIFF, KRETZ & ABERCROMBIE
Attorneys for Defendant
DEPUTY INSPECTOR STEVEN MAURIELLO
444 Madison Avenue – 30th Floor
New York, New York 10022
(212) 371-4500

"A"

1

**Laurence R. Tancredi, MD, JD**
**129-B East 71st. Street**
**New York, N.Y. 10021**

September 18, 2014

Paul F. Callan, Esq.
Callan, Koster, Brady & Brennan, LLP
One Whitehall Street
New York, NY 10004

Re: Liliana Aldana-Bernier, M.D. adv. Adrian Schoolcraft
         Your File No.: 090.155440

Dear. Mr. Callan:

I have reviewed portions of the Jamaica Hospital records available to Dr. Liliana Aldana-Bernier at the time she examined the plaintiff Adrian Schoolcraft. In addition, I have reviewed relevant portions of her deposition transcript, and the report of the Plaintiff's expert, Roy Lubit, MD, Ph.D.

Dr. Liliana Aldana-Bernier evaluated the Plaintiff, Adrian Schoolcraft, at the Jamaica Hospital on November 1, 2009, and on the basis of her review of the following she concluded that he should be admitted to the hospital:

1. EMS records and those from his evaluation in the Medical Emergency Room. Mr. Schoolcraft was brought into the Medical ER of Jamaica Hospital on October 31, 2009, by members of the New York Police Department. Early that day he had an altercation with an officer, felt threatened, and claiming that he was not feeling well with abdominal pain and discomfort, left his job prior to completion of his shift. Members of the NYPD went to his home, where he had barricaded himself in his room. Apparently the policemen were able to gain entrance into his room. One version is that they broke down the door; a second states that the police got the landlord to open the door. In any case, he was requested to accompany them to the precinct. He refused, whereupon the police put him in handcuffs and involuntarily had him taken to the emergency room of Jamaica Hospital for evaluation.

The records revealed that he was bizarre in his behavior, uncooperative, suspicious, guarded and agitated before, on entering the hospital and during the medical evaluation. Furthermore, he manifested paranoid thinking. After medical clearance, a psychiatrist evaluated him and transferred him to the Psychiatric Emergency Room with a tentative diagnosis of psychosis NOS.

2. Dr. Aldana-Bernier, who was the Director of the Psychiatric ER, also read the psychiatric evaluation of the resident, and evaluated Mr. Schoolcraft herself noting his paranoid and persecutory thinking about police conspiracies, cover-ups, and claims that the police were "after him." Her concerns were further augmented by information that six months or more previously he was evaluated by a psychiatrist in the police department and found to be emotionally unstable. As a result, his gun was taken away from him at that time.

She took all these factors into consideration including the realization that as a policeman he would likely have access to weapons, even though his gun had been removed, that he was living alone with few friends or available collaterals, and no doubt further appreciated that he was a big man, estimated 250 lbs, and could be bodily injurious to others, particularly given his compromised mental state and manifested lack of judgment. On the basis of these facts, she concluded that he was a foreseeable danger to himself or others and needed additional time in the hospital for medical stabilization. She committed him under the Mental Hygiene Law Section 9.39, which provides for Emergency Admission when a person is deemed to have a "mental illness for which immediate observation, care and treatment in a hospital is appropriate and which is likely to result in serious harm to himself or herself or others." The phrase "substantial risk of physical harm" is included in the language of the relevant statute. Underlying these concepts is a notion of "foreseeability".

This law, Section 9.39, allows for 48 hours observation during which time the patient is further evaluated, others are contacted with more time available and a detailed analysis is conducted to determine whether the more "freedom restricting" confinement-- that of 15 days following the assessment of a second physician, should be conducted. The Emergency Admission (or commitment) is often done quickly in an emergency room with frequently inadequate information available; it is a judgment call as is the case with any "risk" analysis. There is inevitably uncertainty inherent in risk assessment. (See: Buchanan A.; R. Binder; M. Norko et al: Psychiatric Violence Risk Assessment; *Am J Psychiatry* 2012, 169: 340 ff. for a detailed discussion of the conceptual problems of risk assessment): On the other hand, where factors, such as those in this case, lead to a reasonable conclusion by the clinician that there is foreseeable "substantial" risk of harm to self or others, it is essential to minimize serious adverse outcomes and, therefore, commit the individual.

Dr. Aldana-Bernier's deposition reveals a general knowledge about Section 9.39 of The Mental Hygiene Law. She showed that she understood the limited applicability of that law, the importance of "dangerousness" to self and others, and her understanding that she must do at that moment of decision-making what is best for the patient and for society at large. She made a judgment call that he was potentially (foreseeably) dangerous. And at the time when she did that she was forced to rely on only that information, which was readily available. The very recent history of bizarre behavior, uncooperativeness, paranoid ideation, agitation, general aggressiveness, and verbal confrontation (altercation with the officer earlier on 10.31.09, and cursing in the Medical

3

ER), along with an evaluation of emotional instability resulting in removal of his gun months earlier formed the basis of her triggering Section 9.39 of the Mental Hygiene Law. She demonstrated in this judgment not only an adequate understanding of the law, but in addition a reasonable "judicious" application of the Emergency Admissions standard. Dr. Aldana- Bernier was additionally professional by presenting the case to the Associate Chairman of the Psychiatry Department, Dr. Dhar, who concurred with her analysis and decision for Emergency Admission. It is very important to get a second opinion, the perspective of someone to provide a fresh look at the data, and someone who as a top administrator in the department has likely provided oversight for similar situations.

