```
 1     Q.    Do you have any disabling injuries?
 2     A.    I don't believe so.
 3     Q.    What physical injuries are you claiming as a
 4  result of the allegations in your Complaint?
 5     A.    Like I said, Halloween night, I was roughed up.
 6  And I had arm pain, wrist pain, neck and back pain for --
 7  for months.  It's pretty much subsided.
 8     Q.    Has a health care professional ever diagnosed you
 9  with an injury to your arm, wrist, neck or back following
10  the incident?
11     A.    It's possible, I -- I don't know.
12     Q.    Have you received any treatment from any medical
13  health care professional for any of those injuries you just
14  listed?
15     A.    Yes.
16     Q.    From whom did you seek treatment?
17     A.    I went to my primary care physician, Dr. Hertzel
18  Sure, after I was released.  And some time in the near
19  future after that, I went to the VA in Albany.
20     Q.    Are you claiming any emotional injuries as a
21  result of the incident?
22     A.    Yes.
23     Q.    What emotional injuries are you claiming as a
24  result of the incident?
25     A.    I am not a doctor, I don't know what diagnosis.
```

1  But I certainly feel different now than I did before
2  October 31, 2009 and that entire week after.
3       It's -- I don't feel as safe going outside. I
4  feel safer at home until people come banging on my door,
5  making me believe they are going to come in and haul me off
6  again. I am not a doctor, I don't know -- I doubt there is
7  a diagnosis. But there is certainly a difference between
8  now and before October 31, 2009.
9   Q.   What symptoms do you feel as a result of these
10 emotional injuries, aside from not feeling as safe, as you
11 did before?
12      MR. NORINSBERG:  Objection.
13 A.   I am not a doctor, I don't know how to -- I
14 probably don't have all the terminology for diagnoses, and
15 symptoms. I don't know; I definitely feel different.
16 Q.   How do you feel different?
17 A.   I feel more afraid leaving my home -- I feel
18 safer at home, less guarded, less nervous, less stressful.
19 Q.   Have you received any mental health care
20 treatment since October 31, 2009?
21 A.   No. I don't believe so, no.
22 Q.   Do you keep a journal?
23 A.   I don't believe so, no.
24 Q.   You might keep a journal?
25 A.   The closest thing to a journal I had was the