UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X

ADRIAN SCHOOLCRAFT,                                    10 Civ. 6005 (RWS)

                                  Plaintiff,

          -against-                              DISMISSAL WITH
                                                                             PREJUDICE PURSUANT
THE CITY OF NEW YORK, et al.,                          TO JUDGMENT

                                  Defendants

------------------------------------------------------------------------- x

**WHEREAS,** on September 16, 2015, pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants the City of New York, Michael Marino, Gerald Nelson, Theodore Lauterborn, William Gough, Frederick Sawyer, Kurt Duncan, Christopher Broschart, Timothy Caughey, Shantel James, Timothy Trainor, and Elise Hanlon (hereinafter "City Defendants") served on plaintiff an Offer of Judgment, offering, among other things, to allow plaintiff Adrian Schoolcraft to take a judgment against the City of New York in this action; and

**WHEREAS,** on September 29, 2015, pursuant to Rule 68 of the Federal Rules of Civil Procedure, plaintiff accepted the Offer of Judgment by executing and filing the Offer of Judgment with the Court, at Docket No. 531 (the "Offer of Judgment"); and

**WHEREAS,** the Offer of Judgment provided, among other things, that:

> Acceptance of this offer of judgment will act to release and discharge the City Defendants as well as defendant Steven Mauriello; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by plaintiff arising out of the facts and circumstances that are the subject of this action.

> Acceptance of this offer of judgment will act to release and discharge plaintiff and his successors or assigns from any and all claims that were or could have been alleged by defendant Steven Mauriello arising out of the facts and circumstances that are the subject of this action.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/15

**IT IS HEREBY ORDERED THAT:**

Pursuant to the plaintiff's acceptance of the Offer of Judgment, and the Judgment entered herein pursuant to Fed. R Civ. P. 68, plaintiff's claims against the individual defendants Michael Marino, Gerald Nelson, Theodore Lauterborn, William Gough, Frederick Sawyer, Kurt Duncan, Christopher Broschart, Timothy Caughey, Shantel James, Timothy Trainor, Elise Hanlon, and Steven Mauriello, and any other defendants being present or former agents or employees of the City of New York heretofore named in this action and not previously dismissed, if any (not to include Jamaica Hospital Medical Center, Isak Isakov or Lilliana Aldana-Bernier), and defendant Mauriello's counterclaim against plaintiff, are hereby **DISMISSED WITH PREJUDICE**.

Dated:   New York, New York
         10 - 15, 2015

Hon. Robert W. Sweet, U.S.D.J