UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,

                                   Plaintiff,

        -against-

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax Id. 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax Id. 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax Id. 895117, Individually and in his Official Capacity, CAPTAIN THEORDORE LAUTERBORN, Tax Id. 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOFF, Tax Id. 894025, Individually and in his Official Capacity, SGT. FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax Id. 915354, Individually and in his Official Capacity, LIEUTENANT TIMOTHY CAUGHY, Tax Id. 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004 and P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants"), JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in his Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE" # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                                  Defendants.
------------------------------------------------------------------------x

**ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR ATTORNEY FEES**

10 CV 6005 (RWS)

**WHEREAS**, plaintiff has accepted the City Defendants Offer of Judgment pursuant to Federal Rules of Civil Procedure 68, and

**WHEREAS,** the court entered said Judgment on October 15, 2015; and

**WHEREAS,** pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, plaintiff's application would ordinarily be due on October 29, 2015; and

**WHEREAS**, plaintiff is now scheduled to go to trial against the remaining defendants on November 2, 2015 and has requested a (60) sixty day extension to file his motion for attorneys fees,

**NOW, THEREFORE, IT IS HEREBY ORDERD**, that plaintiff's time to file his motion for attorney fees, costs and expenses is extended sixty (60) days from October 29, 2015 to December 28, 2015.

SO ORDERED:

_____
Hon. Robert W. Sweet