UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

      Plaintiff,

                                **VERDICT SHEET**

                                10 CV 4228(RWS)

  -against-

JAMAICA HOSPITAL CENTER, et al.

      Defendants.
-------------------------------------------------------------------X

## PART I: LIABILITY

1.     Has Jamaica Hospital proven by "clear and convincing evidence" that plaintiff had a mental illness which was likely to result in serious harm to himself or others that justified his involuntary confinement at Jamaica Hospital from October 31, 2009 to November 2, 2009?

       Jamaica Hospital      Yes ___ No___

2.     Have any of the following defendants proven by "clear and convincing evidence" that plaintiff had a mental illness which was likely to result serious harm to himself or others that justified his involuntary confinement at Jamaica Hospital from November 2, 2009 to November 6, 2009?

       Jamaica Hospital      Yes ___ No___

       Dr. Aldana-Bernier    Yes ___ No___

       Dr. Isakov             Yes ___ No___

## PART II: DAMAGES QUESTIONS

**Please answer this question <u>only</u> if you have answered in favor of plaintiff on EITHER Question 1 or Question 2 above  ("No" on any defendant in Question 1; "No" for any defendant in question 2)**

2. State the total dollar amount of any compensatory damages that plaintiff is entitled to recover for:

    a. <u>Past Pain and Suffering</u>

       $_____

    b. <u>Future Pain and Suffering</u>

       $_____

    c. <u>Past Lost Earnings</u>

       $_____

    d. <u>Future Lost Earnings</u>

       $_____

<u>Total Compensatory Damages</u>
(Please add the amounts, if any, stated in sub-sections (a) through (d)

       $_____

e. If you have made an award for future damages, please state the period of years for which this award in number of years: _____ years.

## PART III: PUNITIVE DAMAGES

3. Is Plaintiff entitled to recover punitive damages against any of the following defendants.

    Jamaica Hospital   Yes ___ No___

    Dr. Aldana-Bernier Yes ___ No___

    Dr. Isakov         Yes ___ No___

4. If you have answered "Yes" to the above question, state the amount of punitive damages that plaintiff is entitled to recover against each of the defendants for whom you have answered "Yes":

    Jamaica Hospital   $ _____

    Dr. Aldana-Bernier $ _____

    Dr. Isakov         $ _____

YOUR DELIBERATIONS ARE COMPLETE.  PLEASE DATE AND SIGN THIS VERDICT SHEET AS INDICATED BELOW.

Dated:

_____
FOREPERSON