UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                Plaintiff,

   -against-                              **NOTICE OF MOTION FOR ATTORNEY'S FEES AND COSTS**

                                         **10 CV 06005** (**RWS**)

THE CITY OF NEW YORK, et al.

                Defendants.

---------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that plaintiff ADRIAN SCHOOLCRAFT, moves this Court for an Order pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 1988 to grant reasonable attorneys fees, costs and disbursements and for such other and further relief as this Court may deem just and proper..

Dated: New York, New York

December 16, 2015

                                                      Respectfully Submitted

                                                    _____/s_____
                                                    JOSHUA P. FITCH
                                                    GERALD M. COHEN
                                                    COHEN & FITCH LLP
                                                    Attorneys for Plaintiff
                                                    233 Broadway, Suite 1800
                                                    New York, N.Y. 10279
                                                    (212) 374-9115
                                                    gcohen@cohenfitch.com

1

jfitch@cohenfitch.com

JON L. NORINSBERG
Attorney for Plaintiff
225 Broadway, Suite 2700
New York, New York 10007
(212) 791-5396
Norinsberg@aol.com

NATHANIEL B. SMITH
Attorney for Plaintiff
100 Wall Street, 23rd Floor
New York, New York 10005
212-227-7062
natbsmith@gmail.com

JOHN LENOIR
100 Wall Street, 23rd Floor
New York, New York 10005
212-335-0250
john.lenoir@gmail.com