UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                          Plaintiff,

            -against-

                                    **MASTER DECLARATION IN SUPPORT OF MOTION FOR ATTORNEY'S FEES**

                                    <u>**10 CV 06005**</u>
                                    **(RWS)**

THE CITY OF NEW YORK, et al.,

                          Defendants.

-------------------------------------------------------------X

      **JOSHUA P. FITCH**, declares pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

      1.      I am a partner with the law firm of Cohen & Fitch LLP, the co-counsel of record for plaintiff ADRIAN SCHOOLCRAFT. As such, I am familiar with the facts stated below, and I submit this Declaration to place on the record the relevant documents in support of plaintiff's motion for attorney's fees, costs and disbursements pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 1988:

      2.      Attached as **Exhibit A** is a copy of the Declaration of Jon L. Norinsberg, Esq. in support of motion for attorneys fees and costs.

      3.      Attached as **Exhibit B** is a copy of the Declaration of Nathaniel Smith, Esq. in support of motion for attorneys fees and costs.

      4.      Attached as **Exhibit C** is a copy of the Declaration of Joshua P. Fitch, Esq. in

1

support of motion for attorneys fees and costs.[1]

5.     Attached as **Exhibit D** is a copy of the Declaration of Gerald M. Cohen, Esq. in support of motion for attorneys fees and costs.[2]

6.     Attached as **Exhibit E** is a copy of the Declaration of John Lenoir, Esq. in support of motion for attorneys fees and costs.

7.     Attached as **Exhibit F** is a copy of the Declaration of Howard A. Suckle, Esq. in support of motion for attorneys fees and costs.

8.     Attached as **Exhibit G** is a copy of the Declaration of Magdalena Bauza in support of motion for attorneys fees and costs.

9.     Attached as **Exhibit H** is a copy of the itemized hourly billing entries and costs for Jon L. Norinsberg, Esq.[3]

10.     Attached as **Exhibit I** is a copy of the itemized hourly billing entries and costs for Nathaniel Smith, Esq.[4]

11.     Attached as **Exhibit J** is a copy of the itemized hourly billing entries and costs for Joshua P. Fitch, Esq.

12.     Attached as **Exhibit K** is a copy of the itemized hourly billing entries and costs for Gerald M. Cohen, Esq.

13.     Attached as **Exhibit L** is a copy of the itemized hourly billing entries and costs for John Lenoir, Esq.

14.     Attached as **Exhibit M** is a copy of the itemized hourly billing entries and costs

---

[1] Joshua P. Fitch is one of the partners of Cohen & Fitch LLP.
[2] Gerald M. Cohen is one of the partners of Cohen & Fitch LLP.
[3] Contained within this bill are also the entries for Mr. Norinsberg's Associate John Meehan, Esq. and paralegal Nicole Burzstyn.
[4] Contained within this bill are also the entries for Mr. Smith's colleague James McCutcheon, Esq. and paralegals Lysia Smejika, Jeanette Lenoir, and Jeremy Smith.  Howard A. Suckle, Esq. and Magdalena Bauza also worked on this matter at the request of Mr. Smith, and they have submitted individual declarations and billing records for their time.

for Howard A. Suckle, Esq.

15.     Attached as **Exhibit N** is a copy of the itemized hourly billing entries and costs for Magdalena Bauza.

16.     Attached as **Exhibit O** is a copy of the Declaration of Jonathan Abady, Esq. in support of the hourly rate of Jon L. Norinsberg, Esq.

17.     Attached as **Exhibit P** is a copy of the Declaration of Christopher Galiardo, Esq., in support of the hourly rate of Jon L. Norinsberg, Esq.

18.     Attached as **Exhibit Q** is a copy of the Declaration of Afsaan Saleem, Esq. in support of the hourly rate of Jon L. Norinsberg, Esq.

19.     Attached as **Exhibit R** is a copy of the Declaration of Michael L. Spiegel, Esq. in support of the hourly rate of Nathaniel B. Smith, Esq.

20.     Attached as **Exhibit S** is a copy of the Declaration of Zachary Margulis-Ohnuma, Esq. in support of the hourly rate of Joshua P. Fitch and Gerald M. Cohen, partners of Cohen & Fitch LLP.

21.     Attached as **Exhibit T** is a copy of the Declaration of Irving Cohen, Esq. in support of the hourly rate of Joshua P. Fitch and Gerald M. Cohen, partners of Cohen & Fitch LLP.

22.     Attached as **Exhibit U** is a copy of the Declaration of Katherine Smith, Esq. in support of the hourly rate of Joshua P. Fitch and Gerald M. Cohen, partners of Cohen & Fitch LLP.

23.     Attached as **Exhibit V** is a copy of the Declaration of Hugh H. Mo, Esq. in support of the hourly rate of John Lenoir, Esq.

24.     Attached as **Exhibit W** is a copy of the Declaration of Jeffrey Schlanger, Esq. in

3

support of the hourly rate of John Lenoir, Esq.

25.     Attached as **Exhibit X** is a copy of the Declaration of David Finkler, Esq. in support of the hourly rate of Howard A. Suckle, Esq.

26.     Attached as **Exhibit Y** is a copy of the Declaration of Mitchell Bloch, Esq. in support of the hourly rate of Howard A. Suckle, Esq.

27.     Attached as **Exhibit Z** is a copy of the 2013-2014 National Law Journal Billing Survey of Large Firm Billing Rates.

28.     Attached as **Exhibit AA** is a copy of the relevant pages from the 2013-2014 New York City Law Department Year in Review pertaining to the Special Federal Litigation Division.

29.     Attached as **Exhibit BB** is a copy of the New York City Law Department Special Federal Litigation website page at http://www.nyc.gov/html/law/html/divisions/special-federal-litigation.shtml (accessed December 14, 2015).

30.     Attached as **Exhibit CC** is a copy of the relevant pages from Verdict Search's Top Verdicts of 2013.

31.     Attached as **Exhibit DD** is a copy of the relevant pages from Super Lawyers 2015 Annual List of Top Lawyers in the New York Metro Area.

32.     Attached as **Exhibit EE** is a copy of the Order in Bernabe v.City of New York, 13 CV 5531 (LGS) relating to Mr. Norinsberg's hourly rate.

Dated: New York, New York
      December 16, 2015

                              Respectfully submitted,

                              _____/S_____
                              JOSHUA P. FITCH
                              COHEN & FITCH LLP

Attorneys for Plaintiff
233 Broadway, Suite 1800
New York, N.Y. 10279
(212) 374-9115