# EXHIBIT

# "L"

Invoice submitted to:
Schoolcraft


December 04, 2015


Invoice #10032


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/16/2013 JL | Review of case history and complaint; document preparation for presentation to DOJ | 3.50 575.00/hr | 2,012.50 |
| 2/17/2013 JL | Review of case files and and audio recordings; document preparation to formally request DOJ intervention | 3.25 575.00/hr | 1,868.75 |
| 2/18/2013 JL | Review of case timeline and document preparation for Main Justice and US Attorney presentation | 4.00 575.00/hr | 2,300.00 |
| 2/19/2013 JL | Telephone conference with EDNY Civil Rts Chief Pam Chen; document preparation. | 0.75 575.00/hr | 431.25 |
| 2/20/2013 JL | Prepare draft letters to DOJ--Main Justcie and USAO, EDNY | 1.50 575.00/hr | 862.50 |
| 2/21/2013 JL | Telephone conference with Peter Gleason and client Schoolcraft in reference to case preparation for trial (DOJ letter review). | 1.25 575.00/hr | 718.75 |
| 3/20/2013 JL | Final Draft, review and mail of letters to Main Justice and US Attorney | 1.50 575.00/hr | 862.50 |
| 4/1/2013 JL | Meeting with Peter Gleason to prepare for client meeting April 7 and court appearance April 10 | 1.00 575.00/hr | 575.00 |
| 4/9/2013 JL | Meeting with Nat Smith to prepare for Hearing April 10, 2013 | 2.50 575.00/hr | 1,437.50 |
| 4/10/2013 JL | Court: Hearing re discovery before Judge Sweet - SDNY, 500 Pearl Street, NYC.  Meeting w/Smith to review hearing and discovery plan. | 3.25 575.00/hr | 1,868.75 |

Schoolcraft

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 4/11/2013 JL | Meeting with R. Koshets; Nat Smith; Peter Gleason; Gilbert to review NYPD pending internal charges v. client | 2.75 575.00/hr | 1,581.25 |
| 4/25/2013 JL | Meeting with Adrian Schoolcraft and Nat Smith to prepare client for depositions; review status of case | 1.25 575.00/hr | 718.75 |
| 4/26/2013 JL | Meeting with Adrian Schoolcraft and Nat Smith to prepare for depositions | 5.75 575.00/hr | 3,306.25 |
| 4/27/2013 JL | Meeting with Schoolcraft and Nat Smith to prepare for depositions. | 5.50 575.00/hr | 3,162.50 |
| 5/9/2013 JL | Meeting with Nat Smith to review and prepare discovery, engage investigator and prepare depositions | 3.25 575.00/hr | 1,868.75 |
| 5/12/2013 JL | Review of audio recordings made by client; sort and prepare summaries . | 4.50 575.00/hr | 2,587.50 |
| 5/13/2013 JL | Meet investigator Helena Melisi; review case re engagement as investigator | 2.75 575.00/hr | 1,581.25 |
| 5/16/2013 JL | Telephone call with Nat Smith and Helena Melisi re: NYPD reinstatement options for AS. | 0.75 575.00/hr | 431.25 |
| JL | Review of IAB reports of interviews with individual officers | 2.75 575.00/hr | 1,581.25 |
| 5/17/2013 JL | Telephone call with Nat Smith 3:30-4:15 and draft email re: strategy for NYPD departmental hearing June 17-18, 2013. | 1.50 575.00/hr | 862.50 |
| JL | Review of IAB interviews of individual defendants and others; prepare notes | 4.25 575.00/hr | 2,443.75 |
| 5/18/2013 JL | Review of IAB interviews; telephone call with Nat Smith and AS re: strategy for NYPD departmental hearing | 3.50 575.00/hr | 2,012.50 |
| 5/21/2013 JL | Meeting with Nat Smith and telephone call with James McCutcheon re: NYPD departmental trial strategy | 2.25 575.00/hr | 1,293.75 |
| 6/5/2013 JL | Appearance in court; Sweet, J. redpositions and discovery status; post hearing conf w/Smith | 1.75 575.00/hr | 1,006.25 |
| 6/7/2013 JL | Meeting with potential expert witnesses, Dr. Tom Litwack, Dr. Eli Silverman and Dr. John Eterno; introduction of Nat Smith to experts | 2.50 575.00/hr | 1,437.50 |
| 6/9/2013 JL | Review and edit of Memorandum and proposed Order for filing with Court | 1.00 575.00/hr | 575.00 |
| 6/26/2013 JL | Meeting with client and Nat Smith - Johnston New York Holiday Inn. 7 hours are travel time billed separately | 5.50 575.00/hr | 3,162.50 |

Schoolcraft                                                                    Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/26/2013 JL | Travel for meeting with client and Nat Smith - Johnston New York Holiday Inn. | | 7.00 287.50/hr | 2,012.50 |
| 7/10/2013 JL | Meeting with client and co-counsel Smith in Albany NY.  Full review of discovery and trial posture. (7 hr travel) | | 5.00 575.00/hr | 2,875.00 |
| JL | Travel for meeting with client and Nat Smith--Albany | | 7.00 287.50/hr | 2,012.50 |
| 8/6/2013 JL | Confirm with Tom Litwack meeting re: Expert Witness participation | | 0.75 575.00/hr | 431.25 |
| 8/7/2013 JL | Meeting with trial illustrator  (11am-1pm).  Meeting with potential expert witness, Dr. Tom Litwack -  (3pm-5pm). | | 3.50 575.00/hr | 2,012.50 |
| 8/24/2013 JL | Telephone conference with Smith re invest report on DCPI Brown | | 0.50 575.00/hr | 287.50 |
| 8/27/2013 JL | Client meeting at, Saugerties, NY. with Nat Smith; Review case status and strategy with client. [7 hr travel] | | 5.50 575.00/hr | 3,162.50 |
| JL | Travel from NYC to Saugerties and return for client meeting | | 7.00 287.50/hr | 2,012.50 |
| 9/4/2013 JL | Prepare biweekly status report for client;; review motion status and prepare case report. | | 1.50 575.00/hr | 862.50 |
| 9/10/2013 JL | Review of documents in preparation for client's examination before trial | | 4.50 575.00/hr | 2,587.50 |
| 9/13/2013 JL | Prepare status report for client | | 0.50 575.00/hr | 287.50 |
| 9/25/2013 JL | Prepare for hearing on discovery (1.0); Oral Argument re: discovery - USDC SDNY Sweet, J (.75).; consultation with client and Smith in preparation for depositions (4.75) | | 6.50 575.00/hr | 3,737.50 |
| 9/26/2013 JL | Representation of client along with co-counsel Smith in examination before trial by defendant Mauriello and NYC - Walter Kretz law office 444 Madison Avenue, NY. | | 9.00 575.00/hr | 5,175.00 |
| 9/27/2013 JL | Co-counsel with Smith in representation of client at deposition of client by defendant Mauriello and Jamaica Hospital defendants - Callan, Koster, Brady & Brennan, LLP - One Whitehall Street, 10th Floor New York, NY 10004. | | 9.00 575.00/hr | 5,175.00 |
| 9/30/2013 JL | Review of Mauriello examination before trial notes. | | 0.75 575.00/hr | 431.25 |

