# EXHIBIT "M"

Scoolcraft v NYC

| Date | Work | Time | Attorney |
|---|---|---|---|
| 7/31/2013 | meeting with Nat Smith to review role and case | 2.5 | HS |
| 8/1/3013 | emails from and/or to Nat Smith | 0.25 | HS |
| 8/2/2013 | reviewed amended complaint | 1 | HS |
| 8/6/2013 | reviewed Jamaica Hospital's doc exchange | 1.5 | HS |
| 8/7/2013 | read Plaintiff's depo | 1.5 | HS |
| 8/13/2013 | emails to and/or from Nat Smith | 0.2 | HS |
| 8/22/2013 | reviewed availability, called and emailed Nat Smith re: my availability for depos | 0.25 | HS |
| 9/4/2013 | reviewed status report | 0.2 | HS |
| 9/13/2013 | reviewed departmental action affect on case by city and emailed to group | 1.75 | HS |
| 10/1/2013 | prep for inspection of Schoolcraft home and Hosp: reviewed records & depo of plt | 4 | HS |
| 10/2/2013 | home and hosp inspection and Scene inspection | 6.25 | HS |
| 10/7/2013 | read Kretz transcript | 0.5 | HS |
| 10/15/2013 | read John L status report | 0.2 | HS |
| 10/15/2013 | reviewed motion papers for motions of 10/16 | 1.5 | HS |
| 10/17/2013 | started review of docs from drop box invasion tape | 6 | HS |
| 10/18/2013 | prep for Aldana-Bernier depo | 4 | HS |
| 10/21/2013 | reviewed Aldana-Bernier interrogatories and further prep for depo | 3.25 | HS |
| 10/22/2013 | meeting with Nat Smith to review case | 2.5 | HS |
| 10/24/2013 | prep deposition binder for Aldana-Bernier depo | 10 | HS |
| 10/25/2013 | appeared for Aldana-Bernier depo and strategized with John Meg and Nat Smit | 5 | HS |
| 10/25/2013 | reviewed Nat Smith email re: discovery | 0.1 | HS |
| 10/28/2013 | reviewed motion by medical deft re: video depo/6 emails | 3.5 | HS |
| 10/28/2013 | performed research on video tape depositions | 2.5 | HS |
| 10/29/2103 | emails to team re: motion for video dep/ research | 1 | HS |
| 11/13/2013 | Appeared for SDNY motion: re video depositions | 1.25 | HS |
| 11/4/2013 | emails to team | 0.1 | HS |
| 11/18/2013 | telephone call with John Lenoir and emails re: Larry Schoolcraft deposition | 1.25 | HS |
| 1/8/2014 | email to John Lenoir | 0.1 | HS |
| 2/9/2014 | call and email re: Deposition of hospital with deft counsel | 0.2 | HS |
| 2/11/2014 | reviewed client's deposition questions | 0.5 | HS |
| 2/10/2014 | deposition preparation | 5.2 | HS |
| 2/11/2014 | prep Isakov deposition | 9 | HS |

Scoolcraft v NYC

| Date | Work | Time | Attorney |
|---|---|---|---|
| 2/12/2014 | prep and conducted Isakov deposition | 7.25 | HS |
| 2/14/2014 | researched statutory duty | 2.1 | HS |
| 4/20/2014 | preparation Aldana-Bernier deposition | 4.5 | HS |
| 4/22/2014 | preparation Aldana-Bernier deposition | 3 | HS |
| 4/23/2014 | prep and conducted Aldana-Bernier deposition | 8 | HS |
| 8/10/2014 | reviewed expert report and emailed team re: expert report | 1.5 | HS |
| 12/8/2014 | researched statutory standard and emailed team with research | 4.25 | HS |
| 3/25/2015 | prepared request to charge | 1.25 | HS |

Total Hours 108.9
Rate $575.00
Fee $62,617.50