# EXHIBIT

# "N"

Law Office of Nathaniel B. Smith
100 Wall Street - 23rd Floor
New York, NY  10005

Invoice submitted to:
Schoolcraft

November 25, 2015

Invoice #10032

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/21/2013 MB | Initial meeting with Peter Gleason and Jeremy Skehan. | 2.00 150.00/hr | 300.00 |
| 3/5/2013 MB | Meeting with Peter Gleason re: coming on board the Schoolcraft team. | 3.00 150.00/hr | 450.00 |
| 3/9/2013 MB | Meeting with Peter and Nat re briefing of the case. | 3.00 150.00/hr | 450.00 |
| 3/15/2013 MB | Started research on admissibility of demonstrative evidence story board project. | 6.00 150.00/hr | 900.00 |
| 3/27/2013 MB | Conference with Peter, Nat, and Artist re Story Board project. | 3.00 150.00/hr | 450.00 |
| 4/1/2013 MB | Memo to counsel re: research on prior restraint in resppnse to motion for gag  order. | 6.00 150.00/hr | 900.00 |
| 4/7/2013 MB | Meeting with Adrian and team in Saugerties (travel to and from meeting 4 hours). | 8.00 150.00/hr | 1,200.00 |
| 8/1/2013 MB | Meeting with Nat re: jury instructions project. | 3.00 150.00/hr | 450.00 |
| 8/2/2013 MB | Review Complaint, record, and prior case decisions. | 7.00 150.00/hr | 1,050.00 |

Schoolcraft                                                                                    Page      2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/5/2013 MB | Jury instructions project: research fundamentals of 1983 litigation and federal causes of action; review commentary Bender and Schwartz; causation by multiple defendants; collect cases for authority. | 5.00 150.00/hr | 750.00 |
| 8/6/2013 MB | Jury instructions project. | 5.00 150.00/hr | 750.00 |
| 8/7/2013 MB | Prep for meeting with illustrator re demonstrative project; meeting with potential "dangerousness expert," Tom Litwack. | 7.00 150.00/hr | 1,050.00 |
| 8/12/2013 MB | Jury instructions project. | 5.00 150.00/hr | 750.00 |
| 8/13/2013 MB | Meeting with Nat at 3pm re update on projects | 3.00 150.00/hr | 450.00 |
| 8/14/2013 MB | Jury instructions project. | 5.00 150.00/hr | 750.00 |
| 8/19/2013 MB | Jury instructions project. | 5.00 150.00/hr | 750.00 |
| 8/20/2013 MB | Jury instructions project. | 5.00 150.00/hr | 750.00 |
| 8/21/2013 MB | Jury instructions project. | 5.00 150.00/hr | 750.00 |
| 8/23/2013 MB | Meeting with Nat at 5pm re state action research project | 3.00 150.00/hr | 450.00 |
| 8/26/2013 MB | Jury instructions project. | 5.00 150.00/hr | 750.00 |
| 8/27/2013 MB | Team meeting with Adrian in Saugerties. (Travel time 4.5 hours) | 10.00 150.00/hr | 1,500.00 |
| 8/29/2013 MB | Jury instructions project. | 5.00 150.00/hr | 750.00 |
| 9/1/2013 MB | Nat's office, listen to audios and review production. | 3.00 150.00/hr | 450.00 |
| 9/3/2013 MB | Jury instructions project. | 5.00 150.00/hr | 750.00 |
| 9/5/2013 MB | Preparing detailed timelines for case on plaintiff's entire work history; NYPD work history; hosptial events and events of 10-31-09. | 5.00 150.00/hr | 750.00 |
| 9/6/2013 MB | Timeline Project. | 5.00 150.00/hr | 750.00 |

Schoolcraft                                                                                          Page      3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/9/2013 MB | Timeline Project. | | 5.00 150.00/hr | 750.00 |
| 9/11/2013 MB | Timeline Project. | | 5.00 150.00/hr | 750.00 |
| 9/12/2013 MB | Timeline Project. | | 5.00 150.00/hr | 750.00 |
| 9/13/2013 MB | Meeting with Nat 4:30pm re update of current projects | | 3.00 150.00/hr | 450.00 |
| 9/18/2013 MB | Meeting with Nat and Adrian | | 2.00 150.00/hr | 300.00 |
| 9/19/2013 MB | Inspection of 81st Precinct | | 6.00 150.00/hr | 900.00 |
| 9/24/2013 MB | Meeting with Adrian to work on layout of Glendale apt. | | 3.00 150.00/hr | 450.00 |
| 9/25/2013 MB | Oral Argument; team meeting | | 4.00 150.00/hr | 600.00 |
| 9/26/2013 MB | Deposition of the plaintiff. | | 11.00 150.00/hr | NO CHARGE |
| 9/27/2013 MB | Deposition of the plaintiff by the medical defendants. | | 12.00 150.00/hr | NO CHARGE |
| 10/2/2013 MB | Jamaica Hospital inspection. | | 6.00 150.00/hr | 900.00 |
| 10/3/2013 MB | Prepare Marino examination before trial; compile relevant discovery docs into searchable PDF; review record and prepare questions | | 5.00 150.00/hr | 750.00 |
| 10/4/2013 MB | Prepare Marino examination before trial. | | 5.00 150.00/hr | 750.00 |
| 10/7/2013 MB | Prepare Marino examination before trial. | | 5.00 150.00/hr | 750.00 |
| 10/8/2013 MB | Deposition of Deputy Chief Michael Marino. | | 12.00 150.00/hr | NO CHARGE |
| 10/10/2013 MB | Research caselaw on involuntary commitments involving private hospitals | | 5.00 150.00/hr | 750.00 |
| 10/11/2013 MB | Research involuntary commitments and MHL 9.39. | | 5.00 150.00/hr | 750.00 |

