# EXHIBIT "U"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ADRIAN SCHOOLCRAFT,

                                                 Plaintiff,        **Declaration of Katherine E. Smith**

                    -against-

THE CITY OF NEW YORK et al,                         10 CV 6005 (RWS)

                                   Defendant.

------------------------------------------------------------------X

      I, KATHERINE E. SMITH, an attorney admitted to practice in the State of New York, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

    1. I am the principal attorney of the Law Office of Katherine E. Smith. I submit this Declaration in support of the attorneys' fee application submitted in the above captioned matter by plaintiffs' counsel, Gerald M. Cohen and Joshua P. Fitch, the partners at Cohen & Fitch LLP, attorneys whom I have known for several years.

    2. I received my law degree from New York University School of law in 2007. I am a member in good standing of the New York State bar and am admitted to practice in the Southern, Eastern and Northern Districts of New York.

    3. Upon graduation from law school, I worked as an Assistant Corporation Counsel for the City of New York in the Special Federal Litigation Division where I defended New York City Police Officers and Correction Officers from civil rights law suits.

1

4. Thereafter, in 2011, I began working for the Murray Frank LLP where I participated in the prosecution of numerous multimillion dollar class actions in state and federal court.

5. Soon before the dissolution of Murray Frank LLP I stopped working for the firm, and in 2012 I established my own practice.

6. I regularly litigate federal civil rights actions brought pursuant to 42 U.S.C. § 1983 in federal court. I have litigated over 250 federal civil law suits in my career.

7. Moreover, in my practice, I regularly try civil rights cases in both the Southern and Eastern Districts of New York.

8. I have served as co-counsel on several matters with both of the partners of Cohen & Fitch LLP and have tried two cases in the Southern District with Gerald M. Cohen, securing a plaintiff's victory on both.

9. I have been impressed by the knowledge, experience, and professionalism of both Gerald M. Cohen and Joshua P. Fitch. They advocate zealously for their clients, and are well respected by their colleagues, clients and adversaries. They have consistently proven to be highly skilled litigators who are a credit to the federal civil rights bar.

10. Accordingly, based upon my eight (8) years of experience as a lawyer practicing in Federal Courts throughout New York, I support both Gerald M. Cohen's and Joshua P. Fitch's requested hourly rates of $500 as reasonable, and in line with the prevailing rates for an attorney of their caliber, experience and reputation in the Eastern District of New York.

DATED: New York, New York
       November 19, 2015

_____
KATHERINE E. SMITH

2