# EXHIBIT "Y"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ADRIAN SCHOOLCRAFT,                                    10-cv-6005 (RWS)

                Plaintiff,

    -against-

CITY OF NEW YORK, et al.

                Defendants.

-----------------------------------------------------------------x

### DECLARATION OF MITCHELL BLOCH PURSUANT TO 28 U.S.C. § 1746 UNDER THE PENALTY OF PERJURY

Mitchell Bloch, being an attorney hereby declares under the laws of the United States of America that the following is true and correct:

1.    I am an attorney duly admitted to practice law in the States of New York and New Jersey. I was admitted to practice in New York in 1980 and I am submitting this declaration in support of the Plaintiff's application for attorney's fees in the above-referenced action. I was admitted to the Bar of The United States District Court for: The Southern District of New York in 1980.

2.    My educational background and legal experience is briefly set forth as follows: I graduated St. John's University Law School in 1979.

3.    My work experience is briefly as follows: I was an associate in New York City at Barry, McTiernan and Moore doing civil defense litigation, including 42 US 1983 defense, and at Diamond, Rutman and Costello doing civil defense litigation, and, thereafter, I worked in a partnership in 1992, which I formed and was named Birnbaum and Bloch, and then, in 2001 as a sole practitioner, primarily as a plaintiff's attorney and my cases have included civil right prosecutions.

1

4. I am a member of the New State Trial Lawyers, and The New York Bar Association and have been a member of the association committee of Professional Responsibility. I am personally acquainted with Howard Suckle as an attorney, with whom I have worked in the past.

5. I first met Mr. Suckle when he was my adversary in a very contentious litigation in the City of New York. His work on that matter was of the highest quality. In that first experience with Mr. Suckle he was a plaintiff's attorney. During the period of time when Mr. Suckle was my adversary, I was working as an attorney for defendants in The City of New York. As a result of Mr. Suckle's work as my adversary, and the result he achieved in a difficult plaintiff's case, I began to refer and entrust plaintiff's work to him. I have reviewed the work he has done on those referred cases as well, and I know it to be of the highest quality. In fact, after seeing the work he did when he was my adversary, and the work he did on matters I referred to him, I then chose to retain him to represent me in two of my own personal matters, and again his work was of the highest quality.

6. Based upon my knowledge of Mr. Suckle's work and experience, and the opinions of Michael L. Spiegel as to rates attorneys charge in cases such as the one at bar, in my opinion, Mr. Suckle's request for fees at the rate of $575 an hour is a fair and reasonable rate in the City of New York for an individual with his level of knowledge and experience.

Dated: New York, New York
November 18, 2015

*Mitchell Bloch*
Mitchel Bloch