# EXHIBIT "CC"



# Top New York Verdicts of 2013






**New York Law Journal**
**TOP VERDICTS NY**

## Antitrust

| CASE | DATE | VENUE | TYPE OF ACTION | PLAINTIFF'S COUNSEL | AMOUNT |
|---|---|---|---|---|---|
| In Re Vitamin C Antitrust Litigation | Mar 14 | U.S. District Court, EDNY | Price Fixing: Chinese manufacturers fixed vitamin's price, class claimed | William A. Isaacson, Washington, DC of Boies, Schiller & Flexner LLP; Michael D. Hausfeld, Washington, DC of Hausfeld LLP; James T. Southwick, Houston, TX of Susman Godfrey LLP | $162,300,000 |

## Government

| CASE | DATE | VENUE | TYPE OF ACTION | PLAINTIFF'S COUNSEL | AMOUNT |
|---|---|---|---|---|---|
| Estate of Santiago v. City of N.Y. | Jul 05 | Bronx Supreme | Prisoner Suit: Prison guard ignored inmate's fatal arrhythmia, suit alleged | Michael J. Kuharski, Staten Island, NY of Kuharski, Levitz and Giovinazzo | $8,150,000 |
| Morse v. Spitzer | Feb 12 | U.S. District Court, EDNY | Fraud charges were based on falsified evidence, dentist claimed | Jon L. Norinsberg, New York, NY of Law Offices of Jon L. Norinsberg, Esq. | $7,724,936 |
| Gristwood v. State of New York | Apr 04 | Court of Claims, Syracuse | Wrongful Conviction: Coerced confession led to nine years in jail, claimant alleged | William F. Lynn, Patricia A. Lynn-Ford & Thomas F. Shannon, Syracuse, NY of Lynn Law Firm | $5,485,394 |
| Guzman v. City of New York | Dec 17 | U.S. District Court, SDNY | Excessive Force: Plaintiff: Excessive force caused serious knee injuries | Jon L. Norinsberg, Esq., assisted by John J. Meehan, Esq., and Katherine Smith, Esq. | $2,470,000 |
| Boyd v. City of New York | Oct 15 | Kings Supreme | Excessive Force: Police unnecessarily forceful during search, plaintiff claimed | Rudyard F. Whyte, New York, NY of The Cochran Firm | $766,983 |
| Walker v. City of New York | Aug 07 | U.S. District Court, EDNY | Excessive Force: Plaintiff claimed he was beaten, held without cause after arrest | Ryan H. Asher, New York, NY of Asher & Associates, P.C.; David A. Zelman, Brooklyn, NY of The Law Office of David A. Zelman | $260,000 |

## Intellectual Property

| CASE | DATE | VENUE | TYPE OF ACTION | PLAINTIFF'S COUNSEL | AMOUNT |
|---|---|---|---|---|---|
| Tomita Technologies USA, LLC v. Nintendo Co. Ltd. | Mar 13 | U.S. District Court, SDNY | Infringement: Nintendo device copied 3D technology, inventor claimed | Joseph Diamante, Ian G. DiBernardo & Kenneth L. Stein, New York, NY of Stroock & Stroock & Lavan LLP | $30,200,000 |



# The power of difference

Legal expertise. Business acumen.
Neutrals like no others.

With a panel of nearly 300 full-time neutrals, we set the standard in mediation and arbitration. Impeccable credentials backed by rigorous training and our proprietary processes provide us with an understanding of underlying issues that others often overlook. Solving complex legal challenges isn't something we just happen to do—it is in our DNA and has been for 30+ years. That's the JAMS difference—one that's impossible to replicate.

Resolving Disputes Worldwide

800.352.5267
www.jamsadr.com

