# EXHIBIT "DD"

# Super Lawyers ®

the annual list of the
**TOP LAWYERS**
NEW YORK METRO 2015

# IS PRIVACY DEAD?

**Navigating the digital age with
top privacy and technology lawyers**

**PLUS**

UNTANGLING NEW YORK'S SUPER-CONFUSING RENT REGULATIONS

THE DO'S AND DON'TS OF AN ONLINE STARTUP

PLANNING FOR END-OF-LIFE ISN'T JUST FOR THE ELDERLY

SuperLawyers.com

THOMSON REUTERS

BUSINESS/CORPORATE CONT'D FROM PAGE 39

**Edelstein, Jeffrey S.**, Manatt Phelps & Phillips, New York, 212-790-4533

**Friedman, Gary D.**, Friedman Kaplan Seiler & Adelman, New York, 212-833-1100

**Gold, Steven W.**, Mintz & Gold, New York, 212-696-4848 **Pg. 37**

**Goldsmith, Michael B.**, Sills Cummis & Gross, New York, 212-643-7000

**Haddad, Mark Anthony**, Haddad Law, New York, 646-384-0600

**Hall, Merrikay S.**, Vandenberg & Feliu, New York, 212-763-6800

**Halperin, Ira R.**, Meltzer Lippe Goldstein & Breitstone, Mineola, 516-747-0300

**Hand, Douglas**, Hand Baldachin & Amburgey, New York, 212-956-9500

**Haskel, Brian A.**, Sills Cummis & Gross, New York, 212-643-7000

**Herz, Arnie**, Attorney at Law, Port Washington, 516-767-0800

**ARNIE HERZ**
ARNIE HERZ, ATTORNEY AT LAW
Port Washington • 516-767-0800
**www.arnieherz.com**

**eymann, David J.**, Meltzer Lippe Goldstein & Breitstone, Mineola, 516-747-0300

**ochberg, Ralph R.**, McLaughlin & Stern, New York, 212-448-1100

**aplan, Myron L.**, Kleinberg Kaplan Wolff & Cohen, New York, 212-880-9830

**eck, Richard P.**, Macmillan Keck, New York, 212-626-6666

**eyes, Austin D.**, Carter Ledyard & Milburn, New York, 212-732-3200

**ibbe, Jon**, Richards Kibbe & Orbe, New York, 212-530-1860

**llarreich, Joel A.**, Tannenbaum Helpern Syracuse & Hirschtritt, New York, 212-508-6747

**oblenz, Michael R.**, Mound Cotton Wollan & Greengrass, New York, 212-804-4200

**olod, Alan**, Moses & Singer, New York, 212-554-7866

**atza, William D.**, Stroock & Stroock & Lavan, New York, 212-806-5807

**effler, David J.**, Law Firm of David J. Leffler, New York, 212-447-7575

**erner, Gregg S.**, Friedman Kaplan Seiler & Adelman, New York, 212-833-1100

**iberman, Enrique E.**, Bowles Liberman & Newman, New York, 646-374-0348

**ppe, Richard A.**, Meltzer Lippe Goldstein & Breitstone, Mineola, 516-747-0300

**aalouf, John J.**, Maalouf Ashford & Talbot, New York, 212-537-5035

**asur, Steven R.**, Cowan DeBaets Abrahams & Sheppard, New York, 212-974-7474

**ilcetic, Paul B.**, Attorney at Law, New York, 215-450-1104

**yers, Terry**, Gibbons, New York, 212-613-2005

**eidell, Michael R.**, Olshan Frome Wolosky, New York, 212-451-2230

**ko, Robert S.**, Harrington Ocko & Monk, White Plains, 914-686-4800

**erson, Richard G.**, Carter Ledyard & Milburn, New York, 212-238-8872

**itler, Edward G.**, Reitler Kailas & Rosenblatt, New York, 212-209-3010

**tkowski, Lawrence**, Seward & Kissel, New York, 212-574-1200

**lesinger, Kenneth A.**, Olshan Frome Wolosky, New York, 212-451-2252

**lig, Mark J.**, Meister Seelig & Fein, New York, 212-655-3500

**be, Eric S.**, Allen & Overy, New York, 212-610-6366

**ro, Matthew V.**, Rivkin Radler, Uniondale, 516-357-3593

**gel, Jerrold B.**, Frankfurt Kurnit Klein & Selz, New York, 212-826-5543

**Stein, Adam**, Cohen Tauber Spievack & Wagner, New York, 212-586-5800

**Steinbach, Harold I.