# EXHIBIT "EE"

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 4/20/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

SAUL BERNABE,
Plaintiff,

-against-

CITY OF NEW YORK, et al.,
Defendants.

---------------------------------------------------------X

13 Civ. 5531 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated April 8, 2015, defense counsel was required to bear the cost of Plaintiff's motion to strike and Plaintiff was required to file a proposed order, with supporting declaration and any documentation, regarding the cost of its motion to strike by April 15, 2015;

WHEREAS, Plaintiff's counsel timely filed the proposed order, with supporting declaration and documentation, regarding the cost of Plaintiff's motion to strike; it is hereby

**ORDERED** that defense counsel shall pay **$9.927.50** to Plaintiff's counsel Jon L. Norinsberg for 18.05 hours of work at a rate of $550 per hour in connection with the motion to strike, and **$6,180.00** to Plaintiff's counsel John J. Meehan for 20.6 hours of work at a rate of $300 an hour in connection with the motion to strike, for a **total of $16,107.50**.

The Clerk of Court is directed to close Docket Number 80.

Dated: April 20, 2015
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE