LAW OFFICE OF
**NATHANIEL B. SMITH**
ATTORNEY AT LAW
100 WALL STREET - 23rd Flr.
NEW YORK, NEW YORK 10005

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-230-1090

December 16, 2015

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    *Schoolcraft v. The City of New York, et al.,*
    *10-cv-6005 (RWS)*

Dear Judge Sweet:

  As one of plaintiff's counsel, I write to submit a corrected exhibit to the motion papers filed today on the plaintiff's fee application. One of the supporting exhibits, Exhibit I to the Declaration of Joshua Fitch (Dkt. # 560-9), was too large for the ECF system, and I have reduced it and am requesting that the Court accept this attachment as the correction for Exhibit I.

              Respectfully submitted,

              Nathaniel B. Smith

By ECF
All Counsel
(by ECF)