

**ZACHARY W. CARTER**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ALAN H. SCHEINER**
*Senior Counsel*
phone: (212) 356-2344
fax: (212) 788-9776
ascheine@law.nyc.gov

December 18, 2015

**BY ECF & EMAIL**
**(Talia_Nissimyan@nysd.uscourts.gov)**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  <u>Schoolcraft v. Jamaica Hospital Medical Center, et al.</u>
            10-CV-6005 (RWS)

Your Honor:

      I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing the motion respondent City of New York (the "City"), in connection with the trial of above-captioned matter.

      The City writes to respectfully request a two-month extension of the time for the City to respond to the plaintiff's motion for attorneys'-fees and costs, made pursuant to the judgment pursuant to Rule 68 entered against the City on October 16. 2015, from December 30, 2015 to February 29, 2015. This is the first request for adjournment of this deadline and plaintiff's counsel consents to this request.

      The two-month adjournment is requested because the time is required to analyze and respond to the plaintiff's voluminous submission, which was filed two months after entry of judgment on October 16, 2015, and encompasses fees and costs claimed by at least 13 different counsel and paralegals over a five year period. The Memorandum of Law in support of the motion is 40 pages long, and 31 exhibits (including 18 declarations, many from persons not appearing in this matter), were filed in support of the motion. In addition, the City had no prior knowledge of the fee and cost information submitted by plaintiff nor even the amount that would be claimed. Counsel have agreed to confer, after the City has had an opportunity to review the submission, during the period of the adjournment, in an attempt to resolve the motion.

Sweet, J.
October 28, 2015
Page 2

       We thank the Court for its consideration in this matter.

                                          Respectfully submitted,

                                                   /s/

                                          Alan H. Scheiner
                                          Senior Counsel
                                          Special Federal Litigation Division

cc:      All counsel by ECF