UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                                              Plaintiff,                   10-CV-6005 (RWS)

                    -against-

                                                                     **NOTICE OF MOTION**

THE CITY OF NEW YORK, *et al.*,

                                              Defendants.

-------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the Declarations of Richard A. Gilbert, Harvey A. Levine, each dated November 29, 2015 and Peter J. Gleason, dated December 9, 2015, the Memorandum of Law, dated December 24, 2015, Levine & Gilbert Peter Gleason, Esq. move and will move this Court, on a date to be set by the Court, for an order, pursuant to the Judgment entered in this action on October 16, 2015 (Dkt. # 541), which contains the plaintiff's Acceptance of the Offer of Judgment, dated September 16, 2015, and pursuant to 42 U. S. C. § 1888, and Rules 54 and 68 of the Federal Rules of Civil Procedure, awarding reasonable attorneys' fees, costs and expenses to Levine & Gilbert in the amount of $ 139,174.45 and Peter J. Gleason, Esq. in the amount of $165,079.25 together with such other and further relief as the Court deems just and proper:

Dated: December 24, 2015
       New York, New York

                                                                          RICHARD A. GILBERT(9293)