Richard A. Gilbert
Levine & Gilbert
115 Christopher Street 2nd floor
New York, NY 10014

## SCHOOLCRAFT v. CITY OF NEW YORK
## ITEMIZED SERVICES

| DATE | DESCRIPTION | Hrs/Rate | AMOUNT |
|---|---|---|---|
| 11/16/12 | Meeting with my Peter Gleason, Esq. (PG), Retired NYPD 2nd grade Detective (D2) and Larry Schoolcraft (LS) to confer on merits of claim Filed by Adrian Schoolcraft (AS) against NYC, Jamaica Hospital & other medical defendants Review of documents provided by LS. | 14hrs. $500 | $7,000 |
| 11/18/12 | Further review of documents provided and tc's with PG relating to AS. Conferred with Harvey Levine(HL) re: merits of claim and potential strategies for litigation | 5.5hrs. $500 | $2,750 |
| 11/19/12 | Meeting with PG to discuss case parameters & strategy relative to further AS and LS contact. & impact of LS documents provided. Confer with Confer with HL re: PG discussion & strategy | 2.5hrs. $500 | $1,250 |
| 11/22/12 | Multiple phone conversation with PG regarding a meeting the following day with AS/LS. Confer with HL regarding potential strategies. | 1.5hrs. $500 | $750 |
| 11/23/12 | Meeting with PG, AS, LS, in Albany to meet client Discussed scope of work, strategy, investigation. | 10.5hrs. $500 | $5,165 |
| 11/26/12 | Confer with HL re: first AS meeting; Meeting with PG regarding obtaining Schoolcraft file from prior counsel (PC); review of client's smart drive, court notes and documents filed in USDC; TC with outgoing counsel; draft of correspondence to PC | 3.4hrs. $500 | $1700 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 11/27/12 | Obtained phone for client; further review of smart drive and filed documents; follow up phone conversation with PG on PC file with PG regarding the Schoolcraft file. TC with PC & follow up correspondence Forwarding Consent | 2.45hrs $500 | $1,225 |
| 11/28/12 | Review of PC case disbursements claimed as prereq. for transfer of file; research on atty. discharge for cause and excessive disbursements | 4.2hrs. $500 | $2,100 |
| 11/29/12 | Research on "cause" continued; TC & email with AS re: facts underlying "cause" forward. TC with PG on "cause" | 3.00hr. $500 | $1,500 |
| 11/30/12 | TC with PC re: transfer of file vs. allowable disb. Multiple TCs with PG on strategy and focus of investigation, discharge of PC "for cause" & Review of AS email and attachments; confer with HL regarding course of action | 1.5hr. | $500 |
| 12/2/12 | TC's. with PG regarding correspondence to and conversation with PC. | .5hr. $500 | $250 |
| 12/3/12 | Review of email from PC; confer with HL re: same TC with PG regarding e-mail from PC. | .5hr. $500 | $250 |
| 12/3/12 | Phone conv. with AS regarding e-mail from his previous counsel, investigation and setting up another meeting. | .5hr. $500 | $250 |
| 12/5/12 | Review of e-mail from AS & TC with PG re: transfer of file from PC | .8hr. $500 | $400 |
| 12/6/12 | Phone conv. with PG re: VP investigation update | .25hr. $500 | $125 |
| 12/7/12 | Meeting with PG, re: NYPD disciplinary charges NYPD employment issues: confer with HL re: legal position on disciplinary charges & return to duty potential v. retirement | 1.5hr. $500 | $750 |
| 12/10/12 | E-mail and TC with PG, re: file transfer/termination for cause of PC. | .5hr. $500 | $250 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 12/11/12 | TC with PG regarding Albany meeting with AS & others; confer with HL re: same | .5hr. $500 | $250 |
| 12/13/12 | review of E-mail from AS with Queens D.A. Press Release re: no criminality: multiple TC's with PG and AS & confer with HL re: same | 3.0hr. $500 | $1,500 |
| 12/14/12 | Confer with HL re: press release; TC with PG, re: 1PP's position on AS. | 1.0hr. $500 | $500 |
| 12/14/12 | review of PG E-mail to NYPD Asst. Comm. Kearns, re: Schoolcraft; confer with HL re: same | .125hr. $500 | $62.50 |
| 12/17/12 | Review of E-mail to Kearns (NYPD) re: Schoolcraft NYPD employment issues; confer with HL | .2hr. $500 | $62.50 |
| 12/17/12 | Meeting with PG, update on securing file from PC, NYPD employment issues, investigation | 2hr. $500 | $1,000 |
| 12/17/12 | Additional research on discharge for cause. Conferred with HL re: merits of moving v. merits of negotiated transfer; conferred with PC reaching agreement on file transfer; draft letter | 2.25hr. $500 | $1,125 |
