# Levine & Gilbert
## Attorneys at Law
### 115 Christopher Street
### New York, N.Y. 10014

_ A. Levine  
_ d A. Gilbert, P.C.  
_ . Lefkowitz  
_ Gleason, Of Counsel

(212) 645-1990  
(212) 227-7750  
(_) 633-1977

_ Norinsberg, Esq.  
_ adway, Suite 2700  
_ ork, New York 10007

          Re:    Schoolcraft _

_r. Norinsberg,

In accordance with ou_  
_ der in the amount o_  
_ ced action.

By virtue _  
this fi_  
_tio_

[check image obscuring middle of letter]

LEVINE & GILBERT  
ATTORNEYS AT LAW  
115 CHRISTOPHER ST., NEW YORK, NY 10014  
212-645-1990

PAY: Four Thousand Six Hundred Thirty _  
TO THE ORDER OF: Jon L. Norinsberg  
CITIBANK, N.A.  
250 BROADWAY, NEW YORK, NY 10007

20091  
CHECK AMOUNT $4,630 _

_ _en  
_ es in  
_ at the  
_ ided below you  
_ what portion of  
_ ne client, until the  
_ er the upon receipt of our  
_ r representative to pick up the  
_ t and/or acceptance of the  
_ arties claims and/or defenses as  
_ ne client.

Very truly yours,

RICHARD A. GILBERT

Jon L. Norinsbe_

*Levine & Gilbert*
*Attorneys at Law*
*115 Christopher Street*
*New York, N.Y. 10014*

*Harvey A. Levine*
*Richard A. Gilbert, P.C.*
*Lori M. Lefkowitz*

*Peter J. Gleason, Of Counsel*

(212) 645-1990
(212) 227-7750
Fax (212) 633-1977

December 18, 2012

Jon L. Norinsberg, Esq.
225 Broadway, Suite 2700
New York, New York 10007

        Re:    Schoolcraft v. City of New York, et.al.

Dear Mr. Norinsberg,

      In accordance with our conversation and emails enclosed please find our draft payable to your order in the amount of $4,630.45 representing half your claimed disbursements in the referenced action.

      By virtue of this correspondence we give recognition to your continuing charging lien against this file and agree that the issue of either law firm's entitlement to attorneys' fees in connection Mr. Schoolcraft's lawsuit shall be submitted to the Court for resolution at the conclusion of this case. By countersigning this correspondence in the space provided below you acknowledge our agreement that both parties will defer a determination as to what portion of your claimed disbursements are properly recoverable/reimbursable from the client, until the conclusion of the case. It is further agreed by the signatories to this letter the upon receipt of our check you will release your retaining lien and immediately allow our representative to pick up the Schoolcraft files at your office. Finally, it is agreed that payment and/or acceptance of the enclosed disbursement check is without prejudice to either parties claims and/or defenses as which disbursements claimed are properly chargeable to the client.

                                                                                 Very truly yours,

                                                                                  RICHARD A. GILBERT

Understood and Agreed:

_____
Jon L. Norinsberg