Harvey A. Levine
Levine & Gilbert
115 Christopher Street 2nd floor
New York, NY 10014

## SCHOOLCRAFT v. CITY OF NEW YORK
## ITEMIZED SERVICES

| DATE | DESCRIPTION | Hrs/Rate | AMOUNT |
|---|---|---|---|
| 11/18/12 | Review of Larry Schoolcraft (LS) documents re: son's case; confer with RG re: evaluation potential strategies for Adrian Schoolcraft (AS) litigation | 3.5hrs. $600 | $2,100 |
| 11/19/12 | Further review of LS documents, ECF filings including pleadings & internet materials Meeting with RG to discuss case & strategy relative to further AS and LS contact | 4.5 $600 | $2,700 |
| 11/22/12 | Conf. with RG & PG regarding meeting with AS & LS on moving forward, litigation strategies and client management issues. | 1.0hrs. | $600 |
| 11/23/12 | TC's with RG re: issues arising during meeting with Adrian Schoolcraft (AS). | 0.5hrs. $600 | $300 |
| 11/26/12 | Conf with RG re: meeting with AS; review of documents from AS smart drive, ECF entries & documents; discuss discharge of outgoing counsel | 4.5hrs. $600 | $2,700 |
| 11/28/12 | Conf. RG re: prior counsel discharge "for cause" issues dispute over disbursements | .45hrs $600 | $270 |
| 11/30/12 | Conf. with RG re: TC with co-counsel re: AS email and discharge of PC "for cause" | 1.5hr. | $600 |
| 12/3/12 | Conf. with RG re: discharge/email from outgoing attorney & TC from PG and TC with AS | .5hr. $600 | $300 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 12/7/12 | Conf. with RG, re: AS disciplinary charges with NYPD/employment issues/potential damages reinstatement/retirement | 1.5hr. $600 | $900 |
| 12/11/12 | TCs with RG re: meeting with AS, etc. Issues & strategies moving forward | .8hr. $600 | $480 |
| 12/14/12 | Conf. with RG: review Queens D.A. press release Multiple, TC's with PG and AS; alternate responses discussed. | 1.5hr. $600 | $900 |
| 12/17/12 | Conf. RG & PG re: discharge for cause. vs. alternatives; review of correspondence to outgoing attorney | 1.5hr. $600 | $900 |
| 12/18/12 | Conf. RG & PG re: AS file transfer Begin Inventory of files | 1.5hr. $600 | $900 |
| 12/22/12 | Cont. inventory of contents of file conf. w/ RG re: amended complaint | 2.5hrs. $600 | $1,500 |
| 12/23/12 | Complete inventory of AS files | 3.5hrs. $600 | $2,100 |
| 12/26/12 | Begin comprehensive review of transferred files & notes; pleadings & discovery | 6.0 $600 | $3,600 |
| 12/27/12 | Continued review of AS files w/notes discovery materials | 5.0 $600 | $3,000 |
| 12/28/12 | Continued review of AS files w/notes discovery materials | 6.0 $600 | $3,600 |
| 1/2/13 | Continued review of AS files w/notes Conf. with PG & RG at office re: update on file review & discussion of "eyes only" file. continued review of file. | 6.25hrs. $600 | $3,750 |
| 1/4/13 | Continued review of file; meeting with PG | 6.0hrs. $600 | $3,000 |
| 1/5/13 | Memo summarizing and analyzing contents | 3.5hrs. $600 | $2,100 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/8/13 | Conf. with PG & RG reviewing analysis and Strategy going forward | 3.5hrs. $600 | $2,100 |
| 1/11/12 | Conf. with RG re: Union's failure to represent AS in trial room and/or return to full duty strategy | 1.0hrs. $600 | $600 |
| 1/12/12 | Review of research on Union's representation and failure to advocate for A.S    2.0 | 0.7 $600 | $420 |
| 1/14/12 | Conf. with RG re: Union rep. research & strategy | .75hrs. $600 | $450 |
| 1/19/12 | Conf. RG re: correspondence to Queens D.A. & redrafts | .25hrs. $600 | $150 |
| 1/21/12 | Review of PG correspondence Confer with RG regarding letter | .2hrs. $600 | $120 |
| 1/23/12 | Review of PG correspondence to NYPD | .125hrs. $600 | $75 |
| 1/29/12 | Review of proposed AS affidavit for Center for Constitutional Rights (CCR) | .5hrs. $600 | $300 |
| 1/30/12 | Conf. with RG re: dinner meeting w/ PG with PG. | .25hrs. | $150 |
| 1/31/12 | Review of RG cease & desist letter re: website | .25hrs. $600 | $140 |
| 2/6/13 | Conf. RG re: expansion of legal team; and transfer of banker boxes & files to PG & Nat Smith (NS) for scanning; organizing of files | 1.0hrs $600 | $600 |
| 2/12/13 | Conf. with RG re: deposition of AS | 0.5hrs. | $300 |

Total Hours:  74.32hrs.@ $600 per hour  =     $70,734.00
-------------------------

Total:  70,734.00