# EXHIBIT A

**Peter J. Gleason PC**
**115 Christopher Street**
**Suite 2**
**New York, NY 10014**

## SCHOOLCRAFT v. CITY OF NEW YORK
## ITEMIZED SERVICES

| DATE | DESCRIPTION | Hrs/Rate | AMOUNT |
|---|---|---|---|
| 11/16/12 | Meeting with my colleague Richard Gilbert, Esq. (RG), Retired NYPD 2nd grade Detective (D2) and Larry Schoolcraft (LS) to discuss Adrian Schoolcraft's (AS) claim against the City of New York. | 6 hrs/ $500 | $3,000 |
| | Travel to and from NYC Office to Catskill, NY. Upon Return to NYC Office review of documents provided by LS. (Travel at ½ hr. rate) | 8 hrs/ $250 | $2,000 |
| 11/18/12 | Internet review of news articles relating to AS. | 5.5hrs. $500 | $2,750 |
| 11/19/12 | Meeting with RG to discuss news articles and our strategy to follow up with AS and LS. | 1.5hrs. $500 | $750 |
| 11/19/12 | Meeting with RG, and follow phone conversation with AS to discuss strategy of case, drafting of the retainer and setting up next meeting with AS. | 1.5hrs. $500 | $750 |
| 11/19/12 | Phone conv. with Nathaniel Smith, Esq. (NS) to discuss potentially working on this matter. | .5hrs $500 | $250 |
| 11/20/12 | Meeting with investigator Vincent Parco (VP) regarding working on this matter. Gave VP an overview of the matter and the scope of work of which he would perform at a rate of $150 per hr. | 2hrs. $500 | $1,000 |
| 11/20/12 | Phone conv. with D2, regarding his insight into one of the named defendants. | .25hrs $500 | $125 |
| 11/22/12 | Multiple phone conversation with RG, AS, and LS regarding setting up a meeting the following day. | .75hrs. $500 | $375 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 11/23/12 | Meeting with AS, LS, RG in Albany to discuss strategy scope of work, investigations needed. Travel to and from NYC . (Travel at ½ hr. rate) | 4hrs.  / $500 | $2,000 |
| | | 8 hrs/ $250 | $2,000 |
| 11/26/12 | Meeting with RG regarding obtaining and scheduling picking up Schoolcraft file from prior counsel. | .25hrs. $500 | $125 |
| 11/27/12 | E-mail from RG and follow up phone conversation with RG regarding the Schoolcraft file. | .25hrs $500 | $125 |
| 11/27/12 | E-mail from AS regarding the preferred method of communications. | .125hrs $500 | $62.50 |
| 11/27/12 | Meeting with VP regarding update on his investigation | 1.5hr. $500 | $750 |
| 11/28/12 | Phone conv. with AS regarding Nov. 12, 2012 news report and possible sources of media leaks. | 1.5hrs. $500 | $750 |
| 11/29/12 | Phone conv. with AS regarding status of obtaining his file from previous counsel and strategy moving forward. | .75hr. $500 | $375 |
| 11/29/12 | Phone conv. with RG for update on obtaining file. | .25hr. $500 | $125 |
| 11/30/12 | Phone conv. with RG discussing strategy and focus on the investigation of the named defendants | 1hr. $500 | $500 |
| 11/30/12 | Meeting with D2, to discuss Schoolcraft matter and backgrounds of named defendants. | 2.5hrs. $500 | $1,250 |
| 12/1/12 | Phone conv. with VP regarding meeting of previous night. | .5hr. $500 | $250 |
| 12/1/12 | Phone conv. with AS regarding update of the investigations. | .75hr. $500 | $375 |
| 12/2/12 | Phone conv. with RG regarding correspondence to and conversation with AS's previous counsel. | .5hr. $500 | $250 |

| Date | Description | Time | Amount |
|---|---|---|---|
