# EXHIBIT B

**Vincent Parco, PI**
875 6th Ave.
Suite 206
New York, NY 10001

**RE: Investigation for Peter J. Gleason, PC (Schoolcraft)**

**Rate: $150 per hour**
**Scope: Named Defendants &**
**Identify person(s) at Schoolcraft home when he was removed to hospital.**

| DATE | DESCRIPTION | Hrs/Rate | AMOUNT |
|---|---|---|---|
| 11/20/12 | Meeting with Peter Gleason (Atty.) regarding being hired as investigator on the Schoolcraft case. Discussed scope of investigation which included Investigating named defendants and determining Identity of individuals at the Schoolcraft home the night he was removed to Jamacia Hospital. | 2hrs. $150 | $300 |
| 11/21/12 | Reviewed Civil Complaint, Reviewed NY Magazine article, "Captain Midnight," and numerous other media reports on subject of NY Magazine article as well media reports on Schoolcraft. Contact with ret. NYPD Lieutenant who has knowledge of individuals present at the Schoolcraft home. | 2.5hrs. $150 | $375 |
| 1/23/12 | Called a number of contacts that might have direct, secondary or tertiary knowledge of the subject matter of this investigation. I find this method conserves resources by "throwing out a net," to my various contacts and wait to set what it yields. This passive method of investigation is reactionary waiting for my, "contacts," to reach out to me should they encounter anything that might be relevant. Given the publicity of this matter there should be no problem initiating this type of investigation. | 1.5hrs. $150 | $225 |
| 11/27/12 | Meeting with Atty., provided update as to information obtained from a contact. | 1.5hrs. $150 | $225 |
| 12/1/12 | Phone call with Atty., update and strategy. | .5hrs. $150 | $75 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 12/2/12 | Conversation with contact, discussed NYPD, Emergency Service Unit involvement in Schoolcraft incident. | .5hrs. $150 | $75 |
| 12/3/12 | Phone call with Atty., informed him I was awaiting a call back from individual with knowledge. | .125hrs. $150 | $18.75 |
| 12/5/12 | Spoke to contact with useful knowledge. | .5hrs. $150 | $75 |
| 12/5/12 | Phone call with Atty., update as to intel obtained. | .5hrs. $150 | $75 |
| 12/9/12 | Phone call with Atty., update. | .125hrs. $150 | $18.75 |
| 12/10/12 | Meeting with Atty., update on individuals present at Schoolcraft incident. Atty. Satisfied of mulitiple sources confirming identity of individual(s) at scene. | 1.25hrs. $150 | $187.50 |
| 12/13/12 | Meeting with Atty,, provided Press Release from Queens DA's office, discussed same and follow up On other aspects of investigation. | 1.5hrs. $150 | $225 |
| 12/16/12 | Spoke to contact discussed new information. | .5hrs. $150 | $75 |
| 12/17/12 | Meeting with atty., updated as to new information on both Queens DA and steroid issue. | 1.25hrs. $150 | $187.50 |
| 12/21/12 | Meeting with atty. given instructions on issues to follow up on. | 1.5hrs. $150 | $225 |
| 12/28/12 | Conversation with contact with source confirming outstanding issue. | .5hrs. $150 | $75 |
| 1/7/13 | Meeting with atty. discussed investigation strategy moving forward. | 1.5hrs. $150 | $225 |
| 1/11/13 | Meeting with atty. discussed credibility of potential witnesses. | .75hrs. $150 | $112.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/14/13 | Interview of potential witness. | .75hrs. $150 | $112.50 |
| 1/16/13 | Phone call with atty. update set up meeting | .125hrs. $150 | $18.75 |
| 1/17/13 | Meeting with atty. regarding Schoolcraft residence. | .75hrs. $150 | $112.50 |
| 1/29/13 | Meeting with atty., discussed entire investigation, home invasion, named defendants, Queens DA. | 1.25hrs $150 | $187.50 |
| 2/13/13 | Meeting with atty. update on new development. | .5hrs $500 | $75 |
| 3/29/13 | Meeting with atty. reviewed photographs from Schoolcraft apartment. Discussed possible use of a rebuttal witness, strategy. | 1.5hrs $500 | $225 |
| 4/12/13 | Meeting with atty. and Plaintiff, discussed overall investigation. | .5hrs. | $75 |

Total of 23.875 Hours @ $150 per hour = $3,581.25