# EXHIBIT C

THE MEN'S WEARHOUSE
NEW YORK, NY

Consultant:
Date:

Sold To:

(Perfect Fit ID: 220025026)

| | | |
|---|---|---|
| 111D4R96A ADB USA VLDTF12 | 1 | 19.99 |
| Price Markdown | | 270.00 |
| 112 1822  DOCKERS | 1 | 79.99 |
| NT STREAQ BT | 1 | 84.50 |
| SL 3F40 BT | 1 | 64.50 |
| BIN BUY 1 GET 1 FREE | | -64.50 |
| 3 8224  HACHERO SLIM | 1 | 79.99 |
| PANTS BUY 1 GFT ONE FREE | | -79.99 |
| 848080006  3 PACK MERC | 1 | 19.99 |
| 2 FER BT SOCK PROMOTION | | -4.99 |
| 848 037  3 PACK MERC | 1 | 19.99 |
| 2 FER BT SOCK PROMOTION | | -4.99 |
| 464020403  HAR JC T S/G | 1 | 109.99 |
| 802N80038  CORBINI TIE | 1 | 59.99 |
| Price Markdown | | -20.00 |
| ACCESSORIES: BUY 1 GET 1 FREE | | -39.99 |
| 817P42003  32MM DRESS BELT | 1 | 39.99 |

Total Purchase  614.46
Tax             23.96
Total Sales Amount  $638.42

-- You Saved: $504.46 --

Sales Amount Grand Total    $638.42

Payments:

MasterCard   XXXXXXXXXXXX7708   638.42
Date  12/11/2010   Time 07:24:02PM
Auth#:  022420



Apple Store Crossgates
1 Crossgates Mall Road Box 170
Albany, NY 12203
crossgates@apple.com
518 289 0140

www.apple.com/retail/crossgates

December 19, 2012 05:20 PM

PETER J GLEASON
pjg@yahoo.com

| | |
|---|---|
| MBP 13.3/2.9/2X4GB/750/SD | $ 1,499.00 |

Part Number: MD102LL/A
Serial Number: C02JF8CR0TY4
Return Date: Jan. 02, 2013
For Support, Visit: www.apple.com/support

| | |
|---|---|
| One to One Membership | $ 99.00 |

Part Number: D4213Z/A
Return Date: Jan. 02, 2013
No Open Box Returns Accepted

| | |
|---|---|
| Sub Total | $ 1,598.00 |
| Tax 7.8.0% | $ 119.92 |
| Total | $ 1,717.92 |
| Amount Paid Via Visa (A) | $ 1,717.92 |
| xxxxxxxxxxxx2136 | |
| 022017 | |



*R017428058 1*

http:
Tell us
Visit

```
WELCOME TO BEST BUY #428
     ALBANY, NY 12203
       (518)452-6881

      Keep your receipt!
```



```
Val #:000162-317054-594143-808826-337707-428

0428 002 5796 12/19/12    17:34 00361417


4860783   C2152A#B1H                    99.99
  HP OFFICEJET 4620 E-ALL-IN-ON
  ITEM TAX 8.00
                      SUBTOTAL      99.99
                SALES TAX AMOUNT     8.00
                                  =========
                        TOTAL      107.99


                         VISA      107.99
xxxxxxxxxxxx2136
PETER J GLEASON
APPROVAL 053417
```

Valid ID is required for returns or exchanges. ID info may be stored in a secure, encrypted database used for tracking returns & exchanges. Best Buy reserves the right to deny any return. Full return and exchange policies are online at www.BestBuy.com.

Best Buy is not responsible for any personal data left on a returned item.

To learn about our privacy practices please visit www.BestBuy.com/privacy.

GIFT PURCHASES MADE BETWEEN NOV. 4, 2012 AND DEC. 24, 2012 QUALIFY FOR OUR HOLIDAY RETURN AND EXCHANGE POLICY.

PRODUCTS PURCHASED AS GIFTS MAY BE RETURNED THROUGH JAN. 24, 2013.

