UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ADRIAN SCHOOLCRAFT,

                Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

------------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

**Sweet, D.J.**

    Plaintiff's motion for attorney's fees and costs shall be heard at noon on Thursday, March 10, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. As per Defendant's letter of December 18, 2015, opposition, if any, shall be due February 29, 2016. Plaintiff's reply, if any, shall be due March 7, 2016.

    It is so ordered.

**New York, NY**
**December 26, 2015**

_____
ROBERT W. SWEET
U.S.D.J.