UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ADRIAN SCHOOLCRAFT,

        Plaintiff,

  - against -

CITY OF NEW YORK, ET AL.,

        Defendants.

------------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-12-16

**Sweet, D.J.**

    All motions for attorney's fees and costs in this matter shall be heard at noon on Thursday, March 10, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with the previously established briefing schedule.

    It is so ordered.

**New York, NY**
**January 7, 2016**

_____
ROBERT W. SWEET
U.S.D.J.