UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

ADRIAN SCHOOLCRAFT,

        Plaintiff,

  - against -

CITY OF NEW YORK, ET AL.,

        Defendants.

---------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

**Sweet, D.J.**

With regard to Respondent City of New York's letter dated January 28, 2016, the letter shall be treated as a motion and heard at noon on February 11, 2016.

    It is so ordered.

**New York, NY**
**January 29 2016**

ROBERT W. SWEET
U.S.D.J.