UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

ADRIAN SCHOOLCRAFT,

              Plaintiff,

    - against -

                                                 10 Civ. 6005 (RWS)

CITY OF NEW YORK, ET AL.,          O R D E R

              Defendants.

---------------------------------------X

**Sweet, D.J.**

    All motions for attorney's fees and costs in this matter, previously scheduled to be heard March 10, 2016, shall instead be heard at noon on Thursday, March 17, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with the previously established briefing schedule.

    It is so ordered.

**New York, NY**
**February 5, 2016**

                                               ROBERT W. SWEET
                                                  U.S.D.J.