

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ALAN H. SCHEINER**
*Senior Counsel*
phone: (212) 356-2344
fax: (212) 788-9776
ascheine@law.nyc.gov

February 17, 2016

**BY ECF & EMAIL**
**(Talia_Nissimyan@nysd.uscourts.gov)**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  <u>Schoolcraft v. Jamaica Hospital Medical Center, et al.</u>
           10-CV-6005 (RWS)

Your Honor:

    I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing the motion respondent City of New York (the "City"), in connection with the above-captioned matter.

    Counsel for the City and plaintiff have conferred and plaintiff has consented to a 10-day extension of the City's time to respond to the plaintiff's fee application, from February 29, 2016 to March 10, 2016, with the Court's scheduled hearing date of March 17, 2016 unchanged. This request is not intended to waive or modify the City's other pending applications regarding discovery and standing. The City respectfully requests that the Court 'So Order' this extension of time.

    We thank the Court for its consideration in this matter.

                                Respectfully submitted,

                                /s/

                              Alan H. Scheiner
                              Senior Counsel
                              Special Federal Litigation Division

cc:    All counsel by ECF