UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

ADRIAN SCHOOLCRAFT,

                            Plaintiff,

                                                10 Civ. 6005 (RWS)

    - against -

                                                O R D E R

CITY OF NEW YORK, ET AL.,

                            Defendants.

---------------------------------------x

**Sweet, D.J.**

    With respect to the City's letter dated February 29, 2016,
the following schedule shall apply:

        1. As per the Court's Opinion dated February 21,
2016 and filed February 25, 2016, Levine, Gilbert, and Peter J.
Gleason are directed to submit proof of standing by March 10,
2016. Any opposition to such proof, if filed, may be raised in
Defendant's Opposition to Plaintiff's fee application(s) and
will be resolved on the merits of the fee application(s).

        2. Oral argument currently scheduled for March 17,
2016 is hereby adjourned to permit adequate time for Magistrate
Judge Freeman to confer with counsel, schedule, and hold a

settlement conference as set out in the Court's February 21, 2016 Opinion.

3. In the event no resolution is reached at the settlement conference, The City's Opposition to the fee application(s), including Opposition to any submitted standing submission, shall be due 7 days after the date of the conference. Reply papers shall be due 14 days after the date of the conference. The parties are directed to jointly notify the Court upon failure to reach a resolution so an appropriate hearing date may be set.

It is so ordered.

New York, NY
March 2, 2016

ROBERT W. SWEET
U.S.D.J.