UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/16
```

----------------------------------------X

Adrian Schoolcraft

—v.—

NYC

----------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

10 civ 6005 (RWS)(DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

✓ Specific Non-Dispositive Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

✓ Settlement*/ Fee motions

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions. ___

* Do not check if already referred for general pretrial

**SO ORDERED.**

DATED:   New York, New York
         3/2/16

                                          _____
                                          United States District Judge