UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ADRIAN SCHOOLCRAFT,

                Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

------------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

**Sweet, D.J.**

    Plaintiff's fee applications shall be heard at noon on Thursday, April 28, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. Reply papers shall be filed in accordance with the previously established briefing schedule.

    It is so ordered.

**New York, NY**
**April 11, 2016**

                                ROBERT W. SWEET
                                    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/16