



ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ALAN H. SCHEINER
*Senior Counsel*
phone: (212) 356-2344
fax: (212) 788-9776
ascheine@law.nyc.gov

April 11, 2016

**BY ECF & EMAIL**
**(Talia_Nissimyan@nysd.uscourts.gov)**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   Schoolcraft v. Jamaica Hospital Medical Center, et al.
>        10-CV-6005 (RWS)

Your Honor:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing the motion respondent City of New York (the "City"), in connection with the above-captioned matter.

I write to respectfully request permission to submit the attached Declaration of Alan H. Scheiner of April 8, 2016, previously submitted on April 8, 2016, Docket No. 598, with the attached corrected set of Exhibits to the Declaration of Alan H. Scheiner. As a result of a clerical error certain exhibits were omitted from the ECF filing. We apologize to the Court for the error. In addition, we have added cover sheets to the pdf images of the exhibits.

A courtesy copy of the submission is also being delivered to the Court by hand and email today and to all counsel by email today.

So ordered

Sweet USDJ
4-11-16

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/16

Sweet, J.
April 11, 2016
Page 2

        We thank the Court for its consideration in this matter.

                   Respectfully submitted,

                       /s/

                 Alan H. Scheiner
                 Senior Counsel
                 Special Federal Litigation Division

cc:     All counsel by ECF