

<div style="float:left">ZACHARY W. CARTER<br>*Corporation Counsel*</div>

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

<div style="float:right">ALAN H. SCHEINER<br>*Senior Counsel*<br>phone: (212) 356-2344<br>fax: (212) 788-9776<br>ascheine@law.nyc.gov</div>

April 11, 2016

**BY ECF & EMAIL**
**(Talia_Nissimyan@nysd.uscourts.gov)**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Schoolcraft v. Jamaica Hospital Medical Center, et al.
       10-CV-6005 (RWS)

Your Honor:

  I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing the motion respondent City of New York (the "City"), in connection with the above-captioned matter.

  I write to respectfully request permission to submit the attached additional copy of Exhibit EE to the Declaration of Alan H. Scheiner of April 8, 2016.  Exhibit EE was previously submitted on April 8, 2016, Docket No. 598-29.  Exhibit EE was inadvertently omitted from the filing Docket No. 598 today.   It is resubmitted today for clarity of the record.

  We thank the Court for its consideration in this matter.

              Respectfully submitted,
                /s/
              Alan H. Scheiner
              Senior Counsel
              Special Federal Litigation Division

Encl.

cc:  All counsel by ECF