LAW OFFICE OF
# NATHANIEL B. SMITH
ATTORNEY AT LAW
100 WALL STREET - 23rd Flr.
NEW YORK, NEW YORK 10005

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-230-1090

April 13, 2016

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      *Schoolcraft v. The City of New York, et al.,*
      *10-cv-6005 (RWS)*

Dear Judge Sweet:

  As one of plaintiff's counsel, I write to clarify our position on the scheduling for oral argument and for the opposition to the plaintiff's April 11, 2016 letter motion to strike the City Defendants' "expert" report. As we informed counsel for the City Defendants, we have no objection to adjourning the oral argument date on the pending fee motions to May 4th, which is a day that all counsel have agreed upon. In addition, we have no objection to the City Defendants' request for an adjournment from April 26, 2016 to May 3, 2016 to file opposition papers on the letter-motion to strike the expert report. Thus, to the extent consistent with the Court's schedule, we request that the Court enter an order that opposition to the motion to strike be filed on or before May 3, 2016 and that oral argument on the fee motions be held on May 4, 2016.

            Respectfully submitted,

            */s/ Nathaniel B. Smith*
            Nathaniel B. Smith

By ECF
All Counsel