UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ADRIAN SCHOOLCRAFT,

               Plaintiff,

   - against -

CITY OF NEW YORK, ET AL.,

              Defendants.

------------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/16

**Sweet, D.J.**

    Plaintiff's letter seeking to strike the Declaration and Report of Judith Bronsther, Esq. shall be treated as a motion and heard with Plaintiff's fee applications at noon on Thursday, May 5, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street.  Reply papers regarding the fee applications shall be served in accordance with the previously established briefing schedule. Defendant's opposition to the motion to strike shall be served on or before May 3, 2016.

    It is so ordered.

**New York, NY**
**April 14, 2016**

                                ROBERT W. SWEET
                                   U.S.D.J.