LAW OFFICE OF
**NATHANIEL B. SMITH**
ATTORNEY AT LAW
100 WALL STREET
NEW YORK, NEW YORK 10005


RECEIVED APR 15 2016
JUDGE SWEET CHAMBERS

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-230-1090

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/16

April 15, 2016

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Adjourned to May 4 at noon*
*So ordered*
*[signature] Sweet*
*US DJ*
*4-15-16*

*Schoolcraft v. The City of New York,* ~~et al.~~,
*10-cv-6005 (RWS)*

Dear Judge Sweet:

On behalf of all of plaintiff's counsel, I am writing to the Court to request that the oral argument date on the pending motions in the above-reference action be adjusted slightly because two of the attorneys for the plaintiff (John Norinsberg and Joshua Fitch) are unavailable on May 5, 2016, the date recently set by the Court. Based on the prior letters to the Court, defense counsel and all of plaintiff's counsel are available on May 4, 2016. Accordingly, I am requesting that the date be moved up one day to May 4, 2016 because that is a day that all attorneys have previously indicated that they are available. Thank you for considering this request.

Respectfully submitted,

*[signature]*

Nathaniel B. Smith

By ECF and Fax
cc: all Counsel
(by email w/o encl.)