UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                                      **SUPPLEMENTAL**
                                      **DECLARATION OF**
                                      **JOSHUA P. FITCH, ESQ.**

                Plaintiff,

   -against-                              10 Civ. 6005 (RWS)

THE CITY OF NEW YORK, et al.,

                Defendants.
---------------------------------------------------------------X

      1.      I am one of the attorneys of record for plaintiff Adrian Schoolcraft. As such, I am familiar with the facts stated below and submit this Declaration to place on the record the relevant documents in further support of plaintiff's motion for attorney's fees and costs.

      2.      Attached as **Exhibit A** is a copy of the note Kin Mar Lwin, M.D., containing Sgt. James' false statements to Jamaica Hospital.

      3.      Attached as **Exhibit B** are relevant portions of the deposition transcript of Deposition of Indira Patel, M.D.

      4.      Attached as **Exhibit C** are relevant portions of the deposition transcript of Lilian Aldana Bernier, M.D.

      5.      Attached as **Exhibit D** is a copy of the note Kwaka Khusro Tariq, M.D., containing Sgt. James' false statements to Jamaica Hospital.

      6.      Attached as **Exhibit E** are relevant portions of the deposition transcript Deposition of Khin Mar Lwin, M.D.

      7.      Attached as **Exhibit F** is a copy of the Report of Frank Dowling, M.D.

8.     Attached as **Exhibit G** is a copy of the Report of Laurence R. Tancredi, M.D.

9.     Attached as **Exhibit H** is a copy of the Report Robert H. Levy, M.D.,

10.    Attached as **Exhibit I** is a copy of the Report of Roy Lubit, M.D.

11.    Attached as **Exhibit J** are relevant portions of the deposition transcript Deposition Sgt. Frederick Sawyer.

12.    Attached as **Exhibit K** is a copy of the section of the hospital chart noting that Sgt. Frost and Sgt. Brennan, both of whom were from the Internal Affairs Bureau, were present in the hospital and interviewed Officer Schoolcraft on November 2, 2009.

13.    Attached as **Exhibit L** is a copy of the section of the NYPD's hospital chart noting that Detective Wachter and Sgt. Scott were present at the hospital and interviewed Officer Schoolcraft on November 2, 2009 at 9:30 p.m., and that Detective Wachter's business card is actually copied into the hospital chart.

14.    Attached as **Exhibit M** is a copy of Sgt. Chu's summary of the interview, of Officer Schoolcraft and his father, Larry Schoolcraft, on November 5, 2009.

15.    Attached as **Exhibit N** is a copy of the actual transcript of Sgt. Chu's interview of Officer Schoolcraft and his father, Larry Schoolcraft, on November 5, 2009.

16.    Attached as **Exhibit O** is a portion of defendant Isakov's JPTO, showing that the medical defendants intended to rely upon Sgt. Chu's interview of plaintiff in the hospital as part of their defense to the medical departure claims.

17.    Attached as **Exhibit P** are relevant portions of the deposition transcript Deposition Catherine Lamstein, Ph.D.

18.    Attached as **Exhibit Q** are redacted emails from May, 5, 2015, June 2, 2015, June 11, 2015, August 12, 2015 and August 31, 2015.

18. Attached as **Exhibit R** are redacted emails from June 25, 2010, March 11, 2015, and August 31, 2015.

19. Attached as **Exhibit S** are copies of paid Veritext invoices.

Dated: New York, New York
April 29, 2016

                                                                   Respectfully submitted,

                                                                   _____/S_____
                                                                   Joshua P. Fitch, Esq.
                                                                   Cohen & Fitch
                                                                   233 Broadway, Suite 1800
                                                                   New York, New York 10279
                                                                   (212) 974-9115