| Patient Name | SCHOOLCRAFT, ADRIAN | Jamaica Hospital Medical Center | Medical Record No. | 1298984 |



SCHOOLCRAFT, ADRIAN
1298984   M   DOB: 06/21/1975   34Y
ADM: 10/31/2009  081X   130381015  01
STAFF, PHYSICIAN

## CONSULTATION REPORT CONTINUATION

Denies past psy hospitalization (or) treatment (or) suicidal attempt.

As per Sergeant James of 81st Precinct, patient complained of not feeling well yesterday afternoon and left his work early after getting agitated and cursing supervisor. They follow him home and he had barricaded himself and the door had to be broken to get to him. He initially agreed to go with them for evaluation but once outside, he ran and had to be chased and brought to the medical ER, handcuffed.

In the medical ER, he became agitated, uncooperative and verbally abusive over telephone use and told his treating MD that "they are all against me". (a.b)

As per Sergeant James, he was evaluated by NYPD psychiatrist and can not carry a gun or a badge for nearly a year.

Denies any drug (or) Alcohol abuse
Denies any history of family mental illness
No acute medical problem, complained of abdominal pain yesterday and has sinusitis.

Mental Status Examination – 34 years old, white male appropriately dressed and groomed, appears to his stated age. He is coherent, relevant with goal directed speech and good eye contact. He is irritable with appropriated affect. He denies hallucination. He is ? paranoid about his supervisor. He denies suicidal ideation, homicidal ideation at

| Consultant Print Name: | Signature: | Date: | Time: |

**ORIGINAL - MEDICAL RECORD     CARBON COPY - CONSULTANT**

FORM: 112  ITEM: 1875  REV. 1/07

