1                INDIRA PATEL, M.D.
2        Q.      Right, and I just want you to
3   tell me what were the facts that you had
4   before that led you to the conclusion that
5   the patient may be a danger to himself?
6                MR. MCANDREW:  I'll object to
7        the form.  Aside from what she's
8        already told you --
9                MR. SMITH:  No.  I want to know
10       the whole universe.
11               MR. MCANDREW:  Totality.  Asked
12       and answered, but over objection.  Give
13       him every fact that made you thought
14       the patient was dangerous to himself or
15       others.
16       A.      The patient had barricaded
17  himself.  They had to break up his door to
18  bring him out.  When he went in he was --
19  they had to chase him -- he tried to run
20  away.  They had to chase him to bring him to
21  the medical emergency room.  He was
22  uncooperative with the medical treatment in
23  the medical emergency room.  He was agitated
24  and uncooperative and that gives me a clue
25  that he needed further evaluation.