1              L. ALDANA-BERNIER

2              MR. CALLAN:  Did you finish your

3         answer, or do you have more to say?

4              THE WITNESS:  Yes.  I was trying

5         to say that I agreed that he was calm,

6         but it was not only the decision that

7       . you have to make or the decision that

8         I made.  I was looking at all factors

9         that brought him to the hospital.

10       Q.     So you were told about what

11  happened in his apartment?

12       A.     Everything, yes.

13       Q.     And you were considering what

14  you were told by the police when they

15  arrived in the hospital, correct?

16       A.     That's correct.

17       Q.     And do you know who Sergeant

18  James is?

19       A.     No, I don't.

20       Q.     Did you ever speak to Sergeant

21  James?

22       A.     No, I don't -- I did not.

23       Q.     Did you ever see any reference

24  to Sergeant James providing any

25  information that was recorded in the