

**JAMAICA HOSPITAL MEDICAL CENTER**

**PSYCHIATRIC EVALUATION**

☒ ER  ☐ INPATIENT  ☐ CLINIC

SCHOOLCRAFT, ADRIAN
1298884    M    DOB: ██/██/1975    34Y
ADM: 11/01/2009  162B    13█████74  99
ALDANA-BERNIER, LILIAN R-PSYC

DATE: 11/1/09    TIME: 12 P.M.

### IDENTIFYING DATA:

| Age: 34 | Sex: M | Sexual Orientation: | Race: Caucasian |
|---|---|---|---|
| Marital Status: S | Religion: | | Legal Status: |

**ALERTS:** (List risk factors including danger to self/others, CPL status, physical health conditions/meds, allergies.)

**Source of Information:** Patient   Tel:
Tel:

**CHIEF COMPLAINTS:** (By patient and/or others) "They just came into my place and handcuffed me". As per accompanying NYPD officer (Sgt James as per ER consult) he has been acting bizarre.

**HISTORY OF PRESENT ILLNESS:** (Functioning before onset, precipitating factors, interventions tried.)

The patient states that he has been reporting irregularities at work to Internal Affairs for over a year. He states that his superiors, including his immediate supervisor, the Deputy Inspector at 81st Precinct, have been under-reporting crime stats to earn more merit, get promotion and "make a rate". He reports having documented proof. He states that his supervisor became aware of this which is why he is being persecuted like this. He states that he was in bed last night when his landlord let NYPD officers in who 'assaulted' him, including bending his arms, 'stamping lightly' on his face and causing many bruises (bruises are visible on both arms). As per ER consult done earlier today, the accompanying NYPD officer, Sergeant James,

cont'd. overleaf →

1.

of the 81st Precinct, the patient became agitated and verbally abusive towards his supervisor. He then left and concerned about his condition, several officers followed him home. He barricaded himself in his room and refused to come out so the door had to be broken down. He initially agreed to go with them but once outside he made a run for it and had to be chased and handcuffed. In the medical ER the patient was agitated, verbally abusive and told the treating M.D. that 'they are all against me'.

Patient denies any recent suicidal or homicidal thoughts. He states he has bouts of anxiety and depression over what has been happening but denies persisting depressive symptoms. No recent manic symptoms elicited. No hallucinations elicited. Denies any recent substance use.