1            Khin Mar Lwin, M.D.
2      Q    My question to you is, if somebody were to
3   tell you, in November 2009, that the police
4   department engages in misconduct, is that piece of
5   information the kind of information that leads you
6   to believe that the person making that statement is
7   paranoid?
8            MR. RADOMISLI:  Objection.
9            (Witness complying.)
10     A    I thought he was paranoid from overall
11  picture, (indicating.) because he reported that his
12  supervisors are hiding robbery and assault cases.
13  (Indicating.)  And another thing was --
14           (Witness complying.)
15     A    -- according to Sgt. James, okay, he had
16  barricaded himself, and the door had to be broken to
17  get to him, okay?
18     Q    If that information had been incorrect,
19  would that have changed your assessment of the
20  patient?
21           MR. CALLAN:  Are you talking about all of
22      it or just the door?
23     Q    If the information from Sgt. James, that
24  you just read, had been incorrect, would that have
25  changed your assessment of the patient?