Page 111

1    F. M. SAWYER
2  him that Adrian Schoolcraft was admitted
3  to Jamaica Hospital.
4        Q.    Do you have a recollection
5  generally of saying that to him?
6        A.    No, I don't.
7        Q.    Did you ever discuss Adrian
8  Schoolcraft or his case with Mauriello?
9        A.    Yes, I did.
10       Q.    When did you do that?
11       A.    Upon return from the hospital.
12       Q.    The day you got back to the
13 hospital?
14       A.    Yes.
15       Q.    What did you say to Mauriello?
16       A.    I was reassigned to patrol by
17 Lieutenant Jones.  I either received a
18 telephone call or radio transmission that
19 DI Mauriello wanted me to call him.  So I
20 had my driver, who I don't recall at the
21 time, pull the RMP to the side of the
22 road.  I exited the vehicle, closed the
23 door, and walked several feet away from
24 the car so the officer, whoever was
25 driving, make sure they couldn't hear;

Page 112

1        F. M. SAWYER
2   and I called Mauriello via cell phone.
3        Q.   What did you discuss with him?
4        A.   The substance of the
5   conversation was that Schoolcraft was
6   admitted to Jamaica Hospital.
7        Q.   Do you recall anything else?
8        A.   No, I do not.
9        Q.   What day was that?
10       A.   November 1st, 2009.
11       Q.   What time of day?
12       A.   I don't recall the specific
13  time.
14       Q.   Was there anybody else on the
15  phone call?
16       A.   No.
17       Q.   What is your understanding how
18  Mauriello knew that you had been at the
19  hospital?
20            MS. PUBLICKER METTHAM:
21       Objection.
22            You can answer.
23       A.   I don't know how he found out I
24  was at the hospital.
25       Q.   Did you ever have any other