Tel.: (718) 840-2536
(718) 840-2539

Sgt. Brennan
Sgt Frost

Log # _____

SCHOOLCRAFT, ADRIAN
1298984   M   DOB: 08/21/1975   34Y
162B   ALDANA-BERNIER, LILIAN R PSYC
ADM: 11/01/2009   **130381874**   99

Internal Affairs Bureau
Brooklyn North
Group 31

315 Hudson Street
New York, New York 10013

| Time | Here ← | Here ← | |
|---|---|---|---|
| | | | PGY 2 Note |
| 11-02-09 5:00PM | Pt has been interviewed by Sgt Brennan and Sgt Frost by Internal Affairs Bureau — | | |
| | | | Javaidia Yazdani, MD Psychiatric Resident |
| 11/02/09 9:30 pm | MD note: Patient has been seen and interviewed by Detective Steven P. Wachter and Sgt. Scott from Internal Affairs Bureau. | | Shushan Hovanesian, MD |
| | | | Shushan Hovanesian, MD Psychiatry Attending |
| 11/6/09 10:00 am | | Pt has not expressed interest in participation in CBT groups despite being approached and encouraged. | |
| | | | Gabriela Portas   Ms. CBT-Limited |



NYPD
Steven P. Wachter
Detective

Sgt. Scott.

Internal Affairs Bureau
Special Investigations Unit
1 Police Plaza 12th Floor
New York, NY 10038

Tel. 1 (800) PRIDE PD
Fax: (212) 748-8800
E-mail: IAB-SIU@verizon.net

