TAPE-RECORDED INTERVIEW

IN RE:  ADRIAN SCHOOLCRAFT V. NYPD, ET AL

JAMAICA HOSPITAL

FILE NO.  CD TRACK 1

DATE:  NOVEMBER 4, 2009

Transcript produced by:

*American Legal Transcription*
*11 Market Street - Suite 215 - Poughkeepsie, NY 12601*
*Tel. (845) 452-3090 - Fax: (845) 452-6099*
amlegaltrans@aol.com

*TAPE-RECORDED INTERVIEW*

1

2          SERGEANT CHU:  That's fine.  Today is

3     Wednesday, November 4th, 2009.  The time is

4     approximately 1410 hours.  My name is Sergeant Wayne

5     Chu, Internal Affairs Bureau Group 1.  I'm present

6     here at Jamaica Hospital in the Day Room of the

7     third floor Psych 3 Ward.  Present here is --

8          LARRY SCHOOLCRAFT:  Larry School --

9          SERGEANT CHU:  I'm sorry.  Go, sir.

10          ADRIAN SCHOOLCRAFT:  Adrian Schoolcraft.

11          SERGEANT CHU:  Okay.  And, sir?

12          LARRY SCHOOLCRAFT:  Larry Schoolcraft.

13     Adrian, the patient's father.

14          SERGEANT CHU:  Okay.  Okay, good.  And

15     we're here with the medical staff from the Jamaica

16     Hospital Center.

17          LARRY  SCHOOLCRAFT:  Detective, would they

18     willing to identify themselves, (indiscernible) and

19     their positions?

20          SERGEANT CHU:  Sir, just for the record,

21     for voice identification purposes?

22          DR. ISAKOV:  I am Dr. Isakov.

23          SERGEANT CHU:  Okay.  And, ma'am?

24          MS. McMAHON:  I'm Christine, social

25     worker.

*TAPE-RECORDED INTERVIEW*

1              SERGEANT CHU:  Okay.

2              LARRY  SCHOOLCRAFT:  Christine, what's

3       your last name?

4              MS. McMAHON:  McMahon.

5              LARRY SCHOOLCRAFT:  Doctor, what's your

6       first name?

7              DR. ISAKOV:  Isak.

8              LARRY SCHOOLCRAFT:  First name?

9              DR. ISAKOV:  Isak.

10              LARRY SCHOOLCRAFT:  I'm sorry?

11              DR. ISAKOV:  Isak.

12              LARRY SCHOOLCRAFT:  Okay.  Thank you.

13       Okay.  I was called to the meeting by you, so you

14       can start it off.

15              DR. ISAKOV:  But, again, I -- I don't know

16       what you want to talk to me with -- why I'm talking --

17       can talk to you about your son, what we gonna do, and

18       what else do you want to know?

19              LARRY SCHOOLCRAFT:  I -- right now,

20       doctor, I know nothing, so, feel free to tell me

21       everything?

22              DR. ISAKOV:  Okay.  The same thing that I

23       don't know too much, also, only what --

24              LARRY SCHOOLCRAFT:  Well, see that --

25       that's not gonna --

4

TAPE-RECORDED INTERVIEW

1          DR. ISAKOV:  -- only -- only what your son

2     told when he came to the emergency room --

3          LARRY SCHOOLCRAFT:  Right, doctor, I'm not

4     interested what (indiscernible) --

5          DR. ISAKOV: -- and when I spoke with him

6     today.

7          ADRIAN SCHOOLCRAFT:  I told no one

8     anything.  They didn't talk to me.  They only talked

9     to the supervisors of the department.  They only got

10     their story.

11          DR. ISAKOV:  I know, but they interview

12     you too.

13          ADRIAN SCHOOLCRAFT:  That doctor, she

14     never in -- she never asked me anything about what

15     happened.

16          DR. ISAKOV:  And -- but I met with and I

17     asked you today what happened.

18          ADRIAN SCHOOLCRAFT:  This is the first

19     time we ever met, right here.

20          DR. ISAKOV:  Right.  First time, yes.

21          LARRY SCHOOLCRAFT:  Doctor, I have a

22     question.  I didn't mean to interrupt my son.  I'm

23     his biological father.  I'm his emergency contact,

24     detective, for the NYPD, okay?

25          SERGEANT CHU:  Yes.

*TAPE-RECORDED INTERVIEW*

1          LARRY SCHOOLCRAFT:  They know this.
2     There's policies and procedures in the NYPD.  They
3     broke down my son's door and drug him out and put
4     him in a psychiatric unit and nobody, nobody, nobody
5     from the NYPD or the City of New York has contacted
6     me to tell me what's going on with him.  Nobody.
7          SERGEANT CHU:  Okay.
8          LARRY SCHOOLCRAFT:  Nobody.  I have called
9     the chief of Brooklyn North, Nelson, Marino, his
10    commander in the 81, Morello -- Mauriello, Steve
11    Mauriello, nobody has returned my calls and I have
12    called them 20 times in the last four days.  Nobody.
13    Nobody will return my calls and nobody will give me
14    information.  Nobody from the hospital.  And I'm
15    sure Adrian has told you who I am.  Nobody, until
16    yesterday, when Christine called me at 3:00, when he
17    had been incarcerated, locked up --
18          DR. ISAKOV:  (Indiscernible) --
19          LARRY  SCHOOLCRAFT:  -- had his freedom
20    taken away, wasn't allowed to vote.  His freedom.
21    His very freedom.  I don't know what country you're
22    from, Doc, but this is the United States of America.
23    I'm ex-military, he's honorable military, and I'm
24    sure Detective Chu is ex-military.  Correct?
25          SERGEANT CHU:  Well, actually, I'm not.

*TAPE-RECORDED INTERVIEW*

1        And just for the clarification, it's Sergeant Chu.

2                LARRY SCHOOLCRAFT:  Sergeant.

3                SERGEANT CHU:  Yeah.

4                LARRY SCHOOLCRAFT:  So Detective Sergeant?

5                SERGEANT CHU:  Yes.

6                LARRY SCHOOLCRAFT:  Okay.  So you don't

7        want to be called detective, you're called a

8        sergeant?

9                SERGEANT CHU:  Yeah, that's fine.

10               LARRY SCHOOLCRAFT:  Okay.

11               SERGEANT CHU:  Just so, you know, I just

12       want -- you know, it's not an issue, I just want you

13       to be --

14               LARRY SCHOOLCRAFT:  No.

15               SERGEANT CHU:  -- clarified as to who I

16       am.

17               LARRY SCHOOLCRAFT:  Right.  Right.  I

18       appreciate it.

19               SERGEANT CHU:  So, in case you do ask, was

20       he Detective Chu?  They won't know...

21               LARRY SCHOOLCRAFT:  No.  Thanks.  Okay.

22       To get back on the doctor.  Why hasn't anybody from

23       the hospital contacted me?

24               If you certainly want to help your patient

25       on getting him out here, wouldn't his most primary

*TAPE-RECORDED INTERVIEW*

1    support system, that being his father, wouldn't he

2    be the first one you would call before you even

3    admitted him?  Isn't that the person you would want

4    to call?  The very person that cut his umbilical

5    cord, I've known him every day of his life, you

6    don't think that was important?

7            ADRIAN SCHOOLCRAFT:  Not the boss that --

8            DR. ISAKOV:  I understand --

9            LARRY SCHOOLCRAFT:  Yeah, not -- not --

10           ADRIAN SCHOOLCRAFT:  -- as I reported

11   criminal activity to?

12           DR. ISAKOV:  -- I understand you

13   perfectly, but I'm working in in-patient, I don't

14   know what happened when he was in emergency room.

15   Did anybody call?  I don't know.

16           LARRY SCHOOLCRAFT:  Let's not go back

17   there.  Let's know just what you know.  After --

18           DR. ISAKOV:  As soon --

19           LARRY SCHOOLCRAFT:  -- he became [sic]

20   here, why didn't you notify me?

21           DR. ISAKOV:  As soon he come here --

22           MS. McMAHON:  But we did.

23           DR. ISAKOV:  -- is the first hour in

24   (inaudible) --

25           MS. McMAHON:  I did call you.  I did

*TAPE-RECORDED INTERVIEW*

1          notify you.

2                    LARRY SCHOOLCRAFT:  When did you call me?

3                    MS. McMAHON:  After I spoke with your son.

4                    LARRY SCHOOLCRAFT:  Okay.  And --

5                    MS. McMAHON:  He called you first and then

6          I called you.

7                    LARRY SCHOOLCRAFT:  -- and when was that?

8                    DR. ISAKOV:  Yesterday.

9                    MS. McMAHON:  Yesterday afternoon.  So you

10         were notified that he was here.

11                   LARRY SCHOOLCRAFT:  Right.  Three days?

12         Three days?

13                   DR. ISAKOV:  No.  It was the first time

14         here yesterday.

15                   MS. McMAHON:  Right.  We can't speak to

16         what happened in the emergency room.  We don't work

17         in the emergency room.

18                   LARRY  SCHOOLCRAFT:  So where has he been

19         for three days?

20                   DR. ISAKOV:  He come to the unit --

21                   MS. McMAHON:  We cannot speak to that.

22                   DR. ISAKOV:  He come to the unit yesterday

23         and --

24                   LARRY SCHOOLCRAFT:  Okay.  Where has he

25         been for three days?

TAPE-RECORDED INTERVIEW

1              DR. ISAKOV:  -- you got the phone call

2        right away.

3              LARRY SCHOOLCRAFT:  Okay.  Where has he

4        been for three days?

5              DR. ISAKOV:  In emergency room.

6              LARRY SCHOOLCRAFT:  Okay.

7              MS. McMAHON:  And we understand your

8        frustration that nobody called you.

9              LARRY SCHOOLCRAFT:  And --

10              MS. McMAHON:  I mean, I do understand

11        that.  Probably, yes, you should have been notified.

12              LARRY SCHOOLCRAFT:  Okay.  I appreciate --

13        I appreciate that, Christine.

14              DR. ISAKOV:  Did you request to call your

15        father?

16              ADRIAN SCHOOLCRAFT:  Yes, multiple times.

17              DR. ISAKOV:  Did you give the phone number

18        downstairs?

19              ADRIAN SCHOOLCRAFT:  Yes.

20              LARRY SCHOOLCRAFT:  Yes.

21              DR. ISAKOV:  Did they tell you that they

22        tried (indiscernible)?

23              ADRIAN SCHOOLCRAFT:  I don't remember.

24              LARRY SCHOOLCRAFT:  Nobody's contacted me.

25        I have a cell phone like everybody.  I have a home

*TAPE-RECORDED INTERVIEW*

1          phone, I have voice mail.

2                    DR. ISAKOV:  Again, I --

3                    LARRY SCHOOLCRAFT:  It's all documented.

4                    DR. ISAKOV:  -- I don't know what happened

5          in the emergency room.

6                    LARRY SCHOOLCRAFT:  I understand.

7                    DR. ISAKOV:  If you have a --

8                    LARRY SCHOOLCRAFT:  I'm not --

9                    DR. ISAKOV:  -- complaint, you can go

10         and (inaudible) --

11                   LARRY  SCHOOLCRAFT:  I understand.

12         Doctor, I'm not expecting you to elaborate on issues

13         that you are not aware of, just what you know of,

14         that's all.

15                   DR. ISAKOV:  (Indiscernible).  As soon he

16         came, the phone call was made.

17                   LARRY SCHOOLCRAFT:  Right.

18                   Now, Ms. McMahon, yesterday, I have a -- I

19         had a question for you and you didn't answer it, and

20         I think we need to answer it now.

21                   MS. McMAHON:  I don't think it's

22         important.

23                   LARRY SCHOOLCRAFT:  Well, first of all,

24         before we go that route; would you tell me what your

25         position is here?  What's your duties?

*TAPE-RECORDED INTERVIEW*

1                    MS. McMAHON:  I just told you, I'm a

2          social worker.

3                    LARRY SCHOOLCRAFT:  What -- tell me what

4          those duties are?

5                    MS. McMAHON:  Primarily, discharge

6          planning.

7                    LARRY SCHOOLCRAFT:  Okay.  And --

8                    MS. McMAHON:  I work with the team here,

9          primarily discharge (inaudible) --

10                    LARRY SCHOOLCRAFT:  -- would you

11          describe your daily duties, on what you do, and

12          what's your -- what your duties are?  What your

13          responsibilities are?

14                    MS. McMAHON:  Assessment, discharge

15          planning, work with the team --

16                    LARRY SCHOOLCRAFT:  Work with the team.

17          Okay.

18                    MS. McMAHON:  -- you know, to facilitate

19          discharge for the patient.

20                    LARRY SCHOOLCRAFT:  Right.  Okay.  And do

21          you have to be certified for that?

22                    MS. McMAHON:  Of course.

23                    LARRY SCHOOLCRAFT:  Okay.  What's the

24          certification called?

25                    MS. McMAHON:  It's state licensure in

*TAPE-RECORDED INTERVIEW*

1        social work.

2                    LARRY SCHOOLCRAFT:  Social work.

3                    MS. McMAHON:  Yeah.

4                    LARRY SCHOOLCRAFT:  Is it a particular

5        specific type of license?

6                    MS. McMAHON:  It's a license to practice

7        social work.

8                    LARRY SCHOOLCRAFT:  Okay.  Is it the

9        Department of Health, Department of Education?

10                    MS. McMAHON:  State.  State Department of

11        Education.

12                    LARRY SCHOOLCRAFT:  Department of

13        Education.

14                    MS. McMAHON:  Yes.

15                    LARRY  SCHOOLCRAFT:  Yes, I'm aware it's

16        the state.

17                    Okay.  Now, what information do you have

18        on Adrian?  And I'd like to see all the information

19        that you have on Adrian.

20                    MS. McMAHON:  I --

21                    LARRY SCHOOLCRAFT:  I want --

22                    MS. McMAHON:  -- I told  you the

23        information that I have.

24                    LARRY SCHOOLCRAFT:  No, I want to see it.

25        I want the files.  I want them opened.  I want

TAPE-RECORDED INTERVIEW

1          copies.  I am his power of attorney, I am his

2          healthcare proxy.  I want everything.  Everything.

3          I wanna read it.  I wanna document it.  I wanna take

4          it out of here with me.

5                  DR. ISAKOV:  You need to make an official

6          request and the copy will be given to you.

7                  LARRY SCHOOLCRAFT:  Okay.  Forget the

8          copies now, bring the paperwork in here so I can

9          read them.

10                 Now, how can I help you, help him, if I

11         don't have the information that you have, doctor?

12                 DR. ISAKOV:  The information is right here

13         (inaudible) --

14                 LARRY SCHOOLCRAFT:  No.  The information

15         you --

16                 ADRIAN SCHOOLCRAFT:  What are you writing

17         down?

18                 LARRY  SCHOOLCRAFT:  The information

19         you're evaluating as, is something you've got

20         written down.  I wanna see it.  Go get all your

21         paperwork that has anything to do with him, bring it

22         in here --

23                 ADRIAN SCHOOLCRAFT:  Perhaps you need an

24         administrator up here.  There's --

25                 LARRY SCHOOLCRAFT:  No.  I asked for --

*TAPE-RECORDED INTERVIEW*

1          ADRIAN SCHOOLCRAFT:  -- actual accomplices

2     to this abduction.

3          LARRY  SCHOOLCRAFT:  Do you -- do you know

4     -- do you know Dr. Vivek?  I'm sure you do, right?

5          Why don't you call the chairman and see if

6     he'll come down here and then we can talk, okay,

7     Doc?  Go do that.  We'll take a rest.

8          ADRIAN SCHOOLCRAFT:  And, Doc, we are not

9     being disrespectful.  This is, I've been held

10     captive here for --

11          DR. ISAKOV:  I still -- I still don't

12     understand where you leading it to?  I -- I --

13          LARRY SCHOOLCRAFT:  You've  taken  a man's

14     freedom.

15          ADRIAN SCHOOLCRAFT:  Can I go, Doc?

16     Doctor, can I go?

17          LARRY SCHOOLCRAFT:  Adrian, come on.

18     Adrian, forget it.

19          ADRIAN SCHOOLCRAFT:  Can I go?

20          LARRY SCHOOLCRAFT:  We can go.  We can go.

21     Get up.

22          ADRIAN SCHOOLCRAFT:  Then you don't need

23     me.  Everything's fine, right?

24          LARRY SCHOOLCRAFT:  We can go.

25          ADRIAN SCHOOLCRAFT:  Let's go.

TAPE-RECORDED INTERVIEW

1           LARRY SCHOOLCRAFT:  Open the door, let's

2      go, we're going out.

3           Come on, Detective, it's over.

4           SERGEANT CHU:  Sir, it's --

5           LARRY SCHOOLCRAFT:  Come on, Adrian.  Come

6      on.

7           SERGEANT CHU:  While we're here, it was

8      brought to my attention that you stated that one of

9      the uniform members of the service, what was

10     communicated to me, stomped on your face?

11          ADRIAN SCHOOLCRAFT:  Chief Marino needs to

12     be charged with attempted murder.

13          SERGEANT CHU:  Okay.

14          ADRIAN SCHOOLCRAFT:  After the EMS stated

15     that my vital signs were --

16          LARRY SCHOOLCRAFT:  Tachy.

17          ADRIAN SCHOOLCRAFT:  -- such -- yeah, he

18     used the word "tachy" -- in such a way that I had to

19     go to the hospital, he then gave the order to attack

20     me.

21          SERGEANT CHU:  Okay.

22          ADRIAN SCHOOLCRAFT:  They assaulted me.  I

23     had asked for pictures by the hospital, IAB hasn't

24     come and take photographs.

25          SERGEANT CHU:  I have a camera here.  Do

*TAPE-RECORDED INTERVIEW*

```
 1          you authorize --
 2                     ADRIAN SCHOOLCRAFT:  Yeah, three --
 3                     SERGEANT CHU:  -- me taking photographs?
 4                     ADRIAN SCHOOLCRAFT:  -- what is it, four
 5          days later?
 6                     SERGEANT CHU:  Well, you know --
 7                     ADRIAN SCHOOLCRAFT:  But I'll take
 8          anything.  But Chief Marino of Brooklyn North --
 9                     SERGEANT CHU:  Okay.
10                     ADRIAN SCHOOLCRAFT:  -- needs to be
11          charged with attempted murder.
12                     SERGEANT CHU:  Okay.
13                     ADRIAN SCHOOLCRAFT:  He stomped on my
14          face, he gave the order, I was assaulted.
15                     DR. ISAKOV:  Can you come with me --
16                     SERGEANT CHU:  Okay.
17                     DR. ISAKOV:  -- to administration?
18                     LARRY SCHOOLCRAFT:  Yep.  Can Adrian go?
19                     DR. ISAKOV:  No.
20                     LARRY SCHOOLCRAFT:  Well, then bring him
21          here.
22                     DR. ISAKOV:  No.  You can come with me to
23          administration.
24                     LARRY  SCHOOLCRAFT:  Where is
25          administration?
```

TAPE-RECORDED INTERVIEW

1          SERGEANT CHU:  Sir, during this time, I

2     will get the statement from --

3          LARRY SCHOOLCRAFT:  Okay (inaudible) --

4          ADRIAN SCHOOLCRAFT:  I don't think you

5     should go anywhere alone.

