C. LAMSTEIN-REISS, M.D.

  MS. PUBLICKER METTHAM:
Objection.

  A. Not on that day in that interview, but based on -- we don't make our impressions just based on limited things like that.

  Q. Have you ever had any discussions with anybody at Jamaica Hospital about Schoolcraft?

  A. I spoke to a social worker there.

  Q. Is that Christine Mc Mann?

  A. Yes.

  Q. What did you discuss with her?

  A. That's all in the records. I can reference my notes if you would like.

  Q. Do you have a recollection of what you discussed with her?

  A. I have a recollection that I think she wanted to consult with me about him and my history with him. I told her I would be happy to do so as long as he signed a release of information consent form authorizing that. I think maybe a few days

Page 313

1   C. LAMSTEIN-REISS, M.D.
2   twice. There was some back and forth
3   answering machine messages, voicemail
4   messages and then I spoke with her two
5   times.
6       Q.   And what were the dates of those
7   conversations?
8       A.   November 6, 2009 and November 9,
9   2009. Yeah, the other days were just
10  messages back and forth.
11          MS. PUBLICKER METTHAM: For the
12      record, could you just state the dates
13      that you had those messages back and
14      forth?
15          THE WITNESS: Let's see, she
16      left me a message on November 4, 2009
17      and requested I call her back. I did
18      callback, but she was already gone for
19      the day and then November 5, one day
20      later I left a message for her
21      requesting a callback and release of
22      information consent form. Then we
23      finally spoke a day after that
24      November 6, 2009.
25      Q.   Where is the reference to a