

**Gerald Cohen <gcohen@cohenfitch.com>**

# FW: Schoolcraft v. City of New York, 10-CV-6005 (RWS)

**Scheiner, Alan (Law)** <ascheine@law.nyc.gov> Tue, May 5, 2015 at 11:47 AM
To: "NORINSBERG@aol.com" <NORINSBERG@aol.com>
Cc: "natbsmith@gmail.com" <natbsmith@gmail.com>, "brianelee@idjlaw.com" <brianelee@idjlaw.com>, "mkoster@ckbblaw.com" <mkoster@ckbblaw.com>, "osterb@mcblaw.com" <osterb@mcblaw.com>, "radomg@mcblaw.com" <radomg@mcblaw.com>, "Shaffer, Ryan (Law)" <rshaffer@law.nyc.gov>, "wakretz@seiffkretz.com" <wakretz@seiffkretz.com>, "john.lenoir@gmail.com" <john.lenoir@gmail.com>, "gcohen@cohenfitch.com" <gcohen@cohenfitch.com>, "Horton, James (Law)" <jhorton@law.nyc.gov>





**Gerald Cohen <gcohen@cohenfitch.com>**

## Schoolcraft v. City of New York, 10-CV-6005 (RWS)

13 messages

**Scheiner, Alan (Law)** <ascheine@law.nyc.gov> Tue, Jun 2, 2015 at 6:21 PM
To: "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov>
Cc: "Horton, James (Law)" <jhorton@law.nyc.gov>, "norinsberg@aol.com" <norinsberg@aol.com>, "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "wakretz@seiffkretz.com" <wakretz@seiffkretz.com>, "mkoster@ckbblaw.com" <mkoster@ckbblaw.com>, "natbsmith@gmail.com" <natbsmith@gmail.com>, "brianelee@idjlaw.com" <brianelee@idjlaw.com>, "osterb@mcblaw.com" <osterb@mcblaw.com>, "radomg@mcblaw.com" <radomg@mcblaw.com>, "john.lenoir@gmail.com" <john.lenoir@gmail.com>, "gcohen@cohenfitch.com" <gcohen@cohenfitch.com>





---

**Nat Smith** <natbsmith@gmail.com> Tue, Jun 2, 2015 at 7:16 PM
To: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>, "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov>
Cc: "Horton, James (Law)" <jhorton@law.nyc.gov>, "norinsberg@aol.com" <norinsberg@aol.com>, "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "wakretz@seiffkretz.com" <wakretz@seiffkretz.com>, "mkoster@ckbblaw.com" <mkoster@ckbblaw.com>, "brianelee@idjlaw.com" <brianelee@idjlaw.com>, "osterb@mcblaw.com" <osterb@mcblaw.com>, "radomg@mcblaw.com" <radomg@mcblaw.com>, "john.lenoir@gmail.com" <john.lenoir@gmail.com>, "gcohen@cohenfitch.com" <gcohen@cohenfitch.com>, magdalena bauza <bauza.magdalena@gmail.com>

Gerald Cohen <gcohen@cohenfitch.com>

# RE: Schoolcraft v. City of New York, 10-CV-6005 (RWS) - Correction

**Scheiner, Alan (Law)** <ascheine@law.nyc.gov> Thu, Jun 11, 2015 at 11:12 AM
To: "NORINSBERG@aol.com" <NORINSBERG@aol.com>
Cc: "natbsmith@gmail.com" <natbsmith@gmail.com>, "brianelee@idjlaw.com" <brianelee@idjlaw.com>, "mkoster@ckbblaw.com" <mkoster@ckbblaw.com>, "osterb@mcblaw.com" <osterb@mcblaw.com>, "radomg@mcblaw.com" <radomg@mcblaw.com>, "wakretz@seiffkretz.com" <wakretz@seiffkretz.com>, "john.lenoir@gmail.com" <john.lenoir@gmail.com>, "gcohen@cohenfitch.com" <gcohen@cohenfitch.com>

**From:** Scheiner, Alan (Law)
**Sent:** Thursday, June 11, 2015 10:45 AM
**To:** 'NORINSBERG@aol.com'
**Cc:** 'natbsmith@gmail.com'; 'brianelee@idjlaw.com'; 'mkoster@ckbblaw.com'; 'osterb@mcblaw.com'; 'radomg@mcblaw.com'; 'wakretz@seiffkretz.com'; 'john.lenoir@gmail.com'; 'gcohen@cohenfitch.com'
**Subject:** RE: Schoolcraft v. City of New York, 10-CV-6005 (RWS)



[Quoted text hidden]

