

Gerald Cohen &lt;gcohen@cohenfitch.com&gt;

## Schoolcraft Info
3 messages

**NORINSBERG@aol.com** &lt;NORINSBERG@aol.com&gt;     Fri, Jun 25, 2010 at 12:30 PM
To: gcohen@cohenfitch.com



**Gerald Cohen** &lt;gcohen@cohenfitch.com&gt;     Fri, Jun 25, 2010 at 1:07 PM
To: NORINSBERG@aol.com



**Gerald Cohen** &lt;gcohen@cohenfitch.com&gt;     Fri, Jun 25, 2010 at 1:12 PM
To: NORINSBERG@aol.com





Gerald Cohen <gcohen@cohenfitch.com>

---

# SCHOOLCRAFT PBA RECORDS
1 message

---

**Nicole Bursztyn** <Nicole@norinsberglaw.com>  Fri, Jun 25, 2010 at 4:50 PM
To: Gerald Cohen <gcohen@cohenfitch.com>
Cc: Joshua Fitch <jfitch@cohenfitch.com>





**PBA CONTRACT.pdf**
2709K



Gerald Cohen <gcohen@cohenfitch.com>

## SCHOOLCRAFT MEDICAL RECORDS
1 message

**Nicole Bursztyn** <Nicole@norinsberglaw.com>  Fri, Jun 25, 2010 at 4:51 PM
To: Gerald Cohen <gcohen@cohenfitch.com>
Cc: Joshua Fitch <jfitch@cohenfitch.com>





**MEDICAL RECORDS.pdf**
19116K

4/28/2016                                                Cohen & Fitch LLP Mail - Re: Disciplinary Records for Marino & Mauriello.

Case 1:10-cv-06005-RWS   Document 625-18   Filed 04/29/16   Page 4 of 17



Gerald Cohen <gcohen@cohenfitch.com>

---

# Re: Disciplinary Records for Marino & Mauriello.
4 messages

---

**NORINSBERG@aol.com** <NORINSBERG@aol.com>                                      Wed, Mar 11, 2015 at 1:04 PM
To: natbsmith@gmail.com
Cc: gcohen@cohenfitch.com



**Nat Smith** <natbsmith@gmail.com>  Wed, Mar 11, 2015 at 1:07 PM
To: NORINSBERG@aol.com
Cc: gcohen@cohenfitch.com

**From:** <NORINSBERG@aol.com>
**Date:** Wed, 11 Mar 2015 13:04:16 -0400
**To:** Nat Smith <natbsmith@gmail.com>
**Cc:** <gcohen@cohenfitch.com>
**Subject:** Re: Disciplinary Records for Marino & Mauriello.





**NORINSBERG@aol.com** <NORINSBERG@aol.com>  Wed, Mar 11, 2015 at 1:34 PM
To: natbsmith@gmail.com
Cc: gcohen@cohenfitch.com

[redacted]

Gerald Cohen <gcohen@cohenfitch.com>

# Schoolcraft v. City of New York, 10-CV-6005 (RWS)
40 messages

**Scheiner, Alan (Law)** <ascheine@law.nyc.gov>  Mon, Aug 31, 2015 at 11:14 AM
To: "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov>
Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>, Nat Smith <natbsmith@gmail.com>



**Andrei_Vrabie@nysd.uscourts.gov** <Andrei_Vrabie@nysd.uscourts.gov>  Mon, Aug 31, 2015 at 2:19 PM

To: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>
Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, Nat Smith <natbsmith@gmail.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>



| From: | "Scheiner, Alan (Law)" <ascheine@law.nyc.gov> |
| --- | --- |
| To: | "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov> |
| Cc: | "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, "Matthew Koster" <mkoster@ckbblaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>, 'Nat Smith' <natbsmith@gmail.com> |
| Date: | 08/31/2015 11:14 AM |
| Subject: | Schoolcraft v. City of New York, 10-CV-6005 (RWS) |

[Quoted text hidden]

---

**Walter Kretz** <wakretz@seiffkretz.com>                                    Mon, Aug 31, 2015 at 2:12 PM
To: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>
Cc: bbrady@ckbblaw.com, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, mborg@ckbblaw.com, Matthew Koster <mkoster@ckbblaw.com>, Nat Smith <natbsmith@gmail.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, rdevine@idjlaw.com



**From:** Andrei_Vrabie@nysd.uscourts.gov [mailto:Andrei_Vrabie@nysd.uscourts.gov]
**Sent:** Monday, August 31, 2015 2:20 PM
**To:** Scheiner, Alan (Law)
**Cc:** bbrady@ckbblaw.com; Brian E. Lee; Camille Palmer; Shammas, Cheryl (Law); Gerald Cohen; John Lenoir; Thadani, Kavin (Law); mborg@ckbblaw.com; Matthew Koster; 'Nat Smith'; norinsberg Norinsberg; Brian Osterman; Gregory J. Radomisli; rdevine@idjlaw.com; Walter Kretz
**Subject:** Re: Schoolcraft v. City of New York, 10-CV-6005 (RWS)



| | |
|---|---|
| From: | "Scheiner, Alan (Law)" <ascheine@law.nyc.gov> |
| To: | "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov> |
| Cc: | "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, "Matthew Koster" <mkoster@ckbblaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>, 'Nat Smith' <natbsmith@gmail.com> |
| Date: | 08/31/2015 11:14 AM |
| Subject: | Schoolcraft v. City of New York, 10-CV-6005 (RWS) |

