## Veritext  New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Gerald M Cohen, Esq |
|---|---|
| | Cohen & Fitch Esqs |
| | 233  Broadway |
| | Suite 1800 |
| | New York, NY, 10279-1899 |

| | |
|---|---|
| **Invoice #:** | NY2285921 |
| **Invoice Date:** | 3/31/2015 |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | Schoolcraft  v. City of NY |
| **Job #:** | 2025159 | Job Date: 2/27/2015 | Delivery: Expedited |
| **Billing Atty:** | Gerald M Cohen, Esq |
| **Location:** | Cohen & Fitch Esqs |
| | 233  Broadway   | Suite 1800 | New York, NY 10279-1899 |
| **Sched Atty:** | Gerald M Cohen, Esq | Cohen & Fitch Esqs |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original Transcript | Page | 464.00 | $5.00 | $2,320.00 |
| | Video – Digitizing & Transcript Synchronization | Hour | 2.50 | $75.00 | $187.50 |
| | Shipping & Handling - Video Media | Package | 1.00 | $43.42 | $43.42 |

| | | |
|---|---|---|
| **Notes:**  >> THIS IS A REVISED INVOICE- IT REPLACES # NY2280439 | **Invoice Total:** | $2,550.92 |
| | **Payment:** | ($2,589.18) |
| | **Credit:** | $0.00 |
| | **Interest:** | $38.26 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **NY2285921** |
| **Job #:** | **2025159** |
| **Invoice Date:** | **3/31/2015** |
| **Balance:** | **$0.00** |

38112

## Veritext  New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Gerald M Cohen, Esq | **Invoice #:** | NY2293972 |
| Cohen & Fitch Esqs | **Invoice Date:** | 4/27/2015 |
| 233  Broadway | **Balance Due:** | $0.00 |
| Suite 1800 | | |
| New York, NY, 10279-1899 | | |

| | |
|---|---|
| **Case:** | Schoolcraft  v. City of NY |
| **Job #:** | 2040521 \| Job Date: 3/19/2015 \| Delivery: Expedited |
| **Billing Atty:** | Gerald M Cohen, Esq |
| **Location:** | Cohen & Fitch Esqs |
| | 233  Broadway   \| Suite 1800 \| New York, NY 10279-1899 |
| **Sched Atty:** | Gerald M Cohen, Esq \| Cohen & Fitch Esqs |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 4305498_1 | Original Transcript | Page | 28.00 | $5.00 | $140.00 |
| | Video – MPEG/Digitizing | | 0.25 | $75.00 | $18.75 |
| Lt Caughey | Original Transcript | Page | 103.00 | $5.00 | $515.00 |
| | Video – MPEG/Digitizing | | 1.25 | $75.00 | $93.75 |
| | Shipping & Handling - Video Media | Package | 1.00 | $43.51 | $43.51 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $811.01 |
| | **Payment:** | ($823.18) |
| | **Credit:** | $0.00 |
| | **Interest:** | $12.17 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| **Invoice #:** | **NY2293972** |
|---|---|
| **Job #:** | **2040521** |
| **Invoice Date:** | **4/27/2015** |
| **Balance:** | **$0.00** |

38112

# Veritext  New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Gerald M Cohen, Esq | **Invoice #:** NY2310438 |
| Cohen & Fitch Esqs | **Invoice Date:** 5/15/2015 |
| 233  Broadway | **Balance Due:** $0.00 |
| Suite 1800 | |
| New York, NY, 10279-1899 | |

| | |
|---|---|
| **Case:** | Schoolcraft v. City of NY |
| **Job #:** | 2046100 | Job Date: 4/3/2015 | Delivery: Expedited |
| **Billing Atty:** | Gerald M Cohen, Esq |
| **Location:** | Cohen & Fitch Esqs |
| | 233  Broadway   | Suite 1800 | New York, NY 10279-1899 |
| **Sched Atty:** | Gerald M Cohen, Esq | Cohen & Fitch Esqs |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Audio Transcription | Original Transcript | Page | 54.00 | $5.00 | $270.00 |
| | Video – MPEG/Digitizing | | 1.00 | $75.00 | $75.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $43.51 | $43.51 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $388.51 |
| | **Payment:** | ($388.51) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **NY2310438** |
|---|---|
| **Job #:** | **2046100** |
| **Invoice Date:** | **5/15/2015** |
| **Balance:** | **$0.00** |

38112