*Levine & Gilbert*
*Attorneys at Law*
*115 Christopher Street*
*New York, N.Y. 10014*

Harvey A. Levine
Richard A. Gilbert, P.C.
Lori M. Lefkowitz

Peter J. Gleason, Of Counsel

(212) 645-1990
(212) 227-7750
Fax (212) 633-1977

May 2, 2016

**Via ECF & Fax**
Hon. Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    RE: Schoolcraft v. City of New York et.al.
       10-CV-6005 (RWS)

Honorable Sir;

  The undersigned submits this letter on behalf of himself, his partner, Harvey A. Levine and Peter J. Gleason, Esq. as attorneys who have participated in the legal representation of plaintiff in the above referenced matter. The undersigned was out of state attending his daughter's college graduation and encountered some technical difficulties in converting our group's Reply Affirmation into PDF form and thus was unable to upload same to the ECF. However, the affirmation was forwarded to your Law Clerk, Talia Nissimyan, explaining my problem, in addition to opposing counsel as well as the other plaintiff's attorneys via email.

  I write to advise the Court that I am uploading our Reply Affirmation today and respectfully request via this letter that the Court accept same, nunc pro tunc, as of April 29, 2016.

                Respectfully yours,

                RICHARD A. GILBERT (9293)

rg:jp
cc: All counsel