UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ADRIAN SCHOOLCRAFT,                                  10-cv-6005 (RWS)

                Plaintiff,

                                    **SUPPLEMENTAL AFFIRMATION OF NATHANIEL B. SMITH**

    -v-

CITY OF NEW YORK, et al.,

                Defendants.

---------------------------------------------------------X

      Nathaniel B. Smith, being an attorney admitted to practice law in this State and before this Court, hereby states and declares under the penalties of perjury that the foregoing is true and correct:

      1.   As one of the attorneys for the plaintiff in the above-referenced action, I am submitting this affirmation in further support of the plaintiff's application for reasonable attorneys' fees, costs, and expenses of this action.

      2.   Attached hereto is revised chart reflecting the fees and expenses being sought by the "Smith group," as defined in the motion

papers.  The only substantive modification to the chart that I submitted with my reply declaration was to update the fees sought to include a request for "fees on fees" for 106 hours of additional time that I billed in this action since filing the initial motion for fees on December 16, 2015.  In addition, I am attaching my time records reflecting those hours.  The time entries were made me personally into an internet-based software program know as "Time59," which I have been using since the beginning of this year.  The entries are regularly made by me at the time the work was done or at the end of the work day, and these records are made, kept and maintained by me as a regular part of my practice.

Dated:  May 12, 2016

                                            LAW OFFICE OF
                                            NATHANIEL B.SMITH

                                                      s/NBS
                                            _____
                                            Nathaniel B. Smith
                                            Attorney for Plaintiff
                                            100 Wall Street – 23rd Floor
                                            New York, New York 10006
                                            (212) 227-7062

## Smith Group Adjusted Billing Chart

| Attorney | Total Hours | Cost of Substitution | Law Enforcement | Hourly Rate | Adjusted Hours | Adjusted Bill |
|---|---|---|---|---|---|---|
| Smith | 2217.5[1] | 54.5 | 16.95 | $575 | 2146.05 | $1,233,978.70 |
| Lenoir | 1281 | 6.25 | 13.13 | $575 | 1261.62 | $706,481.50[2] |
| Bauza[3] | 1287 | 18.5 | 0 | $150 | 1268.5 | $190,275.00 |
| Suckle | 108.9 | 0 | 0 | $575 | 108.9 | $62,617.50 |
| McCutcheon | 23.38 | 0 | 0 | $250 | 23.38 | $5,845.00 |
| Paralegals | 442.18 | 0 | 0 | $125 | 442.18 | $55,272.50 |
| Expenses | | | | | | $135,235.75 |
| Fees on Fees[4] | 106.00 | | | $575 | | $60,950.00 |
| Total | | | | | | $2,459,655.90 |

---

[1] This reflects an adjustment from 2,246 hours downward by 28.5 hours to 2217.5 hours to account for a 50% hourly rate reduction for 57 hours of travel time.
[2] As noted in Lenoir's reply declaration, he has agreed to reduce his hourly rate to $475 for 189.5 hours second seating the depositions in this case, thereby reducing his bill $18,950 from $725,431.50 to $706,481.50.
[3] Ms. Bauza is a law graduate.
[4] Based on accompanying billing statement attached as Smith Supplemental Exhibit 1.

# Law Office of Nathaniel B. Smith

100 WALL STREET - 23rd Floor
NEW YORK, NY 10005

PHONE: 212-227-7062   FAX: 212-230-1090

## INVOICE

INVOICE NUMBER:  1
INVOICE DATE:  MAY 11, 2016

Schoolcraft

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| JAN-12-16 | Fee Application | Review of discovery demands by City on fee application | 0.20 | $575.00 | $115.00 |
| JAN-13-16 | Fee Application | Review of draft letter on city's discovery request and email to team on comments to it | 0.40 | $575.00 | $230.00 |
| JAN-15-16 | Fee Application | Review caselaw and revise letter to Alan Scheiner re recent discovery demands from the City | 1.50 | $575.00 | $862.50 |
| JAN-29-16 | Fee Application | review of letter (.3); tc A Schiener; tc JN | 1.50 | $575.00 | $862.50 |
| JAN-30-16 | Fee Application | review of caselaw on ltr motion by city re fee app | 1.50 | $575.00 | $862.50 |
| FEB-05-16 | Fee Application | Review of letter to court from city (.2); tc JN and JL re response (.3); review and revise draft response by GC (.3) | 0.80 | $575.00 | $460.00 |
| FEB-10-16 | Fee Application | Tc JN; tc JL; Tc RG; tc MB re appearance before Judge Sweet tomorrow | 1.10 | $575.00 | $632.50 |
| FEB-10-16 | Fee Application | Review of nine letters and cited authorities and review of prior declarations for motion on discovery and contemporaneous enties | 3.50 | $575.00 | $2,012.50 |
| FEB-11-16 | Fee Application | Appear before Judge Sweet on discovery motion on fee application | 1.80 | $575.00 | $1,035.00 |
| FEB-25-16 | Fee Application | review of discovery decision and tc with JN, GC and JF re same and to-do re settlement conference | 0.50 | $575.00 | $287.50 |
| MAR-01-16 | Fee Application | Drafting ltr in opp to motion for third adjournment;; email co-co; tc GC and JF | 1.80 | $575.00 | $1,035.00 |
| MAR-02-16 | Fee Application | revised ltr to court re adjourment request and settlement conf | 0.30 | $575.00 | $172.50 |
| MAR-02-16 | Fee Application | Conf call with MJ Freeman re settlement | 1.50 | $575.00 | $862.50 |
| MAR-03-16 | Fee Application | tc alan schiener re $1.0 m total officer including expenses for all lawyers; conf with JL; email to AS confirming same | 0.60 | $575.00 | $345.00 |
| MAR-07-16 | Fee Application | Review of settlement proposal from City (.2); tc JL re response (.3); tc MB re response (.3); tc JF re response (.5); email City re same (.1) | 1.40 | $575.00 | $805.00 |

