UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

ADRIAN SCHOOLCRAFT,

        Plaintiff,

  - against -

CITY OF NEW YORK, ET AL.,

        Defendants.

-------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

Sweet, D.J.

    The Clerk of Court is directed to seal ECF No. 395.

    It is so ordered.

New York, NY
July 25, 2016

ROBERT W. SWEET
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/16