GJR/DA
82-82153

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ADRIAN SCHOOLCRAFT,

                Plaintiff,

                -against-

THE CITY OF NEW YORK, DEPUTY CHIEF MICHAEL MARINO, Tax *Id.* 873220, Individually and in his Official Capacity, ASSISTANT CHIEF PATROL BOROUGH BROOKLYN NORTH GERALD NELSON, Tax *Id.* 912370, Individually and in his Official Capacity, DEPUTY INSPECTOR STEVEN MAURIELLO, Tax *Id.* 895117, Individually and in his Official Capacity CAPTAIN THEODORE LAUTERBORN, Tax *Id.* 897840, Individually and in his Official Capacity, LIEUTENANT JOSEPH GOFF, Tax *Id.* 894025, Individually and in his Official Capacity, SGT. FREDERICK SAWYER, Shield No. 2576, Individually and in his Official Capacity, SERGEANT KURT DUNCAN, Shield No. 2483, Individually and in his Official Capacity, LIEUTENANT CHRISTOPHER BROSCHART, Tax *Id.* 915354, Individually and in his Official Capacity, LIEUTENANT TIMOTHY CAUGHEY, Tax *Id.* 885374, Individually and in his Official Capacity, SERGEANT SHANTEL JAMES, Shield No. 3004, AND P.O.'s "JOHN DOE" #1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown) (collectively referred to as "NYPD defendants"), JAMAICA HOSPITAL MEDICAL CENTER, DR. ISAK ISAKOV, Individually and in his Official Capacity, DR. LILIAN ALDANA-BERNIER, Individually and in her Official Capacity and JAMAICA HOSPITAL MEDICAL CENTER EMPLOYEE'S "JOHN DOE" # 1-50, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

10 CIV 6005 (RWS)

----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action is hereby

i

2633518_1.docx

discontinued with prejudice as to Defendant JAMAICA HOSPITAL MEDICAL CENTER, without costs to any party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** by and between the undersigned, that this Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
November 30, 2015

By: _____
Nathaniel B. Smith
LAW OFFICE OF NATHANIEL B. SMITH
Attorneys for Plaintiff
100 Wall Street
New York, New York 10005
(212) 227-7062

By: _____
William P. Brady
MARTIN CLEARWATER & BELL
Attorneys for Defendant
JAMAICA HOSPITAL
MEDICAL CENTER
220 East 42nd Street
New York, New York 10017
(212) 697-3122

By: _____
Jon L. Norinsberg
LAW OFFICE OF JON L. NORINSBERG
Attorneys for Plaintiff
225 Broadway
New York, New York 10007
(212) 791-5396

By: _____
Gerald Cohen
COHEN & FITCH, LLP

By: _____
Joshua Fitch
COHEN & FITCH, LLP
Attorneys for Plaintiff
233 Broadway, Suite 1800
New York, New York 10279
(212) 374-9115