UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                        Plaintiff,

      -against-

                                          **NOTICE OF MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S ORDER ON <u>ATTORNEYS FEES</u>**

                                              **10 CV 06005 (RWS)**

THE  CITY  OF  NEW  YORK, et al.

                        Defendants.

---------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law, dated September 14, 2016, in support of Plaintiff's motion pursuant to Fed. R. Civ. P. 60 and Local Rule 6.3 for partial reconsideration the Court's Order of September 6, 2016, Plaintiff will move this Court, before the Honorable Robert W. Sweet, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on October 6, 2016, or as soon as counsel may be heard,

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1, City Defendants' opposition papers, if any, should be served on the undersigned on or before September 28, 2016; and

1

2

**PLEASE TAKE FURTHER NOTICE** that plaintiff's reply papers, if any, shall be served on or before October 5, 2016.

Dated: New York, New York
September 14, 2016

                                                                           Respectfully Submitted

                                                  _____/s_____
                                                 JON L. NORINSBERG
                                                 Attorney for Plaintiff
                                                 225 Broadway, Suite 2700
                                                 New York, N.Y. 10007
                                                 (212) 791-5396
                                                 Jon@norinsberglaw.com

                                                 JOSHUA P. FITCH
                                                 GERALD M. COHEN
                                                 COHEN & FITCH LLP
                                                 Attorneys for Plaintiff
                                                 233 Broadway, Suite 1800
                                                 New York, N.Y. 10279
                                                 (212) 374-9115
                                                 gcohen@cohenfitch.com
                                                 jfitch@cohenfitch.com