UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIAN SCHOOLCRAFT,

                    Plaintiff,         10-CV-6005 (RWS)

    -against-

                                  **NOTICE OF MOTION**

THE CITY OF NEW YORK, *et al.*,

                    Defendants.

------------------------------------------------------------X

    PLEASE TAKE NOTICE that upon the Declaration of Nathaniel B. Smith, dated September 16, 2016, the exhibits attached thereto, the supporting Memorandum of Law, dated September 16, 2016, and the prior submissions and pleadings in this action, plaintiff and the undersigned attorneys move and will move this Court, on a date to be set by the Court, for an order, pursuant to Local Civil Rule 6.3 and Rules 59(e), 54(b) and 60(b) of the Federal Rules of Civil Procedure, granting reconsideration on those certain parts of the Court Decision (Dkt. # 683) on the motions for attorneys fees set forth herein together with such other and further relief as the Court deems just and proper.

Dated: September 16, 2016
       New York, New York

                                               *s/NBS*
                                     _____
                                     Nathaniel B. Smith
                                     John Lenoir
                                     100 Wall Street – 23rd Floor
                                     New York, New York 10005
                                     Attorneys for Plaintiff