UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ADRIAN SCHOOLCRAFT,

                Plaintiff,

  - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

------------------------------------------X

10 Civ. 6005 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/16

**Sweet, D.J.**

       Plaintiff's motion for reconsideration, filed September 16, 2016, shall be ~~heard~~ *submitted* at noon on Thursday, September 29, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with the previously established briefing schedule.

       It is so ordered.

**New York, NY**
**September 29, 2016**

_____
ROBERT W. SWEET
U.S.D.J.