LAW OFFICE OF
# NATHANIEL B. SMITH
ATTORNEY AT LAW
100 WALL STREET - 23rd Flr.
NEW YORK, NEW YORK 10005

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-230-1090

September 22, 2016

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Schoolcraft v. The City of New York,*
*10-cv-6005 (RWS) (DCF)*

Dear Judge Sweet:

    As one of plaintiff's counsel, I am writing to respond to the two recent letters by Mr. Alan Scheiner regarding his request for an extension of time to oppose the reconsideration motion that I filed on September 16, 2016. I have no objection to the request for additional time. However, I also request that the Court direct the City within 30 days of the date of the September 6, 2016 Decision to comply with the Court's order to pay the fees and costs that the City was ordered to pay on September 6, 2016. Whether or not reconsideration is granted, the amounts set by the Court ought to be paid at a minimum, and requiring City compliance with the Court's order should not impose any burden on Mr. Scheiner.

Respectfully submitted,

Nathaniel B. Smith

Via Email
cc: All Counsel (by email)