

RECEIVED SEP 23 2016 JUDGE SWEET CHAMBERS

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ALAN H. SCHEINER
*Senior Counsel*
phone: (212) 356-2344
fax: (212) 788-9776
ascheine@law.nyc.gov

September 22, 2016

**BY ECF**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/16

Re: *Schoolcraft v. City of New York*, 10-CV-6005 (RWS)

Your Honor:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing the motion respondent City of New York (the "City"), in connection with the above-captioned matter. I write to advise the Court of two additional reasons for the adjournment requested in the City's letter of September 20, 2016 that have arisen since the letter was filed.

First, since that letter was filed the undersigned counsel has been diagnosed with diverticulitis, a severe infection of the intestinal tract. This condition and its treatment, so far involving two doctor's visits and two different antibiotics, makes meeting the current deadline of September 28, 2016 even more burdensome. In addition, a physician has recommended the avoidance of significant stress until the infection is overcome, but the current deadline, in conjunction with other pressing matters, imposes such stress.

Second, Judith Bronsther has advised the City that she is unavailable until October 12, 2016, due to other matters, to provide further information to assist in responding to plaintiff's belated arguments about the factual summaries compiled by Ms. Bronsther. Therefore under the current deadline the City is unable to respond in full to those arguments, although the City could have responded had the arguments been raised in a timely fashion.

*So ordered*
*Sweet*
*USDJ*
*9.23.16*

Sweet, J.
September 22, 2016
Page 2

      For these additional reasons the City renews its request for adjournment of the response deadline to October 21, 2016.

      We thank the Court for its consideration of this matter.

                                Respectfully submitted,

                                /s/

                              Alan H. Scheiner
                              Senior Counsel
                              Special Federal Litigation Division

cc: All counsel by ECF