The diagnosis, Psychosis NOS", was given initially when Mr. Schoolcraft was first seen by the psychiatrist in the ER and subsequently used by Dr. Aldana-Bernier during the period of emergency admission until a final diagnosis of "Adjustment disorder with Anxious Mood". The diagnosis of "Psychosis NOS" was essentially a working diagnosis. This diagnosis was present in DSM-IV-TR, which was the operating handbook for mental disorders in 2009. This diagnosis is not explicitly designated in the most recent DSM-V-TM. The criteria for Psychotic Disorder Not Otherwise Specified (NOS) (DSM-IV-TR # 298.9) states in its general description the following:

"This category includes psychotic symptomatology (i.e., delusions, hallucinations, disorganized speech, grossly disorganized or catatonic behavior) about which there is inadequate information to make a specific diagnosis or about which there is contradictory information, or disorders with psychotic symptoms that do not meet the criteria for any specific Psychotic Disorder"

Note that not all of the symptoms must be present; in fact one of these, such as delusions, would fit. For example, the description gives the following three illustrations (among others) which in part fit patterns in this case:

1. Psychotic symptoms that have lasted for less than 1 month but that have not yet remitted, so that the criteria for Brief Psychotic Disorder are not met.

2. Persistent nonbizarre delusions with periods of overlapping mood episodes that have been present for a substantial portion of the delusional disturbance

3. Situations in which the clinician has concluded that a Psychotic disorder is present, but is unable to determine whether it is primary, due to a general medical condition, or substance induced.

The presence, therefore of paranoid (persecutory ideation and delusions), in addition to bizarre behavior, suspiciousness and guarded responses, agitation, and aggressive verbal confrontation (the bizarre behavior, agitation etc. may suggest a mood disorder) would most likely fit under the criteria of Psychotic Disorder-NOS

4

With regards to paranoid thinking and delusions there is no necessity that the objects of the paranoia be extra-terrestrial beings, aliens etc. In fact paranoid delusions most often involve abnormal configuring of the usual objects and images of everyday life into unrealistic systems. Paranoia often involves people in the very existence of an afflicted persons-- for examples, a boss, a lover, a parent or sib. The person suffering from paranoia will place these usual objects into bizarre, and threatening situations and relate the potential danger wholly to themselves. The paranoia expressed by Mr. Schoolcraft--conspiracy of the police, the perception that they are out "to get him"-- is in fact a usual form of paranoid delusion.

### CONCLUSION

In effect Dr. Aldana-Bernier's assessment of Mr. Schoolcraft was consistent with a good standard of psychiatric care, including her reliance on the reports of others working in the emergency room and providing supplementary information, such as the police. As an emergency room psychiatrist she is limited in her time for conducting a full investigation of the circumstances surrounding a patient's thinking and behavior. She has a short time to quickly assess the mental status of a patient, and, in particular, to determine if he or she is a danger to themselves or others. This is not an exact analysis by any means. But given the factors that she examined as they combine to form a profile of a disturbed person, she used good judgment admitting the patient for 48 hours to allow for a more extensive gathering of the facts and a period of stabilization for a better opportunity to assess the patient's psychiatric condition.

**As a result it is my conclusion that to a reasonable degree of medical certainty Dr. Aldana-Bernier met acceptable standards of psychiatric practice in her evaluation of Mr. Schoolcraft and in her decision to apply Section 9.39 of the Mental Hygiene Law to have him admitted for a 48 hour period for further evaluation and stabilization.**

Sincerely yours,

Laurence R. Tancredi, MD, JD

"B"

**Laurence R. Tancredi, MD, JD**
**129-B East 71st. Street**
**New York, N.Y.  10021**

EDUCATION:     A.B., Franklin & Marshall College, 1962, Phi Beta Kappa
                     M.D., University of Pennsylvania School of Medicine, 1966
                     J.D., Yale University School of Law, 1972

INTERNSHIP:    Presbyterian-University of Pennsylvania Medical Center
                    (Straight Medicine, 1966-67)

RESIDENCY:     Department of Psychiatry, Columbia University, (1974-75)
                    Department of Psychiatry, Yale University School of
                    Medicine (1975-77)

                    Board Certification:  Psychiatry
                    Bar Membership:  New York State

PRESENT
EMPLOYMENT:   Private Psychiatric Practice and Consultation

                    Professor of Clinical Psychiatry, New York University
                    Medical School (1992-    )

                    Clinical Professor of Health Care Sciences, University of
                    California at San Diego School of Medicine   (1993-2003)

PAST
EMPLOYMENT:   Medical Director, The Regent Hospital
                    New York City (1992-1993)

                    Kraft Eidman Professor, Medicine and the Law; Director of
                    the Health Law Program
                    Professor of Psychiatry, Director of Forensic Psychiatry
                    Training and Research Program, Department of Psychiatry
                    Associate Director, Institute for Health Policy Education
                    and Research
                    Professor of Health Law, School of Public Health
                    University of Texas Health Science Center (1984-1992)

                    Medical Staff, Courtesy Status at the Harris County
                    Psychiatric Center (1989-1992)

                    Associate Professor of Psychiatry and Law, New York
                    University Medical School,Department of Psychiatry(1977-84)

                    Adjunct Professor of Law, New York University Law School
                    (1981-84)

1

Visiting Professor of Law, New York University Law School (1978-1981)

Senior Professional Associate, Institute of Medicine, National Academy of Sciences, 2101 Constitution Avenue, Washington, D.C. 20418 (1972-74)

MILITARY
SERVICE:       United States Public Health Service, (1967-69) National Center for Health Services Research and Development, Health Services and Mental Health Administration

COMMITTEE
APPOINTMENTS:  Appointment by The Mayor: The Community Services Board of the Department of Mental Health, Mental Retardation and Alcoholism Services, City of New York (1995-2001).

Appointment by the New York City Police Commissioner: Honorary Police Surgeon, New York City (1997-2004)

National Advisory Board, NIMH Center for the Study of Issues of Public Mental Health.  New York State Office of Mental Health (1994-97)

Scientific Advisory Committee, American Foundation for Suicide Prevention (1995-    )

Advisory Panel: Defensive Medicine and The Use of Medical Technology.  Office of Technology Assessment, United States Congress (1992-94).