Schoolcraft                                                                              Page     4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/4/2013 JL | Preparing docs and audio recordings for Marino deposition; Tel Conf with Smith | 2.75<br>575.00/hr | 1,581.25 |
| 10/7/2013 JL | Meeting with client and Smith re depositions of Mauriello and Marino | 3.50<br>575.00/hr | 2,012.50 |
| 10/8/2013 JL | co-counsel w/Smith in deposition of Marino; post depo confer /Smith and client | 9.00<br>575.00/hr | 5,175.00 |
| 10/9/2013 JL | Telephone conference with Smith and client re case status after Marino depo | 0.50<br>575.00/hr | 287.50 |
| 10/10/2013 JL | Telephone conference with Smith re depositions | 0.50<br>575.00/hr | 287.50 |
| 10/13/2013 JL | Telephone conference with Smith and NYACLU re assistance in case | 0.75<br>575.00/hr | 431.25 |
| 10/14/2013 JL | Telephone conference with Smith re status of case and share of responsibilities | 0.75<br>575.00/hr | 431.25 |
| 10/16/2013 JL | co-counsel at deposition Dfnt Bernier - 111 Broadway- by H. Suckle | 1.75<br>575.00/hr | 1,006.25 |
| JL | Prepare deposition of defendant Lauterborn (1.25). Hearing re: Discovery and Defendant Mauriello counterclaim - USDC, SDNY, Judge Sweet (.75). Review of hearing results (.50); prepare report for client (2.75) | 5.25<br>575.00/hr | 3,018.75 |
| 10/23/2013 JL | Telephone conference with Smith re PD expert report and testimony; Tel Conf w/Eterno | 1.50<br>575.00/hr | 862.50 |
| 10/25/2013 JL | Appearance in court re attorney video of deposition--Bernier | 0.75<br>575.00/hr | 431.25 |
| 11/1/2013 JL | Review docs and audio for Lauterborn deposition | 2.75<br>575.00/hr | 1,581.25 |
| 11/7/2013 JL | Prepare and take w/Smith examination before trial of defendant Lauterborn. Review documents and audio recordings; prepare exhibits. | 9.50<br>575.00/hr | 5,462.50 |
| 11/13/2013 JL | Motion hearing at Judge Sweet Courtroom; review of hearing outcome w/co-counsel; draft report to client. | 3.75<br>575.00/hr | 2,156.25 |
| 11/14/2013 JL | Review of hospital and NYPD files and audio recordings in preparation for examination before trial of Bernier and Mauriello. | 5.50<br>575.00/hr | 3,162.50 |
| 11/17/2013 JL | Review of client Schoolcraft examination before trial. | 2.25<br>575.00/hr | 1,293.75 |

Schoolcraft                                                                                     Page      5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/18/2013 JL | Consultation with non-party witnesses, audio recordings of IAB interviews and document review. | | 2.50 575.00/hr | 1,437.50 |
| 11/21/2013 JL | Review and produce Marino and Lauterborn video depositions; reconcile Plaintiff depositions transcript with video. | | 2.75 575.00/hr | 1,581.25 |
| 11/22/2013 JL | Mauriello terminated examination before trial preparation; review of Court's decision and additional City discovery documents provided. | | 2.75 575.00/hr | 1,581.25 |
| 11/24/2013 JL | Review of Plaintiff's depositions (1.00); review defendant Mauriello and Lauterborn depositions and produce videos (2.25); prepare status report (.75). | | 4.00 575.00/hr | 2,300.00 |
| 11/26/2013 JL | Review of depositions; prepare challenge to City Defendant obstructions; prepare for Lt. Caughey examination before trial. | | 5.50 575.00/hr | 3,162.50 |
| 11/27/2013 JL | Review of examination before trial transcripts with video; prepare for Defendant Caughey examination. | | 2.75 575.00/hr | 1,581.25 |
| 11/29/2013 JL | Review Marino and Lauterborn depositions re response City's Refusal to Allow Witness to Respond and otherwise interferes with the examination before trial. | | 2.00 575.00/hr | 1,150.00 |
| 11/30/2013 JL | Review of dfnt Marino and Lauterborn examination before trial research for motion to compel and additional requests for production. | | 2.50 575.00/hr | 1,437.50 |
| 12/1/2013 JL | Review of Marino and Lauterborn examinations before trial to identify areas for motion to compel and additional requests for production. | | 1.75 575.00/hr | 1,006.25 |
| 12/2/2013 JL | Telephone conference with Smith and client re case status of depositions | | 1.50 575.00/hr | 862.50 |
| 12/7/2013 JL | Telephone conference with Smith re Mauriello counterclaim | | 0.50 575.00/hr | 287.50 |
| 12/9/2013 JL | Prepare and 2d seat with Smith examination before trial for dfnt Caughey; meeting with Peter Kelley re potential assistance in trial prep. | | 7.75 575.00/hr | 4,456.25 |
| 12/11/2013 JL | Represent client (w/Bauza) at depo of Larry Schoolcraft--Albany [8:30 travel time] | | 6.50 575.00/hr | 3,737.50 |
| JL | Amtrak NYC - Albany - NYC for Larry Schoolcraft deposition (w/Bauza) | | 8.50 287.50/hr | 2,443.75 |
| 12/18/2013 JL | Prepare for defendant Mauriello examination before trial; review of motion for reconsideration. | | 3.25 575.00/hr | 1,868.75 |
| 12/19/2013 JL | Prepare for Mauriello examination before trial. | | 2.75 575.00/hr | 1,581.25 |

Schoolcraft

| Date | Description | Hrs/Rate | Amount |
|------|-------------|----------|--------|
| 12/20/2013 JL | Represent client with Smith at Mauriello examination before trial at Scoppetta Seiff Kretz & Abercrombie. | 9.50 575.00/hr | 5,462.50 |
| 12/24/2013 JL | Telephone conference with Smith and client re case status and possible settlement range | 0.75 575.00/hr | 431.25 |
| 12/26/2013 JL | Meeting with Smith, Bauza and client to review Mauriello EBT; review settlement perameters | 2.00 575.00/hr | 1,150.00 |
| 12/29/2013 JL | Meeting with client, Smith and Bauza re status and go-forward; review audio recordings | 2.50 575.00/hr | 1,437.50 |
| 12/30/2013 JL | Confer with John Curran re Stroz Friedberg analysis of recording device and audio enhancement. | 1.25 575.00/hr | 718.75 |
| 1/2/2014 JL | Telephone conference with Smith re status and schedule of depositions | 0.75 575.00/hr | 431.25 |
| 1/3/2014 JL | Preparing docs and audio for Sgt Huffman and PAA Boston depositions | 2.50 575.00/hr | 1,437.50 |
| 1/6/2014 JL | co-counsel w/Smith depositions of Huffman and Boston; post EBT review w/Smith and Bauza | 9.50 575.00/hr | 5,462.50 |
| 1/10/2014 JL | Prepare case files and review audio records for future depositions | 2.00 575.00/hr | 1,150.00 |
| 1/12/2014 JL | Prepare for Hanlon deposition; review docs and audio files | 1.75 575.00/hr | 1,006.25 |
| 1/13/2014 JL | co-counsel w/Smith at Hanlon deposition | 8.50 575.00/hr | 4,887.50 |
| 1/15/2014 JL | Appearance in court, Sweet, J. re discovery; confer with Smith and Bauza re status | 1.50 575.00/hr | 862.50 |
| 1/29/2014 JL | Preparing for Lamstein deposition | 2.00 575.00/hr | 1,150.00 |
| 1/30/2014 JL | conduct as co-counsel w/Smith Lamstein depositiion | 8.50 575.00/hr | 4,887.50 |
| 2/3/2014 JL | Telephone conference with Smith re deposition schedules | 0.50 575.00/hr | 287.50 |
| 2/4/2014 JL | Prepare and review discovery demands. | 1.50 575.00/hr | 862.50 |
| 2/5/2014 JL | Conference with  Smith re: discovery demands. | 1.75 575.00/hr | 1,006.25 |

Schoolcraft                                                                      Page     7