Schoolcraft

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/14/2013 MB | Prepare medical defendants examination before trial; review medical chart and record; review depostions of City defendants; review hospital policy and procedure; review MHL 9.39; draft deposition questions. | 5.00 150.00/hr | 750.00 |
| 10/15/2013 MB | Prepare medical defendants examination before trial. | 5.00 150.00/hr | 750.00 |
| 10/16/2013 MB | Judge Sweet's courtroom hearing. | 3.00 150.00/hr | 450.00 |
| 10/17/2013 MB | Prepare medical defendants examination before trial. | 3.00 150.00/hr | 450.00 |
| 10/18/2013 MB | Research involuntary commitments and due process violations; brief cases. | 5.00 150.00/hr | 750.00 |
| 10/21/2013 MB | Prepare medical defendants examination before trial. | 6.00 150.00/hr | 900.00 |
| 10/22/2013 MB | Prepare medical defendants examination before trial. | 5.00 150.00/hr | 750.00 |
| 10/23/2013 MB | Prepare medical defendants examination before trial. | 5.00 150.00/hr | 750.00 |
| 10/24/2013 MB | Meeting with Nat re status on projects | 3.00 150.00/hr | 450.00 |
| 10/25/2013 MB | Dr. Aldana-Berner; deposition was cancelled. | 2.50 150.00/hr | 375.00 |
| 10/28/2013 MB | Research re:defendant's objection to plaintiff's use of video at deposition; research Rule 30, Rule 28(c), CPLR 3313 (b). | 5.00 150.00/hr | 750.00 |
| 10/29/2013 MB | Research video deposition Rule 30. | 5.00 150.00/hr | 750.00 |
| 10/30/2013 MB | Research video deposition Rule 30. | 5.00 150.00/hr | 750.00 |
| 10/31/2013 MB | Memo to counsel re; research video deposition Rule 30. | 5.00 150.00/hr | 750.00 |
| 11/1/2013 MB | Prepare Lauterborn examination before trial; review record; listen to audios;compile discovery docs into searchable PDF; draft deposition questions. | 5.00 150.00/hr | 750.00 |
| 11/4/2013 MB | Prepare Lauterborn examination before trial. | 5.00 150.00/hr | 750.00 |

Schoolcraft                                                                                       Page     5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/5/2013 MB | Prepare Lauterborn examination before trial. | 5.00<br>150.00/hr | 750.00 |
| 11/6/2013 MB | Prepare Lauterborn examination before trial. | 5.00<br>150.00/hr | 750.00 |
| 11/7/2013 MB | Lauterborn deposition. | 11.00<br>150.00/hr | NO CHARGE |
| 11/8/2013 MB | Review discovery, catalog, and convert to searchable PDF files. | 5.00<br>150.00/hr | 750.00 |
| 11/9/2013 MB | Review discovery, organize, and convert to searchable files. | 5.00<br>150.00/hr | 750.00 |
| 11/11/2013 MB | Review discovery, catalog, and convert to searchable PDF files. | 5.00<br>150.00/hr | 750.00 |
| 11/12/2013 MB | Canvas Glendale neighborhood with Terry; interview Adrian's next door neighbor and current resident of Glendale apt.; take photos. | 5.00<br>150.00/hr | 750.00 |
| 11/13/2013 MB | Judge Sweet's courtroom hearing. | 5.00<br>150.00/hr | 750.00 |
| 11/14/2013 MB | Prepare Mauriello examination before trial; review record; listen to audios;compile discovery docs into searchable PDF; draft deposition questions. | 5.00<br>150.00/hr | 750.00 |
| 11/15/2013 MB | Prepare Mauriello examination before trial. | 5.00<br>150.00/hr | 750.00 |
| 11/18/2013 MB | Interview with Carol Stretmoyer at Midtown location (w/Terry Skinner). | 3.00<br>150.00/hr | 450.00 |
| 11/20/2013 MB | Interview with Ted Stretmoyer at Glendale apt. (with Terry Skinner). | 3.00<br>150.00/hr | 450.00 |
| 11/21/2013 MB | Prepare Mauriello examination before trial. | 5.00<br>150.00/hr | 750.00 |
| 11/22/2013 MB | Mauriello deposition cancelled; begin Prof Rule 4.2 no contact research. | 4.50<br>150.00/hr | 675.00 |
| 11/24/2013 MB | Prof Rule 4.2 no contact research; issues include: when gov. employees are considered "parties" under Rule 4.2 and when employees are considered "represented." | 3.00<br>150.00/hr | 450.00 |
| 11/25/2013 MB | Prof Rule 4.2 no contact research. | 6.00<br>150.00/hr | 900.00 |
| 11/26/2013 MB | Draft memo to counsel re: Prof Rule 4.2 no contact research. | 6.00<br>150.00/hr | 900.00 |

Schoolcraft                                                                                              Page      6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/29/2013 MB | Rule 30(c)(2) research; issues include: Rule 612; the production of documents relied on during deposition; attorney-client privilege; relevancy under Rule 26. | 5.00 150.00/hr | 750.00 |
| 11/30/2013 MB | Rule 30(c)(2) research re: discoverable disciplinary records; convictions; sanctions; applying state law privileges. | 5.00 150.00/hr | 750.00 |
| 12/2/2013 MB | Rule 30(c)(2) research. | 5.00 150.00/hr | 750.00 |
| 12/3/2013 MB | Draft memo to counsel re: Rule 30(c)(2) research. | 5.00 150.00/hr | 750.00 |
| 12/4/2013 MB | Draft memo to counsel re: Rule 30(c)(2) research. | 5.00 150.00/hr | 750.00 |
| 12/5/2013 MB | Write up on all deposition objection issues. | 5.00 150.00/hr | 750.00 |
| 12/6/2013 MB | Write up on all deposition objection issues. | 5.00 150.00/hr | 750.00 |
| 12/10/2013 MB | Prepare Larry Schoolcraft examination before trial. | 5.00 150.00/hr | 750.00 |
| 12/11/2013 MB | Larry Schoolcraft deposition in Albany, NY. (travel 6.5 hours). | 16.00 150.00/hr | 2,400.00 |
| 12/12/2013 MB | Review discovery, organize, and convert to searchable files. | 5.00 150.00/hr | 750.00 |
| 12/13/2013 MB | Review discovery, organize, and convert to searchable files; listen to audio. | 5.00 150.00/hr | 750.00 |
| 12/16/2013 MB | Prepare Mauriello examination before trial; review documents; create searchable PDF; review depositions and record; listen to audio. | 5.00 150.00/hr | 750.00 |
| 12/17/2013 MB | Prepare Mauriello examination before trial. | 5.00 150.00/hr | 750.00 |
| 12/18/2013 MB | Prepare Mauriello examination before trial. | 5.00 150.00/hr | 750.00 |
| 12/19/2013 MB | Prepare Mauriello examination before trial. | 5.00 150.00/hr | 750.00 |
| 12/20/2013 MB | Mauriello deposition. | 11.00 150.00/hr | NO CHARGE |
| 12/22/2013 MB | Meeting with Adrian Schoolcraft re: demontraive evidence project. | 3.00 150.00/hr | 450.00 |