**, Steinbach & Associates, New York, 212-586-1515 **Pg. 92**

**Sweeney, Patrick D.**, Herrick Feinstein, New York, 212-592-1457

**Swetnick, Robert N.**, Eaton & Van Winkle, New York, 212-349-2800

**Tarter, Alan M.**, Tarter Krinsky & Drogin, New York, 212-216-8000

**Tauber, Laurence S.**, Cohen Tauber Spievack & Wagner, New York, 212-586-5800

**Tendy, Sheila**, Tendy Law Office, New York, 212-313-9504

**Tober, John E.**, The Tober Law Group, New York, 212-484-1501

**Trokie, Douglas S.**, McCarthy Fingar, White Plains, 914-946-3700

**Tunick, Andrew J.**, Phillips Nizer, New York, 212-841-0557

**Vann, Joseph M.**, Cohen Tauber Spievack & Wagner, New York, 212-381-8724

**Wasserman, Steven F.**, Brown Rudnick, New York, 212-209-4999

**Zagorsky, Arthur**, Tarter Krinsky & Drogin, New York, 212-216-8030

**Ziegler, Brian K.**, Certilman Balin Adler & Hyman, East Meadow, 516-296-7046

## CIVIL LITIGATION: DEFENSE

**Bakalor, Richard H.**, Quirk & Bakalor, Garden City, 212-319-1000

**Cafaro, Christopher T.**, Montfort Healy McGuire & Salley, Garden City, 516-747-4082

**Catullo, Kim M.**, Gibbons, New York, 212-613-2001

**Christensen, Chris R.**, Condon & Forsyth, New York, 212-490-9100

**Cintron, Melissa**, Harrington Ocko & Monk, White Plains, 914-686-4800

**Dargan, Thomas J.**, Lewis Johs Avallone Aviles, Islandia, 631-755-0101

**DeDonato, Joseph**, Morgan Melhuish Abrutyn, New York, 212-809-1111

**Devine, Paul S.**, Goldberg Segalla, Garden City, 516-281-9800

**Dewey, Thomas E.L.**, Dewey Pegno & Kramarsky, New York, 212-943-9000

**Donlon, Edward J.**, Congdon Flaherty O'Callaghan Reid Donlon Travis & Fishlinger, Uniondale, 516-542-5900

**Evans, Julie R.**, Wilson Elser Moskowitz Edelman & Dicker, New York, 212-915-5668

**Falcone, Joseph G.**, Herbert Smith Freehills New York, New York, 917-542-7805

**Frankel, Steven K.**, Stephen M. Cantor, New York, 845-679-6521

**Gaither IV, H. Rowan**, Richards Kibbe & Orbe, New York, 212-530-1807

**Gallardo, Domingo R.**, Catalano Gallardo & Petropoulos, Jericho, 516-931-1800

**Gionis, John H.**, Certilman Balin Adler & Hyman, East Meadow, 516-296-7000

**Holland, Michael J.**, Condon & Forsyth, New York, 212-894-6740

**Joseph, Ronald E.**, Landman Corsi Ballaine & Ford, New York, 212-238-4800

**Klar, Howard P.**, Gallo Vitucci Klar, New York, 212-683-7100

**Landman, Mark S.**, Landman Corsi Ballaine & Ford, New York, 212-238-4800

**Lawrence, Roger B.**, Lawrence Worden Rainis & Bard, Melville, 631-694-0033

**Levine, Mitchell B.**, Fishman McIntyre Levine Samansky, New York, 212-461-7190

**Levine, Ronald J.**, Herrick Feinstein, New York, 212-592-1400

**Lukoski, Edward G.**, Lewis Johs Avallone Aviles, Islandia, 631-755-0101

**Lyddane, John L.A.**, Martin Clearwater & Bell, New York, 212-916-0950

**McDonagh, Michael E.**, Lester Schwab Katz & Dwyer, New York, 212-341-4385

**McGowan, Michael J.**, Nicoletti Hornig & Sweeney, New York, 212-220-3830

**Morgan Mara, Paulette**, Schoeman Updike Kaufman & Stern, New York, 212-661-5030

**Namazi, Nooshin**, Nicoletti Hornig & Sweeney, New York, 212-220-3830

**NOOSHIN NAMAZI**
NICOLETTI HORNIG & SWEENEY
New York • 212-220-3830