| 12/18/12 | Confer with PG prior to file transfer; travel to PC Office to effectuate transfer of 6 banker boxes of files; brief review of files at PC office. Disbursements of $4,630.45 paid to PC | 6hr. Disb. | $3,000 $4,630.45 |
| 12/19/12 | TC with AS & LS update & strategy discussed. | .7hrs. $500 | $350 |
| 12/22/12 | Review of PG E-mail re, amended complaint Discuss with HL | .2hrs. $500 | $100 |
| 1/2/13 | Meeting with HL & PG at office re: update on file review & discussion of "eyes only" file. continued review of file. | 4.5hrs. $500 | $2,250 |
| 1/4/13 | Continued review of file; meeting with PG | 6.0hrs. $500 | $3,000 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/5/13 | Continued review of file<br>Memo to file. | 3.5hrs.<br>$500 | $1,750 |
| 1/8/13 | Meeting with PG, HL re: file contents strategy | 3.5hrs. | $1,750 |
| 1/9/12 | Meeting with PG Re: investigation strategy. | .75hrs<br>$500 | $375 |
| 1/11/12 | Meeting with PG, re: Union's failure to represent<br>Confer with HL on failure/strategy | 1.0hrs.<br>$500 | $500 |
| 1/12/12 | Research on Union's failure to advocate for A.S | 2.0 | $1,000 |
| 1/14/12 | Meeting with PG, re: Queens DA.  Research<br>Discovery of D.A.'s investigative file: email PG<br>Confer with HL regarding research outcome<br>& strategy with regard to same | 4.75hrs.<br>$500 | $2,375 |
| 1/16/12 | Phone conv. with VP re: update, meeting to follow. | .125hrs.<br>$500 | $62.50 |
| 1/19/12 | Multiple e-mails to/from PG, re: draft letter to NYPD<br>& redrafts | 1.5hrs.<br>$500 | $500 |
| 1/21/12 | Review of PG, re: NYPD letter.<br>Confer with HL regarding letter | .2hrs.<br>$500 | $100 |
| 1/22/12 | Multiple emails to PG re: 1 PP letter<br>Meeting with PG, Re: NYPD letter; revise letter | 1.8hrs.<br>$500 | $900 |
| 1/23/12 | Phone conv. with PG, Re: NYPD letter | .125hrs.<br>$500 | $62.50 |
| 1/25/12 | Meeting with PG to discuss NYPD's response to<br>e-mail communications. | .5hrs.<br>$500 | $250 |
| 1/29/12 | Review of PG E-mail & affidavit from Center<br>for Constitutional Rights (CCR) | .5hrs.<br>$500 | $250 |
| 1/29/12 | Dinner meeting with PG, FS atty.<br>Discuss potential expert consulting | 1.5hrs.<br>$500 | $750 |
| 1/30/12 | Confer with HL re: dinner meeting; multiple TC's<br>with PG. | .7hrs. | $350 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 1/31/12 | Per conv. PG draft cease & desist to PC Regarding website | .4hrs. $500 | $200 |
| 2/1/12 | E-mail to PG, re: e-mail from CCR. Final draft cease & desist to PC re: website | .125hrs. $500 | $62.50 |
| 2/2/13 | Draft memo on warrantless search by NYPD TC's with AS & LS re: progress/strategy | 2.5hrs. $500 | $1,250 |
| 2/5/13 | Research memo & draft subpoena to Queens D.A. | 2.5hrs. $500 | $1,250 |
| 2/6/13 | Organize file for transfer to PG & Nat Smith (NS) | 1.0hrs. $500 | $500 |
| 2/7/13 | Draft receipt to PG for transfer of hard copy of files For scanning for the legal team. | .5hrs. $500 | $250 |
| 2/10/13 | Review of file for deposition | 3.0hrs. $500 | $1,500 |
| 2/11/13 | E-mails to/from PG, re: deposition. | .2hrs. $500 | $100 |
| 2/11/13 | Conf. call Chambers of Judge Scheindlin and conferred with AS, PG & NS NS, AS & RG. | 2hrs. $500 | $1,000 |
| 2/12/13 | Prep and defense of deposition of AS | 6hrs. $500 | $3,000 |
| 2/13/13 | Phone conv. with PG & NS, re: case status. | .5hrs. $500 | $250 |
| 2/14/13 | Meeting with PG & NS at office & file transfer of Nat Smith. Meeting with NS to discuss how file is formatted. Meeting with AS and legal team. | .5hrs. $500 | $500 |
| 2/21/13 | Email to PG re: file preservation | .25hrs. | $125 |
| 2/27/13 | Review of e-mail from Corp. Counsel containing additional "Attorney's eyes only" documents and discussion with PG & NS. | 1.25hrs. $500 | $625 |
| 3/1/13 | Review of A.S. deposition transcript | 1.3hrs. | $650 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/5/13 | TC's with PG updating status | .2hrs. | $100 |
| 3/21/13 | TC's with PG updating status | .3hrs. | $150 |
| 3/25/13 | TC's with PG updating status | .2hrs. | $100 |
| 4/2/13 | TC's with PG updating status | .2hrs. | $100 |
| 4/8/13 | TC's with PG regarding appearance SDNY re: gag order & other relief; review of papers in support and opposition to relief | .3hrs. 2.5hrs. | $150 $1,250 |
| 4/11/13 | Appearance SDNY oral argument | 2.0hrs. | $1,000 |

Total Hours:  120.62 @ $500 per hour = $63,810.00
Disbursements to PC           4,630.45
paid to NS for transfer
Of file to Levine & Gilbert   -------------------------

Total:  68,440.45