| 12/2/12 | Phone conv. with AS regarding status of investigations. | .5hr. $500 | $250 |
| 12/3/12 | Phone conv. with RG regarding e-mail from AS's previous counsel. | .25hr. $500 | $125 |
| 12/3/12 | Phone conv. with AS regarding e-mail from his previous counsel, investigation and setting up another meeting. | .5hr. $500 | $250 |
| 12/3/12 | Phone conv. with VP regarding investigation. | .125hr. $500 | $62.50 |
| 12/4/12 | Phone conv. with AS regarding all aspects of his representation. | .75hr. $500 | $375 |
| 12/5/12 | E-mail and phone conversation with AS regarding Frank Serpico (FS) and his assistance through support and institutional knowledge of the NYPD. | .75hr. $500 | $375 |
| 12/5/12 | Phone conv. with VP with an update on one of the targets of the investigation. | .5hr. $500 | $250 |
| 12/5/12 | E-mail from AS regarding previous counsel, phone conv. with RG and AS | 1.25hr. $500 | $625 |
| 12/6/12 | Phone conv. with RG with update regarding VP investigation, memo to file. | 1.25hr. $500 | $625 |
| 12/6/12 | Phone conv. with AS regarding investigation | .75hr. $500 | $375 |
| 12/6/12 | Legal research, re: Civil Service Law, NYPD employment rights. | 2.25hr. $500 | $1,125 |
| 12/7/12 | Meeting with RG, re: strategy NYPD employment issue, disciplinary charges. | 1hr. $500 | $500 |
| 12/7/12 | Phone conv. with AS re: NYPD employment issues | .75hr. $500 | $375 |
| 12/9/12 | Phone conv. with VP, re: update on investigation of named defendants. | .125hr. $500 | $62.50 |

| Date | Description | Time/Rate | Amount |
|---|---|---|---|
| 12/9/12 | Phone conv. with FS, re: his overview of the matter and scheduling a time to meet to discuss same in person | .25hr. $500 | $125 |
| 12/10/12 | E-mail and follow up phone conv. with RG, re: follow up with AS's prior counsel. | .5hr. $500 | $250 |
| 12/10/12 | Phone conv. with FS to set up the following days meeting with FS, AS, LS. | .125hr. $500 | $62.50 |
| 12/10/12 | Meeting with VP, re: update on named defendant's investigation. | 1.25hr. $500 | $625 |
| 12/11/12 | Meeting in Albany with AS, LS, FS. Re: Status of investigations, NYPD employment issues, concerns regarding Queens DA, concerns regarding Jamaica Hospital and concerns regarding FDNY EMS Follow up conv. with RG upon return to NYC office, memo to file. (Travel at ½ hr. rate) | 6hrs. $500 | $3,000 |
|  |  | 8hrs $250 | $2,000 |
| 12/12/12 | 1 Police Plaza, to discuss Schoolcraft matter with NYPD Department Advocate's Office. | 1.5hr. $500 | $750 |
| 12/12/12 | Meeting with FS's attorney to discuss FS involvement in the Schoolcraft matter. | 4hr. $500 | $2,000 |
| 12/13/12 | Follow up e-mail to FS's attorney | .125hr. $500 | $62.50 |
| 12/13/12 | E-mail from AS containing review / discussion of 12/4/12 Press Release from QCDA with the conclusion that there was no criminality in the manner that Plaintiff was taken from his home and placed in a psychiatric facility. Extensive Follow up phone conv. with AS and RG. | 4.5hr. $500 | $2,250 |
| 12/13/12 | Phone conv. with FS re: Queens DA press release. | .5hr. $500 | $250 |
| 12/13/12 | Meeting with VP, Re: Investigation | 1.5hr. $500 | $750 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 12/14/12 | E-mail to NYPD Asst. Comm. Kearns, re: Schoolcraft NYPD employment issues. | .125hr. $500 | $62.50 |