SOME EXCLUSIONS APPLY. SEE A CUSTOMER SPECIALIST OR VISIT BESTBUY.COM/RETURNS FOR DETAILS.

YOUR CUSTOMER SERVICE PIN IS:
0428 002 5796 121912

```
****************************************
  ! U H , P X  N  !
****************************************

           VERIZON Wi...
         ...Corporate Mt...
         Albany, N  122...
            (518)862 84..
          verizonwireless...


              DUPLICATE
Order Location:
Receive Location:       0456 01 #46F134
Receipt Date/Time                IN098 01
Register  01          12/.. 20.. 10 56 17
Pmt 2 of 2                * First  F 798


                     Retail         Your
                     Price          Price

IPHONE 4 WHI
M0440L/A            $449.99         $0.00

2 BUS DAY SH
FEDEXSHP002           $0.00         $0.00

IPHONE 4 WH.
M0440L/A            $449.99         $0.00

2 BUS DAY SH
FEDEXSHP002           $0.00         $0.00

            Total Taxes/Fees.       $0.00
                        Total:      $0.00

                Total Savings.    $899.98

                This Payment.       $0.00

To:
Handset  equipment and other ar...  by
Verizon Wireless  Network ... ements...


The iPhone 4 is configured to op..e only
with the wireless services of  Verizon
Wireless, and my not work on another
Carrier's network even after completion
of your contract term.
```

**verizon**wireless

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 2853872518 | 882319041–00001 | 02/01/13 | 3 of 10 |

## Overview of Lines (Includes Plan Change)

### Your Account's Plan

Plan from 12/19 – 01/06
**SHARE EVERY UNL TLK&TXT 6GB**
$80.00 monthly access charge
Unlimited monthly minutes
Unlimited Messaging
6 monthly gigabytes allowance
$15.00 per GB after allowance
**Beginning on 12/19/12:**
19% Access Discount

### Breakdown of Charges

| | | |
|---|---|---|
| Account Charges & Credits | pg 2 | $104.51 |
| 518–703–⬛⬛⬛ Peter Gleason | pg 3 | $114.97 |
| 518–703–⬛⬛⬛ Peter Gleason | pg 4 | $114.97 |
| 646–872–3546 Peter Gleason | pg 6 | –$11.98 |
| **Total Current Charges** | | **$322.47** |

→ Schoolcraft Lines

### Breakdown of Shared Usage

| | | SharePlan Minutes Used 12/19 – 01/06 | SharePlan Messaging Used 12/19 – 01/06 | SharePlan Data GB Used 12/19 – 01/06 |
|---|---|---|---|---|
| 518–703–1862 | pg 3 | 373 | 2 | .371 |
| 518–703–9679 | pg 4 | 10 | 2 | .026 |
| 646–872–3546 | pg 6 | 966 | 300 | .276 |
| Total Used | | 1,349 | 304 | .673 |
| Shared Allowance – Partial Month | | unlimited | unlimited | 3,677 |
| Overage | | 0 | 0 | 0 |
| Total Shared Usage Charges | | $.00 | $.00 | $.00 |

## Summary for Peter Gleason: 518–703–1862

### Your Plan

Plan from 12/19 – 1/6
**SHARE EVERY UNL TLK&TXT 6GB**

Plan from 12/21 – 1/6
**Data Roam USA/Canada**

Have more questions about your charges? Get details for all your Usage Charges at www.verizonwireless.com. Sign into My Verizon and go to My Bill and click on Usage Details.

### Charges

**Monthly Access Charges**

| | |
|---|---|
| Smartphone Line Access 12/21 – 01/06 $40.00/mo / 17 days on new plan | 21.94 |
| Smartphone Line Access 01/07 – 02/06 (month in advance) | 40.00 |
| | **$61.94** |

### Usage Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| SharePlan (12/19 – 01/06) | minutes | unlimited | 373 | --- | --- |
| Mobile to Mobile (12/19 – 01/06) | minutes | unlimited | 54 | --- | --- |
| Night/Weekend | minutes | unlimited | 669 | --- | --- |
| Total Voice | | | | | $.00 |