6          LARRY SCHOOLCRAFT:  Detective, why don't

7     you go with me to administration, then we'll come

8     back together?

9          SERGEANT CHU:  You know what, I -- I

10    have --

11         ADRIAN SCHOOLCRAFT:  (Indiscernible).

12         SERGEANT CHU:  Sir, I have full faith in

13    that the hospital staff will treat you respectful.

14         LARRY  SCHOOLCRAFT:  You do?

15         SERGEANT CHU:  Yes.

16         LARRY SCHOOLCRAFT:  Even though they've

17    incarcerated him for four days?

18         SERGEANT CHU:  Well, you know, we have

19    (inaudible) --

20         ADRIAN SCHOOLCRAFT:  Can I at least get a

21    reason why I've been incarcerated?  That's all I

22    want.

23         DR. ISAKOV:  It's not incarceration, it's

24    a hospital, sir.

25         SERGEANT CHU:  So --

*TAPE-RECORDED INTERVIEW*

1    ADRIAN SCHOOLCRAFT:  Well, they call the

2    jails a hospital these days.

3    LARRY SCHOOLCRAFT:  A big gulag.

4    SERGEANT CHU:  If I can get that

5    information for you, I will, but, at this time, I

6    just want to address the specific physical

7    contact.

8    ADRIAN SCHOOLCRAFT:  See if you can make a

9    copy of those while you're up there, the eight

10   pages --

11   SERGEANT CHU:  So --

12   ADRIAN SCHOOLCRAFT:  -- and then just give

13   it to (inaudible) --

14   LARRY  SCHOOLCRAFT:  Oh, okay.

15   SERGEANT CHU:  But if you would escort --

16   you know, follow -- I -- I do have faith in, you

17   know --

18   LARRY  SCHOOLCRAFT:  Okay.  Then if you

19   tell them, all right, if they're bringing me back

20   here, ask them?

21   SERGEANT CHU:  Okay.  Sir, is -- is Mr.

22   Schoolcraft coming back to this facility?

23   DR. ISAKOV:  Yes.  It depend on what

24   administration (inaudible) --

25   SERGEANT CHU:  Well --

*TAPE-RECORDED INTERVIEW*

1      LARRY SCHOOLCRAFT:  That kind of sounded a

2  little vague.

3      SERGEANT CHU:  Well, like yourself, like

4  myself, here, we are actually here at the -- we are

5  under the directive of the hospital staff.

6      ADRIAN SCHOOLCRAFT:  They can hinder a

7  criminal investigation --

8      SERGEANT CHU:  No, but --

9      ADRIAN SCHOOLCRAFT:  -- attempted murder

10  charge?

11      SERGEANT CHU:  No.  But I'm getting your

12  statement and that's my main focus right now is to

13  get your statement as it pertains to the physical

14  contact.  On that same note, though --

15      ADRIAN SCHOOLCRAFT:  No.  I made -- I made

16  the complaint that I was abducted --

17      SERGEANT CHU:  Yeah.

18      ADRIAN SCHOOLCRAFT:  -- and I'm being held

19  here --

20      SERGEANT CHU:  Yeah.

21      ADRIAN SCHOOLCRAFT:  -- against my will.

22      SERGEANT CHU:  But I just want to address

23  the -- at first, right now --

24      ADRIAN SCHOOLCRAFT:  I understand that.

25      SERGEANT CHU:  -- the physical contact

*TAPE-RECORDED INTERVIEW*

1          that was made by Chief Marino.

2                    LARRY SCHOOLCRAFT:  I understand.  I

3          mean --

4                    SERGEANT CHU:  And I --

5                    LARRY SCHOOLCRAFT:  -- so, I don't

6          understand, Sergeant Scott was here, right?

7                    SERGEANT CHU:  Yes.

8                    LARRY SCHOOLCRAFT:  Hasn't this story all

9          been told?

10                   SERGEANT CHU:  Have you -- you told him

11         the entire story -- the story in its entirety?

12                   ADRIAN SCHOOLCRAFT:  I think, yeah.  Well,

13         I mean, up to now, no, I was in the psych ER.

14                   SERGEANT CHU:  Okay.  I mean, there was a

15         statement given to Sergeant Scott already?

16                   ADRIAN SCHOOLCRAFT:  But, yeah, the -- the

17         event of breaking in and dragging me out and

18         assaulting me and --

19                   SERGEANT CHU:   Okay.  So your -- your

20         statement's already been --

21                   ADRIAN SCHOOLCRAFT:  Well, I'll give it

22         again, whatever you need.

23                   SERGEANT CHU:  No, but as it pertains --

24                   ADRIAN SCHOOLCRAFT:  And I have it written

25         out up to the point where I got to the ER.

*TAPE-RECORDED INTERVIEW*

```
1              SERGEANT CHU:  Okay.

2              ADRIAN SCHOOLCRAFT:  He'll make copies of

3         it (inaudible).

4              SERGEANT CHU:  Oh, no, but if your

5         statement's already been given to Sergeant Scott or

6         by -- to another I -- Group 1 investigator, then I

7         won't, you know, rehash it with you then, if it's

8         specific statements as to what the specific members

9         of the service did to you, so...

10             ADRIAN SCHOOLCRAFT:  Well, take the copies

11        with you --

12             LARRY SCHOOLCRAFT:  I got them

13        (inaudible) --

14             ADRIAN SCHOOLCRAFT:  Don't give them the

15        originals, give them the copies.

16             LARRY SCHOOLCRAFT:  I will.

17             SERGEANT CHU:  But you articulated what

18        Chief Marino specifically did, what other uniform

19        members of the service specifically did?

20             ADRIAN SCHOOLCRAFT:  Chief Marino and an

21        unidentified bald black male with the inspections

22        lieutenant, I think he said his name was Gough --

23             SERGEANT CHU:  Um-hmm.

24             ADRIAN SCHOOLCRAFT:  -- those are the only

25        ones that I could identify as grabbing me.  There
```

TAPE–RECORDED INTERVIEW

1          were more, but as soon as I looked up to see who it

2          was, that's when Chief Marino stomped me, stomped on

3          my head, to cover my eyes with his boot and then

4          rubbed my face into the carpet.  This was after EMS

5          said, "He is tachy, he needs to go to the hospital.

6          I can't -- I can't let you refuse," what he told me.

7                    SERGEANT CHU:  Yeah.

8                    ADRIAN SCHOOLCRAFT:  And, after they

9          handcuffed me -- well, they -- first they held me in

10         this torture position for, I don't know, it felt

11         like forever.

12                   SERGEANT CHU:  Okay.

13                   ADRIAN SCHOOLCRAFT:  But it wasn't -- I

14         wasn't resisting at all.  I was laying in my bed, I

15         said I don't feel good.  Then they finally put the

16         handcuffs and they just -- I could feel both their

17         hands around each wrist, doing this.

18                   SERGEANT CHU:  Okay.

19                   ADRIAN SCHOOLCRAFT:  And I could feel my

20         wrists cracking.

21                   SERGEANT CHU:  So you identified

22         Lieutenant Gough and a male black bald man?

23                   ADRIAN SCHOOLCRAFT:  Who was his

24         counterpart, it seemed.  I think they were together.

25                   SERGEANT CHU:  Okay.  And they are from,

TAPE-RECORDED INTERVIEW

1                 you indicated, which unit?

2                         ADRIAN SCHOOLCRAFT:  What's that?

3                         SERGEANT CHU:  They are from where, again?

4             I'm sorry.

5                         ADRIAN SCHOOLCRAFT:  I think that he -- he

6             said he was inspections.

7                         SERGEANT CHU:  Okay.  The Borough

8             Investigations Unit.

9                         ADRIAN SCHOOLCRAFT:  I have no idea.

10                        SERGEANT CHU:  Okay.  Marino, was he in

11            uniform or --

12                        ADRIAN SCHOOLCRAFT:  He was in uniform.

13                        SERGEANT CHU:  Was there any other uniform

14            members that you observed?

15                        ADRIAN SCHOOLCRAFT:  Lieutenant -- I don't

16            know if it's 81, Lieutenant Broschart (phonetical)

17            or Bratwurst (phonetical), or something like that.

18                        SERGEANT CHU:  Okay.  Did you observe any

19            specific interaction he had with you, as far as any

20            direct physical contact?

21                        ADRIAN SCHOOLCRAFT:  Other than, when we

22            got to ER, he wouldn't loosen the cuffs.

23                        SERGEANT CHU:  Okay.

24                        ADRIAN SCHOOLCRAFT:  They -- they released

25            this one, but I was -- they wouldn't loosen this

*TAPE-RECORDED INTERVIEW*

1          one.  I was treated like an Hannibal Lecter and I

2          did nothing to cause that.

3                    SERGEANT CHU:  Okay.

4                    ADRIAN SCHOOLCRAFT:  When they rolled me

5          over, Chief Marino sat on my bed.  He goes, "Officer

6          Schoolcraft, we're just trying to help you," in a --

7          in a smirky tone.  The bald black guy --

8                    SERGEANT CHU:  Yeah.

9                    ADRIAN SCHOOLCRAFT:  -- searched my

10         pockets.  He found a recorder in my pocket.  He gave

11         it to Chief Marino.  He goes, "Oh, he's being cute.

12         He's got recording devices."  He lays it on the

13         shelf next to my bed.

14                    They go through my pockets, they find my

15         keys.  He gives my keys to -- I didn't see who he

16         gave it to, exactly, but I'm assuming it was the

17         lieutenant.

18                    SERGEANT CHU:  Yeah.

19                    ADRIAN SCHOOLCRAFT:  And the lieutenant --

20         that's the last I saw or heard the keys.  I didn't

21         hear them drop on a shelf or anything, I didn't hear

22         them go into a pocket or anything.

23                    He found my wallet.  Chief Marino goes,

24         count -- count what's in his wallet, blah, blah,

25         blah.  Do you want it back?  Yeah, I want a back.

*TAPE-RECORDED INTERVIEW*

1           Give -- they put it back in my pocket.  Then -- then

2           he did this.  And then they picked me up, forced me

3           on my knees, facing him, sitting on my bed.  While I

4           -- while they were lifting me up, he, with his left

5           hand, took the recorder back off the shelf, put it

6           in his right hand, put it in his suit jacket pocket.

7           It was a black Olympus WS331M digital recorder.

8                     LARRY SCHOOLCRAFT:  Sorry.

9                     SERGEANT CHU:  331M?

10                    ADRIAN SCHOOLCRAFT:  I think that's the

11          model number.

12                    SERGEANT CHU:  Okay.

13                    ADRIAN SCHOOLCRAFT:  It's a little black

14          digital recorder, you break it apart and it has a

15          USB on the other end.

16                    SERGEANT CHU:  I -- I've seen it.  It has

17          like a USB port built in, so --

18                    ADRIAN SCHOOLCRAFT:  Right.  Olympus,

19          black.

20                    SERGEANT CHU:  -- you don't have to --

21          it's almost like a iPod shape.  A little bit like...

22                    ADRIAN SCHOOLCRAFT:  Yep.  Something like

23          that.

24                    SERGEANT CHU:  Yeah.  Okay.

25                    ADRIAN SCHOOLCRAFT:  And he said -- he

TAPE–RECORDED INTERVIEW

1    made some statement, I can't remember what it was,

2    because they had me kneeling before him, while he's

3    sitting on my bed, in my home.  And then they

4    carried me off.

5         SERGEANT CHU:  Okay.  Did you ever have

6    any previous interaction with Chief Marino, direct

7    or indirect, or was this the first time?

8         ADRIAN SCHOOLCRAFT:  I've seen him before,

9    I don't -- he was the CO of the 75, when I was

10   there.

11        SERGEANT CHU:  Okay.  But this would be

12   your first type of --

13        ADRIAN SCHOOLCRAFT:  Yeah.

14        SERGEANT CHU:  -- any type of interaction?

15        ADRIAN SCHOOLCRAFT:  No.  He stated, he

16   said, "I don't know who you are."  I go, "You know

17   who I am."  And he said, I don't know who you are,

18   officer, or something like that.

19        SERGEANT CHU:  Okay.

20        ADRIAN SCHOOLCRAFT:  And, I don't know, I

21   have eight pages written down --

22        SERGEANT CHU:  Okay.  No, that's fine.

23        ADRIAN SCHOOLCRAFT:  -- (inaudible).

24        SERGEANT CHU:  One of the things that was

25   relayed to me, because there was, you know,

*TAPE-RECORDED INTERVIEW*

1          statements made by you of -- of physical contact by

2          the officers and injuries (inaudible), come and take

3          photographs, if I may be permitted.  Okay.  Do you

4          have any issues with me taking a photo --

5                    ADRIAN SCHOOLCRAFT:  I've been asking --

6                    SERGEANT CHU:  -- photographs?

7                    ADRIAN SCHOOLCRAFT:  -- for that since day

8          one.

9                    LARRY SCHOOLCRAFT:  Begging for it.

10                    ADRIAN SCHOOLCRAFT:  Sergeant James and

11         Lieutenant Bratwurst also denied my request to

12         contact IAB.  IAB didn't come until -- I wrote the

13         date down on paper -- I think it was yesterday.

14                    SERGEANT CHU:  Okay.  And you just have to

15         -- you have to -- like you have to know that I don't

16         know your --

17                    ADRIAN SCHOOLCRAFT:  I don't know who they

18         are, I'm just --

19                    SERGEANT CHU:  -- so Sergeant James is?

20         Sergeant James is who?

21                    ADRIAN SCHOOLCRAFT:  81st Precinct

22         sergeant.

23                    SERGEANT CHU:  Okay.

24                    ADRIAN SCHOOLCRAFT:  She's a black female.

25                    SERGEANT CHU:  Is she assigned to any

TAPE-RECORDED INTERVIEW

1                particular thing in the bureau that you know of, a

2                squad, assignment?

3                     ADRIAN SCHOOLCRAFT:  I have no idea.

4                     SERGEANT CHU: Okay.  You just know her as

5                she's Sergeant James from the 81?

6                     ADRIAN SCHOOLCRAFT:  She just got there, I

7                had no idea who she is.

8                     SERGEANT CHU:  And who was the other

9                person?

10                     ADRIAN SCHOOLCRAFT:  Well, the one that

11                came in the ambulance with me was Lieutenant --

12                again, he's new -- Lieutenant Bratwurst or

13                Broschart, or something like that.  All denied my

14                request to see IAB.

15                     SERGEANT CHU:  Okay.

16                     ADRIAN SCHOOLCRAFT:  And to loosen the

17                cuffs.

18                     SERGEANT CHU:  Okay.

19                     ADRIAN SCHOOLCRAFT:  When I -- when the

20                nurse told me someone was trying to call for me, and

21                I requested they answer the phone, they just sat

22                there.  They didn't do anything.  I got out of the

23                gurney, I pulled the gurney with me to the phone,

24                that's when Lieut -- Sergeant James told me to get

25                off the phone, she pushed the gurney into a girl in

TAPE-RECORDED INTERVIEW

1          a wheel chair.  I'm sure I was blamed for that.  I

2          didn't do anything because, you know, I wanna answer

3          the phone.

4                   So, she pulled the phone, she broke the

5          wire out of the phone.  Whoever was on the phone,

6          whatever, I had no phone call.  So I got back in the

7          gurney.  Lynn, the nurse, said she would, you know,

8          if they called back, she'll find out who it is and

9          she was looking out for me.

10                  After that, Sergeant James got on Officer

11         Soworski's (phonetical) -- I'm not sure what his

12         name is.  There's a couple "skis" on the midnight

13         shift --

14                  SERGEANT CHU:  Okay.

15                  ADRIAN SCHOOLCRAFT:  -- this was Soworski

16         (phonetical), Saworsko (phonetical), whoever she was

17         with, she was using his cell phone.  I heard her get

18         on the phone and tell the desk, I think it was

19         Sergeant Manhorn (phonetical), that Schoolcraft is

20         wallowing out, blah, blah, blah.  Well, I skipped

21         something.  Just before that, staff went to them,

22         Sergeant James and the officer, and said, you know,

23         when this person calls, what do I tell them?  Well,

24         just give them -- just give them the number to the

25         81st Precinct.  And I said, I'm not going anywhere

*TAPE-RECORDED INTERVIEW*

1       with you.  And she gets on the phone and that's when

2       I -- I became a --

3                 LARRY SCHOOLCRAFT:  A ward of the state.

4                 ADRIAN SCHOOLCRAFT:  Correct.

5                 SERGEANT CHU:  Okay.

6                 ADRIAN SCHOOLCRAFT:  She went -- she

7       walked -- which I didn't know at the time, what it

8       was -- she walked to where -- she walked outside the

9       ER, on the cell phone, on that officer's cell phone,

10      when she came back out about 20 minutes later, she

11      walked to the Psych ER, and that's where there's

12      supposedly some statement that is unsigned stating

13      that I ran from them and -- what's the word they

14      used -- barricaded myself in my house.

15                SERGEANT CHU:  Okay.  When did you -- when

16      were you advised that you were now a patient here?

17                ADRIAN SCHOOLCRAFT:  Nobody's advised me

18      anything.

19                SERGEANT CHU:  All right.  But when

20      were --

21                ADRIAN SCHOOLCRAFT:  I haven't been treated

22      for anything.

23                SERGEANT CHU:  When were you -- at some

24      point, you were (inaudible) --

25                ADRIAN SCHOOLCRAFT:  All they said is, I

31

*TAPE-RECORDED INTERVIEW*

1          can't -- I overheard, was it Monday, Monday morning

2          I was supposed to be seen.  They had me in a bed,

3          out in the hallway, next to the nurses' station.  I

4          heard an Indian voice -- I heard a loud female voice

5          say, What about Schoolcraft?  What is School...  Or

6          something like this, He's going today, right?  And

7          another quieter Indian voice stated, No, he's

8          special, he's not going anywhere.  And --

9                    SERGEANT CHU:  Okay.

10                   ADRIAN SCHOOLCRAFT:  -- I believe that

11         (inaudible).