---

**Brian Osterman** <osterb@mcblaw.com>                                        Wed, Aug 12, 2015 at 10:05 AM
To: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>, Nat Smith <natbsmith@gmail.com>
Cc: "Brian E. Lee" <brianelee@idjlaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Walter Kretz <wakretz@seiffkretz.com>, "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, Camille Palmer <cpalmer@ckbblaw.com>



4/2

**Scheiner, Alan (Law)** <ascheine@law.nyc.gov> Wed, Aug 12, 2015 at 10:23 AM
To: Brian Osterman <osterb@mcblaw.com>, Nat Smith <natbsmith@gmail.com>
Cc: "Brian E. Lee" <brianelee@idjlaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Walter Kretz <wakretz@seiffkretz.com>, "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, Camille Palmer <cpalmer@ckbblaw.com>

https://mail.google.com/mail/u/0/?ui=2&ik=e8b787170f&view=pt&as_from=ascheine%40law.nyc.gov&as_sizeoperator=s_sl&as_sizeunit=s_smb&as_subset.. 11/54

4/20/2016 Cohen & Fitch LLP Mail - Schoolcraft v. City of New York 10-CV-6005 (RWS) - Bates #NYC0015093-NYC0015146

---

**From:** Brian Osterman [mailto:osterb@mcblaw.com]
**Sent:** Wednesday, August 12, 2015 10:06 AM
**To:** Scheiner, Alan (Law); 'Nat Smith'
**Cc:** Brian E. Lee; Shammas, Cheryl (Law); Walter Kretz; bbrady@ckbblaw.com; Matthew Koster; Gregory J. Radomisli; rdevine@idjlaw.com; norinsberg Norinsberg; Gerald Cohen; John Lenoir; Thadani, Kavin (Law); Camille Palmer

ht 4



Gerald Cohen <gcohen@cohenfitch.com>

# Schoolcraft v. City of New York, 10-CV-6005 (RWS)
40 messages

**Scheiner, Alan (Law)** <ascheine@law.nyc.gov>     Mon, Aug 31, 2015 at 11:14 AM
To: "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov>
Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>, Nat Smith <natbsmith@gmail.com>



**Andrei_Vrabie@nysd.uscourts.gov** <Andrei_Vrabie@nysd.uscourts.gov>     Mon, Aug 31, 2015 at 2:19 PM

To: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>
Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, Nat Smith <natbsmith@gmail.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>

From: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>
To: "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov>
Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, "Matthew Koster" <mkoster@ckbblaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>, 'Nat Smith' <natbsmith@gmail.com>
Date: 08/31/2015 11:14 AM
Subject: Schoolcraft v. City of New York, 10-CV-6005 (RWS)

---

[Quoted text hidden]

---

**Walter Kretz** <wakretz@seiffkretz.com> Mon, Aug 31, 2015 at 2:12 PM
To: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>
Cc: bbrady@ckbblaw.com, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, mborg@ckbblaw.com, Matthew Koster <mkoster@ckbblaw.com>, Nat Smith <natbsmith@gmail.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, rdevine@idjlaw.com



**From:** Andrei_Vrabie@nysd.uscourts.gov [mailto:Andrei_Vrabie@nysd.uscourts.gov]
**Sent:** Monday, August 31, 2015 2:20 PM
**To:** Scheiner, Alan (Law)
**Cc:** bbrady@ckbblaw.com; Brian E. Lee; Camille Palmer; Shammas, Cheryl (Law); Gerald Cohen; John Lenoir; Thadani, Kavin (Law); mborg@ckbblaw.com; Matthew Koster; 'Nat Smith'; norinsberg Norinsberg; Brian Osterman; Gregory J. Radomisli; rdevine@idjlaw.com; Walter Kretz
**Subject:** Re: Schoolcraft v. City of New York, 10-CV-6005 (RWS)

From: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>
To: "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov>
Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, "Matthew Koster" <mkoster@ckbblaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>, 'Nat Smith' <natbsmith@gmail.com>
Date: 08/31/2015 11:14 AM
Subject: Schoolcraft v. City of New York, 10-CV-6005 (RWS)

---



---

**Jon** <norinsberg@aol.com> Mon, Aug 31, 2015 at 2:24 PM
To: "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov>
Cc: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>, "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, Nat Smith <natbsmith@gmail.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>

---

**Nat Smith** <natbsmith@gmail.com> Mon, Aug 31, 2015 at 2:32 PM
To: Walter Kretz <wakretz@seiffkretz.com>
Cc: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>, "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>

---

**Scheiner, Alan (Law)** <ascheine@law.nyc.gov> Mon, Aug 31, 2015 at 2:40 PM
To: Walter Kretz <wakretz@seiffkretz.com>
Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster

<mkoster@ckbblaw.com>, Nat Smith <natbsmith@gmail.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>