**Jon** <norinsberg@aol.com>   Mon, Aug 31, 2015 at 2:24 PM
To: "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov>
Cc: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>, "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, Nat Smith <natbsmith@gmail.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>

**Nat Smith** <natbsmith@gmail.com>   Mon, Aug 31, 2015 at 2:32 PM
To: Walter Kretz <wakretz@seiffkretz.com>
Cc: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>, "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>



**Scheiner, Alan (Law)** <ascheine@law.nyc.gov>   Mon, Aug 31, 2015 at 2:40 PM
To: Walter Kretz <wakretz@seiffkretz.com>
Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster

&lt;mkoster@ckbblaw.com&gt;, Nat Smith &lt;natbsmith@gmail.com&gt;, norinsberg Norinsberg &lt;norinsberg@aol.com&gt;, Brian Osterman &lt;osterb@mcblaw.com&gt;, "Gregory J. Radomisli" &lt;radomg@mcblaw.com&gt;, "rdevine@idjlaw.com" &lt;rdevine@idjlaw.com&gt;

---

**From:** Walter Kretz [mailto:wakretz@seiffkretz.com]
**Sent:** Monday, August 31, 2015 2:12 PM
**To:** Scheiner, Alan (Law)
**Cc:** bbrady@ckbblaw.com; Brian E. Lee; Camille Palmer; Shammas, Cheryl (Law); Gerald Cohen; John Lenoir; Thadani, Kavin (Law); mborg@ckbblaw.com; Matthew Koster; Nat Smith; norinsberg Norinsberg; Brian Osterman; Gregory J. Radomisli; rdevine@idjlaw.com
**Subject:** RE: Schoolcraft v. City of New York, 10-CV-6005 (RWS)

[Quoted text hidden]

---

**Scheiner, Alan (Law)** &lt;ascheine@law.nyc.gov&gt;     Mon, Aug 31, 2015 at 2:46 PM
To: "Andrei_Vrabie@nysd.uscourts.gov" &lt;Andrei_Vrabie@nysd.uscourts.gov&gt;
Cc: "bbrady@ckbblaw.com" &lt;bbrady@ckbblaw.com&gt;, "Brian E. Lee" &lt;brianelee@idjlaw.com&gt;, Camille Palmer &lt;cpalmer@ckbblaw.com&gt;, "Shammas, Cheryl (Law)" &lt;cshammas@law.nyc.gov&gt;, Gerald Cohen &lt;gcohen@cohenfitch.com&gt;, John Lenoir &lt;john.lenoir@gmail.com&gt;, "Thadani, Kavin (Law)" &lt;kthadani@law.nyc.gov&gt;, "mborg@ckbblaw.com" &lt;mborg@ckbblaw.com&gt;, Matthew Koster &lt;mkoster@ckbblaw.com&gt;, Nat Smith &lt;natbsmith@gmail.com&gt;, norinsberg Norinsberg &lt;norinsberg@aol.com&gt;, Brian Osterman &lt;osterb@mcblaw.com&gt;, "Gregory J. Radomisli" &lt;radomg@mcblaw.com&gt;, "rdevine@idjlaw.com" &lt;rdevine@idjlaw.com&gt;, Walter Kretz &lt;wakretz@seiffkretz.com&gt;

---

**From:** Andrei_Vrabie@nysd.uscourts.gov [mailto:Andrei_Vrabie@nysd.uscourts.gov]
**Sent:** Monday, August 31, 2015 2:20 PM
**To:** Scheiner, Alan (Law)
**Cc:** bbrady@ckbblaw.com; Brian E. Lee; Camille Palmer; Shammas, Cheryl (Law); Gerald Cohen; John Lenoir; Thadani, Kavin (Law); mborg@ckbblaw.com; Matthew Koster; 'Nat Smith'; norinsberg Norinsberg; Brian Osterman; Gregory J. Radomisli; rdevine@idjlaw.com; Walter Kretz
**Subject:** Re: Schoolcraft v. City of New York, 10-CV-6005 (RWS)

[Quoted text hidden]