INVOICE NUMBER: 1

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-08-16 | Fee Application | Tc A Schiener re settlement discussions (.4); tc GC and w JL re same (.5); review of caselaw cited (.6) | 1.50 | $575.00 | $862.50 |
| MAR-09-16 | Fee Application | review of cases cited by city (1.0); conf call with SMith Team (JL and MB re sttauts and settlement position) | 2.50 | $575.00 | $1,437.50 |
| MAR-10-16 | Fee Application | review of cases cited by city and research on intertwining issue | 1.50 | $575.00 | $862.50 |
| MAR-11-16 | Fee Application | Conf with team (HS, MB & JL) (1.0); conf call with the court re settlement (.8) | 1.80 | $575.00 | $1,035.00 |
| MAR-17-16 | Fee Application | review of draft settlement letter | 0.50 | $575.00 | $287.50 |
| MAR-18-16 | Fee Application | Drafting settlement letter to MJ Freeman; review of relevant cases on intertwining issue; two attorney issue and reasonable rates | 2.80 | $575.00 | $1,610.00 |
| MAR-20-16 | Fee Application | Draft settlement letter, review co-co Ltrs | 1.30 | $575.00 | $747.50 |
| MAR-21-16 | Fee Application | Revise settlement Ltr, review submissions by city as well as exhibits | 2.00 | $575.00 | $1,150.00 |
| MAR-22-16 | Fee Application | Appear before MJ Freeman for settlement conference | 4.30 | $575.00 | $2,472.50 |
| MAR-29-16 | Fee Application | Conf call with MF Freeman re settlement; city opp due 4-8-16 | 0.20 | $575.00 | $115.00 |
| APR-04-16 | Fee Application | tc JN and JF re recent city offer and review of same | 0.30 | $575.00 | $172.50 |
| APR-05-16 | Fee Application | Tc Smith Team re CIty offer (.5); tc JF re same (.4); email with city re brief sizes (.1) | 1.00 | $575.00 | $575.00 |
| APR-10-16 | Fee Application | Conference with team (.5) and drafting motion to strike expert report | 3.50 | $575.00 | $2,012.50 |
| APR-11-16 | Fee Application | Review of materials on city expert; revise motion to strike; conference with co-counsel re motion to strike | 1.50 | $575.00 | $862.50 |
| APR-12-16 | Fee Application | Read city brief in opposition to motion for fees and expert report in support of fees, together with supporting authorities and other exhibits (6.5); emails with opp co and with co-co re briefing schedule and oral argument/hearing schedule (.6) | 7.10 | $575.00 | $4,082.50 |
| APR-13-16 | Fee Application | continued review of expert report (2.5); emails with co-co and opp co re scheduling (.3); ltr to court re same (.2) | 3.00 | $575.00 | $1,725.00 |
| APR-14-16 | Fee Application | review of submissions by Bronsther in three other cases and review of objections and record in those cases (2.8); tc counsel in two of those cases (E. Boynton and J Heintz) (.5) and (.2 | 3.50 | $575.00 | $2,012.50 |
| APR-19-16 | Fee Application | research on expert issues and fee application issues for reply papers (1.2); review of correspondence and court papers for scope of case and identified witnesses (.8); correspondence by email with opp co and co-co re scheduling (.2) | 2.20 | $575.00 | $1,265.00 |

INVOICE NUMBER: 1

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-19-16 | Fee Application | review of opp papers for preparing reply (1.2); tc JL & MB re reply declaration (.4); tc HS re relpy dec (.3); review of cases cited by city (.7) | 2.60 | $575.00 | $1,495.00 |
| APR-24-16 | Fee Application | Drafting reply papers (declaration and memo) | 3.80 | $575.00 | $2,185.00 |
| APR-25-16 | Fee Application | Drafting reply dec and review of discover record | 5.50 | $575.00 | $3,162.50 |
| APR-26-16 | Fee Application | Drafting reply dec and reply memo; and review of HS and Jl reply decs | 7.50 | $575.00 | $4,312.50 |
| APR-27-16 | Fee Application | Drafting and revising reply memo and reply declaration | 6.50 | $575.00 | $3,737.50 |
| APR-28-16 | Fee Application | revising reply dec and reply mem | 7.50 | $575.00 | $4,312.50 |
| APR-29-16 | Fee Application | Revising memo and dec | 3.50 | $575.00 | $2,012.50 |
| MAY-03-16 | Fee Application | Draft letter to court re opposing adjournemnt and tc JF re same (.4); reviiew of brief filed by city on motion to strike (.4) | 0.80 | $575.00 | $460.00 |
| MAY-07-16 | Fee Application | Preparing outline of reply on motion to strike and research on expert admissibility issues under FRE 702 and 1006 | 2.80 | $575.00 | $1,610.00 |
| MAY-09-16 | Fee Application | Drafting reply on motion to strike | 5.80 | $575.00 | $3,335.00 |
| MAY-10-16 | Fee Application | revise reply on motion to strike | 0.80 | $575.00 | $460.00 |
| | | Total hours for this invoice | 106.00 | | |
| | | Total amount of this invoice | | | $60,950.00 |