Advisory Committee:  "Ethical and Legal Implications of Genetic Testing," American Association for the Advancement of Science (1989-92)

Task Force:  Scientific Responsibility and Integrity in Medical Research. American College of Cardiology, Bethesda, Maryland (1989-90)

Member:  Institute of Medicine.  Committee to Plan for a Study of the Artificial Heart Program of the National Heart, Lung and Blood Institute (NHLBI) (July 1989 - October 1989)

Clozaril (clozapine) Advisory Board:  Sandoz Pharmaceutical Corporation (1988-  )

Project Review Panel:  Science, Technology, and the Constitution.  Office of Technology Assessment, United States Congress (1987-88)

Advisory Panel:  The Quality of Medical Care:  Information for Consumers.  Office of Technology Assessment, United States Congress (1987-88)

2

Member:  National Conference of Lawyers and Scientists.
Committee under joint sponsorship by American Association
for the Advancement of Science and American Bar Association
(1987-90)

Advisory Board:  Health Law Program, DePaul University
(1987-1992).

Advisory Board:  Health Law Program, University of Houston
School of Law (1987-90).

Board of Directors, International Academy of Law and
Psychiatry (1984-   ); Vice President (1987-1992)(2003-2007)

Board of Trustees; The Society of Medical Jurisprudence,
New York (1984-85)

Professional Advisory Board, Medical Quadrangle
Corporation, New York (1983-85)

Board of Technical Directors; Milbank Memorial Fund, New
York (1982-84) (1989-91)

Advisory Committee on Heart Transplantations:  Health Care
Financing Administration, Department of Health and Human
Services (1981-84)

Council on Government Policy and the Law; American
Psychiatric Association, Washington, D.C. (1979-82)

National Council for Health Care Technology; U.S.
Department of Health and Human Services (1979-82)

Steering Committee on Medical Injury Compensation,
Institute of Medicine, National Academy of Sciences, (1976-
78)

Co-Chairman:  Medical-Legal Research Committee.  Advisor to
the Administrator:  Health Services and Mental Health
Administration, Department of Health, Education and Welfare
(1972-74)

Secretary's Task-Force on Catastrophic Diseases, Department
of Health, Education and Welfare (1968-69)

MEMBERSHIP IN
PROFESSIONAL
ORGANIZATIONS:      American College of Psychiatry
American Psychiatric Association
New York Academy of Medicine


LISTINGS:           Who's Who in America
Who's Who in American Law
The Best Doctors in America
The Best Doctors in New York

3

CONSULT-
ANTSHIPS:     Special Consultant, Ontario Government Enquiry on Mental
              Competency, Ontario, Canada (1989-92)

              Editorial Advisory Board, Annual Bibliography of Bioethics.
              Kennedy Institute of Bioethics, Washington, D.C.(1979-2003)

              Consultant, American Bar Association's Commission on
              Medical Professional Liability (1978-80); Co-principal
              Investigator; Study on "Designated Compensable Events"

              Study Group on the Protection of Human Subjects in
              Biomedical Research, National Institutes of Health,
              Department of Health, Education and Welfare (1973-74)

              Consultant and Special Assistant to the Administrator,
              Health Services and Mental Health Administration.  U.S.
              Department of Health, Education and Welfare (1971-72)


BOOKS:        ETHICS OF HEALTH CARE.  Institute of Medicine, National
              Academy of Sciences, Washington, D.C. 1974, (ed.)

              LEGAL ISSUES IN PSYCHIATRIC CARE.  New York:  Harper & Row,
              1975. (_____; Lieb, J.; Slaby, A.E.)

              COLLUSION FOR CONFORMITY.  New York:  Jason Aronson, Inc.,
              1975. (Slaby, A.E.;  _____)

              HANDBOOK OF PSYCHIATRIC EMERGENCIES.  New York:  Medical
              Examination Co., 1975 (2nd ed., 1981); (3rd ed., 1986),
              (Slaby, A.E.; Lieb, J.;  _____)

              ETHICAL POLICY IN MENTAL HEALTH CARE:  THE GOALS OF
              PSYCHIATRIC INTERVENTION.  New York:  Neale Watson Academic
              Publishers, 1977; and London:  William Heinemann Medical
              Books, Ltd., 1977 (_____; Slaby, A.E.)

              CLINICAL PSYCHIATRIC MEDICINE.  Philadelphia:  Harper &
              Row, 1981.  (Slaby, A.E.;  _____; Lieb, J.)

              THE ANTHROPOLOGY OF MEDICINE.  New York:  Praeger
              Publisher, 1983.  (Romanucci-Ross, L.; Moerman, D.;
              _____).  (2nd. Edition, 1991), (3rd. Edition, 1997)

              ETHICAL ISSUES IN EPIDEMIOLOGIC RESEARCH.  Newark, New
              Jersey:  Rutgers University Press, 1986

              ANTHROPOLOGIC REFLECTIONS ON FORENSIC PSYCHIATRY.  Special
              Monograph for the International Journal of Law and
              Psychiatry.  Pergamon, 1987.  (Romanucci-Ross, L.;  _____)

              DANGEROUS DIAGNOSTICS:  THE SOCIAL POWER OF BIOLOGICAL

4

INFORMATION.  New York, New York:  Basic Books, 1989.
(Nelkin, D.; _____); re-published with revisions,
Chicago, Illinois: The University of Chicago Press, 1994.

WHEN LAW AND MEDICINE MEET: A CULTURAL VIEW. (Romanucci-
Ross, L.;_____) Dordrecht, Boston, London:
Springer/Kluwer Publications. 2004.