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/6/2014 JL | Conference call with client re: discovery. | 1.00<br>575.00/hr | 575.00 |
| 2/10/2014 JL | Preparing depositions of Bernier and Isakof; review NYS 9.39 | 2.50<br>575.00/hr | 1,437.50 |
| 2/11/2014 JL | Deposition of defendant Dr. Bernier.111 B'Way--co-counsel with Smith and Suckel | 8.50<br>575.00/hr | 4,887.50 |
| 2/12/2014 JL | co-counsel with Smith and Suckle at deposition of Defendant Dr. Isakov. | 7.50<br>575.00/hr | 4,312.50 |
| 2/13/2014 JL | Review with Smith notes and exhibits of depositions of Bernier and Isakov. | 1.00<br>575.00/hr | 575.00 |
| 2/16/2014 JL | Telephone conference with client and Smith re case status and way ahead | 1.25<br>575.00/hr | 718.75 |
| 2/18/2014 JL | Review of discovery demands with counsel and client. | 1.50<br>575.00/hr | 862.50 |
| 2/19/2014 JL | Review of correspondence re: discovery demands. tel conf client and Smith re discovery | 1.75<br>575.00/hr | 1,006.25 |
| 2/23/2014 JL | Telephone conference. Smith re depositions | 0.75<br>575.00/hr | 431.25 |
| 2/24/2014 JL | Review file to prepare examination before trial material for Gough. | 1.50<br>575.00/hr | 862.50 |
| 2/25/2014 JL | Prepare examination before trial materials for Weiss. | 0.75<br>575.00/hr | 431.25 |
| 2/26/2014 JL | Prepare examination before trial materials for  Duncan. | 0.50<br>575.00/hr | 287.50 |
| 2/27/2014 JL | Prepare examination before trial  Marquez. | 0.50<br>575.00/hr | 287.50 |
| JL | Prepare for  Sangianetti. | 0.50<br>575.00/hr | 287.50 |
| 2/28/2014 JL | Prepare examination before trial docs for Sergeant James. | 0.75<br>575.00/hr | 431.25 |
| 3/3/2014 JL | Prepare examination before trial materials for Broschart. | 0.75<br>575.00/hr | 431.25 |
| 3/4/2014 JL | Counsel conference call. Smith re status and strategy.  Needs for trial preparation. | 1.50<br>575.00/hr | 862.50 |

Schoolcraft                                                                      Page     8

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/5/2014 | JL | Review discovery and depositions; update case status report for client | 1.25 575.00/hr | 718.75 |
| | JL | Prepare examination before trial materials for Timothy Trainor. | 0.50 575.00/hr | 287.50 |
| 3/7/2014 | JL | Draft, review and edit correspondence re: discovery. | 1.25 575.00/hr | 718.75 |
| | JL | Research re: NYS CPL 190.25(4). | 0.75 575.00/hr | 431.25 |
| 3/9/2014 | JL | Review research re: response to City Defendants non-production. | 1.00 575.00/hr | 575.00 |
| 3/10/2014 | JL | Schoolcraft research for response to discovery and deposition issues and hearing. | 3.50 575.00/hr | 2,012.50 |
| 3/11/2014 | JL | Schoolcraft research and draft letter to court re: discovery and deposition issues (4.00); confer w/co-counsel (1.00) | 5.00 575.00/hr | 2,875.00 |
| 3/12/2014 | JL | Schoolcraft preparation for Hearing re: discovery. | 2.50 575.00/hr | 1,437.50 |
| 3/13/2014 | JL | Hearing and conference. SDNY Sweet, J., re discovery status | 0.75 575.00/hr | 431.25 |
| | JL | Schoolcraft preparation fr Hearing re: discovery. | 2.50 575.00/hr | 1,437.50 |
| 3/14/2014 | JL | Review scheduling for examination before trial. | 0.75 575.00/hr | 431.25 |
| 3/16/2014 | JL | Update case status report; Prep plaintiff demands in discovery and re-schedule depositions. | 2.00 575.00/hr | 1,150.00 |
| 3/17/2014 | JL | Review schedule of examination before trial w Smith and opposing counsel. | 1.50 575.00/hr | 862.50 |
| 3/18/2014 | JL | Review and consultation with Mauriello counsel re: scheduling of inspection in Johnstown, New York; related discovery review and research. | 1.25 575.00/hr | 718.75 |
| 3/19/2014 | JL | Review City Defendants production requests; research and prepare response and plaintiff production demands. Tel conf with client. | 4.50 575.00/hr | 2,587.50 |
| 3/21/2014 | JL | Review City Defendants' correspondence re: discovery demands. | 0.75 575.00/hr | 431.25 |
| 3/24/2014 | JL | Prepare deposition schedules in consult with Smith and defendants counsel. Review discovery and prep motion draft. | 3.75 575.00/hr | 2,156.25 |

Schoolcraft                                                                        Page      9

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 3/25/2014 JL | Review City Defendants' supplemental discovery demands. | 0.75 575.00/hr | 431.25 |
| 3/26/2014 JL | Appearance in court for hearing re discovery status and issues (.75); prep plaintiff discovery production (2.75). | 3.50 575.00/hr | 2,012.50 |
| 3/27/2014 JL | Prepare, review, and edit correspondence re 30(b)(6) examination before trial. | 1.50 575.00/hr | 862.50 |
| 3/28/2014 JL | Finalize Plaintiff 30(b)(6) notices. Prepare examination of City 30(b)(6) witnesses | 3.25 575.00/hr | 1,868.75 |
| 3/30/2014 JL | Review jury instructions with Magdelena. | 1.00 575.00/hr | 575.00 |
| 3/31/2014 JL | Consultation re: settlement context strategy and demands. (Smith and client) | 1.50 575.00/hr | 862.50 |
| 4/1/2014 JL | Prepare trial memorandum/ telephone call to City re: settlement/ and prepare for Trainor and Gough examination before trial. | 2.75 575.00/hr | 1,581.25 |
| 4/2/2014 JL | Prepare draft trial memorandum. | 1.50 575.00/hr | 862.50 |
| 4/3/2014 JL | Review terms and strategy re: settlement negotiations. Smith and client. | 1.50 575.00/hr | 862.50 |
| 4/4/2014 JL | Review correspondence to Court re: referral to Magistrate; consult re: settlement strategy. | 1.00 575.00/hr | 575.00 |
| 4/7/2014 JL | Review filings (ECF posts) and correspondence. | 1.50 575.00/hr | 862.50 |
| 4/9/2014 JL | Review settlement strategy with client; Hearing . | 2.25 575.00/hr | 1,293.75 |
| 4/10/2014 JL | Prepare/conduct w co-counsel Smith examination before trial of Trainor. | 8.25 575.00/hr | 4,743.75 |
| 4/11/2014 JL | Prepare/conduct as co-counsel w/ Smith examination before trial of Gough. | 7.50 575.00/hr | 4,312.50 |
| 4/13/2014 JL | Meet possible Psychiatric expert Dr. Lubit; review case and discuss Dr. Lubit's participation. | 2.75 575.00/hr | 1,581.25 |
| 4/14/2014 JL | Telephone conference with client, Smith and MJ Freeman re: settlement demands and discovery issues. | 1.50 575.00/hr | 862.50 |
| 4/15/2014 JL | Review ECF filing by JHC defendant. | 0.50 575.00/hr | 287.50 |

Schoolcraft

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/16/2014 JL | Meeting with Smith (1.25); research on jury verdicts/awards (2.25); telephone conference with client to discuss settlement and trial issues (1.00). | 4.50 575.00/hr | 2,587.50 |
| 4/17/2014 JL | Schoolcraft settlement research (1.00); consultation with Smith (1.00); telephone conf with Schoolcraft re: settlement issues (1.25). | 3.25 575.00/hr | 1,868.75 |
| 4/18/2014 JL | Research on detention verdicts (.75), discussion and planning re: settlement (1.00); telephone call with defense counsel (.50). Tel conf with client and Smith (.75) | 3.00 575.00/hr | 1,725.00 |
| 4/25/2014 JL | Prepare/conduct w/Smith examination before trial for Sawyer. | 6.25 575.00/hr | 3,593.75 |
| 4/26/2014 JL | Telephone conference with client and Smith re: settlement. | 1.00 575.00/hr | 575.00 |
| 4/27/2014 JL | Telephone conference with client re: settlement and trial strategy re: medical defendants and PTS. | 1.50 575.00/hr | 862.50 |
| 4/28/2014 JL | Prepare/conduct w/Smith examination before trial: Duncan. | 7.50 575.00/hr | 4,312.50 |
| 4/29/2014 JL | Schoolcraft meeting (client and Smith) re: settlement strategy and discovery schedule. | 1.50 575.00/hr | 862.50 |
| 4/30/2014 JL | Schoolcraft hearing with Judge Sweet re: discovery (.75); post hearing consultation with Smith and  Henry Steinglass re: trial strategy (2.75). | 3.50 575.00/hr | 2,012.50 |
| 5/1/2014 JL | Conference w/Smith re: prior counsel fees/expenses; brief client on settlement issues; research re: use/abuse of psychiatry for political intimidation and retaliation. | 1.75 575.00/hr | 1,006.25 |
| 5/2/2014 JL | Review and confer (all counsel) with re: deposition schedules; review case law re: settlement (range of awards of involuntary confinement, false arrest...). | 1.75 575.00/hr | 1,006.25 |
| 5/5/2014 JL | Telephone conference with Smith re proposed mtn to compel | 0.50 575.00/hr | 287.50 |
| 5/6/2014 JL | Research and confer  with Nat Smith re: settlement issues (1.00); discussion with client re: settlement (1.25); preparation of status report (.75). | 3.00 575.00/hr | 1,725.00 |
| 5/7/2014 JL | Prepare and review response to City Motion re: 30(b)(6) EBT. | 1.00 575.00/hr | 575.00 |