Schoolcraft

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/24/2013 MB | Meeting with Team and Adrian Schoolcraft. | 3.00 150.00/hr | 450.00 |
| 12/26/2013 MB | Meeting with Adrian re demonstrative evidence project; joined by John Lenoir. | 3.00 150.00/hr | 450.00 |
| 12/27/2013 MB | Meeting with Adrian Schoolcraft re demontrative evidence project. | 3.00 150.00/hr | 450.00 |
| 12/29/2013 MB | Meeting at  Nat's office w/ Adrian; review audio and record. | 4.00 150.00/hr | 600.00 |
| 12/30/2013 MB | Meeting at  Nat's office w/ Adrian; review audio and record. | 3.00 150.00/hr | 450.00 |
| | For professional services rendered | 501.00 | $66,600.00 |
| | Balance due | | $66,600.00 |

# Detailed report

2014-01-01  -  2014-12-31
Total 547 h 29 min        Billable 461 h 28 min        69221.08 USD

**Schoolcraft** selected as clients

| Date | Description | Duration | User |
|------|-------------|----------|------|
| 01-03 | **Prepare for Huffman and Boston Deposition; review discovery docs; draft questions.** | **4:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:02-14:32 | 675 USD |
| 01-05 | **Prepare for Boston and Huffman Deposition.** | **6:02:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:07-16:09 | 905 USD |
| 01-06 | **Boston Deposition.** | **4:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:00-14:00 | |
| 01-06 | **Huffman Deposition.** | **4:15:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 14:00-18:15 | |
| 01-06 | **Team meeting re review of Boston and Huffman depositions.** | **1:45:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 19:15-21:00 | 262.5 USD |
| 01-10 | **Review and catalog discovery production at Nat's office; listen to Hanlon audio.** | **6:59:18** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 11:00-18:00 | 1048.25 USD |
| 01-12 | **Analyze NYPD emergency protocol; review NYPD Patrol guide.** | **2:14:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 13:46-16:00 | 335 USD |
| 01-12 | **Prepare for Hanlon's deposition; review EMT emergency procedure and discovery documents.** | **4:08:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 17:37-21:45 | 620 USD |
| 01-13 | **Hanlon's Deposition.** | **7:59:10** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:00-18:00 | |
| 01-15 | **Hearing with Judge Sweet re discovery issues; team meeting re status of case.** | **2:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 11:00-13:00 | 300 USD |
| 01-28 | **Prepare for Lamstein deposition; review handwritten notes in discovery docs; draft questions.** | **3:44:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 17:15-20:59 | 560 USD |
| 01-29 | **Meeting Nat's Office re: review and prep for Lamstein EBT.** | **4:00:01** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 14:00-18:00 | 600.04 USD |
| 01-30 | **Lamstein Deposition.** | **10:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:00-20:00 | 1500 USD |
| 02-03 | **Research inadvertent production and ethics on production obligation; search files and remove discovery documents in question.** | **6:05:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 12:12-18:17 | 912.5 USD |
| 02-04 | **Research inadvertent production and ethics on production obligation; research Rule 502, Fed. R. Civ. P. 26(b)(5)(B) and caselaw.** | **6:30:01** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:30-16:00 | 975.04 USD |
| 02-05 | **Draft memo to counsel re: inadvertent production research.** | **6:03:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:55-15:58 | 907.5 USD |

| Date | Description | Time | Hours | Person |
|---|---|---|---|---|
| 02-07 | **Meeting with Nat re: inadvertent production redaction issues; begin prep for Medical Defendants EBTs.** | **5:00:06** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 11:00-16:00 | 750.25 USD |
| 02-08 | **Prepare for Medical Defendant's EBTs; review medical chart,record, and deposition summaries; review Beiner's prior litigation testimony.** | **5:47:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:13-16:00 | 867.5 USD |
| 02-10 | **Conference with Howard Suckle re deposition prep; prep for Medical Defendants depositions.** | **6:15:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 11:00-17:15 | 937.5 USD |
| 02-11 | **Bernier Deposition.** | **9:00:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:00-19:00 | |
| 02-12 | **Isakov Deposition.** | **6:30:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:00-16:30 | |
| 02-20 | **Research state action under § 1983; draft memo to counsel arguing Dr. Isakov's liability in response to opposing counsel's request to release Isakov from case.** | **6:13:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:17-16:30 | 932.5 USD |
| 02-20 | **Draft memo to counsel re: Dr. Isakov.** | **2:03:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 20:15-22:18 | 307.5 USD |
| 03-04 | **Conference call with City defendants; team conference re trial prep status.** | **1:30:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 16:30-18:00 | 225 USD |
| 03-07 | **Research issues re: City Defendants' March 7, 2014 letter; attorney-client privilege issue; research Fed. R. Evid. 612(b) and Fed. R. Civ Pro 26(b)(3).** | **5:41:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 16:17-21:58 | 852.5 USD |
| 03-08 | **Research issues City Defendants' March 7, 2014 letter; ten-year limitation issue; unsubstantiated claims issue; objections at depositions generally; time to depose plaintiff (Rule 30(d)(1).** | **4:39:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 12:17-16:56 | 697.5 USD |
| 03-09 | **Draft Memo to counsel re: City Defendants deposition objection issues.** | **6:40:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 08:35-15:15 | 1000 USD |
| 03-10 | **Research defendants assertion of privilege for grand jury subpoenas.** | **5:14:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 17:05-22:19 | 785 USD |
| 03-11 | **Review and comment Letter to Judge Sweet; team meeting re discovery issues.** | **3:22:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 17:11-20:33 | 505 USD |
| 03-12 | **Catalogue and review new discovery at Nat's office.** | **6:30:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:30-16:00 | 975 USD |
| 03-12 | **Letter to counsel re: search for missing discovery files.** | **1:00:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 16:00-17:00 | 150 USD |
| 03-14 | **Draft subject matter for NYPD 30(b)(6) notices.** | **5:40:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:35-16:15 | 850 USD |
| 03-14 | **Revise proposed jury instructions for City defendants; research Monell custom and policy municipal liability; analyze Monell jury instructions from other jurisdictions; draft alternate instructions; review and collect cases for authority.** | **5:28:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:35-16:03 | 820 USD |
| 03-15 | **Continue with research and drafting NYPD proposed jury instructions; draft charges for supervisor liability, First Amendment retaliation and prior restraint.** | **6:00:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 11:15-17:15 | 900 USD |