**www.nicolettihornig.com**

**Napolitano, Donna A.**, Berkman Henoch Peterson Peddy & Fenchel, Garden City, 516-222-6200

**Nicolaou, Carmen A.**, Havkins Rosenfeld Ritzert & Varriale, White Plains, 914-290-6341

**Novakidis, Stephen**, Malaby & Bradley, New York, 212-791-0285

**Novitz, Rondiene E.**, Cruser Mitchell & Novitz, Farmingdale, 516-586-8513

**Pinter, Kevin**, Nicoletti Gonson Spinner, New York, 212-730-7750

**Ross, Michael S.**, Law Offices of Michael S. Ross, New York, 212-505-4060

**Signorelli, Richard E.**, Richard E. Signorelli Esq., New York, 212-254-4218

**Sobel, Curtis**, Sobel Law Group, New York, 212-216-0020 **Pg. 10**

**CURTIS SOBEL**
SOBEL LAW GROUP LLC
New York • 212-216-0020
**www.sobellawgroup.com**

**Sophocleous, Demi**, Morrison Mahoney, New York, 212-825-1212

**Veach, James D.**, Mound Cotton Wollan & Greengrass, New York, 212-804-4200

**Vitucci, Matthew J.**, Gallo Vitucci Klar, New York, 212-683-7100 Pg. 26

**Walker, Robert J.**, Gallagher Walker Bianco & Plastaras, Mineola, 516-248-2002

**Wedinger, Richard**, Barry McTiernan & Wedinger, Staten Island, 718-317-9000

## CIVIL LITIGATION: PLAINTIFF

**Dover, Anna C.**, Milberg, New York, 212-594-5300

**Koenigsberg, David A.**, Menz Bonner Komar & Koenigsberg, New York, 212-223-2100

**Marion, Amy B.**, Barket Marion Epstein & Kearon, Garden City, 516-745-1500

**Moyal, Douglas**, Mavrides Moyal Packman Sadkin, New York, 212-396-4288 **Pg. 92**

**Spencer, Michael C.**, Milberg, New York, 212-594-5300

**Thomas, Daniel A.**, Law Office of Daniel A. Thomas, New York, 212-307-0200

**Wallner, Robert A.**, Milberg, New York, 212-594-5300

## CIVIL RIGHTS

**Abady, Jonathan S.**, Emery Celli Brinckerhoff & Abady, New York, 212-763-5000

**Bantle, Lee F.**, Bantle & Levy, New York, 212-228-9666

**Brewington, Frederick K.**, Law Offices of Frederick K. Brewington, Hempstead, 516-489-6959

**Brinckerhoff, Matthew D.**, Emery Celli Brinckerhoff & Abady, New York, 212-763-5000

**Brustin, Nick J.**, Neufeld Scheck & Brustin, New York, 212-965-9081

**Celli, Jr., Andrew G.**, Emery Celli Brinckerhoff & Abady, New York, 212-763-5000

**Cohen, Debra S.**, Newman Ferrara, New York, 212-619-5400

**Emery, Richard D.**, Emery Celli Brinckerhoff & Abady, New York, 212-763-5000

**Gould, Jane Bilus**, Gould & Berg, White Plains, 914-428-8401

SPECIAL ADVERTISING SUPPLEMENT

**Hecker, Eric**, Cuti Hecker Wang, New York, 212-620-2602

**Kubitschek, Carolyn A.**, Lansner & Kubitschek, New York, 212-349-0900

**Maazel, Ilann Margalit**, Emery Celli Brinckerhoff & Abady, New York, 212-763-5000

**McLaughlin, Randolph M.**, Newman Ferrara, New York, 212-619-5400

**Meeropol, Rachel A.**, Center for Constitutional Rights, New York, 212-614-6464

**Moore, Jonathan C.**, Beldock Levine & Hoffman, New York, 212-353-9587

**Nathanson, Eugene B.**, Eugene B. Nathanson, New York, 212-227-3241

**Neufeld, Peter J.**, Neufeld Scheck & Brustin, New York, 212-965-9081

**Norinsberg, Jon L.**, Jon L. Norinsberg Esq., New York, 212-791-5396

**Ratner, Michael D.**, Center for Constitutional Rights, New York, 212-614-6464

**Rudin, Joel B.**, Law Office of Joel B. Rudin, New York, 212-752-7600

**JOEL B. RUDIN**
LAW OFFICE OF JOEL B. RUDIN
New York • 212-752-7600
www.rudinlaw.com