| 12/14/12 | 9 Metro Tech re: FDNY EMS report for AS and (Travel at ½ hr. rate) | .75hr. $500 | $375 |
| | | .75hr. $250 | $187.5 |
| 12/14/12 | Phone conv. With RG, re: 1PP's position on AS. | .5hr. $500 | $250 |
| 12/14/12 | E-mail to NYPD Asst. Comm. Kearns, re: Schoolcraft NYPD employment issues. | .125hr. $500 | $62.50 |
| 12/15/12 | Phone conv. With FS, re, his conversation with first hand witnesses to the manner in which the NYPD maintains crime stats and subsequent memo to file. | 1.5hr. $500 | $750 |
| 12/15/12 | Legal research, re: prosecutorial misconduct as a bar to overcome immunity. | 2.25hrs. $500 | $1,125 |
| 12/16/12 | E-mail from FS's atty. | .125hr. $500 | $62.50 |
| 12/16/12 | Legal research, re: NYS PL kidnapping. | 1.75hrs. $500 | $875 |
| 12/17/12 | E-mail to NYPD Asst. Comm. Kearns, re: Schoolcraft NYPD employment issues. | .125hr. $500 | $62.50 |
| 12/17/12 | Meeting with VP re: investigation update. | 1.25hr. $500 | $625 |
| 12/17/12 | Meeting with RG, Re: procuring file from previous counsel, NYPD employment issues, status of investigation. | 2hr. $500 | $1,000 |
| 12/17/12 | Phone conv. with FS, follow up on conv. of 12/15/12 | .5hr. $500 | $250 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 12/18/12 | Meeting with RG to facilitate picking up file from previous counsel, picked up file (6+ banker boxes) from previous counsel with RG and initial cursory review of once secured in office. | 6hr. $500 | $3,000 |
| 12/19/12 | Albany meeting with D2 and AS. Updated AS as to status of his claims. Discussed with AS means for providing AS and LS the ability to communicate with his attorneys. (Travel at ½ hr. rate) | 7hrs. $500<br><br>8hrs. | $3,500<br><br><br><br>$1500 |
|  | Expenses:<br>Provided AS with Apple laptop, printer/scanner and two iPhones. Set up Verizon cell phone service for two iphones for 12 month contract at $114.97 per line per month. | $1718<br>$108<br>$900<br>$2,759 expenses |  |
| 12/20/12 | E-mail and phone conv. with Professor from John Jay College. | 1.25hrs. $500 | $625 |
| 12/20/12 | Phone conv. with John Lenoir, Esq. (JL) discussing his potential involvement in the Schoolcraft matter | .75hrs. $500 | $375 |
| 12/21/12 | Phone conv. with AS regarding, status, strategy, contents of file and investigation status. | .75hrs. $500 | $375 |
| 12/21/12 | Meeting with VP regarding investigation on one of the named defendants. | 1.5hrs. $500 | $750 |
| 12/21/12 | Organize and review case files. | 2.5hrs. $500 | $1,250 |
| 12/22/12 | E-mail to RG, re, amended complaint | .125hrs. $500 | $62.50 |
| 12/22/12 | Phone conv. with FS, re: complaint | .25hrs. $500 | $125 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 12/23/12 | Review of amended complaint, memo to file. | 1.5hrs. $500 | $750 |
| 12/23/12 | Phone conv. with AS, re update on Queens DA | .5hrs. $500 | $250 |
| 12/23/12 | E-mail correspondence and phone conv. with JL Re: Queens DA's investigation of the Schoolcraft matter. | .75hrs. $500 | $375 |
| 12/24/12 | Draft and hand deliver a notice of appearance that NYPD Asst. Comm. Kearns demanded before she would communicate with my office regarding AS. | 2hrs. $500 | $1,000 |
| 12/26/12 | E-mail to and from from NYPD Asst. Comm. Kearns. | .25hrs. $500 | $125 |