12                   SERGEANT CHU:  All right.  Let me take

13         some photographs.  I do see some marks that will be

14         taken.

15                   As you know, what I'll do first is take a

16         -- you know, keep your gown on, first, so I can take

17         a whole body shot identifying that this is the

18         person that I'm taking, you know, as I take

19         additional close ups.

20                   LARRY SCHOOLCRAFT:  Do you have a cameras,

21         sergeant, that do bruises better today than years

22         ago?  Or it's still hard to do bruises, isn't it?

23                   SERGEANT CHU:  No, I mean this -- this is

24         a pretty decent camera, we have.

25                   LARRY SCHOOLCRAFT:  Is it -- is it a

*TAPE-RECORDED INTERVIEW*

1          special something?

2                    SERGEANT CHU:  Well, I mean it's -- I

3          assure you this is a camera that most precincts

4          won't even ever have, like a --

5                    LARRY SCHOOLCRAFT:  Right.

6                    SERGEANT CHU:  -- so, you know, it's a

7          small (inaudible) --

8                    LARRY  SCHOOLCRAFT:  It's a good camera.

9          I know, 'cause years ago it was tough, you know,

10         bruises is tough to get.

11                   SERGEANT CHU:  Yeah.  And actually -- and

12         also -- as you know, also, that, you know, if you're

13         concerned about a photograph not being taken right

14         away, you know, bruises tend to -- to develop --

15                   ADRIAN SCHOOLCRAFT:  Right.

16                   SERGEANT CHU:  -- it's takes them a

17         certain amount of time period, anyway, so, let me

18         take some shots here.

19                   Okay, great.  Just step to that blue zone

20         over there, where, this way I can get a (inaudible).

21                   Let's take the closest profile.

22                   Now, you had -- you did have some stuff on

23         your face, that the foot was placed (inaudible) --

24                   ADRIAN SCHOOLCRAFT:  It was red, but it's

25         pretty much gone down.

*TAPE-RECORDED INTERVIEW*

1          SERGEANT CHU:  Okay. But, you know what,

2     I'm just going to document -- I'm just going to

3     indicate that.  So it was the right facial region?

4          ADRIAN SCHOOLCRAFT:  He had -- his foot

5     was on my left -- left side of my face and the right

6     side of my face was being rubbed into the ground.

7          SERGEANT CHU:  Okay.  So, it's actually

8     both, both sides of your face that had some physical

9     contact; one with the ground and the other one with

10     the...

11          And just to clarify, when you say,

12     "ground," you meant the ground?  Or was it

13     (inaudible) --

14          ADRIAN SCHOOLCRAFT:  My floor.  The floor

15     of my bedroom.

16          SERGEANT CHU:  And what kind of flooring

17     surface is (inaudible) --

18          ADRIAN SCHOOLCRAFT:  Like a commercial

19     carpet.

20          SERGEANT CHU:  Okay.  (Inaudible).  Now,

21     let me see (inaudible)...

22          ADRIAN SCHOOLCRAFT:  (Inaudible).

23          SERGEANT CHU:  Let me see your wrists

24     there.  (Inaudible).  All right.  (Inaudible).

25          At this point, what has -- what has been

TAPE-RECORDED INTERVIEW

1        explained to you, as far as your -- what will be --

2        what the hospital feels that they -- they deem that

3        it's necessary?  What has been communicated to you

4        by the hospital staff?

5                ADRIAN SCHOOLCRAFT:  They haven't

6        communicated anything to me, other than that I'm

7        paranoid, because I live at home alone without my

8        parents or a wife.  I'm -- I'm paranoid because I'm

9        afraid armed officers, that I reported crimes of,

10       will -- will hurt me.

11               SERGEANT CHU:  Okay.  All right.  Was this

12       date, sir, was this the first time you were -- it

13       was brought to your attention to come today, also,

14       as well?

15               LARRY  SCHOOLCRAFT:  Correct.  Yes, sir.

16               SERGEANT CHU:  Okay.  All right.  You

17       know, I -- I -- I just want to, like your -- like

18       myself, you know, I am sort of under a certain

19       obligation to follow their directives here.  I mean,

20       I cannot make a determination whether you should be

21       discharged at this time.  I cannot make any

22       recommendations to them about --

23               LARRY SCHOOLCRAFT:  No, I understand that.

24               SERGEANT CHU:  -- any particular, you

25       know --

TAPE-RECORDED INTERVIEW

1          LARRY SCHOOLCRAFT:  I'm just -- all I'm

2      concerned is -- is documenting, doing the

3      investigation, and if him being contained in here is

4      gonna thwart that, and I believe that's what these

5      certain corrupt members of the NYPD, they did it for

6      this reason.

7          SERGEANT CHU:  Yeah.

8          LARRY SCHOOLCRAFT:  The took him out of

9      circulation.  It not only discredits him by being

10     put in a psych ward, but it also keeps him out of

11     circulation, incommunicado.

12         SERGEANT CHU:  (Inaudible).

13         LARRY SCHOOLCRAFT:  He hasn't been able to

14     see an attorney, he hasn't been able to do anything,

15     he wasn't able to vote yesterday.

16         ADRIAN SCHOOLCRAFT:  Do I -- do I report

17     the unlawful entering and searching, search and

18     seizure of property from my home --

19         LARRY SCHOOLCRAFT:  Aggravated kidnapping.

20         ADRIAN SCHOOLCRAFT:  -- by Captain

21     Lauterborn, Deputy Inspector Mauriello and the other

22     -- the other ones I don't know?

23         SERGEANT CHU:  Anything you are

24     specifically alleging, as it pertains to other

25     members of the service, you -- those allegations can

*TAPE-RECORDED INTERVIEW*

1           be addressed through us, Internal Affairs Bureau

2           Group 1, because, you know, you are making

3           allegations, whether they're criminal or just, you

4           know, general departmental administrative, but

5           anything that -- any -- any criminal allegations

6           that you're making, any corruption allegations that

7           you are making, would be done formally through

8           Internal Affairs.  I know you, just to -- I just

9           want to make sure that Sergeant Scott's been aware,

10          made aware, of all of these specific -- just for the

11          record --

12                    ADRIAN SCHOOLCRAFT:  I don't know if he

13          recorded it.

14                    SERGEANT CHU:  Okay.  But just for the

15          record, so that you know that I am receiving your

16          complaint as it pertains to members of the service.

17                    I know you have some concerns about the

18          hospital here, that is --

19                    ADRIAN SCHOOLCRAFT:  Yes.

20                    SERGEANT CHU:  -- not under my purview.

21                    ADRIAN SCHOOLCRAFT:  Right.

22                    SERGEANT CHU:  Okay.  I understand your

23          concern, but it's not something I can address.

24              Okay.  But it's pertaining specifically to the

25          members of the service, just so that you know, it

TAPE-RECORDED INTERVIEW

1           may -- may already be on record, but just so that

2           you know -- you know that you know it's on record,

3           you indicated criminal acts, or what you believe are

4           criminal acts, by certain members of the service --

5                   ADRIAN SCHOOLCRAFT:  Correct.

6                   SERGEANT CHU:  -- okay, and you just go

7           with...

8                   ADRIAN SCHOOLCRAFT:  On Saturday, the 31st

9           of October, 2009, Halloween night --

10                  SERGEANT CHU:  Yes.

11                  ADRIAN SCHOOLCRAFT:  -- well, Halloween --

12                  SERGEANT CHU:  Yes.

13                  ADRIAN SCHOOLCRAFT:  -- I was at work, day

14          shift, 7:00 to 3:00, first tour.  At 8:05 a.m.,

15          Lieutenant Caughey requested my activity log.

16          Lieutenant Caughey is the integrity control officer

17          of the 81st Precinct.

18                  SERGEANT CHU:  Is that C-o-y?  Or K-o-y?

19          Or do you know?

20                  ADRIAN SCHOOLCRAFT:  C-a-u-g-h-e-y.

21                  SERGEANT CHU:  Okay.

22                  ADRIAN SCHOOLCRAFT:  Something like that.

23                  SERGEANT CHU:  Okay.

24                  ADRIAN SCHOOLCRAFT:  Lieutenant Caughey

25          has previously been reported by me to Internal

*TAPE-RECORDED INTERVIEW*

1          Affairs for burglary regarding breaking into the

2          CO's secretary's personnel files and removing

3          Civilian Complaint Review Board documentation from

4          certain officers' and supervisors' --

5                    SERGEANT CHU:  Yeah.

6                    ADRIAN SCHOOLCRAFT:  -- personnel folders.

7                    SERGEANT CHU:  Yeah.

8                    ADRIAN SCHOOLCRAFT:  I guess as favors, I

9          don't know, I don't even know if it was really

10         investigated.

11                   SERGEANT CHU:  Yeah.  No, that -- that

12         investigation is still an active investigation, so

13         you do not have to --

14                   ADRIAN SCHOOLCRAFT:  Inactive or is

15         active?

16                   SERGEANT CHU:  Active.  Active.

17                   ADRIAN SCHOOLCRAFT:  Active?

18                   SERGEANT CHU:  Yes.

19                   ADRIAN SCHOOLCRAFT:  Okay.

20                   SERGEANT CHU:  So, we are aware of that

21         complaint that was made by you, so we don't have to

22         rehash the whole complaint, as it pertains to that,

23         I just want to address --

24                   LARRY SCHOOLCRAFT:  It was the same guy,

25         that's (inaudible) --

TAPE-RECORDED INTERVIEW

1              SERGEANT CHU:  Yes.

2              ADRIAN SCHOOLCRAFT:  -- (inaudible).

3              SERGEANT CHU:  Okay.

4              ADRIAN SCHOOLCRAFT:  For reasons of my

5         story later, Lieutenant Caughey's gun is not

6         displayed, at this time --

7              SERGEANT CHU:  Okay.

8              ADRIAN SCHOOLCRAFT:  -- when I -- when he

9         requests to sign my activity log.

10              SERGEANT CHU:  Okay.  So he asked for your

11         activity log just for the purpose of (inaudible) --

12              ADRIAN SCHOOLCRAFT:  Correct.  I had been

13         on admin duty, T/S operator since -- since April.

14              SERGEANT CHU:  Okay.

15              ADRIAN SCHOOLCRAFT:  Yeah.  He still

16         requested my activity log to scratch it.  Okay,

17         here, you know, I keep it on me to keep notes, and

18         it's why this all happened, I believe.  He took it.

19         And he took it, he kept it for three hours.  He made

20         copies of it.  He locked himself in the --

21         Lieutenant Mascol, the Operations Lieutenant of the

22         81st Precinct -- locked himself in the back office,

23         made copies of my activity log and the other

24         criminal conduct that I had been noting in there --

25              SERGEANT CHU:  Yeah.

1          ADRIAN SCHOOLCRAFT:   -- by supervisors in

2     the 81st Precinct.

3          SERGEANT CHU:  Yeah.

4          ADRIAN SCHOOLCRAFT:  He gave it to me.  I

5     noted the times on a scratch piece of paper in my

6     shirt, I didn't bring it with me, but the times are,

7     it approximately three hours later, he gave it back to

8     me.

9          SERGEANT CHU:  Yeah.

10          ADRIAN SCHOOLCRAFT:  A few minutes after

11     that, he requested Sergeant Huffman into his office.

12     Sergeant Huffman was the desk officer that day.

13          SERGEANT CHU:  Okay.

14          ADRIAN SCHOOLCRAFT:  She was in there for

15     about two minutes.

16          SERGEANT CHU:  Okay.

17          ADRIAN SCHOOLCRAFT:  When she came back

18     out, her attitude was different --

19          SERGEANT CHU:  Okay.

20          ADRIAN SCHOOLCRAFT:  -- towards me, or

21     whatever.

22          SERGEANT CHU:  Can you just...

23          ADRIAN SCHOOLCRAFT:  She was noted in

24     there for telling -- at roll call, stating, don't

25     take 61s for robbery if it was a cell phone, because

*TAPE-RECORDED INTERVIEW*

1              they just do that to get a free cell phone, and

2              don't do it if they don't come back to the precinct,

3              they have to make the report at the precinct and be

4              interviewed by the squad.

5                      SERGEANT CHU:  Yeah.

6                      ADRIAN SCHOOLCRAFT:  Okay.  So, I got -- I

7              got it back.  Not really concerned about it, at this

8              point.  I put it back in my pocket and P.A.A.

9              Boston, behind me, calls me.  She's in the 24 room

10             entering complaints.  She says, What's wrong with

11             Caughey?  I said, Well, I don't know what you mean?

12             He's walking around, he's staring at you.  And then

13             when I saw him again, I noticed it.  And then I

14             noticed his gun.  He's picked up his shirt and put

15             it around his gun.  And she said, Be careful, he's

16             staring at you.  So --

17                     SERGEANT CHU:  So, I presume --

18                     ADRIAN SCHOOLCRAFT:  -- I wasn't even

19             aware of how much I had in the activity log.  I -- I

20             take it back out of my pocket and started zooming

21             through it and then I got worried.  I said, there's

22             no one here.  Huffman, she's in here.  She's -- I've

23             been noting what she's been stating at roll calls

24             and stuff.  I've already reported him for -- I'm

25             sure he already knows.  It's not a sealed casket in

42

*TAPE-RECORDED INTERVIEW*

1   here, IAB, but...  And P.A. Boston, in the back, and

2   every once in a while an officer from the street

3   comes in to turn in paperwork, there's no one there,

4   so I started getting more worried.  And at about

5   2:15, I don't feel good.  My stomach is upset.  I go

6   to Sergeant Huffman, I give her a sick slip, one

7   that the TS fills out when they call over the phone.

8            SERGEANT CHU: Yeah.

9            ADRIAN SCHOOLCRAFT:  I give that to her, I

10  said my stomach is upset, I don't feel good, I'm

11  going home.  She's on her cell phone.  And she --

12  she goes, Well, wait a minute, just wait there.

13            I go downstairs, I dress down, I come back

14  to the desk.  Before I leave I -- I go, I don't feel

15  good, I'm going home.  She said, I can give you lost

16  time, but I can't --if you go sick, it's line of

17  duty and we gotta fill out the paperwork.  I said, I

18  just feel sick and I need to go home.  I feel sick.

19  I'll probably be at the hospital, but I'm gonna go

20  home first.  And I left.  She shrugged her

21  shoulders, like this, and was still talking on her

22  phone, which has a black cover on it with diamond

23  bling stickers on it.  She's talking on that, on the

24  desk, and filling out something.

25            Lieutenant -- the lieutenant that was in

*TAPE-RECORDED INTERVIEW*

1            the ambulance with me, after they abducted me, was

2            at the desk also, when I told her this.

3                    SERGEANT CHU:  Yes.  And that lieutenant's

4            name again is --

5                    ADRIAN SCHOOLCRAFT:  Lieutenant Bratwurst

6            or Broschart, Blockhurst (phonetical) --

7                    SERGEANT CHU:  Okay.

8                    ADRIAN SCHOOLCRAFT:  -- or something like

9            that.

10                   SERGEANT CHU:  Does he seem like he's a --

11           he's a day tour lieutenant, or 4:00 to 12:00

12           lieutenant?

13                   ADRIAN SCHOOLCRAFT:  4:00 to 12:00.

14                   SERGEANT CHU:  Okay.  Sergeant Huffman is

15           someone you regularly work with or encounter on your

16           tour?

17                   ADRIAN SCHOOLCRAFT:  I think she got back

18           from pregnancy leave like a month ago or so.

19                   SERGEANT CHU:  Okay.

20                   ADRIAN SCHOOLCRAFT:  She's usually nice

21           and go, you know --

22                   SERGEANT CHU: Yeah.

23                   ADRIAN SCHOOLCRAFT:  -- how you doing, and

24           stuff like that.

25                   SERGEANT CHU:  Um-hmm.

*TAPE-RECORDED INTERVIEW*

1           ADRIAN SCHOOLCRAFT:  But after she went

2      into Caughey's office, there was no eye contact, no

3      contact the rest of the day.

4           SERGEANT CHU:  Okay.  So you were saying

5      that she was on her cell phone, Lieutenant

6      Bratwurst (inaudible) --

7           ADRIAN SCHOOLCRAFT:  I left.  I go home.

8      I started feeling better on the ride home, I'm --

9      I'm out of there.  I don't know what was going on,

10     what was coming up, but I got out of there.  I get

11     home, I notify IAB of what happened today, about the

12     menacing with the gun.  Now, she gave me an IAB

13     number, it was on my desk at home.  I don't know

14     what's left there, at this point.

15          SERGEANT CHU:  Well, you know, I could

16     look that up.  Obviously, it's --

17          ADRIAN SCHOOLCRAFT:  I took a NyQuil --

18     NyQuil shot for my sinuses, laid down.  Woke up, ESU

19     was in my apartment flashing lights on me.  "Show

20     your hands.  Show your hands."  Why are you -- you

21     know, what are you doing?"  Or something to that

22     effect.  You know, "What's -- what's this about?"  I

23     go, "You're in my house, what are you -- what are

24     you asking me?"

25               Then they leave and lieutenant -- Captain

TAPE-RECORDED INTERVIEW

1          Lauterborn, the deputy inspector, come into my

2          bedroom and said, "Come on, let's go."

3                    I go, "Go where?"  "Why?"

4                    They go, "You know why.  You're coming

5          back to the 81."

6                    I said, "I'm not going anywhere."

7                    And then they leave -- well, actually,

8          Lauterborn continued to search my room.  He's

9          touching my computer, he's touching my cell phone,

10         he's going through -- he's sifting through my desk

11         and he's scanning the room, I don't know for a video

12         recorder or whatever.  I don't know.

13                   Now, Chief Marino enters my bedroom.

14                   SERGEANT CHU:  Okay.

15                   ADRIAN SCHOOLCRAFT:  He says, "Be a man,

16         get up, let's go."  And I said, "Why am I -- why am

17         I going?"  "Where am I going?"  No answer -- or the

18         same answer, "You know why, you're coming back --

19                   LARRY SCHOOLCRAFT:  Meanwhile --

20                   ADRIAN SCHOOLCRAFT:  -- you're coming with

21         us."

22                   LARRY SCHOOLCRAFT:  Sergeant, let me

23         interject here.  Meanwhile, I'd like to clarify this

24         statement, because I don't know this.  Where was

25         your cell phone?  Because I am on the phone with

*TAPE-RECORDED INTERVIEW*

1          Adrian, at this time.  Okay.  I was on the phone,

2          because when they came through the door, or after

3          they came through the door, he called me.