---

**From:** Walter Kretz [mailto:wakretz@seiffkretz.com]
**Sent:** Monday, August 31, 2015 2:12 PM
**To:** Scheiner, Alan (Law)
**Cc:** bbrady@ckbblaw.com; Brian E. Lee; Camille Palmer; Shammas, Cheryl (Law); Gerald Cohen; John Lenoir; Thadani, Kavin (Law); mborg@ckbblaw.com; Matthew Koster; Nat Smith; norinsberg Norinsberg; Brian Osterman; Gregory J. Radomisli; rdevine@idjlaw.com
**Subject:** RE: Schoolcraft v. City of New York, 10-CV-6005 (RWS)

[Quoted text hidden]

---

**Scheiner, Alan (Law)** <ascheine@law.nyc.gov> Mon, Aug 31, 2015 at 2:46 PM
To: "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov>
Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, Nat Smith <natbsmith@gmail.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>

**From:** Andrei_Vrabie@nysd.uscourts.gov [mailto:Andrei_Vrabie@nysd.uscourts.gov]
**Sent:** Monday, August 31, 2015 2:20 PM
**To:** Scheiner, Alan (Law)
**Cc:** bbrady@ckbblaw.com; Brian E. Lee; Camille Palmer; Shammas, Cheryl (Law); Gerald Cohen; John Lenoir; Thadani, Kavin (Law); mborg@ckbblaw.com; Matthew Koster; 'Nat Smith'; norinsberg Norinsberg; Brian Osterman; Gregory J. Radomisli; rdevine@idjlaw.com; Walter Kretz
**Subject:** Re: Schoolcraft v. City of New York, 10-CV-6005 (RWS)

[Quoted text hidden]

---

**Scheiner, Alan (Law)** <ascheine@law.nyc.gov> Mon, Aug 31, 2015 at 2:47 PM
To: Jon <norinsberg@aol.com>, "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov>
Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, Nat Smith <natbsmith@gmail.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>

**From:** Jon [mailto:norinsberg@aol.com]
**Sent:** Monday, August 31, 2015 2:24 PM
**To:** Andrei_Vrabie@nysd.uscourts.gov
**Cc:** Scheiner, Alan (Law); bbrady@ckbblaw.com; Brian E. Lee; Camille Palmer; Shammas, Cheryl (Law); Gerald Cohen; John Lenoir; Thadani, Kavin (Law); mborg@ckbblaw.com; Matthew Koster; Nat Smith; Brian Osterman; Gregory J. Radomisli; rdevine@idjlaw.com; Walter Kretz
**Subject:** Re: Schoolcraft v. City of New York, 10-CV-6005 (RWS)

[Quoted text hidden]

---

**Andrei_Vrabie@nysd.uscourts.gov** <Andrei_Vrabie@nysd.uscourts.gov> Mon, Aug 31, 2015 at 2:50 PM
To: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>
Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, Nat Smith <natbsmith@gmail.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>

From: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>
To: "'Andrei_Vrabie@nysd.uscourts.gov'" <Andrei_Vrabie@nysd.uscourts.gov>
Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, "Matthew Koster" <mkoster@ckbblaw.com>, 'Nat Smith' <natbsmith@gmail.com>, "norinsberg Norinsberg" <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>
Date: 08/31/2015 02:46 PM
Subject: RE: Schoolcraft v. City of New York, 10-CV-6005 (RWS)

---

**From:** Andrei_Vrabie@nysd.uscourts.gov [mailto:Andrei_Vrabie@nysd.uscourts.gov]
**Sent:** Monday, August 31, 2015 2:20 PM
**To:** Scheiner, Alan (Law)
**Cc:** bbrady@ckbblaw.com; Brian E. Lee; Camille Palmer; Shammas, Cheryl (Law); Gerald Cohen; John Lenoir; Thadani, Kavin (Law); mborg@ckbblaw.com; Matthew Koster; 'Nat Smith'; norinsberg Norinsberg; Brian Osterman; Gregory J. Radomisli; rdevine@idjlaw.com; Walter Kretz
**Subject:** Re: Schoolcraft v. City of New York, 10-CV-6005 (RWS)

From: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>

To: "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov>

Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, "Matthew Koster" <mkoster@ckbblaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>, 'Nat Smith' <natbsmith@gmail.com>

Date: 08/31/2015 11:14 AM

Subject: Schoolcraft v. City of New York, 10-CV-6005 (RWS)

---

**Nat Smith** <natbsmith@gmail.com> Mon, Aug 31, 2015 at 3:08 PM
To: "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov>
Cc: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>, "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>

---

**Scheiner, Alan (Law)** <ascheine@law.nyc.gov> Mon, Aug 31, 2015 at 3:08 PM
To: Nat Smith <natbsmith@gmail.com>, "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov>
Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>