---

**Scheiner, Alan (Law)** &lt;ascheine@law.nyc.gov&gt;     Mon, Aug 31, 2015 at 2:47 PM
To: Jon &lt;norinsberg@aol.com&gt;, "Andrei_Vrabie@nysd.uscourts.gov" &lt;Andrei_Vrabie@nysd.uscourts.gov&gt;
Cc: "bbrady@ckbblaw.com" &lt;bbrady@ckbblaw.com&gt;, "Brian E. Lee" &lt;brianelee@idjlaw.com&gt;, Camille Palmer &lt;cpalmer@ckbblaw.com&gt;, "Shammas, Cheryl (Law)" &lt;cshammas@law.nyc.gov&gt;, Gerald Cohen &lt;gcohen@cohenfitch.com&gt;, John Lenoir &lt;john.lenoir@gmail.com&gt;, "Thadani, Kavin (Law)" &lt;kthadani@law.nyc.gov&gt;, "mborg@ckbblaw.com" &lt;mborg@ckbblaw.com&gt;, Matthew Koster &lt;mkoster@ckbblaw.com&gt;, Nat Smith &lt;natbsmith@gmail.com&gt;, Brian Osterman &lt;osterb@mcblaw.com&gt;, "Gregory J. Radomisli" &lt;radomg@mcblaw.com&gt;, "rdevine@idjlaw.com" &lt;rdevine@idjlaw.com&gt;, Walter Kretz &lt;wakretz@seiffkretz.com&gt;

**From:** Jon [mailto:norinsberg@aol.com]
**Sent:** Monday, August 31, 2015 2:24 PM
**To:** Andrei_Vrabie@nysd.uscourts.gov
**Cc:** Scheiner, Alan (Law); bbrady@ckbblaw.com; Brian E. Lee; Camille Palmer; Shammas, Cheryl (Law); Gerald Cohen; John Lenoir; Thadani, Kavin (Law); mborg@ckbblaw.com; Matthew Koster; Nat Smith; Brian Osterman; Gregory J. Radomisli; rdevine@idjlaw.com; Walter Kretz
**Subject:** Re: Schoolcraft v. City of New York, 10-CV-6005 (RWS)

[Quoted text hidden]

---

**Andrei_Vrabie@nysd.uscourts.gov** <Andrei_Vrabie@nysd.uscourts.gov>   Mon, Aug 31, 2015 at 2:50 PM
To: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>
Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, Nat Smith <natbsmith@gmail.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>

| | |
|---|---|
| From: | "Scheiner, Alan (Law)" <ascheine@law.nyc.gov> |
| To: | "'Andrei_Vrabie@nysd.uscourts.gov'" <Andrei_Vrabie@nysd.uscourts.gov> |
| Cc: | "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, "Matthew Koster" <mkoster@ckbblaw.com>, 'Nat Smith' <natbsmith@gmail.com>, "norinsberg Norinsberg" <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com> |
| Date: | 08/31/2015 02:46 PM |
| Subject: | RE: Schoolcraft v. City of New York, 10-CV-6005 (RWS) |

**From:** Andrei_Vrabie@nysd.uscourts.gov [mailto:Andrei_Vrabie@nysd.uscourts.gov]
**Sent:** Monday, August 31, 2015 2:20 PM
**To:** Scheiner, Alan (Law)
**Cc:** bbrady@ckbblaw.com; Brian E. Lee; Camille Palmer; Shammas, Cheryl (Law); Gerald Cohen; John Lenoir; Thadani, Kavin (Law); mborg@ckbblaw.com; Matthew Koster; 'Nat Smith'; norinsberg Norinsberg; Brian Osterman; Gregory J. Radomisli; rdevine@idjlaw.com; Walter Kretz
**Subject:** Re: Schoolcraft v. City of New York, 10-CV-6005 (RWS)



| | |
|---|---|
| From: | "Scheiner, Alan (Law)" <ascheine@law.nyc.gov> |
| To: | "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov> |
| Cc: | "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, "Matthew Koster" <mkoster@ckbblaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>, 'Nat Smith' <natbsmith@gmail.com> |
| Date: | 08/31/2015 11:14 AM |
| Subject: | Schoolcraft v. City of New York, 10-CV-6005 (RWS) |

---

**Nat Smith** <natbsmith@gmail.com>  Mon, Aug 31, 2015 at 3:08 PM
To: "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov>
Cc: "Scheiner, Alan (Law)" <ascheine@law.nyc.gov>, "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>

---

**Scheiner, Alan (Law)** <ascheine@law.nyc.gov>  Mon, Aug 31, 2015 at 3:08 PM
To: Nat Smith <natbsmith@gmail.com>, "Andrei_Vrabie@nysd.uscourts.gov" <Andrei_Vrabie@nysd.uscourts.gov>
Cc: "bbrady@ckbblaw.com" <bbrady@ckbblaw.com>, "Brian E. Lee" <brianelee@idjlaw.com>, Camille Palmer <cpalmer@ckbblaw.com>, "Shammas, Cheryl (Law)" <cshammas@law.nyc.gov>, Gerald Cohen <gcohen@cohenfitch.com>, John Lenoir <john.lenoir@gmail.com>, "Thadani, Kavin (Law)" <kthadani@law.nyc.gov>, "mborg@ckbblaw.com" <mborg@ckbblaw.com>, Matthew Koster <mkoster@ckbblaw.com>, norinsberg Norinsberg <norinsberg@aol.com>, Brian Osterman <osterb@mcblaw.com>, "Gregory J. Radomisli" <radomg@mcblaw.com>, "rdevine@idjlaw.com" <rdevine@idjlaw.com>, Walter Kretz <wakretz@seiffkretz.com>