HARDWIRED BEHAVIOR: WHAT NEUROSCIENCE REVEALS ABOUT
MORALITY. Cambridge, London, New York: Cambridge University
Press, 2005

ARTICLES:        Psychiatry and the Legal Rights of Patients.  American
Journal of Psychiatry 129(3):328, 1972.(_____; Clark, D.)

The Social Control of Medical Practice:  Licensure Versus
Output Monitoring.  Milbank Memorial Fund Quarterly, Vol.
I, No. 1, January 1972, 99.  (_____; Woods, J.)

Medical Adversity Insurance--a No-Fault Approach to Medical
Malpractice and Quality Assurance.  Health and Society:
Milbank Memorial Fund Quarterly, Vol. 51, No. 2, Spring
1973, 125. (Havighurst, C.; _____)
Reprinted:  The Insurance Law Journal 613:69, 1974.
(Havighurst, C.; _____)

Technology and Health Care Decision-Making; Conceptualizing
the Process of Societal Informed Consent.  Medical Care
12(10):845, 1974.  (_____; Barsky, A.)

Identifying Avoidable Adverse Events in Medicine.  Medical
Care 12(11):835, 1974

Aristotle, Teleology and Modern Science.  Science, Medicine
and Man 1(4):263, 1974

The Ethics Quagmire and Random Clinical Trials, Inquiry
12(3):171, 1975

A Second Look at Religion and Freudianism.  America (May
29, 1976), 469.  (Slaby, A.E.; Fagan, P.; _____)

The Economics of Moral Values:  Policy Implications.
Journal of Health Politics, Policy and Law 2(1):20, 1977.
(Slaby, A.E.; _____)

Releasing the Mentally Ill:  Justice or Irresponsibility.
Connecticut Medicine 41(7):429, 1977.  (_____; Slaby,
A.E.)

Exploring Values and the Conscience Quagmire.  Counselling
and Values 23:184, 1977.  (Fagan, P.; _____; Slaby, A.E.)

No-Fault and Medical Malpractice:  The Causation Issues of
Defining Compensable Events.  Inquiry 14:341, 1977

The Problem of Defense Medicine.  Science 100:879, 1978.
(_____; Barondess, J.)

The Rights of Mental Patients:  Weighing the Interests.
Journal of Health Politics, Policy and Law 5(2):199, 1980

The Right to Refuse Psychiatric Treatment:  Some Legal and
Ethical Considerations.  Journal of Health Politics, Policy
and Law 5(3):514, 1980

Medical and Legal Implications of Side Effects from
Neuroleptic Drugs:  A Round-Table Discussion.  Journal of
Clinical Psychiatry 42(2):78, 1981.  (Cancro, R.; Davis,
J.M.; Klawans, J.L.; _____)

Competency for Informed Consent:  Conceptual Limits of
Empirical Data.  International Journal of Law and
Psychiatry 5:52-63, 1982

Emergency Psychiatry and Crisis Intervention:  Some Legal
and Ethical Issues.  Psychiatric Annals 12(8):799, 1982

Designated Compensable Events:  A No-Fault Approach to
Medical Malpractice.  Law, Medicine and Health Care 10:200,
1982

Regulation of Psychiatric Research:  A Socio-Ethical
Analysis.  International Journal of Law and Psychiatry
6:17, 1983.  (_____; Maxfield, C.)

Are Conflicts of Interest Endemic to Consultation
Psychiatry.  International Journal of Law and Psychiatry
6:293, 1983.  (_____; Edlund, M.)

Quality of Life:  An Ideological Critique.  Perspectives in
Biology and Medicine 28(4):591-607, 1985.  (Edlund, M.;
_____)

Technology Assessment:  Its Role in Forensic Psychiatry and
the Case of Chemical Castration.  International Journal of
Law and Psychiatry 8:257-271, 1986.  (_____; Weisstub, D.)

Designing a No-Fault Alternative.  Law and Contemporary
Problems 49(2):277-286, 1986

AIDS:  Its Symbolism and Ethical Implications.  Medical
Heritage 2(1):12-18, Jan./Feb., 1986.  (_____; Volkow, N.)

Compensating for Medical Injuries:  Is There an Effective
Alternative to the Tort System of Medical Malpractice.  New
York State Journal of Medicine 86:370-376, 1986

Law, Psychiatry and Morality:  Unpacking the Muddled
Prolegomenon.  International Journal of Law and Psychiatry
9:1-38, 1986.  (_____; Weisstub, D.)

6

Positron Emission Tomography:  A Technology Assessment.
International Journal of Technology Assessment in Health
Care 2:577-594, 1986.  (Volkow, N.;  _____ )

The Mental Status Examination:  Its Meaning and Validity in
Caring for the Elderly.  Generations 11:14-31, 1987

Neural Substrates of Violent Behavior:  A Preliminary Study
with Positron Emission Tomography.  British Journal of
Psychiatry 151:668-673, 1987.  (Volkow, N.;  _____ )

Neural Substrates of Violent Behavior:  Implications for
Law and Public Policy.  International Journal of Law and
Psychiatry 11(1):13-49, 1988.  (_____; Volkow, N.)

Malpractice and Tardive Dyskinesia:  A Conceptual Dilemma.
Journal of Clinical Psychopharmacology, 8(4),
Supplement:71-76 (1988)

The New Diagnostics.  National Forum, LXIX(4), Fall, 1989.
(Nelkin, D.;  _____ )

Scientific Responsibility and Integrity in Medical
Research.  Journal of the American College of Cardiology
16(1):1-36, July 1990.  (Frommer, P.L.; Ross, J.; Benson,
J.A.; Friedman, W.F.; Friesinger, G.C.; Goldstein, S.;
Huth, E.J.; Levine, R.J.; Malone, T.E.; Quash, J.A.;
_____; Weisfeldt, M.L.)