Schoolcraft                                                                                                    Page     11

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/8/2014 JL | Prepare for settlement conference (1.25); conference call with Magistrate Freeman re: settlement (.75); review settlement negotiations (2.00); research and outreach to proposed ER Medicine expert (1:00). | 4.50 575.00/hr | 2,587.50 |
| 5/9/2014 JL | Review hospital records; City production re: 081 lockers; prepare status report. | 1.25 575.00/hr | 718.75 |
| 5/10/2014 JL | Consultation and correspondence with Nat Smith re: City defendants' discovery production re: 081 lockers; prepare EBT of Sgt James. | 2.50 575.00/hr | 1,437.50 |
| 5/11/2014 JL | Consultation by telephone with Dr. Halpern-Ruder re: EMT and ER procedures as potential expert witness; review correspondence with client. | 2.00 575.00/hr | 1,150.00 |
| 5/12/2014 JL | Preparation/conduct w/Smith EBT of Sgt Shantel James; EBT Sgt James 10am-3:30pm; review of EBT; follow up with Dr. Halpern-Ruder; EMT/ER expert. | 7.00 575.00/hr | 4,025.00 |
| 5/13/2014 JL | meet (w/Smith) with potential witness for plaintiff; NYPD Lt (Ret) Joseph Ferrara; telephone conference with Chris Dunne re: possible settlement issues; prepare EBTs of the EMTs. [POV travel to-from Holbrook NY--3:00] | 4.50 575.00/hr | 2,587.50 |
| JL | Drive (Lenoir's POV) from 111 Broadway, NY, NY to Long Island to meet with Lt Ferrara (ret) | 3.00 287.50/hr | 862.50 |
| 5/14/2014 JL | EBT (w/Smith) of Marquez, EMT/JHC; prepare status report. | 7.50 575.00/hr | 4,312.50 |
| 5/15/2014 JL | Preparation/conduct w/Smith EBT of Sangetti; EMT/JHC; preparation - conduct post depo-review with Smith. | 5.25 575.00/hr | 3,018.75 |
| JL | Review of EBT; review case and settlement strategy with client and Smith | 1.75 575.00/hr | 1,006.25 |
| 5/16/2014 JL | Prepare EBT for Broschart - review City motion to strike 30(b)(6) issues. | 2.50 575.00/hr | 1,437.50 |
| 5/19/2014 JL | Prepare for meeting with client and full status review of discovery; settlement and trial strategy. | 2.25 575.00/hr | 1,293.75 |
| 5/20/2014 JL | Consultation with client re: discovery; settlement and trial strategy; settlement conference call with Magistrate Freeman and client; Verizon "Hot Spot" internet connectivity device for client communication. | 5.50 575.00/hr | 3,162.50 |
| JL | POV (Lenoir) 111 Broadway; NYC to Johnston, N Y and return for consultation with client re: discovery; settlement and trial strategy; and settlement | 7.00 287.50/hr | 2,012.50 |

Schoolcraft                                                                                    Page    12

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/27/2014 JL | Research and outreach re: potential Law Enforcement expert(s) research re: damages and settlement issues. | 2.00 575.00/hr | 1,150.00 |
| 5/28/2014 JL | Preparation for hearing (1.50); hearing re: EBT City 30(b)(6) issues (.75); review court holdings (.75); prepare Weiss EBT (4.50). | 7.50 575.00/hr | 4,312.50 |
| 5/30/2014 JL | Review w/co-counsel EBT Jamaica Hospital 30(b)(6); Skype conference with client (:30). | 1.50 575.00/hr | 862.50 |
| 5/31/2014 JL | Skype conference with client to review discovery, etc. | 1.00 575.00/hr | 575.00 |
| 6/2/2014 JL | Telephone conference with client (1.25); prepare additional discovery requests (1.25); review status of discovery received from defendants (2.00). | 4.50 575.00/hr | 2,587.50 |
| 6/4/2014 JL | Represent (with Smith) Ferrara at City deposition, 100 Church St | 4.50 575.00/hr | 2,587.50 |
| JL | Meeting with Smith and Ferrara to prepare for examination before trial; review EBT materials: dcuments and audio. | 3.50 575.00/hr | 2,012.50 |
| 6/6/2014 JL | Telephone conference with law enforcement experts; call with John Eterno and Eli Silverman; review and discuss law enforcement expert report and testimony; prepare status report for client and trial team. | 2.75 575.00/hr | 1,581.25 |
| 6/9/2014 JL | Telephone conference with client; preparation and review discovery and settlement issues. | 2.00 575.00/hr | 1,150.00 |
| 6/11/2014 JL | (with Smith) Prepare and meet with Dr. Dan Halpern-Ruder in Providence RI re proposed EMT and ER expert. | 4.00 575.00/hr | 2,300.00 |
| JL | Drive POV (Lenoir's) from 111 Broadway to Providence, RI to meet with Dr. Dan Halpern proposed EMT and ER expert | 4.50 287.50/hr | 1,293.75 |
| 6/12/2014 JL | Return drive POV (Lenoir's) to 111 Broadway NYC from Providence, RI for meeting with Dr. Dan Halpern proposed EMT and ER expert. | 4.00 287.50/hr | 1,150.00 |
| 6/13/2014 JL | Telephone conference with Eterno and Silverman re: law enforcement expert research and testimony; review and preparation of retainer agreements. | 2.00 575.00/hr | 1,150.00 |
| 6/16/2014 JL | Prepare status report for client; draft trial memo | 1.75 575.00/hr | 1,006.25 |
| 6/18/2014 JL | Prepare for and conduct (with Smith) Broschart examination before trial; review notes. | 7.50 575.00/hr | 4,312.50 |
| 6/19/2014 JL | Status update on discovery schedule for client and trial team. | 1.00 575.00/hr | 575.00 |

Schoolcraft

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/20/2014 JL | Telephone conference with co-counsel re: law enforcement experts; draft retainer agreements. | 2.00 575.00/hr | 1,150.00 |
| 6/21/2014 JL | Draft and review law enforcement expert retainer agreement. | 0.50 575.00/hr | 287.50 |
| 6/23/2014 JL | Prepare for, and conduct with Smith dfnt Duncan examination before trial; review Duncan examination before trial. | 7.50 575.00/hr | 4,312.50 |
| 6/25/2014 JL | Telephone conference with party counsel and co-counsel re:discovery scheduling. | 1.00 575.00/hr | 575.00 |
| 6/26/2014 JL | Telephone conference with client, co-counsel and psychiatric expert re: meeting with client; call with co-counsel re: examination before trial scheduling. | 2.00 575.00/hr | 1,150.00 |
| 6/27/2014 JL | Meeting (telephone conference) with client; co-counsel and expert re: evaluation by psychiatric expert. | 2.50 575.00/hr | 1,437.50 |
| 6/29/2014 JL | Telephone conference with client; co-counsel and expert (Lubit) re: scheduling of evaluation meeting. | 1.00 575.00/hr | 575.00 |
| 6/30/2014 JL | Meeting with client (2.00); arrange meeting with psychiatric expert (2.00); conference with Dr. Lubit; call with client re: evaluation (1.25). | 5.25 575.00/hr | 3,018.75 |
| 7/1/2014 JL | Prepare and conduct w/Smith examination before trial for Mauriello. Review w/client and Smith. | 8.50 575.00/hr | 4,887.50 |
| 7/2/2014 JL | Telephone conference with client re: deposition review and trial preparation; Adrian departs NYC via Amtrak | 1.00 575.00/hr | 575.00 |
| 7/3/2014 JL | Prepare and review w/Smith re: Dr. Lwin's examination before trial. | 3.50 575.00/hr | 2,012.50 |
| 7/4/2014 JL | Prepare for 30(b)(6) depositions and other JHC witnesses. | 3.75 575.00/hr | 2,156.25 |
| 7/7/2014 JL | Prepare for and attend deposition as co-counsel; and review; 30(b)(6) witness to testify about JHMC's policy on involuntary hospitalization. | 4.50 575.00/hr | 2,587.50 |
| 7/8/2014 JL | Schedule and plan remaining depositions (2.00); review final discovery productions (2.50). | 4.50 575.00/hr | 2,587.50 |
| 7/9/2014 JL | Negotiate expert agreements with Dr. Silverman and Dr. Eterno; draft retainer contracts; conference call to resolve issues, finalize expert agreement and schedule meetings and reports; and prepare for City 30(b)(6) examination before trial. | 1.75 575.00/hr | 1,006.25 |
| 7/10/2014 JL | Consultation and negotiation with psych and law enforcement experts; revise retainer agreements. | 2.25 575.00/hr | 1,293.75 |