| Date | Description | Time | | Name |
|------|-------------|------|--|------|
| 03-16 | **Research and draft NYPD proposed jury instructions; draft conspiracy and state action charges.** | **5:53:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:12-16:05 | 882.5 USD | |
| 03-19 | **Draft NYPD proposed jury instructions; continue state action research re: Medical Defendants.** | **6:26:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:46-16:12 | 965 USD | |
| 03-21 | **Research state action re: City defendants section 1983 conspiracy liability.** | **7:48:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:15-18:03 | 1170 USD | |
| 03-27 | **Draft subject matter for  JHMC 30(b)(6) notices.** | **5:15:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:44-14:59 | 787.5 USD | |
| 03-28 | **Meeting with Nat re: NYPD proposed jury instructions draft.** | **6:15:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 12:00-18:15 | 937.5 USD | |
| 04-02 | **Research re: possible medical experts.** | **6:30:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:30-16:00 | 975 USD | |
| 04-03 | **Memo to counsel re: possible medical expert Dr. Peter Stastny, MD.** | **5:32:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:35-15:07 | 830 USD | |
| 04-04 | **Research medical experts; review Roy Lubit's filings.** | **6:51:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:39-16:30 | 1027.5 USD | |
| 04-11 | **Draft proposed Jury Instructions Medical Defendants; research due process causes of action; dangerousness standard re: emergency civil commitment; statutory and common law procedural protections re: restraints; legal privilege under MHL 9.39.** | **3:39:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 15:22-19:01 | 547.5 USD | |
| 04-12 | **Continue proposed jury instructions for case against Medical Defendants; draft neg per say charges.** | **5:00:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 14:30-19:30 | 750 USD | |
| 04-13 | **Team meeting with potential expert, Roy Lubit.** | **4:15:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 13:45-18:00 | 637.5 USD | |
| 04-14 | **Team conference call with Adrian re status and settlement.** | **0:40:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:00-10:40 | 100 USD | |
| 04-14 | **Continue drafting proposed jury instructions Medical Defendants; draft medical malpractice and other state claims.** | **4:33:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 15:00-19:33 | 682.5 USD | |
| 04-16 | **Conference call with Adrian re trial issues and settlement; team conference to confer.** | **2:30:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:00-11:30 | 375 USD | |
| 04-17 | **Team conference call re progress on settlement issues.** | **1:15:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 12:00-13:15 | 187.5 USD | |
| 04-24 | **Research re: jury awards of damages.** | **4:10:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:08-13:18 | 625 USD | |
| 04-24 | **Research the various state action tests in the context of a private hospital; collect and analyze Second Circuit case law.** | **4:00:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 18:00-22:00 | 600 USD | |
| 04-26 | **Draft memo to counsel re: state action research.** | **5:14:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:00-15:14 | 785 USD | |
| 05-13 | **Prepare EMT Jessica Marquez's deposition; research right to refuse medical attention; right to choice of hospital.** | **4:00:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:15-14:15 | 600 USD | |

| Date | Description | | Time | | Person / Amount |
|------|-------------|--|------|--|-----------------|
| 05-14 | **EMT Jessica Marquez Deposition.** | | **7:15:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:00-17:15 | | |
| 05-20 | **Trip to Johnstown to meet with Adrian (6.5 hours of travel time).** | | **11:30:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 06:00-17:30 | | 1725 USD |
| 05-21 | **Research re: blue wall of silence police retaliation cases; the deliberative process privilege; the law enforcement privilege.** | | **5:16:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:44-16:00 | | 790 USD |
| 05-23 | **Blue wall of silence research; analyze and review prior testimony of possible police procedures expert, Dr. Leinen.** | | **6:37:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:26-16:03 | | 992.5 USD |
| 05-24 | **Review and catalog new discovery production.** | | **3:59:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 11:46-15:45 | | 597.5 USD |
| 05-25 | **Analyze case law granting summary judgment on plaintiff's Monell claims connected to practices in Mollen report.** | | **4:00:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 11:30-15:30 | | 600 USD |
| 05-26 | **Draft writeup on blue wall of silence research.** | | **6:14:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:45-15:59 | | 935 USD |
| 05-27 | **Create Medical defendants evaluation timeline in the ER, psyche ER, and psyche ward.** | | **5:59:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 14:12-20:11 | | 897.5 USD |
| 05-28 | **Hearing with Judge Sweet oral arguments on motion.** | | **2:00:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 11:00-13:00 | | 300 USD |
| 05-28 | **Prepare Weiss deposition; team conference call re Weiss deposition.** | | **4:06:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 13:15-17:21 | | 615 USD |
| 05-29 | **Weiss Deposition.** | | **9:30:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:30-19:00 | | |
| 05-29 | **Draft summary of Weiss deposition send to counsel; prepare for JHMC 30(b)6 depositions on policy; review Beiner's depo transcript; draft questions.** | | **6:42:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 11:15-17:57 | | 1005 USD |
| 05-30 | **Jamaica Hospital 30 (b)(6) Deposition Maffia.** | | **3:30:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:00-13:30 | | |
| 06-04 | **Prepare for Ferrara Deposition.** | | **3:00:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:00-13:00 | | 450 USD |
| 06-05 | **Pre-ebt meeting with Ferrara; Ferrara Deposition.** | | **7:45:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:30-17:15 | | |
| 06-06 | **Draft summary of notes from Ferrara deposition send to counsel; team conference call with police practices experts, Eterno and Silverman re: expert report and testimony.** | | **2:30:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 14:00-16:30 | | 375 USD |
| 06-09 | **Team conference call w/ Adrain re trial prep and update.** | | **1:30:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 14:30-16:00 | | 225 USD |
| 06-13 | **Team conference call w/ Silverman and Eterno re expert testimony; conference with Nat re conflict of interest issue.** | | **2:30:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:00-11:30 | | 375 USD |
| 06-27 | **Prep for Mauriello's deposition; review prior deposition; review City defendants depo summaries.** | | **3:59:00** | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:45-14:44 | | 597.5 USD |