**Scheck, Barry C.**, Neufeld Scheck & Brustin, New York, 212-965-9081

**Stecklow, Wylie M.**, Stecklow Cohen & Thompson, New York, 212-566-8000

**Wang, Mariann Meier**, Cuti Hecker Wang, New York, 212-620-2603

## CLASS ACTION/MASS TORTS

**Antonucci, Cynthia Weiss**, Harris Beach, New York, 212-313-5410

**Baglin, Cathi**, Flemming Zulack Williamson Zauderer, New York, 212-412-9500

**Bell, Andrew P.**, Locks Law Firm, New York, 212-838-3333

**Bern, Marc J.**, Bern Ripka, New York, 212-702-5000 **Pg. 9**

**Berry, Kevin M.**, Wilentz Goldman & Spitzer, New York, 646-746-8914

**Bierstein, Andrea B.**, Simmons Hanly Conroy, New York, 212-784-6403

**Blankinship, D. Greg**, Finkelstein Blankinship Frei-Pearson & Garber, White Plains, 914-298-3281

**Block, Jerome H.**, Levy Konigsberg, New York, 212-605-6200

**Breit, Mitchell**, Simmons Hanly Conroy, New York, 212-784-6422

**Buchanan, David R.**, Seeger Weiss, New York, 212-584-0700

**Burke, Daniel C.**, Parker Waichman, Port Washington, 516-466-6500

**Bursor, Scott A.**, Bursor & Fisher, New York, 212-989-9113

**Chaffin, Eric T.**, Chaffin Luhana, New York, 888-480-1123

**Chase, Jeffrey L.**, Herzfeld & Rubin, New York, 212-471-8460

**Cohen, Brian S.**, Cohen Law Group, New York, 212-726-4436

**Conroy, Jayne**, Simmons Hanly Conroy, New York, 212-784-6400

**Curry, Judi Abbott**, Harris Beach, New York, 212-313-5404

**Di Marco, Erik C.**, Wilson Elser Moskowitz Edelman & Dicker, New York, 212-490-3000

**Errante, Vincent A.**, Darger Errante Yavitz & Blau, New York, 212-452-5300

**Faruqi, Nadeem**, Faruqi & Faruqi, New York, 212-983-9330

**Fern, Frederick H.**, Harris Beach, New York, 212-313-5402

**Fisher, Clinton B.**, Simmons Hanly Conroy, New York, 212-784-6400

**Fishman, Wendy R.**, Lieff Cabraser Heimann & Bernstein, New York, 212-355-9500

**Fox, Jordan C.**, Belluck & Fox, New York, 212-681-1575

**Frei-Pearson, Jeremiah**, Finkelstein Blankinship Frei-

**Friedman, Gary B.**, Friedman Law Group, New York, 212-680-5150

**Gallub, Michael B.**, Herzfeld & Rubin, New York, 212-471-8536

**Garber, Todd S.**, Finkelstein Blankinship Frei-Pearson & Garber, White Plains, 914-298-3281

**Geman, Rachel**, Lieff Cabraser Heimann & Bernstein, New York, 212-355-9500

**Giskan, Oren S.**, Giskan Solotaroff Anderson & Stewart, New York, 212-847-8315

**Goldhirsch, Lawrence B.**, Weitz & Luxenberg, New York, 212-558-5500

**Goldsmith, Pamela B.**, Harris Beach, New York, 212-687-0100

**Goos, Stanley**, Harris Beach, New York, 212-313-5452

**Grand, Jeffrey S.**, Seeger Weiss, New York, 212-584-0700

**Grant, Lynda J.**, TheGrantLawFirm, New York, 212-292-4441

**Gsovski, Daniel V.**, Herzfeld & Rubin, New York, 212-471-8512

**Janush, Evan M.**, The Lanier Law Firm, New York, 212-421-2800

**Kamber, Scott A.**, KamberLaw, New York, 212-920-3072

**Kaplan, Robert D.**, Friedman Kaplan Seiler & Adelman, New York, 212-833-1100

**Kaufman, Benjamin Y.**, Wolf Haldenstein Adler Freeman & Herz, New York, 212-545-4600

**Kekatos, Diogenes P.**, Seeger Weiss, New York, 212-584-0700

**Komitor, Robert**, Levy Konigsberg, New York, 212-605-6200

*CONTINUED ON PAGE 42*



RONEMUS & VILENSKY LLP
ATTORNEYS AT LAW



CHOSEN
**SUPER LAWYERS**
2007 — 2015

TOP 100 ATTORNEYS, METRO NEW YORK

PERSONAL INJURY & MEDICAL MALPRACTICE ATTORNEYS
(800) 252-7072 • RONVIL.COM