| 12/26/12 | E-mail and follow up phone conversation with Prof. from John Jay College. | .5hrs. $500 | $250 |
| 12/27/12 | Review of part of Schoolcraft file: Partial review of "Attorney's eyes only" File. | 3.5hrs. $500 | $1,750 |
| 12/28/12 | Phone call from D2, re: Information on Schoolcraft matter. | .125hrs. $500 | $62.50 |
| 12/31/12 | E-mail from and follow up conversation with JL, Re: his potential involvement in the Schoolcraft matter, Queens DA's investigation, scheduling a time we can meet. | 1.5hrs $500 | $750 |
| 1/2/13 | Phone conv. with LS, re: Update on matter. | .25hrs. $500 | $125 |
| 1/2/13 | E-mails back and forth to JL re: meeting. | .25hrs. $500 | $125 |
| 1/2/13 | Meeting at law office of Levine & Gilbert and continued review of "Attorney's eyes Only," file. | 3.25hrs. $500 | $1,625 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/3/13 | Meeting with JL, Re: Queens DA, the amended complaint, and aspects of the Schoolcraft file. | 2.5hrs. $500 | $1,250 |
| 1/3/13 | Several phone calls with LS, Re: update | .75hrs. $500 | $375 |
| 1/4/13 | Meeting with RG and continued review of File. | 4.25hrs. $500 | $2,125 |
| 1/4/13 | E-mail and phone conv. with PBA counsel, Re: Union's position on Schoolcraft matter. | .5hrs. $500 | $250 |
| 1/5/13 | Continued review of the file | 4.5hrs. $500 | $2,250 |
| 1/6/13 | Completion of review of file from previous counsel, Memo to file. | 6.5hrs. $500 | $3,250 |
| 1/7/13 | Meeting with VP, Re: update on investigation. | 1.5hrs. $500 | $750 |
| 1/8/13 | Meeting with RG to review and discuss the review of the parts of the file reviewed by Levine & Gilbert and by PG. | 3.5hrs. $500 | $1,750 |
| 1/8/13 | Phone conv. with AS, Re; update as to complete review of file (excluding review of recordings) and discussion on need for investigator to verify identity of certain individuals who were present at the, "home invasion." | .75hrs $500 | $375 |
| 1/9/13 | Phone conv. with LS, Re: status of case. | .5hrs $500 | $250 |
| 1/9/13 | Meeting with RG Re: investigation strategy. | .75hrs $500 | $375 |
| 1/10/13 | E-mail, fax and phone conv. with PBA legal counsel. | 1.25hrs. $500 | $625 |
| 1/10/13 | Multiple phone conv. and e-mails back and forth with AS, re: PBA and AS's recordings. | 2.5hrs. $500 | $1,250 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/11/13 | Meeting with RG, re: PBA matter. | .75hrs. $500 | $375 |
| 1/11/13 | Meeting with VP, re: individuals present at, "Home invasion." | .75hrs. $500 | $375 |
| 1/12/13 | Phone conv. with JL, re: viability of DOJ involvement. | .5hrs. $500 | $250 |
| 1/12/13 | Phone conv. with NS re: updating him on veracity of matter. | .75hrs. $500 | $375 |
| 1/13/13 | E-mail to Pat Lynch, PBA President. | .125hrs. $500 | $62.50 |
| 1/13/13 | Multiple e-mails from AS and follow up phone conv. with AS. Re: PBA, NYPD, employment status and investigation. | 3.25hrs. $500 | $1,625 |
| 1/14/13 | E-mail from JL, Re: Schoolcraft matter. | .125hrs. $500 | $62.50 |
| 1/14/13 | Meeting with RG, re: Queens DA. | .75hrs. $500 | $375 |
| 1/15/13 | Phone conv. with AS re: Queens DA. | .5hrs $500 | $250 |
| 1/16/13 | Phone conv. with VP re: update, meeting to follow. | .125hrs. $500 | $62.50 |
| 1/17/13 | Meeting with VP, re: "Home Invasion," participants. | .75hrs. $500 | $375 |