4                    How did that work?  They let you call?  Or

5          did you have the phone somewhere where they didn't

6          see it?

7                    ADRIAN SCHOOLCRAFT:  No, no, no, it was --

8          they didn't see me call you.

9                    LARRY SCHOOLCRAFT:  They didn't see.

10         Okay.  So, I was hearing (inaudible) --

11                   ADRIAN SCHOOLCRAFT:  They didn't see me.

12         This is when I put the recorder -- I objected --

13         well, this lieutenant, inspections lieutenant, came

14         in and said, "Are you -- are you refusing a lawful

15         order?"  I go, "A lawful order in my home, sitting

16         in my bed?"  He goes, "Are you refusing a lawful

17         order?"  I said, "Fine, I'll go, but I'm objecting.

18          I'm going against my will."

19                   He said, "Fine, put your clothes on."

20         Blah, blah, blah.

21                   I put my pants on.  I get my recorder, the

22         black one, I described there, put it in my pocket,

23         and I'm holding the phone in my hand and I walk out.

24         I walk out.  I get to the street, I see the street,

25         I see my neighbors all standing out, an ESU truck,

*TAPE-RECORDED INTERVIEW*

1           the CO's unmarked SUV is blocking off 88th Place, my

2           block, and Lieutenant Crawford is on his cell phone

3           at the corner of 88th Place and Myrtle Avenue.  I

4           tell him what's going on.  He says, don't go with

5           them.  And I -- I -- I agreed with that.  And I

6           said, "I'll go to the hospital on my own, thank you,

7           but I'm leaving."

8                    LARRY SCHOOLCRAFT:  I'd like to interject

9           here, and the only reason I'm doing this, Sergeant,

10          is because I was hearing this, okay, because the

11          cell phone was on the phone.  I was on the phone

12          with him.

13                   SERGEANT CHU:  Yes.

14                   LARRY  SCHOOLCRAFT:  So I could hear this.

15                   SERGEANT CHU: Yes.

16                   LARRY SCHOOLCRAFT:  Not only did I hear

17          it, but it was being recorded.

18                   SERGEANT CHU:  Yes.

19                   LARRY SCHOOLCRAFT:  The reason it was

20          being recorded is because I had everything hooked up

21          to my deal because Lauterborn, the duty captain from

22          Brooklyn North, was calling me, intimidating me,

23          making threats to me to make my son come outside,

24          okay --

25                   SERGEANT CHU:  Yes.

*TAPE-RECORDED INTERVIEW*

1          LARRY  SCHOOLCRAFT:   -- and that if I

2     didn't get him to come out, they were coming in and

3     things were gonna get bad.  Okay.  So I was hooked

4     up.

5          SERGEANT CHU:  Okay.

6          LARRY SCHOOLCRAFT:  So, when Adrian called

7     me, this -- I not only was -- so I'm not only the

8     complainant, I'm a witness.

9          SERGEANT CHU:  Yeah.

10          LARRY  SCHOOLCRAFT:  Okay.  Because I was

11     there.  I wasn't there physically --

12          SERGEANT CHU:  It's what we call an ear

13     witness.

14          LARRY SCHOOLCRAFT:  The ear witness?

15          SERGEANT CHU:  Yes.

16          LARRY SCHOOLCRAFT:  Excellent.  Thank you,

17     Sergeant.  I did not know that.  I'm an ear witness.

18          SERGEANT CHU:  Do you recall what time the

19     initial call was made to you?

20          LARRY SCHOOLCRAFT:  By Lauterborn?

21          SERGEANT CHU:  Yes?  Or by anybody, was

22     it, if not by Lauterborn?

23          LARRY SCHOOLCRAFT:  Well, Lauterborn, I

24     would -- I mean, this is off the top, because

25     there's been a thousand phone calls.

*TAPE-RECORDED INTERVIEW*

1              SERGEANT CHU:  I understand.

2              ADRIAN SCHOOLCRAFT:  We can verify it,

3      too.

4              LARRY SCHOOLCRAFT:  Yeah.  This is all --

5      you know, that's the great thing about this system

6      today, everything is documented, you know.

7              SERGEANT CHU:  Yeah.

8              LARRY SCHOOLCRAFT:  He called me and left

9      a message on my voice machine, and I was out, okay.

10             SERGEANT CHU:  Yeah.

11             LARRY SCHOOLCRAFT:  And I did not call

12     back, I wanted to get hooked up, so I went home, got

13     connected, then I called him back.

14             SERGEANT CHU:  But what was the message

15     left?  What was the (inaudible) --

16             LARRY SCHOOLCRAFT:  The message was,

17     basically, Adrian didn't fill out paperwork properly

18     and he needs to come back to work.

19             SERGEANT CHU:  Okay.

20             ADRIAN SCHOOLCRAFT:  The paperwork here is

21     stating that, the doctor wrote, that I got into an

22     argument at work and I left.

23             SERGEANT CHU:  Okay.

24             ADRIAN SCHOOLCRAFT:  But Captain

25     Lauterborn, he verified to him that he did -- that I

TAPE-RECORDED INTERVIEW

1        did at least fill out something, where I was, where

2        I was going, my home --

3                SERGEANT CHU:  Yes.

4                ADRIAN SCHOOLCRAFT:  -- and why, because it

5        was my stomach.

6                LARRY SCHOOLCRAFT:  I told the captain, I

7        said, Adrian told me at 2:00, at -- you know, I

8        don't know now whether I told Lieutenant -- Captain

9        Lauterborn what was going on with Caughey and him,

10       because Lauterborn is dirty, 100 percent, and I knew

11       that.

12               ADRIAN SCHOOLCRAFT:  He threatened me last

13       time I reported -- I called the duty captain when

14       Lieutenant Caughey took my memo book again.  He -- I

15       was on foot post -- he -- he just -- he had just

16       wrote me up for going to the bathroom.  He took my

17       memo book and he took off again leaving me out on

18       the street.  I requested the duty captain via the

19       radio.  Guess who the duty captain was?  Captain

20       Lauterborn.  Again, it was about a 40-minute

21       conversation, saying, it is what it is, it's only

22       gonna get worse.  And that was -- that was -- it's

23       he does that.

24               SERGEANT CHU:  Well -- well, what do you

25       mean?  What did he do?

*TAPE-RECORDED INTERVIEW*

1           ADRIAN SCHOOLCRAFT:  Threatens.  He says

2       it's only gonna get worse.

3           SERGEANT CHU:  What did you infer that --

4       what did you interpret that as?

5           ADRIAN SCHOOLCRAFT:  I have no idea.  How

6       would he -- how he could make it worse than it

7       already was, other than to harm me, physically.

8           LARRY SCHOOLCRAFT:  Well, didn't he say

9       something about, do you like coming in here to work

10      everyday?

11          ADRIAN SCHOOLCRAFT:  He said, Is your

12      stomach upset?  Are you feeling bad?  You don't want

13      that, do you?  (Inaudible).  It's only gonna get

14      worse.  He said, It's only gonna get worse.

15          SERGEANT CHU:  Oh, but this is going back

16      some time, correct --

17          LARRY  SCHOOLCRAFT:  Six months, March?

18          ADRIAN SCHOOLCRAFT:  March.

19          SERGEANT CHU:  -- when he made -- made

20      some reference about --

21          LARRY SCHOOLCRAFT:  Yeah.  It's all

22      documented too, and recorded.

23          ADRIAN SCHOOLCRAFT:  Okay.  So, we're at,

24      I'm walking back to my house, I unlock the front

25      door, go in, Lauterborn pushes his way in.  I'm

TAPE-RECORDED INTERVIEW

1              trying to close the door, he pushes his way in, I

2              don't resist.  I walk up to my apartment, unlock the

3              door.  No one's in there.  The lights were out.  No

4              one was in there this time.

5                        SERGEANT CHU:  Yeah.

6                        ADRIAN SCHOOLCRAFT:  I go in, try to shut

7              the door, Lauterborn pushes his way in.  I go to the

8              bedroom, lay down on the bed.  He's still on the

9              phone, I'm talking to him.  They're in my living

10             room.  They don't come right into my bedroom.

11             They're in there for about two minutes, getting it

12             together.  Marino comes in, says, "Are you gonna be

13             a man and come with us?"  Similar to the first

14             statement that I heard from him --

15                        SERGEANT CHU:  Yeah.

16                        ADRIAN SCHOOLCRAFT:  -- the first time he

17             talked.  "Are you gonna be a man and come with us?"

18                    I said, "I don't feel well, I'm not going

19             anywhere."

20                    "So you're not coming with us?"

21                    I said, "I don't feel well, I'm staying

22             right here."

23                     He -- he did this.  Do it.  He said, "Do

24             it."  And then, I was just grabbed, by the hair, the

25             head, the neck --

*TAPE-RECORDED INTERVIEW*

1          SERGEANT CHU:  Okay.

2          ADRIAN SCHOOLCRAFT:  -- my arms, legs.

3     And I had someone heavy stomping on my legs.  And

4     then my back, they weren't as heavy, but they were

5     digging in.  And they were grabbing my arms, they

6     had me in a torture position, like this, not

7     handcuffing me.

8          SERGEANT CHU:  Do you recall, you said you

9     had some bruising on your -- the bottom of your left

10    upper arm; do you recall who was grabbing you at

11    that time?

12         ADRIAN SCHOOLCRAFT:  Every -- I know the

13    unidentified black male, the bald one, with the

14    lieutenant --

15         SERGEANT CHU:  Yes.

16         ADRIAN SCHOOLCRAFT:  -- inspections

17    Lieutenant Gough --

18         SERGEANT CHU:  Yeah.

19         ADRIAN SCHOOLCRAFT:  -- I definitely saw

20    them.  But after I -- when Marino noticed I was

21    looking up and I could actually see them --

22         SERGEANT CHU:  Yeah.

23         ADRIAN SCHOOLCRAFT:  -- that's when he --

24    he stepped on my face and then -- and then made sure

25    his boot was covering my eyes.

*TAPE-RECORDED INTERVIEW*

1           SERGEANT CHU:  You indicated ESU did the

2       initial entry --

3           ADRIAN SCHOOLCRAFT:  Correct.

4           SERGEANT CHU:  -- ESU officers?

5           ADRIAN SCHOOLCRAFT:  But I didn't -- the

6       next time I saw an ESU officer, there was one, his

7       name was Barbella (phonetical) or Barbara

8       (phonetical) or something like that.  He was -- the

9       only reason I know that is because he was in front

10      of me when they were carrying me down the stairs.

11          SERGEANT CHU:  Okay.

12          ADRIAN SCHOOLCRAFT:  But I believe the

13      inspections lieutenant was the one behind me,

14      carrying me.

15          SERGEANT CHU:  Okay.  When you say

16      carrying, in what manner were they carrying you?

17          ADRIAN SCHOOLCRAFT:  It was a -- it was

18      the orange --

19          SERGEANT CHU:  Chair?

20          ADRIAN SCHOOLCRAFT:  -- ESU chair.

21          SERGEANT CHU:  Okay.

22          ADRIAN SCHOOLCRAFT:  I'm okay, I'm on the

23      ground, they stomp on me.  It feels like forever to

24      put the cuffs on and when they finally do, I -- it's

25      even worse than what the arm thing they were doing,

*TAPE-RECORDED INTERVIEW*

1              they're twisting and pulling --

2                        SERGEANT CHU:  Yeah.

3                        ADRIAN SCHOOLCRAFT:  -- and like stomping

4              on my arm while they were stretched out.  They

5              finally handcuffed me.  I hear someone sit on my bed

6              while the black bald guy is searching through my

7              pockets.  They roll me over, he has the recorder in

8              his hand, he gives it to Marino, Chief Marino, who

9              was sitting on my bed.

10                       SERGEANT CHU:  Yeah.

11                       ADRIAN SCHOOLCRAFT:  He said, "Oh, he's

12             being cute.  All right, search him for -- he's got

13             recording devices, search him."  And they search

14             everything.  The black guy was reaching down in my

15             underwear, he found the recorder, my keys.  He gave

16             him my keys.  I think it was the lieutenant.  He

17             gave them to someone.  And they jingled for a second

18             and then they didn't fall down or get placed on

19             something, they went into a pocket somewhere, like,

20             grabbed.  They didn't make noise anymore.

21                       SERGEANT CHU:  Yeah.

22                       ADRIAN SCHOOLCRAFT:  But I couldn't see

23             who that was, all I could see was (indiscernible).

24             I see Marino lay the recorder on the shelf, next to

25             my bed.  As they're lifting me up, he looks at it

*TAPE-RECORDED INTERVIEW*

1          again, takes it with his left hand, puts it in his

2          right hand, then puts it in the right side of his

3          uniform jacket --

4                    SERGEANT CHU: Okay.

5                    ADRIAN SCHOOLCRAFT:  -- pocket.  And

6          that's -- then they had me kneel in front of him,

7          handcuffed, him sitting on my bed, and he makes some

8          statement like, "All we're trying to do is help you,

9          Adrian," something like that.  And he was smirking

10         while he was saying it.  Then -- oh, he also said,

11         "I never thought I'd live to see the day where I'm

12         locking up a cop."  He said that.  And a little

13         after that, the bald black guy said, "I've never

14         seen anything like this in 16 years."

15                   SERGEANT CHU:  Okay.  But, all right, so

16         now it's -- you can proceed.  At this point, now,

17         you were being -- you were carried down in one of

18         those orange chairs.  How many flights are you up?

19         And you're one flight up.  And you're brought

20         directly into the ambulance.  And then I think you

21         had indicated there was a -- one of the lieutenants

22         or the Sergeant James was escorting you in the

23         ambulance or by the ambulance?

24                   ADRIAN SCHOOLCRAFT:  No, the lieutenant.

25                   SERGEANT CHU:  The lieutenant.

TAPE-RECORDED INTERVIEW

1          ADRIAN SCHOOLCRAFT:  Sergeant James
2     relieved the lieutenant.
3          SERGEANT CHU:  Okay, Lieutenant Bratwurst.
4          ADRIAN SCHOOLCRAFT:  I didn't have a face
5     of a clock facing me, so I don't know the exact
6     times.
7          SERGEANT CHU:  That fine.  That's good
8     enough.
9          ADRIAN SCHOOLCRAFT:  But Sergeant James
10    relieved Lieutenant Bratwurst, who also refused my
11    request to contact IAB.
12         SERGEANT CHU:  Okay.
13         ADRIAN SCHOOLCRAFT:  And Sergeant James --
14    and the loosening of the cuffs, which was causing
15    numbness later on.
16         SERGEANT CHU:  Sergeant James relieved the
17    lieutenant while you were already at the hospital?
18         ADRIAN SCHOOLCRAFT:  Correct.
19         SERGEANT CHU:  Okay.  So, but the
20    lieutenant was the one that was --
21         ADRIAN SCHOOLCRAFT:  In the ambulance.
22         SERGEANT CHU:  -- in the ambulance with you,
23    over to, you were brought here, directly, Jamaica
24    Hospital?
25         ADRIAN SCHOOLCRAFT:  Correct.

*TAPE-RECORDED INTERVIEW*

```
1              SERGEANT CHU:  Okay.

2              ADRIAN SCHOOLCRAFT:  I had requested

3      Forest Hills, but they --

4              SERGEANT CHU:  Okay.

5              ADRIAN SCHOOLCRAFT:  -- that's not a city

6      hospital, I guess.

7              SERGEANT CHU:  Yeah, I don't believe it

8      is, actually.  Offhand, I don't really know.

9              ADRIAN SCHOOLCRAFT:  Yeah.  They had to

10     have control over this.

11             SERGEANT CHU:  Yeah.

12             ADRIAN SCHOOLCRAFT:  The -- I just wanna

13     note that Lieutenant Bratwurst, on the cuffs --

14          SERGEANT CHU:  Uh-huh.

15             ADRIAN SCHOOLCRAFT:  -- the unnecessary

16     use of force.  And Sergeant James, unnecessary use

17     of force.  Sergeant Sawyer, when they relieved --

18     again, I was trying to use the phone, Sergeant

19     Sawyer arrived sometime early in the morning

20     Sunday --

21             SERGEANT CHU:  Um-hmm.

22             ADRIAN SCHOOLCRAFT:  -- decided to double

23     cuff me, cuff both my hands.  Police Officer Miller,

24     Officer Saworski and a couple cops from the 102, I

25     think, helped them.  They -- again, it was kinda
```

TAPE-RECORDED INTERVIEW

1            like similar, they all grabbed me and --

2                      LARRY SCHOOLCRAFT:  Double cuffed.

3                      ADRIAN SCHOOLCRAFT:  -- double cuffed me.

4            And they did it even better than they did in my own

5            home.  The doctor did tell them, that has to be

6            loosened.  And they did.  Officer Miller loosened

7            it, reluctantly.

8                      SERGEANT CHU:  Okay.  Now, you were --

9                      ADRIAN SCHOOLCRAFT:  And the request for

10           IAB --

11                     SERGEANT CHU:  Okay.

12                     ADRIAN SCHOOLCRAFT:  -- from both Sergeant

13           James, Lieutenant Bratwurst.

14                     SERGEANT CHU:  Okay.

15                     ADRIAN SCHOOLCRAFT:  And Officer Miller

16           and Officer -- or Sergeant Sawyer, both armed,

17           they're not in uniform.

18                     SERGEANT CHU:  And you said they are from

19           the 102?

20                     ADRIAN SCHOOLCRAFT:  No.  Those -- I don't

21           know who the other officer -- she was recruiting

22           officers to help molest me and hold me down and keep

23           me under control, when all I wanted was a phone

24           call.

25                     Nurse Lynn is a witness.  Lynn and Dr.

1                Syrus or Cyrus, something like that.  I don't know

2                how she spells her name Lynn, but Nurse Lynn.

3                        LARRY  SCHOOLCRAFT:  Doc -- Sergeant, I'd

4                like to interject here, too.  After I found him at

5                the hospital, because since I heard that they hauled

6                him off, it took me a few hours to find him, okay,

7                and then being Halloween night, getting through on

8                the phone was a nightmare --

9                        SERGEANT CHU:  Yeah.

10                       LARRY SCHOOLCRAFT:   -- I kept getting hung

11               up on, get redirected, or they were so busy nobody

12               could talk to me, okay --

13                       SERGEANT CHU:  Yeah.

14                       LARRY SCHOOLCRAFT:   -- but I was able to

15               contact, luckily, a sergeant in a security

16               department.  I called and I tried to go that route.