Classify and Control:  Genetic Information in the Schools.
American Journal of Law and Medicine, 17(1&2):51-73, 1991.
(Nelkin, D.;  _____ )

Obstetrics and Malpractice:  Evidence on the Performance of
a Selective No-Fault System.  JAMA, 265(21):2836-2861,
1991.  (Bovbjerg, R.;  _____; Gaylin, D.)

Biological Correlates of Mental Activity Studied with PET.
American Journal of Psychiatry, 148:4, 1991.  (Volkow, N.;
_____)

Rethinking Responsibility for Patient Injury:  Accelerated-
Compensation Events, A Malpractice and Quality Reform Ripe
for a Test. Law and Contemporary Problems, 54(2):147-177,
Spring 1991.  (_____; Bovbjerg, R.)

Reform of Medical Malpractice System Should Go Beyond ADR
and Tort Law. World Arbitration & Mediation Report, 3(3):
75-77, March 1992. (Bovbjerg, R; _____ )

Creating Outcomes-based Systems for Quality and Malpractice
Reform:  Methodology of Accelerated Compensation Events
(ACEs).  The Milbank Quarterly, 70(1):183-216, 1992. (____;
Bovbjerg, R.)

Cerebellar Metabolic Activation by Delta-9-

tetrahydrocannabinol in Human Brain:  A Study with Positron
Emission Tomography and [F-18]-2-fluoro 2-deoxyglucose.
<u>Psychiatry Research</u>, 40:69-78, 1991.  (Volkow, N.;
Gillespie, H.; Mullani, N.; (_____; Grant, C.; Ivanovic,
M.; Hollister, L.)

A Theory of the Mind/Brain Dichotomy with Special Reference
to the Contribution of Positron Emission Tomography.
<u>Perspectives in Biology and Medicine</u>, 35 (4):549-571,
Summer 1992. (_____; Volkow, N.)

Advancing the Epidemiology of Injury and Methods of Quality
Control: "ACEs" as an Outcomes-Based System for Quality
Assurance.  <u>Quality Review Bulletin</u>, 18 (6):201-206, June
1992.  (_____; Bovbjerg, R.)

Dangerous Diagnostics and Their Social Consequences. <u>The
Scientist</u>, June 13, 1994: 12. (Nelkin, C;_____)

The Admissibility of Scientific Evidence in Psychiatric
Malpractice: Junk Science and the <u>Daubert</u> Case. (_____;
Giannini, A.J.) <u>Journal of Clinical Forensic Medicine</u>,
1:145-148, 1994.

Brain Glucose Metabolism in Volent Patients. (Volkow, N.D.;
_____; Grant, C.; Gillespie, H.; Valentine, A.; Mullani,
N.; Wang, G.H.; Hollister, L.) <u>Psychiatry Research</u>, 61:243-
53, 1995.)

The Limits of Empirical Studies on Research Ethics. <u>Ethics
and Behavior</u> 5(3), 205-215, 1995.

Brain Glucose Metabolism in Chronic Marijuana Users During
Baseline and During Marijuana Intoxication. (Volkow, N.D.;
Gillespie, H.;_____; Mullani, N.; Grant, C.; Ivanovic,
M.; Hollister, L.), <u>Psychiatry Research</u> 67:29-38, 1996.

Micropharmacology: Treating disturbances of Mood, Thought,
and Behavior as Specific Neurotransmitter Dysregulations
Rather Than as Clinical Syndromes. (Slaby, A.E.;
_____) <u>Primary Psychiatry</u> 8:28-32, April 2001.

Liability Reform Should Make Patients Safer: Avoidable
Classes of Events are a Key Improvement. (Bovbjerg, R.R.;
_____) <u>Journal of Law, Medicine and Ethics</u> 333: 478-
500, Fall, 2005.

The Neuroscience of "Free Will". <u>Behavioral Sciences & the
Law</u> 25: 295-308 (2007).

The Brain and Behavior: Limitations in the Legal Use of
Functional Magnetic Resonance Imaging. (_____; Brodie
J.D.) <u>American Journal of Law and Medicine</u> 33:271-294,
Fall, 2007

8

IN BOOKS:     The Social Control of Medical Practice: Licensure Versus
              Output Monitoring. In: McKinlay, J.B. (ed.):  ECONOMIC
              ASPECTS OF HEALTH CARE.  New York: Prodist, 1973.
              (_____; Woods, J.)

              Medical Ethics and Choice Prerogatives in Health Care.  In:
              Kane, R.L. (ed.):  THE BEHAVIORAL SCIENCES AND PREVENTIVE
              MEDICINE.  Washington, D.C.:  Department of Health,
              Education and Welfare, Vol. 4, 1977

              Assessment.  In: Nelson, J.C. (ed.): PSYCHIATRY:  PRETEST
              SELF-ASSESSMENT AND REVIEW.  Wallingford, Connecticut:
              Pretest Service, Inc., 1977.  (Slaby, A.E.; _____)

              Identification of Designated Compensable Events (DCEs).
              In:  Commission on Medical Professional Liability (American
              Bar Association):  DESIGNATED COMPENSABLE EVENT SYSTEM:  A
              FEASIBILITY STUDY.  Chicago:  American Bar Association,
              1979.  (Boyden, J.R.; _____)

              Literary Insights and Theories of Man.  In:  Peschel, E.R.
              (ed.):  MEDICINE AND LITERATURE.  New York:  Neale Watson
              Academic Press, 1980.  (Slaby, A.E.; _____)

              Ethical Issues in Mental Health Care.  In:  Hiller, M.D.
              (ed.):  MEDICAL ETHICS AND THE LAW:  IMPLICATIONS FOR
              PUBLIC POLICY.  Cambridge:  Ballinger Publishing Co., 1981.
              (_____; Slaby, A.E.)