Schoolcraft

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/11/2014 JL | Arrange and negotiate terms for ER MD expert witness; prepare for City examination before trial. | 1.75 575.00/hr | 1,006.25 |
| 7/14/2014 JL | Prepare for City 30(b)(6) examination before trial. | 2.25 575.00/hr | 1,293.75 |
| 7/15/2014 JL | Conduct  two City 30(b)(6) examinations before trial. | 7.50 575.00/hr | 4,312.50 |
| 7/16/2014 JL | Conduct two City 30(b)(6) examination before trial. | 7.00 575.00/hr | 4,025.00 |
| 7/17/2014 JL | Conduct two City 30(b)(6) examination before trial. | 7.00 575.00/hr | 4,025.00 |
| 7/18/2014 JL | Prepare, do, and review telephone call with MD expert; client and co-counsel. | 2.50 575.00/hr | 1,437.50 |
| 7/21/2014 JL | Review of discovery and depositions. | 1.50 575.00/hr | 862.50 |
| 7/22/2014 JL | Status conference with Smith and client. | 1.25 575.00/hr | 718.75 |
| 7/30/2014 JL | Telephone conference with Smith and LE experts re repost | 0.75 575.00/hr | 431.25 |
| 7/31/2014 JL | Preparing letter to Court; tel conf w/Smith and LE experts | 1.50 575.00/hr | 862.50 |
| 8/1/2014 JL | Draft case status report; update Trial Memorandum. | 1.50 575.00/hr | 862.50 |
| 8/4/2014 JL | Telephone conference with LE experts; Eterno and Silverman with Nat Smith. | 1.00 575.00/hr | 575.00 |
| 8/5/2014 JL | Discovery review; review letter to Court re: outstanding issues; finalize status report. | 2.50 575.00/hr | 1,437.50 |
| 8/6/2014 JL | Review and summarize depositions; confer w/Smith re: expert reports. | 1.75 575.00/hr | 1,006.25 |
| 8/7/2014 JL | Review depositions; prepare index and summaries; confer re: expert testimony and reports. | 2.50 575.00/hr | 1,437.50 |
| 8/8/2014 JL | Review depositions; index and summarize; plan expert report submission and prepare for depositions. | 2.25 575.00/hr | 1,293.75 |
| 8/9/2014 JL | Confer w/Smith re: expert reports; conference call with LE experts. | 2.00 575.00/hr | 1,150.00 |

Schoolcraft                                                                                  Page    15

|            |                                                                                                                                                                                                                                      | Hrs/Rate        | Amount   |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 8/10/2014 JL | Review expert reports; conference calls with psychiatric expert.                                                                                                                                                                    | 2.50<br>575.00/hr | 1,437.50 |
| 8/11/2014 JL | Plaintiff's expert disclosure due; prepare packages and send.                                                                                                                                                                       | 4.25<br>575.00/hr | 2,443.75 |
| 8/14/2014 JL | Research and review existing material re: expert depositions and dispositive motions.                                                                                                                                               | 1.50<br>575.00/hr | 862.50   |
| 8/15/2014 JL | Prepare for depositions of plaintiff's experts.                                                                                                                                                                                     | 1.50<br>575.00/hr | 862.50   |
| 8/16/2014 JL | Telephone conference with Nat Smith re: expert report follow up and depositions.                                                                                                                                                    | 1.00<br>575.00/hr | 575.00   |
| 8/18/2014 JL | Respond to City Defendant letter re: expert reports; review and index depositions.                                                                                                                                                  | 2.50<br>575.00/hr | 1,437.50 |
| 8/19/2014 JL | Review deposition summaries; draft correspondence re: discovery issues.                                                                                                                                                             | 2.50<br>575.00/hr | 1,437.50 |
| 8/20/2014 JL | Draft response to City Defendants letter re:30(b)(6) witness; also renew demands for production of Marino and other discovery documents.                                                                                             | 4.75<br>575.00/hr | 2,731.25 |
| 8/21/2014 JL | Telephone conference with Smith re: case scheduling with Larry Schoolcraft (.75); draft response to medical defendants re: depositions of Dr. Patel and Dr. Lwin and City Defendants re: discovery issues (1.25); complete Adrian Schoolcraft 2nd deposition summary (2.50). | 4.50<br>575.00/hr | 2,587.50 |
| 8/22/2014 JL | Confer with all expert witnesses re: schedule availability for depositions.                                                                                                                                                         | 1.25<br>575.00/hr | 718.75   |
| 8/26/2014 JL | Confer with experts re: additional information on reports; and schedule availability; review defendant Mauriello letter to dismiss charges.                                                                                          | 1.75<br>575.00/hr | 1,006.25 |
| 8/29/2014 JL | Review Court Order re: discovery; confer with Smith.                                                                                                                                                                                | 1.50<br>575.00/hr | 862.50   |
| 9/2/2014 JL | Confer with co-counsel on expert discovery response, schedule of depositions.                                                                                                                                                       | 1.50<br>575.00/hr | 862.50   |
| 9/4/2014 JL | Schedule of expert depositions (.75); review defendants letter motion re: expert reports and depositions (1.25); prepare for expert depositions (1.50).                                                                              | 4.50<br>575.00/hr | 2,587.50 |
| 9/5/2014 JL | Confer with co-counsel re: expert reports and depositions; prepare response to defendants' letter motion re: expert reports and deposition schedules; organize further deposition summaries.                                        | 3.50<br>575.00/hr | 2,012.50 |

Schoolcraft

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/6/2014 JL | Review process of summarizing deposition transcripts; confidentiality agreement, billing procedures, etc. with legal assistants. | 2.00 575.00/hr | 1,150.00 |
| 9/7/2014 JL | Review PD expert Silverman prior research. | 1.50 575.00/hr | 862.50 |
| 9/8/2014 JL | Confer with co-counsel re: expert discovery; schedule and deposition strategy; review Monel law and facts. | 2.75 575.00/hr | 1,581.25 |
| 9/10/2014 JL | Review with all counsel expert witness deposition schedule and outstanding discovery production; review research material for depositions. | 2.50 575.00/hr | 1,437.50 |
| 9/12/2014 JL | Meeting with client and trial team in Mayfield NY (Smith, Bauza and legal asst) in preparation for trial | 4.00 575.00/hr | 2,300.00 |
| JL | POV from 111 Broadway NYC to 467 Bunker Hill Road, Mayfield, NY for trial planning session with client | 4.00 287.50/hr | 1,150.00 |
| 9/13/2014 JL | Meeting with client at Bunker Hill, Mayfield, NY. | 7.50 575.00/hr | 4,312.50 |
| 9/14/2014 JL | POV (smith) from 467 Bunker Hill Road, Mayfield, NY ( trial planning session with client and trial team) to NYC | 4.00 287.50/hr | 1,150.00 |
| JL | Meeting with client in Mayfield, NY.  for trial prep with trial team | 4.00 575.00/hr | 2,300.00 |
| 9/15/2014 JL | Review discovery materials produced by City Defendants; conferred with LE expert Eterno by telephone; and conference call with LE experts. | 2.50 575.00/hr | 1,437.50 |
| 9/16/2014 JL | Review and consult re: expert discovery. | 2.50 575.00/hr | 1,437.50 |
| 9/17/2014 JL | Prepare for Hearing; hearing with Judge Sweet courtroom at 500 Pearl Street, NYC. | 3.00 575.00/hr | 1,725.00 |
| 9/18/2014 JL | Prepare for City 30(b)(6) examination before trial on Friday; prepare for motion for summary judgment; defendants expert disclosure due. | 2.50 575.00/hr | 1,437.50 |
| 9/19/2014 JL | With Smith: City 30(b)(6) deposition with Sgt Purpi; and City 30(b)(6) witness on gun amnesty program. | 2.75 575.00/hr | 1,581.25 |
| 9/21/2014 JL | Prepare ER expert for examination before trial; confer w/Smith re med experts | 2.75 575.00/hr | 1,581.25 |
| 9/22/2014 JL | ER and Psych Expert deposition preparation (2.00); review defendants' expert reports (2.00). | 4.50 575.00/hr | 2,587.50 |