| Date | Description | Time | Time Range | Amount | Attorney |
|---|---|---|---|---|---|
| 07-01 | **Mauriello Deposition.** | **9:02:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:00-19:02 | | |
| 07-02 | **Prep for Lwin deposition; review Beiner deposition notes and hospital chart.** | **1:30:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 20:00-21:30 | 225 USD | |
| 07-03 | **Lwin Deposition.** | **1:45:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 11:00-12:45 | | |
| 07-07 | **Jamaica Hospital's 30(b)(6) witness deposition, Dhar.** | **5:30:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:00-15:30 | | |
| 07-13 | **Prep for City 30(b)(6) deposition topics; research anti-quota law, New York Labor Law § 215-a, and Operations Order No. 52.** | **6:00:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:00-16:00 | 900 USD | |
| 07-15 | **City 30 (b) (6)Lt. David Wittman Topic B deposition.** | **1:15:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:00-11:15 | | |
| 07-15 | **City 30 (b) (6) Lt. Bernard Whalen deposition.** | **0:45:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 13:30-14:15 | | |
| 07-18 | **Team conference call with expert Dr. Halpren.** | **2:00:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:00-12:00 | 300 USD | |
| 07-22 | **Research re City's application of subsequent remedial measure; team conference call re status.** | **3:39:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 16:14-19:53 | 547.5 USD | |
| 07-24 | **City 30(b)(6) witness deposition, Cooper.** | **5:30:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 11:30-17:00 | | |
| 07-24 | **Prep for Patel deposition.** | **1:00:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 20:00-21:00 | 150 USD | |
| 07-25 | **Patel deposition.** | **2:30:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:30-13:00 | | |
| 07-31 | **Analyze potential withdrawal of claims.** | **2:09:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 13:06-15:15 | 322.5 USD | |
| 07-31 | **Team conference call with experts, Halpern-Ruder and Dr. Lubit.** | **1:30:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 16:00-17:30 | 225 USD | |
| 08-04 | **Research re: 8/4/14 letter to Judge Sweet; analyze defendants' instruction to witness not to answer questions beyond scope of 30 (b)(6) subject matter issue.** | **3:05:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 15:11-18:16 | 462.5 USD | |
| 08-06 | **Conference call with Nat re: defendant's objection to video; new assignments.** | **0:30:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 12:30-13:00 | 75 USD | |
| 08-09 | **Review and analyze Dr. Lubit's expert report.** | **3:08:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:07-13:15 | 470 USD | |
| 08-10 | **Team conference call with Dr. Lubit re testimony.** | **1:15:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 11:00-12:15 | 187.5 USD | |
| 08-14 | **Draft response addressing 8.5.14 Letter re: Purpi's 30(b)(6) issues.** | **4:54:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:13-15:07 | 735 USD | |
| 09-04 | **Search for missing case citations for Dr. Lubit's prior expert testimony.** | **2:19:00** | | | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 13:05-15:24 | 347.5 USD | |

| Date | Description | Time | Person |
|------|-------------|------|--------|
| 09-12 | **Team Meeting weekend in Mayfield, NY (including travel time of 4 hours).** | **8:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:00-17:00 | 1200 USD |
| 09-13 | **Team Meeting weekend in Mayfield, NY.** | **7:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:00-17:30 | 1125 USD |
| 09-14 | **Team Meeting weekend in Mayfield, NY (including travel time of 4 hours).** | **8:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:00-17:00 | 1200 USD |
| 09-20 | **Review Medical defendants expert reports; review expert Tancredo's deposition transcripts.** | **4:37:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 12:23-17:00 | 692.5 USD |
| 09-21 | **Team meeting with Dr. Lubit re: deposition prep.** | **4:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 11:00-15:00 | 600 USD |
| 10-02 | **Team conference call re: trial prep.** | **0:45:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 13:00-13:45 | 112.5 USD |
| 10-03 | **Team meeting Nat's office re upcoming motion papers; conference w/Adrian.** | **3:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 16:00-19:00 | 450 USD |
| 10-18 | **Research Rule 68; review letter to Adrian re settlement offer.** | **3:58:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 08:14-12:12 | 595 USD |
| 10-19 | **Conference call w/ team re Rule 68 Offer.** | **2:15:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 14:00-16:15 | 337.5 USD |
| 10-23 | **Create claims "cheat sheet" from proposed jury instructions.** | **5:53:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:07-15:00 | 882.5 USD |
| 10-23 | **Review/comment re: Letter Rejecting Rule 68 Offer.** | **1:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 14:30-15:30 | 150 USD |
| 12-01 | **Review 2nd Amended Complaint track proposed changes.** | **4:41:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 18:15-22:56 | 702.5 USD |
| 12-02 | **Review Third Amended Complaint; draft proposed addition of malicious abuse of process claim and violation of substantive and procedural due process claims.** | **4:40:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:32-14:12 | 700 USD |
| 12-02 | **Memo of law in support of Motion to Amend; examine and analyze developing caselaw re: respondent superior liability for private corporations under § 1983 (Shields).** | **7:55:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 12:00-19:55 | 1187.5 USD |
| 12-03 | **Review final draft memo of law in support of Motion to Amend;  Begin research for summary judgment arguments; analyze Second Circuit summary judgment decisions re due process and dangerousness in context of civil commitment; false imprisonment claims.** | **6:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 08:30-15:00 | 975 USD |
| 12-03 | **Review final draft Third Amended Complaint; review final draft Memo in Support.** | **5:15:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 15:45-21:00 | 787.5 USD |
| 12-11 | **Meeting Nat's office re:NYPD and Medical Defendants summary judgment claims.** | **5:15:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 11:15-16:30 | 787.5 USD |
| 12-16 | **Draft summary judgment issues; analyze Fourth Amendment search and seizure Second Circuit summary judgment decisions.** | **7:37:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 11:00-18:37 | 1142.5 USD |