| 1/18/13 | E-mail to PBA. re: their assistance in the matter. | .125hrs. $500 | $62.50 |
| 1/19/13 | Several e-mails back and forth with RG, re: draft letter to NYPD. | .5hrs. $500 | $250 |
| 1/19/13 | Review of Schoolcraft audio recordings, notes to file. | 4.75hrs. $500 | $2,375 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 1/20/13 | Continued review of Schoolcraft recordings, notes to file. | 4.5hrs. $500 | $2,250 |
| 1/21/13 | Phone conv. with FS, re: NYPD's handling of Schoolcraft matter. | .75hrs. $500 | $375 |
| 1/21/13 | Phone conv. with NS, re: the status of the Schoolcraft matter. | .75hrs. $500 | $375 |
| 1/21/13 | E-mail to and from RG, re: NYPD letter. | .25hrs. $500 | $125 |
| 1/22/13 | Phone conv. with AS, re, NYPD issues, scheduling his travel to meet with counsel in NYC, update on progress of investigation. | 2.25hrs. $500 | $1,125 |
| 1/22/13 | Meeting with RG, Re: NYPD letter. | 1.25hrs. $500 | $625 |
| 1/23/13 | Phone conv. with RG, Re: NYPD letter | .125hrs. $500 | $62.50 |
| 1/23/13 | E-mail to NYPD Asst. Comm. Kearns, re: Schoolcraft position on employment matter. | .125hrs. $500 | $62.50 |
| 1/25/13 | E-mail from NYPD Asst. Comm. Kearns, outlining her position/demand that she will not accept e-mail correspondence regarding this matter. | .125hrs. $500 | $62.50 |
| 1/25/13 | Meeting with RG to discuss NYPD's refusal to acknowledge e-mail communications. | .5hrs. $500 | $250 |
| 1/26/13 | Phone conv. with LS, re: status update. | .5hrs. $500 | $250 |
| 1/28/13 | Edit and hand deliver letter to NYPD Asst. Comm. Kearns. | 2hrs. $500 | $1,750 |
| 1/29/13 | Meeting with VP, re: update on investigation. | 1.25hrs. $500 | $625 |
| 1/29/13 | E-mail from Center for Constitutional Rights (CCR) review of enclosed affidavit. | .5hrs. $500 | $250 |

| Date | Description | Time | Amount |
|---|---|---|---|
| 1/29/13 | Meeting with RG, FS atty. | 1.5hrs. $500 | $750 |
| 1/30/13 | Phone conv. with AS, update. | .25hrs. $500 | $125 |
| 2/1/12 | E-mail from RG, re: e-mail from CCR. scheduling a phone conv. this date. | .125hrs. $500 | $62.50 |
| 2/1/12 | Phone conv. with CCR, re: Schoolcraft affidavit | .75hrs. $500 | $375 |
| 2/2/13 | E-mail from AS and review of documents attached, re: NYPD mediation. | .75hrs. $500 | $375 |
| 2/3/13 | Phone conv. with NS, re: decision. | .75hrs. $500 | $375 |
| 2/4/13 | Phone conv. with AS, re: travel to NYC on 2/7/13, e-mail AS, round trip Amtrak tickets for AS & LS. | .5hrs. $500 | $250 |
| 2/5/13 | E-mail from AS re: Authorization, print out and distribute same. | .25hrs. $500 | $125 |
| 2/5/13 | E-mail to NYPD Asst. Comm. Kearns. | .125hrs. $500 | $62.50 |
| 2/7/13 | Meeting with AS, NS, & JL, re: adding lawyers to the legal team. | 2.5hrs. $500 | $1,250 |
| 2/8/13 | E-mail from, Elisha B. Barron Law Clerk to the Hon. Shira A. Scheindlin, re: Deposition. | .125hrs. $500 | $62.50 |
| 2/8/13 | Phone conv. with NS, re: joining legal team. | .5hrs. $500 | $250 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 2/9/13 | E-mail and phone conv. with AS re: upcoming deposition on 2/12/13, purchase train ticket | 1hrs. $500 | $500 |
| 2/10/13 | E-mail to NS, re: deposition | .125hrs. $500 | $62.50 |
| 2/11/13 | E-mail from RG, re: deposition/conf. | .125hrs. $500 | $62.50 |