17               I got to a sergeant, I explained what was going on.

18               So he said, "I'll go up and I'll find out what's

19               going on."  He went up and he was able to get a

20               nurse to call me.  And this nurse, I believe, was

21               Lynn, this one he's talking about.  She called me

22               and she told me what was going on.  And she told me

23               that he was being intimidated, they were

24               intimidating the staff, the doctors and the nurses

25               were scared.  The cops were -- cops were running the

*TAPE-RECORDED INTERVIEW*

1    show.

2              SERGEANT CHU:  Okay.

3              LARRY SCHOOLCRAFT:  The cops are running

4    the show, nobody was secure.  Because I said, see, I

5    -- I got the security director to call the

6    administrator.  It gets so heavy.  I mean, I was

7    laying down pretty good.  He got scared, he called

8    the hospital administrator.  And he told -- he said

9    the hospital administrator told him, it's a police

10   deal, we've got nothing to do with it.  I said tell

11   that administrator it's their hospital and if he's

12   in medical care, that doctor's the one that should

13   have had them -- I was a police officer 20 years,

14   I've been in the emergency room a lot with a lot of

15   people, if that doctor tells you to take those cuffs

16   off because it is hurting the patient and he needs

17   to provide services, you have to remove them, unless

18   it's a threatening situation.  He wasn't being

19   violent or threatening.  Okay.

20             ADRIAN SCHOOLCRAFT:  I was protesting that

21   I -- why can't I use the phone.

22             LARRY SCHOOLCRAFT:  Right.  They wouldn't

23   let him use the phone.

24             ADRIAN SCHOOLCRAFT:  I wasn't fighting

25   anyone.

*TAPE-RECORDED INTERVIEW*

1            LARRY SCHOOLCRAFT:  When Lynn -- Sergeant

2       James is a female, about this tall -- when Lynn

3       would try to get the phone to him, I'd have officers

4       hang up on me.  They'd take the phone from him and

5       hang up.  They put him incommunicado, so he could

6       not talk.  And she said they were intimidating,

7       they're intimidating the staff, they wouldn't

8       letting them talk to each other.  He wasn't allowed

9       to eat, drink, and he was not allowed to go to the

10      bathroom, he had to pee in a cup.

11           ADRIAN SCHOOLCRAFT:  I asked another

12      patient to get me water and he did.

13           LARRY SCHOOLCRAFT:  And he had to pee in a

14      cup.  And they would not take his handcuffs -- and

15      she said his handcuff -- his hand was swelling up

16      and turning blue, but they would not lower the cuff.

17      And I said, Were the doctors aware of that?  And she

18      said they've intimidated them.  They -- they're not

19      gonna do it.

20           ADRIAN SCHOOLCRAFT:  Sergeant Sawyer, I

21      don't recall requesting IAB from him, but he is

22      unnecessary use of force.

23           SERGEANT CHU:  Okay.

24           ADRIAN SCHOOLCRAFT:  Unlawful detainment,

25      unnecessary use of force.  He bought into it.

*TAPE-RECORDED INTERVIEW*

 1          SERGEANT CHU:  Why -- was there any reason you

 2     -- and I'm not indicating one way or the other

 3     that they should have or shouldn't have -- but was

 4     there any reason that you -- was it to your

 5     understanding why, when Sergeant Sawyer arrived, why

 6     he double cuffed you?

 7          ADRIAN SCHOOLCRAFT:  He said why -- why

 8     you letting the perp use the phone?  And then --

 9     then I think I relayed that to you, what he was

10     saying.  And Sergeant James said something, but I

11     wasn't making it out, I was on the phone with him

12     and he --

13          LARRY SCHOOLCRAFT:  I asked to speak to

14     the sergeant.  I asked to speak to them, could I

15     speak to one of the supervisors there, and she

16     wouldn't talk to me.

17          ADRIAN SCHOOLCRAFT:  He goes, He's not

18     supposed to be on the phone.

19          SERGEANT CHU:  Okay.

20          ADRIAN SCHOOLCRAFT:  And I told him what

21     he was saying, and he overheard me saying that, and

22     then it was --

23          SERGEANT CHU:  Well, when you were -- you

24     were -- at the time you were cuffed, you were cuffed

25     to what?

*TAPE-RECORDED INTERVIEW*

1                    ADRIAN SCHOOLCRAFT:  A gurney.

2                    SERGEANT CHU:  A gurney.

3                    ADRIAN SCHOOLCRAFT:  But I was out of the

4        gurney --

5                    SERGEANT CHU:  Okay.

6                    ADRIAN SCHOOLCRAFT:  -- and standing up,

7        holding the phone.

8                    SERGEANT CHU:  Okay.  Was it the pay

9        phone, I presume?  Or like a --

10                    ADRIAN SCHOOLCRAFT:  It was -- no, it

11        wasn't a pay phone.

12                    SERGEANT CHU:  Okay.  It was one like the

13        phone like on the wall right there, almost?

14                    ADRIAN SCHOOLCRAFT:  Yeah.

15                    SERGEANT CHU:  And then, when you say,

16        "double cuff," you meant they cuffed your other --

17        your free hand?

18                    ADRIAN SCHOOLCRAFT:  I was cuffed like

19        this, the other side of the gurney.

20                    SERGEANT CHU:  Okay.  All right.  What

21        were -- what was the lieutenant and sergeant's

22        response to you, when you requested --

23                    ADRIAN SCHOOLCRAFT:  No response.  No one

24        even said a word to me.

25                    SERGEANT CHU:  Okay.

*TAPE-RECORDED INTERVIEW*

1              ADRIAN SCHOOLCRAFT:  -- other than when

2        she was telling me to get off the phone --

3              SERGEANT CHU:  Yeah.

4              ADRIAN SCHOOLCRAFT:  -- and stuff like

5        that.  But, no, when I requested IAB, they just --

6        they even -- Sergeant James even snickered.

7              SERGEANT CHU:  Okay.  And this was -- as

8        you were saying, I think, now you were saying now, I

9        think we're going to Sunday morning with Sergeant

10       Sawyer getting there, right?  And I think you met

11       with Sergeant Scott, was it yesterday, I believe, or

12       Monday?  Well, today's Wednesday --

13             LARRY SCHOOLCRAFT:  Wednesday.

14             SERGEANT CHU:  -- was it Monday?  I think,

15       you met (inaudible) --

16             ADRIAN SCHOOLCRAFT:  I think it was Monday

17       night, (inaudible) when he came.  I think it was

18       Monday night.

19             SERGEANT CHU:  Okay.  Do you have any

20       other specific allegations as it pertains to any

21       officers, other than what you already described,

22       because I want to make sure that we capture your --

23             LARRY SCHOOLCRAFT:  Sergeant, let me

24       clarify -- and the only reason I'm saying this is,

25       I'm not trying to live vicariously through my son,

TAPE-RECORDED INTERVIEW

1            the last thing I wanna do is get involved in any

2            more police work, okay --

3                    SERGEANT CHU:  Yeah.

4                    LARRY SCHOOLCRAFT:  -- but, I'm in this,

5            okay --

6                    SERGEANT CHU:  Yeah.

7                    LARRY SCHOOLCRAFT:  -- because I was his

8            only I guess you call a lifeline.  I'm the only one

9            he can trust.  Okay.

10                   SERGEANT CHU:  Yeah.

11                   LARRY SCHOOLCRAFT:  So he can, like any

12           good father or son, he's gonna confide in me.

13                   SERGEANT CHU:  Yeah.

14                   LARRY SCHOOLCRAFT:  So I'm privy to a lot

15           of this.

16                   SERGEANT CHU:  Yeah.

17                   LARRY SCHOOLCRAFT:  Adrian's been telling

18           me for the last year what's been going on in the

19           department.

20                   SERGEANT CHU:  Okay.

21                   LARRY SCHOOLCRAFT:  Okay.  All the stuff

22           going on.

23                   ADRIAN SCHOOLCRAFT:  (Inaudible) going on

24           in the department.

25                   LARRY  SCHOOLCRAFT:  Right.  Well, it is

TAPE-RECORDED INTERVIEW

1              the department, regardless of what part of the

2              department, it is the NYPD.  I believe it's a

3              systemic, chronic problem.  I believe it's chronic

4              and I believe it's systemic, department-wide.

5                       ADRIAN SCHOOLCRAFT:  But if it's not, it's

6              just a minority (inaudible) --

7                       LARRY  SCHOOLCRAFT:  Yeah.  Yeah, exactly,

8              then it's a minority issue.  But I don't believe

9              it's just a minority issue.  But that's a personal

10             opinion.

11                      I told Adrian that I thought the best

12             thing for him to do was just, let's leave.  I wanted

13             to move him to New Mexico.  His mother, my wife of

14             30 years, died a horrible death of cancer.  Adrian

15             came up from Texas.  He was going to the University

16             of Texas after he got out of the Navy.  He was

17             working for Motorola, he got a great job, going to

18             the University of Texas, he was thinking about

19             becoming a doctor, and he's smart, he's talented.

20             And I'm not just saying it's my kid, he's just a

21             good kid.  He doesn't drink.  He doesn't smoke.

22             He's normal.  He's funny.  He's quiet.  But he just

23             likes movies and reading books and he's just normal.

24             I mean, there's no anything about him.  We've always

25             been close.  I said, Adrian, look, you're never

TAPE-RECORDED INTERVIEW

1      gonna take on something like the NYPD.

2             SERGEANT CHU:  Right.

3             LARRY SCHOOLCRAFT:  Okay.  I fought it 20

4      years; I was a labor leader, I was a delegate for

5      the AFL-CIO, I was a president of the local.  I've

6      got a degree in criminal justice, I got an advanced

7      certificate in law enforcement from the State of

8      Texas, I was on the board of directors in CLEAT,

9      which was the largest police union in the State of

10     Texas.  Again, I was the president of my own local.

11     I've sat on boards and I've testified in many

12     hearings all the way to the Texas Supreme Court,

13     both on the civil and the criminal side.  I've

14     testified for grand juries.  You know, I've been

15     there.  That's all I'm saying.

16            So, I told Adrian, look, you're -- you're

17     never gonna take them on.  I reached out for him

18     trying to get councilmen involved, trying to get

19     community leaders involved, trying to get the ACLU

20     involved.  I started studying up.  Buying books

21     involving the NYPD.  Just everything.  Learning the

22     culture and the background of the NYPD, which I

23     hadn't really brought up to you, going back almost

24     40 years, I don't know if your familiar with the --

25     the book *Target Blue* by Robert Daley?

*TAPE-RECORDED INTERVIEW*

1              SERGEANT CHU:  I've heard of the title.  I

2        can't -- I don't have any --

3              LARRY  SCHOOLCRAFT:  You ought to get it.

4        You're an NYPD detective.  So I was very familiar

5        because I'm from New York State, I grew up in New

6        York State, I'm not a city boy, I'm an upstate boy.

7              SERGEANT CHU:  Yeah.

8              LARRY SCHOOLCRAFT:  But I grew up in the

9        60's and the 70's and I was very familiar with the

10       NYPD.  My father worked at General Electric for 40

11       years, then he went to serve in World War II, came

12       back, went back -- back to worked for General

13       Electric and every day, like clock work, my father

14       brought home a Daily News and set it in our little

15       country farmhouse.  Okay.  So, I was very up to date

16       on New York City.

17             SERGEANT CHU:  Yeah.

18             LARRY SCHOOLCRAFT:  So, my wife -- when I

19       went to service, my wife got me *Target Blue*.  She

20       got me *Target Blue,* when it came out, by Robert

21       Daley.  And I read it.  And I was very interested

22       then in, you know, the whole Ed Eagan and all that

23       stuff.

24             Well, I told Adrian, you know, it's --

25       it's -- I started studying up and getting caught up

TAPE-RECORDED INTERVIEW

1          to contemporary times on what's going on in the New

2          York police and everything, and when I started

3          talking to people in the community and everything, I

4          found out that Adrian's -- Adrian's issues,

5          everybody is aware of them, and those are the issues

6          of zero tolerance.  The zero tolerance.  Collars,

7          collars, collars, collars, collars.  And I'm using

8          NYPD lingo.

9               SERGEANT CHU:  Yeah.

10              LARRY SCHOOLCRAFT:  Collars, collars,

11         collars.  Summonses, summonses, summonses,

12         summonses.  No discretion.  Just arrest.  Tickets,

13         ticket, tickets, tickets.  250s.  Fake 250s.  Write

14         fake tickets.  Write them to anybody.  Turn them in.

15         Nobody checks them.  And it was a zero tolerance.

16         All about numbers.  All about CompStat.  Just

17         numbers.  Fake 61s.  Downgrading 61s.  You wanna --

18         you don't want felonies, down grade them.  If it's a

19         major felony theft, you get it below where it's a

20         misdemeanor.  Grand theft auto, can't have any of

21         those.  You down grade and you shit can them to get

22         rid of them.  Your head goes out -- the commander

23         goes out into the precinct and says -- tells the

24         community leaders, you have problems, you can call,

25         call the precinct.  Call the precinct.  Why they

*TAPE-RECORDED INTERVIEW*

1    call the precinct?  Nothing's recorded in the

2    precinct.

3              So if the call comes in and says, tells

4    the 81 that my car was stolen, okay, if they send --

5    if, if they send a car out, okay, the report is

6    either they're not gonna take it, they're gonna try

7    to nullify the victim, or a supervisor, a sergeant/

8    lieutenant is going to show up and they're gonna put

9    an X to that complaint.  They're gonna do away with

10   it or they're gonna down grade it.  This goes on

11   everyday, on every call.

12             Also, forget about calling the police, if

13   they're busy writing tickets, they don't respond to

14   the calls.  They neglect calls for service of

15   citizens.  They don't go.  Okay.  Amnesty arrests.

16   Arresting guys in the station house for bringing in

17   a gun.  I said, Adrian, they had to have had a

18   warrant or something.  We checked some of them,

19   nothing.  Nothing.  Checked the reports, again, at

20   his safety, when you start doing this, when you

21   start picking your head up and start looking at

22   stuff everybody knows what's going on, so it was

23   very dangerous, and where this all came about is

24   when he decided instead of us going to New Mexico,

25   he had to stay, he couldn't walk away, he wanted --

TAPE-RECORDED INTERVIEW

1      he wanted to do what he could do, which I

2      desperately tried to talk him out of, I told him,

3      you would be in danger, and he chose to go this

4      route.

5              I reached out to a friend of mine, retired

6      Detective Lieutenant David Durk.  David got

7      involved.  He counseled Adrian and me.  He worked

8      with us on this.  And I believe that it leaked that

9      David Durk was helping Adrian a couple weeks ago and

10     this is what brought this on.  That is what I

11     believe now from what I'm hearing in my contacts in

12     the department, that this was a leak somewhere in

13     internal affairs and that's what brought this about.

14             And, notice, this was kept to a command

15     all the way up to the Brooklyn North Command.  Okay.

16     I believe that Commander Mauriello, Steven

17     Mauriello, the deputy inspector, commander of the

18     81, he's known Adrian was a problem for a long time.

19     This is well documented.  They know Adrian was

20     watching them.  They know Adrian was watching them.

21     They know Adrian was recording them.  They knew what

22     was going on.  He had let everything slide.  He was

23     trying to deal with it himself, but he didn't know

24     what to do.  In fact, he brought -- he reached out

25     to people in the command and want -- and asked, what

*TAPE-RECORDED INTERVIEW*

1          do I do about Schoolcraft?  What do I do about

2          Schoolcraft?  He was trying to get help.  Finally,

3          he had to pick up the phone and call what I believe

4          is his Rabbi in the department and that's Marino.  I

5          think now we verified who Mauriello's Rabbi was and

6          that was Marino.  Marino had to come and help his

7          little boy out.  Marin-- Mauriello is about to get

8          promoted to inspector.  Marino is his Rabbi.

9          They're moving up the ladder together.  Marino got

10         involved.  I believe that night, Mauriello was

11         hiding and Marino went and got him out, just like a

12         gangster -- Central Park 450 --

13                  ADRIAN SCHOOLCRAFT:  There was -- there

14         was another male there that I would -- I can

15         recognize.  I think he was a retired --

16                  DR. ISAKOV:  Can I interrupt you for a

17         minute?

18                  SERGEANT CHU:  Yes.  Absolutely.

19                  DR. ISAKOV:  How long it will take?

20                  SERGEANT CHU:  I believe we should

21         actually -- it shouldn't take more than another 10

22         minutes or so before I think I pretty much addressed

23         his -- I captured the -- the major components of his

24         complaint that we have to address.  So, if you could

25         just permit about another 10 minutes or so, we could

*TAPE-RECORDED INTERVIEW*

1        be --

2                        LARRY  SCHOOLCRAFT:  In 10 minutes, could

3        we bring Christine McMahon back in here?

4                        DR. ISAKOV:  Which one?

5                        LARRY SCHOOLCRAFT:  Christine McMahon.

6                        DR. ISAKOV:  I will see if she's still

7        here.

8                        LARRY SCHOOLCRAFT:  Okay.  Ask her if she

9        could stay around.  I'll pay her overtime.

10                        Anyways, just like some gangsters and

11        little kids in Central Park, they decide they're

12        gonna jump on some little female jogger, okay, and

13        then you got the -- you got the one out of the gang

14        that's kinda stepping back, and then the other kids

15        go, hey, you get in on this too.  And that's just

16        what Marino did that night --

17                        ADRIAN SCHOOLCRAFT:  There was another

18        male there hiding behind the ESU truck with

19        Mauriello.

20                        LARRY  SCHOOLCRAFT:  Everybody --

21                        ADRIAN SCHOOLCRAFT:  He was in

22        plainclothes.  He was an older guy.  I could

23        recognize him.  I think his photo is in the Brooklyn

24        North building, they have this brand new plaque set

25        up, and I think I was just looking at his photo a

*TAPE-RECORDED INTERVIEW*

1            couple days earlier, when I was seeing Sergeant

2            Devino about my appeal, and I think he's a retired

3            somebody from Brooklyn North.  And I think that's

4            the one, the orchestrator of this, who said, this is

5            what you do.

6                         LARRY SCHOOLCRAFT:  The architect.

7                         ADRIAN SCHOOLCRAFT:  Yeah.

8                         SERGEANT CHU:  Now, you saw like this

9            picture, like in the (inaudible) --

10                        ADRIAN SCHOOLCRAFT:  I can identify him if

11           I see his picture, I can remember who he was.

12                        SERGEANT CHU:  So he may be -- he may be

13           an active member then, right, and you said you saw

14           his picture?