              The Ethics Quagmire and Random Clinical Trials.  In:
              Hogue, L.L. (ed.):  PUBLIC HEALTH AND THE LAW:  ISSUES AND
              TRENDS.  Rockville, Maryland:  Aspen Publications, 1981

              Informed Consent:  The Dilemma.  In: Roberts, E.B., et.
              al.:  BIOMEDICAL INNOVATIONS.  Cambridge:  M.I.T. Press,
              1981

              Medical Adversity Insurance--a No-Fault Approach to Medical
              Malpractice and Quality Assurance.  In:  McKinlay, J.B.
              (ed.):  LAW AND ETHICS IN HEALTH CARE.  Cambridge:  M.I.T.
              Press, 1982.  (Havighurst, C.A.; _____)

              Social and Ethical Implications in Technology Assessment.
              In:  McNeil, B.J.; Cravalho, E.G. (eds.):  CRITICAL ISSUES
              IN MEDICAL TECHNOLOGY.  Boston:  Auburn House, 1982

              The Problem of Defensive Medicine.  In:  Abrams, N.;
              Buckner, M. (eds.):  MEDICAL ETHICS:  A CLINICAL TEXTBOOK
              AND REFERENCE FOR THE HEALTH CARE PROFESSIONS.  Cambridge:
              M.I.T. Press/Bradford Books, 1983.  (_____; Barondess, J.)

              Psychiatry and Social Control.  THE ANTHROPOLOGY OF
              MEDICINE.  Massachusetts:  Bergin & Garvey Publishers,
              Inc., 1983.  (Romanucci-Ross, L.; Moerman, D.; _____)

              Commitment of Non-Criminal Addicts:  Where Does It Stand?

In:  Hall, R.C.W. (ed.):  PSYCHIATRIC MEDICINE: DRUG ABUSE
I.  Longwood, FL: Ryandic Publishing, Inc., Vol.3, Number
3, 1985

Psychiatric Malpractice.  In:  Michels, R., et. al.
PSYCHIATRY.  Philadelphia:  J.B. Lippincott Co., 1985, 1989
Revised

Some Ethical Dilemmas in Emergency Psychiatry.  In:
Lipton, F.R. and Goldfinger, S.M. (eds.):  EMERGENCY
PSYCHIATRY AT THE CROSSROADS:  NEW DIRECTIONS FOR MENTAL
HEALTH SERVICES.  No. 28.  San Francisco:  Jossey-Bass,
1985

Malpractice in American Psychiatry:  Toward a Restructuring
of the Psychiatrist-Patient Relationship.  LAW AND MENTAL
HEALTH:  INTERNATIONAL PERSPECTIVES.  New York:  Pergamon
Press, 1986, Vol. II.  (_____; Weisstub, D.)

The New Technology of Psychiatry:  Ethics, Epidemiology and
Technology Assessment.  In:  Tancredi, L.R. (ed.):  ETHICAL
ISSUES IN EPIDEMIOLOGIC RESEARCH.  Rutgers University
Press, 1986

The Ideology of Epidemiological Discourse in Law and
Psychiatry:  Ethical Implications.  In:  Tancredi, L.R.
(Ed.):  ETHICAL ISSUES IN EPIDEMIOLOGIC RESEARCH.  Rutgers
University Press, 1986.  (_____; Weisstub, D.)

Psychiatry, the Law and Cultural Determinants of Behavior.
In:  Romanucci-Ross, L.; _____ (eds.):  ANTHROPOLOGICAL
REFLECTIONS ON FORENSIC PSYCHIATRY.  Special monograph of
the International Journal of Law and Psychiatry, 9:265-293,
1986.  (Romanucci-Ross, L.; _____)

The Anthropology of Healing:  In:  Bulger, R.:  IN SEARCH
OF THE MODERN HIPPOCRATES.  Iowa City:  University of Iowa
Press, 1987.  (Romanucci-Ross, L.; _____)

Defining, Measuring and Evaluating Quality of Care.  In:
Sloan, F.A.; Blumstein, J.F.; Perrin, J. M.:  COST, QUALITY
AND ACCESS IN HEALTH CARE:  NEW ROLES FOR HEALTH PLANNING
IN A COMPETITIVE ENVIRONMENT.  San Francisco:  Jossey-Bass,
1988

Designated Compensable Events.  In:  Halley, M.M.; Fowks,
R.J.; Bigler, F.C.; Ryan, D.L.:  MEDICAL MALPRACTICE
SOLUTIONS:  SYSTEMS AND PROPOSALS FOR INJURY COMPENSATIONS.
Springfield:  Charles C. Thomas, 1989

Emergency Psychiatry and Crisis Intervention:  Some Legal
and Ethical Issues.  In:  Mezzich, J.E.; Zimmer, B. (eds.):
EMERGENCY PSYCHIATRY New York:  International Universities
Press, 37-53, 1990

Resolution of Iatrogenic Injury in Obstetrics:  A

Perspective on Insurance, Compensation, and Conflict.   In:
PROCEEDINGS OF 1ST WORLD CONGRESS ON SAFETY IN MEDICAL
PRACTICE (International Society for the Prevention of
Iatrogenic Complications (ISPIC) and the World Health
Organization (WHO), 1990.  (Bovbjerg, R.; _____; Gaylin,
D.S.)

The New Diagnostics and the Power of Biologic Information.
In:  Jarmul, D. (ed.):  HEADLINE NEWS, SCIENCE VIEWS
Washington, D.C.:  National Academy Press, 183-186, 1991.
(Nelkin, D.;_____)

Medical Malpractice and Its Effect on Innovation.   In:
Litan, R.; Huber, P. (eds): THE LIABILITY MAZE: THE IMPACT
OF LIABILITY LAW ON SAFETY AND INNOVATION.  Brookings
Institute, 1991.  (_____; Nelkin, D.)