Schoolcraft

Page    17

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/23/2014 JL | Expert deposition with Dr. Lubit at MCB 220 East 42nd Street, NYC. | 7.50<br>575.00/hr | 4,312.50 |
| 9/24/2014 JL | Expert deposition: Review Lubit deposition; review defendants' expert reports; prepare for LE experts. | 1.50<br>575.00/hr | 862.50 |
| 9/25/2014 JL | Discuss and prepare documentation for LE Expert depositions. | 2.00<br>575.00/hr | 1,150.00 |
| 9/29/2014 JL | Prepare (w/Smith) Dr. Halpern-Ruder for examination before trial at 330 East 42nd Street, NYC. | 2.00<br>575.00/hr | 1,150.00 |
| 9/30/2014 JL | Expert deposition with Dr. Halpren-Ruder at MCB. | 7.50<br>575.00/hr | 4,312.50 |
| 10/1/2014 JL | Prepare for hearing on defendants' motions (1.25); hearing on city and hospital defendants' motions (.75); review of rulings from hearing (.25); prep production of LE expert resource materials (.75). | 3.00<br>575.00/hr | 1,725.00 |
| 10/2/2014 JL | Prepare for summary judgment motions (1.25); summarize examination before trial (1.00); review LE expert resource materials for production (1.50); prepare and schedule legal assistants (Jeanette and Lysia) for examination before trial summaries (2.50). | 6.25<br>575.00/hr | 3,593.75 |
| 10/3/2014 JL | Case conference with client and Smith; preparation for summary judgment motions; prepare research for motion to amend complaint. | 3.75<br>575.00/hr | 2,156.25 |
| 10/6/2014 JL | Review of discovery correspondence and scheduling of remaining depositions. | 1.50<br>575.00/hr | 862.50 |
| 10/10/2014 JL | Tel Conference with Lubit and Silverman re: schedule and prepare for deposition. | 1.00<br>575.00/hr | 575.00 |
| 10/14/2014 JL | Meet Nat Smith for meeting with LE expert Eterno; drive to and from Molloy College from NYC to discuss expert report and prepare for Dr. Eterno for examination before trial. [mtg:2:30]<br>[travel: 2:00] | 2.50<br>575.00/hr | 1,437.50 |
| JL | POV (Nat Smith) to and from Molloy College from NYC for meeting with LE expert Eterno;  to discuss expert report and prepare for Dr. Eterno for examination before trial. | 2.00<br>287.50/hr | 575.00 |
| 10/15/2014 JL | Conference w/Smith re: City Defendants settlement proposal; prepare counter proposal. | 2.00<br>575.00/hr | 1,150.00 |
| 10/16/2014 JL | Conference with client and Smith re: settlement options and trial strategy. | 1.50<br>575.00/hr | 862.50 |
| 10/17/2014 JL | Examination before trial of Dr. Eterno (with Smith) | 8.50<br>575.00/hr | 4,887.50 |

Schoolcraft

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/20/2014 JL | Meeting (conference call) with client and Smith re City settlement possibilities | 0.75 575.00/hr | 431.25 |
| 10/22/2014 JL | Review of 2nd Amended Complaint; research for proposed 3rd Amendment. | 1.50 575.00/hr | 862.50 |
| 10/23/2014 JL | Prepare and review summaries of deposition transcripts; schedule remaining depositions with counsel; prepare Silverman for deposition. | 3.50 575.00/hr | 2,012.50 |
| 10/24/2014 JL | Defend with Smith City's examination before trial of Silverman. | 7.50 575.00/hr | 4,312.50 |
| 10/28/2014 JL | Review discovery issues outstanding and preparation for hearing 10/29/2014. | 2.00 575.00/hr | 1,150.00 |
| 10/29/2014 JL | Hearing before Judge Sweet. | 1.00 575.00/hr | 575.00 |
| 11/3/2014 JL | Telephone conference with Smith re: 3rd Amended Complaint. | 0.75 575.00/hr | 431.25 |
| 11/6/2014 JL | Case conference with client and Smith; update re: strategy and outstanding discovery matters. | 2.25 575.00/hr | 1,293.75 |
| 11/10/2014 JL | Defend with Smith Lubit examination before trial | 4.00 575.00/hr | 2,300.00 |
| 11/13/2014 JL | Lubit deposition continued (defend plaintiff psych expert with Smith). | 5.50 575.00/hr | 3,162.50 |
| 11/16/2014 JL | Review draft of 3rd Amended Complaint. | 1.75 575.00/hr | 1,006.25 |
| 11/18/2014 JL | Review of legal assistant's work in summarizing deposition transcripts. | 1.00 575.00/hr | 575.00 |
| 11/20/2014 JL | Follow up re: Lubit deposition and prep materials for trial testimony. | 1.00 575.00/hr | 575.00 |
| 12/3/2014 JL | Review draft of 3rd Amended Complaint; review plaintiff motion for Summary Judgment and dismiss Mauriello counterclaim. | 3.00 575.00/hr | 1,725.00 |
| 12/4/2014 JL | Review draft of 3rd Amended Complaint and motion v. Mauriello. | 1.50 575.00/hr | 862.50 |
| 12/8/2014 JL | Review deposition summaries; research on motions for summary judgment; confer with Smith re preparation for opposition. | 3.00 575.00/hr | 1,725.00 |
| 12/9/2014 JL | Research review for motion for summary judgment and opposition to Mauriello counterclaim. | 2.00 575.00/hr | 1,150.00 |

Schoolcraft                                                                                   Page    19

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/21/2014 JL | Draft and Review plaintiff motion summary judgment. | 2.00 575.00/hr | 1,150.00 |
| 12/22/2014 JL | Review plaintiff motion for summary judgment. | 1.50 575.00/hr | 862.50 |
| 1/3/2015 JL | Meeting with Nat Smith re: Summary Judgment motion. | 1.75 575.00/hr | 1,006.25 |
| 1/5/2015 JL | Review of summary judgment motion; prepare response. | 4.50 575.00/hr | 2,587.50 |
| 1/7/2015 JL | Meeting with Nat Smith and James McCutcheon re: review of Compstat DVD's. | 1.50 575.00/hr | 862.50 |
| 1/8/2015 JL | Review and index CompStat DVD's (4.50); prepare response to summary judgment motion (4.00). | 8.50 575.00/hr | 4,887.50 |
| 1/9/2015 JL | Review of Compstat DVD's (2.50); prep index. Meeting with Nat Smith re: summary judgment motion (2.00). | 4.50 575.00/hr | 2,587.50 |
| 1/10/2015 JL | Review CompStat DVD's; prep index. | 7.50 575.00/hr | 4,312.50 |
| 1/11/2015 JL | Review CompStat DVD's; telephone call re: CompStat DVD's; review CompStat DVD's. | 8.25 575.00/hr | 4,743.75 |
| 1/12/2015 JL | CompStat DVD review. | 6.50 575.00/hr | 3,737.50 |
| 1/13/2015 JL | Review and index CompStat DVD's. | 6.00 575.00/hr | 3,450.00 |
| 1/14/2015 JL | Meeting re: summary judgment motion (2.00); CompStat DVD review (4.50). | 6.50 575.00/hr | 3,737.50 |
| 1/15/2015 JL | Review and index CompStat DVD's. | 6.75 575.00/hr | 3,881.25 |
| 1/19/2015 JL | Draft Response to Mauriello summary judgment motion (4.50); telephone call (Smith and McCutcheon) re: CompStat DVD review (.75); research for Response to Mauriello (1.50); meeting for summary judgment (1.25). | 8.00 575.00/hr | 4,600.00 |
| 1/20/2015 JL | Review defendants Order re: TAC; prepare Summary Judgment Response Mauriello. | 3.50 575.00/hr | 2,012.50 |
| 1/21/2015 JL | Research, review and drafting portions of plaintiff SJ mtn | 7.00 575.00/hr | 4,025.00 |