| 12-18 | **Mauriello's Counterclaim issue; analyze tortious interference w/prospective advantage summary judgment decisions.** | **8:50:00** | Magdalena Bauza |
|---|---|---|---|
| | Schoolcraft - Schoolcraft case | 10:10-19:00 | 1325 USD |
| 12-19 | **Summary judgment Memo in Support; research and analyze Second Circuit decisions determining exigent circumstances; review NYPD Patrol Guide emergency protocol.** | **5:10:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 15:35-20:45 | 775 USD |
| 12-20 | **Summary judgment motion; review MHL statute provisions, JHMC hospital chart and record.** | **5:23:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:52-16:15 | 807.5 USD |
| 12-21 | **Summary judgment memo in support draft; track comments and caselaw support.** | **7:22:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 11:35-18:57 | 1105 USD |
| 12-22 | **Review Summary judgment memo in support draft; track comments and changes.** | **6:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 08:30-15:00 | 975 USD |
| 12-22 | **Review final draft Summary judgment Memo in Support.** | **3:43:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 16:45-20:28 | 557.5 USD |

# Detailed report

2015-01-01  -  2015-12-31

Total  472 h 11 min        Billable  407 h 06 min        61067.11 USD

Schoolcraft  selected as clients

| Date | Description | Duration | User |
|------|-------------|----------|------|
| 01-04 | **Review City defendants summary judgment motions; research caselaw cited.** | **4:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:00-13:00 | 600 USD |
| 01-05 | **Review Medical defendants summary judgment motions; research cited caselaw; conference with Nat re: motions.** | **5:58:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:30-15:28 | 895 USD |
| 01-07 | **Prepare for opposition papers; draft Medical Defendants' summary judgment issues; analyze cited caselaw.** | **6:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 14:30-21:00 | 975 USD |
| 01-08 | **Meeting with Nat re: Medical Defendants summary judgment issues; conduct research on issues.** | **5:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:00-15:30 | 825 USD |
| 01-09 | **Research City Defendants summary judgment issues; 4th amendment unlawful search and seizure; legal standard for exigent circumstances; objective reasonableness doctrine; research caselaw deciding summary judgment on qualified immunity grounds; team conference re motions.** | **6:04:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:46-16:50 | 910 USD |
| 01-11 | **Research City Defendants summary judgment issues; probable cause; exculpatory evidence; review EMT emergency protocol ; review caselaw and statutory right to refuse medical treatment; right to hospital preference.** | **4:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:00-14:00 | 600 USD |
| 01-12 | **Research Medical Defendants summary judgment issues; draft the state action issue; analyze McGugan v. Aldana-Bernier and Doe.** | **5:33:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:00-15:33 | 832.5 USD |
| 01-14 | **Research Medical Defendant's summary judgment motion issues; respondeat superior, vicarious liability; apparent authority.** | **5:23:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:37-16:00 | 807.5 USD |
| 01-15 | **Research Medical Defendant's summary judgment issues; review Dr. Lubit's Report for establishing the standard of care.** | **7:05:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:19-16:24 | 1062.5 USD |
| 01-16 | **Continue research on Medical Defendants summary judgment issues; research applicable standard of care; analyze "substantially below" legal standard; review defendants deposition summaries.** | **6:40:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:00-15:40 | 1000 USD |
| 01-21 | **Continue research on defendants summary judgment issues; conspiracy/joint activity state action liability.** | **7:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:00-16:00 | 1050 USD |
| 01-22 | **Research re: intracorporate conspiracy doctrine.** | **6:45:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:11-16:56 | 1012.5 USD |
| 01-26 | **Research re: intracorporate doctrine; draft memo to counsel re: intra-Corporate doctrine.** | **6:25:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:15-16:40 | 962.5 USD |
| 01-27 | **Draft memo to counsel re: intracorporate doctrine.** | **4:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:00-13:30 | 675 USD |