| 2/11/13 | Phone conv. with NS, re: Floyd case. | .5hrs. $500 | $250 |
| 2/11/13 | Conf. call with Elisha B. Barron Law Clerk to the Hon. Shira A. Scheindlin re: ground-rules for tomorrow's deposition and follow up call with NS, & RG | 2hrs. $500 | $1,000 |
| 2/11/13 | Meeting with AS, review of case, discussion of strategy and updated AS in investigation, Purchase of business attire for AS. | 4.5hrs $500 +$638 expense | $2,250 |
| 2/12/13 | Meetings throughout day with AS in NYC, brought him up to speed regarding aspects of his claims. Defended his deposition in the Floyd matter before MJ Freeman. Attended public meeting, to discuss matter with Public Advocate DeBlasio. Follow up meeting with AS. Review amended discovery plan. | 12hrs. $500 | $6,000 |
| 2/13/13 | Meetings with AS, meeting with RG and NS. Meeting with VP, review of file with AS. | 7.5hrs. $500 | $3,750 |
| 2/14/13 | Transport file from Levine & Gilbert to Law office of Nat Smith. Meeting with NS to discuss how file is formatted. Meeting with AS and legal team. | 3.5hrs. $500 | $1,750 |
| 2/15/13 | Phone conv. with NS, re: NYS CPL & file | .25hrs. $500 | $125 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/17/13 | E-mail correspondence between NS & JL, re: Queens DA. | .25hrs. $500 | $125 |
| 2/18/13 | E-mail from JL, re: internet posting pertaining to AS, review of same. | .5hrs. $500 | $250 |
| 2/20/13 | Meeting with NS, JL. Re: Queens DA subpoena | .75hrs. $500 | $375 |
| 2/20/13 | E-mail to legal team, re: Sunday's meeting. | .125hrs. $500 | $62.50 |
| 2/21/13 | E-mail from AS, re: Sunday's meeting. | .125hrs. $500 | $62.50 |
| 2/21/13 | E-mail from RG, re: evidence preservation. | .25hrs. $500 | $125 |
| 2/22/13 | Review of e-mails from JL & NS, re: DOJ. E-mail to NS & JL re: Agenda for Sunday's meeting. | .75hrs. $500 | $375 |
| 2/22/13 | E-mail to Pub. Advocate, re: follow up meeting. | .125hrs. $500 | $62.50 |
| 2/23/13 | E-mails to JL & NS. re: update from JL. | .125hrs. $500 | $62.50 |
| 2/24/13 | meeting in Saugerties NY with NS, JL AS, LS. Travel to and from Saugerties | 3.5hrs. $500 | $1,750 |
|  |  | 8.5hrs $250 | $2,125 |
| 2/26/13 | E-mail from Magdalena Bauza (MB), re: resume and her interest in working on matter. | .125hrs. $500 | $62.50 |
| 2/27/13 | Review of e-mail from Corp. Counsel containing additional "Attorney's eyes only" documents and discussion with RG & NS. | 1.25hrs. $500 | $625 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 2/27/13 | Phone conv. with NS, re: service upon 5 defendants. Travel to 1PP to serve summonses after law dept. refuses to accept. | 2.25hrs. $500 | $1125 |
| 2/27/13 | E-mail from MB, re: scheduling a meeting. | .125hrs. $500 | $62.50 |
| 2/28/13 | Prepared and file notice of appearance. | .25hrs. $500 | $125 |
| 2/28/13 | Review Deposition. | 1.5hrs. $500 | $750 |
| 2/28/13 | Review ECF notice. | .125hrs. $500 | $62.50 |
| 2/28/13 | Queens DA's office to serve subpoena. (travel) | 2hrs. $250 | $500 |
| 3/1/13 | E-mail from and to Brian Lee, Esq. | .25hrs. $500 | $125 |
| 3/1/13 | ECF notices. | .125hrs. $500 | $62.50 |
| 3/4/13 | E-mails back and forth with MB, to set up meeting later that day. | .25hrs. $500 | $125 |
| 3/4/13 | E-mail with enclosed letter from Suzanna Publicker, Esq., review of same. | .25hrs. $500 | $125 |