15                        ADRIAN SCHOOLCRAFT:  I don't think.  I

16           think he's retired.  I think that's what I was

17           reading, when I was reading the thing.  He has a

18           very familiar face.  It's gruffy, but it's not

19           dirty.  It's -- he has kind of it looks like a beard

20           with --

21                        SERGEANT CHU:  Yeah.

22                        ADRIAN SCHOOLCRAFT:  -- thin glasses on.

23                        SERGEANT CHU:  Okay.

24                        ADRIAN SCHOOLCRAFT:  And I just wanna --

25           Lieutenant Crawford's nickname is The Shredder.

TAPE-RECORDED INTERVIEW

1          There is a cartoon inside the 81st Precinct crime

2          office --

3                    SERGEANT CHU:  Uh-huh.

4                    ADRIAN SCHOOLCRAFT:  -- or at the last

5          time I was in there -- of a paper shredder and his

6          face is on it.  He's the special operations

7          lieutenant.  He's known as the shredder for getting

8          rid of complaints.

9                    SERGEANT CHU:  I'm -- just out of

10         curiosity, when did -- when did you serve your time

11         in law enforcement, sir?

12                   LARRY  SCHOOLCRAFT:  Well, actually, from

13         '75 to 2001.

14                   SERGEANT CHU:  Okay.  Which -- which

15         agency?

16                   LARRY SCHOOLCRAFT:  Several.  First, I

17         started out in the military and I was in military

18         police investigations.  When I got out of the Army,

19         I went to work for the Austin Police Department.

20         From the Austin Police Department, I went to work

21         for the University Park Police Department in Dallas.

22         After that, I was in the Fort Worth Marshal's

23         Office.

24                   SERGEANT CHU:  Okay.  I just wanted, just

25         out of curiosity.

TAPE-RECORDED INTERVIEW

```
1                    LARRY SCHOOLCRAFT:  Oh.

2                    SERGEANT CHU:  Thank you.

3                    LARRY  SCHOOLCRAFT:  Glad to tell you.

4                    SERGEANT CHU: You had relayed to Adrian

5          about wanting -- that you believed that he should have

6          removed himself from the department, or talked about

7          going to New Mexico out of --

8                    LARRY SCHOOLCRAFT:  Right.  I was --

9                    SERGEANT CHU:  -- just out of concern?

10                   LARRY  SCHOOLCRAFT:  I was just saying,

11         you can't -- you're just gonna be miserable.  You're

12         gonna -- it's gonna be terrible.  And, you know,

13         I've done it for 20 years, tried to bring change and

14         tried to -- the biggest thing that's always

15         concerning to me is, I thought I had worked in

16         hostile environments.  I've worked -- as a police

17         officer, I've worked in departments that were great.

18         Okay.  I -- I've worked in the military.  I worked

19         in departments that were very -- that your working

20         environment was great and I've worked in ones that

21         were nightmares.  And the NYPD's a nightmare.  Where

22         he is, it's a nightmare.  A person can't live in

23         that environment for very long.  You can't.  And I

24         don't think there is an officer down there that'll

25         tell you, it's not the stuff outside, it's the stuff
```

*TAPE-RECORDED INTERVIEW*

1          inside.  And we already know how bad it is on the

2          streets of any precinct in New York City.  Okay.

3          It's stressful.  But then for it to be compounded by

4          your own people and to work in such an unfriendly

5          work environment that they create, they create this

6          mess.  I believe they create an -- they -- they let

7          an atmosphere exist that breeds corruption, just

8          like a hot house grows flowers.  And I believe -- I

9          believe that's the problem.

10                    I told him this.  I tried to dissuade it.

11         And as he was --

12                    SERGEANT CHU:  Were -- were --

13                    LARRY  SCHOOLCRAFT:  -- I didn't mean to

14         -- as he mulling on this, they gave him a bad

15         evaluation.  And the strange thing about this is, if

16         I'm clear, and I've -- I've tried to bring myself up

17         to policy, I have every -- I have the patrol guide,

18         I have the administrative guide, the organizational

19         guide, I have every book I could get my hands on,

20         I've studied everything, I've studied New York State

21         labor law, and I studied civil service law, New York

22         City civil service law and I have tried to bring

23         myself -- and New York City charter -- and I've

24         tried to bring myself up quickly to speed, so I know

25         what was going on -- and I got to back up, what was

TAPE-RECORDED INTERVIEW

1            I talking about, once I went down that road?

2                    SERGEANT CHU:  About just, you know,

3            bringing yourself up to speed through all of this.

4                    LARRY  SCHOOLCRAFT:  Oh.  He got a -- he

5            got a bad evaluation and, you know, this was right

6            during the time that we were getting ready to, you

7            know, make a move.  And I said, Adrian, you can't --

8            you can't go and try to apply to another department

9            with a bad evaluation, you know, it will haunt you,

10           so I told him to appeal it.  And after he appealed

11           it, everything started to happen.

12                   SERGEANT CHU:  What time -- what time

13           frame was --

14                   LARRY SCHOOLCRAFT:  Well, this is the

15           interesting thing, sergeant --

16                   SERGEANT CHU:  -- (inaudible)?

17                   LARRY SCHOOLCRAFT:  -- the -- he got

18           his --

19                   ADRIAN SCHOOLCRAFT:  They put signs on my

20           doors (inaudible) --

21                   LARRY SCHOOLCRAFT:  Right.

22                   ADRIAN SCHOOLCRAFT:  -- in the locker

23           room.

24                   LARRY SCHOOLCRAFT:  He got his evaluation

25           on January 29th of this year.  And when I looked --

*TAPE-RECORDED INTERVIEW*

1          and I could be wrong on this, but from memory, I've

2          got a lot of stuff in my head -- I believe that

3          evaluations are supposed to be completed before --

4          between January 15th and -- I mean December 15th and

5          January 15th, okay, and if they're not, then there

6          is a policy that you have to -- the commander has to

7          tell somebody why.  Okay.  So they're saying Adrian

8          is a substandard employee, okay, they give him a

9          2.5, but if you add up his scores, it's a 3.75, they

10         say he's substandard and he's been counseled and he

11         needs all this stuff, but yet there's no monthly --

12         I mean quarterly evaluations detailing Adrian's, you

13         know, deficiencies.  There's no counseling slips.

14         There's no counseling of anything.  On his

15         monthlies, nothing's documented on those.  And why,

16         if you've got a deficient employee and you've got

17         four weeks, four weeks to evaluate him, wouldn't he

18         be the first one you would evaluate? Okay.  December

19         15th wouldn't you cut him an evaluation?  No.  They

20         didn't do it the first day of December 15th, they

21         didn't do it the last day of January 15th, they

22         waited two more weeks, so six weeks, two weeks

23         beyond the maximum time they're allowed to do an

24         evaluation, six weeks to give an employee a

25         substandard evaluation.  Okay.

*TAPE-RECORDED INTERVIEW*

1          ADRIAN SCHOOLCRAFT:  And they rely on it.

2          LARRY SCHOOLCRAFT:  And then -- and then

3     after that, he got signs on the door, Mauriello was

4     heard in the hallway -- because he appealed --

5     Mauriello was heard saying to somebody -- we've got

6     all these names and everything, I'm just telling you

7     the story real quick -- he said, Stukes screwed up

8     -- Stukes is the Sergeant -- he screwed up, what am

9     I supposed to do with this?  What am I supposed to

10    do?  He gets a sign on his locker saying, Get

11    another job, you know, and that sign is still there.

12    He's getting -- he gets put on foot patrol in the

13    cold, in the hot, whatever it is, he gets.  He

14    gets --

15         ADRIAN SCHOOLCRAFT:  They took my gun and

16    shield pretty quick after that.

17         LARRY SCHOOLCRAFT:  Right.  They took his

18    gun and shield in April because he was having

19    stomach problems.  Okay.  So, of course, he has to

20    go to LeFrak.  They can't give him admin sick for a

21    day or two every once in (indiscernible), but, you

22    know, he has an impeccable sick record.  Okay.  Now,

23    so they send him to LeFrak and Dr. Lamstein takes

24    his shield and gun and to this day she has not told

25    him why.

*TAPE-RECORDED INTERVIEW*

1            Now, they'll all tell you now they told

2      him, but evidently he's too embarrassed to tell me.

3      Okay.  I said, fine, put it in writing.  Put it in

4      writing.  No.  She will not put anything in writing.

5      Nothing in writing.  She won't let him see his

6      file.

7            ADRIAN SCHOOLCRAFT:  I saw her.

8            LARRY SCHOOLCRAFT:  You know, she saw him

9      last week, that file's laying right there -- and

10     this is all recorded, this is all documented, so

11     this isn't just me, we have this, this is evidence

12     -- he asked to see your file -- his file sitting

13     right there on the desk, right next to him, she

14     would not let him see it.  She says -- he says,

15     fine, can I read it?  No, you cannot read it, this

16     is property of the NYPD.  Can I have my diagnosis in

17     writing?  No.  What's my treatment plan?  She

18     wouldn't give it to him.  Nothing.  All they do is

19     take his shield and gun.

20            I've asked.  I called the deputy mayor of

21     operations, okay, and I've talked to the

22     commissioner's office, he's had no clear cut --

23     after they took the shield and gun and put him on

24     modified duty, restricted duty, whatever you wanna

25     call it, nobody has counseled him and told him what

*TAPE-RECORDED INTERVIEW*

1        his duties are now.  Duties of sworn, okay, versus

2        non-sworn.  Okay.  I mean, what is he supposed to

3        do?  So if this is a psychological issue, they got

4        him down at the 81, they've got him making arrests

5        in the precinct house --

6                    ADRIAN SCHOOLCRAFT:  Forced arrest,

7        vouchering loaded firearms that people find.

8                    LARRY  SCHOOLCRAFT:  Handling loaded fire

9        arms.  Okay.  Now, this is all documented,

10       photographed and documented.  This is all evidence.

11       All again, David Durk orchestrated it, architected

12       it, told us what to do.  It's all been documented,

13       photographed, recorded.

14                   ADRIAN SCHOOLCRAFT:  It's all gonna be a

15       report to the commissioner.

16                   LARRY SCHOOLCRAFT:  We were gonna -- he

17       was gonna do a report to the commissioner.

18                   ADRIAN SCHOOLCRAFT:  I am gonna do a

19       report to the commissioner.

20                   LARRY SCHOOLCRAFT:  Yeah, we are.  We are.

21       But that's what this was all gonna be on.  A year's

22       study and a report to the commissioner.  This is

23       what got out, they couldn't let this to happen, they

24       had to discredit --

25                   ADRIAN SCHOOLCRAFT:  I don't think they

*TAPE-RECORDED INTERVIEW*

1        knew about the report.

2                LARRY SCHOOLCRAFT:  No, they didn't know.

3        They didn't.  But they could not let --

4                ADRIAN SCHOOLCRAFT:  They knew -- they

5        knew about Caughey and the report and the 61s being

6        trashed.

7                LARRY SCHOOLCRAFT:  I feel now, with what

8        happened, they had to have somehow been monitoring

9        our phones or something --

10               ADRIAN SCHOOLCRAFT:  They get crazy with

11       it.

12               LARRY SCHOOLCRAFT:  No.  Or they placed a

13       -- they knew too much information, I mean --

14               SERGEANT CHU:  All right.  Just so I -- I

15       don't profess to know everything and everyone, but

16       Durk is, he was, at one time -- who is he?

17               LARRY SCHOOLCRAFT:  He's a retired

18       detective lieutenant.

19               ADRIAN SCHOOLCRAFT:  Lieutenant.

20               SERGEANT CHU:  Retired Lieutenant.  Is it

21       D-i-r-k or --

22               LARRY SCHOOLCRAFT:  D-u-r-k.

23               ADRIAN SCHOOLCRAFT:  D-u-r-k.

24               SERGEANT CHU:  Okay.  And you believe that

25       there was some information leak as far as the

TAPE-RECORDED INTERVIEW

1       communication with Lieutenant Durk?

2                   LARRY SCHOOLCRAFT:  That's what I think

3       brought this on, but, I -- I -- and I don't think

4       I'm an alarmist, I -- I think somehow somebody

5       was --

6                   ADRIAN SCHOOLCRAFT:  He was so upset, he

7       called IAB himself.

8                   SERGEANT CHU:  Okay.

9                   ADRIAN SCHOOLCRAFT:  He was -- he was

10      secret, then he got upset.  He's kind of old now,

11      but he was upset.

12                  LARRY  SCHOOLCRAFT:  He's dying of cancer.

13                  SERGEANT CHU:  Okay.

14                  LARRY SCHOOLCRAFT:  Yeah, I believe that

15      it got leaked out.  Once they found out he was

16      involved and -- but I do believe somehow they were

17      monitoring, because I don't know whether they put a

18      listening device -- I'm not saying legal stuff, I'm

19      saying somehow something was monitored, because

20      there was a lot of stuff going on in the last -- the

21      last week, prior to this, that it's us talking, what

22      we were talking about, if they had heard that,

23      that's what brought this on.  So that's why I'm

24      saying something, somewhere -- I'm not up on current

25      technology and everything, so I have no idea, but I

TAPE-RECORDED INTERVIEW

1      believe they intercepted something, e-mails, cell

2      phone --

3                ADRIAN SCHOOLCRAFT:  Before I forget, when

4      they carried me out that last time, there were white

5      shirts and unidentified plainclothes still in my

6      apartment.  And when -- the reason I know that that

7      lieutenant was the one behind me --

8                SERGEANT CHU:  Yeah.

9                ADRIAN SCHOOLCRAFT:  -- or close behind

10     me, when they finally put it down, they loaded me in

11     the gurney, he would -- he did this and then he

12     walked up the stairs into my -- into the house and

13     up to my room, where they still were when they

14     carried me off in the ambulance.

15               LARRY SCHOOLCRAFT:  Now, I was wondering,

16     could you -- if there is any way you could find out,

17     by chance, did they voucher anything that they took?

18               SERGEANT CHU:  I -- I could do -- I could

19     -- I could look into seeing what was removed from

20     the apartment.

21               LARRY SCHOOLCRAFT:  Maybe Marino vouchered

22     the recorder.

23               SERGEANT CHU:  But you did see -- but your

24     last observation was that he had it in his hand --

25               ADRIAN SCHOOLCRAFT:  In his right jacket

*TAPE-RECORDED INTERVIEW*

1          pocket.

2                    SERGEANT CHU: -- transposed it from one

3          hand to another and put it into his right jacket

4          pocket?

5                    ADRIAN SCHOOLCRAFT:  Correct.

6                    SERGEANT CHU:  Okay.

7                    LARRY  SCHOOLCRAFT:  Now, sergeant, I have

8          been calling Marino and everything and asking where

9          his property was and nobody will return my call.

10         I've been asking what his status is, nobody will

11         return my call.

12                   ADRIAN SCHOOLCRAFT:  They give -- they

13         still have -- I believe they still have the keys.

14         Is there anyway -- since I can't do it, is there any

15         way someone can interview my landlord to see if

16         anyone has been in my apartment for --

17                   LARRY SCHOOLCRAFT:  Of course, you have to

18         understand, his landlord is very good friends with

19         Delafuente, the lieutenant in (inaudible) --

20                   ADRIAN SCHOOLCRAFT:  Who was my lieutenant

21         at the 81, who signed off on my failed evaluation.

22                   LARRY SCHOOLCRAFT:  And who lives next

23         door to when this happened and if he wasn't

24         working (inaudible) --

25                   ADRIAN SCHOOLCRAFT:  Who hasn't talked to

*TAPE-RECORDED INTERVIEW*

1          me since I appealed it.

2                    LARRY SCHOOLCRAFT:  Right.  He hasn't

3          talked to him.  So he's in on it.  And Teddy, his

4          landlord's in on it.  So, you're not -- you're not

5          gonna get truthful -- he's a shady character

6          anyways, but, I mean, we didn't know that when you

7          moved in there, so...

8                    SERGEANT CHU:  All right.

9                    LARRY SCHOOLCRAFT:  But, any -- anyway,

10         so, a lot of stuff is going -- this all has been

11         documented.  You could talk a year about it.  It's

12         all gonna have to come out.  All the recordings are

13         gonna have to be listened to.  And, again, it's all

14         gonna -- (indiscernible) my stuff, because I don't

15         know what they took out of his apartment, but it's

16         not gonna do them any good because I've got it.  If

17         he's got one, I got two of everything he's got.  So,

18         you know, it didn't do them any good, it's just

19         gonna make them look worse, so...  But, it's gonna

20         -- it's gonna have to be -- I talked to Lieutenant

21         Cassel about this today, as a matter of fact and --

22                    SERGEANT CHU:  You initially indicated

23         that you laid -- and I want to take your -- I want

24         to address your complaints as you perceive them to

25         be.

TAPE-RECORDED INTERVIEW

1              ADRIAN SCHOOLCRAFT:  Of attempted murder

2       by --

3              SERGEANT CHU:  Attempted murder.

4              ADRIAN SCHOOLCRAFT:  -- inspector -- Chief

5       Mauri -- Mau --

6              SERGEANT CHU:  Marino.

7              ADRIAN SCHOOLCRAFT:  -- Marino.

8              SERGEANT CHU:  That he actually wanted to

9       see to your demise at that time?

10             ADRIAN SCHOOLCRAFT:  Correct.  He had EM

11      -- he was there when EMS advised me that my vitals

12      were such a condition I had to go to the hospital.

13      He knew that was gonna happen.

14             SERGEANT CHU:  Okay.

15             ADRIAN SCHOOLCRAFT:  Or he was hoping that

16      it would happen.

17             SERGEANT CHU:  Okay.  All right.  Well,

18      I've taken in a lot of information, a lot of it, I

19      will confer with Sergeant Scott to make sure

20      whatever information he does not have, I'll furnish

21      it to him.  The only thing I can suggest to you,

22      again, as -- but -- and I'm not -- I don't speak on

23      behalf of the department, I'm not trying to tell you

24      in any capacity as per NYPD or as per Sergeant Chu,

25      you do have to be guided with -- we have no input as

TAPE-RECORDED INTERVIEW

1          to how the hospital wants to -- how they determine

2          to -- in your -- in their view of treating you,

3          okay.  So, you know, I would just suggest that you

4          know, you just be (inaudible) --

5                    ADRIAN SCHOOLCRAFT:  We never implied that

6          you did.

7                    SERGEANT CHU:  Yeah.  So, I just want

8          to --

9                    ADRIAN SCHOOLCRAFT:  It's obvious what's

10         -- what's going on has got to be investigated.