The Empirical Limits of Consensus: Can Theory and Practice
Be Reconciled? In: Bayertz, B (ed.): THE CONCEPT OF
CONSENSUS: The Case of Technological Interventions in Human
Reproduction. Dordrecht: Kluwer Academic Publishers, 1994
(129-141)

Introduction: Collection and Disclosure of Genetic
Information. In: Frankel, M.S. & A.H. Teich (eds): THE
GENETIC FRONTIER: ETHICS, LAW, AND POLICY. American
Association for the Advancement of Science (AAAS) Press,
1994 (47-51).

The Effects of Marijuana in the Human Brain Measured With
Regional Brain Glucose Metabolism. In: Biegon, A. & N.D.
Volkow (eds): SITES OF DRUG ACTION IN THE HUMAN BRAIN. Boca
Raton: CRC Press, 1995 (75-86) (Volkow, N.D.; Gillespie,
H.; _____; Hollister, L.)

The Philosophy of Law and the Foundations (Sources) of Law.
In: Rosner, R. (Ed): LAW AND PSYCHIATRY. (Goldstein, R.L.,
_____) New York: Oxford University Press, 2003

The Bad Brain: Biology of Moral Thinking. In: Weisstub, D.
N. (ed.): VARIABLES OF MORAL CAPACITY. Dordrecht: Kluwer
Academic Publishers, 2004.

Neuroscience Developments and the Law. In: Garland B.(ed.):
NEUROSCIENCE AND THE LAW: BRAIN, MIND, AND THE SCALES OF
JUSTICE. New York: Dana Press, 2004 (71-113).

REVIEWS:        MENTAL ILLNESS AND THE ECONOMY.  M. Harvey Brenner.
                Cambridge:  Harvard University Press, 1973.  Inquiry
                13:323, 1976

                COMMUNITY MENTAL HEALTH LEGISLATION.  Henry A. Foley.
                Lexington, Kentucky:  D.C. Health and Co., 1975.  Inquiry
                14:108, 1977

11

ETHICS AND HEALTH POLICY.  Robert M. Veatch and Roy
Branson. Cambridge:  Ballinger Publishing Co., 1976.  <u>Man
and Medicine</u> 3(4):302, 1978

SO FAR DISORDERED IN MIND.  Richard W. Fox.  Berkeley:
University of California Press, 1978. <u>Journal of
Psychiatry and Law</u>, Winter, 1979, p. 493

TREATMENT CHOICES AND INFORMED CONSENT:  CURRENT
CONTROVERSIES IN PSYCHIATRIC MALPRACTICE LITIGATION.  John
G. Malcolm.  Springfield, Illinois:  Charles C. Thomas,
1989.  <u>Contemporary Psychology</u>, in press

THE MALPRACTICE SUIT:  A SURVIVAL GUIDE FOR PHYSICIANS AND
THEIR FAMILIES.  Eidetics, Inc., 1988. <u>JAMA</u>, September
1989

<u>SELECTED PAPER
PRESENTATIONS</u>:      Avoidable Adverse Events in Medicine.  Medical Malpractice
Conference.  Henry Chauncey Conference of the Educational
Testing Service, Princeton, N.J.  Sponsored by Stockton
Institute, April, 1975

Presentation of Medical Adversity Insurance.  American Bar
Association's Commission on Medical Professional Liability
(Innovative Alternatives Committee).  Chicago, Illinois,
December, 1975

Right to Refuse Medical Treatment.  O'Mahoney Memorial
Lecture.  Brown University, May 23, 1979

Issues in Medical Malpractice.  Seminar on Medical
Malpractice.  Association of the Bar of the City of New
York, February 24, 1981

Compensating for Medical Injuries.  American Society of
Medical Jurisprudence, April 11, 1982, New York

Designing a No-Fault Alternative.  Medical Malpractice
Conference.  Urban Institute, Washington, D.C., February,
1985

Role of Technology Assessment in Forensic Psychiatry.  11th
International Congress on Law and Psychiatry, Florence,
Italy.  March 17-20, 1985

Quality of Care in a Competitive Environment:  Is there a
Continued Role for Health Planning?  The Vanderbilt
University Health Policy Symposium:  The Role of Health
Planning in a Competitive Environment, Vanderbilt
University, Nashville, Tennessee, May 14-15, 1986

The Role of Ideology and Empirical Research.  American
Psychological Association's Committee for the Protection of

Human Participants in Research; Special Conference on "Empirical Studies of Ethical Issues in Research" at the University of Nebraska Center for Applied Ethics, March 20-21, 1986

The Problems of Psychiatric Malpractice. University of Wisconsin Law School Conference Co-Sponsored with the Wisconsin Psychiatric Association: Law and Psychosocial Politics: Law and Psychiatry in the Late Eighties. September 27-28, 1985

Ethical and Legal Issues Involving Controlled Drug Delivery. American Association for the Advancement of Science Symposium: Controlled Drug Delivery by Implantation--Prospects and Legal/Ethical Dilemmas. May 27, 1986

Psychiatry and Sentencing: An Ethical Dilemma. First Pacific Regional Congress on Law and Mental Health. The Role of Psychiatry in Corrections. August 13-15, 1986. Canberra, Australia

The Role of Psychiatry, Law and Religion on Conforming Behaviors. Sidney '86: An International Conference on Health, Law and Ethics. August 20, 1986. (Also at this same conference, a presentation entitled Malpractice in the Mental Health Professions: A Critical Review of American Trends)

Malpractice and Tardive Dyskinesia: A Conceptual Dilemma. Douglas Hospital Research Center. Tardive Dyskinesia Symposium. November 6-7, 1987. Montreal, Canada

Tardive Dyskinesia and Malpractice: The Jurist's Viewpoint. Douglas Hospital Research Center. Tardive Dyskinesia Symposium. November 6- 7, 1987. Montreal, Canada

Issues Surrounding Surrogacy: The Role of the Psychiatrist. People as Products: Altruistic Vs Commercial Motives in the Use of Body Parts & Processes. Sponsored by: Public Responsibility in Medicine & Research (PRIM&R) & Co-sponsored by: The Committee for Protection of Human Subjects at the University of Texas Health Science Center at Houston. February 11-12, 1988. Houston, Texas

Law & Psychiatry: An Important Association. New York Bar Association. April 15, 1988. Sagamore, New York

Emergency Psychiatry: Methods and Management. American Psychiatric Association Annual Meeting. May 7-12, 1988. Montreal, Canada

Moderator: Symposium on Medical Legal Aspects of Antipsychotic Drug Therapy. Sponsored by Sandoz - Co-sponsored by University of Texas Health Science Center.