Schoolcraft

Page    20

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 1/22/2015 | JL | Draft and research for Responses to Mauriello Summary Judgment motion. | 7.50 575.00/hr | 4,312.50 |
| 1/23/2015 | JL | Review CompStat DVD's; prepare Summany Judgment Response Statement of motion and facts. | 3.00 575.00/hr | 1,725.00 |
| 1/24/2015 | JL | Research and draft Responses to defendant Mauriello Summary Judgment motion. | 3.50 575.00/hr | 2,012.50 |
| 1/25/2015 | JL | Research and Drafting in collab with Smith plaint SJ mtn | 4.00 575.00/hr | 2,300.00 |
| 1/26/2015 | JL | Client conference call (1.50); research and drafting re: summary judgment defendant Mauriello (7.00). | 8.50 575.00/hr | 4,887.50 |
| 1/27/2015 | JL | Meeting / consult with Smith re: summary judgment responses (2.00); research re: summary judgment response Mauriello (4.00). | 6.00 575.00/hr | 3,450.00 |
| 1/28/2015 | JL | Research and draft; prepare for summary judgment response Mauriello. | 10.50 575.00/hr | 6,037.50 |
| 1/29/2015 | JL | Mauriello response and research, record, and draft. | 4.75 575.00/hr | 2,731.25 |
| 1/30/2015 | JL | Summary Judgment response, research, and draft. | 2.00 575.00/hr | 1,150.00 |
| 1/31/2015 | JL | Prepare, research, write draft for response to Mauriello summary judgment. | 8.50 575.00/hr | 4,887.50 |
| 2/1/2015 | JL | Confer with Smith in final draft: Mauriello Summary Judgment Response and review. | 4.50 575.00/hr | 2,587.50 |
| 2/2/2015 | JL | Telephone conference withSmith and client; meeting re: summary judgment motions and trial. Trial Memo review. [client to reinstate Norinsberg et al to trial team] | 4.50 575.00/hr | 2,587.50 |
| 2/3/2015 | JL | Meeting with Nat re: summary judgment motion; summary judgment Mauriello research. | 3.50 575.00/hr | 2,012.50 |
| 2/4/2015 | JL | Meeting with Nat re: summary judgment motions. | 1.00 575.00/hr | 575.00 |
| 2/5/2015 | JL | Research and draft response to defendant Mauriello motion for summary judgment; Mauriello summary judgment motion reponse. | 7.50 575.00/hr | 4,312.50 |
| 2/6/2015 | JL | Research and draft Summary judgment motion. | 7.50 575.00/hr | 4,312.50 |
| 2/7/2015 | JL | Review and draft Summary Judgment Motions. | 6.50 575.00/hr | 3,737.50 |

Schoolcraft

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/8/2015 JL | Preparation in opposition to defendant's summary judgment motion. | 8.50 575.00/hr | 4,887.50 |
| 2/9/2015 JL | Summary Judgment motions; confer w/Smith re prepare in opposition to motions and response to Rule 56.1 Statement. | 9.50 575.00/hr | 5,462.50 |
| 2/10/2015 JL | Prepare memorandum in opposition to defendant's motions for summary judgment and Rule 56.1 Statement. | 8.50 575.00/hr | 4,887.50 |
| 2/11/2015 JL | Review and edit of opposition to defendant's summary judgment motion. | 6.50 575.00/hr | 3,737.50 |
| 2/12/2015 JL | Telephone conference with co-counsel; review of summary judgment motions by defendants. | 2.50 575.00/hr | 1,437.50 |
| 2/13/2015 JL | Review of defendant's motions in opposition to plaintiff's motion summary judgment; review of defendant's motions and prepare for plaintiff's reply re: Schoolcraft discovery. | 2.00 575.00/hr | 1,150.00 |
| 2/17/2015 JL | Review of defendant Mauriello's motion and prepare plaintiff reply. | 2.50 575.00/hr | 1,437.50 |
| 2/18/2015 JL | Review and research on plaintiff reply memorandum to defendant Mauriello's response motion. | 3.00 575.00/hr | 1,725.00 |
| 2/19/2015 JL | Review of examination before trial summaries. | 1.00 575.00/hr | 575.00 |
| 2/20/2015 JL | Prepare for meeting with new trial team; meet with Norinsberg trial team; and review draft of trial memo. | 4.50 575.00/hr | 2,587.50 |
| 2/23/2015 JL | Review of Mauriello summary judgment motion response; research and review documents for summary judgment reply. | 3.00 575.00/hr | 1,725.00 |
| 2/24/2015 JL | Review discovery to draft response to Mauriello motion opposition. | 2.50 575.00/hr | 1,437.50 |
| 2/25/2015 JL | Draft and research for reply to Mauriello summary judgment response motion. | 2.00 575.00/hr | 1,150.00 |
| 2/26/2015 JL | Review of Rule 56.1 Mauriello. | 2.50 575.00/hr | 1,437.50 |
| 2/28/2015 JL | Review of Mauriello Rule 56.1. | 1.50 575.00/hr | 862.50 |
| 3/2/2015 JL | Review and draft summary judgment motion; reply to defendant's motion. | 2.25 575.00/hr | 1,293.75 |
| 3/3/2015 JL | Research and review of defendants motions and summary judgment statements re: re-preparation w/Smith of reply brief. | 6.50 575.00/hr | 3,737.50 |

Schoolcraft                                                                Page    22

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/4/2015 JL | Review of case file and research for smmary judgment motion reply brief. | 7.25 575.00/hr | 4,168.75 |
| 3/5/2015 JL | Draft, discuss and review summary judgment motion. | 8.50 575.00/hr | 4,887.50 |
| 3/6/2015 JL | Review and edit of summary judgment reply. | 3.50 575.00/hr | 2,012.50 |
| 3/9/2015 JL | Research and draft letter to Court re: Matthews. | 2.50 575.00/hr | 1,437.50 |
| 3/10/2015 JL | Telephone conference with Nat. | 0.50 575.00/hr | 287.50 |
| 3/11/2015 JL | Meeting with Nat Smith re: Matthews letter and response; trial strategy. | 2.50 575.00/hr | 1,437.50 |
| 3/12/2015 JL | Review motions; prepare letter to court. re; Matthews and quantified immunity. Meeting with Norinsberg team at 225 BWay | 4.50 575.00/hr | 2,587.50 |
| 3/13/2015 JL | Smith meeting at 111 Broadway for review of trial strategy and rewponsibilities with new team. | 2.50 575.00/hr | 1,437.50 |
| 3/16/2015 JL | Review motion response re: Lamstein Affidavit and repy to attorney motion. | 2.50 575.00/hr | 1,437.50 |
| 3/18/2015 JL | Review of trial; prepare exhibits. | 0.50 575.00/hr | 287.50 |
| 3/22/2015 JL | Trial exhibits preparation. | 1.50 575.00/hr | 862.50 |
| 3/23/2015 JL | Meeting with Nat MSith at 100 Wall Street; prepare trial exhibits and witness list. | 4.50 575.00/hr | 2,587.50 |
| 3/24/2015 JL | Draft/prepare jury verdict sheet template.  Research re jury instruction re elements of complaint. | 4.50 575.00/hr | 2,587.50 |
| 3/25/2015 JL | Review of of trial preparation - especially Lubit Direct Outline. | 2.50 575.00/hr | 1,437.50 |
| 3/27/2015 JL | Telephone conference with new trial team; assign witness; complete jury questions round up; compstat video by Wednesday. | 2.00 575.00/hr | 1,150.00 |
| 3/28/2015 JL | Update Trial Memo | 1.50 575.00/hr | 862.50 |
| 3/29/2015 JL | Prepare expert witness direct; draft jury instruction round up. | 4.75 575.00/hr | 2,731.25 |