| Date | Description | | Time | Name |
|---|---|---|---|---|
| 01-27 | **Meeting with Nat re:opposition issues; 1st amendment issue.** | | **4:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 13:00-17:30 | 675 USD |
| 01-28 | **Research First Amendment issues; analyze recent development in the law limiting Garcetti (Lane, Griffin, Hagan).** | | **7:01:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:00-16:01 | 1052.5 USD |
| 01-29 | **Research intentional infliction of emotional distress claim.** | | **4:43:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:17-14:00 | 707.5 USD |
| 01-29 | **Continue IIED research; IIED claim not duplicative of the other claims issue.** | | **3:25:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 15:35-19:00 | 512.5 USD |
| 02-01 | **Memo to counsel re: IIED research.** | | **6:50:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:00-16:50 | 1025 USD |
| 02-02 | **Research First Amendment issues; Monell research.** | | **8:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:00-18:00 | 1200 USD |
| 02-03 | **Monell research; review and brief cases on police retaliation to establish policy under Monell; review and brief case law re establishing deliberate indifference under Monell.** | | **6:03:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:00-15:03 | 907.5 USD |
| 02-04 | **Memo to counsel re: Monell research.** | | **6:04:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:00-15:04 | 910 USD |
| 02-05 | **Continue to research Medical Defendants Memo in Opposition issues; research defendant's argument of legal justification to confine plaintiff under EMTALA.** | | **6:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:30-16:00 | 975 USD |
| 02-06 | **Draft opposition to Medical Defendants summary judgment arguments.** | | **5:36:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 15:30-21:06 | 840 USD |
| 02-07 | **Draft opposition to Medical Defendants summary judgment arguments.** | | **7:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 14:30-22:00 | 1125 USD |
| 02-08 | **Call with Nat discuss current status on JHMC opposition issues.** | | **0:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 14:00-14:30 | 75 USD |
| 02-09 | **Call with Nat re: progress on research Medical defendants issues.** | | **0:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 13:15-13:45 | 75 USD |
| 02-10 | **Draft opposition to JHMC summary judgment arguments.** | | **4:34:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 11:26-16:00 | 685 USD |
| 02-10 | **Draft opposition to JHMC summary judgment motions.** | | **2:49:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 17:11-20:00 | 422.5 USD |
| 02-11 | **Review and track proposed changes on first draft of Motion in Opposition.** | | **5:39:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:21-15:00 | 847.5 USD |
| 02-11 | **Review/edit second draft of Motion in Opposition.** | | **3:45:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 17:15-21:00 | 562.5 USD |
| 02-13 | **Review all defendants motions in opposition submissions; Meeting with Nat to discuss submissions.** | | **6:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:30-16:30 | 900 USD |
| 02-14 | **Draft issues re: reply to Mauriello opposition motion.** | | **5:14:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 13:46-19:00 | 785 USD |

| | | | |
|---|---|---|---|
| 02-15 | **Reply to Mauriello opp; research tortious interference with prospective relations claim; wrongful means constituting tortious conduct; malice intent as the "sole motivation" for plaintiff's alleged interference.** | **5:58:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:52-15:50 | 895 USD |
| 02-16 | **Reply to Mauriello opposition motion; research defamation and damages.** | **4:18:22** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 15:23-19:41 | 645.92 USD |
| 02-17 | **Draft portion of reply to Mauriello opposition motion.** | **6:13:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:13-16:26 | 932.5 USD |
| 02-19 | **Draft reply to Mauriello opposition motion.** | **4:14:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 12:51-17:05 | 635 USD |
| 02-20 | **Team meeting; meet with Norinsberg and new team.** | **4:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:00-14:30 | 675 USD |
| 02-23 | **Draft issues re: reply to Medical defendants memo in opp.** | **7:00:05** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 14:01-21:01 | 1050.21 USD |
| 02-24 | **reply to Medical defendants memo in opp.** | **7:11:49** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 15:29-22:40 | 1079.54 USD |
| 02-25 | **Research sham affidavit doctrine.** | **3:49:05** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 12:29-16:18 | 572.71 USD |
| 02-26 | **Memo to counsel re; sham affidavit doctrine research.** | **4:20:12** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 12:28-16:49 | 650.5 USD |
| 02-27 | **Research re: inadmissibility of hearsay on summary judgment motions.** | **4:41:54** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 12:15-16:56 | 704.75 USD |
| 02-28 | **Draft issues re: reply to City memo in opposition.** | **6:05:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 05:35-11:40 | 912.5 USD |
| 03-02 | **Research re: collective knowledge doctrine.** | **3:56:19** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 08:34-12:30 | 590.79 USD |
| 03-03 | **Memo to counsel re: collective knowledge doctrine research.** | **5:10:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:00-15:10 | 775 USD |
| 03-05 | **Review and track proposed changes to Reply motion draft.** | **5:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 15:30-21:00 | 825 USD |
| 03-06 | **Final review/edit of Reply papers.** | **4:02:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:00-13:02 | 605 USD |
| 03-07 | **Prepare police expert Prof. Eterno deposition summary.** | **5:03:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 11:00-16:03 | 757.5 USD |
| 03-08 | **Prepare police expert Prof. Eterno's deposition summary.** | **7:03:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:00-16:03 | 1057.5 USD |
| 03-09 | **Draft Eterno Deposition Summary; team conference call.** | **6:55:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:00-16:55 | 1037.5 USD |
| 03-10 | **Draft Prof. Eterno deposition summary.** | **5:55:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 16:05-22:00 | 887.5 USD |
| 03-11 | **Prepare Prof. Eterno deposition summary.** | **6:06:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:00-16:06 | 915 USD |