| 3/4/13 | E-mail from Brain Lee, Esq., re: scheduling order. | .25hrs. $500 | $125 |
| 3/5/13 | E-mails to and from AS re: trip to city, purchase train ticket. | .5hrs $500 | $250 |
| 3/5/13 | E-mail from AS, with attachment outlining examples of NYPD retaliation. | .25hrs. $500 | $125 |
| 3/5/13 | Review e-mail from Suzanna Publicker, Esq. | .125hrs. $500 | $62.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/6/13 | E-mail from JL, re: DOJ | .125hrs. $500 | $62.50 |
| 3/6/13 | Review fax from Suzanna Publicker, Esq. | .25hrs. $500 | $125 |
| 3/7/13 | Meeting with AS & NS | 3.5hrs. $500 | $1,750 |
| 3/9/13 | Meeting with NS at his office, re; strategy/status. | 3hrs. $500 | $1,500 |
| 3/8/13 | ECF notice, re: Court order. | .125hrs. $500 | $62.50 |
| 3/10/13 | E-mail to Council Member Williams | .25hrs. $500 | $125 |
| 3/11/13 | E-mail from AS, review attachment (transcription) forward same to NS. | .75hrs. $500 | $375 |
| 3/13/13 | ECF notice and review of same. (letter to Judge from City.) | .5hrs $500 | $250 |
| 3/14/13 | E-mail from NS, re: Queens DA | .125hrs. $500 | $62.50 |
| 3/14/13 | (3) ECF notices and review of same. (Defendant's motion to Quash) and follow up discussion with NS | 1.25hrs. $500 | $375 |
| 3/15/13 | ECF notice, re: Plaintiff letter to Judge. | .125hrs. $500 | $67.50 |
| 3/16/13 | E-mail from JL, re: Letter to DOJ and strategy. | .5hrs. $500 | $250 |
| 3/18/13 | ECF notice, re: Order setting date for hearing. | .125hrs. $500 | $67.50 |
| 3/18/13 | E-mail from NS, re: edits to letter to DOJ. | .25hrs. $500 | $125 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/18/13 | E-mail from JL, re: Schoolcraft media report. | .25hrs. $500 | $125 |
| 3/19/13 | E-mail from NS, re: Home invasion recording. | .125hrs. $500 | $67.50 |
| 3/20/13 | Phone conv. with NS, re: correspondence. | .25hrs. $500 | $125 |
| 3/20/13 | ECF notice, re: amended answer. | .50hrs. $500 | $250 |
| 3/20/13 | E-mail from NS, re: final draft of DOJ letter. | .125hrs. $500 | $67.50 |
| 3/20/13 | Phone conv. with NS, | .25hrs. $500 | $125 |
| 3/21/13 | E-mail from JL, re: Schoolcraft tapes in WSJ. | .125hrs. $500 | $67.50 |
| 3/21/13 | E-mail from JL, re: status update. | .125hrs. $500 | $67.50 |
| 3/22/13 | Monitor Floyd trial, re: named defendant's testimony. | 4hrs. $500 | $1,000 |
| 3/22/13 | E-mail from NS & JL, re: Notice to Produce. | .25hrs. $500 | $125 |
| 3/23/13 | E-mail from AS, re: recording of Lt. Mascol. | .5hrs. $500 | $250 |
| 3/24/13 | E-mail from NS, re: recording of Lt. Mascol. | .125hrs. $500 | $67.50 |
| 3/25/13 | E-mail from NS, re: Letter from Dept. Advocates Office dated April 5, 2011. | .25hrs. $500 | $125 |
| 3/25/13 | E-mail from JL, re: Schoolcraft Google alert, review of links. | .75hrs. $500 | $375 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 3/26/13 | Phone conv. with NS, re: motion. | .5hrs. $500 | $250 |
| 3/27/13 | Meeting with NS, MB, re: demonstrative evidence to be used at trial. | 3.5hrs. $500 | $1,750 |
| 3/27/13 | E-mail from NS, re: final draft of reply. | .25hrs. $500 | $125 |
| 3/27/13 | ECF notice, re: Schoolcraft declaration | .125hrs. $500 | $67.50 |
| 3/27/13 | ECF notice, re: Plaintiff's Memo of Law. | .125hrs. $500 | $67.50 |
| 3/28/13 | E-mail from JL, re: next meeting upstate. | .125hrs. $500 | $67.50 |