11                   SERGEANT CHU:  Yeah.  So --

12                   ADRIAN SCHOOLCRAFT:  It could be something

13         as simple as -- I was thinking it was something more

14         -- I think it's something as simple as officers

15         lying on the report.

16                   SERGEANT CHU:  Yeah.  Okay.

17                   ADRIAN SCHOOLCRAFT:  They -- they're

18         taking statements from officers and don't even know

19         their names.

20                   LARRY  SCHOOLCRAFT:  Did you tell him your

21         three-hour interview with Quality Assurance?

22                   ADRIAN SCHOOLCRAFT:  I told them I

23         reported this thing.

24                   SERGEANT CHU:  Yeah.  So you already were

25         interviewed by QAD, right?

*TAPE-RECORDED INTERVIEW*

1              ADRIAN SCHOOLCRAFT:  Correct.  And then

2        seven days after that, I was placed on forced

3        monitoring.

4              SERGEANT CHU:  And when did -- when did

5        this occur?

6              ADRIAN SCHOOLCRAFT:  I didn't find out

7        about that until Sergeant -- I saw Sergeant Devino

8        regarding the appeal of my evaluation.  She showed

9        it to me.  She did a pepper check, she said.

10             SERGEANT CHU:  Yeah.

11             ADRIAN SCHOOLCRAFT:  And she showed me the

12       14.

13             LARRY SCHOOLCRAFT:  So he talked to

14       Quality Assurance for three hours and then right

15       after that they put him on performance monitoring.

16       Of course, they don't tell him.

17             ADRIAN SCHOOLCRAFT:  I mean, Sergeant

18       Scott called the 81 and left a message with the PBA

19       delegate, Richie Braun, yeah, tell Schoolcraft Scott

20       -- Sergeant Scott from IAB is trying to get ahold of

21       him.  Didn't even leave his phone number.

22             SERGEANT CHU:  All right.

23             LARRY SCHOOLCRAFT:  And also Scott wanted

24       -- Scott was very interested in who -- who initiated

25       this.  Who was talking to IAB.  Okay.  So I don't

*TAPE-RECORDED INTERVIEW*

 1              know what Scott has to do with this, but why did

 2              Scott care who initiated the contact?  Who was

 3              talking to Captain del Pozo?  Okay.  Adrian told him

 4              it was David Durk.  And then, a week after that,

 5              this happens to Adrian?  So I don't know who's

 6              talking.

 7                        SERGEANT CHU:  Okay.

 8                        LARRY SCHOOLCRAFT:  Somebody talks out of

 9              school.  Somebody freaked and they overreacted.

10                        SERGEANT CHU:  Um-hmm.

11                        LARRY  SCHOOLCRAFT:  And -- but I believe

12              it's because, I told Adrian, it's not always what's

13              in the closet, it's the fact that you know

14              something's in the closet.  You don't always know --

15              because you know this is in the closet, but you

16              don't know what else is in the closet.

17                        SERGEANT CHU:  Yeah.

18                        LARRY SCHOOLCRAFT:  And I think -- I just

19              think --

20                        SERGEANT CHU:  Okay.  Does anyone have

21              your contact information, sir?  I probably --

22                        LARRY SCHOOLCRAFT:  Oh, yeah.  I was --

23              ever since I became a witness --

24                        SERGEANT CHU:  -- I mean like from IAB, I

25              mean?

*TAPE-RECORDED INTERVIEW*

```
1                    LARRY SCHOOLCRAFT:  Of course.
2        Everything.
3                    SERGEANT CHU:  Sergeant Scott, are you --
4                    LARRY SCHOOLCRAFT:  Everybody has
5        everything.  I mean everything.
6                    SERGEANT CHU:  Okay.  I just wanted to
7        make sure before I --
8                    LARRY SCHOOLCRAFT:  Right.  Do you want --
9        I'll give it to you again, so you got it?
10                   SERGEANT CHU:  Oh sure.  I just want --
11                   LARRY SCHOOLCRAFT:  It's -- well, my name is
12       Larry.
13                   SERGEANT CHU:  Um-hmm.
14                   LARRY SCHOOLCRAFT:  Same last name,
15       Schoolcraft.
16                   SERGEANT CHU:  Yes.
17                   LARRY SCHOOLCRAFT:  And it's (646) --
18                   SERGEANT CHU:  Um-hmm.
19                   LARRY SCHOOLCRAFT:  -- 957 --
20                   SERGEANT CHU:  Um-hmm.
21                   LARRY SCHOOLCRAFT:  -- 2486.
22                   SERGEANT CHU:  2486.  Okay.  All right.
23       So let me just -- I'm just going to speak to the
24       doctor, so that I have his name and the social
25       worker's name.  Is there anything else that you want
```

*TAPE-RECORDED INTERVIEW*

1          to address with them, while I'm here?

2                    LARRY SCHOOLCRAFT:  Yeah.  I'd like to

3          talk to them while you're here.

4                    SERGEANT CHU:  Okay.  I just need to --

5                    ADRIAN SCHOOLCRAFT:  We're trying to

6          dispel this paranoia myth that they're creating to

7          keep me here.

8                    SERGEANT CHU: Okay.

9                    ADRIAN SCHOOLCRAFT:  I mean, it's not, it

10         was still abduction --

11                   SERGEANT CHU:  Yeah.

12                   ADRIAN SCHOOLCRAFT:  -- even though he knows

13         I'm here now.

14                   SERGEANT CHU:  Yeah.

15                   ADRIAN SCHOOLCRAFT:  -- but they intended

16         not to tell him, just like they intended to murder me.

17                   SERGEANT CHU:  Yeah.

18                   ADRIAN SCHOOLCRAFT:  He intended to kill

19         me that day, that's why they held me in that

20         position.  I told them my chest was hurting, I

21         wasn't feeling well and they tried to kill me.

22         And then they assaulted me and then they abducted me.

23         They, at least, kidnapped me.

24                   LARRY SCHOOLCRAFT:  They were hoping that

25         it would be an accident or something, something --

TAPE-RECORDED INTERVIEW

1           ADRIAN SCHOOLCRAFT:  Right.  Oh, he was

2      crazy.  He was upset or some bullshit like that.

3           LARRY SCHOOLCRAFT:  (Inaudible).

4           ADRIAN SCHOOLCRAFT:  And that's exactly

5      how it's going to be presented to the Queens DA, or

6      the Brooklyn DA, where is this, however -- however

7      this goes.

8           LARRY SCHOOLCRAFT:  Queens DA, public

9      integrity, US Attorney's office, FBI, it's all --

10     everybody's --

11          ADRIAN SCHOOLCRAFT:  Is there any question

12     to the attempted murder charge?  Did I explain

13     anything less than attempted murder?

14          SERGEANT CHU:  Well, I do -- that will not

15     be (inaudible)--

16          ADRIAN SCHOOLCRAFT:  The EMS stated -- I

17     don't remember them saying my blood pressure, but

18     they said, He's gotta go to the hospital.

19          SERGEANT CHU:  Now, this was after --

20          ADRIAN SCHOOLCRAFT:  And again, they were

21     talking to them.  The EMS guy was talking to them.

22     And I said, why are you talking to them about my

23     medical condition?

24          LARRY SCHOOLCRAFT:  Right.  I remember

25     hearing that.

*TAPE-RECORDED INTERVIEW*

1        ADRIAN SCHOOLCRAFT:  And he just, he just

2    did this, like, um-hmm, you know, just looked at me

3    like --

4        SERGEANT CHU:  Well, when they -- just to

5    clarify, when he said your vitals looked tachy --

6        ADRIAN SCHOOLCRAFT:  He said -- that was the

7    word he used.

8        SERGEANT CHU:  -- that was after you were

9    stepped on by Chief Marino?

10       ADRIAN SCHOOLCRAFT:  No, no, it was

11   before.

12       SERGEANT CHU:  This is before.

13       ADRIAN SCHOOLCRAFT:  This was when I went

14   out with them --

15       SERGEANT CHU:  Yeah.

16       ADRIAN SCHOOLCRAFT:  -- reluctantly, I

17   objected.

18       SERGEANT CHU:  Yeah.

19       ADRIAN SCHOOLCRAFT:  But they said that I

20   was disobeying a lawful -- I don't know, I just woke

21   up, I just had a shot of NyQuil, I just woke up.

22   Okay.  I better go with them.

23       LARRY SCHOOLCRAFT:  Sergeant, what I don't

24   understand, I believe they suspended him and took

25   his ID card, so if --

*TAPE-RECORDED INTERVIEW*

1              ADRIAN SCHOOLCRAFT:  The Lieutenant said,

2      Where's his ID?  I take out my wallet, I give him my

3      ID.  He looks at me like -- and like with shock on

4      his face.  And my answer was like, go now.

5              LARRY SCHOOLCRAFT:  They told him --

6      right, they told him he was suspended.  So if he's

7      suspended, why does he have to go anywhere with

8      them?  First of all --

9              ADRIAN SCHOOLCRAFT:  And where was my

10     delegate?

11             LARRY SCHOOLCRAFT:  Yeah.

12             ADRIAN SCHOOLCRAFT:  And where was --

13             LARRY SCHOOLCRAFT:  Yeah, where has his

14     delegate been?

15             ADRIAN SCHOOLCRAFT:  -- (indiscernible) or

16     somebody else, they're coming to an EDP police

17     officer?  I understand ESU coming in, but once my

18     hands are up and there's no weapon, where was the

19     delegate behind them?  (Indiscernible) --

20             LARRY SCHOOLCRAFT:  Sergeant --

21             ADRIAN SCHOOLCRAFT:  -- a doctor?

22     Somebody?

23             LARRY SCHOOLCRAFT:  Right.  Doesn't there

24     have to be some prerequisite --

25             ADRIAN SCHOOLCRAFT:  Look's like

*TAPE-RECORDED INTERVIEW*

1          Councilman Vann's gonna have fun with this one --

2               LARRY SCHOOLCRAFT:  -- prerequisite --

3               ADRIAN  SCHOOLCRAFT:  -- unless  he  doesn't

4          like police officers.

5               LARRY SCHOOLCRAFT:  -- prerequisite

6          paperwork before?  What -- what was the paper --

7             ADRIAN SCHOOLCRAFT:  Who gave the authorization

8          for this --

9               LARRY SCHOOLCRAFT: Yeah.

10               ADRIAN SCHOOLCRAFT:  -- that's what I wanna

11          know?

12               LARRY  SCHOOLCRAFT:  But where's the

13          paperwork for the EDP?  Where is -- where -- you

14          know, this is all after the fact, trying to cover it

15          up, what did they do initially?

16               It sounded to me -- and when you guys hear

17          the recording -- it's like they're making it up as

18          they go.  Their key, their whole purpose is to get

19          him out of that apartment.

20               ADRIAN SCHOOLCRAFT:  Do you have everything

21          you need to start the investigation?  Or does this

22          thing need to be waited until I'm out?

23               SERGEANT CHU:  No, I'll make sure --

24               ADRIAN SCHOOLCRAFT:  I got -- I got a

25          funny feeling from Scott yesterday.

*TAPE-RECORDED INTERVIEW*

1              SERGEANT CHU:  Well, what --

2              ADRIAN SCHOOLCRAFT:  Like, call me when you

3       get out.

4              LARRY SCHOOLCRAFT:  I told -- I told the

5       lieutenant that.  Call me when you get out?

6              ADRIAN SCHOOLCRAFT:  Is this gonna --

7              LARRY SCHOOLCRAFT:  That's why they sent

8       you.

9              ADRIAN SCHOOLCRAFT:  Have I came anything

10      short that would start a criminal investigation on

11      this?

12              SERGEANT CHU:  Oh, no.  We are starting an

13      investigation, whether it's determined to be

14      criminal or not it's determined by the district

15      attorney's office.  And that would be case of any

16      type of allegation of criminality against any police

17      officer, we do a conferral with the DA's office and

18      they make a determination if there is any

19      criminality or not.  You know, as you know, in any

20      type of murder or attempted murder case, there has

21      to be certain elements that have to be proven before

22      that charge can be brought forth, so --

23              ADRIAN SCHOOLCRAFT:  I have the ACR number.

24      Do you want that before you go?

25              SERGEANT CHU:  I can obtain that through

*TAPE-RECORDED INTERVIEW*

1           the -- through the DA department.

2                     ADRIAN SCHOOLCRAFT:  It was a female and a

3           male.

4                     SERGEANT CHU:  Yeah.

5                     ADRIAN SCHOOLCRAFT:  The male was driving.

6                     SERGEANT CHU:  Yeah.

7                     ADRIAN SCHOOLCRAFT:  And the male took my

8           blood pressure.

9                     SERGEANT CHU:  Okay.

10                    ADRIAN SCHOOLCRAFT:  But he didn't do

11          anything.

12                    SERGEANT CHU:  So, I want to make sure I

13          am receiving your complaints, your allegations, as

14          it pertains to each of the officers.  I cannot, you

15          know -- and I'm being honest with you -- cannot sit

16          here and make that determination whether all those,

17          the complaints that you have are actually the

18          allegations that are going to be specifically

19          addressed, because they may be -- what you indicate

20          as murder might just may be unnecessary force.  You

21          know what I mean?  Because you're talking about

22          criminality and the DA's have to make that -- they

23          make the determination whether they -- it was

24          believed to be criminality.

25                    LARRY SCHOOLCRAFT:  We understand that.

TAPE-RECORDED INTERVIEW

1          Aggravated kidnapping and --

2                    SERGEANT CHU:  But, you know, I do --

3                    LARRY SCHOOLCRAFT:  -- civil rights --

4                    SERGEANT CHU:  -- what you believe, what

5          you perceive of the actions that were -- that

6          occurred against you, that have been taken against

7          you, I do that at this intake stage and that will be

8          addressed as part and parcel of what you're

9          complaining, what you're alleging of.  So, you know,

10         am I -- am I going to say -- sit here and say that

11         Chief Marino is alleged of attempted murder --

12                   ADRIAN SCHOOLCRAFT:  All I ask for -

13                   SERGEANT CHU: -- whether that's going to

14         be substantiated --

15                   ADRIAN SCHOOLCRAFT: -- is an investigation

16         and not for (inaudible) --

17                   SERGEANT CHU:  Yes.

18                   LARRY SCHOOLCRAFT:  An objective

19         investigation.

20                   SERGEANT CHU:  Yes.  And that's what will

21         -- what will happen.

22                   ADRIAN SCHOOLCRAFT:  Right.  That's all I

23         ask, objective and (inaudible) --

24                   LARRY SCHOOLCRAFT:  It's going to be

25         investigated (indiscernible).

*TAPE-RECORDED INTERVIEW*

```
1              SERGEANT CHU:  I mean, we, you know --

2              LARRY SCHOOLCRAFT:  (Indiscernible).

3              SERGEANT CHU:  -- in Group 1, don't -- you

4       know, we don't have any -- we don't -- we don't,

5       necessarily, you know, have any feelings, one way or

6       other, as it pertains to the executives.  It's just

7       a job that we do.  The executives are all as well,

8       you know, sometimes are involved in certain levels

9       of misconduct and, you know, things are what they

10      are, you know.  And, you know --

11             LARRY SCHOOLCRAFT:  Sergeant, does, I --

12      just, I'm curious, I mean, you're talking like a say

13      a two star chief or a three star chief, I mean, or

14      say the same allegation, or, I mean, say it was,

15      it's fact, they're gonna go after him just as hard

16      as if it was a patrolman?

17             SERGEANT CHU:  Absolutely.  Because the

18      department, the commissioner and the department, as

19      a whole, do not want to -- certainly do not want to

20      be embarrassed by any type of misconduct by anybody

21      of any higher rank, and especially if --

22             LARRY  SCHOOLCRAFT:  (Inaudible).

23             SERGEANT CHU:  Yes.  But this actually a

24      much more significant light on the department as a

25      whole, and so certainly if there has been misconduct
```

*TAPE-RECORDED INTERVIEW*

1         proven then the -- in my experience, and again I don't

2         have any day-to-day communication --

3                   LARRY SCHOOLCRAFT:  No.  I understand.

4         The scary thing --

5                   SERGEANT CHU:  -- but, in the things that

6         I see, the penalty is really no different.

7                   ADRIAN SCHOOLCRAFT:  Okay.

8                   SERGEANT CHU:  The rank and file, myself

9         included, don't hear about it, but the penalty phase

10        is no different.  Excuse me.

11

12                        (Phone ringing)

13

14                   ADRIAN SCHOOLCRAFT:  I want to be

15        evaluated with my attorney.

16                   DR. ISAKOV:  Okay.  Then -- and then we

17        will wait until the attorney is here.

18                   ADRIAN SCHOOLCRAFT:  Okay.

19                   LARRY SCHOOLCRAFT:  Okay.  (Inaudible).

20                   ADRIAN SCHOOLCRAFT:  Dad, go with the

21        sergeant.

22                   LARRY SCHOOLCRAFT:  No.  I got some things

23        I have to have answered before I leave here.

24                   In the next five minutes, sergeant, I'll

25        walk out with you, is that okay?

TAPE-RECORDED INTERVIEW

1              ADRIAN SCHOOLCRAFT:  Thanks.

2              SERGEANT CHU:  Okay.

3              ADRIAN SCHOOLCRAFT:  Sorry, but this is --

4       I've been -- I've been locked up for four days --

5              LARRY SCHOOLCRAFT:  I need -- Christine is

6       the social worker and I need Christine to come back

7       to answer some questions.

8              DR. ISAKOV:  What social worker questions

9       do you have?

10             LARRY SCHOOLCRAFT:  I wanna know, for one,

11      who is the mental health legal service lawyer?  And,

12      Adrian wants to file a --

13             DR. ISAKOV:  I can give you the name and I

14      can give you the number to call.

15             LARRY  SCHOOLCRAFT:  Okay.  He wants to

16      file -- where can he get a written request for

17      release?  He needs the form.  He needs to file.

18      Nobody's --

19             DR. ISAKOV:  To release what?

20             ADRIAN SCHOOLCRAFT:  Me.

21             LARRY SCHOOLCRAFT:  His person.

22             DR. ISAKOV:  I told you, it's a doctor,

23      it's not the social worker's decision for release.

24             ADRIAN SCHOOLCRAFT:  I don't request to

25      leave?

*TAPE-RECORDED INTERVIEW*

1          LARRY SCHOOLCRAFT:  Well, you see, Adrian

2     is going to request, he wants to --

3          DR. ISAKOV:  Okay.  You can get the -- get

4     the 72 hour (inaudible), and I want to get a written

5     document, I don't feel that I have any mental reason

6     to be here.