13

May 20, 1988.  New York

Neural Substrates of Violent Behavior:  A Preliminary Study
with Positron Emission Tomography.  Serbsky Institute.  May
25-June 5, 1988.  Moscow, Soviet Union

Legal Issues Relevant to Violent Behavior.  International
Congress on Law and Mental Health Annual Meeting.  June 15-
18, 1988.  Montreal, Canada

Technological Assessment and its Application to Psychiatry.
International Congress on Law and Mental Health Annual
Meeting.  June 15-18, 1988.  Montreal, Canada

Philosophical Implications of the Clinical Research Model.
International Congress on Law and Mental Health Annual
Meeting.  June 15-18, 1988.  Montreal, Canada

The DCE Approach to No-Fault Medical Injury Compensation.
Joint Economic Committee for the United States Congress,
Washington, D.C.  June 21, 1988

Laws of Commitment of Children:  The Supreme Court
Decision.  Queens Children's Psychiatric Center.  August 9,
1988.  New York

The Role of Ideology in the Interpretation of Mental
Health.  Satellite Symposium of the World Psychiatric
Association and the Mexican Psychiatric Association.
October 17-18, 1988.  Mexico City, Mexico

Medical Practice and Organization - Legal Issues.
University of California, San Diego.  October 25, 1988.
San Diego, California

Ethical Issues in Forensic Psychiatry.  Symposium and 13th
Lauretta Bender Annual Lecture.  Queens Children's
Psychiatric Center.  November 15, 1988.  New York

Ethical Problems in Forensic Psychiatry.  Brown University.
December 12, 1988.  Providence, Rhode Island

Who Owns Scientific Data?  American Association for the
Advancement of Science - American Bar Association National
Conference of Lawyers and Scientists workshop on Fraud and
Misconduct in Science.  February 17-18, 1989.  Irvine,
California

Tensions in the Physician/Patient Relationship:  The Impact
of Societal Interests.  University of California, San
Diego.  May 4, 1989.  San Diego, California

Flight or Fight:  Conflicts of Interest in Forensic
Psychiatry.  Quebec Psychiatric Association Annual Meeting.
May 26, 1989.  Quebec, Canada

14

Social Control and Stigmatization.  XVth International
Congress on Law and Mental Health.  Sponsored by the
International Academy of Law and Mental Health.  June 26,
1989.  Jerusalem, Israel

Laws of Commitment - Historical.  Queens Children's
Psychiatric Center.  August 3, 1989.  Bellerose, New York

Biopolicy and the Law.  American Political Science
Association's 85th Annual Meeting.  September 2, 1989.
Atlanta, Georgia

Social and Legal Implications of Recent Studies of the
Brain.  New York University's Science, Technology and
Society Colloquium.  October 3, 1989.  New York, New York

No-Fault for Medical Malpractice:  The Third Generation of
Development.  American Public Health Association Panel:
The American Medical Malpractice Situation:  Current
Conditions and Possible Futures.  American Public Health
Association Annual Conference.  October 25, 1989.  Chicago,
Illinois

Medical Malpractice and Organization - Legal Issues.
University of California at San Diego.  November 7, 1989.
San Diego, California

Legal Aspects of Genetic Research.  The New Genetics and
the Right to Privacy.  Sponsored by the Foundation for
American Communications and the Gannett Foundation.
November 30, 1989.  Washington, D.C.

Assessing Competency in Children:  Legal Implications.
Grand Rounds:  Child Psychiatry Department at Columbia-
Presbyterian and New York State Psychiatric Institute.
December 13, 1989.  New York

Psychopharmacology and Malpractice:  A Conceptual Dilemma.
3rd European Symposium of the International Academy of Law
and Mental Health.  University of Modena.  May 26, 1990.
Castiglione delle Stiviere

The Changing Nature of Psychiatric Evidence.  XVIth
International Congress on Law and Mental Health.  June 22,
1990.  Toronto, Canada

PET and Violent Behavior.  XVIth International Congress on
Law and Mental Health.  June 23, 1990.  Toronto, Canada

The Bad Brain: Biology of Moral Thinking. XXVII
International Congress on Law and Mental Health. June 21,
2002. Amsterdam, Holland

The Bad Brain, Science and The Law. University of
California at San Diego (Earl Warren College Law and
Society Program and California Western School of Law).

October 9, 2002. La Jolla, California

Neuroscience Developments and the Law. American Association for the Advancement of Sciences/ The Dana Foundation. September 12-13, 2003. Washington, D.C.

Legal Issues of Drug Abuse. Preconference: International Congress of Law and Mental Health. June 30-July 1, 2005, Paris, France.

The Biology of Impulsivity. International Congress of Law and Mental Health. July 2, 2005. Paris, France.

Brain Death and States of Consciousness. Judicial Seminar on Emerging Issues in Neuroscience, sponsored by The American Association for the Advancement of Sciences, The Federal Judicial Center and the National Center for State Courts, June 30, 2006. The Dana Center, Washington, DC

REVIEWER FOR:   Archives of General Psychiatry
International Journal of Law and Psychiatry
Journal of the American Psychiatric Association
New England Journal of Medicine
American Journal of Public Health
Journal of the American Medical Association
INTERNATIONAL LIBRARY OF ETHICS, LAW AND THE NEW MEDICINE

16