Schoolcraft

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/30/2015 JL | Trial preparation; expect witness direct - Eterno, Lubit, Halpren-Ruder. | 6.00<br>575.00/hr | 3,450.00 |
| 3/31/2015 JL | Prepare trial examination - Eterno, Lubit, and Halpren-Ruder. | 6.50<br>575.00/hr | 3,737.50 |
| 4/1/2015 JL | Prepare expert witness testimony and trial notebook. | 6.50<br>575.00/hr | 3,737.50 |
| 4/2/2015 JL | Meeting with trial team; research expert testimony for direct testimony and prep for cross. | 5.00<br>575.00/hr | 2,875.00 |
| 4/3/2015 JL | Research and prepare expert witness; direct and cross | 4.50<br>575.00/hr | 2,587.50 |
| 4/4/2015 JL | Trial memo preparation. | 2.00<br>575.00/hr | 1,150.00 |
| 4/6/2015 JL | Prepare expert trial testimony for Eterno; review examination before trial for Eterno. | 3.50<br>575.00/hr | 2,012.50 |
| 4/7/2015 JL | Prepare trial testimony for Halpren-Ruder; review jury instructions and motion. | 4.25<br>575.00/hr | 2,443.75 |
| 4/8/2015 JL | Review of trial exhibits for expert witnesses Eterno and Halpren-Ruder; prepare expert testimony for Halpren-Ruder. | 3.00<br>575.00/hr | 1,725.00 |
| 4/9/2015 JL | Expert trial preparation for Eterno; outline direct and prepare exhibits. | 4.50<br>575.00/hr | 2,587.50 |
| 4/10/2015 JL | Prepare expert trial testimony for Halpre-Ruder; expert witness preparation for Lubit. | 4.25<br>575.00/hr | 2,443.75 |
| 4/11/2015 JL | Prepare Eterno direct, with exhibits | 2.50<br>575.00/hr | 1,437.50 |
| 4/13/2015 JL | Prepare for hearing before Judge Sweet re: trial schedule; meeting with trial team re: trial schedule and strategy. | 3.50<br>575.00/hr | 2,012.50 |
| 4/15/2015 JL | Review of additional discovery by City Defendants re: Lamstein. | 1.50<br>575.00/hr | 862.50 |
| 4/17/2015 JL | Review of City Proposal for settlement; telephone call to Schoolcraft re: City Settlement offer. | 1.50<br>575.00/hr | 862.50 |
| 4/24/2015 JL | Telephone conference with Nat Smith re possible settlement strategy | 0.50<br>575.00/hr | 287.50 |
| 4/28/2015 JL | Telephone conference with Nat Smith; call to Roy Lubit re: trial schedule. | 1.25<br>575.00/hr | 718.75 |

Schoolcraft                                                                                          Page    24

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/2015 JL | Telephone conference with Nat Smith re trial responsibilities, tactics and overall strategy | 0.75<br>575.00/hr | 431.25 |
| 5/5/2015 JL | Review / discussion of court's 200 page Opinion re: Summary Judgment Motions. | 3.00<br>575.00/hr | 1,725.00 |
| 5/6/2015 JL | Review and discuss with Smith plaintiff response re court's Opinion. | 2.50<br>575.00/hr | 1,437.50 |
| 5/11/2015 JL | Prepare for hearing re: Court's Opinion/Order re: dispositive motions. | 2.50<br>575.00/hr | 1,437.50 |
| 5/12/2015 JL | Meeting with full trial team re: hearing; status conference with Judge Sweet. | 1.75<br>575.00/hr | 1,006.25 |
| 6/1/2015 JL | Research and draft letter motion re: reconsideration of order re: modified complaint. | 5.75<br>575.00/hr | 3,306.25 |
| 6/2/2015 JL | Review of draft and additional research re: court motion to reconsider re: Dr HR; review draft of reconsideration letter and motion. | 2.00<br>575.00/hr | 1,150.00 |
| 6/22/2015 JL | Discussion re: opposition to city & summary motions to reconsideration (Nat Smith). | 0.75<br>575.00/hr | 431.25 |
| 6/23/2015 JL | Discussion with Nat Smith re: opposition to consideration motions. | 0.50<br>575.00/hr | 287.50 |
| 6/24/2015 JL | Prepare opposition response re bifurcation. | 1.50<br>575.00/hr | 862.50 |
| 6/25/2015 JL | Draft and research re: bifurcation issue. | 7.50<br>575.00/hr | 4,312.50 |
| 6/26/2015 JL | Research and draft plaintiff opposition to bifurcation  of Monell claim. | 4.50<br>575.00/hr | 2,587.50 |
| 6/27/2015 JL | Further research and draft of plaintiff opposition to bifurcation motion; finalize draft of opposition to bifurcation. | 4.00<br>575.00/hr | 2,300.00 |
| 7/6/2015 JL | Review draft of opposition memo for reconsideration. | 0.75<br>575.00/hr | 431.25 |
| 7/8/2015 JL | Research re: production of plaintiff PD expert to city defendants. | 2.50<br>575.00/hr | 1,437.50 |
| 7/9/2015 JL | Confer with expert; Draft response to city re: plaintiff expert resource material; review police expert disclosure requirements. | 5.75<br>575.00/hr | 3,306.25 |
| 7/13/2015 JL | Response to city defendants request for additional discovery re: PD experts. | 2.50<br>575.00/hr | 1,437.50 |

Schoolcraft                                                                          Page    25

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/14/2015 JL | Review / research of JHMC Opposition Memo re: Halpren-Ruder. | 2.00 575.00/hr | 1,150.00 |
| 7/15/2015 JL | Prepare response to defendant JHMC Memo in Opposition to motion for resonsideration re: expert Halpren-Ruder. | 5.50 575.00/hr | 3,162.50 |
| 7/17/2015 JL | Discussion and review re: Compstat Records; PD expert disclosure. | 1.25 575.00/hr | 718.75 |
| 7/20/2015 JL | Draft opposition to JHMC Memrandum re Medical Expert Halpren-Ruder. | 5.00 575.00/hr | 2,875.00 |
| 7/22/2015 JL | Prepare Response to JHMC Opposition to Plaintiff Medical Expert. | 4.25 575.00/hr | 2,443.75 |
| 7/23/2015 JL | Research and draft Memo In Response to JHMC opposition memo; review film re: Schoolcraft. | 7.50 575.00/hr | 4,312.50 |
| 7/24/2015 JL | Meeting with trial team re JPTO etc. at 100 Wall Street. | 2.25 575.00/hr | 1,293.75 |
| 7/27/2015 JL | Review documentary film on client with Eterno. | 0.75 575.00/hr | 431.25 |
| 8/7/2015 JL | Review JPTO's filed by defendants; telephone conference with counsel team re: JPTO; conference with co-counsel re: Trial Draft. | 3.50 575.00/hr | 2,012.50 |
| 8/14/2015 JL | Meeting with Smith re JPTO | 1.00 575.00/hr | 575.00 |
| 8/21/2015 JL | Draft letter to court re experts at trial. | 1.00 575.00/hr | 575.00 |
| 8/24/2015 JL | Review of trial exhibits, expert rpts and EBTs; prepare expert trial witness outlines | 6.50 575.00/hr | 3,737.50 |
| 8/25/2015 JL | Review and edit letter to court re: opposition to city defendants 2 letters; witness trial outllines: Eterno. | 2.00 575.00/hr | 1,150.00 |
| 8/26/2015 JL | Prepare witness trial outlines. | 3.50 575.00/hr | 2,012.50 |
| 9/16/2015 JL | Confer with trial team re City R 68 offer of jmt; | 2.50 575.00/hr | 1,437.50 |

For professional services rendered                                   1310.00        $736,575.00

Balance due                                                                          $736,575.00