| Date | Description | Time | Name |
|---|---|---|---|
| 03-12 | **Prepare Prof. Eterno deposition summary.** | **4:50:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 08:00-12:50 | 725 USD |
| 03-12 | **Meeting with Team re new issues on reply.** | **3:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 16:00-19:00 | 450 USD |
| 03-12 | **Revise NYPD jury instructions; distribute revised charges to counsel.** | **1:44:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 20:00-21:44 | 260 USD |
| 03-13 | **Meeting Nat's office with new team re division of upcoming work.** | **4:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 14:00-18:00 | 600 USD |
| 03-16 | **Review Defendants Reply memos.** | **3:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:00-12:00 | 450 USD |
| 03-16 | **Draft Prof. Eterno's direct examination for trial.** | **2:06:57** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 14:22-16:28 | 317.37 USD |
| 03-17 | **Review/comment March 17 Letter to the court.** | **1:12:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 11:02-12:14 | 180 USD |
| 03-18 | **Draft Prof. Eterno's direct examination for trial.** | **6:28:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:33-16:01 | 970 USD |
| 03-19 | **Draft Prof. Eterno's direct examination for trial.** | **4:15:54** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 22:44-03:00 | 639.75 USD |
| 03-20 | **Draft Prof. Eterno's direct examination for trial.** | **3:37:19** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 13:17-16:54 | 543.29 USD |
| 03-25 | **Conference call w/ Nat re: status and assignments moving forward.** | **0:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 14:00-14:30 | 75 USD |
| 03-26 | **Team meeting at Nat's new office; review Prof. Eterno's direct examination outline.** | **5:00:54** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 12:29-17:30 | 752.25 USD |
| 03-28 | **Draft proposed jury instructions for claims against Medical Defendants; draft charges for medical malpractice and other state claims.** | **6:35:58** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 15:16-21:51 | 989.92 USD |
| 03-29 | **Draft proposed jury instructions for Medical Defendants; draft state false imprisonment charge.** | **5:39:57** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 13:36-19:16 | 849.87 USD |
| 03-29 | **Make changes to diagram of the Glendale apt.** | **1:41:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 22:20-00:01 | 252.5 USD |
| 03-30 | **Call with Nat re: Glendale diagram/jury charges.** | **0:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 15:30-16:00 | 75 USD |
| 03-31 | **Draft proposed jury instructions Medical Defendants; draft corporate negligence charge.** | **5:33:39** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 14:18-19:52 | 834.12 USD |
| 04-01 | **Draft proposed jury instructions for claims against Medical Defendants; draft charge re: the stigma of an involuntary commitment; charge instructing requirement of a sufficient investigation of dangerousness; damages** | **5:40:02** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 14:04-19:44 | 850.08 USD |
| 04-02 | **Trial Team meeting re trial prep, jury instructions.** | **0:03:30** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 12:00-12:03 | 8.75 USD |

| Date | Description | | Time | Name |
|---|---|---|---|---|
| 04-03 | **Combine NYPD and Medical Defendants Jury Instructions.** | | **3:56:54** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 11:15-15:12 | 592.25 USD |
| 04-06 | **Combine NYPD and Medical Defendants Jury Instructions.** | | **6:20:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:29-15:49 | 950 USD |
| 04-08 | **Revise jury instructions Medical Defendants incorporating Nat's edits; conference w/ team.** | | **5:47:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 08:33-14:20 | 867.5 USD |
| 04-10 | **Call with Nat re: progress on current projects.** | | **0:45:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 14:00-14:45 | 112.5 USD |
| 04-13 | **Conference with Judge Sweet; team conference.** | | **2:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 11:00-13:30 | 375 USD |
| 05-05 | **Review of Court's Opinion re: summary judgment motions.** | | **1:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 19:30-20:30 | 150 USD |
| 05-12 | **Conference with Judge Sweet; Trial team meeting re status.** | | **3:30:01** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 12:30-16:00 | 525.04 USD |
| 05-27 | **Draft motion for reconsideration issues; research post-suspension First Amendment claim; review cross examination outlines for defendants.** | | **6:09:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:36-15:45 | 922.5 USD |
| 05-28 | **Analyze Second Circuit freedom-of-speech cases (Jackler, Gacetti, Walsh); conference call w/ Nat re reconsideration motion.** | | **4:20:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:40-14:00 | 650 USD |
| 05-31 | **Memo to counsel re: post-suspension retaliation claim.** | | **4:47:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:43-14:30 | 717.5 USD |
| 06-01 | **Review letter to Judge for reconsideration draft; track changes; research issue of qualified immunity in a First Amendment retaliation case.** | | **6:55:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 08:50-15:45 | 1037.5 USD |
| 06-02 | **Memo to counsel re: qualified immunity and "clearly established" law doctrine.** | | **4:15:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 08:45-13:00 | 637.5 USD |
| 09-15 | **Review cross examination of defendants outlines; review/comment on client memo.** | | **4:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 17:30-22:00 | 675 USD |
| 09-16 | **Research Rule 68 issue; research offset issue; general obligations law 15-108.** | | **2:15:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:00-12:15 | 337.5 USD |
| 10-07 | **Judge Sweet hearing; conference with Medical Defendants.** | | **2:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 11:00-13:00 | |
| 10-08 | **Meeting at Nat's office; review Motion in Lim Opposition issues.** | | **5:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 12:00-17:30 | |
| 10-09 | **Draft portion of Motion in Lim Opposition; research issues on admissibility of expert testimony.** | | **6:58:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 10:17-17:15 | |
| 10-10 | **Draft portion of Motion in Lim Opp; research Daubert and reliability standards.** | | **5:09:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 09:03-14:12 | |
| 10-10 | **Motion in Lim Opp; research expungement of medical records; research criminal liability under 18 USCS § 922(g)(4) for possession of gun by person who has been committed to mental institution.** | | **3:23:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | | 16:30-19:53 | |

| | | | |
|---|---|---|---|
| **10-14** | **Meeting with Defendant's (motion in lim opp)/Hearing Judge Sweet.** | **1:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 11:30-13:00 | |
| **10-16** | **Meeting with Defendant's (settlement)/Judge Sweet Chambers settlement discussion.** | **3:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 11:00-14:00 | |
| **10-21** | **Hearing with Judge sweet; oral arguments for Motion in Lim opposition.** | **1:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 11:00-12:30 | |
| **10-21** | **Meeting Nat's office; discuss new issues.** | **2:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 14:00-16:00 | |
| **10-23** | **Meet with Nat's revised Jury Instructions.** | **3:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 14:00-17:00 | |
| **10-24** | **Final draft proposed jury Instructions.** | **6:34:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:26-16:00 | |
| **10-24** | **Final draft proposed jury Instructions.** | **6:06:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 09:54-16:00 | |
| **10-25** | **Final draft proposed jury Instructions.** | **2:55:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:45-13:40 | |
| **10-29** | **Hearing with Judge Sweet; settlement meeting with defendants.** | **2:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 13:30-16:00 | |
| **10-31** | **Work with Nat re prepping Lubit for trial.** | **3:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 14:00-17:30 | |
| **11-01** | **Prep Roy Lubit for trial.** | **5:30:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 12:00-17:30 | |
| **11-03** | **Settlement meeting with Judge Sweet and Adrian.** | **4:00:00** | Magdalena Bauza |
| | Schoolcraft - Schoolcraft case | 10:30-14:30 | |

Created with toggl.com