| 3/28/13 | E-mail from NS, re: Photos of Plaintiff's residence, print and review of same. | .5hrs. $500 | $250 |
| 3/28/13 | E-mail from JL, re: confirming meeting with AS | .125hrs. $500 | $67.50 |
| 3/28/13 | ECF notice, re: Memo of Law. | .125hrs. $500 | $67.50 |
| 3/29/13 | Phone conv. with NS, re: gag order. | .5hrs. $500 | $250 |
| 3/29/13 | Meeting with VP, re: photos and update. | 1.5hrs. $500 | $750 |
| 3/29/13 | E-mail from NS, re: enclosed letter from Hosp. Defendant to Judge concerning press, review of same | .5hrs. $500 | $250 |
| 3/30/13 | Meeting with legal team at NS office, re: update investigation, Deft. Ans. To amended complaint. | 1.25hrs. $500 | $750 |
| 4/1/13 | E-mails between City, Hosp. & Plaintiff, re: discovery issues. | .5hrs $500 | $500 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 4/1/13 | E-mail from sound engineer containing filtered home invasion tape, review of same. | .75hrs. $500 | $375 |
| 4/2/13 | Monitor Floyd trial, re: Mauriello testimony. | 3.5hrs. $500 | $1,750 |
| 4/2/13 | ECF notice, re: Hospital letter to Judge | .125hrs. $500 | $67.50 |
| 4/2/13 | Press inquiry, re: AS | .125hrs. $500 | $67.50 |
| 4/3/13 | E-mail from AS, re: NYPD employment issues. | .125hrs. $500 | $67.50 |
| 4/4/13 | E-mail to and from Rae Koshetz, Esq., re: NYPD employment issues. | .25hrs. $500 | $125 |
| 4/4/13 | (2) ECF notices, re: City's motion to quash | .25hrs. $500 | $125 |
| 4/5/13 | Review Plaintiff's Opposition to City's motion to Quash, e-mails between NS. JL re, edits. | .75hrs. $500 | $750 |
| 4/5/13 | ECF notice, re: motion to quash. | .125hrs. $500 | $67.50 |
| 4/5/13 | E-mails from/to City/Hospital re: scheduled conference 4/10/13. | .125hrs. $500 | $67.50 |
| 5/5/13 | E-mail to and from Rae Koshetz, Esq, re: scheduling meeting. | .125hrs. $500 | $67.50 |
| 4/7/13 | Meeting in Saugerties with AS, LS and legal team. (Travel at ½ hr. rate) | 6 hrs. $500 | $3,000 |
|  |  | 8 hrs/ $250 | $2,000 |
| 4/8/13 | Meeting with AS & NS, re: trial prep. | 1.5hrs. $500 | $750 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/8/13 | ECF notice, re: Hospital filing re motion to quash and letter motion re media. | .25hrs. $500 | $125 |
| 4/9/13 | E-mail with invoice from sound engineer. | .25hrs. | $125 |
| 4/9/13 | Review Google alert, Re: AS | .125hrs. $500 | $67.50 |
| 4/10/13 | Court Appearance, and subsq. Meeting with legal team. | 3.5hrs. $500 | $1,750 |
| 4/10/13 | Letter from NYPD Department Advocates Office, review of same. | .25hrs. $500 | $125 |
| 4/11/13 | Consultation with AS, Meeting with legal team and Rae Kosheck, Esq., Follow up e-mail to Rae Kosheck, Esq., re: issues discussed at meeting. Draft response letter to NYPD re: letter received on 4/10/13.  Discussed strategy with AS. | 8hrs. $500 | $4,000 |
| 4/12/13 | Consultation with AS discussing matter purchased return ticket to Albany, meeting with VP. | 4.5hrs. $500 | $2250 |
| 4/14/13 | Phone conv. with NS, re: status. | .5hrs. $500 | $250 |

Total of 285.125 Hrs. @ $500 per hour      $ 142,562.50
Travel: 51.25 Hrs. @ 250 per hour              $  12,812.50

                    + expenses       $   6,123.00
                    +Investigation  $   3,581.25
                           Total  <u>$ 165,079.25</u>