7          LARRY SCHOOLCRAFT:  Yes, sir.  That's what

8     I'm asking for.

9          DR. ISAKOV:  Okay.  And by the law, we

10     need -- we have 72 hours to respond to it.

11          LARRY SCHOOLCRAFT:  Okay.  Well, you've

12     had, okay -- so where do we get that form?

13          DR. ISAKOV:  It's not a form, it's just

14     regular paper.  You can get put piece of paper --

15          LARRY SCHOOLCRAFT: Okay.  And he what, he

16     writes it out?

17          DR. ISAKOV:  He will write out --

18          ADRIAN SCHOOLCRAFT:  Have to write it out.

19          DR. ISAKOV:  -- that I am so and so, in the

20     hospital, I wanted to be released in the hospital

21     because I don't have any mental illness.  He'll sign

22     it and --

23          LARRY SCHOOLCRAFT:  (Inaudible) write it

24     out.

25          DR. ISAKOV:  -- he will hand it to me, I

TAPE-RECORDED INTERVIEW

1          will put the date and time when he handed it to me.

2                    LARRY SCHOOLCRAFT:  Okay.  And then how

3          does he scheduled to go before a hearing, to get a

4          hearing before a judge?

5                    DR. ISAKOV:  A hearing now, today is,

6          what, Wednesday, yes?  Tomorrow morning the lawyer

7          will be here, his mental health lawyer --

8                    ADRIAN SCHOOLCRAFT:  It's not my lawyer.

9                    DR. ISAKOV:  -- for the patient.

10                   LARRY SCHOOLCRAFT:  Okay.

11                   DR. ISAKOV:  It's not your lawyer that

12         maybe you want, but this is a lawyer that state

13         providing to every patient who getting admitted to

14         our hospital.

15                   LARRY SCHOOLCRAFT:  So, he's automatically

16         provided a mental health lawyer?

17                   DR. ISAKOV:  Yes, yes, right.

18                   LARRY SCHOOLCRAFT:  And he will see that

19         lawyer tomorrow?

20                   DR. ISAKOV:  Tomorrow morning.

21                   LARRY SCHOOLCRAFT:  Okay.

22                   DR. ISAKOV:  Tomorrow morning he will

23         discuss with him and will tell him the same that I

24         want to be discharged, I don't feel that I need to

25         be here.

*TAPE-RECORDED INTERVIEW*

```
1              ADRIAN SCHOOLCRAFT:  Right.

2              DR. ISAKOV:  And, if you, by tomorrow, for

3        example, or day after tomorrow, depending how long

4        it will take to finish our evaluation, if we do not

5        come to a conclusion that we need to discharge him,

6        then he has the right to take us to the court and

7        the court usually happens on Tuesdays.  The first

8        day he can be in the court it will be Tuesday, if we

9        do not release him before then.

10             ADRIAN SCHOOLCRAFT:  Do we have to wait

11       the 72 hours to go to court?

12             DR. ISAKOV:  The 72 hours is for us to

13       respond.

14             ADRIAN SCHOOLCRAFT:  Right.  But do we

15       have to wait for that to go to a judge?

16             DR. ISAKOV:  I told you, the judge usually

17       sit at our hospital only Tuesday.

18             LARRY  SCHOOLCRAFT:  Excuse me.  I know

19       what you're saying, that you don't (inaudible).

20             ADRIAN SCHOOLCRAFT:  How about clothes?

21       Can I wear clothes?

22             DR. ISAKOV:  Yeah, sure.

23             ADRIAN SCHOOLCRAFT:  Oh, okay.

24             LARRY SCHOOLCRAFT:  (Inaudible).

25             DR. ISAKOV:  Do you have your clothes with
```

TAPE-RECORDED INTERVIEW

1        you?

2              ADRIAN SCHOOLCRAFT:  They have a bag, I

3        think, or (inaudible).

4              DR. ISAKOV:  If they need to be washed, we

5        can wash them (indiscernible).

6              LARRY  SCHOOLCRAFT:  Okay.  I just have --

7        is there an actual commitment order?  Or what are

8        you actually going by?

9              Is there an actual commitment order that

10       is keeping him --

11             DR. ISAKOV:  I will -- I will explain you.

12       The reason that he was brought here is pretty

13       serious business and you can understand that a lot

14       of things was going in his life lately that he

15       wasn't happy with.

16             LARRY SCHOOLCRAFT:  Yeah.  That's what we

17       would like to know, because we don't know about it.

18             DR. ISAKOV:  Okay.  When he came to the

19       hospital and the psychiatrist was called to evaluate

20       him, when they evaluated him, he presented with this

21       suspiciousness for the -- with the -- with the plot

22       that some crime going on in the police department.

23       I don't --

24             LARRY  SCHOOLCRAFT:  Are you getting this,

25       sarge?

*TAPE-RECORDED INTERVIEW*

```
1                          SERGEANT CHU:  (Indiscernible) listening.
2                          DR. ISAKOV:  -- I don't know now if it's
3              true or if it's of his beliefs.  You understand?
4                          LARRY SCHOOLCRAFT:  Well --
5                          DR. ISAKOV:  I don't know.  I -- I --
6                          LARRY SCHOOLCRAFT:  Doctor --
7                          DR. ISAKOV:  -- don't -- I'm not working
8              there.
9                          LARRY SCHOOLCRAFT:  I understand.  So what
10             you're saying --
11                         DR. ISAKOV:  I don't know.  For me --
12                         LARRY SCHOOLCRAFT:  -- Doc, what you're
13             saying is --
14                         DR. ISAKOV:  For me, now, my job is to
15             figure out if it's true --
16                         LARRY SCHOOLCRAFT:  So --
17                         DR. ISAKOV:  -- or it's just his own
18             belief --
19                         LARRY SCHOOLCRAFT:  Okay.  I understand
20             that.
21                         DR. ISAKOV:  -- now I will tell you a
22             little bit more.  But because I get the information
23             that one year ago he was evaluated by a psychiatrist
24             in his office and the decision was made that his gun
25             need to be taken away from him, then I need to have
```

*TAPE-RECORDED INTERVIEW*

1          the access to this evaluation to see what's

2          happening (inaudible) --

3                    ADRIAN SCHOOLCRAFT:  That's what I've been

4          trying to get for a year.

5                    DR. ISAKOV:  -- what is the -- what is

6          the --

7                    ADRIAN SCHOOLCRAFT:  Reason.

8                    DR. ISAKOV:  -- reason.  And what was the

9          result of the evaluation?  He was recommended

10         treatment, he was diagnosed with some mental illness

11         or not.  When I will get --

12                   LARRY  SCHOOLCRAFT:  I hope you have

13         better luck than we did.

14                   DR. ISAKOV:  -- when I will get this all

15         information, and according to my observation talking

16         to him and discussing stuff, and if everything will

17         come out that there is nothing dangerous for himself

18         or to others and if he needs some treatment, we will

19         recommend some treatment, or if not, then we will

20         tell, okay, nothing to be done, then I will be

21         comfortable to tell him now you go.

22                   LARRY SCHOOLCRAFT:  But, Doctor, what

23         happens if the police department doesn't give you

24         the paperwork you need, so, he could be here

25         indefinitely until the police department --

*TAPE-RECORDED INTERVIEW*

1          DR. ISAKOV:  Again, I -- they need to give

2     me the reason why they brought him here.  If they

3     don't tell me, no, it's court information, that

4     nobody can get it, only up under a court order, it's

5     different story, then I will tell (indiscernible).

6          LARRY SCHOOLCRAFT:  Okay.

7          DR. ISAKOV:  I cannot -- I need to base my

8     decision by my evaluation.

9          LARRY SCHOOLCRAFT:  Right.  Okay.  I

10    appreciate that.

11         DR. ISAKOV:  If they tell me that now, if

12    you will sign a release information, we will send it

13    to you, you will sign a release information and they

14    will fax it to us.

15         LARRY SCHOOLCRAFT:  Why hasn't that

16    already been done?

17         DR. ISAKOV:  He just came.  I told you, I

18    saw him first time today.

19         LARRY SCHOOLCRAFT:  Yeah, but, I mean,

20    sometime before this.  Why hasn't the police

21    department taken these steps?  I mean --

22         DR. ISAKOV:  Once again, you're asking the

23    wrong person.  You need to ask them that.

24         LARRY  SCHOOLCRAFT:  It seems I'm always

25    (indiscernible).  But, doctor, what you're basing

TAPE-RECORDED INTERVIEW

1           the fact that his being here is, is you're saying

2           some doctor --

3                     DR. ISAKOV:  Okay.  What I'm saying, that I

4           don't see that he's acting this out, I don't see him

5           -- he's agitated or he need to be medicated --

6                     LARRY SCHOOLCRAFT:  Hey, doctor --

7                     DR. ISAKOV:  -- or suggest that he be on

8           medication.  I don't see it.  But the only thing

9           that I see that he still has this idea that is

10          something wrong going on in the police, and I need

11          to investigate, how much is it going on?

12                    LARRY SCHOOLCRAFT:  Sergeant, are you

13          getting this?

14                    SERGEANT CHU:  No, I am.  I -- I understand

15          what the doctor is saying.

16                    LARRY SCHOOLCRAFT:  Do you find it very

17          interesting?  He's being held here because of his

18          allegations, not because there is anything wrong

19          with him.  I mean, you are grasping that, right?

20                    ADRIAN SCHOOLCRAFT:  This is retaliation.

21                    DR. ISAKOV:  Again, I -- I don't know,

22          again, if I'm doing something wrong, I'm doing it in

23          his --

24                    LARRY  SCHOOLCRAFT:  We're not -- you

25          understand because (inaudible) --

*TAPE-RECORDED INTERVIEW*

1          DR. ISAKOV:  -- if I don't get, there's

2     nothing wrong with him, it will be in your benefit.

3          SERGEANT CHU:  You have to understand from

4     the doctor's perspective that he does not know

5     Adrian up until a couple of days, so --

6          LARRY  SCHOOLCRAFT:  Right.  So he's

7     trying to verify if it's legitimate.

8          SERGEANT CHU:  Yeah.  Well, he --

9          LARRY  SCHOOLCRAFT:  Not if it's --

10         SERGEANT CHU:  Yes.

11         LARRY SCHOOLCRAFT:  -- legitimate, but if

12    Adrian believes it's legitimate.

13         SERGEANT CHU:  Yes.  Yes.

14         LARRY SCHOOLCRAFT:  Right.  I understand

15    that.  I understand that.  I -- and I sympathize

16    with you --

17         DR. ISAKOV:  Then, again, even if it's

18    legitimate, I wanted to know what he want to do with

19    this?  If he will say, I just will report it to the

20    authorities and they need to take care of it, is one

21    story.  If he will tell, no, I need to take care of

22    myself, I will go and punish them, is a different

23    story.

24         LARRY SCHOOLCRAFT:  Yeah.  Well, that's

25    why the Internal Affairs is here.  Adrian has been

*TAPE-RECORDED INTERVIEW*

1          reporting it.

2                    DR. ISAKOV:  You understand?  That's why

3          he's a (inaudible) --

4                    LARRY  SCHOOLCRAFT:  Right.  That's why

5          it's important --

6                    DR. ISAKOV:  -- that's why I need to see if

7          he's dangerous, if he wanted to do something.

8                    LARRY SCHOOLCRAFT:  Right.  I understand,

9          doctor.  That's why we wanted --

10                    DR. ISAKOV:  Especially if the gun was

11          taken away, probably was some suspicion that he can

12          do something.

13                    LARRY SCHOOLCRAFT:  That's why we wanted

14          the sergeant here, so he can see that Adrian is not

15          dreaming this up, and he's willing to talk to you,

16          but...

17                    Okay, but you can understand, if there

18          must be what, how many thousands of reports out

19          there everyday where a citizen says, I believe this

20          happened, this happened and this happened and police

21          make reports.  They don't say, we've gotta put you

22          in a mental hospital to see if you are mentally

23          stable enough to make this report.

24                    I mean, am I right, Sergeant?  I mean,

25          that's what they are basing his incarceration on,

TAPE-RECORDED INTERVIEW

1          the fact that he's making allegations and -- so now

2          we gotta lock him up to see if he is mentally able

3          to make those allegations.  So before he reports to

4          IAB, he's gotta be mentally, psychologically

5          cleared.

6                    SERGEANT CHU:  No.  No.  I understand how

7          you are perceiving that.  I totally do.

8                    LARRY SCHOOLCRAFT:  Oh, I'm perceiving it.

9                    SERGEANT CHU:  And as far as the --

10                   ADRIAN SCHOOLCRAFT:  It's how the public's

11         going to perceive it, that's the problem.

12                   SERGEANT CHU:  -- you know --

13                   LARRY SCHOOLCRAFT:  If they can do it to

14         him, they can do it to anybody.

15                   SERGEANT CHU:  Absolutely.

16                   LARRY SCHOOLCRAFT:  And they do.

17                   ADRIAN SCHOOLCRAFT:  And they do in

18         Bedford-Stuyvesant, standing on the corner --

19                   LARRY SCHOOLCRAFT:  You don't have a

20         chance, you don't have a chance.

21                   ADRIAN SCHOOLCRAFT:  -- (inaudible) stand

22         on the corner.  Go with him.

23                   LARRY SCHOOLCRAFT:  I'm going with him.

24         Okay.  Doctor, so what time is the lawyer coming

25         tomorrow?

*TAPE-RECORDED INTERVIEW*

```
 1                        DR. ISAKOV:  He's in in the morning.

 2                        LARRY SCHOOLCRAFT:  Okay.  Now --

 3                        ADRIAN SCHOOLCRAFT:  Do I have to sign --

 4           sign in, somewhere, and let them know that I'm

 5           requesting him?  Or just be up --

 6                        DR. ISAKOV:  No, that it's definitely he

 7           will see you.

 8                        LARRY SCHOOLCRAFT:  They see all the

 9           patients?

10                        DR. ISAKOV:  They see every new patient.

11                        ADRIAN SCHOOLCRAFT:  Oh, okay.  Okay.

12           good, good.

13                        LARRY SCHOOLCRAFT:  Okay.  Good.  Those

14           questions you've answered, I appreciate it, Doctor.

15           And...  And I'm having really bad brain farts

16           lately...

17                        Sergeant, do you have any questions?

18                        SERGEANT CHU:  No.

19                        LARRY SCHOOLCRAFT:  You're cleared.  You're

20           ready to go?

21                        SERGEANT CHU:  Thanks.

22                        LARRY SCHOOLCRAFT:  Okay, so -- yeah, I

23           got that, I'll make copies, I'm making copies.

24                        ADRIAN SCHOOLCRAFT:  Make copies of this.

25                        LARRY SCHOOLCRAFT:  So, now, are you gonna
```

*TAPE-RECORDED INTERVIEW*

```
1              -- are you gonna talk to him now, doctor?
2                   DR. ISAKOV:  (Inaudible).
3                   LARRY SCHOOLCRAFT:  Okay.  And, so, how
4         long do you think you will need to evaluate him, or
5         is that based on what you hear?  I mean --
6                   DR. ISAKOV:  Yeah.  The evaluation is
7         ongoing (inaudible) --
8                   SERGEANT CHU:  And, again, in a -- in all
9         fairness to the doctor, the doctor will probably --
10        you know, it's -- it's hard to give any type of
11        direct questions, like, you know, if I go and see my
12        family doctor about something --
13                  LARRY  SCHOOLCRAFT:  It's subjective.
14                  SERGEANT CHU:  Yeah, it's very subjective.
15                  LARRY  SCHOOLCRAFT:  Yes.  I understand
16        that.
17                  SERGEANT CHU:  In all honesty, sir, I
18        think it's -- quite honestly, it's an unfair
19        question to ask of him right now.
20                  LARRY SCHOOLCRAFT:  No.  I know what
21        you're saying.  That's not -- that's not what I'm
22        asking.  What I'm asking is, if he is okay --
23                  SERGEANT CHU:  Yeah.
24                  LARRY SCHOOLCRAFT:  -- how long will it
25        take to evaluate him?  If there isn't any problems,
```

*TAPE-RECORDED INTERVIEW*

1        how long will it take?  That's what I'm asking.

2                DR. ISAKOV:  It's again, the evaluation,

3        as I told you, is not just one part just talking

4        with him, talking with him is one part.  The other

5        part will be obtaining information --

6                LARRY SCHOOLCRAFT:  Yeah, but the point is

7        to that, doctor --

8                DR. ISAKOV:  -- from the previous

9        evaluation and --

10                LARRY SCHOOLCRAFT:  -- what happens if you

11        can't get any of that information?

12                DR. ISAKOV:  If not, then I will just base

13        on my own evaluation and do what I'm going to do.

14                LARRY SCHOOLCRAFT:  That's what I'm --

15        again, doctor, that's what I am asking you.  How

16        long is it gonna take you to evaluate him?  Forget

17        about everybody else, you, a psychiatrist?

18                If everything is okay with him, and there

19        isn't a problem, how long will it take for you to

20        say, there's not a problem?

21                DR. ISAKOV:  I tell you, again, it will

22        not take long, but the only thing that's holding him

23        now to tell me what is the result of the evaluation,

24        that we don't have any information that we would

25        like to have.

*TAPE-RECORDED INTERVIEW*

1              LARRY  SCHOOLCRAFT:  Again, you might

2        never get that information.

3              DR. ISAKOV:  Again, it's -- I will call

4        them tomorrow and I will contact somebody and he

5        will sign the release form --

6              ADRIAN SCHOOLCRAFT:  Give her -- give him

7        her number, directly.

8              DR. ISAKOV:  -- (inaudible).

9              ADRIAN SCHOOLCRAFT:  -- give him

10        Lamstein's number.

11              DR. ISAKOV:  Then I -- then if they will

12        say, no, this information will not be available to

13        you, then we will tell, okay, we will make own

14        decision.

15              LARRY SCHOOLCRAFT:  Okay.  I'll take care

16        tomorrow.  Don't worry about it.  Okay.

17

18                    (End of recording)

19

20

21

22

23

24

25                        * * *

120

*TAPE-RECORDED INTERVIEW*

```
 1

 2        CERTIFICATION

 3

 4        I, DEBRA S. NIEVES, certify that the foregoing

 5        transcript was prepared from a digital audio

 6        recording and is a true and accurate record of the

 7        same.

 8

 9

10

11                Debra S. Nieves

12       _____

13        AMERICAN LEGAL TRANSCRIPTION

14        11 Market Street, Suite 215

15        Poughkeepsie, New York 12601

16        Date:  March 2, 2015

17

18

19

20

21

22

23

24

25                        -o0o-
```